

ORIGINAL FILED

AUG 12 2010

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

ADR

E-filing

1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600
5  Facsimile (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*Pro Hac Vice* Pending)
7  dboies@bsfllp.com
   333 Main Street
8  Armonk, NY 10504
   Telephone: (914) 749-8200
9  Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA 94612
   Telephone (510) 874-1000
12 Facsimile (510) 874-1460

13 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
14 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
15 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
16 matthew.sarboraria@oracle.com
   500 Oracle Parkway
17 Redwood City, CA  94065
   Telephone: (650) 506-5200
18 Facsimile: (650) 506-7114

19 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
20

21            UNITED STATES DISTRICT COURT

22          NORTHERN DISTRICT OF CALIFORNIA

23 ORACLE AMERICA, INC.,              Case No- CV 10 03561 LB

24            Plaintiff,              **NOTICE OF INTERESTED
                                      PARTIES**
25    v.

26 GOOGLE, INC.,

27            Defendant.

28

The undersigned, counsel of record for Oracle America Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Oracle Corporation

2. Oracle International Corporation

3. Oracle America, Inc.


Dated: August 12, 2010

MICHAEL A. JACOBS
MARC DAVID PETERS
MORRISON & FOERSTER LLP


By: _____
MARC DAVID PETERS

Attorneys for Plaintiff(s)
ORACLE AMERICA, INC.