# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| ORACLE AMERICA, INC. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| GOOGLE, INC. | ) | CV 10-03561 |
| _Defendant_ | ) | |

ADR

E-filing

LB

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
    GOOGLE, INC.
    1600 Ampitheatre Parkway
    Mountain View, CA 94043
    Phone: +1 650-253-0000
    Fax: +1 650-253-0001

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| MORRISON & FOERSTER LLP | BOIES, SCHILLER & FLEXNER LLP | ORACLE CORPORATION |
| Michael A. Jacobs | DAVID BOIES (Pro Hac Vice Pending) | DORIAN DALEY |
| (Bar No. 111664) | dboies@bsfllp.com | (Bar No. 129049) |
| MJacobs@mofo.com | 333 Main Street | dorian.daley@oracle.com |
| Marc David Peters | Armonk, NY 10504 | DEBORAH K. MILLER |
| (Bar No. 211725) | Telephone: (914) 749-8200 | (Bar No. 95527) |
| MDPeters@mofo.com | Facsimile: (914) 749-8300 | deborah.miller@oracle.com |
| 755 Page Mill Road | STEVEN C. HOLTZMAN | MATTHEW M. SARBORARIA |
| Palo Alto, CA 94304-1018 | (Bar No. 144177) | (Bar No. 211600) |
| Telephone:  650-813-5600 | sholtzman@bsfllp.com | matthew.sarboraria@oracle.com |
| Facsimile:  650-494-0792 | 1999 Harrison St., Suite 900 | 500 Oracle Parkway |
| | Oakland, CA 94612 | Redwood City, CA  94065 |
| | Telephone (510) 874-1000 | Telephone: (650) 506-5200 |
| | Facsimile: (510) 874-1460 | Facsimile: (650) 506-7114 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 12, 2010

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Tiffany Salinas-Harwell



NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br>      V.<br><br>GOOGLE, INC.<br><br>            Defendant. | CASE NUMBER<br>CV10-03561 LB<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT AND COPYRIGHT INFRINGEMENT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; STANDING ORDER FOR MAGISTRATE JUDGE LAUREL BEELER; WELCOME TO THE OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : GOOGLE, INC.

    By serving      : Bradley Ellison, Authorized Agent

    Address         : CSC-Lawyers Incorporating Service
                      2730 Gateway Oaks Drive #100
                      Sacramento, CA 95833

    Date of Service : August 13, 2010

    Time of Service : 2:55 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 16, 2010

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Sacramento
Number 2008-75

Signature: _____
                    MATTHEW J. CIEMIENGO