**BOIES, SCHILLER & FLEXNER LLP**
DAVID BOIES
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8201
Facsimile: (914) 749-8300

Attorneys for Plaintiffs Oracle America, Inc.

ORIGINAL

FILED
AUG 2 4 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>    Defendant. | CASE NO. CV 10-03561 LB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

    Pursuant to Civil L.R. 11-3, DAVID BOIES, an active member in good standing of the bar of New York and who is admitted to practice before the United States Court of Appeals for the Ninth Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Oracle America, Inc., in the above-entitled action.

    In support of this application, I certify on oath that:

    1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Boies, Schiller & Flexner LLP
Steven C. Holtzman, California SBN 144177
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:   (510) 874-1000
Facsimile:    (510) 874-1460

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 23, 2010          BOIES, SCHILLER & FLEXNER LLP

By _____/s/ David Boies_____
    David Boies