**RECEIVED**

AUG 2 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC. | CASE NO. 4:10-cv-03561-LB |
| Plaintiff, | **(Proposed)** <br> **ORDER GRANTING APPLICATION** <br> **FOR ADMISSION OF ATTORNEY** <br> ***PRO HAC VICE*** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

DAVID BOIES, whose business address and telephone number is

333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8201

and who is an active member in good standing of the bar of the State of New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Plaintiff Oracle America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
Laurel Beeler
United States Magistrate Judge