1 | TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
2 | GEOFFREY M. EZGAR (SBN 184243/gezgar@kslaw.com)
  | LEO SPOONER, III (SBN 241541/lspooner@kslaw.com)
3 | KING & SPALDING LLP
  | 333 Twin Dolphin Drive, Suite 400
4 | Redwood Shores, CA 94065
  | Telephone: (650) 590-0700
5 | Facsimile: (650) 590-1900

6 | Attorneys for Defendant
7 | GOOGLE INC.

8 | MICHAEL A. JACOBS (SBN 111664/mjacobs@mofo.com)
9 | MARC DAVID PETERS (SBN 211725/mdpeters@mofo.com)
  | MORRISON & FOERSTER LLP
10 | mdpeters@mofo.com
   | 755 Page Mill Road
11 | Palo Alto, CA 94304-1018
   | Telephone: (650) 813-5600
12 | Facsimile: (650) 494-0792

13 | Attorneys for Plaintiff
14 | ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| ORACLE AMERICA, INC., | Case No. 10-cv-03561-LB |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

STIPULATION EXTENDING TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT                                                                 CIVIL ACTION NO. CV10-03561

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS Defendant Google Inc. ("Google") was served by Plaintiff Oracle America, Inc. ("Oracle") with the summons and complaint on August 13, 2010.

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i) Google's response to the complaint is currently due on September 3, 2010.

WHEREAS, in view of the issues raised by the complaint, Google requires additional time to prepare its response.

Google is therefore requesting an extension of time to respond to the complaint, and Oracle has agreed to the extension. This extension will not affect the other dates currently scheduled by the Court.

Having thus met and conferred on the issue, and pursuant to Civil L.R. 6-1(a), the parties hereby stipulate that Google's deadline to answer or otherwise respond to Oracle's complaint should be extended from September 3, 2010 to October 4, 2010.

DATED: August 25, 2010          **KING & SPALDING LLP**

                                By:  /s/ *Geoffrey Ezgar* _____
                                     Geoffrey Ezgar  (SBN 184243)
                                     Attorneys for Defendant
                                     GOOGLE INC.

DATED: August 25, 2010          **MORRISON & FOERSTER LLP**

                                By:  /s/ *Marc D. Peters* _____
                                     Marc D. Peters (SBN 211725)
                                     Attorneys for Plaintiff
                                     ORACLE AMERICA, INC.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Marc D. Peters.

DATED:  August 25, 2010

**KING & SPALDING LLP**

By:  /s/ *Geoffrey Ezgar*
     Geoffrey Ezgar  (SBN 184243)
     Attorneys for Defendant
     GOOGLE INC.