TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
GEOFFREY M. EZGAR (SBN 184243/gezgar@kslaw.com)
LEO SPOONER, III (SBN 241541/lspooner@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile:  (650) 590-1900

Attorneys for Defendant
GOOGLE INC.

MICHAEL A. JACOBS (SBN 111664/mjacobs@mofo.com)
MARC DAVID PETERS (SBN 211725/mdpeters@mofo.com)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Plaintiff
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 10-cv-03561-LB |
| Plaintiff, | **CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

## CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California.  I am over the age of 18 years and am not a party to this action.  My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065.  I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed, at my place of business, a true copy of the **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**, enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504


Dated:  August 25, 2010

/s/  *Geoffrey M. Ezgar*
Geoffrey M. Ezgar

2