**RECEIVED**

AUG 24 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.

        Plaintiff,

v.

GOOGLE, INC.

        Defendant.

CASE NO. 4:10-cv-03561-LB

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

DAVID BOIES, whose business address and telephone number is

333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8201

and who is an active member in good standing of the bar of the State of New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Plaintiff Oracle America, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 25, 2010



Laurel Beeler
United States Magistrate Judge