TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING  LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone:  (650) 590-0700
Facsimile:   (650) 590-1900

ROBERT F. PERRY
rperry@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>          Defendant. | Case No. 10-cv-03561-LB<br><br>Honorable Judge Laurel Beeler<br><br>**NOTICE OF APPEARANCE OF COUNSEL OF ROBERT F. PERRY** |

# NOTICE OF APPEARANCE OF COUNSEL
# OF ROBERT F. PERRY

TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Robert F. Perry of the law firm of King & Spalding LLP, hereby enters his appearance as counsel for Defendant Google Inc., in the above action, and requests notice of all hearings and other proceedings in the action and service of all orders, pleadings and other papers.

Respectfully submitted this 14th day of September, 2010.

KING & SPALDING LLP


By: /s/ Robert F. Perry
    Robert F. Perry


I hereby certify that Robert F. Perry concurs in the e-filing of this document.

Dated:  September 14, 2010

/s/ Geoffrey M. Ezgar
Geoffrey M. Ezgar