1  TIMOTHY T. SCOTT (SBN 126971)
   tscott@kslaw.com
2  GEOFFREY M. EZGAR (SBN 184243)
   gezgar@kslaw.com
3  LEO SPOONER III (SBN 241541)
   lspooner@kslaw.com
4  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
5  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
6  Facsimile: (650) 590-1900

7  SCOTT T. WEINGAERTNER (*pro hac vice pending*)
   sweingaertner@kslaw.com
8  KING & SPALDING LLP
   1185 Avenue of the Americas
9  New York, NY 10036-4003
   Telephone: (212) 556-2100
10 Facsimile: (212) 556-2222

11 Attorneys for Plaintiff
   GOOGLE INC.
12

13                UNITED STATES DISTRICT COURT FOR THE

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

16

17 ORACLE AMERICA, INC.,                 | Case No. 10-cv-03561-LB
                                         |
18        Plaintiff,                     | Honorable Judge Laurel Beeler
                                         |
19     v.                                | **CERTIFICATE OF SERVICE ON NON-**
                                         | **REGISTERTED CM/ECF PARTY**
20 GOOGLE, INC.,                         |
                                         |
21        Defendant.                     |

22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY**

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to this action. My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed, at my place of business, a true copy of **NOTICE OF APPEARANCE OF COUNSEL OF ROBERT F. PERRY,** enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504


Dated: September 14, 2010

/s/ *Geoffrey M. Ezgar*
Geoffrey M. Ezgar

---

COS ON NON-REGISTERED CM/ECF PARTY                                   CIVIL ACTION No. cv10-03561