1  TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
2  GEOFFREY M. EZGAR (SBN 184243/gezgar@kslaw.com)
   LEO SPOONER, III (SBN 241541/lspooner@kslaw.com)
3  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
4  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
5  Facsimile:  (650) 590-1900

6
   SCOTT T. WEINGAERTNER (*pro hac vice pending*)
7  sweingaertner@kslaw.com
   ROBERT F. PERRY
8  rperry@kslaw.com
   KING & SPALDING LLP
9  1185 Avenue of the Americas
   New York, NY 10036-4003
10 Telephone:  (212) 556-2100
11 Facsimile:  (212) 556-2222

12

13 Attorneys for Defendant
   GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 10-cv-03561-LB |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| GOOGLE, INC. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant. | |

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge and hereby requests the reassignment of this case to a United States District Judge.

DATED:  September 14, 2010            **KING & SPALDING LLP**

By:  /s/ *Geoffrey Ezgar*
     Geoffrey Ezgar  (SBN 184243)
     Attorneys for Defendant
     GOOGLE INC.

2

DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE                                           CIVIL ACTION NO. CV10-03561