1  TIMOTHY T. SCOTT (SBN 126971)
   tscott@kslaw.com
2  GEOFFREY M. EZGAR (SBN 184243)
   gezgar@kslaw.com
3  LEO SPOONER III (SBN 241541)
4  lspooner@kslaw.com
   KING & SPALDING LLP
5  333 Twin Dolphin Drive, Suite 400
   Redwood Shores, CA 94065
6  Telephone: (650) 590-0700
7  Facsimile:  (650) 590-1900

8  SCOTT T. WEINGAERTNER (*pro hac vice pending*)
   sweingaertner@kslaw.com
9  ROBERT F. PERRY
10 rperry@kslaw.com
   KING & SPALDING LLP
11 1185 Avenue of the Americas
   New York, NY 10036-4003
12 Telephone:  (212) 556-2100
13 Facsimile:  (212) 556-2222

14 Attorneys for Defendant
   GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 10-cv-03561-LB |
| Plaintiff, | Honorable Judge Laurel Beeler |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, PURSUANT TO CIVIL L.R. 3-16** |
| GOOGLE, INC. | |
| Defendant. | |

<u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,**</u>

<u>**PURSUANT TO CIVIL L.R. 3-16**</u>

Pursuant to Civil L.R. 3-16, defendant Google Inc., through the undersigned, certifies that as of this date, other than the named parties and their shareholders, there is no interest to report under Civil Local Rule 3-16.

DATED:  September 14, 2010                    **KING & SPALDING LLP**

By:  <u>/s/ *Geoffrey Ezgar*        </u>
    Geoffrey Ezgar (SBN 184243)
    Attorneys for Defendant
    GOOGLE INC.