TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING  LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone:  (650) 590-0700
Facsimile:   (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice pending*)
sweingaertner@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>GOOGLE, INC.,<br><br>             Defendant. | Case No. 10-cv-03561-LB<br><br>Honorable Judge Laurel Beeler<br><br>**CERTIFICATE OF SERVICE ON NON-REGISTERTED CM/ECF PARTY** |

# CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to this action. My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed, at my place of business, a true copy of **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, PURSUANT TO CIVIL L.R. 3-16,** enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

> David Boies
> Boies, Schiller & Flexner LLP
> 333 Main Street
> Armonk, NY 10504

Dated: September 14, 2010

/s/  *Geoffrey M. Ezgar*
Geoffrey M. Ezgar

COS ON NON-REGISTERED CM/ECF PARTY                                                     CIVIL ACTION No. cv10-03561