```
TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (pro hac vice pending)
sweingaertner@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Plaintiff
GOOGLE INC.
```



RECEIVED SEP 1 4 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 10-cv-03561-LB <br><br> Honorable Judge Laurel Beeler <br><br> **[PROPOSED] ORDER GRANTING APPLICATION OF SCOTT T. WEINGAERTNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

[PROPOSED] ORDER RE *PRO HAC VICE* OF SCOTT T. WEINGAERTNER        CIVIL ACTION NO. CV10-03561

1  [PROPOSED] ORDER GRANTING APPLICATION OF SCOTT T. WEINGAERTNER
2  FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

3  Scott T. Weingaertner, who is an active member in good standing of the Bar of the
4  District Court for the Southern District of New York and whose business address and telephone
5  number are:

6  KING & SPALDING
   1185 Avenue of the Americas
7  New York, NY 10036-4003
   Telephone: (212) 556-2100
8  Facsimile: (212) 556-2222

9  has applied in the above-entitled action for admission to practice in the Northern District of
10 California on a *pro hac vice* basis, representing Google Inc.

11  IT IS HEREBY ORDERED that the application is granted, subject to the terms and
12 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance
13 *pro hac vice*. Service of papers upon and communication with counsel designated in the
14 application will constitute notice to the parties. All future filings in this action are subject to the
15 requirements contained in General Order No. 45, *Electronic Case Filing*.

16 Dated: September ___, 2010

17  _____
    Hon. Laurel Beeler
18  United States District Judge

19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER RE *PRO HAC VICE* OF SCOTT T. WEINGAERTNER          CIVIL ACTION NO. CV10-03561