```
 1  TIMOTHY T. SCOTT (SBN 126971)
    tscott@kslaw.com
 2  GEOFFREY M. EZGAR (SBN 184243)
    gezgar@kslaw.com
 3  LEO SPOONER III (SBN 241541)
    lspooner@kslaw.com
 4  KING & SPALDING LLP
    333 Twin Dolphin Drive, Suite 400
 5  Redwood Shores, CA 94065
    Telephone: (650) 590-0700
 6  Facsimile:  (650) 590-1900

 7  SCOTT T. WEINGAERTNER (pro hac vice pending)
    sweingaertner@kslaw.com
 8  KING & SPALDING LLP
    1185 Avenue of the Americas
 9  New York, NY 10036-4003
    Telephone: (212) 556-2100
10  Facsimile:  (212) 556-2222

11  Attorneys for Plaintiff
    GOOGLE INC.
12
```

FILED
SEP 1 4 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. 10-cv-03561-LB<br><br>Honorable Judge Laurel Beeler<br><br>**CERTIFICATE OF SERVICE ON NON-REGISTERTED CM/ECF PARTY** |

**CERTIFICATE OF SERVICE ON NON-REGISTERED CM/ECF PARTY**

I, Geoffrey M. Ezgar, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to this action. My business address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service.

On the date listed below, following ordinary business practice, I caused to be placed, at my place of business, a true copy of **APPLICATION OF SCOTT T. WEINGAERTNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*, AND [PROPOSED] ORDER GRANTING APPLICATION OF SCOTT T. WEINGAERTNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*,** enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service that same day in the ordinary course of business, addressed to the participant in the case who is not a registered CM/ECF user as follows:

> David Boies
> Boies, Schiller & Flexner LLP
> 333 Main Street
> Armonk, NY 10504

Dated: September 14, 2010

/s/ *Geoffrey M. Ezgar*
Geoffrey M. Ezgar