TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice pending*)
sweingaertner@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 10-cv-03561-WHA <br> Judge William Alsup <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION OF SCOTT T. WEINGAERTNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION OF SCOTT T. WEINGAERTNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Scott T. Weingaertner, who is an active member in good standing of the Bar of the District Court for the Southern District of New York and whose business address and telephone number are:

KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google Inc.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 16, 2010

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE