| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | 755 Page Mill Road |
| 4 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 5 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 6 | DAVID BOIES (*Pro Hac Vice* Pending) |
| | dboies@bsfllp.com |
| 7 | 333 Main Street |
| | Armonk, NY  10504 |
| 8 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 9 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 10 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 11 | |
| | ORACLE CORPORATION |
| 12 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 15 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 16 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 17 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1424489

1

1 **CERTIFICATE OF SERVICE**

2  I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

3

4  I further declare that on September 23, 2010, I served a copy of:

5 **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT**

6

7 **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFOR JUDGE WILLIAM ALSUP**

8

**PLEASE NOTE:  GEOFFREY M. EZGAR & SCOTT WIENGAERTNER OF KING & SPALDING LLP HAVE ALSO RECEIVED AN ELECTRONIC COPY OF SAME VIA THE ELECTRONIC COURT FILING NOTIFICATION SYSTEM**

[x] **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Robert F. Perry  
Scott T. Weingaertner  
KING & SPALDING LLP  
1185 Avenue of the Americas  
New York, NY  10036-4003  

Geoffrey M. Ezgar  
Leo Spooner, III  
KING & SPALDING LLP  
101 Second Street, Suite 2300  
San Francisco, CA  94105  

Timothy T. Scott  
KING & SPALDING, LLP  
333 Twin Dolphin Drive, Suite 400  
Redwood Shores, CA  94065

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Palo Alto, California, this 23rd day of September, 2010.

| Richard S. Ballinger | /s/ Richard S. Ballinger |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1424489

3