1

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

2

3

4

5

6

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

7

8

9

10

11

12

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

13

14

15

16

17

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

18

19

UNITED STATES DISTRICT COURT

20

NORTHERN DISTRICT OF CALIFORNIA

21

SAN FRANCISCO DIVISION

22

ORACLE AMERICA, INC.

23

Plaintiff,

24

v.

25

GOOGLE, INC.

26

Defendant.

Case No. CV 10-03561 WHA

**ORACLE AMERICA'S AMENDED NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Judge:  Honorable William H. Alsup

27

28

1

**CORPORATE DISCLOSURE STATEMENT**

2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies

3

that:   Oracle Systems Corporation is the parent corporation of Oracle America, Inc. and owns

4

100% of the common stock of Oracle America, Inc.  Additionally, Oracle Global Holdings, Inc.

5

owns more than 10% of the Series A preferred stock of Oracle America, Inc.

6

7

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

8

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

9

persons, associations of persons, firms, partnerships, corporations (including parent corporations)

10

or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

11

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

12

substantially affected by the outcome of this proceeding:  Oracle Systems Corporation, Oracle

13

Global Holdings, Inc., StorageTek International Corporation, and Oracle Corporation.

14

15

Dated: September 28, 2010             MICHAEL A. JACOBS

16                                    MARC DAVID PETERS
                                      MORRISON & FOERSTER LLP

17

18

                                      By:   /s/ Marc David Peters
19                                          MARC DAVID PETERS

20                                    Attorneys for Plaintiff
                                      ORACLE AMERICA, INC.

21

22

23

24

25

26

27

28

ORACLE AMERICA'S AMENDED NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT
CASE NO. CV 10-03561 WHA
pa-1425161

1

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 28, 2010, I served a copy of:

**AMENDED NOTICE OF INTERESTED PARTIES AND CORPORATE DICSLOSURE STATEMENT**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Timothy T. Scott
Geoffrey M. Ezgar
Leo Spooner III
KING & SPALDING, LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Palo Alto, California, this 28th day of September, 2010.

| Marc David Peters | /s/ Marc David Peters |
|---|---|
| (typed) | (signature) |