DONALD F. ZIMMER, JR. (SBN 112279)
CHERYL A. SABNIS (SBN 224323)
fzimmer@kslaw.com
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William A. Alsup <br><br> **NOTICE OF APPEARANCE OF COUNSEL OF DONALD F. ZIMMER, JR.** |

NOTICE OF APPEARANCE OF COUNSEL OF DONALD F. ZIMMER, JR.                                    CIVIL ACTION NO. CV10-03561

## NOTICE OF APPEARANCE OF COUNSEL
## OF DONALD F. ZIMMER, JR.

TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Donald F. Zimmer, Jr. and Cheryl A. Sabnis of the law firm of King & Spalding LLP, hereby enter their appearance as counsel for Defendant Google Inc., in the above action, and request notice of all hearings and other proceedings in the action and service of all orders, pleadings and other papers.

Respectfully submitted this 30th day of September, 2010.

DATED: September 30, 2010

**KING & SPALDING LLP**

By: /s/ Donald F. Zimmer, Jr.

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
CHERYL A. SABNIS (SBN 224323)
fzimmer@kslaw.com
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

ATTORNEYS FOR DEFENDANT
GOOGLE INC.