```
 1  DONALD F. ZIMMER, JR. (SBN 112279)
    CHERYL A. SABNIS (SBN 224323)
 2  fzimmer@kslaw.com
    csabnis@kslaw.com
 3  KING & SPALDING LLP
    101 Second Street - Suite 2300
 4  San Francisco, CA 94105
    Telephone: (415) 318-1200
 5  Facsimile:  (415) 318-1300

 6  SCOTT T. WEINGAERTNER (Pro Hac Vice)
    sweingaertner@kslaw.com
 7  ROBERT F. PERRY
    rperry@kslaw.com
 8  KING & SPALDING LLP
    1185 Avenue of the Americas
 9  New York, NY 10036-4003
    Telephone: (212) 556-2100
10  Facsimile:  (212) 556-2222

11  Attorneys for Defendant
    GOOGLE INC.
12
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William A. Alsup <br><br> **AMENDED NOTICE OF APPEARANCE OF COUNSEL OF DONALD F. ZIMMER, JR. AND CHERYL A. SABNIS** |

NOTICE OF APPEARANCE OF COUNSEL OF DONALD F. ZIMMER, JR. AND CHERYL A. SABNIS    CIVIL ACTION NO. CV10-03561

## NOTICE OF APPEARANCE OF COUNSEL
## OF DONALD F. ZIMMER, JR. AND CHERYL A. SABNIS

TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Donald F. Zimmer, Jr. and Cheryl A. Sabnis of the law firm of King & Spalding LLP, hereby enter their appearance as counsel for Defendant Google Inc., in the above action, and request notice of all hearings and other proceedings in the action and service of all orders, pleadings and other papers.

Respectfully submitted this 1st day of October, 2010.

DATED: October 1, 2010               **KING & SPALDING LLP**


By: /s/ *Donald F. Zimmer, Jr.*

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
CHERYL A. SABNIS (SBN 224323)
fzimmer@kslaw.com
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

ATTORNEYS FOR DEFENDANT
GOOGLE INC.