DONALD F. ZIMMER (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN) 224323)
csabnis@kslaw.xom
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

BRUCE W. BABER (*Pro Hac Vice Pending*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William A. Alsup <br><br> **APPLICATION OF BRUCE W. BABER FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*        CIVIL ACTION NO. CV 10 03561-WHA

**APPLICATION OF BRUCE W. BABER FOR**

**ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 11-3, Bruce W. Baber, an active member in good standing of the Bar of the State of Georgia and the bar of the U.S. District Court for the Northern District of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Google Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Donald F. Zimmer
> KING & SPALDING LLP
> 101 Second Street - Suite 2300
> San Francisco, CA 94105
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2010

KING & SPALDING LLP

By: /s/ Bruce W. Baber
Bruce W. Baber
ATTORNEY FOR DEFENDANT
GOOGLE INC.