1  DONALD F. ZIMMER (SBN 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (SBN 224323)
   csabnis@kslaw.xom
3  KING & SPALDING  LLP
   101 Second Street - Suite 2300
4  San Francisco, CA 94105
   Telephone:  (415) 318-1200
5  Facsimile:   (415) 318-1300

6  SCOTT T. WEINGAERTNER (*pro hac vice*)
   sweingaertner@kslaw.com
7  ROBERT F. PERRY
   rperry@kslaw.com
8  KING & SPALDING LLP
   1185 Avenue of the Americas
9  New York, NY 10036-4003
   Telephone:  (212) 556-2100
10 Facsimile:   (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.

12

13          UNITED STATES DISTRICT COURT FOR THE

14          NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 ORACLE AMERICA, INC.,

18          Plaintiff,

19     v.

20 GOOGLE, INC.,

21          Defendant.

22

23

24

25

26

27

28

| | |
|---|---|
| Case No. 10-cv-03561-LB | |
| Honorable Judge Laurel Beeler | |
| **[PROPOSED] ORDER GRANTING APPLICATION OF BRUCE W. BABER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** | |

ORDER RE *PRO HAC VICE* OF BRUCE W. BABER                    CIVIL ACTION NO. CV10-03561

**[PROPOSED] ORDER GRANTING APPLICATION OF BRUCE W. BABER FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Bruce W. Baber, who is an active member in good standing of the Bar of the District Court for the Northern District of Georgia and whose business address and telephone number are:

> KING & SPALDING
> 1185 Avenue of the Americas
> New York, NY 10036-4003
> Telephone: (212) 556-2100
> Facsimile: (212) 556-2222

has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google Inc.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October ___, 2010

_____
Hon. William H. Alsup
United States District Judge

2

ORDER RE *PRO HAC VICE* OF BRUCE W. BABER                    CIVIL ACTION NO. CV10-03561