L

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611051316
Cashier ID: sprinka
Transaction Date: 10/04/2010
Payer Name: golden state legal
----------------------------------
PRO HAC VICE
 For: bruce w baber
 Case/Party: D-CAN-3-10-AT-PROHAC-001
 Amount:       $275.00
----------------------------------
CHECK
 Check/Money Order Num: 1792
 Amt Tendered: $275.00
----------------------------------
Total Due:      $275.00
Total Tendered: $275.00
Change Amt:      $0.00

wha 10-3561wha


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```