DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice Pending*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>    Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William H. Alsup<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO DISMISS COUNT VIII OF PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |

1

The Motion of Google Inc. to Dismiss Count VIII Of Plaintiff's Complaint Or In The Alternative For A More Definite Statement came for a hearing on November 18, 2010 before the Honorable William H. Alsup.

The Court, having considered the papers filed in support of and in opposition to the motions, the arguments presented at the hearing, and other matters relevant to the determination of these motions, hereby GRANTS the motion to dismiss and ORDERS that Count VIII of the Complaint is hereby dismissed.

IT IS SO ORDERED.

Dated:

_____

Honorable William H. Alsup
United States District Judge

2

[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO DISMISS COUNT VIII OF PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT
CIVIL ACTION NO. CV 10-03561