DONALD F. ZIMMER (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN) 224323)
csabnis@kslaw.xom
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*pro hac vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 10-cv-03561-WHA <br> Judge William Alsup <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION OF BRUCE W. BABER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

ORDER RE *PRO HAC VICE* OF BRUCE W. BABER                                      CIVIL ACTION NO. CV10-03561

# [PROPOSED] ORDER GRANTING APPLICATION OF BRUCE W. BABER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Bruce W. Baber, who is an active member in good standing of the Bar of the District Court for the Northern District of Georgia and whose business address and telephone number are:

> KING & SPALDING
> 1185 Avenue of the Americas
> New York, NY 10036-4003
> Telephone: (212) 556-2100
> Facsimile: (212) 556-2222

has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Google Inc.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the parties. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 5, 2010



Hon. William H. Alsup
United States District Judge

ORDER RE *PRO HAC VICE* OF BRUCE W. BABER     CIVIL ACTION NO. CV10-03561