# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-196-514**

EFFECTIVE DATE OF REGISTRATION

| 04 | 20 | 2005 |
|----|----|------|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**

Java 2 Standard Edition 1.4

**PREVIOUS OR ALTERNATIVE TITLES ▼**
J2SE 1.4, Java 2 Platform, Standard Edition, v 1.4, Java 2 Standard Edition Software Development Kit 1.4, SDK 1.4

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     **Title of Collective Work ▼**

If published in a periodical or serial give     Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
(SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
★ 2004 2002 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 13   Year ▶ 2002
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

APPLICATION RECEIVED
APR 2 0 2005
ONE DEPOSIT RECEIVED

APR 2 0 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.     Sign the form at line 8

DO NOT WRITE HERE

*Amended by C O  Authority of Susanne Morales
from phone call on 07/26/2005

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is 'Yes' why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give **Previous Registration Number** ▶

(See Form TX/CON for
Previous Registrations)

Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View  CA 94041

Area code and daytime telephone number ▶  (650) 335 7182

Fax number ▶  (650) 938 5200

Email ▶  igonzalez@fenwick.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems  Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Marilyn E Glaubensklee, Assistant General Counsel                    Date ▶  4/15/05

Handwritten signature (X) ▼

X ___ _Marilyn E Glaubensklee_ _____

**CERTIFICATION***

| Certificate
will be
mailed in
window
envelope
to this
address | Name ▼ Susanne S Morales  Paralegal / Fenwick & West LLP |
|---|---|
| | Number/Street/Apt ▼  801 California Street |
| | City/State/ZIP ▼  Mountain View, CA 94041 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Ⓒ** Form **TX** /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-196-514

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

| 04 | 20 | 20-5 |
| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

APR 2 0 2005

Page _3_ of _4_ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE SR TX and VA only
  Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use
  this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the
  two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4, or 6
  on the basic application or for the continuation of Space 1 on any of the three
  Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- TITLE (Give the title as given under the heading "Title of this Work  in Space 1 of the basic form )

Java 2 Standard Edition 1.4

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

Sun Microsystems, Inc , 4150 Network Circle, Santa Clara, CA 95054

---

**B**
Continuation
of Space 2

**d**

**NAME OF AUTHOR ▼**

(SEE SPACE C)

**DATES OF BIRTH AND DEATH**
Year Born▼                    Year Died▼

Was this contribution to the
work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION
TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼                    Year Died▼

Was this contribution to the
work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION
TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼                    Year Died▼

Was this contribution to the
work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION
TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed Instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the*

**CONTINUATION OF (Check which)**   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C**
Continuation
of other
Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| CNS Publishing Inc | Yes | United States | Yes | No | Text of Documentation Illustrations |
| Mary Dageforde dba Dageforde Consulting | Yes | United States | Yes | No | Text of Documentation |
| Chet Haase | No | United States | Yes | No | Computer code |
| PrO Unlimited, Inc | Yes | United States | Yes | No | Computer code  Text of Documentation |
| Select Appointments (Holdings) PLC dba New Boston Systems Accountant s Inc AccountPros | Yes | United States | Yes | No | Computer code |
| Warewolf Technologies Inc | Yes | United States | Yes | No | Computer code |
| ZAO Elbrus MCST | Yes | Russia | Yes | No | Computer code |

☑ Space 5

| Previous Registration No | Year of Registration |
|---|---|
| TX 5 271 787 | 2000 |
| TX 5 316 757 | 2000 |
| TX 5 316-758 | 2000 |
| TX 5-359 984 | 2001 |
| TX 5 359 985 | 2001 |
| TX 5 359 986 | 2001 |
| TX 5 359 987 | 2001 |
| TX 5 392 885 | 2001 |

Certificate will be mailed in window envelope to this address

Name ▼
Susanne S Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

Complete all necessary spaces
Sign your application

1   Application form
2   Nonrefundable fee in check or money order payable to Register of Copyrights
3   Deposit Material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office  or call (202) 707-3000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-066-538**

*TX0000606453390*

EFFECTIVE DATE OF REGISTRATION

| 12 | 20 | 2004 |
|----|----|------|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition, Version 5.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**
J2SE 5 0, Java 2 Platform, Standard Edition, Version 5.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**  **NAME OF AUTHOR ▼**
Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**
(SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004 ◀Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ September   Day ▶ 30   Year ▶ 2004
United States ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

APPLICATION RECEIVED
DEC 20 2004
ONE DEPOSIT RECEIVED
DEC 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▶                          **Year of Registration** ▶

(SEE FORM TX/CON FOR
PREVIOUS REGISTRATIONS)

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**a**

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Area code and daytime telephone number ▶  (650) 335-7182          Fax number ▶   (650) 938-5200

Email ▶
        igonzalez@fenwick com

**b**

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

Check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of  Sun Microsystems, Inc

of the work identified in this application and that the statements made       Name of author or other copyright claimant  or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Marilyn E Glaubensklee, Assistant General Counsel                    Date▶  12/17/04

Handwritten signature (X) ▼

X _ _ _ _Marilyn E Glaubensklee_ _ _ _ _ _ _

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Susanne S Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

YOU MUST:
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

MAIL TO:
Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington D C  20559 6222

Fees are subject to
change  For current
fees  check the
Copyright Office
website at
www copyright gov
write the Copyright
Office  or call
(202) 707-3000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS



