# Exhibit J

Comparison of Java (J2SE 1.5) and Android versions of PolicyNodeImpl.java

| PolicyNodeImpl.java (Java version) [comments removed and spacing adjusted for comparison] | PolicyNodeImpl.java (Android version) [spacing adjusted for comparison] |
|---|---|
| <pre>final class PolicyNodeImpl implements PolicyNode {

    private static final String ANY_POLICY = "2.5.29.32.0";
    private PolicyNodeImpl mParent;
    private HashSet mChildren;
    private String mValidPolicy;
    private HashSet mQualifierSet;
    private boolean mCriticalityIndicator;
    private HashSet mExpectedPolicySet;
    private boolean mOriginalExpectedPolicySet;
    private int mDepth;
    private boolean isImmutable = false;

    PolicyNodeImpl(PolicyNodeImpl parent, String validPolicy,
        Set qualifierSet,boolean criticalityIndicator,
        Set expectedPolicySet,boolean generatedByPolicyMapping) {

        mParent = parent;
        mChildren = new HashSet();
        if (validPolicy != null)
            mValidPolicy = validPolicy;
        else
            mValidPolicy = "";

        if (qualifierSet != null)
            mQualifierSet = new HashSet(qualifierSet);
        else
            mQualifierSet = new HashSet();

        mCriticalityIndicator = criticalityIndicator;
        if (expectedPolicySet != null)
            mExpectedPolicySet = new HashSet(expectedPolicySet);
        else
            mExpectedPolicySet = new HashSet();

        mOriginalExpectedPolicySet = !generatedByPolicyMapping;
        if (mParent != null) {
            mDepth = mParent.getDepth() + 1;
            mParent.addChild(this);
        } else {
            mDepth = 0;
        }
    }</pre> | <pre>public class PolicyNodeImpl implements PolicyNode {

    private static final String ANY_POLICY = "2.5.29.32.0";
    private PolicyNodeImpl mParent;
    private HashSet mChildren;
    private String mValidPolicy;
    private HashSet mQualifierSet;
    private boolean mCriticalityIndicator;
    private HashSet mExpectedPolicySet;
    private boolean mOriginalExpectedPolicySet;
    private int mDepth;
    private boolean isImmutable;

    public PolicyNodeImpl(PolicyNodeImpl policynodeimpl, String s,
        Set set, boolean flag,
        Set set1, boolean flag1) {
        isImmutable = false;
        mParent = policynodeimpl;
        mChildren = new HashSet();
        if(s != null) {
            mValidPolicy = s;
        } else {
            mValidPolicy = "";
        }
        if(set != null) {
            mQualifierSet = new HashSet(set);
        } else {
            mQualifierSet = new HashSet();
        }
        mCriticalityIndicator = flag;
        if(set1 != null) {
            mExpectedPolicySet = new HashSet(set1);
        } else {
            mExpectedPolicySet = new HashSet();
        }
        mOriginalExpectedPolicySet = !flag1;
        if(mParent != null) {
            mDepth = mParent.getDepth() + 1;
            mParent.addChild(this);
        } else {
            mDepth = 0;
        }
    }</pre> |

Comparison of Java (J2SE 1.5) and Android versions of PolicyNodeImpl.java

| PolicyNodeImpl.java (Java version) [comments removed and spacing adjusted for comparison] | PolicyNodeImpl.java (Android version) [spacing adjusted for comparison] |
|---|---|
| ```
PolicyNodeImpl(PolicyNodeImpl parent,
    PolicyNodeImpl node) {
    this(parent, node.mValidPolicy, node.mQualifierSet,
        node.mCriticalityIndicator, node.mExpectedPolicySet, false);
}

public PolicyNode getParent() {
    return mParent;
}

public Iterator<PolicyNodeImpl> getChildren() {
    return Collections.unmodifiableSet(mChildren).iterator();
}

public int getDepth() {
    return mDepth;
}

public String getValidPolicy() {
    return mValidPolicy;
}

public Set<PolicyQualifierInfo> getPolicyQualifiers() {
    return Collections.unmodifiableSet(mQualifierSet);
}

public Set<String> getExpectedPolicies() {
    return Collections.unmodifiableSet(mExpectedPolicySet);
}

public boolean isCritical() {
    return mCriticalityIndicator;
}

public String toString() {
    StringBuffer buffer = new StringBuffer(this.asString());

