| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | 755 Page Mill Road |
| 4 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 5 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 6 | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| 7 | 333 Main Street |
| | Armonk, NY  10504 |
| 8 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 9 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 10 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 11 | |
| | ORACLE CORPORATION |
| 12 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 15 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 16 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA ADR CERTIFICATION BY PARTY AND COUNSEL** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

ORACLE AMERICA ADR CERTIFICATION BY PARTY AND COUNSEL
CASE NO. CV 10-03561 WHA
pa-1429901

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 27, 2010        By: /s/ Matthew M. Sarboraria
                                   For Plaintiff
                                   ORACLE AMERICA, INC.

Dated: October 27, 2010        By: /s/ Marc David Peters
                                   Counsel to Plaintiff
                                   ORACLE AMERICA, INC.

**Attestation of Concurrence**

I, Marc David Peters, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 27, 2010        By: /s/ Richard S. Ballinger
                                   Counsel to Plaintiff
                                   ORACLE AMERICA, INC.

ORACLE AMERICA ADR CERTIFICATION BY PARTY AND COUNSEL
CASE NO. CV 10-03561 WHA
pa-1429901

1