UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

CASE NO. C 10-03561 WHA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

GOOGLE INC.,

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  November 18, 2010

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Richard S. Ballinger | Oracle America, Inc. | 650-813-5947 | rballinger@mofo.com |
| Scott T. Weingaertner | Google Inc. | 212-556-2227 | sweingaertner@kslaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/28/2010                                    /s/ Richard S. Ballinger
                                                     Attorney for Plaintiff

Dated: 10/28/2010                                    /s/ Scott T. Weingaertner
                                                     Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**Attestation of Concurrence**

      I, Richard S. Ballinger, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 28, 2010          By: /s/ Richard S. Ballinger
                                                          Counsel to Plaintiff
                                                          ORACLE AMERICA, INC.