MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER DENYING GOOGLE INC.'S MOTION TO DISMISS COUNT VII OF PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | Date: November 18, 2010<br>Time: 8:00 am<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Google Inc.'s Motion to Dismiss Count VII of Plaintiff's Complaint or, In The Alternative, for a More Definite Statement came for a hearing on November 18, 2010 before the Honorable William H. Alsup.  The Court, having considered the papers filed in support of and in opposition to the motion, the arguments presented at the hearing, and other matters relevant to the determination of the motion, hereby DENIES the motion.

IT IS SO ORDERED, Defendant Google, Inc.'s Motion to Dismiss Count VII of Plaintiff's Complaint or, In The Alternative, for a More Definite Statement is DENIED.

Dated: _____ 2010

Honorable William H. Alsup
United States District Court Judge

[PROPOSED] ORDER DENYING GOOGLE INC.'S MOTION TO DISMISS COUNT VII OF PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT        1
CASE NO. CV 10-03561 WHA