IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **ORDER TO SHOW CAUSE WHY THE PENDING MOTION TO DISMISS SHOULD NOT BE DENIED AS MOOT** |

On October 4, 2010, defendant Google, Inc. moved to dismiss, or in the alternative, for a more definite statement regarding plaintiff Oracle America, Inc.'s copyright infringement claim in this Java-fueled battle over the Android platform. Just yesterday, however, a day before its opposition brief to the motion was due, plaintiff Oracle America, Inc. filed an amended complaint altering and augmenting its copyright infringement allegations. Given this development, Google is **ORDERED TO SHOW CAUSE** why its pending motion to dismiss should not be denied as moot (without prejudice, of course, to Google filing a fresh Rule 12 motion targeting the claims as pleaded in plaintiff's newly minted complaint). A response to this order is required no later than **NOON ON MONDAY, NOVEMBER 1**.

**IT IS SO ORDERED.**

Dated: October 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE