Clerk's Use Only

Initial for fee pd.:

Steven T. Snyder
King & Spalding LLP
227 West Trade Street, Suite 600
Charlotte, NC 28202
Tel: 704.503.2630

FILED

UNITED STATES DISTRICT COURT   P 12: 59

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

ORACLE AMERICA, INC.

Plaintiff(s),

v.

GOOGLE INC.

Defendant(s).

CASE NO. 3:10-cv-03561-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Steven T. Snyder, an active member in good standing of the bar of New York and North Carolina, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing GOOGLE INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Donald F. Zimmer King & Spalding LLP, 101 Second Street - Suite 2300
San Francisco, CA 94105. Tel: 415.318.1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2010

ORIGINAL