RECEIVED

2010 OCT 29 P 12: 59

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.

    Plaintiff,

v.

GOOGLE INC.

    Defendant.

CASE NO. 3:10-cv-03561-WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Steven T. Snyder, whose business address and telephone number is

King & Spalding LLP
227 West Trade Street - Suite 600
Charlotte, NC 28202 Tel: 704.503.2630

and who is an active member in good standing of the bar of New York and North Carolina having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing GOOGLE INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                                The Honorable Ronald M. Whyte
                                                United States District Court Judge

United States District Court
For the Northern District of California