United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.

        Plaintiff,

  v.

GOOGLE INC.

        Defendant.

CASE NO. 3:10-cv-03561-WHA

AMENDED

**(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Steven T. Snyder, whose business address and telephone number is

King & Spalding LLP
227 West Trade Street - Suite 600
Charlotte, NC 28202  Tel: 704.503.2630

and who is an active member in good standing of the bar of U.S.D.C. for the Southern District of N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing GOOGLE INC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

                          The Honorable William Alsup
                          United States  District    Judge