# EXHIBIT D

1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
5
   BOIES, SCHILLER & FLEXNER LLP
6  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
7  333 Main Street
   Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
10 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
11
   ORACLE CORPORATION
12 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
13 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
14 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
15 500 Oracle Parkway
   Redwood City, CA  94065
16 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
18

19                UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                 SAN FRANCISCO DIVISION

22 ORACLE AMERICA, INC.                 | Case No. CV 10-03561 WHA

23            Plaintiff,                 | **ORACLE AMERICA ADR
                                         | CERTIFICATION BY PARTY AND
24      v.                               | COUNSEL**

25 GOOGLE, INC.

26            Defendant.

27

28

ORACLE AMERICA ADR CERTIFICATION BY PARTY AND COUNSEL
CASE NO. CV 10-03561 WHA
pa-1429901

1       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

2   that he or she has:

3       (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of

4   California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies

5   are available from the clerk's office for parties in cases not subject to the court's Electronic Case

6   Filing program (ECF) under General Order 45);

7       (2) Discussed the available dispute resolution options provided by the Court and private

8   entities; and

9       (3) Considered whether this case might benefit from any of the available dispute

10  resolution options.

11

12

13  Dated: October 27, 2010              By:  /s/ Matthew M. Sarboraria
                                              For Plaintiff
14                                            ORACLE AMERICA, INC.

15  Dated: October 27, 2010              By:  /s/ Marc David Peters
                                              Counsel to Plaintiff
16                                            ORACLE AMERICA, INC.

17

18                          **Attestation of Concurrence**

19      I, Marc David Peters, as the ECF user and filer of this document, attest that concurrence in

20  the filing of this document has been obtained from each of the above signatories.

21

22  Dated: October 27, 2010              By:  /s/ Richard S. Ballinger
                                              Counsel to Plaintiff
23                                            ORACLE AMERICA, INC.

24

25

26

27

28

ORACLE AMERICA ADR CERTIFICATION BY PARTY AND COUNSEL
CASE NO. CV 10-03561 WHA                                                    1
pa-1429901