1  DONALD F. ZIMMER, JR. (SBN 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (SBN 224323)
   csabnis@kslaw.com
3  KING & SPALDING LLP
   101 Second Street – Suite 2300
4  San Francisco, CA 94105
5  Telephone: (415) 318-1200
   Facsimile:  (415) 318-1300
6
   SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
7  sweingaertner@kslaw.com
   ROBERT F. PERRY
8  rperry@kslaw.com
9  BRUCE W. BABER (*Pro Hac Vice*)
   bbaber@kslaw.com
10 KING & SPALDING LLP
   1185 Avenue of the Americas
11 New York, NY 10036-4003
   Telephone:  (212) 556-2100
12 Facsimile:  (212) 556-2222

13 Attorneys for Defendant
   GOOGLE INC.
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William H. Alsup<br><br>**[PROPOSED] ORDER DENYING ORACLE'S MOTION TO DISMISS DEFENDANT'S INVALIDITY COUNTERCLAIMS AND STRIKE CERTAIN AFFIRMATIVE DEFENSES AND IMPERTINENT MATTER**<br><br>Date:  December 2, 2010<br>Time:  8:00 a.m.<br>Dept.:  Courtroom 9, 19th Floor |

1  Oracle America, Inc.'s Motion To Dismiss Defendant's Invalidity Counterclaims And
2  Strike Certain Affirmative Defenses And Impertinent Matter came for a hearing on December 2,
3  2010.  The Court, having considered the papers filed in support of and in opposition to the
4  motion, the arguments presented at the hearing, and other matters relevant to the determination
5  of Oracle America's motion, hereby DENIES the motion.

6  IT IS THEREFORE ORDERED that Plaintiff Oracle America Inc.'s Motion To Dismiss
7  Defendant's Invalidity Counterclaims And Strike Certain Affirmative Defenses And Impertinent
8  Matter is DENIED.

9
10
11  Dated: _____, 2010                    _____
12                                                                                        William H. Alsup
                                                                                          United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER DENYING ORACLE'S MOTION TO DISMISS DEFENDANT'S INVALIDITY COUNTERCLAIMS AND
STRIKE CERTAIN AFFIRMATIVE DEFENSES AND IMPERTINENT MATTER
CIVIL ACTION NO. CV 10-03561