**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10    ORACLE AMERICA, INC.,                         No. C 10-03561 WHA
11              Plaintiff,
12      v.                                          **ORDER DENYING ORACLE'S
                                                    MOTION TO DISMISS AND
13    GOOGLE INC.,                                  STRIKE AND VACATING
                                                    HEARING**
14              Defendant.
15    _____/
16           Oracle America, Inc. has "decline[d] to continue to press [its] motion" to dismiss
17    Google Inc.'s invalidity counterclaims and strike certain affirmative defenses and impertinent
18    matter, because required disclosures and discovery responses "will achieve the practical objective
19    of giving [Oracle] fair notice of what Google has in mind in defending this case" (Reply 3).
20    Accordingly, Oracle's motion is **DENIED**.  The hearing scheduled for December 2, 2010 is
21    **VACATED**.
22
23           **IT IS SO ORDERED.**
24
25    Dated: November 17, 2010.                     _____
26                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
27
28