# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: <u>November 18, 2010</u>                    Total Hearing Time: 13 minutes

Case No.  <u>C10-03561 WHA</u>

Title: <u>ORACLE AMERICA INC</u> v. <u>GOOGLE INC</u>

Plaintiff Attorney(s): Michael Jacobs; Ruchika Agrawal; Marc Peters

Defense Attorney(s): Donald Zimmer Jr; Bruce Baber; Scott Weinberger

Deputy Clerk: <u>Dawn Toland</u>                    Court Reporter: <u>Sahar McVickar</u>

## PROCEEDINGS

1)  <u>CMC - HELD</u>

2)  _____

Complete Initial Disclosures (Rule 26): 12/2/10

Last Day to Seek Leave to Add/Amend: 12/31/10

Discovery Cutoff: 7/29/11

Designation of Experts: 7/29/11

Last Day to File Motion: 9/8/11


Continued to  **4/6/11 at 1:30 pm**  for Tutorial

Continued to  **4/20/11 at 1:30 pm** for Claim Construction

Continued to  **10/17/11 at 2:00 pm**  for Pretrial Conference

Continued to  **10/31/11 at 7:30 am**  for Trial


**ORDERED AFTER HEARING:**

Parties shall select a private mediator by 12/31/10 and mediation shall be completed 30 days after the Markman order.  Parties shall submit a proposed claim construction schedule by 4/20/11.