[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE AMERICA, INC.

Plaintiff,

v.

GOOGLE INC.

Defendant.

Case No. CV 10-03561 WHA

**JOINT PROPOSED CLAIM CONSTRUCTION BRIEFING SCHEDULE**

Judge: Honorable William H. Alsup

Pursuant to the Court's tentative case schedule (Docket No. 50) Plaintiff Oracle America, Inc. ("Oracle") and Defendant Google, Inc. ("Google") propose the following claim construction briefing schedule:

| **Event / Filing** | **Date** | **Rule** |
|---|---|---|
| Case Management Conference | November 18, 2010 | Set by court |
| Deadline for filing proposed claim construction schedule | November 24, 2010 | Set by court (Docket No. 50) |
| Last Day to Make Initial Disclosures and First Day to Serve Discovery Requests | December 02, 2010 | Agreement of parties |
| Last Day for Oracle America to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce documents. | December 02, 2010 | Patent L.R. 3-1, 3-2 |

| **Event / Filing** | **Date** | **Rule** |
|---|---|---|
| Last day for Google to serve Preliminary Invalidity Contentions and produce documents | January 17, 2011 | Patent L.R. 3-3, 3-4 |
| Last day for parties to exchange Proposed Terms and Claims Elements for Construction | January 25, 2011 | Patent L.R. 4-1; with shortened time proposed by parties |
| Last day for parties to exchange Preliminary Claim Constructions and Extrinsic Evidence | February 08, 2011 | Patent L.R. 4-2; with shortened time proposed by parties |
| Last day for parties to file Joint claim Construction and Prehearing Statement | February 22, 2011 | Patent L.R. 4-3; with shortened time proposed by parties |
| Complete claim construction discovery | March 01, 2011 | Pat. L.R. 4-4; with shortened time proposed by parties |
| Parties file simultaneous claim construction briefs | March 17, 2011 | Patent L.R. 4-5; with shortened time proposed by parties |
| Parties file simultaneous responsive claim construction briefs | March 31, 2011 | Patent L.R. 4-5 |
| No reply claim construction briefs without leave of court | None | Agreement of parties |
| Claim Construction Tutorial | April 06, 2011 | Set by court (Docket No. 50) |
| Claim Construction Hearing | April 20, 2011 | Set by court (Docket No. 50) |

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600/Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000/Facsimile: (510) 874-1460

ORACLE AMERICA CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle America Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200/Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

Dated: November 24, 2010

By: /s/ Richard S. Ballinger

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

Dated: November 24, 2010

By: /s/ Donald F. Zimmer, Jr.
DONALD F. ZIMMER, JR.

**Attestation of Concurrence**

I, Richard S. Ballinger, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 24, 2010

By: /s/ Richard S. Ballinger

Counsel to Plaintiff
ORACLE AMERICA, INC.

IT IS SO ORDERED.

Dated:________________________ ________________________________________

Honorable William H. Alsup
United State District Court Judge