[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br>**ORDER ENTERING**<br>**JOINT PROPOSED CLAIM**<br>**CONSTRUCTION BRIEFING**<br>**SCHEDULE**<br><br>Judge: Honorable William H. Alsup |

Pursuant to the Court's tentative case schedule (Docket No. 50) Plaintiff Oracle America, Inc. ("Oracle") and Defendant Google, Inc. ("Google") propose the following claim construction briefing schedule:

| Event / Filing | Date | Rule |
|---|---|---|
| Case Management Conference | November 18, 2010 | Set by court |
| Deadline for filing proposed claim construction schedule | November 24, 2010 | Set by court (Docket No. 50) |
| Last Day to Make Initial Disclosures and First Day to Serve Discovery Requests | December 02, 2010 | Agreement of parties |
| Last Day for Oracle America to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce documents. | December 02, 2010 | Patent L.R. 3-1, 3-2 |

~~JOINT PROPOSED~~ CLAIM CONSTRUCTION BRIEFING SCHEDULE
CASE NO. CV 10-03561 WHA
pa-1433318

1

| Event / Filing | Date | Rule |
|---|---|---|
| Last day for Google to serve Preliminary Invalidity Contentions and produce documents | January 17, 2011 | Patent L.R. 3-3, 3-4 |
| Last day for parties to exchange Proposed Terms and Claims Elements for Construction | January 25, 2011 | Patent L.R. 4-1; with shortened time proposed by parties |
| Last day for parties to exchange Preliminary Claim Constructions and Extrinsic Evidence | February 08, 2011 | Patent L.R. 4-2; with shortened time proposed by parties |
| Last day for parties to file Joint claim Construction and Prehearing Statement | February 22, 2011 | Patent L.R. 4-3; with shortened time proposed by parties |
| Complete claim construction discovery | March 01, 2011 | Pat. L.R. 4-4; with shortened time proposed by parties |
| Parties file simultaneous claim construction briefs | March 17, 2011 | Patent L.R. 4-5; with shortened time proposed by parties |
| Parties file simultaneous responsive claim construction briefs | March 31, 2011 | Patent L.R. 4-5 |
| No reply claim construction briefs without leave of court | None | Agreement of parties |
| Claim Construction Tutorial | April 06, 2011 | Set by court (Docket No. 50) |
| Claim Construction Hearing | April 20, 2011 | Set by court (Docket No. 50) |

| | |
|---|---|
| | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| | mdpeters@mofo.com |
| | 755 Page Mill Road |
| | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600/Facsimile: (650) 494-0792 |
| | |
| | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| | 333 Main Street |
| | Armonk, NY  10504 |
| | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| | Oakland, CA  94612 |
| | Telephone: (510) 874-1000/Facsimile: (510) 874-1460 |
| | |
| | ORACLE AMERICA CORPORATION |
| | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| | 500 Oracle America Parkway |
| | Redwood City, CA  94065 |
| | Telephone: (650) 506-5200/Facsimile: (650) 506-7114 |
| | |
| | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

Dated:   November 24, 2010          By: /s/  Richard S. Ballinger

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

Dated:   November 24, 2010          By:  /s/  Donald F. Zimmer, Jr.
                                         DONALD F. ZIMMER, JR.

**Attestation of Concurrence**

I, Richard S. Ballinger, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:   November 24, 2010          By:  /s/  Richard S. Ballinger

                                         Counsel to Plaintiff
                                         ORACLE AMERICA, INC.

1    IT IS SO ORDERED.

2

3    Dated: November 29, 2010.                    _____
                                                  Honorable William H. Alsup
4                                                 United State District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~JOINT PROPOSED~~ CLAIM CONSTRUCTION BRIEFING SCHEDULE
CASE NO. CV 10-03561 WHA
pa-1433318

5