DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148 -
*app. for admission to N.D.Cal to be filed*)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | CASE NO.  3:10-cv-03561-WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2

3  PLEASE TAKE NOTICE that Ian C. Ballon of Greenberg Traurig LLP, 1900
4  University Avenue, East Palo Alto, California 94303, hereby enters an appearance in the
5  above-captioned case on behalf of Defendant Google Inc.

6

7  DATED: December 2, 2010                    GREENBERG TRAURIG, LLP

8

9
                                              By:_____ */s/ Ian C. Ballon*_____
10                                                Ian C. Ballon
                                                  Attorneys for Google Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28