| | |
|---|---|
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148 - |
| csabnis@kslaw.com | *app. for admission to N.D.Cal to be filed*) |
| KING & SPALDING LLP | meekerh@gtlaw.com |
| 101 Second Street – Suite 2300 | GREENBERG TRAURIG, LLP |
| San Francisco, CA 94105 | 1900 University Avenue |
| Telephone: (415) 318-1200 | East Palo Alto, CA 94303 |
| Facsimile: (415) 318-1300 | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | CASE NO. 3:10-cv-03561-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Notice of Appearance of Joseph R. Wetzel         -1-         Case No. 3:10-cv-03561-WHA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph R. Wetzel (wetzelj@gtlaw.com) of Greenberg Traurig LLP, 153 Townsend Street, 8th Floor, San Francisco, California 94107, hereby enters an appearance in the above-captioned case on behalf of Defendant Google Inc.

DATED: December 2, 2010                         GREENBERG TRAURIG, LLP


                                                By:_____ */s/ Joseph R. Wetzel* _____
                                                        Joseph R. Wetzel
                                                        Attorneys for Google Inc.