| | |
|---|---|
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148 - |
| csabnis@kslaw.com | *app. for admission to N.D.Cal to be filed*) |
| KING & SPALDING LLP | meekerh@gtlaw.com |
| 101 Second Street – Suite 2300 | GREENBERG TRAURIG, LLP |
| San Francisco, CA 94105 | 1900 University Avenue |
| Telephone:  (415) 318-1200 | East Palo Alto, CA 94303 |
| Facsimile:  (415) 318-1300 | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | CASE NO.  3:10-cv-03561-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Notice of Appearance of Dana K. Powers       -1-       Case No. 3:10-cv-03561-WHA

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2
3  PLEASE TAKE NOTICE that Dana K. Powers (powersdk@gtlaw.com) of Greenberg
4  Traurig LLP, 153 Townsend Street, 8th Floor, San Francisco, California 94107, hereby enters
5  an appearance in the above-captioned case on behalf of Defendant Google Inc.
6
7  DATED:  December 3, 2010                                  GREENBERG TRAURIG, LLP
8
9
                                                             By:_____/s/ Dana K. Powers_____
10                                                                  Dana K. Powers
                                                                    Attorneys for Google Inc.
11