
[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE AMERICA, INC.

Plaintiff,

v.

GOOGLE INC.

Defendant.

Case No. CV 10-03561 WHA

**JOINT NOTICE REGARDING PROPOSED PROTECTIVE ORDERS**

Dept.: Courtroom 9, 19th Floor
Judge: Honorable William Alsup

JOINT NOTICE REGARDING PROPOSED PROTECTIVE ORDERS
CASE NO. CV 10-03561 WHA
pa-1436966

Pursuant to the Court's November 19, 2010 Case Management Order (Dkt. No. 56), a form of protective order was to be submitted by December 10, 2010. The parties met and conferred in good faith and reached agreement on all but two issues: whether any in-house counsel would have access to information of the highest designation, and whether a prosecution bar would attach to persons accessing designated information. The parties respectfully request the Court's assistance in resolving these issues. Attached as Exhibit A is Oracle America, Inc.'s Proposed Protective Order and attached as Exhibit B is Google, Inc.'s Proposed Protective Order. For the Court's convenience, attached as Exhibit C is a Table of Disputed Provisions. The parties are prepared to address the issues promptly in written briefing and via telephone conference, or hearing at the Court's discretion.

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600/Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000/Facsimile: (510) 874-1460

ORACLE AMERICA CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle America Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200/Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

Dated: December 10, 2010

By: /s/ Marc David Peters

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

Dated: December 10, 2010

By: /s/ Steven T. Snyder

**ATTESTATION OF CONCURRENCE**

I, Marc D. Peters, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: December 10, 2010          MARC DAVID PETERS
                                  MORRISON & FOERSTER LLP


                                  By: /s/ Marc David Peters
                                      Marc David Peters

                                      *Attorneys for Plaintiff*
                                      ORACLE AMERICA, INC.

JOINT NOTICE REGARDING PROPOSED PROTECTIVE ORDERS
CASE NO. CV 10-03561 WHA
pa-1436966

4