1  [counsel listed on signature page]

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11  ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

12              Plaintiff,                  Honorable Judge William Alsup

13        v.
                                            **JOINT NOTICE REGARDING**
14  GOOGLE INC.                             **MEDIATION**

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE REGARDING MEDIATION
Case No. CV 10-03561 WHA
pa-1439064

1     Pursuant to ¶ 3 of the November 18, 2010 Case Management Order (Dkt. 56), the parties

2 write to notify the Court that they have engaged Randall Wulff, of Wulff, Quinby & Sochynsky,

3 as the private mediator for this case.

|  |  |
|---|---|
|  | MORRISON & FOERSTER LLP |
|  | MICHAEL A. JACOBS (Bar No. 111664) |
|  | mjacobs@mofo.com |
|  | MARC DAVID PETERS (Bar No. 211725) |
|  | mdpeters@mofo.com |
|  | 755 Page Mill Road |
|  | Palo Alto, CA  94304-1018 |
|  | Telephone: (650) 813-5600 |
|  | Facsimile: (650) 494-0792 |
|  |  |
|  | BOIES, SCHILLER & FLEXNER LLP |
|  | DAVID BOIES (Admitted *Pro Hac Vice*) |
|  | dboies@bsfllp.com |
|  | 333 Main Street |
|  | Armonk, NY  10504 |
|  | Telephone: (914) 749-8200 |
|  | Facsimile: (914) 749-8300 |
|  | STEVEN C. HOLTZMAN (Bar No. 144177) |
|  | sholtzman@bsfllp.com |
|  | 1999 Harrison St., Suite 900 |
|  | Oakland, CA  94612 |
|  | Telephone: (510) 874-1000 |
|  | Facsimile: (510) 874-1460 |
|  |  |
|  | ORACLE AMERICA CORPORATION |
|  | DORIAN DALEY (Bar No. 129049) |
|  | dorian.daley@oracle.com |
|  | DEBORAH K. MILLER (Bar No. 95527) |
|  | deborah.miller@oracle.com |
|  | MATTHEW M. SARBORARIA (Bar No. 211600) |
|  | matthew.sarboraria@oracle.com |
|  | 500 Oracle America Parkway |
|  | Redwood City, CA  94065 |
|  | Telephone: (650) 506-5200 |
|  | Facsimile: (650) 506-7114 |

By: /s/ Marc David Peters
      Marc David Peters

Dated: December 29, 2010

    Attorneys for Plaintiff
    ORACLE AMERICA, INC.

JOINT NOTICE REGARDING MEDIATION
CASE NO. CV 10-03561 WHA
pa-1439064

1

| | |
|---|---|
| | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com<br>KING & SPALDING LLP<br>101 Second Street – Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 |
| | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| | By: /s/ Scott T. Weingaertner<br>     Scott T. Weingaertner |
| Dated:   December 29, 2010 | Attorneys for Defendant<br>GOOGLE INC. |

**Attestation of Concurrence**

I, Marc David. Peters, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

| | |
|---|---|
| Dated:   December 29, 2010 | By: /s/ Marc David Peters<br>     Marc David Peters |

JOINT NOTICE REGARDING MEDIATION
CASE NO. CV 10-03561 WHA
pa-1439064

2