| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Christopher C. Carnaval
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2154

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

               Plaintiff(s),

    v.

GOOGLE INC.,

               Defendant(s).

CASE NO. 3:10-cv-03561 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Christopher C. Carnaval, an active member in good standing of the bar of U.S.D.C. for the Southern District of N.Y., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Google Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Donald F. Zimmer, King & Spalding LLP, 101 Second Street - Suite 2300 San Francisco, CA 94105. Tel: 415.318.1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/10/2011

ORIGINAL

```
Court Name: U.S. District Court
Division: 3
Receipt Number: 34611055015
Cashier ID: almaceh
Transaction Date: 01/13/2011
Payer Name: KING AND SPALDING LLP

PRO HAC VICE
 For: CHRISTOPHER C CARNAVAL
 Case/Party: D-CAN-3-11-AT-PROHAC-001
 Amount:      $275.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 643994
 Amt Tendered: $275.00

Total Due:      $275.00
Total Tendered: $275.00
Change Amt:     $0.00

C10-3561 WHA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```