RECEIVED
2011 JAN 13 P 1: 28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | **CASE NO.** 3:10-cv-03561 WHA |
| Plaintiff, | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| GOOGLE INC., | |
| Defendant. | |

Christopher C. Carnaval                    , whose business address and telephone number is

King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 and (212) 556-2154

and who is an active member in good standing of the bar of  U.S.D.C. for the S.D.N.Y.

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  GOOGLE INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
The Honorable William Alsup
United States District     Judge