RECEIVED
2011 JAN 13 P 1:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

CASE NO. 3:10-cv-03561 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mark H. Francis, whose business address and telephone number is King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 and (212) 556-2117

and who is an active member in good standing of the bar of U.S.D.C. for the S.D.N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing GOOGLE INC.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 18, 2011.

                                                          [signature]
                                             The Honorable William Alsup
                                             United States District Judge