IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

                                       /

No. C 10-03561 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The parties shall meet-and-confer in the Court's jury room starting from **8:00 A.M. AND ENDING 11:00 A.M. ON WEDNESDAY, FEBRUARY 9, 2011**. At 11:00 a.m., the Court shall hold a hearing to resolve any and all remaining discovery issue(s). Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the discovery hearing.

Defendant may file a responsive letter brief, not to exceed three pages, by **NOON ON FEBRUARY 4, 2011**.

**IT IS SO ORDERED.**

Dated: February 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE