IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                                      /

No. C 10-03561 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

Defendant's discovery dispute letter brief is acknowledged. The discovery issues raised by defendant shall be addressed at the same time as those raised by plaintiff. The parties shall meet-and-confer in the Court's jury room starting from **8:00 A.M. AND ENDING AT 11:00 A.M. ON WEDNESDAY, FEBRUARY 9, 2011**. At 11:00 a.m., the Court shall hold a hearing to resolve any and all remaining discovery issue(s). Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the discovery hearing.

Plaintiff may file a responsive letter brief, not to exceed three pages, by **NOON ON FEBRUARY 7, 2011**.

**IT IS SO ORDERED.**

Dated: February 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE