```
 1  DONALD F. ZIMMER, JR. (SBN 112279)
    fzimmer@kslaw.com
 2  CHERYL A. SABNIS (SBN 224323)
    csabnis@kslaw.com
 3  KING & SPALDING LLP
    101 Second Street - Suite 2300
 4  San Francisco, CA 94105
    Telephone: (415) 318-1200
 5  Facsimile:  (415) 318-1300

 6  SCOTT T. WEINGAERTNER (Pro Hac Vice)
    sweingaertner@kslaw.com
 7  ROBERT F. PERRY
    rperry@kslaw.com
 8  BRUCE W. BABER (Pro Hac Vice)
    bbaber@kslaw.com
 9  KING & SPALDING LLP
    1185 Avenue of the Americas
10  New York, NY 10036-4003
    Telephone: (212) 556-2100
11  Facsimile:  (212) 556-2222

12  RENNY F. HWANG (SBN 241114)
    rennyhwang@google.com
13  Google Inc.
    1600 Amphitheatre Parkway
14  Mountain View, CA 94043
    Telephone (650) 253-2551
15  Facsimile:  (650) 618-1806

16  Attorneys for Defendant
    GOOGLE INC.
17
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William Alsup <br><br> **NOTICE OF APPEARANCE OF COUNSEL OF RENNY F. HWANG** |

---

NOTICE OF APPEARANCE OF COUNSEL OF RENNY HWANG        CIVIL ACTION NO. CV10-03561

## NOTICE OF APPEARANCE OF COUNSEL

## OF RENNY F. HWANG

TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Renny F. Hwang, in-house counsel for Google Inc., hereby enters his appearance as counsel for Defendant Google Inc., in the above action, and requests notice of all hearings and other proceedings in the action and service of all orders, pleadings and other papers.

Respectfully submitted this 7th day of February, 2011.

DATED: February 7, 2011         **KING & SPALDING LLP**

By: /s/ Cheryl A. Sabnis

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

RENNY F. HWANG (SBN 241114)
rennyhwang@google.com
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
Telephone (650) 253-2551
Facsimile: (650) 618-1806

ATTORNEYS FOR DEFENDANT
GOOGLE INC.