**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date:  <u>February 9, 2011</u>                                    Total Hearing Time: 17 minutes

Case No.  <u>C10-03561 WHA</u>

Title:  <u>ORACLE AMERICA, INC.</u> v. <u>GOOGLE INC.</u>

Plaintiff Attorney(s): Michael Jacobs; Marc David Peters; Richard Ballinger; Diane Gabl
                                    Steven Holtzman; Roman Swoopes and Andrew Temkin

Defense Attorney(s): Bruce Baber; Scott Weingaertner; Steven Snyder; Renny Hwang

Deputy Clerk:  <u>Dawn Toland</u>                         Court Reporter: <u>Kathy Wyatt</u>

**<u>PROCEEDINGS</u>**

1)   <u>Discovery Dispute - HELD</u>

2)   _____


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Parties met and conferred in the Court's jury room from 8:00 am to 11:00 am.  Parties stated for the record they agreed to further supplement the disclosures by 2/18/11 and will update the infringement and non-infringement contentions by 4/1/11.  The interrogatory responses have also been resolved.