**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DISCOVERY AND DISCLOSURE DISPUTES** |
| GOOGLE INC., | |
| Defendant. | |

The Court appreciates counsel resolving their discovery and disclosure disputes at the ordered meet-and-confer session. The agreements counsel reached were stated on the record during the February 9 hearing. No further order will be issued regarding these disputes.

**IT IS SO ORDERED.**

Dated: February 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE