```
                                      PAGES 1 - 16

               UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE WILLIAM ALSUP

ORACLE AMERICA, INC.,            )
                                 )
         PLAINTIFF,              )
                                 )
 VS.                             ) NO. C 10-03561 WHA
                                 )
GOGGLE, INC.,                    )
                                 )  SAN FRANCISCO, CALIFORNIA
         DEFENDANT.              )  WEDNESDAY
                                 )  FEBRUARY 9, 2011
_____)  11:00 O'CLOCK A.M.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR PLAINTIFF:**       MORRISON & FOERSTER LLP
                         755 PAGE MILL ROAD
                         PALO ALTO, CALIFORNIA 94304-1018
                   **BY: RICHARD S. BALLINGER, ESQUIRE
                         ROMAN A. SWOOPES, ESQUIRE
                         MARC DAVID PETERS, PH.D., PARTNER
                         MICHAEL A. JACOBS, PARTNER
                         DIANE C. GABL, ATTORNEY AT LAW
                         650-251-3974**

AND

                         **ANDREW C. TEMKIN, CORPORATE COUNSEL**
                         500 ORACLE PARKWAY
                         M/S 50P7
                         REDWOOD SHORES, CALIFORNIA 94065

FURTHER APPEARANCES ON NEXT PAGE.

**REPORTED BY:   KATHERINE WYATT, CSR 9866, RMR, RPR**
          *OFFICIAL REPORTER - US DISTRICT COURT*
          *COMPUTERIZED TRANSCRIPTION BY ECLIPSE*

```
 1   FURTHER APPEARANCES:

 2   ALSO FOR PLAINTIFF:

 3                       BOIES, SCHILLER & FLEXNER LLP
                         1999 HARRISON STREET
 4                       SUITE 900
                         OAKLAND, CALIFORNIA 94612
 5               BY:     STEVEN C. HOLTZMAN, ESQUIRE

 6


 7   FOR THE DEFENDANT:

 8                       KING & SPALDING LLP
                         1185 AVENUE OF THE AMERICAS
 9                       NEW YORK, NEW YORK 10036-4003
                 BY:     BRUCE W. BABER, ESQUIRE
10                       SCOTT T. WEINGAERTNER, ESQUIRE

11   AND

12                       KING & SPALDING LLP
                         100 N. TRYON STREET
13                       SUITE 3900
                         CHARLOTTE, NORTH CAROLINA 28202
14               BY:     STEVEN T. SNYDER, ESQUIRE

15   AND

16                       RENNY HWANG, ASSOCIATE LITIGATION
                         COUNSEL
17                       GOOGLE
                         1600 AMPHITHEATRE PARKWAY
18                       MOUNTAIN VIEW, CALIFORNIA 94043

