1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
3   mdpeters@mofo.com
    755 Page Mill Road
4   Palo Alto, CA  94304-1018
    Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
5
    BOIES, SCHILLER & FLEXNER LLP
6   DAVID BOIES (*Pro Hac Vice* Pending)
    dboies@bsfllp.com
7   333 Main Street
    Armonk, NY  10504
8   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
9   sholtzman@bsfllp.com
    1999 Harrison St., Suite 900
10  Oakland, CA  94612
    Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
11
    ORACLE CORPORATION
12  DORIAN DALEY (Bar No. 129049)
    dorian.daley@oracle.com
13  DEBORAH K. MILLER (Bar No. 95527)
    deborah.miller@oracle.com
14  MATTHEW M. SARBORARIA (Bar No. 211600)
    matthew.sarboraria@oracle.com
15  500 Oracle Parkway
    Redwood City, CA  94065
16  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.
18

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                     SAN FRANCISCO DIVISION

22  ORACLE AMERICA, INC.                 Case No. CV 10-03561 WHA

23             Plaintiff,                **NOTICE OF APPEARANCE BY
                                         DANIEL P. MUINO**
24        v.

25  GOOGLE, INC.

26             Defendant.

27

28

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Daniel P. Muino

(dmuino@mofo.com) of the law firm of Morrison & Foerster LLP, 755 Page Mill Road,

Palo Alto, CA 94304, as counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: March 8, 2010                    By:    /s/ Daniel P. Muino _____

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*Pro Hac Vice* Pending)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA
(Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.