| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | 755 Page Mill Road |
| 4 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 5 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 6 | DAVID BOIES (*Pro Hac Vice* Pending) |
| | dboies@bsfllp.com |
| 7 | 333 Main Street |
| | Armonk, NY  10504 |
| 8 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 9 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 10 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 11 | |
| | ORACLE CORPORATION |
| 12 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 15 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 16 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 17 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY RUCHIKA AGRAWAL** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

NOTICE OF APPEARANCE BY RUCHIKA AGRAWAL
CASE NO. CV10-03561 WHA
pa-1451159

1      TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE of the appearance of attorney Ruchika Agrawal

3 (ragrawal@mofo.com) of the law firm of Morrison & Foerster LLP, 755 Page Mill Road,

4 Palo Alto, CA 94304, as counsel of record in this action for Plaintiff Oracle America, Inc.

5 Dated: March 8, 2010                By:    /s/ Ruchika Agrawal

6                                       MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
7 mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
8 mdpeters@mofo.com
755 Page Mill Road
9 Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
10 Facsimile: (650) 494-0792

11 BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*Pro Hac Vice* Pending)
12 dboies@bsfllp.com
333 Main Street
13 Armonk, NY  10504
Telephone: (914) 749-8200
14 Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
15 sholtzman@bsfllp.com
1999 Harrison St., Suite 900
16 Oakland, CA  94612
Telephone: (510) 874-1000
17 Facsimile: (510) 874-1460

18 ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
19 dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
20 deborah.miller@oracle.com
MATTHEW M. SARBORARIA
21 (Bar No. 211600)
matthew.sarboraria@oracle.com
22 500 Oracle Parkway
Redwood City, CA  94065
23 Telephone: (650) 506-5200
Facsimile: (650) 506-7114
24
*Attorneys for Plaintiff*
25 ORACLE AMERICA, INC.

26

27

28

NOTICE OF APPEARANCE BY RUCHIKA AGRAWAL
CASE NO. CV10-03561 WHA                                                                    1
pa-1451159