MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ORACLE'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup<br>Tutorial: April 6, 2011, 1:30 p.m.<br>Hearing: April 20, 2011, 1:30 p.m. |

1  I, Marc David Peters, declare as follows:

2  I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. Attached hereto as Exhibit 1 is a true and correct copy of a Patent Examiner Interview Summary dated October 13, 1999 from the prosecution history of U.S. Patent No. 6,061,520.

2. Attached hereto as Exhibit 2 is a true and correct copy an Amendment dated October 18, 1999 from the prosecution history of U.S. Patent No. 6,061,520.

3. Attached hereto as Exhibit 3 is a true and correct copy of relevant pages from the MICROSOFT PRESS COMPUTER DICTIONARY (2d ed. 1994) and WEBSTER'S NEW WORLD DICTIONARY OF COMPUTER TERMS (5th ed. 1994).

4. Attached hereto as Exhibit 4 is a true and correct copy of original claims as filed in U.S. Patent Application No. 07/994,655, the original application for U.S. Patent No. RE38,104.

5. Attached hereto as Exhibit 5 is a true and correct copy of Section 2106.01 from the MANUAL OF PATENT EXAMINING PROCEDURE § 2106.01, 8th Edition, Revision 6, dated September 2007. This section remains unchanged in the current edition of the MPEP, 8th Edition, Revision 8 (July 2010).

6. Attached hereto as Exhibit 6 is a true and correct copy of a Reissue Application Declaration and Power of Attorney by Inventor of James Gosling, dated November 19, 1996, from the prosecution history of U.S. Patent No. RE38,104.

7. Attached hereto as Exhibit 7 is a true and correct copy of the Examination Guidelines for Computer-Related Inventions dated February 28, 1996, available at www.uspto.gov/web/offices/pac/dapp/pdf/ciig.pdf.

//

//

//

1  8. Attached hereto as Exhibit 8 is a true and correct copy of relevant pages from the MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997), the ILLUSTRATED DICTIONARY OF ELECTRONICS (7th ed. 1997), and the IEEE STANDARD DICTIONARY OF ELECTRICAL AND ELECTRONICS TERMS (6th ed. 1996).

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on March 17, 2011, in Palo Alto, California.

       /s/ Marc David Peters
       Marc David Peters