# EXHIBIT 1

| **Interview Summary** | Application No. 09/055,947 | Applicant(s) Frank Yellin, Richard D. Tuck |
|---|---|---|
| | Examiner Kelvin E. Booker | Group Art Unit 2762 |

All participants (applicant, applicant's representative, PTO personnel):

(1) Kelvin E. Booker          (3) N/A

(2) Michael Kiklis            (4) N/A

Date of Interview      Oct 13, 1999

Type:  ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.  If yes, brief description:

Agreement  ☐ was reached.   ☒ was not reached.

Claim(s) discussed: _1, 6, and 12_

Identification of prior art discussed:
_No prior art was discussed._

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_The general background of the invention was discussed. In particular, the disclosure of the "pre-loader" and "simulation" function as disclosed in claims 1, 6 and 12.. Narrowing the claims to make clear the functions of these elements were also discussed. Application will be considered in view of an updated search._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached.  Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1.  ☒  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2.  ☐  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.  Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note:  You must sign and stamp this form unless it is an attachment to a signed Office action.

U. S Patent and Trademark Office
PTO-413 (Rev. 10-95)                          Interview Summary                          Paper No. ___5___