# EXHIBIT 8

# Microsoft Press
# Computer Dictionary

## Third Edition

***Microsoft*** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

**CGA** | **MCI** | **medium model**

nation.

*n. See*

iet, the
iat an
States.
al user
fill all
low or
il user
*mpare*

n Win-
button
v that,
of the
on the
ndow.

et, the
at an

ilticast
ich of
video
es are
l and
ne-to-
 been
olling

r sec-

r geo-
ess is

58000.
0.
50.
).
381.

Color
n the

---

IBM PS/2 Models 25 and 30. The MCGA is capable of emulating the CGA (Color/Graphics Adapter) and provides two additional graphics modes: the first mode has 640 horizontal pixels by 480 vertical pixels with 2 colors chosen from a palette of 262,144 colors; the second has 320 horizontal pixels by 200 vertical pixels with 256 colors chosen from a palette of 262,144 colors. *See also* graphics mode (definition 2).

**MCI** \M`C-I´\ *n.* **1.** Acronym for Media Control Interface. Part of the Windows application programming interface that enables a program to control multimedia devices. **2.** A major long-distance telephone service carrier, originally Microwave Communications, Inc.

**.md** \dot`M-D´\ *n.* On the Internet, the major geographic domain specifying that an address is located in the Republic of Moldova.

**MDA** \M`D-A´\ *n.* Acronym for Monochrome Display Adapter. The video adapter introduced with the earliest model of the IBM PC in 1981. MDA is capable of only one video mode: a character mode with 25 lines of 80 characters each, with underlining, blinking, and high-intensity characters. IBM did not use the name *Monochrome Display Adapter* or the acronym *MDA*.

**MDI** \M`D-I´\ *n.* Acronym for multiple-document interface. A user interface in an application that allows the user to have more than one document open at the same time. *See also* user interface.

**MDIS** \M`D-I-S´\ *n. See* Metadata Interchange Specification.

**.md.us** \dot-M-D`dot-U-S´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Maryland, United States.

**mean time between failures** \mēn` tīm` bə-twēn fāl´yərz\ *n. See* MTBF.

**mean time to repair** \mēn` tīm` tə ri-pār´\ *n. See* MTTR.

**mechanical mouse** \mə-kan`i-kəl mous´\ *n.* A type of mouse in which the motion of a ball on the bottom of the mouse is translated into directional signals. As the user moves the mouse, the ball rolls, turning a pair of wheels mounted at right angles inside the mouse that have conductive markings on their surfaces. Because the markings permit an electric current to flow, a set of conductive brushes that ride on the surface of the conductive wheels can detect these conductive markings. The electronics in the mouse translate these electrical movement signals into mouse-movement information that can be used by the computer. *See also* mouse, trackball. *Compare* optical mouse, optomechanical mouse.

**media** \mē´dē-ə\ *n.* The physical material, such as paper, disk, and tape, used for storing computer-based information. *Media* is plural; *medium* is singular.

**media access control** \mē`dē-ə ak´ses kən-trōl´\ *n. See* IEEE 802 standards.

**Media Control Interface** \mē`dē-ə kən-trōl in´tər-fās\ *n. See* MCI (definition 1).

**media eraser** \mē`dē-ə i-rā´sər\ *n.* A device that removes or obliterates data from a storage medium on a wholesale basis, usually by writing meaningless data (such as zeros) over it. *See also* bulk eraser.

**media filter** \mē`dē-ə fil´tər\ *n.* **1.** A device used with local area networks (LANs) as an adapter between two different types of media. For example, an RJ-45 connector might be used between coaxial cable and unshielded twisted pair (UTP) cables. Media filters are similar in function to transceivers. As with many components to LANs, manufacturers often choose different names for similar products, so a LAN expert is needed to decide what media filters are required for a particular LAN. *See also* coaxial cable, connector (definition 1), LAN, transceiver, UTP. **2.** A device added to data networks to filter out electronic noise from the environment. For example, a media filter might be added to an Ethernet network based on coaxial cabling to prevent data loss from interference by nearby electronic equipment. *See also* coaxial cable, Ethernet (definition 1).

