IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.
                          /

No. C 10-03561 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The parties shall meet-and-confer in the Court's jury room starting **AT 10:00 A.M. AND ENDING AT 1:30 P.M.** with a 45-minute break for lunch on **WEDNESDAY, APRIL 6, 2011**. The Court is in an all-consuming, long, multi-defendant gang criminal trial and any unresolved discovery issue(s) will be shoe-horned into the tutorial set for 1:30 p.m. on April 6, which will be abbreviated.

Defendant's response to plaintiff's March 30 letter is due by noon on April 4, 2011. Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the discovery hearing.

**IT IS SO ORDERED.**

Dated: March 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE