# EXHIBIT 11

1 | MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
2 | MARC DAVID PETERS (Bar No. 211725)
DANIEL P. MUINO (Bar No. 209624)
3 | 755 Page Mill Road
Palo Alto, CA  94304-1018
4 | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
mjacobs@mofo.com / mdpeters@mofo.com / dmuino@mofo.com
5 |
BOIES, SCHILLER & FLEXNER LLP
6 | DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
7 | 333 Main Street
Armonk, NY  10504
8 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
9 | sholtzman@bsfllp.com
1999 Harrison St., Suite 900
10 | Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
11 |
ORACLE CORPORATION
12 | DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
13 | DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
14 | MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
15 | 500 Oracle Parkway
Redwood City, CA  94065
16 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 | *Attorneys for Plaintiff*
ORACLE AMERICA, INC.

18

19 UNITED STATES DISTRICT COURT

20 NORTHERN DISTRICT OF CALIFORNIA

21 SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **MANUAL FILING NOTIFICATION OF EXHIBIT 11 TO SUPPLEMENTAL DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ORACLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| | Dept.:  Courtroom 9, 19th Floor
Judge:  Honorable William H. Alsup
Tutorial: April 6, 2011, 1:30 p.m.
Hearing:  April 20, 2011, 1:30 p.m. |

MFN of Exhibit 11 to Supp Decl of M. Peters ISO Oracle's Responsive Claim Const Brief
Case No. CV 10-03561 WHA
pa-1455881

1  Regarding: Exhibit 11 to Supplemental Declaration of Marc David Peters in Support of
2  Oracle's Responsive Claim Construction Brief.  This filing is in paper or physical form only, and
3  is being maintained in the case file in the Clerk's office.

4  If you are a participant on this case, this filing will be served in hard-copy shortly.

5  For information on retrieving this filing directly from the court, please see the court's
6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7  This filing was not efiled for the following reason(s):

8   X  Voluminous Document on CD (PDF file size larger than the efiling system allows)

9  ___ Unable to Scan Documents

10 ___ Physical Object (description): _____

11 _____

12 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13 ___ Item Under Seal

14 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

15 ___ Other (description): _____

16 _____

17

18 Dated: March 31, 2011                         MICHAEL A. JACOBS
                                                MARC DAVID PETERS
19                                              DANIEL P. MUINO
                                                MORRISON & FOERSTER LLP
20

21                                              By:  /s/ Marc David Peters

22                                              *Attorneys for Plaintiff*
                                                ORACLE AMERICA, INC.
23

24

25

26

27

28

MFN OF EXHIBIT 11 TO SUPP DECL OF M. PETERS ISO ORACLE'S RESPONSIVE CLAIM CONST BRIEF
CASE NO. CV 10-03561 WHA                                                                      1
pa-1455881

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| 8 | 333 Main Street |
| | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1455889

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 31, 2011, I served a copy of:

**CD CONTAINING EXHIBIT 11 TO SUPPLEMENTAL DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ORACLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

Donald F. Zimmer, Jr.
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Palo Alto, California, this 31st day of March, 2011.

|  Marc David Peters  |  /s/ Marc David Peters  |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1455889

1