MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR APRIL 6, 2011 TUTORIAL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Date: April 6, 2011<br>Time: 1:30 p.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") respectfully requests permission, pursuant to General Order No. 58, for the parties to bring into Courtroom 9 the following equipment into the courthouse, and to possess and use that equipment in the courtroom during the Claim Construction Technical Tutorial, scheduled for Wednesday, April 6, 2011, at 1:30 p.m.

The specific devices are as follows:

1. 2 20" LCD Monitors
2. 2 50" Plasma Screens
3. 2 Dual Post Stands
4. 1 data projector
5. 1 7.5'x10' projector screen
6. 1 visual presenter
7. 1 video switch box
8. 4 cart / stands
9. up to eight laptop computers
10. cables, peripherals, and power cords for the foregoing equipment

The parties are coordinating their efforts and will share the presentation equipment.

Oracle further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom on Wednesday, April 6, 2011, at 12:00 p.m., or at such time the Court may specify, to facilitate the timely and orderly conduct of the hearing.

///
///
///

REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR APRIL 6, 2011 TUTORIAL
CASE NO. CV 10-03561 WHA
pa-1456627

1

Dated: April 4, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By: /s/ Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## ORDER

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

DATED: April __, 2011

THE HONORABLE WILLIAM H. ALSUP
United States District Judge

REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR APRIL 6, 2011 TUTORIAL
CASE NO. CV 10-03561 WHA
pa-1456627

2