**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

     Plaintiff,

  v.

GOOGLE INC.,

     Defendant.

                        /

No. C 10-03561 WHA

**ORDER RE DEFENDANT'S APRIL 4, 2011, LETTER**

     The issues raised in defendant's April 4, 1011, letter will be addressed at the meet-and-confer set for **WEDNESDAY, APRIL 6**, which shall now begin at **9:00 A.M. AND ENDING AT 1:30 P.M.** with 45 minutes off for lunch, and will also be heard at the hearing at 1:30 p.m. Please note that the parties may have from 1:30 p.m. to 3:00 p.m. in which to conduct the tutorial and discovery hearing.

     **IT IS SO ORDERED.**

Dated:  April 5, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE