| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
|   | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
|   | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
|   | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
|   | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
|   | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
|   | dboies@bsfllp.com |
| 8 | 333 Main Street |
|   | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
|   | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
|   | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
|   | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
|   | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|   | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
|   | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **SUPPLEMENTAL REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR APRIL 6, 2011 TUTORIAL** |
| v. | |
| GOOGLE INC. | Date: April 6, 2011 |
| Defendant. | Time: 1:30 p.m. |
|   | Dept.: Courtroom 9, 19th Floor |
|   | Judge: Honorable William H. Alsup |

SUPPLEMENTAL REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 4/6/11 TUTORIAL
CASE NO. CV 10-03561 WHA
pa-1456728

Plaintiff Oracle America, Inc. ("Oracle") respectfully requests permission, pursuant to General Order No. 58, for the parties to bring into Courtroom 9 the following equipment into the courthouse, and to possess and use that equipment in the courtroom during the Claim Construction Technical Tutorial, scheduled for Wednesday, April 6, 2011, at 1:30 p.m. This supplemental request is being made in response to a phone call from William Noble, Docket Clerk for the Hon. William H. Alsup and <u>supersedes</u> the request filed at Dkt. 105.

The specific devices are as follows:

1. 1 50" Plasma Screen
2. 1 Dual Post Stand
3. 1 data projector
4. 1 7.5'x10' projector screen
5. 1 video switch box
6. 2 cart / stands
7. 4 laptop computers
8. cables, peripherals, and power cords for the foregoing equipment

The parties are coordinating their efforts and will share the presentation equipment.

Oracle further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom on Wednesday, April 6, 2011, at 12:00 p.m., or at such time the Court may specify, to facilitate the timely and orderly conduct of the hearing.

///
///
///

Dated: April 5, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Richard S. Ballinger
       Richard S. Ballinger

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## ORDER

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

DATED: April __, 2011

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge