MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**SUPPLEMENTAL REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR APRIL 6, 2011 TUTORIAL**<br><br>Date:  April 6, 2011<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

1   Plaintiff Oracle America, Inc. ("Oracle") respectfully requests permission, pursuant to
2   General Order No. 58, for the parties to bring into Courtroom 9 the following equipment into the
3   courthouse, and to possess and use that equipment in the courtroom during the Claim
4   Construction Technical Tutorial, scheduled for Wednesday, April 6, 2011, at 1:30 p.m.  This
5   supplemental request is being made in response to a phone call from William Noble, Docket
6   Clerk for the Hon. William H. Alsup and <u>supersedes</u> the request filed at Dkt. 105.

The specific devices are as follows:

1. 1 50" Plasma Screen
2. 1 Dual Post Stand
3. 1 data projector
4. 1 7.5'x10' projector screen
5. 1 video switch box
6. 2 cart / stands
7. 4 laptop computers
8. cables, peripherals, and power cords for the foregoing equipment

The parties are coordinating their efforts and will share the presentation equipment.

Oracle further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom on Wednesday, April 6, 2011, at 12:00 p.m., or at such time the Court may specify, to facilitate the timely and orderly conduct of the hearing.

///
///
///

SUPPLEMENTAL REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 4/6/11 TUTORIAL
CASE NO. CV 10-03561 WHA
pa-1456728

1

Dated: April 5, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Richard S. Ballinger
     Richard S. Ballinger

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## ORDER

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

DATED: April 5, 2011

THE HONORABLE WILLIAM ALSUP
United States District Judge