**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  April 6, 2011                              Total Hearing Time: 1 hour 20 minutes

Case No.  C10-03561 WHA

Title:  ORACLE AMERICA, INC. v. GOOGLE INC.

Plaintiff Attorney(s): Marc Peters; Ruchika Agrawal; Jessica Tipton; Andrew Temkin
                      Alanna Rutherford; Beko Reblitz-Richardson

Defense Attorney(s): Scott Weingaertner; Steven Snyder; Bruce Baber; Renny Hwang

Deputy Clerk:  Dawn Toland                    Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Discovery Hearing - HELD

2)   Tutorial - HELD


Continued to  **4/20/11 at 1:30 pm**   for Claim Construction Hearing

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Parties met and conferred in the court's jury room from 9:00 am to 1:30 pm re the discovery dispute.