| | |
|---|---|
| DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com<br>KING & SPALDING LLP<br>101 Second Street – Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 | IAN C. BALLON (SBN 141819)<br>ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148 -<br>*app. for admission to N.D.Cal to be filed*)<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 | VALERIE W. HO (SBN 200505)<br>hov@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800 |

Attorneys for Defendant
GOOGLE INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | CASE NO. 3:10-cv-03561-WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Valerie W. Ho (hov@gtlaw.com) of Greenberg Traurig LLP, 2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404, hereby enters an appearance in the above-captioned case on behalf of Defendant Google Inc.

DATED: April 8, 2011                                  GREENBERG TRAURIG, LLP


By: /s/ Valerie W. Ho
    Valerie W. Ho
    Attorneys for Google Inc.