MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*Pro Hac Vice* Pending)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY ROMAN A. SWOOPES** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

1    TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE of the appearance of attorney Roman A. Swoopes

3    (rswoopes@mofo.com) of the law firm of Morrison & Foerster LLP, 755 Page Mill Road,

4    Palo Alto, CA 94304, as counsel of record in this action for Plaintiff Oracle America, Inc.

5    Dated: April 11, 2011              By:    /s/Roman A. Swoopes

6                                       MORRISON & FOERSTER LLP
                                        MICHAEL A. JACOBS (Bar No. 111664)
7                                       mjacobs@mofo.com
                                        MARC DAVID PETERS (Bar No. 211725)
8                                       mdpeters@mofo.com
                                        DANIEL P. MUINO (Bar No. 209624)
9                                       dmuino@mofo.com
                                        755 Page Mill Road
10                                      Palo Alto, CA  94304-1018
                                        Telephone: (650) 813-5600
11                                      Facsimile: (650) 494-0792

12                                      BOIES, SCHILLER & FLEXNER LLP
                                        DAVID BOIES (*Pro Hac Vice* Pending)
13                                      dboies@bsfllp.com
                                        333 Main Street
14                                      Armonk, NY  10504
                                        Telephone: (914) 749-8200
15                                      Facsimile: (914) 749-8300
                                        STEVEN C. HOLTZMAN (Bar No. 144177)
16                                      sholtzman@bsfllp.com
                                        1999 Harrison St., Suite 900
17                                      Oakland, CA  94612
                                        Telephone: (510) 874-1000
18                                      Facsimile: (510) 874-1460

19                                      ORACLE CORPORATION
                                        DORIAN DALEY (Bar No. 129049)
20                                      dorian.daley@oracle.com
                                        DEBORAH K. MILLER (Bar No. 95527)
21                                      deborah.miller@oracle.com
                                        MATTHEW M. SARBORARIA
22                                      (Bar No. 211600)
                                        matthew.sarboraria@oracle.com
23                                      500 Oracle Parkway
                                        Redwood City, CA  94065
24                                      Telephone: (650) 506-5200
                                        Facsimile: (650) 506-7114
25
                                        *Attorneys for Plaintiff*
26                                      ORACLE AMERICA, INC.

27

28