United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING CLAIM CONSTRUCTION HEARING** |
| GOOGLE INC., | |
| Defendant. / | |

The parties should please take note that the claim construction hearing set for 1:30 p.m. on April 20, 2011, will have to end by 3:00 p.m. due to a criminal sentencing that must take place at that time.

Dated: April 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE