

**ORIGINAL**



FILED
2011 APR 15 P 1: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DONALD F. ZIMMER, JR. (SBN 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (SBN 224323)
   csabnis@kslaw.com
3  KING & SPALDING LLP
   101 Second Street - Suite 2300
4  San Francisco, CA 94105
   Telephone: (415) 318-1200
5  Facsimile: (415) 318-1300

6  SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
   sweingaertner@kslaw.com
7  ROBERT F. PERRY
   rperry@kslaw.com
8  BRUCE W. BABER (*Pro Hac Vice*)
   bbaber@kslaw.com
9  KING & SPALDING LLP
   1185 Avenue of the Americas
10 New York, NY 10036-4003
   Telephone: (212) 556-2100
11 Facsimile: (212) 556-2222

12 Attorneys for Defendant
   GOOGLE INC.
13

14              UNITED STATES DISTRICT COURT FOR THE

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 ORACLE AMERICA, INC.,                    Case No. 3:10-cv-03561-WHA

19         Plaintiff,                       Honorable Judge William Alsup

20    v.                                    **APPLICATION OF BRIAN C. BANNER
                                            FOR ADMISSION OF ATTORNEY *PRO
21 GOOGLE INC.,                             HAC VICE***

22         Defendant.

23

24

25

26

27

28

APPLICATION OF BRIAN C. BANNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CIVIL ACTION NO. CV10-03561

## APPLICATION OF BRIAN C. BANNER FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 11-3, Brian C. Banner, an active member in good standing of the Bar of the State of Texas and of the bar of the U.S. District Court for the Eastern District of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Google Inc. in the above- entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney are:

> Donald F. Zimmer
> KING & SPALDING LLP
> 101 Second Street, Suite 2300
> San Francisco, California 94105
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2011            KING & SPALDING LLP

By: _____
Brian C. Banner
ATTORNEYS FOR
DEFENDANT GOOGLE INC.