MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR APRIL 20, 2011 CLAIM CONSTRUCTION HEARING** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Date: April 20, 2011<br>Time: 1:30 p.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") respectfully requests permission, pursuant to General Order No. 58, for the parties to bring the following equipment into the courthouse, and to possess and use that equipment in Courtroom 9 during the Claim Construction Hearing, scheduled for Wednesday, April 20, 2011, at 1:30 p.m.

The specific devices are as follows:

1. 2 50" Plasma Screens
2. 2 Dual Post Stands
3. 1 data projector
4. 1 7.5'x10' projector screen
5. 1 visual presenter
6. 1 video switch box
7. 2 cart / stands
8. 4 laptop computers
9. cables, peripherals, and power cords for the foregoing equipment

The parties are coordinating their efforts and will share the presentation equipment.

Oracle further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom on Wednesday, April 20, 2011, at 12:00 p.m., or at such time the Court may specify, to facilitate the timely and orderly conduct of the hearing.

///
///
///

REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 4/20/11 CLAIM CONSTRUCTION HEARING
CASE NO. CV 10-03561 WHA
pa-1458088

1

1
2  Dated: April 18, 2011                    MICHAEL A. JACOBS
                                            MARC DAVID PETERS
3                                           DANIEL P. MUINO
                                            MORRISON & FOERSTER LLP
4
                                            By: /s/ Roman A. Swoopes
5                                                  Roman A. Swoopes

6                                           *Attorneys for Plaintiff*
                                            ORACLE AMERICA, INC.
7

8

9                                    **ORDER**

10       For good cause shown, the foregoing requests are GRANTED.

11  IT IS SO ORDERED.

12

13

14  DATED: April __, 2011
                                            _____
15                                          THE HONORABLE WILLIAM H. ALSUP
                                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 4/20/11 CLAIM CONSTRUCTION HEARING
CASE NO. CV 10-03561 WHA                                                                    2
pa-1458088