| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
|   | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
|   | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
|   | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
|   | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
|   | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
|   | dboies@bsfllp.com |
| 8 | 333 Main Street |
|   | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
|   | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
|    | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
|    | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
|    | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
|    | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
|    | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|    | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
|    | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
|    | ORACLE AMERICA, INC. |
| 19 | |
| 20 | UNITED STATES DISTRICT COURT |
|    | NORTHERN DISTRICT OF CALIFORNIA |
| 21 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 22 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 23 | Plaintiff, | **REQUEST AND [PROPOSED] ORDER REGARDING** |
| 24 | v. | **COURTROOM EQUIPMENT FOR APRIL 20, 2011 CLAIM** |
| 25 | GOOGLE INC. | **CONSTRUCTION HEARING** |
| 26 | Defendant. | Date: April 20, 2011 |
|    |            | Time: 1:30 p.m. |
| 27 |            | Dept.: Courtroom 9, 19th Floor |
|    |            | Judge: Honorable William H. Alsup |
| 28 | | |

REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 4/20/11 CLAIM CONSTRUCTION HEARING
CASE NO. CV 10-03561 WHA
pa-1458088

1  Plaintiff Oracle America, Inc. ("Oracle") respectfully requests permission, pursuant to
2  General Order No. 58, for the parties to bring the following equipment into the courthouse, and to
3  possess and use that equipment in Courtroom 9 during the Claim Construction Hearing,
4  scheduled for Wednesday, April 20, 2011, at 1:30 p.m.
5  The specific devices are as follows:
6  1.  2 50" Plasma Screens
7  2.  2 Dual Post Stands
8  3.  1 data projector
9  4.  1 7.5'x10' projector screen
10 5.  1 visual presenter
11 6.  1 video switch box
12 7.  2 cart / stands
13 8.  4 laptop computers
14 9.  cables, peripherals, and power cords for the foregoing equipment
15
16 The parties are coordinating their efforts and will share the presentation equipment.
17 Oracle further requests the Court's permission for the parties to set up their respective
18 electronic devices in the courtroom on Wednesday, April 20, 2011, at 12:00 p.m., ~~or at such time~~
19 ~~the Court may specify,~~ to facilitate the timely and orderly conduct of the hearing.
20
21 ///
22 ///
23 ///

REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 4/20/11 CLAIM CONSTRUCTION HEARING
CASE NO. CV 10-03561 WHA
pa-1458088

1

Dated: April 18, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Roman A. Swoopes
    Roman A. Swoopes

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## ORDER

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

DATED: April 19, 2011

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 4/20/11 CLAIM CONSTRUCTION HEARING
CASE NO. CV 10-03561 WHA
pa-1458088

2