# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date:  April 20, 2011                                Total Hearing Time: 1 hour 35 minutes

Case No.  C10-03561 WHA

Title:  ORACLE AMERICA, INC. v. GOOGLE INC.

Plaintiff Attorney(s): Marc Peters; Andrew Temkin;; Roman Swoopes; Michael Jacobs

Defense Attorney(s): Renny Hwang; Bruce Baber; Scott Weingaertner; Steven Snyder; Brian Banner

Deputy Clerk:  Dawn Toland                         Court Reporter:  Lydia Zinn

## PROCEEDINGS

1)   Claims Construction Hearing - HELD

2)

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**