RECEIVED 2011 APR 20 P 1:02 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC. | CASE NO. 3:10-cv-03561-WHA |
| Plaintiff, | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| GOOGLE INC. | *PRO HAC VICE* |
| Defendant. | |

Alanna Rutherford , whose business address and telephone number is

Boies, Schiller & Flexner LLP
575 Lexington Ave
New York, NY 10022, Tel: (212) 446-2300

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ORACLE AMERICA, INC.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                       William Alsup
                       United States District Judge