**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG


April 25, 2011

Writer's Direct Contact
650.813.5932
MDPeters@mofo.com


The Hon. William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, California 94102

Re:   *Oracle America, Inc. v. Google, Inc.,* Case No. 3:10-cv-03561-WHA
      Construction of "Reduced Class File"

Dear Judge Alsup:

At the April 20 Claim Construction Hearing, the Court requested that the parties further discuss the construction of "reduced class file" to see if they could resolve the dispute. I write to report that the parties were unable to agree to a construction.

Respectfully submitted,

*/s/ Marc Peters*

Marc David Peters
Counsel for Plaintiff Oracle America, Inc.

cc:   Counsel for Google Inc.

pa-1460774