<div style="writing-mode: vertical">United States District Court
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                            /

No. C 10-03561 WHA

**ORDER REQUESTING MEMORANDA**

Now that the *Markman* briefing and hearing are done, would each side please submit a five-page memorandum, double-spaced without footnotes or attachments, setting forth a plan for reducing the number of claims to a triable number by the trial date and how to take advantage of the PTO reexaminations now in progress. The memoranda are due precisely at **NOON ON FRIDAY APRIL 29, 2011**. No replies, please. In the meantime, the current deadlines and schedule remain operative.

**IT IS SO ORDERED.**

Dated: April 25, 2011.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE