| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| 8 | 333 Main Street |
| | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **MOTION TO RELIEVE RICHARD S. BALLINGER AS COUNSEL OF RECORD FOR ORACLE AMERICA, INC. PURSUANT TO L.R. 11-5** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 9, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

MTN TO RELIEVE RICHARD S. BALLINGER AS COUNSEL OF RECORD FOR ORACLE AMERICA, INC.
CASE NO. CV 10-03561 WHA
pa-1461002

1 ORACLE AMERICA, INC. hereby moves for an order pursuant to Civil Local Rule 11-5
2 removing Richard S. Ballinger, formerly of Morrison & Foerster LLP as its counsel of record in
3 this action. Mr. Ballinger yesterday filed a Notice of Change in Counsel pursuant to
4 Paragraph IV(C)(3) of the Court's General Order No. 45. (Docket No. 122.) The undersigned
5 counsel certifies that Plaintiffs and counsel for Defendants have stated that they do not oppose
6 Mr. Ballinger's withdrawal. Because Mr. Ballinger has withdrawn as counsel and given notice to
7 the parties and counsel, Oracle respectfully requests that the Court GRANT this motion to relieve
8 Mr. Ballinger as its counsel of record.

Counsel of record for Oracle otherwise remains unchanged.

Dated: April 26, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Richard S. Ballinger
      Richard S. Ballinger

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.