| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
|   | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
|   | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
|   | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
|   | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
|   | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
|   | dboies@bsfllp.com |
| 8 | 333 Main Street |
|   | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
|   | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
|   | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
|   | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
|   | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|   | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
|   | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |
| 19 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO RELIEVE RICHARD S. BALLINGER AS COUNSEL OF RECORD FOR ORACLE AMERICA, INC. PURSUANT TO L.R. 11-5** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 9, 19th Floor |
| | Judge: Honorable William H. Alsup |

[PROPOSED] ORDER GRANTING MTN TO RELIEVE R.S. BALLINGER AS COUNSEL FOR ORACLE AMERICA, INC.
CASE NO. CV 10-03561 WHA
pa-1461003

1  Pursuant to Civil Local Rule 11-5, the Court hereby GRANTS Plaintiff's motion to
2  relieve Richard S. Ballinger as counsel of Record.  Mr. Ballinger is removed from the parties' and
3  the Court's list of counsel in this action.
4  Oracle's counsel of record otherwise remains unchanged.

Dated: _____, 2011

_____
Honorable William H. Alsup
United States District Court Judge

[PROPOSED] ORDER GRANTING MTN TO RELIEVE R.S. BALLINGER AS COUNSEL FOR ORACLE AMERICA, INC.
CASE NO. CV 10-03561 WHA
pa-1461003

1