| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| 8 | 333 Main Street |
| | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |
| 19 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 23 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 24 | Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING MOTION TO RELIEVE RICHARD S. BALLINGER AS COUNSEL OF RECORD FOR ORACLE AMERICA, INC. PURSUANT TO L.R. 11-5** |
| 25 | v. | |
| 26 | GOOGLE INC. | |
| 27 | Defendant. | Dept.: Courtroom 9, 19th Floor |
| | | Judge: Honorable William    Alsup |
| 28 | | |

[~~PROPOSED~~] ORDER GRANTING MTN TO RELIEVE R.S. BALLINGER AS COUNSEL FOR ORACLE AMERICA, INC.
CASE NO. CV 10-03561 WHA
pa-1461003

Pursuant to Civil Local Rule 11-5, the Court hereby GRANTS Plaintiff's motion to relieve Richard S. Ballinger as counsel of Record. Mr. Ballinger is removed from the parties' and the Court's list of counsel in this action.

Oracle's counsel of record otherwise remains unchanged.

Dated:  April 26   , 2011

_____
Honorable William Alsup
United States District Court Judge