IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE OF CASE MANAGEMENT CONFERENCE** |
| GOOGLE INC., | |
| Defendant. / | |

The recent submissions reveal unrealistic expectations about the judicial resources and time that can be devoted to this case.  The Court invites one attorney and one corporate representative per side to meet in chambers on **MAY 11** at **7:00 A.M.** to discuss alternatives and case management.  This hour is necessary because the Court's trial calendar begins at 7:30 a.m.  If either side timely so requests, a court reporter will be present;  otherwise, it will be unreported.  Each side shall bring to the conference a copy of its own human resources (or other) policy on the number of days of salary/wage-continuation for its employees on jury duty, both as of the commencement of this action and at present.

**IT IS SO ORDERED.**

Dated: May 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE