IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REFERRING ALL DISCOVERY DISPUTES FOR ASSIGNMENT TO A MAGISTRATE JUDGE** |
| GOOGLE INC., | |
| Defendant. | |

In light of the discovery disputes referenced in the May 9 letter from Michael A. Jacobs on behalf of Oracle, all discovery disputes in this action are hereby referred to the Clerk for random reassignment to a magistrate judge, who shall resolve all future discovery disputes as well. The parties must bring all discovery disputes to the attention of the magistrate judge in a timely manner so that they may be resolved and discovery may be completed by the July 29 deadline. The Court does not have the authority to force an unwilling party to accept a special master for discovery supervision.

**IT IS SO ORDERED.**

Dated: May 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE