IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE RE MAY 11 CASE MANAGEMENT CONFERENCE** |
| GOOGLE INC., | |
| Defendant. | |

Neither side requested that a court reporter be present at the case management conference to be held in chambers on May 11. Accordingly, it will be unreported.

Dated: May 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE