**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  May 11, 2011                             Total Hearing Time: 30 minutes

Case No.  C10-03561 WHA

Title:  ORACLE AMERICA, INC. v. GOOGLE INC.

Plaintiff Attorney(s): Matthew Sarboraria; Michael Jacobs

Defense Attorney(s): Scott Weingaertner; Renny Hwang

Deputy Clerk:  Dawn Toland                      Court Reporter: None

**PROCEEDINGS**

1)  In Chambers CMC - HELD

2)  

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Court held an in chambers case management conference per dkt #136.