IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**NOTICE RE TENTATIVE CASE PLAN** |

Counsel shall please meet and confer and then advise the Court as to the following tentative plan for the remainder of the case:

- Finish discovery on schedule July 2011.
- A motion for summary judgment on copyright claim only August 2011.
- Three-week trial (all issues) October 2011.
- No stay pending re-examination, for Oracle will take risk that claims selected for trial will be cancelled or modified during re-examination.

Counsel shall file a response by **NOON ON MAY 18, 2011**.

Dated: May 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE