KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:     415.318.1200
Fax:    415.318.1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:     212.556.2100
Fax:    212.556.2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William H. Alsup <br><br> **NOTICE OF APPEARANCE** |

1
NOTICE OF APPEARANCE
CASE NO. 3:10-cv-03561-WHA

557453.01

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT the following attorneys hereby appear in this action as

3    additional counsel of record for Defendant Google Inc.

> Robert A. Van Nest - #84065
> rvannest@kvn.com
> Christa M. Anderson - #184325
> canderson@kvn.com
> Michael S. Kwun - #198945
> mkwun@kvn.com
> Daniel Purcell - #191424
> dpurcell@kvn.com
> Eugene M. Paige - #202849
> epaige@kvn.com
> Matthias A. Kamber - #232147
> mkamber@kvn.com
> Keker & Van Nest LLP
> 710 Sansome Street
> San Francisco, CA  94111-1704
> Telephone:  (415) 391-5400
> Facsimile:  (415) 397-7188

Dated:  May 24, 2011                                          KEKER & VAN NEST LLP


                                                              By: s/ Robert A. Van Nest
                                                                  ROBERT A. VAN NEST
                                                                  Attorneys for Defendant
                                                                  GOOGLE INC.