1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
19

20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22 ORACLE AMERICA, INC.                | Case No. CV 10-03561 WHA

23              Plaintiff,             | **DECLARATION OF DANIEL P.
                                       | MUINO IN SUPPORT OF
24         v.                          | PLAINTIFF'S ADMINISTRATIVE
                                       | REQUEST TO FILE DOCUMENTS
25 GOOGLE INC.                         | UNDER SEAL

26              Defendant.             | Date:  May 31, 2011
                                       | Time:  11:30 a.m.
27                                     | Dept.:  Courtroom 4, 3rd Floor
                                       | Judge:  Honorable Donna M. Ryu
28

MUINO DECL. ISO PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1466903

1     I, Daniel P. Muino, declare as follows:

2     1.     I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record

3   for Plaintiff Oracle America, Inc. ("Oracle").  I am an attorney duly licensed to practice law in the

4   courts of the State of California and am a member of the Bar of this Court.  I make this

5   declaration in support of Plaintiff's Administrative Request To File Documents Under Seal.  This

6   declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness

7   I could and would testify competently to the facts stated herein.

8     2.     Exhibit A to the Declaration of Dorian Daley in Support of Oracle's Request for

9   Access to Attorneys' Eyes Only Information should be filed under seal.  This Exhibit is the

10   declaration of Oracle's co-president, Safra Catz, it was filed under seal in the litigation matter

11   *Oracle Corp, et al. v. SAP AG, et al.*, Case No. 07-1658 (N.D. Cal.).  This Exhibit is being filed

12   under seal in good faith and Pursuant to Civil Local Rule 79-5.  This Exhibit contains Oracle's

13   sensitive confidential information.

14     3.     Exhibit B to the Declaration of Dorian Daley in Support of Oracle's Request for

15   Access to Attorneys' Eyes Only Information should be filed under seal.  This Exhibit is Oracle's

16   Opposition to Defendants' Motion to Compel No. 3, from the *Oracle Corp, et al. v. SAP AG, et*

17   *al.*, Case No. 07-1658 (N.D. Cal.) case where it was filed under seal.  This Exhibit is being filed

18   under seal in good faith and Pursuant to Civil Local Rule 79-5.  This Exhibit contains Oracle's

19   sensitive confidential information.

20     4.     Exhibit D to the Declaration of Dorian Daley in Support of Oracle's Request for

21   Access to Attorneys' Eyes Only Information should be filed under seal.  This Exhibit is

22   Ms. Daley's statement delivered at an unofficial meeting of the Java Community Process, which

23   was a confidential proceeding.  This Exhibit is being filed under seal in good faith and Pursuant

24   to Civil Local Rule 79-5.

25   ///

26   ///

27   ///

28   ///

MUINO DECL. ISO PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1466903

1

1    I declare under penalty of perjury under the laws of the United States that to the best of

2  my knowledge the foregoing is true and correct.

3    Executed on May 26, 2011 at Boston, Massachusetts.

4

5                               /s/ Daniel P. Muino
                                   Daniel P. Muino

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28