| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
|   | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
|   | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
|   | DANIEL P. MUNIO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
|   | 755 Page Mill Road |
| 5 | Palo Alto, CA 94304-1018 |
|   | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
|   | dboies@bsfllp.com |
| 8 | 333 Main Street |
|   | Armonk, NY 10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
|   | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
|    | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA 94612 |
|    | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
|    | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
|    | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
|    | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|    | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
|    | Redwood City, CA 94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
|    | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE INC. | Date: May 31, 2011 |
|  | Time: 11:30 a.m. |
|  | Dept.: Courtroom 4, 3rd Floor |
| Defendant. | Judge: Honorable Donna M. Ryu |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 26, 2011, I served a copy of:

- **EXHIBITS A, B AND D TO DECLARATION OF DORIAN DALEY IN SUPPORT OF ORACLE'S REQUEST FOR ACCESS TO ATTORNEYS' EYES ONLY INFORMATION [SUBMITTED UNDER SEAL]**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

| | |
|---|---|
| ☒ | **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Federal Express, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices. |

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| ☐ | **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below. |

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

| | |
|---|---|
| ☐ | **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b). |

Donald F. Zimmer, Jr.
Cheryl Z. Sabnis
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105

fzimmer@kslaw.com
csabnis@kslaw.com

Fax: 415.318.1300

Renny F. Hwang
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA  94043

rennyhwang@google.com

Fax:   650.618.1806

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1466979

2

| | |
|---|---|
| Ian C. Ballon<br>Heather Meeker<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br><br>ballon@gtlaw.com<br>meekerh@gtlaw.com<br><br>Fax:    650.328.8508 | Robert A. Van Nest<br>Christa M. Anderson<br>Michael S. Kwun<br>Daniel Purcell<br>Eugene M. Paige<br>Matthias A. Kamber<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>rvannest@kvn.com<br>canderson@kvn.com<br>mkwun@kvn.com<br>dpurcell@kvn.com<br>epaige@kvn.com<br>mkamber@kvn.com<br><br>Fax:  415.397.7188 |

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed at Palo Alto, California, this 26th day of May, 2011.

_____Cynthia D. Fix_____          _____(signature)_____
         (typed)