MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MATTHEW SARBORARIA IN SUPPORT OF ORACLE'S REQUEST FOR ACCESS TO ATTORNEYS' EYES ONLY INFORMATION**<br><br>Date & Time: May 31, 2011 at 11:30 a.m.<br>Dept: Courtroom 4, 3rd Floor<br>Judge: Honorable Donna M. Ryu |

I, Matthew Sarboraria, declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and before this Court. I have personal knowledge of the facts stated in this declaration and could testify competently to such facts if called as a witness.

2. I received my law degree from the University of California, Boalt Hall School of Law in May 2000, and passed the bar in December 2000. I practiced law at Weil, Gotshal & Manges LLP as an associate from 2000 to 2006, where my practice focused exclusively on intellectual property litigation. I represented Oracle as outside litigation counsel on several patent cases during this period, performing a wide range of litigation functions, including: taking and defending depositions; propounding and responding to discovery requests; reviewing documents and other discovery materials; working with expert witnesses; drafting claim construction, summary judgment and discovery motions; arguing substantive and procedural motions in court; and negotiating and drafting settlement and license agreements.

3. I joined Oracle as Patent Counsel in 2006 as a member of the Patent Group within the legal department. My primary job responsibility was managing patent litigation. In this capacity, I supervised and worked with Oracle's outside litigation counsel in evaluating claims and defenses and planning case strategy. I served as a liaison between outside counsel and Oracle employees and coordinated the location, preservation, and collection of documents and other discovery materials. I provided case assessments and updates for Oracle's Chief Patent Counsel, General Counsel, and executive management. I reviewed proposed patent litigation settlement agreements and associated patent license agreements and provided legal advice to internal clients on those agreements. As a member of the Patent Group, I also spent a relatively small amount of time (under 15 percent) supervising Oracle's outside patent prosecution counsel and assisting Oracle's in-house and outside mergers and acquisitions counsel with acquisition-related intellectual property due diligence. I am not a member of the patent bar, have never drafted a patent application, and have not supervised or participated in patent prosecution since leaving the Patent Group in 2008. As a member of the Patent Group, I had no responsibility for commercial contracts, marketing, employment, pricing, or product development.

SARBORARIA DECL. ISO ORACLE'S REQUEST FOR ACCESS TO ATTORNEYS' EYES ONLY INFORMATION
CASE NO. CV 10-03561 WHA
pa-1466800

1

4.      Because the vast majority of my time and responsibilities was focused on managing patent litigation, in 2008 I left the Patent Group and joined the Litigation Group. I am currently a member of that group and my title is Senior Patent Counsel. I report to Deborah Miller, who leads the Litigation Group. My primary job responsibility continues to be patent litigation management and my duties in that role are substantially the same as those described in paragraph 3 above. I am counsel of record for Oracle in the present litigation against Google and I am actively involved in management of the case. I am similarly involved in other pending cases. None of the cases that I have managed (other than the present case) has involved efforts by Oracle to enforce its intellectual property rights against an Oracle competitor. I was not responsible for the decision to file suit in any of these cases. I am only involved in managing the cases in my capacity as an in-house litigator in the Litigation Group. While I do occasionally review product design and development, marketing, and financial documents in the context of managing ongoing disputes, I have no input into preparing such materials. Nor do I have any involvement in employment or research and development matters.

5.      In addition to litigation management, my duties include evaluation of licensing demand letters and other patent threats, evaluation of offers to sell or license patents, and evaluation of patent-related indemnification requests from Oracle customers. I represent Oracle in responding to third party subpoenas related to intellectual property issues. I also continue to assist Oracle's in-house and outside mergers and acquisitions counsel with acquisition-related intellectual property due diligence. In addition to providing legal advice to Oracle management on the issues described above, I work with Oracle's Government Relations Group on patent-related legal reform efforts, including consultation and advocacy related to patent reform legislation pending in Congress. As part of this work, I served as Oracle's representative on the board of directors of the Coalition for Patent Fairness—a coalition of technology companies advocating passage of patent reform legislation that will foster innovation and economic growth.

6.      Over the years I have occasionally participated in legal conference panel discussions on intellectual property topics. One such panel discussion referenced by Google in this dispute, titled "Identifying the Right IP Strategy for Your Business," was at a legal

SARBORARIA DECL. ISO ORACLE'S REQUEST FOR ACCESS TO ATTORNEYS' EYES ONLY INFORMATION
CASE NO. CV 10-03561 WHA
pa-1466800

2

1  conference in Burlingame, California in July 2006, long before I joined the Litigation Group.
2  The discussion covered a wide variety of topics, with my contribution focused on the role and
3  impact of IP litigation. As with all such speaking engagements, I participated in my personal
4  capacity and not on behalf of Oracle.

5      I declare under penalty of perjury that the foregoing is true and correct and that this
6  declaration was executed on May 26, 2011 at Redwood Shores, California.

                                                            /s/ Matthew Sarboraria
                                                             Matthew Sarboraria