# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.** C-10-03561-WHA (DMR)

**CASE NAME:** Oracle America Inc. v. Google Inc.

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: Ivy Garcia |
| **DATE**: 5/31/2011  **TIME:** 11:31 a.m. -1:15 p.m. | **COURT REPORTER:** Raynee Mercado |
| **COUNSEL FOR PLAINTIFF:**<br>Daniel Muino<br>Jessica Tipton<br>Steven Holtzman<br>Marc Peters | **COUNSEL FOR DEFENDANT:**<br>Bruce Baber<br>Renny Hwang<br>Steven Snyder<br>Scott Weingaertner<br>Christa Anderson |

**PROCEEDINGS:**   Discovery Hearing HELD    **RULING:**

1. Plaintiff's Administrative Motion to file Under Seal    GRANTED
   Exhibits A, B, & D to Declaration of Dorian Daley

2. Plaintiff's request to grant the following Designated
   House Counsel access to attorneys' eyes only ("AEO")
   information pursuant to the Protective Order:

   A. Dorian Daley                                         DENIED

   B. Deborah Kay Miller                                   GRANTED ACCESS TO AEO
                                                           INFORMATION, BUT NO ACCESS TO
                                                           CONTRACTS WITH CARRIERS OR
                                                           HARDWARE MANUFACTURERS

   C. Matthew Sarboraria                                   GRANTED ACCESS TO AEO
                                                           INFORMATION, BUT NO ACCESS TO
                                                           CONTRACTS WITH CARRIERS OR
                                                           HARDWARE MANUFACTURERS

   D. Andrew Temkin                                        FURTHER INFORMATION REQUIRED

_____

   By no later than 5:00 p.m. on 6/1/11, Plaintiff shall file a detailed supplemental declaration setting forth the job duties of Andrew Temkin so that the Court may determine whether he is involved in competitive decision-making. Among other things, the declaration shall elucidate the earlier ambiguous statements regarding Temkin's duties that were discussed during oral argument. The declaration shall also set forth the facts supporting Temkin's need to view AEO information.

By no later than 5:00 p.m. on 6/3/11, Defendant shall file a letter brief explaining why Andrew Temkin should not be given access to AEO information. Defendant's letter brief may not exceed 2 ½ pages. The matter will be deemed submitted on the papers.

Defendant shall promptly provide Plaintiff with a list of AEO contracts with carriers or hardware manufacturers that Defendant contends should not be shown to Miller or Sarboraria.

Parties shall meet and confer regarding the appropriate means for maintaining security of AEO information without unduly burdening or inconveniencing either party.

**cc:    Chambers**

* (T) = Telephonic Appearance

2