1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
19

20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22 ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

23          Plaintiff,                    **[PROPOSED] ORDER GRANTING
                                          PLAINTIFF'S ADMINISTRATIVE
24      v.                                REQUEST TO FILE DOCUMENTS
                                          UNDER SEAL**
25 GOOGLE INC.
                                          Date:  May 31, 2011
26          Defendant.                    Time:  11:30 a.m.
                                          Dept.: Courtroom 4, 3rd Floor
27                                        Judge: Honorable Donna M. Ryu

28

On May 26, 2011, Plaintiff Oracle America, Inc. ("Plaintiff") filed a Request to file documents under seal. Having considered the request, I find that good cause appears to grant the request.

IT IS HEREBY ORDERED THAT:

Plaintiff's request to file Exhibits A, B, and D to the Declaration of Dorian Daley in Support of Oracle's Request for Access to Attorneys' Eyes Only Information is GRANTED.

Dated: __May 31__, 2011

_____
Honorable Donna M. Ryu
Magistrate Judge of the United States District Court

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1466923

1