1  [counsel listed on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  ORACLE AMERICA, INC.,              Case No. 3:10-cv-03561-WHA

13         Plaintiff,                  Honorable Judge William Alsup

14         v.                          **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**

15  GOOGLE INC.,

16         Defendant.

17

STIPULATION REGARDING BRIEFING SCHEDULE

Plaintiff Oracle America, Inc. ("Oracle") and defendant Google Inc. ("Google"), by and through their undersigned counsel, hereby STIPULATE AND AGREE as follows, subject to the approval of the Court:

WHEREAS, Oracle has served its damages report referred to in paragraph 9 of the Case Management Order dated November 18, 2010 (the "Damages Report"); and

WHEREAS, the parties have conferred and have agreed to the briefing schedule set forth below for any *Daubert* or other motion directed to the Damages Report;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between Oracle and Google, through their undersigned counsel, as follows:

1. Google shall file any *Daubert* or other motion directed at the methodology, reliability or other defect of the Damages Report on or before **Tuesday, June 7, 2011**.

2. Google will notice for **Thursday, July 14, 2011 at 2:00 p.m.** any motion filed in accordance with paragraph 1.

3. Oracle shall file any opposition or other response to such motion on or before **Tuesday, June 21, 2011.**

4. Google shall file any reply in support of such motion on or before **Tuesday, June 28, 2011.**

ORDER

The foregoing stipulation is approved and **IT IS SO ORDERED**.

Dated:  June ___, 2011                    _____
                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | DATED: June 1, 2011 | By:  /s/  Steven C. Holtzman |
| 2 | | |
| 3 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 4 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 5 | | 755 Page Mill Road<br>Palo Alto, CA 94304-1018 |
| 6 | | Telephone: (650) 813-5600 |
| 7 | | Facsimile: (650) 494-0792 |
| 8 | | BOIES, SCHILLER & FLEXNER LLP |
| 9 | | DAVID BOIES (*Pro Hac Vice*)<br>dboies@bsfllp.com |
| 10 | | 333 Main Street<br>Armonk, NY 10504 |
| 11 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 12 | | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 13 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 14 | | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 15 | | Facsimile: (510) 874-1460 |
| 16 | | ORACLE AMERICA CORPORATION |
| 17 | | DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 18 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 19 | | MATTHEW M. SARBORARIA (Bar No. 211600)<br>matthew.sarboraria@oracle.com |
| 20 | | 500 Oracle America Parkway |
| 21 | | Redwood City, CA 94065<br>Telephone: (650) 506-5200 |
| 22 | | Facsimile: (650) 506-7114 |
| 23 | | **ATTORNEYS FOR PLAINTIFF** |
| 24 | | **ORACLE AMERICA, INC.** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

STIPULATION AND [PROPOSED] ORDER REGARDING BREIFING SCHEDULE          CIVIL ACTION NO. CV 10-03561

| | |
|---|---|
| DATED: June 1, 2011 | **KING & SPALDING LLP** |
| | By:  /s/  Bruce W. Baber |
| | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| | sweingaertner@kslaw.com |
| | ROBERT F. PERRY |
| | rperry@kslaw.com |
| | BRUCE W. BABER *(Pro Hac Vice)* |
| | bbaber@kslaw.com |
| | 1185 Avenue of the Americas |
| | New York, NY 10036-4003 |
| | Telephone:  (212) 556-2100 |
| | Facsimile:   (212) 556-2222 |
| | |
| | DONALD F. ZIMMER, JR. (SBN 112279) |
| | fzimmer@kslaw.com |
| | CHERYL A. SABNIS (SBN 224323) |
| | csabnis@kslaw.com |
| | KING & SPALDING LLP |
| | 101 Second Street - Suite 2300 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 318-1200 |
| | Facsimile:  (415) 318-1300 |
| | |
| | IAN C. BALLON (SBN 141819) |
| | ballon@gtlaw.com |
| | HEATHER MEEKER (SBN 172148) |
| | meekerh@gtlaw.com |
| | GREENBERG TRAURIG, LLP |
| | 1900 University Avenue |
| | East Palo Alto, CA 94303 |
| | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |
| | |
| | **ATTORNEYS FOR DEFENDANT GOOGLE INC.** |