IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br>           / | No. C 10-03561 WHA<br><br>**ORDER REGARDING PROPOSED *DAUBERT* BRIEFING SCHEDULE** |

    A stipulation and proposed order regarding the briefing schedule for a proposed "*Daubert* or other motion directed at the methodology, reliability or other defect" of Oracle's damages report has been filed (Dkt. No. 160). Pursuant to the order regarding motion practice, any party seeking approval to file a motion must file a précis that summarizes the essence of the motion and explains its urgency (Dkt. No. 86). The proposed briefing schedule will be held in abeyance until a précis is filed. In this instance, the précis should set forth the alleged defects that would be raised in the motion, and it should show how addressing those issues now would be likely to advance the action. The précis must be five double-spaced pages or shorter and may not contain footnotes or attachments.

    **IT IS SO ORDERED.**

Dated: June 2, 2011.

                                                     WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE