| | |
|---|---|
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| 101 Second Street – Suite 2300 | 1900 University Avenue |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |
| | |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ROBERT A. VAN NEST - #84065 |
| sweingaertner@kslaw.com | rvannest@kvn.com |
| ROBERT F. PERRY | CHRISTA M. ANDERSON - #184325 |
| rperry@kslaw.com | canderson@kvn.com |
| BRUCE W. BABER (*Pro Hac Vice*) | KEKER & VAN NEST LLP |
| bbaber@kslaw.com | 710 Sansome Street |
| KING & SPALDING LLP | San Francisco, CA 94111-1704 |
| 1185 Avenue of the Americas | Telephone:  (415) 391-5400 |
| New York, NY 10036-4003 | Facsimile:  (415) 397-7188 |
| Telephone:  (212) 556-2100 | |
| Facsimile:  (212) 556-2222 | |

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
|      Plaintiff, | Honorable Judge William Alsup |
|      v. | **DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOOGLE INC. | |
|      Defendant. | |

1  Defendant Google Inc. hereby moves to file portions of Google's précis requesting leave
2 to file a *Daubert* or other motion directed at the damages report of Oracle America, Inc.'s expert
3 Iain Cockburn under seal pursuant to Civil L. R. 79-5.
4  Google's précis requesting leave to file a *Daubert* or other motion directed at the
5 damages report of Oracle America, Inc.'s expert Iain Cockburn contains information that has
6 been designated Confidential or Highly Confidential - Attorneys' Eyes Only by Oracle America,
7 Inc.
8  Portions of this paper are to be filed under seal pursuant to the protective order governing
9 this case because they contain information designated Confidential or Highly Confidential -
10 Attorneys' Eyes Only by Oracle America, Inc.  The accompanying Declaration of Scott T.
11 Weingaertner In Support of Defendant Google Inc.'s Motion to File Under Seal is hereby
12 incorporated by reference.

| | | |
|---|---|---|
| 1 | DATED:  June 6, 2011 | Respectfully submitted, |
| 2 | | **KING & SPALDING LLP** |
| 3 | | By:  /s/ Cheryl A. Sabnis /s/ |
| 4 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| 5 | | sweingaertner@kslaw.com<br>ROBERT F. PERRY |
| 6 | | rperry@kslaw.com<br>BRUCE W. BABER *(Pro Hac Vice)* |
| 7 | | bbaber@kslaw.com<br>1185 Avenue of the Americas |
| 8 | | New York, NY 10036-4003<br>Telephone:  (212) 556-2100 |
| 9 | | Facsimile:   (212) 556-2222 |
| 10 | | ROBERT A. VAN NEST - #84065 |
| 11 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325 |
| 12 | | canderson@kvn.com<br>KEKER & VAN NEST LLP |
| 13 | | 710 Sansome Street |
| 14 | | San Francisco, CA 94111-1704<br>Telephone:  (415) 391-5400 |
| 15 | | Facsimile:  (415) 397-7188 |
| 16 | | DONALD F. ZIMMER, JR. (SBN 112279) |
| 17 | | fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323) |
| 18 | | csabnis@kslaw.com<br>KING & SPALDING LLP |
| 19 | | 101 Second Street – Suite 2300 |
| 20 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 21 | | Facsimile:  (415) 318-1300 |
| 22 | | IAN C. BALLON (SBN 141819)<br>ballon@gtlaw.com |
| 23 | | HEATHER MEEKER (SBN 172148)<br>meekerh@gtlaw.com |
| 24 | | GREENBERG TRAURIG, LLP |
| 25 | | 1900 University Avenue<br>East Palo Alto, CA 94303 |
| 26 | | Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |
| 27 | | |
| 28 | | ATTORNEYS FOR DEFENDANT<br>GOOGLE INC. |