1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
|---|---|
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOOGLE INC. | |
| Defendant. | |

1  Before this Court is Defendant Google Inc.'s Administrative Motion to File Under Seal
2  filed with Google's précis requesting leave to file a *Daubert* or other motion directed at the
3  damages report of Oracle America, Inc.'s expert Iain Cockburn.  Based on the arguments
4  presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby
5  GRANTS the motion.
6
7  IT IS SO ORDERED.
8
9  Dated: _____           _____
10                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE