IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO FILE *DAUBERT* MOTION** |
| GOOGLE INC., | |
| Defendant. / | |

Defendant's unopposed request for permission "to file a *Daubert* or other motion directed at the damages report of Oracle's expert Iain Cockburn" (Dkt. Nos. 160, 165) is **GRANTED**. The opening brief shall be filed by **NOON ON JUNE 14, 2011**, noticing a hearing for **JULY 21, 2011**. The responsive brief shall be filed by **NOON ON JUNE 28**. Any reply brief shall be filed by **NOON ON JULY 5**. Counsel must make a strenuous effort to keep the length of the briefs and the volume of the record to a minimum.

**IT IS SO ORDERED.**

Dated: June 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE