1  [counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA (DMR) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE LOGS** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 4, 3rd Floor<br>Judge: Honorable Donna M. Ryu |
| Defendant. | |

1  This Stipulation is between Oracle America, Inc. ("Oracle") and Google Inc. ("Google").

2  WHEREAS, the parties acknowledge that Judge Ryu's standing order (Dkt. 141 at 3-4) requires that the following elements be included in privilege logs, in addition to the elements required by Judge Alsup's order (Dkt. 26 ¶ 16) and the Joint ESI Agreement (Dkt. 67 at ¶ 3(b)): (a) The title of the document; (b) the number of pages or Bates number range of the document; (c) the position of the document's author(s); (d) the position of all addressees and recipients; and (e) the date the document was prepared.

WHEREAS, the parties agree that consistency between the privilege logs already produced and those to be produced in the future is important, the parties agree that the above mentioned additional elements will not be required in privilege logs produced by the parties in this case.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between Oracle and Google through their undersigned counsel, as follows:

1. The parties' privilege logs should continue to conform to the requirements in Judge Alsup's order (Dkt. 26 ¶ 16) and the Joint ESI Agreement (Dkt. 67 at ¶ 3(b)).

2. The parties are not required to include the following elements in their privilege logs: (a) The title of the document; (b) the number of pages or Bates number range of the document; (c) the position of the document's author(s); (d) the position of all addressees and recipients; and (e) the date the document was prepared.

| | | |
|---|---|---|
| 1 | Dated: June 10, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/  Daniel P. Muino<br>       Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com<br>755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com<br>333 Main Street |
| 12 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612<br>Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600) |
| 20 | | matthew.sarboraria@oracle.com<br>500 Oracle Parkway |
| 21 | | Redwood City, CA  94065<br>Telephone: (650) 506-5200 |
| 22 | | Facsimile: (650) 506-7114 |
| 23 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE LOGS
CASE NO. CV 10-03561 WHA (DMR)
pa-1468574

2

| | | |
|---|---|---|
| 1 | Dated: June 10, 2011 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By: __/s/ Steven T. Snyder_____<br>Steven T. Snyder |
| 4 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 5 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 6 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 7 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 8 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 9 | | |
| 10 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 11 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 12 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 13 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 14 | | Facsimile:  (415) 318-1300 |
| 15 | | GREENBERG TAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 16 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 17 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 18 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 19 | | Facsimile: (650) 328-8508 |
| 20 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 21 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 22 | | canderson@kvn.com<br>710 Sansome Street |
| 23 | | San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 24 | | Facsimile: (415) 397-7188 |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE LOGS
CASE NO. CV 10-03561 WHA (DMR)
pa-1468574

3

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE LOGS.  In compliance with General Order 45, X.B., I hereby attest that Steven T. Snyder has concurred in this filing.

Date: June 10, 2011         /s/ Daniel P. Muino
                            Daniel P. Muino

**ORDER**

IT IS SO ORDERED.

Date: _____        _____
                            Honorable Donna M. Ryu
                            Magistrate Judge of the United States District Court