UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>                Plaintiff,<br><br>   v.<br><br>GOOGLE INC.<br><br>                Defendant. | Case No. CV 10-03561 WHA (DMR)<br><br>**STIPULATION AND ORDER REGARDING PRIVILEGE LOGS**<br><br>Dept.: Courtroom 4, 3rd Floor<br>Judge: Honorable Donna M. Ryu |

This Stipulation is between Oracle America, Inc. ("Oracle") and Google Inc. ("Google").

WHEREAS, the parties acknowledge that Judge Ryu's standing order (Dkt. 141 at 3-4) requires that the following elements be included in privilege logs, in addition to the elements required by Judge Alsup's order (Dkt. 26 ¶ 16) and the Joint ESI Agreement (Dkt. 67 at ¶ 3(b)): (a) The title of the document; (b) the number of pages or Bates number range of the document; (c) the position of the document's author(s); (d) the position of all addressees and recipients; and (e) the date the document was prepared.

WHEREAS, the parties agree that consistency between the privilege logs already produced and those to be produced in the future is important, the parties agree that the above mentioned additional elements will not be required in privilege logs produced by the parties in this case.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between Oracle and Google through their undersigned counsel, as follows:

1. The parties' privilege logs should continue to conform to the requirements in Judge Alsup's order (Dkt. 26 ¶ 16) and the Joint ESI Agreement (Dkt. 67 at ¶ 3(b)).

2. The parties are not required to include the following elements in their privilege logs: (a) The title of the document; (b) the number of pages or Bates number range of the document; (c) the position of the document's author(s); (d) the position of all addressees and recipients; and (e) the date the document was prepared.

IT IS SO ORDERED.

Date: June 13, 2011

Honorable Donna M. Ryu
Magistrate Judge of the United States District Court