IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION TO FILE UNDER SEAL** |
| GOOGLE INC., | |
| Defendant. / | |

On June 6, 2011, defendant filed an administrative motion for leave to file its précis under seal. The motion indicated that the précis contained information designated confidential by plaintiff (Dkt. No. 164). Pursuant to Civil Local Rule 97-5(d), plaintiff then had seven days within which to submit a declaration establishing that the designated information should, in fact, be sealed. No such declaration has been filed. Plaintiff may file a supporting declaration by **NOON ON JUNE 16, 2011**. If no declaration is filed, then the administrative motion will be denied and the précis will be filed in the public record.

**IT IS SO ORDERED.**

Dated: June 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE