1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
|---|---|
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOOGLE INC. | |
| Defendant. | |

1  Before this Court is Defendant Google Inc.'s Administrative Motion to File Under Seal
2  filed with Google Inc.'s Brief in Support of Daubert Motion.  Based on the arguments presented
3  in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS
4  the motion.

6  IT IS SO ORDERED.

8  Dated: _____          _____
                                            WILLIAM ALSUP
9                                           UNITED STATES DISTRICT JUDGE