1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                   **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING GOOGLE, INC.'S DAUBERT MOTION** |
| GOOGLE INC. | |
| Defendant. | |

1  Before the Court is Google Inc's Brief in Support of Daubert Motion. Based on the
2  arguments presented in the motion, the pleadings on file, and any other relevant matter, the
3  opinions and testimony of Oracle America, Inc.'s damages expert Dr. Iain M. Cockburn are
4  unreliable and shall therefore be excluded from this case in their entirety. The Court hereby
5  GRANTS Google Inc.'s Daubert Motion.

7  IT IS SO ORDERED.

10  Dated: _____     _____
                                     WILLIAM ALSUP
11                                   UNITED STATES DISTRICT JUDGE