DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**DEFENDANT GOOGLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DOCKET NUMBER 173** |

1   PLEASE TAKE NOTICE that Defendant GOOGLE INC. submits this Motion to
2 Remove Incorrectly Filed Document Declaration of Gregory K. Leonard Ph.D., Docket
3 No. 173.  Pursuant to Local Rule 79.5(b), when electronically filed, counsel inadvertently
4 filed the unredacted version of the declaration.  The redacted version of this declaration
5 should have been filed instead.
6   After discovery of the error, the ECF Help Desk was contacted by email and put a
7 temporary lock on the document.  Counsel subsequently re-efiled the correct redacted
8 Declaration of Gregory K. Leonard Ph.D., Docket No. 175.
9   Accordingly, Google Inc. respectfully requests that Docket No. 173 be
10 permanently deleted from the docket.

| | | |
|---|---|---|
| 1 | DATED:  June 15, 2011 | Respectfully submitted, |
| 2 | | **KING & SPALDING LLP** |
| 4 | | By:  /s/ Cheryl A. Sabnis /s/ |
| 5 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| 6 | | sweingaertner@kslaw.com |
| | | ROBERT F. PERRY |
| 7 | | rperry@kslaw.com |
| | | BRUCE W. BABER *(Pro Hac Vice)* |
| 8 | | bbaber@kslaw.com |
| 9 | | 1185 Avenue of the Americas |
| | | New York, NY 10036-4003 |
| 10 | | Telephone:  (212) 556-2100 |
| | | Facsimile:   (212) 556-2222 |
| 12 | | ROBERT A. VAN NEST - #84065 |
| | | rvannest@kvn.com |
| 13 | | CHRISTA M. ANDERSON - #184325 |
| | | canderson@kvn.com |
| 14 | | Keker & Van Nest LLP |
| 15 | | 710 Sansome Street |
| | | San Francisco, CA 94111-1704 |
| 16 | | Telephone:  (415) 391-5400 |
| | | Facsimile:  (415) 397-7188 |
| 18 | | DONALD F. ZIMMER, JR. (SBN 112279) |
| | | fzimmer@kslaw.com |
| 19 | | CHERYL A. SABNIS (SBN 224323) |
| | | csabnis@kslaw.com |
| 20 | | King & Spalding LLP |
| 21 | | 101 Second Street – Suite 2300 |
| | | San Francisco, CA 94105 |
| 22 | | Telephone: (415) 318-1200 |
| | | Facsimile:  (415) 318-1300 |
| 24 | | IAN C. BALLON (SBN 141819) |
| | | ballon@gtlaw.com |
| 25 | | HEATHER MEEKER (SBN 172148) |
| | | meekerh@gtlaw.com |
| 26 | | Greenberg Traurig, LLP |
| | | 1900 University Avenue |
| 27 | | East Palo Alto, CA 94303 |
| | | Telephone: (650) 328-8500 |
| 28 | | Facsimile: (650) 328-8508 |