1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DOCKET NUMBER 173** |
| GOOGLE INC. | |
| Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DOCKET NUMBER 173
CIVIL ACTION NO. CV 10-03561-WHA

Defendant GOOGLE INC.'S Motion to Remove Incorrectly Filed Document Declaration of Gregory K. Leonard Ph.D., Docket No. 173 is hereby GRANTED.

IT IS SO ORDERED:

Dated: _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE