UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | ~~[PROPOSED]~~ **ORDER GRANTING GOOGLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; DOCKET NUMBER 173** |
| GOOGLE INC. | |
| Defendant. | |

1  Defendant GOOGLE INC.'S Motion to Remove Incorrectly Filed Document
2  Declaration of Gregory K. Leonard Ph.D., Docket No. 173 is hereby GRANTED.
3  The filing will be permanently locked and stricken.

4  IT IS SO ORDERED:

5

6  Dated:  June 15, 2011.

7  _____
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

1

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO REMOVE INCORRECTLY
FILED DOCUMENT; DOCKET NUMBER 173
CIVIL ACTION NO. CV 10-03561-WHA