IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>                                      / | No. C 10-03561 WHA<br><br>**ORDER DENYING MOTION TO FILE PRÉCIS UNDER SEAL** |

On June 6, 2011, defendant filed an administrative motion for leave to file its précis under seal. The motion indicated that the précis contained information designated confidential by plaintiff (Dkt. No. 164). Pursuant to Civil Local Rule 97-5(d), plaintiff then had seven days within which to submit a declaration establishing that the designated information should, in fact, be sealed. No such declaration was filed. Plaintiff was given a second opportunity to file a supporting declaration, but instead plaintiff filed a statement *opposing* the administrative motion (Dkt. No. 178). Because the motion was not adequately supported, it is **DENIED**. Defendant shall file the full, unredacted version of its précis in the public record by **JUNE 17, 2011**.

**IT IS SO ORDERED.**

Dated: June 16, 2011.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE