# UNITED STATES DISTRICT COURT

Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 17, 2011

CASE NUMBER: CV 10-03561 WHA

TITLE: ORACLE AMERICA, INC.-v- GOOGLE INC.

TO:

    King & Spalding LLP
    1185 Avenue of the Americas
    New York, NY 10036-4003

An order has been filed denying your request to file documents under seal in the above cited action. In accordance with Civil L.R. 79-5(e), the submitting party is hereby notified to retrieve the following lodged documents: Portions of Google's précis requesting leave to file a Daubert or other motion directed at the damages report of Oracle America, Inc.'s expert Iain Cockburn under seal pursuant to Civil L. R. 79-5, within three days of the date of this notice.   Failure to retrieve the document(s) will result in its disposal by the Clerk's Office.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    By:   William Noble
    Case Systems Administrator