**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO FILE MOTION** |
| GOOGLE INC., | |
| Defendant. / | |

Defendant seeks leave to file a motion to supplement its invalidity contentions (Dkt. No. 181). Plaintiff opposes (Dkt. No. 183). Having considered both submissions, defendant's request is **GRANTED**. Defendant may file and notice its motion to be heard on the normal 35-day calendar. The briefs supporting and opposing this motion will be limited to ten pages (double-spaced, twelve-point Times New Roman font), with thirty pages of supporting declarations and exhibits.

**IT IS SO ORDERED.**

Dated: June 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE