1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ORACLE AMERICA, INC.,                          No. C 10-03561 WHA

11              Plaintiff,

12    v.                                             **ORDER PARTIALLY
                                                     GRANTING MOTION
13    GOOGLE INC.,                                   TO FILE DOCUMENTS
                                                     UNDER SEAL**
14              Defendant.

15    _____/

16          Google Inc. seeks leave to file portions of its *Daubert* motion and supporting documents

17    under seal (Dkt. No. 170).  As to exhibits A, H, I, J, L, M, P, Q, R, and W to the Weingaertner

18    declaration, the motion is **GRANTED**.  Google may file those documents under seal.

19          As to the Leonard declaration and the brief, however, the administrative motion cannot be

20    granted at this time.  The redacted portions of those documents include public information, and

21    the supporting declaration submitted by Google is too general to support the sealing of any

22    confidential Google information (Dkt. No. 170-1).  Counsel will be given one opportunity to

23    remedy these deficiencies as follows.

24          By **JUNE 24, 2011**, Google may submit a supplemental declaration supporting its

25    administrative motion and more narrowly redacted versions of the brief and the Leonard

26    declaration.  The supplemental declaration should specifically identify any confidential Google

27    information to be redacted from those documents and explain why it is sealable.  Only

28    confidential material that is specifically addressed in either the supplemental declaration or the

**United States District Court**
For the Northern District of California

Sarboraria declaration (Dkt. No. 184 at ¶ 13) may be redacted.  Additionally, counsel should submit chambers copies of the full documents with the redacted portions highlighted.

Counsel are reminded that no document, declaration, or motion (including administrative motions) may be filed under seal without an individualized sealing order, and that other relevant guidelines are set forth in the local rules and the protective order for this action (Dkt. No. 68).

**IT IS SO ORDERED.**

Dated:  June 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2