| | |
|---|---|
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| 101 Second Street – Suite 2300 | 1900 University Avenue |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |
| | |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ROBERT A. VAN NEST - #84065 |
| sweingaertner@kslaw.com | rvannest@kvn.com |
| ROBERT F. PERRY | CHRISTA M. ANDERSON - #184325 |
| rperry@kslaw.com | canderson@kvn.com |
| BRUCE W. BABER (*Pro Hac Vice*) | KEKER & VAN NEST LLP |
| bbaber@kslaw.com | 710 Sansome Street |
| KING & SPALDING LLP | San Francisco, CA 94111-1704 |
| 1185 Avenue of the Americas | Telephone:  (415) 391-5400 |
| New York, NY 10036-4003 | Facsimile:  (415) 397-7188 |
| Telephone:  (212) 556-2100 | |
| Facsimile:  (212) 556-2222 | |

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT T. WEINGAERTNER IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 170)** |

I, Scott T. Weingaertner, declare as follows:

I am a partner in the law firm of King & Spalding LLP, counsel to Google Inc. in the present case. Pursuant to the Court's Order Partially Granting Motion to File Documents Under Seal (Dkt. No. 186), I submit this supplemental declaration in support of Defendant Google Inc.'s Administrative Motion to File Under Seal (Dkt. No. 170). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

1. Portions of Google Inc.'s Brief in Support of Daubert Motion (e.g., 5:8-17, 5:28-6:1, 6:5-8, 6:10-17, 6:20-23, 13:24-28, 17:6-13, 18:22-23, 18:25-27, 19:4-9, 19:19, 19:22-20:2, 20:12-15, 21:28-22:2, 22:16-21, 23:1-8, and 23:26-24:3) are to be filed under seal pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions (Dkt. No. 68) governing this case because they contain information that has been designated Confidential or Highly Confidential - Attorneys' Eyes Only by Oracle America, Inc. *See* Declaration of Matthew Sarboraria in Response to Google's Administrative Motion to Seal (Dkt. No. 184), at ¶ 13.

2. Portions of the Declaration of Gregory K. Leonard, Ph.D. (e.g., portions of ¶¶ 16 and 20, and footnotes 2 and 3) are to be filed under seal pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions (Dkt. No. 68) governing this case because they contain information that has been designated Confidential or Highly Confidential - Attorneys' Eyes Only by Oracle America, Inc. *See* Declaration of Matthew Sarboraria in Response to Google's Administrative Motion to Seal (Dkt. No. 184), at ¶ 13.

3. Portions of footnote 6 of the Declaration of Gregory K. Leonard, Ph.D. are to be filed under seal pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions (Dkt. No. 68) governing this case because they contain the names of companies with which Google had technology partnership discussions. Disclosure of the identities of Google's potential and actual business partners, which Google does not share publicly during the normal course of business, would cause great and undue harm to Google's business.

4. Portions of footnotes 10 and 16 of the Declaration of Gregory K. Leonard, Ph.D.

are to be filed under seal pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions (Dkt. No. 68) governing this case because they contain references to Google's internal proprietary metrics and statistics.  Google considers its internal metrics to be highly confidential business information and does not disclose them to the public during the normal course of business.  Disclosure of its internal proprietary metrics and statistics would cause great and undue harm to Google's business.

5. Portions of ¶ 27 of the Declaration of Gregory K. Leonard, Ph.D. are to be filed under seal pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions (Dkt. No. 68) governing this case because they contain per device revenue estimates that reveal and are based on highly confidential financial information of Google Inc.  Disclosure of this highly sensitive financial information would cause great and undue harm to Google's business.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on June 24, 2011 in New York, New York.

/s/ Scott T. Weingaertner /s/
Scott T. Weingaertner

I hereby attest that Scott T. Weingaertner concurs in the filing of this document.

/s/ Cheryl A. Sabnis /s/
Cheryl A. Sabnis