IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |
| GOOGLE INC., | |
| Defendant. / | |

Google Inc. seeks leave to file the unredacted versions of its *Daubert* motion and the supporting Leonard declaration under seal (Dkt. No. 170). Having reviewed the supplemental Weingaertner declaration and the more narrowly drawn redactions, the motion is **GRANTED**. Google may file those documents under seal.

**IT IS SO ORDERED.**

Dated: June 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE