MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF FRED NORTON IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE'S *DAUBERT* MOTION**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

I, FRED NORTON, declare as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP, attorneys for plaintiff Oracle America, Inc. in the above captioned matter.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the April 21, 2009, article titled "In Sun, Oracle Sees a Software Gem," published in the New York Times and downloaded from www.nytimes.com.

4. Attached hereto as Exhibit B is a true and correct copy of the July 28, 2010 article titled "Eric Schmidt on Google's Next Tricks" published in the Wall Street Journal and printed from www.wsj.com.

5. Attached hereto as Exhibit C is a true and correct copy of a January 31, 2006, e-mail and attachment from Andy Rubin to Timothy Lindholm, Richard Miner, Chris DiBona, and David Lee. The root e-mail, entitled "FYI," bears Bates stamp GOOGLE-14-00042243. The attachment, a presentation titled "Open Handset Alliance," bears Bates stamp GOOGLE-14-00042244–54. Google produced these documents and has designated them HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY. **[FILED UNDER SEAL.]**

6. Attached hereto as Exhibit D is a true and correct copy of a October 11, 2005 email from Andy Rubin to Larry Page, titled "RE: Sun meeting." and bearing Bates stamp GOOGLE-01-00019527–28. Google produced this document and has designated it HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY. **[FILED UNDER SEAL.]**

7. Attached hereto as Exhibit E is a true and correct copy of the June 21, 2011 article titled "25 Percent, 50 Percent ... What's In A Number?" by Dr. Christine Siegwarth Meyer and Dr. David Blackburn of NERA Economic Consulting, published by Law360 and printed from www.law360.com.

8. Attached hereto as Exhibit F is a true and correct copy of an article by Elizabeth M. Bailey, Gregory K. Leonard, and Mario A. Lopez, titled "Making Sense of 'Apportionment' in Patent Damages," published in the Columbia Science & Technology Law Review on June 2, 2011, and downloaded from www.nera.com.

9. Attached hereto as Exhibit G is a true and correct copy of the Google, Inc. Q3 2010 Earnings Call Transcript, dated October 14, 2010, downloaded from www.morningstar.com.

10. Attached hereto as Exhibit H is a true and correct copy of the August 5, 2010, article titled "Google's Android Is Making Boatloads Of Money, Says Schmidt – Way More Than It Costs To Make," published in Business Insider and downloaded from www.businessinsider.com.

11. Attached hereto as Exhibit I is a true and correct copy of the Google, Inc. Q2 2010 Earnings Call Transcript, dated July 15, 2010, and downloaded from www.morningstar.com.

12. Attached hereto as Exhibit J is a true and correct copy of page 63 from *Economic Approaches To Intellectual Property:  Policy, Litigation, and Management* edited by Gregory K. Leonard and Lauren J. Stiroh, copyright 2005 NERA, Inc.

13. Attached hereto as Exhibit K is a true and correct copy of page 92 of the deposition transcript of Andy Rubin, which Google has designated CONFIDENTIAL.  **[FILED UNDER SEAL.]**

14. Attached hereto as Exhibit L is a true and correct copy of the Android Timeline downloaded from http://www.android.com/timeline.html.

15. Attached hereto as Exhibit M is a true and correct copy of a June 6, 2007, e-mail thread between Andy Rubin, Steve Horowitz, Jason Parks, and Dan Bornstein, titled "Re: [FWD: MIDP VM on Android.]" and bearing Bates stamp GOOGLE-02-00089698–99.  Google produced this document and has designated it HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY.  **[FILED UNDER SEAL.]**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 28, 2011 at Oakland, California.

By: */s/ Fred Norton*_____
    Fred Norton

**ATTESTATION OF FILER**

The signatory to this document is Fred Norton.  I, Alanna Rutherford, have obtained Mr. Norton's concurrence to file this document on his behalf.

Dated: June 28, 2011                              BOIES, SCHILLER & FLEXNER LLP

                                                  By: */s/ Alanna Rutherford*
                                                       Alanna Rutherford

                                                  *Attorneys for Plaintiff*
                                                  ORACLE AMERICA, INC.