MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>         Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.<br><br>         Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER SEALING ORACLE AMERICA, INC.'S CONFIDENTIAL INFORMATION**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

1  This matter came before the Court in Oracle America, Inc.'s Administrative Motion to File
2  Under Seal Portions Of Opposition To Google's *Daubert* Motion And Exhibits.  Based on the
3  arguments presented in the administrative motion, the Declaration of Matthew Sarboraria in support of
4  the administrative motion, the pleadings on file, and any other relevant matter, the Court hereby
5  **GRANTS** the motion as to Oracle confidential material.  The Oracle confidential material referenced
6  on page 12:24 through 13:2, page 20:18 through 21:3, and footnote 9, of Oracle's Opposition to
7  Google's *Daubert* Motion shall remain under seal.
8  
9  IT IS SO ORDERED.

Dated:_____             _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE