IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>   Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

   YOU ARE NOTIFIED THAT the motion hearing previously set for July 21, 2011 at 9:00 a.m. has been rescheduled for **July 21, 2011 at 2:00 p.m.** before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

   Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited.  Please plan accordingly**.**

Dated:  June 29, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

By:_____
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup