MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES JOINT LETTER**<br><br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

1    Pursuant to Local Rule 79-5(d), Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file

2    portions of the parties joint letter to the Court dated July 1, 2011.

3    The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this

4    case (Dkt. No. 68) dictates that when material has been designated as Confidential or Highly

5    Confidential – Attorney's Eyes Only, a party may not file it in the public record, but must seek to file it

6    under seal pursuant to Local Rule 79-5.  (December 17, 2010 Stipulated Protective Order (Docket No.

7    66) § 14.4.)  Accordingly, Oracle seeks to file under seal those portions of the joint letter referencing

8    such documents.  Oracle states no position as to whether disclosure of materials marked by Google as

9    Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Google.

10

Dated: July 1, 2011                         BOIES, SCHILLER & FLEXNER LLP

11

12                                          By:  */s/ Steven C. Holtzman*
                                                 Steven C. Holtzman
13
                                            *Attorneys for Plaintiff*
14                                          ORACLE AMERICA, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE PARTIES JOINT LETTER
CASE NO. CV 10-03561 WHA