| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819)<br>ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148)<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                        Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>                        Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DEFENDANT GOOGLE INC.'S ADMINSTRATIVE MOTION TO FILE UNDER SEAL** |

1     Defendant Google Inc. hereby moves to file portions of Google Inc.'s Reply Brief in Support of *Daubert* Motion under seal pursuant to Civil L. R. 79-5.

    Google Inc.'s Reply Brief in Support of *Daubert* Motion contains information that has been designated Confidential or Highly Confidential - Attorneys' Eyes Only by Oracle America, Inc.

    Portions of this paper are to be filed under seal pursuant to the protective order governing this case because they contain information designated Confidential or Highly Confidential - Attorneys' Eyes Only by Oracle America, Inc.  The accompanying Declaration of Daniel Purcell In Support of Defendant Google Inc.'s Motion to File Under Seal is hereby incorporated by reference.

Dated:  July 5, 2011                                KEKER & VAN NEST LLP

                               By: */s/ Daniel Purcell*                          -
                                   DANIEL PURCELL
                                   Attorneys for Defendant
                                   GOOGLE INC.