| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| DANIEL PURCELL - #191424 | BRUCE W. BABER (*Pro Hac Vice*) |
| dpurcell@kvn.com | bbaber@kslaw.com |
| 710 Sansome Street | 1185 Avenue of the Americas |
| San Francisco, CA  94111-1704 | New York, NY 10036-4003 |
| Telephone:  (415) 391-5400 | Telephone:  (212) 556-2100 |
| Facsimile:  (415) 397-7188 | Facsimile:  (212) 556-2222 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| 101 Second Street, Suite 2300 | 1900 University Avenue, Fifth Floor |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiff, | **DECLARATION OF DANIEL PURCELL IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

DECLARATION OF DANIEL PURCELL IN SUPPORT OF DEFENDANT
GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:10-cv-03561 WHA

567059.01

DMSLIBRARY01-16883953.1

1  I, Daniel Purcell, declare as follows:

2  I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. in the present case.  I submit this declaration in support of Defendant Google Inc.'s Administrative Motion to File Under Seal.  I make this declaration based on my own personal knowledge.  If called as a witness, I could and would testify competently to the matters set forth herein.

  1. Portions of Google Inc.'s Reply Brief in Support of *Daubert* Motion (e.g., 8:13-:21, 8:27-9:1, 9:3-:10, 13:4-:5) are to be filed under seal pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions (Dkt. No. 68) governing this case because they contain information that has been designated Confidential or Highly Confidential - Attorneys' Eyes Only by Oracle America, Inc.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on July 5, 2011 in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/ Daniel Purcell /s/
　　　　　　　　　　　　　　　　　　　　Daniel Purcell

I hereby attest that Daniel Purcell concurs in the filing of this document.

　　　　　　　　　　　　　　　　　　　　/s/ Cheryl A. Sabnis /s/
　　　　　　　　　　　　　　　　　　　　Cheryl A. Sabnis

1
DECLARATION OF DANIEL PURCELL IN SUPPORT OF DEFENDANT
GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:10-cv-03561 WHA