KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **REPLY DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S REPLY BRIEF IN SUPPORT OF DAUBERT MOTION** |

I, Daniel Purcell, declare as follows:

I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. in the present case. I submit this declaration in support of Google Inc.'s Reply Brief in Support of *Daubert* Motion. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

1. Attached to this declaration as Exhibit A is a true and correct copy of Oracle America's First Supplemental Response to Google's Request for Production of Documents (No. 22), served by Oracle America, Inc. ("Oracle") on April 8, 2011.

2. Attached to this declaration as Exhibit B is a true and correct copy of excerpts of the transcript of the Videotaped Deposition of Robert Griesemer, dated June 23, 2011.

3. Attached to this declaration as Exhibit C is a true and correct copy of Oracle America, Inc.'s Responses and Objections to Defendant Google Inc.'s First Set of Requests for Production to Plaintiff Oracle America, Inc. (Nos. 1-65), served by Oracle on January 6, 2011.

4. Attached to this declaration as Exhibit D is a true and correct copy of Chapter 3 of *Economic Approaches to Intellectual Property Policy, Litigation, and Management*, edited by Dr. Gregory K. Leonard and Dr. Lauren J. Stiroh.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on July 5, 2011 in San Francisco, California.

        /s/ Daniel Purcell /s/
        Daniel Purcell