# Exhibit A

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA'S FIRST SUPPLEMENTAL RESPONSE TO GOOGLE'S REQUEST FOR PRODUCTION OF DOCUMENTS (NO. 22)** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 9, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

1  PROPOUNDING PARTY:     Defendant GOOGLE INC.

2  RESPONDING PARTY:      Plaintiff ORACLE AMERICA, INC.

3  SET ONE (NOS. 1-65):   First Supplemental Response No. 22

4  Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff Oracle America, Inc. ("Oracle") hereby submits the following supplemental response to No. 22 of Defendant Google Inc.'s ("Google") First Set of Requests for Production of Documents ("Request").

**REQUEST FOR PRODUCTION NO. 22:**

Documents and Things sufficient to identify any intellectual property rights that are essential to practice each release of each Java specification.

**FIRST SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Oracle is unaware of any responsive documents that can be found in its possession, custody, or control with reasonable efforts. If Oracle becomes aware of any non-privileged, responsive documents in its possession, custody, or control through reasonable efforts, it will produce them.

Oracle objects to this request to the extent it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

Dated: April 8, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Marc David Peters
   Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE'S 1ST SUPPLEMENTAL RESPONSE TO GOOGLE'S REQUEST FOR PRODUCTION OF DOCUMENTS NO. 22
CASE NO. CV 10-03561 WHA
pa-1456496

1

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 8, 2011, I served a copy of:

**ORACLE AMERICA, INC.'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANT GOOGLE INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ORACLE AMERICA, INC. (NO. 22)**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Robert F. Perry<br>Scott T. Weingaertner<br>Bruce W. Baber<br>Mark H. Francis<br>Christopher C. Carnaval<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br><br>RPerry@kslaw.com<br>SWeingaertner@kslaw.com<br>bbaber@kslaw.com<br>mfrancis@kslaw.com<br>ccarnaval@kslaw.com<br><br>Google-Oracle-Service-OutsideCounsel@kslaw.com<br><br>Donald F. Zimmer, Jr.<br>Cheryl Z. Sabnis<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br><br>fzimmer@kslaw.com<br>csabnis@kslaw.com | Timothy T. Scott<br>Geoffrey M. Ezgar<br>Leo Spooner III<br>KING & SPALDING, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br><br>TScott@kslaw.com<br>GEzgar@kslaw.com<br>LSpooner@kslaw.com<br><br><br><br>Steven Snyder<br>KING & SPALDING LLP<br>100 N. Tryon Street, Suite 3900<br>Charlotte, NC 28202<br><br>ssnyder@kslaw.com |

| | |
|---|---|
| Renny F. Hwang<br>GOOGLE INC.<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043<br><br>rennyhwang@google.com | Ian C. Ballon<br>Heather Meeker<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br><br>ballon@gtlaw.com<br>meekerh@gtlaw.com |
| Joseph R. Wetzel<br>Dana K. Powers<br>GREENBERG TRAURIG, LLP<br>153 Townsend Street, 8th Floor<br>San Francisco, CA  94107<br><br>wetzelj@gtlaw.com<br>powersdk@gtlaw.com | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Palo Alto, California, this 8th day of April, 2011.

| | |
|---|---|
| Cynthia D. Fix | /s/ Cynthia D. Fix |
| (typed) | (signature) |

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1418284

2