# Exhibit B

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

ORACLE AMERICA, INC.,       )

      Plaintiff,            )

 vs.                         ) No. CV 10-03561 WHA

GOOGLE, INC.,               )

      Defendant.            )

_____)

CONFIDENTIAL TESTIMONY - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF ROBERT GRIESEMER

THURSDAY, JUNE 23, 2011

PAGES 1 - 192

Veritext National Deposition & Litigation Services
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

         Videotaped Deposition of ROBERT GRIESEMER,
    taken at 333 Twin Dolphin Drive, 4th Floor,
    Redwood Shores, California, commencing
    at 9:32 p.m., Thursday, June 23, 2011,
    before Kelli Combs, CSR No. 7705.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1   APPEARANCE OF COUNSEL:
2
3   FOR PLAINTIFF ORACLE AMERICA, INC.:
4
5         MORRISON & FOERSTER
6         BY:   MICHAEL A. JACOBS, ESQ.
7         JESSICA TIPTON, ESQ. (Palo Alto office)
8         ADELA GOTZ, Summer Associate
9         425 Market Street
10        San Francisco, California 94105-2482
11        (415) 268-7455
12        mjacobs@mofo.com
13        jtipton@mofo.com
14
15  FOR DEFENDANT GOOGLE, INC.:
16
17        KING & SPALDING
18        BY:   MARK FRANCIS, ESQ.
19        BRUCE W. BABER, ESQ. (Atlanta, Georgia office)
20        1185 Avenue of the Americas
21        New York, New York 10036-4003
22        (212) 556-2227
23        mfrancis@kslaw.com
24        bbaber@kslaw.com
25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

1   APPEARANCES OF COUNSEL CONTINUED:
2
3   FOR THE WITNESS:
4
5       KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP
6       BY:   GARTH A. ROSENGREN, ESQ.
7       555 Montgomery Street, 17th Floor
8       San Francisco, California 94111
9       (415) 249-8330
10      grosengren@kksrr.com
11
12  ALSO PRESENT:
13
14      NICK KASAMATIS, videographer
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 5

1            ROBERT GRIESEMER,
2    after having been duly sworn, testified as follows:
3                   ---o0o---
4
5            THE VIDEOGRAPHER: Good morning. We're    9:32AM
6    on the record at 9:32 on June 23rd, 2011.
7            This is the videotaped deposition of
8    Robert Griesemer. My name is Nick Kasamatis, here
9    with our court reporter, Kelli Combs. We are here
10   from Veritext National Deposition & Litigation    9:33AM
11   Services at the request of counsel for Plaintiff.
12           This deposition is being held at King &
13   Spalding, 333 Twin Dolphin Drive in the City of
14   Redwood Shores.
15           The caption of this case is Oracle of    9:33AM
16   America versus Google, Inc., Case Number CV 10-03561
17   WHA.
18           Please note that audio and video recording
19   will take place unless all parties agree to go off
20   the record. Microphones are sensitive and may pick    9:33AM
21   up whispers, private conversations, and cellular
22   interference.
23           At this time, will counsel and all present
24   please identify themselves for the record.
25           MR. JACOBS: Michael Jacobs, Morrison &    9:33AM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 175

1  policies at Sun that specifically related to                 2:38PM
2  retention by Sun of, for example, notebooks of
3  individuals who had been named as inventors on any
4  patents?
5       A    I don't remember.                                   2:38PM
6       Q    Okay.
7            I'd like to go back to some of your
8  earlier testimony, Mr. Griesemer, about the '205
9  patent, so if you could get it back in front of you.
10 It's PX164.                                                   2:38PM
11           And I just want to be sure that the
12 testimony you have given is clear for both The Court
13 and a jury to the extent they ever hear your
14 testimony about this patent.
15           In response to Mr. Jacobs' questions, you           2:39PM
16 identified at least three different techniques for
17 optimizing performance of a virtual machine,
18 correct?
19      A    Yes.
20      Q    One of them was the so-called snippet               2:39PM
21 technique that is described in the '205 patent,
22 correct?
23      A    Correct.
24      Q    You also testified to some length about
25 in-line caching, correct?                                     2:39PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 176

| | | |
|---|---|---|
| 1 | A    Correct. | 2:39PM |
| 2 | Q    And you also testified about something | |
| 3 | called on-stack replacement, correct? | |
| 4 | A    Correct. | |
| 5 | Q    I'd like you to go back in time with me | 2:39PM |
| 6 | for a second to the time when you were working at | |
| 7 | Animorphic and then when you were working at Sun, up | |
| 8 | until the time the first patent application that | |
| 9 | became the '205 patent was filed, which would be | |
| 10 | June 30th of 1997, okay? | 2:39PM |
| 11 | A    Yes. | |
| 12 | Q    The timeframe I want to focus on is your | |
| 13 | time at Animorphic up until June 30th, 1997 at Sun, | |
| 14 | okay? | |
| 15 | A    Yes. | 2:39PM |
| 16 | Q    During that time period, do you believe | |
| 17 | that what you came up with in terms of the snippet | |
| 18 | technique was something new? | |
| 19 | A    I must have, but I don't recall. | |
| 20 | Q    Okay. | 2:40PM |
| 21 | During that same time period, do you | |
| 22 | believe that you came up with anything new that | |
| 23 | related to techniques for in-line caching? | |
| 24 | A    They were very, very platform-specific | |
| 25 | variations of it. | 2:40PM |

