Exhibit C

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT GOOGLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF ORACLE AMERICA, INC. (NOS. 1-65)** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.:  Courtroom 9, 19th Floor |
| | Judge:  Honorable William H. Alsup |

1    PROPOUNDING PARTY:    Defendant GOOGLE INC.

2    RESPONDING PARTY:    Plaintiff ORACLE AMERICA, INC.

3    SET NO.:    One (Nos. 1-65)

4    Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff Oracle

5    America, Inc. ("Oracle") hereby submits the following responses and objections to Defendant

6    Google Inc.'s ("Google") First Set of Requests for Production of Documents ("Requests").

7    **REQUEST FOR PRODUCTION NO. 1:**

8    All Documents Relating to the Patents-in-Suit or the Claimed Subject Matter of the

9    Patents-in-Suit, including but not limited to all Documents Relating to the prosecution of the

10    Patents-in-Suit and all Documents Relating to the conception, diligence and/or reduction to

11    practice of any invention(s) allegedly claimed in the Patents-in-Suit.

12    **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

13    Oracle directs Google's attention to Oracle's production pursuant to Patent Local Rule 3-

14    2, which includes documents that relate to the patents in suit and the technology at issue.  Oracle

15    will produce additional non-privileged, non attorney work-product documents found in Oracle's

16    possession, custody, or control through reasonable efforts.

17    Oracle objects to this request on the grounds that "All Documents Relating to" and "the

18    Claimed Subject Matter of the Patents-in-Suit" are vague.  Oracle further objects to this request

19    the extent that it encompasses documents and information protected from discovery by the

20    attorney-client privilege or the attorney work-product doctrine.

21    **REQUEST FOR PRODUCTION NO. 2:**

22    All Documents and Things Relating to Related Patents and/or Applications or any

23    Claimed Subject Matter disclosed by any Related Patents and/or Applications, including but not

24    limited to all Documents Relating to the prosecution of Related Patents.

25    **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

26    Oracle has already produced or will produce U.S. and foreign file histories in its

27    possession, custody or control that can be found through reasonable efforts corresponding to:

28    5,367,685

| | |
|---|---|
| 1 | RE36,204 |
| 2 | RE38,104 |
| 3 | 6,513,156 |
| 4 | 6,910,205 |
| 5 | 5,966,702 |
| 6 | 6,125,447 |
| 7 | 6,192,476 |
| 8 | 6,047,377 |
| 9 | 6,044,467 |
| 10 | 6,061,520 |
| 11 | 7,293,267 |
| 12 | 7,426,720 |

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is unduly burdensome.  Information relating to "Related Patents and/or Applications" is publicly accessible and equally available to Google.  Oracle also objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As to, *e.g.*, "All Documents and Things Relating to Related Patents and/or Applications," "All Documents and Things Relating to . . . any Claimed Subject Matter disclosed by any Related Patents and/or Applications," and "all Documents Relating to the prosecution of Related Patents," Oracle objects to this request as vague and overbroad.  Oracle further objects to this request to the extent that it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

**REQUEST FOR PRODUCTION NO. 3:**

All Documents and Things Relating to any licenses, assignments of, grants of rights to, covenants not to sue for infringement of, or requests for or negotiations regarding any license of, assignment of, grant of rights to, or covenant not to sue for infringement of, the Patents-in-Suit,

1  any Related Patents and/or Applications, or the Claimed Subject Matter disclosed in the Patents-
2  in- Suit.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

4        Oracle will produce licenses, assignments, grants of rights to, covenants not to sue for
5  infringement of the asserted patents that can be found in its possession, custody, or control
6  through reasonable efforts.  Oracle directs Google to documents evidencing ownership of the
7  patent rights at OAGOOGLE0000053760-53792 and OAGOOGLE0000056022-56028.

8        To the extent Google seeks other documents or things, Oracle objects to this request on
9  the grounds that it is not clear exactly what Google seeks because the request does not describe
10  with reasonable particularity each item or category of items to be inspected as required by Federal
11  Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such
12  documents, Oracle objects to this request as overly broad, unduly burdensome, and not
13  reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the
14  extent that it would encompass documents and information protected from discovery by the
15  attorney-client privilege or the attorney work-product doctrine.

16  **REQUEST FOR PRODUCTION NO. 4:**

17        Documents and Things sufficient to Identify every device, system, or product that is or
18  was marked (by Sun, by Oracle or by any other person) with the patent number of any of the
19  Patents-in-Suit or any Related Patents.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

21        Oracle is not aware of any device, system, or product expressly marked with the patent
22  number of any of the Patents-in-Suit or any Related Patents as defined in Oracle's response to
23  Google's request for production no. 2.

24  **REQUEST FOR PRODUCTION NO. 5:**

25        All Documents and Things on which Oracle relies in support of its belief, allegation, or
26  contention of infringement of the Patents-in-Suit by Google, including all Documents concerning
27  any opinions, studies, review, analysis, or investigation done at any time regarding whether any
28  claims of the Patents-in-Suit are being or have been infringed by Google, and all documents

1  sufficient to show Oracle's basis for each element of indirect infringement, including but not

2  limited to any knowledge by Google of the Patent-in-Suit and the availability of any

3  noninfringing substitutes for the Accused Products.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

5      Oracle hereby directs Google to Oracle's Preliminary Infringement Contentions and

6  produces by reference http://android.git.kernel.org; http://developer.android.com;

7  http://www.android.com; http://source.android.com; http://www.openhandsetalliance.com;

8  http://code.google.com/p/android-dalvik-vm-on-java; Google I/O 2008 Video, entitled "Dalvik

9  Virtual Machine Internals," presented by Dan Bornstein (Google Android Project), available at

10  http://developer.android.com/videos/index.html#v=ptjedOZEXPM; Google Presentation, entitled

11  "Android: Securing a Mobile Platform from the Ground Up," presented by Rich Cannings

12  (Google's Android Team) at the Usenix 18th Security Symposium (Aug. 12, 2010), available at

13  http://www.usenix.org/events/sec09/tech/; Google I/O 2010 Video, entitled "A JIT Compiler for

14  Android's Dalvik VM," presented by Ben Cheng and Bill Buzbee (Google's Android Team),

15  available at http://developer.android.com/videos/index.html#v=Ls0tM-c4Vfo.

16      To the extent Google seeks other documents or things, Oracle objects to this request on

17  the grounds that it is not clear exactly what Google seeks because the request does not describe

18  with reasonable particularity each item or category of items to be inspected as required by Federal

19  Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this request as vague, overly broad,

20  unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further

21  objects to this request to the extent that it encompasses documents and information protected

22  from discovery by the attorney-client privilege or the attorney work-product doctrine.  Google,

23  not Oracle, is in the best position to have information regarding its own documents showing

24  "knowledge by Google of the Patent-in-Suit and the availability of any noninfringing substitutes

25  for the Accused Products."

