**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOOGLE INC. | |
| Defendant. | |

1 | Before this Court is Defendant Google Inc.'s Administrative Motion to File Under Seal
2 | filed with Google Inc.'s Reply Brief in Support of *Daubert* Motion. Based on the arguments
3 | presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby
4 | GRANTS the motion.

6 |       IT IS SO ORDERED.

8 | Dated: _____

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE