| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| DANIEL PURCELL - #191424 | BRUCE W. BABER (*Pro Hac Vice*) |
| dpurcell@kvn.com | bbaber@kslaw.com |
| 710 Sansome Street | 1185 Avenue of the Americas |
| San Francisco, CA  94111-1704 | New York, NY 10036-4003 |
| Telephone:  (415) 391-5400 | Telephone:  (212) 556-2100 |
| Facsimile:  (415) 397-7188 | Facsimile:  (212) 556-2222 |
| | |
| KING & SPALDING LLP | GREENBERG TAURIG, LLP |
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| 101 SECOND STREET, SUITE 2300 | 1900 University Avenue, Fifth Floor |
| SAN FRANCISCO, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER SEALING DEFENDANT GOOGLE INC.'S CONFIDENTIAL INFORMATION** |
| GOOGLE INC. | |
| Defendant. | |

1  Before this Court is Oracle America, Inc.'s Administrative Motion To File Under Seal
2  Portions Of Opposition To Google's *Daubert* Motion And Exhibits.  Based on the arguments
3  presented in the administrative motion, the Declaration Of Christopher Carnaval In Response To
4  Oracle America, Inc.'s Administrative Motion To File Under Seal, the pleadings on file, and any
5  other relevant matter, the Court hereby **GRANTS** the motion as to Google confidential material.
6  The Google confidential material referenced on page 2:5 through 2:7, page 2:16 through 2:17,
7  page 6:1, page 9:8 through 9:9, page 12:21 through 12:24, page 14:18 through 15:4, page 22:11
8  through 22:13, page 22:15 through 22:17, and footnote 6 of Oracle's Opposition to Google's
9  *Daubert* Motion, as well as Exhibits C, D, K and M to the Declaration Of Fred Norton In
10 Support Of Oracle America, Inc.'s Opposition To Google's *Daubert* Motion, shall remain under
11 seal.

13  IT IS SO ORDERED.

15 Dated: _____        _____
16                                       WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE