IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant.<br>_____ / | No. C 10-03561 WHA<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |

Oracle America, Inc. seeks leave to file portions of its *Daubert* opposition brief and supporting documents under seal (Dkt. No. 192). The motion is **GRANTED**. Oracle may file the unredacted version of its brief and exhibits C, D, K, and M to the Norton declaration under seal. Please be aware that this is without prejudice to an order on the *Daubert* motion that will be public and will refer to the foregoing materials.

**IT IS SO ORDERED.**

Dated: July 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE