IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE RE QUESTION FOR JULY 21 HEARING** |
| GOOGLE INC., | |
| Defendant. / | |

At the hearing on July 21, counsel shall please address whether the Oracle damages report was deficient for failing to cover "all of its damages report" as required by paragraph 9 of the case management order (Dkt. No. 56) inasmuch as it omits any basis for its application of the "entire market value" theory, saying that "others" will cover this important premise. Please do not file more submissions but address this point orally. This is without prejudice to addressing other questions raised.

**IT IS SO ORDERED.**

Dated: July 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE