IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR UPDATE RE RE-EXAMINATION** |
| GOOGLE INC., | |
| Defendant. | |

At least one day before the hearing, please file a five-page joint summary of the status of the PTO re-examination and update the parties' respective views on the extent to which this action should be stayed pending completion of the re-examination. Time will be short at the hearing due to the ongoing criminal trial.

**IT IS SO ORDERED.**

Dated: July 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE