MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER SEALING ORACLE AMERICA, INC.'S CONFIDENTIAL INFORMATION FROM GOOGLE, INC.'S *DAUBERT* REPLY BRIEF** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

This matter came before the Court on Google, Inc.'s Administrative Motion to File Under Seal Portions Of Google's *Daubert* Reply Brief. (Dkt. No. 196.) Based on the arguments presented in the administrative motion, the Declaration of Matthew Sarboraria in support of the administrative motion, the pleadings on file, and any other relevant matter, the Court hereby **GRANTS IN PART** the motion as to Oracle confidential material. The Oracle confidential material referenced on page 8:14 through 8:17, 8:19 through 8:20, 8:26 through 8:28, 9:2 through 9:9, and 13:3 through 13:4 in Google, Inc.'s *Daubert* Reply Brief shall remain under seal.

IT IS SO ORDERED.

Dated:_____            _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE