IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-03561 WHA<br><br>**ORDER PARTIALLY GRANTING MOTION TO FILE REPLY BRIEF UNDER SEAL** |

　　　Google Inc. seeks leave to file portions of its *Daubert* reply brief under seal (Dkt. No. 196). The motion is **GRANTED IN PART AND DENIED IN PART** as follows. As to the material located at pages 8:14–17, 8:19–20, 8:26–28, 9:2–9, and 13:3–4, the motion is **GRANTED**. As to all other material, the motion is **DENIED**. Google may file the unredacted version of its brief under seal. Google also must file a revised redacted copy of its brief in the public docket with only the above material redacted. Please be aware that this is without prejudice to an order on the *Daubert* motion that will be public and will refer to the foregoing materials.

**IT IS SO ORDERED.**

Dated: July 12, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE