**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                            /

No. C 10-03561 WHA

**NOTICE REGARDING JULY 21 HEARING**

    Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

Dated: July 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE