# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL CONFERENCE MINUTE ORDER</u>

**CASE NO.  C 10-03561 WHA (DMR)**

**CASE NAME:  ORACLE AMERICA, INC. v.  GOOGLE INC.**

**MAGISTRATE JUDGE DONNA M. RYU**           **COURTROOM DEPUTY**:  Ivy Garcia

**DATE**: July 21, 2011           **TIME:** 11:30 a.m.           **COURT REPORTER**: Diane Skillman

<u>**COUNSEL FOR PLAINTIFF:**</u>             <u>**COUNSEL FOR DEFENDANT:**</u>
Michael A. Jacobs                                        Robert Addy Van Nest
Steven Christopher Holtzman                  Bruce W. Baber

**PROCEEDINGS**

[ ]   SETTLEMENT CONFERENCE            [ ]   FURTHER SETTLEMENT CONFERENCE

    [ ]   Settled
    [ ]   Did not settle
    [ ]   Partial settlement

[X]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   OTHER:

CASE CONTINUED TO:                                  FOR

NOTES: Plaintiff's request to take further depositions granted in part.  Oracle may depose Larry Page for a maximum of two hours, excluding breaks, solely on topics relevant to the willfulness of Defendant's alleged patent infringement and the value of Android, Inc. to Defendant. Oracle may not depose Dipchand Nishar.  Oracle may depose Bob Lee for a maximum of two hours, excluding breaks, solely on the topic of the willfulness of Defendant's alleged patent infringement.  Oracle may depose Tim Lindholm for a maximum of two hours, excluding breaks, solely on the topic of the willfulness of Defendant's alleged patent infringement. The Court will file a Supplemental Order detailing the Court's ruling.

cc:        Chambers