# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date:  <u>July 21, 2011</u>            Total Hearing Time: 1 hour 5 minutes

Case No.  <u>C10-03561 WHA</u>

Title:  <u>ORACLE AMERICA, INC.</u> v. <u>GOOGLE INC.</u>

Plaintiff Attorney(s): Meredith Dearborn; Steven Holtzman; Micahel Jacobs; Matthew Sarboraria

Defense Attorney(s): Robert Van Nest; Bruce Baber; Christa Anderson

Google Representatives: Renny Hwang; Catherine Lacavera

Deputy Clerk:  <u>Dawn Toland</u>            Court Reporter: <u>Sahar Bartlett</u>

**PROCEEDINGS**

1)   <u>Motion - Taken Under Submission</u>

2)   _____

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**