1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>             Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>             Defendant. | CASE NO. CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXCHANGE OF EXPERT DEMONSTRATIVE EXHIBITS**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

**STIPULATION**

WHEREAS, the Court's November 19, 2010 Case Management Order sets forth certain requirements regarding the disclosure of expert demonstrative exhibits (including illustrative animations, diagrams, charts, and models);

WHEREAS, the parties wish to clarify the procedure for exchanging expert demonstrative exhibits to be used at trial; and

WHEREAS, the Court's Case Management Order and Federal Rule of Civil Procedure 26(a)(2)(B) permit the parties to stipulate regarding the timing of expert disclosures;

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. Information underlying any expert demonstrative exhibit must be included or referenced in the expert's report. Referenced information must be provided when the expert's report is served, unless it is publicly available or has otherwise been produced in this litigation.

2. Expert demonstrative exhibits shall be produced to the other side at least two days prior to the expert's expected testimony at trial. (The parties may adjust the number of days by mutual agreement.)

**ORDER**

The foregoing stipulation is approved and IT IS SO ORDERED.

Date: _____

Honorable William H. Alsup
Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER REGARDING EXCHANGE OF EXPERT DEMONSTRATIVE EXHIBITS
CASE NO. CV 10-03561 WHA
pa-1477003

1

| | | |
|---|---|---|
| 1 | Dated: July 26, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Daniel P. Muino*<br>       Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com<br>755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com<br>333 Main Street |
| 12 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612<br>Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600) |
| 20 | | matthew.sarboraria@oracle.com<br>500 Oracle Parkway |
| 21 | | Redwood City, CA  94065<br>Telephone: (650) 506-5200 |
| 22 | | Facsimile: (650) 506-7114 |
| 23 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING EXCHANGE OF EXPERT DEMONSTRATIVE EXHIBITS
CASE NO. CV 10-03561 WHA
pa-1477003

2

| | | |
|---|---|---|
| 1 | Dated: July 26, 2011 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: */s/ Christa M. Anderson*<br>Christa M. Anderson |
| 4 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 5 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 6 | | canderson@kvn.com<br>710 Sansome Street |
| 7 | | San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| 10 | | sweingaertner@kslaw.com<br>ROBERT F. PERRY |
| 11 | | rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*) |
| 12 | | bbaber@kslaw.com<br>1185 Avenue of the Americas |
| 13 | | New York, NY 10036-4003<br>Telephone:  (212) 556-2100 |
| 14 | | Facsimile:   (212) 556-2222 |
| 15 | | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. (SBN 112279) |
| 16 | | fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323) |
| 17 | | csabnis@kslaw.com<br>101 Second Street - Suite 2300 |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 19 | | Facsimile:  (415) 318-1300 |
| 20 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 21 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 22 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 23 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 24 | | Facsimile: (650) 328-8508 |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING EXCHANGE OF EXPERT DEMONSTRATIVE EXHIBITS
CASE NO. CV 10-03561 WHA
pa-1477003

3

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING EXCHANGE OF EXPERT DEMONSTRATIVE EXHIBITS . In compliance with General Order 45, X.B., I hereby attest that Christa M. Anderson has concurred in this filing.

Date: July 27, 2011          */s/ Daniel P. Muino*
                                          Daniel P. Muino

STIPULATION AND [PROPOSED] ORDER REGARDING EXCHANGE OF EXPERT DEMONSTRATIVE EXHIBITS
CASE NO. CV 10-03561 WHA
pa-1477003

4