IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE RE SUBPOENAS FOR TRIAL WITNESSES** |
| GOOGLE INC., | |
| Defendant. / | |

If either side wishes to call an executive of the other to testify at trial, please serve the subpoena promptly so as to give advance notice and to reduce calendar conflicts.

Dated: July 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE