LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROBERT A. VAN NEST

July 27, 2011

Magistrate Judge Donna M. Ryu
U. S. District Court
Northern District of California
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   Oracle America, Inc. v. Google Inc.
      U. S. District Court Case No.:  3:10-cv-03561 WHA

Dear Judge Ryu:

    At the hearing on July 21 concerning Oracle's request to take additional depositions of Google and former Google employees, I advised Your Honor that Mr. Nishar was a senior director for products in the Asia/Pacific region, and was not a major player in Android or Google's mobile business.

    Based on further investigation, I am writing to correct a portion of my statement so the record is clear. Prior to becoming the senior director for products in the Asia/Pacific region, Mr. Nishar was in charge of Google's non-Android mobile business, roughly in the period from 2005-2007. However, he had no responsibility for Android itself, and played only a minor role in the negotiations between Google and Sun over Android. I do not think this should change the conclusion Your Honor reached on the motion, but I wanted to make sure the information I provided to the Court was as accurate as possible.

Sincerely,

Robert A. Van Nest

573287.01