| | |
|---|---|
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| 101 Second Street – Suite 2300 | 1900 University Avenue |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone: (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile: (415) 318-1300 | Facsimile: (650) 328-8508 |
| | |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ROBERT A. VAN NEST - #84065 |
| sweingaertner@kslaw.com | rvannest@kvn.com |
| ROBERT F. PERRY | CHRISTA M. ANDERSON - #184325 |
| rperry@kslaw.com | canderson@kvn.com |
| BRUCE W. BABER (*Pro Hac Vice*) | KEKER & VAN NEST LLP |
| bbaber@kslaw.com | 710 Sansome Street |
| KING & SPALDING LLP | San Francisco, CA 94111-1704 |
| 1185 Avenue of the Americas | Telephone: (415) 391-5400 |
| New York, NY 10036-4003 | Facsimile: (415) 397-7188 |
| Telephone: (212) 556-2100 | |
| Facsimile: (212) 556-2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 241)** |
| GOOGLE INC. | |
| Defendant. | |

DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF ORACLE AMERICA, INC.'S ADMIN.
MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 241)
CASE NO. 3:10-CV-03561-WHA

I, Matthias A. Kamber, declare as follows:

1. I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. in the present case. I submit this declaration in support of Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of the Parties' Joint Letter (Dkt. No. 241). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Portions of Oracle America, Inc.'s section of the letter brief are to be filed under seal pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions (Dkt. No. 68) governing this case because they contain quotes from Google's strategic business documents regarding Google's mobile services and its search strategic framework. Google considers its business strategy related to the mobile and search products to be highly confidential and does not disclose them to the public during the normal course of business. Disclosure of this strategic information would cause great and undue harm to Google's business.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on July 28, 2011 in San Francisco, California.

        /s/ Matthias A. Kamber
        Matthias A. Kamber

1

DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF ORACLE AMERICA, INC.'S ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 241)
CASE NO. 3:10-CV-03561-WHA