1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
|---|---|
| Plaintiff, | Honorable Judge William Alsup |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 241) |
| GOOGLE INC. | |
| Defendant. | |

Before this Court is Plaintiff Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of the Parties' Joint Letter (Dkt. No. 241). Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: _____

_____
DONNA RYU
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT ORACLE AMERICA, INC.'S ADMIN. MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 241)
CIVIL ACTION NO. CV 10-03561-WHA