UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA (DMR) |
| Plaintiff, | **ORDER SETTING HEARING RE PARTIES' JULY 27, 2011 JOINT DISCOVERY LETTER** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

The Court is in receipt of the parties' July 27, 2011 joint letter regarding their discovery dispute. The parties shall appear for a hearing regarding the dispute on **August 1, 2011 at 9:30 a.m.** in Courtroom 2 at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. Following the hearing, the parties shall be prepared to spend whatever amount of time it takes meeting and conferring at the courthouse to resolve the dispute.

IT IS SO ORDERED.

Dated: July 28, 2011

DONNA M. RYU
United States Magistrate Judge