1    [counsel listed on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                  CASE NO. CV 10-03561 WHA (DMR)

12            Plaintiff,                   **STIPULATION AND [PROPOSED]
                                           ORDER TO EXTEND FACT**
13        v.                               **DISCOVERY CUT-OFF AND DUE
                                           DATES FOR EXPERT REPORTS**
14   GOOGLE INC.
                                           Judge:  Honorable William Alsup
15            Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, fact discovery in this case is scheduled to close on July 29, 2011;

WHEREAS, the parties have diligently attempted to complete all fact discovery by July 29, 2011, and will have completed the bulk of fact discovery by that deadline: (1) Oracle will have completed nine individual depositions (out of ten originally allotted) and ten 30(b)(6) deposition topics (out of fifteen); (2) Google will have completed eight individual depositions (out of ten) and nine 30(b)(6) depositions (out of fifteen); (3) Oracle will have produced approximately 5 million documents; and (4) Google will have produced approximately 4.1 million documents (20 million pages);

WHEREAS, the parties acknowledge that despite their efforts, each party will have a limited amount of discovery to complete after July 29: (1) Oracle will need to complete one individual deposition of its original allotment of ten; three additional two-hour depositions permitted by Magistrate Judge Ryu pursuant to her Order of July 21, 2011; and five 30(b)(6) deposition topics; (2) Google will need to complete two individual depositions and six 30(b)(6) deposition topics; and (3) each party will need to complete its document production, produce final privilege logs, and supplement written discovery responses as necessary;

WHEREAS, the parties agree that a limited extension of deposition discovery to August 15, 2011, would allow the parties to complete already-noticed depositions, except that the depositions of senior executives may need to be scheduled up to August 31, 2011;

WHEREAS, the parties agree that a limited extension of document discovery to August 15, 2011, would allow the parties to complete their productions, with the bulk of remaining documents to be produced by August 5, 2011, and privilege logs and any additional remaining documents to be provided by August 15, 2011;

WHEREAS, the parties agree that a limited extension to August 1, 2011, of the time for supplementing interrogatory responses (other than those that relate to copyright infringement), would allow the parties to finalize their responses;

1    WHEREAS, opening expert reports on non-damages issues are due on July 29, 2011;

2    opposition reports are due fourteen days after the opening reports; reply reports are due seven

3    days after the opposition reports; and expert discovery closes fourteen days after the reply reports;

4    WHEREAS, the parties agree that an extension to August 8, 2011, of the due date for

5    opening expert reports on patent-related issues would permit the experts to incorporate additional

6    discovery materials into their reports;

7    WHEREAS, the parties acknowledge and agree that the limited extensions of fact

8    discovery set forth above, and an extension of the due date for opening expert reports on patent-

9    related issues to August 8, 2011, will not affect, delay, or push back any other deadlines in this

10   case; and

11   WHEREAS, there have been no previous requests by the parties to extend the fact

12   discovery cut-off or the due dates for expert reports.

13   **NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

14   1.    Deposition discovery in this case shall be extended to August 15, 2011, for the

15   limited purpose of completing depositions already noticed, except that the depositions of senior

16   executives may be scheduled up to August 31, 2011, if necessary.

17   2.    Document discovery in this case shall be extended to August 15, 2011, with the

18   bulk of remaining documents to be produced by August 5, 2011, and privilege logs and any

19   additional remaining documents to be provided by August 15, 2011.

20   3.    The time for supplementing interrogatory responses (other than those that relate to

21   copyright infringement) shall be extended to August 1, 2011.

22   4.    No additional discovery of any kind shall be served and no additional depositions

23   shall be noticed.  Discovery motions shall be filed in the time provided by Civil Local Rule 37-3

24   following August 15, 2011.

25   5.    On patent-related issues, opening expert reports shall be served by August 8, 2011.

26   The dates for opposition reports, reply reports, and the close of expert discovery shall be triggered

27   by the August 8, 2011 date and shall follow the time periods specified in Paragraph 8 of the

28

1    Court's November 19, 2010 Case Management Order.  The due dates for expert reports on

2    copyright-related issues remain unaffected.

3         6.      No other deadlines in this case will be affected by the foregoing extensions.  The

4    parties will not use these extensions to argue for a delay of the trial date or any other deadlines in

5    this case.

