MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL KEY TO JOINT FILING RE RULE 706 EXPERT WITNESSES (DKT. NO. 234)**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

In the parties' joint submission of July 26, 2011, regarding Rule 706 experts (Dkt. No. 234), Oracle America, Inc. ("Oracle") and Google, Inc. ("Google") referred to the candidates for Rule 706 experts by letter (e.g., "Candidate A") and indicated that the parties would separately submit the key that disclosed the names of the candidates that have already been vetted. (Dkt. No. 234 at 1.) The Court indicated in its related Order that the names of the candidates that the parties submit next week may be filed under seal. (Dkt. No. 236 at 1.) Although the Court appears to be in agreement, out of an abundance of caution, Oracle and Google jointly seek leave to file the names of the previous expert-witness candidates under seal. An order permitting the parties to do so would protect those candidates' identities and avoid putting the proposed experts and the parties' comments about them in the public spotlight.

Dated: July 29, 2011                    BOIES, SCHILLER & FLEXNER LLP

                                        By: */s/ Meredith Dearborn*
                                            Meredith Dearborn

                                        *Attorneys for Plaintiff*
                                        ORACLE AMERICA, INC.

Dated: July 29, 2011                    Keker & Van Nest LLP

                                        By: */s/ Matthias Kamber*
                                            Matthias Kamber

                                        *Attorneys for Defendant*
                                        GOOGLE, INC.

1
JOINT STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
KEY TO JOINT FILING RE RULE 706 EXPERT WITNESSES (DKT. NO. 234)
CASE NO. CV 10-03561 WHA

**ATTESTATION OF FILER**

I, Meredith Dearborn, have obtained Mr. Kamber's concurrence to file this document on his behalf.

Dated: July 29, 2011                              BOIES, SCHILLER & FLEXNER LLP

By: */s/ Meredith Dearborn*
     Meredith Dearborn

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.