| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| 710 Sansome Street | 101 Second St., Suite 2300 |
| San Francisco, CA 94111-1704 | San Francisco, CA 94105 |
| Telephone: 415. 391.5400 | Tel: 415.318.1200 |
| Facsimile: 415.397.7188 | Fax: 415.318.1300 |
| | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ballon@gtlaw.com |
| | HEATHER MEEKER - #172148 |
| sweingaertner@kslaw.com | meekerh@gtlaw.com |
| ROBERT F. PERRY | GREENBERG TRAURIG, LLP |
| rperry@kslaw.com | 1900 University Avenue |
| BRUCE W. BABER (*Pro Hac Vice*) | East Palo Alto, CA 94303 |
| 1185 Avenue of the Americas | Tel: 650. 328.8500 |
| New York, NY 10036 | Fax: 650.328-8508 |
| Tel: 212.556.2100 | |
| Fax: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | Judge: Hon. William H. Alsup |
| GOOGLE INC., | Date Comp. Filed: October 27, 2010 |
| Defendant. | Trial Date: October 31, 2011 |

1    Notice is hereby given of the change of address for Keker & Van Nest LLP, counsel for

2  Defendant Google Inc.  The new address and affected attorneys are:

3    Robert A. Van Nest
     Christa M. Anderson
4    Michael Kwun
     Matthias Kamber
5    Daniel Purcell
     Eugene Paige
6    Keker & Van Nest LLP
     633 Battery Street
7    San Francisco, CA 94111-1809

8    This change is effective August 1, 2011. The phone numbers and email addresses remain

9  the same.

10  Dated:  July 29, 2011                                        KEKER & VAN NEST LLP

11

12
                                                          By: s/ Robert A. Van Nest
13                                                            ROBERT A. VAN NEST
                                                              Attorneys for Defendant
14                                                            GOOGLE INC.