United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA  (DMR) |
| Plaintiff, | **ORDER GRANTING DEFENDANT ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 241)** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| _____/ | |

    Before this Court is Plaintiff Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of the Parties' Joint Letter [Docket No. 241].  Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion.

    IT IS SO ORDERED.

Dated: July 29, 2011

_____
DONNA M. RYU
United States Magistrate Judge