1  [counsel listed on signature page]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11  ORACLE AMERICA, INC.              CASE NO. CV 10-03561 WHA (DMR)
12           Plaintiff,               **STIPULATION AND [PROPOSED]**
                                      **ORDER TO EXTEND FACT**
13        v.                          **DISCOVERY CUT-OFF AND DUE**
                                      **DATES FOR EXPERT REPORTS**
14  GOOGLE INC.
                                      Judge: Honorable William Alsup
15           Defendant.

**STIPULATION**

WHEREAS, fact discovery in this case is scheduled to close on July 29, 2011;

WHEREAS, the parties have diligently attempted to complete all fact discovery by July 29, 2011, and will have completed the bulk of fact discovery by that deadline: (1) Oracle will have completed nine individual depositions (out of ten originally allotted) and ten 30(b)(6) deposition topics (out of fifteen); (2) Google will have completed eight individual depositions (out of ten) and nine 30(b)(6) depositions (out of fifteen); (3) Oracle will have produced approximately 5 million documents; and (4) Google will have produced approximately 4.1 million documents (20 million pages);

WHEREAS, the parties acknowledge that despite their efforts, each party will have a limited amount of discovery to complete after July 29: (1) Oracle will need to complete one individual deposition of its original allotment of ten; three additional two-hour depositions permitted by Magistrate Judge Ryu pursuant to her Order of July 21, 2011; and five 30(b)(6) deposition topics; (2) Google will need to complete two individual depositions and six 30(b)(6) deposition topics; and (3) each party will need to complete its document production, produce final privilege logs, and supplement written discovery responses as necessary;

WHEREAS, the parties agree that a limited extension of deposition discovery to August 15, 2011, would allow the parties to complete already-noticed depositions, except that the depositions of senior executives may need to be scheduled up to August 31, 2011;

WHEREAS, the parties agree that a limited extension of document discovery to August 15, 2011, would allow the parties to complete their productions, with the bulk of remaining documents to be produced by August 5, 2011, and privilege logs and any additional remaining documents to be provided by August 15, 2011;

WHEREAS, the parties agree that a limited extension to August 1, 2011, of the time for supplementing interrogatory responses (other than those that relate to copyright infringement), would allow the parties to finalize their responses;

1    WHEREAS, opening expert reports on non-damages issues are due on July 29, 2011;

2 opposition reports are due fourteen days after the opening reports; reply reports are due seven

3 days after the opposition reports; and expert discovery closes fourteen days after the reply reports;

4    WHEREAS, the parties agree that an extension to August 8, 2011, of the due date for

5 opening expert reports on patent-related issues would permit the experts to incorporate additional

6 discovery materials into their reports;

7    WHEREAS, the parties acknowledge and agree that the limited extensions of fact

8 discovery set forth above, and an extension of the due date for opening expert reports on patent-

9 related issues to August 8, 2011, will not affect, delay, or push back any other deadlines in this

10 case; and

11    WHEREAS, there have been no previous requests by the parties to extend the fact

12 discovery cut-off or the due dates for expert reports.

13    **NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

14    1.    Deposition discovery in this case shall be extended to August 15, 2011, for the

15 limited purpose of completing depositions already noticed, except that the depositions of senior

16 executives may be scheduled up to August 31, 2011, if necessary.

17    2.    Document discovery in this case shall be extended to August 15, 2011, with the

18 bulk of remaining documents to be produced by August 5, 2011, and privilege logs and any

19 additional remaining documents to be provided by August 15, 2011.

20    3.    The time for supplementing interrogatory responses (other than those that relate to

21 copyright infringement) shall be extended to August 1, 2011.

22    4.    No additional discovery of any kind shall be served and no additional depositions

23 shall be noticed. ~~Discovery motions shall be filed in the time provided by Civil Local Rule 37-3~~

24 ~~following August 15, 2011.~~

25    5.    On patent-related issues, opening expert reports shall be served by August 8, 2011.

26 The dates for opposition reports, reply reports, and the close of expert discovery shall be triggered

27 by the August 8, 2011 date and shall follow the time periods specified in Paragraph 8 of the

28

STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS
CASE NO. CV 10-03561 WHA (DMR)
pa-1476912

2

1 | Court's November 19, 2010 Case Management Order. The due dates for expert reports on
2 | copyright-related issues remain unaffected.

3 |       6.    No other deadlines in this case will be affected by the foregoing extensions. The
4 | parties will not use these extensions to argue for a delay of the trial date or any other deadlines in
5 | this case. **Specifically, the deadline for filing discovery motions shall not be extended and**
6 | **shall remain as before.**

7 |                            **ORDER**

8 | The foregoing stipulation is approved, and IT IS SO ORDERED **AS MODIFIED.**

*IT IS SO ORDERED AS MODIFIED* — Judge William Alsup

11 | Date: August 1, 2011.                                                          
12 |                                                      Honorable [ ... ]
                                                     Judge of [ ... ] States District Court

| | | |
|---|---|---|
| 1 | Dated: July 28, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Michael A. Jacobs*<br>      Michael A. Jacobs |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com<br>755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com<br>333 Main Street |
| 12 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612<br>Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600) |
| 20 | | matthew.sarboraria@oracle.com<br>500 Oracle Parkway |
| 21 | | Redwood City, CA  94065<br>Telephone: (650) 506-5200 |
| 22 | | Facsimile: (650) 506-7114 |
| 23 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS
CASE NO. CV 10-03561 WHA (DMR)
pa-1476912

4

| | | |
|---|---|---|
| 1 | Dated: July 28, 2011 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: */s/ Robert A. Van Nest*<br>Robert A. Van Nest |
| 4 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 5 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 6 | | canderson@kvn.com<br>710 Sansome Street |
| 7 | | San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| 10 | | sweingaertner@kslaw.com<br>ROBERT F. PERRY |
| 11 | | rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*) |
| 12 | | bbaber@kslaw.com<br>1185 Avenue of the Americas |
| 13 | | New York, NY 10036-4003<br>Telephone: (212) 556-2100 |
| 14 | | Facsimile: (212) 556-2222 |
| 15 | | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. (SBN 112279) |
| 16 | | fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323) |
| 17 | | csabnis@kslaw.com<br>101 Second Street - Suite 2300 |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 19 | | Facsimile: (415) 318-1300 |
| 20 | | GREENBERG TAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 21 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 22 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 23 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 24 | | Facsimile: (650) 328-8508 |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS
CASE NO. CV 10-03561 WHA (DMR)
pa-1476912

5

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS. In compliance with General Order 45, X.B., I hereby attest that Michael A. Jacobs and Robert A. Van Nest have concurred in this filing.

Date: July 28, 2011        */s/ Daniel P. Muino*
                                    Daniel P. Muino