# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.** C-10-03561-WHA  (DMR)

**CASE NAME:** Oracle America Inc. v. Google Inc.

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: Frances Stone for  **Ivy L. Garcia** |
| **DATE**: August 1, 2011   **TIME:** 9:41am-10:45am | **COURT REPORTER**: <u>Raynee Mercado</u> |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Andrew Temkin | Bruce Baber |
| Fred Norton | Scott Weingaertner |
| | Christopher Carnaval |
| | Renny Hwang |
| | Rachel Claflin |

## **PROCEEDINGS**

☐   SETTLEMENT CONFERENCE

☐   FURTHER SETTLEMENT CONFERENCE

[X]   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

☐   TELEPHONIC CONFERENCE RE:

☐   OTHER:

CASE CONTINUED TO:_____FOR_____

NOTES: <u>Discussion with counsel regarding Discovery dispute. Following the hearing counsel to meet and confer in courthouse to resolve dispute and contact clerk regarding going back on the record today if resolved. As of 1:00pm counsel finished for the day and will continue meeting and conferring tomorrow at their offices.</u>

cc:       Chambers