| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| 633 Battery Street | 101 Second St., Suite 2300 |
| San Francisco, CA 94111-1809 | San Francisco, CA 94105 |
| Telephone: 415.391.5400 | Telephone: 415.318.1200 |
| Facsimile: 415.397.7188 | Facsimile: 415.318.1300 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | IAN C. BALLON - #141819 |
| sweingaertner@kslaw.com | ballon@gtlaw.com |
| ROBERT F. PERRY | HEATHER MEEKER - #172148 |
| rperry@kslaw.com | meekerh@gtlaw.com |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY 10036 | Telephone: 650.328.8500 |
| Telephone: 212.556.2100 | Facsimile: 650.328.8508 |
| Facsimile: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF PLAINTIFF ORACLE AMERICA'S AMENDED COMPLAINT**<br><br>Judge: Hon. William Alsup<br><br>Hearing: 2:00 p.m., September 15, 2011 |

I, Michael S. Kwun, declare as follows:

1. I am of counsel at the law firm of Keker & Van Nest LLP, counsel to Google Inc. in the present case. I submit this declaration in support of Defendant Google Inc.'s Motion for Summary Judgment on Count VIII of Plaintiff Oracle America, Inc.'s Amended Complaint. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit A. Plaintiff's Amended Complaint for Patent and Copyright Infringement (without exhibits), filed on October 27, 2010.

    Exhibit B. Exhibit H to Plaintiff's Amended Complaint for Patent and Copyright Infringement, filed on October 27, 2010.

    Exhibit C. Excerpts from Plaintiff's Supplemental Responses to Defendant's Interrogatories, Set No. 1 (Interrogatories Nos. 1-10), served on July 29, 2011.

    Exhibit D. Exhibits A-E to Plaintiff's Responses to Defendant's Interrogatories, Set No. 1 (Interrogatories Nos. 1-10), served on or about January 6, 2011.

    Exhibit E. Excerpts from the transcript of proceedings in this case on February 9, 2011.

    Exhibit F. Excerpts from the Court's July 22, 2011 Order Granting In Part Motion to Strike Damage Report of Plaintiff Expert Iain Cockburn.

    Exhibit G. The September 20, 1994 Prepared Testimony of Sun Microsystems, Inc.'s Chief Technical Officer to the Senate Judiciary Committee, Antitrust, Technology and Law Subcommittee, as reported by the Federal News Service and downloaded from Lexis-Nexis.

    Exhibit H. A document titled, "PROPOSAL : Apache Harmony - J2SE 5 Project," downloaded from http://mail-

|   |   |
|---|---|
| | archives.apache.org/mod_mbox/harmony-dev/200505.mbox/%3C3923A844-DEC5-4CC2-ADED-B1F144BB6AF5@apache.org%3E. |
| Exhibit I. | A document titled, "Apache Harmony - Compatibility goals in the Apache Harmony Classlib," downloaded from http://harmony.apache.org/subcomponents/classlibrary/compat.html. |
| Exhibit J. | A document titled, "Apache Harmony - Frequently Asked Questions," downloaded from http://harmony.apache.org/faq.html. |
| Exhibit K. | A document titled, "GNU Classpath Hacker's Guide: GNU Classpath Hacker's Guide," downloaded from http://www.gnu.org/software/classpath/docs/cp-hacking.html. |
| Exhibit L. | A document dated November 5, 2007, titled "Jonathan's Blog." |
| Exhibit M. | A document dated November 5, 2007, titled "Is a Java power play lurking beneath Google's Open Handset Alliance? | ZDNet," downloaded from http://www.zdnet.com/blog/btl/is-a-java-power-play-lurking-beneath-googles-open-handset-alliance/6900. |
| Exhibit N. | Counsel for Oracle's February 18, 2011 letter to the Court in opposition to Google's request for leave to file a motion for summary judgment on Oracle's copyright infringement claim. |
| Exhibit O. | Excerpts from Plaintiff's Responses to Defendant's Interrogatories, Set No. 1 (Interrogatories Nos. 1-10), served on or about January 6, 2011. |

3. No exhibits were attached to Plaintiff's Supplemental Responses to Defendant's Interrogatories (Exhibit C to this declaration), so I understand the references therein to Exhibits A-E to refer to the exhibits to Plaintiff's original responses to those interrogatories (Exhibit D to this declaration).

1    I declare under penalty of perjury that the foregoing facts are true and correct.
2 Executed on August 1, 2011 in San Francisco, California.

                                              /s/ Michael S. Kwun
                                              Michael S. Kwun