# EXHIBIT B

# EXHIBIT H

Case3:10-cv-03561-WHA Document36-8 Filed10/27/10 Page2 of 11

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America




TX 6-196-514

EFFECTIVE DATE OF REGISTRATION

04 (Month) 20 (Day) 2005 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**

Java 2 Standard Edition 1.4

**PREVIOUS OR ALTERNATIVE TITLES ▼**

J2SE 1.4, Java 2 Platform, Standard Edition, v 1.4, Java 2 Standard Edition Software Development Kit 1.4, SDK 1.4

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ____ / Domiciled in ▶ United States }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**NAME OF AUTHOR ▼**

b (SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ____ / Domiciled in ▶ ____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** *-2004-2002 ◀ Year. This information must be given in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ February Day ▶ 13 Year ▶ 2002
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED APR 20 2005

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED APR 20 2005

FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

*Amended by C O Authority of Susanne Morales from phone call on 07/26/2005

EXAMINED BY jk

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is 'Yes' why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give Previous Registration Number ▶ (See Form TX/CON for Previous Registrations) Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View CA 94041

Area code and daytime telephone number ▶ (650) 335 7182 Fax number ▶ (650) 938 5200

Email ▶ igonzalez@fenwick com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sun Microsystems Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Marilyn E Glaubensklee, Assistant General Counsel Date ▶ 4/15/05

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Susanne S Morales Paralegal / Fenwick & West LLP |
| Number/Street/Apt ▼ | 801 California Street |
| City/State/ZIP ▼ | Mountain View, CA 94041 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Case3:10-cv-03561-WHA Document36-8 Filed10/27/10 Page4 of 11

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-196-514

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application**
  **Space B is not applicable to Short Forms**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

04 (Month) 20 (Day) 2005 (Year)

CONTINUATION SHEET RECEIVED APR 20 2005

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY

**A — Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.

- TITLE (Give the title as given under the heading "Title of this Work in Space 1 of the basic form )

Java 2 Standard Edition 1.4

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

Sun Microsystems, Inc , 4150 Network Circle, Santa Clara, CA 95054

**B — Continuation of Space 2**

**d** NAME OF AUTHOR ▼ (SEE SPACE C)

DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the*

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 2b

**C**
**Continuation of other Spaces**

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudonymous | Nature of Contribution |
|---|---|---|---|---|---|
| CNS Publishing Inc | Yes | United States | Yes | No | Text of Documentation Illustrations |
| Mary Dageforde dba Dageforde Consulting | Yes | United States | Yes | No | Text of Documentation |
| Chet Haase | No | United States | Yes | No | Computer code |
| PrO Unlimited, Inc | Yes | United States | Yes | No | Computer code Text of Documentation |
| Select Appointments (Holdings) PLC dba New Boston Systems Accountant s Inc AccountPros | Yes | United States | Yes | No | Computer code |
| Warewolf Technologies Inc | Yes | United States | Yes | No | Computer code |
| ZAO Elbrus MCST | Yes | Russia | Yes | No | Computer code |

☑ Space 5

| Previous Registration No | Year of Registration |
|---|---|
| TX 5 271 787 | 2000 |
| TX 5 316 757 | 2000 |
| TX 5 316-758 | 2000 |
| TX 5-359 984 | 2001 |
| TX 5 359 985 | 2001 |
| TX 5 359 986 | 2001 |
| TX 5 359 987 | 2001 |
| TX 5 392 885 | 2001 |

**Certificate will be mailed in window envelope to this address**

Name ▼
Susanne S Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**D**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-066-538

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 12 | 20 | 2004 |

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**

Java 2 Standard Edition, Version 5.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**
J2SE 5 0, Java 2 Platform, Standard Edition, Version 5.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a NAME OF AUTHOR ▼**
Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b NAME OF AUTHOR ▼**
(SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▶ September Day ▶ 30 Year ▶ 2004
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED DEC 20 2004
ONE DEPOSIT RECEIVED DEC 20 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions
Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4 pages

Case3:10-cv-03561-WHA Document36-2 Filed10/27/10 Page7 of 11

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work as shown by space 6 on this application

(SEE FORM TX/CON FOR PREVIOUS REGISTRATIONS)

If your answer is Yes give Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Area code and daytime telephone number ▶ (650) 335-7182

Fax number ▶ (650) 938-5200

Email ▶ igonzalez@fenwick com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sun Microsystems, Inc

