# EXHIBIT C

1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
3   mdpeters@mofo.com
    DANIEL P. MUINO (Bar No. 209624)
4   dmuino@mofo.com
    755 Page Mill Road
5   Palo Alto, CA  94304-1018
    Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
    BOIES, SCHILLER & FLEXNER LLP
7   DAVID BOIES (Admitted *Pro Hac Vice*)
    dboies@bsfllp.com
8   333 Main Street
    Armonk, NY  10504
9   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
10  sholtzman@bsfllp.com
    1999 Harrison St., Suite 900
11  Oakland, CA  94612
    Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
    ORACLE CORPORATION
13  DORIAN DALEY (Bar No. 129049)
    dorian.daley@oracle.com
14  DEBORAH K. MILLER (Bar No. 95527)
    deborah.miller@oracle.com
15  MATTHEW M. SARBORARIA (Bar No. 211600)
    matthew.sarboraria@oracle.com
16  500 Oracle Parkway
    Redwood City, CA  94065
17  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.
19

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22                SAN FRANCISCO DIVISION

23  ORACLE AMERICA, INC.            Case No. CV 10-03561 WHA

24              Plaintiff,          **PLAINTIFF'S SUPPLEMENTAL
                                    RESPONSES TO DEFENDANT'S
25       v.                         INTERROGATORIES, SET NO. 1
                                    (INTERROGATORY NOS. 1-10)**
26  GOOGLE INC.
                                    **MAY CONTAIN GOOGLE HIGHLY
27              Defendant.          CONFIDENTIAL – ATTORNEYS'
                                    EYES ONLY INFORMATION**
28

**INTERROGATORY NO. 2:**

State in detail Oracle's factual bases for its claim of direct copyright infringement, specifically including a comparison of each element of Java software, including without limitation any class libraries, API packages, method names, class names, definitions, organizational elements, parameters, structural elements, and documentation, to the corresponding Android element, as Oracle did in Exhibit J to its Amended Complaint.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Oracle owns many copyrights in the code, documentation, specifications, libraries, and other materials that comprise the Java platform.  As new versions of the Java platform were developed and the materials revised, the copyrights were registered with the United States Copyright Office, including TX0004416302; TX0004326014; TX0004616088; TX0005271787; TX0005316757; TX0005316758; TX0005359984; TX0005359985; TX0005359986; TX0005359987; TX0005392885; TX0006066538; TX0006143306; TX0006196514; and TX0006848555.  Google has infringed Oracle's copyrights.

Android Application Programmer Interface (API) package specifications (whether or not from the Apache Harmony project) that correspond to Oracle's Java API specifications are unauthorized copying or making a derivative work, and Google's unauthorized copying and distribution of them is copyright infringement.  A comparison of Android's API package specifications (available at http://developer.android.com/reference/packages.html) with Oracle's copyrighted Java API package specifications (for example, available at http://download.oracle.com/javase/1.5.0/docs/api/, http://download.oracle.com/javase/1.4.2/docs/api/, and http://download.oracle.com/javase/1.3/docs/api/)[9] demonstrates that the following Android package specifications are derived from or substantially similar to Oracle's copyrighted Java API package specifications:

---

[9] Oracle's copyright infringement claim applies to all versions of Oracle's Java API specifications and reference implementations from which Android derives, which include J2SE 1.2, J2SE 1.3, J2SE 1.4, and J2SE 5.0.

1.    java.awt.font

2.    java.beans

3.    java.io

4.    java.lang

5.    java.lang.annotation

6.    java.lang.ref

7.    java.lang.reflect

8.    java.net

9.    java.nio

10.    java.nio.channels

11.    java.nio.channels.spi

12.    java.nio.charset

13.    java.nio.charset.spi

14.    java.security

15.    java.security.acl

16.    java.security.cert

17.    java.security.interfaces

18.    java.security.spec

19.    java.sql

20.    java.text

21.    java.util

22.    java.util.jar

23.    java.util.logging

24.    java.util.prefs

25.    java.util.regex

26.    java.util.zip

27.    javax.crypto

28.    javax.crypto.interfaces

29.  javax.crypto.spec

30.  javax.net

31.  javax.net.ssl

32.  javax.security.auth

33.  javax.security.auth.callback

34.  javax.security.auth.login

35.  javax.security.auth.x500

36.  javax.security.cert

37.  javax.sql

Some Android package API specifications are substantially similar to selected portions of some of the Oracle Java API package specifications (*e.g.,* java.awt.font, java.beans) while other Android package API specifications are substantially similar to complete portions of other Oracle Java API package specifications (*e.g.,* java.io, java.lang, java.net, java.nio, java.security, java.sql, java.text).  Exhibits A-E are illustrative examples.[10]

