| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| 633 Battery Street | 101 Second St., Suite 2300 |
| San Francisco, CA  94111-1809 | San Francisco, CA  94105 |
| Telephone:     415.391.5400 | Telephone:     415.318.1200 |
| Facsimile:     415.397.7188 | Facsimile:     415.318.1300 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | IAN C. BALLON - #141819 |
| sweingaertner@kslaw.com | ballon@gtlaw.com |
| ROBERT F. PERRY | HEATHER MEEKER - #172148 |
| rperry@kslaw.com | meekerh@gtlaw.com |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY  10036 | Telephone:     650.328.8500 |
| Telephone:     212.556.2100 | Facsimile:     650.328.8508 |
| Facsimile:     212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                                    Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                                    Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF PLAINTIFF ORACLE AMERICA'S AMENDED COMPLAINT**<br><br>Judge:     Hon. William Alsup<br><br>Hearing:   2:00 p.m., September 15, 2011 |

1    Before this Court is Defendant Google, Inc.'s Motion for Summary Judgment on Count
2 VIII of Plaintiff Oracle America, Inc.'s Amended Complaint.  Based on the arguments presented
3 in the motion and supporting filings, the Court concludes that there is no genuine dispute as to
4 any material fact, and that Google entitled to judgment as a matter of law on Count VIII of
5 Oracle's Amended Complaint.  Google's motion therefore is granted in its entirety.
6    IT IS SO ORDERED.

8 Dated: _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE