| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone:  (415) 318-1200<br>Facsimile:  (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**SUPPLEMENTAL DECLARATION OF MARK H. FRANCIS IN SUPPORT OF DEFENDANT GOOGLE INC.S' AMENDED MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS**<br><br>Date:  August 18, 2011<br>Time:  2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge:  The Honorable William Alsup<br><br>Trial Date:  October 31, 2011 |

1
SUPP.DECL. OF MARK H. FRANCIS ISO AM. MTN FOR LEAVE TO SUPPLEMENT CONTENTIONS
CASE NO. 3:10-cv-03561 WHA

573723.01

I, MARK H. FRANCIS, declare as follows:

1. I am an associate in the law firm of King & Spalding LLP, counsel for defendant Google Inc. ("Google") in this case. I submit this supplemental declaration in support of Google's Reply on its Amended Motion for Leave to Supplement Invalidity Contentions. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. On February 15-17, 2011, Google filed five re-examination requests with the United States Patent and Trademark Office, collectively including 19 invalidity claim charts, three of which were newly developed and not in the original invalidity contentions.

3. On March 1, 2011, Google filed two re-examination requests with the United States Patent and Trademark Office, collectively including 10 invalidity claim charts, four of which were newly developed and not in the original invalidity contentions

4. On April 15, 2011, Google filed one re-examination request with the United States Patent and Trademark Office, collectively including 3 invalidity claim charts, two of which were newly developed and not in the original invalidity contentions.

5. On May 16, 2011, in the course of meeting and conferring over whether Oracle would agree to allow supplementation of Google's contentions, I sent Oracle a set of 10 invalidity claim charts not in the original invalidity contentions (and a few revised charts).

6. In mid-February 2011, the parties held numerous meet-and-confer calls to discuss proposed claim constructions and identify claim terms to be briefed for the *Markman* hearing. During those discussions, Scott Weingaertner and I asked Marc Peters (counsel for Oracle) to narrow the number of asserted claims. Mr. Peters agreed that Oracle would not be going to trial on 132 claims, but refused to drop any asserted claims at that time. Additional requests for Oracle to drop the number of asserted claims have been made continuously throughout discovery.

7. Between the beginning of June and July 8, Oracle served six deposition notices or subpoenas, six 30(b)(6) deposition notices, 6 interrogatories, 244 requests for admission, and 29

requests for production – all which required responsive action within a month – and Google served five deposition notices or subpoenas, ten 30(b)(6) deposition notices, 35 requests for production, 429 requests for admission, 7 interrogatories; amended its initial disclosures; responded to written discovery; produced over a million pages, supplemented its privilege log and took or defended three depositions.

    I declare under penalty of perjury that all the foregoing facts are true and correct and that this declaration was executed on August 3, 2011 in New York, New York.

_____
Mark H. Francis