IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER REGARDING COUNSEL FOR RULE 706 EXPERT**

    The Court is pleased to advise that attorney John Cooper of Farella Braun + Martel LLP has agreed to represent the Rule 706 expert (with the expert's consent) on a *pro bono* basis. Attorney Cooper will assist with formulating an appropriate description of the witness's assignment and with coordinating the mechanics of access to evidentiary materials and the procedures for payment by the two litigants. This arrangement does not signal that any of the recommended candidates has been approved, but rather that whomever is selected will have the benefit of these pro bono services. If any party objects to Attorney Cooper serving in this role, please file a written objection by **NOON ON AUGUST 8, 2011**.

    **IT IS SO ORDERED.**

Dated: August 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE