1  DONALD F. ZIMMER, JR. (SBN 112279)   IAN C. BALLON (SBN 141819)
   fzimmer@kslaw.com                     ballon@gtlaw.com
2  CHERYL A. SABNIS (SBN 224323)         HEATHER MEEKER (SBN 172148)
   csabnis@kslaw.com                     meekerh@gtlaw.com
3  KING & SPALDING LLP                   GREENBERG TRAURIG, LLP
4  101 Second Street – Suite 2300        1900 University Avenue
   San Francisco, CA 94105               East Palo Alto, CA 94303
5  Telephone:  (415) 318-1200            Telephone: (650) 328-8500
   Facsimile:  (415) 318-1300            Facsimile: (650) 328-8508
6
7  SCOTT T. WEINGAERTNER (*Pro Hac Vice*)   ROBERT A. VAN NEST - #84065
   sweingaertner@kslaw.com                  rvannest@kvn.com
8  ROBERT F. PERRY                          CHRISTA M. ANDERSON - #184325
   rperry@kslaw.com                         canderson@kvn.com
9  BRUCE W. BABER (*Pro Hac Vice*)          KEKER & VAN NEST LLP
10 bbaber@kslaw.com                         710 Sansome Street
   KING & SPALDING LLP                      San Francisco, CA 94111-1704
11 1185 Avenue of the Americas              Telephone:  (415) 391-5400
   New York, NY 10036-4003                  Facsimile:  (415) 397-7188
12 Telephone:  (212) 556-2100
   Facsimile:  (212) 556-2222
13
14 Attorneys for Defendant
   GOOGLE INC.
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
|---|---|
| Plaintiff, | Honorable Judge William Alsup |
| v. | **DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOOGLE INC. | |
| Defendant. | |

1  Pursuant to Local Rule 79-5(d), Defendant Google Inc. hereby moves to file under seal
2  portions of the parties' joint letter to the Court dated August 5, 2011.
3  Portions of the joint letter are to be filed under seal pursuant to the protective order
4  governing this case because they contain information designated Confidential or Highly
5  Confidential - Attorneys' Eyes Only by Google Inc. or by Oracle America, Inc.  Accordingly,
6  Google seeks to file under seal those portions of the joint letter referencing such information.
7  Google states no position as to whether disclosure of materials marked as Confidential or Highly
8  Confidential - AEO material would cause harm to Oracle.

9
10  DATED:  June 14, 2011    Respectfully submitted,

11  **KING & SPALDING LLP**

12  By:  /s/ Cheryl A. Sabnis
        Donald F. Zimmer, Jr.
13      Cheryl A. Sabnis

14

15

16  SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
    sweingaertner@kslaw.com
17  ROBERT F. PERRY
    rperry@kslaw.com
18  BRUCE W. BABER *(Pro Hac Vice)*
    bbaber@kslaw.com
19  1185 Avenue of the Americas
20  New York, NY 10036-4003
    Telephone:  (212) 556-2100
21  Facsimile:   (212) 556-2222

22  ROBERT A. VAN NEST - #84065
    rvannest@kvn.com
23  CHRISTA M. ANDERSON - #184325
    canderson@kvn.com
24  KEKER & VAN NEST LLP
25  710 Sansome Street
    San Francisco, CA 94111-1704
26  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
27
28

1
DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CIVIL ACTION NO. CV 10-03561-WHA

| | |
|---|---|
| 1 | DONALD F. ZIMMER, JR. (SBN 112279) |
| 2 | fzimmer@kslaw.com |
|   | CHERYL A. SABNIS (SBN 224323) |
| 3 | csabnis@kslaw.com |
|   | KING & SPALDING LLP |
| 4 | 101 Second Street – Suite 2300 |
| 5 | San Francisco, CA 94105 |
|   | Telephone: (415) 318-1200 |
| 6 | Facsimile:  (415) 318-1300 |

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.