IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. / | No. C 10-03561 WHA <br><br> **ORDER VACATING AUGUST 18 HEARING** |

    No submission having been received advising that a junior lawyer will argue the motion for leave to supplement invalidity contentions, that motion is hereby deemed submitted (Dkt. No. 56 at ¶ 13). The hearing noticed for August 18, 2011 is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 8, 2011.

                                              WILLIAM ALSUP  
                                              UNITED STATES DISTRICT JUDGE