UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>    Defendant.<br>_____/ | No. C-10-03561-WHA (DMR)<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION RE PARTIES' JOINT DISCOVERY LETTER OF AUGUST 5, 2011 [DOCKET NO. 277]** |

After reviewing the parties' joint discovery letter of August 5, 2011 [Docket No. 277] ("Letter") and other relevant documents, it is hereby ORDERED that Defendant shall lodge, and not file, with the court by August 15, 2011 for *in camera* review all versions of "the Lindholm document" discussed in the Letter. (*See* Letter at 1, 2 n.1.) It is further ORDERED that the parties shall file with the court no later than August 15, 2011 sworn declarations providing ***factual***, and ***not legal***, information that each party believes relevant to the alleged privileged status of the Lindholm documents; and it is further ORDERED that no later than August 19, 2011 the parties shall file with the court sworn declarations responding ***factually -- not legally --*** to the opposing party's August 15 submission.

IT IS SO ORDERED.

Dated: August 9, 2011



_____
DONNA M. RYU
United States Magistrate Judge