AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., )<br>*Plaintiff*  )<br>v.  )<br>GOOGLE INC., )<br>*Defendant*  ) | Case No. 3:10-CV-03561 WHA |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google, Inc.

Date: August 9, 2011

/S/ Wendy M. Mantell
*Attorney's signature*

Wendy M. Mantell (SBN 225544)
*Printed name and bar number*

Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, California  90404
*Address*

mantellw@gtlaw.com
*E-mail address*

(310) 586-7700
*Telephone number*

(310) 586-7800
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com