United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA  (DMR) |
| Plaintiff, | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal portions of the parties' joint letter to the Court dated August 10, 2011.  Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: August 11, 2011

_____
DONNA M. RYU
United States Magistrate Judge