| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| DANIEL PURCELL - #191424 | BRUCE W. BABER (*Pro Hac Vice*) |
| dpurcell@kvn.com | bbaber@kslaw.com |
| 710 Sansome Street | 1185 Avenue of the Americas |
| San Francisco, CA  94111-1704 | New York, NY 10036-4003 |
| Telephone:  (415) 391-5400 | Telephone:  (212) 556-2100 |
| Facsimile:  (415) 397-7188 | Facsimile:  (212) 556-2222 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| DONALD F. ZIMMER, JR. - #112279 | IAN C. BALLON - #141819 |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS - #224323 | HEATHER MEEKER - #172148 |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| 101 Second Street, Suite 2300 | 1900 University Avenue, Fifth Floor |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER RE GOOGLE INC.'S MOTION TO REDACT AND SEAL PORTIONS OF HEARING TRANSCRIPT**<br><br>Date:         September 22, 2011<br>Time:         11:00 a.m.<br>Courtroom: 4, 3rd Floor<br>Judge:        The Honorable Donna M. Ryu<br><br>Trial Date:  October 31, 2011 |

**NOTICE OF MOTION**

This matter came before the Court on Google Inc.'s Motion to Redact and Seal Portions of Hearing Transcript. Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby **GRANTS** the motion. The following portions of the transcript from the July 21, 2011 discovery hearing in this Court are ordered redacted and sealed:

- Page 14, line 17 – page 15, line 5
- Page 31, lines 17 – 18
- Page 32, line 25 – page 33, line 13
- Page 34, lines 8 – 13
- Page 34, line 19 – page 35, line 8

Dated:

By: _____
DONNA M. RYU
United States Magistrate Judge