MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING GOOGLE, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 280)** |
| v. | |
| GOOGLE, INC. | Dept.:  Courtroom 9, 19th Floor |
| Defendant. | Judge:  The Honorable Donna M. Ryu |

Before the Court is Google Inc.'s Administrative Motion to Seal portions of the parties' Joint Letter (Dkt No. 280) dated August 8, 2011.  Based on the arguments presented in the administrative motion, in the supporting Declaration of Matthew Sarboraria, and any other relevant matter, the Court hereby **GRANTS** the motion as follows:

The portions marked for redaction on pages 2 and 4-5 of the Joint Letter shall be sealed.

IT IS SO ORDERED.

Dated:_____              _____

DONNA M. RYU
United States Magistrate Judge

[PROPOSED] ORDER GRANTING GOOGLE, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF THE PARTIES' JOINT LETTER (DKT. NO. 280)
CASE NO. CV 10-03561 WHA