MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC. <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF FRED NORTON IN SUPPORT OF ORACLE AMERICA, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> Dept.: Courtroom 4, 3rd Floor <br> Judge: Honorable Donna M. Ryu |

1. Pursuant to Local Rule 79-5(d), Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of the Declaration of Fred Norton In Support of Oracle's Motion to Compel Production of Documents ("Norton Declaration").

2. The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (Dkt. No. 68) states that when material has been designated as Confidential or Highly Confidential – Attorneys' Eyes Only, a party may not file it in the public record, but must seek to file it under seal pursuant to Local Rule 79-5. (December 17, 2010 Stipulated Protective Order (Docket No. 66) § 14.4.) Exhibits A through G, L, and S through V have been designated Confidential or Highly Confidential – Attorneys' Eyes Only by Google, Inc. ("Google"), thus Oracle moves to seal portions of the record accordingly. As Google has recently moved under General Order 59 to redact portions of the discovery-hearing transcript reflected in Exhibit H, Oracle submits Exhibit H under seal out of an abundance of caution. Oracle states no position as to whether disclosure of materials marked by Google as Confidential or Highly Confidential – Attorneys' Eyes Only material, or whether public filing of the transcript reflected in Exhibit H, would cause harm to Google.

Dated: August 15, 2011

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Fred Norton*
Fred Norton

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

1

ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF FRED NORTON ISO ORACLE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. CV 10-03561 WHA