# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING** |
| v. | |
| GOOGLE INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute with respect to non-mobile data. [*See, e.g.*, Docket No. 296.] You are hereby notified that a hearing regarding the dispute is set for **August 19, 2011 at 3:00 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: August 17, 2011

_____
DONNA M. RYU
United States Magistrate Judge