**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

August 18, 2011

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

The Honorable William H. Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re:   *Oracle America, Inc. v. Google Inc.*, No. 3:10-CV-03561-WHA (N.D. Cal.)

Dear Judge Alsup:

      Oracle opposes Google's request to file a motion for summary judgment on Oracle's infringement allegations under 35 U.S.C. § 271(c). Google is mistaken that the Supreme Court's ruling in *Microsoft Corp. v. AT&T Corp.*, 550 U.S. 437 (2007) regarding section 271(f) applies also to section 271(c). Moreover, Google's argument that it does not "sell, offer to sell, or import" Android is partly a factual question not susceptible to resolution on summary judgment in Google's favor. Oracle respectfully requests an extension until 5 p.m. today to submit a more complete response to Google's précis. Google has indicated that it does not oppose an extension.

Respectfully submitted,

*/s/ Michael A. Jacobs*

Michael A. Jacobs

sf-3035311