IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,           No. C 10-03561 WHA

    Plaintiff,

 v.                                    **ORDER GRANTING EXTENSION**

GOOGLE INC.,

    Defendant.

       Plaintiff's response to defendant's précis requesting permission to file a motion for summary judgment on certain of plaintiff's infringement allegations was due at noon today. Plaintiff requests an extension of the deadline until 5:00 p.m. and represents that defendant does not oppose an extension. The requested extension is **GRANTED**. Plaintiff's response to the précis is now due at **5:00 P.M. ON AUGUST 18, 2011**. No more extensions will be granted.

**IT IS SO ORDERED.**

Dated: August 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE