United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PATENT MARKING** |
| GOOGLE INC., | |
| Defendant. | |

Defendant requests leave to file a motion for partial summary judgment on damages based on the patent marking statute, 35 U.S.C. 287 (Dkt. No. 310). Plaintiff opposes defendant's request (Dkt. No. 319). Having considered both submissions, this order finds that defendant's proposed motion would be premature because so many of the asserted claims still remaining in the case will not be tried. Accordingly, the request is **DENIED**. This denial is without prejudice to the same marking arguments being raised at trial.

**IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE