**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    ORACLE AMERICA, INC.,                          No. C 10-03561 WHA

11              Plaintiff,

12      v.                                           **ORDER DENYING**
                                                     **LEAVE TO FILE**
13    GOOGLE INC.,                                   **MOTION FOR**
                                                     **SUMMARY JUDGMENT**
14              Defendant.                           **ON '104 PATENT**

15    _____/

16           Defendant requests leave to file a motion for partial summary judgment that the claims of

17    United States patent number RE38,104 are invalid under 35 U.S.C. 251 (Dkt. No. 311).  Plaintiff

18    opposes defendant's request (Dkt. No. 318).  Having considered both submissions, this order

19    finds that defendant's proposed motion would not be likely to succeed in narrowing the issues for

20    trial.  Accordingly, the request is **DENIED**.  This denial is without prejudice to the same invalidity

21    arguments being raised at trial.

22

23           **IT IS SO ORDERED.**

24

25    Dated:  August 19, 2011.

26                                                   _____
                                                     WILLIAM ALSUP
27                                                   UNITED STATES DISTRICT JUDGE

28