United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

Plaintiff(s),

v.

GOOGLE INC.,

Defendant(s).
_______________________________________/

No. C-10-03561-WHA (DMR)

**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

The court hereby grants Plaintiff's motion to file portions of the Declaration of Fred Norton In Support of Oracle's Motion to Compel Production of Documents under seal.

IT IS SO ORDERED.

Dated: August 19, 2011

_______________________________

DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California