IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING CONFERENCE WITH EXPERT CANDIDATES** |
| GOOGLE INC., | |
| Defendant. | |

    As stated at the August 19 conference with the candidates for appointment as damages experts under FRE 706, the following next steps should be taken. *First*, counsel should cooperate with Attorney John Cooper to provide the candidates copies of the first damages study and all *Daubert* materials immediately. *Second*, the candidates each should submit a letter by **AUGUST 26, 2011**, with the followup information requested at the conference.

    **IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE