MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor , New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 4 AND PORTIONS OF THE SECOND DECLARATION OF FRED NORTON IN RESPONSE TO DECLARATIONS SUBMITTED ON BEHALF OF GOOGLE**<br><br>Dept.: Courtroom 4, 3rd Floor<br>Judge:  Honorable Judge Donna M. Ryu |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of the Second Declaration of Fred Norton In Response to Declarations Filed on Behalf of Google ("Second Norton Declaration"), Exhibit 1 and Exhibit 4 and portions of the Second Norton Declaration.

Exhibit 4, which bears Bates number GOOGLE-00392259–285, is a presentation given by employees of Oracle to employees of Google, Inc. ("Google") in the month prior to the filing of the above-captioned lawsuit. It was designed for settlement purposes, is cloaked by Rule 408, and is clearly marked as such on every page. It has been designated CONFIDENTIAL by Google, Inc. For the reasons stated in the Declaration of George Simion In Support Of Oracle America, Inc.'s Administrative Motion to File Under Seal, Oracle also moves to seal the information contained in that document.

The remaining materials that Oracle seeks to seal protect information that Google, not Oracle, has designated. First, Oracle moves to seal portions of the Second Norton Declaration that reflect passages from the discovery hearing transcript of July 21, 2011, previously attached as Exhibit H to the first Norton Declaration. As described in Oracle's previous administrative motion to seal (Dkt. No. 304), which the Court granted today (Dkt. No. 324), Google has recently moved under General Order 59 to redact portions of the discovery-hearing transcript reflected in Exhibit H. Oracle submitted Exhibit H under seal out of an abundance of caution, and now moves to redact portions of the Second Norton Declaration that refer to Exhibit H. Second, Oracle also moves to file under seal Exhibit 1, which reflects portions of Google's privilege log. Google designated its entire privilege log "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY." Oracle states no position as to whether public filing of Google's purportedly confidential information would cause harm to Google.

A proposed order sealing Oracle confidential information is attached.

Dated: August 19, 2011         BOIES, SCHILLER & FLEXNER LLP

By: ___/s/ Fred Norton_____
    Fred Norton

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

---

ORACLE'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS 1 AND 4 AND PORTIONS OF FRED NORTON'S DECLARATION
CASE NO. CV 10-03561 WHA