MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER SEALING EXHIBIT 4 TO THE SECOND DECLARATION OF FRED NORTON IN RESPONSE TO DECLARATIONS SUBMITTED ON BEHALF OF GOOGLE** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | Dept.:  Courtroom 4, 3rd Floor<br>Judge:  Honorable Donna M. Ryu |

1

1       This matter came before the Court on Oracle America, Inc.'s administrative motion to seal

2   Exhibit 4.  Based on the arguments presented in the administrative motion, the Declaration of George

3   Simion in support of the administrative motion, the pleadings on file, and any other relevant matter, the

4   Court hereby **GRANTS** the motion.  Exhibit 4 to the Second Declaration of Fred Norton In Response

5   to Declarations Submitted on Behalf of Google, bearing Bates stamp GOOGLE-00392259–285, shall

6   be filed under seal.

7

8       IT IS SO ORDERED.

9

   Dated:_____             _____

10

11                                      DONNA M. RYU
                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SEALING EXHIBIT 4 TO THE SECOND DECLARATION OF FRED NORTON IN RESPONSE
TO DECLARATIONS SUBMITTED ON BEHALF OF GOOGLE
CASE NO. CV 10-03561 WHA