# EXHIBIT 1

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT 2

Case 3:10-cv-03561-WHA   Document 336-1   Filed 08/19/11   Page 2 of 15

Share   Report Abuse   Next Blog»　　　　　　　　　　　　　　　　　Create Blog   Sign In

**Search This Blog**

[Search]

powered by Google™

**Follow us on Twitter**

Site Feed

Make Google your homepage

**Blog Archive**

Blog Archive

**Labels**

accessibility (30)
acquisition (19)
ads (101)
Africa (17)
Android (27)
apps (370)
April 1 (4)
Asia (31)
books + book search (44)
crisis response (24)
developers (111)
display advertising (4)
diversity (15)
doodles (38)
enterprise (76)
entrepreneurs at Google (8)
Europe (30)
faster web (15)
free expression (47)
Google Apps highlights (35)
Google at 10 (14)
google.org (55)
googlers and culture (171)
green (69)
Latin America (13)

## Google in China

1/27/2006 11:58:00 AM
Posted by Andrew McLaughlin, senior policy counsel

Google users in China today struggle with a service that, to be blunt, isn't very good. Google.com appears to be down around 10% of the time. Even when users can reach it, the website is slow, and sometimes produces results that when clicked on, stall out the user's browser. Our Google News service is never available; Google Images is accessible only half the time. At Google we work hard to create a great experience for our users, and the level of service we've been able to provide in China is not something we're proud of.

This problem could only be resolved by creating a local presence, and this week we did so, by launching Google.cn, our website for the People's Republic of China. In order to do so, we have agreed to remove certain sensitive information from our search results. We know that many people are upset about this decision, and frankly, we understand their point of view. This wasn't an easy choice, but in the end, we believe the course of action we've chosen will prove to be the right one.

Launching a Google domain that restricts information in any way isn't a step we took lightly. For several years, we've debated whether entering the Chinese market at this point in history could be consistent with our mission and values. Our executives have spent a lot of time in recent months talking with many people, ranging from those who applaud the Chinese government for its embrace of a market economy and its lifting of 400 million people out of poverty to those who disagree with many of the Chinese government's policies, but who wish the best for China and its people. We ultimately reached our decision by asking ourselves which course would most effectively further Google's mission to organize the world's information and make it universally useful and accessible. Or, put simply: how can we provide the greatest access to information to the greatest number of people?

Filtering our search results clearly compromises our mission. Failing to offer Google search at all to a fifth of the world's population, however, does so far more severely. Whether our critics agree with our decision or not, due to the severe quality problems faced by users trying to access Google.com from within China, this is precisely the choice we believe we faced. By launching Google.cn and making a major ongoing investment in people and infrastructure within China, we intend to change that.

No, we're not going to offer some Google products, such as Gmail or Blogger, on Google.cn until we're comfortable that we can do so in a manner that respects our users' interests in the privacy of their personal communications. And yes, Chinese regulations will require us to remove some sensitive information from our search results. When we do so, we'll disclose this to users, just as we already do in those rare instances where we alter results in order to comply with local laws in France, Germany and the U.S.

Obviously, the situation in China is far different than it is in those other countries; while China has made great strides in the past decades, it remains in many ways closed. We aren't happy about what we had to do this week, and we hope that over time everyone in the world will come to enjoy full access to information. But how is that full access most likely to be achieved? We are convinced that the Internet, and its continued development through the efforts of companies like Google, will effectively contribute to openness and prosperity in the world. Our continued engagement with China is the best (perhaps only) way for Google to help bring the tremendous benefits of universal information access to all our users there.

We're in this for the long haul. In the years to come, we'll be making significant and growing

investments in China. Our launch of google.cn, though filtered, is a necessary first step toward achieving a productive presence in a rapidly changing country that will be one of the world's most important and dynamic for decades to come. To some people, a hard compromise may not feel as satisfying as a withdrawal on principle, but we believe it's the best way to work toward the results we all desire.

