
1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
   ALANNA RUTHERFORD
11 575 Lexington Avenue, 7th Floor, New York, NY 10022
   Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway, Redwood City, CA  94065
   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114
17

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

19                    **UNITED STATES DISTRICT COURT**
20                    **NORTHERN DISTRICT OF CALIFORNIA**
21                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF GEORGE P. SIMION IN RESPONSE TO DECLARATIONS SUBMITTED ON BEHALF OF GOOGLE** |
| v. | |
| GOOGLE, INC. | Dept.: Courtroom 4, 3rd Floor |
| Defendant. | Judge: Honorable Donna M. Ryu |

I, GEORGE P. SIMION, declare as follows:

1. I am in-house counsel for Oracle America, Inc. ("Oracle"). My title is Senior Patent Counsel and I represent Oracle in the above-captioned matter.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

3. I have read Google attorney Ben Lee's declaration filed on August 15, 2011, and his corrected declaration filed on August 17, 2011. I understand that Mr. Lee states that he attended a July 20, 2011 meeting at which Oracle attorneys made a presentation concerning patent infringement by Google.

4. I attended that meeting. Attached as Exhibit 4 to the Second Declaration of Fred Norton In Response to Declarations Submitted on Behalf of Google is what I understand to be a true and correct copy of a document produced by Google with Bates Number GOOGLE-00392259-285, titled "Oracle-Google Android Meeting" and dated July 20, 2010. That document accurately reflects Oracle's presentation.

5. Exhibit 4 contains no reference to Chrome. Oracle has never asserted to Google that Chrome infringes any Java patent or copyright, prior to the July 20, 2010 meeting, at that meeting, or since.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 19, 2011 at Redwood Shores, California.

By: */s/ George P. Simion*  
George P. Simion

1

DECLARATION OF GEORGE SIMION IN RESPONSE TO DECLARTATIONS SUBMITTED ON BEHALF OF GOOGLE  
CASE NO. CV 10-03561 WHA

ATTESTATION OF FILER

I, Fred Norton, have obtained Mr. Simion's concurrence to file this document on his behalf.

Dated: August 19, 2011                                BOIES, SCHILLER & FLEXNER LLP

By: */s/ Fred Norton*
     Fred Norton

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.