MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

1       Plaintiff Oracle America, Inc. ("Oracle") hereby requests permission to lodge the
2  following documents under seal pursuant to Federal Rule of Civil Procedure 26(c) and Civil
3  Local Rules 3-17(d), 7-11 and 79-5:
4       1.    Oracle America, Inc.'s Opposition to Google's Motion for Summary Judgment on
5  Count VIII of Oracle's Amended Complaint;
6       2.    Exhibits 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, and 16 to the Declaration of
7  Roman A. Swoopes in Support of Oracle's Opposition to Google's Motion for Summary
8  Judgment on Count VIII of Oracle's Amended Complaint;
9       3.    Exhibits 1 and 2 to the Declaration of John C. Mitchell in Support of Oracle
10 America, Inc.'s Opposition to Google's Motion for Summary Judgment on Count VIII of
11 Oracle's Amended Complaint.
12      The documents listed above contain information that has been designated by Defendant
13 Google Inc. ("Google") as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant
14 to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this
15 case. (Dkt. No. 68.)  Oracle states no position as to whether disclosure of materials marked by
16 Google as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause
17 harm to Google, and would not oppose an order requiring Google to make that information
18 public.
19      Notice is hereby provided to Google that, pursuant to Civil Local rule 79-5(d), it must file
20 a declaration supporting the sealability of the above-listed documents and a proposed sealing
21 order.

ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1481417

1

| | |
|---|---|
| Dated: August 19, 2011 | MICHAEL A. JACOBS<br>MARC DAVID PETERS<br>DANIEL P. MUINO<br>MORRISON & FOERSTER LLP<br><br>By: /s/Roman A. Swoopes<br>　　　(attorney's name)<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |