MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF JOHN C. MITCHELL IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| | Date:  Sept. 15, 2011<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

I, John C. Mitchell, declare as follows:

1. I am a Professor of Computer Science in the Department of Computer Science and (by courtesy) Electrical Engineering at Stanford University. I earned my B.S. degree with distinction in Mathematics from Stanford University and S.M. and Ph.D. degrees in Computer Science from M.I.T. I submit this declaration in support of Plaintiff Oracle America, Inc.'s Opposition to Google's Motion for Summary Judgment on Count VIII of Oracle's Amended Complaint. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

2. I have been retained to provide my opinions on certain issues related to the copyright and patent claims of this case.

3. Attached hereto as Exhibit 1 is a true and correct copy of my Opening Expert Report Regarding Copyright ("Mitchell Opening Report") that I prepared in this case. The Mitchell Opening Report also provides a more detailed description of my qualifications and experience, including a curriculum vitae that is attached to Exhibit 1 as Exhibit A.

4. Attached hereto as Exhibit 2 is a true and correct copy of my Report in Opposition to Dr. Owen Astrachan's Opening Expert Report ("Mitchell Opp. Report").

5. Attached hereto as Exhibit 3 is a true and correct copy of my Report in Reply to Dr. Owen Astrachan's Rebuttal Expert Report ("Mitchell Reply Report").

6. Attached hereto as Exhibit 4 is a demonstrative exhibit illustrating how the collections hierarchies for Java, C++, and Smalltalk have different organizational schemes and use different language even though they have the same functional purpose. This information is reproduced from paragraphs 193-99 of my Opening Report.

7. My reports contain a true and correct expression of my opinions based on the facts as I currently know them, and accurately represent how I would testify at trial if called to do so.

1 | I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on August 19, 2011, in Stanford, California.

*John C. Mitchell*

John C. Mitchell