# EXHIBIT 4

# Collections in Java, Smalltalk, and C++



**Subset of Java Collections Framework**



**Subset of Smalltalk Collections Hierarchy**



**Subset of C++ Standard Template Library**

pa-1481628