MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF ALAN PURDY IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT**<br><br>Date: Sept. 15, 2011<br>Time: 2:00 p.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Alan Purdy, declare as follows:

I am a Senior Forensic Software Analyst at Johnson-Laird, Inc., where I have been employed since 1999. I earned my B.S. degree in Science Engineering from the University of Michigan. I submit this declaration in support of Plaintiff Oracle America, Inc.'s Opposition to Google's Motion for Summary Judgment on Count VIII of Oracle's Amended Complaint. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. I have been retained to provide analysis on certain issues related to the copyright and patent claims of this case.

2. Attached hereto as Exhibit A is a true and correct copy of the Opening Expert Report of Alan Purdy Regarding Copyright that I prepared for this case on July 29, 2011. My Opening Report also provides a more detailed description of my qualifications and experience, including a curriculum vitae.

3. After submitting my Opening Expert Report, I discovered an error in the computer program that I used to extract information from Oracle's Java JDK API descriptions and Google's Android SDK library descriptions. The error caused the program to undercount the number of program elements under analysis, including fields, constructors, and methods. I have since corrected that error and created a revised Opening Report reflecting the updated numbers. Attached hereto as Exhibit B is a true and correct copy of the Revised Opening Expert Report of Alan Purdy Regarding Copyright dated August 18, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the Reply Expert Report of Alan Purdy Regarding Copyright that I prepared for this case.

5. With the exception of the correction I mention above, which applies to my Opening report, my reports contain a true and correct expression of my opinions based on the facts as I currently know them, and accurately represent how I would testify at trial if called to do so.

PURDY DECL. ISO OPP. TO MSJ ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT

1     I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on August 19, 2011, in Portland, Oregon.

                                                         /s/ Alan Purdy
                                            Alan Purdy

PURDY DECL. ISO OPP. TO MSJ ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
CASE NO. CV 10-03561 WHA
pa-1481178

2