# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA |

**REPLY EXPERT REPORT OF ALAN PURDY
REGARDING COPYRIGHT**

**SUBMITTED ON BEHALF OF PLAINTIFF
ORACLE AMERICA, INC.**

Case 3:10-cv-03561-WHA   Document 342-3   Filed 08/20/11   Page 3 of 19

Analysis of Java API Comparing Oracle's JDK 5 vs. Android Froyo on Private Fields

# Comparison of Oracle's JDK 5 Library Versus Android's Froyo Library: On Private Field Signatures

**Alan Purdy**
August 19, 2011

P.O. Box 10666
Portland OR 97296
Tel: (503) 274-0784
Cell: (503) 784-5907

alan@jli.com

Analysis of Java API Comparing Oracle's JDK 5 vs. Android Froyo on Private Fields

Page 1

pa-1481517

Case 3:10-cv-03561-WHA   Document 342-3   Filed 08/20/11   Page 4 of 19

Analysis of Java API Comparing Oracle's JDK 5 vs. Android Froyo on Private Fields

## Introduction

1.      My name is Alan Purdy. I am a Senior Forensic Software Analyst at Johnson-Laird, Inc. ("JLI"). My qualifications are set forth in my opening report dated July 29, 2011, and are incorporated herein by reference.

2.      This Report represents my current opinions based upon the information that I have been supplied—cited herein—and certain analyses that I have been able to perform thus far. I reserve the right to supplement this Report with any additional information provided to me, or if I should be asked to perform additional analyses beyond that which is described below.

## Background

3.      Counsel for Oracle asked me to analyze similarities between the private fields defined in classes provided by Android's version 2.2.x (code-name "Froyo"[1] corresponding to API Level 8) libraries and the private fields defined in classes provided by Oracle's Java Standard Edition version 5 Development Kit ("JDK 5") libraries (Java 1.5.22 runtime).  More specifically, I was asked to compare the private fields between the two libraries (Froyo and JDK 5) for those 458 classes (hereinafter "Shared Classes") shared by both libraries residing in the 37 packages asserted by Oracle (*see* my previous report, the "Asserted Packages" as shown in Appendix A below). For those Shared Classes, I was asked to tabulate the private fields that matched on name, the subset of those that also matched on type, then those that matched on whole signature (including the modifiers).

## Analysis Methods

4.      To perform the requested task, I wrote a Java-based program to extract private field information from both Oracle's JDK 5 libraries, and Google's Froyo libraries. More particularly, this program started from the list of 458 classes, loaded that class at runtime, then extracted its private field information. For example, after loading the class "java.util.Stack" the program used the reflection protocol to extract from that class the field name, its modifiers, and its type. After capturing that information I manually imported the field information from both JDK 5 and Froyo into a Microsoft Access database for further analysis.

5.      After capturing all the necessary information, I then wrote a set of scripts ("queries") that for each class, compared its private field names, names and types, and finally, names, types, and modifiers. This document reports on the results of my findings.

Case 3:10-cv-03561-WHA   Document 342-3   Filed 08/20/11   Page 5 of 19

Analysis of Java API Comparing Oracle's JDK 5 vs. Android Froyo on Private Fields

## Results of Analysis

6.      The table below focuses on classes. The left-most column categorizes what is being counted in the other three columns (classes in the 37 packages and classes with private fields). The second column identifies the classes in each category for JDK 5. The third column identifies the classes in each category for Froyo. The right-most column identifies the count of classes in common (matching class names) in each category.

|  | JDK 5 Count | Froyo Count | Classes With Matching Names |
|---|---|---|---|
| Classes in 37 Packages | 506 | 458 | 458 |
| Classes with Private Fields | 324 | 317 | 297 |

7.      The table below drills down to details of the private fields. Appendix B lists the 384 private fields with matching names, types, and modifiers.

| Private Field Metric | Total |
|---|---|
| Private Fields in JDK 5's Shared Classes | 1831 |
| Private Fields in Froyo's Shared Classes | 1383 |
| Private Fields with Matching Names | 516 |
| Private Fields with Matching Names and Types | 490 |
| Private Fields with Matching Signatures (Modifier, Name, and Type) | 384 |

## Analysis Anomalies

8.      When using the reflection classes to extract the private field information, two distinct anomalies arose in the data, each detailed below.

