# EXHIBIT 1

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER