# EXHIBIT 2

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER