# EXHIBIT 3

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER