# EXHIBIT 5

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER