Attorneys' Eyes Only

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN FRANCISCO DIVISION
4
5   ORACLE AMERICA, INC.,           )
6        Plaintiff,                 )
7        vs.                        )   No. CV 10-03561 WHA
8   GOOGLE, INC.,                   )
9        Defendant.                 )
10  _____ )
11
12       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--
13
14       Videotaped Personal Capacity deposition of
15       EDWARD SCREVEN, taken at Morrison & Foerster, LLP,
16       755 Page Mill Road, Palo Alto, California,
17       commencing at 9:42 a.m., on Friday, July 29, 2011,
18       before Leslie Rockwood, RPR, CSR No. 3462.
19
20
21
22
23
24
25  PAGES 1 - 119

Page 1

Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | general, we are more successful in business than Sun.  I | |
| 2 | mean, Sun built some great technologies, but they weren't | |
| 3 | particularly good at bringing them to market and, you | |
| 4 | know, I have every confidence that, you know, Oracle will | |
| 5 | succeed with Sun's assets in a way that Sun never could | 11:32:29 |
| 6 | simply because we manage them better. | |
| 7 | Q.  BY MR. WEINGAERTNER:  How does Oracle manage | |
| 8 | better than Sun? | |
| 9 | A.  We're very focused on making money, so we're | |
| 10 | very focused on building technology and then selling it | 11:32:45 |
| 11 | to our customers and supporting it well, right, while | |
| 12 | making sure our costs are not out of control. | |
| 13 | Q.  Was there a perception that Sun was -- and | |
| 14 | I'm going to use your characterization and please correct | |
| 15 | me if I haven't done it correctly. | 11:33:06 |
| 16 | Was it your perception that Sun was less | |
| 17 | focused on making money than Oracle is focused on making | |
| 18 | money? | |
| 19 | MR. NORTON:  Objection to the form of the | |
| 20 | question. | 11:33:17 |
| 21 | THE WITNESS:  Yes. | |
| 22 | Q.  BY MR. WEINGAERTNER:  At the time of the | |
| 23 | acquisition, what was the perception as to -- by Oracle, | |
| 24 | as to what Sun was focused on? | |
| 25 | A.  I think Sun had lost their way in terms of | 11:33:24 |

Page 70

```
 1    strategy.  I mean, they -- while certainly they were
 2    for-profit company and, you know, sought to sell and
 3    sought to profit, I think that they, you know, had no
 4    strategy for how it is that they were going to actually
 5    add value to their customers beyond, you know, beyond        11:33:44
 6    what other folks were doing.
 7            Now, they did have a very strong focus on
 8    engineering; right, and they created some very good
 9    technology assets.  But the thing that they didn't really
10    have is a way to tie them together and bring them to         11:34:02
11    market in the way that would be most appealing to their
12    customers.
13         Q.  At the time of the acquisition or since then,
14    does Oracle have a specific strategy or ability other
15    than its general business acumen that you referred to,      11:34:22
16    for succeeding in the smartphone market or the mobile
17    platform?
18         A.  I think Android has basically foreclosed
19    that.  I don't believe that there is a strategy that we
20    could adopt at this point, right, to displace Android       11:34:39
21    given that they've sucked all out of the air out of the
22    room for Java on smartphones.
23         Q.  What do you mean by "sucked out all the air
24    out of the room"?
25         A.  Well, they are in the market with a clone of       11:34:52
```

Page 71

Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | Java, right, they -- they've now shipped on millions and | |
| 2 | millions of handsets; right, and that's going to make it | |
| 3 | difficult for Oracle or anyone else who wants to ship a | |
| 4 | licensed Java implementation for smartphones to succeed. | |
| 5 | Q.  Why hadn't Sun already gotten into that | 11:35:13 |
| 6 | market before Google had given that it -- when I say | |
| 7 | "that market," the smartphone market, given it's success | |
| 8 | in the feature phone market? | |
| 9 | MR. NORTON:  Objection to form. | |
| 10 | THE WITNESS:  You have to ask their prior | 11:35:27 |
| 11 | management. | |
| 12 | Q.  BY MR. WEINGAERTNER:  Well, I guess that will | |
| 13 | happen later today since you'll be speaking on behalf of | |
| 14 | Oracle America. | |
| 15 | A.  Yes -- | 11:35:41 |
| 16 | MR. NORTON:  Objection, that's not correct. | |
| 17 | Mr. Screven in the 30(b)(6) portion of his deposition | |
| 18 | will be testifying on behalf of Oracle America, but the | |
| 19 | 30(b)(6) notice seeks Oracle's -- we understood and | |
| 20 | understand this was discussed at Nedim's deposition -- | 11:36:00 |
| 21 | that it's from the perspective of Oracle, it's the | |
| 22 | acquisition of Sun. | |
| 23 | So the suggestion that Mr. Screven will be | |
| 24 | testifying as Sun's prior management is not correct. | |
| 25 | MR. WEINGAERTNER:  Okay, and noted that we | 11:36:11 |

