KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415. 391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650. 328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DEFENDANT GOOGLE INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE**<br><br>Judge:       Hon. William H. Alsup<br><br>Date Comp. Filed:     October 27, 2010<br><br>Trial Date:                October 31, 2011 |

1  Subject to the foregoing objections and the General Objections and without waiver or
2  limitation thereof, and to the extent that this request is understood, Google admits that Android
3  developers employed by Google had access to publicly available, unrestricted documentation for
4  Java 2 Standard Edition Version 5.0 before November 5, 2007.

5  **REQUEST FOR ADMISSION NO. 168:**

6  Admit that Android developers employed by Google accessed the specifications for Java
7  2 Standard Edition Version 5.0 during the development of Android.

8  **RESPONSE TO REQUEST FOR ADMISSION NO. 168:**

9  In addition to its General Objections, Google objects to this Request for Admission as
10  overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of
11  admissible evidence to the extent it seeks information not related to any party's claims or
12  defenses or any relevant subject matter at issue.  Google also objects to this Request for
13  Admission as unreasonably cumulative or duplicative to the extent that it seeks information that
14  is more conveniently or less expensively obtained from another source or that is publicly
15  available.  Google further objects to this Request for Admission as vague and ambiguous as to
16  the phrases "Android developers employed by Google," "accessed the specifications for Java 2
17  Standard Edition Version 5.0," and "during the development of Android" and as to the term
18  "Android" as defined by Plaintiff.

19  Subject to the foregoing objections and the General Objections and without waiver or
20  limitation thereof, and to the extent that this request is understood, Google admits that Android
21  developers employed by Google had access to publicly available, unrestricted documentation for
22  Java 2 Standard Edition Version 5.0 before November 5, 2007.

23  **REQUEST FOR ADMISSION NO. 169:**

24  Admit that contractors hired by Google (or its agents) to work on Android had access to
25  the specifications for Java 2 Standard Edition, Version 5.0 before November 5, 2007.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 169:**

27  In addition to its General Objections, Google objects to this Request for Admission as
28  overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of

| | | |
|---|---|---|
|1|||
|2|DATED:  August 4, 2011|**KING & SPALDING LLP**|
|3||By:  /s/ Scott T. Weingaertner|

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER *(Pro Hac Vice)*
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 4, 2011, I served a true and correct copy of DEFENDANT GOOGLE INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE via e-mail on the following individuals:

| | |
|---|---|
| David Boies<br>Boies Schiller and Flexner<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8201<br>Fax: 914-749-8300<br>Email: Dboies@bsfllp.com | Matthew M Sarboraria<br>Oracle Corporation<br>500 Oracle Parkway, 5OP7<br>Redwood Shores, CA 94065<br>650/ 506-1372<br>Email: Matthew.sarboraria@oracle.com |
| Deborah Kay Miller<br>Oracle USA, Inc Legal Department<br>500 Oracle Parkway<br>Redwood Shores, CA 94065<br>(650) 506-0563<br>Email: Deborah.Miller@oracle.com | Michael A Jacobs<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>650-813-5600<br>Fax: 650-494-0792<br>Email: MJacobs@mofo.com |
| Dorian Estelle Daley<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>(650) 506-5200<br>Fax: (650) 506-7114<br>Email: Dorian.daley@oracle.com | Daniel P. Muino<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7475<br>Email: DMuino@mofo.com |
| Marc David Peters<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 813-5600<br>Fax: (650) 494-0792<br>Email: Mdpeters@mofo.com | Steven Christopher Holtzman<br>Boies, Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA 94612<br>510-874-1000<br>Fax: 510-874-1460<br>Email: Sholtzman@bsfllp.com |

Executed on August 4, 2011.        /s/ Mark H. Francis
                                   Mark H. Francis