# EXHIBIT 8

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER