# EXHIBIT 9

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER