# EXHIBIT 10

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER