# EXHIBIT 11

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER