# EXHIBIT 12

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER