# EXHIBIT 13

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER