# EXHIBIT 14

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER