# EXHIBIT 15

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER