# EXHIBIT 16

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER