# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TX 4-326-014**

EFFECTIVE DATE OF REGISTRATION

6    28    96
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
The Java Application Programming Interface, Volume 1
Core Packages

63453-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
James Gosling

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
Frank Yellin

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire work

**NAME OF AUTHOR ▼**
The Java Team

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of entire work

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 03    Year ▶ 1996
USA
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.  c/o
Addison-Wesley Publishing Company, Inc.
One Jacob Way
Reading, MA  01867

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of ownership by publishing agreement

See instructions before completing this space.

APPLICATION RECEIVED
JUN 28 1996

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 28 1996

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

OAGOOGLE0100029389

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |

| ☐ CORRESPONDENCE | FOR |
| Yes | COPYRIGHT |
| | OFFICE |
| | USE |
| | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  **5**
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.  **6**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
   material used with permission
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   remainder of work
   *See instructions before completing this space.*

**—space deleted—**  **7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one  **8**
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only    *See instructions.*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.  **9**
Name ▼                                          Account Number ▼
Addison-Wesley Publishing Co., Inc.            DA025585

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Timothy Nicholls
Addison-Wesley Publishing Company, Inc.
Reading, MA   01867
                        Area Code and Telephone Number ▶ (617) 944-3700, x.2249
*Be sure to give your daytime phone number*

**CERTIFICATION*** I, the undersigned, hereby certify that I am the  **10**
Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Addison-Wesley Publishing Co.**
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Timothy Nicholls                                       date ▶ 6/26/1996

          Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Timothy Nicholls, Permissions
Number/Street/Apartment Number ▼
Addison-Wesley Publishing Co., Inc.
City/State/ZIP ▼
Reading,        MA        01867
*Certificate will be mailed in window envelope*

**11**

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
February 1993—100,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,504

OAGOOGLE0100029390

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI

**TX 4-416-302**

*T700044416302*

EFFECTIVE DATE OF REGISTRATION

11      22    96
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

The Java Language Specification                    63451-1

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼        Number ▼              Issue Date ▼           On Pages ▼

**2**

NAME OF AUTHOR ▼

Sun Microsystems Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
__X__ Yes
___ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶        USA
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     Yes  __X__ No
Pseudonymous?  Yes  __X__ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
author of entire work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
___ Yes
___ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     Yes  __X__ No
Pseudonymous?  Yes  __X__ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
___ Yes
___ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     Yes  __X__ No
Pseudonymous?  Yes  __X__ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

084633470

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ◀ Year in all cases.
1995

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ Sept.  Day ▶ 11  Year ▶ 1996
ONLY if this work has been published.
USA                                              ◀ Nation

**4**
See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems Inc.
c/o Addison Wesley Longman, Inc.
Reading, MA  01867

APPLICATION RECEIVED
NOV. 22 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV. 22 1996
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

OAGOOGLE0000125436

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some material used with permission.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Remainder of work.

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                  **Account Number** ▼

Addison-Wesley Publishing Co., Inc.           DA025585

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Timothy Nicholls
Addison-Wesley Publishing Company, Inc.
Reading, MA 01867

Area Code and Telephone Number ▶     617  944-3700 x.2249

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Addison-Wesley Publishing Co.,
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy Nicholls                                        date ▶  1/20/96

☞  **Handwritten signature (X)** ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  Timothy Nicholls, Permissions Dept.

Number/Street/Apartment Number ▼
Addison-Wesley Publishing Company, Inc.

City/State/ZIP ▼
Reading, MA 01867

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000  ♻ PRINTED ON RECYCLED PAPER                        U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

OAGOOGLE0000125437

CERTIFICATE OF REGISTRATION    FORM TX
For a Literary Work

This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

UNITED STATES COPYRIGHT OFFICE



TX 4-576-685

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

Dec 24 1997
Month    Day    Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2

PREVIOUS OR ALTERNATIVE TITLES ▼

JDK Version 1.0 alpha 2

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**  NAME OF AUTHOR ▼

**a**   Sun Microsystems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
**a**   1995 ◄ Year in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ April    Day ▶ 4    Year ▶ 1995 (approx)
U.S.A.  ◄ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PAL01-521

APPLICATION RECEIVED  DEC 24 1997
ONE DEPOSIT RECEIVED  DEC 24 1997
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

OAGOOGLE0000079159

EXAMINE

CHECKED

FORM

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes" give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Sun Microsystems, Inc.          Account Number ▼ DA 07 3342

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Timothy J. Crean
Sun Microsystems, Inc.
901 San Antonio Road, MS CUP01-307
Palo Alto, CA 94303          Area Code and Telephone Number ▶ 408/863-3425

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Sun Microsystems, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy J. Crean          Date ▶ 12/23/97

☞ Handwritten signature (X) ▼

*Timothy James Crean*

**10**

**MAIL CERTIFICATE TO**

Name ▼ Timothy J. Crean
Sun Microsystems, Inc.

Number/Street/Apt ▼ MS UCUP01-307
901 San Antonio Road

City/State/ZIP ▼ Palo Alto, CA 94303

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000          ⊛ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1995

OAGOOGLE0000079160

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Literary Work

TX 4-576-686

| ( TX ) | TXU |

EFFECTIVE DATE OF REGISTRATION

Dec 24 1997
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.0.2

**PREVIOUS OR ALTERNATIVE TITLES ▼**
JDK Version 1.0.2

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a** NAME OF AUTHOR ▼

Sun Microsystems, Inc.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _U.S.A._
     Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program

**b** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1996   ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 7   Year ▶ 1996 (approx
U.S.A.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PAL01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 24 1997
ONE DEPOSIT RECEIVED
DEC 24 1997
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

OAGOOGLE0000079165

C081

EXAMINER

CHECKED BY   jv

FORM TX

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

(application for registration
of original work is being
submitted concurrently herewith)

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and Revised Computer Code

See instructions
before completing
this space.

**6**

---

—space deleted—

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instructions.

