**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R

**TX 5-316-757**

TX 5-316-757 /H

**EFFECTIVE DATE OF REGISTRATION**

12  14  2000
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.3 (Solaris for Intel/x86 Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.3 / J2SE Version 1.3 / Java 2 SDK Standard Edition Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼       Number ▼              Issue Date ▼           On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶  U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  See attached
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code.

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given   ◄ Year in all cases.
2000

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 18   Year ▶ 2000
U.S.A.   ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303   M/S PAL 01-521

*See instructions before completing this space.*

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
*The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.*

APPLICATION RECEIVED
DEC 14 2000
ONE DEPOSIT RECEIVED
DEC 14 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

OAGOOGLE0000079441

| EXAMINED BY | *OAC* | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶  TX-4-847-506        Year of Registration ▶  1999

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

**b**  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation

See instructions
before completing
this space.

**7**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**a**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

**b**

Area code and daytime telephone number ▶  (650) 858-7291          Fax number ▶  (650) 494-1417
Email ▶   jbrill@fenwick.com

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc.
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey Brill, Esq.                                    Date ▶  12/13/00

☞ Handwritten signature (X) ▼
X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

▼YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.           ⚙ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

OAGOOGLE0000079442

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE

**TX 5-316-757**

| PA | PAU | SE | SE G | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|------|-----|----|-----|----|-----|----|----|

EFFECTIVE DATE OF REGISTRATION

12 (Month)  14 (Day)  2000 (Year)

CONTINUATION SHEET RECEIVED

Page  3  of  4  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Java 2 Standard Edition Version 1.3 (Solaris for Intel/x86 Edition)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303, M/S PAL 01-521

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼   See list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

OAGOOGLE0000079443

CONTINUATION OF (Check which):   ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Independent Contractors Who Contributed to Java 2 Standard Edition
Version 1.3 (Solaris for Intel/x86 Edition)

Continuation
of other
Spaces

| Contractor | Country of Citizenship or Domicille |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | USA |
| Kevin Halle | USA |
| Mike Bronson | Russia |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | USA |
| Xianfa Deng | USA |
| IBM | USA |
| Tom Santos | Russia |
| Moscow Center for SPARC Technology (MCST) | India |
| Siptech | USA |
| Alan Liu | USA |
| Doug Lea | Germany |
| Martin Odersky | USA |
| Michael Everest | USA |
| Richard Blanchard | USA |
| Kodak | USA |
| Dmitry Feld | USA |
| www.beatnik.com | USA |
| Urs Hoelzle | USA |
| Gary Oblock | USA |
| Raj Prakash | USA |
| Christopher Cole | USA |
| Samad Ahmed | USA |
| Andrew Trick | USA |
| Robert Henry Yang | USA |
| Venkateswara Reddy Maddileti | Russia |
| Petr Zhelezniakov | |

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal/Fenwick & West LLP
Number/Street/Apt ▼
Two Palo Alto Square
City/State/ZIP ▼
Palo Alto, CA  94306

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999-30,000
WEB REV: June 1999
♻ PRINTED ON RECYCLED PAPER
☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079444

**FENWICK & WEST LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO PALO ALTO SQUARE | PALO ALTO, CA 94306
TEL 650.494.0600 | FAX 650.494.1417 | www.fenwick.com

December 13, 2000

JEFFREY BRILL

EMAIL JBRILL@FENWICK.COM
DIRECT DIAL 650.858.7291

**Via Federal Express**

Register of Copyrights
Library of Congress, Copyright Office
4th Floor, Room 401
101 Independence Avenue, S.E.
Washington, D.C. 20559

*Co492*

> **Re:     *Request for Registration of Copyright in Computer Program
> Entitled "Java 2 Standard Edition Version 1.3 (Solaris for Intel/x86 Edition)"***

Dear Register:

Enclosed is an application for copyright registration of a software product entitled "*Java 2 Standard Edition Version 1.3 (Solaris for Intel/x86 Edition)*."

This work is a computer program distributed via the Internet. The work is available for download at http://java.sun.com/j2se/1.3.

The computer program is a derivative work. Accordingly, pursuant to the Copyright Office regulations, we are submitting as identifying source code material at least fifty (50) pages of the source code containing new and revised material.

At several points throughout the enclosed source code deposit, certain dates are included which differ from the completion and publication dates. These dates were inserted by employees of the claimant at the start of various stages of the programming process and do not necessarily represent the year in which the work was actually completed or first published.

OAGOOGLE0000079445

Register of Copyrights
December 13, 2000
Page 2


      I have enclosed a check in the amount of $30.00 to cover the registration fee.  If you have any questions, please contact me directly at (650)858-7291.


                Very truly yours,

                FENWICK & WEST LLP

                Jeffrey Brill

JB:sm
Enclosures:
      Form TX
      Source code deposit
      $30.00 check

cc:    Marilyn Glaubensklee, Esq. (w/ copy of Form TX)

OAGOOGLE0000079446

**FEE CHANGES**
Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

# FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

_____

TX _____  TXU _____
EFFECTIVE DATE OF REGISTRATION

_____  _____  _____
Month      Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.3 (Solaris for Intel/x86 Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.3 / J2SE Version 1.3 / Java 2 SDK Standard Edition Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2
**a**  **NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ See attached
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code.

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2000 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 18   Year ▶ 2000
U.S.A. ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303  M/S PAL 01-521

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
_____
ONE DEPOSIT RECEIVED
_____
TWO DEPOSITS RECEIVED
_____
FUNDS RECEIVED
_____

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

OAGOOGLE0000079447

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX-4-847-506   Year of Registration ▶ 1999

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text and compilation of computer program code and documentation

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                                 **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7291          Fax number ▶   ▶ (650) 494-1417

Email ▶   jbrill@fenwick.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Sun Microsystems, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.                                                    Date ▶ 12/13/00

☞   Handwritten signature (X) ▼

X _Jeffrey Brill_ _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Susanne Morales, Paralegal/Fenwick & West LLP |
|---|---|
| | Number/Street/Apt ▼<br>Two Palo Alto Square |
| | City/State/ZIP ▼<br>Palo Alto, CA 94306 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000          ♲ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

OAGOOGLE0000079448

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Ⓒ**FORM** ⬚TX⬚ **/CON**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|----|----|-----|

EFFECTIVE DATE OF REGISTRATION

_____

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

_____

Page _____ of _____ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA, **only.**
  Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use
  this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the
  two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable
  to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on
  the basic application or for the continuation of Space 1 on any of the three Short Forms
  PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

**Java 2 Standard Edition Version 1.3 (Solaris for Intel/x86 Edition)**
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

**Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303, M/S PAL 01–521**

---

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼          **See list on reverse side**

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079449

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

Independent Contractors Who Contributed to Java 2 Standard Edition
Version 1.3 (Solaris for Intel/x86 Edition)

| Contractor | Country of Citizenship or Domicille |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | USA |
| Kevin Halle | USA |
| Mike Bronson | USA |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | USA |
| IBM | USA |
| Tom Santos | USA |
| Moscow Center for SPARC Technology (MCST) | Russia |
| Siptech | India |
| Alan Liu | USA |
| Doug Lea | USA |
| Martin Odersky | Germany |
| Michael Everest | USA |
| Richard Blanchard | USA |
| Kodak | USA |
| Dmitry Feld | USA |
| www.beatnik.com | USA |
| Urs Hoelzle | USA |
| Gary Oblock | USA |
| Raj Prakash | USA |
| Christopher Cole | USA |
| Samad Ahmed | USA |
| Andrew Trick | USA |
| Robert Henry Yang | USA |
| Venkateswara Reddy Maddileti | USA |
| Petr Zhelezniakov | Russia |

