```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5   ORACLE AMERICA, INC.,      )

 6           Plaintiff,         )

 7       vs.                    )    No. CV 10-03561 WHA

 8   GOOGLE, INC.,              )

 9           Defendant.         )

10   _____)

11

12      -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --

13

14

15

16      Videotaped Federal Rule 30(b)(6) deposition of

17      MARK B. REINHOLD, PH.D., taken at the law offices

18      of Morrison & Foerster LLP, 755 Page Mill Road,

19      Palo Alto, California, commencing at 9:40 a.m.,

20      on Friday, August 5, 2011, before

21      Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 205

                                                    Page 1
```

1         A.   My understanding is that they -- is that the
2    company did not want engineers to become tainted with
3    other intellectual property that, you know, may wind up
4    getting the company into trouble.
5         Q.   So you described the company's policies at        10:01:22
6    least in part with respect to obtaining its own
7    intellectual property protection for technology.
8         A.   Uh-huh.
9         Q.   On the flip side, do you recall whether Sun
10   had a policy with regard to freedom to operate of its own   10:01:35
11   technology?
12        A.   I'm not sure what you mean.
13        Q.   So in developing technology at Sun, do you
14   recall whether or not, from an IP perspective, Sun had a
15   practice of determining whether or not it would have        10:02:01
16   freedom to operate that technology with respect to the
17   intellectual property rights of others?
18             MR. MUINO:  Objection to form.  I'll also
19   caution the witness not to reveal the contents of any
20   communications with attorneys.                              10:02:14
21             THE WITNESS:  I -- I don't remember anyone
22   ever discussing the term "freedom to operate" or being an
23   issue.
24        Q.   BY MR. WEINGAERTNER:  Well, I'll try to
25   rephrase that.                                              10:02:28

Attorneys' Eyes Only

```
 1             Do you recall whether or not there was a

 2    practice of conducting searches to insure

 3    non-infringement of third-party IP rights?

 4         A.   I do not recall such a practice.

 5         Q.   And what familiarity have you had -- again,    10:02:49

 6    I'm referring to at Sun prior to the acquisition --

 7    regarding communications with Apache, the Apache

 8    Foundation?

 9         A.   So I was not directly involved in

10    communicating with Apache as a representative of the    10:03:06

11    company.  I'm aware of many of the interactions that

12    happened over the years, even prior to the whole JCP

13    dispute.

14         Q.   And what is "the whole JCP dispute" that you

15    referred to?                                            10:03:24

16         A.   That would be Apache's open letter demanding

17    that Sun grant a TCK license per Apache's interpretation

18    of the JSPA.  Do you want me to define those terms or do

19    you know what they are?

20         Q.   If you're able to for the court reporter,     10:03:42

21    that would be helpful.  I appreciate that.

22         A.   So the JSPA is the Java Specification

23    Participation Agreement, which defines the JCP.  And the

24    TCK is the Technology Compatibility Kit, a very large set

25    of conformance tests used to validate an implementation  10:04:11
```

```
1    of a Java platform.  In this case, it was the Java SE
2    platform.
3           Q.  Do you recall what Apache's interpretation of
4    the JSP (sic) was at that time?
5           A.  Apache's interpretation of the JSPA was that          10:04:29
6    it obligated Sun to grant Apache a license to the TCK
7    without any field-of-use restrictions.
8           Q.  And again, just briefly by way of background,
9    what is a field-of-use restriction?
10          A.  A field-of-use restriction is language in the         10:04:47
11   license that grants the rights -- grants the rights of
12   the license in a restricted way only for use on the
13   specific kinds of technology platforms.
14          Q.  Do you recall what the -- well, let me step
15   back.                                                            10:05:16
16              The field-of-use restriction was imposed by
17   Sun?
18          A.  Yes.
19          Q.  Do you recall whether or not the dispute with
20   Apache and Sun regarding field-of-use restrictions was           10:05:25
21   ever resolved?
22          A.  It was not resolved by Sun.  It was later
23   resolved by Oracle.
24          Q.  Do you recall whether or not Sun ever took
25   legal action against Apache prior to the acquisition of          10:05:45
```

```
 1   Sun by Oracle with regard to this issue of the

 2   field-of-use --

 3        A.   I'm not aware of any legal action.

 4        Q.   Again, just by way of establishing some

 5   background, what knowledge do you have about the terms     10:06:02

 6   "fragmentation" or "forking," especially with respect to

 7   the Java platform?

 8             Let me step back.

 9             Are the terms "fragmentation" or "forking"

10   familiar to you, especially --                             10:06:19

11        A.   Yes, of course.

12        Q.   -- with respect to the Java platform?

13             And do you consider yourself knowledgeable

14   about those terms?

15        A.   Uh-huh, yes.                                     10:06:29

16        Q.   Are there others who were at Sun who are now

17   at Oracle who are also considered particularly

18   knowledgeable about the topics of fragmentation or

19   forking in the Java platform?

20        A.   Yes.                                             10:06:47

21        Q.   Who would you consider among the most

22   knowledgeable individuals that -- now at Oracle on those

23   topics?

24        A.   Well, certainly some of the people I spoke

25   with, Bill Shannon, Patrick Curran.  As to others still    10:07:03
```

