1    [counsel listed on signature page]

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                    CASE NO. CV 10-03561 WA (DMR)

12              Plaintiff,                   **STIPULATION AND [PROPOSED]**
                                             **ORDER TO EXTEND DUE DATES**
13        v.                                 **FOR EXPERT REBUTTAL AND**
                                             **REPLY REPORTS ON PATENT-**
14                                           **RELATED ISSUES**
     GOOGLE INC.
15                                           Judge:  Honorable William Alsup
              Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, opening expert reports on non-damages and non-copyright issues were exchanged on August 8, 2011; opposition reports are due fourteen days after the opening reports; reply reports are due seven days after the opposition reports; and expert discovery closes fourteen days after the reply reports;

WHEREAS, the parties have agreed to an extension to August 25, 2011, of the due date for rebuttal expert reports on patent-related issues; and

WHEREAS, the parties acknowledge and agree that the limited extensions of expert discovery set forth above will not affect, delay, or push back any other deadlines in this case.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1.      On patent-related issues, rebuttal expert reports shall be served by August 25, 2011. The dates for reply reports, and for the close of expert discovery, shall be triggered by the August 25, 2011 date and shall follow the time periods specified in Paragraph 8 of the Court's November 19, 2010 Case Management Order. The due dates for expert reports on copyright-related issues remain unaffected.

2.      No other deadlines in this case will be affected by the foregoing extensions. The parties will not use these extensions to argue for a delay of the trial date or any other deadlines in this case.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____        _____
                                     Honorable William Alsup
                                     Judge of the United States District Court

576744.01

STIPULATION TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES

CASE NO. CV 10-03561 WHA (DMR)

1

1

2    Dated: August 22, 2011                    MORRISON & FOERSTER LLP

3
                                               By:  /s/ Marc David Peters
4

5                                              MORRISON & FOERSTER LLP
                                               MICHAEL A. JACOBS (Bar No. 111664)
6                                              mjacobs@mofo.com
                                               MARC DAVID PETERS (Bar No. 211725)
7                                              mdpeters@mofo.com
                                               DANIEL P. MUINO (Bar No. 209624)
8                                              dmuino@mofo.com
                                               755 Page Mill Road
9                                              Palo Alto, CA  94304-1018
                                               Telephone: (650) 813-5600
10                                             Facsimile: (650) 494-0792

11                                             BOIES, SCHILLER & FLEXNER LLP
                                               DAVID BOIES (Admitted *Pro Hac Vice*)
12                                             dboies@bsfllp.com
                                               333 Main Street
13                                             Armonk, NY  10504
                                               Telephone: (914) 749-8200
14                                             Facsimile: (914) 749-8300
                                               STEVEN C. HOLTZMAN (Bar No. 144177)
15                                             sholtzman@bsfllp.com
                                               1999 Harrison St., Suite 900
16                                             Oakland, CA  94612
                                               Telephone: (510) 874-1000
17                                             Facsimile: (510) 874-1460

18                                             ORACLE CORPORATION
                                               DORIAN DALEY (Bar No. 129049)
19                                             dorian.daley@oracle.com
                                               DEBORAH K. MILLER (Bar No. 95527)
20                                             deborah.miller@oracle.com
                                               MATTHEW M. SARBORARIA (Bar No. 211600)
21                                             matthew.sarboraria@oracle.com
                                               500 Oracle Parkway
22                                             Redwood City, CA  94065
                                               Telephone: (650) 506-5200
23                                             Facsimile: (650) 506-7114

24                                             *Attorneys for Plaintiff*
                                               ORACLE AMERICA, INC.
25

26

27

28

1

2   Dated: August 22, 2011                    KEKER & VAN NEST LLP

3

                                             By:  /s/ Matthias Kamber
4

5                                            KEKER & VAN NEST LLP
                                             ROBERT A. VAN NEST (SBN 84065)
6                                            rvannest@kvn.com
                                             CHRISTA M. ANDERSON (SBN184325)
7                                            canderson@kvn.com
                                             710 Sansome Street
8                                            San Francisco, CA 94111-1704
                                             Telephone: (415) 391-5400
9                                            Facsimile: (415) 397-7188

10                                           KING & SPALDING LLP
                                             SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
11                                           sweingaertner@kslaw.com
                                             ROBERT F. PERRY
12                                           rperry@kslaw.com
                                             BRUCE W. BABER (*Pro Hac Vice*)
13                                           bbaber@kslaw.com
                                             1185 Avenue of the Americas
14                                           New York, NY 10036-4003
                                             Telephone:  (212) 556-2100
15                                           Facsimile:   (212) 556-2222

16                                           KING & SPALDING LLP
                                             DONALD F. ZIMMER, JR. (SBN 112279)
17                                           fzimmer@kslaw.com
                                             CHERYL A. SABNIS (SBN 224323)
18                                           csabnis@kslaw.com
                                             101 Second Street - Suite 2300
19                                           San Francisco, CA 94105
                                             Telephone: (415) 318-1200
20                                           Facsimile: (415) 318-1300

21                                           GREENBERG TRAURIG, LLP
                                             IAN C. BALLON (SBN 141819)
22                                           ballon@gtlaw.com
                                             HEATHER MEEKER (SBN 172148)
23                                           meekerh@gtlaw.com
                                             1900 University Avenue
24                                           East Palo Alto, CA 94303
                                             Telephone: (650) 328-8500
25                                           Facsimile: (650) 328-8508

26                                           *Attorneys for Defendant*
                                             GOOGLE INC.

27

28

**ATTESTATION**

    I, Matthias Kamber, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES.  In compliance with General Order 45, X.B., I hereby attest that Marc David Peters and Matthias Kamber have concurred in this filing.


Date:                           */s/   Matthias Kamber*                  

576744.01
STIPULATION TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES
CASE NO. CV 10-03561 WHA (DMR)

4