# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.** C-10-03561-WHA (DMR)

**CASE NAME:** Oracle America Inc. v. Google Inc.

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: **Ivy Garcia** |
| **DATE**: 8/19/2011   **TIME:** 3:00 p.m. -3:58 p.m. | **COURT REPORTER:** Dianne Skillman |
| **COUNSEL FOR PLAINTIFF:**<br>Fred Norton<br>Deborah Miller | **COUNSEL FOR DEFENDANT:**<br>Bruce Baber<br>Renny Hwang |

**PROCEEDINGS:**   Discovery Hearing HELD                    **RULING:**

1. Plaintiff's request for Non-mobile Data and Projections          GRANTED IN PART

   **WRITTEN ORDER TO FOLLOW.**

___

**ORDERED AFTER HEARING:**

By no later than close of business on 8/22/11, Defendant shall provide Plaintiff with a list of regularly produced non-mobile revenue projections and indicate the highest level of management to whom the projections were sent to. Parties shall meet and confer by close of business on 8/23/11 so that the information that will be produced by Defendant is tailored to what Plaintiff is actually seeking. Defendant shall produce the desired documents by close of business 8/29/11.

Defendant shall produce 3rd quarter non-mobile annual projections for 2005, 2006, 2007, 2008 and a 1st quarter one for 2009. If a given projection does not exist, Defendant shall produce the projection from the following quarter.

Defendant shall prepare and produce average and/or aggregate quarterly data from the 1st quarter of 2004 to the 1st quarter of 2011 on the 4 subjects that were set forth in the parties' joint letter. Defendant's production of documents shall be completed by no later than 9/5/11.

**cc:**       **Chambers**
* (T) = Telephonic Appearance