KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415. 391.5400
Facsimile:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Tel:   212.556.2100
Fax:   212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Tel:   415.318.1200
Fax:   415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:   650. 328.8500
Fax:   650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                     Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                     Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF EUGENE M. PAIGE IN RESPONSE TO AUGUST 16, 2011 ORDER TO SHOW CAUSE**<br><br>Judge:   Hon. Donna M. Ryu<br><br>Date Comp. Filed:   October 27, 2010<br><br>Trial Date:   October 31, 2011 |

I, Eugene M. Paige, state:

1. I am a partner with the law firm of Keker & Van Nest LLP, counsel to Google Inc. in the present case. I submit this declaration in response to the Court's August 16, 2011 Order to Show Cause As To Why Court Should Not Deny Defendant's Motion to Compel [Docket No. 280] As Untimely Filed. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. On August 5, 2011, the parties worked diligently to prepare several joint letters to the Court setting forth their positions on various discovery disputes that they wished to submit to the Court for resolution.

3. One of these joint letters dealt with issues that Google had with Oracle's preparation and presentation of a witness in response to Topic 4 of its 30(b)(6) notice to Oracle ("the Topic 4 Letter"). The Topic 4 Letter was the letter filed in redacted form at Docket No. 280.

4. At approximately 12.41 p.m. Pacific Time on August 5, 2011, counsel for Google, Mark Francis, forwarded to counsel for Oracle a draft of Google's position on the Topic 4 Letter. Attached hereto as Exhibit 1 is a true and correct copy of the cover email that accompanied that draft. As can be seen from Exhibit 1, both parties had been exchanging copies of other joint letters over the course of the day.

5. At approximately 11.31 p.m. Pacific Time on August 5, 2011, counsel for Oracle, Beko Reblitz-Richardson, forwarded to counsel for Google a draft of the Topic 4 Letter that contained Oracle's position on the issues raised therein. Attached hereto as Exhibit 2 is a true and correct copy of the cover email that accompanied the draft. As can be seen from Exhibit 2, counsel for Oracle requested another review of the draft before filing if Google made any revisions to its portion of the letter.

6. In the hours leading up to Google's receipt of the draft of the Topic 4 Letter with Oracle's positions added, counsel for Google had diligently requested that Oracle provide its portion of the various joint letters. Several of these requests are reflected in the email chain that

is attached as Exhibit 2, including Bruce Baber's request at approximately 8.17 p.m. Pacific time; Dan Purcell's request at approximately 9.57 p.m. Pacific time; and Christa Anderson's request at approximately 11.18 p.m. Pacific time.

7. From the time at which Google received Oracle's input for the Topic 4 Letter forward, counsel for Google, Cheryl Sabnis, was preparing and filing various documents in connection with the various filings that Google was making that evening on the joint letters. Attached hereto as Exhibit 3 is a true and correct copy of a notice of electronic filing reflecting the filing of a joint letter that Ms. Sabnis filed slightly before midnight, at 11.51 p.m. on August 5, 2011.

8. At approximately 12.16 a.m. on August 6, 2011, I sent an email to counsel for Oracle, Beko Reblitz-Richardson, noting two minor redlines that had been added to the joint letter in response to the material that Oracle had supplied less than a hour previously. Attached hereto as Exhibit 4 is a true and correct copy of the cover email that accompanied that further redline.

9. At approximately 12.24 a.m. on August 6, 2011, counsel for Oracle responded to my email that was Exhibit 4 providing consent for Google to file an administrative motion to seal with respect to the letter. Attached hereto as Exhibit 5 is a true and correct copy of that email.

10. At approximately 12.29 a.m., counsel for Google, Cheryl Sabnis, filed the administrative motion to seal the Topic 4 Letter. Attached hereto as Exhibit 6 is a true and correct copy of a notice of electronic filing reflecting the filing of an administrative motion to seal that Ms. Sabnis filed slightly after midnight, at 12.29 a.m. on August 6, 2011. I understand that Ms. Sabnis requested that her assistant lodge an unredacted copy of the Topic 4 Letter with Judge Ryu's Chambers prior to noon on Monday, August 8, 2011, which was the first business day after the filing.

11. The Topic 4 Letter was not the only joint filing that occurred after midnight on August 5, 2011. The joint letter regarding the document prepared by Tim Lindholm, upon which the Court has set a hearing on August 25, 2011 (see Doc. No. 307), was filed on or about 12.08 a.m. on August 6, 2011. Attached hereto as Exhibit 7 is a true and correct copy of a notice of

electronic filing reflecting the filing of the joint letter regarding this issue slightly after midnight, at 12.08 a.m. on August 6, 2011.

12. Because of the diligence shown by the parties in having the Topic 4 Letter, and other joint letters raising discovery disputes, filed at the end of the day on August 5, 2011, Google respectfully requests that the dispute raised in the Topic 4 Letter be heard and decided on its merits.

13. I have discussed this Order to Show Cause with counsel for Oracle, Beko Reblitz-Richardson, who has informed me that Oracle does not assert and does not intend to argue that Google's motion brought in the Topic 4 Letter was untimely.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed at San Francisco, California on August 23, 2011.

By: _____
EUGENE M. PAIGE

576740.01

3
DECLARATION OF EUGENE M. PAIGE IN RESPONSE TO ORDER TO SHOW CAUSE
CASE NO. 3:10-cv-03561-WHA