# Exhibit 1

**From:** Francis, Mark [MFrancis@KSLAW.com]
**Sent:** Friday, August 05, 2011 12:41 PM
**To:** 'Beko Richardson'; Kuwayti, Kenneth A.
**Cc:** Oracle MoFo Service List; Oracle-Google; dalvik-KS; DALVIK-KVN
**Subject:** RE: Joint letter re awareness of Sun IP rights
**Follow Up Flag:** Follow up
**Flag Status:** Completed
**Attachments:** Draft - 11 08 05 JOINT LTR re Topic 4.doc^.doc

Beko,

Here is Google's letter regarding Topic 4.

Mark

---

**From:** Beko Richardson [mailto:brichardson@BSFLLP.com]
**Sent:** Friday, August 05, 2011 3:12 PM
**To:** Kuwayti, Kenneth A.; Francis, Mark
**Cc:** Oracle MoFo Service List; Oracle-Google; dalvik-KS; DALVIK-KVN@kvn.com
**Subject:** RE: Joint letter re awareness of Sun IP rights

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Mark,

Attached is a draft of Oracle's half of the letter re Nishar's deposition. The grayed out portions concern documents designated confidential by Google.

Regards,
Beko

---

**From:** Kuwayti, Kenneth A. [mailto:KKuwayti@mofo.com]
**Sent:** Friday, August 05, 2011 11:28 AM
**To:** Francis, Mark
**Cc:** Oracle MoFo Service List; Oracle-Google; dalvik-KS; DALVIK-KVN@kvn.com
**Subject:** Joint letter re awareness of Sun IP rights

Mark: Attached please find a draft of Oracle's half of the letter regarding Google's awareness of the Sun Java IP rights.

Regards,

Ken

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written

to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

---

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

8/23/2011