# Exhibit 2

Case 3:10-cv-03561-WHA   Document 351-2   Filed 08/23/11   Page 2 of 5

| | |
|---|---|
| From: | Beko Richardson [brichardson@BSFLLP.com] |
| Sent: | Friday, August 05, 2011 11:31 PM |
| To: | Muino, Daniel P.; Christa Anderson; Daniel Purcell; Baber, Bruce; Kuwayti, Kenneth A. |
| Cc: | dalvik-KS; DALVIK-KVN; Oracle-Google |
| Subject: | RE: Oracle v Google -- Letters to Judge Ryu |
| Attachments: | 2011-08-05 Google - Joint letter re Screven Kehring.doc |



2011-08-05 Google
 - Joint lett...

Christa,

Attached is the joint letter re Google Topic 4. If you do not make any changes, then you have our permission to file an administrative motion to seal and then lodge this joint letter with Judge Ryu. If you make any changes, please send us another draft to review before filing.

Thanks.
Beko

-----Original Message-----
From: Muino, Daniel P. [mailto:DMuino@mofo.com]
Sent: Friday, August 05, 2011 11:24 PM
To: Christa Anderson; Daniel Purcell; Baber, Bruce; Kuwayti, Kenneth A.; Beko Richardson
Cc: dalvik-KS; DALVIK-KVN
Subject: RE: Oracle v Google -- Letters to Judge Ryu

Christa,

We'll be sending the other letters shortly.

Thanks.

Daniel P. Muino
Morrison & Foerster LLP
425 Market Street | San Francisco, CA 94105
415.268.7475 | 415.268.7522 fax
dmuino@mofo.com | www.mofo.com


-----Original Message-----
From: Christa Anderson [mailto:CAnderson@KVN.com]
Sent: Friday, August 05, 2011 11:18 PM
To: Muino, Daniel P.; Daniel Purcell; Baber, Bruce; Kuwayti, Kenneth A.; Beko Richardson
Cc: dalvik-KS; DALVIK-KVN
Subject: RE: Oracle v Google -- Letters to Judge Ryu

Dan it is 11:17. Where are the remaining letters? I trust that there will be no material changes given that you have left us absolutely no time to respond at this point.

From: Muino, Daniel P. [DMuino@mofo.com]
Sent: Friday, August 05, 2011 11:02 PM
To: Daniel Purcell; Baber, Bruce; Kuwayti, Kenneth A.; Beko Richardson
Cc: dalvik-KS; DALVIK-KVN
Subject: RE: Oracle v Google -- Letters to Judge Ryu

Dan,

1

Attached are clean and redlined versions of the letter regarding remaining discovery issues.  Please let us know if Google has any further changes.  Thanks.

Daniel P. Muino
Morrison & Foerster LLP
425 Market Street | San Francisco, CA 94105
415.268.7475 | 415.268.7522 fax
dmuino@mofo.com | www.mofo.com


-----Original Message-----
From: Daniel Purcell [mailto:DPurcell@KVN.com]
Sent: Friday, August 05, 2011 9:57 PM
To: Muino, Daniel P.; Baber, Bruce; Kuwayti, Kenneth A.; Beko Richardson
Cc: dalvik-KS; DALVIK-KVN
Subject: RE: Oracle v Google -- Letters to Judge Ryu

Dan, do you have revisions to any of the many letters yet? If so, please send them. As you're well aware, it's now 10 pm on a Friday night.

Thanks.

From: Muino, Daniel P. [DMuino@mofo.com]
Sent: Friday, August 05, 2011 8:28 PM
To: Baber, Bruce; Kuwayti, Kenneth A.; Beko Richardson
Cc: dalvik-KS; DALVIK-KVN
Subject: RE: Oracle v Google -- Letters to Judge Ryu

Bruce,

We're working on them and will send you the complete letters as soon as possible.

Dan


From: Baber, Bruce [mailto:BBaber@KSLAW.com]
Sent: Friday, August 05, 2011 8:17 PM
To: Muino, Daniel P.; Kuwayti, Kenneth A.; 'Beko Richardson'
Cc: dalvik-KS; DALVIK-KVN
Subject: Oracle v Google -- Letters to Judge Ryu

Gentlemen --

When can we expect to receive from Oracle its input on the various draft letters that have been exchanged today?

Bruce W. Baber
King & Spalding LLP
212-827-4079 (New York)
404-572-4826 (Atlanta)


King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs

2

you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==================================================================
====

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------

------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==================================================================
====

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------

------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------

IRS Circular 230 disclosure:

3

To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]