# Exhibit 6

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Saturday, August 06, 2011 12:30 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:10-cv-03561-WHA Oracle America, Inc. v. Google Inc. Administrative Motion to File Under Seal |

**Follow Up Flag:** Follow up
**Flag Status:** Completed

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Sabnis, Cheryl entered on 8/6/2011 0:29 AM and filed on 8/6/2011
**Case Name:** Oracle America, Inc. v. Google Inc.
**Case Number:** 3:10-cv-03561-WHA
**Filer:** Google Inc.
**Document Number:** 278

**Docket Text:**
**Administrative Motion to File Under Seal filed by Google Inc.. (Attachments: # (1) Affidavit, # (2) Proposed Order)(Sabnis, Cheryl) (Filed on 8/6/2011)**

8/23/2011

**3:10-cv-03561-WHA Notice has been electronically mailed to:**

Alanna Rutherford     arutherford@bsfllp.com

Beko Osiris Ra Reblitz-Richardson     brichardson@bsfllp.com

Brian Christopher Banner     bbanner@kslaw.com

Bruce W. Baber     bbaber@kslaw.com, rennyhwang@google.com

Cheryl A. Sabnis     csabnis@kslaw.com, ksparker@kslaw.com, rmiller@kslaw.com

Christa M. Anderson     canderson@kvn.com, efiling@kvn.com, gpadilla@kvn.com, rdarling@kvn.com, rmagat@kvn.com, scole@kvn.com

Christopher C. Carnaval     ccarnaval@kslaw.com, MOrman@KSLAW.com

Dana K Powers     powersdk@gtlaw.com

Daniel Edward Purcell     dpurcell@kvn.com, efiling@kvn.com, jwinars@kvn.com

Daniel Pierre Muino     dmuino@mofo.com, andrew.temkin@oracle.com, TLee@mofo.com

David Boies     dboies@bsfllp.com

Deborah Kay Miller     deborah.miller@oracle.com

Donald Frederick Zimmer , Jr     fzimmer@kslaw.com, balee@kslaw.com

Dorian Estelle Daley     dorian.daley@oracle.com

Eugene Morris Paige     EMP@kvn.com, dfox@kvn.com, efiling@kvn.com, kbringola@kvn.com

Geoffrey M. Ezgar     gezgar@kslaw.com

Heather Janine Meeker     meekerh@gtlaw.com

Ian Ballon     ballon@gtlaw.com, kolbers@gtlaw.com

Joseph Richard Wetzel     wetzelj@gtlaw.com, mckinneyc@gtlaw.com, SFOLitDock@gtlaw.com

Marc David Peters     mdpeters@mofo.com, lsova@mofo.com, msmoot@mofo.com

Mark H. Francis     mfrancis@kslaw.com

Matthew M. Sarboraria     matthew.sarboraria@oracle.com

Matthias Andreas Kamber     mxk@kvn.com, efiling@kvn.com, plemos@kvn.com

Meredith Richardson Dearborn     mdearborn@bsfllp.com

Michael A. Jacobs    mjacobs@mofo.com, cknisely@mofo.com

Michael Soonuk Kwun    mkwun@kvn.com, rcirelli@kvn.com

Renny F Hwang    rennyhwang@google.com

Robert Addy Van Nest    rvannest@kvn.com, efiling@kvn.com, scole@kvn.com

Robert F. Perry    rperry@kslaw.com, csplaine@kslaw.com

Roman A Swoopes    rswoopes@mofo.com

Ruchika Agrawal    RAgrawal@mofo.com, fsagapolu@mofo.com

Scott T. Weingaertner    sweingaertner@kslaw.com, jschmidt@kslaw.com

Steven Christopher Holtzman    sholtzman@bsfllp.com, ajensen@bsfllp.com, cduong@bsfllp.com, cseki@bsfllp.com, irivera@bsfllp.com, jchavez@bsfllp.com, jlipton@bsfllp.com, sbuack@bsfllp.com, sphan@bsfllp.com

Steven T Snyder    ssnyder@kslaw.com, hperez@kslaw.com

Valerie Wing Ho    hov@gtlaw.com, lalitdock@gtlaw.com, secondom@gtlaw.com, solorzanom@gtlaw.com

William Fred Norton , Jr    fnorton@bsfllp.com, irivera@bsfllp.com

**3:10-cv-03561-WHA Please see <u>General Order 45 Section IX C.2 and D</u>; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\110725\Docs\Google\8511\Administrative_Motion_to_File_Under_Seal[1].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/6/2011] [FileNumber=7724775-0] [1d8e4170ab690e2b6005d287be6d3e53b27aa0c9d7b5f589b83d71bff8ecc7b1e3c005ba68a26db40970e500be96e3b2abf872df090dc77f4b288854b9b123ca]]
**Document description:** Affidavit
**Original filename:** C:\Documents and Settings\110725\Docs\Google\8511\Administrative_Motion_to_File_Under_Seal_-_Suppl_Decl.[1].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/6/2011] [FileNumber=7724775-1] [a07ea4a3d5fd9e1747802caba82dc548769744ab6ebf9fb524f94043907faa5771de289ee95a222ba8d84cc8b4c49c5714131a5aed959bb2675811ea1e53fa36]]
**Document description:** Proposed Order
**Original filename:** C:\Documents and Settings\110725\Docs\Google\8511\proposed order granting Administrative_Motion_to_File_Under_Seal[1].pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=8/6/2011] [FileNumber=7724775-2] [0762200ab1c2b7ff518986662e07f6cd0d005f9e3ab53ab77f8d98660bcc501257291e5cd2f96988374bf38aa6546d5f8875ed463d270b441900dcdf7f944a3b]]

8/23/2011