# Exhibit 7

---

| From: | ECF-CAND@cand.uscourts.gov |
|---|---|
| Sent: | Saturday, August 06, 2011 12:09 AM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 3:10-cv-03561-WHA Oracle America, Inc. v. Google Inc. Letter |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Holtzman, Steven entered on 8/6/2011 0:08 AM and filed on 8/6/2011
**Case Name:** Oracle America, Inc. v. Google Inc.
**Case Number:** 3:10-cv-03561-WHA
**Filer:** Oracle America, Inc.
**Document Number:** 277

**Docket Text:**
**Letter from Oracle America, Inc. *Regarding Lindholm*. (Holtzman, Steven) (Filed on 8/6/2011)**

**3:10-cv-03561-WHA Notice has been electronically mailed to:**

Alanna Rutherford    arutherford@bsfllp.com

Beko Osiris Ra Reblitz-Richardson    brichardson@bsfllp.com

Brian Christopher Banner    bbanner@kslaw.com

Bruce W. Baber    bbaber@kslaw.com, rennyhwang@google.com

Cheryl A. Sabnis    csabnis@kslaw.com, ksparker@kslaw.com, rmiller@kslaw.com

Christa M. Anderson    canderson@kvn.com, efiling@kvn.com, gpadilla@kvn.com, rdarling@kvn.com, rmagat@kvn.com, scole@kvn.com

Christopher C. Carnaval    ccarnaval@kslaw.com, MOrman@KSLAW.com

Dana K Powers    powersdk@gtlaw.com

Daniel Edward Purcell    dpurcell@kvn.com, efiling@kvn.com, jwinars@kvn.com

Daniel Pierre Muino    dmuino@mofo.com, andrew.temkin@oracle.com, TLee@mofo.com

David Boies    dboies@bsfllp.com

Deborah Kay Miller    deborah.miller@oracle.com

Donald Frederick Zimmer , Jr    fzimmer@kslaw.com, balee@kslaw.com

Dorian Estelle Daley    dorian.daley@oracle.com

Eugene Morris Paige    EMP@kvn.com, dfox@kvn.com, efiling@kvn.com, kbringola@kvn.com

Geoffrey M. Ezgar    gezgar@kslaw.com

Heather Janine Meeker    meekerh@gtlaw.com

Ian Ballon    ballon@gtlaw.com, kolbers@gtlaw.com

Joseph Richard Wetzel    wetzelj@gtlaw.com, mckinneyc@gtlaw.com, SFOLitDock@gtlaw.com

Marc David Peters    mdpeters@mofo.com, lsova@mofo.com, msmoot@mofo.com

Mark H. Francis    mfrancis@kslaw.com

Matthew M. Sarboraria    matthew.sarboraria@oracle.com

Matthias Andreas Kamber    mxk@kvn.com, efiling@kvn.com, plemos@kvn.com

Meredith Richardson Dearborn    mdearborn@bsfllp.com

Michael A. Jacobs    mjacobs@mofo.com, cknisely@mofo.com

Michael Soonuk Kwun    mkwun@kvn.com, rcirelli@kvn.com

Renny F Hwang    rennyhwang@google.com

Robert Addy Van Nest    rvannest@kvn.com, efiling@kvn.com, scole@kvn.com

Robert F. Perry    rperry@kslaw.com, csplaine@kslaw.com

Roman A Swoopes    rswoopes@mofo.com

Ruchika Agrawal    RAgrawal@mofo.com, fsagapolu@mofo.com

Scott T. Weingaertner    sweingaertner@kslaw.com, jschmidt@kslaw.com

Steven Christopher Holtzman    sholtzman@bsfllp.com, ajensen@bsfllp.com, cduong@bsfllp.com, cseki@bsfllp.com, irivera@bsfllp.com, jchavez@bsfllp.com, jlipton@bsfllp.com, sbuack@bsfllp.com, sphan@bsfllp.com

Steven T Snyder    ssnyder@kslaw.com, hperez@kslaw.com

Valerie Wing Ho    hov@gtlaw.com, lalitdock@gtlaw.com, secondom@gtlaw.com, solorzanom@gtlaw.com

William Fred Norton , Jr    fnorton@bsfllp.com, irivera@bsfllp.com

**3:10-cv-03561-WHA Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2011-08-05 Google - Joint motion re Lindholm document.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/6/2011] [FileNumber=7724769-0] [
a6dbfa7f00afb7515aa16a9f78f7a4b4b65430ff1fda9d49a8b474d598c0c2a2ca9489
dc89df03845d5b2e4f69ced9fe71bdad971e097f4cf3d7864d8dbae0c5]]