# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.** C-10-03561-WHA (DMR)

**CASE NAME:** Oracle America, Inc. v. Google Inc.

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: Ivy Garcia |
| **DATE**: 8/25/2011   **TIME**: 11:05 a.m. -11:45 a.m. | **COURT REPORTER:** Sahar Bartlett |
| **COUNSEL FOR PLAINTIFF:**<br>Fred Norton<br>Deborah Miller<br>Andew Temkin<br>Steven Holtzman<br>Meredith Dearborn | **COUNSEL FOR DEFENDANT:**<br>Christa Anderson<br>Reid Mullen<br>Renny Hwang |

**PROCEEDINGS:**   Discovery Motion Hearing HELD

**RULING:**

1. Plaintiff's Motion to Compel Defendant to produce Tim Lindholm's e-mail and drafts       GRANTED

   **WRITTEN ORDER TO FOLLOW**

___

**ORDERED AFTER HEARING:**

___

**ORDER TO BE PREPARED BY:**       [ ] **Plaintiff**       [ ] **Defendant**       [X] **Court**

**CASE CONTINUED TO:**

___

**cc:** Chambers
\* (T) = Telephonic Appearance