UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA (DMR) |
| Plaintiff, | **ORDER RE DISCOVERY HEARING OF AUGUST 25, 2011** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

Today the court held a hearing on the parties' joint discovery letter of August 5, 2011 [Docket No. 277], which concerned Plaintiff's motion to compel Defendant to (re)produce certain documents, which the court will collectively refer to as the Lindholm Emails. During the hearing the court granted Plaintiff's motion, and a separate order detailing the court's reasoning will be forthcoming.

After hearing the court's ruling, Defendant indicated its intent to appeal the decision to Judge Alsup. Defendant also appeared to believe that it need not produce the Lindholm Emails until Judge Alsup rules on the appeal. Defendant is mistaken. The filing of objections does not stay the operation of the court's order. *Hanni v. Am. Airlines, Inc.*, No. 08-732-CW, 2009 WL 1505286, at *3 (N.D. Cal. May 27, 2009); *accord Blessey Mar. Servs., Inc. v. Jeffboat, LLC*, No. 10-1863, 2011 WL 3349844, at *4 (E.D. La. Aug. 3, 2011) (collecting cases).

**United States District Court**
For the Northern District of California

1  Thus, the court hereby ORDERS that Defendant produce the Lindholm Emails to Plaintiff
2  immediately; and it further ORDERS that the parties immediately arrange for the deposition of Mr.
3  Lindholm.

5  IT IS SO ORDERED.

7  Dated: August 25, 2011

DONNA M. RYU
United States Magistrate Judge