UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA  (DMR) |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO REDACT AND SEAL PORTIONS OF HEARING TRANSCRIPT** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

In accordance with this court's granting of Plaintiff's motion to compel [*see* Docket Nos. 353, 354], the court DENIES Defendant's motion to redact and seal portions of the hearing transcript.

IT IS SO ORDERED.

Dated: August 25, 2011

_____
DONNA M. RYU
United States Magistrate Judge