UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA (DMR) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PARTIES' MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

This matter came before the Court on the parties' administrative motion to seal Exhibits 1 and 4 of the Second Norton Declaration and those portions of the declaration that refer to Exhibit H in the First Norton Declaration.  The court hereby GRANTS the motion in part and DENIES the motion in part.  Exhibit 4 to the Second Norton Declaration, bearing Bates stamp GOOGLE-00392259–285, shall be filed under seal.

IT IS SO ORDERED.

Dated: August 25, 2011

_____
DONNA M. RYU
United States Magistrate Judge