**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6   ORACLE AMERICA, INC.,                          No. C-10-03561-WHA  (DMR)

7            Plaintiff,                            **ORDER GRANTING DEFENDANT'S
                                                   MOTION TO FILE UNDER SEAL**
8        v.

9   GOOGLE, INC.,

10           Defendant.
                                          /
11

12      The court hereby GRANTS Defendant's motion to file under seal.

13

14      IT IS SO ORDERED.

15

16

17  Dated:  August 25, 2011

18

19                                        _____

20                                        DONNA M. RYU

21                                        United States Magistrate Judge

22

23

24

25

26

27

28