| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415.391.5400<br>Facsimile:  415.397.7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second St., Suite 2300<br>San Francisco, CA 94105<br>Tel:  415.318.1200<br>Fax:  415.318.1300 |
| KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel:  212.556.2100<br>Fax:  212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel:  650.328.8500<br>Fax:  650.328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 4 AND PORTIONS OF THE SECOND DECLARATION OF FRED NORTON**<br><br>Judge:  Hon. Donna M. Ryu<br><br>Date Comp. Filed:  October 27, 2010<br><br>Trial Date:  October 31, 2011 |

DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 4 AND PORTIONS OF THE SECOND DECLARATION OF FRED NORTON
CASE NO. 3:10-cv-03561-WHA

577169.01

1    I, Daniel Purcell, declare as follows:

2    1.    I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Oracle America, Inc.'s ("Oracle") Administrative Motion to File Under Seal Exhibits 1 and 4 and Portions of the Second Declaration of Fred Norton. [Dkt. No. 335]. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

3    2.    On August 25, 2011 this Court issued an Order granting in part and denying in part Oracle's motion to seal Exhibits 1 and 4 and portions of the Second Norton Declaration. [Dkt. No. 356]. The Court denied Oracle's motion to seal Exhibit 1 and the portions of the Second Norton Declaration. As explained below, Exhibit 1 and portions of the Second Norton Declaration contain Google's confidential information. Under N.D. Cal. Local Civil Rule 79-5(d), Google has seven days from the date Oracle lodged Google's confidential information to "file with the Court and serve a declaration establishing that the designated information is sealable." Oracle lodged Google's confidential information and filed its motion to seal on August 19, 2011. [Dkt. Nos. 335, 336]. Under Local Rule 79-5(d), Google's deadline to submit declarations in support of Oracle's motion is August 26, 2011.

4    3.    Exhibit 1 to the Second Norton Declaration is an excerpt of Google's privilege log for this case, which Google designated "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY." At the outset of this case, Oracle stipulated to a protective order, and the Court entered an Order Approving Stipulated Protective Order Subject to Stated Conditions [Dkt. No. 68] that governs use in this case of documents designated "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" in this case. Under that order, Oracle was obligated to file Exhibit 1 under seal because Google's privilege log contains confidential information regarding the date and general subject matter of privileged communications between Google and its counsel. Google considers the timing, frequency, and subject matter of its communications with its counsel to be highly confidential information. Under no circumstances does Google disclose any such information to the public during the normal course of business, or absent a direct court

1
DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 4 AND PORTIONS OF THE SECOND DECLARATION OF FRED NORTON
CASE NO. 3:10-cv-03561-WHA

577169.01

1  order.  Public disclosure of facts underlying Google's communications with its counsel would
2  cause significant and undue harm to Google's business.
3      4.    Portions of the Second Norton Declaration quote passages from the transcript of
4  this Court's July 21, 2011 discovery hearing.  For all the reasons stated in Google's motion to
5  seal and redact those passages from the discovery-hearing transcript, [Dkt. No. 297], the
6  corresponding portions of the Norton Declaration should be redacted and sealed until the
7  privilege status of the Lindholm email is finally adjudicated.  Google acknowledges that the
8  Magistrate Judge has denied Google's motion to seal and redact the July 21, 2011 transcript, but
9  Google retains the right to seek review of that ruling by Judge Alsup or the Federal Circuit.
10      I declare under penalty of perjury that the foregoing is true and correct and that this
11  declaration was executed at San Francisco, California on August 26, 2011.

                                      By:  /s/ Daniel Purcell
                                                DANIEL PURCELL

577169.01

2
DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 4 AND PORTIONS OF THE SECOND DECLARATION
OF FRED NORTON
CASE NO. 3:10-cv-03561-WHA