KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:     415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:     212.556.2100
Fax:     212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:     415.318.1200
Fax:     415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:     650.328.8500
Fax:     650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER SEALING EXHIBIT 1 AND PORTIONS OF THE SECOND DECLARATION OF FRED NORTON**<br><br>Judge:     Hon. Donna M. Ryu<br><br>Date Comp. Filed:     October 27, 2010<br><br>Trial Date:     October 31, 2011 |

1  This matter came before the Court on Oracle America, Inc.'s Administrative Motion to
2  File Under Seal Exhibits 1 and 4 and Portions of the Second Declaration of Fred Norton. [Dkt.
3  No. 335]. Based on the arguments presented in the administrative motion, the declarations in
4  support of the motion, the pleadings on file, and any other relevant matter, the Court hereby
5  **GRANTS** the motion. Exhibit 1 and portions of the Second Norton Declaration shall be filed
6  under seal.

7

8  IT IS SO ORDERED:

9

10  _____
11  HONORABLE DONNA M. RYU