United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-03561-WHA (DMR) |
| Plaintiff, | **ORDER DENYING GOOGLE'S MOTION FOR RECONSIDERATION [DOCKET NO. 358]** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

    Defendant moves the court for reconsideration of its order of August 25, 2011, which granted in part and denied in part Plaintiff's motion to seal portions of the Second Norton Declaration. [Docket No. 356.] Defendant wishes the court to reconsider its refusal to seal Exhibit 1 and various other portions of that declaration. Defendant's motion is DENIED.

    IT IS SO ORDERED.

Dated: August 26, 2011

DONNA M. RYU
United States Magistrate Judge