KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:     415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Telephone:     212.556.2100
Facsimile:     212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Telephone:     415.318.1200
Facsimile:     415.318.1300

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone:     650.328.8500
Facsimile:     650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                          Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**[PROPOSED] ORDER SEALING DEFENDANT GOOGLE INC.'S CONFIDENTIAL INFORMATION** |

1     Before this Court is Oracle America, Inc.'s Administrative Motion to File Under Seal
2  (Dkt. No. 340). Based on the arguments presented in the administrative motion, the Declaration
3  Of Luis Villa, IV In Response To Oracle America, Inc.'s Administrative Motion To File Under
4  Seal, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion
5  as to Google confidential material. Exhibits 10, 14, 15 and 16 to the Declaration of Roman A.
6  Swoopes in Support of Oracle's Opposition to Google's Motion for Summary Judgment on
7  Count VIII of Oracle's Amended Complaint shall remain under seal.

9     IT IS SO ORDERED.

11 Dated: _____

                                        _____
12                                       WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE