| | |
|---|---|
| ROBERT A. VAN NEST (SBN 84065) | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON (SBN 184325) | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| KEKER & VAN NEST LLP | BRUCE W. BABER (*Pro Hac Vice*) |
| 633 Battery Street | bbaber@kslaw.com |
| San Francisco, CA 94111-1704 | KING & SPALDING LLP |
| Telephone: (415) 391-5400 | 1185 Avenue of the Americas |
| Facsimile: (415) 397-7188 | New York, NY 10036-4003 |
| | Telephone: (212) 556-2100 |
| | Facsimile: (212) 556-2222 |
| | |
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| 101 Second Street – Suite 2300 | 1900 University Avenue |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone: (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile: (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **UDPATE RE: RE-EXAMINATION** |
| GOOGLE INC., | |
| Defendant. | |

1  In view of the Court's interest in the status of the ongoing reexaminations of the patents-
2 in-suit, Google writes to inform the Court that the U.S. Patent and Trademark Office, in an
3 official action mailed August 19, 2011, has rejected all claims of U.S. Patent No. 6,910,205
4 asserted by Oracle in this case.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  August 26, 2011 | **KING & SPALDING LLP** |
| 2 | | By:  /s/ Cheryl A. Sabnis |
| 3 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| | | sweingaertner@kslaw.com |
| 4 | | ROBERT F. PERRY |
| | | rperry@kslaw.com |
| 5 | | BRUCE W. BABER *(Pro Hac Vice)* |
| 6 | | bbaber@kslaw.com |
| | | 1185 Avenue of the Americas |
| 7 | | New York, NY 10036-4003 |
| | | Telephone:  (212) 556-2100 |
| 8 | | Facsimile:   (212) 556-2222 |
| 9 | | ROBERT A. VAN NEST (SBN 84065) |
| 10 | | rvannest@kvn.com |
| | | CHRISTA M. ANDERSON (SBN 184325) |
| 11 | | canderson@kvn.com |
| | | KEKER & VAN NEST LLP |
| 12 | | 710 Sansome Street |
| 13 | | San Francisco, CA 94111-1704 |
| | | Telephone:  (415) 391-5400 |
| 14 | | Facsimile:  (415) 397-7188 |
| 15 | | DONALD F. ZIMMER, JR. (SBN 112279) |
| | | fzimmer@kslaw.com |
| 16 | | CHERYL A. SABNIS (SBN 224323) |
| 17 | | csabnis@kslaw.com |
| | | KING & SPALDING LLP |
| 18 | | 101 Second Street – Suite 2300 |
| | | San Francisco, CA 94105 |
| 19 | | Telephone: (415) 318-1200 |
| 20 | | Facsimile:  (415) 318-1300 |
| 21 | | IAN C. BALLON (SBN 141819) |
| | | ballon@gtlaw.com |
| 22 | | HEATHER MEEKER (SBN 172148) |
| | | meekerh@gtlaw.com |
| 23 | | GREENBERG TRAURIG, LLP |
| | | 1900 University Avenue |
| 24 | | East Palo Alto, CA 94303 |
| 25 | | Telephone: (650) 328-8500 |
| | | Facsimile: (650) 328-8508 |
| 26 | | |
| 27 | | ATTORNEYS FOR DEFENDANT |
| | | GOOGLE INC. |
| 28 | | |

2
UDPATE RE: RE-EXAMINATION
CIVIL ACTION NO. CV 10-03561-WHA