1  [counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WA (DMR) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES** |
| v. | |
| GOOGLE INC. | Judge: Honorable William Alsup |
| Defendant. | |

576744.01
STIPULATION TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES
CASE NO. CV 10-03561 WHA (DMR)

## STIPULATION

WHEREAS, opening expert reports on non-damages and non-copyright issues were exchanged on August 8, 2011; opposition reports are due fourteen days after the opening reports; reply reports are due seven days after the opposition reports; and expert discovery closes fourteen days after the reply reports;

WHEREAS, the parties have agreed to an extension to August 25, 2011, of the due date for rebuttal expert reports on patent-related issues; and

WHEREAS, the parties acknowledge and agree that the limited extensions of expert discovery set forth above will not affect, delay, or push back any other deadlines in this case.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. On patent-related issues, rebuttal expert reports shall be served by August 25, 2011. The dates for reply reports, and for the close of expert discovery, shall be triggered by the August 25, 2011 date and shall follow the time periods specified in Paragraph 8 of the Court's November 19, 2010 Case Management Order. The due dates for expert reports on copyright-related issues remain unaffected.

2. No other deadlines in this case will be affected by the foregoing extensions. The parties will not use these extensions to argue for a delay of the trial date or any other deadlines in this case.

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

**No other extensions of these deadlines will be granted.**

Date: August 29, 2011.                    _____
                                          Honorable William Alsup
                                          Judge of the United States District Court

| | |
|---|---|
| Dated: August 22, 2011 | MORRISON & FOERSTER LLP |
| | By: */s/ Marc David Peters* |

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

576744.01
STIPULATION TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES
CASE NO. CV 10-03561 WHA (DMR)

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 22, 2011 | KEKER & VAN NEST LLP |
| 3 | | |
| 4 | | By:  /s/ Matthias Kamber |
| 5 | | KEKER & VAN NEST LLP |
| | | ROBERT A. VAN NEST (SBN 84065) |
| 6 | | rvannest@kvn.com |
| | | CHRISTA M. ANDERSON (SBN184325) |
| 7 | | canderson@kvn.com |
| | | 710 Sansome Street |
| 8 | | San Francisco, CA 94111-1704 |
| | | Telephone: (415) 391-5400 |
| 9 | | Facsimile: (415) 397-7188 |
| 10 | | KING & SPALDING LLP |
| | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| 11 | | sweingaertner@kslaw.com |
| | | ROBERT F. PERRY |
| 12 | | rperry@kslaw.com |
| | | BRUCE W. BABER (*Pro Hac Vice*) |
| 13 | | bbaber@kslaw.com |
| | | 1185 Avenue of the Americas |
| 14 | | New York, NY 10036-4003 |
| | | Telephone:  (212) 556-2100 |
| 15 | | Facsimile:   (212) 556-2222 |
| 16 | | KING & SPALDING LLP |
| | | DONALD F. ZIMMER, JR. (SBN 112279) |
| 17 | | fzimmer@kslaw.com |
| | | CHERYL A. SABNIS (SBN 224323) |
| 18 | | csabnis@kslaw.com |
| | | 101 Second Street - Suite 2300 |
| 19 | | San Francisco, CA 94105 |
| | | Telephone: (415) 318-1200 |
| 20 | | Facsimile:  (415) 318-1300 |
| 21 | | GREENBERG TRAURIG, LLP |
| | | IAN C. BALLON (SBN 141819) |
| 22 | | ballon@gtlaw.com |
| | | HEATHER MEEKER (SBN 172148) |
| 23 | | meekerh@gtlaw.com |
| | | 1900 University Avenue |
| 24 | | East Palo Alto, CA 94303 |
| | | Telephone: (650) 328-8500 |
| 25 | | Facsimile: (650) 328-8508 |
| 26 | | *Attorneys for Defendant* |
| | | GOOGLE INC. |
| 27 | | |
| 28 | | |

576744.01

STIPULATION TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES
CASE NO. CV 10-03561 WHA (DMR)

3

**ATTESTATION**

I, Matthias Kamber, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES.  In compliance with General Order 45, X.B., I hereby attest that Marc David Peters and Matthias Kamber have concurred in this filing.

Date:                                         /s/   Matthias Kamber

576744.01
STIPULATION TO EXTEND DUE DATES FOR EXPERT REBUTTAL AND REPLY REPORTS ON PATENT-RELATED ISSUES
CASE NO. CV 10-03561 WHA (DMR)

4