IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER REGARDING JURY SELECTION**

In the event the second large criminal trial does not begin as scheduled on October 17, then jury selection in the instant civil action shall occur on October 19 and the opening day of trial will remain October 31. In the event the second large criminal trial does go forward as scheduled, then jury selection and trial for this action will have to be postponed.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE