| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| 633 Battery Street | 101 Second St., Suite 2300 |
| San Francisco, CA  94111-1809 | San Francisco, CA  94105 |
| Telephone:     415.391.5400 | Telephone:     415.318.1200 |
| Facsimile:     415.397.7188 | Facsimile:     415.318.1300 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | IAN C. BALLON - #141819 |
| sweingaertner@kslaw.com | ballon@gtlaw.com |
| ROBERT F. PERRY | HEATHER MEEKER - #172148 |
| rperry@kslaw.com | meekerh@gtlaw.com |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY  10036 | Telephone:     650.328.8500 |
| Telephone:     212.556.2100 | Facsimile:     650.328.8508 |
| Facsimile:     212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **REPLY DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF PLAINTIFF ORACLE AMERICA'S AMENDED COMPLAINT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Judge:      Hon. William Alsup |
| | Hearing:   2:00 p.m., September 15, 2011 |

577124.01

REPLY KWUN DECL. ISO GOOGLE'S MSJ ON ORACLE'S COPYRIGHT INFRINGEMENT CLAIM
CASE NO. 3:10-cv-03561-WHA

I, Michael S. Kwun, declare as follows:

1. I am the same Michael S. Kwun who submitted an August 1, 2011 Declaration in support of Defendant Google Inc.'s Motion for Summary Judgment on Count VIII of Plaintiff Oracle America, Inc.'s Amended Complaint. I submit this reply declaration in support of Defendant Google Inc.'s Motion for Summary Judgment on Count VIII of Plaintiff Oracle America, Inc.'s Amended Complaint. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto are true and correct copies of the following documents (for ease of reference, I will not reuse exhibit letters that I used in my prior declaration):

> Exhibit EE. An August 1, 2011 press release from Oracle, titled "Oracle Announces Availability of Java SE 7," printed from the URL http://emeapressoffice.oracle.com/Press-Releases/Oracle-Announces-Availability-of-Java-SE-7-207d.aspx.
>
> Exhibit FF. A document titled "Frequently Asked Questions," printed from the URL http://source.android.com/faqs.html.
>
> Exhibit GG. The May 27, 1999 Opening Appellate Brief filed by Connectix Corp. in *Sony Computer Entm't, Inc. v. Connectix Corp.,* No. 99-15852 (9th Cir.), as downloaded from Westlaw.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on August 29, 2011 in San Francisco, California.

/s/ Michael S. Kwun
Michael S. Kwun