# EXHIBIT EE

**Media Centre Home** > Press Releases

**Download everything on this page (zip format)**
Download **Winzip**

01 Aug 2011 10:20
**Oracle Announces Availability of Java SE 7**

**News Facts**

- Oracle today announced the availability of **Java Platform, Standard Edition 7** (Java SE 7), the first release of the Java platform under Oracle stewardship.
- The Java SE 7 release is the result of industry-wide development involving open review, weekly builds and extensive collaboration between Oracle engineers and members of the worldwide Java ecosystem via the **OpenJDK Community** and the **Java Community Process (JCP)**.

Java SE 7 delivers:

- Language changes to help increase developer productivity and simplify common programming tasks by reducing the amount of code needed, clarifying syntax and making code easier to read. (JSR 334: Project Coin)
- Improved support for dynamic languages (including: Ruby, Python and JavaScript), resulting in substantial performance increases on the JVM. (JSR 292: InvokeDynamic)
- A new multicore-ready API that enables developers to more easily decompose problems into tasks that can then be executed in parallel across arbitrary numbers of processor cores. (JSR 166: Fork/Join Framework)
- A comprehensive I/O interface for working with file systems that can access a wider array of file attributes and offer more information when errors occur. (JSR 203: NIO.2)
- New networking and security features
- Expanded support for internationalization, including Unicode 6.0 support
- Updated versions of numerous libraries
- Strong backward compatibility of Java SE 7 with previous versions of the platform preserves the skill sets of current Java software developers and protects Java technology investments.

Developers interested in getting started immediately with the Java SE 7 release can leverage the **NetBeans Integrated Development Environment (IDE) 7.0**, Eclipse Indigo with the additional Java SE 7 plug-in or IntelliJ IDEA 10.5, which support the latest features of the Java SE 7 platform. **Oracle JDeveloper** support for JDK 7 is intended for a release later this year.

**Java Facts and Figures**

- 97% of enterprise desktops run Java
- 1 billion Java downloads each year
- 9 million developers worldwide
- #1 programming language (TIOBE Programming Community Index) More than 3 billion devices are powered by Java technology

**Supporting Quote**
"We're very excited about Java SE 7; this is a great release with strong technology updates. I'm pleased that the Java community has come together in favor of technical progress and that we have a clear path forward for Java SE 8," said Hasan Rizvi, senior vice president Oracle Fusion Middleware and Java Products. "Oracle has a strong vested interest in the success of the Java platform and is firmly committed to delivering a consistent, high-performance, high-quality Java SE implementation and will be supporting the Java SE 7 release across the Oracle Fusion Middleware product portfolio."

**Supporting Resources**
**Java 7 Celebration Webcast Replay**
**Java Platform, Standard Edition**
**OpenJDK**
**JDK 7 Project in OpenJDK**
**Java at Oracle**
**Java Magazine**
**Planet JDK** (JDK developer blogs)
**Java User Groups**
**Java Source Blog**
Follow the conversation on Twitter: follow **@Java** and use #java7
**I Love Java on Facebook**


**For more information contact:**

Claire Alexander
m:+27 82 3526173
e: **claire.alexander@oracle.com**
**About Oracle**
Oracle (NASDAQ: ORCL) is the world's most complete, open, and integrated business software and hardware systems company.  For more information about Oracle, visit
**http://www.oracle.com**.

**Trademarks**
Oracle and Java are registered trademarks of Oracle and/or its affiliates. Other names may be trademarks of their respective owners.