KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415.391.5400
Facsimile:   415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Telephone:   212.556.2100
Facsimile:   212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Telephone:   415.318.1200
Facsimile:   415.318.1300

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone:   650.328.8500
Facsimile:   650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE AMERICA, INC.,

  Plaintiff,

v.

GOOGLE INC.,

  Defendant.

Case No. 3:10-cv-03561-WHA

**REPLY DECLARATION OF DANIEL BORNSTEIN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF PLAINTIFF ORACLE AMERICA'S AMENDED COMPLAINT**

Judge:   Hon. William Alsup

Hearing:   2:00 p.m., September 15, 2011

I, Daniel Bornstein, declare as follows:

1. I am the same Daniel Bornstein who submitted an August 1, 2011 Declaration in support of Defendant Google Inc.'s Motion for Summary Judgment on Count VIII of Plaintiff Oracle America, Inc.'s Amended Complaint. I submit this reply declaration in support of Defendant Google Inc.'s Motion for Summary Judgment on Count VIII of Plaintiff Oracle America, Inc.'s Amended Complaint. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. In my August 1, 2011 Declaration, I stated that eight files—AclEntryImpl.java; AclImpl.java; GroupImpl.java; OwnerImpl.java; PermissionImpl.java; PrincipalImpl.java; PolicyNodeImpl.java; and AclEnumerator.java—had been removed from the Android platform. These files were not replaced by anything else. I know this to be true because I am the person who removed them, and I did not replace them with anything else.

3. In my August 1, 2011 Declaration, I stated that certain comments in two files—CodeSourceTest.java; and CollectionCertStoreParametersTest.java—had been removed from those files. These comments were not replaced by anything else. I know this to be true because I am the person who removed them, and I did not replace them with anything else.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on August 29, 2011 in Mountain View, California.

Daniel Bornstein  8/29/2011