KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Telephone:     212.556.2100
Facsimile:      212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Telephone:     415.318.1200
Facsimile:      415.318.1300

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone:     650.328.8500
Facsimile:      650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 3 TO THE REPLY ASTRACHAN DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF PLAINTIFF ORACLE AMERICA'S AMENDED COMPLAINT**<br><br>Judge:      Hon. William Alsup<br><br>Hearing:    2:00 p.m., September 15, 2011 |

1    Defendant Google Inc. ("Google") hereby requests permission to lodge Exhibit 3 to the

2  Reply Astrachan Declaration under seal pursuant to Federal Rule of Civil Procedure 26(c) and

3  Civil Local Rules 3-17(d), 7-11 and 79-5.

4    Exhibit 3 to the Reply Astrachan Declaration is Professor Astrachan's Rebuttal Expert

5  Report.  The Astrachan Rebuttal Report discusses and quotes information that has been

6  designated by Plaintiff Oracle America, Inc. ("Oracle") as Source Code – Highly Confidential

7  pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions

8  entered in this case.  Dkt. No. 68.

9    Google is lodging a copy of the Astrachan Rebuttal Report with proposed redactions

10  (highlighted in grey in the lodged document) that it believes are narrowly tailored to protect the

11  information that Oracle has designated as Source Code – Highly Confidential.  The proposed

12  redactions appear in paragraphs 14, 16, 18, 21, 28, 29, 30, 58 and Exhibit F to the Astrachan

13  Rebuttal Report.  Google states no position whether disclosure of discussion and quotations of

14  information marked by Oracle as Source Code – Highly Confidential material would cause harm

15  to Oracle.  Google would not oppose an order making the Astrachan Rebuttal Report public.

16    Notice is hereby provided to Oracle that, pursuant to Civil Local Rule 79-5(d), it must

17  file a declaration supporting the sealability of the above-listed document and a proposed sealing

18  order.

19  Dated:  August 29, 2011                              KEKER & VAN NEST LLP

20

21                                                              By: s/ Michael S. Kwun
                                                                     MICHAEL S. KWUN
22                                                                   Attorneys for Defendant
                                                                     GOOGLE INC.
23

24

25

26

27

28

577728.01          GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                          CASE NO. 3:10-cv-03561-WHA