KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice)*
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., Plaintiff, v. GOOGLE INC., Defendant. | Case No. 3:10-cv-03561-WHA<br>**PROOF OF SERVICE**<br>Judge: Hon. William H. Alsup<br>Date Comp. Filed: October 27, 2010<br>Trial Date: October 31, 2011 |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to this action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111-1809.

On August 29, 2011, I served the following document(s):

**EXHIBIT 3 TO REPLY DECLARATION OF OWEN ASTRACHAN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF PLAINTIFF ORACLE AMERICA'S AMENDED COMPLAINT [PROPOSED] PUBLICLY FILED VERSION—REDACTED**

**EXHIBIT 3 TO REPLY DECLARATION OF OWEN ASTRACHAN IN SUPPORT OF DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF PLAINTIFF ORACLE AMERICA'S AMENDED COMPLAINT—UNREDACTED**

by **ELECTRONIC MAIL (PDF)**: Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

dalvik-KS@kslaw.com
gt_google@gtlaw.com

Dboies@bsfllp.com; DMuino@mofo.com; Deborah.Miller@oracle.com; Matthew.sarboraria@oracle.com; Dorian.daley@oracle.com; MJacobs@mofo.com; Mdpeters@mofo.com; Sholtzman@bsfllp.com

OracleMoFoServiceList@mofo.com; Oracle-Google@BSFLLP.com

Executed on August 29, 2011, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ROSEANN CIRELLI