IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>                                       / | No. C 10-03561 WHA<br><br>**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE OPPOSITION MATERIALS UNDER SEAL** |

Plaintiff seeks to file under seal portions of its materials opposing defendant's motion for summary judgment on the copyright claim (Dkt. No. 340). The motion is **GRANTED IN PART** and **DENIED IN PART** as follows. As to the opposition brief, exhibits 1 and 2 to the Mitchell declaration, and exhibits 1, 2, 3, 4, 5, 8, 9, 11, 12, and 13 to the Swoopes declaration, the motion is **DENIED**. Those documents may be filed in the public docket. As to exhibits 10, 14, 15, and 16 to the Swoopes declaration, the motion is **GRANTED**. Those documents may be filed under seal. Please be aware that this is without prejudice to an order on the summary judgment motion that will be public and will refer to the foregoing materials. This order does not prevent any party from referring to those materials in open court.

**IT IS SO ORDERED.**

Dated: August 30, 3011.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE