IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER CLARIFYING ORDER REGARDING JURY SELECTION** |
| GOOGLE INC., | |
| Defendant. / | |

    To be clear, the Court is pre-clearing a large number of venire persons for a multi-month trial in the criminal case and these same venire persons would be used, though many less, for this civil case in the event the criminal trial had to be postponed.  If any party objects to using the pre-cleared pool for this civil case, objections must be filed by **NOON** on **SEPTEMBER 6, 2011**.

    **IT IS SO ORDERED.**

Dated: August 30, 3011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE