MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF GEORGE P. SIMION IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

Declaration of George Simion in Support of Google's Administrative Motion to File Under Seal
Case No. CV 10-03561 WHA
pa-1483588

1

I, George P. Simion, declare as follows:

1. I am in-house counsel for Oracle America, Inc. ("Oracle"). My title is Senior Patent Counsel and I represent Oracle in the above-captioned matter. I make this declaration in support of Google, Inc.'s Administrative Motion to File Under Seal Exhibit 3 to the Reply Astrachan Declaration in Support of Motion for Summary Judgment on Count VIII of Plaintiff Oracle America's Amended Complaint (Dkt. No. 372). This declaration is based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

2. I have reviewed the Reply Declaration of Owen Astrachan in Support of Defendant Google Inc.'s Motion for Summary Judgment on Count VIII of Plaintiff Oracle America's Amended Complaint ("Reply Astrachan Declaration") (Dkt. No. 371), as well as the accompanying Exhibits 3 and 4.

3. Exhibit 3 to the Reply Astrachan Declaration (the "Astrachan Rebuttal Report") should be filed under seal. The Astrachan Rebuttal Report contains materials properly designated Highly Confidential – Source Code pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (Dkt. No. 68).

4. Specifically, the following portions of the Astrachan Rebuttal Report are properly designated Highly Confidential – Source Code and should be sealed: Paragraphs 28, 29, 30, and Exhibit F of the Astrachan Rebuttal Report contain and discuss Oracle source code for the Java Development Kit Version 5 ("JDK 5"). Oracle's JDK 5 source code is a proprietary business asset. While other versions of this code are publicly available, this particular version is not. During the course of business, Oracle only discloses this information subject to license agreements that impose significant restrictions on its use. Oracle logs access to this source code to ensure compliance. Disclosure of this information would cause significant and undue harm to Oracle's business.

5. A very similar version of the particular code excerpted in paragraphs 14, 16, 18, 21, and 58 of the Astrachan Rebuttal report is publicly available. Thus Oracle does not believe it is necessary to seal these particular excerpts.

Declaration of George P. Simion in Support of Google's Administrative Motion to File Under Seal
Case No. CV 10-03561 WHA
pa-1483588

2

6. Oracle does not oppose Google's administrative motion and has attached a version of the Astrachan Rebuttal Report with limited redactions that Oracle finds sufficient to protect Oracle's interests.

7. Oracle submits herewith a proposed Order Sealing Oracle, Inc.'s Confidential Information.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on August 31, 2011 at Redwood Shores, California.

By:   /s/ George P. Simion
         George P. Simion

**GENERAL ORDER 45 ATTESTATION**

I, Roman A. Swoopes, am the ECF User whose ID and password are being used to file the **DECLARATION OF GEORGE P. SIMION IN RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**. In compliance with General Order 45, X.B., I hereby attest that George P. Simion has concurred in this filing.

MORRISON & FOERSTER LLP

   /s/ Roman A. Swoopes
      Roman A. Swoopes

Attorneys for Plaintiff
ORACLE AMERICA, INC.

Declaration of George P. Simion in Support of Google's Administrative Motion to File Under Seal
Case No. CV 10-03561 WHA
pa-1483588

3