|   |   |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
|   | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
|   | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
|   | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
|   | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
|   | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 |   |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
|   | dboies@bsfllp.com |
| 8 | 333 Main Street |
|   | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
|   | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
|   | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 |   |
|   | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
|   | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|   | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
|   | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. |   |
| GOOGLE INC. |   |
| Defendant. | Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

[Proposed] Order Granting Google's Administrative Motion to File Under Seal
Case No. CV 10-03561 WHA
pa-1481784

Before the Court is Defendant Google Inc.'s Administrative Motion to File Under Seal Exhibit 3 to the Reply Astrachan Declaration in Support of Motion for Summary Judgment on Count VIII of Plaintiff Oracle America's Amended Complaint ("Motion"). Having considered the Motion, the declaration of George P. Simion in response thereto, the pleadings in this action, and other relevant materials, the Motion is GRANTED. The unredacted version of Exhibit 3 to the Reply Declaration of Owen Astrachan in Support of Defendant Google Inc.'s Motion for Summary Judgment on Count VIII of Plaintiff Oracle America's Amended Complaint (Dkt. 371) shall be filed under seal and not placed in the public file in this action. A version containing Oracle's proposed redactions to paragraphs 28, 29, 30, and Exhibit F shall be filed in the public record.

IT IS SO ORDERED.

Dated: _____, 2011

THE HON. WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE