1  [Counsel listed on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA (DMR)

12              Plaintiff,                  **STIPULATION AND [PROPOSED]**
                                            **ORDER TO EXTEND THE CUT-**
13       v.                                 **OFF FOR THE DEPOSITIONS OF**
                                            **MOTOROLA MOBILITY, INC.,**
14                                          **DIPCHAND NISHAR, AND**
    GOOGLE INC.                             **TIMOTHY LINDHOLM**
15
                Defendant.                  Judge: Honorable William H. Alsup
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND THE CUT-OFF FOR THE DEPOSITIONS OF MOTOROLA, DIPCHAND NISHAR, AND
TIMOTHY LINDHOLM
CASE NO. CV 10-03561 WHA (DMR)
pa-1479939

**STIPULATION**

WHEREAS, fact discovery in this case closed on August 15, 2011, except that the parties were permitted to schedule the depositions of senior executives up to August 31, 2011;

WHEREAS, the parties have completed all but three fact depositions, described below;

WHEREAS, Oracle America, Inc. ("Oracle") served a Subpoena to Testify at a Deposition in a Civil Action on third-party Motorola Mobility, Inc. ("Motorola"), pursuant to Federal Rule of Civil Procedure 30(b)(6), on July 14, 2011;

WHEREAS, Motorola had declined to provide a date for the deposition, Oracle filed a Motion to Compel Deposition of Motorola on August 5, 2011, in the U.S. District Court for the Northern District of Illinois;

WHEREAS, on August 11, 2011, Judge Der-Yeghiayan of the U.S. District Court for the Northern District of Illinois directed Motorola to provide one or more witnesses for oral deposition in response to Oracle's Rule 30(b)(6) deposition topics within one month of August 11, 2011;

WHEREAS, the parties agree to an extension of the deposition discovery cut-off to September 11, 2011, for the limited purpose of completing the Motorola deposition;

WHEREAS, on August 10, 2011, Judge Ryu granted Oracle's motion to depose former Google employee Dipchand Nishar for a maximum of three hours, exclusive of breaks, on topics relevant to the willfulness of Google's alleged patent infringement and Android's place in Google's mobile strategy;

WHEREAS, Mr. Nishar is available for deposition on September 8, 2011, and Oracle has served a subpoena for his deposition on that date;

WHEREAS, the parties agree to an extension of the deposition discovery cut-off to September 8, 2011, for the limited purpose of completing Mr. Nishar's deposition;

WHEREAS, on August 25, 2011, Judge Ryu granted Oracle's motion for production of certain e-mails of Timothy Lindholm and ordered that Mr. Lindholm's deposition be scheduled promptly;

WHEREAS, Mr. Lindholm's deposition has been scheduled for September 7, 2011; and

STIPULATION TO EXTEND THE CUT-OFF FOR THE DEPOSITIONS OF MOTOROLA, DIPCHAND NISHAR, AND TIMOTHY LINDHOLM
CASE NO. CV 10-03561 WHA (DMR)
pa-1479939

1

1   WHEREAS, the parties agree to an extension of the deposition discovery cut-off to
2   September 7, 2011, for the limited purpose of completing Mr. Lindholm's deposition.
3   NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that:
4   1.   The deposition discovery cut-off shall be extended to September 11, 2011, for the
5   limited purpose of completing the Motorola deposition on Oracle's Rule 30(b)(6) topics.
6   2.   The deposition discovery cut-off shall be extended to September 8, 2011, for the
7   limited purpose of completing the deposition of Dipchand Nishar.
8   3.   The deposition discovery cut-off shall be extended to September 7, 2011, for the
9   limited purpose of completing the deposition of Timothy Lindholm.
10  4.   No other deadlines in this case will be affected by the foregoing extensions.  The
11  parties will not use these extensions to argue for a delay of the trial date or any other deadlines in
12  this case.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

**No more discovery extensions will be granted.**

Date:  September 1, 2011.

