**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

September 1, 2011

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

The Honorable William H. Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, California 94102

Re: *Oracle America, Inc. v. Google Inc.*, No. 3:10-CV-03561-WHA – Motion for Summary Judgment on Copyright Claims

Dear Judge Alsup:

Oracle believes that consideration of Google's pending motion for summary judgment on copyright claims would benefit from oral argument, particularly in view of points first made on Google's reply.

The Court's Case Management Order indicates that the Court will give special consideration to requests for oral argument from junior lawyers. (Dkt. No. 56 at ¶ 13). Oracle proposes to have associate Roman Swoopes present argument on a portion of Oracle's opposition to Google's Motion for Summary Judgment on Oracle's Copyright Infringement Claim (Dkt. No. 260), currently set for hearing on September 15, 2011. Mr. Swoopes is a 2010 law school graduate. We propose that he handle argument on the literal code copying aspects of the claim.

Respectfully submitted,

*/s/ Michael A. Jacobs*

Michael A. Jacobs

pa-1483851