IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**ORDER REGARDING<br>PRETRIAL FILINGS** |

The filings described in paragraph two of the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup shall be due on **OCTOBER 7, 2011**, rather than October 10.  The briefing schedule for motions *in limine* set forth in paragraph 2(f) of the Guidelines is also advanced by three days.  This adjustment is necessary because the Columbus Day holiday falls on the date when pretrial filings otherwise would be due.

No more than five motions *in limine* may be filed by each side.  The motions *in limine* must be directed at excluding specific items of evidence;  categorical motions and disguised summary judgment motions are highly disfavored.  Motions *in limine* made at this stage must be ripe, not premature or dependent upon the way evidence develops at trial.

The opening memoranda for all five motions *in limine* by a party may not exceed a combined total of fifty pages, but counsel may allocate the fifty pages among the five motions in any way desired.  The supporting paperwork for all five motions may not exceed a combined total of two hundred pages, but counsel may allocate the two hundred pages among the five motions in any way desired.  Oppositions to motions *in limine* are subject to the same length requirements and allocation flexibility.  There will be no replies.

**IT IS SO ORDERED.**

Dated: September 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE