IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER SHORTENING BRIEFING SCHEDULE FOR MOTION TO STRIKE**

On September 1, defendant was granted leave to file a limited motion to strike portions of the Mitchell report (Dkt. No. 382). Defendant must file the motion by **SEPTEMBER 8, 2011**, and notice the hearing for **SEPTEMBER 29, 2011**. The opposition will be due on **SEPTEMBER 15**. The reply will be due on **SEPTEMBER 19**. The length and scope limitations remain in place.

**IT IS SO ORDERED.**

Dated: September 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE