d

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE REPLY MATERIALS UNDER SEAL**

Defendant seeks to file under seal portions of its reply materials supporting its motion for summary judgment on the copyright claim (Dkt. No. 372). The motion is **GRANTED IN PART** and **DENIED IN PART** as follows. As to the material redacted from paragraphs 14, 16, 18, 21, and 58 of the Astrachan rebuttal report, the motion is **DENIED**. As to the material redacted from paragraphs 28, 29, and 30 and exhibit F to the Astrachan rebuttal report, the motion is **GRANTED**. Defendant may file the unredacted version of the Astrachan rebuttal report under seal. Defendant must also file the more narrowly redacted version provided by plaintiff in the public docket. Please be aware that this is without prejudice to an order on the summary judgment motion that will be public and will refer to the redacted content. This order does not prevent any party from referring to those materials in open court.

**IT IS SO ORDERED.**

Dated: September 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE