[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. CV 10-03561 WHA (DMR) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING ORACLE AMERICA, INC.'S FIRST AFFIRMATIVE DEFENSE – ASSIGNOR ESTOPPEL** <br><br> Judge: Honorable William H. Alsup |

**STIPULATION**

WHEREAS, Oracle in its Amended Complaint alleged that "Android (including without limitation the Dalvik VM and the Android software development kit) and devices that operate Android infringe one or more claims of each of United States Patents Nos. 6,125,447; 6,192,476; 5,966,702; 7,426,720; RE38,104; 6,910,205" (Dkt. No. 36);

WHEREAS, Google in its Answer to Oracle's Amended Complaint and Amended Counterclaims alleged the invalidity of the seven patents-in-suit (Dkt. No. 51);

WHEREAS, Oracle in its Answer to Google's Amended Counterclaims alleged that the doctrine of assignor estoppel barred Google's assertion of invalidity based on Google's employment of and being in privity with some of the inventors of the seven patents-in-suit (Dkt. No. 60);

WHEREAS, Google filed a précis letter seeking leave of the Court to file a motion for partial summary judgment on Oracle America, Inc.'s First Affirmative Defense of assignor estoppel (Dkt. No. 309);

WHEREAS, evidence obtained in discovery taken to date shows that Google employs or has employed James Gosling, named inventor of U.S. Reissue Patent No. RE38,104; Frank Yellin, a named inventor of U.S. Patent No. 6,061,520; and Lars Bak and Robert Greisemer, named inventors of U.S. Patent No. 6,910,205;

WHEREAS, based on evidence obtained in discovery taken to date, it appears that none of James Gosling, Frank Yellin, Lars Bak, and Robert Greisemer are an executive, officer, or substantial shareholder of Google and that none provided substantial "knowledge and assistance to develop any aspects of the accused Dalvik Virtual Machine or of the Android SDK that allegedly infringe the patents that those inventors assigned to Sun," as Google wrote in its précis letter;

WHEREAS, Google argued in its précis letter that "[a]ssignor estoppel would be appropriate only if Google's alleged infringement depended upon the engineers' knowledge and assistance;"

WHEREAS, the Court granted Google leave to file a motion for partial summary judgment on plaintiff's affirmative defense of assignor estoppel, but also noted that "Plaintiff's counsel remain free to negotiate a stipulated resolution of this issue."  (Dkt. No. 325.)

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1.   Oracle's First Affirmative Defense (Assignor Estoppel) as against Google Inc. shall be dismissed with prejudice.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date:  September 6, 2011.

Honorable William Alsup
Judge of the United States District Court

STIPULATION REGARDING ORACLE AMERICA, INC.'S FIRST AFFIRMATIVE DEFENSE – ASSIGNOR ESTOPPEL
CASE NO. CV 10-03561 WHA (DMR)

2

CASE NO. CV 10-03561 WHA (DMR)

1

2  Dated:  September 2, 2011                    MORRISON & FOERSTER LLP

3
                                                By:  /s/ Marc David Peters
4

5                                               MORRISON & FOERSTER LLP
                                                MICHAEL A. JACOBS (Bar No. 111664)
6                                               mjacobs@mofo.com
                                                MARC DAVID PETERS (Bar No. 211725)
7                                               mdpeters@mofo.com
                                                DANIEL P. MUINO (Bar No. 209624)
8                                               dmuino@mofo.com
                                                755 Page Mill Road
9                                               Palo Alto, CA  94304-1018
                                                Telephone: (650) 813-5600
10                                              Facsimile: (650) 494-0792

11                                              BOIES, SCHILLER & FLEXNER LLP
                                                DAVID BOIES (Admitted *Pro Hac Vice*)
12                                              dboies@bsfllp.com
                                                333 Main Street
13                                              Armonk, NY  10504
                                                Telephone: (914) 749-8200
14                                              Facsimile: (914) 749-8300
                                                STEVEN C. HOLTZMAN (Bar No. 144177)
15                                              sholtzman@bsfllp.com
                                                1999 Harrison St., Suite 900
16                                              Oakland, CA  94612
                                                Telephone: (510) 874-1000
17                                              Facsimile: (510) 874-1460

18                                              ORACLE CORPORATION
                                                DORIAN DALEY (Bar No. 129049)
19                                              dorian.daley@oracle.com
                                                DEBORAH K. MILLER (Bar No. 95527)
20                                              deborah.miller@oracle.com
                                                MATTHEW M. SARBORARIA (Bar No. 211600)
21                                              matthew.sarboraria@oracle.com
                                                500 Oracle Parkway
22                                              Redwood City, CA  94065
                                                Telephone: (650) 506-5200
23                                              Facsimile: (650) 506-7114

24                                              *Attorneys for Plaintiff*
                                                ORACLE AMERICA, INC.
25

26

27

28

STIPULATION REGARDING ORACLE AMERICA, INC.'S FIRST AFFIRMATIVE DEFENSE – ASSIGNOR ESTOPPEL
CASE NO. CV 10-03561 WHA (DMR)                                                              3

CASE NO. CV 10-03561 WHA (DMR)

Dated: September 2, 2011         KEKER & VAN NEST LLP


                                 By: /s/ Matthias Kamber


                                 KEKER & VAN NEST LLP
                                 ROBERT A. VAN NEST (SBN 84065)
                                 rvannest@kvn.com
                                 CHRISTA M. ANDERSON (SBN184325)
                                 canderson@kvn.com
                                 710 Sansome Street
                                 San Francisco, CA 94111-1704
                                 Telephone: (415) 391-5400
                                 Facsimile: (415) 397-7188

                                 KING & SPALDING LLP
                                 SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
                                 sweingaertner@kslaw.com
                                 ROBERT F. PERRY
                                 rperry@kslaw.com
                                 BRUCE W. BABER (*Pro Hac Vice*)
                                 bbaber@kslaw.com
                                 1185 Avenue of the Americas
                                 New York, NY 10036-4003
                                 Telephone:  (212) 556-2100
                                 Facsimile:   (212) 556-2222

                                 KING & SPALDING LLP
                                 DONALD F. ZIMMER, JR. (SBN 112279)
                                 fzimmer@kslaw.com
                                 CHERYL A. SABNIS (SBN 224323)
                                 csabnis@kslaw.com
                                 101 Second Street - Suite 2300
                                 San Francisco, CA 94105
                                 Telephone: (415) 318-1200
                                 Facsimile:  (415) 318-1300

                                 GREENBERG TRAURIG, LLP
                                 IAN C. BALLON (SBN 141819)
                                 ballon@gtlaw.com
                                 HEATHER MEEKER (SBN 172148)
                                 meekerh@gtlaw.com
                                 1900 University Avenue
                                 East Palo Alto, CA 94303
                                 Telephone: (650) 328-8500
                                 Facsimile: (650) 328-8508

                                 *Attorneys for Defendant*
                                 GOOGLE INC.

**ATTESTATION**

I, Matthias Kamber, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING ORACLE AMERICA, INC.'S FIRST AFFIRMATIVE DEFENSE – ASSIGNOR ESTOPPEL.  In compliance with General Order 45, X.B., I hereby attest that Marc David Peters and Matthias Kamber have concurred in this filing.

Date:  September 2, 2011                    /s/   Matthias Kamber