1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
19
                    UNITED STATES DISTRICT COURT
20        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

21 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **EXHIBITS 1, 2, 3, 4, 5, 8, 9, 11, 12, AND 13 TO DECLARATION OF ROMAN A. SWOOPES IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| | Date: Sept. 15, 2011<br>Time: 2:00 p.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

SWOOPES DECL. ISO OPP. TO MSJ ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
CASE NO. CV 10-03561 WHA
pa-1481173