# EXHIBIT 4

```
             UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION


    ORACLE AMERICA, INC.,        )
              Plaintiff          )
                                 )
         VS.                     )
                                 ) NO. CV 10-03561 WHA
    GOOGLE, INC.,                )
              Defendant          )VOLUME:I
    _____)


         DEPOSITION of RICHARD MINER,
    called as a witness by and on behalf of the
    Plaintiff, pursuant to the applicable
    provisions of the Federal Rules of Civil
    Procedure, before Teresa E. Costello,
    Certified Realtime Reporter, Registered
    Professional Reporter, Certified Shorthand
    Reporter No. 1452S98, and Notary Public
    within and for the Commonwealth of
    Massachusetts, at G&M Court Reporters,
    42 Chauncy Street, Boston, Massachusetts,
    on Thursday, May 26, 2011, commencing at
    8:53 a.m.




    PAGES:   1 - 292
```

Page 1

| | | | |
|---|---|---|---|
| 1 | A. | So it was about a year earlier. | 01:20:50 |
| 2 | Q. | Correct. | 01:20:52 |
| 3 | | MR. HOLTZMAN: I'll ask the court | 01:21:33 |
| 4 | | reporter to mark as Exhibit 147. | 01:21:34 |
| 5 | | (E-mail marked | 01:22:05 |
| 6 | | Exhibit 147.) | 01:22:08 |
| 7 | Q. | What is this document? | 01:22:10 |
| 8 | A. | I don't know.  I don't write the clearest | 01:22:20 |
| 9 | | e-mails.  I'm not even sure what I was | 01:22:38 |
| 10 | | trying to say.  It looks like it is a draft | 01:22:40 |
| 11 | | of an e-mail that Andy was going to send to | 01:22:54 |
| 12 | | Deep that answered some questions maybe | 01:23:00 |
| 13 | | that Eric had, but -- | 01:23:01 |
| 14 | Q. | Andy sent that e-mail, the draft e-mail to | 01:23:04 |
| 15 | | you, is that correct? | 01:23:06 |
| 16 | A. | I can't tell.  I mean, so it looks like I'm | 01:23:07 |
| 17 | | responding to Andy, and it looks like I'm | 01:23:12 |
| 18 | | responding to a draft e-mail, but I don't | 01:23:14 |
| 19 | | see a forward of a message from Andy, so | 01:23:16 |
| 20 | | I'm not sure, but from my wording it looks | 01:23:18 |
| 21 | | like he had asked me to comment on an | 01:23:21 |
| 22 | | e-mail and receiving feedback on that. | 01:23:23 |
| 23 | Q. | Okay.  Let me ask first about Andy's draft | 01:23:28 |
| 24 | | message, assuming that's what it is. | 01:23:32 |
| 25 | | There's -- on the first page there's a | 01:23:36 |

Page 159

| | | |
|---|---|---|
| 1 | point number one.  I'm sorry, before that | 01:23:39 |
| 2 | it says, "Here are the Android team | 01:23:41 |
| 3 | responses to Eric's questions."  And do you | 01:23:45 |
| 4 | have any understanding as to who Eric is in | 01:23:48 |
| 5 | that? | 01:23:50 |
| 6 | A.   I assume it's Eric Schmidt. | 01:23:51 |
| 7 | Q.   Number one is "Are we missing anything from | 01:23:53 |
| 8 | the basic strategy of search, apps, and | 01:23:56 |
| 9 | monetization?"  What did you understand | 01:24:00 |
| 10 | this "basic strategy" to be? | 01:24:04 |
| 11 | A.   I'm still not sure if this is a question | 01:24:08 |
| 12 | about -- I don't know what it's a question | 01:24:11 |
| 13 | about.  It looks like -- I'm trying to | 01:24:16 |
| 14 | figure out if it's -- I'm assuming it is | 01:24:18 |
| 15 | either a question about Google's mobile | 01:24:20 |
| 16 | strategy, in general, and Eric asking | 01:24:23 |
| 17 | questions of that or Eric asking questions | 01:24:26 |
| 18 | relative to Android, and I don't know. | 01:24:31 |
| 19 | I imagine at this point in time | 01:24:34 |
| 20 | given that Eric -- this is right after the | 01:24:36 |
| 21 | acquisition less than six months.  Eric | 01:24:38 |
| 22 | wasn't that -- there wasn't that much to | 01:24:41 |
| 23 | Android yet.  Eric wasn't that clued in on | 01:24:43 |
| 24 | it.  I suspect Deep might have been looking | 01:24:46 |
| 25 | for Andy's feedback on our thoughts on the | 01:24:48 |

