# EXHIBIT 5

Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   _____
 6   ORACLE AMERICA, INC.,      )
 7          Plaintiff,          )
 8       vs.                    ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,              )
10          Defendant.          )
11   _____)
12
13              ATTORNEYS' EYES ONLY
14
15   Videotaped Deposition of ANDREW E. RUBIN,
16   taken at 333 Twin Dolphin Drive, Redwood
17   Shores, California, commencing at 9:31 a.m.,
18   Tuesday, April 5, 2011, before Leslie
19   Rockwood, RPR, CSR No. 3462.
20
21
22
23
24
25   PAGES 1 - 149
```

Page 1

Attorneys' Eyes Only

```
 1          Q.   Okay.  Not even -- not even what you read in
 2   the last paragraph?  Any of the --
 3          A.   No, it was absolutely not implemented.
 4          Q.   It's your testimony today that Java is not
 5   central to your solution?                                  10:13:32
 6          A.   Again, this was a proposal to make Java
 7   central to the solution.  You go through phases.  You
 8   decide on a strategy and then you implement the strategy.
 9   The tactics are the actual implementation and writing
10   code of the strategy.  And we're in partnership           10:13:44
11   discussions with Sun because we hadn't yet decided on our
12   strategy.
13          Q.   Okay.  But the question I asked you was:  Is
14   it your testimony as you sit here today that Java is not
15   central to the Android solution?                           10:13:55
16          A.   In October of 2005, it was not central to the
17   solution.
18          Q.   And today is it true?
19          A.   Java as a programming language, the Android
20   application framework is written in the Java programming  10:14:08
21   language.
22          Q.   Are there any other respects as of today that
23   Java is central to the Android solution?
24               MR. BABER:  Object to form.
25               THE WITNESS:  Not that I know of.              10:14:28
```

Page 36

Attorneys' Eyes Only

1    Q.  BY MR. HOLTZMAN:  Okay.  If you could turn to
2    the second page of Oracle Exhibit 4, could you read what
3    you wrote at the top of the page?
4        A.  Yes.  "If Sun doesn't want to work with us,
5    we have two options:  Abandon our work and adopt a                10:14:41
6    Microsoft CLRVM and C Sharp programming language or to do
7    Java anyway and defend our decision, perhaps making
8    enemies along the way."
9        Q.  And could you keep reading, please.
10       A.  Next paragraph.  "As you can see, the                     10:15:05
11   alternatives are suboptimal so I'd like you to stop in
12   our Alan meeting and essentially be the good cop.  Let
13   them know that we love Sun and we want to find a way to
14   do this open source thing."
15       Q.  If you would just read the rest of the                    10:15:20
16   message.
17       A.  Next paragraph:  "I first looked at Eustas to
18   help me, but he was out of the office, then Sergey.  He
19   was out also."  Then I asked Larry if he had any
20   thoughts.                                                         10:15:31
21       Q.  Now, you have a reference here in this
22   message to two options if Sun doesn't want to work with
23   Google; correct?
24       A.  Correct.  And that -- and the email basically
25   details -- you know, an email is basically a snapshot in         10:15:44

Page 37

Attorneys' Eyes Only

```
 1    time, October 11th, 2005.  And at that time, these were
 2    the two options being considered.  That doesn't mean
 3    they're the exhaustive set of options.
 4         Q.  Well, you didn't describe any other options
 5    in this email; correct?                                    10:16:02
 6         A.  Not at that time.
 7         Q.  Okay.  And you're writing to Mr. Page;
 8    correct?
 9         A.  Yes.
10         Q.  And Mr. Page is one of the founders of            10:16:09
11    Google; correct?
12         A.  Yes, he is.
13         Q.  Now you described those two alternatives as,
14    in your words, suboptimal.  What did you mean by that?
15         A.  I would rather build a partnership than go it     10:16:23
16    alone.  As I stated before, the reason you do a
17    partnership is to accelerate your whole effort.
18         Q.  And why did you want to accelerate your
19    effort?
20         A.  Why did I want to get to market faster?           10:16:35
21         Q.  Yes.
22         A.  Because I think it's a competitive advantage
23    to come to market as quickly as possible.
24         Q.  And you referred to a partnership, it's
25    better to do a partnership.  Is that a fair description    10:16:52
```

Page 38

Attorneys' Eyes Only

```
 1  of what you just told me?
 2       A.  Yes.
 3       Q.  Okay.  What partnership are you referring to
 4  there?
 5       A.  The partnership between Google and Sun.  On      10:16:58
 6  the top of the second page, if Sun doesn't want to work
 7  with us, we have two options.  Working with us was a
 8  co-development of the next generation of Java.
 9       Q.  And that would be a co-development with Sun;
10  correct?                                                  10:17:14
11       A.  Correct.  That's the definition of
12  partnership.
13       Q.  And so why did you want Larry Page to get
14  involved in a discussion with Alan?  And that's Alan
15  Brenner; correct?                                         10:17:27
16       A.  Correct.
17       Q.  I'm sorry, why did you want Larry Page to get
18  involved in that discussion?
19       A.  Well, they were coming here, and I thought it
20  would be nice for one of the founders of Google to show   10:17:35
21  him some love.  And I say that in the actual email.  And
22  that means, you know, giving Sun a high-level support of
23  our partnership within Google I think would have been a
24  very good message to send at the time.
25       Q.  Why is that?                                     10:17:52
```

Page 39

Attorneys' Eyes Only

```
1   STATE OF CALIFORNIA    ) ss:
2   COUNTY OF MARIN        )
3
4           I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
5   certify:
6           That the foregoing deposition testimony was
7   taken before me at the time and place therein set forth
8   and at which time the witness was administered the oath;
9           That testimony of the witness and all
10  objections made by counsel at the time of the examination
11  were recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16          I further certify that I am neither counsel
17  for any party to said action, nor am I related to any
18  party to said action, nor am I in any way interested in
19  the outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21  this 12th day of April, 2011.
22
23
24              [signature: Leslie Rockwood]
25              LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 146