# EXHIBIT 9

| | | |
|---|---|---|
| From: | Rich Miner. | Sent:10/12/2005 8:35 AM. |
| To: [ - ] | Andy Rubin. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: Response. | |

Andy, sorry - wish you had called. Went back to my hotel to crash early. Had network problems but thought the email got out.

The only sentence I don't like at the moment is "Assuming Android will take two years to develop and deploy, it will be hard to argue that we should embark on another platform that has similar timing."

I am just wondering if we should be using the term 1-2 years and telling people if they stop trying to do two things and help us decide how to ship sooner then their are solutions (like acquisitions) that can get our delivery in shorter.

..Rich
---


Deep,


Here are the Android team responses to Eric's questions:


(1) Are we missing anything from the basic strategy of search, apps, and monetization? How will we get wide distribution?


It's worth looking at both product portfolio and distribution & business model.


The sky team has a good jump at improving web search and delivery of other services with a few sophisticated clients (mobile maps, gmail, etc). There are still a few gaps:

(a) Photo – most new phones have built in camera's – more cameras are being sold in phones than as stand along digital cameras. Few carriers have launched compelling photo services and most users don't even know how to get photo's off their phones. With the best-in-class brand Google has in Picassa and the launch of lighthouse we have a chance to deliver a combined client and server side solution to make a seamless experience of taking, storing, sharing and printing mobile photo's.

(b) Complete Mobile Portfolio – We have the ability to do services in a broad set of application areas: search, blogging, photo, email, IM, VOIP, Local & Maps. While we have to be careful to not make the carriers feel we are trying to take over their portal we should have a vision pitch which shows these as an integrated set of services. Powered-by-Google can be much broader than just search.

(c) Link Existing Google Services to Mobile – the quickest way to get Google services on mobile devices is to enable existing desktop Google, Froogle, Local, etc. to send search results to mobile phone via SMS, WAP push, etc. How many times does a Google user look something up on Froogle or Google Local, write it on a post-it note and stick it in their pocket. Today we could mobile enable these existing sites without any need to put clients on people's handsets.


Distribution and business model (or value chain) are intrinsically linked. Carriers are the primary channel to deliver our products with handset manufactures as a secondary channel. This has several key impacts on our ability to link

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00019529

in services and distribute our applications:

For online services:

1. Carriers have a say on the look & feel of the applications
2. Traffic will be dependant on how we are featured on their portal and/or where we are placed in their default WAP stack
3. it will be a fight initially to get carriers to support search of non-portal content even though it benefits the user

For Embedded Applications:

1. users will not download app's so they need to be installed & shipped with the devices
2. both carriers and handset manufactures need to support the installation and distribution of such client app's
3. the development, testing and support of app's even on a "standard" platform like Java when you do cross platform, cross manufacturer, cross carrier, cross country is huge.


Revenue from Advertisers not Users

For the reasons stated above it is key to get strong carrier support. While our technical leadership in search should be a huge advantage, it is considered a threat by many of the carriers. The quickest way to defuse this issue is to accelerate the advertising marketplace concept with contractual partnerships with carriers based on rev-share. Demonstrate to them the ARPU upside for our top 3 applications (search, gmail, maps/local). Model their bandwidth costs and provide to them a spreadsheet that shows them net upside. Our biggest selling point will be to show them how our advertiser network will enable them to increase data ARPU without cannibalizing existing voice revenue. The best way to do this is increase subscriber revenue through 3 rd party advertisers. None of the search competitors (especially startups) have the story that Google has.



(2) Open source handset solution (aka Android) is some ways away. What can we do in the meantime? Should we consider launching an MVNO (from Larry)? Other?



Google has multiple interests in an open handset:

1. provide an open, application friendly platform for the delivery of services (Google and others)
2. provide a platform that can deliver the best integrated Google mobile experience
3. deliver a platform which will be adopted by both handset manufactures and carriers due to its openness, completeness and ability to be customized.



It is widely believed by that if an open platform is not introduced in the next few years then Microsoft will own the programmable handset platform: Palm is dying, RIM is a one-trick-pony, and while Symbian is growing market share it's becoming a Nokia only solution.



Shannon proposed an alternate solution to Android that seemed to be as large in scope and time. More important, we do not think it answers Eric's main question, which asked if there was something we could do in the interim. Assuming Android will take two years to develop and deploy, it will be hard to argue that we should embark on another platform that has similar timing. I'm also skeptical that Google should be building a platform within a platform. I have seen this many times, and the result is usually least common denominator across many handset platforms, aka wxWidgets, Java, MIDP.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00019530

Finally, the matrix to support multiple embedded (most proprietary) platforms on multiple and diverse hardware technologies for multiple carriers, each with their own constraints and limitations is a huge, complex undertaking. We should think very carefully about such a technology-heavy strategy because in the end, if the carriers don't like our apps, then nothing is getting deployed (see Eric's #1 question).

We have had a number of direct conversations with Larry on the fundamental problems with mobile phones. These problems can not be addressed by placing some middleware on a variety of inherently limited handset platforms. Android solves Larry's long term goal and vision.

What was being asked by the executive team is what can we do between now and a two year time horizon. There are two solutions:

1. Accelerate the delivery of true Google handset experience based on Android
2. Deliver an interim Google Application Handset based on an existing platform with a collection of Google applications – would need to be done in 6months time.

As far as point (1) goes we are making good progress on how to accelerate the delivery of an Android handset. We have the core team assembled and they are all people who have built such a platform before: App's, GUI, middleware, telephony, etc. We have just learned that Nokia plans to open source a KHTML based browser that should accelerate one complex module of the system. We are currently looking at options around the other critical path items in the system. We could also significantly reduce the delivery time via additional acquisitions. There are several deployed OS companies that could speed up our schedule by many months. Savaje, SkyMobileMedia, Core Mobility, even Danger.

While the only way to truly address Larry's usability concerns with mobile phones it to deliver a complete platform such as Android, we could perhaps address Eric's concern by delivering a phone with a collection of Google applications sooner. This phone should probably be built to be sold direct by Google or by 3 rd party channels such as Car Phone Warehouse as a Google Phone. This will enable us to control the applications versus having protracted debates with carriers. The idea would be to take an existing roadmapped handset from a single supplier, such as a Nokia Series 60 phone, and deliver a Google branded experience at the top level along with top-level access to Google applications including:

- Google Local Map's & integrated search

- GMail client

- Mobile Picassa (tied into light-house)

- Mobile Blogger (or at least streamlined interface to post images & comments to blogger)

Most of these applications are already under development. They could be tweaked for consistent look and feel without a significant investment in middleware. Such an ensemble could be integrated in a 6-month time frame with other Google look & feel, background images, ring-tones, etc. configured on the handset. This would not imply that we need to be an MVNO. Plenty of channels, BestBuy, CarPhone Warehouse, etc., would be willing to inventory Google Phones and sell them with other carrier SIM's and service plans. Even Google could partner to direct sell the phones via the WEB with other carrier SIMS. This allows us to have a Google phone without the overhead of being an MVNO. It could also be pitched as a carrier friendly strategy. Most important, it allows us to start taking more control of the interface which will become completely unified in Android.

To summarize:

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00019531

Let's not embark on a multi-year development effort without sponsorship and business model validation from the gatekeepers. Let's not be wasteful; let's not duplicate effort. Let's balance our long term strategy requiring time and commitment with short term wins and business models that are complimentary. That's what it takes to win.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00019532