# EXHIBIT 12




# Open Handset Alliance

Andy Rubin and Android team

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-14-00042244



## Project Android

> We are building the world's first Open Source handset solution with built-in Google applications

> We are forming an alliance with interested parties to make this free platform the de facto standard for modern handsets

2

Google confidential

# Partner Overview - Sun Microsystems



## Who Are They?

- Products and services for network computing
  - Java dominates wireless industry
  - Carriers require Java in their terminal specifications
- Statistics
  - Not profitable
  - $15.4B Market Cap
  - $11.6B revenue
  - $469M EBITDA
  - $2.45B cash
- Market Presence
  - xxx Java embedded handsets
  - xxx carrier relationships
- Size
  - xx offices worldwide
  - xxx employees

## Why Do the Deal?

- Critical to our open source handset strategy
- Dramatically accelerates our schedule
- Form an industry alliance to block MSFT
- Create value for wireless stakeholders

Google confidential

3

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-14-00042246



## Status

- Discussions started as result of our last GPS
- Alliance consists of key players of the wireless industry, including handset OEMs and wireless carriers
- Sun becomes founding partner in alliance
- Companies engage in a co-development relationship

4

Google confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-14-00042247



## Proposed Deal Terms

| | |
|---|---|
| **Client** | • Sun Microsystems |
| **Term** | • 3 years<br>• Co-development partnership |
| **Proposal** | • Sun makes Java Open Source as part of Android platform<br>• Companies work together to bring Android platform to market |
| **Exclusivity** | • Exclusive |
| **Data Use / Restrictions** | • See detailed slides |
| **Fee** | • $25-50M<br>• To be negotiated potential rev share on platform-enabled mobile ads |
| **Attribution** | • N/A |
| **Termination / Other Issues** | • N/A |

Google confidential

5



## Terms

- Sun will open source CDC JavaME by "m/m/m" date
- Google and Sun will produce the "Open Source Java Linux Mobile platform" by "n/n/n" date
  - Sun to govern the CDC codebase with partial governance by Google
  - Google to govern the Linux codebase with partial governance by Sun
- Sun to provide a commercial implementation of the "Open Source Java Linux Mobile platform"
  - Google to provide backline support for the "Linux Mobile platform"
- Google agrees NOT to offer commercial implementations of the "Open Source Java Linux Mobile platform" or similar stack except as necessary for initial launch

6

Google confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-14-00042249

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-14-00042250

# Terms (cont'd)

- Sun agrees to adopt certain key Google enablers (JavaScript, others tbd) in CDC and Google agrees to adopt appropriate Sun enablers in Linux stack
- Google provides Sun with all Google owned handset technologies, un-encumbered rights, from day one. Sun can only ship this technology commercially after it has been open sourced
- Sun provides Google with all Sun owned CDC JavaME technologies, un-encumbered rights, from day one. Google can only ship this technology commercially after it has been open sourced
- Sun and Google to promote the Java Brand for mobile
- Google to certify their applications on Sun's commercial implementations

Google confidential



7

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-14-00042251

# Terms (cont'd)

- Sun and Google will jointly engage in recruiting OEMs and Service Providers

- Sun intends to monetize the commercial implementation of the "Open Source Java Linux Mobile Platform" Stack and services around it (support, ES, updates/upgrades, customizations + IP value add) in the following areas. This list is not intended to be comprehensive and does not restrict Google from providing underlying technology:

    – Device management
    – Security upgrades / Patch management
    – User interface customization for OEMs, MVNOs, carriers
    – Enterprise level synchronization
    – Network quality monitoring
    – User experience customization based on device usage

Google confidential



8



# Terms (cont'd)

- Google agrees to adopt and promote NetBeans and Sun Java Wireless Tool Kit (WTK) along with its tools.  Where appropriate, companies will merge their tools
- Where appropriate, Mobile client apps provided by Google to work with Sun backend
- Google Open Source License to be ASF2.0
- Sun Open Source License to be decided with the goal:
    - Non viral
    - Non discriminatory, equal access
    - No field of use restrictions
    - Freely distributed
    - Compatible with an existing license

9

Google confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-14-00042252



## Financial compensation

- Google compensates Sun for current business risk
  - Estimated cost: $25-50M
- If Google recognizes $s from services running on "Open Source Java Linux Mobile platform" or derivatives, Google will revenue share with Sun

10

Google confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-14-00042253

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-14-00042254

# Key Asks



- Approve joint development
- Approve to proceed to contract
- Approve spend ranges
- Approve to enter into multi-party discussions



Google confidential

11