| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (*Pro Hac Vice* Pending) |
| | dboies@bsfllp.com |
| 8 | 333 Main Street |
| | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY RUDY Y. KIM** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of attorney Rudy Y. Kim (RudyKim@mofo.com) of the law firm of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, CA 94304, as counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: September 6, 2011

By:  /s/ Rudy Y. Kim

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*Pro Hac Vice* Pending)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA
(Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

NOTICE OF APPEARANCE BY RUDY Y. KIM
CASE NO. CV10-03561 WHA
pa-1484132

1