MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S COMMENT ON ORDER REGARDING MEDIATION**<br>**[Dkt. 386]** |

ORACLE'S COMMENT ON ORDER REGARDING MEDIATION
CASE NO. CV 10-03561 WHA
sf-3042458

1   Oracle concurs with the Court's view that an additional attempt at settlement of the case
2   through mediation before a United State Magistrate Judge is warranted. Oracle has found
3   previous efforts at settlement, including private discussions between the parties, frustrating for
4   lack of follow-through, and believes that those efforts have not exhausted the possibilities for
5   resolving the case.

6   As suggested by the Court, Oracle considers it essential that both parties bring top-level
7   executives. Accordingly, Oracle's executive representatives in the mediation before the
8   Magistrate Judge will be Safra Catz, President of Oracle Corporation, and Thomas Kurian,
9   Executive Vice President of Oracle Product Development.

10  Oracle will strive to make its representatives available as necessary and proposes that the
11  mediation occur before the end of September.

Dated: September 7, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
Michael A. Jacobs

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE'S COMMENT ON ORDER REGARDING MEDIATION
CASE NO. CV 10-03561 WHA
sf-3042458