ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>       Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**GOOGLE INC.'S RESPONSE TO ORDER REGARDING MEDIATION** |

1   Google welcomes the Court's suggestion that the parties participate in a mediation of this
2   case before a Magistrate Judge.  Google does not object to participating in a mediation before a
3   Magistrate Judge who is not otherwise involved in this case.
4   Google recognizes the importance of having top executives of the parties attend the
5   Court-ordered mediation.  Google proposes that Andrew Rubin, who is Senior Vice President,
6   Mobile and reports directly to the Chief Executive Officer, attend for Google together with Kent
7   Walker, Vice President and General Counsel of Google.  Mr. Rubin's executive responsibilities
8   include all of Google's mobile business, of which the Android business is a part.  Mr. Rubin is
9   knowledgeable regarding the issues in this case and he is fully empowered to resolve this matter
10  on reasonable terms.
11  Google also understands from counsel for Oracle that they propose that Safra Catz and
12  Thomas Kurian attend on behalf of Oracle -- and Google agrees with this choice.  Ms. Catz is
13  one of two Presidents of Oracle who, like Mr. Rubin, reports directly to Oracle's Chief Executive
14  Officer.  Mr. Rubin and Ms. Catz were involved in previous discussions involving the subject
15  matter at issue in this case.
16  ///
17  ///
18  ///

1
GOOGLE INC.'S RESPONSE TO ORDER REGARDING MEDIATION
CIVIL ACTION NO. CV 10-03561-WHA

| | |
|---|---|
| DATED:  September 7, 2011 | **KING & SPALDING LLP** |
| | By:  /s/ Scott T. Weingaertner |
| | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| | sweingaertner@kslaw.com |
| | ROBERT F. PERRY |
| | rperry@kslaw.com |
| | BRUCE W. BABER (*Pro Hac Vice*) |
| | bbaber@kslaw.com |
| | 1185 Avenue of the Americas |
| | New York, NY 10036-4003 |
| | Telephone:  (212) 556-2100 |
| | Facsimile:   (212) 556-2222 |
| | |
| | ROBERT A. VAN NEST (SBN 84065) |
| | rvannest@kvn.com |
| | CHRISTA M. ANDERSON (SBN 184325) |
| | canderson@kvn.com |
| | KEKER & VAN NEST LLP |
| | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| | |
| | DONALD F. ZIMMER, JR. (SBN 112279) |
| | fzimmer@kslaw.com |
| | CHERYL A. SABNIS (SBN 224323) |
| | csabnis@kslaw.com |
| | KING & SPALDING LLP |
| | 101 Second Street – Suite 2300 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 318-1200 |
| | Facsimile:  (415) 318-1300 |
| | |
| | IAN C. BALLON (SBN 141819) |
| | ballon@gtlaw.com |
| | HEATHER MEEKER (SBN 172148) |
| | meekerh@gtlaw.com |
| | GREENBERG TRAURIG, LLP |
| | 1900 University Avenue |
| | East Palo Alto, CA 94303 |
| | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | GOOGLE INC. |

I hereby certify that Scott T. Weingartner concurs with the filing of this document.

By: /s/ Cheryl A. Sabnis /s/
Cheryl A. Sabnis