John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Rule 706 Expert, James R. Kearl

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. C 10-3561 WHA <br><br> **NOTICE OF APPEARANCE REGARDING COUNSEL FOR RULE 706 EXPERT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that John L. Cooper and Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104, hereby appear as counsel on behalf of James R. Kearl, expert witness appointed pursuant to Federal Rules of Evidence, Rule 706 by Order dated August 30, 2011, and requests that all papers in this action be served upon, and all communication directed to, the undersigned at the address provided above.

Dated: September 7, 2011

FARELLA BRAUN + MARTEL LLP

By: /s/ John L. Cooper
John L. Cooper

Attorneys for Rule 706 Expert, James R. Kearl

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

27152\2752832.1

NOTICE OF APPEARANCE