MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S SUPPLEMENTAL COMMENT ON ORDER REGARDING MEDIATION** |

ORACLE'S SUPPLEMENTAL COMMENT ON ORDER REGARDING MEDIATION
Case No. CV 10-03561 WHA
pa-1484745

1   Oracle submits these supplemental comments in response to Google's proposal that
2  Andrew Rubin and Kent Walker represent Google in court-ordered mediation (Dkt. No. 402).
3   The Court's mediation plan is the last chance to resolve this case before a major
4  investment of time and resources by the parties and the Court.  The Court's September 2, 2011
5  Order appropriately directs the parties to identify "top corporate executives" to participate in the
6  mediation.  Oracle believes the prospects for a successful mediation will be far greater if
7  Google's executive-level representative is a superior to Mr. Rubin, who is the architect of
8  Google's Android strategy—the strategy that gives rise to this case.
9   The suggestion in Google's filing today that Mr. Rubin and Ms. Catz are comparable
10 high-level executives merely because they both report to their respective CEOs ignores important
11 differences in their roles.  Mr. Rubin is a Senior Vice-President with responsibility only for
12 Google's mobile strategy.  Indeed, Google itself does not identify Mr. Rubin as a top corporate
13 executive in its own public disclosures to investors.  *See, e.g.*,
14 http://investor.google.com/company/management.html.  In contrast, Ms. Catz is Oracle's
15 President, CFO, and a member of its Board of Directors. She has company-wide responsibility for
16 all financial and legal matters.  *See* http://www.oracle.com/us/corporate/press/executives/index-
17 070733.html (describing Ms. Catz's role on Oracle senior executive team).
18  Additionally, Mr. Rubin represented Google in several past discussions between the
19 parties. So has Mr. Walker, including at the unsuccessful private mediation referenced in the
20 Court's Order.  In light of the failure of these past attempts at resolution, Oracle believes it vital
21 that both parties assign top corporate executives to the mediation.  Oracle asks that the Court
22 direct Google to assign a corporate representative to the mediation effort who meets this standard.

23 Dated: September 7, 2011     MICHAEL A. JACOBS
                                MARC DAVID PETERS
24                              DANIEL P. MUINO
                                MORRISON & FOERSTER LLP
25

26                              By: */s/* Michael A. Jacobs

27                                  *Attorneys for Plaintiff*
                                    ORACLE AMERICA, INC.
28

ORACLE'S SUPPLEMENTAL COMMENT ON ORDER REGARDING MEDIATION
CASE NO. CV 10-03561 WHA
pa-1484745