IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR MEDIATION** |
| GOOGLE INC., | |
| Defendant. | |

This matter is hereby **REFERRED** to **MAGISTRATE JUDGE PAUL SINGH GREWAL** for mediation. In light of the October trial date, mediation sessions should take place this month. The Court strongly recommends that Judge Grewal order Larry Ellison of Oracle and Larry Page of Google as well as the officers identified by the parties at docket numbers 401 and 402 to attend all mediation sessions, but leaves this determination to his judgment.

**IT IS SO ORDERED.**

Dated: September 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE