| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
|   | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
|   | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
|   | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
|   | 755 Page Mill Road |
| 5 | Palo Alto, CA 94304-1018 |
|   | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (*Pro Hac Vice* Pending) |
|   | dboies@bsfllp.com |
| 8 | 333 Main Street |
|   | Armonk, NY 10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
|   | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA 94612 |
|   | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
|   | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
|   | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|   | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
|   | Redwood City, CA 94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY MARK E. UNGERMAN** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

NOTICE OF APPEARANCE BY MARK E. UNGERMAN
CASE NO. CV10-03561 WHA
pa-1484134

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Mark E. Ungerman (MUngerman@mofo.com) of the law firm of Morrison & Foerster LLP, 2000 Pennsylvania Avenue, NW, Suite 6000, Washington, District of Columbia 20006, as counsel of record in this action for Plaintiff Oracle America, Inc. Mr. Ungerman's petition for admission in this Court was filed September 2, 2011.

Dated: September 8, 2011

By: /s/ Mark E. Ungerman

MORRISON & FOERSTER LLP
mungerman@mofo.com
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, District of Columbia 20006
Telephone: (202) 887-1535
Facsimile: (202) 887-0763

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

1  I, Marc David Peters, am the ECF User whose ID and password are being used to file
2  NOTICE OF APPEARANCE BY MARK E. UNGERMAN.  In compliance with General Order
3  45, X.B., I hereby attest that Mark E. Ungerman has concurred in this filing.

Dated: September 8, 2011              By:    /s/ Marc David Peters
                                             MARC DAVID PETERS