# Exhibit G

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415. 391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

Attorneys for Defendant
GOOGLE INC.

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650. 328.8500
Fax:    650.328-8508

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF MATT CUTTS IN RESPONSE TO DECLARATION OF FRED NORTON**<br><br>Judge:      Hon. Donna M. Ryu<br><br>Date Comp. Filed:     October 27, 2010<br><br>Trial Date:     October 31, 2011 |

1    I, Matt Cutts, state:

2    1.    I am employed by Defendant Google Inc. ("Google") as a Software Engineer.  I

3    submit this declaration to provide factual background regarding Google's search process and

4    display.  This declaration responds to the Declaration of Fred Norton in support of Oracle's

5    motion to compel production of the August 6, 2010 email of Tim Lindholm and drafts thereof.

6    2.    I have knowledge of the facts set forth herein, and if called to testify as a witness

7    thereto could do so competently under oath.

8    3.    The Norton Declaration states that "Google itself continues to make the contents

9    of the Lindholm Document widely available."  Norton Decl. ¶ 47.  As support for this assertion,

10   the Declaration describes and includes as exhibits the purported results of a Google search query

11   for language quoted from the "Lindholm Document."  Norton Decl. ¶ 47 & Exs. O-P.

12   4.    Google's search engine "crawls" the web, indexes websites, and identifies

13   matches in response to user queries.  Google then extracts excerpts from those web pages and

14   presents the excerpts on the user's computer screen to describe the search results.

15   5.    Google's automated search process merely pulls from its database and presents to

16   the user information about web pages created by third parties that contain the search terms

17   chosen by the user.  Google cannot and does not control the content of third-party web pages.

18   Google tries to return relevant web pages as determined by an algorithm, but cannot make any

19   promises as to the truthfulness or accuracy of the information.

20   6.    Google blocks web pages from appearing in its results under very limited

21   circumstances, such as: the content is gone from the web, the website's owner indicates that the

22   content should not be indexed, the content poses risk to security (such as disclosure of highly

23   sensitive personal information like credit card numbers), the webmaster is violating our

24   Webmaster Guidelines or "spamming" our search results, or we are notified that the content

25   violates applicable law (such as via a court order or a notification under the Digital Millennium

26   Copyright Act).  As described in the Norton Declaration, none of the third-party web pages

27   referencing the Lindholm email fall into any of these categories.

28

1

576557.01

7.     Thus, it is inaccurate for Mr. Norton to assert that "Google itself . . . make[s] . . . .available" the contents of the Lindholm email.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed at _Mountain View_, California on August 18, 2011.

By: _M. Cutts_
_____
Matt Cutts

DECLARATION OF MATT CUTTS IN RESPONSE TO DECLARATION OF FRED NORTON
CASE NO. 3:10-cv-03561-WHA

576557.01