| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| STEVEN A. HIRSCH - #171825 | 101 Second St., Suite 2300 |
| shirsch@kvn.com | San Francisco, CA  94105 |
| 633 Battery Street | Tel:    415.318.1200 |
| San Francisco, CA  94111-1809 | Fax:    415.318.1300 |
| Tel:    415.391.5400 | |
| Fax:    415.397.7188 | |
| | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ballon@gtlaw.com |
| sweingaertner@kslaw.com | HEATHER MEEKER - #172148 |
| ROBERT F. PERRY | meekerh@gtlaw.com |
| rperry@kslaw.com | GREENBERG TRAURIG, LLP |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY  10036 | Tel:    650.328.8500 |
| Tel:    212.556.2100 | Fax:    650.328-8508 |
| Fax:    212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION RE:  GOOGLE'S NON-LIABILITY UNDER 35 U.S.C. § 271(f)** <br><br> Judge:  Hon. William Alsup <br><br> Date Comp. Filed:  October 27, 2010 <br> Trial Date:  October 31, 2011 |

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY
ADJUDICATION RE:  GOOGLE'S NON-LIABILITY UNDER 35 U.S.C. § 271(f)
CASE NO. 3:10-cv-03561-WHA

578522.01

1     The Court has read and considered defendant Google Inc.'s Motion for Partial Summary Judgment and/or Summary Adjudication Re: Google's Non-Liability Under 35 U.S.C. § 271(f), the Opposition thereto, and the Reply in support of the motion, and all supporting declarations and exhibits submitted with those briefs.

    Based thereon, [and on statements made by counsel at the hearing on the Motion], IT IS HEREBY ORDERED THAT the motion is GRANTED and that, as a matter of law, Google cannot be held liable under 35 U.S.C. § 271(f) for any conduct alleged in this action.

    IT IS SO ORDERED.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION RE: GOOGLE'S NON-LIABILITY UNDER 35 U.S.C. § 271(f)
CASE NO. 3:10-cv-03561-WHA

578522.01