GOOGLE'S MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT

CIV. NO. CV 10-03561-WHA

# Exhibit E

| The '702 Patent | Infringed By |
|---|---|
|  | dalvik/dx/src/com/android/dx/dex/file/TypeIdItem.java<br>dalvik/dx/src/com/android/dx/cf/cst/ConstantPoolParser.java |
| removing said duplicated elements from said plurality of class files to obtain a plurality of reduced class files; and | The Android dx tool removes the duplicated elements from the plurality of class files (e.g., as part of the process of forming the .dex file) and obtains a plurality of reduced class files (the reduced class files including a subset of the code and data contained in the class files).  This process, and contents of the reduced class file, is clearly explained and illustrated in the Dalvik Video at time 7:20–9:25 and Dalvik Presentation, slides 15-20.<br><br>The Dalvik Presentation shows the class files combining into a shared constant pool (shared table) in the .dex file, whereby duplicated elements are removed from the class files when using a subset of the code and data contained in the class files, i.e., the reduced class files, to form the .dex file.<br><br>(Dalvik Presentation, slide 15) |

| The '702 Patent | Infringed By |
|---|---|
| | The original class files are combined into a single .dex file, which includes a plurality of reduced class files (i.e., a subset of code and data of the class files, with duplicates removed). This is also illustrated in slide 11 of the Dalvik presentation, which shows the anatomy of a .dex file:<br><br>*[Dex File Anatomy diagram showing header, string_ids, type_ids, proto_ids, field_ids, method_ids, class_defs, and data sections]*<br><br>(Dalvik Presentation, slide 11)<br><br>Next, slides 18-20 of the Dalvik Presentation show the removal of the duplicated elements of the plurality of class files such that the resulting .dex file contains only one copy of each element in its shared constant pool (shared table). |

| The '702 Patent | Infringed By |
|---|---|
| | <br>(Dalvik Presentation, slide 18) |

| The '702 Patent | Infringed By |
|---|---|
|  | <br>(Dalvik Presentation, slide 19)<br><br>(Dalvik Presentation, slide 20) |

| The '702 Patent | Infringed By |
|---|---|
| | In the Android source code, *see also generally*:<br><br>"Interfaces and implementation of things related to the constant pool. PACKAGES USED:<br>   * com.android.dx.rop.type<br>   * com.android.dx.util"<br><br>dalvik/dx/src/com/android/dx/rop/cst/package.html.<br><br>*See also:*<br>   dalvik/dx/src/com/android/dx/dex/file/DexFile.java<br>   dalvik/dx/src/com/android/dx/dex/file/TypeIdsSection.java<br>   dalvik/dx/src/com/android/dx/dex/file/TypeIdItem.java<br>   dalvik/dx/src/com/android/dx/cf/cst/ConstantPoolParser.java |
| forming a multi-class file comprising said plurality of reduced class files and said shared table. | As explained above, the Android dx tool forms a multi-class file—the .dex file—comprising the reduced class files and a shared constant pool (shared table) such that duplicate elements have been removed.  This process is explained in the Dalvik Video at time 7:20–9:25 and Dalvik Presentation, slides 11 and 15-20.  The reduced class files include a subset of the code and data of the original class files, e.g., "class_defs" and "data" illustrated in slide 11 and the "other data" illustrated in slide 15, and the recited shared table includes, e.g., one or more of the "string_ids constant pool," "type_ids constant pool," "proto_ids constant pool," "field_ids constant pool," and "method_ids constant pool."<br><br>The Dalvik Presentation shows the original class files being combined into a .dex file (multi-class file) comprising the plurality of reduced class files and the shared constant pool (shared table): |