ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.S' MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT**<br><br>Date:         September 29, 2011<br>Time:        8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:       The Honorable William Alsup<br><br>Trial Date:  October 31, 2011 |

1

1    On September 29, 2011 the above-captioned action came on for hearing before this Court
2 on Defendant Google Inc.'s ("Google") Motion to Strike Portions of the Mitchell Patent Report.
3 After consideration of the parties' respective submissions, the arguments of counsel, and the
4 entire record in this matter, the Court hereby GRANTS Google's motion and orders as follows:
5    (a) Paragraphs 255, 270, 271, 273, 277, 279, 282, 287, 289, 292 and 296 (relating to the
6    '104 patent) are stricken from the Mitchell Patent Report.  Dr. Mitchell cannot testify
7    regarding the subject matter of these paragraphs at trial;
8    (b) Paragraphs 459, 460, 461, 468, 476 and 478 (relating to the '702 patent) are stricken
9    from the Mitchell Patent Report.  Dr. Mitchell cannot testify regarding the subject matter
10   of these paragraphs at trial; and
11   (c) All references to LG Optimus, HTC Droid Incredible 2 and Motorola Atrix are
12   stricken from the Mitchell Patent Report.  Any assertions of patent infringement in the
13   Mitchell Patent Report are limited to the products explicitly identified in Oracle's
14   infringement contentions (*i.e.,* Google Dev Phones, Nexus One, Nexus S, HTC's EVO
15   4G, HTC's Droid Incredible, HTC's G2, Motorola's Droid, and Samsung's Captivate).
16   Dr. Mitchell cannot testify at trial regarding alleged patent infringement by any other
17   products.

20   IT IS SO ORDERED:

22   Dated: _____

     _____
     Honorable Judge William Alsup