# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4$^h$ Floor

## Civil Minute Order

Date: September 9, 2011                                 Time in Court: (20)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:01 to 10:21)

---

**TITLE: Oracle America, Inc. v. Google, Inc.**
**CASE NUMBER**: **CV10-03561 WHA**
Plaintiff Attorney(s) present: Michael Jacobs, *telephonic* and Matthew Sarboraria, *telephonic*
Defendant Attorney(s) present: Scott Weingaertner, *telephonic*; Christa Anderson, *telephonic*
and Renny Hwang, *telephonic*.

---

### PROCEEDINGS:
**Telephonic Pre-Settlement Conference**

Telephone conference held.

Court to issue scheduling order.

///