UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff,　　　　　 )<br>　　v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>GOOGLE, INC.,　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant.　　　　　 )<br>_____ ) | Case No.: C 10-03561 WHA<br><br>**ORDER RE SETTLEMENT<br>CONFERENCE** |

　　　　Yesterday, the presiding judge referred this case to the undersigned for a settlement conference to occur no later than the end of this month.[1]  This morning, the parties appeared for a telephonic hearing.  Having considered the arguments of counsel,

　　　　IT IS HEREBY ORDERED that the parties shall appear for separate pre-conference tutorials on September 14, 2011.[2]  By their outside counsel, Oracle shall appear at 9:30AM and Google shall appear at 1:30PM.  No party representatives need appear at the tutorial, although they are more than welcome to attend.

---

[1] *See* Docket No. 405.

[2] Under ADR L.R. 7-5, "any written settlement conference statements, anything that happened or was said, any position taken, and any view of the merits of the case expressed by any participant in connection with any settlement conference" is treated as confidential.  As a result, the tutorials and settlement conference sessions will be closed sessions and not open to the public or the media.

ORDER, *page 1*

1  IT IS FURTHER ORDERED that no later than September 12, 2011, the parties shall lodge their respective confidential settlement conference statements with the Clerk's Office. The parties shall refer to the undersigned's settlement conference procedures available on the court's website.

4  IT IS FURTHER ORDERED that the settlement conference shall be held on September 19, 2011 at 9AM. The party representatives required to attend this and any further conferences include, but are not limited to, Larry Ellison of Oracle and Larry Page of Google.

7  IT IS FURTHER ORDERED that the parties and their counsel should be prepared for further conferences between September 20 and September 30, 2011.

9  **IT IS SO ORDERED**.

10  Dated: September 9, 2011

PAUL S. GREWAL
United States Magistrate Judge