IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| GOOGLE, INC., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Motion for Summary Judgment previously set for September 15, 2011 at 2:00 p.m. has been rescheduled for **September 15, 2011 at 8 a.m,** before the Honorable William Alsup. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102

Dated:   September 12, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

By: _____
  Dawn Toland
  Courtroom Deputy to the
  Honorable William Alsup