| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| 8 | 333 Main Street |
| | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL RE: REQUEST FOR LEAVE TO FILE PORTIONS OF DEPOSITION TRANSCRIPT** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.:  Courtroom 9, 19th Floor |
| | Judge:  Honorable William H. Alsup |

ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL RE: REQUEST FOR LEAVE TO FILE
PORTIONS OF DEPOSITION TRANSCRIPT
CASE NO. CV 10-03561 WHA
pa-1485531

Plaintiff Oracle America, Inc. ("Oracle") hereby requests permission to lodge portions of the following document under seal pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11 and 79-5:

1. Request for Leave to File Portions of the Deposition Transcript of Owen Astrachan.

The document listed above contains information that has been designated by Defendant Google Inc. ("Google") as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case. (Dkt. No. 68.)  Oracle states no position as to whether disclosure of materials marked by Google as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Google, and would not oppose an order requiring Google to make that information public.

Notice is hereby provided to Google that, pursuant to Civil Local rule 79-5(d), it must file a declaration supporting the sealability of the above-listed documents and a proposed sealing order.

Dated: September 12, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By:  /s/ Roman A. Swoopes
       (attorney's name)

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL RE: REQUEST FOR LEAVE TO FILE PORTIONS OF DEPOSITION TRANSCRIPT
CASE NO. CV 10-03561 WHA
pa-1485531

1