1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR SEPTEMBER 15, 2011 SUMMARY JUDGMENT HEARING** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Date: September 15, 2011<br>Time: 8:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1   Plaintiff Oracle America, Inc. ("Oracle") respectfully requests permission, pursuant to
2   General Order No. 58, for the parties to bring the following equipment into the courthouse, and to
3   possess and use that equipment in Courtroom 8 during the Copyright Summary Judgment Motion
4   Hearing, scheduled for Thursday, September 15, 2011, at 8:00 a.m.

5   The specific devices are as follows:

6   1.   2 50" Plasma Screens

7   2.   2 Dual Post Stands

8   3.   1 data projector

9   4.   1 7.5'x10' projector screen

10  5.   1 visual presenter

11  6.   1 video switch box

12  7.   2 cart / stands

13  8.   4 laptop computers

14  9.   cables, peripherals, and power cords for the foregoing equipment

15

16  The parties are coordinating their efforts and will share the presentation equipment.

17  Oracle further requests the Court's permission for the parties to set up their respective
18  electronic devices in the courtroom on Wednesday, September 14, 2011, at 4:00 p.m., or at such
19  time the Court may specify, to facilitate the timely and orderly conduct of the hearing.

20

21  ///
22  ///
23  ///

REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 9/15/11 SUMMARY JUDGMENT HEARING
CASE NO. CV 10-03561 WHA
pa-1485348

1

Dated: September 13, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Roman A. Swoopes
     Roman A. Swoopes

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## ORDER

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

DATED: September __, 2011

THE HONORABLE WILLIAM H. ALSUP
United States District Judge

REQUEST & [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR 9/15/11 SUMMARY JUDGMENT HEARING
CASE NO. CV 10-03561 WHA
pa-1485348

2