| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUNIO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| 8 | 333 Main Street |
| | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1485681

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 13, 2011, I served a copy of:

**U.S. MAGISTRATE JUDGE PAUL S. GREWALL SETTLEMENT CONFERENCE PROCEDURES**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Robert F. Perry<br>Scott T. Weingaertner<br>Bruce W. Baber<br>Mark H. Francis<br>Christopher C. Carnaval<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br><br>RPerry@kslaw.com<br>SWeingaertner@kslaw.com<br>bbaber@kslaw.com<br>mfrancis@kslaw.com<br>ccarnaval@kslaw.com<br><br>Google-Oracle-Service-OutsideCounsel@kslaw.com | Timothy T. Scott<br>Geoffrey M. Ezgar<br>Leo Spooner III<br>KING & SPALDING, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA  94065<br><br>TScott@kslaw.com<br>GEzgar@kslaw.com<br>LSpooner@kslaw.com |
| Donald F. Zimmer, Jr.<br>Cheryl Z. Sabnis<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br><br>fzimmer@kslaw.com<br>csabnis@kslaw.com | Steven Snyder<br>KING & SPALDING LLP<br>100 N. Tryon Street, Suite 3900<br>Charlotte, NC 28202<br><br>ssnyder@kslaw.com |
| Brian Banner<br>KING & SPALDING LLP<br>401 Congress Avenue, Suite 3200<br>Austin, TX  78701<br><br>bbanner@kslaw.com | Renny F. Hwang<br>GOOGLE INC.<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043<br><br>rennyhwang@google.com |

| | |
|---|---|
| Ian C. Ballon<br>Heather Meeker<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br><br>ballon@gtlaw.com<br>meekerh@gtlaw.com<br><br>GT_Google@gtlaw.com<br><br>Valerie W. Ho<br>Wendy M. Mantell<br>GREENBERG TRAURIG LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404<br><br>hov@gtlaw.com<br>mantellw@gtlaw.com<br><br>John L. Cooper<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br><br>jcooper@fbm.com | Joseph R. Wetzel<br>Dana K. Powers<br>GREENBERG TRAURIG, LLP<br>153 Townsend Street, 8th Floor<br>San Francisco, CA  94107<br><br>wetzelj@gtlaw.com<br>powersdk@gtlaw.com<br><br><br><br>Robert A. Van Nest<br>Christa M. Anderson<br>Michael S. Kwun<br>Daniel Purcell<br>Eugene M. Paige<br>Matthias A. Kamber<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>rvannest@kvn.com<br>canderson@kvn.com<br>mkwun@kvn.com<br>dpurcell@kvn.com<br>epaige@kvn.com<br>mkamber@kvn.com<br><br>dalvik-kvn@kvn.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Palo Alto, California, this 13th day of September, 2011.

| | |
|---|---|
| Lynn M. Sova | /s/ Lynn M. Sova |
| (typed) | (signature) |

**GENERAL ORDER 45 ATTESTATION**

I, Roman A. Swoopes, am the ECF User whose ID and password are being used to file Certificate of Service.  In compliance with General Order 45, X.B., I hereby attest that Lynn M. Sova has concurred in this filing.

Dated:  September 13, 2011           By:     /s/ Roman A. Swoopes
                                                              ROMAN A. SWOOPES

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1485681

2