IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PRÉCIS REQUESTS REGARDING SUPPLEMENTAL FILINGS** |
| GOOGLE INC., | |
| Defendant. | |

Depositions of the parties' copyright experts took place *after* defendant's motion for summary judgment on the copyright claim was fully briefed. Oracle America, Inc. now seeks leave to supplement its opposition with excerpts from the deposition of defendant's expert (Dkt. No. 420). Google Inc. opposes (Dkt. No. 424). The request is **DENIED**. Good cause has not been shown for expanding the scope of the summary judgment record at this time.

In opposing Oracle's request, Google requests that Oracle's précis be stricken or that Google be allowed to file a reply to the substantive arguments therein. These requests are also **DENIED**. Oracle's précis is not part of the summary judgment record, and its contents will not be considered in deciding that motion. Accordingly, no such measures are necessary.

**IT IS SO ORDERED.**

Dated: September 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE