1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
19

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22                         SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL RE: DKT. 398-10** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 9, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

1    Plaintiff Oracle America, Inc. ("Oracle") hereby requests permission to file a redacted version of Exhibit 13 in support of Oracle's opposition to Google's motion for summary judgment on Count VIII of Oracle's amended complaint (Dkt. No. 398-10), pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5.

   The previously filed document listed above contains Andrew Rubin's personal telephone number, which Oracle and Google agree should not be released to the public.  Oracle therefore requests that the Court remove public access to Dkt. No. 398-10 and replace the document with a redacted version omitting the phone number.

   Notice is hereby provided to Google that, pursuant to Civil Local rule 79-5(d), it must file a declaration supporting the sealability of the above-listed documents and a proposed sealing order.

Dated: September 14, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By:  /s/Roman A. Swoopes
     Roman A. Swoopes

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL RE: DKT. 398-10
CASE NO. CV 10-03561 WHA
pa-1485527

1