# REVISED EXHIBIT 13

# REDACTED TO REMOVE PERSONAL TELEPHONE NUMBER

| | | |
|---|---|---|
| From: | Andy Rubin. | Sent:1/13/2006 8:01 PM. |
| To: [ - ] | sergey@google.com. | |
| Cc: [ - ] | Larry Page; LSA; Alan Eustace. | |
| Bcc: [ - ] | . | |
| Subject: | Sun Microsystems. | |

Sergey,

When Android first arrived I did a GPS that explained the importance of Java in our solution.

Since then I've been working with Sun and pushing them to open source Java. Initially this was a foreign concept to them and took some educating. Now we're at a point where they have conceptually agreed to open java and additionally they desire to broaden the relationship and become a customer of the Android system and Google. Their desire is to create a "distribution" of the Android system ala Redhat. It will be an industry changing partnership. Sun is prepared to walk away from a $100M annual J2ME licensing business into an open source business model that we together crafted. This is a huge step for Sun, and very important for Android and Google.

Soon I will give a detailed presentation to EMG. I'm writing this e-mail tonight to give you a heads up that you may receive a phone call from Jonathan Schwartz. Alan Brenner (Sun VP) briefed him today and Jonathan was excited and immediately wanted to pickup the phone to call you. He doesn't know any of the details of the discussions, but apparently his team has armed him with some basic concepts of the Android project which you are familiar with.

I'm available via my cell phone if you need to reach me: ███████

- andy

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-26-00007930