1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ORACLE AMERICA, INC.,                           No. C 10-03561 WHA

11                    Plaintiff,

12        v.                                          **ORDER GRANTING
                                                      REQUEST TO FILE
13   GOOGLE INC.,                                     RULE 72 MOTION**

14                    Defendant.

15   _____/

16          Defendant "respectfully requests permission to file a motion for relief from Magistrate

17   Judge Ryu's nondispositive orders holding that attorney-client privilege does not protect the

18   Lindholm email and drafts thereof" (Dkt. No. 418).  Plaintiff opposes defendant's request

19   (Dkt. No. 429).  Having considered the submissions from both sides, defendant's request is

20   **GRANTED**.  The motion must be filed by **SEPTEMBER 19, 2011**.  The opposition is due on

21   **SEPTEMBER 26, 2011**, and the reply is due on **SEPTEMBER 29, 2011**.  The opening and responsive

22   memoranda may not exceed fifteen pages each, and the reply memorandum may not exceed ten

23   pages.  The motion will be heard at **8:00 A.M. ON OCTOBER 13, 2011**.

24

25          **IT IS SO ORDERED.**

26

27   Dated:  September 14, 2011.

28                                          _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*