| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| 633 Battery Street | 101 Second Street, Suite 2300 |
| San Francisco, CA 94111-1809 | San Francisco, CA 94105 |
| Telephone: 415.391.5400 | Telephone: 415.318.1200 |
| Facsimile: 415.397.7188 | Facsimile: 415.318.1300 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | IAN C. BALLON - #141819 |
| sweingaertner@kslaw.com | ballon@gtlaw.com |
| ROBERT F. PERRY | HEATHER MEEKER - #172148 |
| rperry@kslaw.com | meekerh@gtlaw.com |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY 10036 | Telephone: 650.328.8500 |
| Telephone: 212.556.2100 | Facsimile: 650.328.8508 |
| Facsimile: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> **DECLARATION OF MICHAEL S. KWUN RE PLAINTIFF ORACLE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL (DKT. 419)** <br><br> Judge: Hon. William Alsup |

1  I, Michael S. Kwun, declare as follows:

2  1. I am of counsel at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in response to the Administrative Request to File Under Seal Re: Request for Leave to File Portions of Deposition Transcript (Dkt. 419) filed by Plaintiff Oracle America, Inc. ("Oracle"). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

3  2. Google does not oppose the filing of the unredacted version of Oracle's September 12, 2011 précis (Dkt. 420) in the public record.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on September 15, 2011 in San Francisco, California.

           /s/ Michael S. Kwun
           Michael S. Kwun