1    [Counsel listed on signature page]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA (DMR)

12                  Plaintiff,               **STIPULATION AND [PROPOSED]
                                             ORDER TO EXTEND THE NON-
13          v.                               DAMAGES EXPERT DISCOVERY
                                             CUT-OFF FOR THE DEPOSITION
14                                           OF DAVID AUGUST**
     GOOGLE INC.
15                                           Judge:  Honorable William H. Alsup
                  Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, non-damages expert discovery in this case will close on September 15, 2011;

WHEREAS, the parties will have completed all but one non-damages expert deposition, described below, by September 15, 2011;

WHEREAS, Google Inc. ("Google") has retained Dr. David August to provide an expert opinion regarding non-infringement of the '104 and '205 patents;

WHEREAS, Dr. August is available for deposition on September 16, 2011, and Oracle America, Inc. ("Oracle") has served a subpoena for his deposition on that date; and

WHEREAS, the parties agree to an extension of the non-damages expert discovery cut-off to September 16, 2011, for the limited purpose of completing the deposition of Dr. August.

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that:

1.      The non-damages expert discovery cut-off shall be extended to September 16, 2011 for the limited purpose of completing the deposition of Dr. David August.

2.      No other deadlines in this case will be affected by the foregoing extension.  The parties will not use this extension to argue for a delay of the trial date or any other deadlines in this case.

**ORDER**

Based on the foregoing stipulation,

IT IS SO ORDERED.

Date: _____     _____
                                 Honorable William Alsup
                                 Judge of the United States District Court

1    Dated: September 15, 2011          MORRISON & FOERSTER LLP

2
                                        By:  /s/ Daniel P. Muino
3                                            Daniel P. Muino

4                                       MORRISON & FOERSTER LLP
                                        MICHAEL A. JACOBS (Bar No. 111664)
5                                       mjacobs@mofo.com
                                        MARC DAVID PETERS (Bar No. 211725)
6                                       mdpeters@mofo.com
                                        DANIEL P. MUINO (Bar No. 209624)
7                                       dmuino@mofo.com
                                        755 Page Mill Road
8                                       Palo Alto, CA  94304-1018
                                        Telephone:  (650) 813-5600
9                                       Facsimile:  (650) 494-0792

10                                      BOIES, SCHILLER & FLEXNER LLP
                                        DAVID BOIES (Admitted *Pro Hac Vice*)
11                                      dboies@bsfllp.com
                                        333 Main Street
12                                      Armonk, NY  10504
                                        Telephone:  (914) 749-8200
13                                      Facsimile:  (914) 749-8300

14                                      STEVEN C. HOLTZMAN (Bar No. 144177)
                                        sholtzman@bsfllp.com
15                                      1999 Harrison St., Suite 900
                                        Oakland, CA  94612
16                                      Telephone: (510) 874-1000
                                        Facsimile: (510) 874-1460
17
                                        ORACLE CORPORATION
18                                      DORIAN DALEY (Bar No. 129049)
                                        dorian.daley@oracle.com
19                                      DEBORAH K. MILLER (Bar No. 95527)
                                        deborah.miller@oracle.com
20                                      MATTHEW M. SARBORARIA (Bar No.
                                        211600)
21                                      matthew.sarboraria@oracle.com
                                        500 Oracle Parkway
22                                      Redwood City, CA  94065
                                        Telephone:  (650) 506-5200
23                                      Facsimile:  (650) 506-7114

24                                      *Attorneys for Plaintiff*
                                        ORACLE AMERICA, INC.
25

26

27

28

1    Dated: September 15, 2011          KING & SPALDING LLP

2
                                        By:  /s/ Eugene M. Paige
3                                            Eugene M. Paige

4                                       KEKER & VAN NEST LLP
                                        ROBERT A. VAN NEST (SBN 84065)
5                                       rvannest@kvn.com
                                        CHRISTA M. ANDERSON (SBN184325)
6                                       canderson@kvn.com
                                        DANIEL PURCELL (SBN 191424)
7                                       dpurcell@kvn.com
                                        633 Battery Street
8                                       San Francisco, CA  94111-1809
                                        Telephone:  (415) 391-5400
9                                       Facsimile:  (415) 397-7188

10                                      SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
                                        sweingaertner@kslaw.com
11                                      ROBERT F. PERRY
                                        rperry@kslaw.com
12                                      BRUCE W. BABER (*Pro Hac Vice*)
                                        bbaber@kslaw.com
13                                      1185 Avenue of the Americas
                                        New York, NY  10036-4003
14                                      Telephone:  (212) 556-2100
                                        Facsimile:  (212) 556-2222
15
                                        DONALD F. ZIMMER, JR. (SBN 112279)
16                                      fzimmer@kslaw.com
                                        CHERYL A. SABNIS (SBN 224323)
17                                      csabnis@kslaw.com
                                        KING & SPALDING LLP
18                                      101 Second Street - Suite 2300
                                        San Francisco, CA  94105
19                                      Telephone:  (415) 318-1200
                                        Facsimile:  (415) 318-1300
20
                                        GREENBERG TRAURIG, LLP
21                                      IAN C. BALLON (SBN 141819)
                                        ballon@gtlaw.com
22                                      HEATHER MEEKER (SBN 172148)
                                        meekerh@gtlaw.com
23                                      1900 University Avenue
                                        East Palo Alto, CA  94303
24                                      Telephone:  (650) 328-8500
                                        Facsimile:  (650) 328-8508
25
                                        *Attorneys for Defendant*
26                                      GOOGLE INC.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE NON-DAMAGES EXPERT DISCOVERY CUT-OFF FOR THE DEPOSITION OF DAVID AUGUST.** In compliance with General Order 45, X.B., I hereby attest that Eugene M. Paige has concurred in this filing.

Date: September 15, 2011

_/s/ Daniel P. Muino_
Daniel P. Muino

STIP. TO EXTEND THE NON-DAMAGES EXPERT DISCOVERY CUT-OFF FOR THE DEPOSITION OF DAVID AUGUST
CASE NO. CV 10-03561 WHA (DMR)
pa-1485992

4