**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  September 15, 2011                                 Total Hearing Time: 1 hour 25 minutes

Case No.  C10-03561 WHA

Title:  ORACLE AMERICA, INC. v. GOOGLE INC.

Plaintiff Attorney(s): Steven Holtzman; Roman Swoopes; Michael Jacobs; Kenneth Kuwayti
                      Matthew Sarboraria (representative)

Defense Attorney(s): Bruce Baber; Michael Kwun; Robert Van Nest; Renny Hwang (representative)

Deputy Clerk:  Dawn Toland                      Court Reporter:  Kathy Wyatt

**PROCEEDINGS**

1)    Motion Hearing - Taken Under Submission

2)    

Complete Initial Disclosures (Rule 26):

Last Day to Seek Leave to Add/Amend:

Discovery Cutoff:

Last Day to File Motion:


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**