MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>                    Plaintiff,<br><br>          v.<br><br>GOOGLE INC.<br><br>                    Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MARC D. PETERS IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT**<br><br>Date:   September 29, 2011<br>Time:  8:00 a.m.<br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

I, Marc David Peters, declare as follows:

I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1.      On February 9, 2011, I participated in a Court-directed meet-and-confer on Oracle's initial Infringement Contentions, served December 2, 2010. We invited Google to pose any questions it wished if it had difficulty understanding Oracle's Infringement Contentions. During the court hearing on February 9, 2011, my partner Michael Jacobs reported to the Court the parties' agreement to engage better with each other in attempting to resolve discovery disputes. At no time afterward did Google pose any queries that correspond to the complaints it makes in its current motion, although its counsel did ask regarding other issues.

2.      Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of Oracle's Supplemental Infringement Contentions for the '104 Patent, served April 1, 2011 (highlights added).

3.      Attached hereto as Exhibit 2 is a true and correct copy of relevant portions of Oracle's Supplemental Infringement Contentions for the '702 Patent, served April 1, 2011 (highlights added).

4.      Attached hereto as Exhibit 3 is a true and correct copy of relevant portions of the transcript of deposition of John C. Mitchell, Ph.D., taken on September 6, 2011 (highlights added). Protective Order designations have been withdrawn for the attached portions.

5.      Attached hereto as Exhibit 4 is a true and correct copy of relevant portions of Defendant Google Inc.'s Fourth Supplemental Responses to Plaintiff's Interrogatories, Set One, No. 3 (highlights added).

6.      Attached hereto as Exhibit 5 is a true and correct copy of relevant portions of the Expert Report of Terence Parr, Ph.D. Regarding Non-Infringement of U.S. Patent No. 5,966,702 (highlights added). Protective Order designations have been withdrawn for the attached portions.

7.     Attached hereto as Exhibit 6 is a true and correct copy of relevant portions of Defendant Google Inc.'s Responses to Plaintiff's Interrogatories, Set Four, No. 21 (highlights added).

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.  Executed on September 15, 2011, in Palo Alto, California.

                                    /s/ Marc David Peters

Peters Decl. ISO Oracle Opp. to Google Mot. to Strike Portions of the Mitchell Patent Report
Case No. CV 10-03561 WHA
pa-1485804

2