# EXHIBIT 2

## EXHIBIT C
## Supplemental Infringement Contentions for the '702 Patent

***NOTE:***  The infringement evidence cited below is exemplary and not exhaustive.  The cited examples are taken from Android 2.2, 2.3, and Google's Android websites.  Oracle's infringement contentions apply to all versions of Android having similar or nearly identical code or documentation, including past and expected future releases.  Although Oracle's investigation is ongoing, the '702 patent is infringed by all versions of Android from Oct. 21, 2008 to the present, including Android 1.1, 1.5 ("Cupcake"), 1.6 ("Donut"), 2.0/2.1 ("Éclair"), 2.2 ("Froyo"), and 2.3 ("Gingerbread").

The cited source code examples are taken from http://android.git.kernel.org/.  The citations are shortened and mirror the file paths shown in http://android.git.kernel.org/.  For example, "dalvik\vm\native\InternalNative.c" maps to "[platform/dalvik.git] / vm / native / InternalNative.c" (accessible at http://android.git.kernel.org/?p=platform/dalvik.git;a=blob;f=vm/native/InternalNative.c).  Google has apparently made modifications to certain source code files and directories since Oracle's Preliminary Infringement Contentions were served on December 2, 2010.  As such, file paths may in some cases refer to earlier versions of Android than what is immediately available at http://android.git.kernel.org/.

It appears that the Android git source code repository (accessible through http://android.git.kernel.org/) was created on or around Oct. 21, 2008.  As such, the list of infringing Android versions may be expanded based on what Oracle learns about earlier Android versions.

The asserted claims include apparatus, method, and computer-readable medium claims.  Anyone who makes, uses, offers to sell, sells, or imports the computers running the Android SDK within or into the United States directly infringes the apparatus claims.  Similarly, anyone who engages in the above conduct with respect to storage devices containing the Android SDK directly infringes the computer-readable medium claims.  Anyone who uses the Android SDK directly infringes the method claims.  Thus Google and its downstream licensees, including device manufacturers and application developers, directly infringe.  Google induces and contributes to infringement of all asserted claims by distributing the Android SDK with the intention that it will be executed by developers.  The Android code cited below necessarily infringes because developers must run the Android dx tool to build Android applications, and generate Android bytecode and .dex files, and run the Dalvik virtual machine to test them.  The Android SDK is a tool used purely to build and test Android programs.  It is neither a staple article nor capable of substantial non-infringing use.  Google supplies the Android SDK in and from the United States.

When infringement evidence first presented with respect to one claim is referred to with respect to another, the evidence is applicable because it is not limited to a particular form of infringement.

| The '702 Patent | Infringed By |
|---|---|
| 1. A method of pre-processing class files comprising: | The Android dx tool involves a method of pre-processing .class files into a Dalvik executable format (.dex) file. |
| | **"dx** |
| | The dx tool lets you generate Android bytecode from .class files. The tool converts target files and/or directories to Dalvik executable format (.dex) files, so that they can run in the Android environment." |
| | Android Developer Tools available at http://developer.android.com/guide/developing/tools/othertools.html |
| | The method of pre-processing class files into a .dex file that can be interpreted by the Dalvik Virtual Machine (Dalvik VM) is explained in the Dalvik VM video presentation and related presentation from Google I/O 2008, dated 5/29/2008. |
| | *See* Google I/O 2008 Video entitled "*Google I/O 2008 - Dalvik Virtual Machine Internals*," presented by Dan Bornstein, http://developer.android.com/videos/index.html#v=ptjedOZEXPM ("Dalvik Video"), at time 5:45–10:45. |
| | *See also* Google I/O 2008 Presentation Slides, entitled, "*Dalvik Virtual Machine Internals, Google I/O 2008,*" presented by Dan Bornstein ("Dalvik Presentation") at slides 11-22, available at http://sites.google.com/site/io/dalvik-vm-internals/2008-05-29-Presentation-Of-Dalvik-VM-Internals.pdf?attredirects=0. |
| | In the Android source code, *see generally*: |
| | "Classes for translating Java classfiles into Dalvik classes. PACKAGES USED: • com.android.dx.cf.code |

