# EXHIBIT 3

REDACTED

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5    _____
 6    ORACLE AMERICA, INC.,    )
 7              Plaintiff,     )
 8         vs.                 ) No. CV 10-03561 WHA
 9    GOOGLE, INC.,            ) VOLUME I
10              Defendant.     )
11    _____)
12
13         Protective Order designations withdrawn for this excerpt.
14
15         Videotaped Patent Issues Deposition
16         of JOHN C. MITCHELL, Ph.D., taken at
17         755 Page Mill Road, Palo Alto, California,
18         commencing at 9:43 a.m., Tuesday,
19         September 6, 2011, before Leslie Rockwood,
20         RPR, CSR No. 3462.
21
22
23
24
25    PAGES 1 - 270
```

Page 1

1  source code for the method that's called was not
2  illustrated in the chart but illustrated in my report.
3      And in some cases, the method that calls the
4  method in the chart is not illustrated in the chart but
5  is illustrated in the report.                               15:24:51
6      I went through the report and the charts
7  recently in order to examine the connection.  And there
8  are a couple of different correspondences of that sort
9  that, as best I could determine on my review, account for
10 all of the textual differences of what's presented in the  15:25:09
11 report and in the charts.
12     Q.  BY MR. PAIGE:  What do you mean when you say
13 it wasn't illustrated in the chart?
14     A.  The actual source code isn't -- for a method
15 called in the chart is not included verbatim in the        15:25:21
16 chart.  But in some cases, the file name is present, the
17 code is not duplicated.  In some cases the name of the
18 method is in the chart but the text of that method is not
19 contained in the chart.
20     Q.  Okay.                                         15:25:42
21     MR. PAIGE:  Let me mark Exhibit 426, which is
22 Exhibit C to the second supplemental infringement
23 contentions.
24     Q.  And I'd like you to tell me where any
25 reference to FieldsIdsSection.java is found in Exhibit C.  15:25:56

```
 1              (Exhibit Google 426 was marked for
 2              identification.)
 3              THE WITNESS:  I think the easiest way for me
 4    to give you an answer is to give you several as -- you
 5    know, incrementally give you connections between these        15:27:32
 6    and ways that one refers to the other.
 7              If I read this paragraph 459 correctly in my
 8    report, file -- DexFile.java contains code that
 9    references these connect -- production of these sections.
10    And as the report illustrates, the section code then          15:28:01
11    involves a TreeMap.
12              And for starters, on page 4 of Exhibit C,
13    there's an indication to "See source code file
14    DexFile.java."
15              So on page 9 of Exhibit C, there are -- type        15:28:21
16    ID section is mentioned, if I remember correctly.  And
17    it's maybe another thing to confirm separately.  It's
18    easy to determine one way or another, I think.
19              The TypeIdsSection -- many of these sections
20    are parallel.  And if the TypeIdsSection is parallel in       15:29:17
21    construction to FieldIdsSection, then the source code
22    indicated there under TypeIdsSection logically would
23    contain a similar declaration of a TreeMap data
24    structure.
25              Would you like me to find more things of that       15:30:17
```

Page 173

```
 1   sort?
 2        Q.  No.  I'd like you to find where you said
 3   FieldsIdsSection.java anywhere in Exhibit C.  If the
 4   answer is you haven't, because I haven't seen it, that's
 5   fine.  But you can just tell me that.                    15:30:32
 6        A.  I think one relevant piece of information
 7   that -- as far as I recall, is that these different
 8   sections are all coded similarly.  At least the ones I
 9   recall.
10            So FieldIdsSection is one illustrative         15:30:49
11   example, if I remember correctly, in the report.  And
12   certainly I'd take a look.  I don't know from recall, but
13   I'm expecting from the naming and other properties of the
14   structure that TypeIdsSection mentioned in the chart is
15   likely to have similar code structure, including TreeMap. 15:31:18
16            So if the issue is mentioning TreeMap, that's
17   this -- a sense in which it is included in the chart.
18        Q.  So it's similar to other code that you've
19   cited in the chart, is how you think it's included in the
20   chart; is that right?                                    15:31:38
21            MR. PETERS:  Objection.  Form.
22            THE WITNESS:  No.  The -- I don't want to
23   state as fact something I do not recall clearly about the
24   TypeIdsSection code.  But my recollection from looking at
25   this, and it's easy to check with the browser, is that   15:31:56
```

Page 174

