1  [Counsel listed on signature page]

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11  ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA (DMR)

12             Plaintiff,                   **STIPULATION AND ~~[PROPOSED]~~
                                            ORDER TO EXTEND THE NON-
13        v.                                DAMAGES EXPERT DISCOVERY
                                            CUT-OFF FOR THE DEPOSITION
14                                          OF DAVID AUGUST**
    GOOGLE INC.
15                                          Judge:  Honorable William H. Alsup
             Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**STIPULATION**

2      WHEREAS, non-damages expert discovery in this case will close on September 15, 2011;

3      WHEREAS, the parties will have completed all but one non-damages expert deposition,

4 described below, by September 15, 2011;

5      WHEREAS, Google Inc. ("Google") has retained Dr. David August to provide an expert

6 opinion regarding non-infringement of the '104 and '205 patents;

7      WHEREAS, Dr. August is available for deposition on September 16, 2011, and Oracle

8 America, Inc. ("Oracle") has served a subpoena for his deposition on that date; and

9      WHEREAS, the parties agree to an extension of the non-damages expert discovery cut-off

10 to September 16, 2011, for the limited purpose of completing the deposition of Dr. August.

11      NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that:

12      1.      The non-damages expert discovery cut-off shall be extended to September 16,

13 2011 for the limited purpose of completing the deposition of Dr. David August.

14      2.      No other deadlines in this case will be affected by the foregoing extension.  The

15 parties will not use this extension to argue for a delay of the trial date or any other deadlines in

16 this case.

17      **3.      No more extensions of this deadline will be granted.**

18      **ORDER**

19      Based on the foregoing stipulation,

20      IT IS SO ORDERED.

21

22

23 Date:  September 16, 2011.

Honorable William Alsup
Judge of the United States District Court

APPROVED

Judge William Alsup

24

25

26

27

28

1  Dated: September 15, 2011

2

3

By: /s/ Daniel P. Muino
     Daniel P. Muino

4  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
5  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
6  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
7  dmuino@mofo.com
   755 Page Mill Road
8  Palo Alto, CA  94304-1018
   Telephone:  (650) 813-5600
9  Facsimile:  (650) 494-0792

10 BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted Pro Hac Vice)
11 dboies@bsfllp.com
   333 Main Street
12 Armonk, NY  10504
   Telephone:  (914) 749-8200
13 Facsimile:  (914) 749-8300

14 STEVEN C. HOLTZMAN (Bar No. 144177)
   sholtzman@bsfllp.com
15 1999 Harrison St., Suite 900
   Oakland, CA  94612
16 Telephone: (510) 874-1000
   Facsimile: (510) 874-1460

17

18 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
19 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
20 MATTHEW M. SARBORARIA (Bar No. 211600)
21 matthew.sarboraria@oracle.com
   500 Oracle Parkway
22 Redwood City, CA  94065
   Telephone:  (650) 506-5200
23 Facsimile:  (650) 506-7114

24 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

25

26

27

28

STIP. TO EXTEND THE NON-DAMAGES EXPERT DISCOVERY CUT-OFF FOR THE DEPOSITION OF DAVID AUGUST
CASE NO. CV 10-03561 WHA (DMR)
pa-1485992

2

1    Dated:  September 15, 2011                          KING & SPALDING LLP

2
                                                         By:  */s/ Eugene M. Paige*
3                                                             Eugene M. Paige

4                                                        KEKER & VAN NEST LLP
                                                         ROBERT A. VAN NEST (SBN 84065)
5                                                        rvannest@kvn.com
                                                         CHRISTA M. ANDERSON (SBN184325)
6                                                        canderson@kvn.com
                                                         DANIEL PURCELL (SBN 191424)
7                                                        dpurcell@kvn.com
                                                         633 Battery Street
8                                                        San Francisco, CA  94111-1809
                                                         Telephone:  (415) 391-5400
9                                                        Facsimile:  (415) 397-7188

10                                                       SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
                                                         sweingaertner@kslaw.com
11                                                       ROBERT F. PERRY
                                                         rperry@kslaw.com
12                                                       BRUCE W. BABER (*Pro Hac Vice*)
                                                         bbaber@kslaw.com
13                                                       1185 Avenue of the Americas
                                                         New York, NY  10036-4003
14                                                       Telephone:  (212) 556-2100
                                                         Facsimile:  (212) 556-2222
15
                                                         DONALD F. ZIMMER, JR. (SBN 112279)
16                                                       fzimmer@kslaw.com
                                                         CHERYL A. SABNIS (SBN 224323)
17                                                       csabnis@kslaw.com
                                                         KING & SPALDING LLP
18                                                       101 Second Street - Suite 2300
                                                         San Francisco, CA  94105
19                                                       Telephone:  (415) 318-1200
                                                         Facsimile:  (415) 318-1300
20
                                                         GREENBERG TRAURIG, LLP
21                                                       IAN C. BALLON (SBN 141819)
                                                         ballon@gtlaw.com
22                                                       HEATHER MEEKER (SBN 172148)
                                                         meekerh@gtlaw.com
23                                                       1900 University Avenue
                                                         East Palo Alto, CA  94303
24                                                       Telephone:  (650) 328-8500
                                                         Facsimile:  (650) 328-8508
25
                                                         *Attorneys for Defendant*
26                                                       GOOGLE INC.

27

28

STIP. TO EXTEND THE NON-DAMAGES EXPERT DISCOVERY CUT-OFF FOR THE DEPOSITION OF DAVID AUGUST
CASE NO. CV 10-03561 WHA (DMR)                                                                      3
pa-1485992

1

**ATTESTATION**

2

      I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE NON-DAMAGES**

4

**EXPERT DISCOVERY CUT-OFF FOR THE DEPOSITION OF DAVID AUGUST.**  In

5

compliance with General Order 45, X.B., I hereby attest that Eugene M. Paige has concurred in

6

this filing.

7

8

Date: September 15, 2011                */s/ Daniel P. Muino*
                                      Daniel P. Muino

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND THE NON-DAMAGES EXPERT DISCOVERY CUT-OFF FOR THE DEPOSITION OF DAVID AUGUST
CASE NO. CV 10-03561 WHA (DMR)
pa-1485992

4