IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | No. C 10-03561 WHA<br><br>**ORDER DENYING MOTION TO FILE PRÉCIS UNDER SEAL** |

Plaintiff moves for leave to file under seal the unredacted version of its précis requesting leave to file excerpts of the Astrachan deposition (Dkt. No. 419). The redacted portions contain material that defendant designated as confidential. Defendant, however, "does not oppose the filing of the unredacted version . . . in the public record" (Dkt. No. 431). Accordingly, the motion is **DENIED**. Plaintiff shall file the unredacted version of its précis in the public docket by **SEPTEMBER 19, 2011**.

**IT IS SO ORDERED.**

Dated: September 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE