# UNITED STATES DISTRICT COURT

Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 19, 2011

CASE NUMBER: CV 10-03561 WHA

TITLE: ORACLE AMERICA, INC.-v- GOOGLE INC.

TO:
    Morrison & Foerster LLP
    Michael A. Jacobs
    755 Page Mill Road
    Palo Alto, CA 94304-1018

An order has been filed denying your request to file documents under seal in the above cited action.  In accordance with Civil L.R. 79-5(e), the submitting party is hereby notified to retrieve the following lodged documents: Unredacted version of précis requesting leave to file excerpts of the Astrachan deposition, within three days of the date of this notice.   Failure to retrieve the document(s) will result in its disposal by the Clerk's Office.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    By:   William Noble
    Case Systems Administrator