KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
STEVEN A. HIRSCH - #171825
shirsch@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Tel:    415.391.5400
Fax:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>       Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br><br>       Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER GRANTING RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Judge:  Hon. William Alsup<br><br>Date Comp. Filed:  October 27, 2010<br>Trial Date:  October 31, 2011 |

1     The Court has read and considered defendant Google Inc.'s Motion for Relief from

2  Nondispositive Pretrial Order of Magistrate Judge ("the Motion"), the Opposition thereto, and

3  the Reply in support of the motion, and all supporting papers submitted with those briefs.

4     Based thereon, [and on statements made by counsel at the hearing on the Motion], IT IS

5  HEREBY ORDERED THAT all Objections set forth in the Motion to the orders set forth in

6  Docs. 353, 354, 361 and in Docs. 355, 356, and 360 are SUSTAINED; that the Lindholm email

7  and all copies and drafts thereof are protected by the attorney-client privilege and by the attorney

8  work-product doctrine; and that the Lindholm email and all drafts thereof cannot be introduced

9  into evidence or filed or otherwise submitted in any proceeding, including, without limitation, at

10  depositions in this action or at the trial of this action.

11     IT IS FURTHER ORDERED that

12     (1)     Oracle must return to Google, within three business days, all versions and copies,

13  physical and electronic, of

14  • **the Lindholm draft emails** (including, without limitation, the documents production-stamped GOOGLE-12-00039558, GOOGLE-12-00039559,

15  GOOGLE-12-00039560, GOOGLE-12-00039561, GOOGLE-12-00039562, GOOGLE-12-00039563, GOOGLE-12-00039564, GOOGLE-12-00039565, and

16  the document listed on Google's privilege log as item 5512),

17  • **the Lindholm final emails** (including, without limitation, the documents listed on Google's privilege log as items 2551 and 5513), and of

18

19  • the Lindholm draft and final emails produced by Google on August 26, 2011 in response to Magistrate Judge Ryu's order granting Oracle's motion to compel (including, without limitation, the documents production-stamped GOOGLE-12-

20  100000001, GOOGLE-12-100000002, GOOGLE-12-100000003, GOOGLE-12-100000004, GOOGLE-12-100000005, GOOGLE-12-100000006, GOOGLE-12-

21  100000007, GOOGLE-12-100000008, GOOGLE-12-100000009, GOOGLE-12-100000010, GOOGLE-12-100000011)

22  that are in Oracle's control or possession, broadly construed.

23

24     (2)     All proceedings, pleadings, transcripts, declarations, and orders referencing the

   Lindholm draft emails and the Lindholm final emails or the substance thereof are hereby

25  ORDERED sealed, including all those related to the discovery dispute giving rise to this Order

26  and specifically including the following:

27

28  • The Magistrate's "Order re the Parties' Joint Discovery Letter of August 5, 2011 [Docket No 277]" (Doc. 361) is hereby ORDERED sealed in its entirety.

578399.01

- The transcript of the August 25, 2011 hearing before Magistrate Ryu is hereby ORDERED sealed in its entirety.

- Exhibits O and P to the Declaration of Fred Norton (Doc. 305) are hereby ORDERED sealed and redacted.

- The following lines of the Court's July 22, 2011 *Daubert* order (Doc. 230) are hereby ORDERED redacted:  Page 3:24-27.  Good cause having been shown, the Court's Orders set forth in Docs. 255 and 271 are hereby reconsidered and VACATED.

- The following lines of the July 21, 2011 *Daubert* hearing transcript are hereby ORDERED sealed and redacted:  Pages 23:17-24:7, 39:24-42:16, and 45:11-16. The same lines of Exhibit I to the Declaration of Fred Norton (Doc. 305) are hereby ORDERED sealed and redacted.

- The following lines of the transcript of the July 21, 2011 discovery hearing before Magistrate Ryu are hereby ORDERED sealed and redacted:  Pages 14:17-15:5, 31:17-18, 32:25-33:13, 34:8-13, 34:19-35:8.  The Magistrate's Order set forth in Doc. 355 is hereby VACATED.

- The following lines of the Declaration of Fred Norton (Doc. 305) are hereby ORDERED sealed and redacted:  Pages 6:7-18, 7:20-23, 8:6-16, 9:23-27; 10:3-6, 10:8-10, 10:12-20; 11:20-22.

- The following lines of Exhibit H to the Declaration of Fred Norton (Doc. 305) are hereby ORDERED sealed and redacted:  Pages 11:16-21, 33:6-9, 34:8-16, 34:19-35:8.

- The following portions of the Second Declaration of Fred Norton (Doc. 336) are hereby ORDERED sealed and redacted:  Pages 3:14-16 and 3:23-27.

- Exhibits 1, 2, and 3 to the Second Declaration of Fred Norton (Doc. 336) are hereby ordered SEALED.  The Magistrate's Orders set forth in Docs. 356 and 360 are hereby VACATED to the extent that they are inconsistent with this Order.

IT IS SO ORDERED,

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE