| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| DANIEL PURCELL - #191424 | 101 Second St., Suite 2300 |
| dpurcell@kvn.com | San Francisco, CA 94105 |
| 633 Battery Street | Tel: 415.318.1200 |
| San Francisco, CA 94111-1809 | Fax: 415.318.1300 |
| Telephone: 415.391.5400 | |
| Facsimile: 415.397.7188 | |
| | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ballon@gtlaw.com |
| sweingaertner@kslaw.com | HEATHER MEEKER - #172148 |
| ROBERT F. PERRY | meekerh@gtlaw.com |
| rperry@kslaw.com | GREENBERG TAURIG, LLP |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY 10036 | Tel: 650.328.8500 |
| Tel: 212.556.2100 | Fax: 650.328-8508 |
| Fax: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S RESPONSE PRÉCIS** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Judge: Hon. William Alsup |
| | Date Comp. Filed: October 27, 2010 |
| | Trial Date: October 31, 2011 |

DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S RESPONSE PRÉCIS
CASE NO. 3:10-cv-03561-WHA

580343.01

1  I, Daniel Purcell, declare as follows:

2  1. I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Oracle America, Inc.'s ("Oracle") Administrative Motion to File Under Seal Portions of Oracle's Response Précis. [Dkt. No. 427]. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Portions of Oracle's response précis quote the Lindholm email, which is the subject of Google's motion for relief from Magistrate Judge Ryu's nondispositive pretrial order in this case. All versions of the Lindholm email and drafts thereof are marked "PRIVILEGED ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT," and are designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions [Dkt. No. 68] governing this case. The Lindholm email contains privileged information about Google's investigation of and potential responses to Oracle's infringement claims. But even leaving aside whether the email is privileged, Google also considers the information contained in the email to be highly confidential under the standard set forth in the protective order in this case. Under no circumstances would Google publicly disclose during the normal course of business, or absent a direct court order, any information about its litigation strategy or potential responses to claims asserted against it. Public disclosure of this information would cause significant and undue harm to Google's business.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on September 19, 2011.

By:   /s/ Daniel Purcell
      DANIEL PURCELL