KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:     415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> **[PROPOSED] ORDER SEALING PORTIONS OF ORACLE AMERICA INC.'S RESPONSE PRÉCIS** <br><br> Judge:    Hon. William Alsup <br><br> Date Comp. Filed:    October 27, 2010 <br><br> Trial Date:    October 31, 2011 |

1   This matter came before the Court on Oracle America, Inc.'s Administrative Motion to
2  File Under Seal Portions of Oracle's Response Précis. [Dkt. No. 427]. Based on the arguments
3  presented in the administrative motion, the declarations in support of the motion, the pleadings
4  on file, and any other relevant matter, the Court hereby **GRANTS** the motion. Portions of
5  Oracle's response précis shall be filed under seal.

6

7   IT IS SO ORDERED,

8
   _____
9   HONORABLE WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28