PAGES 1 - 69

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM ALSUP, JUDGE,

```
ORACLE AMERICA, INC.,              )
                                   )
              PLAINTIFF,           )
                                   )
  VS.                              ) NO. C 10-3561 WHA
                                   )
GOGGLE INC.,                       )
              DEFENDANT.           )   THURSDAY
                                   )   SEPTEMBER 15, 2011
_____)   8:10 O'CLOCK A.M.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**FOR PLAINTIFF:**          **MORRISON & FOERSTER LLP**
                            755 PAGE MILL ROAD
                            PALO ALTO, CALIFORNIA 94304-1018
                            **BY:   MICHAEL A. JACOBS, ESQUIRE**
                            **KENNETH A. KUWAYTI, ESQUIRE**
                            **ROMAN A. SWOOPES, ESQUIRE**

**AND**

                            **BOIES, SCHILLER & FLEXNER LLP**
                            1999 HARRISON STREET, SUITE 900
                            OAKLAND, CALIFORNIA 94612
                            BY:   STEVEN C. HOLTZMAN, ESQUIRE

FURTHER APPEARANCES ON NEXT PAGE

***REPORTED BY:   KATHERINE WYATT, CSR 9866, RMR, RPR***

*OFFICIAL REPORTER - US DISTRICT COURT*
*COMPUTERIZED TRANSCRIPTION BY ECLIPSE*

```
 1   FURTHER APPEARANCES:

 2   FOR THE DEFENDANT:

 3   KING & SPALDING LLP

 4   1180 PEACHTREE STREET, N.E.

 5   ATLANTA, GEORGIA 30309-3521

 6   404-572-5134

 7   BY:  BRUCE W. BABER, ESQUIRE

 8   AND

 9   KECKER & VAN NEST LLP

10   633 BATTERY STREET

11   SAN FRANCISCO, CALIFORNIA 94111-1809

12   BY:  ROBERT A. VAN NEST, ESQUIRE

13        MICHAEL S. KWUN, ESQUIRE

14

15

16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 15, 2011                              8:10 O'CLOCK  A.M.


P R O C E E D I N G S

THE COURT:  ALL RIGHT. TIME IS SHORT TODAY, SO NO
ONE, EVEN THOUGH YOU'VE GOT MANY LAWYERS HERE, NO ONE IS
ENTITLED TO A HEARING. YOUR HEARING IS BY THE WRITTEN PAPERWORK,
BUT I WILL GIVE THE REST OF YOU A SHORT OPPORTUNITY TO MAKE SOME
POINTS.

WE WILL HEAR THE ORACLE CASE NEXT AND HEAR FIRST FROM
THE YOUNG PERSON WHO IS SUPPOSED TO ARGUE.  AND THEN, THE TIME
WILL BE QUITE LIMITED AFTER THAT.

THE CLERK:  10-3561, ORACLE AMERICA VERSUS GOOGLE
INC.

MR. JACOBS:  GOOD MORNING, YOUR HONOR.  MICHAEL
JACOBS, MORRISON & FOERSTER FOR PLAINTIFF ORACLE AMERICA.  WITH
ME IS ROMAN SWOOPES, THE YOUNG PERSON WHO WILL ARGUE, AND KEN
KUWAYTI, BOTH OF THEM FROM MORRISON & FOERSTER, AND MATTHEW
SARBORARIA FROM ORACLE.

THE COURT:  GREAT.  WELCOME TO ALL OF YOU.

AND?

MR. BABER:  GOOD MORNING, YOUR HONOR.  BRUCE BABER
FROM KING & SPALDING FOR GOGGLE.  AND WITH ME IS BOB VAN NEST
FROM KEKER & VAN NEST, RENNY HWANG FROM GOOGLE, AND MICHAEL KWUN
FROM KEKER & VAN NEST.

THE COURT:  ALL RIGHT.  THIS IS YOUR MOTION FOR

```
 1   SUMMARY JUDGMENT, SO LET'S HEAR FROM YOU FIRST.

 2            PLEASE BE BRIEF BECAUSE I UNDERSTAND WHAT'S IN THE

 3   PAPERS, AND I JUST WANT YOU TO MAKE YOUR MOST IMPORTANT POINTS.

 4            MR. BABER:  ALL RIGHT, YOUR HONOR.  I BELIEVE THE

 5   MOST IMPORTANT POINTS IN THE FRAMEWORK OF A COPYRIGHT CLAIM IS

 6   IF WE RETURN TO CORE COPYRIGHT PRINCIPLES -- AND THERE'S REALLY

 7   FOUR OF THEM I THINK THAT APPLY -- BUT IF YOU RETURN TO CORE

 8   COPYRIGHT PRINCIPLES THAT APPLY REGARDLESS OF THE TYPE OF WORK,

 9   SOFTWARE, ARTISTIC WORKS, LITERARY WORKS, THOSE DRIVE THE

10   DECISION IN LIGHT OF ESPECIALLY THREE DIFFERENT NINTH CIRCUIT

11   CASES THAT HAVE LOOKED AT SOFTWARE AND APPLIED THOSE SAME

12   PRINCIPLES.

13            THE FOUR PRINCIPLES ARE, NUMBER ONE:  THE FUNDAMENTAL

14   IDEA EXPRESSION DICHOTOMY OF COPYRIGHT.

15            THE COURT:  SAY THAT AGAIN.

16            MR. BABER:  THE IDEA VERSUS EXPRESSION DICHOTOMY THAT

17   IS THE FUNDAMENTAL PREMISE OF THE COPYRIGHT LAWS. COPYRIGHT CAN

18   NEVER EVER PROTECT SOMETHING INTANGIBLE:  AN IDEA, A CONCEPT, A

19   METHOD, A PRINCIPLE, A SYSTEM THAT IS EXPLICIT IN THE STATUTE

20   102B.  COPYRIGHT NEVER PROTECTS IDEAS.

21            THE SECOND POINT IS COPYRIGHT ONLY PROTECTS

22   EXPRESSION, AND IT ONLY PROTECTS EXPRESSION THAT IS FIXED IN A

23   TANGIBLE MEDIUM OF SOME KIND.  SO YOU HAVE TO HAVE SOMETHING YOU

24   CAN HOLD IN YOUR HAND AND SAY:

25                "THIS IS THE EXPRESSION. THIS IS THE
```

1                    PLAINTIFF'S WORK. THIS IS THE DEFENDANT'S WORK. ARE

2                    THEY IN THEIR ENTIRETIES SUBSTANTIALLY SIMILAR, OR IN

3                    THE CASE OF SOFTWARE, VIRTUALLY IDENTICAL TO EACH

4                    OTHER?"

5                    SO YOU HAVE THE IDEA EXPRESSION DICHOTOMY, FIXATION

6       AND INTANGIBLE MEDIUM.

7                    THE THIRD IS, YOUR HONOR -- IT'S JUST, AGAIN, A BASIC

8       PRINCIPLE OF COPYRIGHT LAW -- THAT NAMES, WORDS AND SHORT

9       PHRASES ARE NOT COPYRIGHTABLE. THERE'S A COPYRIGHT OFFICE

10      REGULATION THAT IDENTIFIES THOSE AS UNCOPYRIGHTABLE THINGS.

11      THEY ARE IN THE SAME CATEGORY AS FACTS.  NO ONE CAN CLAIM

12      COPYRIGHT PROTECTION TO FACTS.  NO ONE CAN CLAIM COPYRIGHT

13      PROTECTION TO NAMES AND SHORT PHRASES.

14                   AND THEN, THE FOURTH, YOUR HONOR, IS A GROUP OF

15      RELATED DOCTRINES THAT ALSO TELL US CERTAIN THINGS ARE NOT

16      PROTECTABLE BY COPYRIGHT. THEY INCLUDE IN THE NINTH CIRCUIT FOR

17      SURE FUNCTIONAL, TECHNICAL REQUIREMENTS FOR COMPATIBILITY.

18                   THE NINTH CIRCUIT HAS SAID AT LEAST TWICE -- MAYBE

19      THREE TIMES -- THAT IN THE COMPUTER SOFTWARE CONTEXT IF

20      SOMETHING IS AN FUNCTIONAL REQUIREMENT FOR COMPATIBILITY IT IS

21      NOT PROTECTABLE BY COPYRIGHT, AND BOTH THAT FUNCTIONAL

22      REQUIREMENT AND EXPRESSIVE ELEMENTS INCIDENT TO USE OF IT MAY BE

23      USED BY OTHERS.

24                   THERE IS NO COPYRIGHT PROTECTION IN THE NINTH CIRCUIT

25      FOR THOSE KINDS OF ELEMENTS OF IDEAS OR FUNCTIONAL REQUIREMENTS.

1    ON TOP OF THAT THERE'S A NUMBER OF OTHER TRADITIONAL COPYRIGHT

2    DOCTRINES, THINGS WHERE IDEAS AND EXPRESSION MERGE.  THERE'S A

3    VERY LIMITED NUMBER OF WAYS TO EXPRESS SOMETHING. THAT'S NOT

4    COPYRIGHTABLE.

5              **THE COURT:**  SO IN THIS CASE ON THAT LAST POINT, GIVE

6    ME AN EXAMPLE OF SOMETHING THAT YOU SAY IS FUNCTIONAL AND

7    THEREFORE NOT COPYRIGHTABLE.

8              **MR. BABER:**  ABSOLUTELY.  YOUR HONOR, THERE'S SEVERAL

9    LEVELS.  FIRST THERE IS THE MAJORITY OF THIS CLAIM, THIS

10   COPYRIGHT CLAIM, RELATES TO THESE INTANGIBLE THINGS CALLED

11   "API'S."  THEY ARE INTERFACES.  YOU CAN'T HOLD THEM IN YOUR

12   HAND.  YOU CAN LOOK AT CERTAIN THINGS THAT DESCRIBE THEM OR TALK

13   ABOUT THEM, BUT THE INTERFACES THEMSELVES ARE ABSTRACTIONS.

14   THEY ARE CONCEPTS.  THEY CAN'T BE PROTECTED IN AND OF THEMSELVES

15   BY COPYRIGHT.

16             DROPPING DOWN TO THE NEXT LEVEL -- AND I KNOW IN THE

17   COPYRIGHT FIELD WHEN YOUR HONOR'S HAD COPYRIGHT CASES AND YOU GO

18   TO DIFFERENT LEVELS OF ABSTRACTIONS -- BUT AT THE LEVEL OF

19   THINGS LIKE WHAT WE CALL IN THE DOCUMENTS "THE METHOD

20   SIGNATURES," THE PARAMETERS, THE TECHNICAL RULES AND

21   REQUIREMENTS FOR INVOKING THESE API'S ARE NOT PROTECTABLE.

22             THEY ARE THE FUNCTIONAL REQUIREMENTS OF IMPLEMENTING

23   THE API'S. WHAT WE HAVE HERE IS A SITUATION WHERE SUN AND ORACLE

24   HAVE PUT OUT THERE FOR YEARS THESE API'S.

25             WHAT THEY ARE WHEN YOU LOOK AT THEM IN SOME TANGIBLE

1    FORM WHAT THEY REALLY ARE ARE THE LIBRARIES. THERE ISN'T A PART

2    OF THE CODE THAT YOU POINT TO SEPARATE FROM THE LIBRARY AND YOU

3    SAY:

4              "THAT'S THE API OVER THERE, AND THE LIBRARY IS

5              OVER HERE."

6              WHAT'S IN THE LIBRARY IS THE ESSENTIAL ELEMENTS OF

7    THE IMPLEMENTATION OF THIS INTERFACE, THIS ABSTRACTION. AND IN

8    ORDER FOR JAVA PROGRAMMERS TO BE ABLE TO USE IN THE ANDROID

9    PLATFORM THE JAVA LANGUAGE -- AND YOU'VE HEARD MR. JACOBS AT

10   LEAST TWICE IN PRIOR HEARINGS STAND UP AND TELL YOUR HONOR, AND

11   YOU RECOGNIZED IT IN YOUR DAUBERT ORDERS:

12             "THERE IS NO CLAIM IN THIS CASE TO THE

13             LANGUAGE."

14             THESE API'S ARE ALL IN ANDROID IN ORDER TO FACILITATE

15   USE OF THE JAVA PROGRAMMING LANGUAGE BY PROGRAMMERS.

16   PROGRAMMERS THAT ARE FAMILIAR WITH THESE API'S, WHO HAVE

17   EXISTING CODE THAT UTILIZES THESE API'S, AND THEY MAY WANT TO

18   REUSE IN ANDROID PROGRAMS AND IN WRITING NEW CODE FOR ANDROID IN

19   THE JAVA LANGUAGE, TO BE ABLE TO USE THE SAME ABBREVIATIONS, THE

20   SAME VOCABULARY, IF YOU WILL, OF THE LANGUAGE, THE SAME PARTS OF

21   SPEECH THAT THEY HAVE COME TO KNOW AND BECOME FAMILIAR WITH IN

22   WRITING CODE.

23             THAT'S WHAT THE API'S PART OF THIS CASE IS ABOUT. AND

24   UNDER THE SEGA VERSUS ACCOLADE CASE, THE APPLE VERSUS MICROSOFT

25   CASE AND THE SONY VERSUS CONNECTIX CASE THE NINTH CIRCUIT HAS

1    SAID SEVERAL TIMES YOU CAN GO OUT AND COPY THE SOURCE CODE AND

2    THE OBJECT CODE OF SOMEONE'S PROPRIETARY SYSTEMS.  YOU CAN COPY

3    IT MULTIPLE TIMES IN ORDER TO FIND OUT WHAT THESE FUNCTIONAL

4    REQUIREMENTS ARE, AND THEN YOU CAN CERTAINLY USE THEM.

5              THOSE WERE CASES, YOUR HONOR, IN SEGA, A THIRD PARTY

6    WANTED TO MAKE GAMES THAT WOULD PLAY ON THE SEGA PLATFORM.  SEGA

7    DIDN'T WANT THAT, OF COURSE. THEY WANTED LICENSING REVENUE FROM,

8    YOU KNOW, PEOPLE DOING PROGRAMS THAT THEY WERE APPROVING OF.

9              COURT SAID:

10             "NO. THEY HAVE A RIGHT TO DO THAT."

11             THEY HAVE A RIGHT TO, IN EFFECT, COMMIT COPYRIGHT

12   INFRINGEMENT TO FIND OUT WHAT THE TECHNICAL REQUIREMENTS WERE.

13   AND THEN, ONCE THEY FOUND THEM OUT THEY CERTAINLY WERE FREE TO

14   USE THEM.

15             IN SONY VERSUS CONNECTIX YOU HAD A PARTY THAT WANTED

16   TO GO, IN EFFECT, BREAK THE CODE ON THE SONY PLAYSTATION. THE

17   NINTH CIRCUIT SAID IT'S OKAY TO MAKE MULTIPLE INTERMEDIA COPIES

18   IN ORDER TO DETERMINE WHAT WERE THESE TECHNICAL FUNCTIONAL

19   REQUIREMENTS SO THAT YOU COULD TAKE THOSE GAMES AND HAVE THEM

20   PLAY ON A DIFFERENT PLATFORM, ON PERSONAL COMPUTERS, COMPETITIVE

21   WITH SONY'S PLATFORM.

22             SO THE NINTH CIRCUIT HAS SQUARELY COME OUT ON THE

23   SIDE OF NOT ONLY CAN YOU DO, FRANKLY, WHAT SOME PEOPLE MIGHT

24   HAVE THOUGHT WERE SOME RADICAL THINGS TO FIGURE OUT WHAT THESE

25   FUNCTIONAL TECHNICAL REQUIREMENTS ARE, BUT YOU CERTAINLY ARE

1    FREE TO USE THEM WHEN THEY ARE OUT THERE AND YOU KNOW WHAT THEY

2    ARE.

3            SO THAT AT ITS CORE, YOUR HONOR, IS WHAT THIS

4    COPYRIGHT CLAIM IS ABOUT. I HAVE OBVIOUSLY LOTS OF OTHER

5    COMMENTS AND NOTES PREPARED, BUT IN TERMS OF THE COPYRIGHT

6    ISSUES --

7            **THE COURT:**  WELL, HOLD THOSE POINTS, AND LET ME HEAR

8    FROM THE OTHER SIDE, AND THEN I'LL GIVE YOU A CHANCE TO RESPOND.

9            OKAY.  SO JUST -- ALL RIGHT.

10           **MR. BABER:**  FINE, YOUR HONOR.

11           **MR. JACOBS:**  YOUR HONOR, OUR PLAN WAS TO SEQUENCE OUR

12   BRIEF COMMENTS WITH YOURS TRULY GOING FIRST, AND THEN MR.

13   SWOOPES.  WOULD THAT BE ACCEPTABLE?

14           **THE COURT:**  SURE.  GO AHEAD.

15           **MR. JACOBS:**  THE HEART OF THE DISPUTE, YOUR HONOR, IS

16   THE APPLICATION OF LABELS TO PROGRAMMING CONCEPTS.  AND THE

17   PARTIES' EXPERTS ARE IN WILD DIVERGENCE ON HOW TO CHARACTERIZE

18   THESE APPLICATION PROGRAMMING INTERFACES.

19           WE'VE ASSEMBLED IN THIS SLIDE -- MAY I GIVE ONE TO

20   YOUR?

21           WE'VE ASSEMBLED IN THIS SLIDE --

22           **MR. BABER:**  CAN WE HAVE A SET, COUNSEL?  THANKS.

