UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

PAUL S. GREWAL        UNITED STATES MAGISTRATE JUDGE        CT. #5

**DATE:** September 19, 2011        CASE No. **CV10-03561 WHA**

**CASE TITLE:** Oracle America, Inc. v. Google, Inc.

Courtroom Deputy: Oscar Rivera

APPEARANCES

For Plaintiff(s):

Marc David Peters, T.J. Angioletti, Matthew Sarboraria, Dorian Daley, Steve Holtzman, Safra Catz, Thomas Kurian, Michael Jacobs, Larry Ellison

For Defendant(s):

Bob Van Nest, Kent Walker, David Drummond, Catherine Lacavera, Renny Hwang, Christa Anderson, Andy Rubin, Larry Page

☐ Settlement Conference Held.  Case settled.

☐ Settlement Conference Held.  Case did not settle.

☒ Settlement Conference Held.

Comments: Further settlement conference set for 9/21/11 at 9:00 a.m.  All parties to be present.

Judge:                                                                                  Hours: (9:30)
Paul S. Grewal