ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>                    Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF MARK H. FRANCIS IN SUPPORT OF DEFENDANT GOOGLE INC.S' REPLY IN SUPPORT OF THE MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT**<br><br>Date:         September 29, 2011<br>Time:        8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:       The Honorable William Alsup<br><br>Trial Date:  October 31, 2011 |

I, MARK H. FRANCIS, declare as follows:

1. I am an associate in the law firm of King & Spalding LLP, counsel for defendant Google Inc. ("Google") in this case. I submit this declaration in support of Google's Reply in support of the Motion To Strike Portions of Mitchell Patent Report. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as <u>Exhibit G</u> is a true and correct copy of pages 1, 19-22, 38-39, 43-44, 61, 75, 77-78 from the transcript of the July 21, 2011 Rule 30(b)(6) deposition of Patrick Brady (along with the Errata sheet and signature pages). Google's confidentiality designation has been removed from the cover page and the pages included in Exhibit G.

I declare under penalty of perjury that all the foregoing facts are true and correct and that this declaration was executed on September 19, 2011 in New York, New York.

            <u> /s/ Mark H. Francis /s/ </u>
               Mark H. Francis

I hereby attest that Mark H. Francis concurs in the e-filing of this document.

            <u> /s/ Cheryl Sabnis /s/ </u>
               Cheryl Sabnis