# Exhibit G

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5      ------------------------
 6      ORACLE AMERICA, INC.,    )
 7              Plaintiff,       )
 8         vs.                   ) No. CV 10-03561 WHA
 9      GOOGLE, INC.,            )
10              Defendant.       )
11      ------------------------
12
13
14
15          Videotaped Federal Rule 30(b)(6), Topic 7,
16          deposition of PATRICK BRADY, taken at the Law
17          Offices of King & Spalding LLP, 333 Twin Dolphin
18          Drive, Redwood Shores, California, commencing at
19          9:36 a.m., Thursday, July 21, 2011, before
20          Leslie Rockwood, RPR, CSR No. 3462.
21
22
23
24
25      PAGES 1 - 133
```

Page 1

```
 1   code -- the Android source code that your team was

 2   providing to HTC, LG and Samsung for loading on their

 3   devices, are you aware that that Android source code was

 4   installed on those devices?

 5           MR. KAMBER:  Object to the form.                    09:56:52

 6           THE WITNESS:  I can't -- I mean, the source

 7   code that we provided to OEMs, I don't know if that

 8   specific source code was installed on the systems.  Many

 9   of the handset manufacturers made changes to the source

10   code and then loaded it onto their devices.                 09:57:11

11           Q.  BY MR. MUINO:  Let's focus just on the -- on

12   HTC for a moment.

13           A.  Uh-huh.

14           Q.  You mentioned the HTC Dream device.

15           A.  Yep.                                            09:57:22

16           Q.  Are you aware that the HTC Dream was

17   installed with Android code?

18           MR. KAMBER:  Object to the form.

19           THE WITNESS:  I'm aware that the HTC Dream

20   ran a compiled version of the Android operating system,     09:57:39

21   yes.

22           Q.  BY MR. MUINO:  And do you know if the Android

23   operating system installed on HTC Dream included the

24   Dalvik Virtual Machine?

25           A.  I believe it did, yes.                          09:57:52
```

Page 19

```
 1          Q.  Do you know if it included the dexopt tool?

 2          A.  I don't know.

 3          Q.  Do you know if it included the Zygote

 4   process?

 5          A.  I would believe it did.                          09:58:02

 6          Q.  Do you have any reason to think the code --

 7   Android code installed on the HTC Dream did not include

 8   the dexopt tool?

 9          MR. KAMBER:  Object to the form, lack of

10   foundation.                                                  09:58:14

11          THE WITNESS:  I don't know enough about the

12   dexopt tool to know one way or another if it was

13   installed.

14          Q.  BY MR. MUINO:  Do you have any knowledge with

15   respect to the HTC Dream that HTC made any modifications    09:58:22

16   to the Dalvik Virtual Machine installed on that device?

17          A.  They made many modifications to the source

18   code, and it -- the level of modifications varied on

19   where they were shipping the HTC Dream.  I don't know --

20   I don't know specifically what modifications they made or  09:58:48

21   where exactly those changes were made.

22          Q.  How do you know that HTC made many

23   modifications, as you put it, to the Android source code

24   installed on HTC Dream?

25          A.  I remember at the time we -- you know, due to   09:59:04
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1    limited resources, Google really worked with HTC and

 2    designed the platform, really, just for the initial

 3    product launch in the U.S.  HTC made modifications for

 4    everywhere that the handset was shipped outside of the

 5    U.S. where we -- at that point we'd open sourced the        09:59:23

 6    source code and told them, you know, "You can ship this

 7    as long as it's compatible with the original, with the

 8    Android platform."

 9            Q.  With respect to the HTC Dream in particular

10    that your team was helping HTC with --                       09:59:44

11            A.  Uh-huh.

12            Q.  -- in the 2007 time period, did your team

13    test or examine that phone in its final form?

14            A.  That wasn't a responsibility of my team.

15            Q.  What insight did your team have as to the        10:00:02

16    installed code on that phone in its final form?

17            A.  What insight?  I'm not sure I understand what

18    you mean by insight.

19            Q.  Did your team have any knowledge of the

20    installed code on -- strike that.                            10:00:21

21                I assume your team had some knowledge about

22    the code that was actually installed on the HTC Dream?

