| | | |
|---|---|---|
| 1 | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279 |
| 2 | rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325 | fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323 |
| 3 | canderson@kvn.com<br>633 Battery Street | csabnis@kslaw.com<br>101 Second St., Suite 2300 |
| 4 | San Francisco, CA 94111-1809<br>Telephone: 415.391.5400 | San Francisco, CA 94105<br>Telephone: 415.318.1200 |
| 5 | Facsimile: 415.397.7188 | Facsimile: 415.318.1300 |
| 6 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819 |
| 7 | sweingaertner@kslaw.com<br>ROBERT F. PERRY | ballon@gtlaw.com<br>HEATHER MEEKER - #172148 |
| 8 | rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*) | meekerh@gtlaw.com<br>1900 University Avenue |
| 9 | 1185 Avenue of the Americas<br>New York, NY 10036 | East Palo Alto, CA 94303<br>Telephone: 650.328.8500 |
| 10 | Telephone: 212.556.2100<br>Facsimile: 212.556.2222 | Facsimile: 650.328.8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>                    Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF LUIS VILLA, IV IN RESPONSE TO ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:    Hon. William Alsup |

I, Luis Villa, IV, declare as follows:

I am an associate in the law firm of Greenberg Traurig LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in response to Oracle America, Inc.'s Administrative Motion to File Under Seal (Dkt. No. 426). I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

1. I have reviewed Exhibit 13 in support of Oracle's opposition to Google's motion for summary judgment on Count VIII of Oracle's amended complaint (Dkt. No. 398-10).

2. Exhibit 13 references a phone number that is Andrew Rubin's personal telephone number. Therefore, it should be filed in redacted form pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (Dkt. No. 68). Disclosure of this material, which Mr. Rubin does not share publicly during the normal course of business, would cause great and undue harm to him, and so compelling reasons exist to file it in redacted form.

3. Google does not oppose Oracle's Administrative Motion and submits herewith a proposed Order Granting Motion To File Redacted Materials.

I declare under penalty of perjury that the foregoing facts are true and correct.
Executed on September 20, 2011 in Palo Alto, California.


/s/ Luis Villa, IV
LUIS VILLA, IV