IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **[PROPOSED] ORDER GRANTING MOTION TO FILE REDACTED MATERIALS** |

Before this Court is Oracle America, Inc.'s Administrative Motion to File Under Seal (Dkt. No. 426). Based on Fed. R. Civ. P. 5.2(e)(1), and the arguments presented in the administrative motion and the Declaration Of Luis Villa, IV In Response To Oracle America, Inc.'s Administrative Motion To File Under Seal, the motion is **GRANTED**. Exhibit 13 in support of Oracle's opposition to Google's motion for summary judgment on Count VIII of Oracle's amended complaint (Dkt. No. 398-10) may be filed with the specified material redacted.

**IT IS SO ORDERED.**

Dated:_____

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE