UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

PAUL S. GREWAL        UNITED STATES MAGISTRATE JUDGE        CT. #5

**DATE:** September 21, 2011                    **CASE No:** CV10-03561 WHA

**CASE TITLE:** Oracle America, Inc. v. Google, Inc.

Courtroom Deputy: Oscar Rivera

APPEARANCES

| For Plaintiff(s): | For Defendant(s): |
|---|---|
| T.J. Angioletti, Safra Catz, Dorian Daley, Larry Ellison, Steve Holtzman, Michael Jacobs, Thomas Kurian, Matthew Sarboraria | Christa Anderson, Renny Hwang, Catherine Lacavera, Bob Van Nest, Larry Page, Andy Rubin |

☐   Settlement Conference Held.  Case settled.

☐   Settlement Conference Held.  Case did not settle.

☒   Settlement Conference Held.  Further Settlement Conference to be scheduled.

Comments:  Lead counsel shall contact the courtroom deputy to the undersigned to schedule a call tomorrow regarding when further discussions will take place and whether the further attendance of Mr. Ellison and Mr. Page will be required.

Judge:                                               Hours: (10:00)
Paul S. Grewal