1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
19

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22                   SAN FRANCISCO DIVISION

23 | ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **STATEMENT OF NON-OPPOSITION TO GOOGLE'S LIABILITY UNDER 35 U.S.C. § 271(f)** |
| v. | |
| GOOGLE INC. | Date:    October 13, 2011<br>Time:   8:00 a.m.<br>Dept.:   Courtroom 8, 19th Floor<br>Judge:  Hon. William H. Alsup |
| Defendant. | |

ORACLE'S STATEMENT OF NON-OPPOSITION REGARDING GOOGLE'S LIABILITY UNDER 35 U.S.C. § 271(f)
CASE NO. CV 10-03561 WHA
pa-1487752

1    Defendant Google Inc. ("Google") has filed a Motion for Partial Summary Judgment
2 and/or Summary Adjudication Re: Google's Non-Liability Under 35 U.S.C. § 271(f), asking the
3 Court to grant summary adjudication "that Google is not liable to Oracle under 35 U.S.C. § 271(f)
4 with respect to any patent-infringement claim asserted in this action."  (Dkt. No. 409 at 7.)
5    Understanding that the motion is limited to 35 U.S.C. § 271(f), and without waiving its
6 rights to pursue claims against Google under 35 U.S.C. § 271(b)-(c), and rights to pursue claims
7 involving foreign revenue or activity that are attributable to infringement in the United States
8 pursuant to 35 U.S.C. § 271(a), or any other theory of liability apart from 35 U.S.C. § 271(f),
9 plaintiff Oracle America, Inc. does not oppose Google's Motion for Partial Summary Judgment
10 concerning 35 U.S.C. § 271(f).

ORACLE'S STATEMENT OF NON-OPPOSITION REGARDING GOOGLE'S LIABILITY UNDER 35 U.S.C. § 271(f)
CASE NO. CV 10-03561 WHA (DMR)
pa-1487752

1

| | | |
|---|---|---|
| 1 | Dated: September 22, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Kenneth A. Kuwayti |
| 4 | | MORRISON & FOERSTER LLP |
| | | MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com |
| | | MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com |
| | | DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com |
| | | 755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018 |
| | | Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP |
| | | DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com |
| | | 333 Main Street |
| 12 | | Armonk, NY  10504 |
| | | Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300 |
| | | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com |
| | | 1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612 |
| | | Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION |
| | | DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com |
| | | DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com |
| | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 20 | | matthew.sarboraria@oracle.com |
| | | 500 Oracle Parkway |
| 21 | | Redwood City, CA  94065 |
| | | Telephone: (650) 506-5200 |
| 22 | | Facsimile: (650) 506-7114 |
| 23 | | *Attorneys for Plaintiff* |
| | | ORACLE AMERICA, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

ORACLE'S STATEMENT OF NON-OPPOSITION REGARDING GOOGLE'S LIABILITY UNDER 35 U.S.C. § 271(f)
CASE NO. CV 10-03561 WHA (DMR)
pa-1487752

2