1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
3   mdpeters@mofo.com
    DANIEL P. MUINO (Bar No. 209624)
4   dmuino@mofo.com
    755 Page Mill Road
5   Palo Alto, CA  94304-1018
    Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
    BOIES, SCHILLER & FLEXNER LLP
7   DAVID BOIES (Admitted *Pro Hac Vice*)
    dboies@bsfllp.com
8   333 Main Street
    Armonk, NY  10504
9   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
10  sholtzman@bsfllp.com
    1999 Harrison St., Suite 900
11  Oakland, CA  94612
    Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
    ORACLE CORPORATION
13  DORIAN DALEY (Bar No. 129049)
    dorian.daley@oracle.com
14  DEBORAH K. MILLER (Bar No. 95527)
    deborah.miller@oracle.com
15  MATTHEW M. SARBORARIA (Bar No. 211600)
    matthew.sarboraria@oracle.com
16  500 Oracle Parkway
    Redwood City, CA  94065
17  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.
19

20                  UNITED STATES DISTRICT COURT

21               NORTHERN DISTRICT OF CALIFORNIA

22                   SAN FRANCISCO DIVISION

23

| | |
|---|---|
| 24  ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WHA (DMR) |
| 25          Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION RE: GOOGLE'S NONLIABILITY UNDER 35 U.S.C. § 271(f)** |
| 26      v. | |
| 27  GOOGLE INC. | |
| 28          Defendant. | Judge:  Honorable William H. Alsup |

1    The Court has read and considered defendant Google Inc.'s Motion for Partial Summary

2  Judgment and/or Summary Adjudication Re: Google's Non-Liability Under 35 U.S.C. § 271(f)

3  and Plaintiff Oracle America, Inc.'s Statement of Non-Opposition.

4    Based thereon, IT IS HEREBY ORDERED THAT the motion is GRANTED and that

5  Google is not liable to Oracle under 35 U.S.C. § 271(f) with respect to the claims asserted in this

6  litigation under United States Patents Nos. 6,125,447; 6,192,476; 5,966,702; 7,426,720;

7  RE38,104; 6,910,205 and 6,061,520.

8    IT IS SO ORDERED.

9

10  Date: _____        _____
                                         Honorable William H. Alsup
11                                       Judge of the United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28