IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                                 /

No. C 10-03561 WHA

**ORDER REQUESTING SUBMISSION OF DAMAGES REPORT**

    Google Inc. requests leave "to file a *Daubert* motion on certain aspects of the revised damages report of Oracle's damages expert Dr. Iain Cockburn" (Dkt. No. 450). Google shall please submit a copy of the revised report by **NOON ON SEPTEMBER 26, 2011**, to help the Court evaluate this request.

    **IT IS SO ORDERED.**

Dated: September 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE