**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. CV10-03561 WHA |
| Plaintiff(s), | ORDER SETTING FURTHER SETTLEMENT CONFERENCE |
| v. | |
| GOOGLE, INC., | |
| Defendant(s). | |

IT IS ORDERED that a further settlement conference shall be held on October 1, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 23, 2011

PAUL S. GREWAL
United States Magistrate Judge