IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO FILE EXHIBIT UNDER SEAL** |
| GOOGLE INC., | |
| Defendant. | |

Exhibit 13 supporting plaintiff's opposition to defendant's motion for summary judgment on the copyright claim, which contains the personal telephone number of Google executive Andy Rubin, was filed in the public docket (Dkt. No. 398-10). That filing has since been locked, and a redacted version of Exhibit 13 with the phone number obscured was filed in its stead (Dkt. No. 428). Plaintiff now seeks leave to file the unredacted version of Exhibit 13 under seal (Dkt. No. 426). The motion is **GRANTED**. Plaintiff shall file the unredacted version of Exhibit 13 under seal by **SEPTEMBER 28, 2011**.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE