United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   ORACLE AMERICA, INC.,                          No. C 10-03561 WHA

11          Plaintiff,

12      v.                                          **ORDER GRANTING
                                                    LEAVE TO FILE
13   GOOGLE INC.,                                   RESPONSE UNDER SEAL**

14          Defendant.
                                         /
15

16          Plaintiff's request to file under seal the unredacted version of its response to defendant's

17   précis requesting permission to file a Rule 72 motion (Dkt. No. 427) is **GRANTED**.  Plaintiff shall

18   file the unredacted version of its response (Dkt. No. 429) under seal by **SEPTEMBER 28, 2011**.

19   Please be aware this is without prejudice to a future order that refers to the redacted material and

20   is public.

21

22          **IT IS SO ORDERED.**

23

24   Dated:  September 26, 2011.

25                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
26
27
28