IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER GRANTING UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING 35 U.S.C. 271(f) THEORY**

On September 8, 2011, defendant Google Inc. filed a motion for partial summary judgment "that Google is not liable to Oracle under 35 U.S.C. § 271(f) with respect to any patent-infringement claim asserted in this action" (Dkt. No. 409). Plaintiff Oracle America, Inc. timely filed a notice of non-opposition to the motion (Dkt. No. 455). Having considered the motion and supporting declaration, the motion is **GRANTED**. This order finds that Google is not liable to Oracle under 35 U.S.C. 271(f) with respect to any patent-infringement claim asserted in this action. This order, however, does not comment on any other theory of liability.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE