UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff(s), | ORDER RESCHEDULING SETTLEMENT CONFERENCE |
| v. | |
| GOOGLE, INC., | |
| Defendant(s). | |

The settlement conference presently set for October 1, 2011 is hereby rescheduled for Friday, September 30, 2011 at 9:00 a.m. Parties are to appear in Courtroom 5, 4th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: September 26, 2011

Paul S. Grewal
United States Magistrate Judge