MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor , New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

1  Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its Opposition to Defendant's Motion for Relief from Non-Dispositive Order of Magistrate Judge under seal, pursuant to the Protective Order entered in this case and Local Rule 79-5(d).

All of the materials that Oracle seeks to seal protect information that Google, not Oracle, has designated as Confidential or Highly Confidential – Attorney's Eyes Only.  Although Oracle maintains that the Lindholm email does not merit Highly Confidential – Attorney's Eyes Only status, and portions of that email are part of the public record in this case, Google has not yet down-designated the Lindholm email.  Out of an abundance of caution, Oracle moves to file under seal references to portions of the document that have not yet been made public.  Pursuant to the Court's Order (Dkt. No. 462), the parties will separately meet and confer on this issue.  Oracle states no position as to whether public filing of Google's purportedly confidential information would cause harm to Google.

Dated: September 26, 2011          BOIES, SCHILLER & FLEXNER LLP

By:   */s/ Fred Norton*
           Fred Norton

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.