# KEKER & VAN NEST LLP

**Robert Van Nest**
rvannest@kvn.com

September 26, 2011

**VIA E-FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re:   *Oracle America, Inc. v. Google Inc*., No. 3:10-CV-03561-WHA (N.D. Cal.)

Dear Judge Alsup:

I write in brief response to Steven Holtzman's letter of earlier today, which letter asked the Court to deny Google's request to file a *Daubert* motion on aspects of the revised damages report of Oracle's damages expert Dr. Iain Cockburn.  Mr. Holtzman argues that the Court should deny Google's request because Google has raised *Daubert* issues related to Cockburn in one of its five allotted motions *in limine*.

Google had no choice but to submit the *Daubert* challenges as a motion *in limine* in order to preserve its right to assert the challenge, in the event the Court denied Google's request to file a stand-alone *Daubert* motion.  As Google pointed out previously, waiting to brief and hear the *Daubert* challenges later would have the advantage of allowing Google also to raise any issues presented by Cockburn's reply report, which Oracle has agreed to serve by October 10, 2011, a week before the scheduled pretrial conference.  Having said that, Google defers to the Court as to whether it would prefer to consider these issues by way of a motion *in lmine* or more formal and deliberate separate *Daubert* briefing.

Sincerely,

/s/ Robert A. Van Nest

633 Battery Street, San Francisco, CA 94111-1809  |  415 391 5400  |  kvn.com

581782.01