ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>         Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF BRIAN C. BANNER IN SUPPORT OF DEFENDANT GOOGLE INC.S' SECOND MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT**<br><br>Date:        October 13, 2011<br>Time:        8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:       The Honorable William Alsup<br><br>Trial Date: October 31, 2011 |

I, BRIAN C. BANNER, declare as follows:

1. I am an associate in the law firm of King & Spalding LLP, counsel for defendant Google Inc. ("Google") in this case. I submit this declaration in support of Google's Notice of Motion and Second Motion To Strike Portions of Mitchell Patent Report. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as Exhibit A is a true and correct copy of the cover page, pages 2, 21-22, 24, 212-13, 221-23, 226-28, 252-57, 261, 277, 301-06, 313-15, 338-39, 362-65 and 382-84 from the August 8, 2011 *Opening Expert Report of John C. Mitchell Regarding Patent Infringement Submitted on Behalf of Plaintiff Oracle America, Inc*. A confidentiality designation has been removed from the cover page because confidential information is not included in the excerpts included in Exhibit A.

3. Attached to this declaration as Exhibit B is a true and correct copy of the cover page, pages 38-40, 45-47 and 50 from the September 1, 2011 *Reply Expert Report of John C. Mitchell Regarding Patent Infringement Submitted on Behalf of Plaintiff Oracle America, Inc*. A confidentiality designation has been removed from the cover page because confidential information is not included in the excerpts included in Exhibit B.

4. Attached to this declaration as Exhibit C is a true and correct copy of pages 13-20 and 32-39 from the infringement claim chart on the '720 patent, which was attached as Exhibit G to Oracle's Second Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2011.

5. Attached to this declaration as Exhibit D is a true and correct copy of pages 11-21 and 37-38 from the infringement claim chart on the '447 patent, which was attached as Exhibit D to Oracle's Second Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions, served on April 1, 2011.

6. Attached to this declaration as Exhibit E is a true and correct copy of pages 11-30

1  from the infringement claim chart on the '520 patent, which was attached as Exhibit F to
2  Oracle's Second Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and
3  Infringement Contentions, served on April 1, 2011.
4
5      I declare under penalty of perjury that all the foregoing facts are true and correct and that
6  this declaration was executed on September 29, 2011 in Austin, Texas.

                                  /s/ Brian C. Banner /s/
                                  Brian C. Banner

    I hereby attest that Brian C. Banner concurs in the e-filing of this document.

                                  /s/ Cheryl Sabnis /s/
                                  Cheryl Sabnis