ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S SECOND MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT**<br><br>Date:         October 13, 2011<br>Time:        8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:       The Honorable William Alsup<br><br>Trial Date: October 31, 2011 |

1
[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S SECOND MOTION TO STRIKE
PORTIONS OF MITCHELL PATENT REPORT, CASE NO. 3:10-cv-03561 WHA

On October 13, 2011 the above-captioned action came on for hearing before this Court on Defendant Google Inc.'s ("Google") Second Motion to Strike Portions of the Mitchell Patent Report. After consideration of the parties' respective submissions, the arguments of counsel, and the entire record in this matter, the Court hereby GRANTS Google's motion and orders as follows:

(a) Paragraphs 606, 622-627 (as they relate to the *vfork()* and *clone()* mechanisms and the '720 patent) are stricken from the Mitchell Patent Report. Dr. Mitchell cannot testify regarding the *vfork()* and *clone()* mechanisms at trial.

(b) Paragraphs 70, 77 (as they relate to the '476 patent) are stricken from the Mitchell Patent Report. Dr. Mitchell cannot testify regarding the mBS Mobile product at trial.

(c) Paragraph 115 (as it relates to the '476 patent) is stricken from the Mitchell Patent *Reply* Report. Dr. Mitchell cannot testify regarding infringement theories for the '476 patent that do not require the SecurityManager at trial.

(d) Paragraph 92 (as it relates to the '520 patent) of the Mitchell *Reply* Report is stricken to the extent it relies on a theory of infringement wherein static array initialization is performed by more than one instruction. Dr. Mitchell cannot testify regarding infringement theories for the '520 patent where static array initialization is performed by more than one instruction.

(e) Paragraph 92 (as it relates to the '520 patent) of the Mitchell *Reply* Report is stricken to the extent it relies on a theory of infringement that does not require the fill-array-data instruction. Dr. Mitchell cannot testify regarding infringement theories for the '520 patent that do not use the fill-array-data instruction.

IT IS SO ORDERED:

Dated: _____

_____
Honorable Judge William Alsup