UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

PAUL S. GREWAL         UNITED STATES MAGISTRATE JUDGE         CT. #5

DATE: September 30, 2011         CASE No. CV10-03561 WHA

CASE TITLE: Oracle America, Inc. v. Google, Inc.

Courtroom Deputy: Oscar Rivera         ERO:

APPEARANCES

For Plaintiff(s):

T.J. Angioletti, Thomas Kurian, Adam Messinger, Matthew Sarboraria, Mark Wayne

For Defendant(s):

Renny Hwang, Catherine Lacavera, Andy Rubin

☐ Settlement Conference Held. Case settled.

☐ Settlement Conference Held. Case did not settle.

☒ Settlement Conference Held. Further Settlement discussions to be scheduled.

Comments:

Judge:
Paul S. Grewal

Hours: (5:30)