KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415.391.5400
Facsimile:   415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Tel:   212.556.2100
Fax:   212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Tel:   415.318.1200
Fax:   415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:   650.328.8500
Fax:   650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>Judge:   Hon. William Alsup<br><br>Date Comp. Filed:   October 27, 2010<br><br>Trial Date:   October 31, 2011 |

DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE
CASE NO. 3:10-cv-03561-WHA

582374.01

I, Daniel Purcell, declare as follows:

1. I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Oracle America, Inc.'s ("Oracle") Administrative Motion to File Under Seal Portions of Plaintiff's Opposition to Defendant's Motion for Relief from Non-Dispositive Order of Magistrate Judge. [Dkt. No. 466]. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Portions of Oracle's Opposition quote the Lindholm email, which is the subject of Google's motion for relief from Magistrate Judge Ryu's nondispositive pretrial order in this case. All versions of the Lindholm email and drafts thereof are marked "PRIVILEGED ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT," and are designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions [Dkt. No. 68] governing this case. The Lindholm email contains privileged information about Google's investigation of and potential responses to Oracle's infringement claims. But even leaving aside whether the email is privileged, Google also considers the information contained in the email to be highly confidential under the standard set forth in the protective order in this case. Under no circumstances would Google publicly disclose during the normal course of business, or absent a direct court order, any information about its litigation strategy or potential responses to claims asserted against it. Public disclosure of this information would cause significant and undue harm to Google's business.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on October 3, 2011.

By:  /s/ Daniel Purcell
DANIEL PURCELL

1

DECLARATION OF DANIEL PURCELL IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE
CASE NO. 3:10-cv-03561-WHA