KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                   Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>                   Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>Judge:    Hon. William Alsup<br><br>Date Comp. Filed:    October 27, 2010<br><br>Trial Date:    October 31, 2011 |

582376.01

[PROPOSED] ORDER SEALING PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE
CASE NO. 3:10-cv-03561-WHA

1  This matter came before the Court on Oracle America, Inc.'s Administrative Motion to
2  File Under Seal Portions of Plaintiff's Opposition to Defendant's Motion for Relief from Non-
3  Dispositive Order of Magistrate Judge. [Dkt. No. 466]. Based on the arguments presented in the
4  administrative motion, the declarations in support of the motion, the pleadings on file, and any
5  other relevant matter, the Court hereby **GRANTS** the motion. Portions of Oracle's Opposition
6  shall be filed under seal.

8  IT IS SO ORERED,

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

582376.01

1

[PROPOSED] ORDER SEALING PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE
CASE NO. 3:10-cv-03561-WHA