IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO FILE OPPOSITION BRIEF UNDER SEAL** |
| GOOGLE INC., | |
| Defendant. / | |

Plaintiff moves to file under seal the portions of its opposition brief that reference portions of the Lindholm email that have not yet been made public and that supposedly are privileged (Dkt. No. 466). Out of an abundance of caution, the motion is **GRANTED**. Plaintiff may file the unredacted version of its brief under seal. Please be aware that this is without prejudice to a future order that will be public and will refer to the redacted content.

**IT IS SO ORDERED.**

Dated: October 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE