1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
12 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
13 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
14 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
15 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
   |---|---|
22 | Plaintiff, | **DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE INC.'S SECOND MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT** |
23 | v. | |
24 | GOOGLE INC. | |
25 | Defendant. | Date:  October 13, 2011 |
26 | | Time:  8:00 a.m. |
   | | Dept.: Courtroom 8, 19th Floor |
27 | | Judge: Honorable William H. Alsup |

28

I, Marc David Peters, declare as follows:

I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the Opening Expert Report of John C. Mitchell Regarding Patent Infringement, served on August 8, 2011.

2. Attached hereto as Exhibit B is a true and correct copy of relevant portions of Defendant Google Inc.'s Fifth Supplemental Responses to Plaintiff's Interrogatories, Set One, No. 3, served on August 1, 2011.

3. Attached hereto as Exhibit C is a true and correct copy of relevant portions of Appendix A to the Expert Report of Terence Parr, Ph.D. Regarding the Non-Infringement of U.S. Patent No. 6,061,520, served on August 25, 2011.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on October 4, 2011, in Palo Alto, California.

/s/ Marc David Peters

I hereby attest that Marc David Peters concurs in the e-filing of this document.

/s/ Michael A. Jacobs

PETERS DECL. ISO ORACLE OPP. TO GOOGLE 2ND MOT. TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT - CASE NO. CV 10-03561 WHA
pa-1489895

1