IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                            /

No. C 10-03561 WHA

**NOTICE RE FINAL PRETRIAL CONFERENCE**

     This is a notice to give counsel an update on the schedule. As counsel know, the second wave of defendants in the large criminal case is scheduled for trial on October 17. At present, it appears that the trial will be necessary. This will mean that the trial in the instant case will likely be postponed. In hopes that the October 31 trial in the instant case can still go forward, even though that now seems unlikely, the October 31 trial date will not yet be vacated. The final pretrial conference, however, is **CONTINUED** from October 17 to **2:00 P.M. ON OCTOBER 24, 2011**. If the criminal trial does go forward, then it is possible that the date for the final pretrial conference will be adjusted yet again. The schedule for pretrial filings remains unchanged.

Dated: October 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE