IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**ORDER REGARDING ATTENDANCE AT FINAL PRETRIAL CONFERENCE** |

Attorney John Cooper, who was appointed to represent the Rule 706 damages expert, should plan to attend the October 24 final pretrial conference. Attorney Cooper shall please be prepared to state the minimum amount of time that Dr. James R. Kearl will need to complete his work on damages. Dr. Kearl himself may attend the final pretrial conference, but his presence is not required.

**IT IS SO ORDERED.**

Dated: October 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE