1  [counsel listed on signature page]

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WA (DMR) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE CERTAIN PRE-TRIAL MATERIALS** |
| v. | |
| GOOGLE INC. | Judge: Honorable William Alsup |
| Defendant. | |

## STIPULATION

WHEREAS, pursuant to the Court's scheduling order, the parties are to file the joint pretrial order, joint jury instructions, joint special verdict forms, joint proposed voir dire questions, motions *in limine*, joint exhibit list, witness lists, and trial briefs on October 7, 2011;

WHEREAS, the parties have been meeting and conferring in an attempt to work out their differences in the various components of the filing;

WHEREAS, the parties have been successful in resolving some of their differences, and anticipate that further differences could be resolved and areas of dispute narrowed with additional time to meet and confer on the issues, thereby reducing the number of disputed issues to be resolved at the pre-trial conference;

WHEREAS, the Court has indicated that the pre-trial conference that was scheduled for October 17, 2011, will be moved to the afternoon of October 24, 2011; and

WHEREAS, the parties acknowledge and agree that a limited extension of time to file certain of the pre-trial materials will not affect, delay, or push back any other deadlines in this case.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. The parties will continue to meet and confer over the next several days to resolve issues that can be resolved and narrow areas of dispute, and thereafter file the joint pretrial order, joint jury instructions, joint special verdict forms, joint proposed voir dire questions, and trial briefs on October 12, 2011.

2. The joint exhibit list, motions in limine and oppositions, and witness lists will be filed as scheduled on October 7, 2011.

3. No other deadlines in this case will be affected by the foregoing extensions. The parties will not use these extensions to argue for a delay of the trial date or any other deadlines in this case.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____          _____
                                    Honorable William Alsup
                                    Judge of the United States District Court

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 5, 2011 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By:  /s/ _____ |
| 5 | | MORRISON & FOERSTER LLP |
|   | | MICHAEL A. JACOBS (Bar No. 111664) |
| 6 | | mjacobs@mofo.com |
|   | | MARC DAVID PETERS (Bar No. 211725) |
| 7 | | mdpeters@mofo.com |
|   | | DANIEL P. MUINO (Bar No. 209624) |
| 8 | | dmuino@mofo.com |
|   | | 755 Page Mill Road |
| 9 | | Palo Alto, CA  94304-1018 |
|   | | Telephone: (650) 813-5600 |
| 10 | | Facsimile: (650) 494-0792 |
| 11 | | BOIES, SCHILLER & FLEXNER LLP |
|   | | DAVID BOIES (Admitted *Pro Hac Vice*) |
| 12 | | dboies@bsfllp.com |
|   | | 333 Main Street |
| 13 | | Armonk, NY  10504 |
|   | | Telephone: (914) 749-8200 |
| 14 | | Facsimile: (914) 749-8300 |
|   | | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 15 | | sholtzman@bsfllp.com |
|   | | 1999 Harrison St., Suite 900 |
| 16 | | Oakland, CA  94612 |
|   | | Telephone: (510) 874-1000 |
| 17 | | Facsimile: (510) 874-1460 |
| 18 | | ORACLE CORPORATION |
|   | | DORIAN DALEY (Bar No. 129049) |
| 19 | | dorian.daley@oracle.com |
|   | | DEBORAH K. MILLER (Bar No. 95527) |
| 20 | | deborah.miller@oracle.com |
|   | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com |
|   | | 500 Oracle Parkway |
| 22 | | Redwood City, CA  94065 |
|   | | Telephone: (650) 506-5200 |
| 23 | | Facsimile: (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff* |
|   | | ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

584055.02
STIPULATION TO EXTEND TIME TO FILE PRE-TRIAL MATERIALS
CASE NO. CV 10-03561 WHA (DMR)

3

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 5, 2011 | KEKER & VAN NEST LLP |
| 3 | | |
| 4 | | By: /s/ |

KEKER & VAN NEST LLP
ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

584055.02
STIPULATION TO EXTEND TIME TO FILE PRE-TRIAL MATERIALS
CASE NO. CV 10-03561 WHA (DMR)

4

**ATTESTATION**

I, Matthias Kamber, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS.  In compliance with General Order 45, X.B., I hereby attest that Michael A. Jacobs and Robert A. Van Nest have concurred in this filing.

Date: October 5, 2011                                  */s/*
                                                                 MATTHIAS A. KAMBER