1    [counsel listed on signature page]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                    CASE NO. CV 10-03561 WA (DMR)

12              Plaintiff,                   **STIPULATION AND ~~[PROPOSED]~~
                                             ORDER TO EXTEND TIME TO
13        v.                                 FILE CERTAIN PRE-TRIAL
                                             MATERIALS**
14
     GOOGLE INC.                             Judge:  Honorable William Alsup
15
                Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, pursuant to the Court's scheduling order, the parties are to file the joint pretrial order, joint jury instructions, joint special verdict forms, joint proposed voir dire questions, motions *in limine*, joint exhibit list, witness lists, and trial briefs on October 7, 2011;

WHEREAS, the parties have been meeting and conferring in an attempt to work out their differences in the various components of the filing;

WHEREAS, the parties have been successful in resolving some of their differences, and anticipate that further differences could be resolved and areas of dispute narrowed with additional time to meet and confer on the issues, thereby reducing the number of disputed issues to be resolved at the pre-trial conference;

WHEREAS, the Court has indicated that the pre-trial conference that was scheduled for October 17, 2011, will be moved to the afternoon of October 24, 2011; and

WHEREAS, the parties acknowledge and agree that a limited extension of time to file certain of the pre-trial materials will not affect, delay, or push back any other deadlines in this case.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1.     The parties will continue to meet and confer over the next several days to resolve issues that can be resolved and narrow areas of dispute, and thereafter file the joint pretrial order, joint jury instructions, joint special verdict forms, joint proposed voir dire questions, and trial briefs on October 12, 2011.

2.     The joint exhibit list, motions in limine and oppositions, and witness lists will be filed as scheduled on October 7, 2011.

3.     No other deadlines in this case will be affected by the foregoing extensions.  The parties will not use these extensions to argue for a delay of the trial date or any other deadlines in this case.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date:  _October 6, 2011._____            _____

Honorable William Alsup
Judge of the United States District Court

1

2    Dated: October 5, 2011                    MORRISON & FOERSTER LLP

3
                                              By:  _/s/_____
4

5                                             MORRISON & FOERSTER LLP
                                              MICHAEL A. JACOBS (Bar No. 111664)
6                                             mjacobs@mofo.com
                                              MARC DAVID PETERS (Bar No. 211725)
7                                             mdpeters@mofo.com
                                              DANIEL P. MUINO (Bar No. 209624)
8                                             dmuino@mofo.com
                                              755 Page Mill Road
9                                             Palo Alto, CA  94304-1018
                                              Telephone: (650) 813-5600
10                                            Facsimile: (650) 494-0792

11                                            BOIES, SCHILLER & FLEXNER LLP
                                              DAVID BOIES (Admitted *Pro Hac Vice*)
12                                            dboies@bsfllp.com
                                              333 Main Street
13                                            Armonk, NY  10504
                                              Telephone: (914) 749-8200
14                                            Facsimile: (914) 749-8300
                                              STEVEN C. HOLTZMAN (Bar No. 144177)
15                                            sholtzman@bsfllp.com
                                              1999 Harrison St., Suite 900
16                                            Oakland, CA  94612
                                              Telephone: (510) 874-1000
17                                            Facsimile: (510) 874-1460

18                                            ORACLE CORPORATION
                                              DORIAN DALEY (Bar No. 129049)
19                                            dorian.daley@oracle.com
                                              DEBORAH K. MILLER (Bar No. 95527)
20                                            deborah.miller@oracle.com
                                              MATTHEW M. SARBORARIA (Bar No. 211600)
21                                            matthew.sarboraria@oracle.com
                                              500 Oracle Parkway
22                                            Redwood City, CA  94065
                                              Telephone: (650) 506-5200
23                                            Facsimile: (650) 506-7114

24                                            *Attorneys for Plaintiff*
                                              ORACLE AMERICA, INC.
25

26

27

28

1

2   Dated: October 5, 2011                    KEKER & VAN NEST LLP

3

4                                             By:  _/s/_____

5                                             KEKER & VAN NEST LLP
                                              ROBERT A. VAN NEST (SBN 84065)
6                                             rvannest@kvn.com
                                              CHRISTA M. ANDERSON (SBN184325)
7                                             canderson@kvn.com
                                              710 Sansome Street
8                                             San Francisco, CA 94111-1704
                                              Telephone: (415) 391-5400
9                                             Facsimile: (415) 397-7188

10                                            KING & SPALDING LLP
                                              SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
11                                            sweingaertner@kslaw.com
                                              ROBERT F. PERRY
12                                            rperry@kslaw.com
                                              BRUCE W. BABER (*Pro Hac Vice*)
13                                            bbaber@kslaw.com
                                              1185 Avenue of the Americas
14                                            New York, NY 10036-4003
                                              Telephone:  (212) 556-2100
15                                            Facsimile:   (212) 556-2222

16                                            KING & SPALDING LLP
                                              DONALD F. ZIMMER, JR. (SBN 112279)
17                                            fzimmer@kslaw.com
                                              CHERYL A. SABNIS (SBN 224323)
18                                            csabnis@kslaw.com
                                              101 Second Street - Suite 2300
19                                            San Francisco, CA 94105
                                              Telephone: (415) 318-1200
20                                            Facsimile:  (415) 318-1300

21                                            GREENBERG TRAURIG, LLP
                                              IAN C. BALLON (SBN 141819)
22                                            ballon@gtlaw.com
                                              HEATHER MEEKER (SBN 172148)
23                                            meekerh@gtlaw.com
                                              1900 University Avenue
24                                            East Palo Alto, CA 94303
                                              Telephone: (650) 328-8500
25                                            Facsimile: (650) 328-8508

26                                            *Attorneys for Defendant*
                                              GOOGLE INC.

27

28

**ATTESTATION**

I, Matthias Kamber, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS.  In compliance with General Order 45, X.B., I hereby attest that Michael A. Jacobs and Robert A. Van Nest have concurred in this filing.


Date:  October 5, 2011                          _/s/_ _____
                                                      MATTHIAS A. KAMBER