ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF BRIAN C. BANNER IN SUPPORT OF DEFENDANT GOOGLE INC.S' REPLY IN SUPPORT OF THE SECOND MOTION TO STRIKE PORTIONS OF THE MITCHELL PATENT REPORT**<br><br>Date:         October 13, 2011<br>Time:         8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:        The Honorable William Alsup<br><br>Trial Date: October 31, 2011 |

I, BRIAN C. BANNER, declare as follows:

1. I am an associate in the law firm of King & Spalding LLP, counsel for defendant Google Inc. ("Google") in this case. I submit this declaration in support of Google's Reply In Support of the Second Motion To Strike Portions of Mitchell Patent Report. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as <u>Exhibit F</u> is a true and correct copy of the United States Patent and Trademark Office's Interview Summary in connection with *Ex Parte* Re-examination 90/011,489 of U.S. Patent No. 6,061,520 (highlights added).

I declare under penalty of perjury that all the foregoing facts are true and correct and that this declaration was executed on October 6, 2011 in Austin, Texas.

/s/ Brian C. Banner /s/
Brian C. Banner

I hereby attest that Brian C. Banner concurs in the e-filing of this document.

Dated: October 6, 2011          /s/ Mark H. Francis /s/
Mark H. Francis