KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:    415.391.5400
Facsimile:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:    650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S MOTIONS *IN LIMINE***<br><br>Judge:       Hon. William Alsup<br><br>Date Comp. Filed:       October 27, 2010<br><br>Trial Date:       October 31, 2011 |

I, Daniel Purcell, declare as follows:

1.      I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case.  I submit this declaration in support of Google Inc.'s Motions *in Limine*.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Tim Lindholm in Support of Google's Motion in Limine #1 to Exclude Mr. Lindholm's August 6, 2010 Email and Drafts Thereof.

3.      Attached hereto as **Exhibit 2** are true and correct copies of excerpts of the transcript of the deposition of John C. Mitchell, taken September 6, 2011.

4.      Attached hereto as **Exhibit 3** are true and correct copies of excerpts of the Opening Expert Report of John C. Mitchell Regarding Patent Infringement, dated August 8, 2011.

5.      Attached hereto as **Exhibit 4** are true and correct copies of excerpts of the transcript of the deposition of Robert Vandette, taken September 7, 2011.

6.      Attached hereto as **Exhibit 5** are true and correct copies of excerpts of the transcript of the deposition of Noel Poore, taken September 7, 2011.

7.      Attached hereto as **Exhibit 6** are true and correct copies of excerpts of the transcript of the deposition of Erez Landau, taken September 14, 2011.

8.      Attached hereto as **Exhibit 7** are true and correct copies of excerpts of the Summary and Report of Robert ("Bob") G. Vandette, dated August 8, 2011.

9.      Attached hereto as **Exhibit 8** are true and correct copies of excerpts of the Summary and Report of Noel Poore, dated August 6, 2011.

10.     Attached hereto as **Exhibit 9** are true and correct copies of excerpts of the Summary and Report of Erez Landau, dated August 8, 2011.

11.     Attached hereto as **Exhibit 10** are true and correct copies of excerpts of the Summary of Investigation for Damages Expert by Seeon Birger, dated September 12, 2011.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of an email from Mark

Francis, Esq. to Mark D. Peters, Esq., dated September 21, 2011.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from Exhibit 494 to the deposition of Erez Landau, taken September 14, 2011.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from Exhibit 462 to the deposition of Robert Vandette, taken September 7, 2011.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt from Exhibit 491 to the deposition of Erez Landau, taken September 14, 2011.

16.     Attached hereto as **Exhibit 15** are true and correct copies of excerpts of the Expert Report of Dr. Iain M. Cockburn, dated September 12, 2011 and revised September 15, 2011.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Oracle America, Inc. ("Oracle") in this case bearing a production number OAGOOGLE0000358175.

18.     Attached hereto as **Exhibit 17** are true and correct copies of excerpts of the transcript of the deposition of Jonathan Scwhartz, taken July 20, 2011.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Oracle in this case bearing the production number OAGOOGLE0100166874.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Oralce in this case bearing the production number OAGOOGLE0100166873.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 2 to the Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 4 to the Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 5 to the Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 6 to the Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of Exhibit 7 to the Expert

1    Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

2        26.    Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 8 to the Expert

3    Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

4        27.    Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit 9 to the Expert

5    Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

6        28.    Attached hereto as **Exhibit 27** is a true and correct copy of Exhibit 10 to the

7    Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

8        29.    Attached hereto as **Exhibit 28** is a true and correct copy of Exhibit 11 to the

9    Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

10        30.    Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit 12 to the

11    Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

12        31.    Attached hereto as **Exhibit 30** is a true and correct copy of Exhibit 13 to the

13    Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

14        32.    Attached hereto as **Exhibit 31** is a true and correct copy of Exhibit 15 to the

15    Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

16        33.    Attached hereto as **Exhibit 32** is a true and correct copy of Exhibit 23 to the

17    Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

18        34.    Attached hereto as **Exhibit 33** are true and correct copies of excerpts of the

19    Expert Report of Dr. Benjamin F. Goldberg Regarding Validity of Patents-in-Suit, dated August

20    25, 2011.

21        35.    Attached hereto as **Exhibit 34** are true and correct copies of excerpts of the

22    transcript of the deposition of Peter Kessler, taken August 4, 2011.

23        36.    Attached hereto as **Exhibit 35** are true and correct copies of excerpts of the

24    transcript of a February 9, 2011 hearing before the Honorable William Alsup in this case.

25        37.    Attached hereto as **Exhibit 36** are true and correct copies of excerpts of the

26    transcript of a April 6, 2011 hearing before the Honorable William Alsup in this case.

27        38.    Attached hereto as **Exhibit 37** is a true and correct copy of Oracle's Second

28    Supplemental Patent Local Rule 3-1 Disclosures of Asserted Claims and Infringement

1    Contentions, dated April 1, 2011.

2          39.      Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of a Notice of

3    Subpoena to Motorola Mobility, Inc., dated April 12, 2011.

4          40.      Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of Plaintiff's

5    Notice of Third Party Subpoena to Motorola Mobility, Inc., dated July 13, 2011.

6          41.      Attached hereto as **Exhibit 40** is a true and correct copy of Exhibit B to the Reply

7    Expert Report of John C. Mitchell Regarding Patent Infringement, dated September 1, 2011.

8

9          I declare under penalty of perjury that the foregoing is true and correct and that this

10   declaration was executed at San Francisco, California on September 24, 2011.

11

12                                    By:  _____/s Daniel Purcell_____
                                              DANIEL PURCELL
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S MOTIONS *IN LIMINE*
CASE NO. 3:10-cv-03561-WHA