# EXHIBIT 1

1  
2  KEKER & VAN NEST LLP  
   ROBERT A. VAN NEST - #84065  
   rvannest@kvn.com  
3  CHRISTA M. ANDERSON - #184325  
   canderson@kvn.com  
4  633 Battery Street  
   San Francisco, CA  94111-1809  
5  Telephone:   415.391.5400  
   Facsimile:   415.397.7188  
6  
7  KING & SPALDING LLP  
   SCOTT T. WEINGAERTNER (*Pro Hac Vice*)  
   sweingaertner@kslaw.com  
8  ROBERT F. PERRY  
   rperry@kslaw.com  
9  BRUCE W. BABER (*Pro Hac Vice*)  
   1185 Avenue of the Americas  
10 New York, NY  10036  
   Tel:    212.556.2100  
11 Fax:    212.556.2222  

KING & SPALDING LLP  
DONALD F. ZIMMER, JR. - #112279  
fzimmer@kslaw.com  
CHERYL A. SABNIS - #224323  
csabnis@kslaw.com  
101 Second St., Suite 2300  
San Francisco, CA  94105  
Tel:    415.318.1200  
Fax:    415.318.1300  

IAN C. BALLON - #141819  
ballon@gtlaw.com  
HEATHER MEEKER - #172148  
meekerh@gtlaw.com  
GREENBERG TRAURIG, LLP  
1900 University Avenue  
East Palo Alto, CA 94303  
Tel:    650.328.8500  
Fax:    650.328-8508  

12 Attorneys for Defendant  
   GOOGLE INC.  
13  

14           UNITED STATES DISTRICT COURT  

15           NORTHERN DISTRICT OF CALIFORNIA  

16                SAN FRANCISCO DIVISION  

17  

| 18 | ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
|---|---|---|
| 19 | Plaintiff, | **DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE # 1 TO EXCLUDE MR. LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF** |
| 20 | v. | |
| 21 | GOOGLE INC., | |
| 22 | Defendant. | Judge:    Hon. William H. Alsup |
| 23 | | Date Comp. Filed:    October 27, 2010 |
| 24 | | Trial Date:    October 31, 2011 |

25  
26  
27  
28  

DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE TO EXCLUDE MR.  
LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF  
CASE NO. 3:10-cv-03561-WHA  

581161.01

I, Tim Lindholm, state:

1. I have been employed since 2005 by defendant Google Inc. ("Google") as a Software Engineer in the Systems Infrastructure group at Google.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

3. I am the author of the August 6, 2010 email and drafts thereof that I understand are the subject of Google's pending Motion in Limine #1. I submit this Declaration in support of that motion.

4. When I wrote the August 6, 2010 email, all of the following was true:

   a. I had never reviewed the patents asserted by Oracle in this lawsuit. Moreover, I had no knowledge about what copyrights Oracle ultimately would claim were infringed by Android, and had never reviewed any of the copyright registrations asserted by Oracle in this lawsuit.

   b. I had not reviewed any of the source code or implementation for the aspects of the Android platform accused by Oracle in this lawsuit.

   c. I did not have the legal training necessary to analyze whether the Android platform infringes any of the patents or copyrights asserted by Oracle in this lawsuit.

   d. I did not, in fact, undertake to analyze whether the Android platform infringes any of the patents or copyrights asserted by Oracle in this lawsuit.

   e. Accordingly, I had no opinion as to whether the Android platform infringes any of the patents or copyrights asserted by Oracle in this lawsuit.

5. My August 6, 2010 email concerned alternatives to technology that Oracle had recently accused Google of infringing. Again, I conducted no analysis of, and had no opinion about, whether the Android platform actually infringes any of the patents or copyrights asserted

1
DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE TO EXCLUDE MR. LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF
CASE NO. 3:10-cv-03561-WHA

581161.01

1  by Oracle in this lawsuit.

2      I declare under penalty of perjury that the foregoing is true and correct. Executed on

3  September 22, 2011.

By: _____
       TIM LINDHOLM

2

DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE TO EXCLUDE MR. LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF
CASE NO. 3:10-cv-03561-WHA

581161.01