# EXHIBIT 4

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------

ORACLE AMERICA, INC.,    )

    Plaintiff,          )

vs.                      ) No. CV 10-03561 WHA

GOOGLE, INC.,            ) VOLUME I

    Defendant.          )

------------------------

   HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

   Videotaped Deposition of ROBERT VANDETTE,

   taken at 42 Chauncy Street, Boston,

   Massachusetts, commencing at 10:02 a.m.,

   Wednesday, September 7, 2011, before

   Jill Shepherd, RPR, MA-CSR No. 148608,

   NH-CSR No. 128, CA-CSR No. 13275, CLR,

   and Notary Public.

PAGES 1 - 124

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1     case, and I will generally refer to it as      12:05:43
 2     the "'104 patent."                             12:05:47
 3  A. Okay.                                          12:05:50
 4  Q. Have you seen this patent before?              12:05:50
 5  A. Yes.  I have seen this patent.                 12:05:52
 6  Q. When?                                          12:05:54
 7  A. When I was asked to assist in the              12:05:56
 8     measurements that are documented in my         12:06:03
 9     report.                                        12:06:08
10  Q. And you indicated, was that April/May time?    12:06:08
11  A. Yeah, spring.                                  12:06:17
12  Q. Did you review the '104 patent?                12:06:19
13  A. I did read it.                                 12:06:22
14  Q. Do you believe you understand it?              12:06:23
15         MS. AGRAWAL:  Objection.  Form.            12:06:34
16  A. I'm not a patent attorney, so I relied on      12:06:34
17     Dr. Mitchell to interpret it.                  12:06:45
18  Q. Have you reviewed the asserted claims of the   12:06:47
19     '104 patent?                                   12:06:54
20         MS. AGRAWAL:  Objection.  Form.            12:06:54
21  A. As I have already mentioned, I did see an      12:06:57
22     early draft of the asserted claims around      12:07:01
23     the same April/May time frame.                 12:07:05
24  Q. Do you know which claims are currently being   12:07:09
25     asserted from this patent?                     12:07:12
                                            Page 74
```

```
 1         MS. AGRAWAL:  Objection.  Form.            12:07:14
 2  A. I have kind of a high level understanding of   12:07:19
 3     what the claims are asserting.                 12:07:47
 4  Q. In paragraph 26 of your report, on             12:07:50
 5     page eight, you say, and I quote, "I ran       12:08:04
 6     experiments to disable the Android             12:08:09
 7     functionality that Oracle accuses of           12:08:11
 8     infringing the '104 patent"; is that           12:08:15
 9     correct?                                       12:08:18
10  A. Which page are you on?  26?                    12:08:18
11  Q. Paragraph 126.                                 12:08:20
12  A. Oh, 126.                                       12:08:22
13  Q. 26.                                            12:08:24
14  A. What page are you on?                          12:08:25
15  Q. Page eight.                                    12:08:28
16  A. Page eight.  That's what I missed.  Yes.       12:08:29
17  Q. How do you know what functionality was         12:08:36
18     accused?                                       12:08:38
19         MS. AGRAWAL:  Objection.  Form.            12:08:40
20  A. I had conversations with Dr. Mitchell where    12:08:41
21     he explained the infringing areas, and also    12:08:49
22     had discussions with Mr. Peter Kessler, and    12:08:56
23     through these discussions, we came up with     12:09:03
24     modifications to the Android sources that      12:09:06
25     could disable this functionality.              12:09:08
                                            Page 75
```

