# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------

ORACLE AMERICA, INC., )

Plaintiff, )

vs. ) No. CV 10-03561 WHA

GOOGLE, INC., )

Defendant. )

------------------------

ATTORNEYS' EYES ONLY

Videotaped Deposition of EREZ LANDAU, taken at 42 Chauncy Street, Boston, Massachusetts, commencing at 9:50 a.m., Wednesday, September 14, 2011, before Jill Shepherd, RPR, MA-CSR No. 148608, NH-CSR No. 128, CA-CSR No. 13275, CLR, Notary Public.

PAGES 1 - 113

used the skeleton. It was one of them, but I don't remember which one. It was just for form to fill out my stuff to give it the same format.
Q. You didn't review the content of Mr. Vandette or Mr. Poore's reports?
A. Not technically.
Q. Is Oracle paying you anything in addition to your regular salary for working on this case?
A. No.
Q. Approximately how many hours or days have you spent on this case?
A. Hours, it's about 100 or 200. Not including this week. This week jump it up.
Q. Is your involvement in this case officially part of your job responsibilities?
A. It's approved by my manager, but it's not part of my job responsibility.
Q. Have you in the past performed any work for other litigations --
A. No.
Q. -- involving Oracle or Sun?
A. No.
Q. Do you have any patents on Java-related



technology?
A. Yes.
Q. How many?
A. Well, I submitted four. I think only one is finished on the line, on the way, fully approved, but four submitted.
Q. One patent issued and --
A. Four patents issued, one of them was approved. They are in process still. It takes several years.
Q. What are those patents generally about?
A. Most of them are related to memory usage and class loading and fast startup. The same area -- very close area to the '720 patent.
Q. Do you get any bonus or award for submitting patent applications?
A. Yes.
Q. How much?
A. $2,000 per patent.
Q. Do you have any financial interest in the outcome of this litigation?
A. No.
Q. What is your salary?
A. 35,000 dollars -- shekels. Shekels, it's Israeli currency.



Q. 35,000 shekels a month?
A. Yes.
Q. It is about 3.7 shekels per dollar approximately; is that correct?
A. That's 3.5 and 3.7 depending on the day of the week.
Q. Do you own any Oracle stock or options?
A. A few.
Q. Do you know approximately how much?
A. Around $2,000 worth.
Q. What kind of phone do you use?
A. iPhone.
Is it possible to get some more water?
(Pause.)
(Exhibit 488 marked.)
Q. To make things official, have you seen this notice before?
A. (Witness reviewing document).
No.
Q. Okay. Exhibit 488 is just a notice of your deposition.
Have you been informed that you are here today to testify as an employee of Oracle regarding matters in this case?
MR. PETERS: Objection. Form.



A. Yes.
(Exhibit 489 marked.)
Q. Exhibit 489 is a copy of U.S. patent number 7,426,720, which I will refer to as the '720 patent.
Have you reviewed the '720 patent before?
A. Partially.
Q. What do you mean by "partially"?
A. I did not read it start to end, only specific.
Q. What specific portions did you review?
A. The abstracts, and then part of the claims, especially claim number one.
Q. You did not -- let me rephrase.
Did you review the figures in the patent?
A. No.
Q. Did you review --
A. I would look at them. I'm familiar with them. That's why I did not bother to...
Q. Did you read through the specification of the patent, the general discussion?
A. Not in this form. I was reviewing it when it was submitted, sometime after it's been

submitted. But in the final form? No. It's not always the same.
Q. Do you mean you were reviewing a draft of this patent?
A. Yes.
Q. Do you know which claims of this patent are asserted in this case?
A. I was told. I don't remember by heart.
Q. Did you review Oracle's infringement contentions for this patent?
A. No. I think I was asked about it.
Q. What is this patent about?
MR. PETERS: Objection. Form.
A. It's about the usage of copy-on-write mechanism cloning for the benefit of fast and efficient memory class loading and other stuff.
Q. What functionality in Android is accused of infringing this patent?
MR. PETERS: Objection. Form.
A. Zygote.
Q. How do you know what functionality was accused in this case?
A. I looked into zygote code and I can find the code that relate to this. I am very



