# EXHIBIT 12

Android.com

# android
# open source project

| Home | Source | Compatibility | Tech Info | Community | About |

**Getting Started**
Initializing the Build Environment
Downloading the Source
Building and Running
Building for Devices

**Navigating the Source**
Platform Overview
Branches & Releases
Build Numbers
Browse Source

**Contributing**
Life of a Patch
Submitting Patches
Life of a Bug
Reporting Bugs

**Reference**
Version Control
   Repo Commands
   Git Resources
Using Eclipse
Code Style Guidelines
FAQs

## Building for devices

This page complements the main page about Building with information that is specific to individual devices.

The only supported devices are Nexus S, a.k.a. "crespo", and Nexus S 4G, a.k.a. "crespo4g". Nexus S is the recommended device to use with the Android Open-Source Project. Nexus One a.k.a. "passion" is experimental and unsupported. Android Developer Phones (ADP1 and ADP2, a.k.a. "dream" and "sapphire") are obsolete, were experimental and unsupported in froyo, and can't be used with gingerbread.

### Building fastboot and adb

If you don't already have those tools, fastboot and adb can be built with the regular build system. Follow the instructions on the page about building, and replace the main make command with

```
$ make fastboot adb
```

### Booting into fastboot mode

During a cold boot, the following key combinations can be used to boot into fastboot mode, which is a mode in the bootloader that can be used to flash the devices:

| Device | Keys |
|---|---|
| crespo | Press and hold *Volume Up*, then press and hold *Power* |
| crespo4g | Press and hold *Volume Up*, then press and hold *Power* |
| passion | Press and hold the trackball, then press *Power* |
| sapphire | Press and hold *Back*, then press *Power* |
| dream | Press and hold *Back*, then press *Power* |

Also, on devices running froyo or later where adb is enabled, the command `adb reboot bootloader` can be used to reboot from Android directly into the bootloader with no key combinations.

### Unlocking the bootloader

It's only possible to flash a custom system if the bootloader allows it.

This is the default setup on ADP1 and ADP2.

On Nexus One, Nexus S, and Nexus S 4G, the bootloader is locked by default. With the device in fastboot

EXHIBIT 494
WIT: [signature]
DATE: 9/14/11
J. SHEPHERD