# EXHIBIT 13




## Dalvik Interpreter

- Dalvik programs consist of byte code, processed by a host-specific interpreter
  - Highly-tuned, very fast interpreter (2x similar)
  - Typically less than 1/3rd of time spent in the interpreter
  - OS and performance-critical library code natively compiled
  - Good enough for most applications
- Performance a problem for compute-intensive applications
  - Partial solution was the release of the Android Native Development Kit, which allows Dalvik applications to call out to statically-compiled methods
- Other part of the solution is a Just-In-Time Compiler
  - Translates byte code to optimized native code at run time



Google

5