# EXHIBIT 17

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
                                                     Page 1
                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

                  SAN FRANCISCO DIVISION


     ----------------------

ORACLE AMERICA, INC.,   )

          Plaintiff,    )

      vs.               ) No. CV 10-03561 WHA

GOOGLE, INC.,           )

          Defendant.    )

     ----------------------


     -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --



     Videotaped deposition of JONATHAN SCHWARTZ,

     taken at the Law Office of Keker & Van Nest LLP,

     710 Sansome Street, San Francisco, California,

     commencing at 9:40 a.m., on Wednesday, July 20,

     2011, before Leslie Rockwood, RPR, CSR No. 3462.




  PAGES 1 - 224
```

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1         A.  Yes.
 2         Q.  So it was a lot more than just a license of
 3    technology?
 4         A.  Yes.
 5         Q.  Was there actual discussion about Sun        12:16:51
 6    engineers and Android engineers working together?
 7         A.  Yes.
 8         Q.  At the end of the day, was Sun willing to do
 9    whatever it was that Google was offering?
10         A.  At the end of the day, we would have done the  12:17:03
11    deal for free, had they elected to use Sun technology.
12    We might have even paid for the privilege to participate.
13         Q.  Why is that?
14         A.  Because the net effect of being engaged with
15    a handset platform that we knew would be globally       12:17:18
16    successful would have a considerable halo effect for Sun
17    just in our own brand image, leaving aside access to
18    carriers to talk about how we could create, you know,
19    alternatives and variations for them.
20         Q.  So had the negotiations continued,            12:17:35
21    Mr. Schwartz, your view is that Sun would have been
22    willing to license all of Java and provide support and so
23    on either for free or including some payment to Google?
24         MS. RUTHERFORD:  Objection.
25         THE WITNESS:  Yes, to the extent that you         12:17:55
```
                                                    Page 110

```
 1    recall if the choice is -- and I believe I actually
 2    stated this at the time -- better Java than Brew.  Better
 3    our Java than whatever they deliver.
 4         So it comes down to a very simple decision.
 5    If you're included, you have a seat at the table and an   12:18:15
 6    access to the marketplace.  If you're not included, then
 7    you have no similar -- you know, no such access to the
 8    marketplace.
 9         The middle ground is they used technologies
10    that amplify the same technologies that we build, we can  12:18:31
11    at least be a part of that dialogue.
12         Q.  BY MR. VAN NEST:  And I take it you would
13    have been the ultimate decision maker on any particular
14    deal with Google at this level?
15         A.  Had economic terms been the determinant of    12:18:44
16    whether we could do a deal, yes.
17         Q.  In other words, as CEO, you would have had
18    the final say on anything Mr. Gupta was proposing with
19    Google; correct?
20         A.  Yes, yes.                       12:19:00
21         Q.  And it's your view that had Google been
22    willing to do it, Sun would have been willing to pay for
23    the right to participate in a technology partnership with
24    Google over Android?
25         MS. RUTHERFORD:  Objection.         12:19:14
```
                                                    Page 111

```
 1         THE WITNESS:  Yes.
 2         Q.  BY MR. VAN NEST:  Did you ever discuss
 3    financial terms with Mr. Gupta for such an arrangement?
 4         A.  We seemed to have what was on the one hand an
 5    ongoing dialogue that, on the other, was just kind of    12:19:31
 6    abruptly terminated.  I don't think the complexity
 7    surrounding the deal was ever the monetary terms.
 8         Q.  But again -- but again, Mr. Schwartz, your
 9    view as the CEO at the time was in terms of a negotiation
10    with Google to participate in Android, that had enough    12:19:54
11    value to Sun that Sun would have been willing to pay
12    money for it?
13         MS. RUTHERFORD:  Objection.  Are you talking
14    about the actual terms of the contract or what it was in
15    Mr. Schwartz's mind?                    12:20:09
16         MR. VAN NEST:  I'll let the question stand.
17         You may answer.
18         THE WITNESS:  It would have been of
19    significant strategic value for Sun to be on stage with
20    Google announcing Android.  That had value, potentially   12:20:19
21    significant value.  To not be on stage was not as
22    valuable.
23         So would the 10 million, which if I recall
24    was year one payment from Google to Sun, would that have
25    changed in any way our financial destiny?  No.  So would  12:20:39
```
                                                    Page 112

```
 1    we have waived that for ultimately being a premier
 2    technology partner alongside Google?  I believe we would
 3    have.  I didn't have that option.
 4         Q.  BY MR. VAN NEST:  But had you had that
 5    option, you certainly would have approved it?           12:20:53
 6         A.  Yes.
 7         Q.  And as CEO, again, you had the authority to
 8    do that?
 9         A.  Yes.
10         Q.  Now, when Google first announced the Android  12:21:02
11    software developers kit in 2007, did Sun in effect
12    embrace it publicly?
13         A.  Yes, we did.
14         Q.  What did you say about it in the market?
15         A.  That we were -- you know, I think what I said  12:21:20
16    internally was better that than Brew.  Brew was a
17    completely variant platform that had no real benefit to
18    Sun, built by Qualcomm, and that at least they were using
19    the Java programming language.  They would -- you know,
20    we would be able to interact by providing technologies    12:21:42
21    that would support it and hopefully continue to engage in
22    dialogues with customers and partners.
23         Q.  So do you remember congratulating Google on
24    the launch of Android?
25         A.  I do.                          12:21:57
```
                                                    Page 113

