# EXHIBIT 20

*Oracle America v. Google - Expert Report of Iain Cockburn – September 12, 2011 - Subject to Protective Order*
*(Contains Confidential and Highly Confidential/Attorneys' Eyes Only Material)*

**Exhibit 2**
**Engineering Analysis Of Contribution Of Patents To Benchmark Performance,**
**Based On A Comparison Of Original Device To Modified Device Disabling Patent Enabled Features**

| Patent | Function Associated With Patent | Hardware Tested | Software Version Tested | Benchmarks Run To Test Impact | Results of Performance Benchmark Testing | |
|---|---|---|---|---|---|---|
| '104 | Reference resolution | Beagleboard (Rev C4) | Android 2.2 for BeagleBoard | CaffeineMark | Execution speed improvement by as much as a factor of 13. | [1] |
|  |  | Nvidia Tegra-2 250 Dec Kit | Android 2.2 for Tegra 2 | kBench |  |  |
|  |  |  |  | SciMark |  |  |
| '205 | Hybrid code execution | Beagleboard (Rev C4) | Android 2.2 for BeagleBoard | CaffeineMark | As much as 3.3 times execution speed improvement. | [1] |
|  |  | Nvidia Tegra-2 250 Dec Kit | Android 2.2 for Tegra 2 | kBench |  |  |
|  |  |  | JavaSE Embedded v6.0U25 |  |  |  |
| '702 | Class file redundancy removal | N/A | Android 2.2 | Dex File Size | As much as 3.3X .dex file size improvement. | [2] |
| '520 | Play execution | N/A | Android 2.2 | Dex File Size | As much as 57% memory savings for an array of size 100 of primitive data type int. | [2] |
| '720 | Copy-on-Write Process cloning | Nexus One | Android 2.2 | Multitasking with HelloActivity program | 40% memory savings and 0.10 second reduction per application launch time. | [3] |

Sources:
[1] Summary and Report of Robert ("Bob") G. Vandette, August 8, 2011.
[2] Summary and Report of Noel Poore, August 6, 2011.
[3] Summary and Report of Erez Landau, August 8, 2011.