# EXHIBIT 21

*Oracle America v. Google - Expert Report of Iain Cockburn – September 12, 2011 - Subject to Protective Order*
*(Contains Confidential and Highly Confidential/Attorneys' Eyes Only Material)*

**Exhibit 4**
**Impact of Removal of the '104 and '205 Patents**
**on Execution Speed**

Comparison of Nexus One Linpack Benchmark Results (Based on 50 Runs of the Test)

| | **Benchmark Testing** | | | **Third Party Testing** | | |
|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] |
| | Base | Disabled | Disabled | Commercial | Commercial | Commercial |
| Linpack | Android 2.2 | '205 Only | '104 and '205 | Android 2.1 | Android 2.2 | Android 2.3 |
| Average | **34.838** | **7.157** | **6.927** | 6.994 | 38.122 | 38.141 |
| Minimum | 33.954 | 7.117 | 6.802 | | | |
| Maximum | 34.989 | 7.207 | 6.981 | | | |
| (Max - Min) / Min | 3% | 1% | 3% | | | |
| # Trials | 50 | 50 | 50 | | | |
| Average Score Relative to [1] | 100% | 21% | 20% | 20% | 109% | 109% |

| **% Deterioration in Execution Speed Without '205 Patent** | **79%** |
|---|---|

| **% Deterioration in Execution Speed Without '104 and '205 Patents** | **80%** |
|---|---|

<u>Note</u>**:** The Linpack benchmark test measures processing performance by solving systems of linear equations.  The benchmark measures how many millions of floating point operations are performed per second of run time.  The higher the score, the better the device in this dimension.
<u>Source</u>**:** Declaration of Professor Chris Kemerer