# EXHIBIT 22

*Oracle America v. Google - Expert Report of Iain Cockburn – September 12, 2011 - Subject to Protective Order*
*(Contains Confidential and Highly Confidential/Attorneys' Eyes Only Material)*

**Exhibit 5**
**Conjoint Analysis**
**Application Launch Times (Seconds)**

| Android OS Application | Unmodified | | '104 and '205 Disabled | | '205 Disabled | | '720 Disabled | | '205 and '720 Disabled | | '104, '205, and '720 Disabled | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E-mail | Camera | E-mail | Camera | E-mail | Camera | E-mail | Camera | E-mail | Camera | E-mail | Camera |
| Test 1 | 1.53 | 2.03 | 5.90 | 5.47 | 1.33 | 1.70 | 2.07 | 3.30 | 2.53 | 3.53 | 8.57 | 8.80 |
| Test 2 | 1.40 | 2.23 | 6.17 | 6.10 | 1.03 | 2.10 | 3.87 | 4.03 | 2.47 | 3.13 | 8.37 | 7.13 |
| Test 3 | 1.57 | 2.27 | 5.43 | 4.53 | 1.07 | 2.10 | 3.23 | 3.73 | 2.43 | 3.37 | 8.27 | 8.20 |
| Test 4 | 1.70 | 1.93 | 5.23 | 5.17 | 1.03 | 2.00 | 3.13 | 3.63 | 2.53 | 3.23 | 7.83 | 7.97 |
| Test 5 | 1.43 | 2.03 | 5.53 | 4.83 | 1.07 | 2.00 | 4.17 | 3.63 | 2.53 | 3.63 | 8.47 | 7.33 |
| Test 6 | 1.53 | 2.23 | 6.13 | 5.17 | 1.13 | 1.90 | 3.03 | 4.43 | 2.97 | 3.17 | 8.83 | 7.43 |
| Test 7 | 1.67 | 1.97 | 5.50 | 4.80 | 1.27 | 1.90 | 3.17 | 3.43 | 2.37 | 3.07 | 9.77 | 9.50 |
| Test 8 | 1.63 | 1.97 | 5.43 | 5.33 | 1.13 | 2.00 | 3.83 | 3.40 | 2.63 | 3.33 | 8.63 | 9.63 |
| Test 9 | 1.80 | 1.97 | 5.70 | 6.40 | 1.07 | 1.93 | 3.37 | 4.03 | 2.27 | 2.90 | 9.13 | 8.00 |
| Test 10 | 1.63 | 2.13 | 4.77 | 6.23 | 1.00 | 1.90 | 2.60 | 4.17 | 2.37 | 3.10 | 8.67 | 7.63 |
| Mean | 1.59 | 2.08 | 5.58 | 5.40 | 1.11 | 1.95 | 3.25 | 3.78 | 2.51 | 3.25 | 8.65 | 8.16 |
| StDev | 0.12 | 0.13 | 0.42 | 0.64 | 0.11 | 0.12 | 0.62 | 0.37 | 0.19 | 0.22 | 0.52 | 0.88 |
| Min | 1.40 | 1.93 | 4.77 | 4.53 | 1.00 | 1.70 | 2.07 | 3.30 | 2.27 | 2.90 | 7.83 | 7.13 |
| Max | 1.80 | 2.27 | 6.17 | 6.40 | 1.33 | 2.10 | 4.17 | 4.43 | 2.97 | 3.63 | 9.77 | 9.63 |
| **Average (Email and Camera)** | 1.83 | | 5.49 | | 1.53 | | 3.51 | | 2.88 | | 8.41 | |
| **Impact On Android Sales** | Base | | -23.7% | | - | | -18.2% | | -12.3% | | -39.3% | |
| **Implied Apportionment Percentage** | Base | | 22.8% | | - | | 17.1% | | 11.6% | | 38.9% | |

Note: Nexus One phones were used for all of the tests. Each phone was tested 10 times on launching email and camera applications. Application launch times measured through recording a video of the process and counting the number of frames from the time of launch to the application being ready to use. Videotaping has been performed by VPG Integrated Media under my direction.

Source: Impact on Android Sales based on Shugan Exhibits 4a and 4b. Calculation of implied apportionment percentage as described in Appendix D.