# EXHIBIT 28

Case 3:10-cv-03561-WHA   Document 497-28   Filed 10/07/11   Page 2 of 2

*Oracle America v. Google - Expert Report of Iain Cockburn – September 12, 2011 - Subject to Protective Order*
*(Contains Confidential and Highly Confidential/Attorneys' Eyes Only Material)*

**Exhibit 11**
**Apportionment Assessment of Patent '447**
**Fine-Grained Security**

### Patent Functionality
- The '447 patent "makes it possible to establish and modify permissions in an object-oriented programming language easily. This is achieved by directly associating protection domains with classes. Further, the invention is more granular than the prior art solutions because each piece of remote code may be associated with a different protection domain, rather than restricting all remote code to the same limited set of resources, as in the sandbox method. Additionally, by grouping permissions within protection domains and assigning those protection domains to classes, permissions and their assignment may be succinct. [1]

### Contemporaneous Evidence
- Google wanted to take advantage of the Java security framework: in 2005, Andy Rubin told Larry Page that Android was "making Java central to our solution" because, among other reasons, Java had a "suitable security framework." [2]

### Opinion
- Up to 1% apportionment
- Estimated patent damages after U.S. adjustment: up to $6.7 million

Sources:
[1] Mitchell Patent Report, p. 327.
[2] GOOGLE-01-00019527