# EXHIBIT 35

```
                                           PAGES 1 - 16

                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

              BEFORE THE HONORABLE WILLIAM ALSUP

ORACLE AMERICA, INC.,              )
                                   )
          PLAINTIFF,               )
                                   )
  VS.                              ) NO. C 10-03561 WHA
                                   )
GOGGLE, INC.,                      )
                                   ) SAN FRANCISCO, CALIFORNIA
          DEFENDANT.               ) WEDNESDAY
                                   ) FEBRUARY 9, 2011
_____) 11:00 O'CLOCK A.M.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR PLAINTIFF:**        MORRISON & FOERSTER LLP
                          755 PAGE MILL ROAD
                          PALO ALTO, CALIFORNIA 94304-1018
                    **BY: RICHARD S. BALLINGER, ESQUIRE**
                          **ROMAN A. SWOOPES, ESQUIRE**
                          **MARC DAVID PETERS, PH.D., PARTNER**
                          **MICHAEL A. JACOBS, PARTNER**
                          **DIANE C. GABL, ATTORNEY AT LAW**
                          **650-251-3974**

AND

                          **ANDREW C. TEMKIN, CORPORATE COUNSEL**
                          500 ORACLE PARKWAY
                          M/S 50P7
                          REDWOOD SHORES, CALIFORNIA 94065

FURTHER APPEARANCES ON NEXT PAGE.

*REPORTED BY:    KATHERINE WYATT, CSR 9866, RMR, RPR*
         *OFFICIAL REPORTER - US DISTRICT COURT*
         *COMPUTERIZED TRANSCRIPTION BY ECLIPSE*

| | |
|---|---|
| 1 | YOU GETTING US IN THE ROOM TOGETHER WAS PRODUCTIVE. |
| 2 | **THE COURT:**  WELL, THEN, LET'S HEAR THE AGREEMENT. |
| 3 | **MR. JACOBS:**  THE AGREEMENT IS THAT BY FEBRUARY 18TH |
| 4 | BOTH SIDES WILL FURTHER SUPPLEMENT THEIR INFRINGEMENT |
| 5 | CONTENTIONS AND NONINFRINGEMENT CONTENTIONS WITH RESPECT TO THE |
| 6 | CONCERN THE OTHER SIDE RAISED. |
| 7 | TO GO DOWN A LEVEL OF DETAIL, WE HAVE EXPRESSED A |
| 8 | CONCERN WITH THE LEVEL OF TECHNICAL DETAIL IN GOGGLE'S |
| 9 | NONINFRINGEMENT CONTENTIONS.  WHY IS THIS LIMITATION NOT PRESENT |
| 10 | IN THE SOURCE CODE WHERE IN THE INFRINGEMENT CONTENTIONS WE'VE |
| 11 | DELINEATED THE SOURCE CODE WHERE THAT LIMITATION CAN BE FOUND? |
| 12 | GOGGLE HAS AGREED TO GIVE IT THEIR BEST CURRENT SHOT |
| 13 | AT ARTICULATING WHY THAT LIMITATION IS NOT PRESENT IN THAT CODE |
| 14 | ITSELF, ON THE ASSUMPTION THAT THAT CODE IS OPERATING ON THE |
| 15 | HANDSETS. |
| 16 | RECIPROCALLY GOOGLE EXPRESSED A CONCERN THAT WE HAD |
| 17 | NOT ARTICULATED SUFFICIENTLY THE BASIS FOR OUR BELIEF THAT THE |
| 18 | GOOGLE -- THAT THE ANDROID CODE THAT IS ON THE GOOGLE PUBLIC |
| 19 | ANDROID WEBSITE IS, IN FACT, THE CODE THAT IS PRESENT ON THE |
| 20 | HANDSETS THAT WOULD REPRESENT THE DIRECT INFRINGEMENT IN CASES |
| 21 | OF INDIRECT INFRINGEMENT. |
| 22 | SO BY FEBRUARY 18TH, WE WILL BOTH BE SUPPLEMENTING |
| 23 | AND GIVING IT OUR BEST CURRENT SHOT WITH RESPECT TO THE OTHER |
| 24 | SIDE'S CONCERNS. |
| 25 | WE FURTHER AGREED THAT WE WILL DO ANOTHER UPDATE OF |

KATHERINE WYATT, OFFICIAL REPORTER, RPR, RMR   925-212-5224

```
 1   OUR CONTENTIONS AMPLIFYING ON EVIDENCE THAT HAS BEEN DEVELOPED
 2   IN THE INTERIM ON APRIL 1ST.
 3           SO I THINK WE'RE BOTH SATISFIED THAT WE'VE MADE A LOT
 4   OF PROGRESS HERE, AT LEAST, AND DON'T NEED THE COURT'S
 5   INTERVENTION AT THIS TIME ON THAT, ON THE ISSUE OF OUR
 6   INFRINGEMENT CONTENTIONS AND THEIR NONINFRINGEMENT CONTENTIONS.
 7           **THE COURT:**  SO PROPERLY STATED?
 8           **MR. WEINGAERTNER:**  YES, YOUR HONOR.
 9           **THE COURT:**  ALL RIGHT.  WELL, GOOD.  THANK YOU FOR
10   MAKING THAT AGREEMENT.  I APPRECIATE IT.
11           IS THERE ANYTHING MORE I CAN DO FOR YOU TODAY?
12           **MR. JACOBS:**  WE HAD FURTHER BRIEFED CONCERNS WITH
13   EACH OTHER'S INTERROGATORY RESPONSES. WE HAD ENOUGH TIME TO
14   DISCUSS TWO OF THOSE, ONE IMPORTANT ONE, ONE THAT WAS IMPORTANT
15   TO EACH SIDE.  AND WE MADE ENOUGH PROGRESS IN RESOLVING THOSE
16   THAT WE DON'T THINK WE NEED THE COURT'S INTERVENTION ON
17   INTERROGATORIES AT THIS TIME.
18           WE BOTH AGREED THAT WHAT WE REALLY NEED TO BE DOING
19   IS ENGAGING BETTER WITH EACH OTHER IN ATTEMPTING TO RESOLVE
20   THESE DISAGREEMENTS AND EXPLAINING WHAT IS REALLY BOTHERING THE
21   OTHER SIDE AND NOT ASKING THE COURT TO CALL THESE BALLS AND
22   STRIKES AT THIS POINT.
23           **THE COURT:**  AGREED?
24           **MR. WEINGAERTNER:**  YES, YOUR HONOR.  WE'RE IN
25   AGREEMENT WITH THAT.
```

```
 1                    CERTIFICATE OF REPORTER
 2           I, KATHERINE WYATT, THE UNDERSIGNED, HEREBY CERTIFY
 3  THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED
 4  SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED BY ME INTO
 5  TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE
 6  RECORD OF SAID PROCEEDINGS.
 7           I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR
 8  ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING
 9  PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE
10  OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.
11           THE FEE CHARGED AND THE PAGE FORMAT FOR THE
12  TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL
13  CONFERENCE.
14           IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS
15  10TH DAY OF FEBRUARY, 2011.
16
17
18
19           _____
20                  /S/ KATHERINE WYATT
21
22
23
24
25
```

KATHERINE WYATT, OFFICIAL REPORTER, RPR, RMR   925-212-5224