# EXHIBIT 39

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
|   | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
|   | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
|   | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
|   | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
|   | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
|   | dboies@bsfllp.com |
| 8 | 333 Main Street |
|   | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
|   | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
|   | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
|   | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
|   | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
|   | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
|   | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **PLAINTIFF'S NOTICE OF THIRD PARTY SUBPOENA TO MOTOROLA MOBILITY, INC.** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 9, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

PLAINTIFF'S NOTICE OF THIRD PARTY SUBPOENA TO MOTOROLA MOBILITY, INC.
CASE NO. CV 10-03561 WHA
pa-1474868

TO DEFENDANT GOOGLE, INC., AND TO ITS ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30 and 45, Plaintiff Oracle America, Inc. ("Oracle") intends to serve a subpoena on Motorola Mobility, Inc. seeking deposition testimony. A copy of the subpoena is attached to this notice. The subpoena will be served on or around July 14, 2011.

Dated: July 13, 2011               MORRISON & FOERSTER LLP

                                   By:  /s/ Roman A. Swoopes
                                        Roman A. Swoopes

                                   *Attorneys for Plaintiff*
                                   ORACLE AMERICA, INC.

PLAINTIFF'S NOTICE OF THIRD PARTY SUBPOENA TO MOTOROLA MOBILITY, INC.
CASE NO. CV 10-03561 WHA
pa-1474868                                                                                     1

## Schedule A

### Definitions and Instructions

1. "Google" refers to Google Inc. and Android, Inc., and their employees and other persons or entities acting on their behalf.

2. "Open Handset Alliance" refers to the Open Handset Alliance as referenced in http://www.openhandsetalliance.com, including each member, specification lead, technical lead, or other persons or entities authorized to act on its behalf.

3. "Motorola," "you," and "your" refer to Motorola Mobility, Inc.; other Motorola-affiliated entities; and their employees.

4. "Android" refers to the software platform for mobile devices as referenced in http://www.openhandsetalliance.com, http://developer.android.com, and http://android.git.kernel.org, and includes any versions thereof, and related public or proprietary source code, executable code, applications, and documentation.

5. "Motorola Android Devices" refers to devices that Motorola manufactures, sells, offers for sale, or imports that runs, is sold with, or is loaded with Android or software derived from Android. Examples include the Atrix 4G, Cliq, Cliq 2, Droid 2, Droid Pro, Droid X, Droid, Bravo, Flipside, Citrus, Defy, Charm, Backflip, Devour, Xoom, and i1.

### Topics of Deposition

Pursuant to Federal Rule of Civil Procedure 30(b)(6), you are hereby directed, to designate one or more officers, directors, managing agents, or other persons who consent to testify on your behalf and who are most knowledgeable and competent to testify concerning the matters known or reasonably available to you as they relate to the specific topics listed below:

1. Each package and source code file Motorola retrieves from http://android.git.kernel.org for loading, installation, or execution on Motorola Android Devices, and any changes Motorola makes to those packages and source code files.

2. The extent to which Motorola uses the Android dx tool, and whether Motorola has made any modifications to that tool.

pa-1474120