# EXHIBIT 40

# EXHIBIT B
## Second Supplemental

**Exhibit B-Second Supplemental**

**List of Materials Considered**

1.  Complaint for Patent and Copyright Infringement, Demand for Jury Trial and exhibits, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, August 12, 2010.

2.  Google Inc.'s Answer to Plaintiff's Complaint for Patent and Copyright Infringement and Counterclaims, Jury Trial Demanded, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, October 4, 2010.

3.  Google Inc.'s Motion to Dismiss Count VIII of Plaintiff's Complaint Or, In The Alternative, For a More Definite Statement, *Oracle America, Inc., v. Google, Inc*., No. 10-03561 WHA, United Sates District Court, Northern District of California, October 4, 2010.

4.  Amended Complaint for Patent and Copyright Infringement, Demand for Jury Trial, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, October 27, 2010.

5.  Google Inc.'s Answer to Plaintiff's Amended Complaint for Patent and Copyright Infringement and Counterclaims, Jury Trial Demanded, Oracle America, Inc., v. Google, Inc., No. 10-03561 WHA, United Sates District Court, Northern District of California, November 10, 2010.

6.  Case Management Order, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, November 19, 2010.

7.  Order Entering Joint Proposed Claim Construction Briefing Schedule, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, November 29, 2010.

8.  Defendant Google Inc.'s Supplemental Responses to Plaintiff's Interrogatories, Set One.

9.  Plaintiff Oracle America, Inc.'s Supplemental Responses to Defendant Google, Inc.'s Interrogatories, Set One.

10. Plaintiff's Request for Production of Documents and Things to Defendant Google Inc., Set One.

11. Joint Protective Order, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, December 20, 2010.

**12.**     Google's Invalidity Contentions, served on January 18, 2011.

**13.**     Joint Claim Construction Statement, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, February 22, 2011.

**14.**     Oracle's Technology Tutorial, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, April 6, 2011, Oracle 04-06-2011 Tech Tutorial Slide.PPT.

**15.**     Google's Technical Tutorial, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, April 6, 2011, Oracle v Google – Google Tech Tutorial Slides 04-06-2011.pdf.

**16.**     Oracle's Technology Tutorial Supplement, *Oracle America, Inc., v. Google, Inc.*, April 6, 2011, Oracle 04-06-2011 Tech Tutorial Supplement.PPT.

**17.**     Claim Construction Hearing, Oracle's Argument, *Oracle America, Inc., v. Google, Inc.*, April 20, 2011, Oracle Markman Hearing Slides 04-20-2011.pdf.

**18.**     Transcript of Proceedings, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, April 20, 2011.

**19.**     Claim Construction Order, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, May 9, 2011.

**20.**     Order Granting in Part Motion to Strike Damage Report of Plaintiff Expert Iain Cockburn, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, July 22, 2011.

**21.**     Order Granting In Part And Denying In Part Plaintiff's Request To Take Additional Depositions, *Oracle America, Inc., v. Google, Inc.*, No. 10-03561 WHA, United Sates District Court, Northern District of California, July 21, 2011.

**22.**     U.S. Patents Nos. 5,966,702; 6,061,520; 6,125,447; 6,192,476; RE38,104 E; 6,910,205: 7,426,720 and associated file histories.

**23.**     U.S. Patent Nos. 5,909,579; 5,995,754; 6,591,416; 6,691,307; 6,886,157; 7,093,134; 5,311,591; 5,412,717; 7,934,166; 6,026,485; 5,768,593.

**24.**     Oracle Java code, documentation, specifications, and related materials.

**25.**     Android code, documentation, specifications, videos, and related materials.

**26.**     Files from Android devices.

27. Deposition transcripts and exhibits: Aditya Agarwal, Joshua Bloch, Daniel Bornstein, Patrick Brady, Eric Chu, Rachel Claflin, Bob Lee, Andrew McFadden, Dan Morrill, Lisa Ripley, Andrew Rubin, Brian Swetland.

