MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF DANIEL P. MUINO IN SUPPORT OF ORACLE AMERICA, INC.'S MOTIONS *IN LIMINE* NOS. 1 THROUGH 5**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1     I, Daniel P. Muino, declare as follows:

2     I am an attorney at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. ("Oracle"). I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

3     1. Attached hereto as **Exhibit A** is a true and correct copy of a Memorandum Opinion and Order in *Realtime Data, LLC v. Packeteer, Inc.*, Civil No. 6:08-cv-144-LED-JDL, ECF No. 805, dated December 30, 2009.

4     2. Attached hereto as **Exhibit B** is a true and correct copy of a Memorandum Opinion and Order in *Intel Corporation v. Commonwealth Scientific and Industrial Research Organisation*, Civil No. 6:06-cv-551, ECF No. 518, dated April 9, 2009.

5     3. Attached hereto as **Exhibit C** is a true and correct copy of AutoDesk's Motion in Limine No. 2 to Exclude Evidence or Argument Regarding AutoDesk's Applications to Register DWG and DWG-Based Marks, ECF No. 209, dated December 23, 2009.

6     4. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Transcript of Proceedings in *Autodesk, Inc. v. Dassault Systemes Solidworks Corporation*, Case No. C 08-04397-WHA, ECF No. 240, dated December 30, 2009.

7     5. On September 9, 2011, Google Inc. served Oracle America, Inc. its Fifth Supplemental Privilege Log. The privilege log is over 1200 pages and contains many entries identifying privileged legal opinions that have been withheld from Oracle.

8     6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition transcript of Andrew Rubin taken on July 27, 2011 in this matter.

9     7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition transcript of Daniel Bornstein taken on May 16, 2011 in this matter.

10    8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition transcript of Bob Lee taken on August 3, 2011 in this matter.

11    9. Attached hereto as **Exhibit H** is a true and correct copy of Defendant Google Inc.'s Responses to Plaintiff's Interrogatories, Set One, dated January 6, 2011.

1.     10.    Attached hereto as **Exhibit I** is a true and correct copy of excerpts from Defendant Google Inc.'s Responses to Plaintiff's Interrogatories, Set Four, dated July 29, 2011.

    11.    Attached hereto as **Exhibit J** is a true and correct copy of Plaintiff's Notice of Deposition of Defendant Google Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), Topics 4-9, dated June 21, 2011.

    12.    Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition transcript of Patrick Brady taken on July 21, 2011 in this matter.

    13.    Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the Expert Report of David I. August, Ph.D. Regarding the Non-Infringement of U.S. Patent No. 6,910,205 dated August 25, 2011.

    14.    Attached hereto as **Exhibit M** is a true and correct copy of excerpted pages from the deposition transcript of David I. August taken on September 16, 2011.

    15.    Attached hereto as **Exhibit N** is a true and correct excerpt of Defendant Google Inc.'s First Set of Requests for Admission to Plaintiff Oracle America, Inc. (Nos. 1 – 429).

    16.    Attached hereto as **Exhibit O** is a true and correct excerpt of the deposition transcript of Owen Astrachan, taken on September 9, 2011 in this matter.

    17.    Attached hereto as **Exhibit P** is a true and correct copy of a document produced by Google bearing bates number GOOGLE-12-100000011, the August 6, 2010 email from Tim Lindholm. Google produced this document on August 27, 2011.

    18.    Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the deposition transcript of Tim Lindholm taken on September 7, 2011in this matter.

    19.    Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the 30(b)(6) deposition of Daniel Bornstein taken on July 22, 2011 in this matter.

1  I declare under penalty of perjury under the laws of the United States that to the best of
2  my knowledge the foregoing is true and correct. Executed on September 24, 2011, in Palo Alto,
3  California.

   /s/ *Daniel P. Muino*
   Daniel P. Muino