# EXHIBIT E

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER