# EXHIBIT F

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER