DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br><br>      v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**DEFENDANT GOOGLE INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE** |

**EXHIBIT H**

| Josh Bloch | Google employee - on Dalvik team in 2009. | Contributed to the development of the Android core libraries. |
|---|---|---|
| Jesse Wilson | Google employee - on Dalvik team from 2009 to present. | Technical lead for the development of the Android core libraries. |
| Elliott Hughes | Google employee - on Dalvik team from 2009 to present. | Contributed to the development of Android core libraries and features of the Dalvik VM. |
| Barry Hayes | Former Google employee - on Dalvik team from 2009 to 2010. | Contributed to the development of the Dalvik garbage collector. |
| Carl Shapiro | Google employee - on Dalvik team from 2009 to present. | Contributed to the development of the Dalvik garbage collector. |
| Jeff Hao | Google employee - on Dalvik team from 2009 to present. | Contributed to the development of the Dalvik JIT compiler, the dx tool and features of the Dalvik VM. |
| Brian Carlstrom | Google employee - on Dalvik team from 2010 to present. | Contributed to the development of the Android core libraries and Dalvik tool. |
| Brad Fitzpatrick | Google employee - on Dalvik team from 2010 to present. | Contributed to the improvement and maintenance of overall system performance of Android. |

Google further states in response to this Interrogatory that certain third parties contributed to the development of code for Android, but that the identities of such third parties and the specific nature of their involvement is subject to contractual confidentiality provisions.  Google is undertaking to obtain the consent of the relevant parties to disclosing additional information, and reserves the right to supplement this response promptly once such consent is obtained. Further, Google's investigation into identifying additional third parties (if any) is ongoing, and Google therefore reserves the right to supplement this response accordingly.

**INTERROGATORY NO. 2:**

Identify who at Google was and is responsible for Android's compliance with the intellectual property rights of third parties and briefly describe their roles in that regard.

**RESPONSE:**

In addition to its General Objections, Google objects to this Interrogatory as vague and ambiguous in the use of the phrases "compliance," and "intellectual property rights of third

**EXHIBIT H**

1    parties." Google further objects to this Interrogatory to the extent it seeks information protected

2    by the attorney-client privilege, the work product doctrine, and/or any other applicable privilege,

3    immunity, or protection.

4        Subject to the foregoing objections and the General Objections, without waiver or

5    limitation thereof, Google states:

6        Dan Bornstein is the Technical Lead for the Dalvik team and is responsible for the review

7    of code for the Dalvik project. Hiroshi Lockheimer is an Engineering Director for Android and

8    is responsible for the overall standards of code review for Android. From 2006 to 2009, Steve

9    Horowitz was an Engineering Director for Android and was responsible for the overall standards

10   of code review for Android. The Google Open Source Program Office is responsible for the

11   overall standards of open source code review for Google, including compliance with third party

12   licenses. Chris DiBona is the Open Source Program Manager.

13       The Android Open Source Project team is responsible for reviewing all external

14   contributions to Android, as well as for the final review of open source code prior to each public

15   release of Android. The Android Open Source Project team consists of Dan Morrill and Jean

16   Baptiste-Queru. Prior to 2008, Chis DiBona and Daniel Berlin were involved in the open source

17   code review of Android.

18       Jesse Wilson was responsible for collecting the Apache Authorized Contributor

19   Questionnaires and Individual Contributor License Agreements for contributions to the Android

20   core libraries.

21   **INTERROGATORY NO. 3:**

22       Please explain the factual and legal bases for Google's pleading of its first affirmative

23   defense: No Patent Infringement.

24   **RESPONSE:**

25       In addition to its General Objections, Google objects to this Interrogatory as it seeks

26   information protected by the attorney-client privilege, the work product doctrine, and/or any

27   other applicable privilege, immunity, or protection. Google further objects to this Interrogatory

28   as unduly burdensome as it is not reasonably calculated to lead to the discovery of admissible

**EXHIBIT H**

1   DATED:  January 6, 2011                **KING & SPALDING LLP**

2

3                                          By:  /s/ Scott T. Weingaertner

4

5                                          SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
                                           sweingaertner@kslaw.com
6                                          ROBERT F. PERRY
                                           rperry@kslaw.com
7                                          BRUCE W. BABER (*Pro Hac Vice*)
                                           bbaber@kslaw.com
8                                          1185 Avenue of the Americas
                                           New York, NY 10036-4003
9                                          Telephone:  (212) 556-2100
                                           Facsimile:   (212) 556-2222
10

11                                         DONALD F. ZIMMER, JR. (SBN 112279)
                                           fzimmer@kslaw.com
12                                         CHERYL A. SABNIS (SBN 224323)
                                           csabnis@kslaw.com
13                                         KING & SPALDING LLP
                                           101 Second Street – Suite 2300
14                                         San Francisco, CA 94105
15                                         Telephone: (415) 318-1200
                                           Facsimile:  (415) 318-1300
16

17                                         IAN C. BALLON (SBN 141819)
                                           ballon@gtlaw.com
18                                         HEATHER MEEKER (SBN 172148)
                                           meekerh@gtlaw.com
19                                         GREENBERG TRAURIG, LLP
                                           1900 University Avenue
20                                         East Palo Alto, CA 94303
                                           Telephone: (650) 328-8500
21                                         Facsimile: (650) 328-8508

22
                                           ATTORNEYS FOR DEFENDANT
23                                         GOOGLE INC.

24

25

26

27

28

DEFENDANT GOOGLE INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE.
CIVIL ACTION NO. CV 10-03561-WHA

**EXHIBIT H**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I hereby certify that on this day, January 6, 2011, I served a true and correct copy of

DEFENDANT GOOGLE INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET

ONE via e-mail on the following individuals:


David Boies
Boies Schiller and Flexner
333 Main Street
Armonk, NY  10504
914-749-8201
Fax: 914-749-8300
Email: Dboies@bsfllp.com

Deborah Kay Miller
Oracle USA, Inc Legal Department
500 Oracle Parkway
Redwood Shores, CA  94065
(650) 506-0563
Email: Deborah.Miller@oracle.com

Dorian Estelle Daley
500 Oracle Parkway
Redwood City, CA  94065
(650) 506-5200
Fax: (650) 506-7114
Email: Dorian.daley@oracle.com

Marc David Peters
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304
(650) 813-5600
Fax: (650) 494-0792
Email: Mdpeters@mofo.com

Matthew M Sarboraria
Oracle Corporation
500 Oracle Parkway, 5OP7
Redwood Shores, CA  94065
650/ 506-1372
Email: Matthew.sarboraria@oracle.com

Michael A Jacobs
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
650-813-5600
Fax: 650-494-0792
Email: MJacobs@mofo.com

Richard Steven Ballinger
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304
650-813-5600
Fax: 650-494-0792
Email: RBallinger@mofo.com

Steven Christopher Holtzman
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA  94612
510-874-1000
Fax: 510-874-1460
Email: Sholtzman@bsfllp.com


Executed on January 6, 2011.

/s/ Steven T. Snyder
Steven T. Snyder

**EXHIBIT H**