# EXHIBIT K

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER