Highly Confidential Attorneys' Eyes Only

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |
| 4 | |
| 5 | ORACLE AMERICA, INC.,            ) |
| 6 |     Plaintiff,            ) |
| 7 |   vs.                          )   No. CV 10-03561 WHA |
| 8 | GOOGLE, INC.,                    ) |
| 9 |     Defendant.           ) |
| 10 | _____) |
| 11 | |
| 12 | |
| 13 | |
| 14 | -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY-- |
| 15 | |
| 16 | |
| 17 | Videotaped deposition of OWEN ASTRACHAN, PH.D., |
| 18 | taken at King & Spalding, LLP, |
| 19 | 333 Twin Dolphin Drive, Redwood Shores, California, |
| 20 | commencing at 9:29 a.m., on |
| 21 | Friday, September 9, 2011, |
| 22 | before Leslie Rockwood, RPR, CSR No. 3462. |
| 23 | |
| 24 | |
| 25 | PAGES 1 - 295 |

Page 1

**EXHIBIT N**

Highly Confidential Attorneys' Eyes Only

```
 1   minutes left.  Just a heads up.
 2           MR. KUWAYTI:  That's about right.
 3       Q.  Do you believe that there is creativity in
 4   the choice of the names -- of any of these names?
 5       A.  I'm asking -- I'm -- if you're asking in                18:35:30
 6   deciding what to name a method, does the designer
 7   exercise any creativity?
 8       Q.  Yes.
 9       A.  And my answer would be even though those
10   names are largely driven by functional concerns, there          18:35:47
11   are certainly choices you can make about whether the name
12   should be length or size or total length.
13           And when you make those choices, it's
14   reasonable to think that you're -- you know, the choice
15   itself has some creativity, but the name itself is              18:36:09
16   functional, but you're making a choice between .size and
17   .length.  Is that creative?  That's -- it's not clear to
18   me that that's creative.  That's a choice, and it doesn't
19   really matter which one you choose.  So I'm not sure I
20   would call that a creative choice.                              18:36:31
21       Q.  When you add up the 8,000 choices that went
22   into choosing all these different names and organizing
23   them, would you agree that there's at least minimal
24   creativity involved in that process?
25           MR. BABER:  Object to the form.                         18:36:46
```

Page 288

Highly Confidential Attorneys' Eyes Only

```
 1              THE WITNESS:  I would not agree that if you
 2    add up 8,000 epsilons that you get anything other than
 3    epsilons.  And I'm using, kind of, a mathematical
 4    definition of if there's no -- if there's little to no                18:36:58
 5    creativity in each individual one, but somehow that
 6    little -- when you add up all the littles, do you get
 7    something, and I don't think that you can make that
 8    conclusion.
 9         Q.  BY MR. KUWAYTI:  In your opening report at
10    paragraph 62 -- beginning at paragraph 62, you gave some              18:37:09
11    examples of where you believe that Oracle and Sun have
12    implemented various APIs.
13         A.  Yes, I did.
14         Q.  And my question is:  Did you do anything to
15    research whether there was a license to use these APIs by             18:37:30
16    Oracle or Sun?
17         A.  No.  I didn't look to see if there was a
18    license.
19         Q.  Did you do any research to see whether there
20    was permission given to Oracle or Sun to use these APIs?              18:37:48
21         A.  I didn't do research, but I'm reasonably
22    confident that no agreement was made with Visicalc, for
23    example, to include those method names, because I don't
24    think -- from Oracle or Sun, between StarOffice and
25    OpenOffice.  I don't -- I'm assuming they did not talk to             18:38:13
```

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT N**

Highly Confidential Attorneys' Eyes Only

```
1    the originators of Visicalc.  That's an assumption.  I
2    could be wrong.
3           Q.  And you're assuming that why, because --
4           A.  Because I'm thinking that the originators of
5    Visicalc probably aren't around as part of Visicalc.        18:38:25
6    They're certainly around as part of being guys that are
7    still alive.
8           Q.  Right.  The company's not around anymore?
9           A.  Correct.
10          Q.  Do you know if in any of these cases was         18:38:36
11   anybody claiming that these APIs at issue were
12   proprietary?
13          A.  I don't know whether there was any -- there
14   were any such claims, no.
15          Q.  Did you read -- did you do research to           18:38:47
16   determine how much of the API was used, whether it was
17   just the names or whether it was the organizational
18   structure?
19          A.  No.  My report talks about the names, and so
20   I was concentrating on the fact that the names were the    18:39:02
21   same in these two, and I didn't look to see how those
22   names might be organized within the different
23   spreadsheets, because we're talking about the spreadsheet
24   example.
25          Q.  Okay.  So my last question is:  Do you have     18:39:15
```

Page 290

Highly Confidential Attorneys' Eyes Only

1  any opinions -- any additional opinions that aren't
2  reflected in your report and that you haven't already
3  discussed here at the deposition today with respect to
4  Dr. Mitchell's reply report?  Do you have any additional
5  opinions to offer?                                        18:39:34
6        A.  Are you asking about his last report?
7        Q.  His last report or -- do you have any new
8  opinions that aren't reflected in your reports, I guess
9  is my question?
10       A.  No.  I -- no.  I don't think I have new        18:39:43
11 opinions that aren't reflected in my reports, other --
12 new ones.  I mentioned earlier about the names that I
13 hadn't had, but I don't have any other opinions.
14            MR. KUWAYTI:  Okay.  I have no further
15 questions.                                                18:39:57
16            MR. BABER:  All right.  I have no questions.
17            THE VIDEOGRAPHER:  This marks the end of
18 Volume 1, Disk 4, and concludes the deposition of
19 Professor Owen Astrachan.  The time is 6:40 p.m., and we
20 are off the record.                                       18:40:09
21            MR. BABER:  And on the non-video record, we
22 do reserve our rights to read and sign.  We exercise our
23 rights to read and sign.
24            (TIME NOTED:  6:40 p.m.)
25                      ---oOo---

Page 291

**EXHIBIT N**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    STATE OF CALIFORNIA    ) ss:
2    COUNTY OF MARIN        )
3
4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
5    certify:
6              That the foregoing deposition testimony was
7    taken before me at the time and place therein set forth
8    and at which time the witness was administered the oath;
9              That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16             I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20             IN WITNESS WHEREOF, I have subscribed my name
21   this 10th day of September, 2011.
22
23                    [signature: Leslie Rockwood]
24
25             LESLIE ROCKWOOD, CSR. NO. 3462
```

293

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT N**