# EXHIBIT P

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER