# EXHIBIT Q

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER