[Counsel Signatures Appear at the End]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **PARTIES' JOINT ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby requests permission to file the following documents under seal pursuant to Federal Rule of Court Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5:

1. Exhibit 16 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine.

2. Exhibit 18 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine.

3. Exhibit 19 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine.

4. Exhibit 3-9 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

5. Exhibit 3-10 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

6. The portions of Oracle's Opposition to Google's Motion in Limine No. 3 containing the above information.

7. The portions of Google's Motion in Limine No. 3 containing the above information.

The documents listed above contain information that has been designated by Plaintiff Oracle America, Inc. ("Oracle") as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case. (Dkt. No. 68.) Google, Inc. ("Google") states no position as to whether disclosure of materials marked by Oracle as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Oracle, and would not oppose an order requiring Oracle to make that information public. Plaintiff submits herewith the Declaration of Daniel P. Muino in Support of Plaintiff's Administrative Request to File Under Seal.

Defendant Google hereby requests permission to file the following documents under seal pursuant to Federal Rule of Court Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5:

1. Exhibit E to the Declaration of Daniel Muino in Support of Oracle America, Inc.'s Motions in Limine 1 through 5.

2. Exhibit F to the Declaration of Daniel Muino in Support of Oracle America, Inc.'s Motions in Limine 1 through 5.

3. Exhibit K to the Declaration of Daniel Muino in Support of Oracle America, Inc.'s Motions in Limine 1 through 5.

4. Exhibit N to the Declaration of Daniel Muino in Support of Oracle America, Inc.'s Motions in Limine 1 through 5.

5. Exhibit P to the Declaration of Daniel Muino in Support of Oracle America, Inc.'s Motions in Limine 1 through 5.

6. Exhibit Q to the Declaration of Daniel Muino in Support of Oracle America, Inc.'s Motions in Limine 1 through 5.

7. Exhibit 1-1 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

8. Exhibit 1-2 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

9. Exhibit 1-3 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

10. Exhibit 1-4 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

11. Exhibit 1-5 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

12. Exhibit 1-6 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

1  13. Exhibit 1-7 to the Declaration of Ruchika Agrawal in Support of Oracle America,
2  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
3  14. Exhibit 1-8 to the Declaration of Ruchika Agrawal in Support of Oracle America,
4  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
5  15. Exhibit 1-9 to the Declaration of Ruchika Agrawal in Support of Oracle America,
6  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
7  16. Exhibit 1-10 to the Declaration of Ruchika Agrawal in Support of Oracle America,
8  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
9  17. Exhibit 2-3 to the Declaration of Ruchika Agrawal in Support of Oracle America,
10  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
11  18. Exhibit 2-4 to the Declaration of Ruchika Agrawal in Support of Oracle America,
12  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
13  19. Exhibit 2-5 to the Declaration of Ruchika Agrawal in Support of Oracle America,
14  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
15  20. Exhibit 2-14 to the Declaration of Ruchika Agrawal in Support of Oracle America,
16  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
17  21. Exhibit 2-15 to the Declaration of Ruchika Agrawal in Support of Oracle America,
18  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
19  22. Exhibit 2-16 to the Declaration of Ruchika Agrawal in Support of Oracle America,
20  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
21  23. Exhibit 3-4 to the Declaration of Ruchika Agrawal in Support of Oracle America,
22  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
23  24. Exhibit 3-6 to the Declaration of Ruchika Agrawal in Support of Oracle America,
24  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
25  25. Exhibit 3-7 to the Declaration of Ruchika Agrawal in Support of Oracle America,
26  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.
27  26. Exhibit 3-8 to the Declaration of Ruchika Agrawal in Support of Oracle America,
28  Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

1  27. Exhibit 5-4 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

2  28. Exhibit 10 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine.

3  29. Exhibit 15 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine.

4  30. Exhibit 16 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine.

5  31. Exhibit 30 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine.

6  32. Exhibit 32 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine

7  33. The portions of Oracle's Motion in Limine 2 containing the above information.

8  34. The portions of Oracle's Motion in Limine 3 containing the above information.

9  35. The portions of Oracle's Motion in Limine 4 containing the above information.

10  36. The portions of Oracle's Motion in Limine 5 containing the above information.

11  37. The portions of Oracle's Opposition to Google's Motion in Limine 1 containing the above information.

12  38. The portions of Oracle's Opposition to Google's Motion in Limine 2 containing the above information.

13  39. The portions of Oracle's Opposition to Google's Motion in Limine 3 containing the above information.

14  40. The portions of Oracle's Opposition to Google's Motion in Limine 4 containing the above information.

15  41. The portions of Oracle's Opposition to Google's Motion in Limine 5 containing the above information.

16  42. The portions of Google's Motion in Limine 3 containing the above information.

1   The documents listed above contain information that has been designated by Defendant
Google as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Order
Approving Stipulated Protective Order Subject to Stated Conditions entered in this case. (Dkt.
No. 68.) Oracle states no position as to whether disclosure of materials marked by Google as
Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to
Google, and would not oppose an order requiring Google to make that information public.

Defendant submits herewith the Declaration of Reid Mullan in Support of Plaintiff's Administrative Request to File Under Seal.

The documents listed below contain information that has been designated by Motorola, Inc. ("Motorola") as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case. (Dkt. No. 68.):

1.   Exhibit 5-4 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5.

2.   The portions of Oracle's Opposition to Google's Motion in Limine No. 5 containing the above information.

Oracle states no position as to whether disclosure of materials marked by Motorola as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Motorola, and would not oppose an order requiring Motorola to make that information public.

Motorola will be notified that, pursuant to Civil Local rule 79-5(d), it must file a declaration supporting the sealability of the above-listed documents and a proposed sealing order.

| | | |
|---|---|---|
| 1 | Dated: October 7, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Daniel P. Muino*<br>       Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com<br>755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com<br>333 Main Street |
| 12 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612<br>Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. |
| 20 | | 211600)<br>matthew.sarboraria@oracle.com |
| 21 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 22 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 23 | | |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA (DMR)
pa-1475046

6

| | | |
|---|---|---|
| 1 | Dated: October 7, 2011 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: __/s/ Matthias Kamber__<br>    Matthias Kamber |
| 4 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 5 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 6 | | canderson@kvn.com<br>DANIEL PURCELL (SBN 191424) |
| 7 | | dpurcell@kvn.com<br>633 Battery Street |
| 8 | | San Francisco, CA 94111<br>Telephone: (415) 391-5400 |
| 9 | | Facsimile: (415) 397-7188 |
| 10 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 11 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 12 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 13 | | KING & SPALDING LLP<br>1185 Avenue of the Americas |
| 14 | | New York, NY 10036-4003<br>Telephone:  (212) 556-2100 |
| 15 | | Facsimile:   (212) 556-2222 |
| 16 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 17 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 18 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 19 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 20 | | Facsimile:  (415) 318-1300 |
| 21 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 22 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 23 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 24 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 25 | | Facsimile: (650) 328-8508 |
| 26 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 27 | | |
| 28 | | |

JOINT ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA (DMR)
pa-1475046

7

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file the **PARTIES' JOINT ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**  In compliance with General Order 45, X.B., I hereby attest that Matthias Kamber has concurred in this filing.

Dated: October 7, 2011

*/s/ Daniel P. Muino*
Daniel P. Muino