1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA
12 |         Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**
13 |    v. |
14 | |
15 | GOOGLE INC. | Dept.: Courtroom 8, 19th Floor
   |         Defendant. | Judge: Honorable William H. Alsup
16

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA
pa- 1490532

On October 7, 2011, Plaintiff Oracle America, Inc. ("Plaintiff") and Defendant Google, Inc. ("Defendant") filed a Request to file documents under seal. Having considered the request, I find that good cause appears to grant the request.

IT IS HEREBY ORDERED THAT:

Plaintiff's request to file Exhibits 16, 18, and 19 to the Declaration of Daniel Purcell in Support of Google, Inc.'s Motions in Limine is GRANTED.

Plaintiff's request to file the portions of Google's Motions in Limine, and Oracle's Opposition to Google's Motions in Limine containing the above information is GRANTED.

Plaintiff's request to file the portions of Google's Motion in Limine No. 3 containing the above information is GRANTED.

Dated: _____, 2011

_____
Honorable William Alsup
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA
pa- 1490532

1