1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

12              Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                             DEFENDANT'S ADMINISTRATIVE
13        v.                                 REQUEST TO FILE DOCUMENTS
                                             UNDER SEAL**
14
     GOOGLE INC.                             Dept.:  Courtroom 8, 19th Floor
15                                           Judge:  Honorable William H. Alsup
              Defendant.
16

17
18
19
20
21
22
23
24
25
26
27
28

On October 7, 2011, Plaintiff Oracle America, Inc. ("Plaintiff") and Defendant Google, Inc. ("Defendant") filed a Request to file documents under seal.  Having considered the request, I find that good cause appears to grant the request.

IT IS HEREBY ORDERED THAT:

Defendant's request to file Exhibits E, F, K, P, Q to the Declaration of Daniel Muino in Support of Oracle America, Inc.'s Motions in Limine 1 through 5 is GRANTED.

Defendant's request to file the portions of Oracle's Motions in Limine, Google's Motions in Limine, and Oracle's Opposition to Google's Motions in Limine containing the above information is GRANTED.

Defendant's request to file Exhibit 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 2-3, 2-4, 2-5, 2-14, 2-15, 2-16, 3-4, 3-4, 3-6, 3-7, 3-8, and 5-4 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5 is GRANTED.

Defendant's request to file the portions of Oracle's Motions in Limine, Google's Motions in Limine, and Oracle's Opposition to Google's Motions in Limine containing the above information is GRANTED.

Defendant's request to file Exhibits 10, 15, 16, 30, and 32 to Declaration of Daniel Purcell In Support of Google Inc's Motions in Limine is GRANTED.

Defendant's request to file the portions of Oracle's Motions in Limine, Google's Motions in Limine, and Oracle's Opposition to Google's Motions in Limine containing the above information is GRANTED.

Dated: _____, 2011

_____
Honorable William Alsup
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA
pa- 1490802

1