1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTOROLA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

1  On October 7, 2011, Plaintiff Oracle America, Inc. ("Plaintiff") and Defendant Google, Inc. ("Defendant") filed a Request to file documents under seal. Having considered the request, I find that good cause appears to grant the request.

IT IS HEREBY ORDERED THAT:

Motorola, Inc.'s request to file Exhibit 5-4 to the Declaration of Ruchika Agrawal in Support of Oracle America, Inc.'s Opposition to Google's Motions in Limine Nos. 1 through 5 is GRANTED.

Motorola, Inc.'s request to file the portions of Oracle's Opposition to Google's Motion in Limine No. 5 containing the above information is GRANTED.

Dated: _____, 2011

                                        Honorable William Alsup
                                        United States District Judge

[PROPOSED] ORDER GRANTING MOTOROLA'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV 10-03561 WHA
pa- 1490803

1