MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF RUCHIKA AGRAWAL IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITIONS TO GOOGLE'S MOTIONS *IN LIMINE* NOS. 1 THROUGH 5** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

1    I, Ruchika Agrawal, declare as follows:

2         I am an attorney at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle

3    America, Inc. ("Oracle").  I have personal knowledge of the matters set forth herein and, if called

4    to testify, could and would testify competently to the following.

5         1.     Attached hereto as **Exhibit 1-1** are true and correct copies of excerpts of the

6    transcript of the deposition of Tim Lindholm taken on September 7, 2011.

7         2.     Attached hereto as **Exhibit 1-2** is a true and correct copy of a document produced

8    by Google in this case bearing production number GOOGLE-12-00000115.

9         3.     Attached hereto as **Exhibit 1-3** is a true and correct copy of a document produced

10   by Google in this case bearing production number GOOGLE-14-00001233.

11        4.     Attached hereto as **Exhibit 1-4** is a true and correct copy of a document produced

12   by Google in this case bearing bates number GOOGLE-00001772 through Google-00-00001781.

13        5.     Attached hereto as **Exhibit 1-5** is a true and correct copy of a document produced

14   by Google in this case bearing production number GOOGLE-12-00000472 through GOOGLE-

15   12-00000476.

16        6.     Attached hereto as **Exhibit 1-6** is a true and correct copy of a document produced

17   by Google in this case bearing production number GOOGLE-12-00000656.

18        7.     Attached hereto as **Exhibit 1-7** is a true and correct copy of a document produced

19   by Google in this case bearing production number GOOGLE-12-00018231.

20        8.     Attached hereto as **Exhibit 1-8** is a true and correct copy of a document produced

21   by Google in this case bearing production number GOOGLE 01-00018836.

22        9.     Attached hereto as **Exhibit 1-9** is a true and correct copy of a document produced

23   by Google in this case bearing production number GOOGLE-12-00078864 through GOOGLE-

24   12-00078865.

25        10.    Attached hereto as **Exhibit 1-10** is a true and correct copy of a document produced

26   by Google in this case bearing production number GOOGLE-12-10000011.

27        11.    Attached hereto as **Exhibit 1-11** are true and correct copies of excerpts of the

28   transcript of the deposition of Jeef Kaul taken on August 5, 2011.

12.     Attached hereto as **Exhibit 1-12** are true and correct copies of excerpts of the transcript of the deposition of Hasan Rizvi taken on July 28, 2011.

13.     Attached hereto as **Exhibit 2-1** is a true and correct copy of an excerpt of Android Designing for Performance available at http://developer.android.com/guide/practices/design/performance.html.

14.     Attached hereto as **Exhibit 2-2** is a true and correct of copy of an excerpt of Android 2.2 Platform Highlights available at http://developer.android.com/sdk/android-2-2-highlights.html.

15.     Attached hereto as **Exhibit 2-3** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-04-00055098 through GOOGLE-04-00055099.

16.     Attached hereto as **Exhibit 2-4** are true and correct copies of excerpts of the transcript of the deposition of Daniel Morrill taken on July 12, 2011.

17.     Attached hereto as **Exhibit 2-5** are true and correct copies of excerpts from the Opening Expert Report of John C. Mitchell Regarding Patent Infringement, dated August 8, 2011.

18.     Attached hereto as **Exhibit 2-6** are true and correct copies of excerpts of the transcript of the deposition of John C. Mitchell taken on September 6, 2011.

19.     Attached hereto as **Exhibit 2-7** are true and correct copies of excerpts of the Summary and Report of Robert ("Bob") G. Vandette, dated August 8, 2011.

20.     Attached hereto as **Exhibit 2-8** are true and correct copies of excerpts of the Summary and Report of Noel Poore, dated August 8, 2011.

21.     Attached hereto as **Exhibit 2-9** are true and correct copies of excerpts of the Summary and Report of Erez Landau, dated August 8, 2011.

22.     Attached hereto as **Exhibit 2-10** are true and correct copies of excerpts of the transcript of the deposition of Erez Landau taken on September 14, 2011.

23.     Attached hereto as **Exhibit 2-11** are true and correct copies of excerpts of the transcript of the deposition of Robert G. Vandette taken on September 7, 2011.

