# EXHIBIT 1-1

# FILED UNDER SEAL