# EXHIBIT 1-3

# FILED UNDER SEAL