# EXHIBIT 1-4

# FILED UNDER SEAL