# EXHIBIT 1-6

# FILED UNDER SEAL