# EXHIBIT 1-7

# FILED UNDER SEAL