# EXHIBIT 1-8

# FILED UNDER SEAL