# EXHIBIT 1-9

# FILED UNDER SEAL