# EXHIBIT 1-10

# FILED UNDER SEAL