# EXHIBIT 2-2

Android 2.2 Platform Highlights | Android Developers                                        Page 3 of 4

### Multiple keyboard languages



Multi-lingual users can add multiple languages to the keyboard and **switch between multiple Latin-based input languages** by swiping across the space bar. This changes the keys as well as the auto-suggest dictionary.

### Improved performance

**Performance of the browser** has been enhanced using the V8 engine, which enables faster loading of JavaScript-heavy pages.

**Dalvik Performance Boost:** 2x-5x performance speedup for CPU-heavy code over Android 2.1 with Dalvik JIT.

The graph to the right shows the performance **speedup** from Android 2.1 to Android 2.2 using various benchmark tests. For example, LinPack is now more than 5 times faster.

**Kernel Memory Management Boost:** Improved memory reclaim by up to 20x, which results in faster app switching and smoother performance on memory-constrained devices.



## New Platform Technologies

### Media framework

- New media framework (Stagefright) that supports local file playback and HTTP progressive streaming
- Continued support for OpenCore in Android 2.2

### Bluetooth

- Voice dialing over Bluetooth
- Ability to share contacts with other phones
- Support for Bluetooth enabled car and desk docks
- Improved compatibility matrix with car kits and headsets

### 2.6.32 kernel upgrade

- HIGHMEM support for RAM >256MB
- SDIO scheduling and BT improvements