# EXHIBIT 2-3

# FILED UNDER SEAL