# EXHIBIT 2-4

# FILED UNDER SEAL