# EXHIBIT 2-5

# FILED UNDER SEAL