# EXHIBIT 2-10

Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5     ------------------------
 6     ORACLE AMERICA, INC.,    )
 7         Plaintiff,           )
 8     vs.                      ) No. CV 10-03561 WHA
 9     GOOGLE, INC.,            )
10         Defendant.           )
11     ------------------------
12
13               ATTORNEYS' EYES ONLY
14
15         Videotaped Deposition of EREZ LANDAU,
16         taken at 42 Chauncy Street, Boston,
17         Massachusetts, commencing at 9:50 a.m.,
18         Wednesday, September 14, 2011, before
19         Jill Shepherd, RPR, MA-CSR No. 148608,
20         NH-CSR No. 128, CA-CSR No. 13275, CLR,
21         Notary Public.
22
23
24
25     PAGES 1 - 113

                                                Page 1
```

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 2-10**

```
 1   tape two.  We are back on the record.
 2   Q.  To continue where we left off before the
 3       break, let's take a look at paragraph 27 on
 4       page six.  You indicate that you modified
 5       two files for your testing.  One is
 6       RuntimeInit.java and the second one is
 7       AndroidRuntime.cpp; is that right?
 8   A.  Yes.
 9   Q.  Is RuntimeInit that Java part of the accused
10       functionality?
11           MR. PETERS:  Objection.  Form.
12   A.  I want to open now, which is the accused
13       functionality basically is the fork,
14       disabling the fork -- disabling the usage of
15       fork as a standalone operation and move it
16       into fork/exec combination.  When you're
17       using a new process in fork/exec folk, you
18       get disabling of the copy-on-write
19       functionality.  So just looking right now
20       which one of the files was that.
21           One file contains -- both of them I
22       use.  One file is calling the other
23       function, which is the defining the first
24       one.
25           Let me describe it for you.  On
                                              Page 46
```

```
 1       page one of Appendix A, we added a new JNI
 2       function, which is in the RuntimeInit_exec,
 3       which do the exec operation.  The exec
 4       operation disable the fork as a standalone,
 5       and, by this, disable copy-on-write.  So
 6       together they are doing this operation.  The
 7       actual disabling is inside B and A is
 8       calling B.
 9   Q.  A is RuntimeInit.java?
10   A.  Yes.
11   Q.  And B is AndroidRuntime.cpp?
12   A.  Yes.  No, B is AndroidRuntime.cpp.  This
13       is A and this is B [indicating].
14   Q.  I'm sorry.  Right.
15           Are any other files part of the
16       accused functionality?
17           MR. PETERS:  Objection.  Form.
18   A.  Can you -- are there any other files what?
19   Q.  That are part of the accused functionality
20       in Android.
21           MR. PETERS:  Objection.  Form.
22   A.  I was not looking for the accused
23       functionality.  I was looking how to disable
24       it.  It's the actual functionality is
25       composed many places, but I disable only in
                                              Page 47
```

```
 1       one place, and it was sufficient.
 2   Q.  Do you know which files are part of the
 3       accused functionality?
 4           MR. PETERS:  Objection.  Form.
 5   A.  I did not study it.
 6   Q.  Do you know if RuntimeInit.java is part of
 7       the accused functionality?
 8           MR. PETERS:  Objection.  Form.
 9   A.  As I was saying, I did not study it.  My
10       task was only to disable it.
11   Q.  You modified RuntimeInit.java, correct?
12   A.  Yes.
13   Q.  Do you know if that file was part of the
14       accused functionality before you modified
15       it?
16           MR. PETERS:  Objection.  Form.
17   A.  You asked me this question -- this is the
18       third time you ask me.  I say I don't know.
19   Q.  Okay.
20           Did your modifications disable the
21       whole preloader?
22           MR. PETERS:  Objection.  Form.
23   A.  What do you mean by "preloader"?  In which
24       context?
25   Q.  When the zygote starts up, it preloads a
                                              Page 48
```

