# EXHIBIT 2-11

Highly Confidential - Attorneys' Eyes Only

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   -------------------------
 6   ORACLE AMERICA, INC.,    )
 7        Plaintiff,          )
 8   vs.                      ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,            ) VOLUME I
10        Defendant.          )
11   -------------------------
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       Videotaped Deposition of ROBERT VANDETTE,
16       taken at 42 Chauncy Street, Boston,
17       Massachusetts, commencing at 10:02 a.m.,
18       Wednesday, September 7, 2011, before
19       Jill Shepherd, RPR, MA-CSR No. 148608,
20       NH-CSR No. 128, CA-CSR No. 13275, CLR,
21       and Notary Public.
22
23
24
25   PAGES 1 - 124

                                              Page 1
```

**EXHIBIT 2-11**

Highly Confidential - Attorneys' Eyes Only

Page 42

1  preserve the objection.  I don't believe
2  this was produced to Oracle, but perhaps you
3  can confirm that after this deposition and
4  we can take it off line.
5  Q. Are you familiar -- have you seen this
6     presentation before?
7  A. (Witness reviewing document).
8         MS. AGRAWAL: Objection.  Form.
9         MR. FRANCIS: I would note that
10    this presentation is cited in Oracle's claim
11    charts.
12        MS. AGRAWAL: The video?
13        MR. FRANCIS: So you should be
14    familiar with it.
15        MS. AGRAWAL: The video or the
16    actual presentations?
17        MR. FRANCIS: Both, I believe.
18        MS. AGRAWAL: All right.  Let's
19    take it off line.
20 A. (Witness reviewing document).
21     I may have seen a presentation similar
22    to this.  I can't confirm that this is the
23    exact content that I have seen or whether I
24    read through the entire presentation.
25 Q. Okay.  Just for a second, jump to slide 11,

Page 43

1     there's a diagram that's labeled "Dalvik
2     Trace JIT Flow"?
3  A. Okay.
4  Q. Have you seen this before?
5  A. No, I have not.
6  Q. Now looking at slide five, the third point
7     that's listed here, it says, "Typically,
8     less than a third of time spent in the
9     interpreter."
10        Do you see that?
11 A. This is very subjective.
12        Doing what?
13 Q. Do you understand generally what it means?
14    I'm not asking if you agree, but do you
15    understand what it's saying here?
16 A. I would just like to come to your point --
17        MS. AGRAWAL: Objection.  Form.
18 A. -- with the data on this slide that shows
19    that running the checkers, that you're
20    running 93 percent of the time in JIT code
21    cache.  So you are using almost 100 percent
22    of the CPU when you are running checkers, so
23    how do you conclude, then, that one-third of
24    the time you are, on average, in
25    interpreter?

Page 44

1  Q. All I asked if you see this third line, and
2     if you understand what it seems to be
3     saying.  I'm not asking if you agree with
4     it.
5  A. I do not agree with --
6         MS. AGRAWAL: You've got to let me
7     object.  The court reporter has to be able
8     to take it down.  Sorry.
9         Objection.  Form.
10 A. I do see it and I do not agree with it.
11 Q. Have you run any tests to determine what
12    percentage of the time the CPU spends
13    executing byte codes as opposed to natively
14    compiled code?
15        MS. AGRAWAL: Objection.  Form.
16 A. I have performance analysis in the past on
17    our own virtual machines, and it very much
18    depends on the byte codes and the program
19    that you are running whether it spends
20    little or a lot of time in the JIT -- or in
21    executing byte codes, I'm sorry.
22 Q. Maybe we can clarify just a little bit.
23        Your performance report is measuring
24    the performance of the Dalvik Virtual
25    Machine, but not Android operating system

Page 45

1     overall --
2         MS. AGRAWAL: Objection.  Form.
3  Q. -- is that correct?
4         MS. AGRAWAL: Objection.  Form.
5  A. It's difficult to answer that question
6     because the Dalvick Virtual Machine is part
7     of the Android operating system, so which
8     part are you --
9  Q. Is it part of the prior Android operating
10    system?
11        MS. AGRAWAL: Objection.  Form.
12 A. My report states that I disabled much of the
13    Android platform so the CPU was available
14    for executing these benchmarks, so...
15 Q. In a normal environment, is much of the
16    Android platform disabled?
17        MS. AGRAWAL: Objection.  Form.
18 A. In the normal Android platform, there is
19    many Dalvick Virtual Machines running, which
20    could have interfered with my results.
