# EXHIBIT 2-12

Highly Confidential - Attorneys' Eyes Only

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   -------------------------
 6   ORACLE AMERICA, INC.,     )
 7        Plaintiff,           )
 8   vs.                       ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,             ) VOLUME I
10        Defendant.           )
11   -------------------------
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15        Videotaped Deposition of NOEL POORE,
16        taken at 42 Chauncy Street, Boston,
17        Massachusetts, commencing at 2:05 p.m.,
18        Wednesday, September 7, 2011, before
19        Jill Shepherd, RPR, MA-CSR No. 148608,
20        NH-CSR No. 128, CA-CSR No. 13275, CLR,
21        and Notary Public.
22
23
24
25   PAGES 1 - 95
```

Page 1

**EXHIBIT 2-12**

Highly Confidential - Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | discussed my report with Mr. Vandette. | 14:36:07 |
| 2 | Q. Did you discuss your report with Erez | 14:36:11 |
| 3 | Landau? | 14:36:17 |
| 4 | MS. AGRAWAL: Objection. Form. | 14:36:18 |
| 5 | A. No. | 14:36:19 |
| 6 | Q. Did you discuss your report with Seeon | 14:36:19 |
| 7 | Birger? | 14:36:22 |
| 8 | MS. AGRAWAL: Objection. Form. | 14:36:22 |
| 9 | A. No. | 14:36:23 |
| 10 | Q. Anyone else you discussed your report with | 14:36:24 |
| 11 | other than Professor Mitchell and | 14:36:30 |
| 12 | Mr. Kessler? | 14:36:32 |
| 13 | MS. AGRAWAL: Objection. Form. | 14:36:33 |
| 14 | A. I don't recall discussing it with anyone | 14:36:33 |
| 15 | else, no. | 14:36:39 |
| 16 | Q. Did you discuss it with some attorneys; is | 14:36:39 |
| 17 | that correct? | 14:36:43 |
| 18 | MS. AGRAWAL: And I caution -- I | 14:36:43 |
| 19 | instruct the witness -- caution the witness | 14:36:44 |
| 20 | not to reveal attorney-client privileged | 14:36:46 |
| 21 | communications; but to the extent you can | 14:36:48 |
| 22 | answer the question with a yes or no, you | 14:36:50 |
| 23 | can answer. | 14:36:52 |
| 24 | A. Yes, I have. I have discussed the report | 14:36:53 |
| 25 | with attorneys, yes. | 14:36:56 |

Page 24

**EXHIBIT 2-12**