# EXHIBIT 2-14

# FILED UNDER SEAL