# EXHIBIT 2-15

# FILED UNDER SEAL