# EXHIBIT 2-16

# FILED UNDER SEAL