# EXHIBIT 3-1

# KEKER & VAN NEST LLP

Christa M. Anderson
(415) 676-2276
canderson@kvn.com

September 26, 2011

**VIA HAND DELIVERY**
**SUBMITTED IN CAMERA—NOT TO BE FILED**

Honorable William Alsup
U. S. District Court
Northern District of California
Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Oracle America, Inc. v. Google Inc.*
      U. S. District Court Case No.:  3:10-cv-03561 WHA

Dear Judge Alsup:

Per the Court's September 23, 2011 Order Requesting Submission of Damages Report, please find enclosed a copy of the Expert Report of Dr. Iain M. Cockburn (Revised September 15, 2011).

Please feel free to contact our office with any questions.

Respectfully submitted,

*/s/ Christa M. Anderson*

CHRISTA M. ANDERSON

cc:  All counsel of record (via e-mail w/o enclosure)