# EXHIBIT 3-2

Pages 1 - 53

United States District Court

Northern District of California

Before The Honorable William Alsup

| | |
|---|---|
| Oracle America, Incorporated,   )<br>    )<br>     Plaintiff,   )<br>    )<br>  vs.   )<br>    )<br>Google, Incorporated,   )<br>    )<br>     Defendant.   )<br>_____) | No. C10-3651 WHA |

San Francisco, California
Thursday, July 21, 2011

**Reporter's Transcript Of Proceedings**

**Appearances**:

For Plaintiff:        Morrison & Foerster, LLP
                      755 Page Mill Road
                      Palo Alto, California  94304
                 **By:  Michael A. Jacobs, Esquire**

For Plaintiff:        Oracle, Incorporated
                      500 Oracle Parkway, M/S 5op7
                      Redwood Shores, California 94065
                 **By:  Matthew Sarboraria, Esquire**

(Appearances continued on next page.)

*Reported By:*        *Sahar Bartlett, RPR, CSR No. 12963*
                      *Official Reporter, U.S. District Court*
                      *For the Northern District of California*

(Computerized Transcription By Eclipse)

9

1    He overlooks the actual negotiations --
2           **THE COURT:** Repeat that last point again about
3    diminimus and -- say that again.  Where did that come from?
4           **MR. VAN NEST:** Yeah, that came from Oracle's
5    representations to the federal regulators when they acquired
6    Sun.  And there was an investigation into whether this was
7    anti-competitive or not, that, hey, we have always licensed
8    Java, we have never refused to license Java, and we have
9    licensed it at diminimus rates.
10          And now you have Dr. Cockburn coming in here and
11   claiming that in a hypothetical negotiation, Google would have
12   agreed to pay 15 to 20 percent of all of its ad revenue off
13   every handset sold by every carrier, not only using Android,
14   but as I understand his report, every other platform as well.
15          Now, the actual negotiations, in the actual
16   negotiations, Sun proposed a royalty all in for three years of
17   a hundred million dollars, and that was rejected by Google.
18   That was offered, according to Dr. Cockburn and according to
19   the evidence --
20          **THE COURT:** Well, what difference does it make?  Why
21   does it matter if Google rejected it?  Google may have been
22   playing -- they may have just been trying to get it on the
23   cheap, that doesn't mean it was reasonable to reject it.
24          **MR. VAN NEST:** No, Your Honor, Your Honor --
25          **THE COURT:** It may mean that the offerer was willing

*Sahar Bartlett, RPR, CSR 12963*
*Official Court Reporter, U.S. District Court*
*(415) 626-6060*

10

1    to take a hundred million, but the rejection means nothing,
2    does it?  What could it possibly mean?
3           **MR. VAN NEST:** Well, it doesn't mean nothing, Your
4    Honor, but your point is well taken; it probably means more
5    that that's what Sun offered, that's what Sun was willing to
6    take.  In other words, in the hypothetical negotiation --
7           **THE COURT:** And then your side -- tell me why there
8    isn't willful infringement here.
9           **MR. VAN NEST:** I will.
10          **THE COURT:** Because you went to get the license, you
11   didn't follow through, and now you got a production out there
12   that is in direct violation of these patents?
13          **MR. VAN NEST:** None of those.
14          **THE COURT:** That's a very hard scenario -- I am
15   going to ask you, but I bet you've never seen that scenario
16   before.  I have not.
17          **MR. VAN NEST:** And you won't see it here, either,
18   Your Honor.
19          **THE COURT:** Well, then, why isn't there willful
20   infringement?
21          **MR. VAN NEST:** I'll explain why.
22          **THE COURT:** All right.  Leave enough time.
23          **MR. VAN NEST:** The negotiation that took place was
24   not a pure licensing negotiation.  And that's been confirmed by
25   all the participants, including Mr. Schwartz, the CEO of Sun at

*Sahar Bartlett, RPR, CSR 12963*
*Official Court Reporter, U.S. District Court*
*(415) 626-6060*

11

1    the time.
2           Google had two essential options in building
3    Android:  They could have entered into a technology partnership
4    with another company and contributed resources and engineers
5    and built Android together, that's what they were discussing,
6    in fact, with Sun.
7           They discussed that same thing, Your Honor, with
8    several other companies that already had virtual machines.  So
9    they went to several companies, not just Sun, and said, do you
10   want to build this project with us together?  We'll provide
11   engineers and technology, you provide engineers and technology,
12   and we'll build the product together and the advantage of that
13   was, it might be a little faster.
14          The other option they had was to build it on their
15   own, build it independently and using their own engineers, own
16   technology and/or licensing technology from other third
17   parties, not -- not just Sun, because many other folks were
18   building virtual machines.
19          What happened was, they couldn't come to terms with
20   Sun -- by the way, in those negotiations, there wasn't any
21   specific discussion of the patents.  Nobody showed them Sun
22   patents.  Nobody said, are you infringing these patents.  They
23   didn't see these Sun patents until Oracle showed them to them a
24   month before --
25          **THE COURT:** Why did they need their license, then?

*Sahar Bartlett, RPR, CSR 12963*
*Official Court Reporter, U.S. District Court*
*(415) 626-6060*

12

1           **MR. VAN NEST:** They were negotiating a technology
2    partnership, they were negotiating an agreement.  They weren't
3    coming to say, we need a license to your technology, they were
4    coming to say, we have a product and a project we would like to
5    build, we would like to build it together, you guys have
6    technology that might be useful, we have technology that might
7    be useful, let's partner together and build it.
8           And that is what was being proposed in 2005 and 2006
9    in these discussions we've been talking about.  That was not
10   acceptable, ultimately, either to Google or to Sun, they
11   couldn't reach term on that.  So Google went out, they built
12   their own.  They used a clean-room environment.  They didn't
13   look at any of these Sun patents we're talking about.
14          And the kicker is, Your Honor, discussions
15   continued, there were further discussions; Sun became more and
16   more and more interested in getting on the Android bandwagon.
17          So when Android was announced in 2007, Sun didn't
18   throw up their hands and say, oh, my gosh, you're infringing,
19   Sun congratulated Google on Android, welcomed Android to the
20   Java community, put Android on Sun products, asked Google how
21   they could help Android.
22          The whole point was that Android was something that
23   Sun saw, then, as beneficial to them, something that would
24   spread the news and the word about Java.  They didn't come in
25   in 2007 --

*Sahar Bartlett, RPR, CSR 12963*
*Official Court Reporter, U.S. District Court*
*(415) 626-6060*

Exhibit 3-2