# EXHIBIT 3-3

**From:**    Vineet Gupta - OEM Software Sales CTO/Worldwide SE Director <vineet.gupta@sun.com>
**Sent:**    Wed Feb 08 2006 12:17:53 PST
**To:**      Andy Rubin <arubin@google.com>
**CC:**
**Subject:**  Sun Confidential: Sun financial proposal
**Attachments:**

**Importance:**   Normal
**Priority:**     Normal
**Sensitivity:**  None

Andy,

As discussed, I understand that this will probably be the hardest part -
but we will need to work it out between us. To ensure success of the
joint project, to cover the loss of revenue - one that we really cannot
afford in the current economic condition, to fund the resources required
to change the business where we are today to something unknown and
untested - requires us to be pragmatic and ensure that all bases are
covered for all of us to be successful.

The deal on the table as it stands currently is:

*For the 2 financial parts:*

*A) $20 Million per year for 3 year*

*B) Additionally for Revenue share:*

*10% of revenue generated by Google on handsets running **"Open Source
Java Linux Mobile Platform" or derivatives with a cap of $25 Million a
year* (when and if google monetizes - then this becomes effective. We
added the cap as per Rich's request).

We should chat about this seperately as well.

Thanks,
=-Vineet

--
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
Vineet Gupta
WorldWide Sr. Director
Chief Strategy/Technology officer
OEM Software Systems Engineering
SUN Microsystems
Vineet.Gupta@Sun.Com
(408)404-8950
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

Exhibit 3-3

CONFIDENTIAL                                                                  OAGOOGLE0000357494