# EXHIBIT 3-4

# FILED UNDER SEAL