# EXHIBIT 3-5

# NOT USED