# EXHIBIT 3-6

# FILED UNDER SEAL