# EXHIBIT 3-7

# FILED UNDER SEAL