# EXHIBIT 3-8

# FILED UNDER SEAL