# EXHIBIT 4-1

Highly Confidential - Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5       _____
 6       ORACLE AMERICA, INC.,    )
 7              Plaintiff,        )
 8         vs.                    ) No. CV 10-03561 WHA
 9       GOOGLE, INC.,            )
10              Defendant.        )
11       _____)
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       Videotaped Federal Rule 30(b)(6) Deposition
16       of PETER B. KESSLER, Ph.D., taken at 755 Page
17       Mill Road, Palo Alto, California, commencing
18       at 9:39 a.m., Thursday, August 4, 2011, before
19       Leslie Rockwood, RPR, CSR No. 3462.
20
21
22
23
24
25       PAGES 1 - 208
```

Page 1

Highly Confidential - Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | position is that the JDK does practice the '205. | |
| 2 | Q.  BY MR. KAMBER:  What is the basis for that | |
| 3 | belief? | |
| 4 | MS. AGRAWAL:  Same objection. | |
| 5 | THE WITNESS:  Communication with the | 11:03:02 |
| 6 | attorneys. | |
| 7 | Q.  BY MR. KAMBER:  Do you have any other basis | |
| 8 | for the belief that JDK 1.2 practices the asserted claims | |
| 9 | of the '205 patent? | |
| 10 | MS. AGRAWAL:  Same objections. | 11:03:18 |
| 11 | THE WITNESS:  My understanding of the '205 | |
| 12 | comes from my communications with the attorneys.  And | |
| 13 | using that information, I can look in the source code. | |
| 14 | Q.  BY MR. KAMBER:  I'm not sure I understand | |
| 15 | that answer, Dr. Kessler. | 11:03:39 |
| 16 | My question is:  Do you have any other basis | |
| 17 | besides conversations with counsel to believe that JDK | |
| 18 | 1.2 practices the asserted claims of the '205 patent? | |
| 19 | MS. AGRAWAL:  Same objections. | |
| 20 | THE WITNESS:  In addition to information that | 11:03:55 |
| 21 | I've obtained from the attorneys, I have my reading of | |
| 22 | the code. | |
| 23 | Q.  BY MR. KAMBER:  Which code? | |
| 24 | MS. AGRAWAL:  Same objections. | |
| 25 | THE WITNESS:  In the case of the '205, I | 11:04:11 |

Page 53

Highly Confidential - Attorneys' Eyes Only

```
 1   would think it was the fast_invokevfinal.
 2          Q.  BY MR. KAMBER:  Are there any other -- is
 3   there any other code that you're aware of besides
 4   fast_invokevfinal that Oracle claims practices the '205
 5   patent?                                                    11:04:46
 6          MS. AGRAWAL:  Same objections.
 7          THE WITNESS:  There may well be other
 8   examples of my attorneys' interpretation of the '205 in
 9   the source code, but the one that I know about is in
10   fast_invokevfinal.                                         11:05:07
11          Q.  BY MR. KAMBER:  Okay.  And you -- by "you"
12   you're speaking on behalf of Oracle here today; correct?
13          A.  Yes.
14          Q.  So the only source code that Oracle is taking
15   a position on with respect to whether it practices the    11:05:23
16   '205 patent is the fast_invokevfinal method; correct?
17          MS. AGRAWAL:  Same objection.
18          MR. KAMBER:  Excuse me.  Fast_invokevfinal.
19          THE WITNESS:  V final.
20          MS. AGRAWAL:  Same objections.                     11:05:37
21          THE WITNESS:  That's certainly one of the --
22   so I don't want to limit myself to fast_invokevfinal if
23   there are other instances.
24          Q.  BY MR. KAMBER:  Okay.  But I'm trying to
25   understand.  We're -- I'm here on behalf of my client to  11:05:55
```

Page 54

Highly Confidential - Attorneys' Eyes Only

```
 1         Q.  BY MR. KAMBER:  Is it fair to say that Oracle
 2   can't identify an earlier date of conception for the
 3   invention allegedly set forth in the asserted claims of
 4   the '104 patent?
 5         MS. AGRAWAL:  Objection.  Form.                    16:45:55
 6         THE WITNESS:  I do not know of an earlier
 7   date of conception for the '104.
 8         Q.  BY MR. KAMBER:  Same questions with respect
 9   to reduction to practice.  Is Oracle able to identify any
10   date prior to the date of the patent, the filing of the  16:46:16
11   patent, I should say, at which the inventions allegedly
12   set forth in the asserted claims of the '104 patent were
13   reduced to practice?
14         MS. AGRAWAL:  Objection.  Form.
15         THE WITNESS:  I do not know of any such           16:46:32
16   information.
17         Q.  BY MR. KAMBER:  Which products implement the
18   alleged invention of the '104 patent?
19         MS. AGRAWAL:  Objection.  Form.
20         THE WITNESS:  There's a list of them on           16:47:05
21   page 9 of Exhibit 329.
22         Q.  BY MR. KAMBER:  Is the list on page 9 of
23   Exhibit 329 a complete list of the instrumentalities of
24   Oracle that practice the asserted claims of the '104
25   reissue patent?                                         16:47:30
```

**EXHIBIT 4-1**

Highly Confidential - Attorneys' Eyes Only

```
 1        A.   To my knowledge, it is.
 2        Q.   What is the basis of that knowledge?
 3             MS. AGRAWAL:  Caution the witness not to
 4   reveal attorney-client communications, but to the extent
 5   that you don't, go ahead and answer.                        16:47:46
 6             THE WITNESS:  For some of them, it's my
 7   examination of the source code; for others, it's
 8   conversations with other engineers.
 9        Q.   BY MR. KAMBER:  Okay.  With respect to -- let
10   me ask:  For which products did you do an evaluation of    16:48:06
11   the source code for whether it practices the asserted
12   claims of the '104 reissue patent?
13             MS. AGRAWAL:  Objection.  Form.
14             THE WITNESS:  So the JDK is built on top of
15   the JRE.  I examined the source code for the JRE.  I       16:48:37
16   examined the source code for HotSpot.  And for the
17   others, I relied upon the opinions of other engineers who
18   were more familiar with those source code bases.
19        Q.   BY MR. KAMBER:  Which engineers did you speak
20   to in order to determine whether the instrumentalities     16:48:55
21   listed on page 9 of Exhibit 329 practiced the asserted
22   claims of the '104 patent?
23             MS. AGRAWAL:  Objection.  Form.
24             THE WITNESS:  There are several different
25   products listed here that have different engineers.  I     16:49:21
```

Page 198

Highly Confidential - Attorneys' Eyes Only

```
1   STATE OF CALIFORNIA    ) ss:
2   COUNTY OF MARIN        )
3
4           I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
5   certify:
6           That the foregoing deposition testimony was
7   taken before me at the time and place therein set forth
8   and at which time the witness was administered the oath;
9           That testimony of the witness and all
10  objections made by counsel at the time of the examination
11  were recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16          I further certify that I am neither counsel
17  for any party to said action, nor am I related to any
18  party to said action, nor am I in any way interested in
19  the outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21  this 5th day of August, 2011.
22
23
24                  [signature: Leslie Rockwood]
25          LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 205