# EXHIBIT 4-2

Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4                      ---o0o---
 5
 6   ORACLE AMERICA, INC.,         )
 7          Plaintiff,             )
 8    vs.                          )   No. CV 10-03561 WHA
 9   GOOGLE, INC.,                 )
10          Defendant.             )
11   _____ )
12
13
14
15      CONFIDENTIAL TESTIMONY - ATTORNEYS' EYES ONLY
16    VIDEOTAPED 30(b)(6) DEPOSITION OF ORACLE AMERICA, INC.
17               DESIGNEE:  JOHN PAMPUCH
18                FRIDAY, JULY 29, 2011
19
20
21
22
23
24
25   PAGES 1 - 220
```

Page 1

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 4-2**

Attorneys' Eyes Only

```
 1            Let's move on to the next -- the third      2:13:09PM

 2    topic that you were designated to testify about

 3    today.  And again --

 4        A    Sure.

 5        Q    -- we may jump back to these previous two  2:13:16PM

 6    topics and ask, you know, some questions or to the

 7    extent that there is, you know, relevant questions

 8    that overlaps between the different topics.

 9            MR. FRANCIS:  So I'll identify as

10    Exhibit 273 Defendant Google, Inc.'s Corrected Third  2:13:32PM

11    Notice of Rule 30(b)(6) Deposition of Plaintiff

12    Oracle America, Inc.

13                   (Defendant's Exhibit 273 marked

14                    for identification.)

15    BY MR. FRANCIS:                                      2:13:47PM

16        Q    And if we look at Topic Number 9 on

17    page 3, it states:

18              "The practice of the asserted

19               claims of U.S. Patent No. 5,966,702

20               by JavaOS (including the                  2:14:13PM

21               identification of the specific

22               functionality within JavaOS

23               practicing the claims, the date of

24               the first inclusion of that

25               functionality in JavaOS, and any          2:14:25PM
```

Page 118

Attorneys' Eyes Only

```
 1              public disclosure(s), license(s),          2:14:27PM
 2              sale(s), or offer(s) to license or
 3              sell of JavaOS before October 31,
 4              1996)."
 5              Is that correct?                            2:14:37PM
 6         A    That's what it says.
 7         Q    Do you recognize this document?
 8         A    Yes, I have seen this.
 9         Q    When did you see this?
10         A    Yesterday.                                  2:14:46PM
11         Q    For the first time yesterday?
12         A    Yes.
13         Q    Are you prepared to testify on this topic?
14         A    I can testify about the implementation of
15    the mclass technology in JavaOS and I can talk to     2:15:01PM
16    the dates that that technology became available.
17         Q    Can you talk about the actual asserted
18    claims of the patent, as opposed to just the general
19    technology?
20         A    I've never seen the patent, and I           2:15:25PM
21    certainly don't have the expertise to analyze the
22    patent.
23         Q    Can you testify regarding any public
24    disclosures of JavaOS before October 31, 1996?
25         A    No, not significantly, because I'm not      2:15:53PM
```

Page 119

Attorneys' Eyes Only

```
 1        A     For this topic, no.  I only reviewed the     2:22:35PM
 2   source code myself.
 3        Q     What about for any other topics?
 4        A     Hinkmond Wong I think worked on JavaOS,
 5   and we talked about recovery of the files.              2:22:49PM
 6        Q     But you didn't discuss this topic with
 7   him?
 8        A     Not the implementation, no.
 9        Q     Why not?
10        A     I didn't think it was necessary.  I had --   2:23:02PM
11   you know, the source code is self-explanatory.
12        Q     Do you know if Hinkmond is familiar with
13   the '702 patent?
14        A     I don't know whether he's familiar with it
15   or not.                                                 2:23:22PM
16        Q     You testified that you have never seen the
17   '702 patent; is that correct?
18        A     That's correct.
19        Q     So how are you prepared to testify about
20   the practice of the '702 patent by JavaOS if you        2:23:40PM
21   have never actually seen the patent?
22        A     Well, as I said, I can talk about the
23   implementation that's in JavaOS 1.1.
24        Q     But the topic doesn't ask about the
25   implementation of JavaOS, it asks for -- it asks        2:24:01PM
```

Page 124

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    STATE OF CALIFORNIA      )
                              ) :ss
2    COUNTY OF SAN FRANCISCO  )

3

4        I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand

5    Reporter of the State of California, do hereby certify:

6        That the foregoing proceedings were taken before me

7    at the time and place herein set forth; that any

8    witnesses in the foregoing proceedings, prior to

9    testifying, were placed under oath; that the verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14       I further certify that I am neither financially

15   interested in the action nor a relative or employee of

16   any attorney of any of the parties.

17       IN WITNESS WHEREOF, I have this date subscribed my

18   name.

19

20   Dated: July 30, 2011

21

22

23                    [signature: Kelli Combs]

24                    KELLI COMBS, CSR NO. 7705

25
                                                           216
```

**EXHIBIT 4-2**