# EXHIBIT 5-2

# NOT USED