# EXHIBIT 5-4

# FILED UNDER SEAL