KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
STEVEN A. HIRSCH - #171825
shirsch@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415.391.5400
Fax: 415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**<br><br>Hearing Date: November 17, 2011<br>Time of Hearing: 8 a.m.<br>Judge: Hon. William Alsup<br><br>Date Comp. Filed: October 27, 2010<br>Trial Date: October 31, 2011 |

584558.02

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC'S MOTION TO RETAIN
CONFIDENTIALITY DESIGNATIONS
CASE NO. 3:10-cv-03561-WHA

1   Before this Court is Defendant Google Inc.'s Motion to Retain Confidentiality
2 Designations.  After considering the moving and opposition papers, arguments of counsel, and
3 all other matters presented to the Court, the Court concludes that the documents at issue qualify
4 for designation as "Highly Confidential – Attorney's Eyes Only" under the Stipulated Protective
5 Order in this matter.  Google's motion therefore is granted in its entirety.
6   IT IS SO ORDERED.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC'S MOTION TO RETAIN
CONFIDENTIALITY DESIGNATIONS
CASE NO. 3:10-cv-03561-WHA

584558.02