KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Tel:     415.391.5400
Fax:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:     212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:     415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:     650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF MARK FRANCIS IN SUPPORT OF DEFENDANT GOOGLE INC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**<br><br>Hearing Date: November 17, 2011<br>Time of Hearing:  8 a.m.<br>Judge: Hon. William Alsup<br><br>Date Comp. Filed: October 27, 2010<br>Trial Date: October 31, 2011 |

I, Mark H. Francis, state:

1. I am an associate in the law firm of King & Spalding LLP, counsel for defendant Google Inc. ("Google") in this case. I submit this declaration in support of Google's Motion To Retain Confidentiality Designations. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between outside counsel for Oracle and for Google, regarding Google's designation of GOOGLE-12-100000001 - GOOGLE-12-100000011 "Highly Confidential - Attorney's Eyes Only" under the Stipulated Protective Order in this matter. I was copied on this correspondence as a member of the "dalvik-KS" email grouplist.

3. Pursuant to the Court's order, I conducted a telephonic meet and confer regarding this dispute with Oracle's outside counsel, Alanna Rutherford, on September 28, 2011. During that call, the parties discussed whether Google would permit, as a condition of resolving the dispute, to allow the documents at issue to be shared with a limited number of Oracle in-house counsel and executives despite the AEO designation. Attached as Exhibit B is a true and correct copy of email correspondence memorializing the parties' discussion, Google's indication that it could not agree to the proposal, and Oracle's confirmation that it still wished to challenge Google's designations for the documents at issue.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2011.

By: _____

MARK H. FRANCIS