# Exhibit B

# Francis, Mark

**From:** Alanna Rutherford [ARutherford@BSFLLP.com]
**Sent:** Monday, October 03, 2011 12:56 PM
**To:** Kim, Susan
**Cc:** dalvik-KS; DALVIK-KVN; OracleMoFoServiceList@mofo.com; Oracle-Google
**Subject:** RE: Oracle v. Google - Meet-and-confer

Susan,

As I stated on the phone, we believe that Oracle has explained to you its position innumerable times, not just via phone but in the various motions that have been filed concerning the Lindholm Documents. We believe that you need look no further than our responses to Google's iterative submissions, including most recently Oracle's response to Google's premature précis request to answer any lingering questions you may have.

Regards,

Alanna Rutherford
Boies, Schiller & Flexner LLP
575 Lexington Ave
New York, NY 10022
(212) 446-2300 (main)
(212) 446-2350 (fax)
arutherford@bsfllp.com

---

**From:** Kim, Susan [mailto:SKim@kslaw.com]
**Sent:** Monday, October 03, 2011 12:49 PM
**To:** Alanna Rutherford
**Cc:** dalvik-KS; DALVIK-KVN; OracleMoFoServiceList@mofo.com; Oracle-Google
**Subject:** RE: Oracle v. Google - Meet-and-confer

Alanna,

Thank you for your message.

Please advise whether or not Oracle will provide a statement of what it believes is the need or reason to change the confidentiality designation on the Lindholm documents given the status of this matter and the pending issues relating to these documents, as requested in my message of Thursday evening.

Thanks,
Susan

---

> **From:** Alanna Rutherford [mailto:ARutherford@BSFLLP.com]
> **Sent:** Friday, September 30, 2011 8:33 PM
> **To:** Kim, Susan
> **Subject:** Re: Oracle v. Google - Meet-and-confer
>
> Yes, we still challenge.
>
> Alanna C. Rutherford
> Boies, Schiller & Flexner LLP
> 575 Lexington Avenue, 7th Floor
> New York, NY 10022
> (212) 446-2300 (phone)

(212) 446-2350 (fax)

**From**: Kim, Susan <SKim@kslaw.com>
**To**: Alanna Rutherford
**Cc**: OracleMoFoServiceList@mofo.com <OracleMoFoServiceList@mofo.com>; Oracle-Google; dalvik-KS <dalvik-KS@KSLAW.com>; DALVIK-KVN <DALVIK-KVN@kvn.com>
**Sent**: Thu Sep 29 17:49:27 2011
**Subject**: FW: Oracle v. Google - Meet-and-confer

Alanna,

I write as a follow up to our call earlier today, as you requested. Google cannot agree to your proposal regarding the disclosure of the Lindholm documents (GOOGLE-12-100000001 - GOOGLE-12-100000011). As you know, Google has filed objections to Magistrate Judge Ryu's orders finding that the Lindholm documents were not protected by any applicable privilege or immunity. Because Google believes that the documents are privileged, it cannot consent to your proposed dispensation. Please confirm that Oracle still wishes to challenge the AEO designation of the Lindholm documents and if so, identify the litigation need for lifting the confidential status of the Lindholm documents with only a few weeks remaining before the start of trial.

Susan A. Kim
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: 212.827.4088
Facsimile: 212.556.2222


**From:** Alanna Rutherford [mailto:ARutherford@BSFLLP.com]
**Sent:** Wednesday, September 28, 2011 12:32 PM
**To:** Francis, Mark
**Cc:** Rosaline Chan
**Subject:** RE: Oracle v. Google - Meet-and-confer

Mark,

Per our conversation, please let me know if Google is willing to agree to the following concerning the Lindholm documents (GOOGLE-12-100000001 - GOOGLE-12-100000011):

1. During the pendency of Google's motion for reconsideration of Judge Ryu's order and its motion in limine, Google agrees to give Oracle dispensation to share and discuss the Lindholm documents with Oracle in-house counsel and senior executives involved in the litigation despite the current AEO designation of the Documents.

2. Oracle will not contend that Google's dispensation is in any way a waiver of privilege.

3. Should Google lose its pending motions concerning the Lindholm documents, Google further agrees to dedesignate the Lindholm Documents and remove the recently added "Privileged & Confidential        footer.

Thanks,

Alanna Rutherford
Boies, Schiller & Flexner LLP

575 Lexington Ave
New York, NY 10022
(212) 446-2300 (main)
(212) 446-2350 (fax)
arutherford@bsfllp.com

**From:** Francis, Mark [mailto:MFrancis@KSLAW.com]
**Sent:** Wednesday, September 28, 2011 10:37 AM
**To:** Alanna Rutherford
**Cc:** Oracle-Google; Oracle MoFo Service List; dalvik-KS; DALVIK-KVN
**Subject:** Oracle v. Google - Meet-and-confer

Alanna,

Per the Court's Order, Google would like to meet-and-confer today regarding the Lindholm email.  Are you available for a call at 12 pm ET/9 am PT?

We can use the following dial-in: 877-699-4799; 212-556-2117#

Thank you,

Mark

_____
Mark H. Francis
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2117
(212) 556-2222 (fax)
mfrancis@kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]