[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CASE NO. CV 10-03561 WA (DMR) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS, AND TRIAL BRIEFS** <br><br> Judge: Honorable William Alsup |

## STIPULATION

WHEREAS, pursuant to the Court's scheduling order, and the Court's Order of October 6, 2011, the parties are to file joint jury instructions, briefing on any disputed instructions, proposed verdict forms, proposed voir dire, and a joint pre-trial order, on October 12, 2011;

WHEREAS, the parties have been meeting and conferring in an attempt to work out their differences in the various components of the filing;

WHEREAS, the attorney for Oracle with primary responsibility for negotiating and briefing the jury instructions, who also shares responsibility for the trial brief, is unexpectedly unavailable due to a family medical emergency;

WHEREAS, the Court has indicated that the pre-trial conference that was scheduled for October 17, 2011, will be moved to the afternoon of October 24, 2011; and

WHEREAS, the parties acknowledge and agree that a limited extension of time to file joint jury instructions, briefing on any disputed instructions, proposed verdict forms, and trial briefs will not affect, delay, or push back any other deadlines in this case.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. The parties will continue to meet and confer over the next several days to resolve issues that can be resolved and narrow areas of dispute, and thereafter file the joint jury instructions, briefing on any disputed instructions, proposed verdict forms, and trial briefs on October 14, 2011.

2. No other deadlines in this case will be affected by the foregoing extensions. The parties will file proposed voir dire questions and the joint pre-trial order on October 12, 2011. The parties will not use these extensions to argue for a delay of the trial date or any other deadlines in this case.

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____                    _____
                                         Honorable William Alsup
                                         Judge of the United States District Court

584055.01
STIPULATION TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS, AND TRIAL BRIEFS          1
CASE NO. CV 10-03561 WHA (DMR)

Dated: October 11, 2011

MORRISON & FOERSTER LLP

By: */s/Fred Norton*

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

584055.01
STIPULATION TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS,  AND TRIAL BRIEFS
CASE NO. CV 10-03561 WHA (DMR)

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 11, 2011 | KEKER & VAN NEST LLP |
| 3 | | |
| 4 | | By:  /s/Matthias A. Kamber |
| 5 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 6 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 7 | | canderson@kvn.com<br>710 Sansome Street |
| 8 | | San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 9 | | Facsimile: (415) 397-7188 |
| 10 | | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| 11 | | sweingaertner@kslaw.com<br>ROBERT F. PERRY |
| 12 | | rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*) |
| 13 | | bbaber@kslaw.com<br>1185 Avenue of the Americas |
| 14 | | New York, NY 10036-4003<br>Telephone:  (212) 556-2100 |
| 15 | | Facsimile:   (212) 556-2222 |
| 16 | | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. (SBN 112279) |
| 17 | | fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323) |
| 18 | | csabnis@kslaw.com<br>101 Second Street - Suite 2300 |
| 19 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 20 | | Facsimile:  (415) 318-1300 |
| 21 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 22 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 23 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 24 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 25 | | Facsimile: (650) 328-8508 |
| 26 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 27 | | |
| 28 | | |

584055.01
STIPULATION TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS,  AND TRIAL BRIEFS
CASE NO. CV 10-03561 WHA (DMR)

3

## ATTESTATION

I, Fred Norton, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS. In compliance with General Order 45, X.B., I hereby attest that Fred Norton and Matthias A. Kamber have concurred in this filing.

Date: October 11, 2011                    /s/ _____

584055.01
STIPULATION TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS, AND TRIAL BRIEFS
CASE NO. CV 10-03561 WHA (DMR)

4