1    [counsel listed on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                  | CASE NO. CV 10-03561 WA (DMR)

12              Plaintiff,                  | **STIPULATION AND [PROPOSED]**
                                            | **ORDER TO EXTEND TIME TO**
13        v.                                | **FILE JURY INSTRUCTIONS,**
                                            | **VERDICT FORMS, AND TRIAL**
14   GOOGLE INC.                            | **BRIEFS**

15              Defendant.                  | Judge: Honorable William Alsup

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## STIPULATION

3          WHEREAS, pursuant to the Court's scheduling order, and the Court's Order of October 6,

4  2011, the parties are to file joint jury instructions, briefing on any disputed instructions, proposed

5  verdict forms, proposed voir dire, and a joint pre-trial order, on October 12, 2011;

6          WHEREAS, the parties have been meeting and conferring in an attempt to work out their

7  differences in the various components of the filing;

8          WHEREAS, the attorney for Oracle with primary responsibility for negotiating and

9  briefing the jury instructions, who also shares responsibility for the trial brief, is unexpectedly

10  unavailable due to a family medical emergency;

11          WHEREAS, the Court has indicated that the pre-trial conference that was scheduled for

12  October 17, 2011, will be moved to the afternoon of October 24, 2011; and

13          WHEREAS, the parties acknowledge and agree that a limited extension of time to file

14  joint jury instructions, briefing on any disputed instructions, proposed verdict forms, and trial

15  briefs will not affect, delay, or push back any other deadlines in this case.

16          **NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

17          1.      The parties will continue to meet and confer over the next several days to resolve

18  issues that can be resolved and narrow areas of dispute, and thereafter file the joint jury

19  instructions, briefing on any disputed instructions, proposed verdict forms, and trial briefs on

20  October 14, 2011.

21          2.      No other deadlines in this case will be affected by the foregoing extensions.  The

22  parties will file proposed voir dire questions and the joint pre-trial order on October 12, 2011.

23  The parties will not use these extensions to argue for a delay of the trial date or any other

24  deadlines in this case.

25                                    **ORDER**

26          The foregoing stipulation is approved, and IT IS SO ORDERED.

27

Date: _____          _____
28                                          Honorable William Alsup
                                            Judge of the United States District Court

584055.01
STIPULATION TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS,  AND TRIAL BRIEFS          1
CASE NO. CV 10-03561 WHA (DMR)

1

2      Dated: October 11, 2011                    BOIES, SCHILLER & FLEXNER LLP

3
                                                  By:   /s/Fred Norton
4

5                                                 MORRISON & FOERSTER LLP
                                                  MICHAEL A. JACOBS (Bar No. 111664)
6                                                 mjacobs@mofo.com
                                                  MARC DAVID PETERS (Bar No. 211725)
7                                                 mdpeters@mofo.com
                                                  DANIEL P. MUINO (Bar No. 209624)
8                                                 dmuino@mofo.com
                                                  755 Page Mill Road
9                                                 Palo Alto, CA  94304-1018
                                                  Telephone: (650) 813-5600
10                                                Facsimile: (650) 494-0792

11                                                BOIES, SCHILLER & FLEXNER LLP
                                                  DAVID BOIES (Admitted *Pro Hac Vice*)
12                                                dboies@bsfllp.com
                                                  333 Main Street
13                                                Armonk, NY  10504
                                                  Telephone: (914) 749-8200
14                                                Facsimile: (914) 749-8300
                                                  STEVEN C. HOLTZMAN (Bar No. 144177)
15                                                sholtzman@bsfllp.com
                                                  1999 Harrison St., Suite 900
16                                                Oakland, CA  94612
                                                  Telephone: (510) 874-1000
17                                                Facsimile: (510) 874-1460

18                                                ORACLE CORPORATION
                                                  DORIAN DALEY (Bar No. 129049)
19                                                dorian.daley@oracle.com
                                                  DEBORAH K. MILLER (Bar No. 95527)
20                                                deborah.miller@oracle.com
                                                  MATTHEW M. SARBORARIA (Bar No. 211600)
21                                                matthew.sarboraria@oracle.com
                                                  500 Oracle Parkway
22                                                Redwood City, CA  94065
                                                  Telephone: (650) 506-5200
23                                                Facsimile: (650) 506-7114

24                                                *Attorneys for Plaintiff*
                                                  ORACLE AMERICA, INC.
25

26

27

28

584055.01
STIPULATION TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS,  AND TRIAL BRIEFS                    2
CASE NO. CV 10-03561 WHA (DMR)

1

Dated: October 11, 2011                    KEKER & VAN NEST LLP

2

3
                                           By:  */s/Matthias A. Kamber*
4

5                                          KEKER & VAN NEST LLP
                                           ROBERT A. VAN NEST (SBN 84065)
6                                          rvannest@kvn.com
                                           CHRISTA M. ANDERSON (SBN184325)
7                                          canderson@kvn.com
                                           710 Sansome Street
8                                          San Francisco, CA 94111-1704
                                           Telephone: (415) 391-5400
9                                          Facsimile: (415) 397-7188

10                                         KING & SPALDING LLP
                                           SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
11                                         sweingaertner@kslaw.com
                                           ROBERT F. PERRY
12                                         rperry@kslaw.com
                                           BRUCE W. BABER (*Pro Hac Vice*)
13                                         bbaber@kslaw.com
                                           1185 Avenue of the Americas
14                                         New York, NY 10036-4003
                                           Telephone:  (212) 556-2100
15                                         Facsimile:   (212) 556-2222

16                                         KING & SPALDING LLP
                                           DONALD F. ZIMMER, JR. (SBN 112279)
17                                         fzimmer@kslaw.com
                                           CHERYL A. SABNIS (SBN 224323)
18                                         csabnis@kslaw.com
                                           101 Second Street - Suite 2300
19                                         San Francisco, CA 94105
                                           Telephone: (415) 318-1200
20                                         Facsimile:  (415) 318-1300

21                                         GREENBERG TRAURIG, LLP
                                           IAN C. BALLON (SBN 141819)
22                                         ballon@gtlaw.com
                                           HEATHER MEEKER (SBN 172148)
23                                         meekerh@gtlaw.com
                                           1900 University Avenue
24                                         East Palo Alto, CA 94303
                                           Telephone: (650) 328-8500
25                                         Facsimile: (650) 328-8508

26                                         *Attorneys for Defendant*
                                           GOOGLE INC.

27

28

584055.01
STIPULATION TO EXTEND TIME TO FILE JURY INSTRUCTIONS, VERDICT FORMS,  AND TRIAL BRIEFS
CASE NO. CV 10-03561 WHA (DMR)

3

1

2

**ATTESTATION**

3

    I, Fred Norton, am the ECF User whose ID and password are being used to file this

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JURY

5

INSTRUCTIONS, VERDICT FORMS, AND TRIAL BRIEFS.  In compliance with General

6

Order 45, X.B., I hereby attest that Fred Norton and Matthias A. Kamber have concurred in this

7

filing.

8

9

Date:  October 11, 2011                          */s/*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28