1    [counsel listed on signature page]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                    CASE NO. CV 10-03561 WA (DMR)

12              Plaintiff,                   **STIPULATION AND ~~[PROPOSED]~~
                                             ORDER TO EXTEND TIME TO
13        v.                                 FILE JURY INSTRUCTIONS,
                                             VERDICT FORMS, AND TRIAL
14                                           BRIEFS**

15   GOOGLE INC.                             Judge:  Honorable William Alsup

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**STIPULATION**

WHEREAS, pursuant to the Court's scheduling order, and the Court's Order of October 6, 2011, the parties are to file joint jury instructions, briefing on any disputed instructions, proposed verdict forms, proposed voir dire, and a joint pre-trial order, on October 12, 2011;

WHEREAS, the parties have been meeting and conferring in an attempt to work out their differences in the various components of the filing;

WHEREAS, the attorney for Oracle with primary responsibility for negotiating and briefing the jury instructions, who also shares responsibility for the trial brief, is unexpectedly unavailable due to a family medical emergency;

WHEREAS, the Court has indicated that the pre-trial conference that was scheduled for October 17, 2011, will be moved to the afternoon of October 24, 2011; and

WHEREAS, the parties acknowledge and agree that a limited extension of time to file joint jury instructions, briefing on any disputed instructions, proposed verdict forms, and trial briefs will not affect, delay, or push back any other deadlines in this case.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1.      The parties will continue to meet and confer over the next several days to resolve issues that can be resolved and narrow areas of dispute, and thereafter file the joint jury instructions, briefing on any disputed instructions, proposed verdict forms, and trial briefs on October 14, 2011.

2.      No other deadlines in this case will be affected by the foregoing extensions.  The parties will file proposed voir dire questions and the joint pre-trial order on October 12, 2011. The parties will not use these extensions to argue for a delay of the trial date or any other deadlines in this case.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.
**No more extensions will be granted.**

Date:  _October 12, 2011._          _____

Honorable William Alsup
Judge of the United States District Court

1

2    Dated: October 11, 2011                    MORRISON & FOERSTER LLP

3
                                               By:  _/s/Fred Norton_____
4

5                                              MORRISON & FOERSTER LLP
                                               MICHAEL A. JACOBS (Bar No. 111664)
6                                              mjacobs@mofo.com
                                               MARC DAVID PETERS (Bar No. 211725)
7                                              mdpeters@mofo.com
                                               DANIEL P. MUINO (Bar No. 209624)
8                                              dmuino@mofo.com
                                               755 Page Mill Road
9                                              Palo Alto, CA  94304-1018
                                               Telephone: (650) 813-5600
10                                             Facsimile: (650) 494-0792

11                                             BOIES, SCHILLER & FLEXNER LLP
                                               DAVID BOIES (Admitted *Pro Hac Vice*)
12                                             dboies@bsfllp.com
                                               333 Main Street
13                                             Armonk, NY  10504
                                               Telephone: (914) 749-8200
14                                             Facsimile: (914) 749-8300
                                               STEVEN C. HOLTZMAN (Bar No. 144177)
15                                             sholtzman@bsfllp.com
                                               1999 Harrison St., Suite 900
16                                             Oakland, CA  94612
                                               Telephone: (510) 874-1000
17                                             Facsimile: (510) 874-1460

18                                             ORACLE CORPORATION
                                               DORIAN DALEY (Bar No. 129049)
19                                             dorian.daley@oracle.com
                                               DEBORAH K. MILLER (Bar No. 95527)
20                                             deborah.miller@oracle.com
                                               MATTHEW M. SARBORARIA (Bar No. 211600)
21                                             matthew.sarboraria@oracle.com
                                               500 Oracle Parkway
22                                             Redwood City, CA  94065
                                               Telephone: (650) 506-5200
23                                             Facsimile: (650) 506-7114

24                                             *Attorneys for Plaintiff*
                                               ORACLE AMERICA, INC.
25

26

27

28

1

2      Dated: October 11, 2011                    KEKER & VAN NEST LLP

3
                                                  By:  /s/Matthias A. Kamber
4

5                                                 KEKER & VAN NEST LLP
                                                  ROBERT A. VAN NEST (SBN 84065)
6                                                 rvannest@kvn.com
                                                  CHRISTA M. ANDERSON (SBN184325)
7                                                 canderson@kvn.com
                                                  710 Sansome Street
8                                                 San Francisco, CA 94111-1704
                                                  Telephone: (415) 391-5400
9                                                 Facsimile: (415) 397-7188

10                                                KING & SPALDING LLP
                                                  SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
11                                                sweingaertner@kslaw.com
                                                  ROBERT F. PERRY
12                                                rperry@kslaw.com
                                                  BRUCE W. BABER (*Pro Hac Vice*)
13                                                bbaber@kslaw.com
                                                  1185 Avenue of the Americas
14                                                New York, NY 10036-4003
                                                  Telephone:  (212) 556-2100
15                                                Facsimile:   (212) 556-2222

16                                                KING & SPALDING LLP
                                                  DONALD F. ZIMMER, JR. (SBN 112279)
17                                                fzimmer@kslaw.com
                                                  CHERYL A. SABNIS (SBN 224323)
18                                                csabnis@kslaw.com
                                                  101 Second Street - Suite 2300
19                                                San Francisco, CA 94105
                                                  Telephone: (415) 318-1200
20                                                Facsimile:  (415) 318-1300

21                                                GREENBERG TRAURIG, LLP
                                                  IAN C. BALLON (SBN 141819)
22                                                ballon@gtlaw.com
                                                  HEATHER MEEKER (SBN 172148)
23                                                meekerh@gtlaw.com
                                                  1900 University Avenue
24                                                East Palo Alto, CA 94303
                                                  Telephone: (650) 328-8500
25                                                Facsimile: (650) 328-8508

26                                                *Attorneys for Defendant*
                                                  GOOGLE INC.
27

28

**ATTESTATION**

I, Fred Norton, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUT-OFF AND DUE DATES FOR EXPERT REPORTS.  In compliance with General Order 45, X.B., I hereby attest that Fred Norton and Matthias A. Kamber have concurred in this filing.

Date:  October 11, 2011                               _/s/_____