1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

        Plaintiff,

  v.

GOOGLE INC.,

        Defendant.

_____/

No. C 10-03561 WHA

**ORDER CONTINUING MOTION HEARING AND SETTING CASE MANAGEMENT CONFERENCE**

     Due to a congested law-and-motion calendar and an ongoing patent trial, the motion hearing previously set for October 13 is **CONTINUED** to a special setting at **9:30 A.M. ON WEDNESDAY, OCTOBER 19, 2011**.  A case management conference will be held concurrently. Counsel should be prepared to address the following issues:

          1.     How much time the Rule 706 expert will require to complete his work.  In particular, a time estimate for completing an independent damages study as opposed to only critiquing the studies provided by the parties' damages experts.

          2.     The possibility of severing the copyright claim from the patent claims and first conducting a shorter trial on the copyright claim.

          3.     The possibility of general postponement and how best to use any intervening time, for example with respect to motion practice.

1    For the benefit of counsel, please be alerted there is a strong possibility that the final

2    pretrial conference set for October 24 will have to be postponed.  The Court will try to provide

3    counsel with more scheduling information at the October 19 hearing and conference.

4

5    **IT IS SO ORDERED.**

6

7    Dated:  October 12, 2011.



8    WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2