IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER GRANTING LEAVE TO FILE *DAUBERT* MOTION**

    Plaintiff's request for leave to file a motion to strike portions of the expert reports on damages by Dr. Gregory K. Leonard and Dr. Alan J. Cox (Dkt. No. 511) is **GRANTED**. The opening memorandum, which will be limited to fifteen pages, is due on **OCTOBER 21, 2011**. The opposition shall not exceed twenty pages and is due on **October 28, 2011**. The reply shall not exceed five pages and is due on **NOVEMBER 1, 2011**. The Court will then advise whether a hearing will be necessary. Each side may submit no more than 100 pages of evidentiary materials in addition to whatever reports are necessarily relevant.

    The Court recommends that counsel consider making available for deposition some or all of the interviewees on which the witnesses rely and having this agreement worked out before the Court has to rule on the motion. Counsel also should consider whether a reciprocal arrangement might be appropriate if the other side's witnesses also have relied on such interviewees.

    **IT IS SO ORDERED.**

Dated: October 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE