IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO FILE MOTION REGARDING PATENT MARKING** |
| GOOGLE INC., | |
| Defendant. | |

Defendant's request for leave to file a motion for partial summary judgment on damages based on patent marking (Dkt. No. 521) is **GRANTED**. The opening memorandum, which will be limited to ten pages, is due on **OCTOBER 21, 2011**. The opposition shall not exceed fifteen pages and is due on **October 28, 2011**. The reply shall not exceed five pages and is due on **NOVEMBER 1, 2011**. The Court will then advise whether a hearing will be necessary. Each side may submit up to fifty pages of evidentiary materials.

**IT IS SO ORDERED.**

Dated: October 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE