United States District Court
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   ORACLE AMERICA, INC.,                          No. C 10-03561 WHA

8              Plaintiff,

9      v.
                                                   **ORDER GRANTING
10  GOOGLE INC.,                                    LEAVE TO FILE
                                                    MOTION TO STRIKE
11             Defendant.                           "REBUTTAL" REPORTS**

12  _____/

13         Defendant's request for leave to file a motion to strike the "rebuttal" expert reports of

14  Dr. Kenneth Serwin (Dkt. No. 522) is **GRANTED**.  The opening memorandum, which will be

15  limited to ten pages, is due on **OCTOBER 21, 2011**.  The opposition shall not exceed fifteen pages

16  and is due on **October 28, 2011**.  The reply shall not exceed five pages and is due on

17  **NOVEMBER 1, 2011**.  The Court will then advise whether a hearing will be necessary.  Each side

18  may submit up to fifty pages of evidentiary materials in addition to whatever reports are

19  necessarily relevant.  In all briefing, counsel shall be careful in using the words initial, opposition,

20  reply, and rebuttal.

21

22         **IT IS SO ORDERED.**

23

24  Dated:  October 14, 2011.                    _____
                                                WILLIAM ALSUP
25                                              UNITED STATES DISTRICT JUDGE

26

27

28