1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |
| Defendant. | |

1  Plaintiff Oracle America, Inc. ("Oracle") hereby requests permission to lodge the
2  following documents under seal pursuant to the Federal Rule of Civil Procedure 26(c) and Civil
3  Local Rules 7-11 and 79-5:
4    1.   Oracle's Trial Brief.
5    2.   Trial Brief and Exhibits B, C, D, and E to Declaration of Marc David Peters in
6  Support of Oracle's Trial Brief.
7  The documents listed above contain information that has been designated by Defendant
8  Google as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Order
9  Approving Stipulated Protective Order Subject to Stated Conditions entered in this case. (Dkt.
10 No. 68.) Oracle states no position as to whether disclosure of materials marked by Google as
11 Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to
12 Google, and would not oppose an order requiring Google to make that information public.
13 Notice is hereby provided to Google that, pursuant to Civil Local Rule 79-5(d), it must file
14 a declaration supporting the sealability of the above-listed documents and a proposed sealing
15 order.

ORACLE'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1491938

1

| | | |
|---|---|---|
| 1 | Dated: October 14, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Michael A. Jacobs |
| 4 | | MORRISON & FOERSTER LLP |
| | | MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com |
| | | MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com |
| | | DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com |
| | | 755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018 |
| | | Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP |
| | | DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com |
| | | 333 Main Street |
| 12 | | Armonk, NY  10504 |
| | | Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300 |
| | | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com |
| | | 1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612 |
| | | Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION |
| | | DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com |
| | | DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com |
| | | MATTHEW M. SARBORARIA (Bar No. |
| 20 | | 211600) |
| | | matthew.sarboraria@oracle.com |
| 21 | | 500 Oracle Parkway |
| | | Redwood City, CA  94065 |
| 22 | | Telephone: (650) 506-5200 |
| | | Facsimile: (650) 506-7114 |
| 23 | | |
| | | *Attorneys for Plaintiff* |
| 24 | | ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

ORACLE'S ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1491938

2