| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| DANIEL PURCELL - #191424 | BRUCE W. BABER (*Pro Hac Vice*) |
| dpurcell@kvn.com | bbaber@kslaw.com |
| 710 Sansome Street | 1185 Avenue of the Americas |
| San Francisco, CA  94111-1704 | New York, NY 10036-4003 |
| Telephone:  (415) 391-5400 | Telephone:  (212) 556-2100 |
| Facsimile:  (415) 397-7188 | Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| DONALD F. ZIMMER, JR. - #112279 | IAN C. BALLON - #141819 |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS - #224323 | HEATHER MEEKER - #172148 |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| 101 Second Street, Suite 2300 | 1900 University Avenue, Fifth Floor |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone: (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile: (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiff, | **GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTION OF TRIAL BRIEF** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Judge:   The Honorable William Alsup |
| | Trial Date: October 31, 2011 |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby brings this Administrative Motion to Seal the following portions of its Trial Brief:

1. Page 4, lines 8-22;
2. Page 5, lines 8-9;
3. Page 6, lines 10-16;
4. Page 6, lines 20-21;
5. Page 6, line 25 through page 7, line 5;
6. Page 19, lines 12-14; and
7. Page 22, lines 10-12.

These portions of Google's Trial Brief contain information that has been designated by either Google or Oracle America, Inc. ("Oracle") as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case. [Dkt. No. 68.]

Google submits the Declaration of Daniel Purcell ("Purcell Decl.") in support of its motion to seal the Google confidential material contained in its Trial Brief. Purcell Decl. ¶ 2. Google takes no position as to whether disclosure of materials designated by Oracle as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Oracle, and would not oppose an order requiring Oracle to make that information public. *Id.* ¶ 3.

Dated: October 14, 2011                                     KEKER & VAN NEST LLP

                                                            By: */s/ Daniel Purcell*
                                                                DANIEL PURCELL
                                                                Attorneys for Defendant
                                                                GOOGLE INC.