1
2
3
4
5
6
7
8
9
10
11
12

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:    415.391.5400
Facsimile:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:    650.328.8508

13
14

Attorneys for Defendant
GOOGLE INC.

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

SAN FRANCISCO DIVISION

18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF DANIEL PURCELL IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S TRIAL BRIEF**<br><br>Judge:       Hon. William Alsup<br><br>Date Comp. Filed:    October 27, 2010<br><br>Trial Date:       October 31, 2011 |

1    I, Daniel Purcell, declare as follows:

2    1.    I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc.

3    ("Google") in the present case.  I submit this declaration in support of Google's Administrative

4    Motion to Seal Portions of its Trial Brief.  I have knowledge of the facts set forth herein, and if

5    called to testify as a witness thereto could do so competently under oath.

6    2.    Page 4, lines 8-22 of Google's Trial Brief contains information designated by

7    Google as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES

8    ONLY" pursuant to the Order Approving Stipulated Protective Order Subject to Stated

9    Conditions [Dkt. No. 68] governing this case.  This portion of the Trial Brief contains non-public

10   Google information concerning Google's product development strategy.

11   3.    The remaining redactions in the Trial Brief contain information that Oracle has

12   designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES

13   ONLY" pursuant to the Protective Order.  Google takes no position as to whether disclosure of

14   materials designated by Oracle as Confidential or Highly Confidential – Attorneys' Eyes Only

15   material would cause harm to Oracle.

16   I declare under penalty of perjury that the foregoing is true and correct and that this

17   declaration was executed at San Francisco, California on October 14, 2011.

18

19   By:    /s/ Daniel Purcell

20   DANIEL PURCELL

21

22

23

24

25

26

27

28

1

585029.01