| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone:  (415) 318-1200<br>Facsimile:  (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                             Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                             Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**[PROPOSED] ORDER TO SEAL<br>PORTION OF GOOGLE'S TRIAL BRIEF** |

1   Before this Court is Google Inc.'s Motion to Seal Portion of its Trial Brief.  Based on the
2   arguments presented in the motion, the Declaration of Daniel Purcell In Support of Motion to
3   Seal Trial Brief , the pleadings on file, and any other relevant matter, the Court hereby **GRANTS**
4   the motion.
5   The following sections of Google's Trial Brief shall be sealed:  page 4, lines 8-22; page
6   5, lines 8-9; page 6, lines 10-16; page 6, lines 20-21; page 6, line 25 through page 7, line 5; page
7   19, lines 12-14; and page 22, lines 10-12.

9   IT IS SO ORDERED.

12  Dated: _____    _____
13                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE