r

1    MORRISON & FOERSTER LLP
     MICHAEL A. JACOBS (Bar No. 111664)
2    mjacobs@mofo.com
     MARC DAVID PETERS (Bar No. 211725)
3    mdpeters@mofo.com
     DANIEL P. MUINO (Bar No. 209624)
4    dmuino@mofo.com
     755 Page Mill Road
5    Palo Alto, CA  94304-1018
     Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
     BOIES, SCHILLER & FLEXNER LLP
7    DAVID BOIES (Admitted *Pro Hac Vice*)
     dboies@bsfllp.com
8    333 Main Street
     Armonk, NY  10504
9    Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
     STEVEN C. HOLTZMAN (Bar No. 144177)
10   sholtzman@bsfllp.com
     1999 Harrison St., Suite 900
11   Oakland, CA  94612
     Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
     ORACLE CORPORATION
13   DORIAN DALEY (Bar No. 129049)
     dorian.daley@oracle.com
14   DEBORAH K. MILLER (Bar No. 95527)
     deborah.miller@oracle.com
15   MATTHEW M. SARBORARIA (Bar No. 211600)
     matthew.sarboraria@oracle.com
16   500 Oracle Parkway
     Redwood City, CA  94065
17   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18   *Attorneys for Plaintiff*
     ORACLE AMERICA, INC.
19

20                  UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22                    SAN FRANCISCO DIVISION

23   ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

24              Plaintiff,                   **ORACLE AMERICA, INC.'S
                                             CORRECTED ADMINISTRATIVE
25        v.                                 MOTION TO SEAL PORTION OF
                                             TRIAL BRIEF**
26
     GOOGLE INC.                             Dept.: Courtroom 8, 19th Floor
27                                           Judge: Honorable William H. Alsup
              Defendant.
28

ORACLE'S CORRECTED ADMINISTRATIVE MOTION TO SEAL PORTION OF TRIAL BRIEF
CASE NO. CV 10-03561 WHA
pa-1491938

r

1      Plaintiff Oracle America, Inc. ("Oracle") hereby requests permission to lodge portion of

2  Oracle's Trial Brief under seal pursuant to the Federal Rule of Civil Procedure 26(c) and Civil

3  Local Rules 7-11 and 79-5.  The document contains information that has been designated by

4  Defendant Google as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the

5  Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case.

6  (Dkt. No. 68.)  Oracle states no position as to whether disclosure of materials marked by Google

7  as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to

8  Google, and would not oppose an order requiring Google to make that information public.

9      Notice is hereby provided to Google that, pursuant to Civil Local Rule 79-5(d), it must file

10  a declaration supporting the sealability of the above-listed documents and a proposed sealing

11  order.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

r

ORACLE'S CORRECTED ADMINISTRATIVE MOTION TO SEAL PORTION OF TRIAL BRIEF
CASE NO. CV 10-03561 WHA
pa-1491938

1

r

Dated: October 14, 2011

MORRISON & FOERSTER LLP


By:  /s/ Michael A. Jacobs


MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE'S CORRECTED ADMINISTRATIVE MOTION TO SEAL PORTION OF TRIAL BRIEF
CASE NO. CV 10-03561 WHA
pa-1491938

2