IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **NOTICE REGARDING ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

    Both sides seek permission to file a substantial portion of their pretrial submissions under seal (Dkt. Nos. 507, 532, 533, 537). These motions will be addressed at the final pretrial conference. Counsel are advised, however, that unless they identify a limited amount of exceptionally sensitive information that truly deserves protection, the motions will be denied outright. The United States district court is a public institution, and the workings of litigation must be open to public view. Pretrial submissions are a part of trial. "Compelling reasons," which amount to *more* than good cause, must be shown for sealing documents used in dispositive motions and at trial. *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Dated: October 16, 2011.

                                                       WILLIAM ALSUP <br>
                                                       UNITED STATES DISTRICT JUDGE