Lawrence P. Riff (State Bar No. 104826)
Jennifer Bonneville (State Bar No. 243686)
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorney for Third Party
Motorola Mobility, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. 3:10-CV-03561-WHA <br><br> **NOTICE OF APPEARANCE OF THIRD-PARTY MOTOROLA MOBILITY, INC.** <br><br> Judge: Hon. William Alsup <br><br> Date Comp. Filed: October 27, 2010 <br><br> Trial Date: October 31, 2010 |

Third Party Motorola Mobility, Inc., notifies the Court and the parties, through counsel, that these attorneys will appear as Motorola Mobility, Inc.'s counsel of record in this matter:

Lawrence P. Riff (CSBN 104826))
Jennifer B. Bonneville (CSBN 243686)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California  90071
Telephone: (213) 439-9400
Facsimile:  (213) 439-9599
lriff@steptoe.com
jbonneville@steptoe.com

1 | DATED: October 17, 2011

2 | STEPTOE & JOHNSON LLP

3 |

4 | By: _____/s/_____

5 | Lawrence P. Riff
    Jennifer B. Bonneville

6 | Attorneys for Third Party
    MOTOROLA MOBILITY, INC.
NOTICE OF APPEARANCE OF THIRD-PARTY MOTOROLA MOBILITY, INC.
- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2011, I caused the foregoing **Notice of Appearance of Third-Party Motorola Mobility, Inc.**, to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600/Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300

STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000/Facsimile: (510) 874-1460

ORACLE AMERICA CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle America Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200/Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

| | |
|---|---|
| 1 | DONALD F. ZIMMER, JR. (SBN 112279) |
|   | fzimmer@kslaw.com |
| 2 | CHERYL A. SABNIS (SBN 224323) |
|   | csabnis@kslaw.com |
| 3 | KING & SPALDING LLP |
| 4 | 101 Second Street – Suite 2300 |
|   | San Francisco, CA 94105 |
| 5 | Telephone: (415) 318-1200 |
|   | Facsimile: (415) 318-1300 |

SCOTT T. WEINGAERTNER (Pro Hac Vice)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Jennifer B. Bonneville

---

NOTICE OF APPEARANCE OF THIRD-PARTY MOTOROLA MOBILITY, INC.
- 4 -