Thomas G. Pasternak (State Bar No. 6207512)
**STEPTOE & JOHNSON LLP**
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
Phone: (312) 577-1300
Facsimile: (312) 577-1370
Email: tpasternak@steptoe.com

Lawrence P. Riff (State Bar No. 104826)
Jennifer Bonneville (State Bar No. 243686)
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorney for Third Party
Motorola Mobility, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. 3:10-CV-03561-WHA <br><br> **DECLARATION OF THOMAS G. PASTERNAK IN RESPONSE TO THE JOINT ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL (Docket No. 507)** <br><br> Judge:   Hon. William Alsup <br><br> Date Comp. Filed:   October 27, 2010 <br><br> Trial Date:   October 31, 2010 |

I, Thomas G. Pasternak, declare as follows:

    1.    I am a partner at the law firm of Steptoe & Johnson LLP; counsel to Motorola Mobility, Inc., a third party for discovery in the present case. I submit this declaration pursuant to

---

1
**DECLARATION OF THOMAS G. PASTERNAK IN RESPONSE TO THE JOINT ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL (DOCKET NO. 507)**

1  Local Rule 79-5 (d) and paragraph 11 of the Stipulated Protective Order [Docket. Nos. 66 and 68] in
2  response to the Joint Administrative Request to File Documents Under Seal (Docket no. 507). I have
3  knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so
4  competently under oath.

5      2.    On September 8, 2011, Motorola employee Rafael Camargo was deposed in the
6  present litigation. Portions of Mr. Camargo's deposition testimony were designated as "HIGHLY
7  CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the provisions of the Stipulated
8  Protective Order.

9      3.    On October 8, 2011, I was notified via e-mail by Yuka Teraguchi, counsel for
10  plaintiff, that "Oracle's opposition to Google's Motion in Limine No. 5 (recently submitted to the
11  Court under seal) and Exhibit 5-4 contain deposition testimony from Motorola's witness, Mr.
12  Camargo, that Motorola designated Highly Confidential. If Motorola wishes this testimony to
13  remain under seal, it must file a declaration with the Court within 14 days of receiving this notice,
14  pursuant to Paragraph 11(c) of the Protective Order."

15      4.    Attached hereto as Exhibit A is a true and correct copy of Mr. Teraguchi's October 8,
16  2011 email.

17      5.    After reviewing Oracle's opposition to Google's Motion in Limine No. 5 and Exhibit
18  5-4, I determined that the information contained therein was and is highly confidential as defined in
19  the protective order.

20      6.    The information sought to be disclosed relates to the operation of Motorola's
21  handsets and their operation and design and is of a sensitive business nature reflecting competitive
22  and strategy decisions not known outside the confines of the company. Motorola does not disclose
23  the designated material to the public in the normal course of business since it does not relate to an
24  end-user's operation of the handsets. Disclosure of this material would cause great and undue harm
25  to Motorola's business because it would allow its competitors access to the technical design of
26  Motorola's handsets that is not even available by reverse-engineering.

7. Motorola therefore respectfully requests that the information and documents described above are maintained as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order and not made a part of the public record.

8. In support of this request, Motorola attaches hereto as Exhibit B a true and correct copy of a proposed sealing order.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Chicago, Illinois on October 13, 2011.

By:    /s/ Thomas G. Pasternak
         Thomas G. Pasternak

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: [signature]
       Jennifer B. Bonneville

# EXHIBIT "A"

From: Teraguchi, Yuka [mailto:YTeraguchi@mofo.com]<mailto:[mailto:YTeraguchi@mofo.com]>
Sent: Saturday, October 08, 2011 2:46 AM
To: Pasternak, Thomas; Beaber, Jamie
Cc: Muino, Daniel P.; Carnaval, Christopher
Subject: Oracle v. Google, No. 3:10-cv-03561-WHA, Motorola Highly Confidential Information Filed Under Seal

Dear Mr. Pasternak and Mr. Beaber,

We write to notify you that Oracle's opposition to Google's Motion in Limine No. 5 (recently submitted to the Court under seal) and Exhibit 5-4 contain deposition testimony from Motorola's witness, Mr. Camargo, that Motorola designated Highly Confidential. If Motorola wishes this testimony to remain under seal, it must file a declaration with the Court within 14 days of receiving this notice, pursuant to Paragraph 11(c) of the Protective Order.

