UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. 3:10-CV-03561-WHA <br><br> Judge: Hon. William Alsup <br><br> **[PROPOSED] ORDER** |

In accordance with the provisions of the Stipulated Protective Order [Docket Nos. 66 and 68] and Local Rule 79-5, the Court hereby orders that those portions of Oracle's opposition to Google's Motion in Limine No. 5 and Exhibit 5-4 thereto, which contain or refer to deposition testimony designated Highly Confidential are to be filed and to remain under seal.

DATED: _____, 2011

_____
Hon. William Alsup

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2011, I caused the foregoing **[Proposed] Order**, to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600/Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300

STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000/Facsimile: (510) 874-1460

ORACLE AMERICA CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle America Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200/Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

```
1  DONALD F. ZIMMER, JR. (SBN 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (SBN 224323)
   csabnis@kslaw.com
3  KING & SPALDING LLP
4  101 Second Street – Suite 2300
   San Francisco, CA 94105
5  Telephone: (415) 318-1200
   Facsimile: (415) 318-1300
6
7  SCOTT T. WEINGAERTNER (Pro Hac Vice)
   sweingaertner@kslaw.com
8  ROBERT F. PERRY
   rperry@kslaw.com
9  BRUCE W. BABER (Pro Hac Vice)
   bbaber@kslaw.com
10 KING & SPALDING LLP
   1185 Avenue of the Americas
11 New York, NY 10036-4003
12 Telephone: (212) 556-2100
   Facsimile: (212) 556-2222
13
   IAN C. BALLON (SBN 141819)
14 ballon@gtlaw.com
   HEATHER MEEKER (SBN 172148)
15 meekerh@gtlaw.com
16 GREENBERG TRAURIG, LLP
   1900 University Avenue
17 East Palo Alto, CA 94303
   Telephone: (650) 328-8500
18 Facsimile: (650) 328-8508
19
   Attorneys for Defendant
20 GOOGLE INC.
```

21    I declare under penalty of perjury under the laws of the United States that the
22 foregoing is true and correct.

23                                              /s/ Jennifer B. Bonneville