IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING DATES FOR FINAL PRETRIAL CONFERENCE AND JURY TRIAL** |
| GOOGLE INC., | |
| Defendant. / | |

Due to a lengthy criminal trial set to begin on October 24, 2011, the final pretrial conference set for October 24 and the jury trial set to begin on October 31 are both **VACATED**. Dates for the final pretrial conference and trial will be re-set in due course.

**IT IS SO ORDERED.**

Dated: October 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE