**ORIGINAL**

RECEIVED
OCT 20 P 2:03
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William Alsup <br><br> **[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION OF TRUMAN H. FENTON** |

Truman H. Fenton, whose business address and telephone number is:

> King & Spalding LLP
> 401 Congress Avenue
> Suite 3200
> Austin, Texas 78701
> Telephone: (512) 457-2000
> Facsimile: (512) 457-2100

and who is an active member in good standing of the bar of the State of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GOOGLE INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                                                       The Honorable William Alsup
                                                                       United States District Judge

1