**ORIGINAL**

**FILED**
2011 OCT 20 P 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DONALD F. ZIMMER, JR. (SBN 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (SBN 224323)
   csabnis@kslaw.com
3  KING & SPALDING LLP
   101 Second Street - Suite 2300
4  San Francisco, CA 94105
   Telephone: (415) 318-1200
5  Facsimile: (415) 318-1300

6  SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
   sweingaertner@kslaw.com
7  ROBERT F. PERRY
   rperry@kslaw.com
8  BRUCE W. BABER (*Pro Hac Vice*)
   bbaber@kslaw.com
9  KING & SPALDING LLP
   1185 Avenue of the Americas
10 New York, NY 10036-4003
   Telephone: (212) 556-2100
11 Facsimile: (212) 556-2222

12 Attorneys for Defendant
   GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
|---|---|
| Plaintiff, | Honorable Judge William Alsup |
| v. | **APPLICATION OF TRUMAN H. FENTON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| GOOGLE INC., | |
| Defendant. | |

APPLICATION OF TRUMAN H. FENTON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CIVIL ACTION NO. CV10-03561

## APPLICATION OF TRUMAN H. FENTON FOR
## ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 11-3, Truman H. Fenton, an active member in good standing of the Bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Google Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney are:

> Donald F. Zimmer
> KING & SPALDING LLP
> 101 Second Street, Suite 2300
> San Francisco, California 94105
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2011                KING & SPALDING LLP

By: _____
Truman H. Fenton
ATTORNEYS FOR
DEFENDANT GOOGLE INC.

ORIGINAL

RECEIVED
2011 OCT 20 P 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William Alsup <br><br> **[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION OF TRUMAN H. FENTON** |

Truman H. Fenton, whose business address and telephone number is:

> King & Spalding LLP
> 401 Congress Avenue
> Suite 3200
> Austin, Texas 78701
> Telephone: (512) 457-2000
> Facsimile: (512) 457-2100

and who is an active member in good standing of the bar of the State of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GOOGLE INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
The Honorable William Alsup
United States District Judge

1

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611066044
Cashier ID: almaceh
Transaction Date: 10/20/2011
Payer Name: KING AND SPALDING LLP

PRO HAC VICE
 For: TRUMAN H FENTON
 Case/Party: D-CAN-3-11-AT-PROHAC-001
 Amount:        $275.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1131
 Amt Tendered:  $275.00

Total Due:      $275.00
Total Tendered: $275.00
Change Amt:     $0.00

C10-3561 WHA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```