| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second St., Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                         Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                         Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF REID MULLEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION *IN LIMINE* NO. 3**<br><br>Judge:   Hon. William Alsup<br><br>Date Comp. Filed:   October 27, 2010 |

I, Reid Mullen, declare as follows:

1. I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Administrative Motion to Seal Portions of its Supplemental Brief in Support of Motion *in Limine* No. 3. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Exhibit B of the Declaration of Daniel Purcell in Support of Google's Supplemental Brief in Support of Motion *in Limine* No. 3 ("Purcell Decl.") contains confidential information about Google's revenues, costs, and product strategies. Public release of this information would cause great and undue harm to Google. Exhibit B of the Purcell Decl. also contains information that Oracle has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the stipulated protective order in this case. Google takes no position on whether disclosure of Oracle's confidential information would cause harm to Oracle.

3. Exhibit E of the Purcell Decl. contains confidential information about Google's revenues, costs, and product strategies. Public release of this information would cause great and undue harm to Google. Exhibit B of the Purcell Decl. also contains information that Oracle has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the stipulated protective order in this case. Google takes no position on whether disclosure of Oracle's confidential information would cause harm to Oracle.

4. The redacted portions of Google's Supplemental Brief in Support of Motion *in Limine* No. 3, and Exhibits A, C, and D to the Purcell Decl. contain information that Oracle has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the stipulated protective order in this case. Google takes no position as to whether disclosure of that material would cause harm to Oracle.

//

//

//

1

DECLARATION OF REID MULLEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:10-cv-03561-WHA

585775.01

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed at San Francisco, California on October 20, 2011.

By: _____
REID MULLEN