| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| DANIEL PURCELL - #191424 | BRUCE W. BABER (*Pro Hac Vice*) |
| dpurcell@kvn.com | bbaber@kslaw.com |
| 710 Sansome Street | 1185 Avenue of the Americas |
| San Francisco, CA 94111-1704 | New York, NY 10036-4003 |
| Telephone: (415) 391-5400 | Telephone: (212) 556-2100 |
| Facsimile: (415) 397-7188 | Facsimile: (212) 556-2222 |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| DONALD F. ZIMMER, JR. - #112279 | IAN C. BALLON - #141819 |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS - #224323 | HEATHER MEEKER - #172148 |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| 101 Second Street, Suite 2300 | 1900 University Avenue, Fifth Floor |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone: (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile: (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER TO SEAL PORTION OF GOOGLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION *IN LIMINE* NO. 3 AND EXHIBITS TO DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION *IN LIMINE* NO. 3** |
| GOOGLE INC., | |
| Defendant. | |

1

[PROPOSED] ORDER TO SEAL PORTION OF GOOGLE'S SUPPLEMENTAL BRIEF AND EXHIBITS TO
DECLARATION OF DANIEL PURCELL IN SUPPORT OF SUPPLEMENTAL BRIEF
CASE NO. 3:10-cv-03561 WHA

585856.03

1   Before this Court is Google Inc.'s Administrative Motion to Seal.  Based on the
2 arguments presented in the motion, the Declaration of Reid Mullen In Support of Motion to Seal,
3 the pleadings on file, and any other relevant matter, the Court hereby **GRANTS** the motion.
4   The following shall be sealed:  the following sections of Google's Supplemental Brief in
5 Support of Motion *in Limine* No. 3: 2:6, 3:4-9, 3:13-23, 4:1-14, 4:20-25, 5:4-14, 7:17-19, 7:25-
6 26, 8:1-3, 8:6-13, 8:15-22, 9:1-3, 9:5-9, 9:11-12, 10:3-5, 10:8-19, 11:22-23, 12:22-28, 13:1-11,
7 and 15:18-19; Exhibits A, B, C, D and E to the Declaration of Daniel Purcell In Support of
8 Google's Supplemental Brief in Support of Motion *in Limine* No. 3

10   IT IS SO ORDERED.

13 Dated: _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER TO SEAL PORTION OF GOOGLE'S SUPPLEMENTAL BRIEF AND EXHIBITS TO
DECLARATION OF DANIEL PURCELL IN SUPPORT OF SUPPLEMENTAL BRIEF
CASE NO. 3:10-cv-03561 WHA

585856.03