1

2
KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com

3
CHRISTA M. ANDERSON - #184325
canderson@kvn.com

4
DANIEL PURCELL - #191424
dpurcell@kvn.com

5
633 Battery Street
San Francisco, CA  94111-1809

6
Telephone:     415.391.5400
Facsimile:     415.397.7188

7

8
KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice)*
sweingaertner@kslaw.com

9
ROBERT F. PERRY
rperry@kslaw.com

10
BRUCE W. BABER (*Pro Hac Vice)*
1185 Avenue of the Americas

11
New York, NY  10036
Tel:     212.556.2100

12
Fax:     212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:     415.318.1200
Fax:     415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:     650.328.8500
Fax:     650.328-8508

13
Attorneys for Defendant
GOOGLE INC.

14

15
UNITED STATES DISTRICT COURT

16
NORTHERN DISTRICT OF CALIFORNIA

17
SAN FRANCISCO DIVISION

18

19
ORACLE AMERICA, INC.,

20
Plaintiff,

21
v.

22
GOOGLE INC.,

23
Defendant.

24

Case No. 3:10-cv-03561-WHA

**DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION *IN LIMINE* NO. 3 TO EXCLUDE PORTIONS OF COCKBURN REPORT ON DAMAGES**

Judge:     Hon. William Alsup

Date Comp. Filed:     October 27, 2010

25

26

27

28

585759.01

DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL BRIEF
CASE NO. 3:10-cv-03561-WHA

1        I, Daniel Purcell, declare as follows:

2        1.       I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc.

3    ("Google") in the present case.  I submit this declaration in support of Google Inc.'s

4    Supplemental Brief in Support of Motion *in Limine* No. 3 To Exclude Portions of Cockburn

5    Report on Damages.  I have knowledge of the facts set forth herein, and if called to testify as a

6    witness thereto could do so competently under oath.

7        2.       Attached hereto as **Exhibit A** are true and correct copies of excerpted pages from

8    the transcript of the deposition of Dr. Iain M. Cockburn, taken October 17, 2011.

9        3.       Attached hereto as **Exhibit B** is a true and correct copy of Dr. Cockburn's Reply

10   to the report of Google damages expert Dr. Gregory Leonard, dated October 10, 2011.

11       4.       Attached hereto as **Exhibit C** is a true and correct copy of a Sun Microsystems

12   presentation, dated Febraury 2006 and titled "Project Armstrong: Business Model."  This

13   document was produced by Oracle in this case bearing the production numbers

14   OAGOOGLE0100166874 through OAGOOGLE0100166899.

15       5.       Attached hereto as **Exhibit D** is a true and correct copy of a March 20, 2006

16   email from Sun employee Kathleen Knopoff titled "finance preso," which attached the February

17   2006 Project Armstrong presentation attached hereto as Exhibit C.  The March 20, 2006 email

18   was produced by Oracle in this case bearing the production number OAGOOGLE0100166873.

19       6.       Attached hereto as **Exhibit E** is a true and correct copy of Dr. Cockburn's Reply

20   to the report of Google damages expert Dr. Alan Cox, dated October 10, 2011.

21       I declare under penalty of perjury that the foregoing is true and correct and that this

22   declaration was executed at San Francisco, California on October 20, 2011.

23

24                                    By:    /s Daniel Purcell
                                             DANIEL PURCELL

25

26

27

28

1