1  DONALD F. ZIMMER, JR. (SBN 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (SBN 224323)
   csabnis@kslaw.com
3  KING & SPALDING  LLP
   101 Second Street - Suite 2300
4  San Francisco, CA 94105
   Telephone:  (415) 318-1200
5  Facsimile:   (415) 318-1300

6  SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
   sweingaertner@kslaw.com
7  ROBERT F. PERRY
   rperry@kslaw.com
8  BRUCE W. BABER (*Pro Hac Vice*)
   bbaber@kslaw.com
9  KING & SPALDING LLP
   1185 Avenue of the Americas
10 New York, NY 10036-4003
   Telephone:  (212) 556-2100
11 Facsimile:   (212) 556-2222

12 Attorneys for Defendant
   GOOGLE INC.
13

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **APPLICATION OF TRUMAN H. FENTON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| GOOGLE INC., | |
| Defendant. | |

# APPLICATION OF TRUMAN H. FENTON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 11-3, Truman H. Fenton, an active member in good standing of the Bar of the State of Texas, the United States Court of Appeals for the Federal Circuit, the United States District Courts for the Eastern and Western Districts of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Google Inc. in the above- entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney are:

> Donald F. Zimmer
> KING & SPALDING LLP
> 101 Second Street, Suite 2300
> San Francisco, California 94105
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2011                    KING & SPALDING LLP

By: */s/ Truman H. Fenton*
Truman H. Fenton
ATTORNEYS FOR
DEFENDANT GOOGLE INC.

I hereby certify that Truman H. Fenton concurs with the filing of this document.

/s/ Cheryl A. Sabnis
Cheryl A. Sabnis