IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>         Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**[PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION OF TRUMAN H. FENTON** |

Truman H. Fenton, whose business address and telephone number is:

>King & Spalding LLP
>401 Congress Avenue
>Suite 3200
>Austin, Texas 78701
>Telephone: (512) 457-2000
>Facsimile: (512) 457-2100

and who is an active member in good standing of the bar of the State of Texas, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the Eastern and Western Districts of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GOOGLE INC.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____       _____
                              The Honorable William Alsup
                              United States District Judge