KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:   212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:   415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:   650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF ROBERT A. VAN NEST IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT THAT GOOGLE IS NOT LIABLE FOR DAMAGES FOR ALLEGED PATENT INFRINGEMENT THAT OCCURRED BEFORE JULY 20, 2010**<br><br>Hearing Date:　　　TBD<br>Time of Hearing:　TBD<br>Judge:　　　　　　Hon. William Alsup<br><br>Date Comp. Filed:　October 27, 2010<br>Trial Date:　　　　TBD |

DECLARATION OF ROBERT A. VAN NEST IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT THAT GOOGLE IS NOT LIABLE FOR DAMAGES FOR ALLEGED PATENT INFRINGEMENT THAT OCCURRED BEFORE JULY 20, 2010
CASE NO. 3:10-cv-03561-WHA

585751.01

1  I, ROBERT A. VAN NEST, declare as follows:

2  1.  I am an attorney licensed to practice in the State of California, admitted to practice before this Court, and a partner with the law firm of Keker & Van Nest LLP, counsel for defendant Google Inc. ("Google") in this case. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein. I submit this declaration in support of the Motion for Partial Summary Judgment that Google is not Liable for Damages for Alleged Patent Infringement that Occurred Before July 20, 2010.

2.  Attached hereto as **Exhibit A** is a true and correct copy of Oracle's Case Management Statement Selecting Claims for Trial, Document 471, filed September 29, 2011.

3.  Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from Oracle's Second Supplemental Patent Local Rule 3-1 Disclosure.

4.  Attached hereto as **Exhibit C** is a true and correct copy of Oracle's Response to Google's Request for Production No. 4.

5.  Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Benjamin Lee Concerning the August 6, 2010 Email and Drafts Thereof, Document 315, filed August 17, 2011.

6.  Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from Oracle's Trial Brief, Document 536, filed October 14, 2011.

I declare under penalty of perjury that all the foregoing facts are true and correct. This declaration was executed on October 21, 2011, at San Francisco, California.

s/Robert A. Van Nest
Robert A. Van Nest

585751.01

1
DECLARATION OF ROBERT A. VAN NEST IN SUPPORT OF MOTION FOR PARTIAL SUMMARY
JUDGMENT THAT GOOGLE IS NOT LIABLE FOR DAMAGES FOR ALLEGE PATENT INFRINGEMENT
THAT OCCURRED BEFORE JULY 20, 2010
CASE NO. 3:10-cv-03561-WHA