# EXHIBIT B

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **ORACLE'S SECOND SUPPLEMENTAL PATENT LOCAL RULE 3-1 DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | |

ORACLE'S SECOND SUPPLEMENTAL INFRINGEMENT CONTENTIONS
CASE NO. 3:10-cv-03561-WHA
pa-1456177

**G.   Patent Local Rule 3.1(g) — Patentee's Asserted Practice of the Claimed Inventions.[14]**

### 1.   The '104 Reissue Patent

The following instrumentalities of Oracle practice the asserted claims of the '104 reissue patent:

- JDK 1.0 and subsequent versions;
- JRE 1.1.1 and subsequent versions;
- HotSpot 1.0 and subsequent versions;
- Java SE for Embedded 1.4.2_11 and subsequent versions;
- CDC RI 1.0 and CDC-HI 1.0 and subsequent versions of each;
- CDC AMS 1.0, 1.0_1, 1.0_2, Personal Basis and Personal Profile versions;
- CLDC RI 1.0 and CLDC-HI 1.0 and subsequent versions;
- Foundation Profile 1.0 and subsequent versions;
- J2EE 1.2 (later called Java EE) and subsequent versions;
- WTK 1.0 / Java ME SDK 1.0, and subsequent versions of each;
- Java Real Time 1.0 and all subsequent versions;
- Personal Profile HI and RI 1.0 and subsequent versions;
- Personal Basis Profile-HI and RI 1.0 and subsequent versions;
- PersonalJava 1.0 and subsequent versions;
- EmbeddedJava 1.0 and subsequent versions;
- JavaOS 1.0 (all variants, including Java PC) and subsequent versions;
- Java Card connected platform 3.0 and subsequent versions;
- Oracle Java Wireless Client (formerly Sun Java Wireless Client) 1.0 and subsequent versions;

---

[14] Oracle's investigation concerning the identification of instrumentalities that practice the asserted claims of the asserted patents is ongoing.  There have been many different products relating to the Java Platform over the years, each having many versions or variants, and the lists presented below reflect Oracle's diligent efforts in identifying instrumentalities that practice the asserted claims of the asserted patents.

- MIDP 1.0 and subsequent versions.

### 2. The '205 Patent

The following instrumentalities of Oracle practice the asserted claims of the '205 patent:

- JDK 1.2 and subsequent versions;
- JRE 1.2 and subsequent versions;
- HotSpot 1.0 and subsequent versions;
- Java SE for Embedded 1.4.2 and subsequent versions;
- CDC RI 1.0.1 and CDC-HI 1.0 and subsequent versions of each;
- CDC AMS 1.0, 1.0_1, 1.0_2, Personal Basis and Personal Profile versions;
- CLDC RI 1.1.1;
- CLDC-HI 1.0 and subsequent versions;
- Foundation Profile 1.0.2 and subsequent versions;
- J2EE 1.2 (later called Java EE) and subsequent versions;
- Java ME SDK 3.0 EA and subsequent versions;
- Java Real-Time System 1.0 and all subsequent versions;
- Personal Profile HI and RI 1.0 and subsequent versions; and
- Personal Basis Profile HI and RI 1.0 and subsequent versions.

### 3. The '702 Patent

The following instrumentalities of Oracle practice the asserted claims of the '702 patent:

- PersonalJava ("PJava") 1.0 and subsequent versions;
- EmbeddedJava ("EJava") 1.0 and subsequent versions;
- JavaOS 1.0 (and all variants, including Java PC) and subsequent versions;
- CDC RI 1.0 and CDC-HI 1.0, and all subsequent versions of each;
- CDC AMS 1.0, 1.0_1, 1.0_2, Personal Basis and Personal Profile versions;
- CLDC RI 1.1.1 and CLDC-HI 1.0.1, and all subsequent versions of each;
- Personal Profile HI and RI 1.0 and subsequent versions;
- Personal Basis Profile HI and RI 1.0 and subsequent versions;
- Foundation Profile 1.0 and subsequent versions; and

- Java Card platform 2.1 and subsequent versions.

#### 4. The '447 and '476 Patents

The following instrumentalities of Oracle practice the asserted claims of the '447 and '446 patents:

- JDK 1.2 and subsequent versions;
- JRE 1.2 and subsequent versions;
- Java SE for Embedded 1.4.2_11 and subsequent versions;
- CDC RI 1.0 and CDC-HI 1.0, and all subsequent versions of each;
- CDC AMS 1.0, 1.0_1, 1.0_2, Personal Basis and Personal Profile versions;
- Foundation Profile 1.0.2 and subsequent versions;
- J2EE 1.2 (later called Java EE) and subsequent versions;
- Java ME SDK 3.0 EA and subsequent versions;
- Java Real-Time System 1.0 and all subsequent versions;
- Personal Profile HI and RI 1.0 and subsequent versions;
- Personal Basis Profile HI and RI 1.0 and subsequent versions;
- Java Card connected platform 3.0 and subsequent versions.

Additionally, the following instrumentalities of Oracle practice the asserted claims of the '447 patent:

- Oracle Java Wireless Client (formerly Sun Java Wireless Client) 1.1.3 and subsequent versions.

#### 5. The '520 Patent

The following instrumentalities of Oracle practice the asserted claims of the '520 patent:

- CLDC RI 1.1.1;
- Java Card platform 2.1 and subsequent versions; and
- CLDC-HI 1.1.3 and subsequent versions.

#### 6. The '720 Patent

The following instrumentalities of Oracle practice the asserted claims of the '720 patent:

- CDC AMS 1.0, 1.0_1, 1.0_2, Personal Basis and Personal Profile versions.