# EXHIBIT C

1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
5
   BOIES, SCHILLER & FLEXNER LLP
6  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
7  333 Main Street
   Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
10 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
11
   ORACLE CORPORATION
12 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
13 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
14 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
15 500 Oracle Parkway
   Redwood City, CA  94065
16 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
18

19             UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22 ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

23           Plaintiff,                    **ORACLE AMERICA, INC.'S
                                           RESPONSES AND OBJECTIONS TO
24      v.                                 DEFENDANT GOOGLE INC.'S
                                           FIRST SET OF REQUESTS FOR
25 GOOGLE INC.                             PRODUCTION TO PLAINTIFF
                                           ORACLE AMERICA, INC. (NOS. 1-65)**
26           Defendant.
                                           Dept.:  Courtroom 9, 19th Floor
27                                         Judge:  Honorable William H. Alsup

28

1    PROPOUNDING PARTY:    Defendant GOOGLE INC.

2    RESPONDING PARTY:    Plaintiff ORACLE AMERICA, INC.

3    SET NO.:    One (Nos. 1-65)

4    Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff Oracle

5    America, Inc. ("Oracle") hereby submits the following responses and objections to Defendant

6    Google Inc.'s ("Google") First Set of Requests for Production of Documents ("Requests").

7    **REQUEST FOR PRODUCTION NO. 1:**

8    All Documents Relating to the Patents-in-Suit or the Claimed Subject Matter of the

9    Patents-in-Suit, including but not limited to all Documents Relating to the prosecution of the

10    Patents-in-Suit and all Documents Relating to the conception, diligence and/or reduction to

11    practice of any invention(s) allegedly claimed in the Patents-in-Suit.

12    **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

13    Oracle directs Google's attention to Oracle's production pursuant to Patent Local Rule 3-

14    2, which includes documents that relate to the patents in suit and the technology at issue.  Oracle

15    will produce additional non-privileged, non attorney work-product documents found in Oracle's

16    possession, custody, or control through reasonable efforts.

17    Oracle objects to this request on the grounds that "All Documents Relating to" and "the

18    Claimed Subject Matter of the Patents-in-Suit" are vague.  Oracle further objects to this request

19    the extent that it encompasses documents and information protected from discovery by the

20    attorney-client privilege or the attorney work-product doctrine.

21    **REQUEST FOR PRODUCTION NO. 2:**

22    All Documents and Things Relating to Related Patents and/or Applications or any

23    Claimed Subject Matter disclosed by any Related Patents and/or Applications, including but not

24    limited to all Documents Relating to the prosecution of Related Patents.

25    **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

26    Oracle has already produced or will produce U.S. and foreign file histories in its

27    possession, custody or control that can be found through reasonable efforts corresponding to:

28    5,367,685

1    RE36,204

2    RE38,104

3    6,513,156

4    6,910,205

5    5,966,702

6    6,125,447

7    6,192,476

8    6,047,377

9    6,044,467

10   6,061,520

11   7,293,267

12   7,426,720

13   　　　To the extent Google seeks other documents or things, Oracle objects to this request on

14   the grounds that it is unduly burdensome.  Information relating to "Related Patents and/or

15   Applications" is publicly accessible and equally available to Google.  Oracle also objects to this

16   request on the grounds that it is not clear exactly what Google seeks because the request does not

17   describe with reasonable particularity each item or category of items to be inspected as required

18   by Federal Rule of Civil Procedure 34(b)(1)(A).  As to, *e.g.*, "All Documents and Things Relating

19   to Related Patents and/or Applications," "All Documents and Things Relating to . . . any Claimed

20   Subject Matter disclosed by any Related Patents and/or Applications," and "all Documents

21   Relating to the prosecution of Related Patents," Oracle objects to this request as vague and

22   overbroad.  Oracle further objects to this request to the extent that it encompasses documents and

23   information protected from discovery by the attorney-client privilege or the attorney work-

24   product doctrine.

25   **REQUEST FOR PRODUCTION NO. 3:**

26   　　　All Documents and Things Relating to any licenses, assignments of, grants of rights to,

27   covenants not to sue for infringement of, or requests for or negotiations regarding any license of,

28   assignment of, grant of rights to, or covenant not to sue for infringement of, the Patents-in-Suit,

any Related Patents and/or Applications, or the Claimed Subject Matter disclosed in the Patents-in- Suit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Oracle will produce licenses, assignments, grants of rights to, covenants not to sue for infringement of the asserted patents that can be found in its possession, custody, or control through reasonable efforts.  Oracle directs Google to documents evidencing ownership of the patent rights at OAGOOGLE0000053760-53792 and OAGOOGLE0000056022-56028.

To the extent Google seeks other documents or things, Oracle objects to this request on the grounds that it is not clear exactly what Google seeks because the request does not describe with reasonable particularity each item or category of items to be inspected as required by Federal Rule of Civil Procedure 34(b)(1)(A).  As for "all documents and things relating to" such documents, Oracle objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to admissible evidence.  Oracle further objects to this request to the extent that it would encompass documents and information protected from discovery by the attorney-client privilege or the attorney work-product doctrine.

**REQUEST FOR PRODUCTION NO. 4:**

Documents and Things sufficient to Identify every device, system, or product that is or was marked (by Sun, by Oracle or by any other person) with the patent number of any of the Patents-in-Suit or any Related Patents.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Oracle is not aware of any device, system, or product expressly marked with the patent number of any of the Patents-in-Suit or any Related Patents as defined in Oracle's response to Google's request for production no. 2.

**REQUEST FOR PRODUCTION NO. 5:**

All Documents and Things on which Oracle relies in support of its belief, allegation, or contention of infringement of the Patents-in-Suit by Google, including all Documents concerning any opinions, studies, review, analysis, or investigation done at any time regarding whether any claims of the Patents-in-Suit are being or have been infringed by Google, and all documents

1    encompass documents and information protected from discovery by the attorney-client privilege

2    or the attorney work-product doctrine.

3

4    Dated: January 6, 2011                    MICHAEL A. JACOBS
                                               MARC DAVID PETERS
5                                              MORRISON & FOERSTER LLP

6                                              By:  /s/  Richard S. Ballinger
                                                    Richard S. Ballinger
7
                                               *Attorneys for Plaintiff*
8                                              ORACLE AMERICA, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28