KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
STEVEN A. HIRSCH - #171825
shirsch@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Tel:    415.391.5400
Fax:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

Attorneys for Defendant
GOOGLE INC.

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:    650.328-8508

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                         Plaintiff,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                         Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT THAT GOOGLE IS NOT LIABLE FOR DAMAGES FOR ALLEGED PATENT INFRINGEMENT THAT OCCURRED BEFORE JULY 20, 2010**<br><br>Judge:           Hon. William Alsup<br><br>Date Comp. Filed:   October 27, 2010<br>Trial Date:          TBD |

585810.01

1   The Court has read and considered defendant Google Inc.'s Motion for Partial Summary

2   Judgment that Google is not Liable for Damages for Alleged Patent Infringement that Occurred

3   Before July 20, 2010, the Opposition thereto, and the Reply in support of the motion, and all

4   supporting declarations and exhibits submitted with those briefs.

5   Based thereon, [and on statements made by counsel at the hearing on the Motion], the

6   Court hereby GRANTS partial summary judgment that, with respect to patents RE 38,104;

7   5,966,702; 6,061,520; 7,426,720; and 6,192,476, Google is not liable to Oracle for any damages

8   for alleged infringement that occurred before July 20, 2010.

9   IT IS SO ORDERED.

11   HONORABLE WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT THAT GOOGLE IS
NOT LIABLE FOR DAMAGES FOR ALLEGED PATENT INFRINGEMENT THAT OCCURRED BEFORE
JULY 20, 2010
CASE NO. 3:10-cv-03561-WHA

585810.01