**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  October 19, 2011                                    Total Hearing Time: 1 hour 20 minutes

Case No.  C 10-03561 WHA

Title: ORACLE AMERICA, INC.  v.  GOOGLE INC.

Plaintiff Attorney(s): Michael Jacobs; Marc Peters; Steven Holtzman; Meredith Dearborn; Daniel Muino; Fred Norton; Kenneth Kuwayti; Matthew Sarboraria (representative)

Defense Attorney(s): Michael Kwun; Daniel Purcell; Scott Weingaertner; Robert Van Nest; Bruce Baber; Christa Anderson; Renny Hwang (representative); John Cooper (pro bono counsel); Dr. James Carroll (Rule 706 Expert)

Deputy Clerk:  Dawn Toland                          Court Reporter: Sahar Bartlett

**PROCEEDINGS**

1)   Motion - Taken Under Submission

2)   CMC - HELD

Continued to ___ for Fairness Hearing

Continued to ___ for Pretrial Conference

Continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**

Trial and pretrial conference are vacated.