KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:   212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:   415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:   650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER STRIKING TWO "REBUTTAL" DAMAGES REPORTS BY DR. KENNETH SERWIN**<br><br>Judge:     Hon. William Alsup<br><br>Date Comp. Filed:     October 27, 2010 |

1   This matter came before the Court on Google's Motion to Strike Two "Rebuttal"
2  Damages Reports by Dr. Kenneth Serwin ("the Motion").  Based on the arguments presented in
3  Google's Motion, the Opposition thereto, and the Reply in support of the Motion, and all
4  supporting materials and any other relevant matter, the Court hereby **GRANTS** the Motion.
5   The following "rebuttal" reports of Dr. Kenneth Serwin, served by Oracle on October 10,
6  2011, are hereby **STRICKEN**:

- Rebuttal Report of Kenneth S. Serwin To The Expert Report of Alan J. Cox; and
- Expert Rebuttal Report of Dr. Kenneth Serwin to the Expert Report of Dr. Gregory Leonard.

IT IS SO ORDERED,

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE