KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:    650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**GOOGLE INC.'S NOTICE RE ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NOS. 532 and 537)**<br><br>Judge:      Hon. William Alsup<br><br>Date Comp. Filed:     October 27, 2010 |

1  PLEASE TAKE NOTICE THAT Google Inc. ("Google") does not oppose the filing of an
2  unredacted version of Oracle America Inc.'s ("Oracle") Trial Brief [Dkt. No. 536].
3  On October 14, 2011, Oracle filed a redacted version of its Trial Brief. [Dkt. No. 536].
4  Oracle also filed an Administrative Motion to Seal [Dkt. No. 532] and a Corrected
5  Administrative Motion to Seal Portion of Trial Brief [Dkt. No. 537], stating that its Trial Brief
6  contained information that Google had designated as Confidential or Highly Confidential –
7  Attorney's Eyes Only pursuant to the stipulated protective order in this case [Dkt. No 66].
8  Google hereby states that it does not oppose the filing of an unredacted version of
9  Oracle's Trial Brief. Google does not waive, and hereby expressly preserves, its confidentiality
10 designations for all documents it has designated as Protected Material pursuant to the stipulated
11 protective order in this case.
12
13
14 Dated: October 21, 2011                                KEKER & VAN NEST LLP
15
16
17                                                       By: s/ Robert A. Van Nest
                                                             ROBERT A. VAN NEST
                                                             Attorneys for Defendant
18                                                           GOOGLE INC.
19
20
21
22
23
24
25
26
27
28

1
GOOGLE'S NOTICE RE ORACLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
CASE NO. 3:10-cv-03561-WHA

585903.01