MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC._<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF ORACLE AMERICA, INC.'S MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORTS OF GREGORY K. LEONARD AND ALAN J. COX**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Meredith Dearborn, declare as follows:

1. I am an associate with the law firm of Boies, Schiller & Flexner LLP, attorneys for plaintiff Oracle America, Inc. in the above captioned matter, and admitted to practice before this Court.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Gregory K. Leonard, served by Google, Inc. on October 3, 2011. **[SUBMITTED UNDER SEAL**]

4. Attached hereto as Exhibit 2 is a true and correct copy the Expert Report of Dr. Alan J. Cox, served by Google, Inc. on October 3, 2011. **[SUBMITTED UNDER SEAL]**

5. Attached hereto as Exhibit 3 is a true and correct copy of an email chain between Oracle's and Google's counsel with the most recent email dated October 21, 2011. I received this e-mail.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-01-00019527-528, which appears to be an email from Tracey Cole re: Sun meeting, dated October 11, 2005. **[SUBMITTED UNDER SEAL]**

7. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-01-00019511-513, which appears to be an email from Brian Swetland re: new java world, dated January 3, 2006. **[SUBMITTED UNDER SEAL]**

**8.** Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-01-00075935-936, which appears to be an email from Andy McFadden re: [Android-eng] Proposal: A Variant Type, dated April 4, 2006. **[SUBMITTED UNDER SEAL]**

9. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-11-00000958-160, which appears to be an email from Patrik Reali re: Java VM for Android, dated August 9, 2005. **[SUBMITTED UNDER SEAL]**

10. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-04-00055169-171, which appears to be an email from Michael Fleming re: manifesto, dated August 16, 2006. **[SUBMITTED UNDER SEAL]**

1    11.  Attached hereto as Exhibit 9 is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-02-00111218, which appears to be an email from Andy Rubin re: What are we doing?, dated April 13, 2006. **[SUBMITTED UNDER SEAL]**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 21, 2011 at Oakland, California.

Dated: October 21, 2011              BOIES, SCHILLER & FLEXNER LLP

                                     By:   */s/ Meredith Dearborn*
                                              Meredith Dearborn

                                     *Attorneys for Plaintiff*
                                     ORACLE AMERICA, INC.

2

DEARBORN DECL. ISO ORACLE'S MOTION TO EXCLUDE PORTIONS OF LEONARD AND COX
CASE NO. CV 10-03561 WHA

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Ms. Dearborn's concurrence to file this document on her behalf.

Dated: October 21, 2011                         BOIES, SCHILLER & FLEXNER LLP

                                                By:  */s/ Steven C. Holtzman*
                                                     Steven C. Holtzman

                                                *Attorneys for Plaintiff*
                                                ORACLE AMERICA, INC.