DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**NOTICE OF ENTRY OF ORDER GRANTING *PRO HAC VICE* APPLICATION OF TRUMAN H. FENTON** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on October 24, 2011, the Court entered an Order Granting *Pro Hac Vice* Application of Truman H. Fenton, a true and correct copy of which is attached hereto as Exhibit A.

DATED:  October 26, 2011

Respectfully submitted,

KING & SPALDING LLP

By:  /s/ Cheryl A. Sabnis /s/
    Cheryl A. Sabnis

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING  LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:   (415) 318-1300

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

Attorneys for Defendant GOOGLE INC.

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William Alsup <br><br> [PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION OF TRUMAN H. FENTON |

Truman H. Fenton, whose business address and telephone number is:

> King & Spalding LLP
> 401 Congress Avenue
> Suite 3200
> Austin, Texas 78701
> Telephone: (512) 457-2000
> Facsimile: (512) 457-2100

and who is an active member in good standing of the bar of the State of Texas, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the Eastern and Western Districts of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GOOGLE INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 24, 2011.

_____
The Honorable William Alsup
United States District Judge