MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA'S NOTICE RE GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 533)**<br><br>Judge:  Honorable William H. Alsup |

1   PLEASE TAKE NOTICE THAT Oracle America, Inc. ("Oracle") does not oppose the
2   filing of an unredacted version of Google Inc.'s Trial Brief [Dkt. No. 534]. On October 14, 2011,
3   Google filed a redacted version of its Trial Brief. Google also filed an Administrative Motion to
4   Seal [Dkt. No. 533], stating that its Trial Brief contained information that Google and Oracle had
5   designated as Confidential or Highly Confidential – Attorney's Eyes Only pursuant to the
6   stipulated protective order in this case [Dkt. No 66].

7   Oracle hereby states that it does not oppose the filing of an unredacted version of
8   Google's Trial Brief. Oracle does not waive, and hereby expressly preserves, its confidentiality
9   designations for the documents it has designated as Protected Material pursuant to the stipulated
10  protective order in this case.

Dated: October 27, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By:  /s/ Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE AMERICA'S NOTICE RE GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 533)
CASE NO. CV 10-03561 WHA
pa-1494234

1