MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 548)**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge:  The Honorable William Alsup |

1  Before the Court is Google Inc.'s Administrative Motion to File Documents Under Seal (Dkt
2  No. 548) dated October 20, 2011.  Based on the arguments presented in the administrative motion, in
3  the supporting Declaration of Matthew Sarboraria, and any other relevant matter, the Court hereby
4  **GRANTS IN PART** the motion.  The following information shall remain under seal:

1) Lines  3:4-9; 3:13-23; 4:1-14; 4:20-25; 5:4-14; 8:15-22; 10:3-5; and 10:8-19 of Google's Supplemental Brief in Support of Motion *in Limine* No.3.

2) Exhibits A, B, C, D, and E to the Declaration of Daniel Purcell in Support of Google's Supplemental Brief in Support of Motion *in Limine* No. 3.

IT IS SO ORDERED.

Dated:_____          _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE