MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC. <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S RESPONSIVE SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE PORTIONS OF COCKBURN REPORT ON DAMAGES** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge:  The Honorable William Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its Responsive Supplemental Brief In Opposition To Google's Motion *In Limine* No. 3 To Exclude Portions Of Cockburn Report On Damages as well as exhibits A, C-F, H, J, L, M to the Declaration of Meredith Dearborn under seal.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (Dkt. No. 68) dictates that when material has been designated as Confidential or Highly Confidential – Attorney's Eyes Only, a party may not file it in the public record, but must seek to file it under seal pursuant to Local Rule 79-5.  (December 17, 2010 Stipulated Protective Order (Docket No. 66) § 14.4.)  Accordingly, Oracle seeks to file under seal those portions of the motion and declarations in support thereof referencing documents that Google has designated Confidential or Highly Confidential – Attorneys' Eyes Only.  Oracle states no position as to whether disclosure of materials marked by Google as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Google.

Oracle also moves to seal portions of the Cockburn deposition transcript, reflected in Exhibit H to the Dearborn Declaration and quoted in lines 8:20-23 and 12:5-13 of Oracle's Response to Google's Supplemental Brief.  Those portions relate to the negotiating history between the parties, the intellectual property covered by the starting-point license, and Prof. Cockburn's consideration of the contents of those negotiations.  For the reasons stated in the Declaration of Matthew Sarboraria (Dkt. No. 570), which concerned portions of the same transcript, those documents should remain under seal.

Dated: October 27, 2011        BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
    Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

1

ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSIVE
SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION IN LIMINE NO. 3
CASE NO. CV 10-03561 WHA