1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
   ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
11 575 Lexington Avenue, 7th Floor, New York, NY 10022
   Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway, Redwood City, CA  94065
   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114
17
18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

19                    **UNITED STATES DISTRICT COURT**

20                 **NORTHERN DISTRICT OF CALIFORNIA**

21                     **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 22  ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 23          Plaintiff, | **[PROPOSED] ORDER SEALING ORACLE AMERICA, INC.'S CONFIDENTIAL INFORMATION** |
| 24       v. | |
| 25  GOOGLE, INC. | Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |
| 26          Defendant. | |
| 27 | |

28

1      This matter came before the Court in Oracle America, Inc.'s Administrative Motion To File

2  Under Seal Portions Of Oracle's Responsive Supplemental Brief In Opposition To Google's Motion In

3  Limine No. 3 To Exclude Portions Of Cockburn Report On Damages.  Based on the arguments

4  presented in the administrative motion, the Declaration of Matthew Sarboraria (Dkt. No. 570), the

5  pleadings on file, and any other relevant matter, the Court hereby **GRANTS** the motion as to Oracle

6  confidential material.  The Oracle confidential material referenced on lines 8:20-23 and 12:5-13 of the

7  Responsive Supplemental Brief shall remain under seal.   In addition, Exhibit H to the Declaration of

8  Meredith Dearborn shall remain under seal.

9
10      IT IS SO ORDERED.

11
     Dated:_____                    _____

12
                                                            WILLIAM ALSUP
13                                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1