MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF ORACLE AMERICA INC.'S RESPONSIVE SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE PORTIONS OF COCKBURN REPORT ON DAMAGES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  I, Meredith Dearborn, declare as follows:

2  1.  I am an associate with the law firm of Boies, Schiller & Flexner LLP, attorneys for plaintiff
3  Oracle America, Inc. in the above captioned matter, and admitted to practice before this Court.

4  2.  I make this declaration based on my own personal knowledge.  If called as a witness, I
5  could and would testify competently as to the matters set forth herein.

6  3.  Attached hereto as Exhibit A is a true and correct copy of excerpts from the April 5, 20011
7  deposition transcript of Andy Rubin.  **[SUBMITTED UNDER SEAL]**

8  4.  Attached hereto as Exhibit B is a true and correct copy of excerpts from a document
9  produced by Google in this case bearing Bates number GOOGLE-03169165 at 188, entitled "Android
10 Developers Blog" dated "1/1/1-4/12/11".

11 5.  Attached hereto as Exhibit C is a true and correct copy of a document produced by Google
12 in this case bearing Bates number GOOGLE-03403114, entitled "Report:  Android Sapphire CupCake
13 Diary Study" dated February 2009.  **[SUBMITTED UNDER SEAL]**

14 6.  Attached hereto as Exhibit D is a true and correct copy of a document produced by Google
15 in this case bearing Bates number GOOGLE-10-00045447, which appears to be an email from Mario
16 Queiroz re: "[Eng-leads-emea] Fwd: PM All Hands Notes and Docs (video comingsoon!)" dated July
17 11, 2008.  **[SUBMITTED UNDER SEAL]**

18 7.   Attached hereto as Exhibit E is a true and correct copy of a document produced by Google
19 in this case bearing Bates number GOOGLE-59-00030150, which appears to be an email from Erick
20 attaching "Android GPS - Meeting notes" from July 17, 2007.  **[SUBMITTED UNDER SEAL]**

21 8.  Attached hereto as Exhibit F is a true and correct copy of a document produced by Google
22 in this case bearing Bates number GOOGLE-01-00062072, entitled "COLLABORATOIN
23 DEVELOPMENT AND LICENSE AGREEMENT", undated.  **[SUBMITTED UNDER SEAL]**

24 9.  Attached hereto as Exhibit G is a true and correct copy of excerpts from the Trial
25 Transcript, Day 7 in *Bard Peripheral Vascular v. W.L. Gore & Associates*, No. CV-03-597-PHX-MEM,
26 dated November 15, 2007.

27 10.  Attached hereto as Exhibit H is a true and correct copy of excerpts from the October 17,
28 20011 deposition transcript of Iain M. Cockburn.  **[SUBMITTED UNDER SEAL]**

1    11.   Attached hereto as Exhibit I is a true and correct copy of excerpts from the June 23, 20011 deposition transcript of Param Singh.

2    12.   Attached hereto as Exhibit J is a true and correct copy of excerpts from the revised expert report of Gregory K. Leonard, dated October 25 2011.  **[SUBMITTED UNDER SEAL]**

3    13.   Attached hereto as Exhibit K is a true and correct copy of excerpts from the July 26, 20011 deposition transcript of Vineet Gupta.

4    14.   Attached hereto as Exhibit L is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-26-00007930, which appears to be an email from Andy Rubin re "Sun Microsystems" dated January 13, 2006.  **[SUBMITTED UNDER SEAL]**

5    15.   Attached hereto as Exhibit M is a true and correct copy of a document produced by Google in this case bearing Bates number GOOGLE-12-00044903, which appears to be an email from Tim Lindholm re: "One last thought on Sun" dated October 13, 2005.  **[SUBMITTED UNDER SEAL]**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 27, 2011 at Oakland, California.

Dated: October 27, 2011                    BOIES, SCHILLER & FLEXNER LLP

                                           By:  */s/ Meredith Dearborn*
                                                Meredith Dearborn

                                           *Attorneys for Plaintiff*
                                           ORACLE AMERICA, INC.

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Ms. Dearborn's concurrence to file this document on her behalf.

Dated: October 27, 2011

BOIES, SCHILLER & FLEXNER LLP

By: /s/ *Steven C. Holtzman*
    Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.