IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. / | No. C 10-03561 WHA <br><br> **ORDER GRANTING EXTENSION OF TIME FOR RULE 706 EXPERT TO FILE REPORT** |

Attorney John Cooper, *pro bono* counsel to the Rule 706 expert, requests an extension of the deadlines for his client to file reports. The request is made in light of the recent trial postponement and proposed trial plan. Attorney Cooper states that the request is not opposed by the parties (Dkt. No. 574). The request is **GRANTED**. Specifically, Attorney Cooper's first proposed schedule — with a single report to be filed on January 19, 2012 — is approved.

**IT IS SO ORDERED.**

Dated: October 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE