1

2  KEKER & VAN NEST LLP                    KING & SPALDING LLP
   ROBERT A. VAN NEST - #84065             DONALD F. ZIMMER, JR. - #112279
3  rvannest@kvn.com                        fzimmer@kslaw.com
   CHRISTA M. ANDERSON - #184325           CHERYL A. SABNIS - #224323
4  canderson@kvn.com                       csabnis@kslaw.com
   DANIEL PURCELL - #191424                101 Second St., Suite 2300
5  dpurcell@kvn.com                        San Francisco, CA  94105
   633 Battery Street                      Tel:    415.318.1200
6  San Francisco, CA  94111-1809           Fax:    415.318.1300
   Telephone:    415.391.5400
7  Facsimile:    415.397.7188

8  KING & SPALDING LLP                     IAN C. BALLON - #141819
   SCOTT T. WEINGAERTNER (*Pro Hac Vice*)  ballon@gtlaw.com
9  sweingaertner@kslaw.com                 HEATHER MEEKER - #172148
   ROBERT F. PERRY                         meekerh@gtlaw.com
10 rperry@kslaw.com                        GREENBERG TRAURIG, LLP
   BRUCE W. BABER (*Pro Hac Vice*)         1900 University Avenue
11 1185 Avenue of the Americas             East Palo Alto, CA 94303
   New York, NY  10036                     Tel:    650.328.8500
12 Tel:    212.556.2100                    Fax:    650.328.8508
   Fax:    212.556.2222

13 Attorneys for Defendant
   GOOGLE INC.

14

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19 ORACLE AMERICA, INC.,                   Case No. 3:10-cv-03561-WHA

20                        Plaintiff,       **DECLARATION OF REID MULLEN IN
                                           SUPPORT OF ORACLE AMERICA,
21        v.                               INC.'S ADMINISTRATIVE MOTION TO
                                           FILE DOCUMENTS UNDER SEAL (DKT.
22 GOOGLE INC.,                            NO. 557)**

23                        Defendant.       Judge:     Hon. William Alsup

24                                         Date Comp. Filed:    October 27, 2010

25

26

27

28

I, Reid Mullen, declare as follows:

1.      I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case.  I submit this declaration in support of Oracle America Inc.'s ("Oracle") Administrative Motion to File Under Seal Portions of Oracle's Motion to Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox (Dkt. No. 557).  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2.      Oracle moves to file under seal the following documents:

- Exhibits 1, 2, and 4 through 9 of the Declaration of Meredith Dearborn in Support of Oracle's Motion to Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox (Dkt. No. 559) ("Dearborn Decl.")

- Portions of Oracle's Motion to Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox (Dkt No. 557) ("Motion to Exclude")

3.      Exhibit 1 to the Dearborn Decl. (Dkt. 559) is the complete Expert Report of Dr. Gregory K. Leonard.  Dr. Leonard's report contains information that has been designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY pursuant to the stipulated protective order in this case.  The report and the underlying documents contain Google's sensitive, non-public financial data, such as costs, revenues, and profits associated with Android. The report and underlying documents also contain non-public information about Google's consideration of and potential financial impact from alternatives to the intellectual property at issue in this lawsuit.  Additionally, Dr. Leonard's report contains non-public information about Google's licensing arrangements with third-parties, which are protected by confidentiality clauses with those third-parties.  Google does not make this information available to the public. Public disclosure of this confidential information would cause great and undue harm to Google, and place it at a competitive disadvantage.

4.      Exhibit 2 to the Dearborn Decl. (Dkt. 559) is the complete Expert Report of Dr. Alan J. Cox.  Dr. Cox's report contains information that has been designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY pursuant to the stipulated protective order in this case.   The report and the underlying documents contain Google's sensitive, non-public

587447.01

financial data, such as costs, revenues, and profits associated with Android.   Dr. Cox's report also contains non-public information about Google's consideration of and potential impact from alternatives to the intellectual property at issue in this lawsuit.   Google does not make this information available to the public.  Public disclosure of this confidential information would cause great and undue harm to Google, and place it at a competitive disadvantage.

5.      Google does not request sealing of Exhibits 4 through 9 of the Dearborn Decl. Nor does Google request sealing of the redacted portions of Oracle's Motion to Exclude.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on October 28, 2011.


By:   /s/ *Reid Mullen*
REID MULLEN

DECLARATION OF REID MULLEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:10-cv-03561-WHA