| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| 633 Battery Street | 101 Second St., Suite 2300 |
| San Francisco, CA  94111-1809 | San Francisco, CA  94105 |
| Telephone: 415.391.5400 | Tel: 415.318.1200 |
| Facsimile: 415.397.7188 | Fax: 415.318.1300 |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ballon@gtlaw.com |
| sweingaertner@kslaw.com | HEATHER MEEKER - #172148 |
| ROBERT F. PERRY | meekerh@gtlaw.com |
| rperry@kslaw.com | GREENBERG TRAURIG, LLP |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY  10036 | Tel: 650.328.8500 |
| Tel: 212.556.2100 | Fax: 650.328-8508 |
| Fax: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **[PROPOSED] ORDER SEALING EXHIBITS 1-2 OF DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF ORACLE'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF GREGORY K. LEONARD AND ALAN J. COX (DKT. NO. 559)** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Judge:     Hon. William Alsup |
| | Date Comp. Filed:     October 27, 2010 |

1  This matter came before the Court on Oracle America, Inc.'s Administrative Motion to
2  file documents under seal (Dkt. No. 557).  Based on the arguments presented in the
3  administrative motion, the declarations in support of the motion, the pleadings on file, and any
4  other relevant matter, the Court hereby **GRANTS** the motion, as follows:

5  Exhibits 1 and 2 to the Declaration of Meredith Dearborn in Support of Oracle's Motion
6  to Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox, (Dkt. No.
7  559), shall be filed under seal.

9  IT IS SO ORDERED,
10 Date: _____                    _____
11                                           HONORABLE WILLIAM ALSUP
12                                           UNITED STATES DISTRICT JUDGE