1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
12 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
13 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
14 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
15 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATON OF MARC DAVID PETERS IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT THAT GOOGLE IS NOT LIABLE FOR DAMAGES FOR ALLEGED PATENT INFRINGEMENT THAT OCCURRED BEFORE JULY 20, 2010** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| | Date:  TBD<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

PETERS DECLARATION ISO ORACLE'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE MARKING
CASE NO. CV 10-03561 WHA
pa-1494180

1

I, Marc David Peters, declare as follows:

I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. Attached hereto as Exhibit A is a true and correct copy of *Java ME Technology Overview*, *available at* http://www.oracle.com/technetwork/java/javame/java-me-overview-402920.html.

2. Attached hereto as Exhibit B is a true and correct copy of relevant portions of Expert Reply Report of John R. Levine, Ph.D. Regarding the Invalidity of U.S. Patent Nos. 5,966,702 and 6,061,520.

3. Attached hereto as Exhibit C is a true and correct copy of relevant portions of James Gosling & Henry McGilton, *White Paper, The Java Language Environment* (May 1996), *available at* http://java.sun.com/docs/white/langenv/.

4. Attached hereto as Exhibit D is a true and correct copy of relevant portions of the Expert Report of Dr. Benjamin F. Goldberg Regarding Validity of Patents-In-Suit.

5. Attached hereto as Exhibit E is a true and correct copy of relevant portions of the Expert Reply Report of Dennis Allison Regarding the Invalidity of U.S. Patent No. RE38,104.

6. Attached hereto as Exhibit F is a true and correct copy of Google's Exhibit DX290 to the Pampuch 30(b)(6) deposition.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on October 28, 2011, in Palo Alto, California.

/s/ Marc David Peters

I hereby attest that Marc David Peters concurs in the e-filing of this document.

/s/ Michael A. Jacobs

PETERS DECLARATION ISO ORACLE'S OPPOSITION TO GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE MARKING
CASE NO. CV 10-03561 WHA
pa-1494180

1