# EXHIBIT 1

# BOIES, SCHILLER & FLEXNER LLP

1999 HARRISON STREET* SUITE 900* OAKLAND, CA 94612* 510-874-1000 FAX 510-874-1460

July 27, 2011

**BY E-MAIL**

Scott T. Weingaertner
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
sweingaertner@kslaw.com

Re:   *Oracle America, Inc. v. Google Inc.*

Dear Scott:

Pursuant to Paragraph 7.4(a)(2) of the Protective Order in this case, this is our request to disclose HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and HIGHLY CONFIDENTIAL – SOURCE CODE material to a number of experts affiliated with the Berkeley Research Group, an expert firm retained by Oracle.

We are providing the following information regarding the Berkeley Research Group experts as required by the Protective Order:

1. The general categories of material we seek to disclose to the Berkeley Research Group personnel and affiliates include Google documents and data relevant to relief sought in this litigation, including (for example) materials relating to Android value, valuation, revenues, licenses, sales, costs, projections, strategic objectives, demand, and alternatives.

2. Full Name, City of Residence, and Employer of Experts:

| Name | City of Residence | Employer |
|---|---|---|
| John Alfred Blair | Atherton, CA | Berkeley Research Group, LLC |
| Stephen Heath | San Mateo, CA | Berkeley Research Group, LLC |
| Jeannie Kim | Emeryville, CA | Berkeley Research Group, LLC |
| Elizabeth Olson | Oakland, CA | Berkeley Research Group, LLC |
| Jackie O'Neill | Castro Valley, CA | Berkeley Research Group, LLC |
| Christopher Jon Pleatsikas | Oakland, CA | Berkeley Research Group, LLC |
| Rebecca Reed-Arthurs | San Jose, CA | Berkeley Research Group, LLC |
| Heather Schmidt | Castro Valley, CA | Berkeley Research Group, LLC |
| Kenneth S. Serwin | Lafayette, CA | Berkeley Research Group, LLC |

Mr. Scott T. Weingaertner
July 27, 2011
Page 2 of 19

| Name | City of Residence | Employer |
|---|---|---|
| Shaswato Sinha | Berkeley, CA | Berkeley Research Group, LLC |
| Joseph Wills | Los Angeles, CA | Berkeley Research Group, LLC |

    3. CVs and copies of the signed Exhibit A agreements to the Protective Order are attached for each of the above individuals.

    4. Individuals and entities providing compensation or funding for work in each individual's areas of expertise or to whom he has provided professional services above a de minimis number of hours during the last five years:

| Name | Funding Individuals or Entities |
|---|---|
| John A. Blair | Board of Trustees of the Leland Stanford Junior University<br>Bondi<br>Gemalto S.A.<br>Intermec, Inc.<br>Premark and Wilsonart International<br>Qualcomm<br>Rambus<br>Recording Industry Association of America, Inc.<br>Ronald A. Katz Technology Licensing, L.P<br>Starr International Co., Inc.<br>Terra Firma Investments<br>TSMC North America<br>Visa U.S.A. Inc.<br>W.L. Gore & Associates<br>Confidential engagement in a patent case involving Android operating system (but has not had access to confidential information regarding that system |
| Stephen Heath | Terra Firma Investments<br>Wi-LAN, Inc<br>Expedia<br>Priceline<br>Orbitz<br>Travelocity<br>Hallmark Cards<br>One Technologies LP<br>Abu Dhabi Investment Authority (ADIA)<br>West Coast Pathology Laboratories<br>Oracle Corporation<br>Nightwatch Capital Advisors, LLC<br>IMRA America, Inc.<br>McKool Smith<br>Raymond Calouri<br>Luigiterzo Bosca<br>Martin, Stone and Norris |

