| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone:  (415) 318-1200<br>Facsimile:  (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:        The Honorable William Alsup |

1  Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5,
2  Defendant Google Inc. ("Google") hereby brings this Administrative Motion to Seal the
3  following material designated by Google as "Confidential" or "Highly Confidential – Attorneys'
4  Eyes Only" pursuant to the Order Approving Stipulated Protective Order Subject to Stated
5  Conditions entered in this case [Dkt. No. 68.]:

- Exhibits D, E, F and G to the Declaration of David Zimmer in Support of Google's Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox.

8  Each of these exhibits contains excerpts from the deposition of a Google employee.  Each set of
9  excerpts contains detailed and confidential information concerning Google's internal strategy in
10 developing the Android code, including consideration of alternative programming languages and
11 approaches not involving the Java language or a virtual machine.  The release of this information
12 would cause great and undue harm to Google.  Declaration of Reid Mullen ("Mullen Decl.") in
13 Support of Google's Administrative Motion to Seal at ¶ 2.
14  Google also moves to seal the following material designated by Oracle America, Inc.
15 ("Oracle") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the
16 Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case
17 [Dkt. No. 68.]:

- Lines <u>12:14-17, 12:22-27, 13:1-2, and 15:8-10</u> of Google's Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox.

- Exhibits J and K to the Declaration of David Zimmer in Support of Google's Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox.

Google takes no position as to whether disclosure of these materials would cause harm to Oracle, and Google would not oppose an order requiring Oracle to make that information public. Mullen Decl. ¶ 3.

Dated: October 28, 2011                    KEKER & VAN NEST LLP

                                       By: */s/ Daniel Purcell*
                                           DANIEL PURCELL
                                           Attorneys for Defendant
                                           GOOGLE INC.