| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| DANIEL PURCELL - #191424 | 101 Second St., Suite 2300 |
| dpurcell@kvn.com | San Francisco, CA  94105 |
| 633 Battery Street | Tel:     415.318.1200 |
| San Francisco, CA  94111-1809 | Fax:    415.318.1300 |
| Telephone:     415.391.5400 | |
| Facsimile:      415.397.7188 | |
| | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ballon@gtlaw.com |
| sweingaertner@kslaw.com | HEATHER MEEKER - #172148 |
| ROBERT F. PERRY | meekerh@gtlaw.com |
| rperry@kslaw.com | GREENBERG TRAURIG, LLP |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY  10036 | Tel:     650.328.8500 |
| Tel:     212.556.2100 | Fax:    650.328-8508 |
| Fax:    212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                         Plaintiff,<br><br>      v.<br><br>GOOGLE INC.,<br><br>                         Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. William Alsup<br><br>Date Comp. Filed:      October 27, 2010 |

DECLARATION OF REID MULLEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:10-cv-03561-WHA

587456.01

I, Reid Mullen, declare as follows:

1. I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Administrative Motion to Seal Portions of its Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Exhibits D, E, F and G to the Declaration of David Zimmer in Support of Google's Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox ("Zimmer Decl.") each contain detailed and confidential information concerning Google's internal strategy in developing the Android code, including consideration of alternative programming languages and approaches not involving the Java language or a virtual machine. Google does not make this information available to the public. Public disclosure of this confidential information would cause great and undue harm to Google.

3. The redacted portions of Google's Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox, and Exhibits J and K to the Zimmer Decl. contain information that Oracle has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the stipulated protective order in this case. Google takes no position as to whether disclosure of that material would cause harm to Oracle.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on October 28, 2011.


By:   */s/ Reid Mullen*
 REID MULLEN

587456.01

1

DECLARATION OF REID MULLEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:10-cv-03561-WHA