| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**[PROPOSED] ORDER TO SEAL PORTION OF GOOGLE'S OPPOSITION TO MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORTS OF GREGORY K. LEONARD AND ALAN J. COX AND EXHIBITS TO DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE'S OPPOSITION** |

1

[PROPOSED] ORDER TO SEAL PORTION OF GOOGLE'S OPPOSITION TO MOTION TO EXCLUDE
PORTIONS OF THE EXPERT REPORTS OF LEONARD AND COX AND EXHIBITS TO DECLARATION
CASE NO. 3:10-cv-03561 WHA

587454.01

Before this Court is Google Inc.'s Administrative Motion to Seal. Based on the arguments presented in the motion, the declarations in support of the motion, the pleadings on file, and any other relevant matter, the Court hereby **GRANTS** the motion.

The following shall be sealed:

- Lines 12:14-17, 12:22-27, 13:1-2, and 15:8-10 of Google's Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox

- Exhibits D, E, F, G, J and K to the Declaration of David Zimmer In Support of Google's Opposition To Motion To Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox.

IT IS SO ORDERED.

Dated: _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER TO SEAL PORTION OF GOOGLE'S OPPOSITION TO MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORTS OF LEONARD AND COX AND EXHIBITS TO DECLARATION
CASE NO. 3:10-cv-03561 WHA

587454.01