KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415.391.5400
Facsimile:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Tel:   212.556.2100
Fax:  212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Tel:   415.318.1200
Fax:  415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:   650.328.8500
Fax:  650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>      Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE'S OPPOSITION TO MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORTS OF GREGORY K. LEONARD AND ALAN J. COX**<br><br>Judge: Hon. William Alsup<br><br>Date Comp. Filed: October 27, 2010 |
|---|---|

587260.01

ZIMMER DECLARATION IN SUPPORT OF GOOGLE'S OPPOSITION TO MOTION TO EXCLUDE
CASE NO. 3:10-cv-03561-WHA

I, David Zimmer, declare as follows:

1. I am an associate with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google Inc.'s Opposition to Oracle's Motion to Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Attached as **Exhibit A** is a true and correct copy of Oracle America, Inc.'s ("Oracle") Notice of Deposition of Defendant Google Inc. Pursuant To Fed. R. Civ. P. 30(b)(6), Topics 4-9, served on Google on June 21, 2011.

3. Attached as **Exhibit B** is a true and correct copy of Oracle's Corrected Requests for Production of Documents and Things to Defendant Google Inc., Set Two (82-130), served on Google on January 25, 2011.

4. Attached as **Exhibit C** is a true and correct copy of Oracle's Interrogatories To Defendant Google Inc., Set Four, dated June 29, 2011.

5. Google has proposed that Oracle take two-hour depositions of Google employee Tim Bray and third-party witness John Rizzo. Mr. Rizzo is not under Google's control, but Google has reached out to him and his employer Aplix regarding potential deposition dates, and has agreed to facilitate Oracle's service of a subpoena on Mr. Rizzo. Google has proposed deposition dates to Oracle for both Mr. Bray and Mr. Rizzo.

6. Oracle has deposed Andy Rubin on three occasions in this case—for a full day in his personal capacity on April 5, 2011, for a full day in his personal capacity and on three Rule 30(b)(6) topics on July 27, 2011, and then a further examination on the Rule 30(b)(6) topics on August 18, 2011.

7. Attached as **Exhibit D** are true and correct copies of excerpted pages from the transcript of the deposition of Andy Rubin, taken April 5, 2011.

8. Oracle has deposed Dan Bornstein on two occasions in this case—for a full day in his personal capacity on May 16, 2011, and then for a further full day as a Rule 30(b)(6) designee on July 22, 2011.

9. Attached as **Exhibit E** are true and correct copies of excerpted pages from the transcript of the deposition of Dan Bornstein, taken July 22, 2011.

10. Attached as **Exhibit F** are true and correct copies of excerpted pages from the transcript of the deposition of Dan Bornstein, taken May 16, 2011.

11. Oracle deposed Brian Swetland for a full day in this case on July 7, 2011.

12. Attached as **Exhibit G** are true and correct copies of excerpted pages from the transcript of the deposition of Brian Swetland, taken July 7, 2011.

13. Oracle deposed Aditya Agarwal for a half day in this case on April 8, 2011 as Google's Rule 30(b)(6) designee on financial issues related to Android.

14. Attached as **Exhibit H** are true and correct copies of excerpted pages from the transcript of the deposition of Aditya Agarwal, taken April 8, 2011.

15. Attached as **Exhibit I** is a true and correct copy of email correspondence between Oracle's counsel Daniel Muino and Google's counsel Mark Francis, written on August 3, 2011.

16. Attached as **Exhibit J** are true and correct copies of excerpted pages from the transcript of the deposition of Oracle's damages expert Iain M. Cockburn, taken October 17, 2011.

17. Attached as **Exhibit K** are true and correct copies of excerpted pages from the transcript of the deposition of Oracle's marketing expert Steven Shugan, taken September 26, 2011.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on October 28, 2011.

By: _____
DAVID ZIMMER