# Exhibit A

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>              Defendant. | Case No. CV 10-03561 WHA<br><br>**PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT GOOGLE INC. PURSUANT TO FED. R. CIV. P. 30(b)(6), TOPICS 4-9**<br><br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

1    TO DEFENDANT GOOGLE, INC., AND TO ITS ATTORNEYS OF RECORDS:

2    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30(b)(6),

3    Plaintiff Oracle America, Inc. ("Oracle") will take the deposition of Defendant Google Inc.

4    ("Google") on Topics 4-9.  The deposition may be recorded by stenographic means, audiotaped,

5    videotaped, and transcribed using real time interactive transcription such as LiveNote.  The

6    deposition will commence on a mutually agreeable date(s) and time and continue from day to day

7    until completed. The deposition will take place at the offices of King & Spalding LLP, 333 Twin

8    Dolphin Drive, Suite 400, Redwood Shores, California  94065, or a mutually agreed upon

9    location.

10                                    **INSTRUCTIONS**

11    Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Google shall designate

12    one or more of its officers, directors, partners, managing agents, or other persons who consent to

13    testify on Google's behalf and who are the most knowledgeable with respect to the deposition

14    topics set forth below.  At least seven calendar days in advance of the date of deposition, Google

15    is directed to provide to counsel for Oracle a written designation of the name(s) and position(s) of

16    the person(s) designated to testify on the following topic.

17                                       **TOPICS**

18    4.    Any non-infringing alternatives to the Android technologies alleged to infringe the

19    patents-in-suit and copyrights-in-suit considered by or available to Google from the time Google

20    began to develop Android up to and including the release of version 2.2 ("Froyo").

21    5.    Any changes Google has made or intends to make to Android in response to

22    Oracle's allegations in this lawsuit or in light of Oracle or Sun Microsystems' intellectual

23    property rights.

24    6.    Android's security features, including their relation to java.security APIs

25    specification, documentation, and source code and Google's reasons for making java.security

26    APIs specification, documentation, and source code available to application developers and

27    Android device manufacturers.

28

1    7.    Modifications made by third parties to the allegedly-infringing portions of Android

2    identified by Oracle's copyright and patent infringement contentions, including the author of, date

3    of, and basis for each such modification.

4    8.    Google's business model and marketing strategy for Android.

5    9.    Google's agreements and communications with OEMs and carriers relating to

6    Android, including but not limited to agreements and communications relating to modification of

7    Android source code.

8

Dated: June 21, 2011              MICHAEL A. JACOBS
9                                  MARC DAVID PETERS
                                   DANIEL P. MUINO
10                                 MORRISON & FOERSTER LLP

11

                                   By:  /s/ Daniel P. Muino
12                                       Daniel P. Muino

13                                 *Attorneys for Plaintiff*
                                   ORACLE AMERICA, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

3

4

I further declare that on June 21, 2011, I served a copy of:

5

**PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT GOOGLE INC. PURSUANT TO FED. R. CIV. P. 30(b)(6), TOPICS 4-9**

6

7

8

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

9

10

11

Robert F. Perry
Scott T. Weingaertner
Bruce W. Baber
Mark H. Francis
Christopher C. Carnaval
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-4003

RPerry@kslaw.com
SWeingaertner@kslaw.com
bbaber@kslaw.com
mfrancis@kslaw.com
ccarnaval@kslaw.com

Google-Oracle-Service-OutsideCounsel@kslaw.com

Fax:    212.556.2222

Timothy T. Scott
Geoffrey M. Ezgar
Leo Spooner III
KING & SPALDING, LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065

TScott@kslaw.com
GEzgar@kslaw.com
LSpooner@kslaw.com

Fax:    650.590.1900

12

13

14

15

16

17

18

19

20

21

Donald F. Zimmer, Jr.
Cheryl Z. Sabnis
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105

fzimmer@kslaw.com
csabnis@kslaw.com

Fax: 415.318.1300

Steven Snyder
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202

ssnyder@kslaw.com

Fax:    704.503.2622

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1418284

1

1    Brian Banner                        Renny F. Hwang
     King & Spalding LLP                GOOGLE INC.

| | |
|---|---|
| Brian Banner | Renny F. Hwang |
| King & Spalding LLP | GOOGLE INC. |
| 401 Congress Avenue | 1600 Amphitheatre Parkway |
| Suite 3200 | Mountain View, CA  94043 |
| Austin, TX  78701 | |
| | rennyhwang@google.com |
| bbanner@kslaw.com | |
| | Fax:     650.618.1806 |
| Fax.  512.457.2100 | |
| Ian C. Ballon | Joseph R. Wetzel |
| Heather Meeker | Dana K. Powers |
| GREENBERG TRAURIG LLP | GREENBERG TRAURIG, LLP |
| 1900 University Avenue, 5th Floor | 153 Townsend Street, 8th Floor |
| East Palo Alto, CA  94303 | San Francisco, CA  94107 |
| | |
| ballon@gtlaw.com | wetzelj@gtlaw.com |
| meekerh@gtlaw.com | powersdk@gtlaw.com |
| | |
| Fax:     650.328.8508 | Fax:  415.707.2010 |
| | |
| Valerie W. Ho | Robert A. Van Nest |
| GREENBERG TRAURIG LLP | Christa M. Anderson |
| 2450 Colorado Avenue, Suite 400E | Michael S. Kwun |
| Santa Monica, CA  90404 | Daniel Purcell |
| | Eugene M. Paige |
| hov@gtlaw.com | Matthias A. Kamber |
| | KEKER & VAN NEST LLP |
| Fax:  310.586.7800 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| | rvannest@kvn.com |
| | canderson@kvn.com |
| | mkwun@kvn.com |
| | dpurcell@kvn.com |
| | epaige@kvn.com |
| | mkamber@kvn.com |
| | |
| | Fax:  415.397.7188 |

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

       Executed at Palo Alto, California, this 21st day of June, 2011.

| | |
|---|---|
| _____ | _____ |
| Cynthia D. Fix | /s/ Cynthia D. Fix |
| (typed) | (signature) |