# Exhibit C

1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road
5  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
6
   BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
11 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway
   Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
19

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22                         SAN FRANCISCO DIVISION

23 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
24 | Plaintiff, | **PLAINTIFF'S INTERROGATORIES TO DEFENDANT GOOGLE INC., SET FOUR** |
25 | v. | |
26 | GOOGLE INC. | Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |
27 | Defendant. | |

28

PROPOUNDING PARTY:    PLAINTIFF ORACLE AMERICA, INC.

RESPONDING PARTY: DEFENDANT GOOGLE, INC.

SET:    FOUR (Nos. 20-25)

In accordance with Federal Rule of Civil Procedure 33, Plaintiff Oracle America, Inc. ("Oracle") hereby propounds the following interrogatories to Defendant Google Inc. ("Google"), to be answered in writing within 30 days from service.

## DEFINITIONS AND INSTRUCTIONS

As used below, the following terms have the meanings indicated:

1. "Java Platform" refers to the Java programming language, the Java compiler, the Java Virtual Machine, the Java Development Kit, the Java Runtime Environment, the Just-In-Time compiler, Java class libraries, Java application programming interfaces, and Java specifications and reference implementations.

2. "Android" means "the Android Platform" and "Android" as referred to in Google's Answer (Docket No. 32) at Background ¶ 12 and in Google's Answer to Amended Complaint (Docket No. 51) at Background ¶ 12 and at Factual Background ¶¶ 11–17, and includes any versions thereof (whether released or unreleased) and related public or proprietary source code, executable code, and documentation.

3. "Google" or "You" means Google Inc. and any companies that Google Inc. has acquired, including Android, Inc. In directing these interrogatories to Google, we seek all information available to Google, including information relating to companies Google has acquired (such as Android, Inc.).

## INTERROGATORIES

**INTERROGATORY NO. 20:**

Identify and describe in detail any non-infringing alternatives to the Android technologies alleged to infringe the patents-in-suit and copyrights-in-suit considered by or available to Google from the time Google began to develop Android up to and including the release of version 2.2 ("Froyo"), including Google's basis for rejecting each identified alternative.

**INTERROGATORY NO. 21:**

Identify and describe in detail each modification made by third parties to the allegedly-infringing portions of Android source code and documentation identified by Oracle's copyright and patent infringement contentions, including the author of, date of, and basis for each such modification.

**INTERROGATORY NO. 22:**

Describe in detail the steps that Google and Android device manufacturers perform to retrieve, port, load, install, test, and/or execute Android on Android devices, including without limitation the person or entity that performs each step and the physical location where each step is performed.

**INTERROGATORY NO. 23:**

Please state the total amount of projected and actual advertising revenue from Android devices (separately for phones and for other devices) that Google projected it would earn or has earned in the United States separately for each month from November 2007 through December 2013.

**INTERROGATORY NO. 24:**

Identify and describe in detail all ways in which Google has reduced or expects to reduce the amount of revenue sharing with third parties in connection with Android, including without limitation the total amount of reduced revenue sharing that Google anticipated as of October 2007 and October 2008 in connection with Android.

**INTERROGATORY NO. 25:**

Identify (by production number, date, and author for any documents) and describe in detail the basis for and materials considered in deriving all mobile revenue, profit, and unit projections (written or otherwise) made from July 2005 through December 2008, broken out by Android and non-Android revenue, profit, and unit projections.

Dated: June 29, 2011

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Daniel Muino
    Daniel P. Muino

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.