# Exhibit H

Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,          )
 6          Plaintiff,              )
 7      vs.                         )   No. CV 10-03561 WHA
 8   GOOGLE, INC.,                  )
 9          Defendant.              )
10   _____)
11
12
13
14              -- ATTORNEYS' EYES ONLY --
15
16      Videotaped deposition of ADITYA KUMAR AGARWAL,
17      taken at the law offices of King & Spalding LLP,
18      333 Twin Dolphin Drive, Redwood Shores,
19      California, commencing at 9:31 a.m.,
20      Friday, April 8, 2011, before Leslie Rockwood,
21      RPR, CSR No. 3462.
22
23
24
25      PAGES 1 - 117
```

Page 1

Attorneys' Eyes Only

```
 1  planning, management reviews, supporting the team on

 2  future deals, looking at existing costs, expenses.

 3         Q.  Have you ever been deposed before?

 4         A.  No.

 5         Q.  So let me just very briefly go over the rules       09:33:58

 6  of the road.  I'm sure your counsel has already explained

 7  to you that I will ask you questions.  You'll answer.

 8             From time to time, he may or may not object.

 9  Even if he objects, please answer the question.  Please

10  make sure your answers are verbal, "yes" or "no".  No          09:34:12

11  nodding or "huh-uh," "uh-huh."  It makes it easier for

12  the court reporter.

13         A.  Sure.

14         Q.  Do you understand that you're here today as a

15  30(b)(6) witness?                                              09:34:23

16         A.  Yes.

17         Q.  Could you just explain for the record what

18  your understanding of a 30(b)(6) witness is?

19         A.  I'm here to talk about Android finances.  And

20  whatever I say, I'll -- it's my understanding of how           09:34:38

21  finances are for Android.  And it's going to be all true.

22             MR. BABER:  Excuse me.  Ms. Rutherford, just

23  before we start, a couple of just very preliminary stuff

24  on the record.

25             The first is that we do make the request            09:34:53
```

Page 7

Attorneys' Eyes Only

```
 1   he had with counsel, he can answer it.

 2            MS. RUTHERFORD:  Okay.  All right.

 3       Q.   What is your response to the question?

 4       A.   I'm agreeing with Bruce.

 5       Q.   You don't understand what a 30(b)(6) witness    09:37:20

 6   is?

 7       A.   Not more than what Bruce has --

 8       Q.   You don't understand that you represent the

 9   corporation as a whole?

10       A.   I'll only discuss those things which are not    09:37:29

11   discussed with our counsel team.

12       Q.   Are you prepared here today to speak to the

13   topics before us, which is Google's revenues related to

14   Android, including the identity of each person with

15   knowledge regarding such revenues?                       09:37:49

16       A.   Yes, to the best of my understanding.

17       Q.   Are you also prepared to speak to how Google

18   accounts for Android-related revenues and expenses?

19       A.   Uh-huh.  Yes.

20       Q.   Are you also prepared to speak to all           09:38:01

21   profits, losses, revenues, expenses and costs associated

22   with Android, including those associated with Android

23   market and advertising on Android-related enabled

24   devices?

25       A.   Yes.                                            09:38:13
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1         Q.  Are you also prepared to speak to any
 2    financial protections relating to Android?
 3         A.  Yes.
 4         Q.  And do you or do you not understand that in          09:38:23
 5    your -- when you're here speaking today, you speak on
 6    behalf of Google, not yourself?
 7             MR. BABER:  I object to the form.
 8         Q.  BY MS. RUTHERFORD:  You may answer.  It's a
 9    "yes" or "no" question.
10         A.  I'll wait for an answer from Bruce.                  09:38:36
11             MR. BABER:  You can answer the question.
12         Q.  BY MS. RUTHERFORD:  You may answer.  He
13    objects, you answer.
14         A.  Repeat your question, please.
15         Q.  Do you understand that when you respond to           09:38:48
16    these questions, you're speaking on behalf of Google and
17    not yourself?
18         A.  To the best of my understanding, I'll state
19    whatever I know about on these topics.
20         Q.  It's a "yes" or "no" question.  Do you               09:39:04
21    understand that when you speak here today, you're
22    speaking on behalf of the company Google and not
23    yourself?
24             MR. BABER:  I object to the form.
25         Q.  BY MS. RUTHERFORD:  "Yes" or "no"?                   09:39:13
```

Page 11

```
 1        I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5        Executed on ____10-May____, 20_11_,
 6   at Mountain View, CA                     .
 7
 8
 9
10            _____Aditya Agarwal._____
11                ADITYA KUMAR AGARWAL
```

Attorneys' Eyes Only

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4             I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6             That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9             That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16             I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20             IN WITNESS WHEREOF, I have subscribed my name
21   this 12th day of April, 2011.
22
23
24             _____
25             LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

Page 114

Veritext National Deposition & Litigation Services
866 299-5127