IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant.<br>_____ / | No. C 10-03561 WHA<br><br>**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff moves for permission to file under seal various documents supporting its motion to exclude portions of the expert reports of Gergory K. Leonard and Alan J. Cox (Dkt. No. 557). The motion is **GRANTED IN PART AND DENIED IN PART** as follows. As to the brief supporting the motion and as to exhibits 4–9 to the Dearborn declaration, the motion is **DENIED**. Those documents may be filed in the public record. As to exhibits 1 and 2 to the Dearborn declaration, the motion is **GRANTED**. Those documents may be filed under seal. Please be aware this is without prejudice to a future order that quotes from the sealed material and is public.

**IT IS SO ORDERED.**

Dated: October 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE