**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 1, 2011

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

Honorable William Alsup
United States District Court Judge
Northern District of California
United States Courthouse
Courtroom 8 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Oracle America v. Google, Inc.*, Case No. C10-3561 WHA

Dear Judge Alsup,

Responding to the Court's question at the October 19, 2011 case management conference:

The parties decline to stipulate to a magistrate judge.

Respectfully submitted,

MORRISON & FOERSTER LLP

*/s/ Michael A. Jacobs*
Michael A. Jacobs
Counsel for Plaintiff Oracle America, Inc.

KEKER & VAN NEST LLP

*/s/ Robert A. Van Nest*
Robert A. Van Nest
Counsel for Defendant Google Inc.

### GENERAL ORDER 45 ATTESTATION

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.

*/s/ Michael A. Jacobs*
Michael A. Jacobs

sf-3063400