UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

PAUL S. GREWAL            UNITED STATES MAGISTRATE JUDGE            CT. #5

DATE: November 2, 2011              CASE No. CV10-03561 WHA

CASE TITLE: Oracle America, Inc. v. Google, Inc.

Courtroom Deputy: Oscar Rivera            ERO:

APPEARANCES

For Plaintiff(s):                              For Defendant(s):

Michael Jacobs (telephonically)              Robert Van Nest (telephonically)

☐  Settlement Conference Held.  Case settled.

☒  Settlement Conference Held.  Case did not settle.

☐  Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments: Further discussions to be scheduled in consultation with parties.

cc:
Judge William Alsup chambers

Judge:                                                      Hours: (15 minutes)
Paul S. Grewal