Jennifer Bonneville (State Bar No. 243686)
**STEPTOE & JOHNSON** LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorney for Third Party
Motorola Mobility, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. 3:10-CV-03561-WHA <br><br> **NOTICE OF WITHDRAWAL OF LAWRENCE RIFF AS COUNSEL FOR THIRD-PARTY MOTOROLA MOBILITY, INC.** <br><br> Judge: Hon. William Alsup <br><br> Date Comp. Filed: October 27, 2010 <br><br> Trial Date: October 31, 2010 |

Third Party Motorola Mobility, Inc., notifies the Court and the parties, through counsel, that Lawrence P. Riff withdraws as counsel of record for third party Motorola Mobility, Inc. and requests to be removed from the Court's ECF notification system.

DATED: November 3, 2011                         STEPTOE & JOHNSON LLP

By:_____
Jennifer B. Bonneville
Attorney for Third Party
MOTOROLA MOBILITY, INC.

NOTICE OF WITHDRAWAL OF LAWRENCE RIFF AS COUNSEL FOR THIRD-PARTY MOTOROLA MOBILITY, INC.
- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2011, I caused the foregoing **NOTICE OF WITHDRAWAL OF LAWRENCE RIFF AS COUNSEL FOR THIRD-PARTY MOTOROLA MOBILITY, INC.**, to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600/Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300

STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000/Facsimile: (510) 874-1460

ORACLE AMERICA CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle America Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200/Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

1 | DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
2 | CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
3 | KING & SPALDING LLP
4 | 101 Second Street – Suite 2300
San Francisco, CA 94105
5 | Telephone: (415) 318-1200
Facsimile: (415) 318-1300

SCOTT T. WEINGAERTNER (Pro Hac Vice)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Jennifer B. Bonneville

---

NOTICE OF WITHDRAWAL OF LAWRENCE RIFF AS COUNSEL FOR THIRD-PARTY MOTOROLA MOBILITY, INC.
- 3 -