KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:     212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:     415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:     650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                             Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                             Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**[PROPOSED] ORDER SEALING EXHIBITS J AND M TO DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF ORACLE'S RESPONSIVE SUPPLEMENTAL BRIEF IN OPPOSITION TO GOOGLE'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE PORTIONS OF COCKBURN REPORT ON DAMAGES (DKT. NO. 573)**<br><br>Judge:        Hon. William Alsup<br><br>Date Comp. Filed:       October 27, 2010 |

This matter came before the Court on Oracle America, Inc.'s Administrative Motion to file documents under seal (Dkt. No. 571).  Based on the arguments presented in the administrative motion, the declarations in support of the motion, the pleadings on file, and any other relevant matter, the Court hereby **GRANTS** the motion, as follows:

Exhibits J and M to the Declaration of Meredith Dearborn in Support of Oracle's Responsive Supplemental Brief in Opposition to Google's Motion *in Limine* No. 3 to Exclude Portions of Cockburn Report on Damages (Dkt. No. 573), shall be filed under seal.  A redacted version of Exhibit M with the phone number obscured shall be re-filed in the public record.

IT IS SO ORDERED,

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE