IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant moves to file under seal portions of its brief opposing plaintiff's motion to exclude portions of the Leonard and Cox expert reports, as well as certain materials supporting its opposition (Dkt. No. 580). The motion is **GRANTED IN PART AND DENIED IN PART** as follows. As to lines 12:14–17 and 12:22–13:2 of the opposition brief, and as to exhibits D, E, F, G, and J to the Zimmer declaration, the motion is **GRANTED**. Those materials may be filed under seal. Please be aware that this is without prejudice to a future order that quotes from the sealed material and is public. As to lines 15:8–10 of the opposition brief and exhibit K to the Zimmer declaration, the motion is **DENIED**. Those materials may be filed in the public record. Additionally, defendant must file a copy of its opposition brief in the public record with *only* lines 12:14–17 and 12:22–13:2 redacted.

    **IT IS SO ORDERED.**

Dated: November 7, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE