| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone:  (415) 318-1200<br>Facsimile:  (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                          Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**[PROPOSED] ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE DOCUMENTS UNDER SEAL** |

1
[PROPOSED] ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 3:10-cv-03561 WHA

588525.01

1    Before this Court is Oracle America Inc.'s ("Oracle") Administrative Motion to Seal
2 portions of Oracle's reply brief in support of its motion to exclude portions of the Leonard and
3 Cox expert reports, as well as certain materials supporting its opposition (Dkt. No. 592).  Based
4 on the arguments presented in the motion, the declaration in support of the motion, the pleadings
5 on file, and any other relevant matter, the motion is **GRANTED IN PART AND DENIED IN PART** as
6 follows.  As to exhibits A and B to the Norton declaration, the motion is **GRANTED.**  As to the
7 portions of the reply brief and exhibit C to the Norton declaration, the motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____          _____

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 3:10-cv-03561 WHA

588525.01