IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 10-03561 WHA<br><br>**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING REQUEST TO FILE DOCUMENTS UNDER SEAL** |

　　　Plaintiff moves to file under seal portions of its reply brief supporting its motion to exclude portions of the Leonard and Cox expert reports, as well as certain materials supporting its reply (Dkt. No. 592). The motion is **GRANTED IN PART AND DENIED IN PART** as follows. As to exhibits A and B to the Norton declaration, the motion is **GRANTED**. Those materials may be filed under seal. Please be aware that this is without prejudice to a future order that quotes from the sealed material and is public. As to exhibit C to the Norton declaration and as to the reply brief itself, the motion is **DENIED**. Those materials may be filed in the public record.

　　　**IT IS SO ORDERED.**

Dated: November 8, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE