# EXHIBIT C

| From: | andyt@google.com. | Sent: 9/28/2006 8:05 PM. |
|---|---|---|
| To: [ - ] | tangjianfeng@chinamobile.com. | |
| Cc: [ - ] | billwli@google.com; arubin@google.com. | |
| Bcc: [ - ] | . | |
| Subject: | Materials on Google Open Handset OS. | |

Dir. Tang,

Pls see attached for the materials on our open handset OS.

Let me know if you need more info,

Thanks!

Andy

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00025575





Open Handset Platform



## Supporting Java is the best way to harness developers



Fact: Linux fragmentation threatens value. Tools and new app frameworks are biggest hurdles. 6M Java developers worldwide. Tools and documentation exist to support app development without the need to create a large developer services organization. There exist many legacy Java applications. The wireless industry has adopted Java, and the carriers require its support.

Strategy: Leverage Java for its existing base of developers. Build a useful app framework (not J2ME). Support J2ME apps in compatibility mode. Provide an optimized JVM (Dalvik). Integrate class libraries and other technology from Skelmir acquisition to accelerate effort.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025584