IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING FINAL PRETRIAL CONFERENCE** |
| GOOGLE INC., | |
| Defendant. / | |

The final pretrial conference will be held at **8:00 A.M. ON DECEMBER 21, 2011**. Please file a brief joint statement two days before. Rule 706 expert Dr. Kearl or his counsel should attend. The Court understands Dr. Kearl's work will be progressing on schedule and if there are obstacles they should be promptly brought to the attention of the Court.

**IT IS SO ORDERED.**

Dated: November 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE