IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                                         /

No. C 10-03561 WHA

**ORDER COMPELLING DEPOSITIONS AND PRODUCTION OF MATERIALS**

    The November 11 letter from plaintiff's counsel (Dkt. No. 614) is deemed a motion to compel depositions of the interviewees upon whom defendant's "spoon-fed" damages experts relied. Having considered defendant's response (Dkt. No. 615), the motion is **GRANTED IN PART** as follows.

    All but one of the seven interviewees have been deposed or offered for deposition already, so there is less need for doing it again. Plaintiff may select a total of three of the seven interviewees and depose each for two hours without break. Defendant must produce at the deposition any materials used by the deponent in supplying information to the experts. No other materials need be produced. The questioning shall be limited to the subject of the interviews and the information provided to the expert and its accuracy.

    By **NOON ON NOVEMBER 15, 2011**, plaintiff must designate the three individuals it will depose. By **NOON ON NOVEMBER 17, 2011**, defendant then must identify the times and locations where those individuals will be made available for deposition. The depositions must be completed by **NOVEMBER 22, 2011**. All depositions shall take place within the Bay Area.

    **IT IS SO ORDERED.**

Dated: November 14, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE