# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### MISC. NO. 106 – IN RE GOOGLE

**FILED**

**NOV 1 0 2011**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date of docketing: 11/07/2011

A petition for writ of mandamus has been filed.

Name of petitioner(s): Google Inc.

Name of respondent(s), if known: Oracle America, Inc.

Related action: Northern District of California 10-CV-3561

**Critical dates include:**
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.

Jan Horbaly
Clerk

cc: Northern District of California
    David Boies
    Robert A. Van Nest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 106

IN RE GOOGLE INC.,

                                  Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-3561, Judge William H. Alsup.

Authorized Abbreviated Caption[2]

IN RE GOOGLE, MISC. NO. 106

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.