NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FILED**

**NOV 1 0 2011**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE INC.,
*Petitioner.*

Miscellaneous Docket No. 106

CV 10-03561 WHA

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 10-CV-3561 Judge William Alsup.

ON PETITION

ORDER

Google Inc. submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of California to (1) confirm that the August 6, 2010 email (and all drafts thereof) authorized by Tim Lindholm are privileged, (2) grant all of the relief detailed in its Proposed Order submitted below, (3) seal its October 20, 2011 order denying Rule 72(a) relief, and (4) vacate its November 2, 2011 order stripping the Lindholm email and drafts of their confidential designations.

Upon consideration thereof,

IN RE GOOGLE 2

IT IS ORDERED THAT:

Oracle America, Inc. is directed to respond no later than November 28, 2011.

FOR THE COURT

<u>    NOV 0 8 2011    </u>  /s/ Jan Horbaly
      Date                      Jan Horbaly
                                   Clerk

cc: Robert A. Van Nest, Esq.
    David Boies, Esq.
    Clerk, United States District Court for the Northern District Of California

s19

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

NOV 0 3 2011

JAN HORBALY
CLERK