IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING LEAVE TO FILE MOTION REGARDING COPYRIGHTABILITY**

After considering each side's fifteen-page supplemental précis regarding copyrightability, the Court is convinced that the best way to proceed is to rule on the copyrightability issues at the end of the copyright portion of the trial. The Court will give proper instructions to the jury on copyrightability at that time. Neither side has any right to an advance determination of these issues before trial. It is sufficient that the jury will be properly instructed before commencing deliberations on the copyright claims.

**IT IS SO ORDERED.**

Dated: November 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE