[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | CASE NO. CV 10-03561 WA (DMR)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND TIME FOR<br>DEPOSITIONS OF TIMOTHY<br>BRAY AND JOHN RIZZO**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

**STIPULATION**

WHEREAS, the Court's order of November 14, 2011 (Dkt. No. 617) required that Oracle designate three interviewees for deposition, and that those three depositions be completed by November 22, 2011; and

WHEREAS, on November 15, 2011, Oracle informed Google that it wanted to take the depositions of Timothy Bray, John Rizzo, and Dan Bornstein; and

WHEREAS, on November 16, 2011, Google offered Mr. Bornstein for deposition on Monday, November 21, 2011; and

WHEREAS, on November 17, 2011, Oracle accepted that offer and agreed take Mr. Bornstein's deposition on November 21, 2011; and

WHEREAS, prior to the Court's November 14, 2011 order, the parties had scheduled the interviews of Google employee Timothy Bray and third party John Rizzo for November 30, 2011; and

WHEREAS, Mr. Bray is currently traveling in Asia and will not be returning to the United States until after the Court's deadline of November 22, 2011; and

WHEREAS, because Mr. Rizzo is not a Google employee, his day-to-day availability for proceedings in this case is not subject to Google's control, but Mr. Rizzo had voluntarily agreed to accept service of a deposition subpoena and sit for deposition on November 30, 2011, and Oracle had issued a deposition subpoena to Mr. Rizzo for that date; and

WHEREAS, accordingly, on November 16, 2011, Google proposed to Oracle that, subject to Court approval, the depositions of Mr. Bray and Mr. Rizzo should take place on the previously agreed date of November 30, 2011; and

WHEREAS, on November 17, 2011, Oracle agreed to accommodate Mr. Bray's and Mr. Rizzo's schedules by deposing those witnesses on November 30, 2011; and

WHEREAS, the parties acknowledge and agree that a limited extension of time to depose Mr. Bray and Mr. Rizzo will not affect, delay, or push back any other deadlines in this case or cause any prejudice to either Google or Oracle.

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. The deadline for completing the depositions of Timothy Bray and John Rizzo should be extended from November 22, 2011 to November 30, 2011.

2. No other deadlines in this case will be affected by the foregoing extension. The parties will not use this extension to argue for a delay of any other deadlines in this case.

### [PROPOSED] ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: November 18, 2011.

Honorable William Alsup
Judge of the United States District Court

*APPROVED — Judge William Alsup — United States District Court, Northern District of California*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 17, 2011 | BOIES, SCHILLER & FLEXNER LLP |
| 3 | | |
| 4 | | By: */s/ Steven C. Holtzman* |
| 5 | | DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com |
| 6 | | 333 Main Street<br>Armonk, NY  10504 |
| 7 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 8 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 9 | | FRED NORTON (Bar No. 224725)<br>fnorton@bsfllp.com |
| 10 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 11 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 12 | | ALANNA RUTHERFORD (Admitted *Pro Hac Vice*) |
| 13 | | 575 Lexington Avenue, 7th Floor, New York, NY 10022<br>Telephone: (212) 446-2300 |
| 14 | | Facsimile: (212) 446-2350 |
| 15 | | |
| 16 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 17 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 18 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 19 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 20 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 21 | | |
| 22 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 23 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 24 | | MATTHEW M. SARBORARIA (Bar No. 211600)<br>matthew.sarboraria@oracle.com |
| 25 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 26 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 27 | | *Attorneys for Plaintiff* |
| 28 | | ORACLE AMERICA, INC. |

STIPULATION TO EXTEND TIME FOR DEPOSITIONS OF TIMOTHY BRAY AND JOHN RIZZO
CASE NO. CV 10-03561 WHA (DMR)

3

Dated: November 17, 2011     KEKER & VAN NEST LLP

By:  */s/ Daniel Purcell*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

**ATTESTATION**

I, Daniel Purcell, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEPOSITIONS OF TIMOTHY BRAY AND JOHN RIZZO.  In compliance with General Order 45, X.B., I hereby attest that Steven C. Holtzman has concurred in this filing.

Date:  November 17, 2011                       */s/ Daniel Purcell*
                                                                    DANIEL PURCELL