IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **ORDER FOR SUPPLEMENTAL JOINT STATEMENT TWO WEEKS BEFORE FINAL PRETRIAL CONFERENCE** |

By **NOON ON DECEMBER 7, 2011**, two weeks before the final pretrial conference, counsel shall please submit a joint list of four pending motions in limine they think are most deserving of oral argument. At least those four will be heard at the final pretrial conference. No new materials may be used at the argument without court approval.

In addition, please include an update on the progress of the PTO in reexamining the 26 claims Oracles wishes to present to the jury. Also, please advise on the timeline for resolution of the petition for writ of mandamus regarding the Lindholm email and claim of privilege. The joint statement may also include any other items that should impact on the trial date, duration, and scheduling.

**IT IS SO ORDERED.**

Dated: November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE