IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>                                       / | No. C 10-03561 WHA<br><br>**SUPPLEMENTAL ORDER TO SUBMIT COLOR-CODED HANDOUT OF CLAIMS TO BE TRIED** |

There seems to be confusion between the parties regarding whether obviousness combinations should be allowed in the color-coded handout. They should not be. The color-coded handouts are strictly for evaluating anticipation by single references. Please conform accordingly.

The parties should also include a legend on each page that identifies the meaning of the red lining, and the blue and gray highlighting with the names of anticipatory references, such as "missing from Android" and "missing from Reference X."

A new joint handout must be filed by **NOON ON NOVEMBER 30, 2011**.

**IT IS SO ORDERED.**

Dated: November 22, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE