1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

ORACLE AMERICA, INC.,                                    No. C 10-03561 WHA

11
                    Plaintiff,
12
       v.                                                **ORDER REGARDING**
                                                         **PATENT MARKING**
13
GOOGLE INC.,
14
                    Defendant.
15   _____/

16        Having read the parties' letters dated November 30, 2011, counsel are requested to show

17   cause by **5:00 PM TOMORROW** why the following procedure should not be adopted in order to

18   streamline and manage the trial.

19        Counsel for Oracle shall identify, for each of the 26 asserted claims, each Oracle product,

20   Oracle-licensed product, Sun product, or Sun-licensed product that practiced the claim during the

21   alleged damages period from January 1, 2007 through July 20, 2010, the time of actual notice.

22   This must be filed by **DECEMBER 16, 2011**.  In making this submission, counsel shall keep in

23   mind that they are officers of the court and full candor is required.

24        By **DECEMBER 30, 2011**, counsel for Google shall respond and identify any further

25   products by Oracle or Sun that practiced any of the 26 asserted claims, specifying with

26   particularity which ones and why.  Counsel shall keep in mind that they are officers of the court

27   and full candor is required.  Mere allegations will not suffice.  Google will only list products they

28   can prove practiced the asserted claims.

**United States District Court**
For the Northern District of California

After reviewing these submissions, the Court will determine the appropriate next steps.

**IT IS SO ORDERED.**

Dated:  December 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California