ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**JOINT IDENTIFICATION OF ADDITIONAL CLAIM TERMS FOR CONSTRUCTION** |

Pursuant to the Court's November 8, 2011 *Order Regarding Construction of Claims to be Tried* (Dkt. No. 603), and having met-and-conferred as directed by the Court, Google and Oracle identify the following claim terms for construction, along with their respective proposed constructions. Per the Court's Order, the parties identify only claim terms within the 26 claims identified by Oracle for trial (Dkt. No. 471).

| Claim | Term | Google's Proposed Construction | Oracle's Proposed Construction |
|---|---|---|---|
| '476 Patent, Claim 14 | computer-readable medium | any medium that participates in providing instructions to a processor for execution, including but not limited to, optical or magnetic disks, dynamic memory, coaxial cables, copper wire, fiber optics, acoustic or light waves, radio-waves and infra-red data communications | a storage device for use by a computer |
| '720 Patent, Claims 1, 10 and 19 | Obtain[ing] a representation of at least one class from a source definition provided as object oriented program code | load at least one class definition by compiling object oriented source code | No construction necessary. The phrase has the ordinary meaning that its constituent words give it. |
| '205 Patent, Claims 1 and 2 | runtime | during execution of the virtual machine instructions | No construction necessary. The ordinary meaning is "during execution of the virtual machine." |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 2, 2011 | **MORRISON & FOERSTER LLP** |
| 3 | | By: */s/ Marc D. Peters* |
| | | Marc D. Peters |
| 4 | | |
| | | MORRISON & FOERSTER LLP |
| 5 | | MICHAEL A. JACOBS (Bar No. 111664) |
| | | mjacobs@mofo.com |
| 6 | | MARC DAVID PETERS (Bar No. 211725) |
| | | mdpeters@mofo.com |
| 7 | | DANIEL P. MUINO (Bar No. 209624) |
| | | dmuino@mofo.com |
| 8 | | 755 Page Mill Road |
| | | Palo Alto, CA 94304-1018 |
| 9 | | Telephone: (650) 813-5600 |
| 10 | | Facsimile: (650) 494-0792 |

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

ATTORNEYS FOR PLAINTIFF
ORACLE AMERICA, INC.

| | | |
|---|---|---|
| 1 | DATED:  December 2, 2011 | **KEKER & VAN NEST, LLP** |
| 2 | | By:  /s/ Christa M. Anderson |
| 3 | | ROBERT A. VAN NEST (SBN 84065) |
| 4 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN 184325) |
| 5 | | canderson@kvn.com<br>KEKER & VAN NEST LLP |
| 6 | | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 7 | | Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 |

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER *(Pro Hac Vice)*
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

ATTORNEYS FOR DEFENDANT
GOOGLE INC.