IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                         /

No. C 10-03561 WHA

**SUPPLEMENTAL ORDER REGARDING PATENT MARKING**

    A prior order requested the parties' response to the Court's proposed plan regarding patent marking (Dkt. No. 636). Oracle filed its response and sought to add a new feature to the plan: Google should identify products in Oracle's submission that Google contends do not practice the claims, in addition to identifying further products that practice the claims (Dkt. No. 638). The deadline in the prior order has passed and Google has not yet filed a response. Counsel for Google shall please comment on the Court's proposed plan and also address the additional feature that Oracle has suggested by **NOON TODAY**.

    **IT IS SO ORDERED.**

Dated: December 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE