IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **SUPPLEMENTAL ORDER REGARDING PATENTING MARKING** |
| GOOGLE INC., | |
| Defendant. | |

In responding to the Court's proposed order regarding patent marking, the recent submissions from both parties have caveats (Dkt. Nos. 638, 640). Both sides shall meet and confer in person and devise a fully agreeable procedure regarding the marking statute. The agreement must include the evidentiary effect of the procedure. That is, if both sides agree on an item, shouldn't that item be deemed established for all purposes at trial? The order to show cause is withdrawn in favor of requiring both sides to agree in full on a procedure and to submit the procedure by **NOON ON DECEMBER 20, 2011**.

**IT IS SO ORDERED.**

Dated: December 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE