IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **ORDER CLARIFYING TENTATIVE RULING** |

A recent order allowed parties to submit ten-page memoranda critiquing its tentative ruling (Dkt. No. 642). To clarify, that invitation did not allow parties to expand the existing record. No new materials other than the ten-page memoranda may be submitted.

**IT IS SO ORDERED.**

Dated: December 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE