1   [counsel listed on signature page]

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.              Case No. CV 10-03561 WHA (DMR)

12          Plaintiff,         **SUPPLEMENTAL JOINT**
                                    **PRETRIAL CONFERENCE**

13      v.                     **STATEMENT**

14   GOOGLE INC.                  Date:  December 21, 2011
                                      Time:  8:00 a.m.

15          Defendant.        Dept.:  Courtroom 9, 19th Floor
                                      Judge:  Honorable William H. Alsup

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Court's November 21, 2011 order, Oracle America, Inc. and Google Inc.

2    hereby jointly submit (1) a list of four pending motions in limine that the parties believe are most

3    deserving of oral argument; (2) an update on the PTO's progress in reexamining the 26 asserted

4    patent claims; (3) an update on the status of Google's petition to the Federal Circuit for a writ of

5    mandamus regarding the Lindholm e-mail; and (4) a summary of other items that may impact the

6    trial date, duration, and scheduling.

7    **I.      MOTIONS IN LIMINE FOR ORAL ARGUMENT**

8        The parties propose that the Court hear oral argument on at least the following four

9    motions in limine at the pretrial conference:

10       (1)  Oracle's Motion in Limine No. 1 to Exclude Evidence or Argument Regarding Patent

11   Reexaminations.

12       (2)  Oracle's Motion in Limine No. 4 to Exclude Evidence or Argument Regarding

13   Oracle's Past Actions with Application Programming Interfaces.

14       (3)  Google's Motion in Limine No. 1 to Exclude Lindholm E-mail and Drafts Thereof.

15       (4)  Google's Motion in Limine No. 3 to Exclude Portions of Cockburn Report on

16   Damages.

17   **II.     STATUS OF THE REEXAMINATIONS**

18   ***Oracle's Statement***

19       Oracle provides the following update regarding the reexamination status of the six

20   patents-in-suit:

21       - '520 patent:  The PTO has confirmed the patentability of the asserted claims of the

22         '520 patent.  A reexamination certificate issued on November 9, 2011.

23       - '720 patent:  On November 18, 2011, the PTO issued an Action Closing

24         Prosecution rejecting the asserted claims of the '720 patent in light of the preferred

25         prior art.  Oracle's response seeking reconsideration of this action is due on

26         December 19, 2011.

27       - '104 patent:  The PTO has not yet issued a first office action with respect to the

28         '104 patent.

- **'476, '702, '205 patents**: The PTO has tentatively rejected the asserted claims of these patents. All responses to the PTO's tentative rejections have been submitted and further office actions are anticipated.

The table below shows the history of the reexaminations for each of the six asserted patents:

| Patent No. (type of reexam) | Office Action Issued | Oracle Response Filed | Google Response Filed | Final Office Action Issued | Further Oracle Response Due | Asserted Claims Subject To Reexam | Status |
|---|---|---|---|---|---|---|---|
| 6,061,520 (ex parte) | 6/23/11 | 8/23/11 | n/a | n/a | n/a | All (1, 8, 12, 20) | **Claims Confirmed Patentable** |
| 7,426,720 (inter partes) | 5/5/11 | 7/5/11 | 8/4/11 | 11/18/11 | 12/19/11 | All (1, 6, 10, 19, 21, 22) | **Claims Rejected** Further response from Oracle due on 12/19/11 |
| RE38,104 (ex parte) | pending | | | | | All (11, 27, 29, 39, 40, 41) | Awaiting PTO office action |
| 6,192,476 (ex parte) | 6/16/11 | 9/16/11 | n/a | | | All (14) | **Claim Preliminarily Rejected** Awaiting futher PTO office action |
| 5,966,702 (ex parte) | 6/6/11 | 9/6/11 | n/a | | | All (1, 6, 7, 12, 13, 15, 16) | **Claims Preliminarily Rejected** Awaiting futher PTO office action |
| 6,910,205 (inter partes) | 8/19/11 | 10/18/11 | 11/18/11 | | | All (1, 2) | **Claims Preliminarily Rejected** Awaiting futher PTO office action |

### Google's Statement

The reexaminations of five of the six patents-in-suit remain ongoing, with roughly two-thirds of the currently asserted claims having been rejected. Eighty percent of the asserted claims as to which the PTO has issued an office action currently stand rejected. In the *inter partes* reexamination of U.S. Patent No. 7,426,720, the PTO has issued an Action Closing Prosecution after rejecting all asserted claims of the patent for a second time. In summary, as shown below, the PTO has rejected all of the asserted claims of four of the six patents; the PTO has not yet issued an office action with respect to one of the six patents; and the PTO has confirmed the patentability of the asserted claims of one of the six patents.

