MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATON OF MARC DAVID PETERS IN SUPPORT OF ORACLE'S OBJECTIONS TO GOOGLE'S PROPOSED CLAIM CONSTRUCTIONS**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Marc David Peters, declare as follows:

I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. Attached hereto as Exhibit A is a true and correct copy of relevant pages from the WEBSTER'S NINTH NEW COLLEGIATE DICTIONARY (1986) and MICROSOFT PRESS COMPUTER DICTIONARY (3d ed. 1997).

2. Attached hereto as Exhibit B is a true and correct copy of relevant pages of the certified file history of U.S. Patent No. 7,426,720, bearing Bates numbers OAGOOGLE0000052271-293.

3. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 7,213,240.

4. Attached hereto as Exhibit D is a true and correct copy of relevant pages of Google's Request for *Inter Partes* Reexamination under 37 C.F.R. § 1.915 relating to U.S. Patent No. 7,426, 720.

5. Attached hereto as Exhibit E is a true and correct copy of Section 2106.01 from the MANUAL OF PATENT EXAMINING PROCEDURE § 2106.01, 8th Edition, Revision 6, dated September 2007. This section remains unchanged in the current edition of the MPEP, 8th Edition, Revision 8 (July 2010).

6. Attached hereto as Exhibit F is a true and correct copy of the Examination Guidelines for Computer-Related Inventions dated February 28, 1996, available at www.uspto.gov/web/offices/pac/dapp/pdf/ciig.pdf.

7. Attached hereto as Exhibit G is a true and correct copy of Section 2106 from the MANUAL OF PATENT EXAMINING PROCEDURE, 8th Edition, dated August 2001. The relevant portion on page 2100-14 is indicated.

//

//

//

1  I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on December 9, 2011, in Palo Alto, California.

/s/ Marc David Peters
MARC DAVID PETERS

**GENERAL ORDER 45 ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file the Declaration of Marc David Peters in Support of Oracle's Objections to Google's Proposed Claim Constructions. In compliance with General Order 45, X.B., I hereby attest that Marc David Peters has concurred in this filing.

Dated: December 9, 2011            By:    /s/ Michael A. Jacobs
                                          MICHAEL A. JACOBS