# EXHIBIT A





## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

  Based on Webster's third new international
dictionary.
  Includes index.
  1. English language—Dictionaries.   I. Merriam-
Webster Inc.
PE1628.W5638      1985      423      84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be re-
produced or copied in any form or by any means—graphic, electronic, or mechanical,
including photocopying, taping, or information storage and retrieval systems—without
written permission of the publisher.

Made in the United States of America

20RMcN86

cause of an individual life  2  a : the spiritual principle embodied in human beings, all rational and spiritual beings, or the universe  b *cap, Christian Science* : GOD 1b  3 : a person's total self  4  a : an active or essential part  b : a moving spirit : LEADER  5  a : man's moral and emotional nature  b : the quality that arouses emotion and sentiment  c : spiritual or moral force : FERVOR  6 : PERSON  7 : EXEMPLIFICATION, PERSONIFICATION (he is the ~ of integrity)  8  a : a strong positive feeling (as of intense sensitivity and emotional fervor) conveyed esp. by black American performers  b : NEGRITUDE  c : SOUL MUSIC  d : SOUL FOOD — SOUL BROTHER

²soul *adj* (1958)  1 : of, relating to, or characteristic of black Americans or their culture  2 : designed for or controlled by blacks (~ radio stations)

soul brother *n* (1959) : a black male

souled \'sōld\ *adj* (15c) : having a soul : possessing soul and feeling — usu. used in combination (whole-souled repentance)

soul food *n* (1964) : food (as chitterlings, ham hocks, and collard greens) traditionally eaten by southern black Americans

soul-ful \'sōl-fəl\ *adj* (1863) : full of or expressing feeling or emotion — soul-ful-ly \-fə-lē\ *adv* — soul-ful-ness *n*

soul kiss *n* (ca. 1948) : FRENCH KISS

soul-less \'sōl-ləs\ *adj* (1553) : having no soul or no greatness or warmth of mind or feeling — soul-less-ly *adv* — soul-less-ness *n*

soul mate *n* (1822) : a person temperamentally suited to another

soul music *n* (1961) : music that originated in black American gospel singing, is closely related to rhythm and blues, and is characterized by intensity of feeling and earthiness

soul-search-ing \'sōl-,sər-chin\ *n* (1924) : examination of one's conscience esp. with regard to motives and values

¹sound \'saúnd\ *adj* [ME, fr. OE *gesund*; akin to OHG *gisunt* healthy] (bef. 12c)  1  a : free from injury or disease : exhibiting normal health  b : free from flaw, defect, or decay (~ timber)  2 : SOLID, FIRM; *also* : STABLE  3  a : free from error, fallacy, or misapprehension (~ reasoning)  b : exhibiting or based on thorough knowledge and experience (~ scholarship)  c : legally valid (~ title)  d : logically valid and having true premises  e : agreeing with accepted views : ORTHODOX  4  a : THOROUGH  b : deep and undisturbed (a ~ sleep)  c : HARD, SEVERE (a ~ whipping)  5 : showing good judgment or sense *syn* see HEALTHY, VALID — sound-ly \'saún-(d)lē\ *adv* — sound-ness \'saún(d)-nəs\ *n*

²sound *adv* (15c) : to the full extent : THOROUGHLY (~ asleep)

³sound *n* [ME *soun*, fr. OF *son*, fr. L *sonus* akin to OE *swinn* melody, L *sonare* to sound, Skt *svanati* it sounds] (13c)  1  a : the sensation perceived by the sense of hearing  b : a particular auditory impression : TONE  c : mechanical radiant energy that is transmitted by longitudinal pressure waves in a material medium (as air) and is the objective cause of hearing  2  a : a speech sound (a peculiar *r*-sound)  b : value in terms of speech sounds (-cher of teacher and -sure of creature have the same ~)  3 *archaic* : RUMOR, FAME  4  a : meaningless noise  b *obs* : MEANING  c : the impression conveyed : IMPORT  5 : hearing distance : EARSHOT  6 : recorded auditory material  7  a : a particular musical style characteristic of an individual, a group, or an area (the Nashville ~)

⁴sound *vi* (14c)  1  a : to make a sound  b : RESOUND  c : to give a summons by sound (the bugle ~s to battle)  2  a : to make or convey an impression : SEEM (his story ~s incredible)  ~ *vt*  1  a : to cause to sound (~ a trumpet)  b : PRONOUNCE 3a  2  a : to put into words : VOICE  3  a : to make known : PROCLAIM  b : to order, signal, or indicate by a sound (~ the alarm)  4  a : to examine by causing to emit sounds (~ the lungs) — sound-able \'saún-də-bəl\ *adj*

