| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                      Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>                      Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**[PROPOSED] ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE DOCUMENTS UNDER SEAL** |

1
[PROPOSED] ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 3:10-cv-03561 WHA

606082.02

1    On October 7, 2011, Plaintiff Oracle America, Inc. ("Oracle") and Defendant Google, Inc. ("Google") filed a Joint Administrative Motion to file documents under seal (Dkt. No. 507). Based on the arguments presented in the motion, the declaration in support of the motion, the pleadings on file, and any other relevant matter, the motion is **GRANTED IN PART AND DENIED IN PART** as follows. As to Google's request to file under seal Exhibits 15 and 32 to the Declaration of Daniel Purcell in Support of Google's Motions *in Limine* (Dkt. Nos. 497-15 and 497-32), the motion is **GRANTED**. As to Google's request to file under seal the documents that contain versions of the Lindholm Email, quote the Lindholm Email, or otherwise reveal the contents of the Lindholm Email, the motion is **GRANTED**. As to the remainder of the documents that Google requested be filed under seal, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER PARTIALLY GRANTING AND PARTIALLY DENYING MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:10-cv-03561 WHA

606082.02