United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ORACLE AMERICA, INC.,                          No. C 10-03561 WHA

11              Plaintiff,

12     v.                                           **NOTICE REGARDING JUROR**
                                                    **HARDSHIP QUESTIONNAIRE**
13   GOOGLE INC.,

14              Defendant.

15   _____/

16        Appended hereto is an exemplar of the hardship questionnaire to be sent to the venire.  At

17   the final pretrial conference, counsel will be given an opportunity to propose modifications.  The

18   Court will not allow a substantive questionnaire.

19

20        **IT IS SO ORDERED.**

21

22   Dated:   December 20, 2011.

23                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28