**SUPPLEMENTAL HARDSHIP QUESTIONNAIRE**

*You are being summoned as a candidate to serve as a member of the jury that will decide a patent and copyright trial between Oracle America, Inc. and Google Inc. The purpose of this questionnaire is to learn the basis for any hardship issues in advance of your appearance date. Unless you are specifically excused in advance, you must appear as summoned.*

**QUESTION ONE**

If chosen to serve on the jury, your service would be mandatory Monday through Friday from 7:45 a.m. to 1:00 p.m., from ___**, 2012**, to possibly as late as ___**, 2012**. What personal or financial hardships, if any, would you suffer if you were chosen to serve on the jury? **Before answering this question, be sure to check with your employer to find out whether you will be fully paid for such a long trial. It is your responsibility to check.**

_____

_____

_____

**QUESTION TWO**

Prior to receiving the jury summons, had you already purchased non-refundable travel tickets for a vacation or scheduled a personal medical procedure for the days we will be in trial? If so, please explain the details, including the dates of travel, the destination, and the specific time and place of any medical procedures.

_____

_____

_____

**QUESTION THREE**

State any other hardship such service would impose.

_____

_____

_____

YOUR NAME: _____

DAYTIME PHONE: _____   HOME PHONE: _____

OCCUPATION: _____   EMPLOYER: _____

*I hereby declare under pain and penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.*

DATE: _____   _____
　　　　　　　　　　　　　　　　　　　　(*Your Signature*)