UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 21, 2011          Total Hearing Time: 4 hours 25 minutes

Case No. C10-03561 WHA

Title: ORACLE AMERICA INC v. GOOGLE INC

Plaintiff Attorney(s): Steven Hotzman; Fred Norton; Michael Jacobs; Daniel Muino
David Boies; Ken Kutyi; Matthew Sarboraria (Oracle)

Defense Attorney(s): Scott Weingaertner; Bruce Baber; Renny Hwang; Daniel Purcell; Reid Mullen
Matthias Kamber; Christa Anderson; Robert Van Nest; Eugene Paige;
Catherine Lucarera (Google)

Deputy Clerk: Dawn Toland          Court Reporter: Sahar Bartlett

**PROCEEDINGS**

1) Pretrial Conference - HELD

2) _____

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Court allowed argument on some of the motions in limine the remaining one will be submitted on the papers. Each side shall have one hour for opening statements. It's undecided how much time will be given for the case-in-chief.