IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | No. C 10-03561 WHA<br><br>**ORDER GRANTING DR. KEARL'S REQUEST FOR EXTENSION** |

Dr. James Kearl's request to extend the due date for his report until the last business day of January is granted. In fact, until the issue of Dr. Cockburn's methodology is finally determined, Dr. Kearl should not release his own report.

**IT IS SO ORDERED.**

Dated: December 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE