1  [counsel listed on signature page]

2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11  ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA
12              Plaintiff,                  **JOINT STATEMENT REGARDING SUPPLEMENTAL ORDER REGARDING PATENTING MARKING**
13       v.
14  GOOGLE INC.
15              Defendant.
                                            Dept.: Courtroom 8, 19th Floor
16                                          Judge: Honorable William H. Alsup

17
18
19
20
21
22
23
24
25
26
27
28

JOINT STATEMENT REGARDING SUPPLEMENTAL ORDER REGARDING PATENTING MARKING
CASE NO. CV 10-03561 WHA
pa-1504700

Pursuant to the Court's December 6, 2011 Supplemental Order Regarding Patenting Marking (Dkt. No. 641), Google and Oracle met-and-conferred in person regarding a procedure and timetable regarding the marking issues, as directed by the Court. In so doing, the parties agreed to a procedure for identifying products that practice the asserted patents and for identifying any disputes, but could not agree to a timetable. (12/20/11 Joint Statement Regarding Supplemental Order Regarding Patenting Marking (Dkt. No. 643).) Following the December 21, 2011 Pre-Trial Conference, at which the Court advised the parties to further meet and confer regarding a timetable, the parties have reached an agreement, as follows:

1. On January 6, 2012, Oracle will provide an identification, for each of the 26 asserted claims, of each Oracle product, Oracle-licensed product, Sun product, or Sun-licensed product ("Oracle Products") that practice or have practiced the claim. Oracle will also identify the fact witnesses who possess information supporting Oracle's contentions that the Oracle Products practice or have practiced the asserted claims, as well as provide a summary of testimony Oracle intends to elicit at trial from those witnesses regarding those Oracle Products' practice of the claims. Oracle will also provide source code citations and/or other documentation supporting Oracle's contentions that the Oracle Products practice the asserted claims.

2. On January 20, 2012, Google will respond to Oracle and identify any other Oracle Products that Google contends practiced any of the 26 asserted claims during the alleged damages period and identify any products in Oracle's identification that Google contends do not practice the identified claims. Google's response will specify which Oracle Products it contends do (or do not) practice the asserted claims, and why.

3. Following Google's response, the parties will meet-and-confer regarding their disclosures with the aim of preparing a stipulation of which Oracle Products practice the asserted claims. On January 27, 2012, the parties will jointly submit to the Court a list of the Oracle Products that they stipulate practice the asserted claims, which shall have the effect of establishing that fact for all purposes at trial, and a list of those Oracle Products for which there is a genuine dispute between the parties as to whether they practiced the asserted claims, along with brief explanations of the basis for each party's contention.

| | | |
|---|---|---|
| 1 | Dated: December 30, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Marc David Peters |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 5 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 6 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 7 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 8 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 9 | | |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com |
| 11 | | 333 Main Street<br>Armonk, NY  10504 |
| 12 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 13 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 14 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 15 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 16 | | |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 18 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 19 | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 20 | | matthew.sarboraria@oracle.com |
| 21 | | 500 Oracle Parkway<br>Redwood City, CA  94065<br>Telephone: (650) 506-5200 |
| 22 | | Facsimile: (650) 506-7114 |
| 23 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STATEMENT REGARDING SUPPLEMENTAL ORDER REGARDING PATENTING MARKING
CASE NO. CV 10-03561 WHA
pa-1504700

2

| | | |
|---|---|---|
| 1 | Dated: December 30, 2011 | KEKER & VAN NEST LLP |

By:  /s/ Matthias Kamber

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

KEKER & VAN NEST LLP
ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant*
GOOGLE INC.

**ATTESTATION**

I, Marc David Peters, am the ECF User whose ID and password are being used to file this JOINT STATEMENT REGARDING SUPPLEMENTAL ORDER REGARDING PATENTING MARKING. In compliance with General Order 45, X.B., I hereby attest that Matthias Kamber has concurred in this filing.

Date: December 30, 2011     */s/ Marc David Peters*