Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5    ---------------------------
 6    ORACLE AMERICA, INC.,      )
 7                   Plaintiff, )
 8          vs.                  ) No. CV 10-03561
 9    GOOGLE, INC.,              )
10                   Defendant. )
11    ---------------------------
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       Videotaped Deposition of DANIEL BORNSTEIN,
16       taken at 333 Twin Dolphin Drive, Suite 400,
17       Redwood Shores, California, commencing at
18       9:39 a.m., Monday, May 16, 2011, before
19       Ashley Soevyn, CSR No. 12019.
20
21
22
23
24
25    PAGES 1 - 239
```

Page 1

**EXHIBIT F**

```
 1   think there was -- basically, that was part of the
 2   contract.
 3       Q.   Other than the contractual obligation that
 4   put Google put in with this contract with Noser,
 5   what other steps did Noser -- sorry.                    16:08:00
 6            Other than the contractual obligation in
 7   the Google Noser contract, what other steps did
 8   Google take to ensure Noser did not use Sun
 9   proprietary information to develop the work -- to
10   develop Java libraries?
11       A.   I don't know what all -- what else was done
12   offhand.
13       Q.   Did Noser ever use any Sun proprietary
14   information in implementing libraries?                  16:08:28
15       A.   I don't know.
16       Q.   Did Noser consult any version of the J2SE
17   1.5 to develop its Java libraries for Google?
18       A.   I don't know.  I mean, I know what the
19   contract says and I know what our intent was, but I
20   wasn't sitting over their shoulders while that was
21   all happening.
22       Q.   Did Google consult any J2SE 1.5
23   documentation to evaluate the work it got from
24   Noser?
25       A.   So we -- 1.5, I'm not 100 percent sure.  I     16:09:00
```

Page 160

Attorneys' Eyes Only

```
 1   know we had -- again, we had the printed materials,
 2   we had some amount of Javadoc, and we also had sort
 3   of the evidence of, say, what, for example, the
 4   classpath, what other implementations did.            16:09:27
 5       Q.   What Sun origin materials did the Android
 6   team have with respect to J2SE 1.5?
 7       A.   So again, I think there's, like, the
 8   printed books, Javadoc.  I don't -- I don't know
 9   that there was anything else.
10       Q.   You know that the Javadoc is copyrighted?   16:10:00
11       A.   I understand it was copyrighted.
12       Q.   Why would you use the Javadoc copyright to
13   develop the Dalvik core libraries?
14            MR. BABER:  I would object to the witness
15   not to include in his answer any understanding he
16   may have as a result of conversation with counsel.
17            THE WITNESS:  I'm not a lawyer, but the     16:10:27
18   understanding that I had at the time was that that
19   was reasonable documentation to use to gain
20   understanding about the idea of an API.
21   BY DR. PETERS:
22       Q.   At the time, referring to, say, in early
23   2007, what was the source of your understanding that
24   it was that you could use documentation to gain       16:10:55
25   understanding of the idea of an API?
```

Page 161

```
 1        A.    I don't know specifically.
 2        Q.    At the time, did you have -- receive any
 3   advice of counsel about what materials you could or
 4   could not look at to develop Android?
 5        A.    So I have had discussions with lawyers on
 6   and off throughout my career.  I don't know how much      16:11:23
 7   I can say about the content of those.
 8              MR. BABER:  Instruct the witness to not say
 9   anything about the content of discussions.
10              THE WITNESS:  Okay.
11   BY DR. PETERS:
12        Q.    Did you see the -- were you ever advised       16:11:43
13   by counsel that it was permissible to use a Javadoc
14   to develop Android?
15              MR. BABER:  Object and instruct the witness
16   not to answer the question on the grounds of
17   privilege.
18   BY DR. PETERS:
19        Q.    Will you follow your counsel's
20   instructions?
21        A.    I will follow my counsel's instructions.
22        Q.    Besides -- other than potential advice of
23   counsel, what other sources of understanding did you      16:12:27
24   have about using Sun documentation to develop
25   Android?
```

Page 162

**EXHIBIT F**

Attorneys' Eyes Only

```
 1      A.   So I think I had the understanding of the
 2  Zeitgeist, you know.  I don't know that I had sort
 3  of a specific sort of line of information or
 4  anything.                                              16:13:00
 5           THE REPORTER:  Did you say Zeitgeist?
 6           THE WITNESS:  Zeitgeist.  I'm sorry.
 7           DR. PETERS:  We have to cover all the
 8  languages today.
 9           THE WITNESS:  Oh, yeah, that was German.
10  BY DR. PETERS:
11      Q.   Did you seek out legal advice in 2007 about  16:13:31
12  whether you could use Sun Javadoc to develop
13  Android?
14           MR. BABER:  Instruct the witness that -- if
15  he can answer the question "yes" or "no."
16           THE WITNESS:  What was the question again?
17  BY DR. PETERS:
18      Q.   Yes.  Did you in 2007 -- strike that.
19           In 2007, did you seek out legal advice       16:13:59
20  about whether or not you could use Sun Java
21  documentation to develop Android?
22      A.   I don't remember any conversation like
23  that.
24      Q.   Did you seek out any legal advice about
25  whether or not you could use Sun Java documentation
```

Page 163

**EXHIBIT F**

Attorneys' Eyes Only

```
 1   STATE OF CALIFORNIA      ) ss:
 2   COUNTY OF MARIN          )
 3        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 4   certify:
 5        That the foregoing deposition testimony was
 6   taken before me at the time and place therein set
 7   forth and at which time the witness was administered
 8   the oath;
 9        That the testimony of the witness and all
10   objections made by counsel at the time of the
11   examination were recorded stenographically by me,
12   and were thereafter transcribed under my direction
13   and supervision, and that the foregoing pages
14   contain a full, true and accurate record of all
15   proceedings and testimony to the best of my skill
16   and ability.
17        I further certify that I am neither counsel for
18   any party to said action, nor am I related to any
19   party to said action, nor am I in any way interested
20   in the outcome thereof.
21        IN THE WITNESS WHEREOF, I have transcribed my
22   name this 19th day of May, 2011.
23
24
                        ASHLEY SOEVYN, CSR 12019
25
```

Page 230