```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   _____

 6   ORACLE AMERICA, INC.,  )

 7         Plaintiff,       )

 8      vs.                 ) No. CV 10-03561 WHA

 9   GOOGLE, INC.,          )

10         Defendant.       )

11   _____)

12

13

14    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16

17       Videotaped Deposition of BOB LEE,

18       taken at 110 Fifth Street, Suite 400,

19       San Francisco, California, commencing

20       at 9:35 a.m., Wednesday, August 3, 2011,

21       before Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 82
```

Page 1

```
 1   that the Google and Noser team fixed up the Harmony code
 2   and made it more optimal for Android?
 3           MR. PURCELL:  Object to the form.
 4           THE WITNESS:  I mean, we improved Harmony and
 5   contributed those changes back.                              11:42:55
 6       Q.  BY MR. PETERS:  So Google -- Google took the
 7   changes it had made to the Harmony code and sent it back
 8   up stream to Apache?
 9       A.  Correct.
10       Q.  Why did Google think that it could use -- let       11:43:18
11   me start over.
12           Why did Google think that it could release a
13   product, including Java API implementations based on
14   Harmony, when Apache was in a dispute with Sun about
15   whether or not Harmony could be put on mobile devices?      11:43:53
16           MR. PURCELL:  Object to the form.
17           THE WITNESS:  Well, like I said before, that
18   dispute came to light, at least to me, much later.
19           And also, there's the issue where Harmony had
20   a different goal.  Harmony was trying to license and       11:44:09
21   implement Java SE.  Android is creating something new
22   that doesn't exist yet.  So there was no specification
23   that Android can and could adhere.
24           MR. PURCELL:  Counsel, by my clock, we have
25   about five minutes left of the two hours.                   11:44:30
```

Page 72

```
 1             MR. PETERS:  All right.
 2             THE WITNESS:  So they had very different
 3   goals.
 4        Q.   BY MR. PETERS:  Did Google analyze whether or
 5   not the dispute between Sun and Apache was any bar to its      11:44:52
 6   release of Android?
 7             MR. PURCELL:  Object to the form.
 8             And to the extent you're aware of any
 9   analysis done by Google's lawyers or at the instruction
10   of Google's lawyers, I instruct you not to answer.            11:45:04
11             THE WITNESS:  Okay.  I'm not sure.  I don't
12   know.
13        Q.   BY MR. PETERS:  What did you do to resolve
14   the dispute between Sun and Apache?
15             MR. PURCELL:  Object to the form.                   11:45:21
16             THE WITNESS:  What did I do to resolve the
17   dispute between Sun and Apache?  Well, I thought really
18   hard about it, about trying to come up with some kind of
19   compromise with them and wasn't able to.  And we
20   encouraged them to seek mediation.  And they weren't up       11:45:39
21   for that.
22             There wasn't really a whole lot I could do,
23   because this was -- I mean, it was mostly a private
24   dispute.  Like I said, these contracts are confidential
25   and stuff.  So I wasn't even able to see them.                11:45:53
```

Page 73

```
 1            Q.   BY MR. PETERS:  Did Google -- as a way to put
 2   pressure on Sun in the Sun Apache dispute, did Google
 3   stop voting for JSRs with -- having licensing terms that
 4   it disagreed with?
 5            MR. PURCELL:  Object to the form.                11:46:16
 6            THE WITNESS:  To my knowledge, it voted "no".
 7   Because those -- for example, the latest Java -- JSR
 8   violates the JSPA.  So it would be -- it would sully the
 9   JCP process to vote "yes" on something like that.
10            Q.   BY MR. PETERS:  What is the latest Java JSR?  11:46:35
11            A.   The one that was just voted on is SE 7.
12            Q.   Okay.  But SE 7 passed; is that right?
13            A.   Yes.  With the majority of the members
14   explicitly objecting to what Oracle's doing.
15            Q.   But although they may have stated objections,  11:47:03
16   the majority of the members of the JCP executive
17   committee did vote for SE 7; is that right?
18            A.   Well, it's worth noting that besides Google,
19   Doug Lea steps down over this issue, so did not vote.  As
20   did the Apache Software Foundation.  So they did not       11:47:23
21   vote.  As did Tim Peierls also stepped down over this
22   issue and didn't vote.
23            So really, the only people that are left are
24   partners of Oracle, so --
25            MR. PURCELL:  Counsel, there's about two          11:47:41
```

Page 74

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF MARIN        )
 3
 4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5    certify:
 6              That the foregoing deposition testimony was
 7    taken before me at the time and place therein set forth
 8    and at which time the witness was administered the oath;
 9              That testimony of the witness and all
10    objections made by counsel at the time of the examination
11    were recorded stenographically by me, and were thereafter
12    transcribed under my direction and supervision, and that
13    the foregoing pages contain a full, true and accurate
14    record of all proceedings and testimony to the best of my
15    skill and ability.
16              I further certify that I am neither counsel
17    for any party to said action, nor am I related to any
18    party to said action, nor am I in any way interested in
19    the outcome thereof.
20              IN WITNESS WHEREOF, I have subscribed my name
21    this 4th day of August, 2011.
22
23
24              [signature: Leslie Rockwood]
25              LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 79