DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>   Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>   Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**DEFENDANT GOOGLE INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE** |

**EXHIBIT H**

| | | |
|---|---|---|
| Josh Bloch | Google employee - on Dalvik team in 2009. | Contributed to the development of the Android core libraries. |
| Jesse Wilson | Google employee - on Dalvik team from 2009 to present. | Technical lead for the development of the Android core libraries. |
| Elliott Hughes | Google employee - on Dalvik team from 2009 to present. | Contributed to the development of Android core libraries and features of the Dalvik VM. |
| Barry Hayes | Former Google employee - on Dalvik team from 2009 to 2010. | Contributed to the development of the Dalvik garbage collector. |
| Carl Shapiro | Google employee - on Dalvik team from 2009 to present. | Contributed to the development of the Dalvik garbage collector. |
| Jeff Hao | Google employee - on Dalvik team from 2009 to present. | Contributed to the development of the Dalvik JIT compiler, the dx tool and features of the Dalvik VM. |
| Brian Carlstrom | Google employee - on Dalvik team from 2010 to present. | Contributed to the development of the Android core libraries and Dalvik tool. |
| Brad Fitzpatrick | Google employee - on Dalvik team from 2010 to present. | Contributed to the improvement and maintenance of overall system performance of Android. |

Google further states in response to this Interrogatory that certain third parties contributed to the development of code for Android, but that the identities of such third parties and the specific nature of their involvement is subject to contractual confidentiality provisions. Google is undertaking to obtain the consent of the relevant parties to disclosing additional information, and reserves the right to supplement this response promptly once such consent is obtained. Further, Google's investigation into identifying additional third parties (if any) is ongoing, and Google therefore reserves the right to supplement this response accordingly.

**INTERROGATORY NO. 2:**

Identify who at Google was and is responsible for Android's compliance with the intellectual property rights of third parties and briefly describe their roles in that regard.

**RESPONSE:**

In addition to its General Objections, Google objects to this Interrogatory as vague and ambiguous in the use of the phrases "compliance," and "intellectual property rights of third

**EXHIBIT H**

1  parties." Google further objects to this Interrogatory to the extent it seeks information protected
2  by the attorney-client privilege, the work product doctrine, and/or any other applicable privilege,
3  immunity, or protection.
4      Subject to the foregoing objections and the General Objections, without waiver or
5  limitation thereof, Google states:
6      Dan Bornstein is the Technical Lead for the Dalvik team and is responsible for the review
7  of code for the Dalvik project.  Hiroshi Lockheimer is an Engineering Director for Android and
8  is responsible for the overall standards of code review for Android.  From 2006 to 2009, Steve
9  Horowitz was an Engineering Director for Android and was responsible for the overall standards
10 of code review for Android.  The Google Open Source Program Office is responsible for the
11 overall standards of open source code review for Google, including compliance with third party
12 licenses.  Chris DiBona is the Open Source Program Manager.
13     The Android Open Source Project team is responsible for reviewing all external
14 contributions to Android, as well as for the final review of open source code prior to each public
15 release of Android.  The Android Open Source Project team consists of Dan Morrill and Jean
16 Baptiste-Queru.  Prior to 2008, Chis DiBona and Daniel Berlin were involved in the open source
17 code review of Android.
18     Jesse Wilson was responsible for collecting the Apache Authorized Contributor
19 Questionnaires and Individual Contributor License Agreements for contributions to the Android
20 core libraries.
21 **INTERROGATORY NO. 3:**
22     Please explain the factual and legal bases for Google's pleading of its first affirmative
23 defense: No Patent Infringement.
24 **RESPONSE:**
25     In addition to its General Objections, Google objects to this Interrogatory as it seeks
26 information protected by the attorney-client privilege, the work product doctrine, and/or any
27 other applicable privilege, immunity, or protection.  Google further objects to this Interrogatory
28 as unduly burdensome as it is not reasonably calculated to lead to the discovery of admissible

**EXHIBIT H**

| | | |
|---|---|---|
| 1 | DATED: January 6, 2011 | **KING & SPALDING LLP** |
| 2 | | |
| 3 | | By: /s/ Scott T. Weingaertner |
| 4 | | |
| 5 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 6 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 7 | | BRUCE W. BABER *(Pro Hac Vice)*<br>bbaber@kslaw.com |
| 8 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 9 | | Telephone:  (212) 556-2100 |
| 10 | | Facsimile:   (212) 556-2222 |
| 11 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 12 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 13 | | KING & SPALDING LLP |
| 14 | | 101 Second Street – Suite 2300<br>San Francisco, CA 94105 |
| 15 | | Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300 |
| 16 | | |
| 17 | | IAN C. BALLON (SBN 141819)<br>ballon@gtlaw.com |
| 18 | | HEATHER MEEKER (SBN 172148)<br>meekerh@gtlaw.com |
| 19 | | GREENBERG TRAURIG, LLP |
| 20 | | 1900 University Avenue<br>East Palo Alto, CA 94303 |
| 21 | | Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |
| 22 | | |
| 23 | | ATTORNEYS FOR DEFENDANT<br>GOOGLE INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**EXHIBIT H**

## CERTIFICATE OF SERVICE

I hereby certify that on this day, January 6, 2011, I served a true and correct copy of DEFENDANT GOOGLE INC.'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE via e-mail on the following individuals:

| | |
|---|---|
| David Boies<br>Boies Schiller and Flexner<br>333 Main Street<br>Armonk, NY  10504<br>914-749-8201<br>Fax: 914-749-8300<br>Email: Dboies@bsfllp.com | Matthew M Sarboraria<br>Oracle Corporation<br>500 Oracle Parkway, 5OP7<br>Redwood Shores, CA  94065<br>650/ 506-1372<br>Email: Matthew.sarboraria@oracle.com |
| Deborah Kay Miller<br>Oracle USA, Inc Legal Department<br>500 Oracle Parkway<br>Redwood Shores, CA  94065<br>(650) 506-0563<br>Email: Deborah.Miller@oracle.com | Michael A Jacobs<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018<br>650-813-5600<br>Fax: 650-494-0792<br>Email: MJacobs@mofo.com |
| Dorian Estelle Daley<br>500 Oracle Parkway<br>Redwood City, CA  94065<br>(650) 506-5200<br>Fax: (650) 506-7114<br>Email: Dorian.daley@oracle.com | Richard Steven Ballinger<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>650-813-5600<br>Fax: 650-494-0792<br>Email: RBallinger@mofo.com |
| Marc David Peters<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 813-5600<br>Fax: (650) 494-0792<br>Email: Mdpeters@mofo.com | Steven Christopher Holtzman<br>Boies, Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA  94612<br>510-874-1000<br>Fax: 510-874-1460<br>Email: Sholtzman@bsfllp.com |

Executed on January 6, 2011.            /s/ Steven T. Snyder
                                        Steven T. Snyder

---

CERTIFICATE OF SERVICE                          CIVIL ACTION NO. CV 10-03561

## EXHIBIT H