Highly Confidential Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION
 3
 4  - - - - - - - - - - - - - - - -
 5  ORACLE AMERICA, INC.,          )
 6                    Plaintiff,   )
 7         vs.                     )
 8  GOOGLE, INC.,                  )
                      Defendant.   )
 9  - - - - - - - - - - - - - - - -
10
11
12
13      -- HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY --
14
15      Videotape Deposition of DAVID I. AUGUST, Ph.D., taken
16  by Plaintiff, pursuant to Notice, held at 1185 Avenue of the
17  Americas New York, New York, commencing at 9:06 A.M., on
18  Friday September 16, 2011, before Jeffrey Benz, a Certified
19  Realtime Reporter, Registered Merit Reporter and Notary
20  Public within and for the State of New York.
21
22
23
24
25  Pages 1 - 212
```

Page 1

**EXHIBIT M**

Highly Confidential Attorneys' Eyes Only

```
 1                August
 2       Q.    Same sentence, paragraph 108.              02:18:32
 3       A.    Okay.                                      02:18:35
 4       Q.    What --                                    02:18:39
 5       A.    Yes, I see that.                           02:18:40
 6       Q.    What do you mean by third-party devices?   02:18:41
 7       A.    So that would be a device that's made by   02:18:43
 8  a manufacturer other than these devices that are     02:18:47
 9  mentioned that are branded Google.                   02:18:55
10       Q.    Okay.  Have you examined any third-party  02:19:05
11  Android devices?                                     02:19:19
12       A.    I've seen them.  I've touched them.  I    02:19:23
13  haven't examined them to the -- in connection with   02:19:29
14  this case.                                           02:19:32
15       Q.    Okay.  Do you know anything about what    02:19:33
16  portions of the Android operating system is on       02:19:39
17  third-party devices?                                 02:19:43
18       A.    It's -- specific -- well, because the --  02:19:48
19  the manufacturers can modify the source code, it's   02:19:55
20  unclear what -- without actually examining the       02:20:01
21  device, what is actually on the device.              02:20:05
22       Q.    So you don't know what's on any           02:20:09
23  third-party devices, right?                          02:20:14
24       A.    Because I haven't done that analysis, I   02:20:17
25  don't know what's on the third-party devices.        02:20:18
```

**EXHIBIT M**

```
 1                       August
 2        Q.   That's because you haven't looked at the    02:20:20
 3   code on third-party devices?                          02:20:22
 4        A.   That's correct.                             02:20:25
 5        Q.   Do you have any other reason to conclude    02:20:27
 6   what may or may not be on the third-party devices?    02:20:35
 7             MR. KAMBER:  Objection.  Form.              02:20:39
 8        A.   Not concluding what is or isn't.  I'm       02:20:41
 9   simply stating that the -- I haven't seen Oracle      02:20:44
10   establish what portions are on the third-party        02:20:48
11   devices.                                              02:20:50
12        Q.   And you haven't looked at any               02:20:52
13   third-party devices yourself to make a                02:20:56
14   determination of what's on them?                      02:20:58
15             MR. KAMBER:  Objection.  Form.              02:21:00
16        A.   I wasn't asked to do that.                  02:21:02
17        Q.   So you didn't do it?                        02:21:03
18        A.   So I have not done that.                    02:21:06
19        Q.   You say, Device manufacturers often         02:21:09
20   modify the source code.                               02:21:18
21             What device manufacturers are you           02:21:21
22   referring to?                                         02:21:24
23        A.   Well, in this case it would be the          02:21:28
24   third-party device manufacturers.                     02:21:30
25        Q.   Okay.  And what is your basis for saying    02:21:31
```

Page 129

Highly Confidential Attorneys' Eyes Only

```
 1                      August
 2   the third-party device manufacturers often modify    02:21:35
 3   the source code?                                     02:21:39
 4        A.   That -- that would be Exhibit X.           02:21:39
 5        Q.   Anything else besides Exhibit X?           02:21:46
 6        A.   At least Exhibit X.  I'm not recalling     02:21:48
 7   additional.                                          02:22:04
 8        Q.   And did you --                             02:22:07
 9        A.   But you -- I'm sorry, go ahead.            02:22:09
10        Q.   Did you conduct any research to            02:22:11
11   determine how third-party device manufacturers       02:22:15
12   modify source code?                                  02:22:19
13        A.   No, I did not.                             02:22:20
14        Q.   Did you make any investigation into how    02:22:23
15   third-party device manufacturers modify the source   02:22:29
16   code?                                                02:22:33
17        A.   No, I didn't need to examine the devices   02:22:34
18   to understand what Oracle had or had not             02:22:37
19   established in this respect.                         02:22:40
20        Q.   Well, you're not in this sentence saying   02:22:46
21   what Oracle had or had not established.  You're      02:22:48
22   making an affirmative statement that third-party     02:22:52
23   device manufacturers often modify the source code.   02:22:55
24   And -- do you see that?                              02:22:59
25        A.   Yes.                                       02:23:02
```

Page 130

Highly Confidential Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | August | |
| 2 | Q. And are you standing by that affirmative | 02:23:02 |
| 3 | statement? | 02:23:04 |
| 4 | A. I am, based on the -- the deposition of | 02:23:06 |
| 5 | Patrick Brady. | 02:23:09 |
| 6 | Q. And that's that limited excerpt of the | 02:23:13 |
| 7 | deposition of Patrick Brady? | 02:23:27 |
| 8 | A. That's the part of the deposition | 02:23:29 |
| 9 | transcript that I examined. | 02:23:33 |
| 10 | Q. And are you relying on anything else for | 02:23:53 |
| 11 | the statement in that sentence, this is an | 02:24:01 |
| 12 | important issue because device manufacturers often | 02:24:04 |
| 13 | modify the source code? | 02:24:06 |
| 14 | MR. KAMBER: Objection. Form. | 02:24:09 |
| 15 | A. Well, I think that the -- the deposition | 02:24:11 |
| 16 | transcript, in my mind, is sufficient. I may have | 02:24:16 |
| 17 | seen things in the course of this work that | 02:24:24 |
| 18 | confirm what's described, or at least suggest | 02:24:27 |
| 19 | similar conclusions that are in that -- that | 02:24:31 |
| 20 | deposition transcript. | 02:24:34 |
| 21 | Q. Well, what other things? | 02:24:36 |
| 22 | A. Nothing comes to mind at the moment, but | 02:24:40 |
| 23 | I've looked at a number of things, and it's | 02:24:46 |
| 24 | possible that I've come across additional | 02:24:48 |
| 25 | suggestions that device manufacturers modify the | 02:24:53 |

Page 131

**EXHIBIT M**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                    C E R T I F I C A T E

3   STATE OF NEW YORK    )
4                        ) Ss.:
    COUNTY OF NEW YORK   )

7       I JEFFREY BENZ, a Certified Realtime
8   Reporter, Registered Merit Reporter and Notary
9   Public within and for the State of New York, do
10  hereby certify:
11      That the witness whose examination is
12  hereinbefore set forth was duly sworn by me and
13  that this transcript of such examination is a true
14  record of the testimony given by such witness.
15      I further certify that I am not related to
16  any of the parties to this action by blood or
17  marriage and that I am in no way interested in the
18  outcome of this matter.
19      IN WITNESS WHEREOF, I have hereunto set my
20  hand this 17th of September, 2011.

24          JEFFREY BENZ, CRR, RMR

211

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT M**