KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:     415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:     212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:     415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:     650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> **DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S MOTIONS *IN LIMINE*** <br><br> Judge:     Hon. William Alsup <br><br> Date Comp. Filed:     October 27, 2010 <br><br> Trial Date:     October 31, 2011 |

I, Daniel Purcell, declare as follows:

1. I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google Inc.'s Motions *in Limine*. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Tim Lindholm in Support of Google's Motion in Limine #1 to Exclude Mr. Lindholm's August 6, 2010 Email and Drafts Thereof.

3. Attached hereto as **Exhibit 2** are true and correct copies of excerpts of the transcript of the deposition of John C. Mitchell, taken September 6, 2011.

4. Attached hereto as **Exhibit 3** are true and correct copies of excerpts of the Opening Expert Report of John C. Mitchell Regarding Patent Infringement, dated August 8, 2011.

5. Attached hereto as **Exhibit 4** are true and correct copies of excerpts of the transcript of the deposition of Robert Vandette, taken September 7, 2011.

6. Attached hereto as **Exhibit 5** are true and correct copies of excerpts of the transcript of the deposition of Noel Poore, taken September 7, 2011.

7. Attached hereto as **Exhibit 6** are true and correct copies of excerpts of the transcript of the deposition of Erez Landau, taken September 14, 2011.

8. Attached hereto as **Exhibit 7** are true and correct copies of excerpts of the Summary and Report of Robert ("Bob") G. Vandette, dated August 8, 2011.

9. Attached hereto as **Exhibit 8** are true and correct copies of excerpts of the Summary and Report of Noel Poore, dated August 6, 2011.

10. Attached hereto as **Exhibit 9** are true and correct copies of excerpts of the Summary and Report of Erez Landau, dated August 8, 2011.

11. Attached hereto as **Exhibit 10** are true and correct copies of excerpts of the Summary of Investigation for Damages Expert by Seeon Birger, dated September 12, 2011.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an email from Mark

1  Francis, Esq. to Mark D. Peters, Esq., dated September 21, 2011.

2      13.    Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from

3  Exhibit 494 to the deposition of Erez Landau, taken September 14, 2011.

4      14.    Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from

5  Exhibit 462 to the deposition of Robert Vandette, taken September 7, 2011.

6      15.    Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt from

7  Exhibit 491 to the deposition of Erez Landau, taken September 14, 2011.

8      16.    Attached hereto as **Exhibit 15** are true and correct copies of excerpts of the

9  Expert Report of Dr. Iain M. Cockburn, dated September 12, 2011 and revised September 15,

10  2011.

11      17.    Attached hereto as **Exhibit 16** is a true and correct copy of a document produced

12  by Oracle America, Inc. ("Oracle") in this case bearing a production number

13  OAGOOGLE0000358175.

14      18.    Attached hereto as **Exhibit 17** are true and correct copies of excerpts of the

15  transcript of the deposition of Jonathan Scwhartz, taken July 20, 2011.

16      19.    Attached hereto as **Exhibit 18** is a true and correct copy of a document produced

17  by Oracle in this case bearing the production number OAGOOGLE0100166874.

18      20.    Attached hereto as **Exhibit 19** is a true and correct copy of a document produced

19  by Oralce in this case bearing the production number OAGOOGLE0100166873.

20      21.    Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 2 to the Expert

21  Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

22      22.    Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 4 to the Expert

23  Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

24      23.    Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 5 to the Expert

25  Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

26      24.    Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 6 to the Expert

27  Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

28      25.    Attached hereto as **Exhibit 24** is a true and correct copy of Exhibit 7 to the Expert

1  Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

2      26.    Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 8 to the Expert

3  Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

4      27.    Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit 9 to the Expert

5  Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

6      28.    Attached hereto as **Exhibit 27** is a true and correct copy of Exhibit 10 to the

7  Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

8      29.    Attached hereto as **Exhibit 28** is a true and correct copy of Exhibit 11 to the

9  Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

10     30.    Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit 12 to the

11 Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

12     31.    Attached hereto as **Exhibit 30** is a true and correct copy of Exhibit 13 to the

13 Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

14     32.    Attached hereto as **Exhibit 31** is a true and correct copy of Exhibit 15 to the

15 Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

16     33.    Attached hereto as **Exhibit 32** is a true and correct copy of Exhibit 23 to the

17 Expert Report of Iain Cockburn, dated September 12, 2011 and revised September 15, 2011.

18     34.    Attached hereto as **Exhibit 33** are true and correct copies of excerpts of the

19 Expert Report of Dr. Benjamin F. Goldberg Regarding Validity of Patents-in-Suit, dated August

20 25, 2011.

21     35.    Attached hereto as **Exhibit 34** are true and correct copies of excerpts of the

22 transcript of the deposition of Peter Kessler, taken August 4, 2011.

23     36.    Attached hereto as **Exhibit 35** are true and correct copies of excerpts of the

24 transcript of a February 9, 2011 hearing before the Honorable William Alsup in this case.

25     37.    Attached hereto as **Exhibit 36** are true and correct copies of excerpts of the

26 transcript of a April 6, 2011 hearing before the Honorable William Alsup in this case.

27     38.    Attached hereto as **Exhibit 37** is a true and correct copy of Oracle's Second

28 Supplemental Patent Local Rule 3-1 Disclosures of Asserted Claims and Infringement

Contentions, dated April 1, 2011.

39. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of a Notice of Subpoena to Motorola Mobility, Inc., dated April 12, 2011.

40. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of Plaintiff's Notice of Third Party Subpoena to Motorola Mobility, Inc., dated July 13, 2011.

41. Attached hereto as **Exhibit 40** is a true and correct copy of Exhibit B to the Reply Expert Report of John C. Mitchell Regarding Patent Infringement, dated September 1, 2011.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on September 24, 2011.

By:   /s Daniel Purcell
      DANIEL PURCELL