| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second St., Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                           Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>                          Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE # 1 TO EXCLUDE MR. LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF**<br><br>Judge: Hon. William H. Alsup<br><br>Date Comp. Filed: October 27, 2010<br><br>Trial Date: October 31, 2011 |

---

DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE TO EXCLUDE MR.
LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF
CASE NO. 3:10-cv-03561-WHA

581161.01

I, Tim Lindholm, state:

1.   I have been employed since 2005 by defendant Google Inc. ("Google") as a Software Engineer in the Systems Infrastructure group at Google.

2.   I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

3.   I am the author of the August 6, 2010 email and drafts thereof that I understand are the subject of Google's pending Motion in Limine #1. I submit this Declaration in support of that motion.

4.   When I wrote the August 6, 2010 email, all of the following was true:

   a.   I had never reviewed the patents asserted by Oracle in this lawsuit. Moreover, I had no knowledge about what copyrights Oracle ultimately would claim were infringed by Android, and had never reviewed any of the copyright registrations asserted by Oracle in this lawsuit.

   b.   I had not reviewed any of the source code or implementation for the aspects of the Android platform accused by Oracle in this lawsuit.

   c.   I did not have the legal training necessary to analyze whether the Android platform infringes any of the patents or copyrights asserted by Oracle in this lawsuit.

   d.   I did not, in fact, undertake to analyze whether the Android platform infringes any of the patents or copyrights asserted by Oracle in this lawsuit.

   e.   Accordingly, I had no opinion as to whether the Android platform infringes any of the patents or copyrights asserted by Oracle in this lawsuit.

5.   My August 6, 2010 email concerned alternatives to technology that Oracle had recently accused Google of infringing. Again, I conducted no analysis of, and had no opinion about, whether the Android platform actually infringes any of the patents or copyrights asserted

1

DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE TO EXCLUDE MR. LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF
CASE NO. 3:10-cv-03561-WHA

581161.01

x

by Oracle in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2011.

By: /s/ Tim Lindholm
TIM LINDHOLM

2
DECLARATION OF TIM LINDHOLM IN SUPPORT OF GOOGLE'S MOTION IN LIMINE TO EXCLUDE MR. LINDHOLM'S AUGUST 6, 2010 EMAIL AND DRAFTS THEREOF
CASE NO. 3:10-cv-03561-WHA

581161.01