HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

\------------------------

ORACLE AMERICA, INC.,      )

    Plaintiff,           )

vs.                        ) No. CV 10-03561 WHA

GOOGLE, INC.,              ) VOLUME I

    Defendant.           )

\------------------------

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped Deposition of ROBERT VANDETTE, taken at 42 Chauncy Street, Boston, Massachusetts, commencing at 10:02 a.m., Wednesday, September 7, 2011, before Jill Shepherd, RPR, MA-CSR No. 148608, NH-CSR No. 128, CA-CSR No. 13275, CLR, and Notary Public.

PAGES 1 - 124

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1     case, and I will generally refer to it as    12:05:43
 2     the "'104 patent."                           12:05:47
 3  A. Okay.                                        12:05:50
 4  Q. Have you seen this patent before?            12:05:50
 5  A. Yes. I have seen this patent.                12:05:52
 6  Q. When?                                        12:05:54
 7  A. When I was asked to assist in the            12:05:56
 8     measurements that are documented in my       12:06:03
 9     report.                                      12:06:08
10  Q. And you indicated, was that April/May time?  12:06:08
11  A. Yeah, spring.                                12:06:17
12  Q. Did you review the '104 patent?              12:06:19
13  A. I did read it.                               12:06:22
14  Q. Do you believe you understand it?            12:06:23
15        MS. AGRAWAL: Objection. Form.             12:06:34
16  A. I'm not a patent attorney, so I relied on    12:06:34
17     Dr. Mitchell to interpret it.                12:06:45
18  Q. Have you reviewed the asserted claims of the 12:06:47
19     '104 patent?                                 12:06:54
20        MS. AGRAWAL: Objection. Form.             12:06:54
21  A. As I have already mentioned, I did see an    12:06:57
22     early draft of the asserted claims around    12:07:01
23     the same April/May time frame.               12:07:05
24  Q. Do you know which claims are currently being 12:07:09
25     asserted from this patent?                   12:07:12
                                                  Page 74
```

```
 1        MS. AGRAWAL: Objection. Form.             12:07:14
 2  A. I have kind of a high level understanding of 12:07:19
 3     what the claims are asserting.               12:07:47
 4  Q. In paragraph 26 of your report, on           12:07:50
 5     page eight, you say, and I quote, "I ran     12:08:04
 6     experiments to disable the Android           12:08:09
 7     functionality that Oracle accuses of         12:08:11
 8     infringing the '104 patent"; is that         12:08:15
 9     correct?                                     12:08:18
10  A. Which page are you on? 26?                   12:08:18
11  Q. Paragraph 126.                               12:08:20
12  A. Oh, 126.                                     12:08:22
13  Q. 26.                                          12:08:24
14  A. What page are you on?                        12:08:25
15  Q. Page eight.                                  12:08:28
16  A. Page eight. That's what I missed. Yes.       12:08:29
17  Q. How do you know what functionality was       12:08:36
18     accused?                                     12:08:38
19        MS. AGRAWAL: Objection. Form.             12:08:40
20  A. I had conversations with Dr. Mitchell where  12:08:41
21     he explained the infringing areas, and also  12:08:49
22     had discussions with Mr. Peter Kessler, and  12:08:56
23     through these discussions, we came up with   12:09:03
24     modifications to the Android sources that    12:09:06
25     could disable this functionality.            12:09:08
                                                  Page 75
```

