HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

Page 1

```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION


    ----------------------
    ORACLE AMERICA, INC.,   )
          Plaintiff,        )
       vs.                  ) No. CV 10-03561 WHA
    GOOGLE, INC.,           )
          Defendant.        )
    ----------------------


       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --


       Videotaped deposition of JONATHAN SCHWARTZ,
       taken at the Law Office of Keker & Van Nest LLP,
       710 Sansome Street, San Francisco, California,
       commencing at 9:40 a.m., on Wednesday, July 20,
       2011, before Leslie Rockwood, RPR, CSR No. 3462.




    PAGES 1 - 224
```

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

```
 1      A.  Yes.
 2      Q.  So it was a lot more than just a license of
 3  technology?
 4      A.  Yes.
 5      Q.  Was there actual discussion about Sun          12:16:51
 6  engineers and Android engineers working together?
 7      A.  Yes.
 8      Q.  At the end of the day, was Sun willing to do
 9  whatever it was that Google was offering?
10      A.  At the end of the day, we would have done the  12:17:03
11  deal for free, had they elected to use Sun technology.
12  We might have even paid for the privilege to participate.
13      Q.  Why is that?
14      A.  Because the net effect of being engaged with
15  a handset platform that we knew would be globally        12:17:18
16  successful would have a considerable halo effect for Sun
17  just in our own brand image, leaving aside access to
18  carriers to talk about how we could create, you know,
19  alternatives and variations for them.
20      Q.  So had the negotiations continued,              12:17:35
21  Mr. Schwartz, your view is that Sun would have been
22  willing to license all of Java and provide support and so
23  on either for free or including some payment to Google?
24          MS. RUTHERFORD:  Objection.
25          THE WITNESS:  Yes, to the extent that you       12:17:55
```
Page 110

```
 1  recall if the choice is -- and I believe I actually
 2  stated this at the time -- better Java than Brew.  Better
 3  our Java than whatever they deliver.
 4          So it comes down to a very simple decision.
 5  If you're included, you have a seat at the table and an  12:18:15
 6  access to the marketplace.  If you're not included, then
 7  you have no similar -- you know, no such access to the
 8  marketplace.
 9          The middle ground is they used technologies
10  that amplify the same technologies that we build, we can 12:18:31
11  at least be a part of that dialogue.
12      Q.  BY MR. VAN NEST:  And I take it you would
13  have been the ultimate decision maker on any particular
14  deal with Google at this level?
15      A.  Had economic terms been the determinant of      12:18:44
16  whether we could do a deal, yes.
17      Q.  In other words, as CEO, you would have had
18  the final say on anything Mr. Gupta was proposing with
19  Google; correct?
20      A.  Yes, yes.                                       12:19:00
21      Q.  And it's your view that had Google been
22  willing to do it, Sun would have been willing to pay for
23  the right to participate in a technology partnership with
24  Google over Android?
25          MS. RUTHERFORD:  Objection.                     12:19:14
```
Page 111

```
 1          THE WITNESS:  Yes.
 2      Q.  BY MR. VAN NEST:  Did you ever discuss
 3  financial terms with Mr. Gupta for such an arrangement?
 4      A.  We seemed to have what was on the one hand an
 5  ongoing dialogue that, on the other, was just kind of    12:19:31
 6  abruptly terminated.  I don't think the complexity
 7  surrounding the deal was ever the monetary terms.
 8      Q.  But again -- but again, Mr. Schwartz, your
 9  view as the CEO at the time was in terms of a negotiation
10  with Google to participate in Android, that had enough   12:19:54
11  value to Sun that Sun would have been willing to pay
12  money for it?
13          MS. RUTHERFORD:  Objection.  Are you talking
14  about the actual terms of the contract or what it was in
15  Mr. Schwartz's mind?                                     12:20:09
16          MR. VAN NEST:  I'll let the question stand.
17          You may answer.
18          THE WITNESS:  It would have been of
19  significant strategic value for Sun to be on stage with
20  Google announcing Android.  That had value, potentially  12:20:19
21  significant value.  To not be on stage was not as
22  valuable.
23          So would the 10 million, which if I recall
24  was year one payment from Google to Sun, would that have
25  changed in any way our financial destiny?  No.  So would 12:20:39
```
Page 112

```
 1  we have waived that for ultimately being a premier
 2  technology partner alongside Google?  I believe we would
 3  have.  I didn't have that option.
 4      Q.  BY MR. VAN NEST:  But had you had that
 5  option, you certainly would have approved it?           12:20:53
 6      A.  Yes.
 7      Q.  And as CEO, again, you had the authority to
 8  do that?
 9      A.  Yes.
10      Q.  Now, when Google first announced the Android   12:21:02
11  software developers kit in 2007, did Sun in effect
12  embrace it publicly?
13      A.  Yes, we did.
14      Q.  What did you say about it in the market?
15      A.  That we were -- you know, I think what I said  12:21:20
16  internally was better that than Brew.  Brew was a
17  completely variant platform that had no real benefit to
18  Sun, built by Qualcomm, and that at least they were using
19  the Java programming language.  They would -- you know,
20  we would be able to interact by providing technologies  12:21:42
21  that would support it and hopefully continue to engage in
22  dialogues with customers and partners.
23      Q.  So do you remember congratulating Google on
24  the launch of Android?
25      A.  I do.                                          12:21:57
```
Page 113

