Case 3:10-cv-03561-WHA   Document 673-29   Filed 01/03/12   Page 1 of 1
*Oracle America v. Google - Expert Report of Iain Cockburn – September 12, 2011 - Subject to Protective Order*
*(Contains Confidential and Highly Confidential/Attorneys' Eyes Only Material)*

**Exhibit 12**
**Apportionment Assessment of Patent '476**
**Call Stack Inspection**

| | |
|---|---|
| **Patent Functionality**<br>• The '476 patent "provides a mechanism that allows permissions to change dynamically when code from one source causes the execution of code from another source. This is achieved by verifying that a required permission is associated with the routines in the calling hierarchy of the principal requesting an action. This method simplifies the assigning of permissions to principals by utilizing protection domains and allowing the permissions to change as the calling hierarchy changes. | [1] |
| **Contemporaneous Evidence**<br>• Google wanted to take advantage of the Java security framework: in 2005, Andy Rubin told Larry Page that Android was "making Java central to our solution" because, among other reasons, Java had a "suitable security framework." | [2] |
| **Opinion**<br>• Up to 1% apportionment<br>• Estimated patent damages after U.S. adjustment: up to $6.7 million | |

Sources:
[1] Mitchell Patent Report, p. 353.
[2] GOOGLE-01-00019527