Oracle America v. Google - Expert Report of Iain Cockburn – September 12, 2011 - Subject to Protective Order
(Contains Confidential and Highly Confidential/Attorneys' Eyes Only Material)
Updated as of September 15, 2011

**Exhibit 13**
**Summary of Apportionment Assessment**
**Geographic Adjustment Applied to All Past Patent Damages**

| | Patent Apportionment Percentage | Past Damages (2008-2011)[9] | |
|---|---|---|---|
| Patent '104 | 25% | $168.2 M | [1] |
| Patent '205 | 25% | $168.2 M | [2] |
| Patent '720 | 10% | $67.3 M | [3] |
| Patent '702 | 7% | $47.1 M | [4] |
| Patent '520 | Up to 1% | Up to $6.7 M | [5] |
| Patent '447 | Up to 1% | Up to $6.7 M | [6] |
| Patent '476 | Up to 1% | Up to $6.7 M | [7] |
| **Patents '447, '476, '520** | Up to 3% | Up to $20.2 | [8] |
| **Patents '104, '205, '720, '702, '520, '447, and '476** | 30% | $201.8 M | [8] |

Notes & Sources
[1] Exhibit 6.
[2] Exhibit 7.
[3] Exhibit 8.
[4] Exhibit 9.
[5] Exhibit 10.
[6] Exhibit 11.
[7] Exhibit 12.
[8] Apportionment for a license including all 7 patents is not equal to the sum of the apportionment for each patent individually.
[9] Calculated according to methodology laid out in Exhibits 14 - 16.