# FILED UNDER SEAL
# PURSUANT TO DKT. NO. 659