Highly Confidential - Attorneys' Eyes Only

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   _____
 6   ORACLE AMERICA, INC.,   )
 7          Plaintiff,       )
 8       vs.                 ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,           )
10          Defendant.       )
11   _____)
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      Videotaped Federal Rule 30(b)(6) Deposition
16      of PETER B. KESSLER, Ph.D., taken at 755 Page
17      Mill Road, Palo Alto, California, commencing
18      at 9:39 a.m., Thursday, August 4, 2011, before
19      Leslie Rockwood, RPR, CSR No. 3462.
20
21
22
23
24
25   PAGES 1 - 208
```

Page 1

Page 50

1  deposition, actually. Besides reviewing source code and
2  meeting with your counsel yesterday, did you do anything
3  else to prepare for your deposition today was the
4  question.
5      MS. AGRAWAL: You mean specifically with
6  respect to the topics?
7      MR. KAMBER: Yes. Okay. Fair enough.
8  Q. With respect to the 30(b)(6) topics today,
9  did you spend -- did you do anything else besides meeting
10 with counsel and reviewing source code?
11 A. No.
12     MR. KAMBER: We've been going -- I'm about to
13 go into another section so now might be a good time for a
14 break. If you want to keep going, I'm happy to keep
15 going, but it's been a little over an hour now.
16     MS. AGRAWAL: Let's break.
17     THE VIDEOGRAPHER: This is the end of Disk
18 Number 1, Volume 1. We are off the record at 10:46 a.m.
19     (Recess.)
20     THE VIDEOGRAPHER: This is the beginning of
21 Disk Number 2, Volume 1. We are back on the record at
22 11:00 a.m.
23     You may proceed.
24 Q. BY MR. KAMBER: Dr. Kessler, with respect to
25 your testimony about reviewing the bytecodes.hpp file, do

Page 51

1  you remember that before?
2  A. Yes.
3  Q. You said that you also spent some time
4  looking at other source code files specifically to
5  prepare for your deposition here today; correct?
6  A. Yes.
7  Q. And what source code files was that?
8      MS. AGRAWAL: Objection to the extent that
9  calls for attorney-client communications. I instruct the
10 witness not to reveal protected conversations.
11     And, Matthias, can we have an agreement so
12 that I can shorthand my objections so they don't take
13 forever? Can I just say, "Objection. Privileged.
14 Caution the witness," and we understand that that's the
15 shorthand for my objection?
16     MR. KAMBER: That would be fine with me.
17     MS. AGRAWAL: Great.
18     THE WITNESS: Okay. I think my testimony was
19 that I did look at other source code, but that I don't
20 remember specific files, and, in fact, I don't remember
21 specific files.
22     MR. KAMBER: Okay. We would ask that you
23 produce those files in accordance with the Judge's order
24 about producing files that the document -- that the
25 witnesses review in preparation for the deposition.

Page 52

1      We understand that -- I understand that
2  bytecodes.hpp has been produced, but it seems that none
3  of these other files that the witness is referring to
4  have been given to us yet today.
5      MS. AGRAWAL: You haven't asked the witness
6  whether they refreshed his recollection.
7      MR. KAMBER: I'm not sure that that is
8  actually the limitation in the order, but we can check
9  that.
10     MS. AGRAWAL: Why don't we discuss it
11 offline.
12     MR. KAMBER: Sure.
13 Q. Okay. Dr. Kessler, is it Oracle's position
14 that the JDK 1.2 practices the asserted claims of the
15 '205 patent?
16     MS. AGRAWAL: Objection. Form. And
17 objection. Privilege, caution the witness.
18     THE WITNESS: So I can't interpret the claims
19 of the '205. I can read source code to you.
20 Q. BY MR. KAMBER: Okay. So you -- Oracle
21 doesn't take any position as to whether or not JDK 1.2
22 practices the asserted claims of the '205 patent;
23 correct?
24     MS. AGRAWAL: Same objections.
25     THE WITNESS: So I believe that Oracle's

Page 53

1  position is that the JDK does practice the '205.
2  Q. BY MR. KAMBER: What is the basis for that
3  belief?
4      MS. AGRAWAL: Same objection.
5      THE WITNESS: Communication with the
6  attorneys.
7  Q. BY MR. KAMBER: Do you have any other basis
8  for the belief that JDK 1.2 practices the asserted claims
9  of the '205 patent?
10     MS. AGRAWAL: Same objections.
11     THE WITNESS: My understanding of the '205
12 comes from my communications with the attorneys. And
13 using that information, I can look in the source code.
14 Q. BY MR. KAMBER: I'm not sure I understand
15 that answer, Dr. Kessler.
16     My question is: Do you have any other basis
17 besides conversations with counsel to believe that JDK
18 1.2 practices the asserted claims of the '205 patent?
19     MS. AGRAWAL: Same objections.
20     THE WITNESS: In addition to information that
21 I've obtained from the attorneys, I have my reading of
22 the code.
23 Q. BY MR. KAMBER: Which code?
24     MS. AGRAWAL: Same objections.
25     THE WITNESS: In the case of the '205, I

**Page 58**

