| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road |
| 5 | Palo Alto, CA  94304-1018 |
| | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 7 | DAVID BOIES (Admitted *Pro Hac Vice*) |
| | dboies@bsfllp.com |
| 8 | 333 Main Street |
| | Armonk, NY  10504 |
| 9 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 10 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900 |
| 11 | Oakland, CA  94612 |
| | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 12 | |
| | ORACLE CORPORATION |
| 13 | DORIAN DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| 14 | DEBORAH K. MILLER (Bar No. 95527) |
| | deborah.miller@oracle.com |
| 15 | MATTHEW M. SARBORARIA (Bar No. 211600) |
| | matthew.sarboraria@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF RUCHIKA AGRAWAL IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITIONS TO GOOGLE'S MOTIONS *IN LIMINE* NOS. 1 THROUGH 5** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge:  Honorable William H. Alsup |

AGRAWAL DECL. ISO OPPOSITIONS TO GOOGLE'S MOTIONS *IN LIMINE* NOS. 1 THROUGH 5
CASE NO. CV 10-03561 WHA
pa-1489921

I, Ruchika Agrawal, declare as follows:

I am an attorney at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. ("Oracle").  I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. Attached hereto as **Exhibit 1-1** are true and correct copies of excerpts of the transcript of the deposition of Tim Lindholm taken on September 7, 2011.

2. Attached hereto as **Exhibit 1-2** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-12-00000115.

3. Attached hereto as **Exhibit 1-3** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-14-00001233.

4. Attached hereto as **Exhibit 1-4** is a true and correct copy of a document produced by Google in this case bearing bates number GOOGLE-00001772 through Google-00-00001781.

5. Attached hereto as **Exhibit 1-5** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-12-00000472 through GOOGLE-12-00000476.

6. Attached hereto as **Exhibit 1-6** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-12-00000656.

7. Attached hereto as **Exhibit 1-7** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-12-00018231.

8. Attached hereto as **Exhibit 1-8** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE 01-00018836.

9. Attached hereto as **Exhibit 1-9** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-12-00078864 through GOOGLE-12-00078865.

10. Attached hereto as **Exhibit 1-10** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-12-10000011.

11. Attached hereto as **Exhibit 1-11** are true and correct copies of excerpts of the transcript of the deposition of Jeef Kaul taken on August 5, 2011.

12. Attached hereto as **Exhibit 1-12** are true and correct copies of excerpts of the transcript of the deposition of Hasan Rizvi taken on July 28, 2011.

13. Attached hereto as **Exhibit 2-1** is a true and correct copy of an excerpt of Android Designing for Performance available at http://developer.android.com/guide/practices/design/performance.html.

14. Attached hereto as **Exhibit 2-2** is a true and correct of copy of an excerpt of Android 2.2 Platform Highlights available at http://developer.android.com/sdk/android-2-2-highlights.html.

15. Attached hereto as **Exhibit 2-3** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-04-00055098 through GOOGLE-04-00055099.

16. Attached hereto as **Exhibit 2-4** are true and correct copies of excerpts of the transcript of the deposition of Daniel Morrill taken on July 12, 2011.

17. Attached hereto as **Exhibit 2-5** are true and correct copies of excerpts from the Opening Expert Report of John C. Mitchell Regarding Patent Infringement, dated August 8, 2011.

18. Attached hereto as **Exhibit 2-6** are true and correct copies of excerpts of the transcript of the deposition of John C. Mitchell taken on September 6, 2011.

19. Attached hereto as **Exhibit 2-7** are true and correct copies of excerpts of the Summary and Report of Robert ("Bob") G. Vandette, dated August 8, 2011.

20. Attached hereto as **Exhibit 2-8** are true and correct copies of excerpts of the Summary and Report of Noel Poore, dated August 8, 2011.

21. Attached hereto as **Exhibit 2-9** are true and correct copies of excerpts of the Summary and Report of Erez Landau, dated August 8, 2011.

22. Attached hereto as **Exhibit 2-10** are true and correct copies of excerpts of the transcript of the deposition of Erez Landau taken on September 14, 2011.

