| | |
|---|---|
| From: Tim Lindholm. | Sent:7/15/2005 5:17 PM. |
| To: [ - ] Tim Lindholm. | |
| Cc: [ - ] | |
| Bcc: [ - ] | |
| Subject: Android notes. | |

Android at 8 people now, said to have G reqs for 50 more!

They gave up on cameras when the VCs concluded the market was too small to bother with ($40-50M?). Were then moving into their current model when G came along.

Want to do open source golden stack for wireless and similar devices. Built on Linux, supplies environment, runtime, apps. Sort of like SavaJe, but with different business model. Sort of like Virgin, but based on Google brand. Needs to be able to project Google services better than current platforms do. Android previously been client-focused, but now can be more E2E integrated.

All of this is still in flux, discussions prior to acquisition have been veiled. But this apparently was driven or helped by Larry, so it must have significant visibility.

Google's goal in this would be to create more mobile page views, from more compelling content, which will create more ad views. It's making a bigger, tastier pie.

Still worried about hitting low end, squeezing performance. I think this is quite unresolved, needs discussion about device or price targets. Danger's Hiptop aside, it will be costly to go head to head with smart phones in a feature war when also resource constrained.

Still might do some split-VM stuff, but not as aggressively as Danger. Conformance issues around this are more manageable now.

Still tentatively plan to do a lot of Java (unclear if all-Java device).

Agree that G's alignment is with carriers, not OEMs. Have some experience with both from Danger.

Consider OSS to be a key part of their business model, to differentiate them from (what?). Worried about shared part, TCK. They would provide technology to OEMs at behest of carriers, so OEMs or carriers would have final TCK responsibility even if G would need TCK access. License would require passing TCK to go commercial -- sort of JRL/JDL. They are only somewhat aware of new licensing and JCP implications, are still somewhat worried about tainting and such stuff. But are open to a model where Sun is in the loop and ultimately gets its TCK money from someone.

I still worry that the perception by OEMs and carriers of this project at Google is likely to be much scarier than if it were only at Android. Nokia had apparently been nosing around as a way of getting more function onto low-end devices. Apparently they thought Symbian was too big.

I'm going to get in all possible loops around this project.



Δ π EXHIBIT PX526
Deponent LINDHOLM
Date 9-7-11 Rptr. AS
WWW.DEPOBOOK.COM

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-12-00000115

EXHIBIT 1-2