| | |
|---|---|
| From: | Andy Rubin. Sent: 7/26/2005 3:38 PM |
| To: [ - ] | wmc@google.com; nikesh@google.com; sergey@google.com; cdibona@google.com; omid@google.com; Dipchand (("Deep")) Nishar; page@google.com; joan@google.com; lindholm@google.com |
| Cc: [ - ] | Yael Shacham; swetland@google.com; cwhite@google.com |
| Bcc: [ - ] | |
| Subject: | Fwd: GPS Notes (Android) 07.26.05. |

GPS-team,

Thank you for your time this afternoon. Below are the notes from our session.

- andy

Begin forwarded message:

From: Chris White <cwhite@google.com>
Date: July 26, 2005 1:52:31 PM PDT
To: Andy Rubin <arubin@google.com>
Subject: GPS Notes (Android) 07.26.05

Google Product Strategy Meeting
Wireless Handset OS (Android)
Notes - 07.26.05

- sergey: application delivery part of APIs? (Yes, but actual delivery is a negotiation)

- larry: could give away something short-term to carriers (like ringtones), yet keep long term google goals open

- leveraging open source vs. actual open source community project (leveraging is easier for compliance)

- larry: cost is more important to handset manufacturers; carriers want more revenue (e.g. ringtones)

- sergey: is there any IP from danger that google should license? (probably not...they view us as competitive)

- sergey: should we look into acquiring opera for browsing and javascript? (yes)

- larry: wants to understand power dynamic between sun and google regarding building on java in the handset

- brian: concerned about sun preventing distributing java as open source

- tim: doesn't feel that sun is a problem regarding the shared issues

- tim: tim developed the shared part at sun, and frank ellen (the other shared developer) is also working at google

- tim: wants to make sure that we address oem and carriers needs, rather than just push technology (yes)

- larry: wants to make sure we are producing something very usable to draw customers (yes)

- larry: must change business dynamic to produce compelling products for phone users (end goal)

- deep & rubin: action to follow up with sun negotiations regarding open sourcing java

EXHIBIT
Oracle
6
4.5.11

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-14-00001233

**EXHIBIT 1-3**