| | | |
|---|---|---|
| From: | Andy Rubin. | Sent:8/9/2005 4:28 PM. |
| To: [ - ] | Tim Lindholm. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | , | |
| Subject: | Re: Project advisors. | |

Sorry --

The three names I mentioned were for the Java advisors, with you being the charter member ;-)

UI is Scott Jenson
and Browser are the key players of the firefox team.

I agree with you, the scars and specific knowledge you have of the wireless ecosystem is key to helping us do the right thing. The others exist on a different plane, and I don't expect them to be involved day to day.

Thanks again for your help.

- a


On Aug 9, 2005, at 3:25 PM, Tim Lindholm wrote:

> Hi Andy,
>
> Sure, sign me up. I think that this only puts a name on what I've
> already been doing and hope to keep doing.
>
> I don't know Patrik, but between me, Robert and Urs I don't think we
> know much of anything about UI or browsers. Robert knows a lot about
> the guts of a small JVM implementation; Urs maybe not so much -- he
> was involved in the original big HotSpot, but not its transition to
> little things. He's a smart guy and a good emeritus advisor if you
> can get him, of course. I think my main value would be as J2ME
> runtime generalist and interpreter of the engineering/business/legal
> ecosystem. Outside of your own team I don't know of anybody else at
> GOOG that can help much with that.
>
> -- Tim
>
> Andy Rubin wrote:
>
>> Tim,
>> So I'm instituting an idea called Project Advisors for Android.
>> The areas that the team could benefit from are.
>> - Java
>> - UI
>> - Browsers
>> I was wondering if I could add your name to the Java advisor
>> team  You're the first I'm asking. I'll probably also ask
>> Patrik Reali, Robert Griesemer and perhaps Urs Hoelzle.
>> What are your obligations as an advisor? None, especially since
>> you have already been part of our extended team.
>> We'd simply just add your name on the advisor page of our wiki in
>> recognition of your contributions.
>> Let me know if this is okay.
>> - andy
>

Δ π EXHIBIT PX 527
Deponent LINDHOLM
Date 9-7-11  Rptr A.C.
WWW.DEPOBOOK.COM