| | | |
|---|---|---|
| From: | Tim Lindholm. | Sent:12/12/2005 5:56 PM. |
| To: [ - ] | weekly@google.com. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Weekly. | |

Last week:
- Continuing to follow up on SpaceJam CY: pledges, heroes, number scrubbing.
The effort started during Fix-it Week is starting to wind down.
- Got Blimpie/Blimpie++ and Bart transitions cleared up
- Revived move-to-Borg encouragement
- Started looking at VA P3 cleanup to make room for a content-ads cluster
- Announced SpaceJam heroes at TGIF
- Two Sun meetings on Android licensing
- Got a run through the Android technology
- Updated company OKR #7
- Wrote my annual review and one peer review - JavaClientDev meeting

This week:
- Try to move some move-to-Borg roadblocks
- Come up with a best VA P3 cleanup plan
- Plan SpaceJam CY futures
- Keep up to date with Fix-it Week pledges coming in
- Work with Ron Hughes to put JUICE in perspective with AJAX++ proposals and
a client portability strategy
- Do at least three peer reviews

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-12-00018231

EXHIBIT 1-7