| | | |
|---|---|---|
| From: | Bill Coughran. | Sent:2/10/2006 6:30 PM. |
| To: [ - ] | lindholm@google.com. | |
| Cc: [ - ] | arubin@google.com. | |
| Bcc: [ - ] | . | |
| Subject: | Re: Travel for Android requested. | |

OK
------------------------
Sent from my BlackBerry Wireless Device


-----Original Message-----
From: Tim Lindholm <lindholm@google.com>
To: Bill Coughran <wmc@google.com>
CC: Andy Rubin <arubin@google.com>
Sent: Fri Feb 10 18:17:29 2006
Subject: Travel for Android requested

Hi Bill,

As you might vaguely be aware, I have been helping Andy Rubin with some
issues associated with his Android platform. This has mostly taken the
form of helping negotiate with my old team at Sun for a critical license.

Andy had also asked Frank Yellin and I to get involved in the evaluation of
a Java acceleration architecture (silicon and surrounding software) done by
TI. This work has been going on for years. TI is now trying to figure
out whether it has value and, if so, how to bring it to market. They would
really like to team up with Google/Android, and preferably Sun, to go out
in future Google Android handsets. TI has already come in and proposed
their architecture to the Android group. I crashed that meeting, and all
agreed it sounds promising, but Andy doesn't think his team has the right
background to evaluate the work more fully.

This has now led to a request from TI for Frank and I to do a two-day deep
dive into the architecture with TI's engineers. The proposal is to do it
at their place because that's where all their engineers are, and their place
is in France.

The proposed date is the end of the month, and Frank has got an OK from
his management already. Would you be supportive of me doing this? It
would have to be a quick trip given the other things going on.

Thanks,

-- Tim

EXHIBIT
PX312
Rubin

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00018836

EXHIBIT 1-8