| | |
|---|---|
| From: Tim Lindholm | Sent: 11/13/2006 1:14 PM |
| To: [ - ] Matt Frantz | |
| Cc: [ - ] | |
| Bcc: [ - ] | |
| Subject: Re: Fwd: Java is free :-) | |

Yeah. I've learned to bite my tongue on such stuff. Poor beleaguered Microsoft, always the victim. Although it's likely true that if Java had been open at the time, they would have stolen it outright with no recourse from Sun, and thus there would be no distinct C# and .NET. Of course, if they had just done C# and .NET at the time, rather than trying to steal Java, they might well have won. It's just in their nature to try to coopt and corrupt, and they seem to do so in spite of themselves.

Matt Frantz wrote:

Did you see this thread in java-users? Here's a reaction from a (former) competitor of yours.

---------- Forwarded message ----------
From: DeWitt Clinton <dewitt@google.com>
Date: 13-Nov-2006 12:27
Subject: Re: Java is free :-)
To: Nicholaus Shupe <nshupe@google.com>
Cc: Java Users < java-users@google.com>

> I also wonder what Microsoft's reaction to this will be given their previous involvement with Java.

You mean like when Sun sued us (I was at Microsoft working on Visual J++ at the time) and stopped us from shipping a nearly finished product? Who knows how different the world would have been (no C#, no .NET?) if Java had been open all along...

-DeWitt


On 11/13/06, Nicholaus Shupe < nshupe@google.com> wrote:

I can't wait to see if the many eyes effect takes place, and a lot of bug fixes are submitted as a result. I also wonder what Microsoft's reaction to this will be given their previous involvement with Java.


On 11/13/06, Patrick Chanezon <chanezon@google.com> wrote:

http://www.tbray.org/ongoing/When/200x/2006/11/12/OSS-Java
They picked GPL 2 for the license.

P@

--
Patrick Chanezon, Google API Evangelist
http://wordpress.chanezon.com/
http://code.google.com/apis/checkout/



--
Nicholaus Shupe
Software Engineer
Google
1551 S. Rural Road



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-12-00078864

EXHIBIT 1-9

+1 (480) 384-1118

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-12-00078865

**EXHIBIT 1-9**