HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3              SAN FRANCISCO DIVISION

 4

 5   _____

 6   ORACLE AMERICA, INC.,       )

 7              Plaintiff,  )

 8        vs.                    )   No. CV 10-03561

 9   GOOGLE, INC.,               )

10              Defendant.  )

11   _____

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15

16

17      Videotaped Deposition of Jeet Kaul, taken at

18   755 Page Mill Road, Palo Alto, California,

19   commencing at 9:28 a.m., Friday, August 5, 2011,

20   before Ashley Soevyn, CSR 12019.

21

22

23

24

25   PAGES 1 - 243
```

1

Page 98:

```
 1    Q.  -- the Sun IP?
 2    A.  You know, I do not know of direct facts of
 3   whether that stuff was communicated to Google or
 4   not.
 5    Q.  Regardless of what was communicated to
 6   Google, are you aware of any facts that demonstrate
 7   that Google knew it was infringing Sun's Java IP?      11:58:29
 8    A.  You know, my fundamental perception is that
 9   Google was an active participant of JCP.  Many of
10   Google employees were ex-Sun employees.  All of them
11   knew how we did licensing, what the core of it was,
12   how we built the platform, what files were involved.
13   And so I jumped to conclusion that they knew that    11:58:55
14   this is happening, that this is the core business,
15   so that's how I kind of jump to the conclusion, you
16   know.  I knew many of these former Sun employees,
17   so --
18    Q.  Do you know whether any of the former Sun
19   employees that you're referring to, who went to
20   Google, worked on the Android project?
21    A.  At least one.
22    Q.  Who is that?
23    A.  It's Eric Chu.
24    Q.  Do you know what Mr. Chu did on the Android
25   project, once he went to Google?
```

Page 99:

```
 1    A.  I was told that he was responsible for the    11:59:30
 2   open handset lines, formation of.
 3    Q.  Do you know whether Mr. Chu did any work in
 4   developing the Android platform after he went to
 5   Google?
 6    A.  I don't know.  And that's not my
 7   perception, but I don't know.                        11:59:59
 8    Q.  Have you told me every fact that you're
 9   aware of that contributed to your belief that Google
10   knew it was infringing Sun's Java IP?
11        MS. RUTHERFORD:  What he means is facts
12   that you didn't learn from counsel.
13        THE WITNESS:  Oh.
14        MR. PURCELL:  No, if he learned a fact from
15   counsel, he can testify to that.  He can't testify
16   to what counsel told him.
17        THE WITNESS:  So, you know, there are       12:00:30
18   things that I'm kind of not right now jump in my
19   mind.  Maybe, you know, if over time today they come
20   to mind, I can share, but right now --
21   BY MR. PURCELL:
22    Q.  Right now, nothing comes to mind?
23    A.  No, no.  I can spend some time thinking, if
24   you would like me to, but --
25    Q.  Well, it's fine to think throughout the
```

Page 100:

```
 1   rest of the day.  And if anything comes to mind, let
 2   me know, but we can -- we can move on.
 3    A.  Yeah.
 4    Q.  We don't have to just --
 5    A.  Right.
 6    Q.  -- have you, you know, sit on the record       12:00:59
 7   thinking.
 8        Prior to Oracle acquiring Sun, do you know
 9   whether anyone from Sun ever told anyone at Google
10   that Sun believed Google was infringing Sun's
11   intellectual property with Android?
12        MS. RUTHERFORD:  Objection to form.
13        THE WITNESS:  So I categorically do not       12:01:36
14   know that, but I was aware that -- I was made aware
15   that there was some conversation like that that had
16   happened.
17   BY MR. PURCELL:
18    Q.  When you were made aware of some
19   conversation like that that had happened, what
20   conversation were you made aware of?
21    A.  I don't know this for a fact.  So I just      12:02:01
22   want to make sure you know that.  I -- I don't
23   remember who mentioned it to me, but I was told that
24   there are people who had some conversation raised to
25   people at Google.
```

Page 101:

```
 1    Q.  Do you recall roughly what timeframe this
 2   conversation between Sun and Google took place?
 3    A.  I don't remember right now, I'm sorry.
 4    Q.  And you don't know who the participants      12:02:30
 5   were for Sun or for Google in this conversation?
 6    A.  Absolutely, I, unfortunately, do not
 7   know.
 8    Q.  During this conversation -- strike that.
 9        Is this one conversation that you were
10   informed about the only conversation you're aware of
11   that took place between Sun and Google, prior to the
12   Oracle acquisition, regarding whether Android was
13   infringing Sun intellectual property?                 12:02:58
14    A.  This was the only conversation that I'm
15   aware of, you know, other than, you know, the one
16   meeting that I had personally, yes.
17    Q.  Well, let's hold off on the one meeting.
18   We'll get back to that.
19        During this conversation that you were
20   informed of, do you know whether anyone from Sun
21   identified any specific patents to Google that they
22   claim were being infringed by Android?                12:03:23
23    A.  Okay.  It's, again, kind of hard.  No, I
24   don't know if they list it, but, you know, my
25   perception was that they probably, you know, talked
```