| | | |
|---|---|---|
| From: | Brian Swetland. | Sent:8/16/2006 4:40 AM. |
| To: [ - ] | fadden@google.com; ficus@google.com; cjd@google.com. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | feedback welcome. | |

The following is a document I'm calling DESIGN_MANIFESTO at the moment.
Does this stuff make sense? Am I smoking the crack?

Brian

- architecture: priority one is the device
- we are shipping the device, not the simulator
- if the device is not fast and stable we FAIL
- the emulator is the answer for desktop work
- yes, it is slow: we must make it faster
(the end users will never judge us by how fast the simulator was)
- performance is a problem NOW not LATER
- fadden's exception: allow it to build on linux-x86 for valgrinding
(brian's note: it need not be pretty here)

- abandon single process support
- we are shipping multiprocess, not single process
- extra code to allow us to operate in two modes MUST GO
- hard to debug? we must write better tools
- again we must build and debug what we will ship

- platform: priority one is user experience
- if we do not ship a compelling experience
(dialer, pim, maps, whatever) we FAIL
- the platform must serve the apps & experience
- writing great apps must be simple
- "it is complicated because it is powerful" is a lousy answer
to "why is it so hard to do X"

- build on top of standard linux kernel services
- avoids making the kernel bigger
(can't remove core services: let's use em!)
- relies on well tested existing services
- in particular:
- unix domain sockets (dgram and stream)
- make use of the private linux-domain namespace
- shm passing using fd-over-socket
- rights checking using privs-over-socket

- avoid userland unix-ism
- we are an embedded system, not unix-on-a-phone
- do not keep state in a billion textfiles
- do not rely on the shell for anything besides debugging

- write it once
- never use two APIs or systems where one will do
- avoid excessive layering: in the long run, this overhead kills
- only one object model
- use the java object model
- do not build elaborate c++ object models

- minimal native code
- write as much as possible in java
- we are building a java based system: that decision is final

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-04-00055098

**EXHIBIT 2-3**