Attorneys' Eyes Only

```
 1          UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   ------------------------
 6   ORACLE AMERICA, INC.,   )
 7        Plaintiff,         )
 8   vs.                     ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,           )
10        Defendant.         )
11   ------------------------
12
13            ATTORNEYS' EYES ONLY
14
15      Videotaped Deposition of EREZ LANDAU,
16      taken at 42 Chauncy Street, Boston,
17      Massachusetts, commencing at 9:50 a.m.,
18      Wednesday, September 14, 2011, before
19      Jill Shepherd, RPR, MA-CSR No. 148608,
20      NH-CSR No. 128, CA-CSR No. 13275, CLR,
21      Notary Public.
22
23
24
25   PAGES 1 - 113
```

Page 1

**EXHIBIT 2-10**

Attorneys' Eyes Only

| | |
|---|---|
| 1  tape two. We are back on the record.<br>2  Q. To continue where we left off before the<br>3     break, let's take a look at paragraph 27 on<br>4     page six. You indicate that you modified<br>5     two files for your testing. One is<br>6     RuntimeInit.java and the second one is<br>7     AndroidRuntime.cpp; is that right?<br>8  A. Yes.<br>9  Q. Is RuntimeInit that Java part of the accused<br>10    functionality?<br>11       MR. PETERS: Objection. Form.<br>12 A. I want to open now, which is the accused<br>13    functionality basically is the fork,<br>14    disabling the fork -- disabling the usage of<br>15    fork as a standalone operation and move it<br>16    into fork/exec combination. When you're<br>17    using a new process in fork/exec folk, you<br>18    get disabling of the copy-on-write<br>19    functionality. So just looking right now<br>20    which one of the files was that.<br>21       One file contains -- both of them I<br>22    use. One file is calling the other<br>23    function, which is the defining the first<br>24    one.<br>25       Let me describe it for you. On<br>Page 46 | 1     one place, and it was sufficient.<br>2  Q. Do you know which files are part of the<br>3     accused functionality?<br>4        MR. PETERS: Objection. Form.<br>5  A. I did not study it.<br>6  Q. Do you know if RuntimeInit.java is part of<br>7     the accused functionality?<br>8        MR. PETERS: Objection. Form.<br>9  A. As I was saying, I did not study it. My<br>10    task was only to disable it.<br>11 Q. You modified RuntimeInit.java, correct?<br>12 A. Yes.<br>13 Q. Do you know if that file was part of the<br>14    accused functionality before you modified<br>15    it?<br>16       MR. PETERS: Objection. Form.<br>17 A. You asked me this question -- this is the<br>18    third time you ask me. I say I don't know.<br>19 Q. Okay.<br>20       Did your modifications disable the<br>21    whole preloader?<br>22       MR. PETERS: Objection. Form.<br>23 A. What do you mean by "preloader"? In which<br>24    context?<br>25 Q. When the zygote starts up, it preloads a<br>Page 48 |
| 1     page one of Appendix A, we added a new JNI<br>2     function, which is in the RuntimeInit_exec,<br>3     which do the exec operation. The exec<br>4     operation disable the fork as a standalone,<br>5     and, by this, disable copy-on-write. So<br>6     together they are doing this operation. The<br>7     actual disabling is inside B and A is<br>8     calling B.<br>9  Q. A is RuntimeInit.java?<br>10 A. Yes.<br>11 Q. And B is AndroidRuntime.cpp?<br>12 A. Yes. No, B is AndroidRuntime.cpp. This<br>13    is A and this is B [indicating].<br>14 Q. I'm sorry. Right.<br>15       Are any other files part of the<br>16    accused functionality?<br>17       MR. PETERS: Objection. Form.<br>18 A. Can you -- are there any other files what?<br>19 Q. That are part of the accused functionality<br>20    in Android.<br>21       MR. PETERS: Objection. Form.<br>22 A. I was not looking for the accused<br>23    functionality. I was looking how to disable<br>24    it. It's the actual functionality is<br>25    composed many places, but I disable only in<br>Page 47 | 1     number of frameworks into memory; is that<br>2     correct?<br>3        MR. PETERS: Objection. Form.<br>4  A. You also do that. This is not the only<br>5     thing it does.<br>6  Q. It is one of the functions that it performs;<br>7     is that correct?<br>8        MR. PETERS: Objection. Form.<br>9  A. Correct.<br>10 Q. And those frameworks that are loaded can be<br>11    cloned using copy-on-write in Android; is<br>12    that your understanding?<br>13       MR. PETERS: Objection. Form.<br>14 A. Your description of the situation is not<br>15    precise.<br>16 Q. Let me start over then.<br>17       Does Android have a preloader?<br>18       MR. PETERS: Objection. Form.<br>19 A. Preloader is used in several places in<br>20    different contexts. This is why I ask you<br>21    what context you are referring.<br>22 Q. Do Java virtual machines have a class<br>23    preloader?<br>24       MR. PETERS: Objection. Form.<br>25 A. Again, same answer. Preloader is not a<br>Page 49 |

