Highly Confidential - Attorneys' Eyes Only

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   ------------------------
 6   ORACLE AMERICA, INC.,    )
 7        Plaintiff,          )
 8   vs.                      ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,            ) VOLUME I
10        Defendant.          )
11   ------------------------
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      Videotaped Deposition of ROBERT VANDETTE,
16      taken at 42 Chauncy Street, Boston,
17      Massachusetts, commencing at 10:02 a.m.,
18      Wednesday, September 7, 2011, before
19      Jill Shepherd, RPR, MA-CSR No. 148608,
20      NH-CSR No. 128, CA-CSR No. 13275, CLR,
21      and Notary Public.
22
23
24
25   PAGES 1 - 124
```

Page 1

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 2-11**

Highly Confidential - Attorneys' Eyes Only

| | |
|---|---|
| 1  preserve the objection. I don't believe<br>2  this was produced to Oracle, but perhaps you<br>3  can confirm that after this deposition and<br>4  we can take it off line.<br>5 Q. Are you familiar -- have you seen this<br>6  presentation before?<br>7 A. (Witness reviewing document).<br>8       MS. AGRAWAL: Objection. Form.<br>9       MR. FRANCIS: I would note that<br>10  this presentation is cited in Oracle's claim<br>11  charts.<br>12       MS. AGRAWAL: The video?<br>13       MR. FRANCIS: So you should be<br>14  familiar with it.<br>15       MS. AGRAWAL: The video or the<br>16  actual presentations?<br>17       MR. FRANCIS: Both, I believe.<br>18       MS. AGRAWAL: All right. Let's<br>19  take it off line.<br>20 A. (Witness reviewing document).<br>21       I may have seen a presentation similar<br>22  to this. I can't confirm that this is the<br>23  exact content that I have seen or whether I<br>24  read through the entire presentation.<br>25 Q. Okay. Just for a second, jump to slide 11,<br>Page 42 | 1 Q. All I asked if you see this third line, and<br>2  if you understand what it seems to be<br>3  saying. I'm not asking if you agree with<br>4  it.<br>5 A. I do not agree with --<br>6       MS. AGRAWAL: You've got to let me<br>7  object. The court reporter has to be able<br>8  to take it down. Sorry.<br>9       Objection. Form.<br>10 A. I do see it and I do not agree with it.<br>11 Q. Have you run any tests to determine what<br>12  percentage of the time the CPU spends<br>13  executing byte codes as opposed to natively<br>14  compiled code?<br>15       MS. AGRAWAL: Objection. Form.<br>16 A. I have performance analysis in the past on<br>17  our own virtual machines, and it very much<br>18  depends on the byte codes and the program<br>19  that you are running whether it spends<br>20  little or a lot of time in the JIT -- or in<br>21  executing byte codes, I'm sorry.<br>22 Q. Maybe we can clarify just a little bit.<br>23       Your performance report is measuring<br>24  the performance of the Dalvik Virtual<br>25  Machine, but not Android operating system<br>Page 44 |
| 1  there's a diagram that's labeled "Dalvik<br>2  Trace JIT Flow"?<br>3 A. Okay.<br>4 Q. Have you seen this before?<br>5 A. No, I have not.<br>6 Q. Now looking at slide five, the third point<br>7  that's listed here, it says, "Typically,<br>8  less than a third of time spent in the<br>9  interpreter."<br>10       Do you see that?<br>11 A. This is very subjective.<br>12       Doing what?<br>13 Q. Do you understand generally what it means?<br>14  I'm not asking if you agree, but do you<br>15  understand what it's saying here?<br>16 A. I would just like to come to your point --<br>17       MS. AGRAWAL: Objection. Form.<br>18 A. -- with the data on this slide that shows<br>19  that running the checkers, that you're<br>20  running 93 percent of the time in JIT code<br>21  cache. So you are using almost 100 percent<br>22  of the CPU when you are running checkers, so<br>23  how do you conclude, then, that one-third of<br>24  the time you are, on average, in<br>25  interpreter?<br>Page 43 | 1  overall --<br>2       MS. AGRAWAL: Objection. Form.<br>3 Q. -- is that correct?<br>4       MS. AGRAWAL: Objection. Form.<br>5 A. It's difficult to answer that question<br>6  because the Dalvick Virtual Machine is part<br>7  of the Android operating system, so which<br>8  part are you --<br>9 Q. Is it part of the prior Android operating<br>10  system?<br>11       MS. AGRAWAL: Objection. Form.<br>12 A. My report states that I disabled much of the<br>13  Android platform so the CPU was available<br>14  for executing these benchmarks, so...<br>15 Q. In a normal environment, is much of the<br>16  Android platform disabled?<br>17       MS. AGRAWAL: Objection. Form.<br>18 A. In the normal Android platform, there is<br>19  many Dalvick Virtual Machines running, which<br>20  could have interfered with my results.<br>21 Q. In a normal environment, is there anything<br>22  other than a Dalvik Virtual Machine running<br>23  on the Android operating system?<br>24       MS. AGRAWAL: Objection. Form.<br>25 A. It's running on top of the Linux kernel, but<br>Page 45 |

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 2-11**

Page 82

