Highly Confidential - Attorneys' Eyes Only

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5    -------------------------
 6    ORACLE AMERICA, INC.,     )
 7         Plaintiff,           )
 8    vs.                       ) No. CV 10-03561 WHA
 9    GOOGLE, INC.,             ) VOLUME I
10         Defendant.           )
11    -------------------------
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15         Videotaped Deposition of NOEL POORE,
16         taken at 42 Chauncy Street, Boston,
17         Massachusetts, commencing at 2:05 p.m.,
18         Wednesday, September 7, 2011, before
19         Jill Shepherd, RPR, MA-CSR No. 148608,
20         NH-CSR No. 128, CA-CSR No. 13275, CLR,
21         and Notary Public.
22
23
24
25    PAGES 1 - 95

                                          Page 1
```

**EXHIBIT 2-12**

Highly Confidential - Attorneys' Eyes Only

```
 1          discussed my report with Mr. Vandette.           14:36:07
 2     Q.   Did you discuss your report with Erez            14:36:11
 3          Landau?                                          14:36:17
 4                MS. AGRAWAL:  Objection.  Form.            14:36:18
 5     A.   No.                                              14:36:19
 6     Q.   Did you discuss your report with Seeon           14:36:19
 7          Birger?                                          14:36:22
 8                MS. AGRAWAL:  Objection.  Form.            14:36:22
 9     A.   No.                                              14:36:23
10     Q.   Anyone else you discussed your report with       14:36:24
11          other than Professor Mitchell and                14:36:30
12          Mr. Kessler?                                     14:36:32
13                MS. AGRAWAL:  Objection.  Form.            14:36:33
14     A.   I don't recall discussing it with anyone         14:36:33
15          else, no.                                        14:36:39
16     Q.   Did you discuss it with some attorneys; is       14:36:39
17          that correct?                                    14:36:43
18                MS. AGRAWAL:  And I caution -- I           14:36:43
19          instruct the witness -- caution the witness      14:36:44
20          not to reveal attorney-client privileged         14:36:46
21          communications; but to the extent you can        14:36:48
22          answer the question with a yes or no, you        14:36:50
23          can answer.                                      14:36:52
24     A.   Yes, I have.  I have discussed the report        14:36:53
25          with attorneys, yes.                             14:36:56
```

Page 24

**EXHIBIT 2-12**