| | |
|---|---|
| From: Ben Cheng | Sent:2/26/2010 11:12 AM |
| To: [ - ] Brian Swetland | |
| Cc: [ - ] Chih-Chung Chang; Mike Chan; Jason Parks; Iliyan Malchev; Android Kernel | |
| Bcc: [ - ] | |
| Subject: Re: [android-kernel] Re: major fault latency | |

I'm working on a micro benchmark to shmoo the memory footprint vs page fault lat

On Fri, Feb 26, 2010 at 11:10 AM, Brian Swetland <swetland@google.com> wrote:

Is our only metric on the new kernel being "slower" this benchmark to randomly read pages from a mmap'd file?

On Fri, Feb 26, 2010 at 10:49 AM, Chih-Chung Chang <chihchung@google.com> wrote:

Yes, that's the result of the specific benchmark.

On Fri, Feb 26, 2010 at 10:48 AM, Mike Chan <mikechan@google.com> wrote:
> Are you saying that donut kernel was faster than froyo even on
> performance governor?
>
> 528 is right, I gave it a little bump for froyo
>
>
> On Thursday, February 25, 2010, Chih-Chung Chang <chihchung@google.com> wrote:
>> After the command I checked
>> /sys/devices/system/cpu/cpu0/cpufreq/scaling_cur_freq
>> donut is 384MHz, and froyo is 528MHz. Is that right?
>>
>> On Thu, Feb 25, 2010 at 3:57 PM, Chih-Chung Chang <chihchung@google.com> wrote:
>>> Before the test I did a
>>> adb shell 'echo performance >
>>> /sys/devices/system/cpu/cpu0/cpufreq/scaling_governor'
>>> Is this good enough?
>>>
>>> On Thu, Feb 25, 2010 at 3:55 PM, Mike Chan <mikechan@google.com> wrote:
>>>> I will look some cpufreq
>>>> - Mike
>>>>
>>>>
>>>> On Thu, Feb 25, 2010 at 3:33 PM, Chih-Chung Chang <chihchung@google.com>
>>>> wrote:
>>>>>
>>>>> I just used fastboot to boot the donut kernel with a froyo build, and
>>>>> the numbers lowered!
>>>>>
>>>>> Another thing I don't understand is I tried to use read() instead of
>>>>> mmap(), and it's much faster (they are similar on my desktop).
>>>>>
>>>>> On Thu, Feb 25, 2010 at 3:21 PM, Ben Cheng <bccheng@google.com> wrote:
>>>>> > I think another thing Chih-Chung observed was it takes longer to serve a
>>>>> > page fault on Froyo (kernel) than Donut.
>>>>> >
>>>>> > -Ben
>>>>> >
>>>>> > On Thu, Feb 25, 2010 at 3:15 PM, Brian Swetland <swetland@google.com>
>>>>> > wrote:
>>>>> >>

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-06-00238120

EXHIBIT 2-15

```
>>>>> >> As Chih-Chung points out, if we have less memory (because everything's
>>>>> >> bigger) we're going to take more pagefaults.
>>>>> >>
>>>>> >>
>>>>> >> On Thu, Feb 25, 2010 at 2:59 PM, Jason Parks <jparks@google.com> wrote:
>>>>> >>>
>>>>> >>> We do have a new kernel. Iliyan, can you look into why this has gotten
>>>>> >>> slower in Froyo?
>>>>> >>> On Thu, Feb 25, 2010 at 2:43 PM, Chih-Chung Chang
>>>>> >>> <chihchung@google.com>
>>>>> >>> wrote:
>>>>> >>>>
>>>>> >>>> Hi,
>>>>> >>>>
>>>>> >>>> Ben mentioned that maybe the slowness of froyo/sapphire is due to not
>>>>> >>>> enough memory.
>>>>> >>>> I checked /proc/pid/stat after a program starts and indeed on froyo
>>>>> >>>> we
>>>>> >>>> have more major faults. So that's at least part of the reason why
>>>>> >>>> it's
>>>>> >>>> slower.
>>>>> >>>>
>>>>> >>>> I wanted to know what's the cost of a major fault, so I did a program
>>>>> >>>> to mmap a file and randomly pick 20 addresses and see how long does
>>>>> >>>> it
>>>>> >>>> take to read from those addresses. The results are below:
>>>>> >>>>
>>>>> >>>> ==================
>>>>> >>>> opal-userdebug 1.6 DMD64 21415 test-keys
>>>>> >>>>
>>>>> >>>> /system/app/LatinIME.apk
>>>>> >>>> 23957 24627 23865 24414 24506 61 20661 61 61 20446 13886 16022 19104
>>>>> >>>> 30 15320 6653 0 5158 8056 61
>>>>> >>>> delta minflt = 19, delta majflt = 14
>>>>> >>>> average of values >= 500: 17619
>>>>> >>>>
>>>>> >>>> /data/dalvik-cache/system@framework@core.jar@classes.dex
>>>>> >>>> 92 13550 61 22338 11811 61 4548 8911 61 3784 61 30 31 5218 14679 4639
>>>>> >>>> 13641 61 61 61
>>>>> >>>> delta minflt = 24, delta majflt = 10
>>>>> >>>> average of values >= 500: 10311
>>>>> >>>>
>>>>> >>>> /system/framework/framework-res.apk
>>>>> >>>> 16662 23926 23529 31 16144 22491 20538 61 31 18005 61 61 61 61 8911
>>>>> >>>> 61
>>>>> >>>> 30 31 0 61
>>>>> >>>> delta minflt = 25, delta majflt = 8
>>>>> >>>> average of values
>
> --
> - Mike
>
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-06-00238121

EXHIBIT 2-15