| | | |
|---|---|---|
| From: | Andy McFadden. | Sent:11/23/2010 1:14 PM. |
| To: [ - ] | jessewilson@google.com. | |
| Cc: [ - ] | Dalvikings; Kirill Grouchnikov. | |
| Bcc: [ - ] | . | |
| Subject: | Re: [dalvik] dalvikvm vs. Java SE embedded. | |

On Tue, Nov 23, 2010 at 12:26 PM, Jesse Wilson <jessewilson@google.com> wrote:
> Oracle is claiming their VM has 2-3x dalvikvm performance on the same
> hardware. From Oracle's Java SE embedded blog,

We consistently beat them on CaffeineMark's Strings test.

I think that's the one we cheated on. :-)

- Andy

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-04-00083077

**EXHIBIT 2-16**