| | |
|---|---|
| **From:** | Vineet Gupta - OEM Software Sales CTO/Worldwide SE Director <vineet.gupta@sun.com> |
| **Sent:** | Wed Feb 08 2006 12:17:53 PST |
| **To:** | Andy Rubin <arubin@google.com> |
| **CC:** | |
| **Subject:** | Sun Confidential: Sun financial proposal |
| **Attachments:** | |
| | |
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

Andy,

As discussed, I understand that this will probably be the hardest part - but we will need to work it out between us. To ensure success of the joint project, to cover the loss of revenue - one that we really cannot afford in the current economic condition, to fund the resources required to change the business where we are today to something unknown and untested - requires us to be pragmatic and ensure that all bases are covered for all of us to be successful.

The deal on the table as it stands currently is:

*For the 2 financial parts:*

*A) $20 Million per year for 3 year*

*B) Additionally for Revenue share:*

*10% of revenue generated by Google on handsets running **"Open Source Java Linux Mobile Platform" or derivatives with a cap of $25 Million a year* (when and if google monetizes - then this becomes effective. We added the cap as per Rich's request).

We should chat about this seperately as well.

Thanks,
=-Vineet

--
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
Vineet Gupta
WorldWide Sr. Director
Chief Strategy/Technology officer
OEM Software Systems Engineering
SUN Microsystems
Vineet.Gupta@Sun.Com
(408)404-8950
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

Exhibit 3-3

CONFIDENTIAL                                                                                                    OAGOOGLE0000357494