| | | |
|---|---|---|
| From: | Vineet Gupta - OEM Software Sales CTO/Worldwide SE Director. | Sent:4/10/2006 11:13 AM. |
| To: [ - ] | Andy Rubin. | |
| Cc: [ - ] | Vineet Gupta - OEM Software Sales CTO/Worldwide SE Director. | |
| Bcc: [ - ] | . | |
| Subject: | CONFIDENTIAL: Current Proposal on Table.. | |

Andy,

Thanks for the time this morning, we really need to find a way to draw a box around the new term requested by Google that enables Google to be free to work with manufacturers direct and Sun wanting at least a 6 month window after the stack has been opensourced - where Google does not indicate their strategy to OEMs.

Looking forward to have a formal proposal back from you on some of the topics we discussed this morning.

Current Deal on the table - this was based on all the clauses in the preso - i.e. Sun would have a way to monetize to cover for the overall business risk that the opensource will cause (not all of it would be covered by Google), Sun would work with the maufacturers for providing the commercial bits, Google would push the maufacturers to Sun for implementations, etc

A) $20 Million per year for 3 year

B) Additionally for Revenue share:

10% of revenue generated by Google on handsets running "Open Source Java Linux Mobile Platform" or derivatives with a cap of $25 Million a year (when and if google monetizes - then this becomes effective. We added the cap as per Rich's request).

Please feel free to call me if you need to discuss further.
-Vineet


-- SUN / GOOGLE -- CONFIDENTIAL MATERIALS ENCLOSED -- NEED TO KNOW --

--
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
Vineet Gupta
WorldWide Sr. Director
Chief Strategy/Technology officer
OEM Software Systems Engineering
SUN Microsystems
Vineet.Gupta@Sun.Com
(408)404-8950
$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$