NOT USED