| | | |
|---|---|---|
| From: | Karen Tsay. | Sent:4/21/2006 4:25 PM. |
| To: [ - ] | deal_review@google.com; emg@google.com; EMGEA@google.com; ostaff@google.com; Anne Montez; Brad Chin; Diane Noonan; Ginger Franke; Jim Marocco; Joan Braddi; Julio Pekarovic; Mark Fuchs; Nicole Wong; Susan Wojcicki. | |
| Cc: [ - ] | Jeff Shardell; David Graham; Andy Rubin; Vinay Bhargava; Daniel I. Alegre; Sanjay Kapoor. | |
| Bcc: [ - ] | . | |
| Subject: | EMG Deal Review - April 24, 2005. | |

We have the following agenda for next week's EMG deal review:

- Sun / Android (Andy Rubin)
- HP SMB (Vinay Bhargava)
- Intel OEM Program (Vinay Bhargava)
- Amazon (David Graham)
- China Mobile (Daniel Alegre) - tentative

Attached please find the presentation slides sans Amazon and China Mobile.

The meeting will be at 11am PST in Marrakesh building 43.

Dial in details:
conference number: 888-834-2663
international: 617-786-4658
Conference Code: 77734112

Deal Review Team

PLAINTIFF'S
EXHIBIT
PX428
SCHMIDT 8/23/11

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031475

# EMG Deal Review – April 24, 2006

- Sun / Android (Andy Rubin)
- HP SMB (Vinay Bhargava)
- Intel OEM Program (Vinay Bhargava)
- Amazon (David Graham)

CONFIDENTIAL – FOR INTERNAL USE ONLY - 1 -

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031476

# Android/Sun

## final approval

---

Andy Rubin, Tim Lindholm, Chris DiBona, Ethan Beard, Frank Montes

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031477

# Agenda

- Partner Overview
- Sun + Google co-development agreement status
- Open Source License status
- Fees and payments
- Press announcement
- What if?
- Key Asks

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031478

# Partner Overview - Sun Microsystems

## Who Are They?

- Products and services for network computing
  - Java dominates wireless industry
  - Carriers require Java in their terminal terminal specifications
- Statistics
  - Not profitable
  - $15.4B Market Cap
  - $11.6B revenue
  - $469M EBITDA
  - $2.45B cash
- Market Presence
  - 1B Java embedded handsets
  - 180 carrier deployments
- Size
  - Offices in 170 countries worldwide
  - 40k employees

## Why Do the Deal?

- Provides a professional services and distribution for our open source handset strategy
- Dramatically accelerates our schedule
- Form an open industry alliance to block MSFT
- Create value for wireless stakeholders

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031479

# Proposed Deal Terms

| Client | • Sun Microsystems |
|---|---|
| Term | • 5 years, renewable<br>• Co-development partnership |
| Proposal | • Sun makes Java Open Source as part of Android platform<br>• Companies work together to bring Android platform to market |
| Exclusivity | • Exclusive |
| Data Use / Restrictions | • See detailed slides |
| Fee | • $28M<br>• Payments spread over 3 years |
| Attribution | • N/A |
| Termination / Other Issues | • Structured as 4 agreements. Initial agreement Plus…<br>• Project Plan (aka schedule)<br>• Go To Market Plan (aka open source hosting, launch partners)<br>• Governance Model (alliance structure) |

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031480

# Agreement Status

- Base agreement ready to sign
- Exhibits 45 days after signing
  - Project Plan
  - Marketing Plan
  - Governance model
- No payment until all are signed

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00031481

## Agreement highlights

- This is a Co-development agreement
  - Sun handles Java + Tools
  - Google handles OS
  - Mutually agree on architecture
- Sun creates commercial implementation, becomes "Redhat"
  - Provides Carrier and OEM support
    - Core to their business model
  - Does not want Google to compete
    - Google carved out HTC and LG
    - Google can work with its partners 6 months after initial release
- Sun manages developer community
- Google manages repository and bug database, becomes "Linus Torvalds"

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031482

## Open Source License

- Only OSI Certified Licenses
- Dual License
  - Sun CDDL (OSI approved, Mozilla derivative) for Java
    - http://www.sun.com/cddl/
    - Includes patent grants
    - Granular file-based copy-left
    - Required because of MSFT settlement
  - ASF 2.0 for everything Google

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031483

## Fees and Payments

- Previously $36M approved by EMG
  - EMG uncomfortable with price
- Negotiations ensued
  - New price $28M spread over 3 years

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00031484

# Press Announcement




- Both parties agree to a joint press announcement
- Best strategy is a pre-announcement to relieve industry fears



Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031485

## What If?

- What if we don't do this deal?
  - Too expensive
  - Co-development suboptimal
- Open Source our Guava implementation
  - Schedule impact
  - Adversarial Approach
  - Some carriers require Java certification
- Take a lesser license
  - Smaller payment
  - Not Open, puts Sun in a position of control

# Key Asks

- Final Approval
- Agree to press announcement
- Agree to co-location of Sun engineers at Google

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031486

Exhibit 3-6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-26-00031487

# Q&A