

# Google/Sun
## "Open Source Java Linux Mobile Platform"

**Sun Confidential**

CONFIDENTIAL



- Sun will open source CDC JavaME by "m/m/m" date
- Google and Sun will produce the "Open Source Java Linux Mobile platform" by "n/n/n" date
  - > Sun to govern the CDC codebase with partial governance by Google
  - > Google to govern the Linux codebase with partial governance by Sun
- Sun to provide a commercial implementation of the "Open Source Java Linux Mobile platform"
  - > Google to provide backline support for the "Linux Mobile platform"
- Google agrees NOT to offer commercial implementations of the "Open Source Java Linux Mobile platform" or similar stack



- Sun agrees to adopt certain key Google enablers (JavaScript, others tbd) in CDC and Google agrees to adopt appropriate Sun enablers in Linux stack
- Google provides Sun with all Google owned handset technologies, un-encumbered rights, from day one. Sun can only ship this technology commercially after it has been open sourced
- Sun's commercial implementation to be used in any handset that is Google branded
- Google to ship 'n' amount of handsets
- Sun and Google to promote the Java Brand for mobile
- Google to certify their applications on Sun's commercial implementations

Sun Proprietary/Confidential



- Sun and Google will jointly engage in recruiting OEMs and Service Providers
- Sun intends to monetize the commercial implementation of the "Open Source Java Linux Mobile Platform" Stack and services around it (support, ES, updates/upgrades, customizations + IP value add) in the following areas. This list is not intended to be comprehensive:

  > Device management
  > Security upgrades / Patch management
  > User interface customization for OEMs, MVNOs, carriers
  > Enterprise level synchronization
  > Network quality monitoring
  > User experience customization based on device usage

Sun Proprietary/Confidential

CONFIDENTIAL                     Oracle America v. Google, 3:10-cv-03561-WHA                     GOOGLE-01-00017225
Exhibit 3-7



- Google agrees to adopt and promote NetBeans and Sun Java Wireless Tool Kit (WTK)
- Mobile client apps provided by Google to work with Sun backend
- Open Source License to be decided


- Google compensates Sun for current business risk
- If Google recognizes $s from services running on "Open Source Java Linux Mobile platform" or derivatives, Google will revenue share with Sun

Sun Proprietary/Confidential
CONFIDENTIAL                    Oracle America v. Google, 3:10-cv-03561-WHA                    GOOGLE-01-00017226
Exhibit 3-7



# Sun Confidential

**Vineet Gupta**

vineet.gupta@sun.com

408-404-8950

CONFIDENTIAL