| From: | Dipchand ("Deep") Nishar | Sent:7/31/2005 11:39 PM |
|---|---|---|
| To: [ - ] | page@google.com; sergey@google.com; emg@google.com | |
| Cc: [ - ] | Tim Lindholm; Jeff Shardell; Vinay Bhargava; Andy Rubin | |
| Bcc: [ - ] | | |
| Subject: | Follow-up Sun/Java Open Source | |

Larry / Sergey,

We had an action item to follow up with the Sun deal team wrt open source discussions for Android.

Andy, Tim and I met with Jeff and Vinay from the SPD team to get up to speed on the progress and nature of the current discussions. We collectively decided that we should hold off on adding the open source component to the current deal for the following reasons -

(1) Current discussions are very far along - may culminate in a deal in 3-4 weeks. So, we don't want to delay the progress.

(2) Our discussions will happen with a different organization that meets up at Jonathan Schwartz's level. So, adding the open source component does not add any value at this time.

(3) Since our current deal will generate quite a bit of revenue for Sun, we expect that will only enhance our ability to get Sun to give us something back in the subsequent discussion.

Please let me know if you have any questions/comments.

Regards,
Deep

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-58-00029945

Exhibit 3-8