HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,         )
 6          Plaintiff,             )
 7      vs.                        )   No. CV 10-03561 WHA
 8   GOOGLE, INC.,                 )
 9          Defendant.             )
10   _____)
11
12      -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--
13
14      Videotaped Personal Capacity deposition of
15      EDWARD SCREVEN, taken at Morrison & Foerster, LLP,
16      755 Page Mill Road, Palo Alto, California,
17      commencing at 9:42 a.m., on Friday, July 29, 2011,
18      before Leslie Rockwood, RPR, CSR No. 3462.
19
20
21
22
23
24
25   PAGES 1 - 119
```

Page 70

1  general, we are more successful in business than Sun. I
2  mean, Sun built some great technologies, but they weren't
3  particularly good at bringing them to market and, you
4  know, I have every confidence that, you know, Oracle will
5  succeed with Sun's assets in a way that Sun never could          11:32:29
6  simply because we manage them better.
7       Q.  BY MR. WEINGAERTNER:  How does Oracle manage
8  better than Sun?
9       A.  We're very focused on making money, so we're
10 very focused on building technology and then selling it          11:32:45
11 to our customers and supporting it well, right, while
12 making sure our costs are not out of control.
13      Q.  Was there a perception that Sun was -- and
14 I'm going to use your characterization and please correct
15 me if I haven't done it correctly.                               11:33:06
16      Was it your perception that Sun was less
17 focused on making money than Oracle is focused on making
18 money?
19      MR. NORTON:  Objection to the form of the
20 question.                                                        11:33:17
21      THE WITNESS:  Yes.
22      Q.  BY MR. WEINGAERTNER:  At the time of the
23 acquisition, what was the perception as to -- by Oracle,
24 as to what Sun was focused on?
25      A.  I think Sun had lost their way in terms of              11:33:24

Page 71

1  strategy.  I mean, they -- while certainly they were
2  for-profit company and, you know, sought to sell and
3  sought to profit, I think that they, you know, had no
4  strategy for how it is that they were going to actually
5  add value to their customers beyond, you know, beyond           11:33:44
6  what other folks were doing.
7       Now, they did have a very strong focus on
8  engineering; right, and they created some very good
9  technology assets.  But the thing that they didn't really
10 have is a way to tie them together and bring them to            11:34:02
11 market in the way that would be most appealing to their
12 customers.
13      Q.  At the time of the acquisition or since then,
14 does Oracle have a specific strategy or ability other
15 than its general business acumen that you referred to,          11:34:22
16 for succeeding in the smartphone market or the mobile
17 platform?
18      A.  I think Android has basically foreclosed
19 that.  I don't believe that there is a strategy that we
20 could adopt at this point, right, to displace Android           11:34:39
21 given that they've sucked all out of the air out of the
22 room for Java on smartphones.
23      Q.  What do you mean by "sucked out all the air
24 out of the room"?
25      A.  Well, they are in the market with a clone of           11:34:52

Page 72

1  Java, right, they -- they've now shipped on millions and
2  millions of handsets; right, and that's going to make it
3  difficult for Oracle or anyone else who wants to ship a
4  licensed Java implementation for smartphones to succeed.
5       Q.  Why hadn't Sun already gotten into that                11:35:13
6  market before Google had given that it -- when I say
7  "that market," the smartphone market, given it's success
8  in the feature phone market?
9       MR. NORTON:  Objection to form.
10      THE WITNESS:  You have to ask their prior                  11:35:27
11 management.
12      Q.  BY MR. WEINGAERTNER:  Well, I guess that will
13 happen later today since you'll be speaking on behalf of
14 Oracle America.
15      A.  Yes --                                                 11:35:41
16      MR. NORTON:  Objection, that's not correct.
17 Mr. Screven in the 30(b)(6) portion of his deposition
18 will be testifying on behalf of Oracle America, but the
19 30(b)(6) notice seeks Oracle's -- we understood and
20 understand this was discussed at Nedim's deposition --          11:36:00
21 that it's from the perspective of Oracle, it's the
22 acquisition of Sun.
23      So the suggestion that Mr. Screven will be
24 testifying as Sun's prior management is not correct.
25      MR. WEINGAERTNER:  Okay, and noted that we                 11:36:11

Page 73

1  have a difference of view on that and we can take it up
2  off the record.
3       MR. NORTON:  But just we can have a
4  difference of view, but we're the ones putting up the
5  witness, and so he will not be testifying as Sun's former      11:36:21
6  management and the suggestion otherwise is incorrect.
7       MR. WEINGAERTNER:  Okay.  We disagree.  I
8  won't ask any further questions, but my understanding is
9  the witness isn't prepared on those and that's -- I
10 understand why now.                                             11:36:34
11      Just to follow up on Mr. Screven's answer,
12 when you refer to prior management, would that be someone
13 like Mr. Schwartz, Mr. Jonathan Schwartz?
14      THE WITNESS:  Yes, yes.
15      MR. WEINGAERTNER:  I'd like to provide the                 11:37:42
16 witness with a copy of a document which has previously
17 been marked in this case as Exhibit 60, which is a letter
18 to Mr. Schwartz, Jonathan Schwartz, then chief executive
19 officer and president of Sun although the address doesn't
20 indicate that on this document.                                 11:38:04
21      THE WITNESS:  Uh-huh.
22      Q.  BY MR. WEINGAERTNER:  And I would ask the
23 witness to take a moment to look at the document.
24      A.  Yes.
25      Q.  Is it a document that you recognize,                   11:38:12