Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4                      ---o0o---
 5
 6   ORACLE AMERICA, INC.,          )
 7          Plaintiff,              )
 8     vs.                          )   No. CV 10-03561 WHA
 9   GOOGLE, INC.,                  )
10          Defendant.              )
11   _____)
12
13
14
15       CONFIDENTIAL TESTIMONY - ATTORNEYS' EYES ONLY
16     VIDEOTAPED 30(b)(6) DEPOSITION OF ORACLE AMERICA, INC.
17                DESIGNEE:  JOHN PAMPUCH
18                 FRIDAY, JULY 29, 2011
19
20
21
22
23
24
25   PAGES 1 - 220
```

Page 1

Attorneys' Eyes Only

```
 1            Let's move on to the next -- the third        2:13:09PM

 2     topic that you were designated to testify about

 3     today.  And again --

 4          A    Sure.

 5          Q    -- we may jump back to these previous two   2:13:16PM

 6     topics and ask, you know, some questions or to the

 7     extent that there is, you know, relevant questions

 8     that overlaps between the different topics.

 9               MR. FRANCIS:  So I'll identify as

10     Exhibit 273 Defendant Google, Inc.'s Corrected Third  2:13:32PM

11     Notice of Rule 30(b)(6) Deposition of Plaintiff

12     Oracle America, Inc.

13                    (Defendant's Exhibit 273 marked

14                     for identification.)

15     BY MR. FRANCIS:                                       2:13:47PM

16          Q    And if we look at Topic Number 9 on

17     page 3, it states:

18               "The practice of the asserted

19               claims of U.S. Patent No. 5,966,702

20               by JavaOS (including the                    2:14:13PM

21               identification of the specific

22               functionality within JavaOS

23               practicing the claims, the date of

24               the first inclusion of that

25               functionality in JavaOS, and any            2:14:25PM
```

Page 118

Attorneys' Eyes Only

```
 1            public disclosure(s), license(s),           2:14:27PM
 2            sale(s), or offer(s) to license or
 3            sell of JavaOS before October 31,
 4            1996)."
 5            Is that correct?                            2:14:37PM
 6       A    That's what it says.
 7       Q    Do you recognize this document?
 8       A    Yes, I have seen this.
 9       Q    When did you see this?
10       A    Yesterday.                                  2:14:46PM
11       Q    For the first time yesterday?
12       A    Yes.
13       Q    Are you prepared to testify on this topic?
14       A    I can testify about the implementation of
15   the mclass technology in JavaOS and I can talk to    2:15:01PM
16   the dates that that technology became available.
17       Q    Can you talk about the actual asserted
18   claims of the patent, as opposed to just the general
19   technology?
20       A    I've never seen the patent, and I           2:15:25PM
21   certainly don't have the expertise to analyze the
22   patent.
23       Q    Can you testify regarding any public
24   disclosures of JavaOS before October 31, 1996?
25       A    No, not significantly, because I'm not      2:15:53PM
```

Page 119

Attorneys' Eyes Only

```
 1        A    For this topic, no.  I only reviewed the    2:22:35PM
 2   source code myself.
 3        Q    What about for any other topics?
 4        A    Hinkmond Wong I think worked on JavaOS,
 5   and we talked about recovery of the files.            2:22:49PM
 6        Q    But you didn't discuss this topic with
 7   him?
 8        A    Not the implementation, no.
 9        Q    Why not?
10        A    I didn't think it was necessary.  I had --  2:23:02PM
11   you know, the source code is self-explanatory.
12        Q    Do you know if Hinkmond is familiar with
13   the '702 patent?
14        A    I don't know whether he's familiar with it
15   or not.                                               2:23:22PM
16        Q    You testified that you have never seen the
17   '702 patent; is that correct?
18        A    That's correct.
19        Q    So how are you prepared to testify about
20   the practice of the '702 patent by JavaOS if you      2:23:40PM
21   have never actually seen the patent?
22        A    Well, as I said, I can talk about the
23   implementation that's in JavaOS 1.1.
24        Q    But the topic doesn't ask about the
25   implementation of JavaOS, it asks for -- it asks      2:24:01PM
```

Page 124

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    STATE OF CALIFORNIA       )
                               ) :ss
2    COUNTY OF SAN FRANCISCO   )

3

4         I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand

5    Reporter of the State of California, do hereby certify:

6         That the foregoing proceedings were taken before me

7    at the time and place herein set forth; that any

8    witnesses in the foregoing proceedings, prior to

9    testifying, were placed under oath; that the verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14        I further certify that I am neither financially

15   interested in the action nor a relative or employee of

16   any attorney of any of the parties.

17        IN WITNESS WHEREOF, I have this date subscribed my

18   name.

19

20   Dated: July 30, 2011

21

22

23              [signature: Kelli Combs]

24              KELLI COMBS, CSR NO. 7705

25
                                                          216
```

Veritext National Deposition & Litigation Services
866 299-5127

**EXHIBIT 4-2**