IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                                   /

No. C 10-03561 WHA

**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL**

      Google filed a motion to seal portions of its supplemental brief in support of its motion in limine number three and Exhibits A–E therein (Dkt. No. 548). The motion seeks to seal hundreds of pages with very little confidential information, let alone compelling trade secrets. Much of the information is publicly available as a result of a prior order requiring the public filing of several related documents (Dkt. No. 659). This motion is not narrowly tailored and is **DENIED**. The exhibits and unredacted brief shall be publicly filed.

      Oracle filed a motion to seal portions of its responsive supplemental brief in opposition to Google's motion in limine No. 3 and Exhibits A, C–F, H, J, L, and M therein (Dkt. No. 571). The request to seal Exhibit J, which contains sensitive, non-public financial data, such as costs, revenues, and profits, and Exhibit M, which contains a personal cell phone number, is **GRANTED**. These requests are narrowly tailored. Exhibit J contains Google's sensitive, non-public financial data, such as costs, revenues, and profits associated with Android. The report and underlying documents also contain non-public information about Google's consideration of and potential

financial impact from alternatives to the intellectual property at issue in this lawsuit. Additionally, the report contains non-public information about licensing arrangements with third-parties, which are protected by confidentiality clauses with those third-parties. Google does not make this information available to the public. Public disclosure of this confidential information would cause great and undue harm to Google, and place it at a competitive disadvantage.

With the exception of Exhibits J and M, the motion to seal is not narrowly tailored and not supported by declarations. Exhibits J and M shall be filed under seal. The remainder of the exhibits and unredacted brief shall be publicly filed.

**IT IS SO ORDERED.**

Dated: January 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2