| | |
|---|---|
| ROBERT A. VAN NEST (SBN 84065) <br> rvannest@kvn.com <br> CHRISTA M. ANDERSON (SBN 184325) <br> canderson@kvn.com <br> KEKER & VAN NEST LLP <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone:  (415) 391-5400 <br> Facsimile:  (415) 397-7188 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) <br> sweingaertner@kslaw.com <br> ROBERT F. PERRY <br> rperry@kslaw.com <br> BRUCE W. BABER (*Pro Hac Vice*) <br> bbaber@kslaw.com <br> KING & SPALDING LLP <br> 1185 Avenue of the Americas <br> New York, NY 10036-4003 <br> Telephone:  (212) 556-2100 <br> Facsimile:  (212) 556-2222 |
| DONALD F. ZIMMER, JR. (SBN 112279) <br> fzimmer@kslaw.com <br> CHERYL A. SABNIS (SBN 224323) <br> csabnis@kslaw.com <br> KING & SPALDING LLP <br> 101 Second Street – Suite 2300 <br> San Francisco, CA 94105 <br> Telephone:  (415) 318-1200 <br> Facsimile:  (415) 318-1300 | IAN C. BALLON (SBN 141819) <br> ballon@gtlaw.com <br> HEATHER MEEKER (SBN 172148) <br> meekerh@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 1900 University Avenue <br> East Palo Alto, CA 94303 <br> Telephone: (650) 328-8500 <br> Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> Honorable Judge William Alsup <br><br> **DECLARATION OF TRUMAN FENTON IN SUPPORT OF ADDITIONAL CLAIM CONSTRUCTIONS** |

I, Truman Fenton, hereby declare and state as follows:

1. I am an attorney with the law firm of King & Spalding LLP, which is counsel of record for Google Inc. I have personal knowledge of the facts set forth in this declaration unless otherwise noted, and, if called to do so, I could and would competently testify thereto.

2. Exhibit A is a true and correct copy of excerpts of the *Microsoft Computer Dictionary* (5th ed.) (Microsoft Press 2002).

3. Exhibit B is a true and correct copy of Greg Travis, *Understanding the Java ClassLoader* (IBM developerWorks 2001) available at http://www.ibm.com/developerworks/java/tutorials/j-classloader/ (last accessed on Jan. 11, 2012).

4. Exhibit C is a true and correct copy of Net Chapin, "Flowcharting With the ANSI Standard: A Tutorial," *Computing Surveys* (ACM 1970) (obtained from the Association for Computing Machinery website).

5. Exhibit D are accurate screen captures of an industry standard drafting program, Microsoft Visio 2003, displaying the standard flowcharting template and the software version information. I captured and saved these screen images on or about January 5, 2012. I added the red box around the "document" symbol.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 11th day of January, 2012, in Austin, Texas.

Dated: January 11, 2012

_____
Truman Fenton

I hereby certify that Truman Fenton joins in the e-filing of this document.

/s/ Cheryl A. Sabnis /s/
Cheryl A. Sabnis

DECLARATION OF TRUMAN FENTON                                        CIVIL ACTION No. CV 10-03561