# Exhibit A

Microsoft®

Microsoft®

# Computer Dictionary

## Fifth Edition



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Control Number: 2002019714

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com.*

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

***Bus network.*** *A bus network configuration.*

**bus system** *n.* The interface circuitry that controls the operations of a bus and connects it with the rest of the computer system. *See also* bus.

**bus topology** *n. See* bus network.

**button** *n.* **1.** A graphic element in a dialog box that, when activated, performs a specified function. The user activates a button by clicking on it with a mouse or, if the button has the focus, by hitting the Return or Enter key. **2.** On a mouse, a movable piece that is pressed to activate some function. Older mouse models have only one button; newer models typically have two or more buttons.

**button bomb** *n.* A button on Web pages with the image of a bomb.

**button help** *n.* Help information displayed via the selection of buttons or icons. Applications such as the World Wide Web, multimedia kiosks, and computer-aided instruction often use button help icons to ease system navigation.

**bypass** *n.* In telecommunications, the use of communication pathways other than the local telephone company, such as satellites and microwave systems.

**byte** *n.* Short for binary term. A unit of data, today almost always consisting of 8 bits. A byte can represent a single character, such as a letter, a digit, or a punctuation mark. Because a byte represents only a small amount of information, amounts of computer memory and storage are usually given in kilobytes (1024 bytes), megabytes (1,048,576 bytes), or gigabytes (1,073,741,824 bytes). *Abbreviation:* B. *See also* bit, gigabyte, kilobyte, megabyte. *Compare* octet, word.

**bytecode** *n.* An encoding of a computer program that a compiler produces when the original source code is processed. This encoding is in an abstract, processor-independent form that cannot be directly executed by most CPUs but is highly suitable for further analysis (for example, compiler optimization), for processing by interpreters (for example, executing Java applets within Web browsers), or for use in generation of binary instructions for the target computer's CPU. Intermediate bytecode production is a feature of the compilers for the Pascal and Java programming languages. *See also* central processing unit, compiler (definition 2), interpreter, Java, Java applet, Pascal.

**BYTE Information Exchange** *n. See* BIX.

**byte-oriented protocol** *n.* A communications protocol in which data is transmitted as a string of characters in a particular character set, such as ASCII, rather than as a stream of bits as in a bit-oriented protocol. To express control information, a byte-oriented protocol relies on control characters, most of which are defined by the coding scheme used. The asynchronous communications protocols commonly used with modems and IBM's BISYNC protocol are byte-oriented protocols. *Compare* bit-oriented protocol.

**bytes per inch** *n.* The number of bytes that fit into an inch of length on a disk track or a tape. *Acronym:* BPI.