# EXHIBIT C



# Project Armstrong: Business Model

**Client Systems Group**
**February 2006**

Sun
Confidential/Proprietary
Need-to-know only



# MSFT and Sun/Google move to commoditize smartphone stack – market shift accelerates





Sun Proprietary/Confidential: Internal Use Only



# Sun Takes Share From Competing Platforms

- Combats MSFT looming dominance



**Smartphone Platform Marketshare '09**

BREW 6%

Armstrong 23%

MS Mobile 30%

Other Linux 17%

Nokia S60 23%

Proprietary 1%

Symbian 0%

OAGOOGLE0100166876



# Sun and Google Collaborate on Open Source Smartphone Stack

- Full stack based on Java-Linux
  - > Release 1.0 ready for consumers by xmas '07
  - > Code release to the community in concert with release of Sun commercial distro (Java Mobile Platform)
- Currently negotiating what's in/out from partnership perspective
  - > Written agreement on what Google and Sun each contribute is critical to Sun's ability to monetize the commercial distro
- Sun position is that apps are certified to the commercial distro only

Sun Proprietary/Confidential: Internal Use Only



# Java/Linux Mobile Platform Architecture



- Full stack Java/Linux implementation:
  - Supported on multiple hardware platforms
  - Integrated Java/XML/Scripting platform
- Allows for OEM and Carrier customization of UI and Services

Sun Proprietary/Confidential: Internal Use Only



# Sun Programs Designed to Funnel Developers to Commercial Distro Where We Monetize



Robust content drives adoption and monetization across the value chain

Java.com

**Sun Developer Network**

**Mobile Partner Advantage Program**

**Partners**

**Catalog Vendors**

**Communities**

**Developer and Open Source**

**Targeted ISVs**

**Certify must-have apps for commercial distro**

**Customers**

**OEMs Carriers**

Sun monetizes through Full Source and Binary Stack Adoption

Developers monetize through ISVs and catalog vendors

**Commercial Distribution Customization Content Delivery Back End**

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0100166879



# Sun Commercial Distro Adoption Strategy

- GA of Sun commercial distro released before or with open source stack
  - > Developers want and need: OSD compliant license, tools, Developer Programs, path to monetization
- Enroll ISVs with must-have content; certification of apps to commercial stack drives adoption
  - > Identify key ISVs (aligned with Carrier target); provide early simulator code, test suites
  - > Certification and app branding
- Drive market tippers to deploy Sun commercial distro
  - > Carrier targets (Sprint, CMCC, Vodafone) help to drive OEM targets (Samsung, LG, BenQ)
  - > Chip suppliers (EMP, Intel, TI) – prioritize proactive porting

Sun Proprietary/Confidential: Internal Use Only



# JMP Developer to Revenue Funnel

|  | Developers | ISVs | OEMs/Silicon Vendors | Catalog Vendors | Carriers(subs) |
|---|---|---|---|---|---|
| **Key Program(s) and Products** | SDN | Mobile Partner Advantage Program | JMP Commercial Distribution | java.com | Customized JMP, CDS->JES |
| **Services** |  |  |  |  |  |
|  | Leverage existing SDN web/program infrastructure | Certification Program and Tools – Java Compatibile? | Sun Value added features | Leverage, extend java.com retailing | Prof services to customize JMP |
|  | Mobile developer registration | Logo granting | 3rd Party components Integrated | Desktop and mobile portals | Prof services to customize content dist.(CDS) |
|  | Tutorials, Sample apps , webcasts, blogs, white papers | Technical Assistance with stack | UI Design |  | JES |
|  | Integrate NB, ship with Sun distro | Access to partner community | Customization, porting, testing |  |  |
|  | JavaOne JMP track | GTM support | Device Testing Tools |  |  |
|  |  | Access to java.com, marketing to carriers and distribution | Global Support |  |  |

*Possible monetization of ISV test and certification*    *Platform Adoption Sun monetizes source and binary subscription*    *Monetize content thru java.com*    *Customization, Sun monetizes Through ES*

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0100166881



# Sun Monetizes Through Deployment

## Java Branding

### Sun Customization, Porting, Testing, and Integration

#### Sun's Commercial Distribution

**Open Source Distribution**

Complete Sun-Google Java/Linux Implementation

Source Code for full customization

Integrated by Sun & Google

Contribution from community

Sun value added features

Qualified & tested on various HW

Global support and maintenance

Technical Consultation and Documentation

Commercial 3rd parties components integrated

Indemnification

Source and/or binaries targeted to customer specific platforms

OS, chip-set, native drivers, etc.

