# EXHIBIT D

| | |
|---|---|
| **From:** | Kathleen Knopoff <kathleen.knopoff@sun.com> |
| **Sent:** | Mon Mar 20 2006 17:17:48 PST |
| **To:** | armstrong-core@sun.com <armstrong-core@sun.com> |
| **CC:** | |
| **Subject:** | finance preso |
| **Attachments:** | armstrong_business_model_finance preso.sxi |
| | |
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

As promised - remember, 1. this is a preso for finance so the focus is different than it might be for another audience) 2. I spent about an hour walking them through it; the slides are meant to be talked through, not everything is spelled out. 3. the provisos we gave them are that the numbers will move as the business model is more fully developed, and, that these numbers have not been vetted bottoms up (by customer).

kk
--
<http://www.sun.com> * Kathleen Knopoff *
Sr. Director Business Operations

*Client Systems Group*
US
Phone x15748/+1 408 276 5748
Mobile 650-245-0822
Email Kathleen.Knopoff@Sun.COM

CONFIDENTIAL                                                                                                          OAGOOGLE0100166873