IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING DEADLINE FOR FIVE-PAGE REPLIES** |
| GOOGLE INC., | |
| Defendant. | |

A prior order had given the parties until noon on Friday to submit five-page replies to the recent filings (Dkt. Nos. 697, 698). It would be of assistance to the Court if the parties could instead file the replies by **FOUR P.M. ON THURSDAY, JANUARY 19**. This earlier deadline will be the order of the Court unless an objection is timely made.

**IT IS SO ORDERED.**

Dated: January 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE