IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RE ATTORNEY'S FEES AND COSTS FOR THIRD DAMAGES STUDY** |
| GOOGLE INC., | |
| Defendant. / | |

The Court expects Google to bill and for Oracle to pay promptly all amounts to be reimbursed under the recent order (Dkt. No. 702). Google should track its time so as to be formatted as follows should a controversy arise:

PROJECT: ABC DEPOSITION (2 DAYS IN FRESNO)

| Date | Time-keeper | Description | Hours x | Rate = | Fee |
|---|---|---|---|---|---|
| 01-08-01 | XYZ | Assemble and photocopy exhibits for use in deposition. | 2.0 | $100 | $200 |
| 01-09-01 | RST | Review evidence and prepare to examine ABC at deposition. | 4.5 | $200 | $900 |
| 01-10-01 | XYZ | Research issue of work-product privilege asserted by deponent. | 1.5 | $100 | $150 |
| 01-11-01 | RST | Prepare for and take deposition. | 8.5 | $200 | $1700 |
| 01-12-01 | RST | Prepare for and take deposition. | 7.0 | $200 | $1400 |
| | | Project Total: | 23.5 | | $4350 |

If a controversy arises over payment, a special master procedure will be established to resolve any issues. Counsel are requested to avoid this and cooperate in making all payments promptly. Please make a filing by **MARCH 16 AT NOON** describing whether all required payments are being made.

**IT IS SO ORDERED.**

Dated: January 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE