# Appendix A

Oracle's Disclosure of Products Practicing Patent Claims

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, <br> v. | **ORACLE'S DISCLOSURE OF PRODUCTS PRACTICING PATENT CLAIMS** |
| GOOGLE, INC. | Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |
| Defendant. | |

ORACLE DISCLOSURE OF PRODUCTS PRACTICING PATENT CLAIMS
Case No. CV 10-03561 WHA
pa-1505081

Pursuant to the Court's December 6, 2011 Supplemental Order Regarding Patenting Marking (Dkt. No. 641) and the agreement between the parties as set forth in their December 30, 2011 Joint Statement Regarding Supplemental Order Regarding Patenting Marking (Dkt. No. 661), Plaintiff Oracle America, Inc. ("Oracle") hereby submits the following disclosure regarding Oracle products, Oracle-licensed products, Sun products, and Sun-licensed products ("Oracle Products") that practice or have practiced the asserted claims of the patents-in-suit ("claims-in-suit").

## I.     DISCLOSURE OF ORACLE PRODUCTS PRACTICING ASSERTED CLAIMS

Oracle here identifies instrumentalities, source code citations and/or documentation, fact witnesses who possess information supporting Oracle's contentions regarding Oracle Products that practice the claims-in-suit, and a summary of testimony Oracle intends to elicit at trial from those witnesses regarding those products' practice of the claims-in-suit.  The identified products have numerous releases and versions – including for various platforms (x86, SPARC, etc.) – that do not vary substantively as to their implementation of the patented techniques at issue. Accordingly, the citations below are exemplary, not exhaustive, and are intended to guide Google's evaluation of the use of the patented inventions in Oracle Products. The identification of particular witnesses in association with particular products below represents Oracle's present intention; Oracle reserves the right to substitute witnesses with respect to the Oracle products, in accordance with the Joint Final Pretrial Statement, to accommodate the needs of the trial and the witnesses' schedules.

## A.     The '104 Patent

The following Oracle Products practice the asserted claims of the '104 patent, as exemplified by the identified source code citations and/or documentation:

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| JDK 1.0 and subsequent versions<br><br>JRE 1.1.1 and subsequent versions<br><br>HotSpot 1.0 and subsequent versions | JDK 1.0 version:<br>classinitialize.c<br>interpreter.c<br><br>JDK 1.1 version:<br>classinitialize.c<br>executeJava.c<br>interpreter.c<br><br>JDK 1.2 version:<br>classinitialize.c<br>executeJava.c<br>interpreter.c<br><br>HotSpot version:<br>interpreterRuntime.cpp<br>templateTable.cpp<br>templateTable_sparc.cpp | Peter Kessler will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '104 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '104 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. He will describe the major components of the JDK, including the Java SE class libraries and Java Virtual Machine (JVM), as well as the inclusion of and transition to the HotSpot virtual machine.<br><br>Peter Kessler will testify that the identified versions of JRE encompass the JDK and therefore implement the asserted claims in the same way. |
| Java SE for Embedded 1.4.2_11 and subsequent versions | see above and below | Robert Vandette will testify that the identified versions of Java SE Embedded are based on Java SE and the HotSpot virtual machine sources and therefore implement the asserted claims in the same way. He will testify that some releases used the CDC virtual machine technology (known as CVM), and therefore implement the asserted claims in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| | | vary substantively as to the features that implement the claimed inventions. |
| J2EE 1.2 (later called Java EE) and subsequent versions | see above | Mark Reinhold will testify that the identified versions of Java EE are bundled with Java SE and the JDK and therefore implement the asserted claims in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| Java Real Time 1.0 and subsequent versions | see above | John Pampuch will testify that the identified versions of Java Real Time are based on JDK 1.4 and HotSpot (and subsequent versions) and therefore implement the asserted claims in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| CDC RI 1.0 and CDC HI 1.0 and subsequent versions of each<br><br>CDC AMS 1.0, 1.0_1, and 1.0_2 (Personal Basis Profile and Personal Profile versions)<br><br>Personal Profile RI 1.0 and subsequent versions<br><br>Personal Profile HI 1.1.1<br><br>Personal Basis | constantpool.c<br>constantpool.h<br>executejava_split1.c (or executejava_standard.c or executejava.c)<br>interpreter.h<br>quicken.c | Noel Poore will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '104 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '104 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| Profile RI 1.0 and subsequent versions<br><br>Personal Basis Profile HI 1.1.1<br><br>Foundation Profile 1.0 and subsequent versions<br><br>CDC ToolKit 1.0 or Java ME SDK 3.0 EA and subsequent versions | | |
| CLDC RI 1.0 and 1.1<br><br>WTK 1.0 or Java ME SDK 3.0 EA and subsequent versions<br><br>CLDC HI 1.0 and subsequent versions<br><br>Oracle Java Wireless Client (formerly Sun Java Wireless Client) 1.0 and subsequent versions | For CLDC RI and WTK listed versions:<br>bytecodes.c<br>cache.c<br>cache.h<br>interpret.c<br>interpret.h<br><br>For CLDC HI and Oracle Java Wireless Client listed versions:<br>Interpreter_c.cpp<br>TemplateTable.cpp<br>TemplateTable.hpp<br>TemplateTable_arm.cpp<br>TemplateTable_i386.cpp<br>TemplateTable_sh.cpp<br>TemplateTable_thumb2.cpp | Mark Reinhold will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '104 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '104 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| PersonalJava 1.0 and subsequent versions<br><br>EmbeddedJava 1.0 and subsequent versions<br><br>JavaOS 1.0 (and variants, including Java PC) and subsequent versions | classinitialize.c<br>executeJava.c<br>interpreter.c | John Pampuch will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '104 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '104 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
|  |  | vary substantively as to the features that implement the claimed inventions. |
| Java Card connected platform 3.0 and subsequent versions | bytecodes.c<br>infrequent_bytecodes.c<br>execute.c | John Pampuch will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '104 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '104 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

