IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                          /

No. C 10-03561 WHA

**ORDER REGARDING COPYRIGHT ISSUES**

      To help frame copyright issues, this order requests that the parties each submit briefs regarding the main copyright liability issues at trial. In the 15-page opening briefs, please identify the remaining copyrights and the affirmative defenses for each claim of liability. Please include briefing on the burden of proof and allocation between the judge versus jury. For issues that should be resolved by the judge, please identify any underlying facts that first need to be decided by the jury. Provide authoritative citations. The opening briefs are due by **NOON ON MARCH 9, 2012**. Each party may submit ten-page responses. The response briefs are due by **NOON ON MARCH 23, 2012**. Please, no declarations or attachments.

      **IT IS SO ORDERED.**

Dated: February 1, 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE