IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING COPIES OF EXPERT REPORTS** |
| GOOGLE INC., | |
| Defendant. | |

    Oracle shall file a copy of Dr. Ian Cockburn's new damages report with the Court. Please include the full report, including all exhibits. In addition, please file any report relied on by Dr. Cockburn, including Professor Shugan's report, Professor Mitchell's report, and the engineering reports of the performance studies.

    **IT IS SO ORDERED.**

Dated: February 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE