**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING TRIAL BRIEFS** |
| GOOGLE INC., | |
| Defendant. | |

For the copyright liability trial briefs (and any subsequent briefing), please quote the relevant language verbatim in citing caselaw, statutes, and other authority. Where possible, please use block quotes of the entire paragraph and avoid parenthetical squibs. Please state whether the cited authorities have been modified or drawn into question in subsequent authorities. Always identify any contrary authority. In the reply briefs, advise where the two sides agree and identify the points of departure.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE