IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **SUPPLEMENTAL ORDER REGARDING ADDITIONAL DEPOSITIONS** |
| GOOGLE INC., | |
| Defendant. | |

All of the depositions authorized today must fit within the existing schedule.

**IT IS SO ORDERED.**

Dated: February 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE