**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 17, 2012

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

The Honorable William H. Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re:     *Oracle America, Inc. v. Google Inc.*, No. 3:10-CV-03561-WHA (N.D. Cal.)

Dear Judge Alsup:

I write in response to Google's February 15 précis letter seeking leave to file a motion for
summary judgment of invalidity of Claim 14 of U.S. Patent No. 6,192,476.

As part of its continuing effort to streamline the case for trial and make best use of the
Court's and parties' resources, Oracle has today by separate letter to Google withdrawn the
assertion of Claim 14 of the '476 patent, the only claim that is the subject of Google's précis
letter (and the only remaining asserted claim of the '476 patent).  Accordingly, Oracle
requests that the Court deny Google's request for leave as moot.

Respectfully submitted,

*/s/ Michael A. Jacobs*

Michael A. Jacobs

pa-1512877