| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188<br><br>KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second St., Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300<br><br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                    Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>                    Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF THIRD EXPERT REPORT BY IAIN COCKBURN AND EXPERT REPORT BY STEVEN SHUGAN**<br><br>Judge:    Hon. William Alsup<br><br>Date Comp. Filed:    October 27, 2010 |

I, David Zimmer, declare as follows:

1.  I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google Inc.'s Motion to Strike Portions of the Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2.  Attached hereto as **Exhibit A** are true and correct copies of excerpted pages from the rough transcript of the deposition of Dr. Iain M. Cockburn, taken February 10, 2012. The parties do not yet have the certified transcript. Google will submit excerpts from the certified transcript as soon as it is available.

3.  Attached hereto as **Exhibit B** are true and correct copies of excerpted pages from the transcript of the deposition of Dr. Mark Reinhold, taken February 15, 2012.

4.  Attached hereto as **Exhibit C** is a true and correct copy of D. Harhoff, F. Scherer & K. Vopel, *Citations, family size, opposition and the value of patent rights*, 32 Research Policy 1343 (September 2003).

5.  Attached hereto as **Exhibit D** are true and correct copies of excerpted pages from the transcript of the deposition of Dr. Steven Shugan, taken September 26, 2011.

6.  Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the January 23, 2012 hearing in *Apple, Inc. v. Motorola, Inc.*, No. 11 C 8540 (N.D. Ill.).

7.  Attached hereto as **Exhibit F** are true and correct copies of excerpted pages from the expert report of Dr. Gregory Leonard, dated October 24, 2011.

8.  Attached hereto as **Exhibit G** are true and correct copies of excerpted pages from the transcript of the deposition of Dr. Iain M. Cockburn, taken October 17, 2011.

9.  Attached hereto as **Exhibit H** are true and correct copies of excerpted pages from the rough transcript of the deposition of John Rose, taken February 15, 2012. The parties do not yet have the certified transcript. Google will submit excerpts from the certified transcript as soon as it is available.

10. Attached hereto as **Exhibit I** are true and correct copies of excerpted pages from

1  the rough transcript of the deposition of Hinkmond Wong, taken February 16, 2012. The parties
2  do not yet have the certified transcript. Google will submit excerpts from the certified transcript
3  as soon as it is available.

4        11.    Attached hereto as **Exhibit J** are true and correct copies of excerpted pages from
5  the rough transcript of the deposition of Dr. Peter Kessler, taken February 16, 2012. The parties
6  do not yet have the certified transcript. Google will submit excerpts from the certified transcript
7  as soon as it is available.

8        12.    Attached hereto as **Exhibit K** are true and correct copies of excerpted pages from
9  the rough transcript of the deposition of Christopher Plummer, taken February 16, 2012. The
10 parties do not yet have the certified transcript. Google will submit excerpts from the certified
11 transcript as soon as it is available.

13       I declare under penalty of perjury that the foregoing is true and correct and that this
14 declaration was executed at San Francisco, California on February 17, 2012.

16       By: _____
              DAVID ZIMMER

2
DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE'S MOTION TO STRIKE
CASE NO. 3:10-cv-03561-WHA