1  [counsel listed on signature page]

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **JOINT UPDATE REGARDING REEXAMINATION OF PATENTS-IN-SUIT** |
| GOOGLE INC., | |
| Defendant. | |

Oracle America, Inc. and Google Inc. jointly submit an update on the progress of the U.S. Patent and Trademark Office ("PTO") in reexamining the patents-in-suit.

On February 7, 2012, the PTO issued a final office action rejecting all of the claims of U.S. Patent No. 5,966,702 asserted by Oracle in this case. A response by Oracle is due on April 7, 2012.

On February 16, 2012, the PTO issued an Action Closing Prosecution rejecting all of the claims of U.S. Patent No. 6,910,205 asserted by Oracle in this case. A response by Oracle is due on March 19, 2012.

On February 16, 2012, the PTO issued a non-final rejection of all of the claims of U.S. Patent No. RE 38,104 asserted by Oracle in this case. A response by Oracle is due by April 16, 2012.

| | | |
|---|---|---|
| 1 | Dated: February 22, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ *Daniel P. Muino* |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 5 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 6 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 7 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 8 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

Dated: February 22, 2012                    KEKER & VAN NEST LLP

By: /s/ *Scott T. Weingaertner*

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

KEKER & VAN NEST LLP
ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant*
GOOGLE INC.

**ATTESTATION**

I, Mark H. Francis, am the ECF User whose ID and password are being used to file this **JOINT UPDATE REGARDING REEXAMINATION OF PATENTS-IN-SUIT**. In compliance with General Order 45, X.B., I hereby attest that Daniel P. Muino has concurred in this filing.

Date: February 22, 2012                             /s/ Mark H. Francis