IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER REGARDING EXPERTS' COMPENSATION**

At trial, all retained experts must be prepared to testify to the amounts that they and their firms have received in compensation and expect to receive for work they did up to the end of trial as well as the billing rate for all personnel involved. Counsel shall instruct the experts to be prepared on this subject.

Counsel are reminded that they and witnesses must keep the period from April 16 until late June available for the trial.

**IT IS SO ORDERED.**

Dated: February 23, 2012.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE