IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                        /

No. C 10-03561 WHA

**ORDER REGARDING REEXAMINATIONS**

    Based on the recently filed joint statement regarding reexaminations, the parties are requested to do the following. By **NOON ON MARCH 9**, the parties shall submit a candid discussion of the impact these rejections will have on the shape of trial. Please discuss whether in light of the track record of final rejections, it is best to delay the trial to allow the single remaining non-final reexamination to run its course.

**IT IS SO ORDERED.**

Dated: February 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE