MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO STRIKE PORTIONS OF THE SUPPLEMENTAL EXPERT REPORT OF DR. GREGORY K. LEONARD**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

1    Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of Oracle America, Inc.'s Motion to Strike Portions of the Supplemental Expert Report of Dr. Gregory K. Leonard ("Motion"), as well as exhibits A, C, D, E, G, and H to the accompanying Declaration of Beko Reblitz-Richardson, under seal.

Oracle moves to seal material on pages 5, line 26 through page 8, line 9 of the Motion, as well as Exhibits D, E, G, and H of the Richardson Declaration in support of that motion. Those materials concern Oracle's business strategy related to its acquisition of Sun Microsystems, Inc. ("Sun"), and valuation of particular assets in connection with that acquisition. (Declaration of Andrew Temkin Regarding Google, Inc.'s Administrative Motion to File Under Seal (Dkt. No. 717) And Oracle America, Inc.'s Filings Of Feb. 24, 2012 ("Temkin Declaration"), ¶¶ 15–17.) In particular, the documents concerning valuation efforts, financial analyses, and accounting documents reveal how Oracle values particular elements of an acquisition target's business, and refers to third-party accounting documents similar to those that the Court has already held should remain under seal. (*See* Dkt. Nos. 186, 203.) Exhibits D and G are highly sensitive examples of such third-party accounting documents. Disclosure of this information would cause competitive harm to Oracle. For the reasons stated in the Temkin Declaration, that material should remain under seal.

The remaining material has been designated by Google, Inc. ("Google"), not Oracle. The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (Dkt. No. 68) dictates that when material has been designated as Confidential or Highly Confidential – Attorney's Eyes Only, a party may not file it in the public record, but must seek to file it under seal pursuant to Local Rule 79-5. (December 17, 2010 Stipulated Protective Order (Docket No. 66) § 14.4.) Accordingly, Oracle seeks to file under seal those portions of the motion and declarations in support thereof referencing documents that Google has designated Confidential or Highly Confidential – Attorneys' Eyes Only. Oracle states no position as to whether disclosure of materials marked by Google as Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Google.

1

ORACLE'S ADMIN MOTION TO SEAL PORTIONS OF ITS MOTION TO STRIKE PORTIONS OF THE
SUPPLEMENTAL EXPERT REPORT OF DR. GREGORY K. LEONARD
CASE NO. CV 10-03561 WHA

Dated: February 24, 2012          BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
    Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

2

ORACLE'S ADMIN MOTION TO SEAL PORTIONS OF ITS MOTION TO STRIKE PORTIONS OF THE
SUPPLEMENTAL EXPERT REPORT OF DR. GREGORY K. LEONARD
CASE NO. CV 10-03561 WHA