MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF ORACLE AMERICA, INC.'S MOTION TO STRIKE PORTIONS OF GREGORY LEONARD'S SUPPLEMENTAL REPORT**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Beko Reblitz-Richardson, declare as follows:

1. I am an associate with the law firm of Boies, Schiller & Flexner LLP, attorneys for plaintiff Oracle America, Inc. in the above captioned matter, and admitted to practice before this Court.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the supplemental expert report of Dr. Gregory K. Leonard, served by Google, Inc. on February 17, 2012.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the February 10, 2012 deposition transcript of Iain M. Cockburn, Ph.D.

5. Attached hereto as Exhibit C is a true and correct copy of a worksheet included in an Excel file produced by Google as part of the backup for Dr. Leonard's supplemental report.

6. Attached hereto as Exhibit D is a true and correct copy of the first page and the three pages cited by Dr. Leonard from a document produced by Oracle in this case bearing production numbers OAGOOGLE0100030742-1130, which is dated April 19, 2010.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the July 28, 2011 deposition transcript of Douglas Kehring.

8. Attached hereto as Exhibit F is a true and correct copy of the April 21, 2009 article titled "Oracle takes on tech titans with Sun purchase," published in the San Francisco Chronicle and downloaded from http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/04/20/BA9O175I0L.DTL.

9. Attached hereto as Exhibit G is a true and correct copy of a document produced by Oracle in this case bearing production numbers OAGOOGLE0100167763-788, which is a March 16, 2009 draft presentation by Credit Suisse.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts from the July 29, 2011 deposition transcript of Edward Screven.

1   I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2   was executed on February 24th, 2012 at Oakland, California.

Dated: February 24, 2012                    BOIES, SCHILLER & FLEXNER LLP

By:  */s/ Beko Richardson*
       Beko Richardson

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Mr. Reblitz-Richardson's concurrence to file this document on his behalf.

Dated: February 24, 2012                    BOIES, SCHILLER & FLEXNER LLP

                                            By:  */s/ Steven C. Holtzman*
                                                    Steven C. Holtzman

                                            *Attorneys for Plaintiff*
                                            ORACLE AMERICA, INC.

3
RICHARDSON DECLARATION ISO ORACLE'S MOTION TO STRIKE PORTIONS OF LEONARD REPORT
CASE NO. CV 10-03561 WHA