# EXHIBIT A

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER