# EXHIBIT B

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   _____
 6   Oracle America, Inc.
 7
 8   v.                      Case No. 3:10-cv-03561 WHA
 9   Google Inc.
10   _____
11
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
12        Video Deposition of Iain M. Cockburn, Ph.D.
13               Friday, February 10, 2012
14                    Analysis Group
15          111 Huntington Avenue - 10th Floor
16             Boston, Massachusetts 02199
17
18
19
20   ----------  J. Edward Varallo, RMR, CRR  ----------
21
22
23
24
25   Pages 1 - 178
                                              Page 1
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1  literature trying to come up with ways in which you
2  can easily attach a value to or a relative value or
3  a ranking of patents based upon things which are
4  relatively straightforward to do for large numbers
5  of patents and don't require the concerted effort of
6  a highly qualified individual like Dr. Reinhold.
7         One of the things that people have looked
8  to is the potential for citations to be a proxy for
9  a correlate to the value of patents.
10     Q.   Does the literature show that there is a
11 correlation between the value of a patent and the
12 number of times it is cited in subsequent patents?
13         MR. NORTON:  Objection to form.
14     A.   Most people's reading of the literature,
15 including mine, I think, would be that these studies
16 have shown that there is a correlation.  It's not
17 trivial but neither is it particularly strong.  We
18 call them the forward citations often, that is to
19 say, these citations received by the focal patent,
20 which means that it's been listed as prior art on
21 subsequently issued patents.  If you count those up
22 in circumstances where it's meaningful to do so and
23 make adjustments where necessary, you will find
24 often that that measure will correlate with other
25 things.  The Harhoff paper I've cited here is one of

Veritext National Deposition & Litigation Services
866 299-5127

```
 1    many which have looked at these citation metrics or
 2    other indicators of value and tried to establish a
 3    correlation between that and economic indicia of
 4    value.
 5              I wrote my Ph.D. thesis back in the mid
 6    '80s, was focused on this topic.
 7         Q.   You didn't engage in any citation-based
 8    patent valuation in preparing the February 2012
 9    report.  Correct?
10         A.   No.  I considered it.  Considered it quite
11    carefully and did not do it for a couple of reasons.
12    One is a purely practical one, which is most of the
13    patents in this portfolio are relatively young and
14    that means that not enough patents have been issued
15    subsequently to be able to have the possibility of
16    citing these patents, especially once you take into
17    account lags between application and issuance and so
18    forth.
19              So a recent cohort of patents is going to
20    be one which is very difficult to assess using
21    citation analysis just because, if you like, the
22    signal-to-noise ratio buried in the number of
23    citations that a patent attracts is not favorable.
24    So that's a practical problem.
25              More generally there's the question of,
```

Page 113

1      are these citation types of measures particularly
2      useful at discriminating at the level of individual
3      patents?  Where they have been shown to be useful,
4      generally speaking, is in the context of statistical
5      studies with very large sample sizes where much of
6      the noise, if you like, can come out in the wash or
7      you have sufficient numbers of observations and
8      statistical power to use the kinds of methodologies
9      which will apply appropriate adjustments so that you
10     can meaningfully compare one patent to another.
11              Those are the circumstances under which I
12     think citation analysis stands a chance of working
13     reliably.  They don't apply here.
14        Q.   So if we could take a look at Exhibit 517,
15     which is the exhibits to your report, and flip to
16     Exhibit 34, and with Exhibit 34 there are three
17     charts, Exhibits 34A through 34C, which show a
18     distribution of the PatVal, Harhoff and Barney
19     studies and then a truncated Pareto distribution.
20        A.   Yes.
21        Q.   Have you done any statistical tests on the
22     Pareto distribution in the three studies?
23              MR. NORTON:  Objection to form.
24        A.   What do you mean?
25        Q.   Well, have you done anything to test the

Page 114

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    We are going off the record.  This is the end of
 2    tape 4 and the end of the deposition of Dr. Iain
 3    Cockburn.
 4              (Deposition concluded at 3:40 p.m.)
 5
 6
 7
 8
 9
10
11
12
13      _____
14               WITNESS
15
16
17
18
19
20
21
22
23
24
25
```

Page 177

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              COURT REPORTER'S CERTIFICATE
 2              I, J. Edward Varallo, RMR, CRR, Registered
 3   Professional Reporter and Notary Public in the
 4   Commonwealth of Massachusetts (my commission expires
 5   12/24/2015), hereby certify that the deposition of
 6   Iain M. Cockburn, Ph.D. taken on February 10, 2012,
 7   in the matter of Oracle America, Inc. v. Google Inc.
 8   was recorded by me stenographically and transcribed;
 9   that before being sworn by me, the deponent provided
10   satisfactory evidence of identification as required
11   by Executive Order 455 (03-13) of the Governor.
12              I certify that the deposition transcript
13   produced by me is true and accurate to the best of
14   my ability.
15              I certify further that I am not counsel,
16   attorney, or relative of any party litigant, and
17   have no interest, financial or otherwise, in the
18   outcome of this suit.
19
20
21
22                                   _____
23
24   DATED:  2/20/2012                    J. Edward Varallo
25
                                                          178
```