# EXHIBIT C

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER