# EXHIBIT D

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER