# EXHIBIT F

advertisement | your ad here

home of the

Subscribe to the weekend Chronicle

Search SFGate Web Search by YAHOO! Businesses | Advanced

# Oracle takes on tech titans with Sun purchase

Deborah Gage, Chronicle Staff Writer
Tuesday, April 21, 2009

PRINT E-MAIL SHARE COMMENTS (61) FONT | SIZE:

Paul Sakuma / AP
Oracle CEO Larry Ellison calls Sun Microsystems' Java "the single most important software asset we have ever acquired."

0
Tweet
0
share
0

**(04-20) 11:37 PDT REDWOOD SHORES** -- In a dramatic move that surprised nearly everybody, Oracle said Monday it would acquire Sun Microsystems for $7.4 billion.

The deal will reshape the technology industry, turning Oracle, until now a maker of databases and other software, into a hardware company that will compete with Hewlett-Packard, IBM and Cisco in the multibillion-dollar market for data centers, where companies store and retrieve information over the Internet rather than keeping it on computers inside their walls.

IMAGES

View Larger Images

MORE BUSINESS
Obama: GOP pitching ideas that have not worked 02.23.12
Figures on government spending and debt 02.23.12
Accountant: Stanford's bank properly audited 02.23.12

It also snatches Sun away from IBM, which reportedly had been negotiating to buy Sun for the past several weeks. IBM had no comment on the deal.

"There's a lot of pride in Silicon Valley, and when you walked around the halls (of Sun and Oracle) during the potential IBM transaction, there was some agitation about East Coasters coming in, wondering, 'Will we have to wear suits and

ties?' " said Eric Openshaw, U.S. technology leader of Deloitte, which does business with Sun and other local technology companies.

Sun is the latest, although not the largest, in a long line of companies that Oracle has swallowed since 2005 when it began to drive consolidation in the software industry, eliminating thousands of high-tech jobs.

Its targets have included Silicon Valley software giants BEA, Siebel and PeopleSoft, as well as small software companies targeted at specific industries.

## Many customers in common

Neither Sun nor Oracle is taking questions on the deal, which is expected to close this summer if shareholders approve, but the two share thousands of corporate customers that run Sun servers and Sun's Solaris operating system underneath Oracle databases and middleware.

Oracle could deliver ready-to-run servers for certain industries, such as retail and banking, Oracle President Charles Phillips said in a conference call with financial analysts. The company will cut costs by tuning Sun systems to run Oracle and Sun software so that the entire software and hardware stack performs better, with less downtime, he said.

Oracle is assuming, based on non-GAAP, or Generally Accepted Accounting Principles, that Sun will add $1.5 billion in operating profit to Oracle in the first year, increasing to $2 billion in the second year, said Oracle's other president, Safra Catz. That amount is more profit than what Oracle had expected to get from its acquisitions of BEA, PeopleSoft and Siebel combined.

"Java runs on hundreds of millions of computers, cell phones and even DVDs, and Oracle's fusion middleware is based entirely on Sun Java," said Oracle CEO Larry Ellison. "Java is the single most important software asset we have ever acquired."

Sun's Java programming language, which Sun's James Gosling created in the early 1990s as a way to write software applications that could run independently of their underlying hardware and software - "write once, run anywhere" - is one of the computer industry's most important innovations.

Gosling was treated like a rock star when Sun introduced Java, receiving standing ovations when he spoke to developers. Both Oracle and IBM rely heavily on Java today.

But in addition to concerns about the antitrust aspects of an IBM-Sun deal - the two would have dominated the Unix server market - there were questions about how well Sun employees would fit into IBM's buttoned-down culture.

## Not much overlap in firms

Sun and Oracle don't have nearly as much overlap in their products, and the companies have worked closely together over the years. Ellison and Sun Chairman Scott McNealy were buddies and would appear together at industry events during the dot-com boom, when Oracle and Sun, along with Cisco and EMC, were known as the "four horsemen" of the dot-com era because so many Internet startups bought their products.

While Oracle, Cisco and EMC all pulled through the bust that followed, Sun struggled, despite its record as a technology innovator. Its acquisition by Oracle is a bittersweet end.

