# EXHIBIT G

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER