# EXHIBIT H

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER