MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO STRIK PORTIONS OF THE SUPPLEMENTAL EXPERT REPORT OF DR. ALAN J. COX**<br><br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

1   This matter came before the Court in Oracle America, Inc.'s Administrative Motion to File
2  Under Seal portions of Oracle's motion to strike portions of the supplemental expert report of Dr. Alan
3  J. Cox.  Based on the arguments presented in the administrative motion, the Declaration of Andrew
4  Temkin in support of the administrative motion, and any other relevant matter, the Court hereby
5  **GRANTS** the motion as to Oracle confidential material.   The Oracle confidential material reflected on
6  page 3–4 and 12 of the Motion to Strike Portions of the Supplemental Expert Report of Dr. Alan J. Cox
7  shall remain under seal.

    IT IS SO ORDERED.

Dated:_____           _____

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF IT'S
MOTION TO STRIKE PORTIONS OF THE SUPPLEMENTAL EXPERT REPORT OF DR. ALAN J. COX
CASE NO. CV 10-03561 WHA