1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
   ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
11 575 Lexington Avenue, 7th Floor, New York, NY 10022
   Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway, Redwood City, CA  94065
   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114
17
18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

19                **UNITED STATES DISTRICT COURT**

20              **NORTHERN DISTRICT OF CALIFORNIA**

21                 **SAN FRANCISCO DIVISION**

22 ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

23              Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                           ORACLE AMERICA, INC.'S
24       v.                                ADMINISTRATIVE MOTION TO FILE
                                           UNDER SEAL PORTIONS OF ITS
25 GOOGLE, INC.                            OPPOSITION TO GOOGLE, INC.'S
                                           MOTION TO STRIKE**
26
              Defendant.                   Dept.:  Courtroom 9, 19th Floor
27                                         Judge:  Honorable William H. Alsup

28

1    This matter came before the Court in Oracle America, Inc.'s Administrative Motion to File

2  Under Seal portions of Oracle's opposition to Google's motion to strike portions of Dr. Cockburn's

3  Expert Report.  Based on the arguments presented in the Declaration of Andrew Temkin  in support of

4  the administrative motion, and any other relevant matter, the Court hereby **GRANTS** the motion as to

5  Oracle confidential material.  The Oracle confidential material shall remain under seal.

6

7    IT IS SO ORDERED.

8

9  Dated:_____                    _____

10                                                             WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER
SEAL ITS OPPOSITION TO GOOGLE'S MOTION TO STRIKE
CASE NO. CV 10-03561 WHA