MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
FRED NORTON (Bar No, 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF FRED NORTON IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE, INC.'S DAUBERT MOTION** |
| v. | |
| GOOGLE, INC. | Dept.: Courtroom 9, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

I, FRED NORTON, declare as follows:

1. I am a partner with the law firm of Boies, Schiller & Flexner LLP, attorneys for plaintiff Oracle America, Inc. in the above captioned matter, and admitted to practice before this Court.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of a document titled Declaration of Jonathan D. Putnam In Support of AU Optronics Corporation's Reply Brief In Support of Its Motion For Permanent Injunction, *LG Display Co., Ltd. v. AU Optronics Corp., et. al.*, C.A. No. 06-726-JJF, C.A. No. 07-357-JJF, C.A. No. 08-355-JJF, (D. Del.), Dkt. No. 1588, dated as filed August 17, 2010.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Iain M. Cockburn, taken on February 10, 2012.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of a document titled Order on Motions in Limine, *Medical Instrumentation & Diagnostics Corp. v. Elekta AB*, *et al*., No. 97-CV-2271 (S.D. Cal.), Dkt. No. 464, dated January 10, 2002.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Peter Kessler, taken on February 16, 2012.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the deposition of Chris Plummer, taken on February 16, 2012.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript of the deposition of Mark Reinhold, taken on February 15, 2012.

9. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the transcript of the deposition of John Rose, taken on February 15, 2012.

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the transcript of the deposition of Hinkmond Wong, taken on February 16, 2012.

11. Attached hereto as **Exhibit H** is a true and correct copy of "A Better Consumer Survey for Better Damages," IP Value Commentator (April 2003), http://www.nera.com/extImage/5958.pdf by Dr. Alan J. Cox.

1     12.  Attached hereto as **Exhibit H** is a true and correct copy of Survey Techniques for Rigorous Measurement of Damages in Trade Dress Confusion Cases, NERA (Jan. 8, 2007), http://www.nera.com/67_4876.htm by Dr. Alan J. Cox and & Louis Guth.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 24, 2012 at Oakland, California.

By: */s/ Fred Norton*  
Fred Norton

2

DECLARATION OF FRED NORTON ISO ORACLE'S OPPOSITION TO GOOGLE'S DAUBERT MOTION  
CASE NO. CV 10-03561 WHA

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Fred Norton's concurrence to file this document on his behalf.

Dated: February 24, 2012							BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
      Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.