# EXHIBIT H

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4                       ---o0o---

5

6    ORACLE AMERICA, INC.,           )

7           Plaintiff,               )

8      vs.                           )   No. CV 10-03561 WHA

9    GOOGLE, INC.,                   )

10          Defendant.               )

11    _____)

12

13

14

15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16       VIDEOTAPED DEPOSITION OF HINKMOND WONG

17            THURSDAY, FEBRUARY 16, 2012

18

19

20

21

22

23

24

25    PAGES 1 - 161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 13

1      Q.  I'm sorry.

2          After you finished with Toshiba MRI -- thank

3   you for the correction -- in 1994, what was your next

4   position?

5      A.  My next position was a software engineer at     09:53

6   Sun Microsystems, Inc.

7      Q.  When did you start there?

8      A.  I started in November of 1994.

9      Q.  And what was your first position with

10  Sun Microsystems, Inc.?                                09:53

11     A.  My first position, I believe, was staff

12  engineer.

13     Q.  Did there come a time that your title

14  changed?

15     A.  Yes.                                            09:53

16     Q.  When was that?

17     A.  That I don't remember.

18     Q.  What was your next title?

19     A.  My next title was senior staff engineer.

20     Q.  And approximately when did you obtain that      09:53

21  title?

22     A.  I don't remember.

23     Q.  Did you have another title after that?

24     A.  You know, I'm going to correct myself.

25  I believe I first started in November 1994 as member   09:54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 15

1      A.   My new title is consulting member of

2   technical staff.

3      Q.   When did you obtain that title?

4      A.   I obtained that title in August or September

5   of 2011.                                                09:55

6      Q.   And that's your current title today?

7      A.   Yes.

8      Q.   Do you know why you obtained that promotion?

9           MR. NORTON:  Objection to form.

10           THE WITNESS:  Is there something specific in    09:56

11   your question that you wanted to ask?

12   BY MR. PAIGE:

13      Q.   I'm just wondering if a reason was given to

14   you for your promotion.

15      A.   There were many reasons.                        09:56

16      Q.   What were they?

17      A.   My participation in different technical

18   projects.  My background in mobile programming and

19   Java ME, which is the Java Micro Edition.  My

20   participation, also, in releases and products that     09:56

21   were shipped.  My ability to analyze and to -- analyze

22   different technologies and consult and advise on those

23   technologies.  And there might have been several other

24   reasons, working with others, that were more

25   human resource-related.                                09:57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 16

1      Q.   Okay.   So you program in Java?

2      A.   Yes.

3      Q.   How long have you been programming in Java?

4      A.   Since -- since about 1997 or 1998.

5      Q.   What did you start off programming when you       09:57

6   started using the Java programming language?

7      A.   Can you repeat the question?

8      Q.   Sure.   When you started using the Java

9   programming language, what was your first project?

10     A.   I'm trying to recall.                             09:57

11          I believe my first project when I started

12   programming in Java was the HotJava browser -- I'm

13   sorry -- the HotJava applications project.

14     Q.   And what was that project?

15     A.   That project was a desktop for computers          09:58

16   written in Java and run on a Java Virtual Machine.

17     Q.   What was your next project on Java, if you

18   recall?

19     A.   I believe --

20          MR. NORTON:   Objection to form.                  09:58

21          Go ahead and answer the question.

22          THE WITNESS:   My next project, from what I

23   remember, was the embedded Java and PersonalJava

24   projects.

25   BY MR. PAIGE:                                            09:58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 17

1      Q.   And what did those projects involve?

2      A.   Those projects involved programming,

3  designing, implementation, and architecture of Java

4  technologies for small devices, mobile devices,

5  embedded devices.                                    09:59

6      Q.   And when did you take part in that project?

7      A.   To my best recollection, I took part in that

8  project from approximately 1997 or late 1997 until --

9  I'm not sure exactly when the project ended and other

10  projects I was working on continued as my main         09:59

11  project, but somewhere around 1999, I believe.

12      Q.   Okay.  What was your next project after that?

13      A.   My next project was PersonalJava.  And I

14  believe that was -- Java 2 Micro Edition started then,

15  also.                                                 10:00

16      Q.   And when was this?

17      A.   Somewhere around 1999.

18      Q.   And for how long did you stay on that

19  project?

