1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
   ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
11 575 Lexington Avenue, 7th Floor, New York, NY 10022
   Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway, Redwood City, CA  94065
   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114
17

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>  Plaintiff,<br>    v.<br><br>GOOGLE, INC.<br><br>  Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF GEORGE SIMION IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE'S MOTION TO STRIKE PORTIONS OF THIRD EXPERT REPORT**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, GEORGE SIMION, declare as follows:

1.  I am an employee of Oracle America, Inc. ("Oracle"). My title is Senior Patent Counsel. I have personal knowledge of the facts set forth herein. If called upon to testify, I could and would testify as follows.

2.  In my capacity as counsel to Oracle, I assisted in the patent ranking exercise that is described in the Expert Report of Iain M. Cockburn, dated February 3, 2012, as revised February 9, 2012. I have reviewed the description of the process contained in paragraphs 391 through 396 of that report, and based on my personal involvement with that process, I believe that Prof. Cockburn's description is accurate.

3.  In order to assist with this patent ranking exercise, I performed three patent searches using Thomson Innovation patent database on or about January 24, 2012. I had no other role in the exercise, except as an observer and to provide legal advice when requested.

4.  Thomson Innovation patent database is a commercial patent search and analysis database product offered by Thomson Reuters and is available to the general public on subscription-based terms. The Thomson Innovation patent database has a menu-driven interface that allows a user to perform various patent searches using a combination of key words and other parameters, including for example patent Assignee Name, Date Range, Inventor Name(s), and technical words expected to be found in a patent, e.g. Java. The patent information that I obtained using the Thomson Innovation patent database could have been retrieved by performing patent searches on the Patent and Trademark Office website.

5.  My first search captured U.S. patents issued to Sun Microsystems, Inc. (SMI) between January 1, 1992 and June 30, 2006 that included the term 'Java' or 'bytecode' anywhere in the patent.

6.  My second search captured all SMI-issued patents between January 1, 1992 and June 30, 2006 that listed James Gosling as an inventor.

7.  My third search captured all U.S.-issued patents held by Sun that identified Nedim Fresko as an inventor and were applied for while Mr. Fresko was a Sun employee.

8.  I provided the results of these searches in an Excel spreadsheet to Dr. Mark Reinhold and Dr. Peter Kessler on January 24 and January 25, 2012. The total number of patents that were

1  identified through my searches was approximately 1320.

2      9.    The '720 patent was not issued until September 16, 2008. It and other patents listing Nedim Fresko as inventor were included in my search results and the spreadsheet I gave Dr. Reinhold and Dr. Kessler, even though they were issued after June 30, 2006. This is because I did not include date restrictions in my searches for patents invented by Mr. Fresko.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 24, 2012    /s/ George Simion
    George Simion

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained George Simion's concurrence to file this document on his behalf.

Dated: February 24, 2012            BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
       Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.