IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                               /

No. C 10-03561 WHA

**NOTICE REGARDING FEBRUARY 24 LETTER**

    The Court has received the February 24 letter from Attorney Robert Van Ness. A notice on this subject should have been sent in response to the notice and order dated January 20, 2012. In any event, in the Court's experience, conflicts such as the ones listed in the letter will likely evaporate as those trial dates approach. If those listed trials do proceed as scheduled, then and only then will there be a problem and only then will we have to consider whether to proceed with our own trial starting in mid-April. Personal vacation by counsel will in no event be an excuse for delay. Again, all counsel and witnesses must be available between mid-April and mid-June for a possible trial. Whether a trial date will be set for that period depends on when this action will be trial ready, a decision not yet made.

Dated: February 27, 2012.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE