KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415.391.5400
Facsimile:      415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel:     212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel:     415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:     650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> **DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE INC.'S REPLY IN SUPPORT OF MOTION TO STRIKE PORTIONS OF THIRD EXPERT REPORT BY IAIN COCKBURN AND EXPERT REPORT BY STEVEN SHUGAN** <br><br> Dept.:     Courtroom 8, 19th Floor <br> Judge:    Hon. William Alsup |

I, Reid Mullen, declare as follows:

1. I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Motion to Strike Portions of the Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan [Dkt. No. 718] ("Motion") and Google Inc.'s Reply in Support of Motion to Strike Portions of the Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan ("Reply"). I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Google attached to the Declaration of David Zimmer in support of Google Inc.'s Motion to Strike Portions of the Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan [Dkt. No. 719] ("Zimmer Decl.") excerpts from the rough transcripts of the depositions of Dr. Iain Cockburn, John Rose, Hinkmond Wong, Dr. Peter Kessler, and Christopher Plummer. Because of the short time between those depositions and the filing of Google's Motion, certified transcripts were unavailable at the time Google filed its motion. I have reviewed the certified transcripts and the rough transcripts, and confirmed that the substance of the certified transcripts is generally the same as the rough transcripts attached to the Zimmer Decl., though some of the page and line numbers are different. For the Court's reference, I am attaching the excerpts from the certified transcripts that correspond to the uncertified transcripts attached to the Zimmer Decl.

3. Attached hereto as **Exhibit A** are true and correct copies of excerpted pages from the certified transcript of the deposition of Dr. Iain M. Cockburn, taken February 10, 2012. This includes the selections from Dr. Cockburn's deposition that were attached to the Zimmer Decl. in rough form. It also includes additional excerpts from the certified transcript cited by Google in its Reply in support of the Motion.

4. Attached hereto as **Exhibit B** are true and correct copies of excerpted pages from the certified transcript of the deposition of Christopher Plummer, taken February 16, 2012.

5. Attached hereto as **Exhibit C** are true and correct copies of excerpted pages from the certified transcript of the deposition of John Rose, taken February 15, 2012.

6. Attached hereto as **Exhibit D** are true and correct copies of excerpted pages from the certified transcript of the deposition of Hinkmond Wong, taken February 16, 2012.

7. Attached hereto as **Exhibit E** are true and correct copies of excerpted pages from the certified transcript of the deposition of Dr. Peter Kessler, taken February 16, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on February 28, 2012.

By: */s/ Reid Mullen*
 REID MULLEN