IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER ALLOWING EXPERTS TO ADDRESS FINAL REEXAMINATIONS IN SUPPLEMENTAL REPORTS** |
| GOOGLE INC., | |
| Defendant. / | |

    Google requests leave to supplement the parties' expert reports to discuss the reexaminations where the examiners have issued final rejections and actions closing prosecution with all claims rejected. Oracle does not oppose and requests leave to respond with its own supplemental reports to address any new opinions. The parties' requests are **GRANTED**. New opinions must be limited to the reexamination proceedings, such as the materials considered by the examiner and decisions.

**IT IS SO ORDERED.**

Dated: February 29, 2012.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE