IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER REQUESTING DISCUSSION IN COPYRIGHT BRIEFS**

    In the copyright-liability briefs due on March 9, please include analysis of whether or not the copyrightability of the selection, arrangement, and structure of the APIs depend on the underlying programming language being Java as opposed to Python or QBASIC or other non-Java programming language.

    **IT IS SO ORDERED.**

Dated: February 29, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE