IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant.<br>――――――――――――――――――――/ | No. C 10-03561 WHA<br><br>**ORDER SETTING<br>*DAUBERT* HEARING** |

  A hearing on Google's motion to exclude Dr. Ian Cockburn's third damages report will begin at **7:30 A.M. ON WEDNESDAY, MARCH 7**. It will likely last several hours. In due course, the Court will provide guidance as to some issues that should be addressed. Please do not ask for a continuance as there are many excellent lawyers on both sides capable on addressing the issues. Dr. Cockburn must attend. He may be asked to testify. Dr. James Kearl may attend if he wishes but his attendance is not compulsory.

**IT IS SO ORDERED.**

Dated: March 1, 2012.

                      _____
                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE