| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST, #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON, #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| DANIEL PURCELL, #191424 | 101 Second Street, Suite 2300 |
| dpurcell@kvn.com | San Francisco, CA 94105 |
| 633 Battery Street | Tel: 415.318.1200 |
| San Francisco, CA 94111-1809 | Fax: 415.318.1300 |
| Tel: 415.391.5400 | |
| Fax: 415.397.7188 | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER | ballon@gtlaw.com |
| *(Pro Hac Vice)* | HEATHER MEEKER - #172148 |
| sweingaertner@kslaw.com | meekerh@gtlaw.com |
| ROBERT F. PERRY | GREENBERG TAURIG, LLP |
| rperry@kslaw.com | 1900 University Avenue |
| BRUCE W. BABER (*Pro Hac Vice*) | East Palo Alto, CA 94303 |
| 1185 Avenue of the Americas | Tel: 650.328.8500 |
| New York, NY 10036 | Fax: 650.328-8508 |
| Tel: 212.556.2100 | |
| Fax: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO ORACLE AMERICA, INC.'S MOTION TO STRIKE PORTIONS OF GREGORY LEONARD'S SUPPLEMENTAL EXPERT REPORT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Dept.: Courtroom 8, 19th Floor |
| | Judge: Hon. William Alsup |

I, DAVID ZIMMER, declare as follows:

1. I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google Inc.'s Opposition to Oracle America, Inc.'s Motion to Strike Portions of Gregory Leonard's Supplemental Report. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the United States Patent with the Patent Number US RE38,104 E.

3. Attached hereto as **Exhibit B** is a true and correct copy of the United States Patent with the Patent Number Re. 36, 204.

4. Attached hereto as **Exhibit C** is a true and correct copy of the United States Patent with the Patent Number 5,367,685.

5. Attached hereto as **Exhibit D** is a true and correct copy of D. Harhoff, F. Scherer & K. Vopel, *Citations, family size, opposition and the value of patent rights*, 32 Research Policy 1343 (September 2003).

6. Attached hereto as **Exhibit E** is a true and correct copy of Manuel Trajtenberg, *A Penny for Your Quotes: Patent Citations and the Value of Innovations*, 21 The RAND Journal of Economics 172 (Spring 1990).

7. Attached hereto as **Exhibit F** is a true and correct copy of selections from a document produced by Oracle in this case bearing production numbers OAGOOGLE30742-1130.

2. Attached hereto as **Exhibit G** is a true and correct copy of selections from Oracle's Form 10-K, filed July 1, 2010. This document was produced by Oracle in this case, and bears production numbers OAGOOGLE0000062503-726.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on March 2, 2012.

By: */s/ David Zimmer*
DAVID ZIMMER

1
DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE'S OPPOSITION
Case No. 3:10-cv-03561-WHA

634205.01