IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                        /

No. C 10-03561 WHA

**ORDER REGARDING *DAUBERT* HEARING ON MARCH 7**

      For the hearing on March 7, please be prepared to address the following. For the damages time period used in the third report, how do the new numbers compare to the old numbers in the second report? Walk through each step used by Dr. Cockburn to adjust and to apportion the 2006 offer to the claims/patents in suit. The main criticisms can then be addressed within the time limit for the hearing.

    **IT IS SO ORDERED.**

Dated: March 2, 2012.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE