IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                                 /

No. C 10-03561 WHA

**ORDER REGARDING HEARING ON MARCH 7**

      For the hearing on Wednesday, the Court would like to learn the following. How did Dr. Ian Cockburn choose which studies to rely on for the patent-value curves? Do studies not chosen, such as those listed in *Harhoff et al.*, have less skewed curves? Please bring copies of all references and studies with patent-value curves, not just the three selected by Dr. Cockburn. Based on the three studies cited, what is the confidence interval for the proposition that the top 0.5% of patents are worth 32.7% of the value (also, that the top 4% of patents are worth 10.2%)? What would be the value of the '104, '205, and '720 patents if they ranked as the bottom three of the "top" 22 patents? For all statistical analysis, including the conjoint analysis, the Court is interested in the confidence intervals of the results. Under the group and value approach, what is the separate value of each patent in suit?

      Both sides shall exchange whatever illustrative materials they plan to use by **5:00 P.M. ON TUESDAY**. Please come prepared to hand up precise evidence to back up assertions.

Dated: March 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE