**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 5, 2012

Writer's Direct Contact
415.268.7455
MJacobs@mofo.com

Hon. William Alsup
United States District Court, Northern District of California
450 Golden Gate Ave., Courtroom 8, 19th Floor
San Francisco, CA 94102

Re:   *Oracle America, Inc. v. Google, Inc.*, Case No. 3:10-cv-03561-WHA

Dear Judge Alsup:

      We write in response to the Court's March 2 Order (ECF No. 767) to confirm that Oracle's withdrawal of Claim 14 of the '476 patent was made on the terms established by the Court (ECF No. 131), in the same manner as its earlier withdrawal of other patent claims against Google.

Respectfully submitted,

/s/ Michael A. Jacobs

Michael A. Jacobs

pa-1515700