IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-03561 WHA<br><br>**REQUEST FOR DISCUSSION AT TOMORROW'S HEARING** |

　　　Please work out the answer to the following and be prepared to present the results tomorrow. If we allowed only the 10% line on Exhibit 34 of Dr. Cockburn's report, then the top ten percent of the portfolio would be worth 88% (rough average) of the patent part of the $598 million. Using the formula accounting for copyrights at paragraph 414, this would mean that the top ten percent of patents would have a combined value of $366 million. Ten percent of 569 patents is 57 patents. If those 57 are averaged or of equal value, any five in this group of 57 would be worth about $32 million in total. Please check this math and logic and be prepared to discuss tomorrow.

　　　**IT IS SO ORDERED.**

Dated: March 6, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE