MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor , New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| GOOGLE, INC. | Dept.:  Courtroom 8, 19th Floor |
| Defendant. | Judge:  Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its March 6, 2012 Reply in Support of its Motion to Strike Portions of the Supplemental Expert Report of Dr. Gregory K. Leonard, portions of Google's Reply in Support of its Motion to Strike Portions of Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan (Dkt. No 751), portions of Exhibits A, B, C, D & E to the declaration of Reid Mullen In Support Of Google Inc.'s Reply In Support Of Motion to Strike Portions of Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan (Dkt. No. 752), and portions of Google's Opposition to Oracle's Motion to Strike Portions of the Supplemental Expert Report of Dr. Gregory K. Leonard (Dkt. No. 762) pursuant to the Protective Order entered in this case and Local Rules 79-5(c) & (d).

Oracle moves to seal the following information:

As to **Google's Reply In Support Of Motion to Strike Portions of Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan** (Dkt. No. 751) ("Google's Reply") and supporting documents:

- Material redacted on page 6, lines 6 through 7; page 8, lines 18 through 20; and all of the redactions on pages 9 through 10 of Google's Reply;

- Mullen Declaration Exhibit A (Cockburn Deposition): Pages 124:1–125:25, 155:1–25, 157:1–159:9, and 159:19 –160:25

- Mullen Decl. Exhibit B (Plummer Deposition): Pages 5:11–12, 35:21–25, 36:1–41:25, 53:1–13, 54:10–54:25, 55:1–56:25, and 105:1–107:25.

- Mullen Decl. Exhibit C (Rose Deposition): Pages 7:6–9, 82:14–25, 83:1–84:25, 87:1–and 89:25.

- Mullen Decl. Exhibit D (Wong Deposition): Pages 87:1–90:25, 92:1–94:10, 95:4–97:25, 101:6–102:25, and 139:1:140:21.

- Mullen Decl. Exhibit E (Kessler Deposition): Pages 35:1–36:25, 42:1–44:25, 71:1 – 75:3, and 75:17–75:25.

As to **Google's Opposition To Oracle's Motion to Strike Portions of the Supplemental Expert Report of Dr. Gregory K. Leonard** (Dkt. No. 762) ("Leonard Opposition") and supporting documents:

- All material redacted on pages 1–2 and 8–10 of the Leonard Opposition

- Exhibit F to the Declaration of David Zimmer in support of the Leonard Opposition (Dkt. No. 763).

As to **Oracle's Reply In Support Of Its Motion to Strike Portions of the Supplemental Expert Report of Dr. Gregory K. Leonard** (filed March 6, 2012) ("Leonard Reply") the following material shall remain under seal:

- All material redacted on pages 1 and 7–9 of the Leonard Reply.

The materials that Oracle seeks to seal have been designated as Confidential or Highly Confidential – Attorney's Eyes Only.  As described in the accompanying Declaration of Andrew Temkin, ("Temkin Decl."), the portions listed above reveal the process and substance of the valuation exercise; describe the value that Professor Cockburn ascribes to certain of Oracle's patents and copyrighted code; reveal highly sensitive acquisition-related and accounting documents that Oracle keeps closely guarded in the ordinary course of business; and/or list the home addresses of Oracle employees.  Disclosure of this information would cause serious harm to Oracle by providing an unfair advantage to Oracle's negotiating counterparties.  For the reasons stated in the accompanying Temkin Declaration, those materials should remain under seal.

A narrowly tailored proposed sealing order accompanies this motion.

Dated: March 6, 2012                         BOIES, SCHILLER & FLEXNER LLP

By:   */s/ Steven C. Holtzman*
         Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.