MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>             Plaintiff,<br><br>        v.<br><br>GOOGLE, INC.<br><br>             Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Before the Court is Oracle America, Inc.'s Administrative Motion to Seal, and Google, Inc's
2  ("Google's") Administrative Motions To File Documents Under Seal (Dkt. No. 750, 761)..  Based on
3  the arguments presented in the administrative motion, in the supporting Declaration of Andrew Temkin,
4  and any other relevant matter, the Court hereby **GRANTS** the motions as follows:

5  As to **Google's Reply In Support Of Motion to Strike Portions of Third Expert Report by**
6  **Iain Cockburn and Expert Report by Steven Shugan** (Dkt. No. 751) ("Google's Reply") and
7  supporting documents, the following material and documents shall remain under seal:

- Material redacted on page 6, lines 6 through 7; page 8, lines 18 through 20; and all of the redactions on pages 9 through 10 of Google's Reply;

- Mullen Declaration Exhibit A (Cockburn Deposition): Pages 124:1–125:25, 155:1–25, 157:1–159:9, and 159:19 –160:25

- Mullen Decl. Exhibit B (Plummer Deposition): Pages 5:11–12, 35:21–25, 36:1–41:25, 53:1–13, 54:10–54:25, 55:1–56:25, and 105:1–107:25.

- Mullen Decl. Exhibit C (Rose Deposition): Pages 7:6–9, 82:14–25, 83:1–84:25, 87:1–and 89:25.

- Mullen Decl. Exhibit D (Wong Deposition): Pages 87:1–90:25, 92:1–94:10, 95:4–97:25, 101:6–102:25, and 139:1:140:21.

- Mullen Decl. Exhibit E (Kessler Deposition): Pages 35:1–36:25, 42:1–44:25, 71:1 – 75:3, and 75:17–75:25.

As to **Google's Opposition To Oracle's Motion to Strike Portions of the Supplemental Expert Report of Dr. Gregory K. Leonard** (Dkt. No. 762) ("Leonard Opposition") and supporting documents, the following material and documents shall remain under seal:

- All material redacted on pages 1–2 and 8–10 of the Leonard Opposition

- Exhibit F to the Declaration of David Zimmer in support of the Leonard Opposition (Dkt. No. 763).

As to **Oracle's Reply In Support Of Its Motion to Strike Portions of the Supplemental Expert Report of Dr. Gregory K. Leonard** (filed March 6, 2012) ("Leonard Reply") the following material shall remain under seal:

- All material redacted on pages pages 1 and 7–9 of the Leonard Reply.

IT IS SO ORDERED.

Dated:_____          _____

WILLIAM ALSUP
United States District Court Judge