IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER GRANTING PRÉCIS TO FILE MOTION TO AMEND INFRINGEMENT CONTENTIONS**

    Plaintiff Oracle seeks to amend its infringement contentions and supplement its expert infringement report to account for the Court's construction of "generating, at runtime" in the '205 patent. Oracle argues that the proposed amendment does not change its theory of infringement but merely "identif[ies] additional evidence that the accused Android software" infringes under the Court's construction. Google opposes and argues that Oracle seeks to advance a new infringement theory.

    The Court would benefit from a full record identifying the proposed amendments. Oracle's précis request to file its motion is **GRANTED**. This is without prejudice to denying the motion after reviewing the full record. The briefing schedule shall be as follows. Oracle must file its motion by **NOON ON MARCH 12**. Google must file its opposition by **NOON ON MARCH 16**. Any reply must be filed by **NOON ON MARCH 19.**

    **IT IS SO ORDERED.**

Dated: March 7, 2012.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE