UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>March 7, 2012</u>    Total Hearing Time: 2 hours 55 minutes

Case No. <u>C10-03561 WHA</u>

Title: <u>ORACLE AMERICA, INC.</u> v. <u>GOOGLE INC.</u>

Plaintiff Attorney(s): Michael Jacobs; Andrew Temkin; Fred Norton;; Steven Holtzman

Defense Attorney(s): Robert Van Nest; Daniel Purcell; Michael Kwun; John Cooper
　　　　　　　　　 Christa Anderson; Bruce Baber; Renny Hwang

Deputy Clerk: <u>Dawn Toland</u>    Court Reporter: <u>Kathy Sullivan</u>

**PROCEEDINGS**

1) <u>Motion to Strike - Taken Under Submission</u>

2) <u>　　　　　　　　　　　　　　　　　　　　　　　　　</u>

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Defendant's Motion to Strike Portions of Third Expert Report by Dr. Cockburn and Expert Report by Steven Shugan taken under submission.