United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

       Plaintiff,

  v.

GOOGLE INC.,

       Defendant.

—————————————————————/

No. C 10-03561 WHA

**NOTICE TO DR. JAMES KEARL**

    Dr. James Kearl should wait to finish his report and not release it until further order from this Court.

Dated:  March 7, 2012.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE