MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO AMEND INFRINGEMENT CONTENTIONS AND SUPPLEMENT EXPERT REPORTS** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file under seal portions of
the Supplemental Expert Report Of John C. Mitchell Regarding Infringement Of The '205
Patent , which is Exhibit B to the Declaration of Marc Peters in Support of Oracle America,
Inc.'s Motion to Amend Infringement Contentions and Supplement Expert Reports.

Specifically, Oracle moves to file under seal Paragraph 41 of Exhibit B, which quotes
material designated Highly Confidential – Attorneys' Eyes Only by Google.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
this case (ECF No. 68) dictates that when material has been designated as Confidential or Highly
Confidential – Attorney's Eyes Only, a party may not file it in the public record, but must seek to
file it under seal pursuant to Local Rule 79-5.  (12/17/2010 Stipulated Protective Order § 14.4,
ECF No. 66.) Accordingly, Oracle seeks to file under seal those portions of the declaration in
support thereof referencing documents that Google has designated Confidential or Highly
Confidential – Attorneys' Eyes Only. Oracle states no position as to whether disclosure of
materials marked by Google as Confidential or Highly Confidential – Attorneys' Eyes Only
material would cause harm to Google.

Dated: March 12, 2012

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE'S MOT. TO FILE UNDER SEAL PORTIONS OF MOT. TO AMEND INFRINGEMENT CONTENTIONS & SUPP.
EXPERT REPORTS
CASE NO. CV 10-03561 WHA
pa-1516987

1