MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | CASE NO. CV 10-03561 WHA (DMR)<br><br>**[PROPOSED] ORDER GRANTING ORACLE AMERICA, INC.'S MOTION TO AMEND INFRINGEMENT CONTENTIONS AND SUPPLEMENT EXPERT REPORTS**<br><br>Judge:  Honorable William H. Alsup |

The Court has read and considered plaintiff Oracle America, Inc.'s motion to amend its infringement contentions and supplement its infringement expert report, and defendant Google Inc.'s opposition thereto.

Based thereon, IT IS HEREBY ORDERED THAT Oracle's motion is GRANTED. Oracle may amend its infringement contentions and supplemental infringement expert report addressing the "at runtime" limitation of the asserted claims of the '205 patent. Google may serve a supplemental non-infringement expert report addressing Oracle's supplementation on or before March 30, 2012.

IT IS SO ORDERED.

Date: _____

_____
Honorable William H. Alsup
Judge of the United States District Court

[PROPOSED] ORDER GRANTING MOT. TO AMEND INFRINGEMENT CONTENTIONS & SUPP. EXPERT REPORTS
CASE NO. CV 10-03561 WHA
pa-1516983

1