1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
12 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
13 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
14 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
15 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
17

18                    UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO DIVISION

21 ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

22            Plaintiff,                   **DECLARATION OF MARC PETERS IN
                                           SUPPORT OF ORACLE AMERICA,
23      v.                                 INC.'S MOTION TO AMEND
                                           INFRINGEMENT CONTENTIONS AND
24 GOOGLE INC.                             SUPPLEMENT EXPERT REPORTS**

25            Defendant.                   Dept.:  Courtroom 8, 19th Floor
                                           Judge:  Honorable William H. Alsup
26

27

28

1    I, Marc David Peters, declare as follows:

2    I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle

3    America, Inc.  I have personal knowledge of the matters set forth herein and, if called to testify,

4    could and would testify competently to the following.

5    1.    On February 27, 2012, I notified Google of Oracle's intention to request leave of

6    Court to supplement its infringement contentions and infringement reports to identify additional

7    evidence to address the Court's recent construction of the term "at runtime."  I provided Google

8    with the proposed Supplemental Expert Report of John C. Mitchell Regarding Infringement of the

9    '205 Patent, Oracle's proposed supplemental '205 B-2 infringement chart, and a redline showing

10   changes to the chart.  I asked whether Google would oppose Oracle's request for leave to amend.

11   2.    On February 29, 2012, Google counsel notified me that Google would oppose

12   Oracle's request to make the supplementations.

13   3.    Attached hereto as Exhibit A is a true and correct copy of a redline showing

14   Oracle's proposed changes to the '205 B-2 infringement chart, served on Google on February 27,

15   2012.

16   4.    Attached hereto as Exhibit B is a true and correct copy of the proposed

17   Supplemental Expert Report of John C. Mitchell Regarding Infringement of the '205 Patent,

18   served on Google on February 27, 2012.  (**FILED UNDER SEAL**)

19   5.    Attached hereto as Exhibit C is a true and correct copy of relevant portions of the

20   Expert Report of David I. August, Ph.D. Regarding the Non-Infringement of U.S. Patent No.

21   6,910,205.

22   I declare under penalty of perjury under the laws of the United States that to the best of

23   my knowledge the foregoing is true and correct.  Executed on March 12, 2012, in Palo Alto,

24   California.

25                    /s/  Marc David Peters

26

27

28