IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER SETTING TRIAL DATE OF APRIL 16, 2012**

In reliance on Oracle's withdrawal with prejudice of the '720, '205, and '702 patents, given the final rejections by the PTO examiner, and having twice admonished counsel to reserve mid-April to mid-June 2012 for the trial of this case, this order now sets April 16 as the first day of trial, which will be devoted to jury selection and opening statements. The trial shall continue day to day on the trifurcated plan previously set and on the daily 7:30 a.m. to one p.m. schedule previously set, with the trial expected to run about eight weeks. A hardship questionnaire will be sent by Thursday to the venire to preclear potential jurors for such a lengthy trial. The final pretrial order was issued earlier on January 4, 2012 (Dkt. No. 675).

Google is hereby encouraged to withdraw its invalidity defenses that have failed in the reexamination process as a way to further streamline the trial on the two patents remaining in suit.

Dated: March 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE