**United States District Court**
For the Northern District of California

1
2
3
4
5
6                                    IN THE UNITED STATES DISTRICT COURT
7
8                               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   ORACLE AMERICA, INC.,                                    No. C 10-03561 WHA
11          Plaintiff,
12     v.                                                     **REQUEST AND NOTICE RE:**
                                                              **DR. JAMES KEARL**
13   GOOGLE INC.,
14          Defendant.
15                                                   /
16          On the assumption that his expert damages report is finished, as represented at the
17   March 7 hearing, Dr. James Kearl shall release his report to both sides by tomorrow at noon.
18   Pursuant to the timeline contemplated in the September 2011 order, Google and Oracle will have
19   until **MARCH 23, 2012**, to complete Dr. Kearl's deposition.  Both sides may bring motions to
20   challenge his analysis by **NOON ON MARCH 30**.  Oppositions shall be filed by **NOON ON APRIL 5**,
21   with a hearing, if necessary, on **APRIL 9, 2012**.
22
23
24   Dated:   March 13, 2012.
                                                        _____
25                                                      WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE
26
27
28