IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE RE TRIAL MATERIALS** |
| GOOGLE INC., | |
| Defendant. | |

 Counsel are strongly encouraged to co-produce a thirty-minute tutorial animation with voice and sound to educate the jury (and the Court) on the basics of Java and APIs.  Also, please develop a glossary of the top forty terms that can be handed out to jurors as well as a stipulated timeline of key dates, also to be handed out to jurors.

 **IT IS SO ORDERED.**

Dated: March 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE