United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL** |
| GOOGLE INC., | |
| Defendant. / | |

    Both parties move to seal documents submitted in support of their recent *Daubert* briefs (Dkt. Nos. 717, 727, 733, 736, 750, 761, 772).

    For Google's motion filed February 17 (Dkt. No. 717), the request to seal pages 161 and 162 of Exhibit A and Exhibits H, I, J, and K to the Zimmer declaration, and portions of the brief referencing these documents is **GRANTED**. These documents contain sensitive, non-public financial and technical data relating to Oracle's source code, and sensitive non-public information about business operations. Public disclosure of this confidential information would cause harm to Oracle, and place it at a competitive disadvantage. The remainder of the request is **DENIED** for lack of a supporting declaration.

    For Oracle's motions filed February 24 (Dkt. Nos. 727, 733, 736), the request to seal Exhibits E, G, and H to the Norton declaration, Exhibits D, E, G, and H of the Richardson declaration, and portions of the briefs referencing these documents is **GRANTED**. These documents contain sensitive, non-public financial and technical data relating to Oracle's source

1  code, and sensitive non-public information about business operations, such as company strategies,
2  code names, and identities of engineers who conduct infringement analyses. Public disclosure of
3  this confidential information would cause undue harm to Oracle, and place it at a competitive
4  disadvantage. The remainder of the request is **DENIED** for lack of a supporting declaration.

5      For Google's motion filed February 28 (Dkt. No. 750), the request to seal portions of the
6  deposition of Dr. Ian Cockburn, Google's reply brief, and portions of Exhibits A, B, C, D, and E
7  of the Mullen declaration, referenced in the Temkin declaration (Dkt. No. 772) is **GRANTED**.
8  These documents contain sensitive, non-public financial and technical data relating to Oracle's
9  source code, and sensitive non-public information about business operations. Public disclosure of
10  this confidential information would cause undue harm to Oracle, and place it at a competitive
11  disadvantage. The remainder of the request is **DENIED** for lack of a supporting declaration.

12      For the parties' motions filed March 2 and 6 (Dkt. No. 761, 772), the request to seal
13  Exhibit F to the Zimmer declaration and portions of the briefs referencing this document is
14  **GRANTED**. This information is highly sensitive and subject to separate confidentiality
15  agreements with third parties. Failure to maintain the confidentiality of the information, which
16  Oracle has promised those third parties it will protect, could possibly lead to their refusal to sell
17  Oracle industry data in the future, and could cause competitive harm as Oracle's competitors
18  learn the sensitive post acquisition accounting processes, which may impact Oracle's decision to
19  enter into a multibillion-dollar merger and acquisition transaction.

20      The parties shall file under seal the items allowed to be sealed in this order. Redacted
21  versions and documents in which the motions are denied shall be publicly filed.

23  **IT IS SO ORDERED.**

25  Dated: March 13, 2012.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE