IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br>     Plaintiff, <br>   v. <br> GOOGLE INC., <br>     Defendant. | No. C 10-03561 WHA <br><br> **NOTICE RE DR. JAMES KEARL** |

The Court has received Attorney John Cooper's March 13 letter and responds as follows. The alternative scheduled agreed upon by the parties is adopted. Dr. James Kearl's report will be due on March 21, his deposition will be finished by March 28, challenges to the report must be filed by April 2, any oppositions must be filed by April 6, and a hearing, if needed, will be on April 9.

In response to additional concerns in the letter, the Court confirms that Dr. Kearl should calculate patent damages only for the '104 and '520 patents. Also, the order for Dr. Ian Cockburn to adjust his valuation of the copyrights in suit and Sun's Java mobile patent portfolio to $561 million does not preclude other experts from using a different valuation or a completely different approach altogether.

Dated: March 14, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE