IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR BRIEFING** |
| GOOGLE INC., | |
| Defendant. | |

In the reply briefs on copyright due March 23, please explain the mechanism by which the Java programming language is free and open for anyone to use but the APIs are not. If the Android platform does not infringe Oracle's copyrights by using the Java programming language, how has Google infringed Oracle's copyrights by using Java APIs? Did Sun statements that made the Java programming language available for all to use expressly reserve as to the Java APIs?

Dated: March 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE