IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

 GOOGLE INC.,

    Defendant.
                                  /

No. C 10-03561 WHA

**ORDER RE REQUEST TO CONTINUE TRIAL**

A motion for continuance may be made but the prospects for relief are not great. The Texas case has been advanced as of today to take some pressure off of counsel. The Court believes that Judge Koh will accommodate counsel once our trial is underway. If not, there are a large number of counsel in this case for both sides to be able to try this case effectively. If the lead counsel is absent for a few days from our trial because of other commitments, it will be a manageable problem in such a long trial as our own. The Court's own calendar permits this case to be tried, if at all, this year, starting **APRIL 16**. This is, in part, due to congestion arising from the after-effects of the MS-13 trials (four of them over the last two years), causing a backlog. The Court has reserved mid-April to mid-June for this case and counsel have been asked for several months to do likewise. Any motion must be promptly made and promptly answered.

**IT IS SO ORDERED.**

Dated: March 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE