# EXHIBIT C

**ACTUAL CITATIONS RANKINGS**

|    | Patent   | Issue Date | Actual Citations |
|----|----------|------------|------------------|
| 1  | 6,237,141 | 5/22/2001 | 35 |
| 2  | 5,995,754 | 11/30/1999 | 31 |
| 3  | 6,513,156 | 1/28/2003 | 26 |
| 4  | 6,760,907 | 7/6/2004 | 24 |
| 5  | 5,933,635 | 8/3/1999 | 23 |
| 6  | 6,704,927 | 3/9/2004 | 18 |
| 7  | 7,293,267 | 11/6/2007 | 8 |
| 8  | 6,591,416 | 7/8/2003 | 6 |
| 9  | 6,996,813 | 2/7/2006 | 5 |
| 10 | 6,910,205 | 6/21/2005 | 4 |
| 11 | RE38,104 | 4/29/2003 | 3 |
| 12 | 6,931,638 | 8/16/2005 | 3 |
| 13 | 6,601,235 | 7/29/2003 | 2 |
| 14 | 7,065,755 | 6/20/2006 | 2 |
| 15 | 6,240,547 | 5/29/2001 | 2 |
| 16 | 7,003,768 | 2/21/2006 | 2 |
| 17 | 7,426,720 | 9/16/2008 | 1 |
| 18 | RE36,204 | 4/27/1999 | 1 |
| 19 | 7,124,291 | 10/17/2006 | 1 |
| 20 | 7,343,603 | 3/11/2008 | 0 |
| 21 | 7,421,698 | 9/2/2008 | 0 |
| 22 | 7,882,198 | 2/1/2011 | 0 |

**RELATIVE RANKINGS**

|    | Patent   | Issue Date | Percent of Patents Receiving an Equal or Greater Number of Citations |
|----|----------|------------|------|
| 1  | 6,513,156 | 1/28/2003 | 12.3 |
| 2  | 7,293,267 | 11/6/2007 | 13.0 |
| 3  | 6,760,907 | 7/6/2004 | 18.1 |
| 4  | 6,237,141 | 5/22/2001 | 19.4 |
| 5  | 6,704,927 | 3/9/2004 | 22.1 |
| 6  | 5,933,635 | 8/3/1999 | 27.4 |
| 7  | 6,240,547 | 5/29/2001 | 40.5 |
| 8  | 6,996,813 | 2/7/2006 | 44.6 |
| 9  | 5,995,754 | 11/30/1999 | 46.0 |
| 10 | 7,426,720 | 9/16/2008 | 51.2 |
| 11 | 6,910,205 | 6/21/2005 | 54.3 |
| 12 | 6,591,416 | 7/8/2003 | 56.1 |
| 13 | 7,065,755 | 6/20/2006 | 68.0 |
| 14 | 6,931,638 | 8/16/2005 | 68.2 |
| 15 | 7,124,291 | 10/17/2006 | 74.4 |
| 16 | 7,003,768 | 2/21/2006 | 77.5 |
| 17 | RE38,104 | 4/29/2003 | 82.6 |
| 18 | 6,601,235 | 7/29/2003 | 87.7 |
| 19 | RE36,204 | 4/27/1999 | 97.3 |
| 20 | 7,882,198 | 2/1/2011 | 99.6 |
| 21 | 7,421,698 | 9/2/2008 | 99.7 |
| 22 | 7,343,603 | 3/11/2008 | 99.7 |