| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| DANIEL PURCELL - #191424 | 101 Second St., Suite 2300 |
| dpurcell@kvn.com | San Francisco, CA  94105 |
| 633 Battery Street | Tel:     415.318.1200 |
| San Francisco, CA  94111-1809 | Fax:    415.318.1300 |
| Telephone:     415.391.5400 | |
| Facsimile:      415.397.7188 | |
| | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER (*Pro Hac Vice*) | ballon@gtlaw.com |
| sweingaertner@kslaw.com | HEATHER MEEKER - #172148 |
| ROBERT F. PERRY | meekerh@gtlaw.com |
| rperry@kslaw.com | GREENBERG TRAURIG, LLP |
| BRUCE W. BABER (*Pro Hac Vice*) | 1900 University Avenue |
| 1185 Avenue of the Americas | East Palo Alto, CA 94303 |
| New York, NY  10036 | Tel:     650.328.8500 |
| Tel:     212.556.2100 | Fax:    650.328-8508 |
| Fax:    212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **DECLARATION OF ROBERT A. VAN NEST IN SUPPORT OF GOOGLE'S MOTION TO CONTINUE THE TRIAL DATE FROM APRIL 16, 2012 TO APRIL 23, 2012** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.:    Courtroom 8, 19th Floor |
| | Judge:    Hon. William Alsup |

DECLARATION OF ROBERT A. VAN NEST IN SUPPORT OF GOOGLE'S MOTION TO CONTINUE
CASE NO. 3:10-cv-03561-WHA

637939.01

1  I, Robert A. Van Nest, declare as follows:

2  1. I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Motion to Continue the Trial Date from April 16, 2012 to April 23, 2012. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. I am lead trial counsel for Google in this case.

3. I am also lead trial counsel for the defendants in *Commonwealth Scientific and Industrial Research Organization v. Lenovo (United States) Inc.*, E.D. Tex. No. 6:09-cv-399 LED (Hon. Leonard Davis). The trial team in that case includes other professionals from my firm who also are members of the Google trial team in this case: namely, attorneys Christa Anderson and Matthias Kamber, and paralegals Gary Padilla and Raina Magat.

4. The jury trial in the *Commonwealth Scientific* case is set to begin immediately following jury selection on April 2, 2012. The trial will take place in Tyler, Texas. The seven defendants in that case have estimated that trial will require ten days.

5. I am also lead trial counsel for the plaintiff in *Genentech Inc. v. Trustees of the University of Pennsylvania*, N.D. Cal. No. 5:10-cv-02037 LHK (PSG) (Hon. Lucy Koh). On March 14, 2012, Judge Koh issued an order proposing that the start of that trial be moved from June 11, 2012 to June 25, 2012. The parties have until Friday, March 16 to respond to Judge Koh's proposal.

6. I will promptly advise the Court of any changes to the trial schedules in either of the above-referenced cases.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on March 15, 2012.

By: */s/ Robert A. Van Nest*
ROBERT A. VAN NEST

1
DECLARATION OF ROBERT A. VAN NEST IN SUPPORT OF GOOGLE'S MOTION TO CONTINUE
CASE NO. 3:10-cv-03561-WHA
637939.01