KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

KING & SPALDING  LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA  94105
Tel:  415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA  94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO CONTINUE THE TRIAL DATE FROM APRIL 16, 2012 TO APRIL 23, 2012** <br><br> Dept.:      Courtroom 8, 19th Floor <br> Judge:     Hon. William Alsup |

1  Before the Court is Google's Motion to Continue the Trial Date from April 16, 2012 to
2  April 23, 2012. Based on the arguments presented in the motion, the supporting declaration, the
3  pleadings on file, and any other relevant matter, the Court hereby **GRANTS** Google's Motion.
4  The trial in this matter shall be **CONTINUED** one week, from April 16, 2012 to April 23, 2012.

6  **IT IS SO ORDERED.**

9  Dated: _____      _____
10                                                                                  WILLIAM ALSUP
                                                                                    UNITED STATES DISTRICT JUDGE