# EXHIBIT B

Page 1

1           UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4                   ---o0o---
5
6   ORACLE AMERICA, INC.,          )
7          Plaintiff,              )
8     vs.                          )   No. CV 10-03561 WHA
9   GOOGLE, INC.,                  )
10         Defendant.              )
11  _____)
12
13
14
15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16        VIDEOTAPED DEPOSITION OF MARK REINHOLD
17           WEDNESDAY, FEBRUARY 15, 2012
18
19
20
21
22
23
24  PAGES 1 - 110
25

Highly Confidential

```
                                                       Page 40
 1      A    It added no value.                        10:34:44AM
 2      Q    Did you consider any -- strike that.
 3           In the course of ranking the technology
 4   groups, did you consider any literature regarding
 5   the importance of certain features to consumers of  10:35:03AM
 6   the mobile smartphone platform?
 7      A    No.
 8      Q    In coming up with the ranking of the
 9   technology groups, did you rely on any quantitative
10   testing of performance aspects of the mobile        10:35:20AM
11   smartphone platform?
12      A    No.
13      Q    Is there any quantitative aspect to the
14   ranking of the technology groups?  And by that I
15   mean how much more valuable, for instance, is Group 10:35:30AM
16   1 than Group 2?
17           MR. HOLTZMAN:  Objection; form.
18           THE WITNESS:  We did not do any kind of
19   quantitative analysis to compare the groups.  It was
20   qualitative based on our collective experience.     10:36:00AM
21   BY MR. PURCELL:
22      Q    As you sit here today, do you have any
23   opinion as to how quantitatively the various groups
24   in the ranking would compare to one another?
25      A    Do you mean quantitatively -- in what       10:36:18AM
```

| | | |
|---|---|---|
| 1 | sense do you mean the word -- | 10:36:21AM |
| 2 |     Q    I can ask it more precisely. | |
| 3 |         As you sit here today, do you have any | |
| 4 | opinion as to how much more valuable in terms of a | |
| 5 | percentage Group 1 would be than Group 2? | 10:36:27AM |
| 6 |         MR. HOLTZMAN:  Objection; form. | |
| 7 |         THE WITNESS:  So our direction was not to | |
| 8 | be making, you know, value judgments.  We were | |
| 9 | making technical judgments. | |
| 10 | BY MR. PURCELL: | 10:36:45AM |
| 11 |     Q    And I -- I understand the limits of your | |
| 12 | direction.  But as you sit here today as an | |
| 13 | experienced engineer, do you have any opinion in | |
| 14 | quantitative terms as to how much more valuable | |
| 15 | Group 1 in your ranking is than Group 2? | 10:36:55AM |
| 16 |         MR. HOLTZMAN:  Objection; form. | |
| 17 |         THE WITNESS:  I do not have a quantitative | |
| 18 | opinion, only a qualitative one. | |
| 19 | BY MR. PURCELL: | |
| 20 |     Q    Would you be able to develop a | 10:37:06AM |
| 21 | quantitative opinion? | |
| 22 |     A    Well, given sufficient time. | |
| 23 |     Q    What would you need to do in order to | |
| 24 | develop a quantitative opinion regarding the | |
| 25 | comparative value of the groups within your ranking? | 10:37:18AM |

Page 42

1  MR. HOLTZMAN: Objection; form.  10:37:22AM
2  THE WITNESS: Would have to sit down and
3  assemble various bits of code and do some
4  experiments, take measurements and so forth. But
5  even then, I think -- I'm not sure it's actually  10:37:32AM
6  possible to come up with a comprehensive
7  quantitative understanding of these, because you're
8  basically asking for an exploration -- an
9  exploration of a very large technical design space
10 in which many different kinds of choices can be  10:37:53AM
11 made. So I think it would be quite difficult to do.
12 BY MR. PURCELL:
13    Q    I was asking about a comparison of Group 1
14 versus Group 2.
15    Are you able to provide any quantitative  10:38:09AM
16 comparison of the value of Group 1 versus the value
17 of one of the groups tied for 16th?
18    MR. HOLTZMAN: Objection; form.
19    THE WITNESS: So we did no quantitative
20 analysis.  10:38:26AM
21 BY MR. PURCELL:
22    Q    As you sit here today, do you have any
23 sense whether the patents in Group 1 are twice as
24 valuable, five times as valuable, 100 times as
25 valuable as the patents in the least valuable  10:38:39AM

