# EXHIBIT D

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5    ORACLE AMERICA, INC.,    )

6            Plaintiff,       )

7        vs.                  )   No. CV 10-03561 WHA

8    GOOGLE, INC.,            )

9            Defendant.       )

10   _____)

11

12

13

14

15       Videotaped deposition of STEVEN M. SHUGAN, PH.D.,

16       taken at the law offices of Boies, Schiller &

17       Flexner LLP, 1999 Harrison Street, Suite 900,

18       Oakland, California, commencing at 9:40 a.m.,

19       on Monday, September 26, 2011, before

20       Leslie Rockwood, RPR, CSR No. 3462.

21

22

23

24

25   PAGES 1 - 160

                                              Page 1

```
 1          Q.  So the feature sets that you tested in the

 2   conjoint analysis was to some extent constrained by the

 3   subject matter of the case?

 4          A.  I wouldn't use the word "constrained."  I

 5   would use the word "focused" on the attributes involved    10:18:26

 6   in the case.

 7          Q.  Do you recall who communicated to you

 8   specific features that ought to be included in the

 9   conjoint analysis?

10          A.  Well, the -- your question is not really      10:18:45

11   clear in the sense that there are different features in

12   the analysis.  Now, some of the features were

13   communicated to me through Analysis Group that they were

14   required features and need to be there.  Other features I

15   decided should be there, and there were other features    10:19:09

16   that Cockburn decided needed to be there.  And then in

17   the end, I put it all together and decided which ones to

18   actually include in the analysis.

19              So the -- there wasn't one source where all

20   of the features came from.                                10:19:23

21          Q.  Okay.  That's helpful.  Thank you.

22              So which features did Professor Cockburn

23   instruct you should be included in the conjoint analysis?

24          A.  Okay.  The features that -- at the time that

25   were communicated included multitasking, the application  10:19:43
```

Page 29

1    startup time, and the features related to the operating

2    system that are in the conjoint analysis.

3          And then the brand and price features, I

4    decided those needed to be included.  And then the voice

5    command features, that was came up with through a                    10:20:04

6    discussion of -- with Analysis Group about what to

7    include in the analysis and what not to include in the

8    analysis.

9          And the final one that also came from

10   Cockburn was the applications, the availability of the               10:20:18

11   applications.  And that's outlined in my report.

12         Q.  Were there any features that were discussed

13   for inclusion in the conjoint analysis but rejected?

14         MR. NORTON:  Objection to form.

15         Can you -- I just -- there are Rule 26                          10:20:36

16   problems with some of your questions.  And so can you

17   just focus on whether he's having conversations with

18   counsel, having conversations with Analysis Group, or

19   having conversations with Mr. Cockburn?  Otherwise, I'll

20   have to give him instructions on all of your questions.              10:20:51

21         MR. PURCELL:  Right.

22         Q.  So just so you know, I'm referring to your

23   discussions with Dr. Cockburn and Analysis Group, not

24   your instruction -- or your discussions with Oracle's

25   counsel.                                                             10:21:00

Page 30

1    changes, that holds constant the other features.

2           Q.   How does the analysis hold all the other

3    features constant if all the other product features

4    aren't specified?

5           A.   The features that are not specified are held          10:32:10

6    constant by requesting that the consumer hold them

7    constant when making the decisions within the

8    questionnaire.

9               So the questionnaire presents the consumer

10   with product profiles and asks them based on the                 10:32:27

11   profiles, these other features are held constant, which

12   of the profiles they would prefer.

13              And so the task doesn't involve the --

14   necessarily only the products that are actually

15   physically in the market with all of their feature sets.         10:32:44

16   It includes only the profiles that they're given.

17              And so that allows you to collect data that

18   allows you to make comparisons between the phones if the

19   other features were all held constant, and that allows

20   you to isolate the effect of a particular feature on the         10:33:01

21   choice decision.

22              Because what we're concerned about here in

23   this case is if all other features that are unrelated to

24   the case are held constant and you only changed a

25   feature, what that changes.                                      10:33:16

                                                                      Page 38

1  STATE OF CALIFORNIA      ) ss:

2  COUNTY OF MARIN          )

3

4          I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

5  certify:

6          That the foregoing deposition testimony was

7  taken before me at the time and place therein set forth

8  and at which time the witness was administered the oath;

9          That testimony of the witness and all

10 objections made by counsel at the time of the examination

11 were recorded stenographically by me, and were thereafter

12 transcribed under my direction and supervision, and that

13 the foregoing pages contain a full, true and accurate

14 record of all proceedings and testimony to the best of my

15 skill and ability.

16          I further certify that I am neither counsel

17 for any party to said action, nor am I related to any

18 party to said action, nor am I in any way interested in

19 the outcome thereof.

20          IN WITNESS WHEREOF, I have subscribed my name

21 this 27th day of September, 2011.

22

23

24         *Leslie Rockwood*

25         LESLIE ROCKWOOD, CSR. NO. 3462

                                   Page 158