# EXHIBIT G

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5    ORACLE AMERICA, INC.,           )

6           Plaintiff,              )

7       vs.                         )   No. CV 10-03561 WHA

8    GOOGLE, INC.,                  )

9           Defendant.             )

10   _____)

11

12

13        -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--

14

15

16        Videotaped deposition of IAIN M. COCKBURN, PH.D.,

17        taken at the law offices of Boies, Schiller &

18        Flexner LLP, 1999 Harrison Street, Suite 900,

19        Oakland, California, commencing at 9:41 a.m.,

20        on Monday, October 17, 2011, before

21        Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 269

                                        Page 1

```
1    phonescoop.com, which may list -- actually, let me -- let

2    me be careful in answering.

3           I think if you're -- as a consumer, if you're

4    interested in the performance of a phone, if you dig

5    around, you would be able to -- to find evidence as to      12:41:29

6    Linpack benchmarks of different phone models from various

7    sources.

8           Q.  BY MR. PURCELL:  Can you think of any of

9    those sources, as you sit here today?

10          A.  I cite the sources that I use in my report.      12:41:58

11   Those are all publicly accessible -- publicly accessible

12   data sources.

13          Q.  How does the econometric study support your

14   30 percent apportionment of the value of the starting

15   point to the patents-in-suit?                               12:42:29

16          A.  That's a broad question.  I can try and give

17   you a --

18          Q.  How do you get from the conclusions of the

19   econometric study to the 30 percent?

20          A.  So I begin with this -- this regression         12:43:00

21   model, which -- which captures the effect of the

22   variation in the Linpack score, which, in my opinion, is

23   a good proxy for the user's perception of the speediness

24   of the phone in accomplishing various tasks.

25          They may not -- they may not measure it             12:43:23
```

Page 105

1   directly, but I think that they -- there's a pretty close

2   correlation between such performance benchmarks and the

3   user's subjective experience of, does the phone do things

4   quickly or slowly?

5           That regression study gives me the ability to        12:43:40

6   ask the counterfactual question:  If the phone was slower

7   by an amount, you know, suggested by my benchmarking

8   testing, you know, what impact would that have on their

9   maximum willingness to pay or their valuation?

10          So I'm able to come up with -- I can take           12:44:06

11  that, go to -- look at users who have bid on multiple

12  phones, eBay members who have bid upon multiple phone

13  models, and ask the counterfactual question:  If the

14  Android phone in that set was 80 percent slower, as

15  suggested by this Linpack benchmark, what would           12:44:29

16  counterfactually have been their maximum willingness to

17  pay?

18          By comparing that to the prices prevailing in

19  these auctions for these models, I'm able to answer the

20  question:  Had the phones been that much slower, how many   12:44:49

21  times would these users have, nonetheless, valued it in

22  excess of the price, and would they have, therefore,

23  bought it, or would it have -- their valuation have

24  dropped below the prevailing price, and would they,

25  therefore, have switched their purchasing decision to       12:45:13

1    another smartphone or to purchase what we call the

2    outside good, that is to say, another option, postpone

3    their purchase of a smartphone, go to something else.

4            Working through that, I'm able to develop a

5    counterfactual market share for the various smartphone        12:45:33

6    platforms in the United States.  For me -- that has

7    implications for Google's profitability in distributing

8    advertising through the Android platform, in revenues

9    that it may get from the Android Market app store or from

10   the potential sale of handsets.                               12:46:10

11           What I do is look at -- you know, knowing

12   market shares of different platforms and recognizing that

13   these platforms are differentially valuable to Google,

14   primarily for two reasons, one is the nature of the

15   revenue sharing agreements or what is labeled TAC, T-A-C,     12:46:38

16   Traffic Acquisition Costs, between the carrier and the

17   handset manufacturer and Google.

18           Also, because different platforms have what I

19   call different levels of web intensity.  So the data

20   strongly suggests that people have a different propensity     12:46:59

21   to conduct searches on different platforms.

22           Taking those factors into account, you know,

23   I build a model which allows me to -- allows me to

24   compare Google's actual Android revenues with

25   counterfactual Android revenues.  And it's that             12:47:19

                                                        Page 107

1    comparison which -- which leads me to my basis for

2    apportioning payments for the -- under the starting value

3    license -- or under the hypothetical license for the

4    patents-in-suit.

5          Q.  Your econometric study used a log likelihood      12:47:44

6    function; is that right?

7          A.  Yes.

8          Q.  Did you personally write the code, the

9    program code, for the log likelihood function, or did

10   somebody at Analysis Group do that?                        12:47:59

11         A.  We talked about Mr. van Audenrode earlier.  I

12   don't know if he personally wrote the code or one of his

13   team in his office did it.

14         Q.  Did you review the code before your opinion

15   report was filed?                                          12:48:15

16         A.  No.  I had some discussions with

17   Mr. van Audenrode about -- about if you like -- what this

18   code was going to do.  I didn't sit and debug it myself.

19         Q.  Did your review -- strike that.

20             The code was corrected before the filing of     12:48:35

21   your reply report; correct -- or modified?

22         A.  That's correct.

23         Q.  Did you review the modified code before the

24   filing of your reply report?

25         A.  No.  I satisfied myself as to what the           12:48:45

                                                          Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

266

1     STATE OF CALIFORNIA      ) ss:

2     COUNTY OF MARIN          )

3

4            I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

5     certify:

6            That the foregoing deposition testimony was

7     taken before me at the time and place therein set forth

8     and at which time the witness was administered the oath;

9            That testimony of the witness and all

10    objections made by counsel at the time of the examination

11    were recorded stenographically by me, and were thereafter

12    transcribed under my direction and supervision, and that

13    the foregoing pages contain a full, true and accurate

14    record of all proceedings and testimony to the best of my

15    skill and ability.

16            I further certify that I am neither counsel

17    for any party to said action, nor am I related to any

18    party to said action, nor am I in any way interested in

19    the outcome thereof.

20            IN WITNESS WHEREOF, I have subscribed my name

21    this 18th day of October, 2011.

22

23

24            *Leslie Rockwood*

25            LESLIE ROCKWOOD, CSR. NO. 3462

