# EXHIBIT B

Highly Confidential - Attorneys' Eyes Only

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4                 ---o0o---

5

6    ORACLE AMERICA, INC.,          )

7            Plaintiff,             )

8      vs.                          )    No. CV 10-03561 WHA

9    GOOGLE, INC.,                  )

10          Defendant.              )

11    _____)

12

13

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16     VIDEOTAPED DEPOSITION OF CHRISTOPHER PLUMMER

17          THURSDAY, FEBRUARY 16, 2012

18

19

20

21

22

23

24

25    PAGES 1 - 115

Page 1

Highly Confidential - Attorneys' Eyes Only

1
2
3
4
5
6
7          Videotaped Deposition of CHRISTOPHER PLUMMER,
8     taken on behalf of Defendant, at Morrison & Foerster,
9     755 Page Mill Road, Palo Alto, California, commencing
10    at 4:58 p.m., Thursday, February 16, 2012, before
11    Sandra Lee Hockin, CSR 7372.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                    Page 2

Highly Confidential - Attorneys' Eyes Only

```
 1   APPEARANCE OF COUNSEL:

 2

 3   FOR PLAINTIFF ORACLE AMERICA, INC.:

 4           BOIES, SCHILLER & FLEXNER, LLP

 5           BY:  FRED NORTON, ESQ.

 6           1999 Harrison Street, Suite 900

 7           Oakland, California 94612

 8           (510) 874-1000

 9           fnorton@bsfllp.com

10

11   FOR DEFENDANT GOOGLE, INC.:

12           KEKER & NAN NEST

13           BY:  REID P. MULLEN, ESQ.

14           633 Battery Street

15          San Francisco, California 94111-1809

16           (415) 773-6697

17           mullen@kvn.com

18

19   Also present:

20   Sean Grant, Videographer

21   Andrew Temkin, In-house counsel for Oracle

22

23

24

25
```

Page 3

Highly Confidential - Attorneys' Eyes Only

1           CHRISTOPHER PLUMMER,

2    after having been duly sworn, testified as follows:

3                   ---o0o---

4        THE VIDEO OPERATOR:  Good afternoon.  We are

5    on the record.  The time is 4:58 p.m., and the date is      04:58

6    February 16, 2012.  This is the videotaped deposition

7    of Mr. Chris Plummer.  My name is Sean Grant.  I'm

8    here with Sandy Hockin, the court reporter, for

9    Veritext National Deposition and Litigation Services

10   at the request of counsel for the defendant.              04:59

11        This deposition is taking place at Morrison

12   Foerster in Palo Alto, California.  The caption of

13   this case is Oracle America, Inc. versus Google, Inc.;

14   Case No. CV 10-03561 WHA.

15        Please note that audio and video recording        04:59

16   will take place unless all parties have agreed to go

17   off the record.  Microphones are sensitive and may

18   pick up whispers, private conversations and cellular

19   interference.

20        At this time, will counsel and the witness        04:59-

21   please identify yourself for the record.

22        THE WITNESS:  My name is Christopher Plummer.

23        MR. NORTON:  Fred Norton of Boies, Schiller &

24   Flexner for Oracle America.

25        MR. TEMKIN:  Andrew Temkin, Oracle America.       04:59

                                                  Page 4

Highly Confidential - Attorneys' Eyes Only

```
 1              MR. MULLEN:  Reid Mullen of Keker & Van Nest

 2   for defendant Google.

 3              THE VIDEO OPERATOR:  Will the court reporter

 4   please swear in the witness.

 5              (Oath administered by the court reporter.)

 6   EXAMINATION

 7   BY MR. MULLEN:

 8       Q.  Good afternoon, Mr. Plummer.  Could you

 9   please state your full name and address for the

10   record?                                           05:00

11       ██  ████████████████████████████████████████

12   ███████████████████████████████

13       Q.  And have you ever been deposed before?

14       A.  No, I have not.

15       Q.  Have you ever testified at trial?          05:00

16       A.  No.  I was to appear once but ended up not

17   having to testify.

18       Q.  Okay.  I'm sure you already talked about most

19   of this stuff with your attorney, but I'll go over

20   some of the ground rules briefly.                  05:00

21              You understand you're under oath today?

22       A.  Yes.

23       Q.  I'll be asking the questions; you provide

24   answers.  If you don't understand any of my questions,

25   please feel free to ask me to clarify a question or to  05:00
```

Page 5

1        MR. NORTON:  Objection to form.

2        THE WITNESS:  And the --

3        MR. NORTON:  You can answer.

4        THE WITNESS:  So for the other patents -- for

5   all -- so I should add the spreadsheet also included        05:40

6   the authors and either the filing date and/or the

7   issue date.