Form **TX** /CON
UNITED STATES COPYRIGHT OFFICE

**TX 6-066-538**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

- This Continuation Sheet is used in conjunction with Forms CA  PA  SE  SR  TX  and VA  only
  Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible  try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form  use
  this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet  clip (do not tape or staple) it to the basic form and fold the
  two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6
  on the basic application or for the continuation of Space 1 on any of the three
  Short Forms PA, TX, or VA

**EFFECTIVE DATE OF REGISTRATION**

12 (Month)   20 (Day)   2004 (Year)

**CONTINUATION SHEET RECEIVED**

DEC 20 2004

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY**

---

## A
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration
on the basic form submitted for the following work
- TITLE (Give the title as given under the heading  Title of this Work  in Space 1 of the basic form )

Java 2 Standard Edition, Version 5 0

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)   (Give the name and address of at least one copyright claimant
  as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA  TX  or VA )

Sun Microsystems, Inc , 4150 Network Circle, Santa Clara, CA 95054

---

## B
Continuation
of Space 2

**d**

**NAME OF AUTHOR ▼**

(SEE SPACE C)

**DATES OF BIRTH AND DEATH**
Year Born▼         Year Died▼

Was this contribution to the
work a  work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION
TO THE WORK**
Anonymous?        ☐ Yes  ☐ No   If the answer to either
                                  of these questions is
Pseudonymous?  ☐ Yes  ☐ No   Yes  see detailed
                                  instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼         Year Died▼

Was this contribution to the
work a  work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION
TO THE WORK**
Anonymous?        ☐ Yes  ☐ No   If the answer to either
                                  of these questions is
Pseudonymous?  ☐ Yes  ☐ No   Yes  see detailed
                                  instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼         Year Died▼

Was this contribution to the
work a  work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION
TO THE WORK**
Anonymous?        ☐ Yes  ☐ No   If the answer to either
                                  of these questions is
Pseudonymous?  ☐ Yes  ☐ No   Yes  see detailed
                                  instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1  4 or 6 of the basic form or for the*

CONTINUATION OF  (Check which)     ☐ Space 1     ☐ Space 4     ☐ Space 6     ☑ Space 2b

**C**
Continuation
of other
Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo nymous | Nature of Contribution |
|---|---|---|---|---|---|
| Comsys | Yes | United States | Yes | Yes | Computer code and Text of documentation |
| PrOUnlimited, Inc | Yes | United States | Yes | Yes | Text of documentation |
| TelTech International Corp | Yes | United States | Yes | Yes | Computer code |
| The Carl Group | Yes | United States | Yes | Yes | Text of documentation |
| ZAO Elbrus MCST | Yes | United States | Yes | Yes | Computer code and Text of documentation |

☑ **Space 5**

| Previous Registration No | Year of Registration |
|---|---|
| TX 5-271-787 | 2000 |
| TX 5-316-757 | 2000 |
| TX 5-316-758 | 2000 |
| TX 5-359-984 | 2001 |
| TX 5-359-985 | 2001 |
| TX 5-359-986 | 2001 |
| TX 5-359-987 | 2001 |
| TX 5-392-885 | 2000 |

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Susanne S  Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

YOU MUST:
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1   Application form
2   Nonrefundable fee in check or
    money order payable to Register
    of Copyrights
3   Deposit Material

MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

**D**

Fees are subject
to change
For current fees
check the Copyright
Office website at
www.copyright.gov
write the Copyright
Office  or call
(202) 707 3000

Certificate of Registration





**Form CA**

**REGISTRATION NUMBER**

**TX 6 – 143 – 306**

*TX888861433306*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

FEB 2 2005

Month   Day   Year



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work ▼**
Java 2 Standard Edition, Version 5.0

| **Registration Number of the Basic Registration ▼** | **Year of Basic Registration ▼** |
|---|---|
| TX 6-066-538 | 2004 |

**Name(s) of Author(s) ▼**  Sun Microsystems, Inc.
Comsys          The Carl Group
PrO Unlimited    ZAO Elbrus MCST
TelTech International Corp.

**Name(s) of Copyright Claimant(s) ▼**
Sun Microsystems, Inc.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____  Line Heading or Description _____

**Incorrect Information as It Appears in Basic Registration ▼**

**Corrected Information ▼**

**Explanation of Correction ▼**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____1_____  Line Heading or Description  Title Of The Work

**Amplified Information and Explanation of Information ▼**

The following titles were inadvertently omitted from the basic registration and should be added as alternative titles of the work:

Java 2 Standard Edition 5.0 Development Kit
Java 2 Platform Standard Edition 5.0 Development Kit
J2SE Development Kit
JDK 5.0

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM CA

FEB. 0 2 2005

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ❑ YES ❑ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ❑ Part B or ❑ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Ines Gonzalez, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
Phone ( 650 ) 335-7182          Fax ( 650 ) 938-5200          Email igonzalez@fenwick.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❑ author           ❑ owner of exclusive right(s)    Sun Microsystems, Inc.
❑ other copyright claimant   ☑ duly authorized agent of _____
                                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Marilyn E. Glaubensklee, Assistant General Counsel        Date ▼ 1/31/05

Handwritten signature (X) ▼ *Marilyn F. Glaubensklee*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP
Number/Street/Apt ▼
801 California Street
City/State/ZIP ▼
Mountain View, CA 94041

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Rev: July 2002 —20,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2002-494-423/69-006