    Iterator it = getChildren();
    while (it.hasNext()) {
        buffer.append((PolicyNodeImpl)it.next());
    }
    return buffer.toString();
}
``` | ```
PolicyNodeImpl(PolicyNodeImpl policynodeimpl,
    PolicyNodeImpl policynodeimpl1) {
    this(policynodeimpl, policynodeimpl1.mValidPolicy, ((Set)
(policynodeimpl1.mQualifierSet)), policynodeimpl1.mCriticalityIndicator,
((Set) (policynodeimpl1.mExpectedPolicySet)), false);
}

public PolicyNode getParent() {
    return mParent;
}

public Iterator getChildren() {
    return Collections.unmodifiableSet(mChildren).iterator();
}

public int getDepth() {
    return mDepth;
}

public String getValidPolicy() {
    return mValidPolicy;
}

public Set getPolicyQualifiers() {
    return Collections.unmodifiableSet(mQualifierSet);
}

public Set getExpectedPolicies() {
    return Collections.unmodifiableSet(mExpectedPolicySet);
}

public boolean isCritical() {
    return mCriticalityIndicator;
}

public String toString() {
    StringBuffer stringbuffer = new StringBuffer(asString());

    for(Iterator iterator = getChildren(); iterator.hasNext();
stringbuffer.append((PolicyNodeImpl)iterator.next()));

    return stringbuffer.toString();
}
``` |

Comparison of Java (J2SE 1.5) and Android versions of PolicyNodeImpl.java

| PolicyNodeImpl.java (Java version) [comments removed and spacing adjusted for comparison] | PolicyNodeImpl.java (Android version) [spacing adjusted for comparison] |
|---|---|
| <pre>boolean isImmutable() {
    return isImmutable;
}

void setImmutable() {
    if (isImmutable)
        return;
    Iterator it = mChildren.iterator();
    while (it.hasNext()) {
        PolicyNodeImpl node = (PolicyNodeImpl) it.next();
        node.setImmutable();
    }
    isImmutable = true;
}

private void addChild(PolicyNodeImpl child) {
    if (isImmutable) {
        throw new IllegalStateException("PolicyNode is immutable");
    }
    mChildren.add(child);
}


void addExpectedPolicy(String expectedPolicy) {
    if (isImmutable) {
        throw new IllegalStateException("PolicyNode is immutable");
    }
    if (mOriginalExpectedPolicySet) {
        mExpectedPolicySet.clear();
        mOriginalExpectedPolicySet = false;
    }
    mExpectedPolicySet.add(expectedPolicy);
}

void prune(int depth) {
    if (isImmutable)
        throw new IllegalStateException("PolicyNode is immutable");
    if (mChildren.size() == 0)
        return;
    Iterator it = mChildren.iterator();
    while (it.hasNext()) {
        PolicyNodeImpl node = (PolicyNodeImpl) it.next();
        node.prune(depth);
        if ((node.mChildren.size() == 0) && (depth > mDepth + 1))
            it.remove();
    }
}</pre> | <pre>boolean isImmutable() {
    return isImmutable;
}

void setImmutable() {
    if(isImmutable)  return;
    PolicyNodeImpl policynodeimpl;
    for(Iterator iterator = mChildren.iterator(); iterator.hasNext();
policynodeimpl.setImmutable())
        policynodeimpl = (PolicyNodeImpl)iterator.next();

    isImmutable = true;
}


private void addChild(PolicyNodeImpl policynodeimpl) {
    if(isImmutable) {
        throw new IllegalStateException("PolicyNode is immutable");
    } else {
        mChildren.add(policynodeimpl);
        return;
    }
}

void addExpectedPolicy(String s) {
    if(isImmutable)
        throw new IllegalStateException("PolicyNode is immutable");

    if(mOriginalExpectedPolicySet) {
        mExpectedPolicySet.clear();
        mOriginalExpectedPolicySet = false;
    }
    mExpectedPolicySet.add(s);
}

void prune(int i) {
    if(isImmutable)
        throw new IllegalStateException("PolicyNode is immutable");
    if(mChildren.size() == 0)
        return;
    Iterator iterator = mChildren.iterator();
    do {
        if(!iterator.hasNext())  break;
        PolicyNodeImpl policynodeimpl = (PolicyNodeImpl)iterator.next();
        policynodeimpl.prune(i);
        if(policynodeimpl.mChildren.size() == 0 && i > mDepth + 1)
            iterator.remove();
    } while(true);
}</pre> |