19

20

21

22

23

24

25
         KATHERINE WYATT, OFFICIAL REPORTER, RPR, RMR   925-212-5224
```

```
 1   FEBRUARY 9, 2011                           11:00 O'CLOCK  A.M.
 2
 3                       P R O C E E D I N G S
 4         THE CLERK:  FOR THE RECORD, CALLING CASE 10-3561.
 5   IT'S ORACLE AMERICA, INC. VERSUS GOOGLE, INC., ON FOR MOTION TO
 6   COMPEL.
 7         COUNSEL, CAN YOU PLEASE STATE YOUR APPEARANCES FOR
 8   THE RECORD?
 9         MR. JACOBS:  YES.  FOR PLAINTIFF ORACLE AMERICA,
10   MICHAEL JACOBS, MARK PETERS, SEVERAL COLLEAGUES, YOUNGER
11   COLLEAGUES IN THE BACK FROM MORRISON & FOERSTER AND STEVE
12   HOLTZMAN FROM BOIES SCHILLER & FLEXNER.
13         THE COURT:  ALL RIGHT.
14         MR. WEINGAERTNER:  GOOD MORNING, YOUR HONOR.  SCOTT
15   WEINGAERTNER OF KING & SPALDING FOR DEFENDANT GOOGLE.  HERE WITH
16   BRUCE BABER, KING & SPALDING, RANDY HWANG OF GOOGLE AND STEVE
17   SNYDER ALSO FROM KING & SPALDING.
18         MR. JACOBS:  AND I SHOULD HAVE INTRODUCED ANDREW
19   TEMKIN FROM ORACLE, SIR.
20         THE COURT:  WELCOME TO YOU, TOO.
21         WE'RE HERE FOR A COUPLE OF THINGS.  I WOULD LIKE TO
22   START WITH THE ISSUE OF WHETHER OR NOT THE DISCLOSURES ARE
23   ADEQUATE UNDER OUR LOCAL RULES, UNLESS YOU'VE REACHED AN
24   AGREEMENT.
25         MR. JACOBS:  WE DID, YOUR HONOR.  IT MAY NOT SURPRISE
```

1   YOU GETTING US IN THE ROOM TOGETHER WAS PRODUCTIVE.

2              **THE COURT:**  WELL, THEN, LET'S HEAR THE AGREEMENT.

3              **MR. JACOBS:**  THE AGREEMENT IS THAT BY FEBRUARY 18TH
4   BOTH SIDES WILL FURTHER SUPPLEMENT THEIR INFRINGEMENT
5   CONTENTIONS AND NONINFRINGEMENT CONTENTIONS WITH RESPECT TO THE
6   CONCERN THE OTHER SIDE RAISED.

7              TO GO DOWN A LEVEL OF DETAIL, WE HAVE EXPRESSED A
8   CONCERN WITH THE LEVEL OF TECHNICAL DETAIL IN GOGGLE'S
9   NONINFRINGEMENT CONTENTIONS.  WHY IS THIS LIMITATION NOT PRESENT
10  IN THE SOURCE CODE WHERE IN THE INFRINGEMENT CONTENTIONS WE'VE
11  DELINEATED THE SOURCE CODE WHERE THAT LIMITATION CAN BE FOUND?

12             GOGGLE HAS AGREED TO GIVE IT THEIR BEST CURRENT SHOT
13  AT ARTICULATING WHY THAT LIMITATION IS NOT PRESENT IN THAT CODE
14  ITSELF, ON THE ASSUMPTION THAT THAT CODE IS OPERATING ON THE
15  HANDSETS.

16             RECIPROCALLY GOOGLE EXPRESSED A CONCERN THAT WE HAD
17  NOT ARTICULATED SUFFICIENTLY THE BASIS FOR OUR BELIEF THAT THE
18  GOOGLE -- THAT THE ANDROID CODE THAT IS ON THE GOOGLE PUBLIC
19  ANDROID WEBSITE IS, IN FACT, THE CODE THAT IS PRESENT ON THE
20  HANDSETS THAT WOULD REPRESENT THE DIRECT INFRINGEMENT IN CASES
21  OF INDIRECT INFRINGEMENT.

22             SO BY FEBRUARY 18TH, WE WILL BOTH BE SUPPLEMENTING
23  AND GIVING IT OUR BEST CURRENT SHOT WITH RESPECT TO THE OTHER
24  SIDE'S CONCERNS.

25             WE FURTHER AGREED THAT WE WILL DO ANOTHER UPDATE OF

KATHERINE WYATT, OFFICIAL REPORTER, RPR, RMR  925-212-5224

1  OUR CONTENTIONS AMPLIFYING ON EVIDENCE THAT HAS BEEN DEVELOPED
2  IN THE INTERIM ON APRIL 1ST.
3          SO I THINK WE'RE BOTH SATISFIED THAT WE'VE MADE A LOT
4  OF PROGRESS HERE, AT LEAST, AND DON'T NEED THE COURT'S
5  INTERVENTION AT THIS TIME ON THAT, ON THE ISSUE OF OUR
6  INFRINGEMENT CONTENTIONS AND THEIR NONINFRINGEMENT CONTENTIONS.
7          **THE COURT:** SO PROPERLY STATED?
8          **MR. WEINGAERTNER:** YES, YOUR HONOR.
9          **THE COURT:** ALL RIGHT. WELL, GOOD. THANK YOU FOR
10 MAKING THAT AGREEMENT. I APPRECIATE IT.
11         IS THERE ANYTHING MORE I CAN DO FOR YOU TODAY?
12         **MR. JACOBS:** WE HAD FURTHER BRIEFED CONCERNS WITH
13 EACH OTHER'S INTERROGATORY RESPONSES. WE HAD ENOUGH TIME TO
14 DISCUSS TWO OF THOSE, ONE IMPORTANT ONE, ONE THAT WAS IMPORTANT
15 TO EACH SIDE. AND WE MADE ENOUGH PROGRESS IN RESOLVING THOSE
16 THAT WE DON'T THINK WE NEED THE COURT'S INTERVENTION ON
17 INTERROGATORIES AT THIS TIME.
18         WE BOTH AGREED THAT WHAT WE REALLY NEED TO BE DOING
19 IS ENGAGING BETTER WITH EACH OTHER IN ATTEMPTING TO RESOLVE
20 THESE DISAGREEMENTS AND EXPLAINING WHAT IS REALLY BOTHERING THE
21 OTHER SIDE AND NOT ASKING THE COURT TO CALL THESE BALLS AND
22 STRIKES AT THIS POINT.
23         **THE COURT:** AGREED?
24         **MR. WEINGAERTNER:** YES, YOUR HONOR. WE'RE IN
25 AGREEMENT WITH THAT.