**medium**[1] \mē´dē-um\ *adj.* Of or relating to the middle part of a range of possible values.

**medium**[2] \mē´dē-um\ *n.* **1.** A substance in which signals can be transmitted, such as a wire or fiber-optic cable. **2.** *See* media.

**medium model** \mē´dē-um mod´əl\ *n.* A memory model of the Intel 80x86 processor family. The medium model allows only 64 kilobytes for data but generally up to 1 megabyte for code. *See also* memory model.



301

# The Illustrated Dictionary of Electronics

Seventh Edition

*Stan Gibilisco*
*Editor-in-Chief*

**McGraw-Hill**
New York  San Francisco  Washington, D.C.  Auckland  Bogotá
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

Library of Congress Cataloging-in-Publication Data

Gibilisco, Stan.
　　The illustrated dictionary of electronics / Stan Gibilisco.—7th ed.
　　　　p.　　cm.
　　ISBN 0-07-024186-4 (pbk.)
　　1. Electronics—Dictionaries.　I. Title.
TK7804.G497　1997
621.381'03—dc21　　　　　　　　　　　　　　　　　　97-9081
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CIP

## McGraw-Hill

*A Division of The McGraw-Hill Companies*

Copyright © 1997 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

　3 4 5 6 7 8 9 0　　FGR/FGR　　9 0 2 1 0 9

ISBN 0-07-024186-4

The sponsoring editor for this book was Scott Grillo, and the production supervisor was Pamela Pelton. It was set in Bookman by Lisa Mellott through the services of Barry E. Brown (Broker—Editing, Design and Production).

Printed and bound by Quebecor/Fairfield.

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, McGraw-Hill, 11 West 19th Street, New York, NY 10011. Or contact your local bookstore.

Information contained in this work has been obtained by The McGraw-Hill Companies, Inc. ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantees the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.


This book is printed on acid-free paper.

elasticity, voltage with pressure, and current with velocity).

**mechanical axis**   In a quartz crystal, the axis perpendicular to the faces of the hexagon. Also see Y-AXIS, 2.

**mechanical bandspread**   Bandspread tuning obtained by reduction-ratio gearing of the tuning mechanism. Compare ELECTRICAL BANDSPREAD.

**mechanical bias**   1. A steady pull applied by a spring to the armature of a relay to sensitize it by decreasing the distance that the armature must move to close the contacts. 2. Bending of a relay frame to position the armature closer to the magnet for the purpose defined in 1.

**mechanical damping**   Damping action obtained entirely by mechanical devices (such as weights, dashpots, etc.).

**mechanical equivalent of heat**   The amount of mechanical work required to produce a unit quantity of heat. For example, 4.183 joules can be converted into 1 calorie of heat.

**mechanical equivalent of light**   The expression of luminous energy in equivalent power units. In practical measurements, this is taken as the total power output of a lamp minus the power absorbed by a transparent jacket used to remove the infrared and ultraviolet rays.

**mechanical filter**   See ULTRASONIC FILTER, 1.

**mechanical joint**   A union of electrical conductors consisting exclusively of a junction or splice made without brazing, soldering, or welding.

**mechanical load**   An electromechanical device that uses the output of an electrical source. Such devices include actuators, brakes, clutches, meters, motors, and relays.

**mechanical rectifier**   A vibrator or commutator used to change an alternating current into a direct current by selecting and passing only positive or negative half-cycles. Also see ELECTROMECHANICAL RECTIFIER.

**mechanical scanner**   1. A mechanical device for scanning an object or scene and breaking it into horizontal lines that are converted to signals. 2. A device that scans the reproducer lamp in a mechanical television receiver. See, for example, NIPKOW DISK.

**mechanical switch**   A switch actuated by moving or sliding a lever, pressing a button, or otherwise applying mechanical pressure.

**mechanical time constant**   For a torque motor, the ratio of moment of inertia to damping factor. Compare ELECTRICAL TIME CONSTANT.

**mechanical wave filter**   See ULTRASONIC FILTER, 1.

**mechanics**   The branch of physics concerned with forces and motion and the laws of gases and liquids. It is subdivided into *kinematics* and *kinetics*.

**mechatronics**   Combination of the words *mechanics* and *electronics*, referring to the use of electromechanical devices (especially robots) in manufacturing. The term was originally coined in Japan.