Page 177

1   Q   When you say "platform-specific                2:40PM
2   variations," what do you mean?
3   A   I found that on the X86 platform, you
4   could use an instruction that was not doing
5   anything, so to speak, in the code to store -- to    2:40PM
6   store some in-line cache information.
7   Q   Okay.
8       And during that same time period we're
9   talking about now, your Animorphic days and then
10  through June 30th of 1997 at Sun, do you believe you  2:41PM
11  came up with anything new with respect to on-stack
12  replacement?
13  A   I don't recall.
14  Q   Okay.
15      And now I'd like you to look at the '205          2:41PM
16  patent.
17      The '205 patent does describe and explains
18  the snippet technique, correct?
19  A   Correct.
20  Q   And it describes the snippet technique            2:41PM
21  both can be used with in-line caching and without
22  in-line caching, correct?
23  A   Correct.
24  Q   Okay.
25      You mentioned a few minutes ago some very         2:41PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 178

1  specific platform-specific techniques for in-line                  2:41PM
2  caching that you believe you developed during those
3  days.
4            Are any of those platform-specific
5  techniques for in-line caching described in the '205              2:41PM
6  patent?
7       A    I believe they are not.
8       Q    Okay.
9            And do you believe that any techniques
10 that you were using or came up with for on-stack                   2:41PM
11 replacement during that time period are described in
12 the '205 patent?
13      A    No.
14      Q    Okay.
15           I believe you also testified that at one                 2:42PM
16 point, there was a use in the HotSpot Virtual
17 Machine of the snippet technique that's described in
18 the '205 patent, correct?
19      A    Yes.
20      Q    And if I recall, your testimony is you're                2:42PM
21 not sure when that was taken out, whether it was
22 still at Animorphic or whether it was at Sun; is
23 that right?
24      A    Correct.
25      Q    Okay.                                                    2:42PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 179

1    If you had available to you today the                2:42PM
2    source code for the HotSpot Virtual Machine going
3    back into that time period, would it be easy or
4    difficult for you to determine when the snippet
5    technique was discontinued?                           2:42PM
6         A    It would be very easy.
7         Q    How would you do it?
8         A    There -- in this patent, there is a
9    specific bytecode described.  It's called go_native,
10   which was used to invoke those snippets.              2:42PM
11        In the HotSpot Virtual Machine, there is a
12   table of all the bytecodes.  And if that bytecode is
13   in that table, then -- and active -- it could be in
14   the table, but is deactivated.  But if it's in a
15   table and active, then the technique is in use.  If   2:43PM
16   it's not -- if it's not in a table at all, it's for
17   certain not there.  If it's in a table, one would
18   have to make sure it's actually invoked, but that
19   would be fairly easy.
20        Q    Okay.                                       2:43PM
21        And you testified that the use of this
22   snippet technique that's described in the '205
23   patent was discontinued in the HotSpot Virtual
24   Machine, correct?
25        A    I believe that's correct.                   2:43PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 180

1  Q   Why was it discontinued?  2:43PM
2  A   Because when you have a system where you
3  both have an interpreter, but also a compiler or a
4  JIT, then the benefit of having snippets is unclear
5  and maybe actually counterproductive because of the  2:43PM
6  complexity it introduces into the system.
7  Q   Okay.
8      And what experience did you have or
9  what -- what happened during the time period that
10 the snippet technique was in use in the HotSpot  2:44PM
11 Virtual Machine that led you to conclude that it was
12 not beneficial?
13 A   I believe we had measurements that show it
14 didn't make a difference.
15 Q   Okay.  2:44PM
16     Did you have --
17     When you say -- you say you had
18 measurements that it didn't make a difference, are
19 you saying you had measurements that there was no
20 improvement of performance or that any improvement  2:44PM
21 of performance was offset by the cost of having it
22 in there in the first place?
23 A   I don't recall, but they seem to be the
24 same at the end of the day, yeah.
25 Q   Okay.  2:44PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 181

1  And during your testimony with Mr. Jacobs, 2:44PM
2  you referred several times -- and again, I just want
3  to make sure your testimony is clear to a
4  layperson -- you talked about the cost of something,
5  doing something in a program, and you also talked 2:45PM
6  about overhead.
7  Could you explain what those two concepts
8  are when you use them in terms of the performance of
9  a virtual machine?
10 A    So this is all about making programs run 2:45PM
11 faster.
12 And so by cost, one usually refers to, in
13 this context, the extra time it takes to run a
14 program.  So if it takes more time, then it means
15 that there is an extra cost. 2:45PM
16 Overhead goes into the same direction.
17 Implementing the snippets causes some extra
18 machinery to be executed, which one might casually
19 refer to as overhead.  So if that overhead is not
20 offset by performance gains that are at least as 2:45PM
21 large, then you end up with an extra cost at the
22 end.
23 Q    Okay.
24 And again, just on these different
25 techniques that we talked about -- make sure we're 2:46PM