26

27

28

1    **REQUEST FOR PRODUCTION NO. 6:**

2           Documents and Things sufficient to show each physical embodiment of any Claimed

3    Subject Matter for each of the Patents-in-Suit and to identify by Date and other relevant details

4    (including place and method of disclosure) the first public disclosure of each embodiment.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

6           In addition to publicly available information on the internet (for example,

7    developer.sun.com, java.sun.com, and www.sun.com), Oracle directs Google's attention to

8    Oracle's production pursuant to Patent Local Rule 3-2.

9           To the extent Google seeks other documents or things, Oracle objects to this request on

10   the grounds that it is not clear exactly what Google seeks because the request does not describe

11   with reasonable particularity each item or category of items to be inspected as required by Federal

12   Rule of Civil Procedure 34(b)(1)(A).  As to, *e.g.*, "any Claimed Subject Matter for each of the

13   Patents-in-Suit," Oracle objects to this request as vague, overly broad, unduly burdensome, and

14   not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to

15   the extent that it encompasses documents and information protected from discovery by the

16   attorney-client privilege or the attorney work-product doctrine.

17   **REQUEST FOR PRODUCTION NO. 7:**

18          All Documents and Things Relating to the formation, organization and management

19   structure of Oracle, including but not limited to articles, bylaws, board minutes and organizational

20   charts.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

22          Oracle will produce its articles of incorporation and bylaws, and Oracle will also produce

23   a management organizational charts.  Oracle directs Google to Sun's publicly available corporate

24   filings, many of which are accessible at www.sec.gov.  Oracle also directs Google to its Amended

25   Notice of Interested Parties and Corporate Disclosure filed in this action on September 28, 2010

26   (Docket No. 28).

27          To the extent Google seeks other documents or things, Oracle objects to this request on

28   the grounds that it is not clear exactly what Google seeks because the request does not describe

1   with reasonable particularity each item or category of items to be inspected as required by Federal

2   Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such subjects,

3   and board minutes specifically, Oracle objects to this request as overly broad, unduly

4   burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects

5   to this request to the extent that it would encompass documents and information protected from

6   discovery by the attorney-client privilege or the attorney work-product doctrine.

7   **REQUEST FOR PRODUCTION NO. 8:**

8        All Documents and Things that comprise, Identify, or otherwise Relate to any Prior Art

9   Relating to the Patents-in-Suit.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

11        Oracle directs Google's attention to Oracle's production pursuant to Patent Local Rule 3-

12   2, and will produce Prior Art pursuant to this request.  Oracle's production of a documents

13   pursuant to Google's request for production no. 8 shall not constitute an admission that such

14   document evidences "Prior Art" "Relating to the Patents-in-Suit" under Google's definitions of

15   same.

16        To the extent Google seeks other documents or things, Oracle objects to this request on

17   the grounds that it is not clear exactly what Google seeks because the request does not describe

18   with reasonable particularity each item or category of items to be inspected as required by Federal

19   Rule of Civil Procedure 34(b)(1)(A).  As to, *e.g.*, "All Documents and Things that comprise,

20   Identify, or otherwise Relate to any Prior Art Relating to," Oracle objects to this request as vague,

21   overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.

22   Oracle further objects to this request to the extent that it encompasses documents and information

23   protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

24   **REQUEST FOR PRODUCTION NO. 9:**

25        All Documents and Things sufficient to show the assignment of the Patents-in-Suit to

26   Oracle as described in paragraph 10 of Oracle's Amended Complaint.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

28        Oracle produced responsive documents pursuant to Patent Local Rule 3-2(d).

1   To the extent Google seeks other documents or things, Oracle objects to this request to the

2   extent that it encompasses documents and information protected from discovery by the attorney-

3   client privilege or the attorney work-product doctrine.

4   **REQUEST FOR PRODUCTION NO. 10:**

5   All Documents and Things Relating to the terms of employment, retention, or departure

6   from Sun, Oracle, or Oracle Corporation of any of the named inventors of the Patents-In-Suit,

7   including but not limited to any employment contracts, employee handbooks, assignments of

8   intellectual property and documents relating to employment contract negotiations, employee

9   reviews, exit interviews, integration interviews, and migration interviews.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

11  Oracle will produce employment files for the named inventors that are non-privileged and

12  can be found in its possession, custody, or control through reasonable efforts.  In compliance with

13  California's privacy laws, Oracle will redact social-security numbers and other protected

14  information.  Oracle directs Google to the documents produced pursuant to the Court's Patent

15  Local Rule 3-2(d) showing Oracle's ownership of the asserted patent rights.

16  (OAGOOGLE0000053760-53792 and OAGOOGLE0000056022- 56028).

17  To the extent Google seeks other documents or things, Oracle objects to this request on

18  the grounds that it is not clear exactly what Google seeks because the request does not describe

19  with reasonable particularity each item or category of items to be inspected as required by Federal

20  Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such subjects,

21  Oracle objects to this request as overly broad, unduly burdensome, and not reasonably calculated

22  to lead to admissible evidence.  Oracle further objects to this request to the extent that it would

23  encompass documents and information protected from discovery by the attorney-client privilege

24  or the attorney work-product doctrine.

25  **REQUEST FOR PRODUCTION NO. 11:**

26  All Documents and Things Relating to any Related Litigation or prior action in which Sun

27  or Oracle claimed infringement of the Patents-in-Suit.

28

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

2          Oracle is not aware of any related litigation or prior action in which Sun or Oracle claimed

3   infringement of the Patents-in-Suit.

4   **REQUEST FOR PRODUCTION NO. 12:**

5          All Documents and Things Relating to Java, Android, Dalvik or Google that were

6   prepared for, provided to, received from, exchanged with, presented to or by, or jointly reviewed

7   with Oracle Corporation and/or its counsel prior to January 26, 2010.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

9          Oracle will meet and confer with Google to determine appropriate ESI search terms,

10  which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

11  agreement.

12         To the extent Google seeks other documents or things, Oracle objects to this request on

13  the grounds that it is not clear exactly what Google seeks because the request does not describe

14  with reasonable particularity each item or category of items to be inspected as required by Federal

15  Rule of Civil Procedure 34(b)(1)(A).  As to "All Documents and Things Relating to," Oracle

16  objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

17  to lead to admissible evidence.  Oracle further objects to this request to the extent that it

18  encompasses documents and information protected from discovery by the attorney-client

19  privilege or the attorney work-product doctrine.