6

7                                    **ORDER**

8         The foregoing stipulation is approved, and IT IS SO ORDERED.

9

10

11   Date: _____        _____

12                                       Honorable William Alsup
                                         Judge of the United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Dated: July 28, 2011                      MORRISON & FOERSTER LLP

2

3                               By:    */s/ Michael A. Jacobs*
                                     Michael A. Jacobs

4                               MORRISON & FOERSTER LLP
                              MICHAEL A. JACOBS (Bar No. 111664)
5                               mjacobs@mofo.com
                              MARC DAVID PETERS (Bar No. 211725)
6                               mdpeters@mofo.com
                              DANIEL P. MUINO (Bar No. 209624)
7                               dmuino@mofo.com
                              755 Page Mill Road
8                               Palo Alto, CA  94304-1018
                              Telephone: (650) 813-5600
9                               Facsimile: (650) 494-0792

10                             BOIES, SCHILLER & FLEXNER LLP
                            DAVID BOIES (Admitted *Pro Hac Vice*)
11                             dboies@bsfllp.com
                            333 Main Street
12                             Armonk, NY  10504
                            Telephone: (914) 749-8200
13                             Facsimile: (914) 749-8300
                            STEVEN C. HOLTZMAN (Bar No. 144177)
14                             sholtzman@bsfllp.com
                            1999 Harrison St., Suite 900
15                             Oakland, CA  94612
                            Telephone: (510) 874-1000
16                             Facsimile: (510) 874-1460

17                             ORACLE CORPORATION
                            DORIAN DALEY (Bar No. 129049)
18                             dorian.daley@oracle.com
                            DEBORAH K. MILLER (Bar No. 95527)
19                             deborah.miller@oracle.com
                            MATTHEW M. SARBORARIA (Bar No. 211600)
20                             matthew.sarboraria@oracle.com
                            500 Oracle Parkway
21                             Redwood City, CA  94065
                            Telephone: (650) 506-5200
22                             Facsimile: (650) 506-7114

23                             *Attorneys for Plaintiff*
                            ORACLE AMERICA, INC.

24

25

26

27

28

1    Dated: July 28, 2011                        KEKER & VAN NEST LLP

2
                                                By:   */s/ Robert A. Van Nest*
3                                                     Robert A. Van Nest

4                                               KEKER & VAN NEST LLP
                                                ROBERT A. VAN NEST (SBN 84065)
5                                               rvannest@kvn.com
                                                CHRISTA M. ANDERSON (SBN184325)
6                                               canderson@kvn.com
                                                710 Sansome Street
7                                               San Francisco, CA 94111-1704
                                                Telephone: (415) 391-5400
8                                               Facsimile: (415) 397-7188

9                                               KING & SPALDING LLP
                                                SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
10                                              sweingaertner@kslaw.com
                                                ROBERT F. PERRY
11                                              rperry@kslaw.com
                                                BRUCE W. BABER (*Pro Hac Vice*)
12                                              bbaber@kslaw.com
                                                1185 Avenue of the Americas
13                                              New York, NY 10036-4003
                                                Telephone:  (212) 556-2100
14                                              Facsimile:   (212) 556-2222

15                                              KING & SPALDING LLP
                                                DONALD F. ZIMMER, JR. (SBN 112279)
16                                              fzimmer@kslaw.com
                                                CHERYL A. SABNIS (SBN 224323)
17                                              csabnis@kslaw.com
                                                101 Second Street - Suite 2300
18                                              San Francisco, CA 94105
                                                Telephone: (415) 318-1200
19                                              Facsimile:  (415) 318-1300

20                                              GREENBERG TRAURIG, LLP
                                                IAN C. BALLON (SBN 141819)
21                                              ballon@gtlaw.com
                                                HEATHER MEEKER (SBN 172148)
22                                              meekerh@gtlaw.com
                                                1900 University Avenue
23                                              East Palo Alto, CA 94303
                                                Telephone: (650) 328-8500
24                                              Facsimile: (650) 328-8508

25                                              *Attorneys for Defendant*
                                                GOOGLE INC.
26

27

28

1

**ATTESTATION**

2

3       I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this

4   STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT-OFF

5   AND DUE DATES FOR EXPERT REPORTS.  In compliance with General Order 45, X.B., I

6   hereby attest that Michael A. Jacobs and Robert A. Van Nest have concurred in this filing.

7

Date: July 28, 2011                    */s/ Daniel P. Muino*

8                                          Daniel P. Muino

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28