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Marilyn E Glaubensklee, Assistant General Counsel

Date ▶ 12/17/04

Handwritten signature (X) ▼

X Marilyn E Glaubensklee

**9**

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Susanne S Morales, Paralegal / Fenwick & West LLP |
| Number/Street/Apt ▼ |
| 801 California Street |
| City/State/ZIP ▼ |
| Mountain View, CA 94041 |

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559 6222

Fees are subject to change For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Case3:10-cv-03561-WHA Document36-8 Filed10/27/10 Page8 of 11

# CONTINUATION SHEET FOR APPLICATION FORMS

Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-066-538



- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- **Space A of this sheet is intended to identify the basic application**
  **Space B is a continuation of Space 2 on the basic application**
  **Space B is not applicable to Short Forms**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA**

PA | PAU | SE | SEG | SEU | SR | SRU | TX (circled) | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

12 20 2004
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
DEC 20 2004

Page 3 of 4 pages

**DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY**

## A Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form )

Java 2 Standard Edition, Version 5 0

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA )

Sun Microsystems, Inc , 4150 Network Circle, Santa Clara, CA 95054

## B Continuation of Space 2

**d** NAME OF AUTHOR ▼ (SEE SPACE C)
DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born▼ Year Died▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____
WAS THIS AUTHOR S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the*

Case3:10-cv-03561-WHA Document36-8 Filed10/27/10 Page9 of 11

CONTINUATION OF (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6 ☑ Space 2b

**C**
**Continuation of other Spaces**

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudonymous | Nature of Contribution |
|---|---|---|---|---|---|
| Comsys | Yes | United States | Yes | Yes | Computer code and Text of documentation |
| PrOUnlimited, Inc | Yes | United States | Yes | Yes | Text of documentation |
| TelTech International Corp | Yes | United States | Yes | Yes | Computer code |
| The Carl Group | Yes | United States | Yes | Yes | Text of documentation |
| ZAO Elbrus MCST | Yes | United States | Yes | Yes | Computer code and Text of documentation |

☑ **Space 5**

| Previous Registration No | Year of Registration |
|---|---|
| TX 5-271-787 | 2000 |
| TX 5-316-757 | 2000 |
| TX 5-316-758 | 2000 |
| TX 5-359-984 | 2001 |
| TX 5-359-985 | 2001 |
| TX 5-359-986 | 2001 |
| TX 5-359-987 | 2001 |
| TX 5-392-885 | 2000 |

**Certificate will be mailed in window envelope to this address**

Name ▼
Susanne S Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

**YOU MUST:**
Complete all necessary spaces
Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

**MAIL TO:**
Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559 6000

**D**

Fees are subject to change
For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707 3000

Certificate of Registration







This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

REGISTRATION NUMBER

TX 6-143-306




| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

FEB 2 2005

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work ▼**

Java 2 Standard Edition, Version 5.0

**Registration Number of the Basic Registration ▼**

TX 6-066-538

**Year of Basic Registration ▼**

2004

**Name(s) of Author(s) ▼** Sun Microsystems, Inc.

Comsys The Carl Group
PrO Unlimited ZAO Elbrus MCST
TelTech International Corp.

**Name(s) of Copyright Claimant(s) ▼**

Sun Microsystems, Inc.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ______ Line Heading or Description ______

**Incorrect Information as It Appears in Basic Registration ▼**

**Corrected Information ▼**

**Explanation of Correction ▼**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 1 Line Heading or Description Title Of The Work

**Amplified Information and Explanation of Information ▼**

The following titles were inadvertently omitted from the basic registration and should be added as alternative titles of the work:

Java 2 Standard Edition 5.0 Development Kit
Java 2 Platform Standard Edition 5.0 Development Kit
J2SE Development Kit
JDK 5.0

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Case3:10-cv-03561-WHA Document36-8 Filed10/07/10 Page11 of 11

FORM CA RECEIVED

FORM CA

FEB. 0 2 2005

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Continuation of:** ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Ines Gonzalez, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Phone (650) 335-7182 Fax (650) 938-5200 Email igonzalez@fenwick.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☑ duly authorized agent of Sun Microsystems, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name** ▼ Marilyn E. Glaubensklee, Assistant General Counsel **Date** ▼ 1/31/05

**Handwritten signature (X)** ▼ Marilyn E. Glaubensklee

**Certificate will be mailed in window envelope to this address:**

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.