The Android source and object code (whether or not from the Apache Harmony project) that purports to implement Oracle's Java API specifications is unauthorized derivative work, and Google's unauthorized copying and distribution of it is copyright infringement.  *See, e.g.*, "What is Android?" (available at http://developer.android.com/guide/basics/what-is-android.html ("Android includes a set of core libraries that provides most of the functionality available in the core libraries of the Java programming language.")); Package Index (available at http://developer.android.com/reference/packages.html), including those API packages listed above, and subsidiary webpages; and source code and documentation files available in:[11]

---

[10]  The illustrative examples are taken from http://download.oracle.com/javase/1.5.0/docs/api/ and http://developer.android.com/reference/packages.html.

[11]  Google continues to modify the source code available through http://android.git.kernel.org.  Such changes are subject to the discovery Oracle has propounded on Google.  In any event, the cited source code examples are taken from http://android.git.kernel.org/.  The citations are shortened and mirror the file paths shown in http://android.git.kernel.org/.  For example, "dalvik\vm\native\InternalNative.c" maps to "[platform/dalvik.git] / vm / native / InternalNative.c" (accessible at http://android.git.kernel.org/?p=platform/dalvik.git;a=blob;f=vm/native/InternalNative.c) before modification by Google.

For Android 2.2 ("Froyo"):

- dalvik\libcore\security\src\main\java\java\security;
- dalvik\libcore\security\src\main\java\javax\security\cert;
- dalvik\libcore\security\src\main\java\org\apache\harmony\security;
- dalvik\libcore\luni\src\main\java\java;
- dalvik\libcore\luni\src\main\java\org\apache\harmony\luni;
- dalvik\libcore\luni-kernel\src\main\java\java\lang;
- dalvik\libcore\luni-kernel\src\main\java\org\apache\harmony\kernel;
- dalvik\libcore\luni-kernel\src\main\java\org\apache\harmony\lang;
- dalvik\libcore\nio\src\main\java\java.

For Android 2.3 ("Gingerbread"):

- libcore\luni\src\main\java\java\security;
- libcore\luni\src\main\java\javax\security\cert;
- libcore\luni\src\main\java\org\apache\harmony\security;
- libcore\luni\src\main\java\java;
- libcore\luni\src\main\java\org\apache\harmony\luni;
- libcore\luni\src\main\java\java\lang;
- libcore\luni\src\main\java\org\apache\harmony\kernel;
- libcore\luni\src\main\java\org\apache\harmony\lang;
- libcore\luni\src\main\java\java\nio.

Google has created and distributed infringing works written in native code, in addition to Java code, that derive from Oracle's copyrighted works. For example, Google makes and distributes dalvik\vm\native\java_lang_Class.c, which is based on Oracle's java.lang.Class specification. Other examples include:

- dalvik\vm\native\java_lang_Object.c
- dalvik\vm\native\java_lang_reflect_AccessibleObject.c;
- dalvik\vm\native\java_lang_reflect_Array.c;
- dalvik\vm\native\java_lang_reflect_Constructor.c;

1        •        dalvik\vm\native\java_lang_reflect_Field.c;

2        •        dalvik\vm\native\java_lang_reflect_Method.c;

3        •        dalvik\vm\native\java_lang_reflect_Proxy.c;

4        •        dalvik\vm\native\java_lang_Runtime.c;

5        •        dalvik\vm\native\java_lang_String.c;

6        •        dalvik\vm\native\java_lang_System.c;

7        •        dalvik\vm\native\java_lang_Throwable.c;

8        •        dalvik\vm\native\java_lang_VMClassLoader.c;

9        •        dalvik\vm\native\java_lang_VMThread.c; and

10        •        dalvik\vm\native\java_security_AccessController.c.

11        *See also, e.g.,* source code files in libcore\luni\src\main\native; libcore\luni-

12 kernel\src\main\native.