[Permalink](#) 

0

Labels: Asia, free expression, policy and issues

---

## Links to this post

Cisco Accused Of Helping Chinese Police Track Dissidents | News |
Trierer Medienblog » Blog Archiv » Kampf um das Internet
Internet Freedom
Interactive Marketing Weekly Roundup 3.26.10
Google: It Wasn't Just the Hacking (And GoDaddy Hops on the Bandwagon)
Google's Drummond on China Strategy Shift (it wasn't just the ...
Tech 101: What you need to know about Google vs. China
China 2 – 1 Google – Google vs China Battle
Google ist nicht mehr ganz so böse … oder doch? » Spiegelfechter
и не писай в мой горшок
Can Google get away with this? Redirects .CN users to uncensored ...
Google Shuts Down the Chinese Search Engine
Chinese report on 'net censorship-WSJ
Google 0 vs. China 1
China hacks Google - Don?t Use Explorer!
Google's compromise
China's "New Approach" to Google: Bai-bai
Google threatens to stop operating in China
Google, China and Hackers
Google Stops Censoring Search Results in China
Google ends collaboration with China
China hacks Google =UPDATED=
A year end invitation to discuss the global public relations ...
גוגל סין: "1984" בפעולה
Marvin Ammori: Net Neutrality at Home Is Key to Promoting ...
british mp david davis, google, and setting the record straight
blog carnival: google
Google Shuts Down the Chinese Search Engine | MT-Soft
          .
Google Ends Controversial Censorship in China :: Hospitality Trends
Google Ends Controversial Censorship in China :: Hospitality Trends
Google Stops Censoring Search Results in China | MT-Soft
Is Google Evil? The Great Debate
is google evil? the great debate
Un poco de transparencia inevitablemente conduce a más. ¿Google o ...

---

measurement (9)
mobile (106)
online safety (15)
open source (12)
personalization (73)
photos (28)
policy and issues (125)
politics (52)
privacy (61)
recruiting and hiring (32)
scholarships (28)
search (432)
search quality (22)
search trends (48)
security (25)
small business (19)
social (24)
This Week in Search (58)
user experience and usability (40)
youtube highlights (17)

### More blogs from Google

Visit our directory for more information about Google blogs.

### Follow Google on Twitter

Visit our Twitter directory for more information.

### More Google blogs

Sign up to get our posts via email. No more than one message per day.

Subscribe

Delivered by FeedBurner

Chinese Cyberlaws and the Business Conundrum
Google CEO Eric Schmidt won't be Pres. Obama's Tech Czar. Scares ...
　　　　　　　google　　　？
happy birthday google
The Google Made :: Google Milestones
Internet Censorship Goes Unquestioned By Big Media
Nart Villeneuve — The (b)Logosphere – Part 2
Fugu Talk :: Less Evil, More Hypocritical
not even a little evil
not even a little evil
BLF vs The Goog
« la vérité est ailleurs » : chez google et dans la wikipedia, par ...
« la vérité est ailleurs » : chez google et dans la wikipedia, par ...
Is Google Gate Keeping in America?
Google Blocks Anonymous Surfing
google against anti-censorship proposal
_____
googleexcuses
youtube and the rise of geolocational filtering
Nart Villeneuve — Framing Censorship
china's 2008 most popular google terms out!
Don't Be Evil
Candidates at Google: Chris Dodd
Quelques idées fausses sur Google
Google buys www.g.cn
google & yahoo's cyber crime doesn't pay
Cog SEO Blog - Search Engine Optimization: Yahoo's Pickled SERPS
venture firm draper fisher jurvetson goes to russia
The Number One search engine in China
google-powered questions & answers for china
ozone mama.
special igoogle for hong kong, taiwain
2006 - UN ANNO di GOOGLE "News" – Vi siete persi qualcosa?
BLOG PARA LA EMPRESA CHILENA, UNA NECESIDAD: Los blogs de Google
tecnologias chile , TECCHILE: Los blogs de Google
CONSULTAJURIDICA DE CHILE. LA CONSULTA PREVENTIVA: Los blogs de Google
Mass Inaction | Hesitating
Contact Address « ChinaSearchAds.com
_____
google on why they're going to china
check which google result number is censored
Main Site: Now Up « ChinaSearchAds.com
google tra censura e filantropia: anche internet ha un cuore?
los blogs de google
Los blogs de Google
Google China Removed Cache Feature
what is chinasearchads.com ?
A refreshing view of Street View - Google Blogoscoped Forum

**Recent posts from our blogs**

An accessibility survey for blind users
The Official Google Blog

Chova ou faça sol, veja o clima no Google Maps
Blog do Google Brasil

Google Developer Day 2011
Google Testing Blog

Analytics for Agencies: Measuring Customer Engagement
AdWords Agency Blog

This week's Trends: extreme sports, waterspouts, rare snow
YouTube Blog

**We Love Feedback**

Do you want to comment on a post? Send us some email.

Google Blog is powered by Blogger. Start your own weblog.



Copyright © 2011 Google Inc. All rights reserved.
Privacy Policy | Terms of Service

Google China ~ My search for meanings...