9.      First, a Java class may define within it a "nested" class. For example, the class `GetField` is defined nested within the `java.io.ObjectInputStream` class. My prior analysis of the classes defined in the 37 Asserted Packages failed to distinguish nested classes from the parent enclosing class. A nested class is not independently loadable from its enclosing class. As a result, at runtime, when my java program tried to load the class from the Shared Classes list, the load failed, but was caught by my program and reported in its log. Both JDK 5 and Froyo failed to load the exact same 23 nested classes (*see* Appendix C below). The effect of not treating nested classes is to potentially undercount the private fields, and potentially undercount the matching private fields.

---

[1] *See* http://developer.android.com/guide/appendix/api-levels.html, visited 2011-08-18.

Case 3:10-cv-03561-WHA   Document 342-3   Filed 08/20/11   Page 6 of 19

Analysis of Java API Comparing Oracle's JDK 5 vs. Android Froyo on Private Fields

10.     Second, in Froyo, certain fields reported to exist in a loaded class returned a null when my java program requested selected details for that field.  Therefore, while the program could get the name of the field (*see* Appendix D below), it could not get its type or signature. My analysis ignored these fields, again potentially undercounting the private fields, and the potentially matching private fields. Because of time constraints, I have not analyzed why accessing certain field information fails on Froyo.

Submitted on Augst 19, 2011, in Portland, Oregon.

_____   *Alan Purdy* (signature)
Alan Purdy

## Appendix A: Asserted Packages

| Asserted Packages |
|---|
| java.awt.font |
| java.beans |
| java.io |
| java.lang |
| java.lang.annotation |
| java.lang.ref |
| java.lang.reflect |
| java.net |
| java.nio |
| java.nio.channels |
| java.nio.channels.spi |
| java.nio.charset |
| java.nio.charset.spi |
| java.security |
| java.security.acl |
| java.security.cert |
| java.security.interfaces |
| java.security.spec |
| java.sql |
| java.text |
| java.util |
| java.util.jar |
| java.util.logging |
| java.util.prefs |
| java.util.regex |
| java.util.zip |
| javax.crypto |
| javax.crypto.interfaces |
| javax.crypto.spec |
| javax.net |
| javax.net.ssl |
| javax.security.auth |
| javax.security.auth.callback |

```
javax.security.auth.login
javax.security.auth.x500
javax.security.cert
javax.sql
```

# Appendix B: Froyo & JDK 5 Private Fields with Matching Signatures

| Class | Field Name |
|---|---|
| `java.awt.font.NumericShaper` | `key` |
| `java.awt.font.NumericShaper` | `mask` |
| `java.beans.PropertyChangeSupport` | `source` |
| `java.beans.PropertyChangeSupport` | `propertyChangeSupportSerializedDataVersion` |
| `java.io.BufferedReader` | `in` |
| `java.io.BufferedWriter` | `out` |
| `java.io.File` | `path` |
| `java.io.File` | `serialVersionUID` |
| `java.io.FileInputStream` | `channel` |
| `java.io.FileOutputStream` | `channel` |
| `java.io.FilePermission` | `actions` |
| `java.io.FilePermission` | `serialVersionUID` |
| `java.io.LineNumberReader` | `lineNumber` |
| `java.io.LineNumberReader` | `markedLineNumber` |
| `java.io.ObjectInputStream` | `enableResolve` |
| `java.io.ObjectOutputStream` | `enableReplace` |
| `java.io.ObjectStreamClass` | `serialVersionUID` |
| `java.io.PrintStream` | `autoflush` |
| `java.io.PrintWriter` | `autoflush` |
| `java.io.RandomAccessFile` | `fd` |
| `java.io.RandomAccessFile` | `channel` |
| `java.io.SerializablePermission` | `actions` |
| `java.io.StringReader` | `str` |
| `java.io.StringWriter` | `buf` |
| `java.lang.Boolean` | `value` |
| `java.lang.Boolean` | `serialVersionUID` |
| `java.lang.Byte` | `value` |
| `java.lang.Byte` | `serialVersionUID` |
| `java.lang.Character` | `value` |
| `java.lang.Character` | `serialVersionUID` |
| `java.lang.Class` | `serialVersionUID` |
| `java.lang.ClassLoader` | `parent` |
| `java.lang.Double` | `value` |
| `java.lang.Double` | `serialVersionUID` |
| `java.lang.Enum` | `name` |
| `java.lang.Enum` | `ordinal` |
| `java.lang.Float` | `value` |
| `java.lang.Float` | `serialVersionUID` |
| `java.lang.Integer` | `value` |
| `java.lang.Integer` | `serialVersionUID` |