Page 72

Attorneys' Eyes Only

```
 1        Q.  As far as you're concerned, Mr. Screven, what
 2   is fragmentation of software?  What does that term mean?
 3        A.  It means having, you know, implementations of
 4   the same interfaces or API's or programing languages, you
 5   know, that are -- that are -- that are not either                13:19:58
 6   compatible now, they're similar, but not strictly
 7   compatible, or even if they are strictly compatible now,
 8   that they're -- it's likely that eventually they will
 9   become incompatible.
10        Q.  And do you have a view as to whether or not a           13:20:19
11   software company has a right that its software framework
12   not be fragmented?
13            MR. NORTON:  Objection to form.
14            THE WITNESS:  I think a software company has
15   copyrights, and it has patents, and it has trademarks,           13:20:39
16   and, you know, to the extent that, you know, any of those
17   rights are infringed by a fragmenting implementation, you
18   know, they have every right to enforce their rights.
19        Q.  BY MR. WEINGAERTNER:  Is it your view that
20   Oracle's plan is to monetize Java by enforcing its                13:21:01
21   intellectual property rights?
22        A.  Enforcing our intellectual property rights is
23   certainly a necessary part of any plan to monetize any
24   kind of software.
25        Q.  And is it Oracle's plan to monetize Java in             13:21:14
```

Page 110

Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | the mobile area by enforcing intellectual property rights | |
| 2 | as opposed to competing with a -- for example, a | |
| 3 | smartphone mobile platform? | |
| 4 |     A.  Well, we haven't brought suit against Apple. | |
| 5 | Because Apple did not create a fragmented and infringing | 13:21:34 |
| 6 | implementation of Java. | |
| 7 |     Now, if we were to enter the smartphone | |
| 8 | market for Java, right, we would, of course, be competing | |
| 9 | against Apple. | |
| 10 |     Q.  Does Oracle have any plans to enter that | 13:21:53 |
| 11 | market? | |
| 12 |     A.  I don't think it's possible for us to enter | |
| 13 | that market now given the infringing implementation of | |
| 14 | Google. | |
| 15 |     Q.  Why not? | 13:22:08 |
| 16 |     A.  Because Google moved first; right?  So as | |
| 17 | first mover with a Java clone which fragments Java and | |
| 18 | which infringes on intellectual property rights, it's | |
| 19 | very hard for us to compete.  I mean, you want to be | |
| 20 | successful in the market, you need to be one of the first | 13:22:23 |
| 21 | entrants. | |
| 22 |     Q.  Can't you try to make a better product? | |
| 23 |     A.  It's very hard even with a better product to | |
| 24 | be the third entry, the fourth entry, the fifth entry | |
| 25 | into a market; right?  Java, you know, is, in my mind, | 13:22:38 |

```
 1   pretty well locked out of the smartphone market because
 2   of Android.
 3       Q.  Is Oracle, as far as you know, making any
 4   effort to attempt to make a better product than Android
 5   or the iPhone that would compete with either of those?        13:22:56
 6       A.  We constantly work to make Java better and
 7   all kinds of platforms including, you know, small memory
 8   footprint devices and, you know, lower CPU devices.  We
 9   continue to work harder on Java FX, you know, to make it
10   a better platform for running in those kinds of devices.      13:23:13
11           But one of the ways, of course, that we make
12   money in Java is by licensing it to other parties.  So
13   we'd be very happy, very happy, to sell a license to
14   Google.  But Google doesn't want to pay.
15           MR. WEINGAERTNER:  Let's take a break.                13:23:39
16           THE VIDEOGRAPHER:  The time is 1:23 p.m., and
17   we are off the record.
18           (Recess.)
19           THE VIDEOGRAPHER:  The time is 1:39 p.m., and
20   we are back on the record.                                    13:39:42
21           MR. WEINGAERTNER:  Thank you for your time
22   today, Mr. Screven.  No further questions.
23           MR. NORTON:  I have no questions for the
24   witness.
25           THE VIDEOGRAPHER:  This marks the end of              13:39:48
```

Page 112

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6              That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9              That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16              I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20              IN WITNESS WHEREOF, I have subscribed my name
21   this 30th day of July, 2011.
22
23
24                        /s/ Leslie Rockwood
25                        LESLIE ROCKWOOD, CSR. NO. 3462
```

115