**8**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

Sun Microsystems, Inc.    DA 07 3342

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Timothy J. Crean
Sun Microsystems, Inc.
901 San Antonio Road, MS CUP01-307
Palo Alto, CA 94303 Area Code and Telephone Number ▶ 408/863-3425

Be sure to
give your
daytime phone
number

**9**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timohty J. Crean    Date ▶ 12/23/97

Handwritten signature (X) ▼

*Timothy James Crean*

**10**

---

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
Timothy J. Crean
Sun Microsystems, Inc.
Number/Street/Apt ▼
MS CUP01-307
901 San Antonio Road
City/State/ZIP ▼
Palo Alto, CA 94303

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1994—100,000    ⊛ PRINTED ON RECYCLED PAPER    U.S. GOVERNMENT PRINTING OFFICE: 1994-387-237-47

OAGOOGLE0000079166

# CERTIFICATE OF REGISTRATION



Additional certificate (37 U.S.C.)



## FORM TX
For a Literary Work



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**TX 4-576-687**

*TX0004576687*

( ) IXA          IXU

**EFFECTIVE DATE OF REGISTRATION**

Dec 24 1997
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.1

**PREVIOUS OR ALTERNATIVE TITLES ▼**
JDK version 1.1

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a** NAME OF AUTHOR ▼

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature or material created by this author in which copyright is claimed. ▼
Entire computer program

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature or material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature or material created by this author in which copyright is claimed. ▼

the employer or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1997 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 11   Year ▶ 1997 (approx)
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PAL01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
DEC 24 1997
**ONE DEPOSIT RECEIVED**
DEC 24 1997
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of 2 pages

0850793404   *850793404*

OAGOOGLE0000126133

C082

EXAMINED BY ☐                                    FORM TX

CHECKED BY ☐

☑ CORRESPONDENCE
   Yes                                           FOR
                                                 COPYRIGHT
                                                 OFFICE
                                                 USE
                                                 ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE. USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes    ☐ No   If your answer is 'Yes,' why is another registration being sought? (Check appropriate box) ▼        (application for original
a. ☐ This is the first published edition of a work previously registered in unpublished form.                        work being filed concurrently
b. ☐ This is the first application submitted by this author as copyright claimant.                                    herewith)
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is 'Yes,' give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
   JDK version 1.0 alpha 2 and JDK version 1.0.2

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   New and Revised Computer Code

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
Sun Microsystems, Inc.                                    DA 07 3342

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Timothy J. Crean
Sun Microsystems, Inc.
901 San Antonio Road, MS CUP01-307
Palo Alto, CA 94303        Area Code and Telephone Number ▶ 408/863-3425

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the            ☐ author
                                                     Check only one ▶    ☐ other copyright claimant
                                                                         ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made      ☒ authorized agent of  Sun Microsystems, Inc.
by me in this application are correct to the best of my knowledge.                                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   Timothy J. Crean                                              Date ▶ 12/23/97

Handwritten signature (X) ▼
   *Timothy James Crean*

**MAIL
CERTIFI-
CATE TO**

Name ▼
   Timothy J. Crean
   Sun Microsystems, Inc.

Number/Street/Apt ▼
   MS UCUP01-307

City/State/ZIP ▼
   901 San Antonio Road
   Palo Alto, CA 94303

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
Rev 1995—300,000        ♻ PRINTED ON RECYCLED PAPER

OAGOOGLE0000126134

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L. L. P.

STANFORD RESEARCH PARK
700 HANSEN WAY
PALO ALTO, CALIFORNIA 94304

WASHINGTON
202-408-4000

ATLANTA
404-653-6400

TELEPHONE 650-849-6600
FACSIMILE 650-849-6666

WRITER'S DIRECT DIAL 650-849-6622
BRENNERA@FINNEGAN.COM

TOKYO
011-813-3431-6943

BRUSSELS
011-322-646-0353

*File C097*

March 23, 1998

<u>VIA U.S. MAIL</u>

Timothy Crean, Senior Counsel
Sun Microsystems, Inc.
901 San Antonio Road, MS CUP01-307
Palo Alto, California 94303

Re:   *U.S. Copyright Registration TX 4-616-088 for*
      *Java Development Kit Version 1.2 beta 2*

Dear Tim:

Per our discussion today, I am enclosing the original of Copyright Registration TX 4-616-088 for Java Development Kit Version 1.2 beta 2.

If you have any further questions on this matter, do not hesitate to call.

Sincerely,

Andrew S. Brenner
(admitted in Illinois only)

Enclosure

P:\BRENNERA\sun\copyright\crea0323.wp6

OAGOOGLE0000125428

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 4-616-088**



*TX0004616088*

EFFECTIVE DATE OF REGISTRATION

Mar 17 1998

Month　　Day　　Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.2 BETA 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JDK Version 1.2  Beta 2

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**　**Number ▼**　**Issue Date ▼**　**On Pages ▼**

---

**NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?　☐ Yes ☐ No
Pseudonymous?　☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?　☐ Yes ☐ No
Pseudonymous?　☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?　☐ Yes ☐ No
Pseudonymous?　☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1997
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ December　Day ▶ 17　Year ▶ 1997
Nation ▶ USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA  94303
MS PAL01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 17 1998
ONE DEPOSIT RECEIVED
MAR 17 1998
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**　• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.　• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

OAGOOGLE0000125429

|  | EXAMINED BY | FORM TX |
|---|---|---|
|  | CHECKED BY |  |
|  | ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes." why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes." give: **Previous Registration Number ▼**    **Year of Registration ▼**
TX 4-576-685, (1997) TX 4-576-686 (1997), TX 4-576-687 (1997)

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Java Development Kit Version 1.0 alpha 2;
Java Development Kit Version 1.0.2
Java Development Kit Version 1.1

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised computer code

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼
Finnegan Henderson deposit account    060313