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt▼
Two Palo Alto Square

City/State/ZIP▼
Palo Alto, CA  94306

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999-30,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079450

# CERTIFICATE OF REGISTRATION





UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**OFFICIAL SEAL**

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R'

**TX 5-316-758**

*TX0005316758*

EFFECTIVE DATE OF REGISTRATION

DEC 14 2000

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.3 / J2SE Version 1.3 / Java 2 SDK Standard Edition Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a   NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation

**b   NAME OF AUTHOR ▼**
IBM

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code

**c   NAME OF AUTHOR ▼**
Moscow Center for SPARC Technology (MCST)

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ Russia

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000   ◀ Year   This information must be given in all cases.

**b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month September   Day 18   Year 2000
U.S.A.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

*See instructions before completing this space.*

APPLICATION RECEIVED
DEC 14 2000   *Jan 10, 2002*
ONE DEPOSIT RECEIVED
DEC 14 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE
OFFICE USE ONLY*

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

OAGOOGLE0000079415

EXAMINED BY _TMS_   FORM TX

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX-4-847-506   Year of Registration ▶ 1999

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text and compilation of computer program code and documentation

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Tu Tsao, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7696   Fax number ▶   ▶   (650) 494-1417

Email ▶ ttsao@fenwick.com

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tu Tsao, Esq.   Date ▶ 1/8/02

Handwritten signature (X) ▼

X _Tu Tsao_

**8**

**CERTIFICATION\***

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

♲ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

OAGOOGLE0000079416

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** **TX** **/CON**

UNITED STATES COPYRIGHT OFFICE

REG

**TX 5‑316‑758**

*T:0005516758*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

**DEC 1 4 2000**

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page ___3___ of ___5___ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303

---

**B**
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼
Kodak

DATES OF BIRTH AND DEATH
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code

**e**

NAME OF AUTHOR ▼
www.beatnik.com

DATES OF BIRTH AND DEATH
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code

**f**

NAME OF AUTHOR ▼
Siptech

DATES OF BIRTH AND DEATH
Year Born▼         Year Died▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ India

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079417

# CONTINUATION SHEET
# FOR APPLICATION FORMS

⊘ **FORM ___ TX___ /CON**
UNITED STATES COPYRIGHT OFFICE

RE

**TX 5-316-758**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF REGISTRATION

DEC 1 4 2000

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page ___4___ of ___5___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  **Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition)**
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  **Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303**

---

## B
### Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**
See back of continuation sheet for list of individual independent contractors.

DATES OF BIRTH AND DEATH
Year Born▼           Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☑ Yes ☐ No
Pseudonymous?  ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Revised and new text of computer program code

**e**

**NAME OF AUTHOR ▼**
_____

DATES OF BIRTH AND DEATH
Year Born▼           Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

**NAME OF AUTHOR ▼**
_____

DATES OF BIRTH AND DEATH
Year Born▼           Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079418

**CONTINUATION OF** (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6   ✔ Space 2

Individual Independent Contractor | Country of Citizenship

**C**

**Continuation of other Spaces**

| Individual Independent Contractor | Country of Citizenship |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | United States |
| Kevin Halle | United States |
| Mike Bronson | United States |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | United States |
| Tom Santos | United States |
| Alan Liu | United States |
| Doug Lea | United States |
| Martin Odersky | Germany |
| Michael Everest | United States |
| Richard Blanchard | United States |
| Dmitry Feld | United States |
| Urs Hoelzle | United States |
| Gary Oblock | United States |
| Raj Prakash | United States |
| Christopher Cole | United States |
| Samad Ahmed | United States |
| Andrew Trick | United States |
| Robert Henry Yang | United States |
| Venkateswara Reddy Maddileti | United States |
| Petr Zhelezniakov | Russia |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
Susanne S. Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
2 Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
⊕U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079419

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-316-758**

EFFECTIVE DATE OF REGISTRATION

12        14        2000
Month      Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.3 / J2SE Version 1.3 / Java 2 SDK Standard Edition Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶  U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  See attached
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code.

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 18  Year ▶ 2000
U.S.A. ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303  M/S PAL 01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

APPLICATION RECEIVED
DEC 14 2000
ONE DEPOSIT RECEIVED
DEC 14 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

OAGOOGLE0000079420

EXAMINED BY _____  FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX-4-847-506    Year of Registration ▶ 1999

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text and compilation of computer program code and documentation

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

**b**

Area code and daytime telephone number ▶ (650) 858-7291        Fax number ▶   ▶   (650) 494-1417

Email ▶  jbrill@fenwick.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.                    Date▶ 12/13/00

☞ Handwritten signature (X) ▼

X _____

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

Name ▼
Susanne Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

☼ PRINTED ON RECYCLED PAPER

☆ U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

June 1999—200,000

OAGOOGLE0000079421

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE

TX 5-316-758

PA PAU SE SEG SRU

**EFFECTIVE DATE OF REGISTRATION**

12 / 14 / 2000
(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**
DEC 14 2000

Page 3 of 4 pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition) ...............

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303, M/S PAL 01-521

---

## B
**Continuation of Space 2**

**d** See list on reverse side

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼   Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼   Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
| --- | --- |
| | Year Born▼   Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079422

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

Independent Contractors Who Contributed to Java 2 Standard Edition
Version 1.3 (Solaris for SPARC Edition)

| Contractor | Country of Citizenship or Domicille |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | USA |
| Kevin Halle | USA |
| Mike Bronson | USA |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | USA |
| IBM | USA |
| Tom Santos | USA |
| Moscow Center for SPARC Technology (MCST) | Russia |
| Siptech | India |
| Alan Liu | USA |
| Doug Lea | USA |
| Martin Odersky | Germany |
| Michael Everest | USA |
| Richard Blanchard | USA |
| Kodak | USA |
| Dmitry Feld | USA |
| www.beatnik.com | USA |
| Urs Hoelzle | USA |
| Gary Oblock | USA |
| Raj Prakash | USA |
| Christopher Cole | USA |
| Samad Ahmed | USA |
| Andrew Trick | USA |
| Robert Henry Yang | USA |
| Venkateswara Reddy Maddileti | USA |
| Petr Zhelezniakov | Russia |

---

**D**

| Certificate will be mailed in window envelope to this address: | Name ▼ Susanne S. Morales, Paralegal/Fenwick & West LLP |
| | Number/Street/Apt ▼ Two Palo Alto Square |
| | City/State/ZIP ▼ Palo Alto, CA  94306 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999-30,000
WEB REV: June 1999    ♲ PRINTED ON RECYCLED PAPER

☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079423

**FENWICK & WEST LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO PALO ALTO SQUARE | PALO ALTO, CA 94306
TEL 650.494.0600 | FAX 650.494.1417 | www.fenwick.com

December 13, 2000

JEFFREY BRILL

EMAIL JBRILL@FENWICK.COM
DIRECT DIAL 650.858.7291

*C0491*

**Via Federal Express**

Register of Copyrights
Library of Congress, Copyright Office
4th Floor, Room 401
101 Independence Avenue, S.E.
Washington, D.C. 20559

> **Re:**   **Request for Registration of Copyright in Computer Program**
> **Entitled "Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition)"**

Dear Register:

Enclosed is an application for copyright registration of a software product entitled "*Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition).*"

This work is a computer program distributed via the Internet. The work is available for download at http://java.sun.com/j2se/1.3.