Page 23

1         THE WITNESS:  No.

2         Q.  BY MR. WEINGAERTNER:  Do you know whether --

3  can you rule out whether or not Sun discussed with Oracle

4  the topic of enforcement of Java related intellectual

5  property rights prior to its acquisition by Oracle?      11:43:53

6         MR. MUINO:  Objection.  Form.  Outside the

7  scope of the topics.  Asked and answered.

8         THE WITNESS:  I can't rule it out.

9         MR. WEINGAERTNER:  We're actually almost at

10 the end of the tape, so I think we should go off the     11:44:10

11 record.

12        THE VIDEOGRAPHER:  This is the end of Disk

13 Number 1, Volume 1.  We are off the record at 11:44 a.m.

14        (Recess.)

15        THE VIDEOGRAPHER:  This is the beginning of     11:47:53

16 Disk Number 2, Volume 1.  We are back on the record at

17 11:57 a.m.

18        You may proceed.

19        Q.  BY MR. WEINGAERTNER:  Welcome back, again,

20 Dr. Reinhold.  I want to go back to fragmentation related   11:57:45

21 issues.

22        What is a technology compatibility kit?  You

23 referred to it earlier.  I just want to get your views of

24 what that is and what role it plays with respect to Java?

25        A.  Right.  So a technology compatibility kit is    11:58:05

Page 70

1    a suite of tests -- a very large suite of tests, usually,

2    for the platforms, which any -- well, let me roll back a

3    little bit.

4            It's a large suite of tests.  Any particular

5    JSR, Java specification request, in the JCP must deliver          11:58:25

6    a specification, a reference implementation and a

7    technology compatibility kit.  So there are -- there are

8    JSRs, you know, for, sort of, smallish bits of

9    technology, but the JSR process is also how the platforms

10   themselves are evolved.                                           11:58:46

11           And so, for example, Java SE 7, which just

12   completed, you know, is a very large TCK, tens of

13   thousands of tests in it.  For anyone to ship an

14   implementation and claim that it is a -- that it is a

15   valid implementation of Java SE 7, they must pass all of          11:59:04

16   the tests in that TCK.  And that constraint applies to,

17   you know, Oracle as well as anyone else.

18           Q.  And just briefly, what is a spec within the

19   framework of the JCP?

20           A.  A specification is the abstract definition of         11:59:20

21   a technology or platform.  It is a -- you can think of it

22   as a very large written document.  It describes what all

23   the interfaces are, what the APIs are, how they're meant

24   to behave, you know, down to very small details of if you

25   invoke this method in this class with this kind of                11:59:49

Page 71

```
 1    argument, then it must do thus and so.  Unless some other

 2    thing is false, in which case it will do this other

 3    thing.

 4              But that's the nature of it.  It's basically

 5    a very large written document in practice spread across      12:00:00

 6    many HTML pages.

 7         Q.   So it's like a blueprint but implemented in

 8    English and graphics that sort of lays out, as best one

 9    can, what the structure of a Java product would be?

10              MR. MUINO:  Objection.  Form.                      12:00:20

11              THE WITNESS:  It lays out what it must look

12    like and how it must behave.  It says nothing about how

13    it must be implemented.

14         Q.   BY MR. WEINGAERTNER:  Then you referred to

15    the reference implement or RI?                               12:00:39

16         A.   Yes.

17         Q.   What is that?

18         A.   A reference implement is an actual

19    implementation of embodiment of the specification, and

20    the point of that is to demonstrate that the                 12:00:50

21    specification can be implemented.  And it is a hard

22    requirement that the reference implementation has to pass

23    the TCK.

24         Q.   And, again, the TCK is the technology

25    compatibility kit?                                           12:01:03
```

Attorneys' Eyes Only

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6              That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9              That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16              I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20              IN WITNESS WHEREOF, I have subscribed my name
21   this 6th day of August, 2011.
22
23
24                    [signature: Leslie Rockwood]
25                    LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 201