_____
Honorable William Alsup
Judge of the United States District Court

STIPULATION TO EXTEND THE CUT-OFF FOR THE DEPOSITIONS OF MOTOROLA, DIPCHAND NISHAR, AND TIMOTHY LINDHOLM
CASE NO. CV 10-03561 WHA (DMR)
pa-1479939

2

| | | |
|---|---|---|
| 1 | Dated: September 1, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Daniel P. Muino* <br>     Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP <br> MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com <br> MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com <br> DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com <br> 755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018 <br> Telephone:  (650) 813-5600 |
| 9 | | Facsimile:  (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP <br> DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com <br> 333 Main Street |
| 12 | | Armonk, NY  10504 <br> Telephone:  (914) 749-8200 |
| 13 | | Facsimile:  (914) 749-8300 |
| 14 | | STEVEN C. HOLTZMAN (Bar No. 144177) <br> sholtzman@bsfllp.com |
| 15 | | 1999 Harrison St., Suite 900 <br> Oakland, CA  94612 |
| 16 | | Telephone: (510) 874-1000 <br> Facsimile: (510) 874-1460 |
| 17 | | |
| 18 | | ORACLE CORPORATION <br> DORIAN DALEY (Bar No. 129049) |
| 19 | | dorian.daley@oracle.com <br> DEBORAH K. MILLER (Bar No. 95527) |
| 20 | | deborah.miller@oracle.com <br> MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com |
| 22 | | 500 Oracle Parkway <br> Redwood City, CA  94065 |
| 23 | | Telephone:  (650) 506-5200 <br> Facsimile:  (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff* <br> ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO EXTEND THE CUT-OFF FOR THE DEPOSITIONS OF MOTOROLA, DIPCHAND NISHAR, AND TIMOTHY LINDHOLM
CASE NO. CV 10-03561 WHA (DMR)
pa-1479939

3

| | | |
|---|---|---|
| 1 | Dated: September 1, 2011 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By: */s/ Matthias Kamber* <br> Matthias Kamber |
| 4 | | KEKER & VAN NEST LLP <br> ROBERT A. VAN NEST (SBN 84065) |
| 5 | | rvannest@kvn.com <br> CHRISTA M. ANDERSON (SBN184325) |
| 6 | | canderson@kvn.com <br> DANIEL PURCELL (SBN 191424) |
| 7 | | dpurcell@kvn.com <br> 633 Battery Street |
| 8 | | San Francisco, CA  94111-1809 <br> Telephone:  (415) 391-5400 |
| 9 | | Facsimile:  (415) 397-7188 |
| 10 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) <br> sweingaertner@kslaw.com |
| 11 | | ROBERT F. PERRY <br> rperry@kslaw.com |
| 12 | | BRUCE W. BABER (*Pro Hac Vice*) <br> bbaber@kslaw.com |
| 13 | | 1185 Avenue of the Americas <br> New York, NY  10036-4003 |
| 14 | | Telephone:  (212) 556-2100 <br> Facsimile:  (212) 556-2222 |
| 15 | | |
| 16 | | DONALD F. ZIMMER, JR. (SBN 112279) <br> fzimmer@kslaw.com |
| 17 | | CHERYL A. SABNIS (SBN 224323) <br> csabnis@kslaw.com |
| 18 | | KING & SPALDING LLP <br> 101 Second Street - Suite 2300 |
| 19 | | San Francisco, CA  94105 <br> Telephone:  (415) 318-1200 <br> Facsimile:  (415) 318-1300 |
| 20 | | |
| 21 | | GREENBERG TAURIG, LLP <br> IAN C. BALLON (SBN 141819) |
| 22 | | ballon@gtlaw.com <br> HEATHER MEEKER (SBN 172148) |
| 23 | | meekerh@gtlaw.com <br> 1900 University Avenue |
| 24 | | East Palo Alto, CA  94303 <br> Telephone:  (650) 328-8500 <br> Facsimile:  (650) 328-8508 |
| 25 | | |
| 26 | | *Attorneys for Defendant* <br> GOOGLE INC. |
| 27 | | |
| 28 | | |

STIPULATION TO EXTEND THE CUT-OFF FOR THE DEPOSITIONS OF MOTOROLA, DIPCHAND NISHAR, AND TIMOTHY LINDHOLM
CASE NO. CV 10-03561 WHA (DMR)
pa-1479939

4

## ATTESTATION

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CUT-OFF FOR THE DEPOSITIONS OF THIRD PARTIES MOTOROLA MOBILITY, INC. AND DIPCHAND NISHAR.** In compliance with General Order 45, X.B., I hereby attest that Matthias Kamber has concurred in this filing.

Date: September 1, 2011           */s/ Daniel P. Muino*
                                                Daniel P. Muino

STIPULATION TO EXTEND THE CUT-OFF FOR THE DEPOSITIONS OF MOTOROLA, DIPCHAND NISHAR, AND TIMOTHY LINDHOLM
CASE NO. CV 10-03561 WHA (DMR)
pa-1479939

5