|   |   |   |
|---|---|---|
| 1 | overall mobile strategy, but I can't be | 01:24:51 |
| 2 | sure here. | 01:24:58 |
| 3 | Q. Do you have any understanding as to what is | 01:24:59 |
| 4 | meant here by "basic strategy of search, | 01:24:59 |
| 5 | apps, and monetization," generally? | 01:25:01 |
| 6 | A. No.  Again, I guess I don't.  I think | 01:25:03 |
| 7 | relative to mobile, you know, if someone is | 01:25:06 |
| 8 | asking us for input, I'm assuming it's | 01:25:09 |
| 9 | relative to mobile or Android and, again, I | 01:25:11 |
| 10 | don't know, but I -- so, okay.  Well, | 01:25:14 |
| 11 | judging by question two, which is a | 01:25:21 |
| 12 | question specifically about Android, then | 01:25:24 |
| 13 | I'm assuming that this list is more | 01:25:25 |
| 14 | generally generic questions that Eric had | 01:25:27 |
| 15 | of mobile, in general, of Deep. | 01:25:29 |
| 16 | Q. Do you have any understanding as to -- in | 01:25:33 |
| 17 | the context of mobile, generally, what is | 01:25:35 |
| 18 | meant by "the basic strategy of search, | 01:25:38 |
| 19 | apps, and monetization?" | 01:25:41 |
| 20 | A. Well, I assume it means how well Google's | 01:25:42 |
| 21 | search is executed in mobile environments, | 01:25:49 |
| 22 | how good a job we do with our applications | 01:25:52 |
| 23 | within a mobile environment, and if there's | 01:25:56 |
| 24 | thoughts as to how, at some point, we might | 01:25:59 |
| 25 | start to make money for mobile, but I | 01:26:02 |

|    |    |                                                          |            |
|----|----|----------------------------------------------------------|------------|
| 1  |    | really don't know.                                       | 01:26:06   |
| 2  | Q. | That's fine.  On the second page there's a              | 01:26:07   |
| 3  |    | heading that says, "Revenue from                         | 01:26:16   |
| 4  |    | Advertisers not users."  Do you see that?                | 01:26:17   |
| 5  | A. | Ah-hah.                                                  | 01:26:20   |
| 6  | Q. | Right under that it says, "For the reasons               | 01:26:21   |
| 7  |    | stated above it is key to get strong                     | 01:26:24   |
| 8  |    | carrier support.  While our technical                    | 01:26:26   |
| 9  |    | leadership in search should be a huge                    | 01:26:29   |
| 10 |    | advantage, it is considered a threat by                  | 01:26:31   |
| 11 |    | many of the carriers.  The quickest way to               | 01:26:33   |
| 12 |    | defuse this issue is to accelerate the                   | 01:26:37   |
| 13 |    | advertising marketplace concept with                     | 01:26:39   |
| 14 |    | contractual partnerships with carriers                   | 01:26:40   |
| 15 |    | based on rev-share."                                     | 01:26:43   |
| 16 |    | What's your understanding, if any,                       | 01:26:46   |
| 17 |    | as to what's meant here by "our technical                | 01:26:48   |
| 18 |    | leadership in search should be a huge                    | 01:26:50   |
| 19 |    | advantage?"                                              | 01:26:54   |
| 20 | A. | I don't -- again, I'm not exactly sure from              | 01:26:55   |
| 21 |    | the context of this we were -- I didn't                  | 01:27:04   |
| 22 |    | author this, but, so, I guess I don't know.              | 01:27:09   |
| 23 | Q. | Let me just ask about the last part of what              | 01:27:12   |
| 24 |    | I read which, again, is "The quickest way                | 01:27:20   |
| 25 |    | to defuse this issue is to accelerate the                | 01:27:22   |