| The '702 Patent | Infringed By |
|---|---|
| | • com.android.dx.cf.direct<br>• com.android.dx.cf.iface<br>• com.android.dx.dex.code<br>• com.android.dx.dex.file<br>• com.android.dx.rop.code<br>• com.android.dx.rop.cst<br>• com.android.dx.util"<br><br>dalvik\dx\src\com\android\dx\dex\cf\package.html. |
| determining plurality of duplicated elements in a plurality of class files; | The Android dx tool determines a plurality of duplicated elements in a plurality of class files, as explained in the Dalvik Video at time 7:50-8:45 and Dalvik Presentation, slides 18-19.<br><br>The Dalvik Presentation shows the determination of a plurality of duplicated elements (e.g., class signatures and string names) in a plurality of class files:<br><br><br><br>(Dalvik Presentation, slide 18)<br>(Shows identification of common class signatures in the class files) |

| The '702 Patent | Infringed By |
|---|---|
| |  (Dalvik Presentation, slide 19) (Shows identification of common string names in the class files) <br><br> In the Android source code, *see also generally*: <br><br> "Interfaces and implementation of things related to the constant pool. PACKAGES USED: * com.android.dx.rop.type * com.android.dx.util" <br><br> dalvik/dx/src/com/android/dx/rop/cst/package.html. <br><br> *See also* DexFile.java: <br><br> `440` <br> `441      /**` <br> `442       * Gets the {@link IndexedItem} corresponding to the given constant,` <br> `443       * if it is a constant that has such a correspondence, or return` |

| The '702 Patent | Infringed By |
|---|---|
| | 444   * {@code null} if it isn't such a constant. This will throw<br>445   * an exception if the given constant <i>should</i> have been found<br>446   * but wasn't.<br>447   *<br>448   * @param cst {@code non-null;} the constant to look up<br>449   * @return {@code null-ok;} its corresponding item, if it has a corresponding<br>450   * item, or {@code null} if it's not that sort of constant<br>451   */<br>452   /*package*/ IndexedItem findItemOrNull(Constant cst) {<br>453       IndexedItem item;<br>454<br>455       if (cst instanceof CstString) {<br>456           return stringIds.get(cst);<br>457       } else if (cst instanceof CstType) {<br>458           return typeIds.get(cst);<br>459       } else if (cst instanceof CstBaseMethodRef) {<br>460           return methodIds.get(cst);<br>461       } else if (cst instanceof CstFieldRef) {<br>462           return fieldIds.get(cst);<br>463       } else {<br>464           return null;<br>465       }<br>466   }<br>467<br>468   /**<br>469   * Returns the contents of this instance as a {@code .dex} file,<br>470   * in a {@link ByteArrayAnnotatedOutput} instance.<br>471   *<br>472   * @param annotate whether or not to keep annotations<br>473   * @param verbose if annotating, whether to be verbose<br>474   * @return {@code non-null;} a {@code .dex} file for this instance<br>475   */<br>476   private ByteArrayAnnotatedOutput toDex0(boolean annotate,<br>477           boolean verbose) {<br>478       /*<br>479        * The following is ordered so that the prepare() calls which<br>480        * add items happen before the calls to the sections that get<br>481        * added to.<br>482        */<br>483<br>484       classDefs.prepare();<br>485       classData.prepare();<br>486       wordData.prepare(); |

| The '702 Patent | Infringed By |
|---|---|
| | ```
487        byteData.prepare();
488        methodIds.prepare();
489        fieldIds.prepare();
490        protoIds.prepare();
491        typeLists.prepare();
492        typeIds.prepare();
493        stringIds.prepare();
494        stringData.prepare();
495        header.prepare();
496
497        // Place the sections within the file.
498
499        int count = sections.length;
500        int offset = 0;
501
502        for (int i = 0; i < count; i++) {
503            Section one = sections[i];
504            int placedAt = one.setFileOffset(offset);
505            if (placedAt < offset) {
506                throw new RuntimeException("bogus placement for section " +
i);
507            }
508
509            try {
510                if (one == map) {
511                    /*
512                     * Inform the map of all the sections, and add it
513                     * to the file. This can only be done after all
514                     * the other items have been sorted and placed.
515                     */
516                    MapItem.addMap(sections, map);
517                    map.prepare();
518                }
519
520                if (one instanceof MixedItemSection) {
521                    /*
522                     * Place the items of a MixedItemSection that just
523                     * got placed.
524                     */
525                    ((MixedItemSection) one).placeItems();
526                }
527
528                offset = placedAt + one.writeSize();
529            } catch (RuntimeException ex) {
``` |

| The '702 Patent | Infringed By |
|---|---|