```
 1   TypeIdsSection has a similar structure to
 2   FieldIdsSection.
 3           If that recollection is correct, then this
 4   code explicitly listed in the chart includes TreeMap,
 5   which is the point or the data structure that you began      15:32:15
 6   your question with.
 7       Q.  BY MR. PAIGE:  Okay.  Let's talk about
 8   TreeMap.  In paragraph 468 of your report, on page 211,
 9   you say, quote, "The DX tool determines the duplicated
10   elements, such as strings, fieldIds, methodIds and so        15:32:43
11   forth, in a plurality of class files when it stores them
12   in a TreeMap object, which determines whether the element
13   is a duplicate of one already stored in the TreeMap."
14           Do you see that?
15       A.  Yes.                                                 15:33:04
16       Q.  Okay.  And again, determining whether an
17   element is a duplicate is an important element of the
18   claims; correct?
19       A.  I believe so.
20       Q.  Okay.  And you didn't include any reference          15:33:15
21   to TreeMap in Exhibit C -- strike that question.
22           There is no reference made to TreeMap in
23   Exhibit C; is that correct?
24       A.  There is -- also, if you look here, this is
25   referring to StringIdsSection and showing that TreeMap is    15:33:32
```

Page 175

```
 1    present there.  I found TypeIdsSection in the chart,
 2    which if it's parallel contains TreeMap.  And there may
 3    be other sections.  I haven't completed a look of -- a
 4    look through the chart for those.
 5              But even if it's just the TypeIdsSection,      15:33:59
 6    then looking at that source code will identify this
 7    functionality through the use of TreeMap.
 8         Q.   And you mentioned just now
 9    StringIdsSection.java.  That file isn't it in Exhibit C
10    either, is it?                                           15:34:17
11         A.   I haven't found it.  And if you've done an
12    electronic search in advance, you probably have been
13    effective.
14              But I think if we go back to the paragraph we
15    started here, it mentions a number of similar tables for 15:34:34
16    different types of things.  And I believe that those are
17    all implemented similarly in the source code.
18         Q.   Okay.  And when you say go back to the
19    paragraph we started, you're talking about the paragraph
20    in your expert report; right?                            15:34:52
21         A.   Yes.
22         Q.   Nothing in Exhibit C said that, is there?
23         A.   If you look at DexFile.java, if I remember
24    correctly, it will have calls.  Like a sequence of calls
25    to methods.  One for each of those kinds of tables.      15:35:06
```

```
 1              And so I think that's, if I remember
 2    correctly, you know, basically evident from looking at
 3    the DexFile.java source code.
 4         Q.   Why did you choose not to put these files
 5    into Exhibit C when you were reviewing Exhibit C?        15:35:28
 6         A.   I mean, it -- perhaps it would have been
 7    better to have a more exhaustive list of illustrative
 8    portions of code.  But I think at the time this seemed
 9    to -- sufficient to outline the basic way in which
10    Android system infringes.                                15:35:57
11              And I believe the same -- the functionality
12    discussed in the report and the manner in which that
13    infringes is illustrated in a number of ways in the
14    source code.
15         Q.   If Exhibit C was sufficient, why did you go    15:36:14
16    beyond the information contained in Exhibit C in your
17    expert report?
18         A.   I think I mentioned at the beginning of each
19    of the sections on the -- each patent, that I was asked
20    to provide a narrative kind of explanation of            15:36:33
21    infringement.  And so basically, in order to tell the
22    same story, in effect, with a -- I ended up with, you
23    know, some -- you know, some different examples or
24    following the call chain up and down a little bit to
25    explain more fully.  But it's the same basic, you know,  15:37:03
```

Page 177

```
 1    infringement story, a reason why the system infringes as
 2    shown in the chart.
 3         Q.   Okay.  The implementation of the supposed
 4    invention of the '702 patent, that would require a new MV
 5    to read the multi-class file format; correct?            15:37:23
 6         A.   Are you speaking about -- it sounds like
 7    you're saying if I incorporate this invention into some
 8    system, some change is required.  But could you give me
 9    some context of what kind of system.
10         Q.   If you have a standard Java Virtual Machine,   15:37:43
11    could that read the multi-class file format of the '702
12    patent?
13         A.   If you had a Java Virtual Machine that's not
14    designed for that, if it's designed for individual class
15    files, then no.  If it's designed for something           15:38:10
16    compatible with this multi-class file, then yes.
17         Q.   Have you ever used a Java Virtual Machine
18    that was designed to be compatible with this multi-class
19    file?
20         A.   I don't know.  I haven't -- I haven't checked  15:38:28
21    before in my personal history for compatibility with this
22    file format.
23         Q.   Are you aware of when, if ever, Sun
24    implemented the multi-class file functionality on a
25    virtual machine?                                          15:38:48
```

Page 178

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6              That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9              That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16              I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20              IN WITNESS WHEREOF, I have subscribed my name
21   this 7th day of September, 2011.
22
23
24              _____
25              LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 267