23           **MR. JACOBS:**  WE HAVE ASSEMBLED IN THIS FIRST COUPLE

24   OF SLIDES, YOUR HONOR, SOME OF THE EXTRACTS FROM THE RECORD ON

25   THIS MOTION FOR SUMMARY JUDGMENT THAT INDICATES HOW COMPLEX AND

```
 1   CREATIVE AND EVEN ESTHETIC AND ARTISTIC THE PROCESS OF API

 2   CREATION IS.

 3             THE KEY DISTINCTION BETWEEN THE API'S AT ISSUE IN

 4   THIS CASE AND THE INTERFACES THAT ARE AT ISSUE IN THE CASES THAT

 5   GOOGLE WOULD CITE IS THIS VERY POINT.  WE'RE TALKING ABOUT AN

 6   ELABORATE HIERARCHY AND STRUCTURE, A SET OF INTERRELATIONSHIPS.

 7   AS MR. SWOOPES COUNTED IN HIS DECLARATION 11,000 PAGES THAT WERE

 8   TAKEN BY GOOGLE FOR ITS OWN COMMERCIAL INTEREST TO CREATE NOT A

 9   COMPATIBLE VERSION OF JAVA, BUT AN INCOMPATIBLE VERSION.

10             AND NONE OF THE DECISIONS ON WHICH GOOGLE RELIES DEAL

11   WITH THIS FACT SET. NONE OF THEM DEAL, FOR THAT MATTER, WITH A

12   HOTLY DISPUTED SET OF FACTS BETWEEN THE EXPERTS ABOUT HOW TO

13   PROPERLY CHARACTERIZE THESE APPLICATION PROGRAMMING INTERFACES.

14             BUT AMONG THE ADMISSION --

15             THE COURT:  WHAT DO YOU SAY TO THE PLAYSTATION CASE

16   THAT I JUST HEARD ABOUT?

17             MR. JACOBS:  THE PLAYSTATION CASE.  FIRST OF ALL,

18   IT'S A CASE OF INTERMEDIA COPYING, AND THERE WAS NO ALLEGATION

19   BY SONY THAT THE FINAL VERSION WAS INFRINGING.  THEY DID NOT

20   MAKE THAT CASE.  THEY DID NOT MAKE THAT CLAIM.

21             SO THE SOLE QUESTION WAS WHETHER INTERMEDIA COPYING

22   ON THE WAY TO CREATING A NONINFRINGING CODE WAS FAIR USE OR NOT.

23   IT WAS NOT A QUESTION OF WHETHER AN ELABORATE APPLICATION

24   PROGRAMMING INTERFACE WAS PROTECTABLE BY COPYRIGHT.

25             THE CLOSEST DECISION IS THE ONE THAT GOOGLE RELIES ON
```

```
1    SO HEAVILY IS LOTUS V. BORLAND.  AND IT'S QUITE STRIKING BECAUSE

2    IT SEEMS LIKE YESTERDAY, BUT IT'S BEEN 15 YEARS, YOUR HONOR,

3    SINCE THE SUPREME COURT ITSELF COULDN'T LAND ON THE QUESTION OF

4    WHETHER EVEN THAT RELATIVELY SIMPLE COMMAND STRUCTURE WAS AN

5    UNPROTECTABLE METHOD OF OPERATION OR A PROTECTABLE EXPRESSION.

6              BUT IN THAT 15 YEARS LOTUS V. BORLAND HASN'T SWEPT

7    THE JUDICIAL LANDSCAPE.  COURTS OF APPEALS HAVEN'T ADOPTED IT.

8    DISTRICT COURTS HAVEN'T ADOPTED IT.  THERE HAS BEEN NO DECISION

9    IN THE NINTH CIRCUIT, IN PARTICULAR, THAT ADOPTS THE KEY LOGIC

10   MOVE THAT THE FIRST CIRCUIT MADE IN LOTUS V. BORLAND, AND THAT

11   MOVE WAS TO SAY:

12              "WE RECOGNIZE THAT IN THIS COMMAND STRUCTURE

13              THERE IS EXPRESSION. BUT THE METHOD OF OPERATION

14              EXCEPTION IN 102B TRUMPS THAT RECOGNITION."

15              NO COURT IN THE NINTH CIRCUIT, AND ACROSS THE LAND

16   GENERALLY, COURTS HAVE REJECTED THAT MOVE. SO ABSENT LOTUS V.

17   BORLAND, WE'RE LEFT IN A WORLD WHERE WE HAVE DECISIONS LIKE

18   JOHNSON CONTROLS IN THE NINTH CIRCUIT, WHICH CONTRARY TO

19   GOOGLE'S ARGUMENT IN ITS BRIEF NOTHING HAPPENED TO JOHNSON

20   CONTROLS ON ACCOUNT OF FEIST. FEIST IS A CASE ABOUT ORIGINALITY.

21              JOHNSON CONTROLS AND SAYS SWEAT OF BROW DOESN'T COUNT

22   FOR ORIGINALITY. JOHNSON CONTROLS WASN'T A SWEAT OF THE BROW

23   CASE, SO NONE OF THE NINTH CIRCUIT DECISIONS THAT LAY OUT THE

24   DECISION ALGORITHM, IF YOU WILL, FOR YOUR HONOR HAVE BEEN

25   TRUMPED BY FEIST. AND THAT'S REALLY THE ONLY REBUTTAL THEY HAVE
```

```
 1   TO THE CASES THAT WE CITE THAT SOMEHOW FEIST DID IN BASIC

 2   COPYRIGHT DOCTRINE AS APPLIED TO COMPUTER PROGRAMS.

 3           SO WE HAVE MR. LEE HERE, THE CORE LIBRARY LEAD

 4   DESIGNER FOR ANDROID, ACKNOWLEDGING THAT DESIGNING API'S IS A

 5   CREATIVE ACTIVITY. YES, ABSOLUTELY. AND HE'S TALKING ABOUT THE

 6   KINDS OF API'S WE'RE DEALING WITH HERE, THESE VERY COMPLICATED,

 7   ELABORATE STRUCTURES IN WHICH DESIGNERS HAVE ENORMOUS CREATIVE

 8   CHOICE.

 9           THE COURT:  GIVE ME ONE EXAMPLE SO THAT IT WILL BE

10   MORE CONCRETE OF -- LET'S JUST STICK WITH API'S.  AND EXPLAIN

11   WHY, IF JAVA PROGRAMMING LANGUAGE CAN BE USED BY ANYONE AS YOU

12   HAVE CONCEDED IN THE PAST, THEN WHY WOULD IT BE THAT YOU CAN

13   CLAIM A COPYRIGHT IN THE API AND GET AROUND THE NAMES AND

14   PHRASES AND THE FUNCTIONALITY PROBLEMS.

15           MR. JACOBS:  I DON'T THINK WE HAVE ARGUED TO YOUR

16   HONOR THAT IT IS BLACK LETTER LAW THAT A NEW PROGRAMMING

17   LANGUAGE COULD NOT BE PROTECTED BY COPYRIGHT.  WHAT WE HAVE SAID

18   IS WE ARE MAKING NO CLAIM FOR THE PROTECTIBLITY UNDER COPYRIGHT

19   OF THE JAVA PROGRAMMING LANGUAGE, IN AND OF ITSELF.

20           SO THE ANALYTICAL MOVE I DON'T THINK WE HAVE TO MAKE

21   IS TO SOMEHOW EXPLAIN --

22           THE COURT:  I THINK YOU'VE SAID IN THE PAST THAT

23   ANYONE CAN USE THE JAVA PROGRESSING LANGUAGE.

24           MR. JACOBS:  WE HAVE, BECAUSE WE MAKE NO CLAIM THAT

25   THAT IS A VIOLATION OF OUR COPYRIGHT RIGHTS.
```

1          **THE COURT:**  THAT IS A -- ARE YOU TRYING TO RECLAIM

2     SOMETHING HERE?

3          **MR. JACOBS:**  NO.

4          **THE COURT:**  I'M GOING TO BE DISTURBED IF THAT'S TRUE.

5     I HEARD YOU SAY IN THE PAST JAVA PROGRAMMING LANGUAGE IS IN THE

6     PUBLIC DOMAIN AND ANYONE CAN USE IT.

7          NOW, IF YOU ARE SAYING "OH, WE'RE JUST NOT MAKING

8     THAT," THAT REMINDS ME OF AN EARLIER CASE. SO BE CLEAR ON THIS.

9     ARE YOU TAKING BACK WHAT YOU SAID EARLIER?

10         **MR. JACOBS:**  I'M NOT TAKING BACK WHAT I SAID EARLIER

11    IN ANY WAY, YOUR HONOR.

12         **THE COURT:**  ALL RIGHT.

13         **MR. JACOBS:**  I THINK WHAT I'M SUGGESTING IS THAT WHAT

14    THE ANALYTICAL MOVE I DON'T THINK WE HAVE TO MAKE IS TO SOMEHOW

15    IN SOME DEEP TECHNICAL WAY DISTINGUISH BETWEEN A PROGRAMMING

16    LANGUAGE AND AN APPLICATION PROGRAMMING INTERFACE FOR PURPOSES

17    OF ARGUMENT WE'RE MAKING.

18         **THE COURT:**  WELL, ALL RIGHT.  SO --

19         **MR. JACOBS:**  SO --

20         **THE COURT:**  SO EXPLAIN, THEN -- LET'S GET PAST JAVA

21    PROGRAMMING LANGUAGE.  IN THE SIMPLEST POSSIBLE TERMS THAT

22    SOMEONE WHO IS USED TO READING CARTOONS LIKE ME CAN UNDERSTAND,

23    WHY WOULD THE COPYRIGHT LAWS PROTECT THESE API'S?

24         **MR. JACOBS:**  THE REASON COPYRIGHT LAWS WOULD PROTECT

25    THESE API'S IS -- I ACTUALLY WOULD PROBABLY START IN THE SAME

1    VERY INITIAL STARTING POINT THAT THE GOOGLE'S COUNSEL DID:

2    BASIC COPYRIGHT LAW PRINCIPLES.  WHAT'S THE BEST ANALOGY IN THE

3    WORLD THAT YOU AND I ARE MORE ROUTINELY FAMILIAR WITH TO AN

4    APPLICATION PROGRAMMING INTERFACE?  AND PROBABLY IT'S A DETAILED

5    PLOT OUTLINE, A VERY, VERY DETAILED PLOT OUTLINE IN WHICH THERE

6    ARE LOOPS BACK AND FORTH, IN THE WHICH THE PLOT OUTLINE SAYS:

7              "OH, WELL, LET'S GO BACK UP HERE TO REMIND

8              OURSELVES WHO MR. JONES WAS, BECAUSE WE DESCRIBED MR.

9              JONES UP HERE.  AND NOW WE'RE GOING TO ACTUALLY TELL

10             YOU A LITTLE BIT ABOUT WHAT MR. JONES DID IN THIS

11             NARRATIVE FLOW."

12             AND THE IMPLEMENTATION OF THAT PLOT OUTLINE, THE

13   ANALOGY TO THE CODE WOULD BE THE ACTUAL NOVEL ITSELF. THE

14   APPLICATION PROGRAM INTERFACES, AS PROFESSOR MITCHELL MAKES

15   CLEAR IN HIS DECLARATION, IS BEST SEEN AS A KIND OF A GUIDE, A

16   ROADMAP TO THE COMPUTER PROGRAM ITSELF.

17             AND IN THE CASE OF THE JAVA API'S WE'RE TALKING

18   ABOUT, I TRIED TO EMPHASIZE THE COMPLEXITY OF THIS PLOT OUTLINE,

19   BECAUSE IT'S NOT MERELY A LINEAR PLOT OUTLINE, A, B, C, D.

20   THERE ARE -- IT'S A WEB OF INTERRELATIONSHIPS AND A WEB OF

21   DEPENDENCIES.

22             THIS MAY BE BEST SEEN ON THE SLIDE THAT I HAVE BEFORE

23   YOUR HONOR RIGHT NOW, WHICH IS SLIDE SEVEN IN THE DECK WE GAVE

24   YOU.

25             **THE COURT:**  OKAY.

```
 1              MR. JACOBS:  THIS IS -- SO WHAT WE'RE LOOKING AT HERE
 2    IS -- FIRST OF ALL, IT'S AN EXHIBIT IN THE PAPERS.  BUT WE'RE
 3    LOOKING AT WHAT WOULD HAPPEN IF YOU WENT TO THE SUN-NOW-ORACLE
 4    WEBSITE AND LOOKED AT THE JAVA SPECIFICATIONS, THE JAVA API.
 5              AND THIS IS ONE OF THE MORE BASIC ONES.  IT'S
 6    CALLED -- IT'S A PACKAGE, SO PACKAGE IS THE LARGEST UNIT IN
 7    JAVA.  IT'S A COLLECTION OF CLASSES, INTERFACES, CONSTRUCTORS.
 8              AND, IN PARTICULAR, ONE OF THE VERY INTERESTING
 9    ASPECTS OF THE JAVA APPLICATION PROGRAM INTERFACE IS THIS
10    CONCEPT CALLED "AN INTERFACE" WITH A CAPITAL I.
11              AND AN INTERFACE IS NOT JUST CREATED AS A WAY TO GET
12    ACCESS TO UNDERLYING SERVICES.  AN INTERFACE MAY BE BEST THOUGHT
13    OF AS A KIND OF A CONCORDANCE OR INDEX TO THE COMPUTER PROGRAM.
14              SO THE WIKIPEDIA METAPHOR IS PRETTY GOOD. WE HAVE
15    HUMANS AND BIRDS.  WE BOTH WHISTLE.  SO HUMANS MIGHT BE IN ONE
16    CLASS.  BIRDS MIGHT BE IN ANOTHER CLASS.  BUT WE WOULD CREATE AN
17    INTERFACE CALLED "WHISTLE" TO COLLECT IN A CONVENIENT PLACE FOR
18    THE PROGRAMMER THOSE CLASSES OF THINGS THAT WHISTLE.
19              AND SO IN PACKAGE IF YOU GO TO THE DOCUMENTATION ON
20    THE WEBSITE YOU'LL SEE "PACKAGE JAVA.UTIL."  AND YOU'LL SEE A
21    LIST OF INTERFACES THAT THE CREATIVE DEVELOP0ERS OF THE JAVA API
22    IN QUESTION WROTE TO MAKE MORE EASILY -- TO MORE EASILY DESCRIBE
23    TO PROGRAMMERS WHAT SOME OF THE UNDERLYING SERVICES ARE.
24              SO THIS IS ON -- NOW ON THE LEFT WE HAVE THE ORACLE
25    JAVA PACKAGE JAVA.UTIL.
```

```
 1              AND THEN, ON THE RIGHT WE HAVE WHAT YOU WOULD SEE IF
 2   YOU SENT TO THE ANDROID DOCUMENTATION.  AND WHAT YOU SEE IF YOU
 3   GO TO THE ANDROID DOCUMENTATION, AGAIN, RIGHT ON THE WEBSITE
 4   YOU'LL SEE "PACKAGE JAVA.UTIL."  YOU'LL SEE THESE INTERFACES
 5   LISTED.  AND YOU'LL SEE AS YOU START GOING THROUGH IT EXACT LINE
 6   FOR LINE IDENTITY.
 7              NOW, THERE WAS NOTHING THAT -- NO ONE REQUIRED --
 8   THERE'S NOTHING THAT REQUIRED THE CREATION OF THESE PARTICULAR
 9   INTERFACES.  THERE WAS NO MANDATE, NO ISSUE, NO DEMAND ON HIGH:
10              "THOU SHALT HAVE A COLLECTION INTERFACE, AND IT
11              SHALL BE NAMED 'COLLECTION,' AND IT SHALL BE IN
12              PACKAGE JAVA.UTIL."
13              THAT WAS QUINTESSENTIALLY THE CHOICE OF THE API
14   DESIGNER. QUINTESSENTIALLY THE CHOICE OF THE API DESIGNER.
15              AND WHAT YOU SEE HAPPENING OVER ON THE RIGHT IS THERE
16   IS A WHOLESALE TAKING BY GOOGLE FOR ITS OWN COMMERCIAL BENEFIT
17   OF THIS WORK OF THE JAVA PROGRAMMERS.
18              AND BECAUSE THERE'S THIS COMPATIBILITY ISSUE HAS COME
19   UP WE HAVE TO SPEND A MINUTE ON IT.  IT'S REALLY A KIND OF A
20   PILLAGING THAT HAS HAPPENED HERE, BECAUSE WHAT GOOGLE HAD THE
21   LEGAL RIGHT TO DO WAS IMPLEMENT A FULLY COMPATIBLE VERSION IF IT
22   HAD TAKEN THE REQUISITE LICENSES.  AND WE'RE NOT TALKING ABOUT
23   THE NEGOTIATION BACK AND FORTH.  WE'RE TALKING ABOUT BASIC JAVA
24   LICENSES.  THEY CAN CREATE FULLY COMPATIBLE VERSION.
25              BUT WHAT THEY DID INSTEAD WAS TAKE THE PARTS THEY
```

```
 1   WANTED TO HIGHJACK THE DEVELOPER COMMUNITY OVER TO ANDROID.  AND

 2   THAT IS WHY WE ARE SO VIGOROUSLY ASSERTING A COPYRIGHT CLAIM IN

 3   THIS ACTION. THERE ARE PEOPLE THAT HAVE USED THE JAVA

 4   PROGRAMMING LANGUAGE FOR IONS.  THE PROGRAMMING LANGUAGE FOR

 5   IONS THAT HAVE NOT SOUGHT TO HIGHJACK THE INVESTMENT THAT

 6   SUN-NOW-ORACLE MADE.

 7               AND SO WE MAKE NO CLAIM ABOUT THE JAVA PROGRAMMING

 8   LANGUAGE.  NO ONE HAS DONE WHAT GOOGLE DID AND JUST WHOLESALE

 9   TAKE THE API'S FOR THIS AMOUNT OF COMMERCIAL BENEFIT.

10             THE COURT:  ON YOUR SLIDE SEVEN.

11             MR. JACOBS:  YES.

12             THE COURT:  WHICH RIGHT IN THE MIDDLE OF THE PAGE

13   UNDER "INTERFACE SUMMARY," THERE'S THE WORD "COLLECTION" WITH

14   BRACKET E.  YOU SEE THAT?

15             MR. JACOBS:  YES.

16             THE COURT:  ALL RIGHT.  AND THAT WORD "COLLECTION"

17   BRACKET E, WHAT IS THAT?

18             MR. JACOBS:  THAT IS AN INTERFACE.  SO "COLLECTION"

19   IS THE NAME OF THE INTERFACE, AND I BELIEVE THE E IS THE FIELD.

20             THE COURT:  ALL RIGHT.  SO ARE YOU CLAIMING COPYRIGHT

21   ON THE WORD "COLLECTION"?

22             MR. JACOBS:  NO.

23             THE COURT:  ALL RIGHT. SO WHAT IS IT THAT -- EXPLAIN

24   WHAT YOU ARE CLAIMING A COPYRIGHT ON, THE DEAL WITH THE WORD

25   "COLLECTION" OR THAT LINE ITEM.
```

1        **MR. JACOBS:**  WE ARE CLAIMING COPYRIGHT PROTECTION

2   CONSISTENT WITH BASIC COPYRIGHT PRINCIPLES ON THE SELECTION,

3   COORDINATION AND ARRANGEMENT OF WHAT MIGHT IN ISOLATION, SUCH AS

4   THE WORD "COLLECTION," WOULD IN ISOLATION BE UNPROTECTABLE.

5        WE ARE CLAIMING THAT WHAT THE DESIGNERS DID IN

6   ARCHITECTING THIS ELABORATE SET OF INTERFACES WITH THEIR

7   DEPENDENCIES AND THE RELATIONSHIPS TO EACH OTHER WAS FAR MORE

8   THAN JUST LIST IN ALPHABETICAL ORDER IN DICTIONARY FORM THE WORD

9   "COLLECTION" FOLLOWED BY THE NEXT WORD, FOLLOWED BY THE NEXT

10  WORD.

11       INSTEAD, THIS WAS CREATIVE ARTISTRY.  AND SO IN THAT

12  COLLECTION OF THE 37 PACKAGES THAT ARE AT ISSUE, IN THAT

13  STRUCTURING, IN THAT SEQUENCING, IN THAT ORGANIZATION LIES

14  CREATIVE EXPRESSION.  AND CONSISTENT WITH BASIC COPYRIGHT

15  PRINCIPLES, THE DECISION OF CONGRESS THAT WE'VE BEEN WORKING

16  WITH FOR THE LAST 30 PLUS YEARS TO PROTECT COMPUTER PROGRAMS AS

17  LITERARY WORKS, THERE'S API'S ARE PROTECTABLE.

18       IF IT WASN'T LABELED AN API, THERE WOULD BE NO

19  QUESTION THAT 11,000 PAGES THAT SOMEBODY HAD GIVEN SOME THOUGHT

20  TO WOULD BE PROTECTABLE UNDER COPYRIGHT.  YOU COULDN'T JUST COPY

21  IT.

22       **THE COURT:**  WAIT. JUST STICK WITH COLLECTION FOR A

23  SECOND. SO COLLECTION IS JUST ONE API, RIGHT?  AM I RIGHT ABOUT

24  THAT?

25       **MR. JACOBS:**  IT IS AN INTERFACE, YES.  I THINK THE

1   TERMINOLOGY IS A LITTLE COMPLICATED IN THE WORLD OF JAVA. IT IS

2   AN INTERFACE IN THE PACKAGE JAVA.UTIL.

3           **THE COURT:**  ALL RIGHT.  SO EXPLAIN HOW THEN THE WORD

4   "COLLECTION" BRACKET E GETS USED AND IGNORE ALL THESE OTHER

5   COMPARATORS.  I JUST WANT TO UNDERSTAND HOW ONE OF THESE GETS

6   USED BEFORE YOU GET INTO HOW THEY ARE ALL USED TOGETHER.

7           **MR. JACOBS:**  MEANING "USED" IN WHICH SENSE?  USED IN

8   THE CASE OF THE JAVA DEVELOPER --

9           **THE COURT:**  ALL RIGHT.