23                MR. KAMBER:  Object to the form.

24                THE WITNESS:  Yes.

25            Q.  BY MR. MUINO:  And how did -- how did your       10:00:31
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1    team acquire knowledge of that code installed on the HTC

 2    Dream?

 3          A.  By talking to HTC.  Again, for maybe the

 4    early versions of that, for the U.S. version, we would

 5    know more about what went on it because we worked more        10:00:49

 6    closely with HTC.  Beyond the U.S. version, I -- HTC at

 7    times shared with us changes that they were making.  I

 8    don't remember specific changes, but would let us know,

 9    you know, "Here are some things we're going to change,"

10    and let us know.                                              10:01:12

11          Q.  Aside from the HTC Dream, I think you

12    testified that your team also worked on a prototype

13    device --

14          A.  Yes.

15          Q.  -- with HTC in this time period.                    10:01:20

16              To your knowledge, that was never released to

17    the market?

18          A.  It was not.

19          Q.  Other than that prototype device and the HTC

20    Dream, do you recall any other HTC devices that your team    10:01:34

21    worked with HTC on during this time?

22          A.  During --

23          Q.  2007.

24          A.  2007 and 2008, no.  Those would be the only

25    two.                                                          10:01:51
```

Page 22

```
 1   particular and the modifications that they represent?
 2           MR. KAMBER:  Object to the form.
 3           THE WITNESS:  There are tens of thousands of
 4   patches if not more, so I did not study any particular
 5   patches there.                                              10:24:54
 6       Q.  BY MR. MUINO:  You previously mentioned the
 7   Open Source change log.
 8       A.  Yes.
 9       Q.  And you said you reviewed that in preparation
10   for today.                                                  10:25:03
11       A.  Yes.
12       Q.  What does the Open Source change log show?
13           MR. KAMBER:  Object to the form.
14           THE WITNESS:  The Open Source change log
15   shows patches -- patches that were accepted by the          10:25:14
16   maintainers of the Open Source Project or the component
17   in Open Source that were then merged into the code base.
18   So not the full set of patches that were sent to the Open
19   Source Project, but those that were actually accepted and
20   merged in.                                                  10:25:41
21       Q.  BY MR. MUINO:  And when you say the Open
22   Source code base, do you mean the Android code base?
23       A.  Yes.  The Android Open Source Project.
24       Q.  So this was code submitted by OEMs that
25   ultimately was included in Android itself?                  10:25:55
```

| | | |
|---|---|---|
| 1 | MR. KAMBER: Objection to form. | |
| 2 | THE WITNESS: The code -- the patches or the | |
| 3 | change log that I reviewed, did not indicate who -- the | |
| 4 | company for the author of each of these patches, so I | |
| 5 | have no way of knowing if they came from OEMs or, you | 10:26:16 |
| 6 | know, silicon vendors, carriers or anonymous third | |
| 7 | parties.  Most of these just come in with a personal | |
| 8 | email address. | |
| 9 | Q.  BY MR. MUINO: Do you know if any of those | |
| 10 | changes reflected on the change log are indicative of | 10:26:33 |
| 11 | changes made on actual Android devices? | |
| 12 | MR. KAMBER: Objection to form. | |
| 13 | THE WITNESS: Are they indicative of changes | |
| 14 | made?  I would assume that many of the changes that are | |
| 15 | being contributed are being contributed for purposes of | 10:26:54 |
| 16 | shipping on an Android device.  Again, these are a small | |
| 17 | subset of changes that any third party would make when | |
| 18 | shipping Android on hardware.  So they would submit some | |
| 19 | small portion of those to the Open Source Project. | |
| 20 | Q.  BY MR. MUINO: Who maintains the Open Source | 10:27:18 |
| 21 | change log?  Is that in Google's possession? | |
| 22 | A.  No.  It's operated by a third party, | |
| 23 | kernel.org. | |
| 24 | Q.  Is that publicly accessible? | |
| 25 | A.  It is. | 10:27:32 |

Veritext National Deposition & Litigation Services
866 299-5127

```
 1            Q.   BY MR. MUINO:   Was the dexopt tool installed

 2     on Samsung Galaxy?

 3            MR. KAMBER:   Objection to form.

 4            THE WITNESS:   Again, I do not know.

 5            Q.   BY MR. MUINO:   Was the Zygote process            10:32:22

 6     capability installed on Samsung Galaxy?

 7            MR. KAMBER:   Objection to Form.

 8            THE WITNESS:   I can't say for sure, but I

 9     would assume that the Zygote process was installed.

10            Q.   BY MR. MUINO:   And does that formulation make    10:32:36

11     sense to you, Mr. Brady?   I understand your pushback that

12     Zygote process is a process that happens.

13            A.   Yes.

14            Q.   If I say Zygote process capability, do you

15     understand that to refer to the ability of the phone to      10:32:47

16     use a Zygote process to generate virtual machines to run

17     other applications?