```
 1  Q. Do you understand that there are               12:09:10
 2     different -- many different claims in the      12:09:22
 3     back of this patent that are being asserted    12:09:23
 4     in this case?                                  12:09:25
 5         MS. AGRAWAL:  Objection.  Form.            12:09:26
 6  A. I don't have that level of detail.  I was --   12:09:28
 7     as I mentioned, I came in April/May.  The      12:09:35
 8     discussions and the claims were developed      12:09:38
 9     prior to that.                                 12:09:41
10  Q. So your only knowledge of what Android         12:09:46
11     functionality should be disabled for your      12:09:49
12     tests is based on what you were told by        12:09:54
13     Peter Kessler and Professor Mitchell; is       12:09:57
14     that correct?                                  12:10:01
15         MS. AGRAWAL:  Objection.  Form.            12:10:01
16  A. We came to the conclusion of what to disable   12:10:05
17     during these discussions with them.  I'm not   12:10:20
18     sure if I --                                   12:10:25
19  Q. You personally did not have knowledge          12:10:27
20     necessary to determine what functionality      12:10:29
21     should be disabled?                            12:10:32
22         MS. AGRAWAL:  Objection.  Form.            12:10:33
23  A. I am not a patent attorney, so I did not       12:10:35
24     have the skill to interpret patent law.        12:10:42
25  Q. Is Professor Mitchell or Peter Kessler a      12:10:46
                                            Page 76
```

```
 1     patent attorney?                               12:10:49
 2         MS. AGRAWAL:  Objection.  Form.            12:10:49
 3  A. My assumption is that they worked with         12:10:51
 4     patent attorneys outside of the discussions    12:10:58
 5     with me.                                       12:11:02
 6  Q. Do you understand that different claims in     12:11:04
 7     the '104 patent might accuse slightly          12:11:10
 8     different -- might be asserted against         12:11:14
 9     slightly different functionality and they      12:11:17
10     are not identical?                             12:11:19
11         MS. AGRAWAL:  Objection.  Form.            12:11:22
12  A. You have to be more specific.  I don't --     12:11:22
13     it's too general a question.                   12:11:34
14  Q. Were you asked to disable functionality        12:11:42
15     corresponding to any particular claim of the   12:11:45
16     '104 patent?                                   12:11:50
17         MS. AGRAWAL:  Objection.  Form.            12:11:51
18  A. It was explained to me that I needed to        12:11:53
19     disable the SideTable class resolution of      12:12:09
20     methods, classes, and fields, and that the     12:12:16
21     quickening of byte codes also needed to be     12:12:22
22     disabled --                                    12:12:24
23  Q. You don't --                                   12:12:29
24  A. -- but I don't know exactly which claim in     12:12:30
25     the patent corresponds to that                 12:12:32
                                            Page 77
```

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

## Page 78

```
 1      functionality.                           12:12:37
 2   Q. In paragraph 40 to 41, on page ten of your   12:12:38
 3      report, is there a significant difference in   12:13:04
 4      performance between the original Froyo    12:13:13
 5      Android code and your modified code with   12:13:15
 6      side tables, but no quickening instructions?   12:13:18
 7           MS. AGRAWAL: Objection. Form.        12:13:21
 8   A. So as you can see from the chart below,   12:13:22
 9      there's not much of an impact. There is   12:13:31
10      some impact.                              12:13:35
11   Q. Would you say that impact is significant?   12:13:38
12           MS. AGRAWAL: Objection. Form.        12:13:41
13   A. If you look at the spreadsheet with the data   12:13:43
14      and look at the standard deviation, it is   12:13:50
15      statistically significant.                12:13:54
16   Q. In your professional opinion, regarding the   12:13:57
17      performance of the Dalvick Virtual Machine,   12:14:02
18      do you believe this change in performance is   12:14:10
19      significant?                              12:14:12
20           MS. AGRAWAL: Objection. Form.        12:14:13
21   A. As I stated at the beginning of my report,   12:14:14
22      at Oracle and other companies, we spend a   12:14:24
23      lot of engineering effort to get even small   12:14:26
24      incremental performance improvements. So,   12:14:30
25      yes, I do believe it's significant in that   12:14:36
```

## Page 79