familiar with Sun's special implementation of this patent and I was looking for something similar.
Q. Did you perform that analysis independently of Oracle's attorneys?
A. Attorneys? Yes. I was consulting with John Mitchell. I was consulting with him.
Q. Did he tell you what to look at?
A. We agreed upon -- what we agreed upon is that copy-on-write is an essential part of this patent and must be disabled in order to disable this patent, and also we agreed that once we disable copy-on-write, all the other parts are disabled, so it's efficient to disable this entire patent by disabling copy-on-write. So disable this entire patent by disabling of copy-on-write. So disable of copy-on-write is a must and sufficient.
Q. What is copy-on-write?
A. The long version is two days, the short version is one hour. I will try to do it. It's pretty complicated.
Copy-on-write starts with fork in which the entire image of an application is



being duplicated via the process of the page table, TBL, and after that point in the process is created in the schedule, and that the entire page table is identical. Page table is what translates from virtual addressing into physical addressing, and the result of it is you have two processes with the exact same identity, the same thought, same recollection, same memory, same state exactly.
And after this point, they are going their own separate ways, but the cloning is same state, not just the application. Once they start to go their own ways, there is the technique, all the memory they are referencing is -- the read-only, and when they try to touch it, modify it, they get an exception automatically. This page has been copied, and you get your own private copy of it.
This is why it's also called copy-on-write. Copy-on-write is just a nickname for the entire process of cloning via fork. This is the phenomenon and this technique is used for fast saving and faster



startup and memory saving in general, but there is much more.
Q. When was this technique developed?
A. 1980 plus once a year [sic]. 1979 or to 1981, but I think it's 1980, plus one -- plus/minus one year.
Q. Was it implemented in operating systems like UNIX?
A. It was implemented only in UNIX, not "like."
Q. Is it in Linux?
A. Everything from Unix is in Linux as well.
Q. Were there virtual machines that used it?
A. Yes. CVM, but CVM was the first one, and then Android was the only one.
Q. Are you familiar with the Perl virtual machine?
A. Which?
Q. Perl.
A. No.
Q. Which Oracle products use it? Let me rephrase.
Which Oracle products use copy-on-write?
MR. PETERS: Objection. Form.
A. I told you, CVM.

Q. Turning to page four, paragraph 18, you say, "We selected a single production phone."
Who is "we"?
A. I would say me and Seeon, and also John Mitchell.
Q. And you tested two Nexus One phones; is that correct?
A. Yes.
Q. You had two separate phones; is that correct?
A. Yes.
Q. Did Oracle send those phones to you in Israel to test?
A. I had them before.
Q. Paragraph 19, you say, "Memory consumption is not expected to vary between phones" and "startup time is expected to stay proportional to other timing on the phone"; is that correct?
A. Yes.
Q. Do all phones have the same amount of memory?
A. No.
Q. Do you know how Android manages memory?
A. It's very -- it's too open a question.



Q. Do you understand that if a phone has less memory, Android may have to be more aggressive in clearing out memory to make space available --
A. Yes.
Q. -- for new applications?
A. Sorry. It will clear application that's not in use if it's scarce on memory.
Q. And if an Android-based device has more memory, it has the flexibility to leave more data and code in memory; is that correct?
MR. PETERS: Objection. Form.
A. More data and code? I cannot relate to this definition. It's somewhat wrong technically.
Q. What I'm asking is if there's more memory on an Android-based device, it may consume memory differently than on an Android-based device that has less memory; is that correct?
MR. PETERS: Objection. Form.
A. It's hard to say yes or no. It depends.
Q. Do all Android-based devices have the same processor?
MR. PETERS: Objection. Form.