                                            Pages 110 to 113

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1    STATE OF CALIFORNIA     ) ss:
 2    COUNTY OF MARIN         )
 3
 4         I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5    certify:
 6         That the foregoing deposition testimony was
 7    taken before me at the time and place therein set forth
 8    and at which time the witness was administered the oath;
 9         That testimony of the witness and all
10    objections made by counsel at the time of the examination
11    were recorded stenographically by me, and were thereafter
12    transcribed under my direction and supervision, and that
13    the foregoing pages contain a full, true and accurate
14    record of all proceedings and testimony to the best of my
15    skill and ability.
16         I further certify that I am neither counsel
17    for any party to said action, nor am I related to any
18    party to said action, nor am I in any way interested in
19    the outcome thereof.
20         IN WITNESS WHEREOF, I have subscribed my name
21    this 24th day of July, 2011.
22
23
24    _____
25         LESLIE ROCKWOOD, RPR, CSR NO. 3462
                                          Page 218
```

```
 1                    I N D E X
 2
 3
 4    WEDNESDAY, JULY 20, 2011
 5
 6    WITNESS                    EXAMINATION
 7
 8    JONATHAN SCHWARTZ
 9
10      By Mr. Van Nest            5, 213
11      By Ms. Rutherford          174
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                          Page 219
```

```
 1              DEPOSITION EXHIBITS
 2              JONATHAN SCHWARTZ
 3    GOOGLE EXHIBITS   DESCRIPTION          IDENTIFIED
 4
 5    Exhibit 52    CNET News, internet printout,   40
 6                  6/22/11, GOOGLE-00-00000516
 7                  - 519
 8    Exhibit 53    Sun Reveals a Slew of Moves     45
 9                  at JavaOne, GOOGLE-00-
10                  00000520 - 522
11    Exhibit 54    Email from Jonathan Schwartz    57
12                  to Jeet Kaul, 12/5/08,
13                  OAGOOGLE0003901182
14    Exhibit 55    Newsmaker: Sun's Open Source    61
15                  Odyssey, GOOGLE-00-00000494
16                  - 497
17    Exhibit 56    eWeek, Sun's Schwartz Opens Up  65
18                  About Sun's Open-Source Java,
19                  5/16/06, GOOGLE-00-00000504
20                  - 506
21    Exhibit 57    Sun Microsystems CEO Jonathan   68
22                  Schwartz on What's Next for
23                  OpenSource, 3/23/09, GOOGLE-00-
24                  00000490- 491
25
                                          Page 220
```

```
 1         DEPOSITION EXHIBITS (Continued)
 2    GOOGLE EXHIBITS   DESCRIPTION          IDENTIFIED
 3    Exhibit 58    Email from Jonathan Schwartz    72
 4                  to Marten Mickos, 1/12/08,
 5                  OAGOOGLE0004648998 - 001
 6    Exhibit 59    Email from Jonathan Schwartz    76
 7                  to John Fowler, 3/4/08,
 8                  OAGOOGLE0004651963 - 64
 9    Exhibit 60    Letter to Jonathan Schwartz     82
10                  from Edward Cobb, et al.,
11                  6/22/07, GOOGLE-14-00042922
12                  - 23
13    Exhibit 61    Executive Committee Meeting     86
14                  Summary, for 4 - 5 December,
15                  2007, GOOGLE-00-00000507 - 11
16    Exhibit 62    Jonathan's Blog, 10/24/07,      93
17                  GOOGLE-00-00000514- 515
18    Exhibit 63    Free Advice for the Litigious,  97
19                  5/15/07, GOOGLE-00-00000513
20    Exhibit 64    The Legal Thing, by Mike Dillon, 98
21                  6/26/08, GOOGLE-00-00000498
22    Exhibit 65    eWeek, Linux Open Source and    101
23                  Ubuntu News, 5/23/07,
24                  GOOGLE-00-00000492 - 93
25
                                          Page 221
```

Veritext National Deposition & Litigation Services
866 299-5127