28. Performance benchmarks and testing by Bob Vandette, Noel Poore, and Erez Landau

29. Reports by Johnson-Laird, Inc.

30. Expert Report of Iain M. Cockburn and supporting materials

31. Analysis of Samsung Captivate (SGH-I897) & LG (Various Models) Handset Code by Marc Visnick (JLI)

32. Expert Report of Dr. Benjamin F. Goldberg Regarding Validity of Patents-in-Suit and supporting documents

33. Expert Report of Dr. David I. August, Ph.D. Regarding the Non-Infringement of U.S. Patent No. RE38,104 and supporting documents

34. Expert Report of David I. August, Ph.D. Regarding the Non-Infringement of U.S. Patent No. 6,910,205 and supporting documents

35. Expert Report of Terence Parr, Ph.D. Regarding Non-Infringement of U.S. Patent No. 5,966,702 and supporting documents

36. Expert Report of Terence Parr, Ph.D. Regarding the Non-Infringement of U.S. Patent No. 6,061,520 and supporting documents

37. Expert Report of Jack W. Davidson, Ph.D. Regarding the Non-Infringement of U.S. Patent No. 7,426,720 and supporting documents

38. Expert Report of Prof. David Mazières, Ph.D. Regarding Non-Infringement of U.S. Patent Nos. 6,125,447 and 6,129,476 and supporting documents

39. Videos:

- Google I/O 2008 Video entitled "Anatomy and Physiology of an Android," presented by Patrick Brady, *available at* http://developer.android.com/videos/index.html#v=G-36noTCaiA

- Google I/O 2010 Video entitled "A JIT Compiler for Android's Dalvik VM," presented by Ben Cheng and Bill Buzbee (Google's Android Team), *available at* http://developer.android.com/videos/index.html#v=Ls0tM-c4Vfo

- Google I/O 2008 Video entitled "Dalvik Virtual Machine Internals," by presented Dan Bornstein, *available at* http://developer.android.com/videos/index.html#v=ptjedOZEXPM

- R. Cannings, 2010 Presentation entitled "Android: Securing a Mobile Platform from the Ground Up," *available at* http://www.usenix.org/events/sec09/tech

**40.**   Articles/publications:

- C. Pfleeger, Security in Computing (3rd ed. 2003), *available at* http://books.google.com/books?id=O3VB-zspJo4C&printsec=frontcover&dq=Security+in+Computing&hl=en&ei=TVM_TtvZI63YiAKqx7HDBg&sa=X&oi=book_result&ct=result&resnum=1&ved=0CC4Q6AEwAA#v=onepage&q&f=false

- D. Goodin, "2 out of 3 Android apps use private data 'suspiciously' Google protections 'insufficient'," posted Sept. 30, 2010, *available at* http://www.theregister.co.uk/2010/09/30/suspicious_android_apps/

- E. Gamma, et al., Design Patterns: Elements of Reusable Object-Oriented Software (1995), *available at* http://books.google.com/books?id=6oHuKQe3TjQC&printsec=frontcover&dq=Design+Patterns:+Elements+of+Reusable+Object-Oriented&hl=en&ei=wVI_TsC6IobhiAKMqpHDBg&sa=X&oi=book_result&ct=result&resnum=1&ved=0CCoQ6AEwAA#v=onepage&q&f=false

- E. Roberts, "*The Dream of a Common Language: The Search for Simplicity and Stability in Computer Science Education*," SIGCSE '04 Proceedings of the 35th SIGCSE technical symposium on Computer science education (2004), *available at* http://www-cs-faculty.stanford.edu/~eroberts//papers/SIGCSE-2004/DreamOfACommonLanguage.pdf

- "Installing the SDK," http://developer.android.com/sdk/installing.html

- JR Raphael, *The Nexus S and Google: Everything There Is To Know*, PCWORLD (Nov. 11, 2010), *available at* http://www.pcworld.com/article/210460/the_nexus_s_and_google_everything_there_is_to_know.html

- M. LaMonica, "*IBM, BEA join on Java strategy*," CNET News (Nov. 25, 2003), *available at* http://news.cnet.com/2100-7345-5111567.html