1    24.    Attached hereto as **Exhibit 2-12** are true and correct copies of excerpts of the

2    transcript of the deposition of Noel Poore taken on September 7, 2011.

3    25.    Attached hereto as **Exhibit 2-13** is a true and correct copy of an excerpt of

4    Android Developers Blog: Dalvik JIT available at http://android-

5    developers.blogspot.com/2010/05/dalvik-jit.html.

6    26.    Attached hereto as **Exhibit 2-14** s a true and correct copy of a document produced

7    by Google in this case bearing production number GOOGLE-02-00465974 through GOOGLE-

8    02-00465975.

9    27.    Attached hereto as **Exhibit 2-15** is a true and correct copy of a document produced

10   by Google in this case bearing production number GOOGLE-06-00238120 through GOOGLE-

11   06-00238121.

12   28.    Attached hereto as **Exhibit 2-16** is a true and correct copy of a document produced

13   by Google in this case bearing production number GOOGLE-04-00083077.

14   29.    Attached as **Exhibit 2-17** is a true and correct copy of an excerpt of Android

15   Developers Blog: Nexus One Developer Phone available at http://android-

16   developers.blogspot.com/2010/08/nexus-one-developer-phone.html.

17   30.    Attached hereto as **Exhibit 3-1** is a true and correct copy of a letter I received via

18   e-mail from Christa Anderson of Keker & Van Nest LLP on September 26, 2011, purporting to

19   submit the Expert Report of Iain M. Cockburn to the Court *in camera*.

20   31.    Attached hereto as **Exhibit 3-2** is a true and correct copy of excerpts from the

21   transcript of the hearing on Google's *Daubert* motion, held in open court on July 21, 2011.

22   32.    Attached hereto as **Exhibit 3-3** is a true and correct copy of a document produced

23   by Oracle in this case bearing production number OAGOOGLE0000357494.

24   33.    Attached hereto as **Exhibit 3-4** is a true and correct copy of a document produced

25   by Google in this case bearing production number GOOGLE-01-00065669.

26   34.    **Exhibit 3-5** was not used.

27

28

35.     Attached hereto as **Exhibit 3-6** is a true and correct copy of excerpts from a document produced by Google in this case bearing production number GOOGLE-26-00031474–497.

36.     Attached hereto as **Exhibit 3-7** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-01-00017222–227.

37.     Attached hereto as **Exhibit 3-8** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-58-00029945.

38.     Attached hereto as **Exhibit 3-9** is a true and correct copy of a document produced by Oracle in this case bearing production number OAGOOGLE0002518850–855.

39.     Attached hereto as **Exhibit 3-10** is a true and correct copy of a document produced by Oracle in this case bearing production number OAGOOGLE0000489235–237.

40.     Attached hereto as **Exhibit 3-11** is a true and correct copy of excerpts from transcript of the deposition of Edward Screven taken on July 29, 2011.

41.     Attached hereto as **Exhibit 4-1** are true and correct copies of excerpts of the transcript of the deposition of Peter Kessler taken on August 4, 2011.

42.     Attached hereto as **Exhibit 4-2** are true and correct copies of excerpts of the transcript of the deposition of John Pampuch taken on July 29, 2011.

43.     Attached hereto as **Exhibit 4-3** are true and correct copies of excerpts of the Expert Report of Dr. Benjamin F. Goldberg Regarding Validity of Patents-In-Suit, submitted to Google on August 25, 2011.

44.     Attached hereto as **Exhibit 5-1** is a true and correct copy of Oracle's Second Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions, dated April 1, 2011.

45.     **Exhibit 5-2** was not used.

46.     Attached hereto as **Exhibit 5-3** is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action dated July 13, 2011.

47.     Attached hereto as **Exhibit 5-4** are true and correct copies of excerpts of the transcript of the deposition of Rafael Camargo, taken September 8, 2011.

1    I declare under penalty of perjury under the laws of the United States that to the best of

2    my knowledge the foregoing is true and correct.  Executed on October 4, 2011, in Palo Alto,

3    California.

4

5                              /s/ *Ruchika Agrawal*
                                Ruchika Agrawal

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28