```
 1       number of frameworks into memory; is that
 2       correct?
 3           MR. PETERS:  Objection.  Form.
 4   A.  You also do that.  This is not the only
 5       thing it does.
 6   Q.  It is one of the functions that it performs;
 7       is that correct?
 8           MR. PETERS:  Objection.  Form.
 9   A.  Correct.
10   Q.  And those frameworks that are loaded can be
11       cloned using copy-on-write in Android; is
12       that your understanding?
13           MR. PETERS:  Objection.  Form.
14   A.  Your description of the situation is not
15       precise.
16   Q.  Let me start over then.
17           Does Android have a preloader?
18           MR. PETERS:  Objection.  Form.
19   A.  Preloader is used in several places in
20       different contexts.  This is why I ask you
21       what context you are referring.
22   Q.  Do Java virtual machines have a class
23       preloader?
24           MR. PETERS:  Objection.  Form.
25   A.  Again, same answer.  Preloader is not a
                                              Page 49
```

13 (Pages 46 - 49)

```
 1   come to Israel.
 2         MR. PETERS:  I have a few follow-up
 3   questions, Mr. Landau.
 4              * * * * *
 5         EXAMINATION BY MR. PETERS
 6  Q. If you look at Exhibit 496, which is a
 7   document entitled "MtaskClassLoading."
 8  A. The list of class loading?  Yes.  Found it.
 9  Q. This is your program that will load in the
10   classes that are named here in the static
11   stream classes list on the first page?
12  A. Yes.
13  Q. If I could ask you to turn to page 21,
14   please.
15  A. Yes.
16  Q. And here at the bottom of page 21, there's a
17   series of classes that are in the package
18   space
19   org.apatchi.harmony.xnet.provider.jsse.
20       Do you see those?
21  A. Yes.
22  Q. So when your test program loads, it will
23   load those classes; is that correct?
24  A. It can only load them.  It cannot execute
25   them.
                                    Page 106
```

```
 1  Q. But what will it do with any sort of static
 2   initialization methods that may be present
 3   when it initializes the classes, when the
 4   classes are loaded?
 5  A. In the 4.8, I don't think it's been done.
 6   I'm not sure about this.  Anyway, this is
 7   not a message you get over there -- from the
 8   log.  The message in the log is not due to
 9   that.
10  Q. So there's -- so in your view, there's no
11   relationship between the loading of the
12   classes and the log message in Exhibit 499?
13  A. It could be.  I would say it's not.  It
14   could be.
15  Q. Okay.
16       If I could ask you to turn to page two
17   of Exhibit 496, MtaskClassLoading.java.
18  A. Which one?  The same one?
19  Q. Yes.  Page two.
20       So here do you see a series of classes
21   all beginning the name "android.bluetooth"?
22  A. Yes.
23  Q. And the last one on that list is
24   "android.bluetooth.ScoSocket"?
25  A. Yes.
                                    Page 107
```

```
 1  Q. Is there any relationship between your test
 2   program loading that class and the
 3   bluetooth.ScoSocket entries -- in the log
 4   entry of Exhibit 499?
 5  A. In the Bluetooth case it's likely that you
 6   are right, but we have to verify this in the
 7   code.
 8  Q. So it could be not accidental that these log
 9   entries relating to bluetooth.ScoSocket
10   appear in the log because of the loading of
11   the class ScoSocket?
12  A. It could be.  We have to check it.
13  Q. Speaking more generally about the tests that
14   you and your team ran, would you say that
15   the tests that are described in your report
16   and you've testified about today, are they
17   representative of the kind of performance
18   testing that you and your team members do in
19   your everyday work?
20  A. Yes.  This is a typical scenario of work
21   that we are doing.
22  Q. Okay.
23       And when you do your work, do you
24   normally rely on your colleagues like Seeon
25   to help you do your work?
                                    Page 108
```

```
 1  A. I assist a lot of and -- I am being assisted
 2   a lot with hands-on work with other of
 3   the -- I'm supervising quite multiple
 4   projects.
 5  Q. Is there anything about the projects that
 6   you did in your analysis of Android that you
 7   would say is not typical of the kinds of
 8   testing you do in the Java environment?
 9  A. No.  We use normal methods that -- normal
10   procedure.
11  Q. Okay.
12         MR. PETERS:  Thank you, Mr. Landau.
13         THE VIDEOGRAPHER:  The time is
14   1:34 p.m.  This is the end of tape three,
15   and the deposition is concluded, and we are
16   off the record.
17       (Whereby the proceedings were
18       concluded at 1:34 p.m.)
19
20
21
22
23
24
25
                                    Page 109
```

28 (Pages 106 - 109)

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 2-10**