21 Q. In a normal environment, is there anything
22    other than a Dalvik Virtual Machine running
23    on the Android operating system?
24        MS. AGRAWAL: Objection.  Form.
25 A. It's running on top of the Linux kernel, but

12 (Pages 42 - 45)

Highly Confidential - Attorneys' Eyes Only

**Page 82**

1  Q. I'm not asking you for a specific number.
2     Give me a general ballpark figure.
3         MS. AGRAWAL: Objection. Form.
4  A. You are asking me to describe changes or
5     incremental performance improvements in
6     groups that I really wasn't involved in.
7  Q. Turning to page eight, paragraph 28 of your
8     report, you discuss the modifications that
9     you made to conduct your experiments; is
10    that correct?
11 A. Yes.
12 Q. And you created these modifications based on
13    what you were told by Professor Mitchell and
14    Peter Kessler; is that correct?
15        MS. AGRAWAL: Objection. Form.
16 A. Yes. We discussed the functionality, and
17    Peter I both looked through the sources to
18    try to find out how to properly disable this
19    functionality, and we came to a consensus.
20 Q. It appears that you attempted two out of
21    three possible scenarios here?
22 A. That's correct.
23        MS. AGRAWAL: Sorry, objection.
24    Form.
25 Q. The first scenario in paragraph 28 is

**Page 83**

1     building side tables, but not quickening
2     instructions, and the second scenario is not
3     building side tables or quickening
4     instructions; is that correct?
5  A. That's correct.
6  Q. Is there a third possibility of not building
7     side tables, but building quickening
8     instructions?
9         MS. AGRAWAL: Objection. Form.
10 A. The quickening was dependent upon the side
11    table for its implementation in order to
12    avoid, you know, any possible error in the
13    results. We did not want to substantially
14    modify Dalvick in order to try to attempt
15    that. We wanted to restrict our changes to
16    just simple commenting out of code that
17    would provide the before and after.
18 Q. So if it got too complicated, you did not
19    attempt it?
20        MS. AGRAWAL: Objection. Form.
21 A. It's not an issue of complication. It's an
22    issue of possibly altering the Dalvick to
23    the point where I wouldn't be measuring what
24    I wanted to measure.
25 Q. It would be --

**Page 84**

1  A. It would impact the results potentially,
2     since I'd be adding additional functionality
3     to Dalvick that it doesn't currently have.
4  Q. It would, however, be technically possible
5     for someone to do so?
6         MS. AGRAWAL: Objection. Form.
7  A. Let's see. It may be technically possible
8     to build a system that does quickening
9     without side tables, but it would involve
10    adding additional overhead that Dalvick
11    doesn't currently have.
12 Q. In paragraph 36, you state that you did not
13    try running the trace compiler; is that
14    correct?
15 A. Oh, paragraph -- sorry. That is correct,
16    for the same reason that we didn't do the
17    quickening alone.
18 Q. What is the trace compiler?
19        MS. AGRAWAL: Objection. Form.
20 A. That is Dalvick's implementation of a JIT.
21 Q. ==Are you saying that for your performance==
22    ==benchmark regarding the '104 patent you had==
23    ==to disable the JIT?==
24        ==MS. AGRAWAL: Form.==
25 A. ==That's correct.==

**Page 85**

1  Q. ==Do you understand that the JIT is not part==
2     ==of the accused functionality of the '104==
3     ==patent?==
4         MS. AGRAWAL: Objection. Form.
5  A. ==I'm not certain that it isn't somehow==
6     ==involved in some of the claims, but we==
7     ==focused on turning off the functionality in==
8     ==a mode that was possible.==
9  Q. If, in fact, JIT is not part of the accused
10    functionality, then wouldn't disabling it
11    affect the performance of this benchmark?
12        MS. AGRAWAL: Objection. Form.
13 A. I do believe that the numbers would be
14    slightly different; however, the overhead of
15    having to re-resolve all of the classes,
16    fields, and methods is a fixed overhead that
17    the JIT could not compensate for. So I
18    believe the performance reduction or
19    degradation would still be substantial.
20 Q. Despite fixed overhead, you are referring to
21    other aspects of the benchmarking programs
22    might execute faster if the JIT was enabled;
23    is that correct?