Please find attached: (1) Protective Order; (2) Google's motion in limine; (3) Oracle's Opposition to Google's motion in limine (redacted information is highlighted in yellow); (4) Exhibit 5-4 (the entire deposition excerpt has been redacted); and (5) parties' joint administrative request to file documents under seal.

<<Protective Order.pdf>> <<2011-10-07 Google MIL 5 - Motorola Mobility.pdf>> <<2011-10-04 Opp to Google MIL 5 (Motorola Mobility, Inc.) HIGHLY CONFIDENTIAL - AEO.pdf>> <<2011-10-04 Exhibit 5-4 HIGHLY CONFIDENTIAL - AEO.pdf>> <<2011-10-04 Parties' Joint Administrative Request to File Documents Under Seal.pdf>>

Best regards,

Yuka Teraguchi
Morrison & Foerster LLP
755 Page Mill Road, Palo Alto, CA 94304
Telephone: 650-813-4219
E-mail: yteraguchi@mofo.com<mailto:yteraguchi@mofo.com>

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT "B"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. 3:10-CV-03561-WHA <br><br> Judge:   Hon. William Alsup <br><br> **[PROPOSED] ORDER** |

In accordance with the provisions of the Stipulated Protective Order [Docket Nos. 66 and 68] and Local Rule 79-5, the Court hereby orders that those portions of Oracle's opposition to Google's Motion in Limine No. 5 and Exhibit 5-4 thereto, which contain or refer to deposition testimony designated Highly Confidential are to be filed and to remain under seal.

DATED: _____, 2011

_____
Hon. William Alsup

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2011, I caused the foregoing **Declaration of Thomas G. Pasternak in Response to the Joint Administrative Request to File Documents Under Seal (Docket No. 507)**, to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600/Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300

STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000/Facsimile: (510) 874-1460

ORACLE AMERICA CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle America Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200/Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

| | |
|---|---|
| 1 | DONALD F. ZIMMER, JR. (SBN 112279) |
| | fzimmer@kslaw.com |
| 2 | CHERYL A. SABNIS (SBN 224323) |
| 3 | csabnis@kslaw.com |
| | KING & SPALDING LLP |
| 4 | 101 Second Street – Suite 2300 |
| | San Francisco, CA 94105 |
| 5 | Telephone: (415) 318-1200 |
| 6 | Facsimile: (415) 318-1300 |
| 7 | SCOTT T. WEINGAERTNER (Pro Hac Vice) |
| | sweingaertner@kslaw.com |
| 8 | ROBERT F. PERRY |
| 9 | rperry@kslaw.com |
| | BRUCE W. BABER (Pro Hac Vice) |
| 10 | bbaber@kslaw.com |
| 11 | KING & SPALDING LLP |
| | 1185 Avenue of the Americas |
| 12 | New York, NY 10036-4003 |
| | Telephone: (212) 556-2100 |
| 13 | Facsimile: (212) 556-2222 |
| 14 | |
| 15 | IAN C. BALLON (SBN 141819) |
| | ballon@gtlaw.com |
| 16 | HEATHER MEEKER (SBN 172148) |
| | meekerh@gtlaw.com |
| 17 | GREENBERG TRAURIG, LLP |
| 18 | 1900 University Avenue |
| | East Palo Alto, CA 94303 |
| 19 | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |
| 20 | |
| | *Attorneys for Defendant* |
| 21 | GOOGLE INC. |

22　　I declare under penalty of perjury under the laws of the United States that the
23　foregoing is true and correct.
24　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer B. Bonneville