Mr. Scott T. Weingaertner
July 27, 2011
Page 3 of 19

| Name | Funding Individuals or Entities |
|---|---|
|  | Haidee Estrella<br>California Franchise Tax Board (CFTB)<br>Catherine Gellis<br>Columbia Aircraft<br>Diana Gabriel<br>Key Brand Entertainment Inc.<br>Matthew Fanning<br>Pihana Pacific, Inc.<br>Sedona Corporation<br>Siebel Systems<br>Gold Canyon Mining and Construction Inc.<br>Adam Schwartz<br>MAN Aktiengeselschaft<br>Ethel Anderson<br>Kathy Papale<br>Topa Insurance Co.<br>Accolade Systems Inc.<br>Callpod Inc.<br>Enterasys Networks, Inc.<br>IMRA America Inc.<br>Kinetic Concepts Inc. ; KCI Licensing Inc.; KCI USA Inc; Wake Forest Univ.<br>Life Sciences<br>Marshall Patent Holdings<br>Nichia Corporation<br>PC Designs Int'l, Inc<br>Raymond Caluori<br>St. Clair Intellectual Property Consultants, Inc.<br>Timeline<br>Wi-Lan Inc.<br>Gary Decker & Joanne Decker<br>J.J. Israel<br>Rebelution<br>David Cooke<br>Jason Campbell<br>Yelena Lebedchik<br>Jerome Politzer<br>Sean McCullough<br>Berkeley Research Group, LLC |
| Jeannie Kim | Berkeley Research Group, LLC<br>Terra Firma Investments Norman Wright<br>Jarra Creek Central Packing Shed Pty Ltd<br>Wi-LAN, Inc<br>Hallmark Cards<br>United States Chamber of Commerce<br>United States Department of Justice (USDOJ) |

Mr. Scott T. Weingaertner
July 27, 2011
Page 4 of 19

| Name | Funding Individuals or Entities |
|---|---|
| | Abu Dhabi Investment Authority (ADIA)<br>Gemalto, S.A<br>Real Time Data Inc.<br>Californians Allied for Patient Protection<br>Credit de Realization<br>Motorola, Inc.<br>3Form, Inc.<br>Taiwan Semiconductor<br>Flying Disc<br>Confidential engagement in a patent case involving Android operating system (but has not had access to confidential information regarding that system<br>Ronald Katz<br>Visa U.S.A.<br>United States<br>Pierceall, et al (Class Action)<br>Hallmark<br>State Farm |
| Elizabeth Olson | Terra Firma Investments<br>ExxonMobil<br>Wi-LAN, Inc<br>Air Products, LLC and The Premcor Refining Group, Inc.<br>Expedia<br>Priceline<br>Orbitz,<br>Travelocity<br>Confidential engagement in a patent case involving Android operating system (but has not had access to confidential information regarding that system<br>Cohen Millstein Sellers & Toll PLLC<br>One Technologies LP<br>Cisco Systems, Inc.<br>UCBH Holdings, Inc.<br>Abu Dhabi Investment Authority (ADIA)<br>Real Time Data Inc.<br>Gemalto, S.A.<br>Oracle Corporation<br>WL Gore & Associates<br>General Electric Company<br>Palantir Technologies<br>Hank Greenberg<br>Credit de Realization<br>McKool Smith<br>National Football League<br>Motorola, Inc.<br>Berkeley Research Group, LLC |

Mr. Scott T. Weingaertner
July 27, 2011
Page 5 of 19

| Name | Funding Individuals or Entities |
|---|---|
| Jackie O'Neill | Andy Warhol Foundation for the Visual Arts and the Andy Warhol Art Authetication Board<br>Terra Firma Investments<br>Norman Wright<br>LECG, LLC<br>ExxonMobil<br>Wi-LAN, Inc<br>American Century Investment Management<br>Union Pacific Railroad Company<br>Expedia<br>Priceline<br>Orbitz<br>Travelocity<br>Australia New Zealand Bank (ANZ)<br>Thomas Ostly<br>One Technologies LP<br>United States Chamber of Commerce<br>TIG Specialty Insurance<br>UCBH Holdings, Inc.<br>United States Department of Justice (USDOJ)<br>Abu Dhabi Investment Authority (ADIA<br>DuPont<br>Real Time Data Inc.<br>Kessler Topaz Meltzer & Check LLP<br>Californians Allied for Patient Protection<br>Aareal Capital Corporation<br>Countrywide Financial Corporation<br>Credit de Realization<br>Centro Properties Limited<br>Raymond Calouri<br>Luigiterzo Bosca<br>Motorola, Inc.<br>eBay<br>Berkeley Research Group, LLC |
| Christopher Jon Pleatsikas | Berkeley Research Group, LLC<br>LECG, LLC<br>Parmalat – Bankruptcy related matters<br>Apple – I Pod matters<br>Visa – Credit Card matters<br>Non-US Telecom Company re antitrust issues<br>Non-US Television Company re antitrust issues<br>Taiwanese Company re DRAM price fixing matter<br>PC hardware manufacturer re allege price fixing on PC components<br>Foreign Bank re credit card matters<br>Software Company re IP issues on mathematical solutions software |