The table below shows the current status of the reexaminations as to the asserted patents:

| Patent No. (reexam type) | Reexam Filed | Reexam Ordered | First Office Action Issued | Oracle Response Due / Filed | Google Response Due / Filed | Asserted Claims Subject to Reexam | Asserted Claims Currently Rejected | Asserted Claims Currently Allowed |
|---|---|---|---|---|---|---|---|---|
| 6,192,476 (ex parte) | 3/1 | 3/23 Control No. 90/011,521 | 6/16 | Filed 9/16 | n/a | **All** (14) | **All** (14) | None |
| 5,966,702 (ex parte) | 2/15 | 3/23 Control No. 90/011,492 | 6/6 | Filed 9/6 | n/a | **All** (1, 6, 7, 12, 13, 15, 16) | **All** (1, 6, 7, 12, 13, 15, 16) | None |
| 7,426,720 (inter partes) | 3/-1 | 4/18 Control No. 95/001,560 | 5/5 | Filed 7/5 | Filed 8/4 | **All** (1, 6, 10, 19, 21, 22) | **All** (1, 6, 10, 19, 21, 22) | None; Action Closing Prosecuti on issued 11/18 |
| RE38,104 (ex parte) | 2/15 | 3/28 Control No. 90/011,490 | Pending | | n/a | **All** (11, 27, 29, 39, 40, 41) | | None |
| 6,910,205 (inter partes) | 2/17 | 4/14 Control No. 95/001,548 | 8/19 | Filed 10/19 | Filed 11/18 | **All** (1, 2) | **All** (1, 2) | None |
| 6,061,520 (ex parte) | 2/15 | 3/23 Control No. 90/011,489 | 6/23 | Filed 8/23 | n/a | **All** (1, 8, 12, 20) | | **All** (1, 8, 12, 20) |

## III.   STATUS OF GOOGLE'S PETITION FOR A WRIT OF MANDAMUS

With the filing of Google's reply brief on December 5, 2011, the petition is now fully briefed and the parties await further action by the Federal Circuit.  Recently, the Federal Circuit has ruled on writ petitions within two to five months of the date briefing was completed.  For example:

- *In re Link-A-Media Devices Corp.*, --- F.3d ----, 2011 WL 6004566, Misc. No. 990 (Fed. Cir. Dec. 2, 2011).  The petition was fully briefed on July 22, 2011.  The Federal Circuit granted the petition on December 2, 2011.

- *In re Shared Memory Graphics LLC*, 659 F.3d 1336 (Fed. Cir. 2011).  The petition was fully briefed on May 2, 2011.  The Federal Circuit granted the petition on September 22, 2011.

- *In re Vertical Computer Systems, Inc.*, 435 Fed. Appx. 950 (Fed. Cir. 2011).  The

petition was fully briefed on June 8, 2011.  The Federal Circuit denied the petition in a written opinion dated August 17, 2011.

- *In re Chicco USA, Inc.*, 429 Fed.Appx. 993 (Fed. Cir. 2011).   The petition was fully briefed on April 11, 2011.  The Federal Circuit denied the petition in a written opinion dated 7/12/2011).

## IV.    TRIAL SCHEDULING CONSIDERATIONS

*Oracle's Statement*:  To avoid further delay, Oracle requests that the Court set a trial date as early as possible following the submission of Dr. Kearl's expert report on January 19, 2012. For the Court's information, the parties have listed below the trial commitments of lead counsel in early 2012.  Nonetheless, the parties can be expected to accommodate whatever date is convenient for the Court.

*Google's Statement*:  Google agrees that the trial should begin as soon as possible following the submission of Dr. Kearl's expert report on January 19, 2012.  In light of the prior commitments of lead counsel for both  parties, however, and in light of the Court's announced plan to trifurcate the trial with jury deliberations following each phase, Google proposes that early July 2012 is the earliest practicable date for trial.