⁵sound *n* [ME, fr. OE *sund* swimming, sea & ON *sund* swimming, strait; akin to OE *swimman* to swim] (14c)  1  a : a long broad inlet of the ocean generally parallel to the coast  b : a long passage of water connecting two larger bodies (as a sea with the ocean) or separating a mainland and an island  2 : the air bladder of a fish

⁶sound *vb* [ME *sounden*, fr. MF *sonder*, fr. *sonde* sounding line, prob. of Gmc origin; akin to OE *sundline* sounding line, *sund* sea] *vt* (15c)  1 : to measure the depth of : FATHOM  2 : to try to find out the views or intentions of : PROBE — often used with *out*  3 : to explore or examine (a body cavity) with a sound ~ *vi*  1  a : to ascertain the depth of water esp. with a sounding line  b : to leap into or investigate the possibility (sent commissioners . . . to ~ for peace —Thomas Jefferson)  2 : to dive down suddenly — used of a fish or whale

⁷sound *n* [F *sonde*, fr. MF, lit., sounding line] (1739) : an elongated instrument for exploring or sounding body cavities

sound-alike \'saún-də-,līk\ *n* (ca. 1970) : one that sounds like another

sound-and-light show *n* (1967) : SON ET LUMIÈRE

sound barrier *n* (1952) : SONIC BARRIER

sound-board \'saún(d)-,bō(ə)rd, -,bō(ə)rd\ *n* (1504)  1 : a thin resonant board (as the belly of a violin) so placed in an instrument as to reinforce its tones by sympathetic vibration — see VIOLIN illustration  2 : SOUNDING BOARD 1a

sound bow *n* (ca. 1688) : the thick part of a bell against which the clapper strikes

sound box *n* (ca. 1875)  1 : a hollow chamber in a musical instrument for increasing its sonority  2 : a device in a phonograph using vibrating needle and thin diaphragm to convert phonograph record groove undulations into sound

sound camera *n* (1904) : a motion-picture camera equipped to record sound simultaneously with the picture on a single film

sound effects *n pl* (1928) : effects that are imitative of sounds called for in the script of a play, radio or television program, or motion picture and are produced by various means

sound-er \'saún-dər\ *n* (1575) : one that sounds; *specif* : a device for making soundings

sound hole *n* (ca. 1611) : an opening in the top surface of a stringed instrument (as a violin) to enhance vibration and resonance

¹sound-ing \'saún-din\ *adj* (14c)  1 : RESONANT, SONOROUS  2  a : POMP-OUS  b : IMPOSING — sound-ing-ly \-din-lē\ *adv*

²sounding *n* (15c)  1  a : measurement of depth esp. with a sounding line  b : the depth so ascertained — *c pl* : a place or part of a body of water where a hand sounding line will reach bottom  2 : measurement of atmospheric conditions at various heights  3 : a probe, test, or sampling of opinion or intention

sounding board *n* (1766)  1  a : a structure behind or over a pulpit, rostrum, or platform to give distinctness and sonority to sound  b : a device or agency that helps propagate opinions or utterances  c : a person or group on whom one tries out an idea or opinion as a means of evaluating it  2 : SOUNDBOARD 1

sounding line *n* (1627?) : a line or wire weighted at one end for sounding

sounding rocket *n* (ca. 1945) : a rocket used to obtain information concerning atmospheric conditions at various altitudes

¹sound-less \'saún-(d)ləs\ *adj* [¹sound] (1586) : incapable of being sounded : UNFATHOMABLE

²soundless *adj* [²sound] (1601) : making no sound : SILENT — sound-less-ly *adv*

sound off *vi* (1909)  1 : to play three chords before and after marching up and down a line of troops during a ceremonial parade or formal guard mount  2 : to count cadence while marching  3  a : to speak up in a loud voice  b : to voice one's opinions freely and vigorously

sound pollution *n* (1967) : NOISE POLLUTION

sound pressure *n* (1893) : the difference between the actual pressure at any point in the field of a sound wave at any instant and the average pressure at that point

sound-proof \'saún(d)-'prüf\ *adj* (ca. 1878) : impervious to sound

²soundproof *vt* (1919) : to insulate so as to obstruct the passage of sound

sound-stage \'saún(d)-,stāj\ *n* (1936) : the part of a motion-picture studio in which a production is filmed

sound track *n* (ca. 1929)  1 : the area on a motion-picture film that carries the sound record  2 : the sound recorded on a sound track; *esp* : the music on a sound track

sound truck *n* (1938) : a truck equipped with a loudspeaker

sound wave *n* (1867)  1 : ²SOUND 1b  2 *pl* : longitudinal pressure waves in any material medium regardless of whether they constitute audible sound (earthquake waves and ultrasonic waves are sometimes called *sound waves*)