```
 1  Q. Do you understand that there are             12:09:10
 2     different -- many different claims in the    12:09:22
 3     back of this patent that are being asserted  12:09:23
 4     in this case?                                12:09:25
 5        MS. AGRAWAL: Objection. Form.             12:09:26
 6  A. I don't have that level of detail. I was --  12:09:28
 7     as I mentioned, I came in April/May. The     12:09:35
 8     discussions and the claims were developed    12:09:38
 9     prior to that.                               12:09:41
10  Q. So your only knowledge of what Android       12:09:46
11     functionality should be disabled for your    12:09:49
12     tests is based on what you were told by      12:09:54
13     Peter Kessler and Professor Mitchell; is     12:09:57
14     that correct?                                12:10:01
15        MS. AGRAWAL: Objection. Form.             12:10:01
16  A. We came to the conclusion of what to disable 12:10:05
17     during these discussions with them. I'm not  12:10:20
18     sure if I --                                 12:10:25
19  Q. You personally did not have knowledge        12:10:27
20     necessary to determine what functionality    12:10:29
21     should be disabled?                          12:10:32
22        MS. AGRAWAL: Objection. Form.             12:10:33
23  A. I am not a patent attorney, so I did not     12:10:35
24     have the skill to interpret patent law.      12:10:42
25  Q. Is Professor Mitchell or Peter Kessler a     12:10:46
                                                  Page 76
```

```
 1     patent attorney?                             12:10:49
 2        MS. AGRAWAL: Objection. Form.             12:10:49
 3  A. My assumption is that they worked with       12:10:51
 4     patent attorneys outside of the discussions  12:10:58
 5     with me.                                     12:11:02
 6  Q. Do you understand that different claims in   12:11:04
 7     the '104 patent might accuse slightly        12:11:10
 8     different -- might be asserted against       12:11:14
 9     slightly different functionality and they    12:11:17
10     are not identical?                           12:11:19
11        MS. AGRAWAL: Objection. Form.             12:11:22
12  A. You have to be more specific. I don't --     12:11:22
13     it's too general a question.                 12:11:34
14  Q. Were you asked to disable functionality      12:11:42
15     corresponding to any particular claim of the 12:11:45
16     '104 patent?                                 12:11:50
17        MS. AGRAWAL: Objection. Form.             12:11:51
18  A. It was explained to me that I needed to      12:11:53
19     disable the SideTable class resolution of    12:12:09
20     methods, classes, and fields, and that the   12:12:16
21     quickening of byte codes also needed to be   12:12:22
22     disabled --                                  12:12:24
23  Q. You don't --                                 12:12:29
24  A. -- but I don't know exactly which claim in   12:12:30
25     the patent corresponds to that               12:12:32
                                                  Page 77
```

Pages 74 to 77

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

### Page 78

```
 1       functionality.                          12:12:37
 2   Q.  In paragraph 40 to 41, on page ten of your    12:12:38
 3       report, is there a significant difference in  12:13:04
 4       performance between the original Froyo        12:13:13
 5       Android code and your modified code with      12:13:15
 6       side tables, but no quickening instructions?  12:13:18
 7           MS. AGRAWAL: Objection. Form.             12:13:21
 8   A.  So as you can see from the chart below,       12:13:22
 9       there's not much of an impact. There is       12:13:31
10       some impact.                                  12:13:35
11   Q.  Would you say that impact is significant?     12:13:38
12           MS. AGRAWAL: Objection. Form.             12:13:41
13   A.  If you look at the spreadsheet with the data  12:13:43
14       and look at the standard deviation, it is     12:13:50
15       statistically significant.                    12:13:54
16   Q.  In your professional opinion, regarding the   12:13:57
17       performance of the Dalvick Virtual Machine,   12:14:02
18       do you believe this change in performance is  12:14:10
19       significant?                                  12:14:12
20           MS. AGRAWAL: Objection. Form.             12:14:13
21   A.  As I stated at the beginning of my report,    12:14:14
22       at Oracle and other companies, we spend a     12:14:24
23       lot of engineering effort to get even small   12:14:26
24       incremental performance improvements. So,     12:14:30
25       yes, I do believe it's significant in that    12:14:36
```

### Page 79