Pages 110 to 113

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL-- ATTORNEYS' EYES ONLY

## Page 218

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4       I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6       That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9       That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16       I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20       IN WITNESS WHEREOF, I have subscribed my name
21   this 24th day of July, 2011.
22
23
24       _____
25         LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

## Page 219

```
                    I N D E X

     WEDNESDAY, JULY 20, 2011

     WITNESS                         EXAMINATION

     JONATHAN SCHWARTZ

       By Mr. Van Nest              5, 213
       By Ms. Rutherford            174
```

## Page 220

```
                  DEPOSITION EXHIBITS
                    JONATHAN SCHWARTZ
     GOOGLE EXHIBITS   DESCRIPTION              IDENTIFIED

     Exhibit 52    CNET News, internet printout,    40
                   6/22/11, GOOGLE-00-00000516
                   - 519
     Exhibit 53    Sun Reveals a Slew of Moves      45
                   at JavaOne, GOOGLE-00-
                   00000520 - 522
     Exhibit 54    Email from Jonathan Schwartz     57
                   to Jeet Kaul, 12/5/08,
                   OAGOOGLE0003901182
     Exhibit 55    Newsmaker: Sun's Open Source     61
                   Odyssey, GOOGLE-00-00000494
                   - 497
     Exhibit 56    eWeek, Sun's Schwartz Opens Up   65
                   About Sun's Open-Source Java,
                   5/16/06, GOOGLE-00-00000504
                   - 506
     Exhibit 57    Sun Microsystems CEO Jonathan    68
                   Schwartz on What's Next for
                   OpenSource, 3/23/09, GOOGLE-00-
                   00000490- 491
```

## Page 221

```
            DEPOSITION EXHIBITS (Continued)
     GOOGLE EXHIBITS   DESCRIPTION              IDENTIFIED
     Exhibit 58    Email from Jonathan Schwartz     72
                   to Marten Mickos, 1/12/08,
                   OAGOOGLE0004648998 - 001
     Exhibit 59    Email from Jonathan Schwartz     76
                   to John Fowler, 3/4/08,
                   OAGOOGLE0004651963 - 64
     Exhibit 60    Letter to Jonathan Schwartz      82
                   from Edward Cobb, et al.,
                   6/22/07, GOOGLE-14-00042922
                   - 23
     Exhibit 61    Executive Committee Meeting      86
                   Summary, for 4 - 5 December,
                   2007, GOOGLE-00-00000507 - 11
     Exhibit 62    Jonathan's Blog, 10/24/07,       93
                   GOOGLE-00-00000514- 515
     Exhibit 63    Free Advice for the Litigious,   97
                   5/15/07, GOOGLE-00-00000513
     Exhibit 64    The Legal Thing, by Mike Dillon, 98
                   6/26/08, GOOGLE-00-00000498
     Exhibit 65    eWeek, Linux Open Source and    101
                   Ubuntu News, 5/23/07,
                   GOOGLE-00-00000492 - 93
```

Veritext National Deposition & Litigation Services
866 299-5127