```
 1  potential implementation of the asserted claims of the
 2  '205 patent; is that correct?
 3          MS. AGRAWAL:  Objection.
 4          THE WITNESS:  I don't -- I don't recall
 5  whether it was me or John.
 6      Q.  BY MR. KAMBER:  Is it Oracle's position that
 7  the fast_invokevfinal method implements all of the
 8  remaining asserted claims of the '205 patent?
 9          MS. AGRAWAL:  Objection.  Privilege.
10  Objection.  Form, caution the witness.
11          THE WITNESS:  All of the remaining -- I don't
12  understand the question around all the remaining claims.
13      Q.  BY MR. KAMBER:  Okay.  Fair enough.
14          I'll represent to you that Oracle's counsel
15  at this point asserts Claims 1, 2, 3 and 8 of the '205
16  patent.  Is it Oracle's position that the
17  fast_invokevfinal method implements each one of those
18  claims?
19          MS. AGRAWAL:  Same objections.
20          THE WITNESS:  So I'm an engineer, not a
21  lawyer.  I can't interpret the claims of the patent.
22      Q.  BY MR. KAMBER:  I understand.  I'm not asking
23  for your personal testimony here.  I'm asking for
24  Oracle's position.
25          MS. AGRAWAL:  Same objection.
```

**Page 59**

```
 1          THE WITNESS:  So without reviewing the
 2  patent, which I can't do without consulting with my
 3  attorneys, I don't know how to answer the question.
 4      Q.  BY MR. KAMBER:  So it's Oracle's position
 5  that it doesn't know whether all of Claims 1, 2, 3 and 8
 6  implement the -- excuse me.  So it's Oracle's position
 7  that fast invoke -- let me start over.
 8          Is it Oracle's position that the
 9  fast_invokevfinal method -- I'm struggling to get this
10  one out, so bear --
11      A.  Take your time.
12      Q.  -- bear with me, Dr. Kessler.
13          Does Oracle take no position as to whether
14  all of Claims 1, 2, 3 and 8 are practiced by the
15  fast_invokevfinal method?
16          MS. AGRAWAL:  Objection.  Privilege, caution
17  the witness.
18          THE WITNESS:  I can't answer that question
19  without interpreting the claims of the patent.
20      Q.  BY MR. KAMBER:  Would it help to look at the
21  claims themselves?
22      A.  No, because I am not an attorney.
23      Q.  Okay.  I understand that you would have to do
24  an interpretation, but, again, I'm asking for Oracle's
25  position here today, not your interpretation.
```

**Page 60**

```
 1      So is it Oracle's position that all of Claims
 2  1 -- well, let me rephrase.
 3          Does Oracle take a position as to whether the
 4  fast_invokevfinal method implements Claim 1?
 5          MS. AGRAWAL:  Same objections.  I'll also
 6  object to the extent it calls for expert testimony.
 7          THE WITNESS:  So I can't answer that
 8  question without revealing what Oracle's attorneys
 9  interpret Claim 1 to be.
10      Q.  BY MR. KAMBER:  Okay.  But I'm not asking you
11  to reveal anything.  I'm just asking you to tell me
12  Oracle's position so that our client can understand it.
13          Is it Oracle's position that the
14  fast_invokevfinal method implements Claim 1 of the '205
15  patent?
16          MS. AGRAWAL:  Same objections.  Objection to
17  the extent it calls for a legal conclusion, expert
18  testimony.
19          THE WITNESS:  And, again, I do not know how
20  to answer your question without revealing attorney-client
21  privileged information.
22      Q.  BY MR. KAMBER:  Is it Oracle's position that
23  the only person who can answer that question is an expert
24  witness?
25          MS. AGRAWAL:  Same objection.
```

**Page 61**