23. Attached hereto as **Exhibit 2-11** are true and correct copies of excerpts of the transcript of the deposition of Robert G. Vandette taken on September 7, 2011.

24. Attached hereto as **Exhibit 2-12** are true and correct copies of excerpts of the transcript of the deposition of Noel Poore taken on September 7, 2011.

25. Attached hereto as **Exhibit 2-13** is a true and correct copy of an excerpt of Android Developers Blog: Dalvik JIT available at http://android-developers.blogspot.com/2010/05/dalvik-jit.html.

26. Attached hereto as **Exhibit 2-14** s a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-02-00465974 through GOOGLE-02-00465975.

27. Attached hereto as **Exhibit 2-15** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-06-00238120 through GOOGLE-06-00238121.

28. Attached hereto as **Exhibit 2-16** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-04-00083077.

29. Attached as **Exhibit 2-17** is a true and correct copy of an excerpt of Android Developers Blog: Nexus One Developer Phone available at http://android-developers.blogspot.com/2010/08/nexus-one-developer-phone.html.

30. Attached hereto as **Exhibit 3-1** is a true and correct copy of a letter I received via e-mail from Christa Anderson of Keker & Van Nest LLP on September 26, 2011, purporting to submit the Expert Report of Iain M. Cockburn to the Court *in camera*.

31. Attached hereto as **Exhibit 3-2** is a true and correct copy of excerpts from the transcript of the hearing on Google's *Daubert* motion, held in open court on July 21, 2011.

32. Attached hereto as **Exhibit 3-3** is a true and correct copy of a document produced by Oracle in this case bearing production number OAGOOGLE0000357494.

33. Attached hereto as **Exhibit 3-4** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-01-00065669.

34. **Exhibit 3-5** was not used.

|   |   |
|---|---|
| 1 | 35. Attached hereto as **Exhibit 3-6** is a true and correct copy of excerpts from a document produced by Google in this case bearing production number GOOGLE-26-00031474–497. |
| 4 | 36. Attached hereto as **Exhibit 3-7** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-01-00017222–227. |
| 6 | 37. Attached hereto as **Exhibit 3-8** is a true and correct copy of a document produced by Google in this case bearing production number GOOGLE-58-00029945. |
| 8 | 38. Attached hereto as **Exhibit 3-9** is a true and correct copy of a document produced by Oracle in this case bearing production number OAGOOGLE0002518850–855. |
| 10 | 39. Attached hereto as **Exhibit 3-10** is a true and correct copy of a document produced by Oracle in this case bearing production number OAGOOGLE0000489235–237. |
| 12 | 40. Attached hereto as **Exhibit 3-11** is a true and correct copy of excerpts from transcript of the deposition of Edward Screven taken on July 29, 2011. |
| 14 | 41. Attached hereto as **Exhibit 4-1** are true and correct copies of excerpts of the transcript of the deposition of Peter Kessler taken on August 4, 2011. |
| 16 | 42. Attached hereto as **Exhibit 4-2** are true and correct copies of excerpts of the transcript of the deposition of John Pampuch taken on July 29, 2011. |
| 18 | 43. Attached hereto as **Exhibit 4-3** are true and correct copies of excerpts of the Expert Report of Dr. Benjamin F. Goldberg Regarding Validity of Patents-In-Suit, submitted to Google on August 25, 2011. |
| 21 | 44. Attached hereto as **Exhibit 5-1** is a true and correct copy of Oracle's Second Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and Infringement Contentions, dated April 1, 2011. |
| 24 | 45. **Exhibit 5-2** was not used. |
| 25 | 46. Attached hereto as **Exhibit 5-3** is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action dated July 13, 2011. |
| 27 | 47. Attached hereto as **Exhibit 5-4** are true and correct copies of excerpts of the transcript of the deposition of Rafael Camargo, taken September 8, 2011. |

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on October 4, 2011, in Palo Alto, California.

          /s/ *Ruchika Agrawal*
          Ruchika Agrawal