13 (Pages 46 - 49)

Attorneys' Eyes Only

```
 1   come to Israel.
 2        MR. PETERS:  I have a few follow-up
 3   questions, Mr. Landau.
 4             * * * * *
 5        EXAMINATION BY MR. PETERS
 6  Q. If you look at Exhibit 496, which is a
 7     document entitled "MtaskClassLoading."
 8  A. The list of class loading?  Yes.  Found it.
 9  Q. This is your program that will load in the
10     classes that are named here in the static
11     stream classes list on the first page?
12  A. Yes.
13  Q. If I could ask you to turn to page 21,
14     please.
15  A. Yes.
16  Q. And here at the bottom of page 21, there's a
17     series of classes that are in the package
18     space
19     org.apatchi.harmony.xnet.provider.jsse.
20        Do you see those?
21  A. Yes.
22  Q. So when your test program loads, it will
23     load those classes; is that correct?
24  A. It can only load them.  It cannot execute
25     them.
                                         Page 106
```

```
 1  Q. But what will it do with any sort of static
 2     initialization methods that may be present
 3     when it initializes the classes, when the
 4     classes are loaded?
 5  A. In the 4.8, I don't think it's been done.
 6     I'm not sure about this.  Anyway, this is
 7     not a message you get over there -- from the
 8     log.  The message in the log is not due to
 9     that.
10  Q. So there's -- so in your view, there's no
11     relationship between the loading of the
12     classes and the log message in Exhibit 499?
13  A. It could be.  I would say it's not.  It
14     could be.
15  Q. Okay.
16        If I could ask you to turn to page two
17     of Exhibit 496, MtaskClassLoading.java.
18  A. Which one?  The same one?
19  Q. Yes.  Page two.
20        So here do you see a series of classes
21     all beginning the name "android.bluetooth"?
22  A. Yes.
23  Q. And the last one on that list is
24     "android.bluetooth.ScoSocket"?
25  A. Yes.
                                         Page 107
```

```
 1  Q. Is there any relationship between your test
 2     program loading that class and the
 3     bluetooth.ScoSocket entries -- in the log
 4     entry of Exhibit 499?
 5  A. In the Bluetooth case it's likely that you
 6     are right, but we have to verify this in the
 7     code.
 8  Q. So it could be not accidental that these log
 9     entries relating to bluetooth.ScoSocket
10     appear in the log because of the loading of
11     the class ScoSocket?
12  A. It could be.  We have to check it.
13  Q. Speaking more generally about the tests that
14     you and your team ran, would you say that
15     the tests that are described in your report
16     and you've testified about today, are they
17     representative of the kind of performance
18     testing that you and your team members do in
19     your everyday work?
20  A. Yes.  This is a typical scenario of work
21     that we are doing.
22  Q. Okay.
23        And when you do your work, do you
24     normally rely on your colleagues like Seeon
25     to help you do your work?
                                         Page 108
```

```
 1  A. I assist a lot of and -- I am being assisted
 2     a lot with hands-on work with other of
 3     the -- I'm supervising quite multiple
 4     projects.
 5  Q. Is there anything about the projects that
 6     you did in your analysis of Android that you
 7     would say is not typical of the kinds of
 8     testing you do in the Java environment?
 9  A. No.  We use normal methods that -- normal
10     procedure.
11  Q. Okay.
12        MR. PETERS:  Thank you, Mr. Landau.
13        THE VIDEOGRAPHER:  The time is
14     1:34 p.m.  This is the end of tape three,
15     and the deposition is concluded, and we are
16     off the record.
17        (Whereby the proceedings were
18        concluded at 1:34 p.m.)
19
20
21
22
23
24
25
                                         Page 109
```

28 (Pages 106 - 109)

**EXHIBIT 2-10**