```
 1  Q. I'm not asking you for a specific number.
 2     Give me a general ballpark figure.
 3        MS. AGRAWAL: Objection. Form.
 4  A. You are asking me to describe changes or
 5     incremental performance improvements in
 6     groups that I really wasn't involved in.
 7  Q. Turning to page eight, paragraph 28 of your
 8     report, you discuss the modifications that
 9     you made to conduct your experiments; is
10     that correct?
11  A. Yes.
12  Q. And you created these modifications based on
13     what you were told by Professor Mitchell and
14     Peter Kessler; is that correct?
15        MS. AGRAWAL: Objection. Form.
16  A. Yes. We discussed the functionality, and
17     Peter I both looked through the sources to
18     try to find out how to properly disable this
19     functionality, and we came to a consensus.
20  Q. It appears that you attempted two out of
21     three possible scenarios here?
22  A. That's correct.
23        MS. AGRAWAL: Sorry, objection.
24     Form.
25  Q. The first scenario in paragraph 28 is
```

Page 83

```
 1     building side tables, but not quickening
 2     instructions, and the second scenario is not
 3     building side tables or quickening
 4     instructions; is that correct?
 5  A. That's correct.
 6  Q. Is there a third possibility of not building
 7     side tables, but building quickening
 8     instructions?
 9        MS. AGRAWAL: Objection. Form.
10  A. The quickening was dependent upon the side
11     table for its implementation in order to
12     avoid, you know, any possible error in the
13     results. We did not want to substantially
14     modify Dalvik in order to try to attempt
15     that. We wanted to restrict our changes to
16     just simple commenting out of code that
17     would provide the before and after.
18  Q. So if it got too complicated, you did not
19     attempt it?
20        MS. AGRAWAL: Objection. Form.
21  A. It's not an issue of complication. It's an
22     issue of possibly altering the Dalvik to
23     the point where I wouldn't be measuring what
24     I wanted to measure.
25  Q. It would be --
```

Page 84

```
 1  A. It would impact the results potentially,
 2     since I'd be adding additional functionality
 3     to Dalvik that it doesn't currently have.
 4  Q. It would, however, be technically possible
 5     for someone to do so?
 6        MS. AGRAWAL: Objection. Form.
 7  A. Let's see. It may be technically possible
 8     to build a system that does quickening
 9     without side tables, but it would involve
10     adding additional overhead that Dalvik
11     doesn't currently have.
12  Q. In paragraph 36, you state that you did not
13     try running the trace compiler; is that
14     correct?
15  A. Oh, paragraph -- sorry. That is correct,
16     for the same reason that we didn't do the
17     quickening alone.
18  Q. What is the trace compiler?
19        MS. AGRAWAL: Objection. Form.
20  A. That is Dalvik's implementation of a JIT.
21  Q. Are you saying that for your performance
22     benchmark regarding the '104 patent you had
23     to disable the JIT?
24        MS. AGRAWAL: Form.
25  A. That's correct.
```

Page 85

```
 1  Q. Do you understand that the JIT is not part
 2     of the accused functionality of the '104
 3     patent?
 4        MS. AGRAWAL: Objection. Form.
 5  A. I'm not certain that it isn't somehow
 6     involved in some of the claims, but we
 7     focused on turning off the functionality in
 8     a mode that was possible.
 9  Q. If, in fact, JIT is not part of the accused
10     functionality, then wouldn't disabling it
11     affect the performance of this benchmark?
12        MS. AGRAWAL: Objection. Form.
13  A. I do believe that the numbers would be
14     slightly different; however, the overhead of
15     having to re-resolve all of the classes,
16     fields, and methods is a fixed overhead that
17     the JIT could not compensate for. So I
18     believe the performance reduction or
19     degradation would still be substantial.
20  Q. Despite fixed overhead, you are referring to
21     other aspects of the benchmarking programs
22     might execute faster if the JIT was enabled;
23     is that correct?
24        MS. AGRAWAL: Objection. Form.
25  A. They would be severely diminished by the
```

22 (Pages 82 - 85)

Page 98:

```
 1    JIT compiler?
 2         MS. AGRAWAL: Objection. Form,
 3    beyond the scope.
 4  A. I understand that HotSpot method-based JIT
 5    compiler and Android is a trace-based JIT
 6    compiler.
 7  Q. If Android was using a method-based JIT
 8    compiler, is it your belief that it would
 9    infringe the patent?
10         MS. AGRAWAL: Objection. Form,
11    beyond the scope.
12  A. You'd have to show me and my team the
13    implementation in order to determine that.
14  Q. Does HotSpot practice -- strike that.
15       Does the HotSpot Just-In-Time compiler
16    practice the '205 patent?
17         MS. AGRAWAL: Objection. Form,
18    beyond the scope.
19  A. It's my understanding that this patent was
20    issued around the time of early Java, but we
21    had alternative -- we had a -- you know, a
22    pre-computer HotSpot compiler, so it's hard
23    to say. My guess, I would believe it would.
24  Q. The current HotSpot Just-In-Time compiler
25    practices the '205 patent?
```

Page 99:

```
 1         MS. AGRAWAL: Objection. Form,
 2    beyond the scope, and calls for a legal
 3    conclusion.
 4  A. From my understanding, I believe it does.
 5  Q. Did you try comparing the performance of a
 6    current HotSpot Just-In-Time compiler with
 7    one that existed before the '205 patent?
 8         MS. AGRAWAL: Objection. Form,
 9    beyond the scope.
10  A. From my report, I measured the current
11    HotSpot implementation.
12  Q. Looking at page 18 of your report, the chart
13    here is entitled "Android CaffeineMark JIT
14    Improvement Results."
15       Does this reflect the difference
16    between running Android with and without a
17    JIT?
18         MS. AGRAWAL: Objection. Form.
19       I also just note for the record that
20    we produced this to Google in color, and so
21    this isn't the original that was -- the
22    report wasn't what was given to Google; but
23    you can answer the question.
24  A. The command that I used to execute is in the
25    report. It's on paragraph 49. I used
```

Page 100:

```
 1    -Xint:fast mode and the -Xint:jit mode for
 2    the interpreter versus the JIT-enabled
 3    results.
 4  Q. Paragraph 49, you say, "These tests show the
 5    performance difference that JIT provides
 6    above and beyond interpreter only"; is that
 7    correct?
 8  A. Yes.
 9  Q. Is the accused functionality the entire JIT
10    or only a specific portion within the JIT?
11         MS. AGRAWAL: Objection. Form.
12  A. As I understand it, it's the technique used
13    to store the results of the JIT and such.
14    If you are unable to store the results of
15    the trace JIT, you wouldn't have a JIT;
16    therefore, disabling the JIT is comparable
17    to disabling the patent.
18  Q. Are there other ways to store the results of
19    the JIT?
20         MS. AGRAWAL: Objection. Form,
21    beyond the scope.
22  A. I don't know. You are asking: Are there
23    other ways to store the results that are not
24    infringing? Is that what you are asking me?
25  Q. I'm asking you: Is the only way to
```

Page 101:

```
 1    implement a JIT is by using the '205 patent?
 2         MS. AGRAWAL: Objection. Form,
 3    beyond the scope.
 4  A. I don't know.
 5  Q. If there was a way to implement a JIT
 6    without practicing the '205 patent, would it
 7    make sense to benchmark the performance
 8    between that JIT and the current Android JIT
 9    that Oracle alleges infringes the '205
10    patent?
11         MS. AGRAWAL: Objection. Form,
12    beyond the scope.
13  A. You are asking me to speculate on something
14    which I have already stated that I don't
15    know how you would do. So, again, the
16    answer is, I don't know.
17  Q. In paragraph 53, you say, "Before starting
18    each benchmark run, the script cleans out
19    the dalvik-cache."
20       Do you see that?
21  A. Yes.
22  Q. What is in the dalvik-cache?
23         MS. AGRAWAL: Objection. Form.
24  A. The dalvik-cache contains an optimized
25    version of the dex file, and if you run --
```