3rd party software components

Device quality testing tools and services

Porting services

Mobile Platform Customization

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0100166882



# Per unit Pricing and Sun Share (FY09)

| Offering | Customer price ($/unit) | Sun Share ($/unit) | Volume (M) | Sun Revenue ($M) |
|---|---|---|---|---|
| Open Source | 0 | 0 | 87 | 0 |
| Customized Source | 6 | 4 | 73 | 292 |
| Binary | 5 | 3 | 39.5 | 118.5 |
| Commercial Source | 1.5 | 1.5 | 35 | 52.5 |
| Total | | | 234.5 | 463 |

Sun Proprietary/Confidential: Internal Use Only



# JMP Business Case and ROI – includes mktg/isv/OS

| ($M) | FY06 | FY07 | FY08 | FY09 | Cumulative |
|---|---|---|---|---|---|
| Revenue | 0.0 | 1.4 | 153.1 | 462.6 | 617.0 |
| COGS | 0.5 | 1.1 | 23.7 | 34.6 | 59.9 |
| Gross Margin | -0.5 | 0.3 | 129.4 | 428.0 | 557.2 |
| CSG OPEX | 7.1 | 18.3 | 21.7 | 21.7 | 68.8 |
| OOPEX | 0.55 | 5.2 | 5.8 | 5.8 | 17.35 |
| ROI Ratio | -0.1 | 0.0 | 4.7 | 15.6 | 6.5 |

Sun Proprietary/Confidential: Internal Use Only



# Investment Ramp - R&D

| | FY06 | FY07 | FY08 | FY09 |
|---|---|---|---|---|
| **JMP** | | | | |
| -Total Average Head Count Required | 55 | 134 | 156 | 157 |
| - CSG Funded Average Head Count | 49 | 71 | 75 | 75 |
| **Incremental Average Head Count Req** | 6 | 64 | 81 | 82 |
| | | | | |
| **JMP** | | | | |
| - Total $s Required | $7,181 | $18,299 | $21,532 | $21,692 |
| - CSG Funded $s | $6,452 | $9,892 | $10,612 | $10,612 |
| **Incremental $s Required** | $729 | $8,407 | $10,920 | $11,080 |
| | | | | |
| | | | | |

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0100166885



# BACKUP

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0100166886



# ISV priorities
## Ranked by Service Provider Revenue

- **Communications**                                    **48%**
  - > SMS, Email, IM, Rich Messaging,
  - > Photo Messaging, Video Messaging
- **Personalization**                                   **` 8%**
  - > Ringtones, Graphics, Voice Greetings
- **Entertainment**                                     **28%**
  - > Games, Adult, Sport, Music/Media, Other
- **Information**                                       **13%**
  - > Leisure Info, Travel & Transport info,
  - > Directory, Financial, Other
- **Corp Connect**                                      **4%**

*Source: Strategy Analytics, Wireless Internet Applications (WIA) Strategic Advisory Service,*
*Worldwide Cellular Data Forecasts, Published: August 2004*

Sun Proprietary/Confidential: Internal Use Only

# Drive Deployment through Apps – ISV Program Parameters



| Market | Target Apps | ISV Partner | Channel Partner | Backend Req'd |
|---|---|---|---|---|
| Consumer | IM/MM IM | | | Y |
| | Video send/receive | | | Y |
| | Push info (sports, movies) | | | Y |
| | Social Surfing | My space, facebook, youtube | | Y |
| | Photo (send/receive) | Kodak | | Y |
| | TV Viewing | | | Y |
| | Itunes (audio/video) | | | Y |
| | Games – graphic rich | EA, Digital Chocolate | | |
| | Games – multi-player | EA, Digital Chocolate | | |
| | | | | |
| Enterprise | Push email | RIM, Notify, SGD | | |
| | Calendar | OL connect SGD | | |
| | Office docs | | | |
| | Sms | | | |
| | Video conferencing | | | |
| | | | | |
| | | | | |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0100166888



# Business Model Strategy

- Sun's objective is to sell Binary Subscriptions to Device Manufacturers
  - > Sun Value
    - > Quicker to market, trusted delivery partner
    - > Demand generating user interface and features (Partnered w/ Armstrong)
    - > Custom differentiation
    - > Recue the cost, risk and uncertainty of building your own
    - > Sun brokers 3rd party IP and guarantees performance, stability, delivery
    - > 1/3rd of the cost of proprietary implementations
  - > Source Subscription designed to enable an upsell, protect value of Binary

Sun Proprietary/Confidential: Internal Use Only



# Custom Source Subscription

- Customer Segment:
  - > Top OEM's
  - > OEM drives relationship with carrier for specifications

## Benefits

| | |
|---|---|
| Commercial Custom Source | -Complete productized source tested and certified against the device **to the OEM's specifications** |
| 2 Updates per Year | -Subscription includes 2 updates containing all non-critical bug fixes and new features |
| 8x5 Binary Support | -Escalations and updates for critical bugs or security patches<br>-Knowledge base<br>-Online issue submission and tracking |
| Simplified 3rd Party Licensing | -Custom subscription may include certified 3rd party applications and content services<br>-Sun will handle front line support for all 3rd party applications |