### B. The '205 Patent

The following Oracle Products practice the asserted claims of the '205 patent, as exemplified by the identified source code citations and/or documentation:

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| JDK 1.2 and subsequent versions<br><br>JRE 1.2 and subsequent versions<br><br>HotSpot 1.0 and subsequent versions | HotSpot 1.0 version:<br>instanceKlass.cpp<br>interp_masm_sparc.cpp<br>interpreter_sparc.cpp<br>interpreterRuntime.cpp<br>linkResolver.cpp<br>methodOop.cpp<br>methodOop.hpp<br>nmethod.hpp<br>rewriter.cpp<br>templateTable.cpp<br>templateTable_sparc.cpp<br>vm_operations.cpp<br><br>Another example:<br>bytecode.hpp<br>globals.hpp<br>instanceKlass.cpp | Peter Kessler will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '205 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '205 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. He will describe the major components of the JDK, including the Java SE class libraries and Java Virtual Machine (JVM), as well as the |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| | rewriter.cpp<br>templateTable.cpp<br>templateTable_i486.cpp<br><br>HotSpot 2.0 version:<br>ciEnv.cpp<br>interpreter_sparc.cpp<br>methodOop.cpp<br>methodOop.hpp<br>templateTable.cpp<br>templateTable_sparc.cpp<br><br>Another example:<br>bytecode.hpp<br>globals.hpp<br>instanceKlass.cpp<br>rewriter.cpp<br>templateTable.cpp<br>templateTable_i486.cpp<br><br>JDK 1.3 to 1.6 example:<br>templateTable_i486.cpp<br><br>JDK 7 example:<br>templateTable_x86_32.cpp<br><br>JDK 8 example:<br>instanceKlass.cpp<br>rewriter.cpp<br>templateTable.cpp<br>templateTable_x86_32.cpp | inclusion of and transition to the HotSpot virtual machine.<br><br>Peter Kessler will testify that the identified versions of JRE encompass the JDK and therefore implement the asserted claims in the same way. |
| Java SE for Embedded 1.4.2 and subsequent versions | see above and below | Robert Vandette will testify that the identified versions of Java SE Embedded are based on Java SE and the HotSpot virtual machine sources and therefore implement the asserted claims in the same way.  He will testify that some releases used the CDC virtual machine technology (known as CVM), and therefore implement the asserted claims in the same way.  He will further testify that although the identified instrumentalities have a number of releases and versions, these do not |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| | | vary substantively as to the features that implement the claimed inventions. |
| J2EE 1.2 (later called Java EE) and subsequent versions | see above | Mark Reinhold will testify that the identified versions of Java EE are bundled with Java SE and the JDK, and therefore implement the asserted claims in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| Java Real Time System 1.0 and subsequent versions | see above | John Pampuch will testify that the identified versions of Java Real Time are based on JDK 1.4 and HotSpot (and subsequent versions) and therefore implement the asserted claims in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| CDC HI 1.1.1 and subsequent versions<br><br>Personal Profile HI 1.1.1<br><br>Personal Basis Profile HI 1.1.1<br><br>CDC AMS 1.0, 1.0_1, and 1.0_2 (Personal Basis Profile and Personal Profile versions) | classcreate.c<br>executejava_standard.c<br>interpreter.h<br>jitcompile.c<br>jitemitter_cpu.c<br>jitgrammarrules.jcs<br>jit_common.c<br>jit_common.h<br>jit_cpu.S | Noel Poore will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '205 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '205 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| CLDC HI 1.1 and subsequent versions<br><br>CLDC RI 1.1.1 | InterpreterRuntime.cpp<br>Method.cpp<br>Method.hpp<br>SharedStubs_arm.cpp<br>SharedStubs_i386.cpp | Mark Reinhold will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '205 patent. He will explain the function and |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| | SharedStubs_sh.cpp<br>SharedStubs_thumb2.cpp<br>TemplateTable.cpp<br>TemplateTable.hpp<br>TemplateTable_arm.cpp<br>TemplateTable_i386.cpp<br>TemplateTable_sh.cpp<br>TemplateTable_thumb2.cpp | operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '205 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