Sun was a bargain for Oracle - said Bob Gill, managing director of servers at the InfoPro - when you figure in Sun's cash and debt, the deal is valued at $5.6 billion, which is less than what Oracle paid for BEA and PeopleSoft when no hardware was included. Oracle is buying Sun for $9.50 per share.

Sun's shares rose nearly 37 percent to close at $9.15 on Monday, while shares in IBM and Oracle fell slightly. Oracle's closed at $18.82, down 1.26 percent, and IBM's closed at $100.43, a drop of nearly 1 percent.

**In Business:** Sun's demise illustrates how great ideas get copied in an era of relentless change. **C1**

## The players

**ORACLE**

**Founded:** 1977 by Larry Ellison and two other programmers, Bob Miner and Edward Oates. Their first product was inspired by IBM's database software research in San Jose.

**CEO:** Larry Ellison.

**Employees:** 86,000.

**Earnings:** Sales of $24.6 billion and profit of $5.7 billion over past four quarters.

**SUN MICROSYSTEMS**

**Founded:** 1982. Began selling workstations that offered high-performance computing power for scientists, software developers and other researchers.

CEO: Jonathan Schwartz.

**Employees:** 33,556.

**Earnings:** Sales of $13.3 billion and a loss of $1.9 billion over the past four quarters.

Source: Associated Press

*E-mail Deborah Gage at dgage@sfchronicle.com.*

*This article appeared on page **A - 1** of the San Francisco Chronicle*

PRINT
E-MAIL
SHARE
0
Tweet
0
0
share
We Recommend
Boeing says it's frustrated with Dreamliner glitch
Boeing Apache Fights Tiger in $10 Billion Asian Chopper Contest
Gamestop to J.C. Penney Shut Facebook Stores: Retail
Company sues Apple over iPad name in Shanghai
Dow Jones hits 13,000 but stocks can't hold gains
Santorum's Senate Clashes Raise Ex-Colleagues' Leadership Doubts
From Around the Web
[What's this?]
Unthinkable Poised to Happen on Wall Street. See Disturbing Charts. (Moneynews)
FBI warns of new banking scam (Bankrate.com)
Video: Massive shifts in the geopolitical landscape in 2012 (Merrill Lynch: Wealth Management)
Seven Ways to Keep Angry Customers (Like Me) Happy (Entrepreneur.com)
Why Does My Dog... Stare at Me? (Vetstreet)
San Francisco Chronicle
Subscribe to the San Francisco Chronicle and receive access to the Chronicle for iPad App and a gift:
Sunday + a $15 gift card
Fri-Sun + a $15 gift card
Mon-Sun + a $25 gift card
Select an offer

Add Your Comment

New to the site?

To use commenting, you need to sign up.

Register

Already a member?

Please log in. (Forgot Password?)

Username

Password

Remember Me Sign In

View Comments (61)

Oracle takes on tech titans with Sun purchase Page 5 of 5

February heats up, records could fall

Pope takes up tweeting for Lent

Pelosi urges Dems to go on 'Colbert'

Dog has his day at SFPD

Top-floor TIC in Pacific Heights

Ads by Yahoo!

**Credit Agencies Hate Him**
Man Adds 126 Points To His Credit Score Using This 1 Easy Tip.
(www.secretsofyourcreditscore.com)

**2011 Prom Gowns & Dresses**
Buy 2011 Prom Dresses at Low Price Safe, Fast Checkout & Fast Shipping
(PromGowns4Less.com/2011DressesGowns)

**Find the Car You Want**
Choose a Car from Millions of Listings - New, Used or Certified.
(AutoTrader.com)

Home News Sports Business Entertainment Food Living Travel Shopping Find Bay Area Jobs Real Estate Cars

**Company Info:** Contact Us Hearst Corp. Privacy Policy Terms and Conditions Work for Us Chronicle in Education Ever
**Advertising Services:** Advertise with us Place a Classified About Our Ads Public Notices Local Businesses: Business Direc
**Reader Services:** Home Delivery Subscribers iPad E-Edition Mobile RSS Feeds Newsletters Feedback Buy Photos
**Local Services:** Air Conditioning Contractors Car Dealerships Cleaning Services Family Doctors Furniture Stores Injury Estate Agents Real Estate Attorneys

© 2012 Hearst Communications Inc.

http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/04/20/BA9O175I0L.DTL 2/23/2012