20      A.   That project has continued and kept going as   10:00

21  the Java Micro Edition project.  Instead of "J2ME,"

22  it was called Java ME, or Java Micro Edition.

23      Q.   So are you still working on that project?

24      A.   I continue to work on some sustaining parts

25  of that project.  So the project continues, but then   10:00

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 23

1      A.  Yes.  During the time with Sun and Oracle,

2  I've had consultants reporting to me in a task-related

3  function where I would assign and review their tasks

4  and, as a group, lead them in the set of tasks we had.

5  And they did not report to me in terms of a human          10:08

6  resource organizational chart, but in terms of the

7  projects, they reported to me.

8      Q.  Who were these consultants?

9      A.  I don't remember their names.

10     Q.  For whom did they work?                             10:08

11     A.  They worked for various contract houses for

12  Sun Microsystems.

13     Q.  When you say "contract houses," what do you

14  mean?

15     A.  Sun Microsystems had contractors -- preferred       10:08

16  contractors that were the only software programmer

17  contractors that we could hire on a contract basis,

18  and they worked for the preferred contract houses that

19  were the official contractors that were able to be

20  hired by Sun Microsystems.                                 10:09

21     Q.  Okay.  Are you familiar with the Android

22  system that's at issue in this case?

23     A.  Yes, I am.

24     Q.  When did you first learn of Android?

25     A.  I first learned -- and this is -- is the            10:09

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

1    question when I first heard about the technology or

2    read about the technology, just to clarify?

3        Q.   Yes.

4        A.   I first heard about the technology

5    approximately in 2006.                                    10:09

6        Q.   How did you hear of it in 2006?

7        A.   It was part of project negotiations and a

8    potential license negotiation between Google and

9    Sun Microsystems.

10       Q.   Were you involved in those negotiations?       10:09

11       A.   Yes, I was.

12       Q.   How were you involved in those negotiations?

13

                                                              10:10

21

24

                                                              10:11

Page 25



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 39

1      A.   A publicly released version?   That's a

2  complicated question, because there was the Android

3  SDK, which has Android technology in it, that was

4  released early, before any Android phone was released.

5  That was part of open-source software that was            10:30

6  downloadable in -- I believe it was in 2007, somewhere

7  around there.

8      Q.   Okay.   When did you first see a released

9  Android phone?

10      A.   A released Android phone, I don't recall.       10:30

11  It was after the Android SDK.   I don't recall

12  specifically the date.

13

20

10:31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 64

1              MR. NORTON:  Object to the form.

2              THE WITNESS:  I don't remember.

3   BY MR. PAIGE:

4       Q.  Okay.  Now, you were asked to perform certain

5   tasks for Mark Reinhold related to this case; correct?   11:15

6       A.  That is correct.

7       Q.  When were you first asked to do these tasks?

8       A.  I believe -- I'm not great with dates -- that

9   it was about three weeks ago, I was asked to perform

10  these tasks.                                            11:15

11      Q.  Okay.  And what tasks were you asked to

12  perform?

13      A.  I was asked to perform, in general, a patent

14  portfolio analysis and ranking as it pertained to --

15  with technical analysis, not anything else -- as it     11:16

16  pertained to the Google negotiations of 2006.

17      Q.  Okay.  And what specifically were you asked

18  to do in terms of a patent portfolio analysis?

19      A.  For the patent portfolio analysis, I was

20  asked -- with my expertise in Java ME, which is Java    11:16

21  Micro Edition, meant for smartphones, meant for mobile

22  devices, my background in creating technology --

23  creating issue patents for Java ME and Java technology

24  in general, my dealings with the Java community

25  process on standards bodies and creating              11:16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 65

1    specifications for Java, my experience with

2    negotiations, sitting in on a meeting with Google and

3    talking to Andy Rubin and negotiating with the Google

4    engineers on what we had in terms of our stack and our

5    technology -- to help provide information to                11:16

6    Dr. Reinhold in his final report about our patent

7    portfolio as it applied to the 2006 negotiations with

8    Google.

9         Q.  Okay.  Over what period of time did your work

10   take place?                                                 11:17

11        A.  I believe it was a two-week period, starting

12   about three weeks ago.  Again, I'm not great with

13   dates, so...