Highly Confidential

Page 43

1  groups?                                                        10:38:41AM

2          MR. HOLTZMAN:  Objection; form.

3          THE WITNESS:  So insofar as we did value

4  judgments, they are reflected in the overall rank.

5  You can look at this table and groups that are tied            10:38:51AM

6  for 16th, you know, we didn't think any of those

7  were -- were important enough to rank them highly on

8  speed, startup, footprint or security, so that's a

9  qualitative judgment.  That's really all I have to

10 say.                                                           10:39:12AM

11 BY MR. PURCELL:

12    Q   So there is no quantitative judgment that

13 you're able to make comparing the value of different

14 groups?

15         MR. HOLTZMAN:  Objection; form.                        10:39:21AM

16         THE WITNESS:  If by "quantitative," you

17 mean a judgment backed up by hard data based on

18 measurements, no, we did not do such experiments.

19 BY MR. PURCELL:

20    Q   And you would need hard data backed up by                10:39:30AM

21 experiments in order to make a quantitative

22 assessment of the value of the relevant technology

23 groups?

24         MR. HOLTZMAN:  Objection; form.

25         THE WITNESS:  Correct.                                  10:39:39AM

Highly Confidential

Page 47

| | | |
|---|---|---|
| 1 | order of magnitude, at least amongst this group, | 10:43:41AM |
| 2 | usually means at least a factor of 2, not | |
| 3 | necessarily a factor of 10. | |
| 4 | Q    And so a 2 ranked patent would be a patent | |
| 5 | that would contribute a performance improvement | 10:43:54AM |
| 6 | below a factor of 2? | |
| 7 | A    Correct.  Ballpark there would be, you | |
| 8 | know, at least 10 or 20 percent. | |
| 9 | Q    In determining which of the patents would | |
| 10 | enable an order of magnitude improvement versus not, | 10:44:15AM |
| 11 | did you rely on any performance testing? | |
| 12 | A    No. | |
| 13 | Q    Did you rely on any kind of quantitative | |
| 14 | testing at all? | |
| 15 | A    No. | 10:44:26AM |
| 16 | Q    What was the basis for determining whether | |
| 17 | a patent would contribute an order of magnitude | |
| 18 | performance improvement? | |
| 19 | A    The collective experience of these five | |
| 20 | engineers. | 10:44:38AM |
| 21 | Q    Talking a little bit about the four other | |
| 22 | engineers on the team, who was it who selected those | |
| 23 | four engineers to assist you? | |
| 24 | A    My recollection is they were -- they were | |
| 25 | originally suggested by counsel, and when those | 10:45:14AM |

Page 96

| | | |
|---|---|---|
| 1 | THE WITNESS: One could develop a | 12:13:41PM |
| 2 | quantitative assessment. It would take time. | |
| 3 | BY MR. PURCELL: | |
| 4 | Q   And you haven't done that, as you sit here | |
| 5 | today, correct? | 12:13:47PM |
| 6 | A   Correct. | |
| 7 | Q   So if I were to ask you today how much | |
| 8 | more valuable the boot group patents were in terms | |
| 9 | of a percentage than the JIT group patents, could | |
| 10 | you give me a quantitative answer to that? | 12:13:58PM |
| 11 | A   No. I should say even a quantitative | |
| 12 | answer based on experiment, it's not clear that it | |
| 13 | would be persuasive. | |
| 14 | Q   Why not? | |
| 15 | A   Amongst these patents, we're talking -- | 12:14:16PM |
| 16 | we're looking at a fairly complex technical design | |
| 17 | space in which different choices can be made. As it | |
| 18 | turns out, there are patents even amongst these top | |
| 19 | 22 where one would probably choose either one or the | |
| 20 | other and not both, at least not in the near term. | 12:14:37PM |
| 21 | Q   Can you think of any particular groups of | |
| 22 | patents among the top 22 where a prospective user | |
| 23 | would choose to use one or the other but not both? | |
| 24 | A   So within the boot group, there are good | |
| 25 | examples right there. The patents listing an | 12:15:00PM |