8   BY MR. MULLEN:

9        Q.  So for all the patents that you reviewed,

10   other than the five to ten patents, you just looked at      05:40

11   a spreadsheet that had the abstract, the title, the

12   author and either the issues date or the filing date

13   of the patent?

14        A.  Yes, that is correct.

15            I should add that a lot of the patents were        05:40

16   familiar to me, so there were some where I quickly

17   understood what the patent was about.

18        Q.  Why were those patents familiar to you?

19        A.  Some of them were from technologies within

20   the group I've been working in; some of them I wrote;       05:40

21   ████████████████████████████████████████████████

22   ██████████████████████████████████████████

23       ████  ████████████████████████████████████████

24   ████████████████████████████████████

25         ██████████████  ████████████████████████         05:41

Page 35

Highly Confidential - Attorneys' Eyes Only



Page 36

Highly Confidential - Attorneys' Eyes Only



Page 37

Highly Confidential - Attorneys' Eyes Only



Page 38

Highly Confidential - Attorneys' Eyes Only



Page 39

Highly Confidential - Attorneys' Eyes Only



05:47

05:47

05:48

05:48

05:48

Page 40

Highly Confidential - Attorneys' Eyes Only



05:48

05:49

05:49

05:49-

05:50

Page 41

tags placement

Highly Confidential - Attorneys' Eyes Only



```
 1  ████████████████████████████████████████████

 2  ████████████████████████████████████████

 3  ███████████████████████████████████████

 4  ████████████████████████████████████████████ts

 5  ████████████████████████████████████, or        06:06

 6  ████████████████████████████████████████████

 7  ████████████████████  ████████████████████

 8  ██████████████████████████████████████████████

 9  ████████████████████████████████████████of

10  ████████████                                     06:06

11        ████  ██████  ████████████████████████,

12  ████████████████████████████████████████████████

13  ██████████████████████████████
```

        MR. NORTON:  We've been going for a bit over

an hour.  Mind if we take a little break?              06:06

        THE WITNESS:  I'm okay.  If you want a

break --

        MR. MULLEN:  Let's take a quick break, just

to check on time, and then I would like to just let my

family know what the estimate is.                      06:06-

        THE VIDEO OPERATOR:  Going off the record.

The time is 6:06 p.m.

        (Recess taken.)

        THE VIDEO OPERATOR:  Back on the record.  The

time is 6:20 p.m.                                      06:20

                                          Page 53

Highly Confidential - Attorneys' Eyes Only

```
1    BY MR. MULLEN:
2        Q.  Good evening, Mr. Plummer.  You understand
3    you're still under oath?
4        A.  I do.
5            MR. NORTON:  Were you able to get a count?      06:20
6            THE VIDEO OPERATOR:  Six hours thirty minutes
7    today.
8            MR. NORTON:  Thank you.
9    BY MR. MULLEN:
10                                                            06:20
11
12
13
14
15                                                            06:21
16
17
18
19
20                                                            06:21
21
22
23
24
25                                                            06:21
```

Page 54

Highly Confidential - Attorneys' Eyes Only



Page 55

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



07:34

07:34

07:34

07:35

07:35

Page 106

Highly Confidential - Attorneys' Eyes Only



Page 107

Highly Confidential - Attorneys' Eyes Only

```
 1   STATE OF CALIFORNIA    ) ss:

 2

 3      I, SANDRA LEE HOCKIN, C.S.R. No. 7372, do hereby

 4   certify:

 5      That the foregoing deposition testimony was

 6   taken before me at the time and place therein set

 7   forth and at which time the witness was administered

 8   the oath;

 9      That the testimony of the witness and all

10   objections made by counsel at the time of the

11   examination were recorded stenographically by me,

12   and were thereafter transcribed under my direction

13   and supervision, and that the foregoing pages

14   contain a full, true and accurate record of all

15   proceedings and testimony to the best of my skill

16   and ability.

17      I further certify that I am neither counsel for

18   any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21      IN WITNESS WHEREOF, I have subscribed my name

22   this 17th day of February, 2012.

23

24

25   SANDRA LEE HOCKIN, C.S.R. No. 7372
```

Page 113