Comparison of Java (J2SE 1.5) and Android versions of PolicyNodeImpl.java

| PolicyNodeImpl.java (Java version) [comments removed and spacing adjusted for comparison] | PolicyNodeImpl.java (Android version) [spacing adjusted for comparison] |
|---|---|
| ```java
void deleteChild(PolicyNode childNode) {
    if (isImmutable) {
        throw new IllegalStateException("PolicyNode is immutable");
    }
    mChildren.remove(childNode);
}


PolicyNodeImpl copyTree() {
    return copyTree(null);
}

private PolicyNodeImpl copyTree(PolicyNodeImpl parent) {
    PolicyNodeImpl newNode = new PolicyNodeImpl(parent, this);

    Iterator it = mChildren.iterator();
    while (it.hasNext()) {
        PolicyNodeImpl node = (PolicyNodeImpl) it.next();
        node.copyTree(newNode);
    }

    return newNode;
}

Set getPolicyNodes(int depth) {
    Set set = new HashSet();
    getPolicyNodes(depth, set);
    return set;
}

private void getPolicyNodes(int depth, Set set) {
    if (mDepth == depth) {
        set.add(this);
    } else {
        Iterator it = mChildren.iterator();
        while (it.hasNext()) {
            PolicyNodeImpl node = (PolicyNodeImpl) it.next();
            node.getPolicyNodes(depth, set);
        }
    }
}
``` | ```java
void deleteChild(PolicyNode policynode) {
    if(isImmutable) {
        throw new IllegalStateException("PolicyNode is immutable");
    } else {
        mChildren.remove(policynode);
        return;
    }
}

PolicyNodeImpl copyTree() {
    return copyTree(null);
}

private PolicyNodeImpl copyTree(PolicyNodeImpl policynodeimpl) {
    PolicyNodeImpl policynodeimpl1 = new PolicyNodeImpl(policynodeimpl, this);
    PolicyNodeImpl policynodeimpl2;
    for(Iterator iterator = mChildren.iterator(); iterator.hasNext(); policynodeimpl2.copyTree(policynodeimpl1))
        policynodeimpl2 = (PolicyNodeImpl)iterator.next();

    return policynodeimpl1;
}

Set getPolicyNodes(int i) {
    HashSet hashset = new HashSet();
    getPolicyNodes(i, ((Set) (hashset)));
    return hashset;
}

private void getPolicyNodes(int i, Set set) {
    if(mDepth == i) {
        set.add(this);
    } else {
        PolicyNodeImpl policynodeimpl;
        for(Iterator iterator = mChildren.iterator(); iterator.hasNext(); policynodeimpl.getPolicyNodes(i, set))
            policynodeimpl = (PolicyNodeImpl)iterator.next();
    }
}
``` |

Comparison of Java (J2SE 1.5) and Android versions of PolicyNodeImpl.java

| PolicyNodeImpl.java (Java version) [comments removed and spacing adjusted for comparison] | PolicyNodeImpl.java (Android version) [spacing adjusted for comparison] |
|---|---|
| <pre>    Set getPolicyNodesExpected(int depth, String expectedOID, boolean matchAny)
    {
        if (expectedOID.equals(ANY_POLICY)) {
            return getPolicyNodes(depth);
        } else {
            return getPolicyNodesExpectedHelper(depth, expectedOID, matchAny);
        }
    }
    private Set getPolicyNodesExpectedHelper(int depth, String expectedOID,
        boolean matchAny)
    {
        HashSet set = new HashSet();

        if (mDepth < depth) {
            Iterator it = mChildren.iterator();
            while (it.hasNext()) {
                PolicyNodeImpl node = (PolicyNodeImpl) it.next();
                set.addAll(node.getPolicyNodesExpectedHelper(depth,
                                                             expectedOID,
                                                             matchAny));
            }
        } else {
            if (matchAny) {
                if (mExpectedPolicySet.contains(ANY_POLICY))
                    set.add(this);
            } else {
                if (mExpectedPolicySet.contains(expectedOID))
                    set.add(this);
            }
        }