```
 1            THE COURT:  ALL RIGHT.  SO DOES THAT TAKE CARE OF
 2   EVERYTHING THAT WAS TEED UP FOR TODAY?
 3            MR. JACOBS:  IT DOES, YOUR HONOR.
 4            MR. WEINGAERTNER:  YES, YOUR HONOR.
 5            THE COURT:  HAVE YOU TAKEN ANY DEPOSITIONS IN THIS
 6   CASE?
 7            MR. JACOBS:  NOT YET, YOUR HONOR.
 8            THE COURT:  WELL, DON'T WE HAVE A DISCOVERY CUTOFF
 9   COMING UP SOON?  RIGHT?  NOT SOON, BUT LOOKS LIKE IT WILL BE
10   JULY 29 OF THIS YEAR.
11            YOU KNOW I WILL NOT EXTEND IT.
12            MR. WEINGAERTNER:  YES, YOUR HONOR.
13            MR. JACOBS:  WE KNOW, YOUR HONOR.
14            THE COURT:  SO YOU BETTER GET CRACKING.  I KNOW WHAT
15   WILL HAPPEN. THERE WILL BE GNASHING OF TEETH.  AND THEN, YOU'LL
16   BLAME ME, SAY HOW UNREASONABLE THAT JUDGE IS.
17            MR. JACOBS:  WOULDN'T THINK OF IT, YOUR HONOR.
18            THE COURT:  BUT, YOU KNOW, IT'S YOUR OWN FAULT.  YOU
19   NEED TO GET CRACKING.
20            PLEASE DON'T GO FOR THE
21   WE-GOT-TO-KNOW-EVERYTHING-TILL-WE-DO-ANYTHING APPROACH. I KNOW
22   BOTH.  I KNOW THIS IS THE WAY IT IS. YOU'LL SAY:
23                "WE CAN'T TAKE A SINGLE DEPOSITION UNTIL WE KNOW
24            EVERY SINGLE DOCUMENT."
25            NO.  TAKE THE DEPOSITIONS WITH 80 PERCENT OF THE
```