**median**   1. The middle value in a sequence of numbers. For example, in the series: 1, 2, 3, 4, 5, 6, 7, the median is 4. Compare ARITHMETIC MEAN and GEOMETRIC MEAN. 2. In a statistical distribution, the value $s$ in the domain so that the area under the curve for all values less than $s$ is equal to the area under the curve for all values greater than $s$.

**medical electronics**   See ELECTROMEDICAL ENGINEERING.

**medical robot**   1. A robot used in a doctor's office, or in a hospital to assist doctors and nurses. There are various applications, some of which have provoked controversy (e.g., *robotic surgical assistant*). It generally performs simple, noncritical tasks. It has been suggested as a means of entertaining hospital patients—especially children. 2. See BIOMECHANISM.

**medium**   In a computer system, that storage device onto or into which data is recorded for input into memory (e.g., magnetic disk, magnetic tape, optical disk, etc.).

**medium-frequency**   Abbreviation, MF. Pertaining to frequencies in the range 300 kHz to 3 MHz, representing wavelengths from 1000 meters to 100 meters.

**medium of propagation**   The substance (or vacuum) through which electromagnetic energy is transmitted (e.g., outer space, the atmosphere, or a dielectric material).

**medium-scale integration**   A method of manufacturing integrated circuits, in which there are at least 10, but less than 100, individual gates on each chip. Abbreviated MSI.

**medium-scan television**   A television (TV) communications medium in which the scanning rate is slowed down compared to regular (fast-scan) TV, but is faster than the commonly used slow-scan TV. It provides some conception of motion, although not as realistic as fast-scan TV.

**medium tension**   Medium voltage. A relative term, but generally referring to common alternating-current utility voltage (e.g., 117 volts or 234 volts).

**medium wave**   Abbreviation, MW. Pertaining to wavelengths corresponding to medium frequencies (see MEDIUM-FREQUENCY) (i.e., those in the 100- to 1000-meter range).

**meg**   1. Colloquialism for MEGOHM(s). 2. Colloquialism for MEGABYTE(s).

**mega-**   Abbreviation, M. 1. A prefix meaning *million(s)*, (i.e., $10^6$ or 1,000,000). 2. In digital data applications, a prefix meaning $2^{20}$ or 1,048,576.

**megabar**   Abbreviation, Mb. A cgs unit of high pressure. 1 Mb = $10^6$ bars = $10^{11}$ pascals. Also see BAR, 1.

**megabit**   A unit of digital data equal to $2^{20}$ (1,048,576) bits. Also see BIT.

**megabyte**   Abbreviation, M or MB. A unit of digital data equal to $2^{20}$ (1,048,576) bytes. Also see BYTE.

**megacurie**   Abbreviation, MCi. A large unit of radioactivity equal to $3.71 \times 10^6$ disintegrations per second; 1 MCi = $10^6$ curies. Also see CURIE.

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

LIBRARY

NOV 28 2000

MORRISON & FOERSTER LLP
Palo Alto, CA

ISBN 1-55937-833-6



9 781559 378338   90000

**mechanical recorder** *See:* mechanical cutter.

**mechanical rectifier** A rectifier in which rectification is accomplished by mechanical action. *See also:* rectification.
(EEC/PE)   [119]

**mechanical reproducer** *See:* phonograph pickup.

**mechanical shock** A significant change in the position of a system in a nonperiodic manner in a relatively short time. *Note:* It is characterized by suddenness and large displacements and develops significant internal forces in the system. *See also:* shock motion.                               (SP)   [32]

**mechanical short-circuit rating** The maximum asymmetrical (peak) fault current that the reactor is capable of withstanding with no loss of electrical or mechanical integrity.
(PE)   C57.16-1996

**mechanical short-time current rating (current transformer)** The root-mean-square value of the alternating-current component of a completely displaced primary current wave that the transformer is capable of withstanding, with secondary short-circuited. *Note:* Capable of withstanding means that after a test the current transformer shows no visible sign of distortion and is capable of meeting the other specified applicable requirements. *See also:* instrument transformer.
(PE)   [57]