Veritext National Deposition & Litigation Services
866 299-5127

f61eb3d0-243e-416f-8a43-fa8f177cef15

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 182

1  clear -- the snippet technique you felt was   2:46PM
2  something new that you came up with, correct?
3      A    That Lars and I came up with.
4      Q    In-line caching was old and known and
5  people had been doing for quite some time?   2:46PM
6      A    That is correct.
7      Q    Is the same true of on-stack replacement?
8      A    I don't recall when on-stack replacement
9  was introduced the first time.  It may have been at
10 Animorphic.   2:46PM
11     Q    How about use of a just-in-time compiler?
12 Was that something that was new with Animorphic?
13     A    No.
14     Q    That had been done for many years before
15 that?   2:46PM
16     A    In fact, we had a paper that referred to
17 it.
18     Q    Now, during the time that you were at Sun
19 from approximately February of 1997 until November
20 of 2001, right, that was your time at Sun?   2:47PM
21     A    Yes.
22     Q    Were you familiar with the different
23 virtual machines that were being offered by Sun or
24 any licensees of Sun?
25     A    I did not follow any of Sun's offerings.   2:47PM

Page 183

1    Q    Okay.  2:47PM
2         Were you familiar with the HotSpot Virtual
3    Machine during that time period?
4    A    I was familiar because I was familiar with
5    it in the past, but I have not followed its  2:47PM
6    development.
7         MR. JACOBS:  I think you disconnected on
8    that.
9         MR. BABER:  Yeah, I think we did, too.
10   BY MR. BABER:  2:47PM
11   Q    I'm talking about during the time you were
12   at Sun.
13   A    Oh, during the time at Sun.  Okay.
14        Of course I was familiar with the HotSpot
15   Virtual Machine, yes.  2:47PM
16   Q    Were you also familiar, during that same
17   time, with other virtual machines that were being
18   developed or commercialized at Sun or by Sun's
19   licensees?
20   A    I have heard of other virtual machines,  2:47PM
21   yes.
22   Q    And during your time at Sun, you worked
23   not just on the HotSpot Virtual Machine, but you
24   worked on other Sun virtual machines for the Java
25   language, correct?  2:48PM

```
                                                           Page 184
 1      A    I worked on that -- yeah, again, the          2:48PM
 2   virtual machine that was called casually Project
 3   Monty.
 4      Q    Okay.
 5           To the best of your knowledge,                2:48PM
 6   Mr. Griesemer, during the time you were at Sun, did
 7   any virtual machine offered by Sun or commercialized
 8   by Sun in any way to any third party include use of
 9   the snippet technique that is described in your '205
10   patent?                                               2:48PM
11      A    Again, I don't know when exactly it was
12   removed, but to the best of my knowledge, no.
13      Q    Okay.
14           Well, whenever the removal was, if the
15   removal did occur at Sun, since the time it was       2:48PM
16   removed, to the best of your knowledge, did any
17   commercial product of Sun include the snippet
18   technique?
19      A    I do believe no.
20           MR. BABER:  I don't have any other            2:49PM
21   questions.
22                    FURTHER EXAMINATION
23   BY MR. JACOBS:
24      Q    Just a few, Mr. Griesemer.
25      A    Sure.                                         2:49PM
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 188

1  I, ROBERT GRIESEMER, do hereby declare under penalty of
2  perjury that I have read the foregoing transcript; that
3  I have made any corrections as appear noted, in ink,
4  initialed by me; that my testimony as contained herein,
5  as corrected, is true and correct.
6       EXECUTED this_____day of_____, 2011, at
7  _____,_____.
8  (city)              (State)

_____

ROBERT GRIESEMER

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 189

1  STATE OF CALIFORNIA     )
                           ) :ss
2  COUNTY OF SAN FRANCISCO )

3

4      I, KELLI COMBS, CSR No. 7705, a Certified Shorthand
5  Reporter of the State of California, do hereby certify:
6      That the foregoing proceedings were taken before me
7  at the time and place herein set forth; that any
8  witnesses in the foregoing proceedings, prior to
9  testifying, were placed under oath; that the verbatim
10 record of the proceedings was made by me using machine
11 shorthand which was thereafter transcribed under my
12 direction; further, that the foregoing is an accurate
13 transcription thereof.
14     I further certify that I am neither financially
15 interested in the action nor a relative or employee of
16 any attorney of any of the parties.
17     IN WITNESS WHEREOF, I have this date subscribed my
18 name.
19
20     Dated: June 27, 2011
21
22
23                      _____
24                       KELLI COMBS, CSR No. 7705
25