20  **REQUEST FOR PRODUCTION NO. 13:**

21         All Documents and Things Relating to any valuation or monetization of Sun's intellectual

22  property, by category such as patents or copyrights, or by any sub-category, including but not

23  limited to any documents that were prepared for, provided to, received from, exchanged with,

24  presented to or by, or jointly reviewed with Oracle Corporation and/or its counsel prior to

25  January 26, 2010.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

27         Subject to the following objections, Oracle will produce non-privileged Documents and

28  Things Relating to valuation or monetization of the Patents-in-Suit and related Java technology.

1    Oracle objects to Request No. 13 to the extent that it is vague, overbroad, or seeks

2    documents protected by any applicable privilege or the work product doctrine.  In addition,

3    Oracle objects that Request No. 13 is not limited to valuation or monetization of the Patents-in-

4    Suit or related technology and, therefore, not reasonably calculated to lead to admissible

5    evidence.

6    **REQUEST FOR PRODUCTION NO. 14:**

7    All Documents and Things Relating to Java, Android, Dalvik, or Google that were

8    prepared, created, revised, received, reviewed or compiled by Sun or by Oracle during or in

9    connection with the Negotiations for the Acquisition of Sun.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

11   Oracle will meet and confer with Google to determine appropriate ESI search terms,

12   which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

13   agreement.

14   To the extent Google seeks other documents or things, Oracle objects to this request on

15   the grounds that it is not clear exactly what Google seeks because the request does not describe

16   with reasonable particularity each item or category of items to be inspected as required by Federal

17   Rule of Civil Procedure 34(b)(1)(A).  As to "All Documents and Things Relating to," Oracle

18   objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

19   to lead to admissible evidence.  Oracle further objects to this request to the extent that it

20   encompasses documents and information protected from discovery by the attorney-client

21   privilege or the attorney work-product doctrine.

22   **REQUEST FOR PRODUCTION NO. 15:**

23   All Documents and Things Relating to review of the Acquisition of Sun by Oracle

24   Corporation, including but not limited to antitrust review, in any jurisdiction, including but not

25   limited to any documents prepared for, provided to, received from, exchanged with, presented to

26   or by, or jointly reviewed with any division of the United States Department of Justice, or any

27   division of the European Commission, or any other private or public entity conducting a review.

28

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

2         Oracle will produce non-privileged records from any antitrust review that relate to the

3    Java business, to the extent any can reasonably be found in its possession, custody, or control.

4         To the extent Google seeks other documents or things, Oracle objects to this request on

5    the grounds that it is not clear exactly what Google seeks because the request does not describe

6    with reasonable particularity each item or category of items to be inspected as required by Federal

7    Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such subjects,

8    Oracle objects to this request as overly broad, unduly burdensome, and not reasonably calculated

9    to lead to admissible evidence.  Oracle further objects to this request to the extent that it would

10   encompass documents and information protected from discovery by the attorney-client privilege

11   or the attorney work-product doctrine.

12   **REQUEST FOR PRODUCTION NO. 16:**

13        All Documents and Things Relating to Sun's licensing of Java, including but not limited

14   to a copy of each license to any aspect or element of Java granted by Sun to any third party, all

15   documents Relating to any negotiations related to each license, and any drafts of licenses.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

17        Oracle will produce Java licenses that can be found in its possession, custody, or control

18   through reasonable efforts.

19        To the extent Google seeks other documents or things, Oracle objects to this request on

20   the grounds that it is not clear exactly what Google seeks because the request does not describe

21   with reasonable particularity each item or category of items to be inspected as required by Federal

22   Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such subjects,

23   Oracle objects to this request as overly broad, unduly burdensome, and not reasonably calculated

24   to lead to admissible evidence.  Oracle further objects to this request to the extent that it would

25   encompass documents and information protected from discovery by the attorney-client privilege

26   or the attorney work-product doctrine.

27

28

**REQUEST FOR PRODUCTION NO. 17:**

All Documents and Things Relating to statements relevant to whether Java is, was, or would become open source software, including but not limited to any press releases, statements or disclosures to private or public entities, agencies or standard setting bodies, advertisements, financial disclosures, business plans, or any other document, public or private, relating to the open source nature of Java.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Oracle directs Google to www.jcp.org.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such subjects, Oracle objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it would encompass documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

**REQUEST FOR PRODUCTION NO. 18:**

Documents and Things sufficient to identify each release of Java and each release of the Java SDK, the date of each release, and the terms of any license offered, or entered into, for each such release including a copy of each license, all negotiations related to each license, and any draft licenses.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

In addition to publicly available information on the internet (for example, developer.sun.com, java.sun.com, and www.sun.com), Oracle directs Google's attention to Oracle's production pursuant to Patent Local Rule 3-2.  Oracle also directs Google to Oracle's response to Google's request for production no. 16.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe

1   with reasonable particularity each item or category of items to be inspected as required by Federal

2   Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this request as vague, overly broad,

3   unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further

4   objects to this request to the extent that it encompasses documents and information protected

5   from discovery by the attorney-client privilege or the attorney work-product doctrine.

6   **REQUEST FOR PRODUCTION NO. 19:**

7          Documents and Things sufficient to identify the differences between each release of Java

8   and each release of the Java SDK.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

10         Oracle directs Google's attention to Oracle's production pursuant to Patent Local Rule 3-

11   2.

12         To the extent Google seeks other documents or things, Oracle objects to this request on

13   the grounds that it is not clear exactly what Google seeks because the request does not describe

14   with reasonable particularity each item or category of items to be inspected as required by Federal

15   Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this request as vague, overly broad,

16   unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further

17   objects to this request to the extent that it encompasses documents and information protected

18   from discovery by the attorney-client privilege or the attorney work-product doctrine.

19   **REQUEST FOR PRODUCTION NO. 20:**

20         Documents and Things sufficient to show the terms of any license for the creation and

21   distribution of clean room implementations of each Java release offered by Sun, including but not

22   limited to a copy of each license, all negotiations related to each license, and any draft licenses.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

24         Oracle directs Google to documents produced in response to Google's request for

25   production no. 16.  Oracle also directs Google to the JSPA, which is publicly available at

26   www.jcp.org.  Oracle also directs Google to publicly available Java agreements and licenses at:

27   developer.sun.com, java.sun.com, and www.sun.com.

28

1    **REQUEST FOR PRODUCTION NO. 21:**

2          Documents and Things sufficient to identify all test suites relating to each release of each

3    Java specification.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

5          Oracle objects to this request on the grounds that it is not clear what Google seeks because

6    the request does not describe with reasonable particularity each item or category of items to be

7    inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As to "all test suites,"

8    Oracle objects to this request as vague, overly broad, unduly burdensome, and not reasonably

9    calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that

10   it encompasses documents and information protected from discovery by the attorney-client

11   privilege or the attorney work-product doctrine.