13        Google's Android videos directly reference inclusion of Java libraries in Android, *e.g.*:

14        •        Google Presentation, entitled "Android: Securing a Mobile Platform from the

15 Ground Up," presented by Rich Cannings (Google's Android Team) at the Usenix 18th Security

16 Symposium (Aug. 12, 2010), available at http://www.usenix.org/events/sec09/tech/.

17        •        Google I/O 2010 Video, entitled "A JIT Compiler for Android's Dalvik VM,"

18 presented by Ben Cheng and Bill Buzbee (Google's Android Team), available at

19 http://developer.android.com/videos/index.html#v=Ls0tM-c4Vfo.

20        •        Google I/O 2008 Video, entitled "Dalvik Virtual Machine Internals," presented by

21 Dan Bornstein (Google Android Project), available at

22 http://developer.android.com/videos/index.html#v=ptjedOZEXPM.

23        Moreover, Google admits that Android incorporates a subset of Apache Harmony, which

24 it asserts is "an implementation of Sun's Java."  (*See, e.g.,* Google's Amended Counterclaims

25 ¶¶ 6-7, 13.)

26        Google has distributed by way of Android and Android-related websites source and object

27 code derived from or substantially similar to Oracle's source code or to decompiled Oracle object

28 code, including:

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclEntryImpl.java

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclImpl.java

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/GroupImpl.java

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/OwnerImpl.java

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/PermissionImpl.java

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/PrincipalImpl.java

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/cert/PolicyNodeImpl.java

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclEnumerator.java (which was obtained by decompiling Oracle's /sun/security/acl/AclEnumerator.class)

- /dalvik/libcore/luni/src/main/java/java/util/TimSort.java contains a method, rangeCheck, copied from Oracle's java/util/Arrays.java

- /dalvik/libcore/luni/src/main/java/java/util/ComparableTimSort.java contains a method, rangeCheck, copied from Oracle's java/util/Arrays.java

- /dalvik/libcore/security/src/test/java/org/apache/harmony/security/tests/java/security/CodeSourceTest.java contains comments copied from Oracle's /java/security/CodeSource.java

- /dalvik/libcore/security/src/test/java/tests/security/cert/CollectionCertStoreParametersTest.java contains comments copied from Oracle's /java/security/cert/CollectionCertStoreParameters.java

1    Additional supporting evidence of Google's copyright infringement can be found at, *e.g.*,

2    GOOGLE-00296156-75; GOOGLE-00296453-60; GOOGLE-00296959-61; GOOGLE-

3    00296500-03; GOOGLE-00296507; GOOGLE-00297265; GOOGLE-00297033-38, GOOGLE-

4    00297252-57, GOOGLE-00297361-65 and similar questionnaires signed by other developers;

5    GOOGLE-00296203-07; GOOGLE-00296498-99; GOOGLE-00296523-24; GOOGLE-

6    00296525-26; GOOGLE-00297075-76; GOOGLE-00392221-24; GOOGLE-00392197;

7    GOOGLE-00392204-12; GOOGLE-00392198-203; GOOGLE-00392213-16; GOOGLE-

8    00392183-94; GOOGLE-00392181-82; GOOGLE-00392178-80; GOOGLE-02-00081462;

9    GOOGLE-03-00075095; GOOGLE-01-00029843-45; GOOGLE-01-00026813; GOOGLE-02-

10   00018744; GOOGLE-01-00025454; GOOGLE-01-00023889.

11   Discovery is ongoing, and Oracle has not yet completed its investigation of the documents

12   and facts relevant to the claims and defenses asserted in this action.  Accordingly, Oracle's

13   responses are based on the information reasonably available at this time and Oracle will

14   supplement this response as appropriate under the Federal Rules of Civil Procedure.

15   **INTERROGATORY NO. 3:**

16   State in detail Oracle's factual bases for each element of indirect copyright infringement,

17   specifically including an identification of any direct infringement and a description of the acts of

18   the alleged indirect infringer that contribute to or are inducing that direct infringement.