Recess with Rob Waters

Google China Launches Book Search Engine

GFW BLOG（功夫网与翻墙）: Google Censorship FAQ

Censored Google China Book Search Launches

google censorship faq

censored google china book search launches

Google China Grows Very Fast

google censorship faq

google images china censors - friend and foe?

谷歌图片中国审查？

Baidu Revisited: The Heat is On

google censorship api?

Google Censorship API?

chinese users to google: pay up!

Google Comments on China Censorship Again

Do no evil (for the stock holders)

Create a Link

Newer Post                                Home                                Older Post

©2010 Google - Privacy Policy -
Terms of Service

# EXHIBIT 3



# Transparency Report

Content Removal Requests FAQ
User Data Requests FAQ
Traffic FAQ

## Content Removal Requests FAQ

What do the numbers represent?

These numbers represent the requests we received from government entities for the removal of content in six-month blocks. There are limits to what this data can tell us. There may be multiple requests that ask for the removal of the same piece of content. The report provides percentages of content removal we comply with in whole or in part.

Is this data comprehensive?

We haven't released specific numbers for countries in which we received fewer than 10 content removal requests or items to be removed. Many of those one-off requests may coincide with our own content policies, so when the numbers get small enough, they don't necessarily reflect anything about the level of censorship in that country. Similarly, if a government agency used a web form where we can't identify the party reporting the request remove content, we generally have no way of including those reports in our statistics.

What is the difference between content removal requests and user data requests?

Removal requests ask for removal of content from Google search results or from another Google product, including YouTube. For purposes of this report, data requests ask for information about Google user accounts or products.

### Do your statistics cover all categories of content removals?

No. Our policies and systems are set up to identify and remove child pornography whenever we become aware of it, regardless of whether that request comes from the government. As a result, it's difficult to accurately track which of those removals were requested by governments, and we haven't included those statistics here. We counted requests for removal of all other types of content (e.g., alleged defamation, hate speech, impersonation). In addition, for YouTube, we generally have not included government requests for removal of copyrighted content unless there are extraordinary circumstances behind the request. The vast majority of requests for removal of copyrighted material on YouTube are received from private parties; some may come from state or foreign governments, but that number is very low. Regardless, such requests are not reflected in these statistics.

### How many of these requests did you comply with?

The "removal request" numbers represent the number of requests we have received per country; the percentage we complied with in full or in part; and the number of individual items of content requested to be removed.

### How is removal different from blocking services?

Some governments and government agencies choose to block specific services as a means of controlling access to content in their jurisdiction. The content removal numbers we've reported do not include any data on government-mandated service blockages. Our Traffic graphs show you when Google services have been inaccessible.

### Do you ever remove content that violates local law without a court order or government request?

Yes. The statistics we report here do not include content removals that we regularly process every day across our products for violation of our content policies (for example, we do not permit hate speech in Blogger and other similar products) in response to user complaints. In many cases these requests result in the removal of material that violates local law, independent of any government request or court order seeking such removal.

Why haven't you complied with all of the content removal requests?

There are many reasons we may not have complied. Some requests may not specific enough for us to know what the government wanted us to remove (for example, no URL is listed in the request), and others involve allegations of defamation through informal letters from government agencies rather than a court orders. We generally rely on courts to decide if a statement is defamatory according to local law.

Where can I learn more about government requests for content removal?

There are several independent organizations that release regular reports about government requests for information and content removal, including Chilling Effects and the Open Net Initiative.

Are the observations that you make about the data comprehensive and do they all relate to the same topics?

These observations on content removal requests highlight some trends that we've seen in the data during each reporting period, and are by no means exhaustive.

# User Data Requests FAQ

What do the numbers represent?

These numbers represent the requests we received from government entities for the disclosure of user data in six-month blocks. There are limits to what this data can tell us. There may be multiple requests that ask for data for the same account. Because of the complexity of these requests, the numbers we are sharing do not reflect the total number of user accounts subject to data disclosure requests by government agencies. From July-December 2010 onward, the report provides percentages user data requests we comply with in whole or in part, as a user data request may have asked more information than we provided.

Is this data comprehensive?

No. While we have tried to report as accurate a number as possible, the statistics are not 100% comprehensive or accurate. For example, we have not included statistics for countries where we've received fewer than 30 requests for user data in criminal cases during the reporting period. Where the numbers of requests are relatively low from a particular country, revealing the statistics could place important investigations at risk and interfere with public safety efforts of the authorities.

What is the difference between content removal requests and user data requests?

Removal requests ask for removal of content from Google search results or from another Google product, including YouTube. For purposes of this report, data requests ask for information about Google user accounts or products.