| Class | Field Name |
|---|---|
| `java.lang.Long` | `value` |
| `java.lang.Long` | `serialVersionUID` |
| `java.lang.Number` | `serialVersionUID` |
| `java.lang.Package` | `specTitle` |
| `java.lang.Package` | `specVersion` |
| `java.lang.Package` | `specVendor` |
| `java.lang.Package` | `implTitle` |
| `java.lang.Package` | `implVersion` |
| `java.lang.Package` | `implVendor` |
| `java.lang.Package` | `sealBase` |
| `java.lang.ProcessBuilder` | `directory` |
| `java.lang.ProcessBuilder` | `redirectErrorStream` |
| `java.lang.reflect.Field` | `slot` |
| `java.lang.reflect.Field` | `name` |
| `java.lang.reflect.Method` | `slot` |
| `java.lang.reflect.Method` | `name` |
| `java.lang.reflect.Proxy` | `serialVersionUID` |
| `java.lang.reflect.ReflectPermission` | `serialVersionUID` |
| `java.lang.RuntimePermission` | `serialVersionUID` |
| `java.lang.Short` | `value` |
| `java.lang.Short` | `serialVersionUID` |
| `java.lang.StackTraceElement` | `serialVersionUID` |
| `java.lang.String` | `value` |
| `java.lang.String` | `offset` |
| `java.lang.String` | `count` |
| `java.lang.String` | `serialVersionUID` |
| `java.lang.StringBuffer` | `serialPersistentFields` |
| `java.lang.Thread` | `contextClassLoader` |
| `java.lang.Throwable` | `serialVersionUID` |
| `java.lang.Throwable` | `detailMessage` |
| `java.lang.Throwable` | `cause` |
| `java.lang.Throwable` | `stackTrace` |
| `java.net.HttpURLConnection` | `followRedirects` |
| `java.net.Inet4Address` | `serialVersionUID` |
| `java.net.Inet6Address` | `serialVersionUID` |
| `java.net.InetAddress` | `serialVersionUID` |
| `java.net.InetSocketAddress` | `hostname` |
| `java.net.InetSocketAddress` | `addr` |
| `java.net.InetSocketAddress` | `port` |
| `java.net.InetSocketAddress` | `serialVersionUID` |
| `java.net.JarURLConnection` | `entryName` |
| `java.net.NetPermission` | `serialVersionUID` |
| `java.net.NetworkInterface` | `name` |
| `java.net.NetworkInterface` | `displayName` |
| `java.net.PasswordAuthentication` | `userName` |
| `java.net.PasswordAuthentication` | `password` |
| `java.net.Proxy` | `type` |
| `java.net.SocketPermission` | `serialVersionUID` |
| `java.net.SocketPermission` | `actions` |
| `java.net.URI` | `scheme` |
| `java.net.URI` | `fragment` |
| `java.net.URI` | `authority` |

| Class | Field Name |
|---|---|
| java.net.URI | userinfo |
| java.net.URI | host |
| java.net.URI | port |
| java.net.URI | path |
| java.net.URI | query |
| java.net.URL | protocol |
| java.net.URL | host |
| java.net.URL | port |
| java.net.URL | file |
| java.net.URL | query |
| java.net.URL | authority |
| java.net.URL | path |
| java.net.URL | userInfo |
| java.net.URL | ref |
| java.net.URL | hashCode |
| java.net.URLConnection | defaultAllowUserInteraction |
| java.net.URLConnection | defaultUseCaches |
| java.net.URLConnection | connectTimeout |
| java.net.URLConnection | readTimeout |
| java.net.URLConnection | fileNameMap |
| java.nio.channels.FileLock | channel |
| java.nio.channels.FileLock | position |
| java.nio.channels.FileLock | size |
| java.nio.channels.FileLock | shared |
| java.nio.channels.SelectionKey | attachment |
| java.nio.channels.spi.AbstractSelectableChannel | provider |
| java.nio.channels.spi.SelectorProvider | provider |
| java.nio.charset.CoderResult | type |
| java.nio.charset.CoderResult | length |
| java.security.AlgorithmParameters | provider |
| java.security.AlgorithmParameters | algorithm |
| java.security.AlgorithmParameters | initialized |
| java.security.AllPermission | serialVersionUID |
| java.security.BasicPermission | serialVersionUID |
| java.security.cert.Certificate | serialVersionUID |
| java.security.cert.Certificate | type |
| java.security.cert.CertPath | serialVersionUID |
| java.security.cert.PKIXBuilderParameters | maxPathLength |
| java.security.cert.PKIXParameters | date |
| java.security.cert.PKIXParameters | sigProvider |
| java.security.cert.PKIXParameters | revocationEnabled |
| java.security.cert.PKIXParameters | explicitPolicyRequired |
| java.security.cert.PKIXParameters | policyMappingInhibited |
| java.security.cert.PKIXParameters | anyPolicyInhibited |
| java.security.cert.PKIXParameters | policyQualifiersRejected |
| java.security.cert.TrustAnchor | caName |
| java.security.cert.TrustAnchor | caPrincipal |
| java.security.cert.TrustAnchor | trustedCert |
| java.security.cert.X509Certificate | serialVersionUID |
| java.security.cert.X509CertSelector | serialNumber |
| java.security.cert.X509CertSelector | issuer |
| java.security.cert.X509CertSelector | subject |

| Class | Field Name |
|---|---|
| `java.security.cert.X509CertSelector` | `certificateValid` |
| `java.security.cert.X509CertSelector` | `privateKeyValid` |
| `java.security.cert.X509CertSelector` | `keyUsage` |
| `java.security.cert.X509CRLSelector` | `minCRL` |
| `java.security.cert.X509CRLSelector` | `maxCRL` |
| `java.security.CodeSigner` | `serialVersionUID` |
| `java.security.CodeSigner` | `signerCertPath` |
| `java.security.CodeSigner` | `timestamp` |
| `java.security.CodeSource` | `serialVersionUID` |
| `java.security.CodeSource` | `location` |
| `java.security.CodeSource` | `signers` |
| `java.security.CodeSource` | `certs` |
| `java.security.CodeSource` | `sp` |
| `java.security.CodeSource` | `factory` |
| `java.security.GuardedObject` | `serialVersionUID` |
| `java.security.Identity` | `serialVersionUID` |
| `java.security.Identity` | `name` |
| `java.security.Identity` | `publicKey` |
| `java.security.IdentityScope` | `serialVersionUID` |
| `java.security.KeyFactory` | `provider` |
| `java.security.KeyPair` | `serialVersionUID` |
| `java.security.KeyRep` | `serialVersionUID` |
| `java.security.KeyRep` | `encoded` |
| `java.security.MessageDigest` | `algorithm` |
| `java.security.MessageDigest` | `provider` |
| `java.security.Permission` | `serialVersionUID` |
| `java.security.PermissionCollection` | `serialVersionUID` |
| `java.security.Permissions` | `serialVersionUID` |
| `java.security.Permissions` | `serialPersistentFields` |
| `java.security.ProtectionDomain` | `codeSource` |
| `java.security.ProtectionDomain` | `classLoader` |
| `java.security.ProtectionDomain` | `principals` |
| `java.security.ProtectionDomain` | `permissions` |
| `java.security.Provider` | `name` |
| `java.security.Provider` | `info` |
| `java.security.Provider` | `version` |
| `java.security.SecureRandom` | `provider` |
| `java.security.SecureRandom` | `secureRandomSpi` |
| `java.security.SecureRandom` | `algorithm` |
| `java.security.SecureRandom` | `state` |
| `java.security.SecureRandom` | `randomBytes` |
| `java.security.SecureRandom` | `randomBytesUsed` |
| `java.security.SecureRandom` | `counter` |
| `java.security.SecureRandomSpi` | `serialVersionUID` |
| `java.security.SecurityPermission` | `serialVersionUID` |
| `java.security.Signature` | `algorithm` |
| `java.security.SignedObject` | `serialVersionUID` |
| `java.security.SignedObject` | `content` |
| `java.security.SignedObject` | `signature` |
| `java.security.SignedObject` | `thealgorithm` |
| `java.security.Signer` | `serialVersionUID` |
| `java.security.Signer` | `privateKey` |

| Class | Field Name |
|---|---|
| `java.security.spec.ECParameterSpec` | `curve` |
| `java.security.spec.EllipticCurve` | `field` |
| `java.security.spec.EllipticCurve` | `a` |
| `java.security.spec.EllipticCurve` | `b` |
| `java.security.spec.EllipticCurve` | `seed` |
| `java.security.spec.RSAMultiPrimePrivateCrtKeySpec` | `publicExponent` |
| `java.security.spec.RSAMultiPrimePrivateCrtKeySpec` | `primeP` |
| `java.security.spec.RSAMultiPrimePrivateCrtKeySpec` | `primeQ` |
| `java.security.spec.RSAMultiPrimePrivateCrtKeySpec` | `primeExponentP` |
| `java.security.spec.RSAMultiPrimePrivateCrtKeySpec` | `primeExponentQ` |
| `java.security.spec.RSAMultiPrimePrivateCrtKeySpec` | `crtCoefficient` |
| `java.security.spec.RSAMultiPrimePrivateCrtKeySpec` | `otherPrimeInfo` |
| `java.security.spec.RSAPrivateCrtKeySpec` | `publicExponent` |
| `java.security.spec.RSAPrivateCrtKeySpec` | `primeP` |
| `java.security.spec.RSAPrivateCrtKeySpec` | `primeQ` |
| `java.security.spec.RSAPrivateCrtKeySpec` | `primeExponentP` |
| `java.security.spec.RSAPrivateCrtKeySpec` | `primeExponentQ` |
| `java.security.spec.RSAPrivateCrtKeySpec` | `crtCoefficient` |
| `java.security.Timestamp` | `serialVersionUID` |
| `java.security.Timestamp` | `timestamp` |
| `java.security.Timestamp` | `signerCertPath` |
| `java.security.UnresolvedPermission` | `serialVersionUID` |
| `java.security.UnresolvedPermission` | `type` |
| `java.security.UnresolvedPermission` | `name` |
| `java.security.UnresolvedPermission` | `actions` |
| `java.sql.DriverManager` | `loginTimeout` |
| `java.sql.Timestamp` | `nanos` |
| `java.text.Annotation` | `value` |
| `java.text.ChoiceFormat` | `serialVersionUID` |
| `java.text.ChoiceFormat` | `choiceLimits` |
| `java.text.ChoiceFormat` | `choiceFormats` |
| `java.text.CollationKey` | `source` |
| `java.text.DateFormat` | `serialVersionUID` |
| `java.text.DecimalFormatSymbols` | `infinity` |
| `java.text.DecimalFormatSymbols` | `NaN` |
| `java.text.DecimalFormatSymbols` | `currencySymbol` |
| `java.text.DecimalFormatSymbols` | `intlCurrencySymbol` |
| `java.text.DecimalFormatSymbols` | `currency` |
| `java.text.Format` | `serialVersionUID` |
| `java.text.MessageFormat` | `serialVersionUID` |
| `java.text.MessageFormat` | `locale` |
| `java.text.MessageFormat` | `formats` |
| `java.text.MessageFormat` | `argumentNumbers` |
| `java.text.MessageFormat` | `maxOffset` |
| `java.text.NumberFormat` | `groupingUsed` |
| `java.text.NumberFormat` | `parseIntegerOnly` |
| `java.text.NumberFormat` | `maximumIntegerDigits` |
| `java.text.NumberFormat` | `minimumIntegerDigits` |
| `java.text.NumberFormat` | `maximumFractionDigits` |
| `java.text.NumberFormat` | `minimumFractionDigits` |
| `java.text.SimpleDateFormat` | `pattern` |
| `java.text.SimpleDateFormat` | `formatData` |

| Class | Field Name |
|---|---|
| `java.text.SimpleDateFormat` | `defaultCenturyStart` |
| `java.util.ArrayList` | `serialVersionUID` |
| `java.util.BitSet` | `bits` |
| `java.util.BitSet` | `serialVersionUID` |
| `java.util.Calendar` | `lenient` |
| `java.util.Calendar` | `zone` |
| `java.util.Calendar` | `firstDayOfWeek` |
| `java.util.Calendar` | `minimalDaysInFirstWeek` |
| `java.util.Currency` | `serialVersionUID` |
| `java.util.Currency` | `currencyCode` |
| `java.util.Date` | `serialVersionUID` |
| `java.util.EnumMap` | `serialVersionUID` |
| `java.util.EventListenerProxy` | `listener` |
| `java.util.EventObject` | `serialVersionUID` |
| `java.util.GregorianCalendar` | `gregorianCutover` |
| `java.util.HashMap` | `serialVersionUID` |
| `java.util.Hashtable` | `modCount` |
| `java.util.Hashtable` | `serialVersionUID` |
| `java.util.IdentityHashMap` | `serialVersionUID` |
| `java.util.LinkedHashMap` | `serialVersionUID` |
| `java.util.LinkedHashMap` | `accessOrder` |
| `java.util.LinkedHashSet` | `serialVersionUID` |
| `java.util.LinkedList` | `serialVersionUID` |
| `java.util.Locale` | `defaultLocale` |
| `java.util.logging.FileHandler` | `append` |
| `java.util.logging.FileHandler` | `limit` |
| `java.util.logging.FileHandler` | `count` |
| `java.util.logging.FileHandler` | `pattern` |
| `java.util.logging.FileHandler` | `files` |
| `java.util.logging.Handler` | `filter` |
| `java.util.logging.Handler` | `formatter` |
| `java.util.logging.Handler` | `encoding` |
| `java.util.logging.Level` | `name` |
| `java.util.logging.Level` | `value` |
| `java.util.logging.Level` | `resourceBundleName` |
| `java.util.logging.Level` | `serialVersionUID` |
| `java.util.logging.Logger` | `filter` |
| `java.util.logging.LoggingPermission` | `serialVersionUID` |
| `java.util.logging.LogManager` | `props` |
| `java.util.logging.LogRecord` | `level` |
| `java.util.logging.LogRecord` | `sequenceNumber` |
| `java.util.logging.LogRecord` | `sourceClassName` |
| `java.util.logging.LogRecord` | `sourceMethodName` |
| `java.util.logging.LogRecord` | `message` |
| `java.util.logging.LogRecord` | `threadID` |
| `java.util.logging.LogRecord` | `millis` |
| `java.util.logging.LogRecord` | `thrown` |
| `java.util.logging.LogRecord` | `loggerName` |
| `java.util.logging.LogRecord` | `resourceBundleName` |
| `java.util.logging.LogRecord` | `parameters` |
| `java.util.logging.LogRecord` | `resourceBundle` |
| `java.util.logging.LogRecord` | `serialVersionUID` |

| Class | Field Name |
|---|---|
| `java.util.logging.MemoryHandler` | `DEFAULT_SIZE` |
| `java.util.logging.MemoryHandler` | `size` |
| `java.util.logging.MemoryHandler` | `target` |
| `java.util.logging.MemoryHandler` | `buffer` |
| `java.util.logging.StreamHandler` | `writer` |
| `java.util.prefs.NodeChangeEvent` | `serialVersionUID` |
| `java.util.prefs.PreferenceChangeEvent` | `serialVersionUID` |
| `java.util.prefs.Preferences` | `factory` |
| `java.util.PriorityQueue` | `serialVersionUID` |
| `java.util.PriorityQueue` | `size` |
| `java.util.Properties` | `serialVersionUID` |
| `java.util.PropertyPermission` | `serialVersionUID` |
| `java.util.Random` | `multiplier` |
| `java.util.Random` | `nextNextGaussian` |
| `java.util.Random` | `haveNextNextGaussian` |
| `java.util.regex.Pattern` | `serialVersionUID` |
| `java.util.regex.Pattern` | `pattern` |
| `java.util.regex.Pattern` | `flags` |
| `java.util.ResourceBundle` | `locale` |
| `java.util.Scanner` | `matcher` |
| `java.util.Scanner` | `closed` |
| `java.util.Scanner` | `locale` |
| `java.util.SimpleTimeZone` | `startMonth` |
| `java.util.SimpleTimeZone` | `startDay` |
| `java.util.SimpleTimeZone` | `startDayOfWeek` |
| `java.util.SimpleTimeZone` | `startTime` |
| `java.util.SimpleTimeZone` | `endMonth` |
| `java.util.SimpleTimeZone` | `endDay` |
| `java.util.SimpleTimeZone` | `endDayOfWeek` |
| `java.util.SimpleTimeZone` | `endTime` |
| `java.util.SimpleTimeZone` | `startYear` |
| `java.util.SimpleTimeZone` | `rawOffset` |
| `java.util.SimpleTimeZone` | `useDaylight` |
| `java.util.SimpleTimeZone` | `startMode` |
| `java.util.SimpleTimeZone` | `endMode` |
| `java.util.SimpleTimeZone` | `dstSavings` |
| `java.util.SimpleTimeZone` | `DOM_MODE` |
| `java.util.SimpleTimeZone` | `DOW_IN_MONTH_MODE` |
| `java.util.SimpleTimeZone` | `DOW_GE_DOM_MODE` |
| `java.util.SimpleTimeZone` | `DOW_LE_DOM_MODE` |
| `java.util.Stack` | `serialVersionUID` |
| `java.util.StringTokenizer` | `delimiters` |
| `java.util.TimeZone` | `ID` |
| `java.util.TreeMap` | `serialVersionUID` |
| `java.util.TreeSet` | `serialVersionUID` |
| `java.util.UUID` | `serialVersionUID` |
| `java.util.UUID` | `version` |
| `java.util.UUID` | `variant` |
| `java.util.UUID` | `node` |
| `java.util.Vector` | `serialVersionUID` |
| `java.util.WeakHashMap` | `threshold` |
| `java.util.zip.Deflater` | `strategy` |

| Class | Field Name |
|---|---|
| `java.util.zip.Deflater` | `finished` |
| `java.util.zip.GZIPInputStream` | `FHCRC` |
| `java.util.zip.GZIPInputStream` | `FEXTRA` |
| `java.util.zip.GZIPInputStream` | `FNAME` |
| `java.util.zip.GZIPInputStream` | `FCOMMENT` |
| `java.util.zip.Inflater` | `finished` |
| `java.util.zip.ZipOutputStream` | `comment` |
| `javax.crypto.SealedObject` | `encryptedContent` |
| `javax.crypto.SealedObject` | `sealAlg` |
| `javax.crypto.SealedObject` | `paramsAlg` |
| `javax.crypto.spec.SecretKeySpec` | `serialVersionUID` |
| `javax.net.ssl.HandshakeCompletedEvent` | `serialVersionUID` |
| `javax.net.ssl.HandshakeCompletedEvent` | `session` |
| `javax.net.ssl.HttpsURLConnection` | `defaultHostnameVerifier` |
| `javax.net.ssl.HttpsURLConnection` | `defaultSSLSocketFactory` |
| `javax.net.ssl.HttpsURLConnection` | `sslSocketFactory` |
| `javax.net.ssl.SSLEngineResult` | `status` |
| `javax.net.ssl.SSLEngineResult` | `handshakeStatus` |
| `javax.net.ssl.SSLEngineResult` | `bytesConsumed` |
| `javax.net.ssl.SSLEngineResult` | `bytesProduced` |
| `javax.net.ssl.SSLPermission` | `serialVersionUID` |
| `javax.net.ssl.SSLSessionBindingEvent` | `serialVersionUID` |
| `javax.security.auth.AuthPermission` | `serialVersionUID` |
| `javax.security.auth.callback.PasswordCallback` | `serialVersionUID` |
| `javax.security.auth.callback.PasswordCallback` | `prompt` |
| `javax.security.auth.callback.PasswordCallback` | `inputPassword` |
| `javax.security.auth.PrivateCredentialPermission` | `serialVersionUID` |
| `javax.security.auth.PrivateCredentialPermission` | `credentialClass` |
| `javax.security.auth.Subject` | `serialVersionUID` |
| `javax.security.auth.SubjectDomainCombiner` | `subject` |
| `javax.security.auth.x500.X500Principal` | `serialVersionUID` |
| `javax.sql.ConnectionEvent` | `ex` |

## Appendix C: Nested Classes

| Nested Classes |
|---|
| `java.io.ObjectInputStream.GetField` |
| `java.io.ObjectOutputStream.PutField` |
| `java.lang.Character.Subset` |
| `java.lang.Character.UnicodeBlock` |
| `java.nio.channels.FileChannel.MapMode` |
| `java.nio.channels.Pipe.SinkChannel` |
| `java.nio.channels.Pipe.SourceChannel` |
| `java.security.KeyStore.Builder` |
| `java.security.KeyStore.CallbackHandlerProtection` |
| `java.security.KeyStore.PasswordProtection` |
| `java.security.KeyStore.PrivateKeyEntry` |
| `java.security.KeyStore.SecretKeyEntry` |
| `java.security.KeyStore.TrustedCertificateEntry` |
| `java.security.Provider.Service` |
| `java.security.cert.CertPath.CertPathRep` |
| `java.security.cert.Certificate.CertificateRep` |
| `java.text.AttributedCharacterIterator.Attribute` |
| `java.text.DateFormat.Field` |
| `java.text.Format.Field` |
| `java.text.MessageFormat.Field` |
| `java.text.NumberFormat.Field` |
| `java.util.jar.Attributes.Name` |
| `javax.crypto.spec.PSource.PSpecified` |

## Appendix D: Froyo Fields Not Readable

| Class Name | Unreadable Field |
|---|---|
| `java.awt.font.TextAttribute` | `attrMap` |
| `java.beans.PropertyChangeSupport` | `allPropertiesChangeListeners` |
| `java.beans.PropertyChangeSupport` | `children` |
| `java.beans.PropertyChangeSupport` | `selectedPropertiesChangeListeners` |
| `java.io.ObjectStreamClass` | `resolvedClass` |
| `java.io.SequenceInputStream` | `e` |
| `java.lang.Class` | `cacheRef` |
| `java.lang.ClassLoader` | `packages` |
| `java.lang.ProcessBuilder` | `command` |
| `java.lang.ProcessBuilder` | `environment` |
| `java.lang.Runtime` | `shutdownHooks` |
| `java.lang.ThreadLocal` | `reference` |
| `java.lang.ref.ReferenceQueue` | `head` |
| `java.lang.reflect.Field` | `declaringClass` |
| `java.lang.reflect.Field` | `type` |
| `java.lang.reflect.Method` | `declaringClass` |
| `java.lang.reflect.Method` | `returnType` |
| `java.lang.reflect.Proxy` | `loaderCache` |
| `java.lang.reflect.Proxy` | `proxyCache` |
| `java.net.URL` | `streamHandlers` |
| `java.nio.channels.spi.AbstractSelectableChannel` | `keyList` |
| `java.nio.channels.spi.AbstractSelector` | `cancelledKeysSet` |
| `java.nio.charset.Charset` | `_builtInCharsets` |
| `java.nio.charset.Charset` | `aliasesSet` |
| `java.nio.charset.Charset` | `cachedCharsetTable` |
| `java.nio.charset.CoderResult` | `_malformedErrors` |
| `java.nio.charset.CoderResult` | `_unmappableErrors` |
| `java.security.AccessController` | `contexts` |
| `java.security.Identity` | `certificates` |
| `java.security.Provider` | `aliasTable` |
| `java.security.Provider` | `lastServicesSet` |
| `java.security.Provider` | `propertyAliasTable` |
| `java.security.Provider` | `propertyServiceTable` |

| | |
|---|---|
| `java.security.Provider` | `serviceTable` |
| `java.security.SecureClassLoader` | `pds` |
| `java.security.cert.CollectionCertStoreParameters` | `collection` |
| `java.security.cert.CollectionCertStoreParameters` | `defaultCollection` |
| `java.security.cert.PKIXParameters` | `certPathCheckers` |
| `java.security.cert.PKIXParameters` | `certStores` |
| `java.security.cert.PKIXParameters` | `initialPolicies` |
| `java.security.cert.PKIXParameters` | `trustAnchors` |
| `java.security.cert.X509CRLSelector` | `issuerNames` |
| `java.security.cert.X509CRLSelector` | `issuerPrincipals` |
| `java.sql.DriverManager` | `theDrivers` |
| `java.text.Collator` | `cache` |
| `java.util.Currency` | `codesToCurrencies` |
| `java.util.Currency` | `localesToCurrencies` |
| `java.util.EnumMap` | `entrySet` |
| `java.util.EnumMap` | `keyType` |
| `java.util.HashMap` | `entrySet` |
| `java.util.HashMap` | `keySet` |
| `java.util.HashMap` | `values` |
| `java.util.Hashtable` | `entrySet` |
| `java.util.Hashtable` | `keySet` |
| `java.util.Hashtable` | `values` |
| `java.util.PriorityQueue` | `comparator` |
| `java.util.ResourceBundle` | `cache` |
| `java.util.TreeMap` | `comparator` |
| `java.util.TreeSet` | `backingMap` |
| `java.util.WeakHashMap` | `referenceQueue` |
| `java.util.jar.Manifest` | `chunks` |
| `java.util.jar.Manifest` | `entries` |
| `java.util.logging.FileHandler` | `allLocks` |
| `java.util.logging.Level` | `levels` |
| `java.util.logging.LogManager` | `loggers` |
| `java.util.logging.LogRecord` | `currentThreadId` |
| `java.util.logging.Logger` | `handlers` |
| `java.util.prefs.AbstractPreferences` | `cachedNode` |
| `java.util.prefs.AbstractPreferences` | `events` |
| `java.util.prefs.AbstractPreferences` | `nodeChangeListeners` |
| `java.util.prefs.AbstractPreferences` | `preferenceChangeListeners` |

| | |
|---|---|
| `java.util.zip.ZipFile` | `mEntries` |
| `java.util.zip.ZipOutputStream` | `entries` |
| `javax.net.ssl.KeyStoreBuilderParameters` | `ksbuilders` |
| `javax.security.auth.Subject` | `principals` |
| `javax.security.auth.Subject` | `privateCredentials` |
| `javax.security.auth.Subject` | `publicCredentials` |
| `java.io.ObjectInputStream` | `PRIMITIVE_CLASSES` |
| `java.io.ObjectInputStream` | `objectsRead` |
| `java.io.ObjectOutputStream` | `objectsWritten` |
| `java.io.ObjectStreamClass` | `EXTERNALIZABLE` |
| `java.io.ObjectStreamClass` | `SERIALIZABLE` |
| `java.io.ObjectStreamClass` | `VOID_CLASS` |