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Andrew S. Brenner
Finnegan Henderson Farabow Garrett & Dunner, L.L.P.
700 Hansen Way, Palo Alto, CA 94304
Area code and daytime telephone number ▶ (650) 849-6622    Fax number ▶  (650) 849-6666
Email ▶    brennera@Finnegan.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andrew S. Brenner    Date ▶ 3/16/98

Handwritten signature (X) ▼
X

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail certificate to:
Name ▼
Andrew S. Brenner; Finnegan, Henderson
Number/Street/Apt ▼
700 Hansen Way
City/State/ZIP ▼
Palo Alto, CA 94304

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
September 1997—300,000    ⊕ PRINTED ON RECYCLED PAPER    ☆U.S. COPYRIGHT OFFICE WWW: March 1998

OAGOOGLE0000125430

CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**TX 4-648-508**

*TX0004648508*                                    RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*May   7   1958*

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

**TITLE OF WORK ▼**
JAVA DEVELOPMENT KIT VERSION 1.1

**REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼**
TX4-576-687

**YEAR OF BASIC REGISTRATION ▼**
1997

**NAME(S) OF AUTHOR(S) ▼**
Sun Microsystems, Inc.

**NAME(S) OF COPYRIGHT CLAIMANT(S) ▼**
Sun Microsystems, Inc.

## B

**LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼**
Line Number    2a    Line Heading or Description    Nature of Authorship

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼**
Entire computer program

**CORRECTED INFORMATION ▼**
Entire new and revised portions of computer program

**EXPLANATION OF CORRECTION ▼**
To clarify the nature of authorship, since this is a derivative work

## C

**LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼**
Line Number . . . . . . . . . . . . . . . Line Heading or Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**AMPLIFIED INFORMATION ▼**

**EXPLANATION OF AMPLIFIED INFORMATION ▼**

---

MORE ON BACK ▶    • Complete all applicable spaces (D -G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at space F.

DO NOT WRITE HERE
Page 1 of 2 pages

OAGOOGLE0000126117

FORM CA RECEIVED

MAY 0 7. 1998

FUNDS RECEIVED DATE

FORM CA

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION        ☑ YES   ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

CONTINUATION OF: (Check which) ☑ PART B OR ☐ PART C

**D**

Line Number: 6a      Line Heading or Description:  Preexisting Material

Incorrect Information as it appears in Basic Registration:
 JDK version 1.0 alpha 2 and JDK version 1.0.2

Corrected Information:
 JDK version 1.0 alpha 2 and JDK version 1.0.2 and other previous versions of the JDK,
 including third party computer programs incorporated therein

Explanation of Correction:
 To more precisely state the preexisting material on which this derivative work is based.

---

DEPOSIT ACCOUNT: If the registration fee is to be charged to a Deposit
Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

CORRESPONDENCE: Give name and address to which correspondence
about this application should be sent.

Name **Timothy J. Crean**

Address **Sun Microsystems, Inc./901 San Antonio Road**
(Apt) **MS CUP03-802**

**Palo Alto**                    **CA**        **94303**
(City)                           (State)       (ZIP)

Area Code and Telephone Number ▶ **(408) 863-3425**

**E**

Be sure to
give your
daytime phone
number

---

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ duly authorized agent of **Sun Microsystems, Inc.**
(Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ **Timothy J. Crean**                    Date ▼ **May 6, 1998**

Handwritten signature (X) ▼ *Timothy James Crean*

**F**

---

MAIL
TO

Certificate
will be
mailed in
window
envelope

Name ▼ **Timothy J. Crean**
       **Sun Microsystems, Inc.**

Number/Street/Apt ▼ **MS CUP03-802**
       **901 San Antonio Road**

City/State/ZIP ▼ **Palo Alto, CA  94303**

• Complete all necessary spaces
• Sign your application in space F

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to
   *Register of Copyrights*

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**G**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

October 1994

☆U.S. COPYRIGHT OFFICE WWW FORM: 1996

OAGOOGLE0000126118

# CERTIFICATE OF REGISTRATION



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS



**TX 4-648-509**

EFFECTIVE DATE OF REGISTRATION

*May 7 1998*

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.1.3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JDK version 1.1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire new and revised portions of computer program

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month July  Day 2  Year 1997 approx.
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PA L01-521

APPLICATION RECEIVED
MAY 07 1998
ONE DEPOSIT RECEIVED
MAY 07 1998
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

OAGOOGLE0000079173

<table>
<tr><td>EXAMINED B</td><td></td><td rowspan="3">FORM TX</td></tr>
</table>

EXAMINED B

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes." why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes." give: Previous Registration Number ▼        Year of Registration ▼

   TX 4-576-687                                1997

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a   JDK version 1.1 and other previous versions of the JDK, including third party
    computer programs incorporated therein.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b   New and revised portions of computer program.

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                       Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

   Timothy J. Crean / Sun Microsystems, Inc.
   901 San Antonio Road / MS CUP03-802
   Palo Alto, CA  94303
   Area code and daytime telephone number ▶ (408) 863-3425        Fax number ▶ (408) 343-1757
   Email ▶ tim.crean@eng.sun.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶   ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive right(s)
                    ☒ authorized agent of Sun Microsystems, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Timothy J. Crean                                       Date ▶ May 6, 1998

   Handwritten signature (X) ▼

   X _Timothy James Crean_

**8**

**Mail**
certificate
to:

Certificate
will be
mailed in
window
envelope

Name ▼   Timothy J. Crean
         Sun Microsystems, Inc.

Number/Street/Apt ▼   MS CUP03-802
                      901 San Antonio Road

City/State/ZIP ▼      Palo Alto, CA  94303

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

September 1997—300,000          ⊕ PRINTED ON RECYCLED PAPER          ☆U.S. COPYRIGHT OFFICE WWW: March 1996

OAGOOGLE0000079174



CERTIFICATE OF REGISTRATION

This certificate issued under the seal of the Copyright Office in accordance with title 17 United States Code attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

FORM CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE



TX 4-648-608

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION
MAY 1 2 1998
Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**TITLE OF WORK ▼**
JAVA DEVELOPMENT KIT VERSION 1.0.2

**REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼**
TX4-576-686

**YEAR OF BASIC REGISTRATION ▼**
1997

**NAME(S) OF AUTHOR(S) ▼**
Sun Microsystems, Inc.

**NAME(S) OF COPYRIGHT CLAIMANT(S) ▼**
Sun Microsystems, Inc.

## B

**LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼**
Line Number ......... 2a ......... Line Heading or Description     Nature of Authorship

**INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼**
Entire computer program

**CORRECTED INFORMATION ▼**
Entire new and revised portions of computer program

**EXPLANATION OF CORRECTION ▼**
To clarify the nature of authorship, since this is a derivative work



## C

**LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼**
Line Number .............. Line Heading or Description .........................................

**AMPLIFIED INFORMATION ▼**

**EXPLANATION OF AMPLIFIED INFORMATION ▼**

**MORE ON BACK ▶**   • Complete all applicable spaces (D -G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at space F.

DO NOT WRITE HERE
Page 1 of ___ pages

OAGOOGLE0000079167

FORM CA R

FORM CA

MAY 12. 1998

FUNDS RECEIVED DATE

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☐ YES   ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

CONTINUATION OF: (Check which) ☒ PART B OR ☐ PART C

Line Number: 6a     Line Heading or Description: Preexisting Material

Incorrect Information as it Appears in Basic Registration:
   JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2

Corrected Information:
   JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2 and other previous versions of the JAVA
   DEVELOPMENT KIT, including third party computer programs incorporated therein

Explanation of Correction:
   To more precisely state the preexisting material on which this derivative work is based.

**D**

DEPOSIT ACCOUNT: If the registration fee is to be charged to a Deposit
Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

CORRESPONDENCE: Give name and address to which correspondence
about this application should be sent.

Name  Timothy J. Crean

Address  Sun Microsystems, Inc./901 San Antonio Road

Palo Alto          CA        94303      MS CUP03-802
(City)             (State)   (ZIP)

Area Code and Telephone Number ▶ (408) 863-3425

Be sure to
give your
daytime phone
◀ number

**E**

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ duly authorized agent of  Sun Microsystems, Inc.
                                                          (Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Timothy J. Crean

Date ▼
May 11, 1998

☞ Handwritten signature (X) ▼
Timothy James Crean

**F**

MAIL
TO

Name ▼
   Timothy J. Crean
   Sun Microsystems, Inc.

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
   MS CUP03-802
   901 San Antonio Road

City/State/ZIP ▼
   Palo Alto, CA  94303

• Complete all necessary spaces
• Sign your application in space F

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to
   Register of Copyrights

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

October 1994

☯ U.S. COPYRIGHT OFFICE WWW FORM: 1996

OAGOOGLE0000079168

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE



TX 4-648-609

*TX0004648609*

RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

MAY 1 2 1998
Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

TITLE OF WORK ▼

The Java Language Specification

| REGISTRATION NUMBER OF THE BASIC REGISTRATION ▼ | YEAR OF BASIC REGISTRATION ▼ |
|---|---|
| TX4-416-302 | 1996 |

| NAME(S) OF AUTHOR(S) ▼ | NAME(S) OF COPYRIGHT CLAIMANT(S) ▼ |
|---|---|
| Sun Microsystems, Inc. | Sun Microsystems, Inc. |

## B

LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION ▼

Line Number ..2a.......... Line Heading or Description .... Nature of Authorship .........................

INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION ▼

author of entire work

CORRECTED INFORMATION ▼

author of entire new portions of work

EXPLANATION OF CORRECTION ▼

To clarify the nature of authorship, since this is a derivative work

LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED ▼

Line Number .............. Line Heading or Description .........................................

AMPLIFIED INFORMATION ▼

EXPLANATION OF AMPLIFIED INFORMATION ▼

MORE ON BACK ▶   • Complete all applicable spaces (D -G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at space F.

DO NOT WRITE HERE
Page 1 of 2 pages

OAGOOGLE0000125438

FORM CA RECEIVED

MAY 1 2 1998

**FUNDS RECEIVED DATE**

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☒ YES    ☐ NO

**FORM CA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**CONTINUATION OF:** (Check which)   ☐ PART B OR   ☐ PART C

**D**

---

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit
Account established in the Copyright Office, give name and number of Account.

Name _____

_____

Account Number _____

**CORRESPONDENCE:** Give name and address to which correspondence
about this application should be sent.

Name   **Timothy J. Crean**

Address **Sun Microsystems, Inc./901 San Antonio Road**

**Palo Alto** (City)    **CA** (State)   **94303** (ZIP)   (Apt)   MS CUP03-8

Area Code and Telephone Number ▶ **(408) 863-3425**

**E**

Be sure to
give your
daytime phone
◀ number

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ duly authorized agent of **Sun Microsystems, Inc.**
(Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    **Timothy J. Crean**                    Date ▼ **May 11, 1998**

☞   Handwritten signature (X) ▼    _Timothy James Crean_

**F**

---

MAIL
TO

Certificate
will be
mailed in
window
envelope

Name ▼   **Timothy J. Crean**
         **Sun Microsystems, Inc.**

Number/Street/Apt ▼   **MS CUP03-802**
                       **901 San Antonio Road**

City/State/ZIP ▼   **Palo Alto, CA  94303**

• Complete all necessary spaces
• Sign your application in space F

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to
   *Register of Copyrights*

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**G**

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

October 1994                                                                       ☆U.S. COPYRIGHT OFFICE WWW FORM: 1996

OAGOOGLE0000125439

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*




**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TX 4-679-495**



**EFFECTIVE DATE OF REGISTRATION**

JUN 23 1998

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JDK Version 1.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire new and revised portions of computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1996
◀ Year▶ in all cases.

This information must be given ONLY if this work has been published.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ Jan.    Day ▶ 23    Year ▶ 1996 (approx.
U.S.A.    ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303
MS PA L01-521

**APPLICATION RECEIVED**
JUN 23 1998
**ONE DEPOSIT RECEIVED**
JUN 23 1998
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

OAGOOGLE0100029426

| EXAMINED BY  *TMS* | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

TX4-576-685     1997

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

JDK version 1.0 alpha 2 and other previous versions of the JDK, including third party computer programs incorporated therein.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised portions of computer program.

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b** Timothy J. Crean/Sun Microsystems, Inc.
901 San Antonio Road/MS CUP03-802
Palo Alto, CA 94303

Area code and daytime telephone number ▶ **(408) 863-3425**     Fax number ▶ **(408) 343-1757**

Email ▶ **tim.crean@eng.sun.com**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Sun Microsystems, Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy J. Crean     Date ▶ **June 22, 1998**

Handwritten signature (X) ▼

X *Timothy James Crean*

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail certificate to:

Name ▼ Timothy J. Crean
Sun Microsystems, Inc.

Number/Street/Apt ▼ MS CUP03-802
901 San Antonio Road

City/State/ZIP ▼ Palo Alto, CA 94303

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—300,000     ♲ PRINTED ON RECYCLED PAPER     ☆U.S. COPYRIGHT OFFICE WWW: March 1998

OAGOOGLE0100029427

# CERTIFICATE OF REGISTRATION

**FORM CA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**TX 4-686-209**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

Effective Date of Supplementary Registration

MAR ...... 20 ...... 1998
MONTH        DAY        YEAR

---

**DO NOT WRITE ABOVE THIS LINE—FOR COPYRIGHT OFFICE USE**

---

**(A) Basic Instructions**

TITLE OF WORK:
The Java Application Programming Interface, Volume 1
*CORE PACKAGES

REGISTRATION NUMBER OF BASIC REGISTRATION:
TX 4 326 014

YEAR OF BASIC REGISTRATION:
1996

NAME(S) OF AUTHOR(S):
James Gosling
Frank Yellin
The Java Team

NAME(S) OF COPYRIGHT CLAIMANT(S):
Sun Microsystems Inc.,

---

**(B) Correction**

LOCATION AND NATURE OF INCORRECT INFORMATION IN BASIC REGISTRATION:
Line Number 2 a & b  Line Heading or Description ..... name of author .....

INCORRECT INFORMATION AS IT APPEARS IN BASIC REGISTRATION:
Frank Yellin-coauthor of entire work wfh = no
James Gosling - coauthor of entire work wfh = no
The Java Team - coauthor of entire work wfh = yes

CORRECTED INFORMATION:
Sun Microsystems Inc., wfh = yes

EXPLANATION OF CORRECTION: (Optional)

---

**(C) Amplification**

LOCATION AND NATURE OF INFORMATION IN BASIC REGISTRATION TO BE AMPLIFIED:
Line Number ........... Line Heading or Description ...........

AMPLIFIED INFORMATION:

EXPLANATION OF AMPLIFIED INFORMATION:  Optional)

OAGOOGLE0100029387

EXAMINED BY: MB

CHECKED BY:

FORM CA RECEIVED:
MAR 2 1996

CORRESPONDENCE:
[] YES

REMITTANCE NUMBER AND DATE

REFERENCE TO THIS REGISTRATION
ADDED TO BASIC REGISTRATION:
[X] YES  [] NO

DEPOSIT ACCOUNT FUNDS USED: []

FOR
COPYRIGHT
OFFICE
USE
ONLY

* Amended by C.O. per information on basic registration.

**DO NOT WRITE ABOVE THIS LINE: FOR COPYRIGHT OFFICE USE ONLY**

**CONTINUATION OF:** (Check which) [] PART B OR  [] PART C

**D**

Continuation

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name    Addison Wesley Longman    Account Number    DA 025585

**CORRESPONDENCE:** Give name and address to which correspondence should be sent:

Name    Timothy Nicholls,    Addison Wesley Longman

Address    One Jacob Way,    Reading,    MA 01867    Apt. No.

(Number and Street)    (City)    (State)    (ZIP Code)

**E**

Deposit
Account and
Mailing
Instructions

**CERTIFICATION ***  I, the undersigned, hereby certify that I am the: (Check one)

[] author  [] other copyright claimant  [] owner of exclusive right(s)  [] authorized agent of

(Name of author or other copyright claimant, or owner of exclusive right)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)

Typed or printed name    Timothy Nicholls

Date    3/17/98

* 17 U.S.C. §506(e): FALSE REPRESENTATION  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**F**

Certification
(Application
must be
signed)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

Timothy Nicholls - Addison Wesley Longman

(Name)

One Jacob Way

(Number, Street and Apartment Number)

Reading,    MA    01867

(City)    (State)    (ZIP code)

**G**

Address for
Return of
Certificate

Jan. 1978—50,000

OAGOOGLE0100029388

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-825-238**

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

February 24 1999
   Month    Day    Year

**OFFICIAL SEAL**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## A

Title of Work ▼

**JAVA DEVELOPMENT KIT VERSION 1.0 alpha 2**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| TX4-576-685 | 1997 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Sun Microsystems, Inc. | Sun Microsystems, Inc. |

*(margin, vertical)* 10494605

---

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  **2a**     Line Heading or Description  **Nature of Authorship**

Incorrect Information as It Appears in Basic Registration ▼

**Entire Computer program**

Corrected Information ▼

**Entire new portions of computer program**

Explanation of Correction ▼

**To clarify the nature of authorship, since this is a derivative work**

---

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
   • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of **2** pages

OAGOOGLE0000079161

FORM CA RECEIVED

MAR 0 2 1999

FUNDS RECEIVED DATE

February 24, 1999

EXAMINED BY     JOH

CORRESPONDENCE ☑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☑ YES      ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B  or ☐ Part C

Line Number:  **6a**  Line Heading or Description:  **Preexisting Material**

Incorrect Information as it appears in Basic Registration:

    [line is blank]

Corrected Information:

    JDK version 1.0 alpha (registered on TXu 835-277 on June 23, 1998) and third party
    computer programs incorporated therein

Explanation of Correction:

    To state the preexisting material on which this derivative work is based.

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Timothy J. Crean
Sun Microsystems, Inc./901 San Antonio Road, MS  CUP03-802
Palo Alto, CA  94303

Phone (408 ) 863-3425 _____ Fax (____)_____ Email _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**E**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)   **Sun Microsystems, Inc.**
☐ other copyright claimant  ☑ duly authorized agent of _____
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name▼ **Timothy J. Crean**                        Date ▼  **3/1/99**

Handwritten signature (X) ▼

_Timothy James Crean_

**F**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  **Timothy J. Crean**
        **Sun Microsystems, Inc.**

Number/Street/Apt ▼  **MS CUP03-802**
                     **901 San Antonio Road**

City/State/ZIP ▼  **Palo Alto, CA  94303**

YOU MUST
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office,
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Registration filing fee is $20 effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office website at http://www.loc.gov/copyright, or call (202) 707-3000.

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—15,000   Ⓟ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,046

OAGOOGLE0000079162

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**
**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

■ **FORM CA**
**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**TX 4-847-506**

*TX0004847506*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU |

**EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION**

March 24 1959

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**

**JAVA DEVELOPMENT KIT VERSION 1.2 BETA 2**

**Registration Number of the Basic Registration ▼**

**TX4-616-088**

**Year of Basic Registration ▼**

**1998**

**Name(s) of Author(s) ▼**

**Sun Microsystems, Inc.**

**Name(s) of Copyright Claimant(s) ▼**

**Sun Microsystems, Inc.**

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

**Line Number** **2a** **Line Heading or Description** **Nature of Authorship**

**Incorrect Information as It Appears in Basic Registration ▼**

**Entire computer program**

**Corrected Information ▼**

**Entire new portions of computer program**

**Explanation of Correction ▼**

**To clarify the nature of authorship, since this is a derivative work**

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

**Line Number** _____ **Line Heading or Description** _____

**Amplified Information and Explanation of Information ▼**

---

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

**DO NOT WRITE HERE**

Page 1 of 2 pages

OAGOOGLE0000126544

FORM CA RECEIVED

MAR 2 4 1999

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☑ YES    ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**D**

Continuation of: ☑ Part B  or ☐ Part C

Line Number:  6a    Line Heading or Description:  Preexisting Material
Incorrect Information as it Appears in Basic Registration:
    Java Development Kit Version 1.0 alpha 2; Java Development Kit Version 1.0.2;
    Java Development Kit Version 1.1

Corrected Information:

    Java Development Kit Version 1.0 alpha 2; Java Development Kit Version 1.0.2;
    Java Development Kit Version 1.1; and other previous versions of the JDK,
    including third party computer programs incorporated therein

Explanation of Correction:

    To more precisely state the preexisting material on which this derivative work is based.

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.

Timothy J. Crean
Sun Microsystems, Inc./901 San Antonio Road, MS  CUP03-802
Palo Alto, CA  94303

Phone ( 408 ) 863-3425          Fax ( 408 ) 343-1757          Email

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**F**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  **Sun Microsystems, Inc.**

                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name▼  **Timothy J. Crean**              Date▼ 3/23/99

Handwritten signature (X)▼   *Timothy James Crean*

**G**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  Timothy J. Crean
        Sun Microsystems, Inc.
Number/Street/Apt ▼  MS CUP03-802
        901 San Antonio Road
City/State/ZIP ▼
        Palo Alto, CA  94303

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to *Register of
   Copyrights*
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Regis-
tration
filing
fees are
effec-
tive
June
30,
1999. For the latest fee
information, write the
Copyright Office, check
the Copyright Office
Website at http://
www.loc.gov/copyright,
or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1998—15,000    ♻ PRINTED ON RECYCLED PAPER                    ✩U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80,048

OAGOOGLE0000126545

# CERTIFICATE OF REGISTRATION



★ UNITED STATES COPYRIGHT OFFICE ★
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



P

**TX 5–271–787**

EFFECTIVE DATE OF REGISTRATION

Aug   03   2000
Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

**TITLE OF THIS WORK ▼**

Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**   J2SE Version 1.3
Java 2 Platform  Standard Edition   Version 1.3/Java 2 SDK, Standard Edition, Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

## 2

**a**

**NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text ~~and compilation~~ of computer program code ~~and documentation~~

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors ✱✱

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ see attached
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☒ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text ~~and compilation~~ of computer program code

**c**

**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  2000 ◀Year  This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.   Month ▶ May   Day ▶ 8   Year ▶ 2000
U.S.A.   ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA  94303
M/S PAL 01-521

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

OAGOOGLE0000079401

| EXAMINED BY | WMD | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

\*Amended by CO from phone call to Jeffrey Brill on 3/8/01.
\*\*Refers to Form TX/CON.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? ▼

☒ **Yes**  ☐ **No**  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX-4-847-506          **Year of Registration** ▶ 1999

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text \*~~and compilation~~ of computer program code \*~~and documentation~~

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                              **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA  94306

**b**

**Area code and daytime telephone number** ▶ (650) 858-7291          **Fax number** ▶ (650) 494-1417

**Email** ▶ jbrill@fenwick.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.

**of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.                          **Date** ▶ 7/31/00

**Handwritten signature (X)** ▼

X  Jeffrey Brill

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Jeffrey Brill, Esq.  Fenwick & West LLP | • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | **Number/Street/Apt** ▼  Two Palo Alto Square | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | As of July 1, 1999, the filing fee for Form TX is $30. |
| | **City/State/ZIP** ▼  Palo Alto, CA  94306 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999                                    PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

OAGOOGLE0000079402

# CONTINUATION SHEET
# FOR APPLICATION FORMS

● **This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only.**
Indicate which basic form you are continuing in the space in the upper right-hand corner.
● If at all possible, try to fit the information called for into the spaces provided on the basic form.
● If you do not have enough space for all the information you need to give on the basic form, use
this Continuation Sheet and submit it with the basic form.
● If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the
two together before submitting them.
● Space A of this sheet is intended to identify the basic application.
Space B is a continuation of Space 2 on the basic application. Space B is not applicable
to Short forms.
Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on
the basic application or for the continuation of Space 1 on any of the three Short Forms
PA, TX, or VA.

**FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE

**TX 5-271-787**

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

Aug        03        2000
(Month)      (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page   3   of   4   pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
● TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition)

● NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
Sun Microsystems, Inc.
901 San Antonio Road, Palo Alto, CA 94303, M/S PAL 01-521

---

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼
see list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work
a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work
a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work
a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079403

CONTINUATION OF  (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

# C

**Continuation
of other
Spaces**

Independent Contractors Who Contributed to Java 2 Standard Edition Version 1.3 (Windows Edition)

| CONTRACTOR | Country of Citizenship or Domicile |
| --- | --- |
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | USA |
| Kevin Halle | USA |
| Mike Bronson | USA |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | USA |
| IBM | USA |
| Tom Santos | USA |
| Moscow Center for Sparc Technology (MCST) | Russia |
| Siptech | India |
| Alan Liu | USA |
| Doug Lea | USA |
| Martin Odersky | Germany |
| Michael Everest | USA |
| Richard Blanchard | USA |
| Kodak | USA |
| Dmitry Feld | USA |
| www.beatnik.com | USA |
| Urs Hoelzle | USA |
| Gary Oblock | USA |
| Raj Prakash | USA |
| Christopher Cole | USA |
| Samad Ahmed | USA |
| Andrew Trick | USA |
| Robert Henry Yang | USA |
| Venkateswara Reddy Maddileti | USA |
| Petr Zhelezniakov | Russia |

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼ **Jeffrey Brill, Esq.**
**Fenwick & West LLP**

Number/Street/Apt ▼
**Two Palo Alto Square**

City/State/ZIP ▼
**Palo Alto, CA  94306**

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
   money order payable to *Register
   of Copyrights*
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# D

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999—30,000
WEB REV: June 1999   ♻ PRINTED ON RECYCLED PAPER              ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079404



**FENWICK & WEST LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO PALO ALTO SQUARE | PALO ALTO, CA 94306
TEL 650.494.0600 | FAX 650.494.1417 | www.fenwick.com

May 14, 2001

TU PHAN

EMAIL TPHAN@FENWICK.COM
DIRECT DIAL 650.858.7696

Marilyn Glaubensklee, Esq.
Assistant General Counsel, IP Law Group
Sun Microsystems, Inc., M/S CUP 03-802
901 San Antonio Road
Palo Alto, CA  94303

**Re:**   ***Java 2 Standard Edition Version 1.3 (MS Windows Edition)***
        **Copyright Registration Certificate No. TX 5-271-787**

Dear Marilyn:

I am pleased to enclose a copy of the recently issued certificate of copyright registration for the following:

*Java 2 Standard Edition Version 1.3 (MS Windows Edition)*

Registration is effective from the date shown on the upper, right-hand corner of the certificate.  The copyright will expire 95 years from the date of first publication or 120 years from the year of its creation, whichever comes first.  The year of creation and/or date of first publication are shown in Space 3 of the certificate.

In accordance with our usual policy, we are retaining the original of this issued certificate in our firm's fireproof safe.

Please feel free to contract me directly at (650) 858-7291 with any questions.

Very truly yours,

FENWICK & WEST LLP

Tu Phan

TB:sm
Enclosure
21515/00089/LIT/1091912.1

OAGOOGLE0000079405

**FEE CHANGES**

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

# FORM TX

**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

_____
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**   J2SE Version 1.3

Java 2 Platform  Standard Edition  Version 1.3/Java 2 SDK, Standard Edition, Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

---

## 2

**a**   **NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ see attached
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes ☐ No
Pseudonymous?   ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given   Year in all cases.

2000

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.

Month ▶ May   Day ▶ 8   Year ▶ 2000

U.S.A.   ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA  94303
M/S PAL 01-521

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

OAGOOGLE0000079406

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX-4-847-506    Year of Registration ▶ 1999

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text and compilation of computer program code and documentation

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA  94306

**b**

Area code and daytime telephone number ▶ (650) 858-7291     Fax number ▶ (650) 494-1417

Email ▶ jbrill@fenwick.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.                                    Date ▶ 7 / 31 / 00

☞ Handwritten signature (X) ▼

X _Jeffrey Brill_

| Certificate will be mailed in window envelope to this address: | Name ▼ Jeffrey Brill, Esq. Fenwick & West LLP | • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼ Two Palo Alto Square | 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material | As of July 1, 1999, the filing fee for Form TX is $30. |
| | City/State/ZIP ▼ Palo Alto, CA  94306 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

OAGOOGLE0000079407

# CONTINUATION SHEET
# FOR APPLICATION FORMS

⊘ FORM _____ /CON

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only.** Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- **Space A of this sheet is intended to identify the basic application.**
  **Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.**
  **Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition)

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Sun Microsystems, Inc.
  901 San Antonio Road, Palo Alto, CA  94303, M/S PAL 01-521

---

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

see list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079408

CONTINUATION OF  (Check which):     ☐ Space 1     ☐ Space 4     ☐ Space 6

**C**

**Continuation of other Spaces**

Independent Contractors Who Contributed to Java 2 Standard Edition Version 1.3 (Windows Edition)

| CONTRACTOR | Country of Citizenship or Domicile |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | USA |
| Kevin Halle | USA |
| Mike Bronson | USA |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | USA |
| IBM | USA |
| Tom Santos | USA |
| Moscow Center for Sparc Technology (MCST) | Russia |
| Siptech | India |
| Alan Liu | USA |
| Doug Lea | USA |
| Martin Odersky | Germany |
| Michael Everest | USA |
| Richard Blanchard | USA |
| Kodak | USA |
| Dmitry Feld | USA |
| www.beatnik.com | USA |
| Urs Hoelzle | USA |
| Gary Oblock | USA |
| Raj Prakash | USA |
| Christopher Cole | USA |
| Samad Ahmed | USA |
| Andrew Trick | USA |
| Robert Henry Yang | USA |
| Venkateswara Reddy Maddileti | USA |
| Petr Zhelezniakov | Russia |

Certificate will be mailed in window envelope to this address:

Name ▼ Jeffrey Brill, Esq.
        Fenwick & West LLP

Number/Street/Apt ▼
        Two Palo Alto Square

City/State/ZIP ▼
        Palo Alto, CA  94306

**D**

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30,000
WEB REV: June 1999          ♺ PRINTED ON RECYCLED PAPER          ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079409



SUN MICROSYSTEMS, INC.
RECEIVED

AUG 0 2 2000

INTELLECTUAL PROPERTY
LAW DEPARTMENT

**FENWICK & WEST LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO PALO ALTO SQUARE | PALO ALTO, CA 94306
TEL  650.494.0600 | FAX  650.494.1417 | www.fenwick.com

August 1, 2000

JEFF BRILL

EMAIL JBRILL@FENWICK.COM
DIRECT DIAL 650.858.7291

Alex Silverman
Sun Microsystems, Inc.
901 San Antonio Road
M/S PAL01-521
Palo Alto, CA  94303

C0487

Re:   Java 2 Standard Edition Version 1.3 Copyright Registration

Dear Alex:

Enclosed for your records is a copy of the application for copyright registration that was filed with the Copyright Office on July 31, 2000, for the following title:

Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition)

Please feel free to contract me directly at (650) 858-7291 with any questions or comments.

Very truly yours,
FENWICK & WEST LLP

Jeff Brill

JB/cck
Enclosure

21515/00080/DOCS/1075610.1

OAGOOGLE0000079410



**FENWICK & WEST LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO PALO ALTO SQUARE | PALO ALTO, CA 94306

TEL 650.494.0600 | FAX 650.494.1417 | www.fenwick.com

July 31, 2000

JEFFREY BRILL

EMAIL JBRILL@FENWICK.COM
DIRECT DIAL 650.858.7291

VIA CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Re:   Request for Registration of Copyright in Computer Program Entitled
      <u>"Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition)"</u>

Dear Register:

Enclosed is an application for copyright registration of a software product entitled "Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition)." This work is distributed via the Internet. The work is available for download at http://java.sun.com/j2se/1.3/. Enclosed is a source code deposit. The computer program is a derivative work. Accordingly, pursuant to the Copyright Office regulations, we are submitting as identifying source code material at least fifty (50) pages of the source code containing new and revised material.

Enclosed is a check in the amount of $30.00 to cover the registration fee. If you have any questions, please contact me directly at (650) 858-7291.

Very truly yours,
FENWICK & WEST LLP

Jeffrey Brill

Enclosures:
  Form TX
  source code deposit
  $30.00 check
  21515/00080/DOCS/1075529.1

OAGOOGLE0000079411

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

*Is your RETURN ADDRESS completed on the reverse side?*

3. Article Addressed to:

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C.  20559-6000

4a. Article Number

Z 701 860 773

4b. Service Type

| | |
|---|---|
| ☐ Registered | ☒ Certified |
| ☐ Express Mail | ☐ Insured |
| ☐ Return Receipt for Merchandise | ☐ COD |

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*

X

*Thank you for using Return Receipt Service.*

PS Form **3811**, December 1994       102595-98-B-0229       Domestic Return Receipt

---

Z 701 860 773

**Receipt for Certified Mail**

UNITED STATES POSTAL SERVICE

No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to  Library of Congress
Street and No.  Copyright Office
101 Independence Ave., S.E.
P.O., State and ZIP Code
Washington, D.C.  20559-6000

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form **3800**, March 1993

Fold at line over top of envelope to the right of the return address

**CERTIFIED**

Z 701 860 773

**MAIL**

OAGOOGLE0000079412



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Print your name, address, and ZIP Code in this box ●

Jeff Brill
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA  94306

21515-00080
Sun Microsystems, Inc.
Java 2 Standard Edition 1.3

PS Form 3800, March 1993 (Reverse)

STICK POSTAGE STAMPS TO ARTICLE TO COVER FIRST CLASS POSTAGE, CERTIFIED MAIL FEE, AND CHARGES FOR ANY SELECTED OPTIONAL SERVICES (see front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make inquiry.

102595-93-Z-0478

OAGOOGLE0000079413

| FENWICK & WEST | | | CHECK NO. | 2070226 |

FENWICK & WEST
VENDOR: REGISTER OF COPYRIGHTS

Two Palo Alto Square, Suite 800,   Palo Alto, CA 94306
VENDOR NO.: 1000251

CHECK NO. **2070226**
CHECK DATE: 07-18-00

| INVOICE NO. | INVOICE DATE | DESCRIPTION | ACCOUNT NO. | | FILE NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 37598 | 07-18-00 | 21515.00080 | 1330 | 0000 | | 30.00 |

TOTAL AMOUNT   **30.00**

THIS DOCUMENT HAS A COLORED BACKGROUND AND A SIMULATED WATERMARK ON THE BACK

# FENWICK & WEST LLP

Two Palo Alto Square, Suite 800
Palo Alto, California 94306
650-494-0600

Bank of America
Northbrook, Illinois

Commercial Disbursement Account
70-2328/0719

DATE   07-18-00

CHECK NO.   **2070226**

AMOUNT $   30.00

PAY   THIRTY AND 00/100 DOLLARS

TO THE
ORDER OF   **REGISTER OF COPYRIGHTS**

**LIBRARY OF CONGRESS**
**WASHINGTON, DC 20559-6000**

⑈2070226⑈ ⑆0719232B4⑆ 876 5⑈50379⑈

OAGOOGLE0000079414