The computer program is a derivative work. Accordingly, pursuant to the Copyright Office regulations, we are submitting as identifying source code material at least fifty (50) pages of the source code containing new and revised material.

At several points throughout the enclosed source code deposit, certain dates are included which differ from the completion and publication dates. These dates were inserted by employees of the claimant at the start of various stages of the programming process and do not necessarily represent the year in which the work was actually completed or first published.

PALO ALTO  ▸  SAN FRANCISCO  ▸  WASHINGTON D.C.

OAGOOGLE0000079424

Register of Copyrights
December 13, 2000
Page 2

I have enclosed a check in the amount of $30.00 to cover the registration fee.  If you have any questions, please contact me directly at (650)858-7291.

Very truly yours,

FENWICK & WEST LLP

Jeffrey Brill

JB:sm
Enclosures:
      Form TX
      Source code deposit
      $30.00 check

cc:    Marilyn Glaubensklee, Esq. (w/ copy of Form TX)

OAGOOGLE0000079425

**FEE CHANGES**
Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

# FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

_____

|  | TX | | TXU |
|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.3 / J2SE Version 1.3 / Java 2 SDK Standard Edition Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

| If published in a periodical or serial give: | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

## 2

**a**

**NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ See attached
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code.

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000
◀Year in all cases.
This information must be given

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 18   Year ▶ 2000
U.S.A.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303  M/S PAL 01-521

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

OAGOOGLE0000079426

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX-4-847-506    Year of Registration ▶ 1999

**6** **DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text and compilation of computer program code and documentation

*See instructions before completing this space.*

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼    Account Number ▼

**b** CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7291    Fax number ▶ (650) 494-1417

Email ▶ jbrill@fenwick.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.    Date ▶ 12/13/00

Handwritten signature (X) ▼

X _Jeffrey Brill_

**9**
YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

Certificate will be mailed in window envelope to this address:

Name ▼ Susanne Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt ▼ Two Palo Alto Square

City/State/ZIP ▼ Palo Alto, CA 94306

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ✪ PRINTED ON RECYCLED PAPER    ✪U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

OAGOOGLE0000079427

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**⌾FORM** __TX__ /CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|-----|

EFFECTIVE DATE OF REGISTRATION

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only**. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| (Month) | (Day) | (Year) |
|---------|-------|--------|

CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303, M/S PAL 01-521

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

See list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No      If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No      If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼      Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No      If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079428

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Independent Contractors Who Contributed to Java 2 Standard Edition
Version 1.3 (Solaris for SPARC Edition)

Continuation
of other
Spaces

| Contractor | Country of Citizenship or Domicille |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | USA |
| Kevin Halle | USA |
| Mike Bronson | USA |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | USA |
| IBM | USA |
| Tom Santos | USA |
| Moscow Center for SPARC Technology (MCST) | Russia |
| Siptech | India |
| Alan Liu | USA |
| Doug Lea | USA |
| Martin Odersky | Germany |
| Michael Everest | USA |
| Richard Blanchard | USA |
| Kodak | USA |
| Dmitry Feld | USA |
| www.beatnik.com | USA |
| Urs Hoelzle | USA |
| Gary Oblock | USA |
| Raj Prakash | USA |
| Christopher Cole | USA |
| Samad Ahmed | USA |
| Andrew Trick | USA |
| Robert Henry Yang | USA |
| Venkateswara Reddy Maddileti | USA |
| Petr Zhelezniakov | Russia |

**D**

Certificate will be mailed in window envelope to this address:

Name ▼
Susanne S. Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA  94306

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999-30,000
WEB REV: June 1999        ♻ PRINTED ON RECYCLED PAPER        ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079429

# CERTIFICATE OF REGISTRATION






**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5 – 359 – 984**

TX        TXU

EFFECTIVE DATE OF REGISTRATION

Month May   Day 20   Year 2001

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

United States of America

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.2 (Solaris for Intel/x86 Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.2 / J2SE Version 1.2 / Java 2 SDK Standard Edition Version 1.2

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

## 2

**a**

**NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ See attached
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☑ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month December  Day 4  Year 1998
United States ◀ Nation

---

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303  M/S PAL 01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

APPLICATION RECEIVED
MAR 20 2001
ONE DEPOSIT RECEIVED
MAR 20 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form in line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

OAGOOGLE0000114305

| EXAMINED BY | Qma | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX-4-847-506   **Year of Registration** ▶ 1999

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text of computer program code

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                    **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

**b**

Area code and daytime telephone number ▶ (650) 858-7291          Fax number ▶  (650) 494-1417

Email ▶
jbrill@fenwick.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.                    Date ▶ 3/19/01

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Susanne Morales, Paralegal/Fenwick & West LLP | **9** |
|---|---|---|
| | **Number/Street/Apt** ▼ Two Palo Alto Square | |
| | **City/State/ZIP** ▼ Palo Alto, CA 94306 | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000       ⊕ PRINTED ON RECYCLED PAPER       ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

OAGOOGLE0000114306

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE

REGIS

**TX 5 – 359 – 984**

*TX0005359984*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

(Month) May (Day) 20 (Year) 2001

CONTINUATION SHEET RECEIVED

MAR 20 2001

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Java 2 Standard Edition Version 1.2 (Solaris for Intel/x86 Edition)
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Sun Microsystems, Inc.   901 San Antonio Road, Palo Alto, California 94303, M/S PAL 01-521

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼
See list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000114307

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

Outside Contractors Who Contributed to Java 2 Standard Edition
Version 1.2 (Solaris for Intel/x86 Edition)

| Contractor | Country of Citizenship or Residence |
| --- | --- |
| Alan Liu | USA |
| IBM | USA |
| Doug Hoover | USA |
| Amit Kapoor | USA |
| Verisign/Thawte | USA |
| Jennifer Ball | USA |
| Eric Armstrong | USA |
| Maydene Fisher | USA |
| Mary Dageforde | USA |
| Mark Adler | USA |
| Jean-loup Gailly | USA |

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

**D**

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

November 1999—30,000
WEB REV: June 1999    ♲ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000114308

OAGOOGLE0000114309



# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL · United States of America

**TX 5-359-985**

☐ TX   ☐ TXU

**EFFECTIVE DATE OF REGISTRATION**

Month Mar Day 20 Year 2001

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.2  (Linux Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.2 / J2SE Version 1.2 / Java 2 SDK Standard Edition Version 1.2

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ See attached
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code.

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December  Day ▶ 4  Year ▶ 1998
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303  M/S PAL 01-521

**APPLICATION RECEIVED**
MAR 20 2001
**ONE DEPOSIT RECEIVED**
MAR 20 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE · OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

See instructions before completing this space.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of 4 pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |

CORRESPONDENCE ☐
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶ TX-4-847-506          **Year of Registration** ▶ 1999

**DERIVATIVE WORK OR COMPILATION**                                                                                     **a**  **6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**
Revised and new text of computer program code

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a**  **7**
**Name** ▼                                                      **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼   **b**
Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7291          Fax number ▶ ▶ (650) 494-1417
Email ▶ jbrill@fenwick.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the          ☐ author          **8**
Check only one ▶ { ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☑ authorized agent of   Sun Microsystems, Inc.
of the work identified in this application and that the statements made                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey Brill, Esq.                                                      Date ▶ 3/19/01

Handwritten signature (X) ▼
X _Jeffr Bir_

---

**Certificate**          **Name** ▼                                                      **9**
**will be**              Susanne Morales, Paralegal/ Fenwick & West LLP
**mailed in**
**window**               **Number/Street/Apt** ▼
**envelope**             Two Palo Alto Square
**to this**
**address:**             **City/State/ZIP** ▼
                         Palo Alto, CA 94306

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order   As of
   payable to Register of Copyrights                   July 1,
3. Deposit material                                    1999,
**MAIL TO**                                             the
Library of Congress                                    filing
Copyright Office                                       fee for
101 Independence Avenue, S.E                           Form TX
Washington, D.C. 20559-6000                            is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV. June 1999          ⬥ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

OAGOOGLE0000114310

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**FORM TX /CON**

UNITED S
REGISTR **TX 5 – 359 – 985**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED
MAR 2 0. 2001

Page  3  of  4  pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Java 2 Standard Edition Version 1.2    (Linux Edition)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Sun Microsystems, Inc.  901 San Antonio Road, Palo Alto, California 94303, M/S PAL 01-521

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼
See list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

OAGOOGLE0000114311

CONTINUATION OF (Check which):    ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

Outside Contractors Who Contributed to Java 2 Standard Edition
Version 1.2    (Linux Edition)

| Contractor | Country of Citizenship or Residence |
|---|---|
| Alan Liu | USA |
| IBM | USA |
| Doug Hoover | USA |
| Amit Kapoor | USA |
| Verisign/Thawte | USA |
| Jennifer Ball | USA |
| Eric Armstrong | USA |
| Maydene Fisher | USA |
| Mary Dageforde | USA |
| Mark Adler | USA |
| Jean-loup Gailly | USA |

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA  94306

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material
MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999—30,000     ⊕ PRINTED ON RECYCLED PAPER
WEB REV: June 1999                 ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000114312

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTF   **TX 5 – 359 – 986**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

| | | TXU |
|---|---|---|
| | IX | TXU |

FECTIVE DATE OF REGISTRATION

Month Mar   Day 20   Year 2001

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.2 (Solaris for SPARC Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.2 / J2SE Version 1.2 / Java 2 SDK Standard Edition Version 1.2

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in   U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶   See attached
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes ☐ No
Pseudonymous?   ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 4   Year ▶ 1998
United States ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303   M/S PAL 01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

APPLICATION RECEIVED
**MAR 20 2001**
ONE DEPOSIT RECEIVED
**MAR 20 2001**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of   4   pages

OAGOOGLE0000114313

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶** TX-4-847-506   **Year of Registration ▶** 1999

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and new text of computer program code

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**    **Account Number ▼**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7291       Fax number ▶   ▶ (650) 494-1417

Email ▶ jbrill@fenwick.com

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sun Microsystems, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.       Date ▶ 3/19/01

Handwritten signature (X) ▼

X Jehrn Bin

| | YOU MUST: |
|---|---|
| Certificate will be mailed in window envelope to this address: | • Complete all necessary spaces<br>• Sign your application in space 8 |
| **Name ▼**<br>Susanne Morales, Paralegal/ Fenwick & West LLP | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material |
| **Number/Street/Apt ▼**<br>Two Palo Alto Square | **MAIL TO**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |
| **City/State/ZIP ▼**<br>Palo Alto, CA 94306 | As of July 1, 1999, the filing fee for Form TX is $30. |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000       ⊕ PRINTED ON RECYCLED PAPER       ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

REG REV: June 1999

OAGOOGLE0000114314

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**©FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE
RE

**TX 5 – 359 – 986**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

May (Day) 20 (Year) 2001
(Month)

CONTINUATION SHEET RECEIVED

MAR 20 2001

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Java 2 Standard Edition Version 1.2 (Solaris for SPARC Edition)

........................................................................................

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Sun Microsystems, Inc.  901 San Antonio Road, Palo Alto, California 94303, M/S PAL 01-521

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR▼
See list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

OAGOOGLE0000114315

CONTINUATION OF  (Check which):   ☐ Space 1     ☐ Space 4     ☐ Space 6

**C**

Continuation
of other
Spaces

Outside Contractors Who Contributed to Java 2 Standard Edition
Version 1.2 (Solaris for SPARC Edition)

| Contractor | Country of Citizenship or Residence |
|---|---|
| Alan Liu | USA |
| IBM | USA |
| Doug Hoover | USA |
| Amit Kapoor | USA |
| Verisign/Thawte | USA |
| Jennifer Ball | USA |
| Eric Armstrong | USA |
| Maydene Fisher | USA |
| Mary Dageforde | USA |
| Mark Adler | USA |
| Jean-loup Gailly | USA |

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA  94306

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copyright,
right or call (202)
707-3000 for current
fee information.

November 1999—30,000
WEB REV: June 1999           ♲ PRINTED ON RECYCLED PAPER           ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000114316




# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST

**TX 5 – 359 – 987**

‖‖‖‖‖‖‖‖‖‖‖‖‖
*TX5359987*

| TX | | TXU |

EFFECTIVE DATE OF REGISTRATION

Month **Mar** Day **20** Year **2001**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**
TITLE OF THIS WORK ▼
Java 2 Standard Edition Version 1.2 (Microsoft Windows Edition)

PREVIOUS OR ALTERNATIVE TITLES ▼
Java 2 Platform Standard Edition Version 1.2 / J2SE Version 1.2 / Java 2 SDK Standard Edition Version 1.2

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Sun Microsystems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
See attached continuation sheet containing list of independent contractors

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ See attached
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given 1998 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ December Day ▶ 4 Year ▶ 1998
United States ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303  M/S PAL 01-521

APPLICATION RECEIVED
MAR 20 2001
ONE DEPOSIT RECEIVED
MAR 20 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _4_ pages

OAGOOGLE0000114317

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE | FOR |
| ☐ Yes | COPYRIGHT |
| | OFFICE |
| | USE |
| | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶** TX-4-847-506    **Year of Registration ▶** 1999

**DERIVATIVE WORK OR COMPILATION** **a  6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

Revised and new text of computer program code

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **a  7**
**Name ▼**                                                **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼ **b**

Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

Area code and daytime telephone number ▶ (650) 858-7291        Fax number ▶ (650) 494-1417

Email ▶ jbrill@fenwick.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Sun Microsystems, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey Brill, Esq.                                        Date ▶ 3/19/01

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | **Name ▼** Susanne Morales, Paralegal/Fenwick & West LLP | **9** |
| | **Number/Street/Apt ▼** Two Palo Alto Square | |
| | **City/State/ZIP ▼** Palo Alto, CA 94306 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

☺ PRINTED ON RECYCLED PAPER

✰U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

OAGOOGLE0000114318

# CONTINUATION SHEET
# FOR APPLICATION FORMS



UNITE**TX 5 – 359 – 987**
REGIS

PA PAU SE SEG SEU SR SRU **TX** TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

~~May~~ (Month) _May_  (Day) _20_  (Year) _2001_

CONTINUATION SHEET RECEIVED
MAR 20 2001

Page _3_  of _4_  pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Java 2 Standard Edition Version 1.2 (Microsoft Windows Edition)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Sun Microsystems, Inc.   901 San Antonio Road, Palo Alto, California 94303, M/S PAL 01-521

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼
See list on reverse side

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000114319

CONTINUATION OF  (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

**Outside Contractors Who Contributed to Java 2 Standard Edition
Version 1.2 (Microsoft Windows Edition)**

| Contractor | Country of Citizenship or Residence |
|---|---|
| Alan Liu | USA |
| IBM | USA |
| Doug Hoover | USA |
| Amit Kapoor | USA |
| Verisign/Thawte | USA |
| Jennifer Ball | USA |
| Eric Armstrong | USA |
| Maydene Fisher | USA |
| Mary Dageforde | USA |
| Mark Adler | USA |
| Jean-loup Gailly | USA |

**D**

| Certificate will be mailed in window envelope to this address: | Name ▼ | YOU MUST |
|---|---|---|
| | Susanne S. Morales, Paralegal/Fenwick & West LLP | • Complete all necessary spaces<br>• Sign your application |
| | Number/Street/Apt ▼ | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form |
| | Two Palo Alto Square | 2. Nonrefundable fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ | 3. Deposit Material |
| | Palo Alto, CA 94306 | MAIL TO<br>Library of Congress, Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

November 1999–30,000
WEB REV: June 1999   ♲ PRINTED ON RECYCLED PAPER            ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000114320

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-392-885**

*TX0005392885*

EFFECTIVE DATE OF REGISTRATION

| 12 | 14 | 2000 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.3 (Linux Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.3 / J2SE Version 1.3 / Java 2 SDK Standard Edition Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code and documentation

**b** **NAME OF AUTHOR ▼**
IBM

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text of computer program code

**c** **NAME OF AUTHOR ▼**
Moscow Center for SPARC Technology (MCST)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ Russia

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☆ Revised and new text of computer program.

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 4   Year ▶ 2000   Nation
United States

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

See instructions before completing this space.

**DO NOT WRITE HERE OFFICE USE ONLY**
APPLICATION RECEIVED 12/14/2000
ONE DEPOSIT RECEIVED 12/14/2000
TWO DEPOSITS RECEIVED
NOV 15 2001
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

**DO NOT WRITE HERE**

OAGOOGLE0000079430

\* Added by C.O. Authority or a telephone
conversation on 11/29/01 with Tu Tsao.

EXAMINED BY   L. YS

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶ TX-4-847-506      **Year of Registration** ▶ 1999

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised and new text of computer program code and documentation

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Tu Tsao, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306

**b**

Area code and daytime telephone number ▶ (650) 858-7696          Fax number ▶ ▶ (650) 494-1417

Email ▶ ttsao@fenwick.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Sun Microsystems, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Tu Tsao, Esq.                                    Date ▶ November 15, 2001

Handwritten signature (X) ▼

X Tu Tsao

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA 94306

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

©U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

OAGOOGLE0000079431

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** ___TX___ /CON
UNITED STATES COPYRIGHT OFFICE

TX 5-392-885

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

12        14        2000
(Month)    (Day)      (Year)

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

CONTINUATION SHEET RECEIVED

NOV 15 2001        12 14 2000

Page ___3___ of ___4___ pages

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

## A
**Identification of Application**

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  **Java 2 Standard Edition Version 1.3 (Linux Edition)**
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  **Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303**

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼
Kodak

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Revised and new text of computer program code

**e**

NAME OF AUTHOR ▼
www.beatnik.com

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Revised and new text of computer program code

**f**

NAME OF AUTHOR ▼
See back of continuation sheet for list of individual independent contractors.

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Revised and new text of computer program code

OAGOOGLE0000079432

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6   ✔ Space 2

| Individual Independent Contractor | Country of Citizenship |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | United States |
| Kevin Halle | United States |
| Mike Bronson | United States |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | United States |
| Tom Santos | United States |
| Siptech | India |
| Alan Liu | United States |
| Doug Lea | United States |
| Martin Odersky | Germany |
| Michael Everest | United States |
| Richard Blanchard | United States |
| Dmitry Feld | United States |
| Urs Hoelzle | United States |
| Gary Oblock | United States |
| Raj Prakash | United States |
| Christopher Cole | United States |
| Samad Ahmed | United States |
| Andrew Trick | United States |
| Robert Henry Yang | United States |
| Venkateswara Reddy Maddileti | United States |
| Petr Zhelezniakov | Russia |

**C** Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address: | Name ▼ Susanne S. Morales, Paralegal / Fenwick & West LLP |
|---|---|
| | Number/Street/Apt ▼ 2 Palo Alto Square |
| | City/State/ZIP ▼ Palo Alto, CA 94306 |

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

OAGOOGLE0000079433



**FENWICK & WEST LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO PALO ALTO SQUARE | PALO ALTO, CA 94306
TEL  650.494.0600 | FAX  650.494.1417 | www.fenwick.com

December 28, 2001

TU T. TSAO

EMAIL TTSAO@FENWICK.COM
DIRECT DIAL 650.858.7696

Michael J. Schallop, Esq.
Assistant General Counsel
Sun Microsystems, Inc.
M/S SCA17-306
901 San Antonio Road
Palo Alto, CA  94303

**Re:** ***Java 2 Standard Edition Version 1.3 (Linux Edition)***
**Copyright Registration Certificate No. TX 5-392-885**

Dear Michael:

I am pleased to enclose a copy of the recently issued certificate of copyright registration for the following:

*Java 2 Standard Edition Version 1.3 (Linux Edition)*

Registration is effective from the date shown on the upper, right-hand corner of the certificate.  The copyright will expire 95 years from the date of first publication or 120 years from the year of its creation, whichever comes first.  Portions of the work created by individuals may have a longer term.  The year of creation and/or date of first publication are shown in Space 3 of the certificate.

In accordance with our usual policy, we are retaining the original of this issued certificate in our firm's fireproof safe.

Please feel free to contact me directly at (650) 858-7696 with any questions.

Very truly yours,

FENWICK & WEST LLP

Tu Tsao

Tu T. Tsao

TTS:sm
Enclosure
21515/00089/DOCS/1192198.2

PALO ALTO ▸ SAN FRANCISCO ▸ WASHINGTON D.C.

OAGOOGLE0000079434

**FENWICK & WEST LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO PALO ALTO SQUARE | PALO ALTO, CA 94306
TEL  650.494.0600 | FAX  650.494.1417 | www.fenwick.com

December 13, 2000

JEFFREY BRILL

EMAIL JBRILL@FENWICK.COM
DIRECT DIAL 650.858.7291

**Via Federal Express**

Register of Copyrights
Library of Congress, Copyright Office
4th Floor, Room 401
101 Independence Avenue, S.E.
Washington, D.C. 20559

*CO 1930*

> *Re:*     ***Request for Registration of Copyright in Computer Program***
> ***Entitled "Java 2 Standard Edition Version 1.3 (Linux Edition)"***

Dear Register:

Enclosed is an application for copyright registration of a software product entitled "*Java 2 Standard Edition Version 1.3 (Linux Edition).*"

This work is a computer program distributed via the Internet.  The work is available for download at http://java.sun.com/j2se/1.3.

The computer program is a derivative work.  Accordingly, pursuant to the Copyright Office regulations, we are submitting as identifying source code material at least fifty (50) pages of the source code containing new and revised material.

At several points throughout the enclosed source code deposit, certain dates are included which differ from the completion and publication dates.  These dates were inserted by employees of the claimant at the start of various stages of the programming process and do not necessarily represent the year in which the work was actually completed or first published.

OAGOOGLE0000079435

Register of Copyrights
December 13, 2000
Page 2


I have enclosed a check in the amount of $30.00 to cover the registration fee. If you have any questions, please contact me directly at (650)858-7291.


Very truly yours,

FENWICK & WEST LLP

Jeffrey Brill

JB:sm
Enclosures:
     Form TX
     Source code deposit
     $30.00 check

cc:    Marilyn Glaubensklee, Esq. (w/ copy of Form TX)

21515/00080/DOCS/1123144.1

OAGOOGLE0000079436

**FEE CHANGES**
Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

# FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

_____

TX _____ TXU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Java 2 Standard Edition Version 1.3 (Linux Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Java 2 Platform Standard Edition Version 1.3 / J2SE Version 1.3 / Java 2 SDK Standard Edition Version 1.3

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼         Number ▼         Issue Date ▼         On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**
Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?   ☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code and documentation.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**
See attached continuation sheet containing list of independent contractors

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ See attached
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes   ☐ No
Pseudonymous?   ☒ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Revised and new text and compilation of computer program code.

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
2000   ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 4   Year ▶ 2000
U.S.A.   ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303  M/S PAL 01-521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The independent contractors identified on the continuation sheet have assigned their copyright rights to Sun Microsystems, Inc. by written agreement.

**DO NOT WRITE HERE / OFFICE USE ONLY**
APPLICATION RECEIVED _____
ONE DEPOSIT RECEIVED _____
TWO DEPOSITS RECEIVED _____
FUNDS RECEIVED _____

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

OAGOOGLE0000079437

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX-4-847-506      Year of Registration ▶ 1999

**DERIVATIVE WORK OR COMPILATION** **a** **6**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of Java 2 Standard Edition and Java Development Kit

*See instructions before completing this space.*

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**
Revised and new text and compilation of computer program code and documentation

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **a** **7**
Name ▼                                     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼ **b**
Jeffrey Brill, Esq.
Fenwick & West LLP
Two Palo Alto Square
Palo Alto, CA 94306
Area code and daytime telephone number ▶ (650) 858-7291          Fax number ▶ ▶ (650) 494-1417
Email ▶ jbrill@fenwick.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the **8**
                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc.
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeffrey Brill, Esq.                                               Date ▶ 12/13/00

Handwritten signature (X) ▼
X _Jeffrey Brill_

| Certificate will be mailed in window envelope to this address: | Name ▼ Susanne Morales, Paralegal/Fenwick & West LLP | **9** |
| | Number/Street/Apt ▼ Two Palo Alto Square | |
| | City/State/ZIP ▼ Palo Alto, CA 94306 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000     ✿ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

OAGOOGLE0000079438

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Ⓒ**FORM** __TX__ /CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, **only**.
  Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use
  this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the
  two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable
  to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on
  the basic application or for the continuation of Space 1 on any of the three Short Forms
  PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification
of
Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic
form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

**Java 2 Standard Edition Version 1.3 (Linux Edition)**
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) : (Give the name and address of at least one copyright claimant as given
  in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

**Sun Microsystems, Inc., 901 San Antonio Road, Palo Alto, CA 94303, M/S PAL 01-521**

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

**See list on reverse side.**

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work
a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
   ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work
a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
   ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work
a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
   ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the
continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

OAGOOGLE0000079439

CONTINUATION OF  (Check which):     ☐ Space 1      ☐ Space 4      ☐ Space 6

**C**

Independent Contractors Who Contributed to Java 2 Standard Edition
Version 1.3 (Linux Edition)

Continuation
of other
Spaces

| Contractor | Country of Citizenship or Domicille |
|---|---|
| Denise McDonald | Ireland |
| Manpret Singh | India |
| Evgeni Ilyin | USA |
| Kevin Halle | USA |
| Mike Bronson | USA |
| Roman Poborchy | Russia |
| Dmitri Trembovetski | Russia |
| Xianfa Deng | USA |
| IBM | USA |
| Tom Santos | USA |
| Moscow Center for SPARC Technology (MCST) | Russia |
| Siptech | India |
| Alan Liu | USA |
| Doug Lea | USA |
| Martin Odersky | Germany |
| Michael Everest | USA |
| Richard Blanchard | USA |
| Kodak | USA |
| Dmitry Feld | USA |
| www.beatnik.com | USA |
| Urs Hoelzle | USA |
| Gary Oblock | USA |
| Raj Prakash | USA |
| Christopher Cole | USA |
| Samad Ahmed | USA |
| Andrew Trick | USA |
| Robert Henry Yang | USA |
| Venkateswara Reddy Maddileti | USA |
| Petr Zhelezniakov | Russia |

**D**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Susanne S. Morales, Paralegal/Fenwick & West LLP

Number/Street/Apt ▼
Two Palo Alto Square

City/State/ZIP ▼
Palo Alto, CA  94306

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999-30,000
WEB REV: June 1999         ♲ PRINTED ON RECYCLED PAPER

☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

OAGOOGLE0000079440

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TX 6–066–538**

EFFECTIVE DATE OF REGISTRATION

12    20    2004
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**

Java 2 Standard Edition, Version 5.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**
J2SE 5 0, Java 2 Platform, Standard Edition, Version 5.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**    **NAME OF AUTHOR ▼**
Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**b**    **NAME OF AUTHOR ▼**
(SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

## 3

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases
2004

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ September    Day ▶ 30    Year ▶ 2004
United States   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

APPLICATION RECEIVED
DEC 20 2004
ONE DEPOSIT RECEIVED
DEC 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space

MORE ON BACK ▶    Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 4

OAGOOGLE0000114968

| EXAMINED BY | ſim | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶

(SEE FORM TX/CON FOR PREVIOUS REGISTRATIONS)

Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**a**

**b**

See instructions before completing this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name / Address / Apt / City / State / ZIP ▼

Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Area code and daytime telephone number ▶ (650) 335-7182        Fax number ▶  (650) 938-5200

Email ▶
igonzalez@fenwick.com

**b**

**7**

**CERTIFICATION*** I the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Marilyn E  Glaubensklee, Assistant General Counsel        Date▶  12/17/04

Handwritten signature (X) ▼

x __ _Marilyn E Glaubensklee_ _ _ _ _ _ _ _ _ _

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ Susanne S  Morales, Paralegal / Fenwick & West LLP | YOU MUST Complete all necessary spaces Sign your application in space 8 |
|---|---|---|
| | | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: |
| | Number/Street/Apt ▼ 801 California Street | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/ZIP ▼ Mountain View, CA 94041 | MAIL TO Library of Congress Copyright Office  TX 101 Independence Avenue S E Washington D C 20559 6222 |

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

OAGOOGLE0000114969

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form TX /CON**
UNITED STATES COPYRIGHT OFFICE

R **TX 6-066-538**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF REGISTRATION

12   20   2004
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

DEC 20 2004

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA

**DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form )

Java 2 Standard Edition, Version 5 0

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA  TX  or VA )

Sun Microsystems, Inc , 4150 Network Circle, Santa Clara, CA 95054

---

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

(SEE SPACE C)

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
   {Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous?   ☐ Yes ☐ No   Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
   {Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous?   ☐ Yes ☐ No   Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼       Year Died▼

W is this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶ _____
   {Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous?   ☐ Yes ☐ No   Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1  4  or 6 of the basic form or for the*

OAGOOGLE0000114970

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C**

Continuation
of other
Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudonymous | Nature of Contribution |
|---|---|---|---|---|---|
| Comsys | Yes | United States | Yes | Yes | Computer code and Text of documentation |
| PrOUnlimited, Inc | Yes | United States | Yes | Yes | Text of documentation |
| TelTech International Corp | Yes | United States | Yes | Yes | Computer code |
| The Carl Group | Yes | United States | Yes | Yes | Text of documentation |
| ZAO Elbrus MCST | Yes | United States | Yes | Yes | Computer code and Text of documentation |

☑ Space 5

| Previous Registration No | Year of Registration |
|---|---|
| TX 5-271-787 | 2000 |
| TX 5-316-757 | 2000 |
| TX 5-316-758 | 2000 |
| TX 5-359-984 | 2001 |
| TX 5-359-985 | 2001 |
| TX 5-359-986 | 2001 |
| TX 5-359-987 | 2001 |
| TX 5-392-885 | 2000 |

| Certificate will be mailed in window envelope to this address | Name ▼ Susanne S Morales, Paralegal / Fenwick & West LLP |
|---|---|
| | Number/Street/Apt ▼ 801 California Street |
| | City/State/ZIP ▼ Mountain View, CA 94041 |

YOU MUST:
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C 20559 6000

**D**

Fees are subject to change
For current fees check the Copyright Office website at www copyright gov write the Copyright Office or call (202) 707 3000

OAGOOGLE0000114971



U.S. OFFICIAL MAIL

PENALTY

U.S. POSTAGE

0.37

USE $300
PB METER
340642

WASHINGTON
D.C.
JAN 1'05

THE LIBRARY OF CONGRESS
COPYRIGHT OFFICE
101 Independence Ave., S.E.
Washington, D.C. 20559-6000

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return if not delivered in 5 days

94041-1990 53

OAGOOGLE0000114972

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6–143–306**


*TX0006143306*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

FEB 2 2005

Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**

Java 2 Standard Edition, Version 5.0

**Registration Number of the Basic Registration ▼**

TX 6-066-538

**Year of Basic Registration ▼**

2004

**Name(s) of Author(s) ▼**  Sun Microsystems, Inc.

Comsys                    The Carl Group
PrO Unlimited          ZAO Elbrus MCST
TelTech International Corp.

**Name(s) of Copyright Claimant(s) ▼**

Sun Microsystems, Inc.

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____ Line Heading or Description _____

**Incorrect Information as It Appears in Basic Registration ▼**

**Corrected Information ▼**

**Explanation of Correction ▼**

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____1_____ Line Heading or Description   Title Of The Work

**Amplified Information and Explanation of Information ▼**

The following titles were inadvertently omitted from the basic registration and should be added as alternative titles of the work:

Java 2 Standard Edition 5.0 Development Kit
Java 2 Platform Standard Edition 5.0 Development Kit
J2SE Development Kit
JDK 5.0

---

**MORE ON BACK ▶**
• Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

OAGOOGLE0000114973

| FORM CA RECEIVED | FORM CA |
|---|---|
| **FEB. 0 2 2005** | |
| FUNDS RECEIVED DATE | |

EXAMINED BY _____

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ❑ YES ❑ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❑ Part B *or* ❑ Part C

**D**

---

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Ines Gonzalez, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Phone ( 650 ) 335-7182          Fax ( 650 ) 938-5200          Email igonzalez@fenwick.com

**E**

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author                    ❑ owner of exclusive right(s)    **Sun Microsystems, Inc.**
❑ other copyright claimant  ☑ duly authorized agent of  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼ **Marilyn E. Glaubensklee, Assistant General Counsel**     Date ▼ 1/31/05

Handwritten signature (X) ▼  *Marilyn E. Glaubensklee*

---

| Certificate will be mailed in window envelope to this address: | Name ▼ Susanne S. Morales, Paralegal / Fenwick & West LLP | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |
|---|---|---|
| | Number/Street/Apt ▼ 801 California Street | |
| | City/State/ZIP ▼ Mountain View, CA 94041 | |

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**G**

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—20,000   Web Rev: July 2002   Printed on recycled paper                                U.S. Government Printing Office: 2002-491-422/50 009

OAGOOGLE0000114974



US OFFICIAL MAIL
$300 Penalty
for Private Use

US POSTAGE
047.0007:0399
$00.370
06/12/2005
Mailed From 20540
neopost

THE LIBRARY OF CONGRESS
COPYRIGHT OFFICE
101 Independence Ave., S.E.
Washington, D.C. 20559-6000

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return if not delivered in 5 days

5404141550 53

OAGOOGLE0000114975

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6–196–514



EFFECTIVE DATE OF REGISTRATION

6 4    2 0    2005
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**

Java 2 Standard Edition 1.4

**PREVIOUS OR ALTERNATIVE TITLES ▼**
J2SE 1.4, Java 2 Platform, Standard Edition, v 1.4, Java 2 Standard Edition Software Development Kit 1.4, SDK 1.4

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**
Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**b**   **NAME OF AUTHOR ▼**
(SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
\*– 2004–2002 ◄ Year This information must be given in all cases.

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.   Month ▶ February   Day ▶ 13   Year ▶ 2002
United States ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

APPLICATION RECEIVED
APR 2 0 2005

ONE DEPOSIT RECEIVED

APR 2 0 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page    DO NOT WRITE HERE
See detailed instructions.    Sign the form at line 8

OAGOOGLE0000114637

*Amended by C O  Authority of Susanne Morales
from phone call on 07/26/2005

| EXAMINED BY | _jx_ | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>   Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑Yes  ☐ No  If your answer is "Yes"  why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes" give  **Previous Registration Number** ▶                    **Year of Registration** ▶

(See Form TX/CON for
Previous Registrations)

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**a**

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                                        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View  CA 94041

Area code and daytime telephone number ▶ (650) 335 7182          Fax number ▶  (650) 938 5200

Email ▶
igonzalez@fenwick com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Sun Microsystems  Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Marilyn E  Glaubensklee, Assistant General Counsel                    Date▶ 4/15/05

Handwritten signature (X) ▼

x _Marilyn E Glaubensklee_

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Susanne S  Morales  Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue S E
Washington D C 20559-6222

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

OAGOOGLE0000114638

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Ⓒ **Form TX /CON**
UNITED STATES COPYRIGHT OFFICE

TX 6 – 196 – 514

PA | PAU | SE | SEG | SEU | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

04        20        2005
(Month)     (Day)      (Year)

CONTINUATION SHEET RECEIVED

APR 2 0 2005

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY

---

**A** Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form )

Java 2 Standard Edition 1.4

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)   (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

Sun Microsystems, Inc , 4150 Network Circle, Santa Clara, CA 95054

---

**B** Continuation of Space 2

**d** (SEE SPACE C)

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the*

OAGOOGLE0000114639

CONTINUATION OF (Check which)  ☐ Space 1  ☐ Space 4  ☐ Space 6  ☑ Space 2b

**C**

Continuation of other Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| CNS Publishing Inc | Yes | United States | Yes | No | Text of Documentation Illustrations |
| Mary Dageforde dba Dageforde Consulting | Yes | United States | Yes | No | Text of Documentation |
| Chet Haase | No | United States | Yes | No | Computer code |
| PrO Unlimited, Inc | Yes | United States | Yes | No | Computer code  Text of Documentation |
| Select Appointments (Holdings) PLC dba New Boston Systems Accountant s Inc AccountPros | Yes | United States | Yes | No | Computer code |
| Warewolf Technologies Inc | Yes | United States | Yes | No | Computer code |
| ZAO Elbrus MCST | Yes | Russia | Yes | No | Computer code |

☑ Space 5

| Previous Registration No | Year of Registration |
|---|---|
| TX 5 271 787 | 2000 |
| TX 5 316 757 | 2000 |
| TX 5 316-758 | 2000 |
| TX 5-359 984 | 2001 |
| TX 5 359 985 | 2001 |
| TX 5 359 986 | 2001 |
| TX 5 359 987 | 2001 |
| TX 5 392 885 | 2001 |

**D**

Certificate will be mailed in window envelope to this address

Name ▼
Susanne S Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

Library of Congress Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

OAGOOGLE0000114640



U.S. OFFICIAL MAIL

PENALTY | U.S.POSTAGE

USE $300 ≡ 0.3 7 ≡

P.B. METER
2310632

AUG 19'05

WASHINGTON,
D.C.

Library of Congress
United States Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return if not delivered within 5 days



340411990-01 C053

OAGOOGLE0000114641

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-848-555**

**Effective date of registration:**

May 20, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Java Standard Edition 6 |
| **Previous or Alternative Title:** | Java Platform Standard Edition |
| | Java 2 Platform |
| | Java Development Kit 6 |
| | JDK 6 |
| | Java SE |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | December 7, 2006 | **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| ■ **Author:** | Sun Microsystems, Inc. | |
| **Author Created:** | New and revised computer code and supporting documentation and manuals | |
| **Work made for hire:** | Yes | |
| **Domiciled in:** | United States | |
| ■ **Author:** | BEA Systems, Inc. | |
| **Author Created:** | Computer code and Documentation | |
| **Work made for hire:** | Yes | |
| **Domiciled in:** | United States | |
| **Anonymous:** | Yes | |

OAGOOGLE0500008808

- **Author:** Johannes Kepler University Linz

  **Author Created:** Computer code

  **Work made for hire:** Yes

  **Domiciled in:** Austria

  **Anonymous:** Yes

- **Author:** Spire Systems, Inc.

  **Author Created:** Computer code

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** Yes

- **Author:** Advansoft, Inc.

  **Author Created:** Computer code

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** Yes

- **Author:** The Carl Group

  **Author Created:** Computer code

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** Yes

- **Author:** Doug Lea

  **Author Created:** Computer code

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** Yes

- **Author:** Josh Bloch

  **Author Created:** Computer code

  **Work made for hire:** No

  **Domiciled in:** United States

  **Anonymous:** Yes

- **Author:** International Business Machines

  **Author Created:** Computer code and Documentation

  **Work made for hire:** Yes

  **Domiciled in:** United States

  **Anonymous:** Yes

OAGOOGLE0500008809

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Sun Microsystems, Inc. |
| | 4150 Network Circle, Santa Clara, CA, 95054, United States |
| **Transfer Statement:** | by written agreement |

## Limitation of copyright claim

| | | |
|---|---|---|
| **Material excluded from this claim:** | Prior works by claimant and licensed-in components | |
| **Previous registration and year:** | TX 6-066-538 | 2004 |
| | TX 6-196-514 | 2005 |
| **New material included in claim:** | New and revised computer code and supporting documentation and manuals | |

## Certification

| | |
|---|---|
| **Name:** | Yolanda M. Harris, Project Manager, Information Protection & Copyrights, Sun Microsystems, Inc. |
| **Date:** | May 20, 2008 |

| | |
|---|---|
| **Correspondence:** | Yes |

Page 3 of 3

OAGOOGLE0500008810

IPN#:

**Registration #:**   TX0006848555

**Service Request #:**   1-62157582

Fenwick & West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041-2008  United States

OAGOOGLE0500008811



TIFICATE OF REGISTRATION

FORM TX
For a Non. ___matic Literary Work
UNITED STATES COPYRIGHT OFFICE
RI

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



TXu 835-277

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

JUN 23 1998

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**TITLE OF THIS WORK ▼**

JAVA DEVELOPMENT KIT VERSION 1.0 ALPHA

**PREVIOUS OR ALTERNATIVE TITLES ▼**

JDK Version 1.0 alpha

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**a**   **NAME OF AUTHOR ▼**

Sun Microsystems, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire new portions of computer program

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994   ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA  94303
MS PA L01-521

**APPLICATION RECEIVED**
JUN 23 1998

**ONE DEPOSIT RECEIVED**
JUN 23 1998

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

SUN V. MSFT
C97-20884 RMW(PVT)
SUN 132 000014

EXAMINED BY ✓

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Third party computer programs incorporated in this work.

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New portions of computer program.

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Timothy J. Crean/Sun Microsystems, Inc.
901 San Antonio Road/MS CUP03-802
Palo Alto, CA  94303

Area code and daytime telephone number ▶ (408) 863-3425        Fax number ▶  (408) 343-1757

Email ▶ tim.crean@eng.sun.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sun Microsystems, Inc.

   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Timothy J. Crean                                    Date ▶ June 22, 1998

Handwritten signature (X) ▼

X  Timothy James Crean

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office.
Check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**9**

Certificate
will be
mailed in
window
envelope

Name ▼
Timothy J. Crean
Sun Microsystems, Inc.

Number/Street/Apt ▼
HS CUP 03-802
901 San Antonio Road

City/State/ZIP ▼
Palo Alto, CA  94303

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

January 1997—300,000        ☺ PRINTED ON RECYCLED PAPER        ☆U.S. COPYRIGHT OFFICE WWW: March 1996

SUN V. MSFT
C97-20884 RMW(PVT)
SUN 132 000013

OAGOOGLE0000079158