Page 162

|    |    |                                                              |            |
|----|----|--------------------------------------------------------------|------------|
| 1  |    | advertising marketplace concept with                         | 01:27:25   |
| 2  |    | contractual partnerships with carriers                       | 01:27:27   |
| 3  |    | based on rev-share."  Did you have an                        | 01:27:29   |
| 4  |    | understanding as to whether that's specific                  | 01:27:32   |
| 5  |    | to Android or mobile more generally?                         | 01:27:34   |
| 6  | A. | Oh, yeah, I wouldn't say this is not                         | 01:27:37   |
| 7  |    | specific to Android.  This is just getting                   | 01:27:39   |
| 8  |    | Google search in handsets and getting                        | 01:27:41   |
| 9  |    | carriers to work with us to get Google                       | 01:27:44   |
| 10 |    | search in handsets.                                          | 01:27:46   |
| 11 | Q. | Is that something that applies to Android?                   | 01:27:48   |
| 12 | A. | At this point in time, again, we were so                     | 01:27:49   |
| 13 |    | far away from having Android handsets, I                     | 01:27:54   |
| 14 |    | just don't think it was that relevant to a                   | 01:27:56   |
| 15 |    | specific operational question.                               | 01:27:58   |
| 16 | Q. | I'm going to point to number two further                     | 01:28:00   |
| 17 |    | down on the second page.  It says, "Open                     | 01:28:07   |
| 18 |    | source handset solution (aka Android) is                     | 01:28:09   |
| 19 |    | some ways away.  What can we do in the                       | 01:28:14   |
| 20 |    | meantime?  Should we consider launching and                  | 01:28:16   |
| 21 |    | MVNO (from Larry)?  Other?"                                  | 01:28:20   |
| 22 |    | Was there a desire at this time,                             | 01:28:24   |
| 23 |    | October 2005, to do something in the mobile                  | 01:28:31   |
| 24 |    | space right away?                                            | 01:28:34   |
| 25 | A. | I think Google was -- there were different                   | 01:28:36   |

Page 163

|    |    |                                                        |            |
|----|----|--------------------------------------------------------|------------|
| 1  |    | people in Google who were interested in                | 01:28:40   |
| 2  |    | delivering as complete a Google experience             | 01:28:42   |
| 3  |    | on a mobile phone as possible, and there               | 01:28:43   |
| 4  |    | were different ways to do that.                        | 01:28:45   |
| 5  | Q. | A little below that it says, "It is widely             | 01:29:06   |
| 6  |    | believed by that if an open platform is not            | 01:29:10   |
| 7  |    | introduced in the next few years then                  | 01:29:13   |
| 8  |    | Microsoft will own the programmable handset            | 01:29:15   |
| 9  |    | platform."                                             | 01:29:18   |
| 10 |    | Was the possibility of Microsoft                       | 01:29:19   |
| 11 |    | owning the platform a concern that you                 | 01:29:22   |
| 12 |    | shared?                                                | 01:29:26   |
| 13 | A. | Yes. As I articulated before, I had direct             | 01:29:27   |
| 14 |    | experience at Orange that carriers didn't              | 01:29:31   |
| 15 |    | like Microsoft's control over platform.                | 01:29:33   |
| 16 |    | And there's the analogy to the browser                 | 01:29:35   |
| 17 |    | where Google was investing a lot in Firefox            | 01:29:37   |
| 18 |    | to help be a more open browser that                    | 01:29:41   |
| 19 |    | everyone could use.                                    | 01:29:44   |
| 20 | Q. | Going to the third page, third paragraph               | 01:29:50   |
| 21 |    | down it says, "What was being asked by the             | 01:30:00   |
| 22 |    | executive team is what can we do between               | 01:30:02   |
| 23 |    | now and a two-year time horizon. There are             | 01:30:04   |
| 24 |    | two solutions: 1, Accelerate the delivery              | 01:30:08   |
| 25 |    | of true Google handset experience based on             | 01:30:12   |

Page 164

| # | | | Time |
|---|---|---|---|
| 1 | | Android; 2, Deliver an interim Google | 01:30:14 |
| 2 | | application handset based on an existing | 01:30:16 |
| 3 | | platform with a collection of Google | 01:30:18 |
| 4 | | applications - would need to be done in six | 01:30:20 |
| 5 | | months time." | 01:30:24 |
| 6 | | So in looking at the second one of | 01:30:27 |
| 7 | | those, number two, in your view at the time | 01:30:29 |
| 8 | | was that a desirable option? | 01:30:35 |
| 9 | A. | I don't remember what my position would | 01:30:39 |
| 10 | | have been at the time. | 01:30:43 |
| 11 | Q. | You -- in the e-mail from you on the first | 01:30:43 |
| 12 | | page of this document you wrote, "I am just | 01:30:50 |
| 13 | | wondering if we should be using the term | 01:30:56 |
| 14 | | 1-2 years and telling people if they stop | 01:30:58 |
| 15 | | trying to do two things and help us decide | 01:31:02 |
| 16 | | how to ship sooner then their are solutions | 01:31:04 |
| 17 | | (like acquisitions) that can get our | 01:31:07 |
| 18 | | delivery in shorter." | 01:31:10 |
| 19 | | Did that comment relate to the two | 01:31:13 |
| 20 | | options I read in the third page? | 01:31:15 |
| 21 | A. | Well, the quote that I have isn't the | 01:31:18 |
| 22 | | quote -- isn't a quote from there, but so | 01:31:27 |
| 23 | | it's not clear to me. But, yes, I mean, | 01:31:30 |
| 24 | | look, I was on the Android team, so I would | 01:31:33 |
| 25 | | have -- it's not -- again, I don't know | 01:31:35 |

Page 165

| | | |
|---|---|---|
| 1 | did look at other options. | 01:38:49 |
| 2 | Q. But again, you're not aware of any as you | 01:38:51 |
| 3 | sit here today? | 01:38:54 |
| 4 | A. I'm not aware of any other option. | 01:38:54 |
| 5 | MR. HOLTZMAN: I'll ask the court | 01:39:29 |
| 6 | reporter to mark as the next two exhibits | 01:39:30 |
| 7 | Oracle Exhibit 148 and Oracle 149. | 01:39:32 |
| 8 | Q. Actually if it's okay with you, consider | 01:39:55 |
| 9 | these one exhibit. They're consecutive | 01:39:57 |
| 10 | production numbers, and I think one is the | 01:40:00 |
| 11 | attachment to the other, if we can proceed | 01:40:01 |
| 12 | on that understanding. | 01:40:04 |
| 13 | So these would both be -- and I | 01:40:05 |
| 14 | will read the document production numbers. | 01:40:07 |
| 15 | Exhibit 148. That is the e-mail and the | 01:40:10 |
| 16 | attachment. Exhibit 148 bears production | 01:40:14 |
| 17 | numbers Google-14-00042243 through 42254? | 01:40:25 |
| 18 | MR. BABER: Off the record. | 01:41:09 |
| 19 | (Discussion off the record) | 01:41:23 |
| 20 | (Presentation marked | |
| 21 | Exhibit 148.) | 01:41:26 |
| 22 | Q. What is this document? | 01:41:26 |
| 23 | A. I'm not exactly sure. I mean, it looks | 01:41:41 |
| 24 | like it's a presentation to a finance group | 01:41:44 |
| 25 | inside of Google, at least in a potential | 01:41:47 |

Page 172

| | | |
|---|---|---|
| 1 | deal with Sun.  I don't know if that's what | 01:42:05 |
| 2 | the entirety of the document is, but maybe | 01:42:07 |
| 3 | it is just Sun.  So, yes, it looks like | 01:42:09 |
| 4 | it's discussing a potential deal with Sun. | 01:42:13 |
| 5 | Q. So this was a potential deal between Google | 01:42:15 |
| 6 | and Sun? | 01:42:21 |
| 7 | A. Ah-hah. | 01:42:22 |
| 8 | Q. And in the first page of Exhibit 148 | 01:42:23 |
| 9 | Mr. Rubin sent the attachment to you and | 01:42:29 |
| 10 | Mr. Lindholm, Mr. DiBona, and Mr. Lee, is | 01:42:35 |
| 11 | that correct? | 01:42:39 |
| 12 | A. Ah-hah. | 01:42:39 |
| 13 | Q. On January 31st, 2006, is that correct? | 01:42:40 |
| 14 | A. Correct. | 01:42:44 |
| 15 | Q. Let me ask as we go through the names | 01:42:45 |
| 16 | again, who is Mr. Lindholm? | 01:42:47 |
| 17 | A. I don't remember what Tim did specifically. | 01:42:49 |
| 18 | I think he had been at Sun and knew | 01:42:52 |
| 19 | something about Sun, but I don't remember | 01:42:55 |
| 20 | the specifics. | 01:42:56 |
| 21 | Q. And who is Mr. DiBona? | 01:42:57 |
| 22 | A. He was largely responsible for open source | 01:42:59 |
| 23 | initiatives inside Google. | 01:43:03 |
| 24 | Q. Going beyond Android? | 01:43:06 |
| 25 | A. Yes. | 01:43:08 |

Page 173

| | | | |
|---|---|---|---|
| 1 | Q. | Who is Mr. Lee? | 01:43:09 |
| 2 | A. | I don't remember. | 01:43:10 |
| 3 | Q. | Mr. Rubin's e-mail says, "FMG deal review | 01:43:10 |
| 4 | | enclosed." Do you know what FMG refers to? | 01:43:18 |
| 5 | A. | No, but the next sentence attempts to | 01:43:21 |
| 6 | | define it by saying "FMG is finance." | 01:43:23 |
| 7 | | People involved in making financial | 01:43:28 |
| 8 | | signoff. | 01:43:30 |
| 9 | Q. | And then he says after that, "We then go to | 01:43:30 |
| 10 | | EMG." Do you know what EMG is? | 01:43:33 |
| 11 | A. | The name at the time for the executive | 01:43:36 |
| 12 | | management team. | 01:43:38 |
| 13 | Q. | Is that top management at Google? | 01:43:41 |
| 14 | A. | Ah-hah. | 01:43:44 |
| 15 | Q. | Is that yes? | 01:43:45 |
| 16 | A. | Yes. | 01:43:46 |
| 17 | Q. | Do you have any recollection as to whether | 01:43:46 |
| 18 | | the proposal, as embodied in Exhibit 148, | 01:43:49 |
| 19 | | was approved by the finance group? | 01:43:53 |
| 20 | A. | I do not. | 01:43:56 |
| 21 | Q. | Do you have any recollection as to whether | 01:43:57 |
| 22 | | it went to the executive management group? | 01:44:02 |
| 23 | A. | I do not. | 01:44:04 |
| 24 | Q. | If you could turn to page three of the | 01:44:05 |
| 25 | | presentation which is the page marked with | 01:44:12 |

Page 174

| | | | |
|---|---|---|---|
| 1 | | the document production number ending in | 01:44:16 |
| 2 | | 246. | 01:44:23 |
| 3 | A. | I am there. | 01:44:24 |
| 4 | Q. | The title on this one is "Partner Overview | 01:44:25 |
| 5 | | - Sun Microsystems." And on the two boxes, | 01:44:28 |
| 6 | | the right-hand box says, "Why do the deal?" | 01:44:34 |
| 7 | | So first, what's the "deal" referring to | 01:44:36 |
| 8 | | here? | 01:44:39 |
| 9 | A. | Yes. I guess I don't know specifically | 01:44:42 |
| 10 | | what "the deal" is. | 01:44:46 |
| 11 | Q. | But in the context, it's a deal between | 01:44:47 |
| 12 | | Google and Sun? | 01:44:49 |
| 13 | A. | Yes, it's a deal between Google and Sun | 01:44:50 |
| 14 | | that's being contemplated. | 01:44:53 |
| 15 | Q. | Under the heading, "Why do the deal," there | 01:44:54 |
| 16 | | are a series of bullet points. The first | 01:44:57 |
| 17 | | bullet point says, "Critical to our open | 01:45:00 |
| 18 | | source handset strategy." So why, if you | 01:45:03 |
| 19 | | know, did Google view the deal with Sun -- | 01:45:06 |
| 20 | | or strike that. Why did the Android team | 01:45:15 |
| 21 | | view the deal with Sun as critical to the | 01:45:17 |
| 22 | | open source handset strategy? | 01:45:20 |
| 23 | A. | I'm not sure. I mean, I think -- I | 01:45:22 |
| 24 | | shouldn't think. Yes, I guess I'm not -- | 01:45:28 |
| 25 | | since I don't think it was critical, I'm | 01:45:37 |

Page 175

|    |    |                                                              |           |
|----|----|--------------------------------------------------------------|-----------|
| 1  |    | not sure why at that time we would have                      | 01:45:39  |
| 2  |    | thought it was critical.  I can believe it                   | 01:45:40  |
| 3  |    | would have accelerated our schedule.  That                   | 01:45:51  |
| 4  |    | might have made it critical.                                 | 01:45:54  |
| 5  | Q. | Well, that's the second bullet point that                    | 01:45:54  |
| 6  |    | says, "Dramatically accelerates our                          | 01:45:56  |
| 7  |    | schedule."  I'll get to that in a second,                    | 01:45:58  |
| 8  |    | but I wanted to get a sense if you have                      | 01:46:00  |
| 9  |    | any understanding as to why, apart from the                  | 01:46:02  |
| 10 |    | separate bullet point, doing a deal with                     | 01:46:03  |
| 11 |    | Sun was critical to Google's open source                     | 01:46:06  |
| 12 |    | handset strategy?                                            | 01:46:08  |
| 13 | A. | Yes, I don't -- again, I don't believe that                  | 01:46:10  |
| 14 |    | it was.  So I don't know why we were saying                  | 01:46:12  |
| 15 |    | that here at the time and what the context                   | 01:46:14  |
| 16 |    | was that would make us say that.                             | 01:46:17  |
| 17 | Q. | But you agree that the document does say                     | 01:46:18  |
| 18 |    | that?                                                        |           |
| 19 | A. | The document does say that.                                  | 01:46:22  |
| 20 | Q. | Okay.  Now going to the second bullet which                  | 01:46:23  |
| 21 |    | is "Dramatically accelerates our schedule,"                  | 01:46:29  |
| 22 |    | why would the deal with Sun dramatically                     | 01:46:31  |
| 23 |    | accelerate your schedule?                                    | 01:46:35  |
| 24 | A. | Well, if you're buying something versus                      | 01:46:37  |
| 25 |    | building something, I assume buying                          | 01:46:39  |

Page 176

| | | |
|---|---|---|
| 1 | something that's complete versus taking the | 01:46:42 |
| 2 | time to build it or to build something that | 01:46:44 |
| 3 | would have to replace what it could do for | 01:46:47 |
| 4 | you could accelerate your schedule. | 01:46:50 |
| 5 | Q. So that's what I was going to ask. Where | 01:46:53 |
| 6 | it says, "Dramatically accelerate our | 01:46:57 |
| 7 | schedule," compared to what? | 01:46:58 |
| 8 | A. Compared to coming up with your own | 01:46:59 |
| 9 | solution to deliver whatever the desired | 01:47:00 |
| 10 | functionality was that you would have been | 01:47:03 |
| 11 | buying or licensing. | 01:47:04 |
| 12 | Q. The third bullet point under "Why do the | 01:47:09 |
| 13 | deal," states: "Form an industry alliance | 01:47:11 |
| 14 | to block Microsoft." Why was blocking | 01:47:13 |
| 15 | Microsoft significant? | 01:47:19 |
| 16 | A. Again, I don't know. I don't remember that | 01:47:22 |
| 17 | ever being a fixation by us as much as we | 01:47:26 |
| 18 | wanted to have Android, sort of, succeed as | 01:47:30 |
| 19 | being a clear leader in terms of mobile | 01:47:35 |
| 20 | handset platforms and you either -- that's | 01:47:37 |
| 21 | always some combination of getting out | 01:47:43 |
| 22 | there with your own solution, having your | 01:47:47 |
| 23 | solution be better and inhibiting others | 01:47:49 |
| 24 | from getting marketshare. | 01:47:51 |
| 25 | Q. The last bullet point reads: "Create value | 01:47:54 |

Page 177

|    |    |                                                              |          |
|----|----|--------------------------------------------------------------|----------|
| 1  |    | for wireless stakeholders."  What does that                  | 01:48:01 |
| 2  |    | mean in the context of why do a deal with                    | 01:48:03 |
| 3  |    | Sun?                                                         | 01:48:07 |
| 4  | A. | I don't know.                                                | 01:48:08 |
| 5  | Q. | Who is the author of this presentation, do                   | 01:48:10 |
| 6  |    | you know?                                                    | 01:48:18 |
| 7  | A. | I assume it was Andy.  It says Andy on the                   | 01:48:21 |
| 8  |    | Android team, but I assume it was Andy,                      | 01:48:27 |
| 9  |    | though others, including myself, might have                  | 01:48:30 |
| 10 |    | been put on it -- have been put on.                          | 01:48:32 |
| 11 | Q. | So just so we're clear, the heading -- the                   | 01:48:33 |
| 12 |    | title page of the presentation which is the                  | 01:48:36 |
| 13 |    | document, the page with the production                       | 01:48:39 |
| 14 |    | number ending 244 reads: "Open Handset                       | 01:48:42 |
| 15 |    | Alliance," and the authors are stated as                     | 01:48:48 |
| 16 |    | "Andy Rubin and Android team," correct?                      | 01:48:53 |
| 17 | A. | Ah-hah.                                                      | 01:48:55 |
| 18 | Q. | Yes?                                                         | 01:48:56 |
| 19 | A. | Correct.                                                     | 01:48:56 |
| 20 | Q. | If you could turn to page ten of the                         | 01:48:56 |
| 21 |    | presentation, production number ending in                    | 01:49:05 |
| 22 |    | 253.  This page is titled "Financial                         | 01:49:13 |
| 23 |    | Compensation."                                               | 01:49:24 |
| 24 | A. | Ah-hah.                                                      | 01:49:24 |
| 25 | Q. | Were you involved in any discussions with                    | 01:49:25 |

Page 178

```
 1
 2
 3              I, Teresa E. Costello, Notary
 4      Public in and for the Commonwealth of
        Massachusetts, do hereby certify that there
 5      came before me on the 26th day of May,
        2011, RICHARD MINER, who was duly sworn by
 6      me; that the ensuing examination upon oath
        of the said deponent was reported
 7      stenographically by me and transcribed into
        typewriting under my direction and control;
 8      and that the within transcript is a true
        record of the questions asked and answers
 9      given at said deposition.
10              I FURTHER CERTIFY that I am
11      neither attorney nor counsel for, nor
        related to or employed by any of the
12      parties to the action in which this
        deposition is taken; and, further, that I
13      am not a relative or employee of any
        attorney or financially interested in the
14      outcome of the action.
15              IN WITNESS WHEREOF I have hereunto
16      set my hand and affixed my seal of office
        this 30th day of May, 2011, at Boston,
17      Massachusetts.
18
19              [signature: Teresa E. Costello]
20
21              Teresa E. Costello, RPR, CRR,
                CSR, #1452S98
22              Notary Public
                Commonwealth of Massachusetts
23              My Commission
                Expires:  5/13/16
24
25
                                          Page 288
```