```
530                     throw ExceptionWithContext.withContext(ex,
531                             "...while writing section " + i);
532                 }
533             }
534
535             // Write out all the sections.
536
537             fileSize = offset;
538             byte[] barr = new byte[fileSize];
539             ByteArrayAnnotatedOutput out = new ByteArrayAnnotatedOutput(barr);
540
541             if (annotate) {
542                 out.enableAnnotations(dumpWidth, verbose);
543             }
544
545             for (int i = 0; i < count; i++) {
546                 try {
547                     Section one = sections[i];
548                     int zeroCount = one.getFileOffset() - out.getCursor();
549                     if (zeroCount < 0) {
550                         throw new ExceptionWithContext("excess write of " +
551                                 (-zeroCount));
552                     }
553                     out.writeZeroes(one.getFileOffset() - out.getCursor());
554                     one.writeTo(out);
555                 } catch (RuntimeException ex) {
556                     ExceptionWithContext ec;
557                     if (ex instanceof ExceptionWithContext) {
558                         ec = (ExceptionWithContext) ex;
559                     } else {
560                         ec = new ExceptionWithContext(ex);
561                     }
562                     ec.addContext("...while writing section " + i);
563                     throw ec;
564                 }
565             }
566
567             if (out.getCursor() != fileSize) {
568                 throw new RuntimeException("foreshortened write");
569             }
570
571             // Perform final bookkeeping.
572
573             calcSignature(barr);
```

| The '702 Patent | Infringed By |
|---|---|
| | <pre>574          calcChecksum(barr);
575
576          if (annotate) {
577              wordData.writeIndexAnnotation(out, ItemType.TYPE_CODE_ITEM,
578                      "\nmethod code index:\n\n");
579              getStatistics().writeAnnotation(out);
580              out.finishAnnotating();
581          }
582
583          return out;
584      }
585
586      /**
587       * Generates and returns statistics for all the items in the file.
588       *
589       * @return {@code non-null;} the statistics
590       */
591      public Statistics getStatistics() {
592          Statistics stats = new Statistics();
593
594          for (Section s : sections) {
595              stats.addAll(s);
596          }
597
598          return stats;
599      }
600
601      /**
602       * Calculates the signature for the {@code .dex} file in the
603       * given array, and modify the array to contain it.
604       *
605       * @param bytes {@code non-null;} the bytes of the file
606       */
607      private static void calcSignature(byte[] bytes) {
608          MessageDigest md;
609
610          try {
611              md = MessageDigest.getInstance("SHA-1");
612          } catch (NoSuchAlgorithmException ex) {
613              throw new RuntimeException(ex);
614          }
615
616          md.update(bytes, 32, bytes.length - 32);
617</pre> |

| The '702 Patent | Infringed By |
|---|---|
| | ```
618        try {
619            int amt = md.digest(bytes, 12, 20);
620            if (amt != 20) {
621                throw new RuntimeException("unexpected digest write: " + amt +
622                                          " bytes");
623            }
624        } catch (DigestException ex) {
625            throw new RuntimeException(ex);
626        }
627    }
628
629    /**
630     * Calculates the checksum for the {@code .dex} file in the
631     * given array, and modify the array to contain it.
632     *
633     * @param bytes {@code non-null;} the bytes of the file
634     */
635    private static void calcChecksum(byte[] bytes) {
636        Adler32 a32 = new Adler32();
637
638        a32.update(bytes, 12, bytes.length - 12);
639
640        int sum = (int) a32.getValue();
641
642        bytes[8]  = (byte) sum;
643        bytes[9]  = (byte) (sum >> 8);
644        bytes[10] = (byte) (sum >> 16);
645        bytes[11] = (byte) (sum >> 24);
646    }
647 }
``` |
| | dalvik/dx/src/com/android/dx/dex/file/DexFile.java. |
| | *See also*: |
| | dalvik/dx/src/com/android/dx/dex/file/TypeIdsSection.java<br>dalvik/dx/src/com/android/dx/dex/file/TypeIdItem.java<br>dalvik/dx/src/com/android/dx/cf/cst/ConstantPoolParser.java |
| forming a shared table comprising said plurality of duplicated | The Android dx tool forms a shared table of the duplicated elements from the plurality of class files.  This process is explained in the Dalvik Video at time 7:20–9:25 and Dalvik |

| The '702 Patent | Infringed By |
|---|---|
| elements; | Presentation, slides 15-20, where the recited shared table includes, e.g., one or more of the "string_ids constant pool," "type_ids constant pool," "proto_ids constant pool," "field_ids constant pool," and "method_ids constant pool."<br><br>The Dalvik Presentation shows the elements of the class files combining into a shared constant pool (shared tables) in the .dex file.<br><br><br>(Dalvik Presentation, slide 15)<br><br>In the illustration above, each of "string_ids," "type_ids" and "method_ids" are examples of the shared tables (or, equivalently, a collective shared table).<br><br>In addition, the discussion of the "Shared Constant Pool" in the Dalvik Video explains that the duplicated elements in the class files are consolidated into the shared constant pool (shared table) of the .dex file. *See* Dalvik Presentation, slides 15-21.<br><br>For example, slide 19 of the Dalvik Presentation shows the separate class files having |

| The '702 Patent | Infringed By |
|---|---|
| | duplicated elements.<br><br><br>(Dalvik Presentation, slide 19)<br><br>Next, slide 20 of the Dalvik Presentation shows a representation of the class files after being processed into a single .dex file, with the duplicate elements removed; the elements are then stored in a shared constant pool (shared table): |

| The '702 Patent | Infringed By |
|---|---|
|  |  (Dalvik Presentation, slide 20)<br><br>In the Android source code, *see also generally*:<br><br>"Interfaces and implementation of things related to the constant pool. PACKAGES USED:<br>* com.android.dx.rop.type<br>* com.android.dx.util"<br><br>dalvik/dx/src/com/android/dx/rop/cst/package.html.<br><br>*See also:*<br>dalvik/dx/src/com/android/dx/dex/file/DexFile.java<br>dalvik/dx/src/com/android/dx/dex/file/TypeIdsSection.java |

| The '702 Patent | Infringed By |
|---|---|
| | dalvik/dx/src/com/android/dx/dex/file/TypeIdItem.java<br>dalvik/dx/src/com/android/dx/cf/cst/ConstantPoolParser.java |
| removing said duplicated elements from said plurality of class files to obtain a plurality of reduced class files; and | The Android dx tool removes the duplicated elements from the plurality of class files (e.g., as part of the process of forming the .dex file) and obtains a plurality of reduced class files (the reduced class files including a subset of the code and data contained in the class files).  This process, and contents of the reduced class file, is clearly explained and illustrated in the Dalvik Video at time 7:20–9:25 and Dalvik Presentation, slides 15-20.<br><br>The Dalvik Presentation shows the class files combining into a shared constant pool (shared table) in the .dex file, whereby duplicated elements are removed from the class files when using a subset of the code and data contained in the class files, i.e., the reduced class files, to form the .dex file.<br><br><br>(Dalvik Presentation, slide 15) |

| The '702 Patent | Infringed By |
|---|---|
| | The original class files are combined into a single .dex file, which includes a plurality of reduced class files (i.e., a subset of code and data of the class files, with duplicates removed). This is also illustrated in slide 11 of the Dalvik presentation, which shows the anatomy of a .dex file:<br><br><br>(Dalvik Presentation, slide 11)<br><br>Next, slides 18-20 of the Dalvik Presentation show the removal of the duplicated elements of the plurality of class files such that the resulting .dex file contains only one copy of each element in its shared constant pool (shared table). |

| The '702 Patent | Infringed By |
| --- | --- |
|  | <br>(Dalvik Presentation, slide 18) |

| The '702 Patent | Infringed By |
|---|---|
|  |  (Dalvik Presentation, slide 19) (Dalvik Presentation, slide 20) |

| The '702 Patent | Infringed By |
|---|---|
| | In the Android source code, *see also generally*:<br><br>    "Interfaces and implementation of things related to the constant pool.<br>    PACKAGES USED:<br>       * com.android.dx.rop.type<br>       * com.android.dx.util"<br><br>dalvik/dx/src/com/android/dx/rop/cst/package.html.<br><br>*See also:*<br>dalvik/dx/src/com/android/dx/dex/file/DexFile.java<br>dalvik/dx/src/com/android/dx/dex/file/TypeIdsSection.java<br>dalvik/dx/src/com/android/dx/dex/file/TypeIdItem.java<br>dalvik/dx/src/com/android/dx/cf/cst/ConstantPoolParser.java |
| forming a multi-class file comprising said plurality of reduced class files and said shared table. | As explained above, the Android dx tool forms a multi-class file—the .dex file—comprising the reduced class files and a shared constant pool (shared table) such that duplicate elements have been removed.  This process is explained in the Dalvik Video at time 7:20–9:25 and Dalvik Presentation, slides 11 and 15-20.  The reduced class files include a subset of the code and data of the original class files, e.g., "class_defs" and "data" illustrated in slide 11 and the "other data" illustrated in slide 15, and the recited shared table includes, e.g., one or more of the "string_ids constant pool," "type_ids constant pool," "proto_ids constant pool," "field_ids constant pool," and "method_ids constant pool."<br><br>The Dalvik Presentation shows the original class files being combined into a .dex file (multi-class file) comprising the plurality of reduced class files and the shared constant pool (shared table): |

| The '702 Patent | Infringed By |
|---|---|
| |  |

(Dalvik Presentation, slide 15)

(Dalvik Presentation, slide 11)

| The '702 Patent | Infringed By |
|---|---|
| | <br>(Dalvik Presentation, slide 20)<br><br>In the Android source code, *see generally*:<br><br>"Classes for translating Java classfiles into Dalvik classes.<br>PACKAGES USED:<br>• com.android.dx.cf.code<br>• com.android.dx.cf.direct<br>• com.android.dx.cf.iface<br>• com.android.dx.dex.code<br>• com.android.dx.dex.file<br>• com.android.dx.rop.code<br>• com.android.dx.rop.cst<br>• com.android.dx.util"<br><br>dalvik\dx\src\com\android\dx\dex\cf\package.html. |

| The '702 Patent | Infringed By |
|---|---|
| | *See also*:<br>     /**<br>        * Representation of an entire {@code .dex} (Dalvik EXecutable)<br>        * file, which itself consists of a set of Dalvik classes.<br>        */<br>     public final class DexFile {<br>        /** {@code non-null;} word data section */<br>        private final MixedItemSection wordData;<br>dalvik\dx\src\com\android\dx\dex\file\DexFile.java.<br><br>*See also*:<br>     dalvik/dx/src/com/android/dx/dex/file/DexFile.java<br>     dalvik/dx/src/com/android/dx/dex/file/TypeIdsSection.java<br>     dalvik/dx/src/com/android/dx/dex/file/TypeIdItem.java<br>     dalvik/dx/src/com/android/dx/cf/cst/ConstantPoolParser.java |

| The '702 Patent | Infringed By |
|---|---|
| 5. The method of claim 1, wherein said step of determining a plurality of duplicated elements comprises: | *See* Claim 1, *supra*. |
| determining one or more constants shared between two or more class files. | The Android dx tool determines constants shared between two or more class files.  This process is explained in the Dalvik Video at time 7:20-9:25 and Dalvik Presentation, slides 11-20.<br><br>The Dalvik Presentation shows the elements of the class files identified for combining into a shared constant pool (shared tables) in the .dex file. |