10          **MR. JACOBS:**  -- IT'S USED TO CREATE AN INTERFACE.

11  AND IT HAPPENS TO HAVE THE MEANING HERE OF THE REINTERFACE IN

12  THE COLLECTION HIERARCHY.  AND THAT COLLECTION HIERARCHY, AS I

13  UNDERSTAND IT, IS SOMEWHERE OFF TO THE SIDE, NOT NECESSARILY

14  VISIBLE ON THIS PAGE.

15          BUT WHAT WE'VE DONE IN PACKAGE JAVA.UTIL IS CREATE A

16  COLLECTION INTERFACE SO THAT WE CAN GET TO THIS THING THAT'S

17  OVER ON THE SIDE WHEN YOU'RE WORKING WITH THE PACKAGE JAVA.UTIL.

18          **THE COURT:**  OKAY.

19          **MR. JACOBS:**  SO --

20          **THE COURT:**  ALL RIGHT. LET ME HEAR FROM MR. SWOOPES.

21          **MR. JACOBS:**  YES.

22  THANK YOU, YOUR HONOR.

23          **MR. SWOOPES:**  THANK YOU, YOUR HONOR.

24          **THE COURT:**  WHICH PART WILL YOU BE ADDRESSING?

25          **MR. SWOOPES:**  I WILL BE ADDRESSING THE LITERAL

1    COPYING IN THIS CASE, YOUR HONOR.

2                **THE COURT:**  THE WHAT?

3                **MR. SWOOPES:**  LITERAL COPYING OF SOURCE CODE AND

4    RELATED MATERIALS.

5                YOUR HONOR, GOOGLE'S LITERAL COPYING IS OBVIOUS TO

6    MOST ANY AUDIENCE. THE PARTIES DO NOT DISAGREE ON THE STANDARDS

7    THAT SHOULD BE APPLIED IN EVALUATING WHETHER GOOGLE'S COPYING IN

8    THIS CASE OF LITERAL SOURCE CODE AND COMMENTS IS DE MINIMIS.

9                IN FACT, WE CITE SOME OF THE SAME CASES. ORACLE PUTS

10   FORTH THE PROPOSITION THAT COPYING IS DE MINIMUS ONLY WHERE THE

11   AVERAGE AUDIENCE WOULD NOT RECOGNIZE THE APPROPRIATION.

12               WELL, IF WE LOOK AT THIS SLIDE OF THE CLASS

13   POLICYNODEIMPL, YOU SEE THAT IT IS NEARLY IDENTICAL ON A

14   LINE-BY-LINE BASIS.

15               GOOGLE DOES NOT SERIOUSLY DISPUTE THAT THIS CAME FROM

16   ANYTHING OTHER THAN DECOMPILATION, THAT IS TRANSLATING FROM

17   MACHINE READABLE OBJECT CODE INTO HUMAN READABLE SOURCE CODE.

18   SO THAT'S A SIMPLE QUESTION.

19               GOGGLE PUTS FORTH THE PROPOSITION, HOWEVER, THAT

20   COPYING IS DE MINIMIS IF THE COPYING IS QUANTITATIVELY AND

21   QUALITATIVELY INSIGNIFICANT.  WELL, BASED ON THE EXPERT REPORTS

22   THAT YOUR HONOR HAS SEEN, THAT'S A QUESTION OF FACT. THE PARTIES

23   SHARPLY DISAGREE OVER WHETHER THIS COPYING IS QUANTITATIVELY AND

24   QUALITATIVELY SIGNIFICANT.  BUT THE FACT IS THAT GOOGLE HAS

25   COPIED HUNDREDS OF LINES OF CODE, VERY MUCH LIKE WHAT IS ON THE

1    SCREEN RIGHT NOW.  AND THEY WANT TO ARGUE THAT THIS IS NOT

2    ACTIONABLE JUST BECAUSE IT IS PACKAGED WITH A LARGER GROUP OF

3    CODE. THAT CAN'T BE RIGHT.

4              **THE COURT:**  SO THE ONE YOU HAVE ON THE SCREEN ON THE

5    LEFT SIDE, WHAT IS THAT?  IS THAT -- THAT'S THE JAVA VERSION?

6              **MR. SWOOPES:**  YES, YOUR HONOR. THAT IS A VERSION OF

7    CODE, OF MACHINE READABLE OBJECT CODE FROM THE ORACLE CLASS

8    LIBRARY THAT HAS BEEN RUN THROUGH A DECOMPLIER PROGRAM TO

9    GENERATE HUMAN READABLE SOURCE CODE.

10             TO THE RIGHT-HAND SIDE WE SEE SOURCE CODE FROM THE

11   ANDROID PUBLIC WEBSITE THAT CORRESPONDS NEARLY IDENTICALLY ON A

12   LINE-BY-LINE BASIS.

13             **THE COURT:**  IS EVERYTHING ON THE LEFT SIDE, IS THAT

14   COPYRIGHTED?

15             **MR. SWOOPES:**  YES, IT IS, YOUR HONOR.

16             **THE COURT:**  I COULD GO TO THE REGISTRATION OFFICE,

17   COPYRIGHT REGISTRATION OFFICE AND FIND THAT DOCUMENT SOMEPLACE?

18             **MR. JACOBS:**  YOU WOULD NOT FIND THIS DOCUMENT LISTED

19   INDIVIDUALLY, YOUR HONOR.  YOU WOULD FIND IT AS PART OF THE JAVA

20   STANDARD EDITION VERSION FIVE DEVELOPMENT KIT.

21             RATHER THAN ISSUING -- EXCUSE ME.  RATHER THAN

22   REGISTERING THOUSANDS OF INDIVIDUAL PROGRAM FILES,

23   SUN-NOW-ORACLE REGISTERED THESE WORKS INDIVIDUALLY. AND, INDEED,

24   COPYRIGHT REGULATIONS ALLOW AND ENCOURAGE THIS. GOOGLE

25   MISCONSTRUES THESE REGULATIONS WHICH SAY FOR THE PURPOSE OF

1   REGISTRATION A SINGLE APPLICATION AND A SINGLE FEE MAY BE PAID.

2         NOW, GOOGLE'S ARGUMENT IS THAT THIS SOMEHOW MEANS

3   THAT WE NEED TO LOOK AT THE ENTIRE WORK, AND THAT THIS IS ONLY

4   AN INFINITESIMALLY SMALL AMOUNT OF THE LINES OF CODE.

5         BUT NO ONE COULD BE EXPECTED TO REGISTER THOUSANDS OF

6   PROGRAM FILES. THE APPLICANT WOULDN'T WANT IT.  THEY COULD NEVER

7   AFFORD A FEE IF THEY PUT OUT A COMPLEX SET OF PROGRAMS LIKE THE

8   JAVA DEVELOPMENT KIT.

9         AND THE COPYRIGHT OFFICE WOULD NOT WANT TO PROCESS

10  THOUSANDS AND THOUSANDS OF REGISTRATIONS FOR INDIVIDUAL PROGRAM

11  FILES.

12        **THE COURT:**  HOW IS THE PUBLIC SUPPOSED TO KNOW WHAT

13  IS COPYRIGHTED UNLESS THERE'S A COPY OF THAT AVAILABLE AT THE

14  COPYRIGHT OFFICE?

15        **MR. SWOOPES:**  WELL, YOUR HONOR, THERE IS A COPY OF

16  PART OF THE CODE.  THE COPYRIGHT OFFICE REQUIRES A DEPOSIT OF A

17  PORTION OF THE SOURCE CODE FOR ANY COMPUTER PROGRAM.  BUT THE

18  COPYRIGHT OFFICE -- CONGRESS AND THE COPYRIGHT OFFICE MADE A

19  POLICY DECISION TO NOT REQUIRE THE ENTIRETY OF THE SOURCE CODE

20  TO BE DEPOSITED SIMPLY BECAUSE THEY WOULD NOT BE ABLE TO PROCESS

21  EVERYTHING.

22        SO THAT'S WHY YOU ONLY HAVE TO DEPOSIT A LIMITED

23  NUMBER OF PAGES WHEN YOU GO TO REGISTER A COMPUTER PROGRAM,

24  REGARDLESS OF ITS SIZE.

25        **THE COURT:**  IS THAT DISPUTED IN THIS CASE, OR DO BOTH

1    SIDES AGREE WITH WHAT YOU JUST SAID?

2              **MR. SWOOPES:**  GOOGLE HAS NOT DISPUTED THAT ORACLE HAS

3    REGISTERED AND HAS PRESENTED VALID REGISTRATIONS FOR THE

4    COPYRIGHTED WORKS AT ISSUE IN THIS CASE.

5              **THE COURT:**  OKAY.  ALL RIGHT.  SO GO BACK TO THE

6    SIDE-BY-SIDE COMPARISON FOR A SECOND.

7              **MR. SWOOPES:**  YES, YOUR HONOR.

8              **THE COURT:**  SO YOU'RE TELLING ME THAT GOOGLE

9    ACKNOWLEDGES THAT WHAT'S ON THE LEFT SIDE OF THIS SCREEN IS

10   COPYRIGHTED?

11             **MR. SWOOPES:**  YES, YOUR HONOR.

12             **THE COURT:**  AND THEN, ON THE RIGHT SIDE WHILE I CAN

13   LOOK AT IT IT LOOKS ALMOST IDENTICAL.  THAT PART LOOKS CORRECT.

14   SO WHAT DOES GOOGLE SAY BY WAY OF DEFENSE WHY THIS WOULD NOT BE

15   INFRINGEMENT?

16             **MR. SWOOPES:**  GOOGLE HAS TWO MAIN ARGUMENTS, YOUR

17   HONOR.  THEY ARGUE THAT BECAUSE THE WORK IS PACKAGED WITH

18   THOUSANDS OF OTHER PROGRAM FILES THAT COPYING ONLY A FEW IS

19   INSIGNIFICANT. BUT IF A PERSON WERE TO COPY A CHAPTER OUT OF A

20   NOVEL, FOR INSTANCE, YOUR HONOR, A NOVEL WHICH COULD HAVE MANY

21   CHAPTERS, IT WOULD STILL BE COPYRIGHT INFRINGEMENT REGARDLESS OF

22   WHETHER THIS IS AN INDIVIDUAL WORK OR WHETHER THIS IS --

23             **THE COURT:**  WHAT IF YOU HAD A FOOTNOTE IN A HISTORY

24   BOOK THAT WAS ALMOST WORD FOR WORD, BUT WITH A FEW WORDS WERE

25   CHANGED.

1           **MR. SWOOPES:**  THAT WOULD STILL BE COPYRIGHT

2    INFRINGEMENT AS LONG AS --

3           **THE COURT:**  ARE YOU SURE OF THAT?

4           **MR. SWOOPES:**  IT COULD BE COPYRIGHT INFRINGEMENT AS

5    LONG AS THERE WAS ACTUAL ORIGINAL EXPRESSION WITHIN THAT

6    FOOTNOTE.  AND THAT NEEDS TO BE JUDGED ON A CASE-BY-CASE BASIS.

7    AND THAT WOULD BE A QUESTION OF FACT WHEREAS EXPERT TESTIMONY

8    WOULD BE USEFUL.  AND AS I STATED, THE EXPERTS DIFFER SHARPLY AS

9    TO THE SIGNIFICANCE OF --

10          **THE COURT:**  WHAT IF IN THIS HISTORY BOOK IT GAVE

11   ATTRIBUTION?

12          **MR. SWOOPES:**  GIVING ATTRIBUTION WOULD NOT SAVE

13   GOOGLE FROM COPYRIGHT INFRINGEMENT OR WOULD NOT SAVE A COPIER

14   FROM COPYRIGHT INFRINGEMENT UNLESS THEY HAD THE AUTHOR'S

15   PERMISSION.

16          **THE COURT:**  WHAT IF IT'S FAIR USE?

17          **MR. SWOOPES:**  IS THAT A --

18          **THE COURT:**  HISTORIANS CITE EACH OTHER ALL THE TIME,

19   AND THEY ARE NOT REQUIRED TO GET CONSENT.  IF THAT WAS REQUIRED

20   THAT WOULD BE A CLOG ON HISTORY. YOU'RE NOT REQUIRED TO GO TO

21   ANOTHER HISTORIAN.  THEY MAY EVEN BE DEAD.  YOU'RE NOT REQUIRED

22   TO GO TO ANOTHER HISTORIAN AND SAY:

23               "CAN I CITE TO YOUR BOOK?"  THAT'S RIDICULOUS.

24   WHERE DID YOU GET THAT IDEA?

25          **MR. SWOOPES:**  IT'S TRUE, YOUR HONOR, THAT IT IS NOT

```
 1   NECESSARY TO CITE THE END COPYRIGHTABLE IDEAS OF OTHER --
 2              THE COURT:  TO QUOTE SOMEBODY IN A HISTORY BOOK AND
 3   SAY:
 4                  "PROFESSOR X CONTENDS AS FOLLOWS:  A, B, C.  THE
 5                  CIVIL WAR, BLAH, BLAH, BLAH.  CITE TO A HISTORY
 6                  BOOK."
 7              YOU CAN DO THAT ALL DAY LONG. THAT'S FAIR USE. AND IF
 8   YOU ARE TRYING TO CLAIM THAT YOU HAVE THAT KIND OF RIGHT ON
 9   HISTORY YOU ARE GOING TO LOSE THIS CASE.
10              NOW, MAYBE COPYRIGHTS ARE DIFFERENT.  WHEN IT COMES
11   TO PROGRAM CODE WHAT YOUR TELLING ME ON FAIR USE AND HISTORY
12   BOOKS IS TOTALLY WRONG.
13              MR. SWOOPES:  INDEED, YOUR HONOR, THEY ARE DIFFERENT.
14   AND EVERY CASE IS DIFFERENT.  FAIR USE IS A MIXED QUESTION OF
15   LAW AND FACT WHICH NEEDS TO BE LOOKED AT ON AN INDIVIDUAL BASIS.
16   AMONG OTHER THINGS, THE USE --
17              THE COURT:  WHY COULDN'T A JURY LOOK AT THAT AND SAY:
18                  "LOOK WHAT YOU'VE GIVEN ME."  AND SAY OUT OF
19   11,000 LINES OF CODE THERE ARE 322 THAT ARE THE SAME, AND THE
20   REST OF IT IS ORIGINAL WORKS WITH GOOGLE AND THE 320 -- YES,
21   THAT LOOKS PRETTY BAD WHAT YOU GOT UP THERE ON THE SCREEN.  BUT
22   IF YOU LOOK TO THE OTHER 11,000 PAGES THEY WOULD BE TOTALLY
23   DIFFERENT.
24              AND SO, YEAH, YOU ARE GOING TO HAVE A FEW OVERLAPS.
25   FAIR USE, END OF STORY.  WHAT'S WRONG WITH THAT ARGUMENT?
```

1    **MR. SWOOPES:**  YOUR HONOR, COURTS HAVE HELD THAT IT'S

2    NO DEFENSE TO REMARK HOW MUCH ONE ADDED TO MATERIAL THAT WAS

3    COPIED. AND THAT IF IT WERE -- IF THAT WERE NOT THE CASE THEN

4    SIMPLY TAGGING ON EXTREMELY ORIGINAL --

5        **THE COURT:**  HOW LONG IS IT GOING TO TAKE?  YOU KNOW,

6    YOU TOLD ME YOU WILL TRY THIS CASE, BOTH SIDES, THREE WEEKS.

7    THAT'S 15 DAYS COUNTING EVERYTHING.

8        HOW MUCH OF YOUR CASE ARE YOU GOING TO TAKE UP WITH

9    THE COPYRIGHT PART?  BECAUSE YOU ARE ONLY GOING TO GET HALF OF

10   THAT TIME.

11       **MR. SWOOPES:**  THAT'S A FAIR QUESTION, YOUR HONOR.

12   AND I'M SURE THAT THAT ISSUE WILL BE WORKED OUT AS TIMES GOES

13   ON.  BUT WHEN WE SEE SLIDES LIKE THIS --

14       **THE COURT:**  IT WON'T BE WORKED OUT BY MORE TIME.

15   IT'S GOING TO BE WORKED OUT BY YOU THROWING THINGS OVERBOARD

16   THAT ARE NOT WORTH TAKING UP THE TIME OF A GOOD JURY.

17       YOU KNOW, YOUR TWO COMPANIES ONLY GIVE TWO WEEKS TO

18   YOUR EMPLOYEES FOR TRIAL.  TWO WEEKS FOR YOUR EMPLOYEES.  BUT

19   YOU WANT A LOT MORE THAN THAT FROM THE JURY, THE GOOD CITIZENS

20   OF THIS DISTRICT.

21       **MR. SWOOPES:**  I AM AWARE OF THAT, YOUR HONOR. AND I

22   WOULD HOPE THAT WHEN YOU SEE SLIDES LIKE THIS THERE WILL NOT BE

23   MANY QUESTIONS OF FACT THAT NEED TO BE RESOLVED FOR THE JURY.

24       I WOULD LIKE TO --

25       **THE COURT:**  YOU HAVE ONE GOOD SLIDE OUT OF 11,000

KATHY WYATT, CSR, RMR (415) 487-9834

1    LINES. THAT'S NOT MUCH OF A CASE.

2              **MR. SWOOPES:**  YOUR HONOR, THAT DOES RAISE A QUESTION

3    OF HOW THIS FITS INTO THE OVERALL CASE.

4              FIRST OF ALL, THIS IS ONLY OF LIMITED RELEVANCE IF

5    THE API'S AT ISSUE ARE NOT COPYRIGHTABLE.  AND AS MR. JACOBS

6    EXPLAINED TO YOUR HONOR, THAT'S NOT THE CASE.

7              BUT WHAT IS ALSO IMPORTANT TO SHOW IS THAT GOOGLE

8    CLAIMED THAT THEY HAD A CLEAN ROOM IMPLEMENTATION.

9              **THE COURT:**  THEY DID WHAT?

10             **MR. SWOOPES:**  A CLEAN ROOM IMPLEMENTATION, YOUR

11   HONOR.  THAT IS LOOKING AT THE UNCOPYRIGHTABLE IDEAS BEHIND THE

12   JAVA PLATFORM AND TRYING TO IMPLEMENT CODE WITHOUT -- I'M SORRY.

13             **THE COURT:**  HOLD ON.  SO DOESN'T THAT HELP GOOGLE?

14             **MR. SWOOPES:**  ONE WOULD THINK THAT, YOUR HONOR. BUT,

15   IN FACT, THE LITERAL COPYING IN THIS CASE SHOWS THAT THE CLEAN

16   ROOM WAS NOT CLEAN.

17             **THE COURT:**  MAYBE THEY GOT GOOD MEMORIES.  MAYBE THEY

18   WENT IN THERE, AND THEY JUST HAPPENED TO REMEMBER THIS BECAUSE

19   THAT'S THE WAY EVERYONE WOULD DO IT.

20             **MR. SWOOPES:**  WELL, YOUR HONOR, THAT ACTUALLY WOULD

21   BE COPYRIGHT INFRINGEMENT.  AND IF THAT PERSON WERE TO REMEMBER

22   THE LINES OF CODE THAT, SAY, THEY HAD WRITTEN AT A PREVIOUS JOB

23   AND THERE WAS A WORK MADE --

24             **THE COURT:**  THAT'S PROBABLY RIGHT.

25             **MR. SWOOPES:**  -- FOR A FORMER EMPLOYER.  AND THAT IS

1    EXACTLY THE CASE HERE WITH THE DEPOSITION TESTIMONY ON THE

2    SCREEN FROM MR. JOSH BLOCH WHO --

3              **THE COURT:**  TELL ME WHAT HE SAID.

4         **MR. JACOBS:**  WHEN ASKED WHETHER HE REMEMBERED

5    ACCESSING SUN CODE WHILE WORKING ON THE TIMSORT METHOD ON THE

6    UPPER RIGHT-HAND CORNER OF THE SCREEN, HE SAYS THAT -- HE'S

7    WILLING TO BELIEVE THAT HE DID.

8              WHAT'S ALMOST AS INTERESTING AS THE FACT THAT THERE

9    WAS COPYING, IS THE ANALYSIS THAT MR. BLOCH USES TO SAY WHY

10   THERE WAS COPYING.  HE LOOKS AT THE SIMILARITY OF THE SIGNATURE,

11   THE ARGUMENTS ARE ON THE SAME ORDER, THE SAME NAMES.

12             THIS IS EXACTLY THE COPYRIGHT INFRINGEMENT ANALYSIS

13   THAT IS BEING APPLIED TO THE ENTIRE JAVA PLATFORM AS A WHOLE.

14   SO WHAT THIS SHOWS IS THAT ENGINEERS LIKE MR. BLOCH, LIKE

15   MR. TIM LINDHOLM AND OTHERS WHO USED TO WORK FOR GOOGLE --

16   EXCUSE ME -- WHO USED TO WORK FOR SUN OR ORACLE HAD ACCESS.

17   THEY USED THEIR ACCESS TO SUN'S AND ORACLE'S COPYRIGHTED

18   MATERIALS AS THEY WERE CREATING WORKS FOR THE ANDROID PLATFORM.

19             I WOULD LIKE TO IN THE LIMITED TIME THAT WE HAVE,

20   YOUR HONOR, ADDRESS ONE OTHER POINT THAT GOGGLE BROUGHT UP IN

21   ITS REPLY BRIEF THAT WE DID NOT HAVE A CHANCE TO SPEAK ABOUT

22   PREVIOUSLY.  THAT IS GOOGLE MAKES THE ARGUMENT THAT THE ORACLE

23   HAD WANTED PROTECTION FOR THESE PROGRAMS AS INDIVIDUAL WORKS

24   THAT WE NEEDED TO LIST THE TITLES OF THEM.

25             WELL, JAVA TWO STANDARD EDITION VERSION FIVE WAS

1    REGISTERED IN 2004. GOOGLE RELIES ON THIS LANGUAGE STATING THAT

2    A SEPARATE CONTINUATION SHEET MUST BE USED FOR TITLES. BUT EVEN

3    IF APPLIED HERE THIS REGULATION WAS ONLY ISSUED IN 2007, THREE

4    YEARS AFTER THE COPYRIGHTED VERSION OF THE JAVA PLATFORM, OR AT

5    LEAST VERSION FIVE AND PREVIOUS VERSIONS WERE REGISTERED.  SO

6    THIS IS INAPPOSITE.

7            **THE COURT:**  WELL, WHERE DOES IT SAY THAT, THAT IT'S

8    NOT RETROACTIVE?

9            **MR. SWOOPES:**  YOUR HONOR, I DON'T BELIEVE WE HAVE ON

10   THE SCREEN THAT IT IS NOT RETROACTIVE. WHAT WE HAVE HERE IS AN

11   INDICATION THAT THIS PROVISION WAS ADDED ON JULY 6, 2007.

12           **THE COURT:**  OKAY. ALL RIGHT. I SEE YOUR POINT.

13           **MR. SWOOPES:**  AND THE CODE THAT -- AND THE REGULATION

14   THAT WAS ON HAND BEFORE THAT FOLLOWED TRADITIONAL COPYRIGHT

15   PRINCIPLES THAT'S ALLOWED FOR REGISTRATION AS A SINGLE WORK. AND

16   OTHER THAN THEIR ARGUMENT WITH ITS REGULATION GOOGLE DOES NOT

17   DISPUTE THE ANALYSIS CITED IN ORACLE'S BRIEF, ORACLE'S

18   OPPOSITION BRIEF, FROM BEAN V. MCDOUGAL AND SOME OTHER CASES

19   WHICH STATE THAT IF YOU HAVE A SINGLE WORK THAT IS REGISTERED

20   YOU CAN SUE ON THE INDIVIDUAL COPYRIGHTED ELEMENTS.

21           **THE COURT:**  DO THIS FOR ME.  I WANT TO GIVE YOU A

22   MOMENT TO -- I KNOW THERE'S SO MUCH.  THERE'S SO MANY ITEMS THAT

23   YOU ARE CLAIMING WERE INFRINGED THAT THERE'S A FOREST FOR THE

24   TREES PROBLEM FOR ME, NOT FOR YOU.  YOU'RE DOING A GOOD JOB

25   EXPLAINING IT.  BUT DO THIS FOR ME.

1          JUST PRETEND THAT YOU'RE MAKING THE OPENING STATEMENT

2     TO THE JURY.  AND JUST TAKE ONE EXAMPLE. YOU CAN USE EVEN THAT

3     EXAMPLE YOU HAD UP THERE A MINUTE AGO, BUT JUST PRETEND YOU'RE

4     WALKING THE JURY THROUGH WHAT YOUR ARGUMENT IS AND WHY THERE'S

5     INFRINGEMENT AND WHAT THE LAW IS.  AND THEN, EXPLAIN WHY THE

6     DEFENSES DON'T APPLY.  IT STILL IS A LITTLE FUZZY TO ME, BOTH

7     SIDES HAVING SUCH GOOD LAWYERS.  SO DO THAT FOR ME.

8          PUT SOMETHING HERE.  THE ONE YOU GOT UP THERE, SO

9     PRETEND THAT YOU ARE EXPLAINING TO SOMEBODY ON THE JURY WHY

10    THAT'S INFRINGEMENT.  AND IT'S NOT ENOUGH JUST TO SAY THAT THEY

11    ARE IDENTICAL. YOU ARE GOING TO HAVE TO EXPLAIN WHY IT'S

12    COPYRIGHTABLE IN THE FIRST PLACE.

13          SO EXPLAIN THAT.

14     **MR. SWOOPES:**  YES, YOUR HONOR. I'M HAPPENING TO PLAN

15    THIS SLIDE I SHOULD POINT OUT THAT MR. JACOBS HAS AN ADDITIONAL

16    SLIDE THAT TALKS ABOUT THE COPYING THAT OCCURS AT MULTIPLE

17    LEVELS WITHIN THE JAVA PLATFORM.

18          HERE YOU SEE THE SOURCE CODE LEVEL.  AND THIS IS

19    FAIRLY OBVIOUS TO ANYONE WHO JUST LOOKS AT A PROGRAM AS A

20    LITERARY --

21          **THE COURT:**  IT'S NOT OBVIOUS THAT IT'S COPYRIGHTABLE.

22          **MR. JACOBS:**  THAT'S A FAIR POINT, YOUR HONOR.

23          **THE COURT:**  EXPLAIN THAN POINT.

24          **MR. SWOOPES:**  THIS MATERIAL'S COPYRIGHTABLE AS A

25    LITERARY WORK BECAUSE LIKE ANY OTHER PIECE OF TEXT, YOU HAVE

1    ORIGINAL EXPRESSION IN THIS CASE IN WRITTEN INSTRUCTIONS TO A

2    COMPUTER AS TO HOW TO CARRY OUT A TASK.

3            THERE'S INFRINGEMENT HERE BECAUSE EVEN WHERE YOU DID

4    NOT NEED TO DO THE SAME THING AND, IN GENERAL, YOU DIDN'T NEED

5    TO DO THE SAME THING, THERE IS DIRECT SIMILARITIES.

6            THE HIGHLIGHTED VARIABLE NAMES YOU SEE "SET, SET, SET

7    ONE," THIS IS WHAT HAPPENS WHEN YOU USE AN AUTOMATED TOOL TO

8    TAKE SOMEONE'S ORIGINAL EXPRESSION AND SPIT OUT VARIABLE NAMES

9    THAT ARE GENERATED BY A MACHINE RATHER THAN COMING UP WITH MORE

10   DESCRIPTIVE NAMES THAT THE DEVELOPER WOULD DO THEMSELVES.

11           I BELIEVE MR. JACOBS HAS SOME ADDITIONAL MATERIAL

12   THAT MAY SHED LIGHT ON COPYING AT DIFFERENT LEVELS WITHIN THE

13   JAVA PLATFORM.

14           **THE COURT:**  WELL, WE WILL COME TO THAT LATER, MAYBE.

15           ALL RIGHT.  LET'S GIVE THE OTHER SIDE A CHANCE TO

16   RESPOND.

17           **MR. SWOOPES:**  THANK YOU, YOUR HONOR.

18           **THE COURT:**  PUT THAT SCREEN BACK UP THERE. WHY ISN'T

19   THAT JUST BLATANT COPYRIGHT INFRINGEMENT RIGHT THERE?  LET'S

20   STICK WITH THIS ONE FOR A MINUTE.

21           **MR. BABER:**  SURE.  IT'S NOT BLATANT COPYRIGHT

22   INFRINGEMENT, YOUR HONOR, BECAUSE THIS HAS TO BE VIEWED IN THE

23   CONTEXT OF THE COPYRIGHT CLAIM IN THIS CASE.

24           ORACLE HAS CHOSEN TO PICK THE COPYRIGHT FIGHT BY

25   PUTTING ON THE TABLE AS ITS ASSERTED WORK THE ENTIRE JAVA

1   STANDARD EDITION PLATFORM.

2           IT IS A WORK THAT CONSISTS OF THOUSANDS OF FILES,

3   MILLIONS OF LINES OF CODE.  IT INCLUDES A VIRTUAL MACHINE.  IT

4   INCLUDES A DEVELOPER KIT.  IT INCLUDES A COMPILER, SOME OF THE

5   TERMS YOU'VE HEARD IN THE PATENT SIDE OF THIS CASE. THAT'S ALL

6   PART OF THE WORK.

7           **THE COURT:**  BUT IT IS TRUE THAT IF YOU COPY

8   SOMEBODY'S CHAPTER OUT OF A VERY LONG BOOK ISN'T THAT STILL

9   COPYRIGHT INFRINGEMENT?

10          **MR. BABER:**  IT COULD BE, YOUR HONOR.  THERE WOULD BE

11  QUESTIONS. AND IF THIS WAS THE ONLY ISSUE, IF THEY WERE SUING US

12  JUST FOR THESE EIGHT FILES THAT WERE REMOVED FROM ANDROID ONCE

13  THEY WERE IDENTIFIED TO US, THEN WE WOULDN'T BE MOVING FOR

14  SUMMARY JUDGMENT.  THERE WOULD BE OTHER COPYRIGHT ISSUES WE

15  WOULD RAISE ABOUT THESE FILES AND ABOUT WHETHER THEY ARE

16  PROTECTED, BUT WE WOULDN'T BE MOVING FOR SUMMARY JUDGMENT.

17          BUT FOR THE PURPOSES OF THIS CLAIM AND THE WAY THEY

18  HAVE CHOSEN TO PLEAD IT, THE NINTH CIRCUIT HAS SAID NEWTON

19  VERSUS DIAMOND IN THE SAMPLING CASE, THEY SAID IN APPLE VERSUS

20  MICROSOFT OVER AND OVER AGAIN YOU TAKE THE WORKS.  FIRST YOU PUT

21  OUT OF THE EQUATION PARTS THAT ARE NOT COPYRIGHTABLE.  AND THEN,

22  YOU PERFORM YOUR INFRINGEMENT ANALYSIS UNDER EITHER THE

23  SUBSTANTIAL SIMILARITY TEST OR THE VIRTUAL IDENTITY TEST BY

24  COMPARING THE WORKS AS A WHOLE. THE WORKS AS A WHOLE.

25          THEY COULD HAVE GONE OUT AND GOTTEN THE INDIVIDUAL

```
 1   COPYRIGHT REGISTRATIONS LIKE YOU ASKED ABOUT FOR ANY OF THESE

 2   SPECIFIC FILES.

 3            THEY COULD HAVE SAID:

 4                 "WE ARE SUING YOU NOT JUST ON THE WHOLE

 5   PLATFORM, BUT WE'RE SUING YOU ON THESE EIGHT --

 6        THE COURT:  COULD A REASONABLE JURY LOOKING AT

 7   EVERYTHING AND SEEING THIS IDENTITY HERE AND THE OTHER EIGHT

 8   FILES, COULD THEY SAY THAT EVEN COMPARATIVE WORKS AS A WHOLE

 9   THAT THERE'S BEEN INFRINGEMENT?

10        MR. BABER:  I DON'T BELIEVE SO, YOUR HONOR.  AND AS A

11   MATTER OF LAW THEY COULD NOT BECAUSE THESE EIGHT FILES ARE EIGHT

12   OUT OF A THOUSAND FILES IN THE API PACKAGES.  THEY ARE EIGHT OUT

13   OF 50,000 FILES IN ANDROID.  THESE ARE SEVERAL HUNDRED LINES OF

14   CODE OUT OF 11 MILLION LINES OF CODE IN ANDROID.

15        THE COURT:  BUT IF THERE ARE OTHERS, WHY DIDN'T YOU

16   JUST CHANGE THESE TWO?

17        MR. BABER:  WE DID. THAT'S THE POINT, YOUR HONOR.  AS

18   SOON AS ORACLE SAID:

19                 "HEY, WAIT.  THERE'S THESE EIGHT FILES IN THERE.

20            DID YOU KNOW ABOUT THAT?"

21        WE LOOKED AT THEM, YOUR HONOR.  FRANKLY, IT'S NOT IN

22   RECORD.  WE DON'T NEED THEM FOR SUMMARY JUDGMENT.  IT WAS A

23   MISTAKE.  SOMEBODY THOUGHT THESE WERE APACHE HARMONY FILES FROM

24   THE INDEPENDENT IMPLEMENTATION OF THE API'S, AND THEY MADE THEIR

25   WAY IN THERE.  BUT AS SOON AS THEY IDENTIFIED THEM, WE TOOK THEM
```

```
1    OUT.  WE HAVEN'T REPLACED THEM.  THERE'S NO SENSE IN WHICH THEY

2    COULD BE IMPORTANT TO ANDROID.

3              THE COURT:  THESE DON'T EVEN EXIST ANYMORE?

4              MR. BABER:  THEY ARE GONE.  THEY ARE OUT.  NOT ONLY

5    ARE THEY OUT NOW, BUT THE EVIDENCE WILL SHOW AND DOES SHOW THAT

6    THESE WOULD NEVER HAVE EVEN BEEN SHIPPED ON ANY DEVICES.

7              THEY WERE TEST FILES. IN ORDER FOR A VERY, VERY, VERY

8    SMALL AMOUNT OF COPYING TO BE ACTIONABLE, AND THE COURTS HAVE

9    RECOGNIZED FOR HUNDREDS OF YEARS THAT NOT ALL IDENTICAL THINGS

10   GIVE RISE TO A COPYRIGHT INFRINGEMENT CLAIM.  IT HAS TO BE

11   QUANTITATIVELY AND QUALITATIVELY IMPORTANT.

12             WHAT WE ARE TALKING --

13             THE COURT:  WHAT DAMAGES ARE BEING SOUGHT FOR THIS

14   INFRINGEMENT THAT DOESN'T EXIST ANYMORE?

15             MR. BABER:  WELL, YOUR HONOR, THAT'S AN INTERESTING

16   THING ABOUT THIS BECAUSE, FRANKLY, WHAT WE THINK WE SEE COMING

17   IS THAT THIS COPYRIGHT TAIL IS STARTING TO TRY TO WAG THE DOG.

18             WE RECEIVED PROFESSOR COCHRAN'S NEW EXPERT DAMAGES

19   REPORT THIS PAST WEEK.  AND THIS TIME, SURPRISE, HE GOES TO A

20   VERY BIG NUMBER, BUT IT'S ON THE COPYRIGHT SIDE.

21             THE COURT:  WHAT IS HIS VERY BIG NUMBER?

22             MR. BABER:  IT'S UNCLEARLY EXACTLY, YOUR HONOR.  BUT

23   HE'S CLAIMING, FOR EXAMPLE, THAT ALL OF GOOGLE'S REVENUE FROM

24   ADVERTISING ON MOBILE DEVICES CAN BE CAPTURED BY ORACLE AS AN

25   AWARD OF PROFITS UNDER THE COPYRIGHT ACT.
```

```
 1           AND THOSE ARE NUMBERS IN THE VERY HIGH HUNDREDS OF

 2   MILLIONS AND BEYOND, BUT HE MAKES NO ATTEMPT, NONE WHATSOEVER,

 3   TO SHOW WHAT, IF ANY, PART OF THOSE PROFITS ARE ATTRIBUTABLE TO

 4   THE COPYRIGHT ISSUES, THESE API'S.

 5           THERE'S NO PASSIVE CAUSATION TO SAY THAT:

 6                 "WELL, THEY USED THIS PART OF OUR COPYRIGHTED

 7             WORK, SO PUT ASIDE THE VIRTUAL MACHINE, PUT ASIDE

 8             THE COMPILER, PUT ASIDE THE DEVELOPER KIT.  WE

 9             BELIEVE THIS PART IS ATTRIBUTABLE TO THE COPYRIGHT

10             INFRINGEMENT."

11           AND YOUR HONOR WILL HEAR ABOUT THAT IN DUE TIME. BUT

12   WE HAVE TWO ISSUES LIKE THAT. WE HAVE THIS MINUSCULE AMOUNT OF

13   LITERAL CODE COPYING TRYING TO WAG -- THAT TAIL IS TRYING --

14   THAT IS TRYING TO BE THE MAIN PIECE OF THE COPYRIGHT CLAIM --

15           THE COURT:  BUT WHEN YOU SAY TO THE OTHER SIDE:

16                 "OKAY. WE MADE A MISTAKE.  BUT AS SOON AS YOU

17             BROUGHT IT TO OUR ATTENTION WE FIXED IT.  THAT CODE

18             IS NOW LONG GONE."

19           BY THE WAY, THAT WOULD HAVE BEEN A NICE THING FOR MR.

20   JACOBS TO POINT OUT THAT THIS WAS LONG GONE.  I DIDN'T REALIZE

21   THAT IT WAS LONG GONE. WHAT DO THEY SAY IN TERMS OF HOW THEY

22   HAVE BEEN DAMAGED?

23           MR. BABER:  YOUR HONOR, THEY SAY THEY HAVE BEEN

24   DAMAGED.  THEY SAY THAT THIS -- THEY HIGHLIGHT THIS LITERAL

25   COPYING.  WE HAVE THESE EIGHT FILES.  WE HAVE SOME COMMENTS IN
```

```
 1    TWO OTHER FILES WHICH WE ALSO TOOK OUT RIGHT AWAY.

 2              AND THEN, THERE'S THE NINE LINES OF CODE THAT MR.

 3    SWOOPES JUST SHOWED YOU WITH SO CALLED "RANGE CHECK FUNCTION."

 4              THAT'S STILL IN THERE.  IT'S NINE LINES OUT OF

 5    11 MILLION.  AND IT IS A VERY SIMPLE CODE THAT SIMPLY DOES SOME

 6    SANITY CHECKS ON SORTING THINGS.

 7              THAT'S WHAT THEY ARE COPYING. AND THEY USE THAT, OF

 8    COURSE, IN AN INFLAMMATORY WAY TO SAY:

 9                   "THIS SHOWS COPYING," WHEN, IN FACT, YOUR HONOR,

10    IT IS SO DE MINIMUS.  IT'S LESS THAN ONE TENTH OF 1 PERCENT.

11         THE COURT:  WHY WOULDN'T YOU BE THRILLED TO HAVE THEM

12    WASTE THEIR TIME AT TRIAL ON THIS SO THAT THE PATENT ISSUES FALL

13    TO ONE SIDE?

14         MR. BABER:  YOUR HONOR, WE WOULD BE MORE THAN

15    DELIGHTED.

16         THE COURT:  WHY DON'T YOU JUST LET THEM TAKE UP ALL

17    THEIR TIME ON COPYRIGHT, AND THEN YOU GET UP AND SAY:

18                   "THIS WAS FIXED YEARS AGO."

19         MR. BABER:  YOUR HONOR, WE WOULD BE MORE THAN

20    DELIGHTED IF THEY DID THAT.

21         THE COURT:  WHY DIDN'T YOU WITHDRAW YOUR MOTION?

22         MR. BABER:  BECAUSE OF THE API'S. THE API'S ARE

23    REALLY WHAT THIS ISSUE IS ABOUT. AND YOUR HONOR HIT THE NAIL ON

24    THE HEAD.

25         THE COURT:  I THOUGHT THAT'S WHAT WE WERE TALKING
```

1    ABOUT.

2              **MR. BABER:**  BUT NO, NO.  THERE'S TWO DIFFERENT PARTS

3    TO THE COPYRIGHT CLAIM.

4              **THE COURT:**  THE API'S YOU'RE STILL USING.

5              **MR. BABER:**  ABSOLUTELY.  WE'RE STILL USING THOSE 37

6    PACKAGES OF API'S.  NO DOUBT ABOUT IT.

7              **THE COURT:**  OKAY.

8              **MR. BABER:**  BUT IT'S ALL ABOUT THE LANGUAGE.

9              **THE COURT:**  WHAT DO YOU MEAN?

10             **MR. BABER:**  THESE API'S, THE ONLY REASON THEY ARE IN

11   ANDROID, THE ONLY REASON IS TO FACILITATE USE OF THE JAVA

12   LANGUAGE BY PROGRAMMERS SO THAT PROGRAMMERS CAN USE THE SAME

13   ABBREVIATIONS, THE SAME METHOD SIGNATURES, THE SAME PARTS IN

14   THEIR CODE THAT THEY HAVE ALWAYS USED TO SAY:

15             "GO GET SOME CODE THAT WILL DO THIS FOR ME."

16             **THE COURT:**  OKAY.  LET ME ASK YOU A QUESTION NOW,

17   THEN, ON THAT FOR ME. LET'S SAY THAT -- LET'S TAKE IT OUT OF

18   THIS CONTEXT FOR A MINUTE.

19             LET'S SAY THERE'S A COMPLETELY DIFFERENT HYPOTHETICAL

20   COMPANY THAT COMES ALONG AND WANTS TO USE THE JAVA API'S, JUST

21   THE JAVA API'S. AND DO THEY NEED A LICENSE TO DO THAT?

22             **MR. BABER:**  YOUR HONOR, WE DON'T BELIEVE THEY DO,

23   BECAUSE THE API'S -- AND, AGAIN, WITH PRECISION, BECAUSE WE HAVE

24   TO BE TALKING IN COPYRIGHT ABOUT THINGS THAT ARE FIXED. THE

25   IDEAS OF THE API'S, THE CONCEPT OF THE INTERFACE, NO. THEY CAN'T

1    PROTECT THAT. NO ONE CAN PROTECT THAT UNDER COPYRIGHT.

2            **THE COURT:**  WHY NOT?  WHY NOT?  LET'S SAY I HAVE AN

3    API THAT WILL FIND HOW TO ADD TWO NUMBERS TOGETHER. THERE WOULD

4    BE MANY WAYS TO DO THAT.

5            **MR. BABER:**  THERE ARE, YOUR HONOR.

6            **THE COURT:**  SO WHY, IF THEY COME UP WITH A PARTICULAR

7    WAY TO DO IT THAT IS SO ELEGANT A SOLUTION IT SAVES TIME AND THE

8    OTHER WAYS TO DO IT TAKE TWICE AS LONG, COMPUTER TIME-WISE, WHY

9    CAN'T THEY GET A COPYRIGHT ON THEIR WAY TO DO IT?

10           **MR. BABER:**  BECAUSE, YOUR HONOR, THAT'S EXACTLY WHAT

11   COPYRIGHT IS ALL ABOUT IN THIS SCENARIO. COPYRIGHT LAW ALLOWS

12   OTHER PARTIES TO COPY ELEMENTS OF API'S, OR OF ANYTHING ELSE,

13   FOR THAT MATTER, THAT ARE FUNCTIONAL REQUIREMENTS FOR

14   COMPATIBILITY.

15           THAT IS THE HOLDING OF THE SEGA CASE.  THAT'S WHAT

16   THE COURT SAID IN THE SONY CASE.  THAT IS NOT COPYRIGHTABLE.

17           **THE COURT:**  BUT UNDER YOUR DEFINITION EVERY SINGLE

18   API WOULD BE A FUNCTION, FUNCTIONAL. NOTHING WOULD BE

19   COPYRIGHTABLE UNDER YOUR VIEW.

20           **MR. BABER:**  NO, YOUR HONOR. WHAT IS COPYRIGHTABLE,

21   WHAT IS CLEARLY COPYRIGHTABLE -- WE DON'T DISPUTE -- IS ALL THAT

22   CODE IN ALL THOSE LIBRARIES THAT PERFORM THESE FUNCTIONS. BUT

23   WHAT ORACLE IS SAYING --

24           **THE COURT:**  WAIT, THAT IS OR IS NOT?

25           **MR. BABER:**  IT IS COPYRIGHTABLE, BUT OURS IS

1    DIFFERENT. THAT'S THE POINT. THERE'S HUNDREDS OF THOUSANDS OF

2    LINES OF CODE THAT IMPLEMENT THESE API'S. THEY ACTUALLY TELL THE

3    COMPUTER:

4                     "HERE'S HOW YOU CALCULATE THE SQUARE ROOT."

5    THOSE ARE DIFFERENT.  YOU HAVE HEARD NOTHING FROM THEM, AND YOU

6    WON'T HEAR ANYTHING FROM THEM ABOUT LITERAL COPYING OF ANY OF

7    THAT CODE.

8              THE COURT:  OKAY.  WAIT A SECOND. SO ARE YOU SAYING

9    THAT YOU HAVE YOUR OWN API'S?  THAT YOU WROTE YOUR OWN API'S?

10             MR. BABER:  WE HAVE OUR OWN IMPLEMENTATION OF THE

11   API'S.

12             THE COURT:  JUST STICK WITH THE SQUARE ROOT THING FOR

13   A SECOND.

14             MR. BABER:  ALL RIGHT.

15             THE COURT:  ALL RIGHT. SO JAVA'S GOT ONE.  IF I

16   LOOKED AT THE JAVA ONE LIKE THIS, IT WOULD HAVE A CERTAIN SET OF

17   CODE, RIGHT?

18             MR. BABER:  CORRECT.

19             THE COURT:  THEN, YOU HAVE YOUR OWN API THAT DOES THE

20   SQUARE ROOT.  AND YOU ARE TELLING ME IT'S DIFFERENT CODE.

21             MR. BABER:  WHAT IT WILL HAVE, YOUR HONOR -- AND THIS

22   IS IN PROFESSOR ASTRACHAN'S REPORT AND ALSO IN OUR BRIEF -- IF

23   YOU PUT THEM SIDE-BY-SIDE YOU WOULD SEE THE ELEMENTS THAT YOU

24   NEED TO IDENTIFY WHAT IS THE API YOU ARE IMPLEMENTING. AND

25   SQUARE ROOT IS A GOOD EXAMPLE.

1         SQUARE ROOT HAS BEEN OUT THERE IN THE JAVA LANGUAGE

2   FOR MANY YEARS.  IF YOU'RE WRITING A PROGRAM AND YOU WANT

3   SOMETHING TO CALCULATE A SQUARE ROOT FOR YOU, YOU PUT IN YOUR

4   CODE:  SQRT," AND IN PARENTHESES THE NUMBER YOU WANT THE SQUARE

5   ROOT OF.

6         SO LET'S SAY YOU WANT THE SQUARE ROOT OF 25:

7           "SQRT (25)."

8         IT THEN GOES OFF TO THE LIBRARY.  THE LIBRARY SAYS:

9           "AH, I HAVE AN INCOMING REQUEST TO CALCULATE

10          SQUARE ROOT."

11        I KNOW THAT BECAUSE IT USED THE PHRASE "SQRT PAREN."

12        IT CALCULATES IT, AND IT SENDS BACK THE NUMBER FIVE.

13  THAT'S HOW THE API WORKS.

14        WHAT THEY ARE SAYING IS WE CAN'T USE SQRT PAREN. THAT

15  ANYBODY WHO IS WRITING CODE HAS TO NOW LEARN SOME OTHER NAME TO

16  GO GET A SQUARE ROOT.

17        **THE COURT:**  ALL RIGHT.  ALL RIGHT.  OKAY. YOU'RE

18  SAYING -- YOU'RE BEING CLEAR, BUT LET ME BE EVEN ASKING FOR A

19  CLARIFICATION.

20        YOU'RE SAYING THAT ON YOUR -- YOU ADMIT YOU USE

21  SQRT --

22        **MR. BABER:**  ABSOLUTELY.

23        **THE COURT:**  -- PARENTHESES, WHATEVER. ALL RIGHT.

24        BUT YOU'RE SAYING THAT WHEN YOU CALL UP THAT FUNCTION

25  THROUGH YOUR API, YOU HAVE DIFFERENT SEQUENCES OF STEPS THAN

```
 1    WOULD OCCUR UNDER THE JAVA API.

 2              MR. BABER:  ABSOLUTELY CORRECT, YOUR HONOR.  THE CODE

 3    IS DIFFERENT.

 4              THE COURT:  ALL RIGHT.  SO --

 5              MR. BABER:  THE ONLY PARTS THAT ARE THE SAME ARE THE

 6    ELEMENTS THAT DEFINE THE API.

 7              THE COURT:  OKAY.

 8              MR. BABER:  WHAT DO YOU CALL IT?  WHAT DO YOU SEND TO

 9    IT?  AND WHAT DOES IT SEND BACK TO YOU, ET CETERA.

10              THE COURT:  ALL RIGHT.  SO YOU'RE SAYING THAT --

11    WELL, ALL RIGHT. BUT THEN ORACLE WOULD ASK YOU THIS QUESTION.

12    THEY WOULD SAY:

13                   "WELL, INSTEAD OF SAYING 'SQRT,' WHY DIDN'T YOU

14                   SAY 'SQT' OR 'SQR'?"

15              MR. BABER:  BECAUSE, YOUR HONOR --

16              THE COURT:  WHY DIDN'T YOU JUST COME UP WITH YOUR OWN

17    NAME, YOU KNOW, SHORTHAND NAME?  WHY ARE YOU PIGGYBACKING ON

18    THEIR NAME?

19              MR. BABER:  FOR TWO REASONS, YOUR HONOR.  FIRST OF

20    ALL, WE'RE ENTITLED TO AS A MATTER OF LAW. UNDER THE NINTH

21    CIRCUIT COPYRIGHT LAW, FIRST CIRCUIT COPYRIGHT LAW, IT'S THE LAW

22    OF VIRTUALLY ALL OF THE CIRCUITS.

23              THE COURT:  WHAT IS THAT LAW?

24              MR. BABER:  THE LAW, YOUR HONOR, IS SEGA AND SONY.

25              THE COURT:  WHAT DOES IT SAY?  WHY -- IT'S NOT
```

```
1    INHERENTLY CLEAR TO ME WHY THAT WOULD BE THE LAW.  WHAT IS THE

2    LAW THERE?

3              MR. BABER:  THE LAW IS, AND THE PHRASE FROM SEGA IS:

4                   "FUNCTIONAL REQUIREMENTS FOR COMPATIBILITY ARE

5                   NOT COPYRIGHTABLE."

6              THE COURT:  WHY DOES IT HAVE --  WHAT DO YOU MEAN

7    "COMPATABILITY," BECAUSE YOU HAVE GOT A DIFFERENT CODE.  YOU'VE

8    GOT AT DIFFERENT API, YOU'RE TELLING ME. IT DOES THE SAME

9    FUNCTION.

10             THEY ARE NOT -- ORACLE IS NOT GOING SO FAR AS TO SAY

11   THAT YOU CAN'T COME UP WITH YOUR OWN API TO DO A SQUARE ROOT,

12   ARE THEY?  AM I RIGHT ABOUT THAT?  WHAT THEY ARE SAYING IS:

13                  "YOU CAN'T USE OUR ABBREVIATIONS."

14             MR. BABER:  THAT'S WHAT THEY ARE SAYING, BASICALLY,

15   IS:

16                  "YOU CAN'T USE THE SAME NAMES. YOU CAN'T CALL

17                  THEM THE SAME THING."

18             BUT WHAT NOT ONLY THE NINTH CIRCUIT CASES BUT CLEARLY

19   LOTUS SAYS AND WHAT COPYRIGHT IS ALL ABOUT IS IF YOU HAVE

20   TECHNICAL FUNCTIONAL REQUIREMENTS IN THE SOFTWARE FIELD FOR

21   COMPATABILITY -- AND I WANT TO BE CLEAR WHAT WE'RE TALKING ABOUT

22   IS COMPATIBILITY.

23             IF I'M A PROGRAMMER, AND I HAVE CODE I HAVE WRITTEN

24   IN THE PAST IN THE JAVA LANGUAGE, AND IT USES THESE API'S.  IT

25   PUTS THOSE LITTLE MAGIC PHRASES IN THERE AND SAYS:
```

1              "GO DO THIS FOR ME.  GO DO THAT FOR ME.  GO DO

2          THIS."  IN ORDER FOR THAT CODE TO BE REUSED IN

3   ANDROID THESE SAME API'S HAVE TO BE SUPPORTED, OTHERWISE THE

4   CODE WOULD HAVE TO BE REWRITTEN.  IF THE API'S WEREN'T ORGANIZED

5   THE SAME IT WOULDN'T EXECUTE --

6          **THE COURT:**  BASICALLY YOU'RE SAYING THAT THESE

7   SHORTHAND WORDS HAVE BECOME INGRAINED INTO THE ART AND SCIENCE

8   OF JAVA PROGRAM AS RECOGNIZABLE WORDS THAT THE MACHINE LANGUAGE

9   WOULD RECOGNIZE UNDER JAVA.  SO, IN OTHER WORDS, WHATEVER WOULD

10  BE A PROGRAMMING LANGUAGE, YOU'RE SAYING IT'S PART OF THE

11  PROGRAMMING LANGUAGE.

12              **MR. BABER:**  AND, YOUR HONOR --

13          **THE COURT:**  IS THAT WHAT YOU'RE SAYING?

14          **MR. BABER:**  THAT IS ABSOLUTELY WHAT WE'RE SAYING,

15  YOUR HONOR.  AND IF YOU READ THEIR EXPERT'S -- THEIR EXPERT'S

16  OPINION, HE SAYS THAT AT LEAST SOME OF THESE API'S ARE, QUOTE:

17              "TIED CLOSELY TO THE JAVA LANGUAGE," UNQUOTE,

18              AND ARE, QUOTE "FUNCTIONALLY NECESSARY IN ORDER TO

19              USE THE LANGUAGE."

20          THAT'S PROFESSOR MITCHELL'S REBUTTAL REPORT.  HE SAYS

21  IT THREE TIMES:  PARAGRAPH 20, PARAGRAPH 57, PARAGRAPH 70.

22          HE SAYS SOME OF THEM YOU HAVE TO HAVE THESE TO WRITE

23  IN THE JAVA LANGUAGE.  OTHERS YOU DON'T HAVE TO HAVE THEM, BUT

24  THEY CERTAINLY FACILITATE THE USE OF THE LANGUAGE.

25          THEIR OWN MATERIALS ON THE WEBSITE IDENTIFY THESE AS

```
 1    CORE API'S FOR THE LANGUAGE THAT ARE, QUOTE:

 2                    "FUNDAMENTAL TO THE DESIGN OF THE JAVA

 3               PROGRAMMING LANGUAGE."

 4               AND WHAT IS GOING ON HERE, YOUR HONOR, WITH THIS

 5    COPYRIGHT CLAIM IS ORACLE IS SAYING:

 6                    "OH, YEAH.  WE HAVE SAID THEY CAN USE THE

 7               LANGUAGE, BUT THEY CAN ONLY USE SOME OF THE

 8               VOCABULARY. THEY CAN ONLY USE SOME OF THE WORDS IN

 9               THE JAVA DICTIONARY, IN EFFECT."

10          THE COURT:  SO YOU'RE SAYING THAT WHAT MR. JACOBS IS

11    DOING IS SAYING:

12                    "YES, IT'S OKAY TO USE THE PROGRAMMING LANGUAGE,

13               BUT ONLY SOME OF IT.  YOU CAN'T USE THE WORDS THAT WE

14               PARTICULARLY WANT TO HOLD BACK."

15          MR. BABER:  WELL, AND --

16          THE COURT:  IS THAT IT?

17          MR. BABER:  THAT'S ACCURATE IN THE SENSE WHEN YOU

18    THINK OF THESE, WHAT WE CALL "THE METHOD SIGNATURES" FOR THESE

19    API'S.  IN OTHER WORDS, AS A PROGRAMMER IS WRITING HIS CODE AND

20    WANTS TO USE ONE OF THESE PIECES OF PREWRITTEN CODE, HE'S GOT TO

21    PUT THE RIGHT PHRASE IN HIS PROGRAM.  WHETHER IT'S SQRT FOR

22    SQUARE ROOT, ABS FOR ABSOLUTE VALUE.  EVERYONE HAS A LITTLE --

23    IT'S LIKE A LITTLE SPECIAL VOCABULARY.

24               AND WHEN YOU LOOK AT THE EXHIBITS LIKE HE SHOWED YOU,

25    AND YOU LINE THEM UP, WELL, OF COURSE THEY ARE THE SAME.  WE'RE
```

1  IMPLEMENTING THE SAME API'S.  IT'S JUST LIKE TWO DICTIONARIES

2  FOR THE SAME LANGUAGE.

3          **THE COURT:**  YOU'RE SAYING THE API'S -- IT'S NOT THE

4  API'S.  IT'S THE -- WHAT ARE THOSE WORDS CALLED AGAIN?

5          **MR. BABER:**  THE METHOD SIGNATURES?

6          **THE COURT:**  NO, THE WORDS LIKE SQRT.

7          **MR. BABER:**  THAT'S A METHOD SIGNATURE, YOUR HONOR.

8          **THE COURT:**  YOU ARE SAYING THE METHOD SIGNATURES ARE

9  EQUAL TO AND PART OF THE JAVA PROGRAMMING LANGUAGE WHICH IS OPEN

10  TO ANYONE.

11          **MR. BABER:**  THAT IS CORRECT, YOUR HONOR.  THEY ARE AS

12  A PRACTICAL MATTER. SOME OF THEM, THEIR EXPERT SAYS, ARE

13  REQUIRED. OTHERS ARE THERE, BUT SIMPLY FACILITATE AND ENABLE

14  USE.

15          **THE COURT:**  READ TO ME WHAT THEIR OWN EXPERTS SAY ON

16  THIS SUBJECT.

17          **MR. BABER:**  PROFESSOR MITCHELL IN HIS REPLY OR HIS

18  REBUTTAL REPORT, RATHER, SAID THAT AT LEAST SOME OF THESE API'S

19  AND SOME OF THE BASIC CLASSES CALLED JAVA.LANG, JAVA.UTIL, ET

20  CETERA, ARE, QUOTE:  "TIED CLOSELY TO THE JAVA LANGUAGE,"

21  UNQUOTE AND ARE, QUOTE, "FUNCTIONALLY NECESSARY," UNQUOTE, IN

22  ORDER TO MAKE USE OF THE JAVA LANGUAGE.

23          **THE COURT:**  WHICH ONES DID HE CALL OUT AS BEING IN

24  THAT CATEGORY?

25          **MR. BABER:**  HE CALLED OUT -- HE CALLED OUT THREE OF

1    THE PACKAGES, IN PARTICULAR, AND SAID:

2                "WELL, THERE'S SOME PARTS OF THOSE, AT LEAST."

3            **THE COURT:**  THEN THERE WILL BE 34 LEFT, THOUGH.

4            **MR. BABER:**  WELL, YOUR HONOR --

5            **THE COURT:**  WHAT DO YOU SAY TO THE OTHER 34?

6            **MR. BABER:**  AS TO THE OTHER 34, YOUR HONOR, THEY MAY

7    NOT BE TECHNICALLY NECESSARY, TO USE THE LANGUAGE, BUT THEY ARE

8    THERE IN ORDER TO FACILITATE USE OF THE LANGUAGE, TO BE

9    INTEROPERABLE, AND THAT'S WHAT THE NINTH CIRCUIT LAW SAYS WE CAN

10   DO.

11           WE CAN USE THOSE FUNCTIONAL ELEMENTS IN ORDER TO

12   FACILITATE THE USE OF THE LANGUAGE, IN ORDER THAT PROGRAMMERS

13   DON'T HAVE TO LEARN NEW ABBREVIATIONS.  THAT'S INEFFICIENT.

14   IT'S TIME-CONSUMING, AND COPYRIGHT DOESN'T REQUIRE THAT.

15   COPYRIGHT ALLOWS --

16           **THE COURT:**  IT'S ALL TRUE, BUT THEY CAME UP WITH

17   THESE WORDS AND THEY WERE NOT PART -- THEY WEREN'T ORIGINALLY

18   PART OF THE PROGRAMMING LANGUAGE.  THEY JUST INVENTED THOSE

19   ABBREVIATIONS, AND NOW YOU WANT TO PIGGYBACK ON THAT.

20           **MR. BABER:**  WELL, YOUR HONOR, MR. JACOBS' ARGUMENT

21   ABOUT HOW CREATIVE ALL OF THIS WAS, ET CETERA, IS, FRANKLY, A

22   RED HERRING.  BECAUSE COPYRIGHT LAW TELLS US YOU MAY HAVE THE

23   MOST CREATIVE IDEA IN THE WORLD, THE MOST CREATIVE THING

24   SOMEBODY HAS EVER COME UP WITH, BUT AS LONG AS IT'S STILL AN

25   IDEA, IT'S NOT PROTECTABLE.

```
 1            YOU MAY COME UP WITH A REALLY CREATIVE SHORT WORD
 2   PHRASE, BUT NO MATTER HOW CREATIVE IT IS IT'S NOT PROTECTABLE.
 3            THERE ARE CERTAIN BOUNDS OF COPYRIGHT LAW. HIS
 4   ARGUMENT IS DESIGNED TO SAY:  WELL, WHEN THEY CREATED THESE
 5   API'S AND CAME UP WITH THEM IN THE FIRST PLACE THEY HAD LOTS OF
 6   CHOICES. THEY DID. THAT'S NOT THE ISSUE.
 7            THE ISSUE IS:  NOW THAT THEY HAVE BECOME
 8   WELL-ESTABLISHED AMONG THE 6 OR 8 MILLION JAVA PROGRAMMERS OUT
 9   THERE WHO ALL KNOW HOW TO USE THESE, WHO RELY ON THEM IN THEIR
10   PROGRAMMING ALL THE TIME, THEY HAVE BECOME, IN EFFECT, INDUSTRY
11   STANDARDS.
12            THE COURT:  NOW, DON'T GIVE ME FIVE CASES.  JUST GIVE
13   ME ONE DECISION AND READ TO ME THE CRITICAL TWO OR THREE
14   SENTENCES FROM THAT ONE DECISION THAT IS CLOSEST ON POINT TO
15   THIS ARGUMENT YOU'RE MAKING SO THAT I CAN QUIZ YOU ABOUT THAT.
16            MR. BABER:  ALL RIGHT, YOUR HONOR.
17            THE COURT:  I DON'T WANT THREE DECISIONS.  I DON'T
18   WANT TWO.  I DON'T WANT THE FIRST CIRCUIT.  I WANT NINTH CIRCUIT
19   AND THREE SENTENCES.
20            MR. BABER:  I THINK I'M GOING TO ONLY GIVE YOU TWO,
21   BECAUSE I THINK TWO WILL DO.  YOUR HONOR, THIS IS FROM SEGA
22   VERSUS ACCOLADE.   IN SEGA VERSUS ACCOLADE, THE NINTH CIRCUIT
23   SAID --
24            THE COURT:  SLOWLY.
25            MR. BABER:  -- QUOTE:
```

```
 1                    "THE FUNCTIONAL REQUIREMENTS FOR COMPATIBILITY

 2              WITH THE GENESIS CONSOLE WERE ASPECTS OF SEGA'S

 3              PROGRAMS THAT ARE NOT PROTECTED BY COPYRIGHT."

 4              AND THEY CITED 17 USC 102 (B).

 5              THAT'S THE STATUTORY SECTION I REFERENCED EARLIER

 6    WHICH SAYS --

 7              THE COURT:  BUT WHEN YOU WROTE YOUR OWN 37 PROGRAMS

 8    YOU YOURSELF SAY IT'S DIFFERENT CODE LANGUAGE, RIGHT?

 9              MR. BABER:  CORRECT.

10              THE COURT:  YOU COULD HAVE -- YOU COULD HAVE INVENTED

11    YOUR OWN ABBREVIATIONS. INSTEAD OF SQRT, YOU COULD HAVE SAID

12    SQR -- SQR.

13              MR. BABER:  WE COULD HAVE.

14              THE COURT:  AND YOU COULD HAVE DONE IT THAT WAY AND

15    HAD YOUR OWN SET SO THAT IT WOULDN'T BE ESSENTIAL TO BE

16    COMPATIBLE WITH YOUR OWN ANDROID SYSTEM. YOU COULD HAVE WRITTEN

17    IT THAT WAY IF YOU HAD WANTED TO HAVE IT WRITTEN THAT WAY.

18              MR. BABER:  YOU COULD HAVE.  BUT IF WE WANTED TO BE

19    COMPATIBLE AND TO ALLOW PROGRAMMERS TO USE THE TOOLS AND

20    KNOWLEDGE THEY ALREADY HAD, WHICH COPYRIGHT LAW ALLOWS US TO DO,

21    WE ALSO HAD THE RIGHT TO USE THE SAME ABBREVIATIONS.

22              TWO FURTHER QUOTES, YOUR HONOR, FROM THE SAME SEGA

23    CASE.

24              THE COURT:  ALL RIGHT.

25              MR. BABER:  OKAY.  THE SECOND QUOTE IS WHERE THE SEGA
```

1    COURT SAYS:

2              "THE PROTECTION" -- THIS IS AT PAGE 1524:

3              "THE PROTECTION ESTABLISHED BY THE COPYRIGHT ACT

4         FOR ORIGINAL WORKS OF AUTHORSHIP DOES NOT EXTEND TO

5         THE IDEAS UNDERLYING A WORK OR THE FUNCTIONAL OR

6         FACTUAL ASPECTS OF A WORK.  TO THE EXTENT A WORK IS

7         FUNCTIONAL OR FACTUAL IT MAY BE COPIED AS MAY BE

8         THOSE EXPRESSIVE ELEMENTS OF THE WORK THAT, QUOTE,

9         'MUST NECESSARILY BE USED AS INCIDENT TO EXPRESSION

10        OF THE UNDERLYING IDEAS, FUNCTIONAL CONCEPTS OR

11        FACTS."

12             THAT'S IN THE LEFT SIDE COLUMN.  ON THE SAME PAGE,

13   1524, ON THE RIGHT, THE COURT SAID:

14             "COMPUTER PROGRAMS ARE, IN ESSENCE, UTILITARIAN

15        ARTICLES, ARTICLES THAT ACCOMPLISH TASKS.  AS SUCH

16        THEY CONTAIN MANY LOGICAL STRUCTURE VISUAL DISPLAY

17        ELEMENTS THAT ARE DICTATED BY THE FUNCTION TO BE

18        PERFORMED, BY CONSIDERATIONS OF EFFICIENCY OR BY

19        EXTERNAL FACTORS SUCH AS COMPATIBILITY REQUIREMENTS

20        AND INDUSTRY DEMANDS.  IN SOME CIRCUMSTANCES EVEN THE

21        EXACT SET OF COMMANDS USED BY THE PROGRAMMER IS

22        DEEMED FUNCTIONAL RATHER THAN CREATIVE FOR PURPOSES

23        OF COPYRIGHT."

24             AND THEN, IT CITES FROM THE CONTOUR REPORT WHICH IS

25   CONGRESSIONAL.

1          **THE COURT:**  I WANT TO GIVE MR. JACOBS A CHANCE TO

2   RESPOND HERE. BUT SO LET ME ASK YOU TO HAVE A SEAT.

3          MR. JACOBS, I HAVE THIS QUESTION FOR YOU. FIRST, DO

4   YOU AGREE THAT THEY WENT AND CHANGED ALL THOSE, THE ONES LIKE WE

5   HAVE ON THE SCREEN WHERE IT WAS THE SAME CODE?

6          **MR. JACOBS:**  NO, YOUR HONOR.

7          **THE COURT:**  YOU'RE SAYING THEY STILL GOT --

8          **MR. JACOBS:**  THERE ARE TWO CATEGORIES THAT ARE THESE

9   SO-CALLED TEST PROGRAMS THAT GOOGLE'S COUNSEL WAS ALLUDING TO.

10  THEY HAVE REPRESENTED THAT THEY REMOVED THEM. WE HAVE NOT FOR

11  THE PURPOSES OF THE MOTION ADDRESSED THAT ISSUE BECAUSE THERE

12  ARE THOUSANDS OF COPIES OF IT OUT IN THE WORLD FOR WHICH THEY

13  ARE RESPONSIBLE.

14         AND THEN, THERE'S ANOTHER CATEGORY, THE TIMSORT CASE

15  THAT YOU -- THAT YOU SAW WHEN MR. SWOOPES WAS HERE. AND I DON'T

16  THINK THEY HAVE MADE A REPRESENTATION THAT THAT'S BEEN REMOVED,

17  AND I DON'T BELIEVE WE'VE DETECTED ANY REMOVAL.  SO THAT REMAINS

18  AS FAR AS WE ALL KNOW.

19         IT'S THE STATE OF THE RECORD ON THAT IS IT'S STILL IN

20  THE CODE.

21         **THE COURT:**  ALL RIGHT.  WELL, LET'S KEEP THAT POINT

22  OF CONFUSION TO ONE SIDE. LET'S JUST FOCUS ON THE 37 API'S.

23         **MR. JACOBS:**  YES.

24         **THE COURT:**  IS IT TRUE THAT THEY USE DIFFERENT CODE

25  NOW TO IMPLEMENT THEIR 37 API'S?

1          **MR. JACOBS:**  LET ME SHOW YOU WHAT WE ARE TALKING

2    ABOUT.

3          SO THIS IS -- I'M ON SLIDE 18 OF OUR SLIDE DECK. AND

4    IF I'VE GOT THIS RIGHT, ON THE LEFT WE HAVE THE JAVA API

5    SPECIFICATION.  SO THIS IS PROTECTION DOMAIN, CODE SOURCE, CODE

6    SOURCE, PERMISSION COLLECTION, PERMISSIONS.

7          THAT'S THE DEFINITION OF THIS PARTICULAR CONSTRUCTOR.

8    CONSTRUCTOR ITSELF IS A JAVA ARTIFACT.

9          AND THEN, IF YOU LOOK AT THE ANDROID SOURCE CODE THAT

10   IMPLEMENTS IT OVER ON THE RIGHT, YOU CAN SEE THE DECLARATION OF

11   THIS CONSTRUCTOR PUBLIC IS A JAVA LANGUAGE COMMAND TO DECLARE

12   SOMETHING AS AVAILABLE, IN EFFECT, TO THE PROGRAMMING OUTSIDE

13   WORLD.

14         AND THEN YOU'LL SEE EACH OF THE -- EACH OF THE

15   ELEMENTS FROM THE API REPRODUCED IN THE SOURCE CODE. THEN, THIS

16   CODE ITSELF IS AN IMPLEMENTATION AND COMMENTS OF THIS

17   APPLICATION PROGRAMMING INTERFACE.

18         SO I THINK WE AGREE AND DISAGREE WITH GOOGLE'S

19   COUNSEL. BUT LEAVING ASIDE OUR EXAMPLES OF CODE COPYING, OUR

20   ALLEGATION IN THE CASE IS NOT THAT ANDROID DID NOT -- COUPLE OF

21   DOUBLE NEGATIVES THERE.

22         WE ARE NOT CLAIMING THAT THIS CODE IS NOT AN -- THAT

23   THIS CODE IS NOT AN INDEPENDENT IMPLEMENTATION.

24         WE ARE CLAIMING THAT THIS IS DERIVED FROM THIS

25   (INDICATING).  THAT THIS CODE, THE ANDROID SOURCE CODE,

1   IMPLEMENTING THE COPYRIGHTED API'S IS A DERIVATIVE WORK, MUCH AS

2   TO CHANGE THE LITERAL ANALOGY A LITTLE BIT, IF YOU HAD A NOVEL

3   OVER ON THE LEFT THAT SAID HERE'S WHAT WE'RE GOING TO DO IN THE

4   STORY, AND THEN YOU CREATE A MOVIE OVER ON THE RIGHT, THE MOVIE

5   OVER ON THE RIGHT WOULD BE DERIVED FROM THE NOVEL ON THE LEFT.

6            OR IT CAN BE A LITTLE MORE FACTS-BASED.  AND TO STICK

7   WITH YOUR HISTORIANS CASE, IF A HISTORIAN WROTE THE NARRATIVE

8   HISTORY OF THE TRANSCONTINENTAL RAILWAY, AND A MOVIE WAS BASED

9   CLOSELY ON THAT PARTICULAR HISTORICAL NARRATIVE, THAT MOVIE

10  WOULD BE A DERIVATIVE OF THE COPYRIGHTED HISTORY.

11           LET ME UNDERLINE THIS POINT A LITTLE BIT.  AND IN A

12  WAY I WANT TO -- I WANT YOUR HONOR TO BE REALLY CLEAR ABOUT WHAT

13  THE DISPUTE IS, SO I'M GOING TO SLIGHTLY ECHO MR. BABER'S

14  ARGUMENT.

15           CAN I HAVE THE ELMO?

16           AND SO YOU CAN SEE A LITTLE BIT IN A LITTLE BIT

17  GREATER DETAIL WHAT IS AT STAKE HERE.

18           **THE COURT:**  I CAN'T READ IT.  THAT'S NOT IN FOCUS.

19           THANK YOU.

20           **MR. JACOBS:**  I'M GOING TO FOCUS IT.

21           **THE COURT:**  THERE YOU GO.

22           **MR. JACOBS:**  THERE WE GO. THIS IS THE COPYRIGHT

23  LEGEND AND LICENSE ON THE API SPECIFICATION. THIS IS EXHIBIT 22

24  TO THE SWOOPES DECLARATION. AND WHAT YOU'LL SEE HERE IS THE WAY

25  SUN-NOW-ORACLE IS RELYING ON COPYRIGHT TO PROTECT THE

1    COMPATIBILITY, THE NONFRAGMENTATION OF THE JAVA PLATFORM.

2              SO WHAT THE LICENSE GRANT IN THE API SPECIFICATION IS

3    IS:

4              "A FULLY PAID," ET CETERA, "LICENSE UNDER SUN'S

5              INTELLECTUAL PROPERTY RIGHTS THAT ARE ESSENTIAL TO

6              PRACTICE THIS SPECIFICATION.  THIS LICENSE ALLOWS AND

7              IS LIMITED TO THE CREATION AND DISTRIBUTION OF CLEAN

8              ROOM IMPLEMENTATIONS OF THIS SPECIFICATION THAT

9              INCLUDE A COMPLETE IMPLEMENTATION OF THE CURRENT

10             VERSION OF THIS SPECIFICATION WITHOUT SUBSETTING,"

11             MEANING TAKING THINGS OUT, "OR SUPERSETTING," MEANING

12             ADDING THINGS IN, "IMPLEMENTS ALL THE INTERFACES AND

13             FUNCTIONALITY OF THE STANDARD JAVA PACKAGES AS

14             DEFINED BY SUN," AGAIN, WITHOUT SUBSETTING OR

15             SUPERSETTING, "DO NOT ADD ANY ADDITIONAL PACKAGES,

16             CLASSES OR METHODS TO THE JAVA PACKAGES, AND THEN

17             PASS THE TEST SUITES THAT ARE AVAILABLE FROM SUN, ARE

18             NOT DERIVED FROM THE SOURCE CODE," ET CETERA.

19             SO THIS IS THE -- COPYRIGHT IS THE ENFORCEMENT

20   MECHANISM HERE. COPYRIGHT PROTECTS THESE API SPECIFICATIONS FROM

21   WHAT GOOGLE DID. GOOGLE DID EXACTLY WHAT THIS LICENSE PROHIBITS.

22   GOOGLE SUBSETTING --

23             **THE COURT:**  WELL, PERHAPS THEY DID, UNLESS -- BUT IF

24   THE LAW PERMITTED THEM TO DO THAT, IF IT'S NOT COPYRIGHTABLE IN

25   THE FIRST PLACE, OR THAT THERE WAS FAIR USE, OR, I MEAN, JUST

 1  BECAUSE THAT'S WHAT YOU DEMAND IN YOUR COPYRIGHT LICENSES

 2  DOESN'T MEAN THAT THE LAW BACKS THAT UP AS BEING REQUIRED.

 3          **MR. JACOBS:**  AND THAT WOULD MEAN THAT THE DISCLOSURE

 4  IN THIS DOCUMENT IS NOT PROTECTED BY COPYRIGHT. THAT IT IS FREE

 5  FOR GOOGLE TO TAKE AND JUST ALTER THE NARRATIVE SLIGHTLY IN

 6  THEIR OWN DOCUMENTATION AND TO DERIVE AS COMPUTER PROGRAM FROM

 7  IT.

 8          AND THIS BRINGS ME TO SEGA, BECAUSE GOOGLE'S COUNSEL

 9  LEFT OUT A CRITICAL PART OF THE FACTS OF SEGA WHEN HE READ YOU

10  THE RATIO DECIDENDI, OR THE DICTA. IN SEGA, AT FOOTNOTE SEVEN,

11  THE COURT SAYS:

12          "SEGA'S KEY, WHICH WAS THE ELEMENT REQUIRED FOR

13          COMPATIBILITY, SEGA'S KEY APPEARS TO BE FUNCTIONAL.

14          IT CONSISTS MERELY OF 20 BYTES OF INITIALIZATION CODE

15          PLUS THE LETTERS S-E-G-A."

16          THAT WAS THE UNPROTECTABLE ELEMENT IN SEGA V.

17  ACCOLADE.  NOTHING LIKE THE ELABORATE APPLICATION PROGRAMMING

18  INTERFACE DEFINITION THAT IS AT ISSUE IN THIS LAWSUIT.

19          THE TAKEAWAY THAT I THINK IS THE ONLY FAIR TAKEAWAY

20  FROM READING THE ARRAY OF CASES IS THE FOLLOWING:  ON THE ONE

21  HAND, THE WHELAN (PHONETIC) DECISION HAS NOT BEEN FOLLOWED

22  BROADLY OUT OF THE THIRD CIRCUIT.  ON THE OTHER HAND, LOTUS V.

23  BORLAND HAS NOT BEEN FOLLOWED OUT OF THE FIRST CIRCUIT.  THE

24  NINTH CIRCUIT AND REMAINING CIRCUITS SAY IT'S ALL A MATTER OF

25  CLOSE FACTUAL INQUIRY ABOUT WHAT WAS TAKEN, WHY IT WAS TAKEN,

1    HOW IT FITS INTO THE OVERALL PICTURE, AND MOST IMPORTANTLY --

2    AND THIS IS WHERE I END UP BACK AT THE VERY BEGINNING -- AS THIS

3    FOOTNOTE INDICATES THE LEVEL OF CREATIVITY THAT WENT INTO THE

4    CREATION OF THE API.

5             ARE WE MERELY TALKING ABOUT AS IN THE -- I THINK IT'S

6    THE BATEMAN CASE -- A TABLE WITH NUMBERS AND BAUD RANGES, OR ARE

7    WE TALKING ABOUT SOMETHING THAT, AS GOOGLE'S OWN PROGRAMMERS

8    ACKNOWLEDGE, REQUIRED A GREAT DEAL OF ARTISTRY AND CREATIVITY?

9             **THE COURT:**  ALL RIGHT. I HAVE ONE LAST QUESTION FOR

10   THE MOVING PARTY, FOR GOOGLE.  AND THAT IS:  IS IT TRUE AND IS

11   MR. JACOB'S CORRECT THAT YOU DID NOT FIX -- SOME OF THE CODE IS

12   STILL IDENTICAL?

13            **MR. BABER:**  THE ONE THAT HE'S REFERRING TO, YOUR

14   HONOR, AND I THINK I REFERRED TO EARLIER, WHICH IS THE NINE

15   LINES OF CODE, THE SO-CALLED RANGE CHECK FUNCTION WHICH IS, AS I

16   SAY, NINE LINES OUT OF 11 MILLION. IT IS VERY SIMPLE CODE. AND

17   CANDIDLY, I'M NOT SURE THERE'S ANY OTHER WAY TO DO THAT CODE

18   IT'S WHEN YOUR SORTING A RANGE OF THINGS.

19            AND IT BASICALLY CHECKS TO SEE, OKAY, DO WE HAVE THE

20   RIGHT NUMBER OF THINGS IN THE ARRAY?  ARE THEY IN THE RIGHT

21   ORDER?

22            IT IS VERY, VERY FUNCTIONAL NINE LINES OF CODE.

23   THAT'S WHAT IS NOW LEFT OF ANY ALLEGATION OF LITERAL CODE

24   COPYING.  AND WHAT MR. JACOBS REFERRED TO, AND I THINK YOUR

25   HONOR IS FAMILIAR WITH IN THE PAPERS, THE SAME MAN WROTE THAT

```
1   CODE.
2             IT'S VERY SIMPLE, VERY BASIC CODE. SO THAT IS STILL
3   IN ANDROID.  IT ABSOLUTELY IS.  THE A FILES ARE OUT.  THE
4   COMMENTS FROM THE TWO OTHER FILES ARE OUT, BUT THOSE NINE LINES
5   ARE STILL IN ANDROID.
6             AND IF THAT'S WHAT THE COPYRIGHT CLAIM COMES DOWN TO
7   AND WE'RE ARGUING ABOUT THOSE NINE LINES, ON THAT LINE, YOUR
8   HONOR, WE DO HAVE AN ISSUE FOR SURE, BECAUSE THOSE NINE LINES,
9   EVEN IN THE CONTEXT OF JUST THE FILE IT'S IN, IT'S NINE LINES
10  OUT OF SEVERAL HUNDRED.  SO --
11            THE COURT:  WHAT DO YOU SAY TO THE DERIVATIVE COPYING
12  POINT THAT, OKAY, SO IF YOU DON'T HAVE IDENTICAL LANG., YOU'VE
13  GOT -- IT IS DERIVED FROM THEIR WORKS.
14            MR. BABER:  WELL, AND I WANTED TO GO BACK TO THE SAME
15  SLIDE MR. JACOBS JUST USED WITH YOU BECAUSE IT PROVES THE POINT,
16  IN MY VIEW.
17            FIRST OF ALL, HE DIDN'T SHOW YOU APPLES TO APPLES.
18  HE SHOWED YOU THEIR SPECIFICATION FOR THE API ON THE LEFT AND
19  SOME OF OUR SOURCE CODE ON THE RIGHT.
20            THE COURT:  PUT IT ON THE SCREEN.
21            MR. VAN NEST:  SLIDE 18.
22            MR. BABER:  OKAY.  SO YOU DON'T HAVE AN APPLES TO
23  APPLES COMPARISON.
24            THE COURT:  ALL RIGHT.
25            MR. BABER:  BUT WHAT THIS SHOWS --
```

```
 1              THE COURT:  EXPLAIN THAT.  START OVER BECAUSE --

 2              MR. BABER:  SURE.  IF YOU LOOK UP HERE AT THE LEFT

 3   WHAT THEY ARE GIVING YOU FOR THEIR SIDE IS NOT SOURCE CODE. IT'S

 4   THE SPECIFICATION. IT IS SOMETHING THAT GENERATES BASICALLY A

 5   TEXT DOCUMENT THAT SAYS ENGLISH WORDS WHAT THIS CONSTRUCTOR

 6   DOES. IT CREATES A NEW PROTECTION DOMAIN WITH THE GIVEN CODE

 7   SOURCE AND PERMISSION.

 8              SO YOU HAVE TO PROVIDE TO IT CERTAIN INFORMATION.

 9              FIRST OF ALL, IT'S CALLED -- IT'S CALLED "PROTECTION

10   DOMAIN."  THAT'S THE NAME, THE GREEN BOX.  GREEN BOX

11   (INDICATING).

12              THE COURT:  NAME OF WHAT?

13              MR. BABER:  THAT'S THE NAME OF THIS API.

14              THE COURT:  IT'S CALLED?

15              MR. BABER:  "PROTECTION DOMAIN."

16              THE COURT:  PROTECTION DOMAIN.  ALL RIGHT.  SO WHAT

17   IS THE NAME OF THE ONE ON THE ANDROID SIDE?

18              MR. BABER:  SAME NAME, BECAUSE WE'RE IMPLEMENTING THE

19   SAME API.  THE ANDROID CODE TELLS YOU IT'S A PUBLIC API WHICH

20   MEANS A DEVELOPER CAN GO LOOK IT UP.  THEY CAN KNOW IT'S THERE.

21   IT'S PUBLIC TO HIM.  IT HAS THE SAME NAME:  "PROTECTION DOMAIN."

22              THIS IS ONE OF THOSE SHORT WORDS AND PHRASES.  THEY

23   ARE NOT COPYRIGHTABLE.  AND, YES, IT APPEARS IN THE ANDROID

24   SOURCE CODE.

25              THE OTHER BOXES THAT ARE HIGHLIGHTED IN RED, YELLOW,
```

 1   PURPLE AND BLUE ARE WHAT I REFERRED TO EARLIER AS THOSE ARE THE

 2   SHORT WORDS AND PHRASES, THE NAMES, THE PARAMETERS, WHAT ARE

 3   CALLED THE "ARGUMENTS"; IN OTHER WORDS, IT TELLS WHAT DO YOU

 4   HAVE TO PROVIDE TO THE CODE FOR IT TO PERFORM THE FUNCTION?  AND

 5   WHAT WILL IT GIVE BACK TO YOU AS A RESULT?

 6              SO HE SHOWED YOU THEIR ENGLISH WORD, DESCRIPTION OF

 7   IT OVER HERE, AND OUR SOURCE CODE.  IF YOU PUT THE SOURCE CODE

 8   SIDE-BY-SIDE YOU WOULD SEE THE ONLY ELEMENTS THAT ARE THE SAME

 9   ARE THOSE REQUIRED ELEMENTS TO IMPLEMENT THE API THAT HAS BEEN

10   DEFINED AS THE PROTECTION DOMAIN API.

11              NOTHING ELSE.

12         **THE COURT:**  JUST A SECOND. JUST A SECOND.

13              I'M SORRY.  THE PART -- THERE ARE REALLY FOUR PARTS

14   TO THAT DIAGRAM.  ON THE LEFT SIDE IS THE JAVA, CORRECT?

15         **MR. BABER:**  ON THE LEFT SIDE IS THE JAVA

16   SPECIFICATION.

17         **THE COURT:**  AND ON THE RIGHT SIDE?

18         **MR. BABER:**  THE ANDROID SOURCE CODE THAT IMPLEMENTS

19   THAT SPECIFICATION.

20         **THE COURT:**  SO MR. JACOB'S ARGUMENT IS:  OKAY.

21   THAT'S THE PLOT LINE OVER THERE ON THE LEFT.  AND THAT YOUR SIDE

22   TOOK THAT PLOT LINE AND USED THAT PLOT LINE TO WRITE THE MOVIE

23   ABOUT THE RAILROADS.

24              THAT'S HIS ARGUMENT. AND SO WHAT'S WRONG WITH THAT

25   ARGUMENT?  COULD A JURY REASONABLY FIND THAT THAT'S EXACTLY WHAT

1    YOU DID DO?

2              **MR. BABER:**  NOT UNDER NINTH CIRCUIT LAW, YOUR HONOR

3    BECAUSE UNDER NINTH CIRCUIT LAW YOUR HONOR WOULD HAVE TO

4    INSTRUCT THE JURY THAT, FIRST OF ALL, NAMES, ALL WE'RE LOOKING

5    AT HERE IS NAMES AND SHORT PHRASES.  THEY ARE NEVER PROTECTABLE

6    UNDER COPYRIGHT, PERIOD.  FULL STOP.  SO --

7              **THE COURT:**  WELL, THAT'S WHAT YOU SAY.  BUT MAYBE

8    THAT'S NOT RIGHT.  BUT LET'S ASSUME THAT'S EVEN RIGHT.  THAT THE

9    SOURCE CODE ITSELF, ISN'T THAT DERIVED -- ISN'T THAT DERIVED

10   FROM THE PLOT LINE?

11             **MR. BABER:**  IT IS NOT, YOUR HONOR, BECAUSE THE ONLY

12   ELEMENTS THAT ARE THE SAME ARE THE ELEMENTS THAT ARE REQUIRED TO

13   BE COMPATIBLE.  IN OTHER WORDS, THERE'S NOTHING OVER HERE IN THE

14   SOURCE CODE.  ALL OF THIS, THIS IS THE SOURCE CODE.

15             THERE'S NOTHING IN THE SOURCE CODE THAT COMES FROM

16   THEM OTHER THAN THE ELEMENTS THAT YOU HAVE TO HAVE IN ORDER FOR

17   CODE THAT USES THIS API, WHETHER IT'S EXISTING CODE OR NEWLY

18   WRITTEN CODE.  THE ONLY THING THAT'S OVER THERE IN OUR SOURCE

19   CODE THAT COMES FROM THEM ARE THE ESSENTIAL ELEMENTS NECESSARY

20   FOR COMPATIBILITY TO UTILIZE THAT API.

21             **THE COURT:**  WELL, MAYBE A BETTER EXAMPLE FOR YOU JUST

22   TO MAKE YOUR ARGUMENT FOR A MOMENT, HELP ME UNDERSTAND IT.

23   LET'S GO BACK TO THE SQUARE ROOT ONE.  SO IF WE HAD THE SQUARE

24   ROOT ONE OVER THERE, INSTEAD OF SAYING "CREATES A NEW PROTECTION

25   DOMAIN," ET CETERA, WHAT THAT WOULD SAY IS:  "FIND SQUARE ROOT

```
 1   OF ANY GIVEN RANGE OR RETURN SQUARE ROOT FOR ANY" --
 2           MR. BABER:  I THINK YOU ARE LEARNING JAVA, YOUR
 3   HONOR.  PROBABLY WOULD SAY "RETURN," BUT AS JAVA SAYS "SQUARE
 4   ROOT OF INTEGER."
 5           THE COURT:  ALL RIGHT.  SO THAT'S WHAT IT WOULD SAY
 6   ON THE LEFT.  AND THEN, ON THE RIGHT IT'S NOT SO CLEAR HOW YOU
 7   WOULD ACTUALLY IMPLEMENT THAT.  IT'S KIND OF LIKE ON THE ONE
 8   HAND SAYING:
 9               "GO TO THE MOON WITHIN THREE YEARS, STARTING IN
10               1962."
11           THAT IS A TALL ORDER, AND IT MAY NOT BE SO CLEAR HOW
12   TO ACTUALLY WRITE IT OUT. SO OVER THERE I WOULDN'T HAVE A CLUE
13   AS TO HOW TO WRITE THE SOURCE CODE TO FIND THE SQUARE ROOT OF A
14   NUMBER.
15           YOU KNOW, WE COULD WORK ON THAT AWHILE. BUT JUST TO
16   SAY WHAT YOUR OBJECTIVE IS, RETURN SQUARE ROOT FOR ANY GIVEN
17   ARGUMENT, THAT DOESN'T TELL YOU WHAT THE SOURCE CODE WOULD BE IN
18   ORDER TO MAKE THAT HAPPEN.
19           MR. BABER:  THAT'S EXACTLY RIGHT, YOUR HONOR.
20           THE COURT:  ALL RIGHT.  SO THAT'S YOUR ARGUMENT.
21           MR. BABER:  WELL, IT'S MORE THAN THAT, YOUR HONOR.
22           THE COURT:  SO IT'S A FUNCTION AND NOT A -- IT'S NOT
23   REALLY A -- IN OTHER WORDS, YOUR POINT IS THAT'S NOT EVEN THE
24   PLOT LINE. THAT DOESN'T TELL YOU HOW TO WRITE THE CODE.  THAT'S
25   LIKE SAYING "TIME TRAVEL.  WE WANT TO HAVE TIME TRAVEL."
```

1          WELL, HOW ARE YOU GOING TO DO IT?  IT'S NOT

2   IMPLEMENTED.  IT'S NOT ENABLED TO USE A PATENT PHRASE.  ALL

3   RIGHT.

4          **MR. BABER:**  THAT'S EXACTLY RIGHT.

5          **THE COURT:**  SO THAT'S YOUR ARGUMENT.

6          **MR. BABER:**  THE API SPECIFICATIONS BASICALLY SAY

7   WE'RE GOING TO HAVE A SHORTCUT.  WE'RE GOING TO CALL IT X.  AND

8   YOU HAVE TO GIVE IT A CERTAIN THING.  AND IF YOU GIVE IT A

9   CERTAIN THING IT WILL SEND YOU BACK SOMETHING ELSE.

10          NOW, YOU GO FIGURE OUT HOW YOUR CODE IS GOING TO DO

11  THIS.  SQUARE ROOT IS A GOOD EXAMPLE.  THERE ARE MANY DIFFERENT

12  COMPUTER ALGORITHMS THAT CAN ACTUALLY CALCULATE A SQUARE ROOT.

13          THEY CAN BE DONE DIFFERENT WAYS, AND THE SOURCE CODE

14  WILL LOOK DIFFERENT.  THAT'S WHAT WE HAVE HERE.

15          **THE COURT:**  ONE WAY WOULD BE TO USE LOGARITHMS.  ONE

16  WAY I COULD IMAGINE THAT'S THE WAY, WORK BACKWARDS USING THE WAY

17  A SLIDE RULE WOULD WORK.  SO YOU GOT THE NUMBER FOUR.  YOU TAKE

18  THE LOGARITHM OF FOUR, AND THEN YOU WOULD TAKE HALF OF THAT.

19          **MR. BABER:**  I DO REMEMBER SLIDE RULES, YOUR HONOR,

20  BUT THAT'S ABOUT THE EXTENT OF --

21          **THE COURT:**  THAT WOULD BE ONE WAY.  THAT WOULD BE ONE

22  WAY TO DO IT. BUT THAT'S NOT A -- THAT PLOT LINE -- THAT PLOT IS

23  NOT CALLED OUT BY THAT PLOT LINE, IF THAT'S WHAT IT IS.

24          ALL RIGHT.  I DON'T KNOW THE ANSWER TO ALL OF THIS.

25  BUT YOU WILL GET AN ORDER PROBABLY LATER TODAY THAT EXPLAINS

```
1    WHAT THE ANSWER TO IT IS.

2            MR. BABER:  IS MY TIME UP, YOUR HONOR?

3            THE COURT:  SO I WANT TO SAY YOU ALL DID A GREAT JOB,

4    INCLUDING MR. SWOOPES.  YOU DID A GREAT JOB, TOO.  I'M GLAD YOU

5    GOT A CHANCE TO ARGUE.  WE HAVE ANOTHER MATTER THAT COMES UP IN

6    A FEW MOMENTS.

7            WE'RE GOING TO TAKE A SHORT RECESS, AND THEN RESUME

8    WITH THE ARGUMENTS.  OKAY.

9            MR. VAN NEST:  EXCUSE ME, YOUR HONOR.  CAN WE HAVE

10   JUST A MOMENT ON ONE CASE MANAGEMENT ISSUE?

11           THE COURT:  ALL RIGHT.  WHAT'S THAT?

12           MR. VAN NEST:  THE ISSUE IS THIS:  WE JUST RECEIVED

13   THEIR SECOND TRY DAMAGES REPORT.  YOUR HONOR HAD TOLD THEM THAT

14   REPORT NEEDS TO BE KEYED OFF THE CLAIMS THAT YOU THINK YOU COULD

15   ACTUALLY TRY IN WHAT IS NOW A TWO-WEEK TRIAL.

16           THAT REPORT CAME IN MONDAY NIGHT.

17           THE COURT:  NO, IT'S GOING TO WIND UP BEING THREE

18   WEEKS.  BUT I'M TELLING YOU THAT YOU ARE OVERREACHING YOUR

19   COMPANY AND ORACLE, BECAUSE YOU ONLY GIVE YOUR EMPLOYEES TWO

20   WEEKS WITH PAY.  BUT WHEN YOU BIG USERS OF THE FEDERAL COURTS

21   WANT TO COME IN AND IMPOSE ON A JURY FOR MONTHS ON END, IT'S

22   FINE AS FAR AS YOU'RE CONCERNED.  BUT WHEN IT'S YOUR OWN

23   EMPLOYEES YOU SAY TWO WEEKS.

24           MR. VAN NEST:  WE'RE NOT ASKING FOR THREE WEEKS, YOUR

25   HONOR.
```

1          **THE COURT:**  WELL, THE OTHER SIDE HAS ASKED.

2          **MR. VAN NEST:**  THAT'S RIGHT.  MY POINT IS SIMPLY A

3    CASE MANAGEMENT POINT. WHAT YOUR HONOR TOLD THEM IS KEY YOUR

4    DAMAGE REPORT OFF THE CLAIMS YOU ACTUALLY THINK YOU CAN TRY.

5    THEY STILL HAVE --

6          **THE COURT:**  I PROBABLY SAID THAT.  I DON'T REMEMBER

7    SAYING THAT, BUT OKAY.

8          **MR. VAN NEST:**  IT'S IN THE ORDER.  IT'S IN THE ORDER.

9          **THE COURT:**  ALL RIGHT.  WHAT'S YOUR POINT?

10         **MR. VAN NEST:**  SO MY POINT IS THE REDONE, THE SECOND

11   TRY DAMAGE REPORT STILL HAS ALL SEVEN PATENTS, 41 CLAIMS.  AND

12   NOW WE'RE IN A SITUATION WHERE WE'RE SEVERAL WEEKS AWAY FROM

13   TRIAL IN A CASE I THINK ALL OF US ACKNOWLEDGE IS UNTRIABLE IN

14   THAT KIND OF PERIOD. AND IT SEEMS TO ME THAT --

15         **THE COURT:**  I'M NOT ACKNOWLEDGING THAT.  I'M SAYING

16   THAT'S THE TIME YOU ARE GOING TO GET; THAT I BELIEVE YOU CAN

17   GET.  AND BOTH -- MR. JACOBS TOLD ME HE COULD TRY THIS CASE IN

18   THAT PERIOD OF TIME EARLIER. AND I'M HOLDING HIM TO THAT.

19         **MR. VAN NEST:**  OKAY.  SO I GUESS --

20         **THE COURT:**  WHAT IS YOUR POINT?  YOU WANT TO BRING A

21   MOTION?

22         **MR. VAN NEST:**  WELL, MY POINT IS:  IS YOUR HONOR'S

23   INTENTION TO TRY --

24         **THE COURT:**  TAKE IT UP AT THE PRETRIAL CONFERENCE.

25         **MR. VAN NEST:**  -- TO TRY THE TWO WEEKS ON LIABILITY

1   IN OCTOBER.

2          **THE COURT:**  NO.  IT'S ALL DAMAGES, EVERYTHING.

3          **MR. VAN NEST:**  OKAY.  BECAUSE WE HAD UNDERSTOOD FROM

4   YOUR LAST COMMENTS THAT BECAUSE OF MR. KERN'S PARTICIPATION,

5   PROFESSOR KERNS --

6          **THE COURT:**  OH, YES.  I'M GIVING THAT SOME THOUGHT.

7   THAT WHAT WE WILL DO -- I HAVEN'T MADE A FINAL DECISION.  I WANT

8   TO HEAR YOUR VIEWS AT THE FINAL PRETRIAL CONFERENCE.  BUT I WANT

9   TO GIVE HIM A CHANCE TO DO HIS OWN DAMAGE ANALYSIS.  AND SO

10  PROBABLY WHAT WE ARE GOING TO DO IS HAVE A SHORTER LIABILITY

11  TRIAL AND TELL THE JURY:

12              "YOU DON'T HAVE TO COME BACK IF YOU FIND NO

13              DAMAGES -- I MEAN NO LIABILITY. BUT IF YOU DO FIND

14              LIABILITY, THEN WE'RE GOING TO COME BACK LATER AND

15              HAVE MR. KERNS TESTIFY ALONG WITH THE DAMAGES

16              EXPERTS."

17          THAT'S THE ONLY PRACTICAL WAY I CAN SEE TO DO THIS SO

18  YOU NEED TO GET CRACKING AND GET YOUR OWN REPORT DONE.

19          **MR. VAN NEST:**  RIGHT.  WE'RE DOING THAT.

20          **THE COURT:**  I DON'T UNDERSTAND WHAT YOU'RE ASKING ME

21  TO DO.

22          **MR. VAN NEST:**  I GUESS MY QUESTION IS:  IS THERE ANY

23  UPDATE ON THE SCHEDULE?  BECAUSE RIGHT NOW I'M LOOKING AT A

24  SITUATION WHERE THEY ARE EXPECTING US TO TRY SEVEN PATENTS AND

25  41 CLAIMS IN WHAT I THINK I UNDERSTAND TO BE ROUGHLY A TWO-WEEK

```
 1    PERIOD. AND TO ME THAT IS A CASE MANAGEMENT DISASTER ABOUT TO

 2    HAPPEN.  AND IF THERE'S A WAY OF GIVING THE PARTIES A DEADLINE

 3    ON HOW MANY CLAIMS YOU'RE ACTUALLY GOING TO PUT IN THIS TRIAL --

 4              THE COURT:  I THOUGHT THEY HAD AGREED TO GIVE YOU A

 5    FINAL LIST BY SOME DATE. WHAT WAS THAT DATE?

 6              MR. VAN NEST:  WELL, THAT DATE WENT BY THE BOARDS

 7    WHEN YOUR HONOR SAID:  "KEY YOUR SECOND TRY DAMAGE REPORT TO THE

 8    CLAIMS YOU ARE GOING TO TRY."

 9              SO I THINK THAT DATE WAS MONDAY, AND WE'VE GOT IT.

10    AND IT'S SEVEN PATENTS AND 41 CLAIMS.

11              THE COURT:  BUT THERE WAS AN EARLIER STIPULATION THAT

12    YOU HAD THAT THE PLAINTIFF WAS GOING TO WINNOW DOWN THE NUMBER

13    OF CLAIMS TO -- I THINK IT WAS 22, WHICH IN MY OWN OPINION IS

14    WAY TOO MANY.  BUT I HAVEN'T RULED THAT OUT. SO DID THEY DO

15    THAT?

16              MR. VAN NEST:  NO.  I MEAN, THEY ARE STILL AT 41.

17    THEY ARE STILL AT 41 NOW.

18              THE COURT:  THEN, THAT VIOLATES WHAT THEY SAID THEY

19    WERE GOING TO DO.

20              MR. JACOBS, CAN YOU EXPLAIN TO ME, IS THAT TRUE?

21              MR. JACOBS:  THIS IS THE FIRST TIME HEARING OF THIS

22    ISSUE.

23              THE COURT:  HAVE YOU GOTTEN IT DOWN TO THE 22 YET?

24              MR. JACOBS:  NO, WE HAVEN'T.  AND WE'RE NOT DUE FOR

25    THAT YET, YOUR HONOR.  BUT I CAN INFORM YOU THAT --
```

```
 1              THE COURT:  WHEN ARE YOU DUE FOR THAT?

 2              MR. JACOBS:  WE'RE DUE -- I WOULD LIKE TO GO BACK AND

 3    CHECK.

 4              THE COURT:  WHATEVER IT WAS, I NEVER RELIEVED YOU

 5    FROM THAT OBLIGATION.

 6              MR. JACOBS:  THAT'S CORRECT.

 7              THE COURT:  ALL RIGHT. SO --

 8              MR. JACOBS:  BUT YOU CAN REASSURE YOUR HONOR WE HAVE

 9    A PLAN. THE PLAN ESSENTIALLY, AND THE REASON THIS IS A --

10              THE COURT:  THAT'S WHAT PRESIDENT NIXON SAID.  THAT'S

11    WHAT PRESIDENT NIXON SAID.

12              MR. JACOBS:  THE REASON THAT THIS IS A TEMPEST IN A

13    TEAPOT IS THAT WHAT WE WILL BE DOING IS REDUCING THE SET OF

14    CLAIMS SO THAT THE TECHNICAL CONTENT WE'RE IMPARTING AND WE'RE

15    LITIGATING, EVEN IF IT'S IN DIFFERENT FORMS, SO IF IT'S A

16    DIFFERENT -- WHETHER THE CLAIM IS INDIRECT INFRINGEMENT OR

17    DIRECT INFRINGEMENT, WE WILL NOT BE OVERLOADING THE PROCESS WITH

18    A WHOLE BUNCH OF DIVERSE CLAIMS FROM THE STANDPOINT OF TECHNICAL

19    CONTENT.

20              WE HAVE SOME WORK TO DO TO GET THAT CLAIM DOWN, BUT

21    THE DAMAGES STUDY DOES NOT TURN ON THE ADJUSTMENTS WE NEED TO

22    MAKE IN ORDER TO COMPLY WITH THE PREVIOUS ORDER.

23              MR. VAN NEST:  WHEN?

24              THE COURT:  WELL, I HAVE FORGOTTEN WHAT THE DATE WAS,

25    BUT THERE WAS A DATE BY WHICH YOU AGREED THAT YOU WOULD TELL THE
```

1   OTHER SIDE WHAT THE 22 CLAIMS WOULD BE.  AND WHATEVER THAT DATE

2   IS YOU SHOULD HONOR THAT.

3           AND NOW, THERE IS A SEPARATE QUESTION OF WHETHER OR

4   NOT THE DAMAGES STUDY IS A PROPER DAMAGES STUDY, AND I'M NOT

5   GOING TO -- I CAN'T POSSIBLY GIVE YOU AN ANSWER ON THAT NOW.

6   AND IF YOU WANT TO BRING A MOTION TO KNOCK THAT ONE OUT, THAT

7   SHOULD BE ONE OF YOUR MOTIONS IN LIMINE.

8           **MR. VAN NEST:**  I GUESS MY QUESTION, YOUR HONOR, IS

9   I'M HEARING NOW THAT HE HAS UNDERTAKEN, BELIEVES HE HAS AN

10  OBLIGATION TO CUT THE CLAIMS DOWN FURTHER, WHICH IS GREAT.  BUT

11  EXPERT REPORTS ARE IN.  EXPERT DISCOVERY IS ONGOING.  WE'RE

12  WORKING UP THE DAMAGES REPORTS NOW.  WHEN IS THAT GOING TO BE?

13  WHEN IS THAT GOING TO HAPPEN?  I DON'T THINK --

14          **THE COURT:**  WELL, GO LOOK AT WHATEVER THAT DATE WAS

15  BY WHICH MR. JACOBS SAID HE WOULD DO IT, WHICH I DON'T HAVE IN

16  MIND ANYMORE. ONE OF YOU MUST BE ABLE TO FIND THAT WITH YOUR

17  EXCELLENT TEAMS.

18          **MR. BABER:**  YOUR HONOR, IF I MAY, AS I RECALL WHAT

19  HAPPENED BACK IN THE SUMMER WHEN THE PARTIES WORKED ON A CASE

20  MANAGEMENT PLAN WITH YOU, THE PARTIES SENT IN COMPETING

21  PROPOSALS WHERE WE SUGGESTED THEY CUT DOWN TO A SMALLER NUMBER

22  OF CLAIMS BY A CERTAIN DATE.  THEY DIDN'T AGREE TO THAT. AND BY

23  THE END OF THE PROCESS YOUR HONOR SAID:

24              "LOOK, WHAT YOU'VE AGREED DO, I'LL IMPOSE. THE

25              REST OF IT YOU JUST COME BACK AND I'LL FIGURE OUT

1              WHEN YOU COME IN IS THIS CASE TRIABLE?  IF YOU HAVE

2              TOO MANY CLAIMS IT'S NOT GOING TO BE TRIABLE."

3         AND THAT'S HOW I THINK YOU LEFT IT.  I'M NOT SURE

4    THERE IS A DEADLINE.

5         **THE COURT:**  MY MEMORY IS MR. JACOBS SAID SOMETHING

6    LIKE HE'S GOING TO GET IT DOWN TO 22.  I'M NOT AGREEING THAT

7    THAT WOULD BE A TRIABLE NUMBER.  BUT I'M HOLDING HIM TO AT LEAST

8    THAT MUCH.  AND WHATEVER THE DATE WAS BY WHICH HE SAID HE WOULD

9    DO THAT HE SHOULD DO IT.

10        **MR. JACOBS:**  YOUR HONOR, I JUST AM -- I PREPARED FOR

11   THE COPYRIGHT HEARING TODAY, NOT FOR THIS SIDESHOW.  SO I WOULD

12   LIKE TO GO TO THE RECORD.  AND BY NOT OBJECTING TO ANY

13   CHARACTERIZATION OF THIS, I DON'T WANT TO BE CONSTRUED AS HAVING

14   ASSENTED TO WHAT THEY HAVE SAID ABOUT IT.

15        **THE COURT:**  YOU HAVEN'T ASSENTED TO ANYTHING, AND I'M

16   NOT RULING ON ANYTHING ON THIS POINT. IT'S NO ONE KNOWS THE

17   ANSWER. I MEAN, YOU BRING UP A CASE MANAGEMENT POINT, MR. VAN

18   NEST, BUT YOU DON'T KNOW THE ANSWER TO WHAT WAS THE DUE DATE FOR

19   THE 22.

20        **MR. VAN NEST:**  MY POINT IS I DON'T THINK THERE IS A

21   DUE DATE CURRENTLY.  I THINK THE CHAIN OF EVENTS THAT'S OCCURRED

22   HAS LEFT THAT --

23        **THE COURT:**  IF IT TURNS OUT THAT I GET TO THE FINAL

24   PRETRIAL CONFERENCE AND THIS CASE IS NOT ONE THAT I THINK COULD

25   BE TRIED IN ANY COHERENT WAY WE'RE JUST GOING TO STAY THE ENTIRE

1    CASE AND LET THE PTO FIX IT. I PROMISE YOU THAT'S GOING TO BE

2    THE RESULT IF YOU PRESENT ME WITH A MESS.

3            SO IT WOULD BE THE PLAINTIFF IS UNDER A LOT OF

4    PRACTICAL PRESSURE TO MAKE THIS BE A TRIABLE CASE AND NOT THROW

5    A BUNCH OF SCRAMBLED EGGS IN FRONT OF THE GOOD CITIZENS OF THIS

6    DISTRICT. THAT WILL NOT DO.

7            PLUS, I'VE GOT A TON OF OTHER CASES THAT WANT TO GO

8    TO TRIAL BECAUSE I'VE BEEN IN IN GIGANTIC CRIMINAL CASE.  AND I

9    HAVE A LOT OF BACKED UP CASES THAT WANT TO GO TO TRIAL THAT CAN

10   BE DONE IN ONE WEEK, ONE-AND-A-HALF WEEKS, TWO WEEKS, MAYBE.  IN

11   FACT, I GOT ANOTHER PATENT CASE AHEAD OF YOU THAT I AM -- SO

12   THERE ARE -- YOU HAVE TO GET YOUR CASE TO A MANAGEABLE,

13   PRESENTABLE -- WHEN THAT OCCURS I'M GOING TO GIVE YOU AS MUCH

14   TIME AS I CAN AFFORD TO GIVE YOU.

15           YOU SAID EARLIER THREE WEEKS TOTAL, GRAND TOTAL THREE

16   WEEKS FOR THE WHOLE CASE. ALL RIGHT.  THAT'S THE BEST I CAN DO.

17           **MR. JACOBS:**  THANK YOU, YOUR HONOR.

18           **MR. VAN NEST:**  THANK YOU, YOUR HONOR.

19           **MR. BABER:**  THANK YOU.

20           **THE COURT:**  WITH THE CITY AND COUNTY CASE WE'RE GOING

21   TO TAKE A SHORT BREAK FOR THE COURT REPORTER AND RESUME IN TEN

22   MINUTES.

23           (THEREUPON, THIS HEARING WAS CONCLUDED.)

24

25

1

2                        CERTIFICATE OF REPORTER

3           I, KATHERINE WYATT, THE UNDERSIGNED, HEREBY CERTIFY

4     THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED

5     SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED BY ME INTO

6     TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE

7     RECORD OF SAID PROCEEDINGS.

8           I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR

9     ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING

10    PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE

11    OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.

12          THE FEE CHARGED AND THE PAGE FORMAT FOR THE

13    TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL

14    CONFERENCE.

15          IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS

16    18TH DAY OF SEPTEMBER, 2011.

17

18

19

20    _____

21          /S/ KATHERINE WYATT

22

23

24

25