18            MR. KAMBER:   Objection.   Form.

19            THE WITNESS:   Yes.   I think I -- yes.   I

20     understand that -- that use now that we've used it           10:32:59

21     several times.

22            Q.   BY MR. MUINO:   Are you aware of any changes

23     that Samsung made to the Android code on the Galaxy?

24            A.   They made extensive changes.   I don't know

25     the specifics.                                                10:33:14
```

Page 43

| | |
|---|---|
| 1 | Q.   What do you know in that regard? |
| 2 | MR. KAMBER:  Objection.  Form. |
| 3 | THE WITNESS:  What I do remember that jumps |
| 4 | out at me specifically, they made several changes to the |
| 5 | user interface.  I believe at the time -- I'm not sure if        10:33:29 |
| 6 | this was on the Galaxy.  It may have been other devices, |
| 7 | but Samsung was making changes to -- to the Dalvik |
| 8 | Virtual Machine, but I don't remember the specifics. |
| 9 | They were changing the way that bytecode would be |
| 10 | interpreted or executed on the device.  I believe they          10:33:53 |
| 11 | were adding an ahead of time compiler and changing other |
| 12 | things. |
| 13 | Q.   BY MR. MUINO:  Let's move on to the Galaxy S. |
| 14 | Was the Android platform installed on the Galaxy S? |
| 15 | A.   I believe it was.                                          10:34:22 |
| 16 | Q.   And what work did your team do with Samsung |
| 17 | in connection with the Galaxy S? |
| 18 | A.   Similar to the other devices, general support |
| 19 | when Samsung ran into issues and helping them to -- |
| 20 | general operational, so helping them apply security             10:34:41 |
| 21 | patches, helping them with compatibility issues related |
| 22 | to third-party applications. |
| 23 | Q.   Was the Dalvik Virtual Machine installed on |
| 24 | the Galaxy S? |
| 25 | MR. KAMBER:  Objection to form.                        10:34:59 |

Page 44

```
 1            Q.   BY MR. MUINO:   One or more of their Android

 2    devices.

 3            MR. KAMBER:   Same objection.

 4            THE WITNESS:   I don't recall Samsung telling

 5    us that they were not going to.                              11:12:12

 6            Q.   BY MR. MUINO:   Let's do one more OEM,

 7    Motorola.

 8            Can you tell me what Motorola devices has

 9    Google worked on?

10            A.   Yes.   The Motorola Droid, the Motorola Cliq,   11:12:25

11    Motorola DEX, the Motorola Titanium, the Motorola Droid

12    X, Droid 2, Droid 3, Droid Pro.   There's many more, but I

13    don't recall the specific names.   I believe they have one

14    called a Motorola Brady.   No relation.

15            Q.   To expedite this process of questioning, is    11:13:25

16    the Android platform installed on each of the Cliq --

17    excuse me -- Droid, Cliq, DEX, Titanium, Droid X, Droid

18    2, Droid 3 and Droid Pro devices?

19            MR. KAMBER:   Object to the form.

20            THE WITNESS:   ==Some version of an Android==        11:13:46

21    ==platform is installed on those devices.==  ==Again, Motorola==

22    ==made extensive modifications,== so --

23            Q.   BY MR. MUINO:   Is a Dalvik Virtual Machine

24    installed on each of the Droid, Cliq, DEX, Titanium,

25    Droid X, Droid 2, Droid 3 and Droid Pro devices?            11:14:04
```

Page 61

```
 1              MR. KAMBER:  Objection to form, beyond the
 2     scope.
 3              THE WITNESS:  I -- my understanding is that
 4     there are -- in the Android SDK documentation, there are
 5     instances of Java programing language, API, name spaces        11:33:35
 6     or packaged names, that do have Java in the name sets.
 7         Q.  BY MR. MUINO:  Has any Android device maker
 8     modified the Android API's that are required to be
 9     present in the Android platform to be compatible?
10              MR. KAMBER:  Objection to form.                       11:34:04
11              THE WITNESS:  I would -- unfortunately, I
12     would say every device manufacturer has modified -- not
13     the API signatures themselves, but the underlying
14     behavior, if you will, and the underlying implementation
15     of those -- of those API's.                                    11:34:20
16         Q.  BY MR. MUINO:  Has any such modification
17     resulted in the device becoming incompatible, not failing
18     to pass the CDD?
19              MR. KAMBER:  Objection to form.
20              THE WITNESS:  Certainly.  Certainly.  Those           11:34:40
21     modifications often result in that.
22         Q.  BY MR. MUINO:  With respect to the devices,
23     the Samsung, Motorola, HTC and LG devices we discussed
24     this morning, do those devices contain the required
25     Android API's required by the CDD?                             11:35:01
```

Page 75

```
 1           A.   I do.
 2           Q.   The first sentence there is:  "Device
 3   implementations must support the full Dalvik Executable
 4   (DEX) bytecode specification and Dalvik Virtual Machine
 5   semantics."                                                    11:36:50
 6           Do you see that?
 7           A.   I do.
 8           Q.   Under this requirement, is it necessary to
 9   have a Dalvik Virtual Machine in your Android
10   implementation in order for the implementation to be           11:37:04
11   compatible?
12           MR. KAMBER:  Objection to form.
13           THE WITNESS:  Absolutely not.  You must have
14   a virtual machine that's capable, as it says here, of
15   supporting the Dalvik executable bytecode.                     11:37:15
16           So you could create another clean room
17   implementation virtual machine that was able to execute
18   this bytecode.
19           Q.   BY MR. MUINO:  Are you aware of any OEMs --
20   Android OEMs that have done that, created an alternative       11:37:33
21   implementation of the virtual machine capable of
22   executing the Dalvik bytecode?
23           A.   Well, I think, you know -- and it's hard to
24   distinguish what constitutes creating an alternative
25   version.  So as I said, many of our partners make              11:37:52
```

Page 77

1    extensive modifications to Android, the platform in

2    general, and some to Dalvik as well.

3             And so I would say that each one of them is

4    creating a kind of unique version of Android.  And in

5    some cases, of the Dalvik -- the Dalvik -- or a Dalvik          11:38:06

6    Virtual Machine that runs this bytecode.  And, in fact,

7    sometimes, you know, this causes compatibility problems

8    that we find out later on.

9         Q.   Have any OEMs told you that they intended to

10   replace the Dalvik Virtual Machine with their own virtual       11:38:27

11   machine implementation?

12            MR. KAMBER:  Objection to form.

13            THE WITNESS:  Yeah, I don't think -- I don't

14   recall any OEMs telling us specifically that they

15   intended to replace the Dalvik Virtual Machine.                 11:38:43

16            As I said earlier, you know, many OEMs have

17   told us portions they intended to change in what is

18   provided -- in the source code that's provided in the

19   Android Open Source Project for their implementations of

20   the Dalvik Virtual Machine.                                     11:39:01

21        Q.   I'm going to show you what was previously

22   marked as Exhibit 235 (indicating).  This is the

23   Compatibility Test Suite framework user manual for

24   Android 1.6.

25            Have you seen this document before,                    11:39:42

Page 78

# ERRATA SHEET
## Patrick Brady - TOPIC 7
### Deposition date: July 21, 2011

I, PATRICK BRADY, hereby certify that I have carefully read the foregoing transcript, and that the same is a true and correct transcription of my deposition, except:

| Page | Line | Change | Reason |
|---|---|---|---|
| 46 | 14 | "adjustment time compiler" should read "AOT compiler" | Transcription error |
| 47 | 23 | "duel core processor" should read "dual-core processor" | Spelling |
| 65 | 14 | "skew" should read "SKU" | Spelling |
| 72 | 13 | "Goggle" should be "Google" | Transcription error |
| 75 | 6 | "Java in the name set" should be "java in the namespace" | Misheard |
| 85 | 15 | "Android" should be "droid" | Misheard |
| 91 | 11 | "information" should be "implementation" | Misheard |
| 93 | 10 | "understand" should be "understanding" | Misheard |
| 99 | 8 | "dexopt implementation" should be "DEX optimixation" | Misheard |
| 120 | 21 | "Is it – the high quality" should be "is it high quality" | Misheard |
| 120 | 25 | "better than not up-stirring" should be "better to not upstream" | Misheard |

Witness Signature: _____    Date: Sept. 1, 2011

```
 1   STATE OF CALIFORNIA     ) ss:
 2   COUNTY OF MARIN         )
 3
 4             I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6             That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9             That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16             I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20             IN WITNESS WHEREOF, I have subscribed my name
21   this 26th day of July, 2011.
22
23
24                    _Leslie Rockwood_____
25                    LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 131

```
 1          I declare under the penalty of perjury
 2  under the laws of the State of California that the
 3  foregoing is true and correct.
 4          Executed on   September 1st  , 2011,
 5  at   Mountain View  ,  CA                    .
```

_____

SIGNATURE OF THE WITNESS