```
 1      regard.                                   12:14:38
 2   Q. How much time has Oracle and Sun before that   12:14:40
 3      spent making incremental improvements to   12:14:58
 4      Java Virtual Machine?                     12:15:03
 5           MS. AGRAWAL: Objection. Form.        12:15:05
 6   A. There's no way to quantify that. It's been   12:15:07
 7      going on since the beginning of Java.     12:15:12
 8   Q. How many incremental improvements are there?   12:15:14
 9           MS. AGRAWAL: Objection. Form.        12:15:17
10   A. We could produce, you know, a chart of    12:15:20
11      SPECjbb improvements since the beginning of   12:15:23
12      time, but every release has increased.    12:15:25
13   Q. So there's been an ongoing chain of       12:15:30
14      improvements?                             12:15:37
15   A. Right.                                    12:15:37
16   Q. Going back over ten to 15 years --        12:15:37
17           MS. AGRAWAL: Objection.              12:15:40
18   Q. -- at least?                              12:15:41
19           MS. AGRAWAL: Form.                   12:15:42
20   A. There's -- yes. There's been ongoing      12:15:44
21      performance improvements since Java first   12:15:47
22      came out.                                 12:15:50
23   Q. How many improvements would there be? Ten?   12:15:50
24      50? 100?                                  12:15:53
25           MS. AGRAWAL: Objection. Form.        12:15:55
```

## Page 80

```
 1   A. I can't quantify that.                    12:15:57
 2   Q. Are there less than 100 improvements?     12:15:58
 3           MS. AGRAWAL: Same objection.         12:16:02
 4   A. There's actually no way -- I have not been   12:16:04
 5      involved in every Java VM and library     12:16:16
 6      improvement that has gone on. There's no   12:16:19
 7      way for me to even come up with a number.   12:16:22
 8   Q. How many people have been involved in this   12:16:25
 9      task?                                     12:16:30
10           MS. AGRAWAL: Objection. Form.        12:16:30
11   A. Any number I give you would just be a guess.   12:16:31
12   Q. That's fine.                              12:16:57
13           MS. AGRAWAL: Objection. Form.        12:16:58
14   A. And so the fact that I have to tell the   12:17:00
15      truth here, I'm not going to guess.       12:17:07
16   Q. On page four of your report in paragraph 14,   12:17:08
17      you say, "The engineering team at Oracle   12:17:22
18      continues to invest heavily in R&D targeted   12:17:25
19      at increasing performance. A large portion   12:17:28
20      of our virtual machine engineering team is   12:17:30
21      typically dedicated to performance        12:17:34
22      improvement projects."                    12:17:34
23      And then you go on to give some           12:17:35
24      examples; is that correct?                12:17:38
25   A. Yes.                                      12:17:39
```

## Page 81

```
 1   Q. And you said that this has been going on   12:17:39
 2      since the beginning of Java development?   12:17:43
 3   A. Correct.                                  12:17:45
 4           MS. AGRAWAL: Objection. Form.        12:17:45
 5   Q. Java was released in somewhere in '94, 95;   12:17:46
 6      is that correct?                          12:17:52
 7           MS. AGRAWAL: Objection. Form.        12:17:52
 8   A. I would have to refer back to some files to   12:18:01
 9      know the exact date of Java. It was       12:18:04
10      probably the early '90s, but the exact date   12:18:07
11      I don't know. This paragraph is talking   12:18:10
12      only about the virtual machine performance   12:18:11
13      improvements. There are other teams working   12:18:13
14      in other areas of Java.                   12:18:15
15   Q. Okay.                                     12:18:17
16      Would it be wrong to make the            12:18:26
17      assumption that there are probably thousands   12:18:28
18      of incremental improvements that have been   12:18:30
19      going on since the mid '90s with respect to   12:18:33
20      the Java Virtual Machine?                 12:18:36
21           MS. AGRAWAL: Objection. Form.        12:18:38
22   A. You are asking me to guess, and I can't   12:18:40
23      guess.                                    12:18:44
24   Q. You don't know?                           12:18:51
25           MS. AGRAWAL: Objection. Form.        12:18:52
```

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1   Q. I'm not asking you for a specific number.    12:18:58
 2      Give me a general ballpark figure.           12:19:01
 3          MS. AGRAWAL: Objection. Form.            12:19:03
 4   A. You are asking me to describe changes or    12:19:04
 5      incremental performance improvements in     12:19:11
 6      groups that I really wasn't involved in.    12:19:14
 7   Q. Turning to page eight, paragraph 28 of your  12:19:47
 8      report, you discuss the modifications that  12:19:50
 9      you made to conduct your experiments; is    12:20:00
10      that correct?                                12:20:03
11   A. Yes.                                         12:20:03
12   Q. And you created these modifications based on 12:20:03
13      what you were told by Professor Mitchell and 12:20:14
14      Peter Kessler; is that correct?              12:20:18
15          MS. AGRAWAL: Objection. Form.            12:20:19
16   A. Yes. We discussed the functionality, and    12:20:20
17      Peter I both looked through the sources to  12:20:27
18      try to find out how to properly disable this 12:20:31
19      functionality, and we came to a consensus.  12:20:33
20   Q. It appears that you attempted two out of    12:20:42
21      three possible scenarios here?               12:20:46
22   A. That's correct.                              12:20:49
23          MS. AGRAWAL: Sorry, objection.           12:20:49
24      Form.                                        12:20:51
25   Q. The first scenario in paragraph 28 is       12:20:53
                                              Page 82
```

```
 1      building side tables, but not quickening    12:20:58
 2      instructions, and the second scenario is not 12:20:59
 3      building side tables or quickening           12:21:03
 4      instructions; is that correct?               12:21:06
 5   A. That's correct.                              12:21:08
 6   Q. Is there a third possibility of not building 12:21:10
 7      side tables, but building quickening         12:21:16
 8      instructions?                                12:21:20
 9          MS. AGRAWAL: Objection. Form.            12:21:22
10   A. The quickening was dependent upon the side  12:21:22
11      table for its implementation in order to    12:21:27
12      avoid, you know, any possible error in the  12:21:30
13      results. We did not want to substantially   12:21:37
14      modify Dalvik in order to try to attempt    12:21:39
15      that. We wanted to restrict our changes to  12:21:43
16      just simple commenting out of code that     12:21:47
17      would provide the before and after.          12:21:48
18   Q. So if it got too complicated, you did not   12:21:51
19      attempt it?                                  12:21:55
20          MS. AGRAWAL: Objection. Form.            12:21:55
21   A. It's not an issue of complication. It's an  12:21:56
22      issue of possibly altering the Dalvik to    12:22:00
23      the point where I wouldn't be measuring what 12:22:10
24      I wanted to measure.                         12:22:12
25   Q. It would be --                               12:22:13
                                              Page 83
```

```
 1   A. It would impact the results potentially,    12:22:15
 2      since I'd be adding additional functionality 12:22:18
 3      to Dalvick that it doesn't currently have.  12:22:20
 4   Q. It would, however, be technically possible  12:22:24
 5      for someone to do so?                        12:22:26
 6          MS. AGRAWAL: Objection. Form.            12:22:34
 7   A. Let's see. It may be technically possible   12:22:34
 8      to build a system that does quickening      12:22:57
 9      without side tables, but it would involve   12:23:01
10      adding additional overhead that Dalvick     12:23:03
11      doesn't currently have.                      12:23:08
12   Q. In paragraph 36, you state that you did not 12:23:10
13      try running the trace compiler; is that     12:23:19
14      correct?                                     12:23:23
15   A. Oh, paragraph -- sorry. That is correct,    12:23:23
16      for the same reason that we didn't do the   12:23:35
17      quickening alone.                            12:23:37
18   Q. What is the trace compiler?                  12:23:38
19          MS. AGRAWAL: Objection. Form.            12:23:42
20   A. That is Dalvick's implementation of a JIT.  12:23:43
21   Q. Are you saying that for your performance    12:23:51
22      benchmark regarding the '104 patent you had 12:24:01
23      to disable the JIT?                          12:24:04
24          MS. AGRAWAL: Form.                       12:24:06
25   A. That's correct.                              12:24:07
                                              Page 84
```

```
 1   Q. Do you understand that the JIT is not part  12:24:08
 2      of the accused functionality of the '104    12:24:13
 3      patent?                                      12:24:18
 4          MS. AGRAWAL: Objection. Form.            12:24:18
 5   A. I'm not certain that it isn't somehow       12:24:19
 6      involved in some of the claims, but we      12:24:40
 7      focused on turning off the functionality in 12:24:46
 8      a mode that was possible.                    12:24:49
 9   Q. If, in fact, JIT is not part of the accused 12:24:54
10      functionality, then wouldn't disabling it   12:25:08
11      affect the performance of this benchmark?   12:25:16
12          MS. AGRAWAL: Objection. Form.            12:25:20
13   A. I do believe that the numbers would be      12:25:21
14      slightly different; however, the overhead of 12:25:28
15      having to re-resolve all of the classes,    12:25:34
16      fields, and methods is a fixed overhead that 12:25:38
17      the JIT could not compensate for. So I      12:25:42
18      believe the performance reduction or         12:25:47
19      degradation would still be substantial.     12:25:52
20   Q. Despite fixed overhead, you are referring to 12:26:03
21      other aspects of the benchmarking programs  12:26:08
22      might execute faster if the JIT was enabled; 12:26:10
23      is that correct?                             12:26:14
24          MS. AGRAWAL: Objection. Form.            12:26:15
25   A. They would be severely diminished by the   12:26:16
                                              Page 85
```

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1      I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5      Executed on _____ , 20___,
 6   at _____, _____.
 7
 8
 9
10          _____
11             ROBERT VANDETTE
12
...
25
                                        Page 122
```

```
 1                C E R T I F I C A T E
 2
 3   COMMONWEALTH OF MASSACHUSETTS
 4   MIDDLESEX, SS.
 5
 6      I, Jill Shepherd, Notary Public, in
     and for the Commonwealth of Massachusetts,
 7   do hereby certify that:
 8      ROBERT VANDETTE, the witness whose
     deposition taken on September 7, 2011 is
 9   hereinbefore set forth, was satisfactorily
     identified by means of driver's license, and
10   was duly sworn by me, and that the foregoing
     transcript is a true and accurate record of
11   the testimony given by such witness and such
12   testimony is a true and accurate
     transcription of my stenotype notes to the
13   best of my knowledge, skill, and ability.
14      I further certify that I am not
     related to any of the parties in this matter
15   by blood or marriage and that I am in no way
16   interested in the outcome of this matter.
17      IN WITNESS WHEREOF, I have hereunto
18   set my hand and notarial seal this 8th day
19   of September, 2011.
20
21
22
           _____
23           Jill Shepherd, RPR
24           Notary Public
25   My Commission expires: April 18, 2014
                                        Page 123
```

```
                    I N D E X
WITNESS                                    PAGE
ROBERT VANDETTE
Examination by Mr. Francis

                    E X H I B I T S
NO.    DESCRIPTION                         PAGE
Exhibit 460  Defendant's Notice of            8
             Rule 30(B)(1) Deposition of
             Robert ("Bob") G. Vandette
Exhibit 461  Summary and Report of           10
             Robert ("Bob") Vandette

Exhibit 462  Presentation                    41
             (A JIT Compiler
              for Dalvik VM)

Exhibit 463  Dhrystone White Paper           58

Exhibit 464  OAGOOGLE0014151624 -            63
             OAGOOGLE0014151630
Exhibit 465  OAGOOGLE0011198304 -            66
             OAGOOGLE0011198305

Exhibit 466  US Patent No. RE 38,104         73

Exhibit 467  US Patent No. 6,910,205         91

Exhibit 468  OAGOOGLE0014151618 -           113
             OAGOOGLE0014151623
Exhibit 469  OAGOOGLE0019108076 -           114
             OAGOOGLE0019108077

Exhibit 470  OAGOOGLE0023688735 -           115
             OAG00GLE0023688745
Exhibit 471  OAGOOGLE0024644910             118

                                        Page 124
```

Veritext National Deposition & Litigation Services
866 299-5127