A. To the best of my knowledge; and it's not my expertise, no.
Q. To the best of your knowledge, some phones may have a faster processor than other phones; is that correct?
MR. PETERS: Objection. Form.
A. Yes.
Q. Would it make sense that faster processors can result in a faster startup time?
MR. PETERS: Objection. Form.
A. There is a general trend in the market to use faster and stronger and more powerful and more memory capacity devices, and on the other end to use more and more software, demands more performance, more memory, and more stuff to do at startup, so your device is always too slow and you never have enough memory.
Q. But if you are using the same software --
MR. PETERS: Objection. Form.
Q. -- would a faster processor run that software faster?
MR. PETERS: Objection. Form.
A. As a customer of phones, I will use the cheapest phone that can run my set of



software. I won't waste money to make it faster if I can use a cheaper one, but...
Q. When was the Nexus One phone released?
A. I don't remember.
Q. If I told you it was released in January 2010, would that make sense?
A. I don't know. I didn't follow the initial declaration of it.
Q. Why did you test the Nexus One phone?
A. Available.
Q. In other words, you were able to get the phone to test?
A. Yes.
Q. Was the Nexus S phone enabled?
A. To me, this one was available. It was a good enough representative and Google can try it on any other phone they like.
Q. When you say "available," do you mean available to you in Israel?
A. Yes.
Q. Is the Nexus S phone available in Israel?
MR. PETERS: Objection. Form.
A. Maybe. I didn't check. I'm not an Android fan. You can ask me about my iPhone. I will know better.

and it's a big advantage. When you are doing the implicit sharing, you have to do a lot of preparation, a lot of work. It's a very difficult technique, very complex to implement it, and it can be done on a very specific location and very specific way. You have to develop extra technique, which I describe in my patent. So to do just simply this way, it's not simple at all. It's one of the most complicated patents I was working on.
Q. How long has shared memory been a computer technique?
A. Since for Fordtran in '64, I think, '65.
Q. Shared memory has been around for a while then?
A. It is a different shared memory than what you are thinking about today, shared memory. It's way different. It's almost like saying that television is around for the last 50 years. It's not the same.
Q. In paragraph 28, you say, "All workspaces were compiled and loaded to the device"; is that correct?
A. Yes.



Q. Did you do that yourself?
A. No.
Q. Who did that?
A. Seeon. I supervised him.
Q. What do you mean you supervised him?
A. In most cases I was standing next to him.
Q. Why did he do it?
A. He's more familiar with the Android SDK techniques. If I would do it, it would take me four times the time than it is taking him. Sometimes he is just more familiar with the issues. And besides, his time is less valuable.
Q. We'll be sure to ask him if he has the same opinion.
A. He got less salary. And, normally, I was supervising for the first time he was doing it, and the second and third and fourth time he was doing it, he was doing it alone, and I was just making sure it was okay. There was many, many executions so I was just supervising the first time making sure it's correct. Then he can repeat the process again and again. He can repeat the process again and again. If it was just one time, I



will do it. But this is why you get help.
(Exhibit 491 marked.)
Q. Exhibit 491 is a printout from the Android Web site.
Have you ever seen this before?
A. I think it's a reference that I was giving. I'm in our -- it looks like it. I'm not sure. You have to be more precise. Let me see. (Witness reviewing document).
It looks similar. I cannot say for sure. If you tell me it's the same reference that I have given, then it's okay. But I'm not sure.
Q. It is.
A. So, okay. So it's the source.android.com/source/initilizing.html. It's this.
Q. Did you use a Linux machine or a Mac machine to test the phones?
A. Linux.
Q. Which version of Linux?
A. Ubuntu.
Q. Which version of Ubuntu?
A. Not sure.
Q. Did you install the JDK onto Linux?



A. I installed the JDK onto Linux, but not for this testing that was done. It was done by Seeon. And it was easy installation. I was doing installation separately.
Q. What installation did he -- of JDK did he put on?
A. It's written over here in the instructions. We took the entire repo. It's page six, the beginning. For the instructions, page six.
Q. I understand that. But I want to understand the build environment that you created to build Android. So you indicated that you put on the Ubuntu version of Linux.
Did you put on the Oracle JDK or open JDK onto Linux?
A. Yes, as instructed.
Q. Do you know which version of JDK?
A. Six. What was available then. It's not so important.
Q. JDK6?
A. Yes.
Q. Did you do this before you downloaded the Android code?
A. I don't remember. It's not important. If you do it after or before, it's the same

result.
Q. Did you install all the packages that this Web site says to install on Linux?
A. I think -- I'm not sure.
Q. You see on the bottom towards the bottom of the page, it has an S-U-D-O, sudo add-apt-get, then a list of a whole bunch of packages.
Are you saying you are not sure if these were installed?
A. Well, I'm sure what was written here was installed. I am not sure those composed of everything. I'm sure this was written and this is what was done, but you are asking me a different question.
Q. Your report doesn't say -- only says that you downloaded the Android source code. I'm --
MR. PETERS: Objection. Form.
Q. Is that correct?
A. It's ambiguous.
Q. What's ambiguous?
MR. PETERS: Objection. Form.
A. Saying just the Android itself -- what is written over here is correct [indicating],



and it's full of detailed instructions and long ones and...
Q. Paragraph 28, you say, "All workspaces were compiled and loaded to the device following the directions described at Google's Web site."
A. Yes.
Q. You testified that Seeon was the one who actually did that; is that correct?
A. Yes.
Q. And I'm asking if whoever did it followed the specific directions on Android's Web site or not.
A. Correct.
Q. So I am asking you if all these packages that it says should be installed were installed on Linux?
A. All the packages that was cited should be installed were installed.
Q. Are you sure?
A. I'm sure that everything in it to build the system was installed. So this is what I am sure of. It was working. Since I did not do it by hand, I cannot be sure. But it makes sense.



(Exhibit 492 marked.)
Q. Exhibit 492 is another Web page from the Android Web site that discusses downloading the Android source code; is that correct?
A. This is the title.
Q. Do you recall seeing this page before?
MR. PETERS: Objection. Form.
A. Not off the top of my head. Maybe, yes. Maybe, no. I'm not sure.
Q. On the top of page two, it has in green a repo command to download Froyo source code, and that is the same as the command that you listed in paragraph 25 of your report; is that correct?
A. It is the same.
Q. Do you know what gets downloaded to your computer when you run this command?
A. Most of that SDK. This is SDK. There is multiple layers of downloading it. This is the initial one. There are additions to it to make it functional.
I want to correct myself. I did not see this key before. There is a key on the end of page two that you have to copy. I did not see it before. So I am sure I did



not see this page before.
Q. This appears to be the Web page that explains how to download the Android source code and verify that it was downloaded correctly; is that correct?
MR. PETERS: Objection. Form.
A. Maybe. I did not see it before. We've been using this [indicating]. This was sufficient for us.
Q. You are referring to Exhibit 491?
A. I am referring to 491, yes.
Q. Does 491 provide the repo address that you reference in paragraph 25 of your report?
A. (Witness reviewing document).
I don't see it. Let me see. (Witness reviewing document.)
No. This is why it was explicitly stated in my report.
Q. Where did you get that cite instruction from?
A. This one [indicating]?
Q. Yes.
A. Seeon did it before me. I don't know where he get it from.
Q. How do you know that this is the correct

Q. But if copy-on-write is disabled, it would just be a waste of memory to load these into preloader?
A. Yes.
Q. And it might be more sensible to simply launch the specific classes that are needed when an application that needs them is loaded into memory; is that correct?
A. Yes.
Q. So, for example, if you had a text messaging application and it needed 15 of these classes to run, it would make sense to just launch the text messaging application, load just those 15 classes into memory; is that correct?
MR. PETERS: Objection. Form.
A. Not exact.
Q. What do you mean?
A. You don't need to load anything if you don't have anything for it. You just load it on demand when you need it. It loads automatically. You don't have to give a list of anything. If you don't have any kind of -- something is preloading into your system, there's no need for you to preload



it.
Q. But it doesn't make sense to preload it ahead of time unless you are using copy-on-write; is that correct?
MR. PETERS: Objection. Form.
A. The preloading is effective with the copy-on-write.
Q. So without copy-on-write, it would make more sense to preload on demand?
MR. PETERS: Objection. Form.
A. Without copy-on-write, correct.
Q. And within my example of the text messaging application, if it used some classes only in certain instances, you may not even need to load those classes until they were actually needed by the text messaging application?
MR. PETERS: Objection. Form.
A. Correct.
Q. So if Android were to implement the code to not use copy-on-write, it might make sense to simply load class files on demand; is that correct?
MR. PETERS: Objection. Form.
A. Yes.
Q. Did you try an implementation that would



work that way?
MR. PETERS: Objection. Form.
A. What for?
Q. Well, you wrote an application that loaded all of these classes, but with copy-on-write disabled; is that correct?
A. To show the difference.
Q. But would it make sense for Android to actually implement it this way?
MR. PETERS: Objection. Form.
A. Doesn't matter. It was not the purpose to show -- to demonstrate the way -- to demonstrate the value that can be given from copy-on-write if you are using more of the library loaded. When you find out if you have point one seconds per application currently, because I don't use much --
Q. Right.
A. -- and I want to show what happens if an application will use much more. I take the position that if use everything, which is the maximum, when you use everything listed now, in the future it might be a larger list that can utilize much more time saving. It's valid. And I just want to demonstrate



the potential. I want to say this is typical, or this is the potential for saving application. The application becomes more complex and will save more. The application become more complex, it would save more. Those applications are very -- and the saving is not significant, .1 second per application. It's nice. It's not significant. It can reach a few seconds per application, and then it's very significant.
Q. So in short, your performance test is just to show the difference with and without copy-on-write?
A. Yes. To show the potential of saving.
Q. But if Android was implemented without copy-on-write, they certainly wouldn't do it this way because it would be more efficient to simply load the classes on demand; is that correct?
MR. PETERS: Objection. Form.
A. I will refer you -- I will repeat what I was saying before. I wanted to show what will happen when application when used more -- not much more of this. Now, technically, they can use everything. That's the maximum

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX, SS.

I, Jill Shepherd, Notary Public, in and for the Commonwealth of Massachusetts, do hereby certify that:

EREZ LANDAU, the witness whose deposition taken on September 14th, 2011 is hereinbefore set forth, was satisfactorily identified by means of driver's license, and was duly sworn by me, and that the foregoing transcript is a true and accurate record of the testimony given by such witness and such testimony is a true and accurate transcription of my stenotype notes to the best of my knowledge, skill, and ability.

I further certify that I am not related to any of the parties in this matter by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal this 14th day of September, 2011.

__________________
Jill Shepherd, RPR
Notary Public
My Commission expires: April 18, 2014



I declare under penalty of perjury under the laws that the foregoing is true and correct.

Executed on __________________ , 20___,
at ______________, _____________________________.

______________________________
EREZ LANDAU



I N D E X

WEDNESDAY, SEPTEMBER 14, 2011


| WITNESS | PAGE |
|---|---|
| EREZ LANDAU | |
| Examination by Mr. Francis | 5 |
| Examination by Mr. Peters | 106 |


DEPOSITION EXHIBITS


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 488 | Notice | 20 |
| Exhibit 489 | US Patent No. 7,426,720 | 21 |
| Exhibit 490 | Summary and Report of Erez Landau | 28 |
| Exhibit 491 | Open Source Project | 60 |
| Exhibit 492 | Open Source Project | 64 |
| Exhibit 493 | Open Source Code | 67 |
| Exhibit 494 | Open Source Project | 71 |
| Exhibit 495 | Android Copy-on-write Statistics | 76 |
| Exhibit 496 | MtaskClassLoading.java | 83 |
| Exhibit 497 | MtaskClassLoadingActivity.java | 83 |




DEPOSITION EXHIBITS (CONTINUING)


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 498 | Source Code | 93 |
| Exhibit 499 | Source Code | 93 |
| Exhibit 500 | Supplemental Summary and Report of Erez Landau | 102 |