- N.C. Schaller et al., Panel Report: Using Java in Computer Science Education, Proceedings of the 2nd Annual Conference on Integrating Technology into Computer Science Education, ITiCSE 1997, Uppsala, Sweden, 1-5 June, 1997. ACM 1997, ISBN 0-89791-923-8, retrieved from http://portal.acm.org/ft_gateway.cfm?id=266154&type=pdf

- Nielsen Communication Trends, " *Highlights from the 2008 Convergence Audit and Consumer Electronics Monitor*," Dec. 2008, *available at* http://kr.en.nielsen.com/site/documents/CommunicationTrends_200810.pdf

pa-1484018

- Nielsen Communication Trends, "Highlights from the 2009 Nielsen Convergence Audit," *available at* http://blog.nielsen.com/nielsenwire/wp-content/uploads/2009/12/09-Nielsen-Convergence-Audit.pdf

- NielsenWire, "Who is Winning the U.S. Smartphone Battle?," Mar. 3, 2011, *available at* http://blog.nielsen.com/nielsenwire/online_mobile/who-is-winning-the-u-s-smartphone-battle/

- R. Ierusalimschy, L. H. de Figueiredo, W. Celes,  The evolution of Lua, Proceedings of ACM HOPL III (2007) 2-1-2-26, *available at* http://portal.acm.org/citation.cfm?id=1238846

- R. Ierusalimschy, L. H. de Figueiredo, W. Celes,  The implementation of Lua 5.0, Journal of Universal Computer Science 11 #7 (2005) 1159-1176, *available at* http://www.jucs.org/jucs_11_7/the_implementation_of_lua/jucs_11_7_1159_1176_defigueiredo.pdf

- R. Lowe, Linux Kernel Process Management, April 15, 2005. Sample Chapter is provided courtesy of Sams, http://www.informit.com/articles/article.aspx?p=370047&seqNum=2&rll=1

- README from US670(Thunder)_Android_Froyo_USA_USC_Opensource.zip retrieved from http://www.lg.com/global/support/opensource/opensource.jsp

- RESTful Single Sign on shown on the iPhone, Comment by D. Bornstein, April 14, 2009, *available at* http://groups.google.com/group/android-security-discuss/tree/browse_frm/month/2009-04/03bdf8dd52fe7101?rnum=31&_done=/group/android-security-discuss/browse_frm/month/2009-04?&pli=1

- S. Liang and G. Bracha, "Dynamic Class Loading in the Java™ Virtual Machine," *Proc. 13th ACM Conference on Object-Oriented Programming, Systems, Languages, and Applications* (OOPSLA'98)

- S. Lohr and A. Vance, "I.B.M., Looking to Buy Sun, Sets Up a Software Strategy," The New York Times Inside Technology article (Mar. 18, 2009), *available at* http://www.nytimes.com/2009/03/19/technology/companies/19sun.html

- Silicon Graphics International, Standard Template Library Programmer's Guide, http://www.sgi.com/tech/stl/table_of_contents.html

- Stephen G. Kochan, Programming in Objective-C 2.0, Rough Cuts, 2nd Edition, available at http://www.informit.com/articles/article.aspx?p=1271260

- "Tested: iPhone 4 (iOS 4.2.1 vs. 4.3) and Android phones," *available at* http://news.cnet.com/8301-17938_105-20041273-1.html

- T.K. Kundu & K. Paul, *Improving Android Performance and Energy Efficiency*, 24th International Conference on VLSI Design, 256-261 (2011)

- W. Enck et al., "TaintDroid: An Information-Flow Tracking System for Realtime Privacy Monitoring on Smartphones," 9th USENIX Symposium on Operating Systems Design and Implementation (OSDI'10), p. 9, available at http://appanalysis.org/tdroid10.pdf

- William R. Cook, Interfaces and Specifications for the Smalltalk-80 Collection Classes, OOPSLA 1992, available at http://portal.acm.org/citation.cfm?id=141938

**41.** Internet Websites:

- http://android.git.kernel.org/

- http://android.git.kernel.org/?p=platform/dalvik.git;a=blob;f=dx/src/com/android/dx/command/dexer/Main.java

- http://android.git.kernel.org/?p=platform/build.git;a=tags

- http://android.git.kernel.org/?p=platform/manifest.git

- http://android-developers.blogspot.com/2010/05/dalvik-jit.html

- http://android-developers.blogspot.com/2010/05/on-android-compatibility.html

- http://android-developers.blogspot.com/2011/07/custom-class-loading-in-dalvik.html

- http://android.git.kernel.org/?p=platform/dalvik.git;a=blob;f=docs/dexopt.html

- http://android.git.kernel.org/?p=platform/dalvik.git;a=blob;f=docs/instruction-formats.html;h=d7bf69057441f6f303745859321b75fc05d1647f;hb=HEAD

- http://android.git.kernel.org/?p=platform/dalvik.git;a=commit;h=2e1ee50a08cc3dd07ce4e956b925c1f0f28cf329

- http://android.git.kernel.org/?p=platform/build.git;a=blob_plain;f=core/build-system.html

- http://android.git.kernel.org/?p=platform/dalvik.git;a=blob;f=vm/mterp/out/InterpAsmarmv4t.S

- http://bitbar.com/blog/44/using-androids-compatibility-test-suite

- http://blog.codepainters.com/2010/10/27/compiling-android-sdk-on-ubuntu-10-10-maverick-meerkat/

- http://blog.nielsen.com/nielsenwire/wp-content/uploads/2010/11/smartphone-OS-share.png

- http://book.opensourceproject.org.cn/kernel/kernelpri/opensource/0131181637/ch03lev1sec3.html#ch03fig09

- http://cc.bingj.com/cache.aspx?q=androiod+%22android-2.2.1_r2%22&d=4869788760016650&mkt=en-US&setlang=en-US&w=13192540,7f90c9c8

- http://code.google.com/webtoolkit/

- http://code.google.com/webtoolkit/overview.html

- http://developer.android.com

- http://developer.android.com/guide/appendix/glossary.html

- http://developer.android.com/guide/basics/what-is-android.html

- http://developer.android.com/guide/developing/debugging/ddms.html

- http://developer.android.com/guide/developing/devices/emulator.html

- http://developer.android.com/guide/developing/devices/managing-avds.html

- http://developer.android.com/guide/developing/tools/adb.html

- http://developer.android.com/guide/developing/tools/emulator.html

- http://developer.android.com/guide/practices/compatibility.html

- http://developer.android.com/guide/publishing/publishing.html

- http://developer.android.com/guide/topics/manifest/manifest-intro.html

- http://developer.android.com/guide/topics/security/security.html

- http://developer.android.com/reference/java/lang/SecurityManager.html

- http://developer.android.com/reference/java/security/AccessController.html

- http://developer.android.com/reference/java/security/AccessControlContext.html

- http://developer.android.com/reference/java/security/CodeSource.html

- http://developer.android.com/reference/java/security/package-summary.html

- http://developer.android.com/reference/java/security/Policy.html

- http://developer.android.com/reference/java/security/PrivilegedAction.html

- http://developer.android.com/reference/java/security/ProtectionDomain.html

- http://developer.android.com/reference/java/security/SecureClassLoader.html

- http://developer.android.com/reference/packages.html

- http://developer.android.com/resources/tutorials/hello-world.html

- http://developer.android.com/sdk/adding-components.html

- http://developer.android.com/sdk/android-2.2-highlights.html

- http://developer.android.com/sdk/eclipse-adt.html

- http://developer.android.com/sdk/index.html

- http://developer.android.com/sdk/ndk/index.html

- http://developer.android.com/sdk/ndk/overview.html

- http://developer.android.com/sdk/requirements.html

- http://developer.apple.com/library/ios/#documentation/Cocoa/Conceptual/ObjCRuntimeGuide/

- http://developer.apple.com/library/ios/#referencelibrary/GettingStarted/Learning_Objective-C_A_Primer/

- http://developer.apple.com/library/ios/documentation/iPhone/Conceptual/iPhone101/iPhone101.pdf

- http://docs.python.org/tutorial/index.html

- http://download.oracle.com/javase/1.5.0/docs/api/

- http://download.oracle.com/javase/1.5.0/docs/api/index.html?java/security/ProtectionDomain.html

- http://download.oracle.com/javase/1.5.0/docs/api/java/util/Arrays.html

- http://download.oracle.com/javase/1.5.0/docs/api/java/util/TreeMap.html

- http://download.oracle.com/javase/1.5.0/docs/relnotes/license.html

- http://download.oracle.com/javase/tutorial/collections/interfaces/index.html

- http://download.oracle.com/javase/tutorial/collections/intro/index.html

- http://dz.prosyst.com/mbsmobile/android/release_notes/android_func_overview.html

- http://en.wikipedia.org/wiki/OSGi

- http://groups.google.com/group/android-platform/browse_thread/thread/303ce670483114fc?pli=1

- http://investor.google.com/documents/2008_google_annual_report.html

- http://investor.google.com/documents/20100930_google_10Q.html

- http://java.sun.com/docs/books/jvms/second_edition/html/ConstantPool.doc.html#77976

- http://linux.die.net/man/2/clone

- http://m.mobilitybeat.com/site/android-developers-blog/2/

- http://msdn.microsoft.com/en-us/magazine/cc163855.aspx

- http://msdn.microsoft.com/en-us/vcsharp/aa336809

- http://my.opera.com/otaku_2r/blog/download-and-build-the-google-android

- http://obamapacman.com/2011/07/google-engineer-java-alternatives-all-suck-android-needs-to-negotiate-license/

- http://onthefencedevelopment.com/?p=455

- http://patft.uspto.gov/netahtml/PTO/search-bool.html/

- http://sites.google.com/site/io/dalvik-vm-internals/2008-05-29-Presentation-Of-Dalvik-VM-Internals.pdf?attredirects=0

- http://sites.google.com/site/io/anatomy--physiology-of-an-android/Android-Anatomy-GoogleIO.pdf

- http://source.android.com/porting/dalvik.html

- http://source.android.com/compatibility/android-2.2-cdd.pdf

- http://source.android.com/compatibility/downloads.html

- http://source.android.com/porting/dalvik.html

- http://source.android.com/source/building.html

- http://source.android.com/source/building-devices.html

- http://source.android.com/source/downloading.html

- http://source.android.com/source/initializing.html

- http://source.android.com/tech/dalvik/dalvik-bytecode.html

- http://source.android.com/tech/dalvik/dex-format.html

- http://stackoverflow.com/questions/4849700/how-to-sync-just-android-2-2-froyo-code

- http://static.googleusercontent.com/external_content/untrusted_dlcp/source.android.com/en/us/compatibility/android-cts-manual-r4.pdf

- http://ubuntuforums.org/archive/index.php/t-1610645.html

- http://www-01.ibm.com/software/ebusiness/jstart/history.html

- http://www.antlr.org/article/list

- http://www.antlr.org/article/1254523176378/JVM-Summit-2009.pdf

- http://www.businessinsider.com/how-to-use-the-new-android-market-2011-2

- http://www.cs.utexas.edu/users/csed/iticse/

- http://www.eclipse.org/downloads/

- http://www.elinux.org/Android_Build_System

- http://www.google.com/nexus/#/tech-specs

- http://www.google.com/support/androidmarket/bin/answer.py?hl=en&answer=113407&topic=1100168

- http://www.idroidproject.org/forum/general-discussion/how-to-install-javaa-1-5-on-ubuntu-10-04/?CFSESSID=2b8719221fc2a71ee1eef6b2857fb985

- http://www.jcp.org

- http://www.lua.org/

- http://www.microsoft.com/net/overview.aspx

- http://www.netqin.com/en/security/newsinfo_3277_2.html

- http://www.oracle.com/technetwork/java/javase/downloads/index-jdk5-jsp-142662.html

- http://www.oracle.com/technetwork/java/javase/overview/javahistory-timeline-198369.html

- http://www.prosyst.com/index.php/de/html/content/46/Mobile-OSGi-Runtimes/

- http://www.python.org/

- http://www.talkandroid.com/android-forums/android-hardware/2-android-minimum-hardware-requirements.html

- http://www.tiobe.com/index.php/content/paperinfo/tpci/index.html

- http://www.tiobe.com/index.php/content/paperinfo/tpci/tpci_definition.htm

- http://web.archive.org/web/20080205101616/http://www.sun.com/smi/Press/sunflash/1996-01/sunflash.960123.10561.xml

- https://opensource.samsung.com/

- https://market.android.com/details?id=com.prosyst.mbs.mobile.android&feature=search_result

- www.elinux.org/Android_Zygote_Startup

- www.mozilla.org/js/

**42.**     Case Law:

- *AquaTex Indus. v. Techniche Solutions*, 479 F.3d 1320 (Fed. Cir. 2007)

- *Festo Corp. v. Shoketsu Kinzoku Kabushiki Co.*, 535 U.S. 722 (2002)

- *Global-Tech Appliances, Inc. v. SEB S.A.*, 131 S. Ct. 2060 (2011)

- *Moore U.S.A., Inc. v. Standard Register Co.*, 229 F.3d 1091 (Fed. Cir. 2000)

- *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17 (1997)

**43.**     Oracle production:

OAGOOGLE0000106419

OAGOOGLE0000116075
OAGOOGLE0000122862
OAGOOGLE0100000454
OAGOOGLE0100003560
OAGOOGLE0100003653
OAGOOGLE0100003796
OAGOOGLE0100013203
OAGOOGLE0100219511
OAGOOGLE0100219558
OAGOOGLE0100219559
OAGOOGLE0100219560
OAGOOGLE0100219561
OAGOOGLE0100219562
OAGOOGLE0100219563
OAGOOGLE0100219564
OAGOOGLE0100219565
OAGOOGLE0100219566
OAGOOGLE0100219567
OAGOOGLE0100219568
OAGOOGLE0100219569
OAGOOGLE0100219570

**44.**   Google production:

GOOGLE-00296158
GOOGLE-00296163
GOOGLE-00296500
GOOGLE-00302662
GOOGLE-00302808
GOOGLE-00320083
GOOGLE-00320116
GOOGLE-00320162
GOOGLE-03374578
GOOGLE-00381507
GOOGLE-00383073
GOOGLE-00383312
GOOGLE-00384339
GOOGLE-00385568
GOOGLE-00392204
GOOGLE-00392213
GOOGLE-00393127
GOOGLE-03373762
GOOGLE-03403710
GOOGLE-01-00019511
GOOGLE-01-00019527
GOOGLE-01-00019529
GOOGLE-01-00020250

GOOGLE-01-00025376
GOOGLE-01-00025576
GOOGLE-01-00029331
GOOGLE-01-00053552
GOOGLE-01-00056695
GOOGLE-01-00075935
GOOGLE-02-00111218
GOOGLE-02-00449471
GOOGLE-03-00090810
GOOGLE-04-00039541
GOOGLE-04-00042610
GOOGLE-04-00055098
GOOGLE-04-00055169
GOOGLE-04-00061079
GOOGLE-04-00083077
GOOGLE-04-00083078
GOOGLE-05-00256263
GOOGLE-10-00045531
GOOGLE-12-00000537
GOOGLE-12-00003871
GOOGLE-12-00006964
GOOGLE-12-00079180
GOOGLE-14-00042244
GOOGLE-16-00110209
GOOGLE-17-00016798
GOOGLE-17-00066964
GOOGLE-17-00119695
GOOGLE-17-00664938
GOOGLE-22-00171914
GOOGLE-22-00183584
GOOGLE-22-00281510
GOOGLE-22-00433254
GOOGLE-29-00002338
GOOGLE-40-00034698

**45.**   Third Party Production:

STAPROD0000130