24        MS. AGRAWAL: Objection. Form.
25 A. They would be severely diminished by the

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 2-11**

Highly Confidential - Attorneys' Eyes Only

|  |  |
|---|---|
| 1  JIT compiler?<br>2      MS. AGRAWAL: Objection. Form,<br>3   beyond the scope.<br>4  A. I understand that HotSpot method-based JIT<br>5   compiler and Android is a trace-based JIT<br>6   compiler.<br>7  Q. If Android was using a method-based JIT<br>8   compiler, is it your belief that it would<br>9   infringe the patent?<br>10     MS. AGRAWAL: Objection. Form,<br>11  beyond the scope.<br>12 A. You'd have to show me and my team the<br>13  implementation in order to determine that.<br>14 Q. Does HotSpot practice -- strike that.<br>15     Does the HotSpot Just-In-Time compiler<br>16  practice the '205 patent?<br>17     MS. AGRAWAL: Objection. Form,<br>18  beyond the scope.<br>19 A. It's my understanding that this patent was<br>20  issued around the time of early Java, but we<br>21  had alternative -- we had a -- you know, a<br>22  pre-computer HotSpot compiler, so it's hard<br>23  to say. My guess, I would believe it would.<br>24 Q. The current HotSpot Just-In-Time compiler<br>25  practices the '205 patent?<br>Page 98 | 1   -Xint:fast mode and the -Xint:jit mode for<br>2   the interpreter versus the JIT-enabled<br>3   results.<br>4  Q. Paragraph 49, you say, "These tests show the<br>5   performance difference that JIT provides<br>6   above and beyond interpreter only"; is that<br>7   correct?<br>8  A. Yes.<br>9  ==Q. Is the accused functionality the entire JIT==<br>10  ==or only a specific portion within the JIT?==<br>11     ==MS. AGRAWAL: Objection. Form.==<br>12 ==A. As I understand it, it's the technique used==<br>13  ==to store the results of the JIT and such.==<br>14  ==If you are unable to store the results of==<br>15  ==the trace JIT, you wouldn't have a JIT;==<br>16  ==therefore, disabling the JIT is comparable==<br>17  ==to disabling the patent.==<br>18 Q. Are there other ways to store the results of<br>19  the JIT?<br>20     MS. AGRAWAL: Objection. Form,<br>21  beyond the scope.<br>22 A. I don't know. You are asking: Are there<br>23  other ways to store the results that are not<br>24  infringing? Is that what you are asking me?<br>25 Q. I'm asking you: Is the only way to<br>Page 100 |
| 1      MS. AGRAWAL: Objection. Form,<br>2   beyond the scope, and calls for a legal<br>3   conclusion.<br>4  A. From my understanding, I believe it does.<br>5  Q. Did you try comparing the performance of a<br>6   current HotSpot Just-In-Time compiler with<br>7   one that existed before the '205 patent?<br>8      MS. AGRAWAL: Objection. Form,<br>9   beyond the scope.<br>10 A. From my report, I measured the current<br>11  HotSpot implementation.<br>12 Q. Looking at page 18 of your report, the chart<br>13  here is entitled "Android CaffeineMark JIT<br>14  Improvement Results."<br>15     Does this reflect the difference<br>16  between running Android with and without a<br>17  JIT?<br>18     MS. AGRAWAL: Objection. Form.<br>19     I also just note for the record that<br>20  we produced this to Google in color, and so<br>21  this isn't the original that was -- the<br>22  report wasn't what was given to Google; but<br>23  you can answer the question.<br>24 A. The command that I used to execute is in the<br>25  report. It's on paragraph 49. I used<br>Page 99 | 1   implement a JIT is by using the '205 patent?<br>2      MS. AGRAWAL: Objection. Form,<br>3   beyond the scope.<br>4  A. I don't know.<br>5  Q. If there was a way to implement a JIT<br>6   without practicing the '205 patent, would it<br>7   make sense to benchmark the performance<br>8   between that JIT and the current Android JIT<br>9   that Oracle alleges infringes the '205<br>10  patent?<br>11     MS. AGRAWAL: Objection. Form,<br>12  beyond the scope.<br>13 A. You are asking me to speculate on something<br>14  which I have already stated that I don't<br>15  know how you would do. So, again, the<br>16  answer is, I don't know.<br>17 Q. In paragraph 53, you say, "Before starting<br>18  each benchmark run, the script cleans out<br>19  the dalvik-cache."<br>20     Do you see that?<br>21 A. Yes.<br>22 Q. What is in the dalvik-cache?<br>23     MS. AGRAWAL: Objection. Form.<br>24 A. The dalvik-cache contains an optimized<br>25  version of the dex file, and if you run --<br>Page 101 |

26 (Pages 98 - 101)