Mr. Scott T. Weingaertner
July 27, 2011
Page 6 of 19

| Name | Funding Individuals or Entities |
|---|---|
|  | Dupont/Pioneer – Soybeen Patents<br>Plaintiff Class v. Graphic Card Manufacturing – alleged price fixing |
| Rebecca Reed-Arthurs | U.S. Chamber of Commerce<br>Thomas Ostly<br>Terra Firma<br>Andy Warhol Foundation for the Visual Arts and the Andy Warhol Art Authentication Board<br>Australian Competition and Consumer Commission (ACCC)<br>Berkeley Research Group, LLC |
| Heather Schmidt | Andy Warhol Foundation for the Visual Arts and the Andy Warhol Art Authetication Board<br>Terra Firma Investments Norman Wright<br>Degenkolb Engineers, Inc LECG, LLC<br>Jarra Creek Central Packing Shed Pty Ltd<br>Dell, Inc.<br>Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, Hendserson, Nevada<br>American Century Investment Management<br>Expedia<br>Priceline<br>Orbitz<br>Travelocity<br>Australian Competition and Consumer Commission (ACCC)<br>Australia New Zealand Bank (ANZ)<br>State Farm Insurance<br>One Technologies LP<br>United States Department of Justice (USDOJ)<br>Abu Dhabi Investment Authority (ADIA)<br>Real Time Data Inc.<br>Californians Allied for Patient Protection<br>Broadcom Corp<br>Palantir Technologies<br>Hank Greenberg<br>Hornblower Cruises & Events Alan Peterson<br>Luigiterzo Bosca<br>Motorola, Inc.<br>SBM Site Services, LLC<br>Haidee Estrella<br>Norman Wright Mechanical Equipment Corporation<br>Jesse Willms<br>Roche<br>Ronald A. Katz Technology Licensing, L.P.<br>TSMC North America<br>VISA<br>Stolt |

Mr. Scott T. Weingaertner
July 27, 2011
Page 7 of 19

| Name | Funding Individuals or Entities |
|---|---|
|  | Starr International Company, Inc.<br>Metcash<br>General Motors<br>Berkeley Research Group, LLC |
| Kenneth S. Serwin | Berkeley Research Group, LLC<br>LECG, LLC<br>Nera Economic Consulting<br>Expedia.com<br>Priceline.com<br>Orbitz.com<br>Travelocity.com<br>One Technologies, Inc<br>2KDirect, Inc.<br>Hallmark Cards<br>State Farm Mutual Automobile Insurance Company<br>Jesse Wilms dba eDirect<br>Visa<br>Ticketmaster<br>Baker Capital West Coast Property Consultants SGS U.S. Testing Company<br>CLC, Inc.<br>Cadsoft Corporation<br>Portable One, Inc.<br>Joan Garrett<br>Pioneer Breakers and Control Supply Company Confidential Computer Peripheral and Computer Networking Manufacturer – Public Policy Confidential Consulting Electric Equipment Manufacturer – Public Policy Consulting Casual Confidential Games Publisher – Theft of Trade Secrets Dispute |
| Shaswato Sinha | Andy Warhol Foundation for the Visual Arts and the Andy Warhol Art Authetication Board<br>Terra Firma Investments<br>Norman Wright<br>Degenkolb Engineers, Inc<br>Qualcomm, Inc.<br>ExxonMobil<br>Wi-LAN, Inc<br>American Century Investment Management<br>Union Pacific Railroad Company<br>One Technologies LP<br>Cisco Systems, Inc.<br>Abu Dhabi Investment Authority (ADIA)<br>Thomas Sturgess<br>Real Time Data Inc.<br>Oracle Corporation<br>Countrywide Financial Corporation |

Mr. Scott T. Weingaertner
July 27, 2011
Page 8 of 19

| Name | Funding Individuals or Entities |
|---|---|
| | National Football League<br>Martin, Stone and Norris<br>Berkeley Research Group, LLC<br>Co Comcast<br>Baker Capital<br>Rambus<br>W L Gore<br>Clearwire Communications<br>Hallmark<br>2KDirect<br>Taiwanese Semiconductor Manufacturing Company (TSMC)<br>Ronald Katz |
| Joseph Wills | Terra Firma Investments<br>Novartis<br>LECG, LLC<br>Illinois Bone and Joint Institute<br>University of Tennessee, Cancer Institute<br>Wi-LAN, Inc<br>Redlands Hospital<br>Akal Security, Inc.<br>St. Joseph Hospital of Orange<br>City of Los Angeles<br>Keller Rohrback L.L.P.<br>Children's Hospital of Orange County<br>Microsoft Corporation<br>CVS Pharmacy, Inc.<br>Life Technologies<br>Beach Business Bank<br>Berkeley Research Group, LLC<br>Applebees<br>Big Lots<br>Hard Rock Cafe<br>Maxim Healthcare<br>Monex Precious Metal<br>Swissport<br>Kohl's<br>Los Angeles County |

    5. Litigation in which each individual has offered expert testimony, including through a declaration, report, or testimony at a deposition or trial during the last five years:

**John A. Blair**
Mr. Blair has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

Mr. Scott T. Weingaertner
July 27, 2011
Page 9 of 19

**Stephen Heath**

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| Manfredi v. Oracle | | June 2011 – Damages Report Only | Buenos Aires, Argentina | Defendant |
| Raymond Caluori v. OneWorld | CV072035 CAS (VBKx) | May 2011- Damages Report Only | United States District Court, Central District of California | Plaintiff |
| Haidee Estrella v. Freedom Debt Relief | 09-03156 SI | May 2011 – Damages Report Only | United States District Court, Northern District of California | Plaintiff |
| Sean McCullough v. Cabrillo College | | April 2010 – Damages Report Only | Superior Court of California (Monterey) | Plaintiff |
| Gary Decker v. AT&T et al. | | November 2010 – Damages Report Only | Superior Court of California (Monterey) | Plaintiff |
| Matthew Fanning v. Buczek | | June 2009 – Damages Report Only | | Plaintiff |
| Columbia Aircraft Manufacturing v. Affiliated FM Mfg. Co. | | June 2007 – Damages Report Only | United States District Court, District of Oregon | Plaintiff |
| Lima Development v. Columbia Aircraft Manufacturing | | May 2007 – Damages Report Only | United States District Court, District of Oregon | Defendant |
| Ethel Anderson v. Michael David Waldman | | December 2006 – Damages Report Only | Superior Court of California (Los Angeles) | Plaintiff |

**Jeannie Kim**

Ms. Kim has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

**Elizabeth Olson**

Ms. Olson has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

Mr. Scott T. Weingaertner
July 27, 2011
Page 10 of 19

**Jackie O'Neill**

Ms. O'Neill has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

**Christopher Jon Pleatsikas**

| Case Name | Case No. | Filing Date | Court Location | Retained by Counsel for: |
|---|---|---|---|---|
| BellSouth Communications Before the Florida Public Service Commission, | Docket # 030851-TP | Feb, 2004 | | BellSouth |
| BellSouth Communications Before the Georgia Public Service Commission | Docket # 17749-U | Mar, 2004 | | BellSouth |
| Re: Application for Review of the Determination of the Australian Competition and Consumer Commission Made on 11 December 2003 Granting Authorisation in Relation to Applications A30224 and A30225 (Collective Setting of EFTPOS Interchange Fees), | File Nos. 7 and 9 of 2003, Australian Competition Tribunal | April 2004 | | Australian Retailers |
| Lucent Technologies Inc. v. Foundry Networks, Inc., | Civil Action No. 03-558 JJF | Oct 2004 | Federal District Court (District of Delaware) | Foundry Networks |
| Santos Ltd et al. v AGL Wholesale Gas Limited and Australian Gas Light Company | N/A | Oct 2006 | | Santos |
| The Commerce Commission v Bay of Plenty Electricity Ltd | CIV-2001-485-917 | Feb 2007 | | New Zealand Commerce Commission |
| Segue Electronics, Inc. and Shine Capacitors, LLC v. Phihong USA Corp., Phihong Technology Co. Ltd; JK Yaming International Holdings Ltd., Fujian Juan Kuang Yaming Electric Ltd., Anhui Juan Kuang Electric Co. Ltd. et al., | Case No. BC 335918 | Nov 2007 and Oct 2008 | | JK Yaming |

Mr. Scott T. Weingaertner
July 27, 2011
Page 11 of 19

| Case Name | Case No. | Filing Date | Court Location | Retained by Counsel for: |
|---|---|---|---|---|
| City of San Antonio, Texas, on Behalf of Itself and All Other Similarly Situated Texas Municipalities v. Hotels.Com, L.P. et al., | Case No. SA06CA0381 OG | Oct 2008 | US District Court, Western District of Texas, San Antonio Division | Expedia and other travel companies |
| Origin Energy Retail Limited, Origin Energy CSG Marketing Pty Limited and Origin Energy Limited v. AGL Wholesale Gas Limited and AGL Energy Limited, | | Dec 2008 and Feb/Mar 2009 | Commercial Arbitration, Sydney, Australia | Origin Energy |
| Woodside Energy Ltd and Others (Sellers) v Alinta Sales Pty Ltd | | July/Aug 2009 | Commercial Arbitration, Perth, Australia | Woodside, Shell, etc. |
| Australasian Performing Right Association Ltd and Australasian Mechanical Copyright Owners Society Limited | File No. 1 of 2007, Copyright Tribunal of Australia | July 2009 | | Australian Competition and Consumer Commission (ACCC) |
| Phonographic Performance Company of Australia Limited, | File No. 2 of 2007 | Jan 2010 | | FreeTV, Commercial Free-to-Air Networks |
| Australian Competition and Consumer Commission v Cabcharge Australia Limited, | File No. 467 of 2009 | Jul 2010 | | ACCC and Australian Government Solicitor (AGS) |
| Wi-LAN v Acer, Inc. et al | Case No. 2:07-CV-473 | Dec 2010 | | Wi-LAN |
| Australian Competition and Consumer Commission v Metcash Trading Ltd and Pick N Pay Retailers (Pty) Ltd, | No. NSD 1714 of 2010 | Mar 2011 | Federal Court of Australia, New South Wales District Registry, General Division | ACCC and AGS |

Mr. Scott T. Weingaertner
July 27, 2011
Page 12 of 19

| Case Name | Case No. | Filing Date | Court Location | Retained by Counsel for: |
|---|---|---|---|---|
| Jarra Creek Packing Shed v Amcor Ltd et al., | No. P(NSD) 702/2006 | Apr 2011 | Federal Court of Australia, New South Wales District Registry, General Division | Jarra Creek et al. |
| Australian Competition and Consumer Commission v Australia and New Zealand Banking Group Ltd, | No. QUD 252 of 2007 | Apr 2011 | Federal Court of Australia, Queensland District Registry, General Division | Australia New Zealand Banking Group |

**Rebecca Reed-Arthurs**

Ms. Reed-Arthurs has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

**Heather Schmidt**

Ms. Schmidt has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

**Kenneth S. Serwin**

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| The City of Goodlettsville, Tennessee, et al. v. Priceline.com Incorporated, et al., | 3:08-cv-0561 | Expert Report May 27, 2011 | United States District Court for the Middle District of Tennessee | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| City and County of Denver, Co. v. Priceline.com Inc., et. al., | 32047, 34045, 34046, 36033, 78024, 82034, and 84031 | Expert Report April 15, 2011 | | Defendants/Expedia, Priceline, Orbitz, and Travelocity |

Mr. Scott T. Weingaertner
July 27, 2011
Page 13 of 19

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| Mayor & City Council of Baltimore and County Commissioners of Worcester County Maryland v. Priceline.com Incorporated, et.al., | Civil action no. MJG-09-13 | Expert Report February 25, 2011 | United States District Court for the District of Maryland, Northern Division | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| Consumerinfo.com v. Alex Chang; et. al., | CV 09-3783-VBF (MANx) | Trial Testimony January 4, 2011. Deposition October 20, 2010. Expert Report, Supplemental Expert Reports and Expert Rebuttal Report, September – October 2010 | United States District Court Central District of California Western Division | Defendant cross Plaintiff/One Technologies, Inc. |
| Village of Rosemont, Illinois v. Priceline.com, L.P.; et al. | 1:09-cv-04438 | Expert Report November 30, 2010 | United States District Court, Northern District of Illinois | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| Brevard County Florida v. Priceline.com.; et al | 6:2009cv01695 | Expert Report, September 17, 2010 | United States District Court Middle District of Florida, Orlando Division | Defendants/Expedia, Priceline, Orbitz, and Travelocity |

Mr. Scott T. Weingaertner
July 27, 2011
Page 14 of 19

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| City of Chicago, Illinois v. Hotels.com, L.P.; et al | 2005L051003 | Deposition September 15, 2010.  Expert Report August 3, 2010. | The Circuit Court of Cook County, Illinois | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| Monroe County Florida; et. al., v. Priceline.com.; et al. | 09-10004-CIV-MOORE/SIMONTON | Expert Report, June 16, 2010 | United States District Court Southern District of Florida | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| County of Buncombe, North Carolina v. Hotels.com, L.P.; et al. | 07 CVS 585 | Expert Report, May 14, 2010 | In the General Court of Justice, Superior Court Division 07 CVS 585 | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| County of Dare, North Carolina v. Hotels.com, L.P.; et al. | 07 CVS 56 | Expert Report, May 14, 2010 | In the General Court of Justice, Superior Court Division 07 CVS 56 | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| County of Mecklenburg, North Carolina v. Hotels.com, L.P.; et al., | 08 CVS 741 | Expert Report, May 14, 2010 | In the General Court of Justice, Superior Court Division 08 CVS 741 | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| County of Wake, North Carolina v. Hotels.com, L.P.; et al., | 06 CVS 16256 | Expert Report, May 14, 2010 | In the General Court of Justice, Superior Court Division Master File No. 06 CVS 16256 | Defendants/Expedia, Priceline, Orbitz, and Travelocity |

Mr. Scott T. Weingaertner
July 27, 2011
Page 15 of 19

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| Cities of Charleston, Mount Pleasant, and North Myrtle Beach, South Carolina v. Hotels.com, L.P.; et al. | 4:06-cv-0363-RBH, 2:06-cv-1646-PMD, 2:06-cv-2087-PMD | Expert Report, April 30, 2010 | In The United States District Court for the District of South Carolina Charleston Division | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| City of San Diego, California v. Hotels.com, L.P.; et al | GIC 861117 | Declaration, April 9, 2010 | City of San Diego Municipal Hearing | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| 2KDirect, Inc. v. Azoogleads US; et. al. | 2:08-cv-03340-VBF-PLA | Deposition, March 31, 2010, Supplemental Expert Report, March 19, 2010, Expert Report, February 19, 2010 | United States District Court Central District of California | Plaintiff |
| Hallmark Cards, Inc. v. Monitor Company Group | 07-0357-CV-W-ODS | Expert Report, March 5, 2010 | American Arbitration Association | Plaintiff |
| Consumerinfo.com v. Jesse Willms; et. al. | SA CV 09-0055 DMG (MLGx) | Expert Rebuttal Report, February 17, 2010 | United States District Court Central District of California Western Division | Defendant |

Mr. Scott T. Weingaertner
July 27, 2011
Page 16 of 19

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| City of San Antonio, Texas, et al. v. Hotels.com, L.P.; et al. | 5:06-cv-00381-OLG | Declaration February 2010, Trial Testimony, Deposition Testimony, Expert Report and Supplemental Expert Report, March/June 2007 | United States District Court, Western District of Texas, San Antonio Division | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| City of Houston, Texas; Harris County – Houston Sports Authority v. Hotels.com, L.P.; et al., | 2007-13221 | Expert Report, January 8, 2010 | The District Court of Harris County Texas. | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| Square D Company. v. Pioneer Breakers and Control Supply Company; et. al. | 1:2007cv00810 | Deposition Testimony, December 29, 2009; Expert Rebuttal Report, November 13, 2009 | United States District Court Western District of Texas Austin Division | Defendant |
| Arnesha Garner, on behalf of herself and all others similarly situated v. State Farm Mutual Automobile Insurance Company, et al | CV 08 1365 CW (EMC) | Deposition Testimony, September 16, 2009; Expert Rebuttal Report, August 24, 2009; and Expert Report, August 17, 2009 | United States District Court Northern District of California | Defendant |

Mr. Scott T. Weingaertner
July 27, 2011
Page 17 of 19

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| Flying Disc et al. v. Baker Funds | | Trial Testimony, April 20, 2009; Deposition Testimony, February 19, 2009; Declaration, January 22, 2009 | Superior Court of The State of California In and For The County of San Francisco | Defendant |
| City of Anaheim, California v. Hotels.com, L.P.; et al | Audit Numbers: 2008160, 2008161, 2008162, 2008163, 2008164, 2008165, 2008166, 2008167 | November 20-21 and December 8, 2008 | City of Anaheim Municipal Hearing. Hearing Testimony | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| QualityBuilt.com v. Jesse Olague, et. al. | | Trial Testimony, November 2008, Deposition Testimony, August 2007 | Superior Court of The State of California In and For The County of San Diego | Defendant/West Coast Property |
| City of Gallup, New Mexico, et al. v. Hotels.com, L.P.; et al. | 07-CV-00644 JEC/RLP | Expert Report, September 29, 2008 | United States District Court, District of New Mexico | Defendants/Expedia, Priceline, Orbitz, and Travelocity |
| Square D Company. v. Breakers Unlimited, Inc. v. PBS Supply, LP; Pioneer Breakers and Control Supply Company | 1:07-cv-00806-WTL-JMS | . Deposition Testimony and Expert Report, September, 2008 | United States District Court Southern District of Indiana Indianapolis Division | Defendant |

Mr. Scott T. Weingaertner
July 27, 2011
Page 18 of 19

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| Ticketmaster L.L.C. v. Kroenke Sports Enterprises, L.L.C | 2:2007cv01961 | Deposition Testimony, Expert Report, and Supplemental Expert Report, May/June, 2008 | United States District Court United States District Court Central District of California | Plaintiff |
| Lupe Zavala, et. al., v. Takata Corp., et. al. | | Deposition Testimony, May 8, 2008 | Superior Court of The State of California For The County of Los Angeles | Defendant/SGS U.S. Testing Company |
| Frederick W. Penney v. CLC, Inc. | | Arbitration Testimony, Deposition Testimony, and Expert Report, April 2008 | | Defendant |
| Cadsoft Corporation v. Riverdeep, LLC. | 3:2006cv04255 | Expert Report, January 7, 2008 | United States District Court for the Northern District of California | Plaintiff |
| Hansen Beverage Company d/b/a Monster Beverage Company v. National Beverage Corp., Shasta Beverages, Newbevco, Inc., and Freek'n Beverage Corp | | Deposition Testimony and Expert Report, April/May, 2007 | United States District Court for the Central District of California, Western Division | Defendant |
| Portable One, Inc. v. Fujitsu Computer Systems | | Deposition Testimony and Expert Report, April/May 2007 | American Arbitration Association. Arbitration Testimony | Plaintiff |

Mr. Scott T. Weingaertner
July 27, 2011
Page 19 of 19

| Case Name | Case No. | Filing Date | Court Location | Party Represented |
|---|---|---|---|---|
| Objective Interface Systems v. Joan Garrett | CV-04-2555 | Expert Report, November 15, 2006 | United States District Court For The Eastern District Of Virginia, Alexandria Division | Defendant |
| Curt Schlessinger, Peter Lore, and Scott Silver v. Ticketmaster | | Declaration, October 2006 | Superior Court of The State of California In and For The County of Los Angeles | Defendant |
| American Tire Distributors, Inc. v. Blackbeard, Inc., | | Deposition Testimony and Declaration, August 2005 – August 2006 | Superior Court of The State of California In and For The County of Santa Clara | Plaintiff /cross Defendant |

**Shaswato Sinha**

Mr. Sinha has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

**Joseph Wills**

Mr. Wills has not offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the last five years:

     I remind you that Paragraph 7.4(b) of the Protective Order provides that if we do not receive a written objection from Google within the next 14 days, we may then disclose the material referenced above to these individuals. I ask as a courtesy that, if Google does have an objection, it provide it sooner, so we can quickly resolve any issue.

                                             Sincerely yours,

                                             Steven C. Holtzman