**Lead Counsel Trial Commitments**

The parties have conferred regarding the schedules of lead trial counsel Michael Jacobs and David Boies for Oracle, and Robert Van Nest and Christa Anderson for Google.  Messrs. Jacobs, Boies, and Van Nest, and Ms. Anderson have certain prior commitments in the first few months of 2012 that could conflict with the trial date in this case.  Those trial commitments are as follows:

**Michael Jacobs**

- *eTool Development, Inc. et al v. National Semiconductor Corporation*, EDTX Case No. 2:08-cv-00196-WCB.  Pretrial conference December 20, 2011; trial January 3-10, 2012.

- *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796 (U.S. ITC).  Trial May 31-June 6, 2012.

**David Boies**

- *Rincon EV Realty LLC, Rincon ET Realty LLC, and Rincon Residential Towers LLC v. CP III Rincon Towers, Inc., and DOES 1 through 50, inclusive,* San

1    Francisco Superior Court Case No. CGC-10-496887.  Trial date is currently
2    February 27, 2012 (expected 2-3 weeks).

3    **Robert Van Nest**

4    •    *New York v. Intel Corp.*, D. Del. No. 09-827 (LDS).  Pretrial Conference Jan. 27,
          2012; trial February 14-24, 2012.
5
6    •    *Commonwealth Scientific and Industrial Research Organization v. Lenovo (United
          States) Inc.*, E.D. Tex. No. 6:09-cv-399 (LED).  Pretrial Conference March 22,
          2012; trial April 2-20, 2012.
7
8    •    *Genentech Inc. v. Trustees of the University of Pennsylvania*, N.D. Cal. No. 5:10-
          cv-02037 LHK (PSG).  Pretrial Conference May 23, 2012; trial June 11-22, 2012.

9    •    Mr. Van Nest also plans to be out of the country from April 26-May 11, 2012.

10   **Christa Anderson**

11
12   •    *Marin Health Care District v. Sutter Health*, JAMS Ref. No. 1100065277.
          Arbitration Jan. 17-Feb. 10, 2012.

13   •    *Commonwealth Scientific and Industrial Research Organization v. Lenovo (United
          States) Inc.*, E.D. Tex. No. 6:09-cv-399 (LED).  Pretrial Conference March 22,
14        2012; trial April 2-20, 2012.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT PRETRIAL CONFERENCE STATEMENT
CASE NO. CV 10-03561 WHA (DMR)
sf- 3079448

5

Dated: December 7, 2011          MORRISON & FOERSTER LLP

By:  /s/ Michael A. Jacobs

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

1   Dated: December 7, 2011                KEKER & VAN NEST, LLP

2
                                           By: __/s/ Robert A. Van Nest_____
3
                                           ROBERT A. VAN NEST (SBN 84065)
4                                          rvannest@kvn.com
                                           CHRISTA M. ANDERSON (SBN184325)
5                                          canderson@kvn.com
                                           DANIEL PURCELL (SBN 191424)
6                                          dpurcell@kvn.com
                                           710 Sansome Street
7                                          San Francisco, CA 94111-1704
                                           Telephone: (415) 391-5400
8                                          Facsimile: (415) 397-7188

9                                          SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
                                           sweingaertner@kslaw.com
10                                         ROBERT F. PERRY
                                           rperry@kslaw.com
11                                         BRUCE W. BABER (*Pro Hac Vice*)
                                           bbaber@kslaw.com
12                                         1185 Avenue of the Americas
                                           New York, NY 10036-4003
13                                         Telephone:  (212) 556-2100
                                           Facsimile:   (212) 556-2222
14
                                           DONALD F. ZIMMER, JR. (SBN 112279)
15                                         fzimmer@kslaw.com
                                           CHERYL A. SABNIS (SBN 224323)
16                                         csabnis@kslaw.com
                                           KING & SPALDING LLP
17                                         101 Second Street - Suite 2300
                                           San Francisco, CA 94105
18                                         Telephone: (415) 318-1200
                                           Facsimile:  (415) 318-1300
19
                                           GREENBERG TRAURIG, LLP
20                                         IAN C. BALLON (SBN 141819)
                                           ballon@gtlaw.com
21                                         HEATHER MEEKER (SBN 172148)
                                           meekerh@gtlaw.com
22                                         1900 University Avenue
                                           East Palo Alto, CA 94303
23                                         Telephone: (650) 328-8500
                                           Facsimile: (650) 328-8508
24
                                           *Attorneys for Defendant*
25                                         GOOGLE INC.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

SUPPLEMENTAL JOINT PRETRIAL CONFERENCE STATEMENT.  In compliance with

General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.


Date: December 7, 2011                          */s/ Michael A. Jacobs*