¹soup \'süp\ *n* [F *soupe* soup, soup, of Gmc origin; akin to ON *soppa* soup, E *sopp* sop — more at SOP] (1653)  1 : a liquid food esp. with a meat, fish, or vegetable stock as a base and often containing pieces of solid food  2 : something (as a heavy fog or nitroglycerine) having or suggesting the consistency or nutrient qualities of soup  3 : an unfortunate predicament

²soup *vt* [E slang *soup* (dope injected into a racehorse to improve its performance)] (1937) : to increase the power or efficiency of (~ up an engine)

soup-çon \süp-'sōⁿ, 'süp-,säⁿ\ *n* [F, lit., suspicion, fr. (assumed) VL *suspection-, suspectio*, fr. L *suspectus*, pp. of *suspicere* to suspect — more at SUSPECT] (1766) : a little bit : TRACE

soup du jour \,süp-də-'zhú(ə)r\ *n* [part trans. of F *soupe du jour* soup of the day] (ca. 1945) : a soup that is offered by a restaurant on a particular day

soup kitchen *n* (1851) : an establishment dispensing minimum dietary essentials (as soup and bread) to the needy

soup-spoon \'süp-,spün\ *n* (1705) : a spoon with a large or rounded bowl for eating soup

soupy \'sü-pē\ *adj* soup-i-er; -est (1872)  1 : having the consistency of soup  2 : densely foggy or cloudy  3 : overly sentimental

¹sour \'saú(ə)r\ *adj* [ME, fr. OE *sūr*; akin to OHG *sūr* sour, Lith *suras* salty] (bef. 12c)  1 : causing or characterized by the one of the four basic taste sensations that is produced chiefly by acids (~ pickles) — compare BITTER, SALT, SWEET  2  a (1) : having the acid taste or smell of or as if of fermentation : TURNED (~ milk)  (2) : of or relating to fermentation  b : smelling or tasting of decay : RANCID, ROTTEN (~ breath)  c (1) : BAD, WRONG (a project gone ~)  (2) : HOSTILE, DISENCHANTED (went ~ on Marxism)  3  a : UNPLEASANT, DISTASTEFUL  b : CROSS, SULLEN  c : not up to the usual, expected, or standard quality or pitch  4 : acid in reaction — used esp. of soil  5 : containing malodorous sulfur compounds — used esp. of petroleum products — sour-ish \'saú(ə)r-ish\ *adj* — sour-ly *adv* — sour-ness *n*

²sour *n* (bef. 12c)  1 : something sour  2 : the primary taste sensation produced by acid stimuli  3 : a cocktail consisting of a liquor (as whiskey), lemon or lime juice, sugar, and sometimes ice

³sour *vi* (14c)  1 : to become sour  ~ *vt* : to make sour

sour ball *n* (ca. 1909)  1 : a spherical piece of hard candy having a tart flavor

¹source \'sô(ə)rs, 'sô(ə)rs\ *n* [ME *sours*, fr. MF *sors*, *sourse*, fr. OF, fr. pp. of *sourdre* to rise, spring forth, fr. L *surgere* — more at SURGE] (14c)  1  a : a generative force : CAUSE  b (1) : a point of origin or procurement : BEGINNING  (2) : one that initiates : AUTHOR; *also* : PROTOTYPE, MODEL  (3) : one that supplies information  2  a : the point of origin of a stream of water : FOUNTAINHEAD  b *archaic* : SPRING, FOUNT  3  a : a firsthand document or primary reference work *syn* see ORIGIN — source-less \-ləs\ *adj*

²source *vt* or sourced; sourc-ing (1957) : to specify the source of (as quoted material)

source-book \,bûk\ *n* (1899?) : a fundamental document or record (as of history, literature, art, or religion) on which subsequent writings, compositions, opinions, beliefs, or practices are based; *also* : a collection of such documents

source language *n* (1956) : a language which is to be translated into another language — compare TARGET LANGUAGE

sour cherry *n* (15c) : a round-headed Eurasian fruit tree (*Prunus cerasus*) widely grown for its bright red to almost black soft-fleshed acid fruits; *also* : its fruit

sour cream *n* (1825) : a commercial cream product produced by the use of lactobacilli

sour-dough \'saú(ə)r-,dō, 1 *is also* -'dō\ *n* (14c)  1 : a leaven consisting of dough in which fermentation is active  2 [fr. the use of sourdough for making bread in prospectors' camps] : a veteran inhabitant and esp. an old-time prospector of Alaska or northwestern Canada

\ə\ abut \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart  \aú\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ö\ law  \öi\ boy  \th\ thin  \ᵗh\ the  \ü\ loot  \ú\ foot  \y\ yet  \zh\ vision  \ə, ḵ, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ᵾ\ *see* Guide to Pronunciation

# Microsoft Press

# Computer Dictionary

## Third Edition

**Microsoft** *Press*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

*also* CORBA, OMA. **2.** Acronym for **s**elf-**o**rganizing **m**ap. A form of neural network in which neurons and their connections are added automatically as needed to develop the desired mapping from input to output.

**SONET** \son´ət, S`O-N-E-T´\ *n.* Acronym for **S**ynchronous **O**ptical **Net**work. A category of fiber-optic communication standards that permits extremely high-speed transmission (51.84 Mbps to 2.48 Gbps).

**sort** \sōrt\ *vb.* To organize data, typically a set of records, in a particular order. Programs and programming algorithms for sorting vary in performance and application. *See also* bubble sort, distributive sort, insertion sort, merge sort, quicksort.

**sort algorithm** \sōrt´ al`gər-idh-əm\ *n.* An algorithm that puts a collection of data elements into some sequenced order, sometimes based on one or more key values in each element. *See also* algorithm, bubble sort, distributive sort, insertion sort, merge sort, quicksort.

**sorter** \sōr´tər\ *n.* A program or routine that sorts data. *See also* sort.

**sort field** \sōrt´ fēld\ *n. See* sort key.

**sort key** \sōrt´ kē\ *n.* A field (commonly called a key) whose entries are sorted to produce a desired arrangement of the records containing the field. *See also* field (definition 1), primary key, secondary key.

**SOS** \S`O-S´\ *n. See* silicon-on-sapphire.

**sound board** \sound´ bōrd\ *n. See* sound card.

**sound buffer** \sound´ buf`ər\ *n.* A region of memory used to store the bit image of a sequence of sounds to be sent to a computer's speaker(s).

**sound card** \sound´ kärd\ *n.* A type of expansion board on PC-compatible computers that allows the playback and recording of sound, such as from a WAV or MIDI file or a music CD-ROM. Most PCs sold at retail include a sound card. *Also called* sound board. *See also* expansion board, MIDI, WAV.

**sound clip** \sound´ klip\ *n.* A file that contains a short audio item, usually an excerpt from a longer recording.

**sound editor** \sound´ ed`i-tər\ *n.* A program that allows the user to create and manipulate sound files.

**sound generator** \sound` jen´ər-ā-tər\ *n.* A chip or chip-level circuit that can produce electronic signals that can drive a speaker and synthesize sound.

**sound hood** \sound´hŏŏd\ *n.* A five-sided box, lined with soundproofing material, that is placed over a loud printer to muffle its noise.

**SoundSentry** \sound´sen`trē\ *n.* An optional Windows 95 feature for users with hearing impairments or users who operate a computer in a noisy environment that instructs Windows to produce a visual cue such as a screen flash or a blinking title bar whenever a system beep occurs.

**source** \sōrs\ *n.* **1.** In information processing, a disk, file, document, or other collection of information from which data is taken or moved. *Compare* destination. **2.** In a FET, the electrode toward which charge carriers (electrons or holes) move from the source under control of the gate. *See also* CMOS (definition 1), drain (definition 1), FET, gate (definition 2), MOSFET, NMOS, PMOS.

**source code** \sōrs´ kōd\ *n.* Human-readable program statements written in a high-level or assembly language that are not directly readable by a computer. *Compare* object code.

**source computer** \sōrs´ kəm-pyōō`tər\ *n.* **1.** A computer on which a program is compiled. *Compare* object computer. **2.** A computer from which data is transferred to another computer.

**source data** \sōrs´ dā`tə, dat´ə\ *n.* The original data on which a computer application is based.

**source data acquisition** \sōrs´ dā-tə a-kwə-zish´ən, dat-ə\ *n.* The process of sensing, as with a bar code reader or other scanning device, or receiving source data. *See also* source data.

**source data capture** \sōrs` dā-tə kap´chur, dat-ə\ *n. See* source data acquisition.

**source directory** \sōrs´ də-rek`tə-rē\ *n.* During a file copy operation, the directory in which the original versions of the files are located.

**source disk** \sōrs´ disk\ *n.* Any disk from which data will be read, as during a copy operation or when an application is loaded from a disk into memory. *Compare* target disk.

**source document** \sōrs´ do`kyə-mənt\ *n.* The original document from which data is taken.

**source drive** \sōrs´ drīv\ *n.* The disk drive from which files are being copied during a copy operation.