```
 1       regard.                                       12:14:38
 2   Q.  How much time has Oracle and Sun before that  12:14:40
 3       spent making incremental improvements to      12:14:58
 4       Java Virtual Machine?                         12:15:03
 5           MS. AGRAWAL: Objection. Form.             12:15:05
 6   A.  There's no way to quantify that. It's been    12:15:07
 7       going on since the beginning of Java.         12:15:12
 8   Q.  How many incremental improvements are there?  12:15:14
 9           MS. AGRAWAL: Objection. Form.             12:15:17
10   A.  We could produce, you know, a chart of        12:15:20
11       SPECjbb improvements since the beginning of   12:15:23
12       time, but every release has increased.        12:15:25
13   Q.  So there's been an ongoing chain of           12:15:30
14       improvements?                                 12:15:37
15   A.  Right.                                        12:15:37
16   Q.  Going back over ten to 15 years --            12:15:37
17           MS. AGRAWAL: Objection.                   12:15:40
18   Q.  -- at least?                                  12:15:41
19           MS. AGRAWAL: Form.                        12:15:42
20   A.  There's -- yes. There's been ongoing          12:15:44
21       performance improvements since Java first     12:15:47
22       came out.                                     12:15:50
23   Q.  How many improvements would there be? Ten?   12:15:50
24       50? 100?                                      12:15:53
25           MS. AGRAWAL: Objection. Form.             12:15:55
```

### Page 80

```
 1   A.  I can't quantify that.                        12:15:57
 2   Q.  Are there less than 100 improvements?         12:15:58
 3           MS. AGRAWAL: Same objection.              12:16:02
 4   A.  There's actually no way -- I have not been    12:16:04
 5       involved in every Java VM and library         12:16:16
 6       improvement that has gone on. There's no      12:16:19
 7       way for me to even come up with a number.     12:16:22
 8   Q.  How many people have been involved in this    12:16:25
 9       task?                                         12:16:30
10           MS. AGRAWAL: Objection. Form.             12:16:30
11   A.  Any number I give you would just be a guess.  12:16:31
12   Q.  That's fine.                                  12:16:57
13           MS. AGRAWAL: Objection. Form.             12:16:58
14   A.  And so the fact that I have to tell the       12:17:00
15       truth here, I'm not going to guess.           12:17:07
16   Q.  On page four of your report in paragraph 14,  12:17:08
17       you say, "The engineering team at Oracle      12:17:22
18       continues to invest heavily in R&D targeted   12:17:25
19       at increasing performance. A large portion    12:17:28
20       of our virtual machine engineering team is    12:17:30
21       typically dedicated to performance            12:17:34
22       improvement projects."                        12:17:34
23           And then you go on to give some           12:17:35
24       examples; is that correct?                    12:17:38
25   A.  Yes.                                          12:17:39
```

### Page 81

```
 1   Q.  And you said that this has been going on      12:17:39
 2       since the beginning of Java development?      12:17:43
 3   A.  Correct.                                      12:17:45
 4           MS. AGRAWAL: Objection. Form.             12:17:45
 5   Q.  Java was released in somewhere in '94, 95;    12:17:46
 6       is that correct?                              12:17:52
 7           MS. AGRAWAL: Objection. Form.             12:17:52
 8   A.  I would have to refer back to some files to   12:18:01
 9       know the exact date of Java. It was           12:18:04
10       probably the early '90s, but the exact date   12:18:07
11       I don't know. This paragraph is talking       12:18:10
12       only about the virtual machine performance    12:18:11
13       improvements. There are other teams working   12:18:13
14       in other areas of Java.                       12:18:15
15   Q.  Okay.                                         12:18:17
16           Would it be wrong to make the             12:18:26
17       assumption that there are probably thousands  12:18:28
18       of incremental improvements that have been    12:18:30
19       going on since the mid '90s with respect to   12:18:33
20       the Java Virtual Machine?                     12:18:36
21           MS. AGRAWAL: Objection. Form.             12:18:38
22   A.  You are asking me to guess, and I can't       12:18:40
23       guess.                                        12:18:44
24   Q.  You don't know?                               12:18:51
25           MS. AGRAWAL: Objection. Form.             12:18:52
```

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1   Q. I'm not asking you for a specific number.    12:18:58
 2      Give me a general ballpark figure.           12:19:01
 3         MS. AGRAWAL: Objection. Form.             12:19:03
 4   A. You are asking me to describe changes or     12:19:04
 5      incremental performance improvements in      12:19:11
 6      groups that I really wasn't involved in.     12:19:14
 7   Q. Turning to page eight, paragraph 28 of your  12:19:47
 8      report, you discuss the modifications that   12:19:50
 9      you made to conduct your experiments; is     12:20:00
10      that correct?                                12:20:03
11   A. Yes.                                         12:20:03
12   Q. And you created these modifications based on 12:20:03
13      what you were told by Professor Mitchell and 12:20:14
14      Peter Kessler; is that correct?              12:20:18
15         MS. AGRAWAL: Objection. Form.             12:20:19
16   A. Yes. We discussed the functionality, and     12:20:20
17      Peter I both looked through the sources to   12:20:27
18      try to find out how to properly disable this 12:20:31
19      functionality, and we came to a consensus.   12:20:33
20   Q. It appears that you attempted two out of     12:20:42
21      three possible scenarios here?               12:20:46
22   A. That's correct.                              12:20:49
23         MS. AGRAWAL: Sorry, objection.            12:20:49
24      Form.                                        12:20:51
25   Q. The first scenario in paragraph 28 is        12:20:53
                                              Page 82
```

```
 1      building side tables, but not quickening     12:20:58
 2      instructions, and the second scenario is not 12:20:59
 3      building side tables or quickening           12:21:03
 4      instructions; is that correct?               12:21:06
 5   A. That's correct.                              12:21:08
 6   Q. Is there a third possibility of not building 12:21:10
 7      side tables, but building quickening         12:21:16
 8      instructions?                                12:21:20
 9         MS. AGRAWAL: Objection. Form.             12:21:22
10   A. The quickening was dependent upon the side   12:21:22
11      table for its implementation in order to     12:21:27
12      avoid, you know, any possible error in the   12:21:30
13      results. We did not want to substantially    12:21:37
14      modify Dalvick in order to try to attempt    12:21:39
15      that. We wanted to restrict our changes to   12:21:43
16      just simple commenting out of code that      12:21:47
17      would provide the before and after.          12:21:48
18   Q. So if it got too complicated, you did not    12:21:51
19      attempt it?                                  12:21:55
20         MS. AGRAWAL: Objection. Form.             12:21:55
21   A. It's not an issue of complication. It's an   12:21:56
22      issue of possibly altering the Dalvick to    12:22:00
23      the point where I wouldn't be measuring what 12:22:10
24      I wanted to measure.                         12:22:12
25   Q. It would be --                               12:22:13
                                              Page 83
```

```
 1   A. It would impact the results potentially,     12:22:15
 2      since I'd be adding additional functionality 12:22:18
 3      to Dalvick that it doesn't currently have.   12:22:20
 4   Q. It would, however, be technically possible   12:22:24
 5      for someone to do so?                        12:22:26
 6         MS. AGRAWAL: Objection. Form.             12:22:34
 7   A. Let's see. It may be technically possible    12:22:34
 8      to build a system that does quickening       12:22:57
 9      without side tables, but it would involve    12:23:01
10      adding additional overhead that Dalvick      12:23:03
11      doesn't currently have.                      12:23:08
12   Q. In paragraph 36, you state that you did not  12:23:10
13      try running the trace compiler; is that      12:23:19
14      correct?                                     12:23:23
15   A. Oh, paragraph -- sorry. That is correct,     12:23:23
16      for the same reason that we didn't do the    12:23:35
17      quickening alone.                            12:23:37
18   Q. What is the trace compiler?                  12:23:38
19         MS. AGRAWAL: Objection. Form.             12:23:42
20   A. That is Dalvick's implementation of a JIT.   12:23:43
21   Q. Are you saying that for your performance     12:23:51
22      benchmark regarding the '104 patent you had  12:24:01
23      to disable the JIT?                          12:24:04
24         MS. AGRAWAL: Form.                        12:24:06
25   A. That's correct.                              12:24:07
                                              Page 84
```

```
 1   Q. Do you understand that the JIT is not part   12:24:08
 2      of the accused functionality of the '104     12:24:13
 3      patent?                                      12:24:18
 4         MS. AGRAWAL: Objection. Form.             12:24:18
 5   A. I'm not certain that it isn't somehow        12:24:19
 6      involved in some of the claims, but we       12:24:40
 7      focused on turning off the functionality in  12:24:46
 8      a mode that was possible.                    12:24:49
 9   Q. If, in fact, JIT is not part of the accused  12:24:54
10      functionality, then wouldn't disabling it    12:25:08
11      affect the performance of this benchmark?    12:25:16
12         MS. AGRAWAL: Objection. Form.             12:25:20
13   A. I do believe that the numbers would be       12:25:21
14      slightly different; however, the overhead of 12:25:28
15      having to re-resolve all of the classes,     12:25:34
16      fields, and methods is a fixed overhead that 12:25:38
17      the JIT could not compensate for. So I       12:25:42
18      believe the performance reduction or         12:25:47
19      degradation would still be substantial.      12:25:52
20   Q. Despite fixed overhead, you are referring to 12:26:03
21      other aspects of the benchmarking programs   12:26:08
22      might execute faster if the JIT was enabled; 12:26:10
23      is that correct?                             12:26:14
24         MS. AGRAWAL: Objection. Form.             12:26:15
25   A. They would be severely diminished by the     12:26:16
                                              Page 85
```

Pages 82 to 85

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1      I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5      Executed on _____ , 20___,
 6   at _____, _____.
 7
 8
 9
10      _____
11           ROBERT VANDETTE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                         Page 122
```

```
 1            C E R T I F I C A T E
 2
 3   COMMONWEALTH OF MASSACHUSETTS
 4   MIDDLESEX, SS.
 5
 6       I, Jill Shepherd, Notary Public, in
     and for the Commonwealth of Massachusetts,
 7   do hereby certify that:
 8       ROBERT VANDETTE, the witness whose
     deposition taken on September 7, 2011 is
 9   hereinbefore set forth, was satisfactorily
10   identified by means of driver's license, and
     was duly sworn by me, and that the foregoing
11   transcript is a true and accurate record of
12   the testimony given by such witness and such
     testimony is a true and accurate
13   transcription of my stenotype notes to the
14   best of my knowledge, skill, and ability.
         I further certify that I am not
15   related to any of the parties in this matter
16   by blood or marriage and that I am in no way
17   interested in the outcome of this matter.
18       IN WITNESS WHEREOF, I have hereunto
19   set my hand and notarial seal this 8th day
20   of September, 2011.
21
22
         _____
23            Jill Shepherd, RPR
24            Notary Public
25   My Commission expires:  April 18, 2014
                                         Page 123
```

```
 1                    I N D E X
 2   WITNESS                                  PAGE
 3   ROBERT VANDETTE
 4   Examination by Mr. Francis
 5
 6                  E X H I B I T S
 7   NO.    DESCRIPTION                       PAGE
 8   Exhibit 460  Defendant's Notice of          8
                  Rule 30(B)(1) Deposition of
 9                Robert ("Bob") G. Vandette
10   Exhibit 461  Summary and Report of        10
                  Robert ("Bob") Vandette
11
     Exhibit 462  Presentation                 41
12                (A JIT Compiler
                  for Dalvik VM)
13
     Exhibit 463  Dhrystone White Paper        58
14
     Exhibit 464  OAGOOGLE0014151624 -         63
15                OAGOOGLE0014151630
16   Exhibit 465  OAGOOGLE0011198304 -         66
                  OAGOOGLE0011198305
17
     Exhibit 466  US Patent No. RE 38,104      73
18
     Exhibit 467  US Patent No. 6,910,205      91
19
     Exhibit 468  OAGOOGLE0014151618 -        113
20                OAGOOGLE0014151623
21   Exhibit 469  OAGOOGLE0019108076 -        114
                  OAGOOGLE0019108077
22
     Exhibit 470  OAGOOGLE0023688735 -        115
23                OAG00GLE0023688745
24   Exhibit 471  OAGOOGLE0024644910          118
25
                                         Page 124
```

Pages 122 to 124

Veritext National Deposition & Litigation Services
866 299-5127