```
 1      Mr. Kamber, can we just take a quick break?
 2      MR. KAMBER:  Sure.
 3          THE VIDEOGRAPHER:  We're off the record at
 4  11:15 a.m.
 5          (Discussion off the record.)
 6          THE VIDEOGRAPHER:  We are back on record at
 7  11:23 a.m.
 8          You may proceed.
 9      Q.  BY MR. KAMBER:  Dr. Kessler, have you had an
10  opportunity to confer with your counsel?
11      A.  Yes.
12      Q.  Let me go back to some questions from before.
13  Is it Oracle's position that the fast_invokevfinal method
14  implements Claim 1 of the '205 patent?
15          MS. AGRAWAL:  Mr. Kamber, if you have the
16  interrogatory response, that will help to refresh --
17  that will probably -- I'm just trying to help you help
18  Dr. Kessler refresh his recollection.  He's not here to
19  testify as an expert or as an attorney, so if you want to
20  just move this along.
21          MR. KAMBER:  Sure.  Let me just ask a
22  question.
23      Q.  Dr. Kessler, are you unable to answer my
24  question unless and until you see Oracle's rog response?
25          MS. AGRAWAL:  Objection.  Form.
```

```
 1  of these several places that you found them?
 2       A. Class names have to be resolved, method names
 3  have to be resolved, field names have to be resolved.
 4  And there may be others.
 5       Q. Is class name resolution a -- in Java, a use
 6  of the invention allegedly set forth in the asserted
 7  claims of the '104 patent?
 8          MS. AGRAWAL: Objection. Form.
 9          THE WITNESS: My understanding of the '104 is
10  that it refers to the -- not the resolution of the
11  symbolic reference, but the saving of the numeric
12  reference to avoid the re-resolution of a symbolic
13  reference.
14       Q. BY MR. KAMBER: Let me try to rephrase it,
15  then.
16          Is it Oracle's position that the saving of
17  resolved -- let me stop for a second. I'm trying to
18  figure out how to refer to it. Is it resolved reference?
19  How would you characterize it?
20          MS. AGRAWAL: Objection. Form.
21          THE WITNESS: You could -- so the resolved
22  reference is the thing -- so a resolved reference is the
23  result of calling resolve -- calling a resolution method,
24  and a numeric reference is a particular encoding of that
25  result.
```
Page 186

```
 1          MS. AGRAWAL: And just for the record -- we
 2  talked about this so many times -- you're not asking
 3  Dr. Kessler to draw legal conclusions or give expert
 4  testimony based on the '104 patent; correct?
 5          MR. KAMBER: No, I'm just asking questions in
 6  line with Deposition Topic Number 11 about Oracle's
 7  position regarding the evidence of actual use of the
 8  inventions allegedly encompassed by the asserted claims
 9  of the '205 -- or of the '104 patent. Excuse me.
10          MS. AGRAWAL: I'm just going to assert a
11  general objection of calling for a legal conclusion and
12  asking for expert testimony.
13          MR. KAMBER: Again, I dispute that and would
14  note that that objection was not registered with respect
15  to Deposition Topic Number 11 in the response to the
16  deposition notice, unlike with Deposition Topic Number
17  10.
18          MS. AGRAWAL: It's not the topic that I'm
19  objecting to; it's your questions.
20       Q. BY MR. KAMBER: So Dr. Kessler, let me try
21  this again: Is the -- is it Oracle's position that the
22  resolution of symbolic references to numeric references
23  and subsequent saving of the numeric reference in the
24  case of class names practices the inventions allegedly
25  set forth in the asserted claims of the '104 patent?
```
Page 187

```
 1          MS. AGRAWAL: Objection. Calls for a legal
 2  conclusion, calls for expert testimony, and actually, I
 3  do think that's beyond the scope because you're asking
 4  him to interpret the '104 patent. And Topic 11 is asking
 5  for a conception reduction to practice and actual use,
 6  and you're asking questions in the abstract, and you're
 7  asking for Dr. Kessler's interpretation of the '104
 8  patent.
 9          MR. KAMBER: Dr. Kessler testified that one
10  place he found this was in the resolution of class names
11  in Java. I'm asking him that -- about that actual use.
12          MS. AGRAWAL: Okay.
13       Q. BY MR. KAMBER: So that's exactly what I'm
14  trying to get at is: What is it in class names that
15  actually uses the invention alleged set forth in the
16  asserted claims of the '104 patent?
17          MS. AGRAWAL: Objection. Form.
18          THE WITNESS: Class names arrive as symbolic
19  references, and in order to be used, have to be reduced
20  to numeric -- not -- they don't have to be. One way to
21  use them is to reduce them to numeric references, and
22  then one can save the numeric references to avoid the
23  resolution on subsequent use of that class name.
24       Q. BY MR. KAMBER: Would it be fair to say that
25  one reason to do that is because resolution requires some
```
Page 188

```
 1  degree of work that is sought to be avoided by saving the
 2  numeric reference for future use?
 3          MS. AGRAWAL: Objection. Form.
 4          THE WITNESS: Yeah, are you suggesting that
 5  that's why it's done?
 6       Q. BY MR. KAMBER: I'm asking if that's one
 7  benefit.
 8          MS. AGRAWAL: Same objection.
 9          THE WITNESS: Okay. So restate the question.
10       Q. BY MR. KAMBER: Sure. Is -- is the fact that
11  you can avoid resolution later on -- re-resolution one of
12  the benefits of using the already resolved numeric
13  reference?
14          MS. AGRAWAL: Objection. Form.
15          THE WITNESS: That's my understanding of one
16  of the benefits of the '104 patent.
17       Q. BY MR. KAMBER: Do you understand -- well,
18  what's your understanding as to any other benefits?
19          MS. AGRAWAL: Objection. Form. And object
20  to the extent it calls for expert testimony or a legal
21  conclusion.
22          THE WITNESS: Yeah, I'm not going to
23  speculate on all of the reasons that the '104 patent
24  exists.
25       Q. BY MR. KAMBER: Okay. You mentioned method
```
Page 189

```
 1  that's not the complete list and that I don't know what
 2  changes between class files for Java SE and the other
 3  instrumentalities, the functionality -- my understanding
 4  is that the functionality is the same, even if the file
 5  names or the method names are different.
 6       Q.  BY MR. KAMBER:  And you also just said that
 7  my list of class names, method names, and field names is
 8  not a complete list; correct?
 9       A.  Yes, I did say that.
10       Q.  Okay.  Can you please give me a complete
11  list.
12          MS. AGRAWAL:  Objection.  Form.
13          THE WITNESS:  I'm almost sure that there is
14  at least one more place where symbolic references are
15  resolved.  I cannot think of it right now.
16       Q.  BY MR. KAMBER:  But your recollection here
17  today is there is only one more potential place where
18  there is symbolic resolution to numeric resolution with a
19  numeric resolution, numeric reference is then saved; is
20  that correct?
21          MS. AGRAWAL:  Objection.  Form.
22          THE WITNESS:  No, my testimony is that
23  there's at least one.
24       Q.  BY MR. KAMBER:  But you can't identify it for
25  me today?
```
Page 202

```
 1       A.  No.
 2          MR. KAMBER:  I don't have any further
 3  questions of the witness on these topics.  I would note
 4  that we do want to keep the deposition open on Topic 11
 5  as to -- subject to our discussion regarding the '520 and
 6  '720 patents, and we can still discuss that going
 7  forward.  But other than that, I have no further
 8  questions for you today.
 9          MS. AGRAWAL:  Thank you.
10          THE VIDEOGRAPHER:  This is the end of today's
11  deposition.  We are off the record at 5:10 p.m.  The
12  master tapes will be held by Veritext.
13          (TIME NOTED:  5:10 p.m.)
14                    ---oOo---
```
Page 203

```
 1       I declare under the penalty of perjury
 2  under the laws of the State of California that the
 3  foregoing is true and correct.
 4       Executed on _____, 2011,
 5  at _____, _____.


10
11          _____
12               SIGNATURE OF THE WITNESS
```
Page 204

```
 1  STATE OF CALIFORNIA   ) ss:
 2  COUNTY OF MARIN       )
 3
 4       I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5  certify:
 6       That the foregoing deposition testimony was
 7  taken before me at the time and place therein set forth
 8  and at which time the witness was administered the oath;
 9       That testimony of the witness and all
10  objections made by counsel at the time of the examination
11  were recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16       I further certify that I am neither counsel
17  for any party to said action, nor am I related to any
18  party to said action, nor am I in any way interested in
19  the outcome thereof.
20       IN WITNESS WHEREOF, I have subscribed my name
21  this 5th day of August, 2011.
22
23
24          _____
25          LESLIE ROCKWOOD, RPR, CSR NO. 3462
```
Page 205