## Pricing
- $6.00 / device  Annual Subscription
- (Assumes $2.00 in 3rd Party Royalty)
- Cap likely (around 50M???)

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



# Custom Binary Subscription

- Customer Segment:
  - > ODM's
  - > Joint Carrier / ODM relationship drives specs for Custom Binary

## Benefits

| | |
|---|---|
| Commercial Custom Binary | -Complete productized binary tested and certified against the device |
| 2 Updates per Year | -Subscription includes 2 updates containing all non-critical bug fixes and new features |
| 8x5 Binary Support | -Escalations and updates for critical bugs or security patches<br>-Knowledge base<br>-Online issue submission and tracking |
| Simplified 3rd Party Licensing | -Custom subscription may include certified 3rd party applications and content services<br>-Sun will handle front line support for all 3rd party applications |

### Pricing
- $5.00 / device  Annual Subscription
- (Assumes $2.00 in 3rd Party Royalty)
- Cap likely (around 50M???)

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



# Commercial Source Subscription

- Customer Segment:
  - \> No preferred target
  - \> Defensive position to support binary value
  - \> Binary code may be differentiated

**Benefits**

| | |
|---|---|
| Access to Commercial Source Distribution | -Includes all upgrades and updates to the tested and certified commercial distribution source code |
| 24/7 access to commercial support portal | -Right to file challenges and escalations against any tests included in the TCK with standard support response times |
| Assigned technical support via phone/email 8x5 | -Knowledge base<br>-Online issue submission and tracking<br>-Sun bug database access |
| Assigned Business Support via phone/email 8x5 | -B-Annual Senior Management Summits<br>-Monthly Account Reviews by Java Licensee Engineering |

**Pricing**
- $1.50 / device (AnnualSubscription)
- No Cap

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



# TCK Subscription

- Customer Segment:
  - > Commercial Vendors taking Armstrong Open Source
  - > And, Commercial vendors implementing Armstrong on other OS's
  - > Ex. Nokia, LG, Channels

## Benefits

| Upgrades and Updates to the relevant TCKs | Access to the most comprehensive Technology Compatibility Kit in the industry |
|---|---|
| Test Challenges | Right to file challenges and escalations against any tests included in the TCK with standard support response times |

## Restrictions
- No Code Support
- No Access to Commercial Dist.

## Pricing
- Tiered Pricing (~$.25) /device
- $5M cap (Nokia Motorola?)

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



# Custom Value-Add Examples

- Operator
  - > Branding and User Interface Customization
  - > Prepackaged Applications
  - > Certified Application Brokerage (Java.com)
- OEM
  - > Device Specific Customization
  - > Porting and Testing
- Content
  - > Certified Content Brokerage

**Pricing**
- NRE
- Assumed Binary Subscription

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0100166894



# Revenue Assumptions

- Timing
  - > Model assumes Armstrong stack starts gaining traction starting FY08
- Market Size
  - > Visiongain reports
  - > Strategy Analytics reports
  - > Ovum reports (Share)
- Model assumes different pricing sensitivity, market share cannibalization, Smartphone adoption rate and key player dynamics under different licensing models.

Sun Proprietary/Confidential: Internal Use Only



# Sun-Google to Deliver Smartphone Technology at Consumer Prices

- ## Google responsible for Linux and resident applications
  - > UI Design
  - > Danger alums, Acquiring assets for full stack
  - > Negotiating partnerships with chipset vendors required for radio functionality

- ## Sun responsible for the Java implementation
  - > Robust developer tools and developer community

- ## Sun is the sales/distribution channel for commercial stack
  - > Leverage the Google investment: access to Google bits at contract signing enables TTM advantage
  - > Non-exclusive PS and support provider

Sun Proprietary/Confidential

OAGOOGLE0100166896



# Licensing

- Current status:
  - > CDDL or BSD with patent non-assert are acceptable to G
  - > Linking patent non-assert to compatibility is non-starter for G
  - > Compatibility requirements likely not acceptable to OSD
- G position
  - > Compatibility requirements will not fly in the Open Source community

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0100166897



# Building An Open Market w/ IP Protection

**LOW** ← **Execution Pressure** → **HIGH**

| GPL License | CDDL License | Apache License |
|---|---|---|

  

**GPL License**
>Low Price Pressure
>Barrier to Entry
>Sun Perceived Proprietary
>Protected from fragmentation

**CDDL License**
>Mod. Price Pressure
>Low Barrier to Entry
>Sun Perceived Open
>Protected from fragmentation

**Apache License**
>High Price Pressure
>Low Barrier to Entry
>Sun Perceived Open
>Fragmentation Likely

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



# Issues

- Branding
  - > Sun or Java Derivative Branding to differentiate from generic Java
  - > Branding could be withheld from TCK
- Source Subscription for non-wireless
  - > Different pricing / support requirements
- Testing

Sun Proprietary/Confidential: Internal Use Only