### C. The '702 Patent

The following Oracle Products practice the asserted claims of the '702 patent, as exemplified by the identified source code citations and/or documentation:

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| JavaOS 1.1 (and variants, including Java PC) | class.c<br>ClassClass.java<br>ClassConstant.java<br>classinitialize.c<br>classloader.c<br>ConstantPool.java<br>DoubleValueConstant.java<br>FieldConstant.java<br>FileLoader.java<br>FMIrefConstant.java<br>InterfaceConstant.java<br>JavaOSVM.java<br>Jld.java<br>Main.java<br>MethodConstant.java<br>MultiClass.java<br>NameAndTypeConstant.java<br>SingleValueConstant.java<br>UnicodeConstant.java | John Pampuch will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '702 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '702 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| Java Card platform 2.1 and subsequent versions | PackageConverter.java<br>ClassConverter.java<br>JcConstantPool.java | John Pampuch will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '702 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| | | '702 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

### D. The '476 Patent

The following Oracle Products practice the asserted claims of the '476 patent, as exemplified by the identified source code citations and/or documentation:

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| JDK 1.2 and subsequent versions<br><br>JRE 1.2 and subsequent versions | ProtectionDomain.java<br>Permission.java<br>BasicPermission.java<br>AccessController.java<br>SecurityManager.java | Mark Reinhold will testify regarding how the identified instrumentalities practice the claim-in-suit of the '476 patent. In doing so, he will refer to the identified source code citations and documentation to explain how the identified instrumentalities practice the claim-in-suit of the '476 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. He will describe the major components of the JDK, including the Java SE class libraries and Java Virtual Machine (JVM).<br><br>Mark Reinhold will testify that the identified versions of JRE encompass the JDK and therefore practice the patented techniques of the claim-in-suit in the same way. |
| Java SE for Embedded 1.4.2_11 and subsequent versions | see above and below | Robert Vandette will testify that the identified versions of Java SE Embedded are based on Java SE and the HotSpot virtual machine sources and therefore implement the asserted claims in the same way. He will testify that some releases used the CDC virtual machine technology (known as CVM), and therefore implement the asserted claims in the same |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| | | way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| J2EE 1.2 (later called Java EE) and subsequent versions | see above | Mark Reinhold will testify that the identified versions of Java EE are bundled with Java SE and the JDK and therefore implement the asserted claims in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| Java Real Time System 1.0 and subsequent versions | see above | John Pampuch will testify that the identified versions of Java Real Time are based on JDK 1.4 and HotSpot (and subsequent versions) and therefore implement the asserted claims in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |
| CDC RI 1.0 and CDC-HI 1.0, and subsequent versions<br><br>CDC AMS 1.0, 1.0_1, and 1.0_2 (Personal Basis Profile and Personal Profile versions)<br><br>Personal Profile RI 1.0 and subsequent versions<br><br>Personal Profile HI 1.1.1<br><br>Personal Basis Profile RI 1.0 and subsequent versions | ProtectionDomain.java<br>Permission.java<br>BasicPermission.java<br>AccessController.java<br>SecurityManager.java | Noel Poore will testify that the identified versions of the listed instrumentalities are based on JDK 1.3 and 1.4, and therefore practice the patented techniques of the claim-in-suit of the '476 patent in the same way. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| Personal Basis Profile HI 1.1.1<br><br>Foundation Profile 1.0.2 and subsequent versions<br><br>CDC Toolkit 1.0 and Java ME SDK 3.0 EA and subsequent versions | | |
| Java Card connected platform 3.0 and subsequent versions | ProtectionDomain.java<br>Permission.java<br>BasicPermission.java<br>AccessController.java | John Pampuch will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '476 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '476 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

### E.     The '520 Patent

The following Oracle Products practice the asserted claims of the '520 patent, as exemplified by the identified source code citations and/or documentation:

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| CLDC HI 1.1.3 and subsequent versions<br><br>CLDC RI 1.1.1 and subsequent versions | BytecodeOptimizer.cpp<br>BytecodeOptimizer.hpp<br>Bytecodes.hpp<br>TemplateTable.cpp | Mark Reinhold will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '520 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '520 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| Java Card platform 2.1 and subsequent versions | ClinitConverter.java ClassConverter.java JcConstantPool.java | John Pampuch will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '520 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '520 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

### F. The '720 Patent

The following Oracle Products practice the asserted claims of the '720 patent, as exemplified by the identified source code citations and/or documentation:

| Identified Instrumentality | Source Code Citations / Documentation | Testifying Fact Witness And Summary |
|---|---|---|
| CDC AMS 1.0, 1.0_1, 1.0_2 (Personal Basis Profile and Personal Profile versions) | ansi_java_md.c mtask.c Warmup.java mtask.html | Erez Landau will testify in support of Oracle's contention that the identified instrumentalities practice the asserted claims of the '720 patent. He will explain the function and operation of the features of the products, with reference to source code and documentation, that implement the asserted claims of the '720 patent. He will further testify that although the identified instrumentalities have a number of releases and versions, these do not vary substantively as to the features that implement the claimed inventions. |

Dated: January 6, 2012　　　　　　　　　MICHAEL A. JACOBS
　　　　　　　　　　　　　　　　　　　　MARC DAVID PETERS
　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP

　　　　　　　　　　　　　　　　　　　　By:  /s/ Marc David Peters

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　ORACLE AMERICA, INC.

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on January 6, 2012, I served a copy of:

**ORACLE'S DISCLOSURE OF PRODUCTS PRACTICING PATENT CLAIMS**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Robert F. Perry<br>Scott T. Weingaertner<br>Bruce W. Baber<br>Mark H. Francis<br>Christopher C. Carnaval<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br><br>RPerry@kslaw.com<br>SWeingaertner@kslaw.com<br>bbaber@kslaw.com<br>mfrancis@kslaw.com<br>ccarnaval@kslaw.com<br><br>Fax:     212.556.2222 | Timothy T. Scott<br>Geoffrey M. Ezgar<br>Leo Spooner III<br>KING & SPALDING, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA  94065<br><br>TScott@kslaw.com<br>GEzgar@kslaw.com<br>LSpooner@kslaw.com<br><br>Fax:    650.590.1900 |
| Donald F. Zimmer, Jr.<br>Cheryl Z. Sabnis<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br><br>fzimmer@kslaw.com<br>csabnis@kslaw.com<br><br>Fax: 415.318.1300 | Steven Snyder<br>KING & SPALDING LLP<br>100 N. Tryon Street, Suite 3900<br>Charlotte, NC 28202<br><br>ssnyder@kslaw.com<br><br>Fax:    704.503.2622 |

| | | |
|---|---|---|
| 1 | Renny F. Hwang<br>GOOGLE INC. | Ian C. Ballon<br>Heather Meeker |
| 2 | 1600 Amphitheatre Parkway<br>Mountain View, CA  94043 | GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor |
| 3 | | East Palo Alto, CA  94303 |
| 4 | rennyhwang@google.com | ballon@gtlaw.com |
| 5 | Fax:    650.618.1806 | meekerh@gtlaw.com |
| | | Fax:    650.328.8508 |

Joseph R. Wetzel
Dana K. Powers
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, CA  94107

wetzelj@gtlaw.com
powersdk@gtlaw.com

Fax: 415.707.2010

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 6th day of January, 2012.


| Marc David Peters | /s/ Marc David Peters |
|---|---|
| (typed) | (signature) |