14        Q.  Were you doing this full-time or did you have

15   other responsibilities during this period?                 11:17

16        A.  I had other responsibilities; however,

17   I was -- this is under legal guidance, under legal

18   directive, that I was told that this was the highest

19   priority, and I made it the number-one priority during

20   that time.                                                 11:17

21        Q.  Okay.  For those two weeks?

22        A.  For those two weeks, yes.

23        Q.  Approximately how many hours did you spend on

24   this project in those two weeks?

25        A.  Ooh.  Approximately -- we even worked over      11:17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

1    e-mail on weekends, so there is -- there is a -- about

2    10 days, six to eight hours.  Anywhere between --

3    anywhere between approximately 50 to 60 hours for

4    myself only, not for the other team members, because I

5    know Dr. Reinhold worked much, much longer hours over      11:18

6    the weekend than I did at some point.

7        Q.   Okay.  When you say "we did this over e-mail

8    on the weekends," do you mean you sent e-mail to and

9    from one another?

10       A.   No.  There was -- you know, I'm not sure if      11:18

11   I'm remembering this right.  I think we worked on our

12   spreadsheets individually at some point during the

13   night during the week, and I think Dr. Reinhold and

14   Mr. Rose worked on their spreadsheets over the

15   weekend.  Now that I think about it, I don't recall      11:19

16   e-mails going back and forth.

17       Q.   Okay.  What tasks did you -- were you

18   assigned?

19       A.   What tasks was I assigned?  In general, as

20   I've stated, the task was to -- as my background in      11:19

21   Java ME and as my background as an engineer and as a

22   Java architect in terms of providing Java technology

23   for smartphones pertained and as my experience with

24   the Google negotiations, sitting in on that meeting

25   and talking to Andy Rubin, reading his product      11:19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 67

1    requirement and understanding the background behind

2    the request back in 2006, I would provide information

3    and my technical opinion on the rankings and the

4    technical merits of our patent portfolio and provide

5    that information within our group in discussion and in    11:20

6    consensus building on that ranking to Dr. Reinhold.

7         Q.   Okay.  What was the first step in doing that?

8         A.   The first step in doing that was going over

9    a -- any of the documents that related to the Google

10   negotiation back in 2006 and trying to understand what    11:20

11   was the original request coming from Google and what

12   they wanted from Sun Microsystems at the time in terms

13   of their technology for their Android phone.  We

14   called that project "Armstrong" on our side, and

15   that's the project that Vineet Gupta was working on    11:21

16   as the sales opportunity to Google.

17        Q.   And what did you do to understand those

18   requirements?

19        A.   Under legal directive, we -- we were able to

20   review documents that were produced from Google that    11:21

21   included the product requirements document, and also

22   we reviewed the project plan that Vivian Wong provided

23   to -- to our director at the time, Mark Fulks, to

24   understand the effort that would be estimated to

25   provide and release to Google in terms of what Java    11:21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 69

1    take and how many engineers would be required for

2    purposes of this report?

3         A.   For this report, no.

4         Q.   Yes, what did you do for this report?

5         A.   For this report, from that project plan we        11:23

6    were able to -- and from other documents, we were able

7    to determine what we were trying to deliver to Google

8    in terms of Java technology, and from that idea of

9    what Google was requiring and requesting and what we

10   were trying to deliver as part of the project plan and   11:23

11   the effort estimates, we determined which of our

12   patents in the patent portfolio were important -- of

13   technical importance for Google.

14        Q.   And how did you do that?

15        A.   That's a broad question.  But with our          11:23

16   background, each individual background we brought to

17   the table, we had various perspectives on what makes

18   a -- a good Java technology stack meant for a

19   smartphone.  With that experience and knowledge and

20   background, each engineer was able to provide           11:24

21   discussion points and be able to use their background

22   in understanding the requirements for a Java Virtual

23   Machine, for Java specifications, and for Java -- for

24   performance and for things like size, the footprint

25   size, and for things such as security, what would be    11:24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 70

1    of technical merit.

2          And with that as the guidance and with that

3    in our minds, we helped go through our patent

4    portfolio, deciding which ones were of most value and

5    which ones were of substantial value and which ones          11:24

6    fell among that ranking in our patent portfolio.

7       Q.   Did you have a particular area of patents

8    that you looked at?

9       A.   After -- after going through the requirements

10   and understanding the documents from during that time        11:25

11   in 2006, we -- we -- well, George Simion, our attorney

12   at Oracle, was able to search for and find

13   Java-related patents from the time when the

14   negotiations -- being submitted during the time of the

15   negotiations with Google.  And from that, there were         11:25

16   several spreadsheets, lists of patents in our patent

17   portfolio that we were as a group going to go through

18   and see which technology groups -- I should back up

19   here.

20          We decided which technology groups               11:26

21   represented or which blocks represented the

22   requirements and the requests of Google.  Those

23   technology blocks represented areas of Java technology

24   stack that would be very important to match with what

25   they requested.  And from those technology blocks,          11:26

Page 98

1          MR. NORTON:  Objection to form.

2          THE WITNESS:  Again, I don't -- I don't know.

3   BY MR. PAIGE:

4      Q.  Was it five? ten?

5      A.  It was probably less than five.          12:04

6      Q.  Okay.  So fewer than five patents, you spent

7   30 minutes on.  Is that it?

8          MR. NORTON:  Objection to form.

9          THE WITNESS:  Given -- given that we spent

10  time covering all of the patents, then there was no          12:04

11  patent that we covered more than 30 minutes

12  individually.

13  BY MR. PAIGE:

14     Q.  When you were deciding the scale of 1 to 3 to

15  rank these six patents --          12:04

16     A.  Yes.

17     Q.  -- did you draw on the past work you had done

18  to perform that evaluation of 1 to 3?

19     A.  On the past work that I have done?

20     Q.  Yes.          12:04

21     A.  So that means for the patent analysis?

22     Q.  Yes.

23     A.  I -- I had that knowledge, but I couldn't

24  find that, so that I used mainly -- what the goal of

25  the project was at hand was to match what Google had          12:04

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 99

1  requested and required in 2006 during the business

2  negotiation.  That was foremost on my mind and my

3  focus when rating the 1-through-3 scale --

4      Q.  Okay.

5      A.  -- for the patents.                          12:05

6      Q.  And I hear you saying "mainly" and "mostly."

7      A.  Right.

8      Q.  I want to know if you used any of the past

9  analysis that you had done when evaluating these on a

10  1 to 3 scale for purposes of this project.           12:05

11     A.  No, not consciously.

12     Q.  What do you mean by "not consciously"?

13     A.  Of course I had the knowledge of doing

14  analysis, but I made sure to confine my bias and

15  confine my focus when I'm doing the rating to just the  12:05

16  goal at hand, which is to match what Google had

17  requested in 2006.

18     Q.  When you say "confine my bias," what do you

19  mean by "bias"?

20     A.  Well, whatever information I had from the     12:05

21  patent analysis.

22     Q.  How was that a bias?

23     A.  Actually, maybe it's not bias.  It's more of

24  knowledge, whatever my knowledge was from 2006.

25     Q.  Okay.  So you chose not to take into account  12:06

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 100

1    information that you had about those patents in

2    carrying out this analysis; is that right?

3        A.  I chose to make it first and foremost about

4    what Google had requested and required in 2006 in the

5    business negotiations.                              12:06

6        Q.  But did you use the information you had

7    learned from past analysis in order to rank these

8    1 through 3?

9        A.  Not to my knowledge.

10       Q.  What do you mean, "not to your knowledge"?   12:06

11       A.  Of course it was in my brain, so all that

12   experience of the patent analysis was in my brain, but

13   I confined that so -- I confined that so that I

14   focused only on the task at hand, which was the --

15   qualifying that as what Google had requested for a     12:06

16   smartphone for what we were doing in business

17   negotiations during 2006.

18       Q.  Did you have any writings memorializing your

19   analysis of those six patents?

20       A.  Did I have any writings?                      12:06

21           MR. NORTON:  Objection to form.

22           THE WITNESS:  So, personally, it wasn't my

23   writings, but -- well, that's privileged information,

24   but I don't -- I don't know if we -- I can give that?

25           MR. NORTON:  Can I help a little bit?         12:07

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 103

1     Q.  Okay.  And you chose to ignore that knowledge

2  for purposes of ranking these patents; right?

3     A.  Yes, that is correct.

4     Q.  Okay.  Why did you choose to ignore your past

5  work on these patents for purposes of this project?    12:09

6     A.  That was not part of this project.  Part of

7  this project was not patent analysis for litigation.

8  This was for analysis of how appropriate these patents

9  were for smartphone.  So this was a totally different

10  task than what we did in 2007, in 2010.     12:09

11     Q.  Okay.  Now, when you initially reviewed these

12  patents, these 200 to 300 in the group that you had

13  here --

14     A.  Yes.

15     Q.  -- what did you do to rank them?     12:09

16     MR. NORTON:  Objection to form.

17     THE WITNESS:  I believe I answered that also

18  before.  I took a look at the abstract to see if I

19  understood what the patent was, and if not, then I

20  referred to the description for a better     12:09

21  understanding, and then finally the claims in the

22  actual patent itself to clarify any of the other

23  details.

24  BY MR. PAIGE:

25     Q.  What was the process you ended up using to --  12:10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 145

1        A.   In addition to myself, the engineers involved

2    were Dr. Reinhold himself, Dr. Kessler, John Rose, and

3    Chris Plummer.

4        Q.   Can you explain what experience you have that

5    allowed you to first just identify the technology          01:50

6    blocks that would be relevant to a smartphone platform

7    in 2006?

8        A.   So my experience has been working with Java

9    since the very beginning of the formation of the Java

10   language.  I started in 1997 working on Java, and then     01:51

11   continuing on to work specifically on embedded Java

12   and PersonalJava and Java ME, which were the versions

13   and editions of Java that ran on smartphones and

14   cell phones and embedded device.  So I had knowledge,

15   experience, and architectural background on that          01:51

16   technology, plus I sat in on meetings with Google in

17   terms of being able to determine what their

18   requirements were for their Android platform and what

19   we had in our Java ME technology that would match

20   that.                                                     01:51

21        (Discussion off the record.)

22   BY MR. NORTON:

23        Q.   Prior to being involved in this project with

24   Dr. Reinhold, had you ever been involved in developing

25   a smartphone stack?                                       01:51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 146

1    A.   Yes, I have been involved when we created our

2  Java ME connected device configuration platform for

3  the Samsung Instinct 2, which is a smartphone that was

4  released back in 2009, I believe, or 2008.  And that

5  was a smartphone that shipped with our Java ME          01:52

6  technology and very similar to the Android phone.

7    Q.   Now, have you worked with the other engineers

8  who were involved in this project prior to the project

9  that you did with Dr. Reinhold?

10    A.   Yes, I've worked with other engineers.          01:52

11    Q.   And are you familiar with their own

12  experience in Java technology?

13    A.   I'm familiar from my dealings as their

14  colleagues of what they have done in Java technology,

15  yes.                                                    01:52

16    Q.   And do you believe that the other engineers

17  who were in the room with you -- strike that.

18         Do you have a view as to whether or not the

19  other engineers in this project had adequate

20  experience to be able to identify the relevant         01:53

21  technology groups in smartphone platform as of 2006?

22         MR. PAIGE:  Object to the form.

23         THE WITNESS:  Yes.  In my own words,

24  I believe that they did have the qualifications,

25  experience, and knowledge and all the background       01:53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 147

1   needed to perform this task.

2   BY MR. NORTON:

3       Q.   And did -- what experience do you have that

4   would allow you to rate the individual patents in this

5   particular portfolio on a scale of 1 to 3?                01:53

6       A.   My -- my specific experience has been, again,

7   working on Java ME technology that was produced and

8   shipped in the smartphone; sitting in on a meeting

9   with Google and hearing what they specifically wanted

10  for their Android phone and understanding from their     01:53

11  documents what their requirements were for that

12  Android phone; and then using my experience as an

13  architect and a Java ME engineer on the different

14  technology components that would make a -- not only a

15  functioning version of Java technology to run on that    01:54

16  phone, but one that would run with the proper speed

17  and size -- which is very important, to have a small

18  size on a phone -- and also to have the correct

19  security and other pieces that -- that I've -- over

20  time, through my experience, know about for the          01:54

21  particular environment that they were looking for back

22  in 2006 for the Google Android phone.

23      Q.   Okay.  And based on your experience with the

24  other engineers involved in this project, do you have

25  a view as to whether those engineers have sufficient     01:54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 148

1  experience and knowledge and skill to rank the

2  individual patents on the 3-point scale that you came

3  up with?

4          MR. PAIGE:  Object to the form.

5          THE WITNESS:  Yes.  I believe during the        01:55

6  exercise, the other engineers had many differing areas

7  where we made sure to cover a broad range of expertise

8  in terms of engineers and Java technology, and the

9  other engineers brought to the table their wide and

10  vast knowledge and experience to be able to rank and    01:55

11  rate properly the patents in our patent portfolio.

12  BY MR. NORTON:

13      Q.  Is there anyone else who works at Oracle

14  today that you -- who, had they been added to the

15  team, would have made the results of this exercise      01:55

16  more accurate?

17          MR. PAIGE:  Object to the form.

18          THE WITNESS:  No, I don't believe adding any

19  other engineers from Oracle to the team that was

20  producing the exercise would have added any more to     01:55

21  the exercise.

22  BY MR. NORTON:

23      Q.  Okay.  Now, as a result of the work you did

24  with the other engineers, was the group able to come

25  up with any kind of ranking of the patents that you     01:56

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 153

1   technology value or the value that would have been

2   appropriate for the importance -- level of importance

3   as addressed by the product requirements document and

4   other documents and meetings we had with Google, for

5   their requests for Java for a smartphone at the time          02:01

6   in 2006.

7       Q.   And then I think in terms of the process of

8   reviewing the patents, were you able to discern which

9   category a patent should be assigned to based on the

10  information in the abstract, the description -- well,          02:01

11  the abstract and the description?

12          MR. PAIGE:  Object to the form.

13          MR. NORTON:  Let me strike that and try that

14  again.

15      Q.   In terms of the process of reviewing the            02:02

16  patents, were you able to determine which category a

17  patent should be assigned to based on the information

18  in the abstract, the description, and the inventors?

19          MR. PAIGE:  Object to the form.

20          THE WITNESS:  Yes.  So in the exercise we            02:02

21  needed to rate the patents, and we were able to do

22  that because the abstract had information about the

23  patents, and as -- as engineers, we -- and engineers

24  that are familiar with day-to-day activities of

25  working with these patents and working with the             02:02

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 154

1    technology that is represented by these patents, we

2    could understand and identify quickly at times what

3    the abstract was trying to describe as what the patent

4    did.  And if we didn't understand it, we could quickly

5    go to the description.  And then if we needed even          02:03

6    more information, we could just see from the inventor

7    that, yes or no, in a minute or less figure out if

8    this was an important patent or not-important patent.

9            MR. NORTON:  I have no further questions.

10   Thank you very much.                                        02:03

11           MR. PAIGE:  Just one further question,

12   Mr. Wong.

13                     EXAMINATION

14   BY MR. PAIGE:

15       Q.  You referred just now in your answers to         02:03

16   using your knowledge gained in 2006 from Google

17   Android negotiations; right?

18       A.  Yes.

19       Q.  Okay.  And you had said earlier today that

20   you didn't use any of the knowledge you got in your         02:03

21   patent analysis in the 2007 time frame; right?

22       A.  That's correct.

23       Q.  How were you able to separate out what you

24   learned from the Google Android in 2006 from your

25   patent analysis in 2007?                                    02:03

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 157

1          I declare under penalty of perjury

2      under the laws of the State of California

3      that the foregoing is true and correct.

4                Executed on _____, 2012,

5  at _____, _____.

6

7

8

9

10

11          _____

12              SIGNATURE OF THE WITNESS

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 158

1    STATE OF CALIFORNIA    ) ss:

2

3       I, SANDRA LEE HOCKIN, C.S.R. No. 7372, do hereby

4    certify:

5       That the foregoing deposition testimony was

6    taken before me at the time and place therein set

7    forth and at which time the witness was administered

8    the oath;

9       That the testimony of the witness and all

10   objections made by counsel at the time of the

11   examination were recorded stenographically by me,

12   and were thereafter transcribed under my direction

13   and supervision, and that the foregoing pages

14   contain a full, true and accurate record of all

15   proceedings and testimony to the best of my skill

16   and ability.

17      I further certify that I am neither counsel for

18   any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21      IN WITNESS WHEREOF, I have subscribed my name

22   this 17th day of February, 2012.

23

24      _____

25           SANDRA LEE HOCKIN, C.S.R. No. 7372