| | | |
|---|---|---|
| 1 | inventor of Gregorz Czajkowski are primarily about | 12:15:05PM |
| 2 | the MVM technology we discussed earlier. | |
| 3 |     The patents with inventor Nedim Fresko are | |
| 4 | about the mtask technology. | |
| 5 |     In the context of a hypothetical | 12:15:22PM |
| 6 | smartphone platform in 2006, one would have -- one | |
| 7 | would have chosen one or the other but not both.  In | |
| 8 | the long-term evolution of such a platform, one | |
| 9 | might eventually want both but not at the beginning. | |
| 10 | Q   With respect to the 12 patents rated | 12:15:48PM |
| 11 | number 1 in the JIT group, are there any of those | |
| 12 | where a prospective user would have chosen to use | |
| 13 | one or the other but not both? | |
| 14 | A   Amongst the JIT group, there are some | |
| 15 | patents there that one almost certainly would not | 12:16:04PM |
| 16 | have used in the year 2006 or 2007 because they are | |
| 17 | generally only of benefit when you have a faster | |
| 18 | processor or more than one processor core.  But | |
| 19 | later on, in the hypothetical lifetime of a | |
| 20 | Sun/Google cooperatively developed platform, those | 12:16:27PM |
| 21 | would have been useful later on. | |
| 22 | Q   So from the perspective of somebody in | |
| 23 | 2006, they might not have thought those patents were | |
| 24 | useful at the present time but might have seen five | |
| 25 | years down the line those patents actually having | 12:16:44PM |

Page 105

1   versus qualitative assessments.                                12:25:16PM

2           Does the absence of any quantitative

3   assessments on your part, in your mind, affect the

4   validity or reliability of what you did?

5           MR. PURCELL: Object to the form.                       12:25:27PM

6           THE WITNESS: No.

7   BY MR. HOLTZMAN:

8       Q   Why not?

9       A   So these qualitative assessments were made

10  collectively by this group of highly experienced              12:25:35PM

11  engineers. As I said earlier, we have amongst us

12  more than 75 years of experience working in these

13  areas. I'm confident that the judgments we've made

14  are the best that possibly could be made given the

15  time limits of the exercise.                                   12:25:58PM

16          As I've suggested earlier, I also think a

17  quantitative analysis that would somehow rank all of

18  these patents in linear order from 1 to 569 is

19  actually intellectually infeasible because of all

20  the different choices amongst these very patents              12:26:19PM

21  that one could make.

22          MR. HOLTZMAN: Okay. Thanks. That's all

23  I have.

24          MR. PURCELL: Nothing further.

25          THE VIDEOGRAPHER: This is the end of                   12:26:30PM

Highly Confidential

Page 107

1   STATE OF CALIFORNIA      )
                             ) :ss
2   COUNTY OF SAN FRANCISCO  )
3
4        I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand
5   Reporter of the State of California, do hereby certify:
6        That the foregoing proceedings were taken before me
7   at the time and place herein set forth; that any
8   witnesses in the foregoing proceedings, prior to
9   testifying, were placed under oath; that the verbatim
10  record of the proceedings was made by me using machine
11  shorthand which was thereafter transcribed under my
12  direction; further, that the foregoing is an accurate
13  transcription thereof.
14       I further certify that I am neither financially
15  interested in the action nor a relative or employee of
16  any attorney of any of the parties.
17       IN WITNESS WHEREOF, I have this date subscribed my
18  name.
19
20       Dated:_____
21
22
23                      _____
24                          KELLI COMBS, CSR NO. 7705
25