        return set;
    }
    Set getPolicyNodesValid(int depth, String validOID) {
        HashSet set = new HashSet();
        if (mDepth < depth) {
            Iterator it = mChildren.iterator();
            while (it.hasNext()) {
                PolicyNodeImpl node = (PolicyNodeImpl) it.next();
                set.addAll(node.getPolicyNodesValid(depth, validOID));
            }
        } else {
            if (mValidPolicy.equals(validOID))
                set.add(this);
        }
        return set;
    }</pre> | <pre>    Set getPolicyNodesExpected(int i, String s, boolean flag) {

        if(s.equals("2.5.29.32.0"))
            return getPolicyNodes(i);
        else
            return getPolicyNodesExpectedHelper(i, s, flag);
    }


    private Set getPolicyNodesExpectedHelper(int i, String s, boolean flag)
    {
        HashSet hashset = new HashSet();

        if(mDepth < i) {
            PolicyNodeImpl policynodeimpl;
            for(Iterator iterator = mChildren.iterator();
iterator.hasNext();
hashset.addAll(policynodeimpl.getPolicyNodesExpectedHelper(i, s, flag)))
                policynodeimpl = (PolicyNodeImpl)iterator.next();

        } else if(flag) {

            if(mExpectedPolicySet.contains("2.5.29.32.0"))
                hashset.add(this);
        } else if(mExpectedPolicySet.contains(s)) {

            hashset.add(this);
        }


        return hashset;
    }
    Set getPolicyNodesValid(int i, String s) {
        HashSet hashset = new HashSet();
        if(mDepth < i) {
            PolicyNodeImpl policynodeimpl;
            for(Iterator iterator = mChildren.iterator();
iterator.hasNext(); hashset.addAll(policynodeimpl.getPolicyNodesValid(i,
s)))
                policynodeimpl = (PolicyNodeImpl)iterator.next();

        } else if(mValidPolicy.equals(s)) {
            hashset.add(this);
        }
        return hashset;
    }</pre> |

Comparison of Java (J2SE 1.5) and Android versions of PolicyNodeImpl.java

| PolicyNodeImpl.java (Java version) [comments removed and spacing adjusted for comparison] | PolicyNodeImpl.java (Android version) [spacing adjusted for comparison] |
|---|---|
| ```
private static String policyToString(String oid) {
    if (oid.equals(ANY_POLICY)) {
        return "anyPolicy";
    } else {
        return oid;
    }
}

String asString() {
    if (mParent == null) {
        return "anyPolicy  ROOT\n";
    } else {
        StringBuffer sb = new StringBuffer();
        for (int i = 0, n = getDepth(); i < n; i++) {
            sb.append("  ");
        }
        sb.append(policyToString(getValidPolicy()));
        sb.append("  CRIT: ");
        sb.append(isCritical());
        sb.append("  EP: ");
        for (Iterator t = getExpectedPolicies().iterator(); t.hasNext(); ) {
            String policy = (String)t.next();
            sb.append(policyToString(policy));
            sb.append(" ");
        }
        sb.append(" (");
        sb.append(getDepth());
        sb.append(")\n");
        return sb.toString();
    }
}
``` | ```
private static String policyToString(String s) {
    if(s.equals("2.5.29.32.0")) {
        return "anyPolicy";
    } else {
        return s;
    }
}

String asString() {
    if(mParent == null)
        return "anyPolicy  ROOT\n";

    StringBuffer stringbuffer = new StringBuffer();
    int i = 0;
    for(int j = getDepth(); i < j; i++)
        stringbuffer.append("  ");
    stringbuffer.append(policyToString(getValidPolicy()));
    stringbuffer.append("  CRIT: ");
    stringbuffer.append(isCritical());
    stringbuffer.append("  EP: ");
    for(Iterator iterator = getExpectedPolicies().iterator(); iterator.hasNext(); stringbuffer.append(" ")) {
        String s = (String)iterator.next();
        stringbuffer.append(policyToString(s));
    }
    stringbuffer.append(" (");
    stringbuffer.append(getDepth());
    stringbuffer.append(")\n");
    return stringbuffer.toString();
}
``` |