```
 1   DOCUMENTS AND THE 20 PERCENT, IF THEY MATTER, WELL, TAKE THEM
 2   AGAIN.  AND MAKE THE OTHER SIDE PAY FOR THE COST OF THE
 3   DEPOSITION IF THEY STONEWALLED.
 4           BUT I LIKE TO SEE THE CASE MOVING ALONG. DEPOSITIONS,
 5   THAT'S WHERE YOU WILL FIND A LOT OF THE INFORMATION.  PLUS, I
 6   AGREE THE DOCUMENTS USUALLY TELL THE STORY, TOO.
 7           **MR. JACOBS:**  WE WILL TAKE THAT TO HEART, YOUR HONOR.
 8           **THE COURT:**  HOW ABOUT E-MAILS?  HAVE THEY BEEN
 9   PRODUCED YET?
10           **MR. JACOBS:**  YES, YOUR HONOR.  BOTH SIDES HAVE MADE
11   CONSIDERABLE ELECTRONIC AND NONELECTRONIC PRODUCTIONS.  WE WERE
12   TOLD TODAY WE PRODUCED A TERABYTE.  WE DIDN'T REALIZE THAT.
13           **THE COURT:**  WHAT'S THAT?
14           **MR. JACOBS:**  A LOT.
15           **THE COURT:**  WHAT IS A TERABYTE?
16           **MR. JACOBS:**  A TERABYTE IS A --
17           **THE COURT:**  IS THAT MORE THAN A BILLION?
18           **MR. JACOBS:**  A TERABYTE IS A --
19           **THE COURT:**  A MILLION MILLION?
20           NO, THAT WOULDN'T -- I DON'T KNOW WHAT IT WOULD BE.
21   THAT'S VERY LARGE.
22           **MR. JACOBS:**  IT'S VERY LARGE.
23           **THE COURT:**  HOW TO COULD ANYONE READ ALL THAT
24   INFORMATION?
25           **MR. WEINGAERTNER:**  THAT'S WHAT WE WERE WONDERING,
```

KATHERINE WYATT, OFFICIAL REPORTER, RPR, RMR  925-212-5224

1  YOUR HONOR.
2           **THE COURT:** WHAT?
3           **MR. WEINGAERTNER:** THAT'S WHAT WE WERE WONDERING,
4  YOUR HONOR. WE HAD A DISCUSSION ABOUT THAT.
5           **THE COURT:** CAN I ASK YOU A QUESTION ABOUT THIS CASE?
6  MAYBE I SHOULDN'T.
7           **MR. JACOBS:** NO, GO AHEAD.
8           **THE COURT:** I'M JUST WONDERING ABOUT THE THEORY
9  SINCE -- I DON'T KNOW ENOUGH ABOUT THIS TO SAY, BUT SOME PEOPLE
10 WOULD HAVE THOUGHT THAT JAVA WAS IN THE PUBLIC DOMAIN AND THAT
11 NOBODY OWNED IT, BECAUSE MANY PEOPLE HAVE BEEN HEARING ABOUT
12 JAVA FOR 30 YEARS, SO HOW COULD ANYBODY OWN IT?
13          **MR. JACOBS:** WELL, IT DEPENDS ON WHAT "IT" IS, YOUR
14 HONOR.
15          **THE COURT:** ALL RIGHT.
16          **MR. JACOBS:** SO, FOR EXAMPLE, THE JAVA PROGRAMMING
17 LANGUAGE, WE'RE NOT ASSERTING THAT WE OWN THAT PROGRAMMING
18 LANGUAGE FOR PURPOSES OF THIS CASE. BUT WE ARE ASSERTING,
19 OBVIOUSLY, WITH RESPECT TO THE PATENTS THAT WE HAVE PATENT
20 RIGHTS.
21          WE WERE JUST TALKING ABOUT --
22          **THE COURT:** PATENT RIGHTS ON WHAT?
23          **MR. JACOBS:** ON PATENTS THAT HAPPEN TO HAVE ARISEN
24 FROM THE INNOVATIONS ASSOCIATED WITH JAVA.
25          **THE COURT:** HOW IS THAT DIFFERENT FROM JUST USING THE

1  JAVA CODE ITSELF?

2  **MR. JACOBS:** WELL, THE JAVA CODE -- SO THE JAVA CODE
3  ITSELF IS NOT IN THE PUBLIC DOMAIN.  THE JAVA CODE ITSELF IS
4  LICENSED UNDER OPEN SOURCE LICENSES THAT HAVE THEIR OWN BENEFITS
5  TO ORACLE AND TO THE OPEN SOURCE COMMUNITY.

6  GOOGLE HAS NOT AVAILED ITSELF OF THOSE OPEN SOURCE
7  LICENSES. IT CHOSE A DIFFERENT LICENSING PATH WITH ANDROID,
8  SO --

9  **THE COURT:** SEE, I DON'T KNOW ENOUGH ABOUT WHAT THAT
10 "OPEN SOURCE" MEANS, SO I HAVE A FEELING I SHOULD PROBABLY JUST
11 LET IT LIE.  BUT SINCE I LET YOU HAVE A MOMENT, LET'S HEAR FROM
12 THE OTHER SIDE, SO YOU HAVE EQUAL TIME.

13 **MR. WEINGAERTNER:** WELL, THANK YOU, YOUR HONOR.

14 WE'RE ACTUALLY GLAD TO HEAR MR. JACOBS, I BELIEVE,
15 TAKE THE POSITION THAT THE JAVA LANGUAGE WASN'T PROTECTED,
16 BECAUSE I THINK THERE WAS AN OPEN ISSUE ABOUT THAT.

17 WE WERE ACTUALLY UNDER THE IMPRESSION THAT THEY WERE
18 TAKING THAT POSITION.  WE'RE ACTUALLY TRYING TO SORT OUT EXACTLY
19 WHAT THEIR POSITIONS ARE, AND WE'RE GLAD THAT YOUR HONOR RAISED
20 THIS ISSUE, BECAUSE "JAVA" IS A TERM THAT IS USED EXTREMELY
21 BROADLY IN THIS CASE TO COVER LANGUAGE, TO COVER PLATFORM.

22 AND I THINK THEY WANT IT TO COVER PATENTS, ALTHOUGH I
23 THINK WE'RE ON THE SAME PAGE AS YOUR HONOR THAT THEY ARE --

24 **THE COURT:** I'M NOT ON ANY PAGE.  PLEASE DON'T SAY
25 THAT. DON'T SAY THAT. I DON'T KNOW ENOUGH ABOUT THIS TO BE ON

```
 1  ANY PAGE. SO I JUST ASKED THE QUESTION.
 2          MR. WEINGAERTNER:  OKAY.  LET ME REPHRASE THAT.
 3  WE'RE ALSO NOT ON THE SAME PAGE AS YOUR HONOR.
 4          THE COURT:  ALL RIGHT.  AT LEAST YOU ASKED THE SAME
 5  QUESTION.  ALL RIGHT.
 6          ALL RIGHT. SO I NEED TO ALERT YOU ALL WHILE I GOT YOU
 7  HERE THAT STARTING MARCH 7TH -- DID I SEND OUT SOMETHING ON THIS
 8  ALREADY?
 9          MR. JACOBS:  I DON'T --
10          THE COURT:  ALL RIGHT.  STARTING MARCH 7TH I WILL BE
11  IN A LARGE GANG CASE THAT WILL -- CRIMINAL PROSECUTION -- THAT
12  WILL PROBABLY GO SIX MONTHS, FOUR MONTHS, SIX MONTHS, SOMEWHERE
13  IN THERE.
14          SO IF YOU ARE GOING TO FILE ANY MOTIONS, I MAY HAVE
15  TO ASK YOU TO DO A PROCEDURE WHEREBY YOU CAN'T FILE ANY MOTIONS
16  UNLESS YOU GET PERMISSION IN ADVANCE.
17          SO LET ME ASK YOU:  DO EITHER OF YOU HAVE MOTIONS
18  THAT YOU ARE CONTEMPLATING?  IF YOU DO, I MIGHT AS WELL DEAL
19  WITH IT RIGHT NOW.
20          MR. BABER:  AGAIN, YOUR HONOR, IF I MAY.
21          THE COURT:  SURE.  COME ON UP.
22          MR. BABER:  YES.  BRUCE BABER FROM KING & SPALDING.
23          WE ARE CONTEMPLATING AN EARLY MOTION FOR SUMMARY
24  JUDGMENT ON THE COPYRIGHT COUNT.  THERE'S SEVEN PATENTS ASSERTED
25  AND TWO COPYRIGHTS, AND WE BELIEVE THAT THE COPYRIGHT CLAIM
```

```
 1   SHOULD FAIL, AND WE ARE PREPARING AN EARLY MOTION ON THAT.
 2             THE COURT:  IS THIS SOMETHING THAT COULD BE EASILY
 3   CURED BY PLEADING AROUND THE PROBLEM?
 4             MR. BABER:  NO, YOUR HONOR.  IT HAS NOTHING TO DO
 5   WITH THE PLEADING.  IT HAS TO DO WITH THE SUBSTANCE OF THE
 6   CLAIM.  I'M HAPPY TO GO INTO IT IN AS MUCH DETAIL AS YOU LIKE.
 7   WE THINK IT'S SOMETHING THAT CAN'T BE CURED.  IT'S JUST THAT --
 8   IN FACT, IT RELATES TO ONE OF THE ISSUES YOU JUST RAISED, WHICH
 9   IS THE "JAVA PROGRAMMING LANGUAGE," AS YOU PUT IT, THERE ARE
10   CERTAIN PIECES OF THE ANDROID THAT ARE THERE SO THAT PROGRAMS
11   WRITTEN IN THE JAVA LANGUAGE WILL RUN RIGHT.
12             THAT'S THESE API'S.  OKAY?  SO THAT --
13             THE COURT:  WHAT IS AN API?
14             MR. BABER:  IT'S AN APPLICATION PROGRAMMING
15   INTERFACE, WHICH BASICALLY ALLOWS ONE COMPUTER SOFTWARE PROGRAM
16   TO SAY TO ANOTHER ONE:
17                 "DO THIS FOR ME."
18             OKAY?  IT MAKES A CALL, AND IT ASKS THE OTHER PROGRAM
19   TO PERFORM A FUNCTION.
20             AND IN JAVA PROGRAMMING LANGUAGE IT HAS THESE
21   COMMANDS.  IT SAYS:
22                   "GO ASK THIS TO DO THAT.  GO ASK THIS OTHER
23             THING TO DO SOMETHING ELSE."
24             AND THOSE, THERE ARE SOME PIECES OF THOSE KINDS OF
25   JAVA API'S THAT ARE IN THE ANDROID THAT ARE THERE SO THAT
```

```
 1   PROGRAMS IN THE JAVA LANGUAGE WILL RUN CORRECTLY.  AND THAT'S
 2   WHAT THEY BASE THE COPYRIGHT INFRINGEMENT CLAIM ON, PRIMARILY.
 3             THE COURT:  IS THIS A SUMMARY JUDGMENT MOTION?
 4             MR. BABER:  YES, YOUR HONOR, IT IS.
 5             THE COURT:  WELL, HERE'S WHAT YOU OUGHT TO DO. DON'T
 6   FILE THAT YET. FILE A THREE-PAGE PRECIS, P-R-E-C-I-S.
 7             AND IF IT'S -- I WON'T SAY -- I WILL IF IT'S GOT
 8   ENOUGH PLAUSIBILITY THAT I THINK I CAN WORK IT IN.  I WON'T SAY
 9   THAT -- THAT DOESN'T MEAN IT WILL BE GRANTED. IT JUST MEANS IT'S
10   IN THE BALLPARK OF PLAUSIBILITY, THEN WE WILL SET A SCHEDULE FOR
11   THAT.
12             BUT I NEED TO IMPOSE SOME KIND OF -- SOME KIND OF WAY
13   TO PROTECT MYSELF AGAINST HAVING TOO MUCH MOTION PRACTICE, AT
14   LEAST FOR THE NEXT FEW MONTHS.
15             I'M ALREADY WITHIN 30 DAYS OF THIS TRIAL, AND IT'S
16   NOT GOING TO GO AWAY.  IT'S A MAJOR PROBLEM, A MAJOR TIME
17   COMMITMENT.
18             SO ALL RIGHT.  SO CAN YOU DO A THREE-PAGE LETTER?
19             AND THEN, MR. JACOBS, YOU CAN FILE A THREE-PAGE -- NO
20   ATTACHMENTS. LOOK AT THIS (INDICATING).  I ASKED FOR -- LOOK AT
21   THIS (INDICATING).  I ASKED FOR A THREE-PAGE THING.  AND THIS IS
22   WHAT MORRISON & FOERSTER GAVE ME WITH FOUR INCHES.
23             JUST THREE PAGES, NO ATTACHMENTS. NO -- NOTHING BUT
24   JUST SUMMARY.  AND THEN, I CAN TELL WHETHER OR NOT THERE'S
25   ENOUGH PLAUSIBILITY.  AND ALSO WHY IT OUGHT TO BE HEARD NOW AS
```

```
 1    OPPOSED TO LATER.
 2             AND THEN, IF IT'S -- I'M GOING ERR ON THE SIDE OF
 3    LETTING YOU BRING IT.  BUT I GOT TO DO SOMETHING TO PROTECT MY
 4    RESOURCES AGAINST BEING OVERSTRETCHED.
 5             HOW ABOUT YOU, MR. JACOBS?  DO YOU HAVE ANY MOTIONS
 6    YOU WANT TO BRING?
 7             **MR. JACOBS:**  WE DON'T HAVE ANY EARLY MOTIONS
 8    CONTEMPLATED, YOUR HONOR.
 9             TWO POINTS OF CLARIFICATION.  WE DO HAVE TWO DATES
10    FOR A MARKMAN IN APRIL.
11             **THE COURT:**  WE'RE GOING TO GO AHEAD WITH THAT.  I'M
12    STILL COUNTING ON DOING THAT.
13             **MR. JACOBS:**  AND THEN, IF WE DO HAVE DISCOVERY ISSUES
14    AS OPPOSED TO SUBSTANTIVE MOTIONS --
15             **THE COURT:**  YES, YOU CAN STILL BRING THOSE.
16             **MR. JACOBS:**  THANK YOU.
17             **THE COURT:**  YOU CAN BRING THOSE.  BUT IF IT GETS OUT
18    OF HAND -- IT HASN'T YET.  BUT IF IT GOT OUT OF HAND, I WOULD
19    HAVE TO ASK A MAGISTRATE JUDGE TO HELP ME WITH THAT.  BUT I WAS
20    GOING TO TRY TO WORK THROUGH THE ONES YOU HAD TODAY.
21             AND, YOU KNOW, IT'S OKAY TO HAVE SOME DISCOVERY
22    DISPUTES. AND I VERY MUCH APPRECIATE YOU RESOLVING THESE. BUT IN
23    SOME CASES THE LAWYERS FIGHT OVER SO MANY THINGS I JUST CANNOT
24    DO IT ALL, AND I HAVE TO GET A MAGISTRATE JUDGE TO HELP ME.
25             BUT YOU DID GOOD TODAY. YOU SAVED YOUR SILVER BULLETS
```

```
 1   FOR A TIME WHEN BOTH SIDES PROBABLY NEED IT MORE.  SO GOOD FOR
 2   YOU.
 3            WELL, WHAT ELSE CAN I DO FOR YOU NOW THAT YOU ARE
 4   HERE, OR CAN WE JUST BRING THIS TO AN END?
 5            **MR. JACOBS:**  I THINK WE'RE DONE, YOUR HONOR.  THANK
 6   YOU.
 7            **MR. WEINGAERTNER:**  WE'RE DONE, YOUR HONOR.
 8            **THE COURT:**  YOU CAME ALL THE WAY -- WHERE ARE YOU
 9   LOCATED?
10            **MR. WEINGAERTNER:**  NEW YORK.
11            **MR. BABER:**  NEW YORK.
12            **THE COURT:**  ALL FOUR OF YOU ARE IN NEW YORK?
13            **MR. BABER:**  NO.  MR. SNYDER IS IN CHARLOTTE, NORTH
14   CAROLINA.
15            MR. HWANG IS DOWN IN MOUNTAIN VIEW AT GOOGLE.
16            AND I ACTUALLY SPLIT MY TIME BETWEEN ATLANTA AND NEW
17   YORK.
18            **THE COURT:**  SO DO WE HAVE A REPRESENTATIVE OF BOTH
19   GOOGLE HERE AS WELL AS ORACLE?
20            **MR. WEINGAERTNER:**  YES, YOUR HONOR.
21            **THE COURT:**  SO DID YOU BOTH GET TO SEE THE JURY ROOM?
22            **MR. HWANG:**  YOUR HONOR, I DID. THANK YOU FOR YOUR
23   HOSPITALITY.
24            **THE COURT:**  AND YOU, AS WELL?
25            **MR. TEMKIN:**  YOUR HONOR, I DID NOT GET TO SEE THE
```

1   JURY ROOM.  I WAS ATTENDING A HEARING.
2               **THE COURT:**  WELL, I'M GOING TO LET MR. JACOBS TAKE
3   YOU BACK THERE, BECAUSE I WANT YOU TO SEE WHERE THE FATE OF YOUR
4   COMPANIES WILL BE DECIDED.
5               **MR. TEMKIN:**  THANK YOU VERY MUCH, YOUR HONOR.
6               **THE COURT:**  AND I DO THIS BECAUSE I THINK LAWYERS
7   SOMETIMES THINK:
8                    "WELL, THIS IS GOING TO GO STRAIGHT FROM THAT
9               LECTERN TO THE FEDERAL CIRCUIT."
10              NO. THERE'S AN IMPORTANT INTERMEDIATE STOP IN THERE,
11  IN THAT ROOM, WHERE YOU NEVER KNOW WHO IS GOING TO BE -- BUT I
12  HAVE GREAT FAITH IN OUR JURY SYSTEM.  BUT IT'S JUST PEOPLE,
13  ORDINARY PEOPLE WHO HAVE LIVES TO LEAD AND CHILDREN TO GET TO
14  SCHOOL IN THE MORNING.  AND THEY DRIVE IN HERE.  THEY LISTEN TO
15  THE EVIDENCE.  THEY GO IN THERE AND DECIDE YOUR CASE.
16              AND EVERYTHING, YOU KNOW.  SO IT SOMETIMES DRIVES
17  THAT POINT HOME FOR YOU TO SEE THE JURY ROOM.
18              SO, MR. JACOBS, I WANT YOU TO STAY BACK LONG ENOUGH
19  TO SHOW YOUR CLIENT THE JURY ROOM. IT'S A NICE JURY ROOM, BUT
20  THAT'S WHERE -- THAT'S THE INTERMEDIATE STOP BETWEEN HERE AND
21  THE FEDERAL CIRCUIT.
22              AND WHAT THEY DECIDE IS NOT REVIEWABLE, UNLESS THERE
23  IS INSUFFICIENT EVIDENCE. SO YOU HAVE TO GET ME TO MAKE A
24  MISTAKE. THAT'S REVIEWABLE, BUT MISTAKES BY THE JURY ARE VERY
25  HARD TO REVERSE.

```
 1              ALL RIGHT. I THANK YOU BOTH. IT'S GREAT TO HAVE SUCH
 2   TERRIFIC LAWYERS HERE IN THE COURTROOM.  AND HAVE A GREAT DAY.
 3   THANK YOU.
 4              MR. JACOBS:   THANK YOU, YOUR HONOR.
 5              MR. WEINGAERTNER:   THANK YOU, YOUR HONOR.
 6              (THEREUPON, THIS HEARING WAS CONCLUDED.)
```

```
 1                    CERTIFICATE OF REPORTER
 2           I, KATHERINE WYATT, THE UNDERSIGNED, HEREBY CERTIFY
 3   THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED
 4   SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED BY ME INTO
 5   TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE
 6   RECORD OF SAID PROCEEDINGS.
 7           I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR
 8   ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING
 9   PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE
10   OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.
11           THE FEE CHARGED AND THE PAGE FORMAT FOR THE
12   TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL
13   CONFERENCE.
14           IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS
15   10TH DAY OF FEBRUARY, 2011.
16
17
18
19           _____
20                /S/ KATHERINE WYATT
21
22
23
24
25
```

KATHERINE WYATT, OFFICIAL REPORTER, RPR, RMR   925-212-5224