**mechanical splice (fiber optics)** A fiber splice accomplished by fixtures or materials, rather than by thermal fusion. Index matching material may be applied between the two fiber ends. *See also:* fusion splice; index matching material; optical waveguide splice.                (Std100)   812-1984w

**mechanical switching device** A switching device designed to close and open one or more electric circuits by means of guided separate contacts. *Note:* The medium in which the contacts separate may be designated by suitable prefix; that is, air, gas, oil, etc.           (PE/SWG)   C37.100-1992

**mechanical terminal load (high voltage air switches, insulators, and bus supports)** The external mechanical load at each terminal equivalent to the combined mechanical forces to which the air switch may be subjected.
(PE/SWG)   C37.30-1992

**mechanical time constant** (critically damped indicating instrument) The period of free oscillation divided by $2v$. *See also:* electromagnetic compatibility.           [53], [70]

**mechanical translation** Translation from one natural language to another by a computer or through some other mechanical means. *See also:* machine-aided translation.
(C)   610.2-1987

**mechanical transmission system** An assembly of elements adapted for the transmission of mechanical power. *See also:* phonograph pickup.                               (SP)   [32]

**mechanical trip (railway practice)** (trip arm) A roadway element consisting in part of a movable arm that in operative position engages apparatus on the vehicle to effect an application of the brakes by the train-control system.
(EEC/PE)   [119]

**mechanical wave filter (mechanical filter)** A filter designed to separate mechanical waves of different frequencies. *Note:* Through electromechanical transducers, such a filter may be associated with electric circuits. *See also:* filter.
(EEC/PE)   [119]

**mechanical wrap or connection (soldered connections)** The securing of a wire or lead prior to soldering.   (EEC)   [105]

**mechanism (1) (indicating instrument)** The arrangement of parts for producing and controlling the motion of the indicating means. *Note:* It includes all the essential parts necessary to produce these results but does not include the base, cover, dial, or any parts, such as series resistors or shunts, whose function is to adapt the instrument to the quantity to be measured. *See also:* instrument; moving element.
(EEC)   [102]

**(2) (recording instrument)** Includes the arrangement for producing and controlling the motion of the marking device; the marking device; the device (clockwork, constant-speed motor, or equivalent) for driving the chart; the parts necessary to carry the chart. *Note:* It includes all the essential parts necessary to produce these results but does not include the base, cover, indicating scale, chart, or any parts, such as series resistors or shunts, whose function is to make the recorded value of the measured quantity correspond to the actual value. *See also:* moving element.           (EEC/PE)   [119]

**(3) (overhead power lines)** In the context of biological effects, the process(es) by which an agent (physical or chemical) causes the effect; e.g., causing a change in hormone production or in the function of cell membranes.
(PE/T&D)   539-1990

**(4) (of a switching device)** The complete assembly of levers and other parts that actuates the moving contacts of a switching device.                               (PE/SWG)   C37.100-1992

**media** (A) A means of communication. *See also:* hypermedia.
**(B)** Material on which information can be stored or transported. *Note:* Media is the plural form of medium. *See also:* input media; output media.    (C)   610.10-1994, 610.7-1995

**Media Access Control** The data link sublayer that is responsible for transferring data to and from the Physical Layer.
(C/LM)   802.3u-1995

**media-independent information transfer (information transfer)** Used as a general term to refer to any volume conforming to IEEE Trial-Use Std 949-1985w.   (C/MM)   949-1985w

**Media Independent Interface (MII)** A transparent signal interface at the bottom of the Reconciliation sublayer.
(C/LM)   802.3u-1995

**median ($L_{50}$)** The level exceeded 50% of the time over a specified time period with a specified weather condition.
(PE/T&D)   539-1990

**median water conditions (power operations)** Precipitation and runoff conditions which provide water for hydroelectric energy development approximating the median amount and distribution available over a long time period, usually the period of record.                               (PE)   858-1987s

**medical devices** Devices, apparatus, or systems that are used to prevent, diagnose, or treat diseases in humans. These devices do not normally enter metabolic pathways. They provide support for electronic communications.
(EMB)   1073-1996, 1073.3.1-1994, 1073.4.1-1994

**medical information bus (MIB)** The informal name for the IEEE 1073 family of standards.
(EMB)   1073.3.1-1994

**medical device system (MDS)** A bedside medical device which is actively connected to a 1073-type communications link.
(EMB)   1073-1996

**medical information system** *See:* hospital information system.

**medium (1) (computers)** The material, or configuration thereof, on which data are recorded; for example, paper tape, cards, magnetic tape.                               (C)   [20], [85]

**(2) (information transfer)** A vehicle capable of transferring data.                               (C/MM)   949-1985w

**(3) (token ring access method)** The material on which the data may be represented. Twisted pairs, coaxial cables, and optical fibers are examples of media.
(C/LM)   802.5-1989s

**(4) (broadband local area networks)** The physical layer utilized to allow transmission of signals to communicate to various devices connected to it. For example, the medium of a CATV system is a broadband coaxial cable.
(C/LM)   802.7-1989

**(5)** The physical material from which the link is constructed.
(C/LM)   802.12-1995

**(6)** In data communications, a path over which communication flows, such as coaxial cable; optical fiber. *Note:* Medium is the singular form of media.   (C)   610.7-1995

**(7)** The singular form of the term media.
(C)   610.10-1994

**(8)** The material on which the data may be transmitted. STP, UTP, and optical fibers are examples of the media.
(C/LM)   8802-5-1995

**medium access control** 644 **mega**

**(9) (data management)** *See also:* data medium; empty medium; machine-readable medium; virgin medium.
(C) 610.5-1990

**medium access control (MAC) (1) (logical link control)** That part of a data station that supports the medium access control functions that reside just below the logical link control sublayer. The MAC procedures included framing/deframing data units, performing error checking, and acquiring the right to use the underlying physical medium.   (PE) 799-1987r
**(2) (token ring access method)** The portion of the data station that controls and mediates the access to the ring.
(C/LM) 8802-5-1995
**(3)** *See also:* medium access control (MAC) sublayer.
(C/LM) 8802-6-1994

**medium access control (MAC) procedure** In a local area network (LAN) or metropolitan area network (MAN), the part of the protocol that governs access to the transmission medium independently of the physical characteristics of the medium, but taking into account the topological aspects of the subnetwork, in order to enable the exchange of data between nodes. The MAC procedures include framing, error protection, and acquiring the right to use the underlying transmission medium.   (C/LM) 8802-6-1994

**medium access control (MAC) sublayer (1)** In a local area network (LAN), the part of the data link layer that supports topology-dependent functions and uses the services of the physical layer to provide service to the logical link control (LLC) sublayer. In ISO/IEC 8802, the combined set of functions in the DQDB Layer that support the MAC Sublayer service to the logical link control (LLC) sublayer.
(C/LM) 8802-6-1994
**(2) (token ring access method)** The portion of the IEEE 802 data station that controls and mediates the access to the ring.
(C/LM) 802.5-1989s
**(3)** The lower sublayer of the data link layer of seven-layer OSI model; provides topology-dependent functions between the physical layer and the logical link control sublayer. *See also:* application layer; client layer; data link layer; entity layer; logical link control sublayer; network layer; physical layer; presentation layer; session layer; sublayer; transport layer.   (C) 610.7-1995
**(4)** The portion of the Data Link Layer that controls access to the medium. The MAC sublayer is required in end nodes.
(C/LM) 802.12-1995

**medium attachment unit (MAU) (1)** The device that interfaces the communications system to the medium. The MAU incorporates the circuitry from the PLS (physical layer signaling interface) to the medium interface.   (C/LM) 802.7-1989
**(2)** In a local area network (LAN), a device used in a data station to couple the data terminal equipment (DTE) to the transmission medium.
(C/LM) 802.9a-1995, 8802-3-1990s
**(3)** In a local area network, a device used in a data station to couple the data terminal equipment (DTE) to the transmission medium. *Note:* This term is contextually specific to IEEE Std 802.3.   (C) 610.7-1995
**(4)** A device containing an AUI, PMA, and MDI that is used to connect a repeater or DTE to a transmission medium.
(C/LM) 802.3u-1995

**medium dependent interface (MDI) (1) (medium attachment units and repeater units)** The mechanical and electrical interface between the trunk cable medium and the medium attachment unit (MAU). *See also:* coaxial cable interface.
(C/LM) 8802-3-1990s
**(2)** The physically-exposed interface between the link segment medium and the PMD of the end node or repeater, for which all mechanical, electrical or optical, and transmitted signal requirements are specified.   (C/LM) 802.12-1995
**(3)** The mechanical and electrical interface between the transmission medium and the MAU (10BASE-T) or PHY (100BASE-T).   (C/LM) 802.3u-1995

**medium frequency (MF)** 300 kHz to 3 MHz. *See also:* radio spectrum.   (AP) 211-1990

**medium-grain parallel architecture** Parallel architecture that uses between 32 and 1024 processors. *Contrast:* coarse-grain parallel architecture; fine-grain parallel architecture.
(C) 610.10-1994

**medium independent interface (MII)** The logical interface between the Physical Medium Independent (PMI) and PMD in an end node or repeater. Optionally, the MII may be implemented as a physically- exposed interface with specified signaling timing and electrical characteristics.
(C/LM) 802.12-1995

**medium interface connector (MIC) (1) (token ring access method)** The connector between the station and TCU at which all transmitted and received signals are specified.
(C/LM) 802.5-1989s
**(2)** A connector interface at which signal transmit and receive characteristics are specified for attaching stations and concentrators. One class of MICs is the connection between the attaching stations and the lobe cabling. A second set is the attachment interface between the concentrator and its lobes. A third set is the interface between the concentrator and the trunk cabling. Two types of connectors are specified: one for connecting to STP media and one for connecting to UTP media.   (C/LM) 8802-5-1995

**medium ion (dc electric-field strength and ion-related quantities)** Ion comprised of several molecules or molecular clusters bound together by charge that is larger and less mobile than a small ion due to more mass or a greater number of molecular clusters. Typical radius is in the range of $10^{-9}$ m to $2 \times 10^{-8}$ m. Mobility is in the range of $10^{-7}$ m$^2$/Vs to $10^{-5}$ m$^2$/Vs.   (PE/T&D) 1227-1990r, 539-1990

**medium noise (sound recording and reproducing system)** The noise that can be specifically ascribed to the medium. *See also:* noise.   191-1953w

**medium-pulse-repetition frequency (MPRF)** A pulsed-radar system whose pulse-repetition frequency is such that targets of interest are ambiguous with respect to both range and Doppler shift.   (AE) 686-1990w

**medium scale integration (MSI) (A)** Pertaining to an integrated circuit containing between 100 and 500 transistors in its design. *Contrast:* large scale integration; small scale integration; ultra large scale integration; very large scale integration. **(B)** Pertaining to an integrated circuit containing between 10 and 100 elements.   (C) 610.10-1994

**medium voltage (1) (cable systems in power generating stations)** 601 to 15 000 V.   (PE) 422-1977
**(2) (system voltage ratings)** A class of nominal system voltages greater than 1000 V and less than 100 000 V. *See also:* high voltage; low voltage; nominal system voltage.
(IA) [80], 241-1990

**medium-voltage aluminum-sheathed power cable (aluminum sheaths for power cables)** Cable used in an electric system having a maximum phase-to-phase rms ac voltage above 1 000 V to 72 500 V, the cable having an aluminum sheath as a major component in its construction.
(PE) 635-1989

**medium-voltage power cable (1) (cable systems in power generating stations)** Cables designed to supply power to utilization devices of the plant auxiliary system, operated at 601 to 15 000 V.   (PE) 422-1977
**(2)** Cable designed to supply power to utilization devices of the plant auxiliary system, operated at 5000–46 000 V sizes ranging from 8 AWG (8.37 mm$^2$) to 2000 kcm (1010.0 mm$^2$).   (PE) 1185-1994

**medium-voltage system (electric power for industrial and commercial systems only)** An electric system having a maximum root-mean-square alternating-current voltage above 1000 volts to 72 500 volts. *See also:* voltage classes.
(IA) 570-1975

**meet** *See:* AND.

**meg** Colloquial reference for megabyte.   (C) 610.10-1994

**mega (M) (A) (mathematics of computing)** A prefix indicating one million ($10^6$). **(B) (mathematics of computing)** In …