12   **REQUEST FOR PRODUCTION NO. 22:**

13         Documents and Things sufficient to identify any intellectual property rights that are

14   essential to practice each release of each Java specification.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

16         Oracle objects to this request on the grounds that it is not clear exactly what Google seeks

17   because the request does not describe with reasonable particularity each item or category of items

18   to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As to "essential to

19   practice," Oracle objects to this request as vague, overly broad, unduly burdensome, and not

20   reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the

21   extent that it encompasses documents and information protected from discovery by the attorney-

22   client privilege or the attorney work-product doctrine.

23   **REQUEST FOR PRODUCTION NO. 23:**

24         Documents and Things sufficient to show the assignment of Sun's intellectual property to

25   Oracle, including but not limited to any agreements, written assignments, and documents filed

26   with or exchanged with public or private entities.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

28         Oracle produced the Sun Microsystems, Inc. and Oracle America, Inc. merger agreement.

1    To the extent Google seeks other documents or things, Oracle objects to this request on

2  the grounds that it is not clear exactly what Google seeks because the request does not describe

3  with reasonable particularity each item or category of items to be inspected as required by Federal

4  Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this request as vague, overly broad,

5  unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further

6  objects to this request to the extent that it encompasses documents and information protected

7  from discovery by the attorney-client privilege or the attorney work-product doctrine.

8  **REQUEST FOR PRODUCTION NO. 24:**

9    Documents and Things sufficient to identify and show the terms of each license to any

10  version of Sun's Java Technology Compatibility Kit that are, or have been made, available to any

11  party.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

13    As stated in response to Google's request No. 16, Oracle will produce Java licenses,

14  which include Java TCK licenses, that can be found in its possession, custody, or control through

15  reasonable efforts.  Oracle directs Google to publicly available Java agreements and licenses at

16  the following public websites:  developer.sun.com, java.sun.com, www.sun.com, and

17  www.jcp.org.

18  **REQUEST FOR PRODUCTION NO. 25:**

19    All Documents and Things Relating to each attempt by any third party to obtain a

20  Technology Compatibility Kit from Sun to verify compatibility of a product, including but not

21  limited to all Documents related to the communications between Sun and the Apache Software

22  Foundation concerning Apache Software Foundation's attempt to obtain a Technology

23  Compatibility Kit, all Documents detailing any field of use restrictions relating to such

24  Technology Compatibility Kit, and all Documents setting forth the criteria employed by Sun to

25  determine whether to make the Technology Compatibility Kit available.

26

27

28

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

2        Oracle directs Google to Oracle's response to Google's request for production no. 24.

3    Oracle directs Google to publicly available communications at the following public website:

4    www.jcp.org.

5        To the extent Google seeks other documents or things, Oracle objects to this request on

6    the grounds that it is not clear exactly what Google seeks because the request does not describe

7    with reasonable particularity each item or category of items to be inspected as required by Federal

8    Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this request as vague, overly broad,

9    unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further

10   objects to this request to the extent that it encompasses documents and information protected

11   from discovery by the attorney-client privilege or the attorney work-product doctrine.

12   **REQUEST FOR PRODUCTION NO. 26:**

13       All Documents and Things reflecting or Relating to any public or private comments,

14   opinions or communications of third parties regarding the licensing of Java, including but not

15   limited to Oracle Corporation comments in the Java Community Process.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

17       Oracle directs Google to the publicly available JCP repositories at www.jcp.org.

18       To the extent Google seeks other documents or things, Oracle objects to this request on

19   the grounds that it is not clear exactly what Google seeks because the request does not describe

20   with reasonable particularity each item or category of items to be inspected as required by Federal

21   Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such

22   comments, Oracle objects to this request as overly broad, unduly burdensome, and not reasonably

23   calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that

24   it would encompass documents and information protected from discovery by the attorney-client

25   privilege or the attorney work-product doctrine.

26   **REQUEST FOR PRODUCTION NO. 27:**

27       All Documents and Things Relating to the ways, if any, in which Android has affected or

28   is expected to affect the demand for, utilization of or market for Java, including but not limited to

1   all Documents Relating to comments from Jonathan Schwartz, and any studies, assessments,

2   financial analyses, business plans, or projections.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

4       Subject to the following objections, Oracle will produce non-privileged Documents and

5   Things responsive to this Request.

6       Oracle objects to Request No. 27 to the extent that it is vague, overbroad, or seeks

7   documents within the possession of Google or protected by any applicable privilege or the work

8   product doctrine.

9   **REQUEST FOR PRODUCTION NO. 28:**

10      Complete copies of each of the Asserted Works.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

12      Oracle will obtain and produce copies of the deposit materials submitted to the U.S.

13  Copyright Office in connection with the applications for the asserted copyrights.  Oracle also

14  directs Google to Oracle's production pursuant to Patent Local Rule 3-2 and refers Google to

15  developer.sun.com, java.sun.com, and www.sun.com.

16  **REQUEST FOR PRODUCTION NO. 29:**

17      True and correct copies of the deposit materials submitted to the U.S. Copyright Office in

18  connection with (a) the applications for the Asserted Copyrights and (b) the applications for

19  registration of the copyrights in the Prior Works, in the same format (i.e., electronic or paper

20  copy) as submitted to the Copyright Office.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

22      Oracle will obtain and produce copies of the deposit materials submitted to the U.S.

23  Copyright Office in connection with the applications for the asserted copyrights and the Prior

24  Works.

25  **REQUEST FOR PRODUCTION NO. 30:**

26      Documents and Things sufficient to identify the specific portions of, elements of or

27  materials relating to the Android platform that Oracle contends evidence infringement of one or

28  both of the Asserted Copyrights.

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

2        Oracle directs Google's attention to Oracle's pleadings, Oracle's production pursuant to

3   Patent Local Rule 3-2 and to developer.sun.com, java.sun.com, and www.sun.com.  Oracle will

4   also obtain and produce copies of the deposit materials submitted to the U.S. Copyright Office in

5   connection with the applications for the asserted copyrights.

6        Oracle also directs Google to Oracle's Preliminary Infringement Contentions and

7   produces by reference http://android.git.kernel.org; http://developer.android.com;

8   http://www.android.com; http://source.android.com; http://www.openhandsetalliance.com;

9   http://code.google.com/p/android-dalvik-vm-on-java; Google I/O 2008 Video, entitled "Dalvik

10  Virtual Machine Internals," presented by Dan Bornstein (Google Android Project), available at

11  http://developer.android.com/videos/index.html#v=ptjedOZEXPM; Google Presentation, entitled

12  "Android: Securing a Mobile Platform from the Ground Up," presented by Rich Cannings

13  (Google's Android Team) at the Usenix 18th Security Symposium (Aug. 12, 2010), available at

14  http://www.usenix.org/events/sec09/tech/; Google I/O 2010 Video, entitled "A JIT Compiler for

15  Android's Dalvik VM," presented by Ben Cheng and Bill Buzbee (Google's Android Team),

16  available at http://developer.android.com/videos/index.html#v=Ls0tM-c4Vfo.

17  **REQUEST FOR PRODUCTION NO. 31:**

18       Complete copies of all works on which the Asserted Works were based, that are included

19  in the Asserted Works (in whole or in part) or of which the Asserted Works are derivative works,

20  including but not limited to the Prior Works.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

22       Oracle directs Google's attention to Oracle's response to Google's request for production

23  No. 28.

24  **REQUEST FOR PRODUCTION NO. 32:**

25       Complete copies of all materials included in the Asserted Works that were created by any

26  Third Party Authors.

27

28

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

2        Oracle directs Google's attention to Oracle's response to Google's request for production

3   no. 28.

4   **REQUEST FOR PRODUCTION NO. 33:**

5        Documents and Things sufficient to show the basis for Sun's claim of ownership of all

6   materials created by the Third Party Authors, including any agreements with such authors or

7   transfers or assignments from such authors.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

9        Oracle will obtain and produce copies of the deposit materials submitted to the U.S.

10  Copyright Office in connection with the applications for the asserted copyrights.  Oracle will

11  obtain and produce copies of the copyright registration certificates and registration files for the

12  asserted copyrights.

13  **REQUEST FOR PRODUCTION NO. 34:**

14       Documents and Things sufficient to identify the portions of each of the Asserted Works

15  that Oracle contends were new, original, and were not included in any Prior Works or other

16  preexisting materials.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

18       Oracle directs Google's attention to Oracle's response to Google's request for production

19  no. 28.

20  **REQUEST FOR PRODUCTION NO. 35:**

21       All Documents and Things Relating to any Related Litigation or prior action in which Sun

22  or Oracle claimed infringement of any of (1) the two Asserted Copyrights or (2) the copyrights in

23  any Prior Works, including without limitation any lawsuit, interference, arbitration, mediation,

24  opposition proceeding, or any other dispute or adversarial proceeding.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

26       Oracle will produce the pleadings from prior litigation in which Sun or Oracle claimed

27  infringement of the copyrights at issue in this action.

28

1    To the extent Google seeks other documents or things, Oracle objects to this request on

2    the grounds that it is not clear exactly what Google seeks because the request does not describe

3    with reasonable particularity each item or category of items to be inspected as required by Federal

4    Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to any Related

5    Litigation or prior action," Oracle objects to this request as overly broad, unduly burdensome, and

6    not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to

7    the extent that it would encompass documents and information protected from discovery by the

8    attorney-client privilege or the attorney work-product doctrine.

9    **REQUEST FOR PRODUCTION NO. 36:**

10    All Documents Relating to any communications between Sun or Oracle with any third

11    party relating to any claim of infringement of the Asserted Works or any Prior Works, including

12    without limitation cease and desist, demand or notice letters.

13    **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

14    Oracle will meet and confer with Google to determine appropriate ESI search terms,

15    which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

16    agreement.

17    Oracle otherwise objects to this request on the grounds that it is not clear what Google

18    seeks because the request does not describe with reasonable particularity each item or category of

19    items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As to "all test

20    suites," Oracle objects to this request as vague, overly broad, unduly burdensome, and not

21    reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the

22    extent that it encompasses documents and information protected from discovery by the attorney-

23    client privilege or the attorney work-product doctrine.

24    **REQUEST FOR PRODUCTION NO. 37:**

25    All Documents and Things Relating to any licenses granted by Sun or Oracle that include

26    the right to use in mobile devices any of the works that are the subject of the Asserted Copyrights

27    or any Prior Works.

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

As stated in response to request No. 16 above, Oracle will produce Java licenses that can be found in its possession, custody, or control through reasonable efforts.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such licenses, Oracle objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it would encompass documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

**REQUEST FOR PRODUCTION NO. 38:**

All Documents and Things Relating to or reflecting any analysis of or comparison between any portion or element of Java and any portion or element of Android.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

**REQUEST FOR PRODUCTION NO. 39:**

All Documents and Things Relating to the computation, calculation, study, analysis, report, investigation, or other inquiry into FRAND and/or RAND pricing for any intellectual property rights related to Java or the Patents-in-Suit, including without limitation standards policies and agreements, consent decrees, and other commitments to license Java or the Patents-in- Suit on FRAND and/or RAND terms.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

Subject to the following objections, Oracle will produce non-privileged Documents and Things responsive to this Request.

Oracle objects to Request No. 39 to the extent that it is vague, overbroad, or seeks documents protected by any applicable privilege or the work product doctrine.

**REQUEST FOR PRODUCTION NO. 40:**

All Documents and Things Relating to any marketing studies, marketing analyses, marketing plans, business plans, or other study on techniques, plans, or tactics to increase or establish market share or utilization for Java.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

Subject to the following objections, Oracle will produce non-privileged Documents and Things responsive to this Request.

Oracle objects to Request No. 40 to the extent that it is vague, overbroad, or seeks documents protected by any applicable privilege or the work product doctrine.

**REQUEST FOR PRODUCTION NO. 41:**

All Documents and Things that were prepared for, provided to, received from, exchanged with, presented to or by, or jointly reviewed with any Investment Banks Relating to Sun's Intellectual Property, Java or the Acquisition of Sun by Oracle Corporation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

Oracle will produce responsive non-privileged documents relating to the technology at issue, to the extent any can reasonably be found in its possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 42:**

All Documents and Things Relating to or reflecting any communications between Oracle or Sun, on the one hand, and Google, on the other hand, Relating to the Patents-In-Suit, the Asserted Copyrights, or any claim or possible claim of patent or copyright infringement by Oracle or Sun against Google.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

Oracle will meet and confer with Google to determine appropriate ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI agreement.

Oracle otherwise objects to this request on the grounds that it unduly burdensome because Google is already in possession of any responsive documents.  Oracle also objects on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

**REQUEST FOR PRODUCTION NO. 43:**

All Documents and Things Relating to the valuation of intangible assets of Sun acquired by Oracle Corporation as reflected in Oracle Corporation's July 1, 2010 Form 10-K Annual Report, including but not limited to all analyses, studies, investigations, reports, and calculations Relating to the determination of the values in the table in the section entitled "Valuations of Intangible Assets Acquired" on page 104 of such report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

Subject to the following objections, Oracle will produce non-privileged Documents and Things Relating to any valuation of the Patents-in-Suit or related Java technology acquired from Sun.

Oracle objects to Request No. 43 to the extent that it is vague, overbroad, or seeks documents r protected by any applicable privilege or the work product doctrine.  In addition, Oracle objects that Request No. 43 is not limited to valuation of the Patents-in-Suit or related technology and, therefore, not reasonably calculated to lead to admissible evidence.

1    **REQUEST FOR PRODUCTION NO. 44:**

2        All Documents and Things Relating to the factual basis for Oracle's claim for copyright

3    infringement not produced pursuant to any other request herein.

4    **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

5        Oracle objects to this request on the grounds that it is not clear what Google seeks because

6    the request does not describe with reasonable particularity each item or category of items to be

7    inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and

8    things relating to" the factual basis for Oracle's claim for copyright infringement, Oracle objects

9    to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to

10   admissible evidence.  Oracle further objects on the grounds that "not produced pursuant to any

11   other request herein" is vague and ambiguous.  Oracle further objects to this request to the extent

12   that it would encompass documents and information protected from discovery by the attorney-

13   client privilege or the attorney work-product doctrine.

14   **REQUEST FOR PRODUCTION NO. 45:**

15       All Documents and Things Relating to the factual basis for Oracle's statement that Oracle

16   "has suffered, and will continue to suffer, monetary loss to its business, reputation, and goodwill."

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

18       Subject to the following objections, Oracle will produce non-privileged Documents and

19   Things responsive to this Request.

20       Oracle objects to Request No. 45 to the extent that it is vague, overbroad, or seeks

21   documents within the possession of Google or protected by any applicable privilege or the work

22   product doctrine.

23   **REQUEST FOR PRODUCTION NO. 46:**

24       All Documents and Things Relating to the factual basis for Oracle's prayer for an "order

25   permanently enjoining Google. . . ."

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

27       Subject to the following objections, Oracle will produce non-privileged Documents and

28   Things responsive to this Request.

1      Oracle objects to Request No. 46 to the extent that it is vague, overbroad, or seeks

2  documents within the possession of Google or protected by any applicable privilege or the work

3  product doctrine.

4  **REQUEST FOR PRODUCTION NO. 47:**

5      All Documents and Things Relating to the factual basis for Oracle's prayer for "statutory

6  damages and damages."

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

8      Subject to the following objections, Oracle will produce non-privileged Documents and

9  Things responsive to this Request.

10      Oracle objects to Request No. 47 to the extent that it is vague, overbroad, or seeks

11  documents within the possession of Google or protected by any applicable privilege or the work

12  product doctrine.

13  **REQUEST FOR PRODUCTION NO. 48:**

14      All Documents and Things Relating to the factual basis for Oracle's prayer for the trebling

15  of damages, including but not limited to, Documents forming the factual basis for Oracle's

16  allegation of willful and deliberate infringement.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

18      Subject to the following objections, Oracle will produce non-privileged Documents and

19  Things responsive to this Request.

20      Oracle objects to Request No. 48 to the extent that it is vague, overbroad, or seeks

21  documents within the possession of Google or protected by any applicable privilege or the work

22  product doctrine.

23  **REQUEST FOR PRODUCTION NO. 49:**

24      All Documents and Things Relating to the factual basis for Oracle's prayer for costs and

25  attorney's fees.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

27      Subject to the following objections, Oracle will produce non-privileged Documents and

28  Things responsive to this Request.

1    Oracle objects to Request No. 49 to the extent that it is vague, overbroad, or seeks

2    documents within the possession of Google or protected by any applicable privilege or the work

3    product doctrine.

4    **REQUEST FOR PRODUCTION NO. 50:**

5    Documents and Things sufficient to identify the "corresponding documents" referred to in

6    Oracle's contention that that approximately one third of Android's Application Programmer

7    Interface (API) packages (available at http://developer.android.com/reference/packages.html) are

8    derivative of Oracle America's copyrighted Java API packages (available at http://download-

9    llnw.oracle.com/javase/1.5.0/docs/api/ and http://download-llnw.oracle.com/javase/1.4.2/docs/-

10   api/) and corresponding documents.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

12   Oracle refers Google to http://developer.android.com/reference/packages.html;

13   http://download-llnw.oracle.com/javase/1.5.0/docs/api/; and http://download-

14   llnw.oracle.com/javase/1.4.2/docs/api/.  Oracle also directs Google to

15   http://android.git.kernel.org; http://developer.android.com; http://www.android.com;

16   http://source.android.com; http://www.openhandsetalliance.com;

17   http://code.google.com/p/android-dalvik-vm-on-java; Google I/O 2008 Video, entitled "Dalvik

18   Virtual Machine Internals," presented by Dan Bornstein (Google Android Project), available at

19   http://developer.android.com/videos/index.html#v=ptjedOZEXPM; Google Presentation, entitled

20   "Android: Securing a Mobile Platform from the Ground Up," presented by Rich Cannings

21   (Google's Android Team) at the Usenix 18th Security Symposium (Aug. 12, 2010), available at

22   http://www.usenix.org/events/sec09/tech/; Google I/O 2010 Video, entitled "A JIT Compiler for

23   Android's Dalvik VM," presented by Ben Cheng and Bill Buzbee (Google's Android Team),

24   available at http://developer.android.com/videos/index.html#v=Ls0tM-c4Vfo.  Oracle also directs

25   Google to developer.sun.com, java.sun.com, and www.sun.com, and the deposit materials

26   produced in response to Google's request for production no. 28.

27   Oracle objects to this request on the grounds that it is not clear exactly what Google seeks

28   because the request does not describe with reasonable particularity each item or category of items

1  to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this

2  request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to

3  admissible evidence.  Oracle further objects to this request to the extent that it encompasses

4  documents and information protected from discovery by the attorney-client privilege or the

5  attorney work-product doctrine.

6  **REQUEST FOR PRODUCTION NO. 51:**

7       All Documents identified by Oracle in response to Google Inc.'s First Set of

8  Interrogatories to Oracle served in this Action.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

10       Oracle will produce documents identified in its responses to Google's First Set of

11  Interrogatories that may reasonably be located in its possession, custody or control and are not

12  publicly available.

13  **REQUEST FOR PRODUCTION NO. 52:**

14       All Documents and Things Relating to Java, Android, Dalvik, or Google that were

15  prepared, created, revised, received, reviewed or compiled by Sun during or in connection with

16  any negotiations Relating to the potential acquisition of Sun by any third party.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

18       Oracle will meet and confer with Google to determine appropriate ESI search terms,

19  which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

20  agreement.

21       To the extent Google seeks other documents or things, Oracle objects to this request on

22  the grounds that it is not clear exactly what Google seeks because the request does not describe

23  with reasonable particularity each item or category of items to be inspected as required by Federal

24  Rule of Civil Procedure 34(b)(1)(A).  As to "All Documents and Things Relating to," Oracle

25  objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

26  to lead to admissible evidence.  Oracle further objects to this request to the extent that it

27  encompasses documents and information protected from discovery by the attorney-client

28  privilege or the attorney work-product doctrine.

**REQUEST FOR PRODUCTION NO. 53:**

All Documents and Things Relating to MULTICS, Hydra System, KEYKOS, "capability-based systems," "protection domains," or "protected domains" that were known to or were in the possession, custody or control of the prosecuting attorneys of, named inventors of, or any Sun employee working on technology related to the subject matter of, U.S. Patent Nos. 6,192,476 and 6,125,447 prior to the latest issue date of the patents.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

Oracle does not have custodial data for named inventor Li Gong of U.S. Patent Nos. 6,192,476 and 6,125,447.  Oracle will meet and confer with Google to determine appropriate ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI agreement.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.  Oracle further objects to this request to the extent it seeks documents and things not in Oracle's possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 54:**

All Documents and Things Relating to MULTICS, IBM 360 assembler, IBM linkers, MIPS linkers, GNU gettext, GNU linkers, GCC, Plan9 linker, Microsoft ICF, Transmeta, Shade, LISP, SmallTalk, ELF, "snapping," "JIT compilation," "dynamic translation," "object code translation," "link snapping," "delaying binding," "call linkage," dynamic linking," "UUO (unimplemented user opcode) linking," "software interrupt instruction," "SVC instruction," "link snapping," "linker optimizations," "constant folding," "constant pooling," or "CMS (code-morphing instruction)" that were known to or were in the possession, custody or control of the

1   prosecuting attorneys of, named inventor of, or any Sun employee working on technology related

2   to the subject matter of, U.S. Patent No. RE38,104 prior to the reissue date of the patent.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

4         Oracle will meet and confer with Google to determine appropriate ESI search terms,

5   which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

6   agreement.

7         To the extent Google seeks other documents or things, Oracle objects to this request on

8   the grounds that it is not clear exactly what Google seeks because the request does not describe

9   with reasonable particularity each item or category of items to be inspected as required by Federal

10   Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle

11   objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

12   to lead to admissible evidence.  Oracle further objects to this request to the extent that it

13   encompasses documents and information protected from discovery by the attorney-client

14   privilege or the attorney work-product doctrine.  Oracle further objects to this request to the

15   extent it seeks documents and things not in Oracle's possession, custody, or control.

16   **REQUEST FOR PRODUCTION NO. 55:**

17         All Documents and Things Relating to MULTICS, IBM 360 assembler, IBM linkers,

18   MIPS linkers, GNU gettext, GNU linkers, GCC, Plan9 linker, Microsoft ICF, Transmeta, Shade,

19   LISP, SmallTalk, ELF, "snapping," "JIT compilation," "dynamic translation," "object code

20   translation," "link snapping," "delaying binding," "call linkage," dynamic linking," "UUO

21   (unimplemented user opcode) linking," "software interrupt instruction," "SVC instruction," "link

22   snapping," "linker optimizations," "constant folding," "constant pooling," or "CMS (code-

23   morphing instruction)" that were known to or were in the possession, custody or control of the

24   prosecuting attorneys of, named inventors of, or any Sun employee working on technology

25   related to the subject matter of, U.S. Patent No. 6,061,520 prior to the issue date of the patent.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

27         Oracle does not have custodial data for named inventors Frank Yellin and Richard Tuck

28   of U.S. Patent No. 6,061,520.  Oracle will meet and confer with Google to determine appropriate

1  ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the

2  Parties' ESI agreement.

3      To the extent Google seeks other documents or things, Oracle objects to this request on

4  the grounds that it is not clear exactly what Google seeks because the request does not describe

5  with reasonable particularity each item or category of items to be inspected as required by Federal

6  Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle

7  objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

8  to lead to admissible evidence.  Oracle further objects to this request to the extent that it

9  encompasses documents and information protected from discovery by the attorney-client

10  privilege or the attorney work-product doctrine.  Oracle further objects to this request to the

11  extent it seeks documents and things not in Oracle's possession, custody, or control.

12  **REQUEST FOR PRODUCTION NO. 56:**

13      All Documents and Things Relating to MULTICS, IBM 360 assembler, IBM linkers,

14  MIPS linkers, GNU gettext, GNU linkers, GCC, Plan9 linker, Microsoft ICF, Transmeta, Shade,

15  LISP, SmallTalk, ELF, "snapping," "JIT compilation," "dynamic translation," "object code

16  translation," "link snapping," "delaying binding," "call linkage," dynamic linking," "UUO

17  (unimplemented user opcode) linking," "software interrupt instruction," "SVC instruction," "link

18  snapping," "linker optimizations," "constant folding," "constant pooling," or "CMS (code-

19  morphing instruction)" that were known to or were in the possession, custody or control of the

20  prosecuting attorneys of, named inventors of, or any Sun employee working on technology

21  related to the subject matter of, U.S. Patent No. 6,910,205 prior to the issue date of the patent.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

23      Oracle does not have custodial data for named inventors Lars Bak and Robert Griesemer

24  of U.S. Patent No. 6,910,205.  Oracle will meet and confer with Google to determine appropriate

25  ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the

26  Parties' ESI agreement.

27      To the extent Google seeks other documents or things, Oracle objects to this request on

28  the grounds that it is not clear exactly what Google seeks because the request does not describe

1  with reasonable particularity each item or category of items to be inspected as required by Federal

2  Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle

3  objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

4  to lead to admissible evidence.  Oracle further objects to this request to the extent that it

5  encompasses documents and information protected from discovery by the attorney-client

6  privilege or the attorney work-product doctrine.  Oracle further objects to this request to the

7  extent it seeks documents and things not in Oracle's possession, custody, or control.

8  **REQUEST FOR PRODUCTION NO. 57:**

9      All Documents and Things Relating to MULTICS, IBM 360 assembler, IBM linkers,

10  MIPS linkers, GNU gettext, GNU linkers, GCC, Plan9 linker, Microsoft ICF, Transmeta, Shade,

11  LISP, SmallTalk, ELF, "snapping," "JIT compilation," "dynamic translation," "object code

12  translation," "link snapping," "delaying binding," "call linkage," dynamic linking," "UUO

13  (unimplemented user opcode) linking," "software interrupt instruction," "SVC instruction," "link

14  snapping," "linker optimizations," "constant folding," "constant pooling," or "CMS (code-

15  morphing instruction)" that were known to or were in the possession, custody or control of the

16  prosecuting attorneys of, named inventors of, or any Sun employee working on technology

17  related to the subject matter of, U.S. Patent No. 5,966,702 prior to the issue date of the patent.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

19      Oracle does not have custodial data for named inventors Nedim Fresko and Richard Tuck

20  of U.S. Patent No. 5,966,702.  Oracle will meet and confer with Google to determine appropriate

21  ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the

22  Parties' ESI agreement.

23      To the extent Google seeks other documents or things, Oracle objects to this request on

24  the grounds that it is not clear exactly what Google seeks because the request does not describe

25  with reasonable particularity each item or category of items to be inspected as required by Federal

26  Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle

27  objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

28  to lead to admissible evidence.  Oracle further objects to this request to the extent that it

1  encompasses documents and information protected from discovery by the attorney-client

2  privilege or the attorney work-product doctrine.  Oracle further objects to this request to the

3  extent it seeks documents and things not in Oracle's possession, custody, or control.

4  **REQUEST FOR PRODUCTION NO. 58:**

5        All Documents and Things Relating to LISP, SmallTalk, EMACS editor, Tex text

6  formatting system, "MMAP flag," "fork," or "vfork" that were known to or were in the

7  possession, custody or control of the prosecuting attorneys of, named inventor of, or any Sun

8  employee working on technology related to the subject matter of, U.S. Patent No. 7,426,720 prior

9  to the issue date of the patent.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

11        Oracle does not have custodial data for named inventor Nedim Fresko of U.S. Patent No.

12  7,426,720.  Oracle will meet and confer with Google to determine appropriate ESI search terms,

13  which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

14  agreement.

15        To the extent Google seeks other documents or things, Oracle objects to this request on

16  the grounds that it is not clear exactly what Google seeks because the request does not describe

17  with reasonable particularity each item or category of items to be inspected as required by Federal

18  Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle

19  objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated

20  to lead to admissible evidence.  Oracle further objects to this request to the extent that it

21  encompasses documents and information protected from discovery by the attorney-client

22  privilege or the attorney work-product doctrine.  Oracle further objects to this request to the

23  extent it seeks documents and things not in Oracle's possession, custody, or control.

24  **REQUEST FOR PRODUCTION NO. 59:**

25        All Documents and Things Relating to Eiffel, SmallTalk, LISP, Objective C or

26  Cedar/Mesa that are or were known to or were in the possession, custody or control of any

27  prosecuting attorney of, or named inventors of, any of the patents-in-suit prior to the issue date, or

28  in the case of U.S. RE38,104, the reissue date, of the patent.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

Oracle will meet and confer with Google to determine appropriate ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI agreement.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.  Oracle further objects to this request to the extent it seeks documents and things not in Oracle's possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 60:**

All Documents and Things Relating to any research and development projects associated with technology that was ultimately included or incorporated in Java, including but not limited to Imagination Project, Stealth Project, Green Project, Project Oak or other similar projects.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

Oracle will meet and confer with Google to determine appropriate ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI agreement.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

1    **REQUEST FOR PRODUCTION NO. 61:**

2       All Documents and Things sufficient to show each public presentation, white paper,

3    conference submission, or other public communication Relating to any subject matter of any

4    patent-in-suit dated prior to the filing date of the application for the corresponding patent-in-suit.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

6       Oracle directs Google's attention to Oracle's production pursuant to Patent Local Rule 3-2

7    and Oracle's response to Google's request for production no. 8.

8       Oracle objects to this request on the grounds that it is not clear exactly what Google seeks

9    because the request does not describe with reasonable particularity each item or category of items

10    to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  Oracle objects to this

11    request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to

12    admissible evidence.  Oracle further objects to this request to the extent that it encompasses

13    documents and information protected from discovery by the attorney-client privilege or the

14    attorney work-product doctrine.  Oracle further objects to this request to the extent it seeks

15    documents and things not in Oracle's possession, custody, or control.

16    **REQUEST FOR PRODUCTION NO. 62:**

17       All Documents and Things Relating to a document entitled "Further" by Bill Joy,

18    including but not limited to all drafts thereof and any internal or external correspondence

19    regarding the document.

20    **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

21       Oracle will meet and confer with Google to determine appropriate ESI search terms,

22    which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

23    agreement.

24       To the extent Google seeks other documents or things, Oracle objects to this request on

25    the grounds that it is not clear exactly what Google seeks because the request does not describe

26    with reasonable particularity each item or category of items to be inspected as required by Federal

27    Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to a document

28    entitled 'Further' by Bill Joy," Oracle objects to this request as vague, overly broad, unduly

1   burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects

2   to this request to the extent that it encompasses documents and information protected from

3   discovery by the attorney-client privilege or the attorney work-product doctrine.  Oracle further

4   objects to this request to the extent it seeks documents and things not in Oracle's possession,

5   custody, or control.

6   **REQUEST FOR PRODUCTION NO. 63:**

7          All Documents and Things Relating to virtual machines other than the Java virtual

8   machine that were known to or were in the possession, custody, or control of any named

9   inventors of any of the patents-in-suit prior to the issue date, or reissue date, of the inventor's

10  corresponding patent(s).

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

12         Oracle will meet and confer with Google to determine appropriate ESI search terms,

13  which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI

14  agreement.

15         To the extent Google seeks other documents or things, Oracle objects to this request on

16  the grounds that it is not clear exactly what Google seeks because the request does not describe

17  with reasonable particularity each item or category of items to be inspected as required by Federal

18  Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to virtual

19  machines," Oracle objects to this request as vague, overly broad, unduly burdensome, and not

20  reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the

21  extent that it encompasses documents and information protected from discovery by the attorney-

22  client privilege or the attorney work-product doctrine.  Oracle further objects to this request to the

23  extent it seeks documents and things not in Oracle's possession, custody, or control.

24  **REQUEST FOR PRODUCTION NO. 64:**

25         All Documents and Things Relating to the subject matters identified in requests for

26  production numbers 53 through 59 above that are currently in Oracle's possession, custody or

27  control, including all such documents in the possession, custody or control of Oracle's counsel.

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

Oracle will meet and confer with Google to determine appropriate ESI search terms, which Oracle will apply to user-generated documents and data pursuant to the Parties' ESI agreement.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "All Documents and Things Relating to," Oracle objects to this request as vague, overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it encompasses documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.  Oracle further objects to this request to the extent it seeks documents and things not in Oracle's possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 65:**

All Documents Relating to any agreement or proposed agreement with any third party regarding joint development of any Java programs or materials or any portions or elements of Java, including all Documents relating to the negotiation of any such agreements or proposed agreements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

Oracle will produce Java joint-development agreements that can be found in its possession, custody, or control through reasonable efforts.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "all documents relating to" such agreements, Oracle objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it would

1   encompass documents and information protected from discovery by the attorney-client privilege

2   or the attorney work-product doctrine.

3

4   Dated: January 6, 2011                     MICHAEL A. JACOBS
                                               MARC DAVID PETERS
5                                              MORRISON & FOERSTER LLP

6                                              By:  /s/  Richard S. Ballinger
                                                    Richard S. Ballinger
7

8                                              *Attorneys for Plaintiff*
                                               ORACLE AMERICA, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28