19   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

20   The factual bases for Oracle's indirect copyright infringement claim include facts

21   demonstrating Google's direct infringement (discussed in responses to Interrogatory Nos. 2 and

22   6); facts demonstrating that Google's infringement was done with knowledge of Oracle's

23   copyrights (discussed in response to Interrogatory No. 4); and facts demonstrating that users of

24   the Android Platform must copy and use portions of the Java Platform to manufacture and

25   distribute Android devices (discussed in response to Interrogatory No. 7).  Google actively and

26   explicitly encourages the widespread adoption and implementation of the Android Platform by

27   device manufacturers, service providers, software companies, and application developers.  *See*,

28   *e.g.,* developer.android.com.  Google distributes the Android Platform through the Open Handset

1 **INTERROGATORY NO. 5:**

2       Identify with specificity all Android computer program code (or other materials) that

3 Oracle contends was directly copied from Oracle code (or other materials) and the Oracle code

4 (or other materials) from which Oracle contends the Android code or other materials were copied.

5 **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

6       Android Application Programmer Interface (API) package specifications (whether or not

7 from the Apache Harmony project) that correspond to Oracle's Java API specifications are

8 unauthorized derivative work, and Google's unauthorized copying and distribution of them is

9 copyright infringement.  A comparison of Android's API package specifications (available at

10 http://developer.android.com/reference/packages.html) with Oracle's copyrighted Java API

11 package specifications (for example, available at

12 http://download.oracle.com/javase/1.5.0/docs/api/,

13 http://download.oracle.com/javase/1.4.2/docs/api, and

14 http://download.oracle.com/javase/1.3/docs/api/) demonstrates that the following Android

15 package specifications are derived from or substantially similar to Oracle's copyrighted Java API

16 package specifications:

17         1.     java.awt.font

18         2.     java.beans

19         3.     java.io

20         4.     java.lang

21         5.     java.lang.annotation

22         6.     java.lang.ref

23         7.     java.lang.reflect

24         8.     java.net

25         9.     java.nio

26        10.     java.nio.channels

27        11.     java.nio.channels.spi

28        12.     java.nio.charset

| | | |
|---|---|---|
| 1 | 13. | java.nio.charset.spi |
| 2 | 14. | java.security |
| 3 | 15. | java.security.acl |
| 4 | 16. | java.security.cert |
| 5 | 17. | java.security.interfaces |
| 6 | 18. | java.security.spec |
| 7 | 19. | java.sql |
| 8 | 20. | java.text |
| 9 | 21. | java.util |
| 10 | 22. | java.util.jar |
| 11 | 23. | java.util.logging |
| 12 | 24. | java.util.prefs |
| 13 | 25. | java.util.regex |
| 14 | 26. | java.util.zip |
| 15 | 27. | javax.crypto |
| 16 | 28. | javax.crypto.interfaces |
| 17 | 29. | javax.crypto.spec |
| 18 | 30. | javax.net |
| 19 | 31. | javax.net.ssl |
| 20 | 32. | javax.security.auth |
| 21 | 33. | javax.security.auth.callback |
| 22 | 34. | javax.security.auth.login |
| 23 | 35. | javax.security.auth.x500 |
| 24 | 36. | javax.security.cert |
| 25 | 37. | javax.sql |

26    Some Android package API specifications are substantially similar to selected portions of

27 some of the Oracle Java API package specifications (*e.g.,* java.awt.font, java.beans) while other

28 Android package API specifications are substantially similar to complete portions of other Oracle

1   Java API package specifications (*e.g.,* java.io, java.lang, java.net, java.nio, java.security, java.sql,

2   java.text).

3         The Android source and object code (whether or not from the Apache Harmony project)

4   that purports to implement Oracle's Java API specifications is unauthorized derivative work, and

5   Google's unauthorized copying and distribution of it is copyright infringement.  *See, e.g.,*

6   Package Index (available at http://developer.android.com/reference/packages.html), including

7   those API packages listed above, and subsidiary webpages; and source code and documentation

8   files available in:[12]

9   For Android 2.2 ("Froyo"):

10       •     dalvik\libcore\security\src\main\java\java\security;

11       •     dalvik\libcore\security\src\main\java\javax\security\cert;

12       •     dalvik\libcore\security\src\main\java\org\apache\harmony\security;

13       •     dalvik\libcore\luni\src\main\java\java;

14       •     dalvik\libcore\luni\src\main\java\org\apache\harmony\luni;

15       •     dalvik\libcore\luni-kernel\src\main\java\java\lang;

16       •     dalvik\libcore\luni-kernel\src\main\java\org\apache\harmony\kernel;

17       •     dalvik\libcore\luni-kernel\src\main\java\org\apache\harmony\lang;

18       •     dalvik\libcore\nio\src\main\java\java.

19   For Android 2.3 ("Gingerbread"):

20       •     libcore\luni\src\main\java\java\security;

21       •     libcore\luni\src\main\java\javax\security\cert;

22       •     libcore\luni\\src\main\java\org\apache\harmony\security;

23       •     libcore\luni\src\main\java\java;

24

25

26

27

28

---

[12] Google continues to modify the source code available through http://android.git.kernel.org.  Such changes are subject to the discovery Oracle has propounded on Google.  In any event, the cited source code examples are taken from http://android.git.kernel.org/.  The citations are shortened and mirror the file paths shown in http://android.git.kernel.org/.  For example, "dalvik\vm\native\InternalNative.c" maps to "[platform/dalvik.git] / vm / native / InternalNative.c" (accessible at http://android.git.kernel.org/?p=platform/dalvik.git;a=blob;f=vm/native/InternalNative.c) before modification by Google.

1   • libcore\luni\src\main\java\org\apache\harmony\luni;

2   • libcore\luni\src\main\java\java\lang;

3   • libcore\luni\src\main\java\org\apache\harmony\kernel;

4   • libcore\luni\src\main\java\org\apache\harmony\lang;

5   • libcore\luni\src\main\java\java\nio.

6   Google has created and distributed infringing works written in native code, in addition to

7   Java code, that derive from Oracle's copyrighted works.  For example, Google makes and

8   distributes dalvik\vm\native\java_lang_Class.c, which is based on Oracle's java.lang.Class

9   specification.  Other examples include:

10  • dalvik\vm\native\java_lang_Object.c

11  • dalvik\vm\native\java_lang_reflect_AccessibleObject.c;

12  • dalvik\vm\native\java_lang_reflect_Array.c;

13  • dalvik\vm\native\java_lang_reflect_Constructor.c;

14  • dalvik\vm\native\java_lang_reflect_Field.c;

15  • dalvik\vm\native\java_lang_reflect_Method.c;

16  • dalvik\vm\native\java_lang_reflect_Proxy.c;

17  • dalvik\vm\native\java_lang_Runtime.c;

18  • dalvik\vm\native\java_lang_String.c;

19  • dalvik\vm\native\java_lang_System.c;

20  • dalvik\vm\native\java_lang_Throwable.c;

21  • dalvik\vm\native\java_lang_VMClassLoader.c;

22  • dalvik\vm\native\java_lang_VMThread.c; and

23  • dalvik\vm\native\java_security_AccessController.c.

24  *See also, e.g.,* source code files in libcore\luni\src\main\native; libcore\luni-

25  kernel\src\main\native.

26  Google has distributed by way of Android and Android-related websites source and object

27  code derived from or substantially similar to Oracle's source code or to decompiled Oracle object

28  code, including:

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclEntryImpl.java (which is substantially similar to the result of decompiling Oracle's /sun/security/acl/AclEntryImpl.class)

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclImpl.java (which is substantially similar to the result of decompiling Oracle's /sun/security/acl/AclImpl.class)

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/GroupImpl.java (which is substantially similar to the result of decompiling Oracle's /sun/security/acl/GroupImpl.class)

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/OwnerImpl.java (which is substantially similar to the result of decompiling Oracle's /sun/security/acl/OwnerImpl.class)

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/PermissionImpl.java (which is substantially similar to the result of decompiling Oracle's /sun/security/acl/PermissionImpl.class)

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/PrincipalImpl.java (which is substantially similar to the result of decompiling Oracle's /sun/security/acl/PrincipalImpl.class)

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/cert/PolicyNodeImpl.java (which is substantially similar to the result of decompiling Oracle's /sun/security/acl/PolicyNodeImpl.class)

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclEnumerator.java (which was obtained by decompiling Oracle's /sun/security/acl/AclEnumerator.class)

- /dalvik/libcore/luni/src/main/java/java/util/TimSort.java contains a method, rangeCheck, copied from Oracle's java/util/Arrays.java

- /dalvik/libcore/luni/src/main/java/java/util/ComparableTimSort.java contains a method, rangeCheck, copied from Oracle's java/util/Arrays.java

- /dalvik/libcore/security/src/test/java/org/apache/harmony/security/tests/java/security/CodeSourceTest.java contains comments copied from Oracle's /java/security/CodeSource.java

- /dalvik/libcore/security/src/test/java/tests/security/cert/CollectionCertStoreParametersTest.java contains comments copied from Oracle's /java/security/cert/CollectionCertStoreParameters.java

Discovery is ongoing, and Oracle has not yet completed its investigation of the documents and facts relevant to the claims and defenses asserted in this action.  Accordingly, Oracle's responses are based on the information reasonably available at this time and Oracle will supplement this response as appropriate under the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 6:**

State in detail Oracle's factual bases for its contention that approximately one third of Android's Application Programmer Interface (API) packages (available at http://developer.android.com/reference/packages.html) are derivative of Oracle America's copyrighted Java API packages (available at http://download-llnw.oracle.com/javase/1.5.0/docs/api/ and http://download-llnw.oracle.com/javase/1.4.2/docs/api/) and corresponding documents.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

Thirty-seven of Google's Android API package specifications are derived from or substantially similar to Oracle's Java SE API package specifications.  The list of packages includes: java.awt.font, java.beans, java.io, java.lang, java.lang.annotation, java.lang.ref, java.lang.reflect, java.net, java.nio, java.nio.channels, java.nio.channels.spi, java.nio.charset, java.nio.charset.spi, java.security, java.security.acl, java.security.cert, java.security.interfaces, java.security.spec, java.sql, java.text, java.util, java.util.jar, java.util.logging, java.util.prefs, java.util.regex, java.util.zip, javax.crypto, javax.crypto.interfaces, javax.crypto.spec, javax.net, javax.net.ssl, javax.security.auth, javax.security.auth.callback, javax.security.auth.login, javax.security.auth.x500, javax.security.cert, and javax.sql.

1

**CERTIFICATE OF SERVICE**

2

     I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

3

4

     I further declare that on July 29, 2011, I served a copy of:

5

**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S INTERROGATORY NOS. 1-10**

6

7

☒    **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

8

9

10

Robert F. Perry
Scott T. Weingaertner
Bruce W. Baber
Mark H. Francis
Christopher C. Carnaval
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-4003

RPerry@kslaw.com
SWeingaertner@kslaw.com
bbaber@kslaw.com
mfrancis@kslaw.com
ccarnaval@kslaw.com

Google-Oracle-Service-
OutsideCounsel@kslaw.com

Fax:     212.556.2222

Timothy T. Scott
Geoffrey M. Ezgar
Leo Spooner III
KING & SPALDING, LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065

TScott@kslaw.com
GEzgar@kslaw.com
LSpooner@kslaw.com

Fax:     650.590.1900

11

12

13

14

15

16

17

18

19

20

Donald F. Zimmer, Jr.
Cheryl Z. Sabnis
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105

fzimmer@kslaw.com
csabnis@kslaw.com

Fax: 415.318.1300

Steven Snyder
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202

ssnyder@kslaw.com

Fax:     704.503.2622

21

22

23

24

25

26

Brian Banner
King & Spalding LLP
401 Congress Avenue
Suite 3200
Austin, TX  78701

Renny F. Hwang
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA  94043

27

28

1

bbanner@kslaw.com

2

Fax.  512.457.2100

3

4   Ian C. Ballon
Heather Meeker

5   GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303

6

7   ballon@gtlaw.com
meekerh@gtlaw.com

8

Fax:    650.328.8508

9

Valerie W. Ho

10  GREENBERG TRAURIG LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

11

12  hov@gtlaw.com

Fax:  310.586.7800

13

14

15

16

17

rennyhwang@google.com

Fax:    650.618.1806

Joseph R. Wetzel
Dana K. Powers
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, CA  94107

wetzelj@gtlaw.com
powersdk@gtlaw.com

Fax:  415.707.2010

Robert A. Van Nest
Christa M. Anderson
Michael S. Kwun
Daniel Purcell
Eugene M. Paige
Matthias A. Kamber
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
rvannest@kvn.com
canderson@kvn.com
mkwun@kvn.com
dpurcell@kvn.com
epaige@kvn.com
mkamber@kvn.com

Fax:  415.397.7188

18

19          I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct.

20          Executed at Palo Alto, California, this 29th day of July, 2011.

21

22

23

24  _____          _____
         Marc David Peters                              /s/ Marc David Peters

25              (typed)                                           (signature)

26

27

28