Do your statistics cover all categories of data requests from governments?

No, the statistics primarily cover requests in criminal matters. We can't always be sure that a request necessarily relates to a criminal investigation, however, so there are likely a small number of requests that fall outside of this category. For example, we would include in the statistics an emergency request from a government public safety agency seeking information to save the life of a person who is in peril even though there is not necessarily a criminal investigation involved. As we improve our tracking, we may add more categories.

How many of these requests did you comply with?

The "data requests" numbers reflect the number of requests we received about the users of our services and products from government agencies like local and federal police and, for the period from July-December 2010 and onward, the number of requests to which we responded in whole or in part. When we receive a request for user information, we review it carefully and only provide information within the scope and authority of the request. We may refuse to produce information or try to narrow the request in some cases.

We would like to be able to share more information, but it's not an easy matter. The requests we receive for user data come from a variety of government agencies with different legal authorities and different forms of requests. They don't follow a standard format or necessarily seek the same kinds of information. Requests may ask for data about a number of different users or just one user. A single request may ask for several types of data but be

valid only for one type and not for another; in those cases, we disclose only the information we believe we are legally required to share. Given all this complexity, it's a difficult task to categorize and quantify these requests in a way that adds meaningful transparency, but we may do so in the future.

Are the observations that you make about the data comprehensive and do the all relate to the same topics?

These observations on user data requests highlight some trends that we've seen in the data during each reporting period, and are by no means exhaustive.

# Traffic FAQ

How are these graphs generated?

For every product, Google logs the number of requests it receives in a given time period, along with a guess at the geographic region where the request came from. For each geographic region and product, we create a graph that gives a representation of the ratio of that region's request rate to the worldwide request rate.

How is the data measured?

For each time period and product, we divide the total worldwide traffic by the traffic for each geographic region, giving a number between 0 and 1. Then we multiply all numbers by a constant, which normalizes but does not change the shape of the graphs.

So the numbers on the Y-axis do not have any meaning except in relation to other numbers in the same graph. In other words, a 20 is not 20 of anything—but it is twice as big as 10. Numbers between different graphs cannot be compared.

Again, keep in mind that what is being graphed is a geographic region's portion of Google's worldwide traffic. If, over a long time, a selected geographic region's graph is decreasing, that doesn't necessarily mean that the amount of traffic we receive from that geographic region is decreasing. It just means that the selected geographic region's traffic is growing slower than the worldwide average.

Do these graphs show patterns in product use?

The graphs show product use over time, so normally you will see a similar pattern every week. For example, as you see in this graph, you'll notice that on weekdays there's usually more traffic than on weekends to Gmail from France. What's interesting is when there's disruption to the normal graph pattern—for example, as you can see in this graph, Google services were largely inaccessible in Egypt when the government halted Internet traffic in January 2011 during a period of political unrest.

Why are you releasing this information?

We believe that this raw data will give people insight into whether or not our services are accessible in a given geographic region at a given time. Historically, information like this has not been broadly available. We hope this tool will be helpful in studies about service outages and disruptions and that other companies will make similar disclosures.

How did you come up with the annotations? Are they updated in real-time?

We add annotations based on the anomalies that we see in the graphs. Since the annotations are implemented manually, they are not updated in real-time.

When a product is "partially accessible," what does that mean?

When a product is annotated as "partially accessible" it refers to the state of the product for users in a given geographic region. For example, if YouTube is "partially accessible" it means that YouTube is only accessible for some users or that traffic to some videos is being disrupted.

Why do service outages or disruptions occur?

Interruptions in our services can have several different causes, ranging from network outages to government-mandated blocks. When the service is inaccessible for an extended period of time (beyond what is standard for a network outage), we investigate and draw conclusions based on the number of users affected and information we receive from local ISPs.

Why is data available for some geographic regions but not others?

Due to user privacy concerns, some geographic regions' product pairs are not available at this time.

Why did you replace the Mainland China Services Availability page?

The Traffic graphs show the same information as the Mainland China Service Availability page, but with more granularity and historical context. Also, we're able to annotate these graphs, to provide more granular information about outages.

If the Internet is down in my region, are there any ways to post information online?

Users can call +16504194196 or +390662207294 or +442033184514 to leave a voicemail on @speak2tweet. The service will instantly tweet the message, and also add a hashtag indicating which region the message came from if the phone number can be identified. No Internet connection is required. Users can also listen to the messages by dialing the same phone numbers or going to http://twitter.com/speak2tweet.

©2011 Google - Privacy Policy - Terms of Service

# EXHIBIT 4

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER