# EXHIBIT C

Highly Confidential - Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    _____
 6    ORACLE AMERICA, INC.,        )
 7              Plaintiff,         )
 8       vs.                       ) No. CV 10-03561 WHA
 9    GOOGLE, INC.,                )
10              Defendant.         )
11    _____)
12
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16          VIDEOTAPED DEPOSITION OF JOHN ROSE
17              WEDNESDAY, FEBRUARY 15, 2012
18
19
20
21
22
23
24
25    PAGES 1 - 111
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1
 2
 3
 4
 5
 6
 7        Videotaped Deposition of JOHN ROSE, taken on
 8   behalf of Defendant, at Morrison & Foerster, 755 Page
 9   Mill Road, Palo Alto, California, commencing at
10   9:47 a.m., Wednesday, February 15, 2012, before Sandra
11   Lee Hockin, CSR 7372.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

Highly Confidential - Attorneys' Eyes Only

```
 1   APPEARANCE OF COUNSEL:
 2
 3   FOR PLAINTIFF ORACLE AMERICA, INC.:
 4
 5        BOIES, SCHILLER & FLEXNER, LLP
 6        BY:   FRED NORTON, ESQ.
 7        1999 Harrison Street, Suite 900
 8        Oakland, California 94612
 9        (510) 874-1000
10        fnorton@bsfllp.com
11
12   FOR DEFENDANT GOOGLE, INC.:
13
14        KEKER & NAN NEST
15        BY:   REID P. MULLEN, ESQ.
16        633 Battery Street
17        San Francisco, California 94111-1809
18        (415) 773-6697
19        mullen@kvn.com
20
21   Also present:
22        Adam Del Rio, Videographer
23
24
25
```

Page 3

Highly Confidential - Attorneys' Eyes Only

| | |
|---|---|
| 1 | JOHN ROSE, |
| 2 | after having been duly sworn, testified as follows: |
| 3 | |
| 4 | THE VIDEO OPERATOR: Good morning. My name |
| 5 | is Adam Del Rio of Veritext National Deposition and  09:43 |
| 6 | Litigation Services. Today's date is Wednesday, |
| 7 | February 15, 2012. The approximate time is 9:47 a.m. |
| 8 | This deposition is being held at the office |
| 9 | of Morrison & Foerster located at 755 Page Mill Road |
| 10 | in Palo Alto, California. The caption of the case is  09:44 |
| 11 | Oracle America, Incorporated versus Google, |
| 12 | Incorporated, being held in the United States District |
| 13 | Court for the Northern District of California. The |
| 14 | name of the witness today is John Rose. |
| 15 | At this time, will attorneys identify  09:44 |
| 16 | themselves for the record and the parties they |
| 17 | represent, beginning with the questioning attorney, |
| 18 | please. |
| 19 | MR. MULLEN: Reid Mullen, Keker & Van Nest |
| 20 | for the defendant Google.  09:44 |
| 21 | MR. NORTON: Fred Norton, Boies Schiller & |
| 22 | Flexner for plaintiff Oracle America. |
| 23 | THE VIDEO OPERATOR: Thank you. Will the |
| 24 | court reporter, Sandy Hockin, please administer the |
| 25 | oath and we may proceed.  09:45 |

Page 4

| | | |
|---|---|---|
| 1 | (Oath administered by the court reporter.) | |
| 2 | MR. NORTON: So a housekeeping matter, | |
| 3 | pursuant to the Court's order, we're producing some | |
| 4 | documents this morning in both this deposition and in | |
| 5 | Dr. Reinhold's. And so I'm going to hand you some | 09:45 |
| 6 | stacks of documents. One is a spreadsheet, and I have | |
| 7 | three Redwells, which are identical. I'll hand you | |
| 8 | one. I have an extra copy for the court reporter, and | |
| 9 | I'll just hold my copy. You can use them, of course, | |
| 10 | as you see fit, but rather than being forced to hand | 09:45 |
| 11 | things across the table tome, I'll hold on to my set. | |
| 12 | And, for the moment, I'll put the court reporter's set | |
| 13 | in front of you. | |
| 14 | MR. MULLEN: Okay. | |
| 15 | MR. NORTON: And then also, pursuant to the | 09:45 |
| 16 | court's order, documents that the engineers used in | |
| 17 | providing information to Dr. Reinhold, these are all | |
| 18 | documents that were previously produced in the case; | |
| 19 | but because they were used, we brought another copy of | |
| 20 | them to the deposition here today. | 09:46 |
| 21 | So there is one document here that was | |
| 22 | produced in the course of the work by the engineers. | |
| 23 | All these are -- all the documents that were not | |
| 24 | previously produced by Google, have new Bates numbers. | |
| 25 | These are all attorneys' eyes only, have highly | 09:46 |

Highly Confidential - Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | confidential.  And we will designate the entire | |
| 2 | deposition today as attorneys' eyes only and highly | |
| 3 | confidential. | |
| 4 | And I think what I just gave you may have | |
| 5 | three sets of identical documents. | 09:46 |
| 6 | MR. MULLEN:  Three sets of the same | |
| 7 | documents? | |
| 8 | MR. NORTON:  I'm sorry? | |
| 9 | (Counsel examines documents.) | |
| 10 | THE WITNESS:  What did he say the date was? | 09:47 |
| 11 | (Discussion off the record.) | |
| 12 | MR. NORTON:  Now, there is a version of a | |
| 13 | spreadsheet that was produced to Professor Cockburn | |
| 14 | for reliance in his expert report.  There are, of | |
| 15 | course, earlier drafts of that Dr. Reinhold created | 09:47 |
| 16 | along the way.  And it's our interpretation of Rule 26 | |
| 17 | and the Court's orders in this case and stipulation | |
| 18 | between the parties that the interim drafts of | |
| 19 | Dr. Reinhold's spreadsheet are not be produced, but if | |
| 20 | there's some question about that we can talk about | 09:47 |
| 21 | that.  I assume you want to talk about it off the | |
| 22 | record so as not to use up your time. | |
| 23 | MR. MULLEN:  I think that's right. | |
| 24 | MR. NORTON:  Okay.  So that's what I have for | |
| 25 | you. | 09:48 |

Highly Confidential - Attorneys' Eyes Only

```
 1            MR. MULLEN:  Okay.
 2   EXAMINATION
 3   BY MR. MULLEN:
 4       Q.  Good morning, Mr. Rose.
 5       A.  Good morning.                              09:48
 6   ███████████████████████████████████████
 7   ██████████████████████
 8       ████████████████████████████████████
 9   ████████████████████
10       Q.  And have you ever been deposed before?    09:48
11       A.  No.
12       Q.  Have you ever testified at trial before?
13       A.  No.
14       Q.  Ever testified under oath in any way?
15       A.  I don't think so.                         09:48
16       Q.  Okay.  Well, I'll just go over a few basic
17   ground rules for the deposition.  I'm sure you
18   probably talked about this stuff with your attorney.
19   It's pretty straightforward, but I'll be asking the
20   questions; you'll be providing answers.  It probably  09:48
21   works best if you let me finish my question in full
22   before you start your answer, just because the court
23   reporter can only take down one of us; and so if you
24   wait for me to finish my questions, I'll wait for you
25   to finish your answers, and we should be okay there.  09:49
```

Highly Confidential - Attorneys' Eyes Only

```
 1          MR. MULLEN:  I don't have the list right in
 2   front of me, so let's go off the record briefly.  I
 3   understand we have to change the tape.  We don't need
 4   to take a break, but we can just change the tape and
 5   get back on the record.                               12:08
 6          THE VIDEO OPERATOR:  This marks the end of
 7   Disk No. 1 to the deposition of John Rose.  The time
 8   is 12:11 p.m., and we are off the record.
 9          (Recess taken.)
10          THE VIDEO OPERATOR:  This marks the beginning  12:11
11   of Disk No. 2 to the videotaped deposition of John
12   Rose.  The time is 12:15 p.m., and we are back on the
13   record.
14   ███████████████
15       █ ████████████████████████████████              12:12
16   █████████████████████████████████████████
17   █████████████████████████████████████████
18   ██████████ ██████████████████████████████
19   █████████████████████████████████████████
20       █ ███                                           12:12
21       █ █████████████████████████████████
22   ████████████████████████████████
23       █ ███
24       █ ███████████████
25       █ ███                                           12:13
```

Page 82





Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only



Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only

```
1   STATE OF CALIFORNIA    ) ss:
2
3       I, SANDRA LEE HOCKIN, C.S.R. No. 7372, do hereby
4   certify:
5       That the foregoing deposition testimony was
6   taken before me at the time and place therein set
7   forth and at which time the witness was administered
8   the oath;
9       That the testimony of the witness and all
10  objections made by counsel at the time of the
11  examination were recorded stenographically by me,
12  and were thereafter transcribed under my direction
13  and supervision, and that the foregoing pages
14  contain a full, true and accurate record of all
15  proceedings and testimony to the best of my skill
16  and ability.
17      I further certify that I am neither counsel for
18  any party to said action, nor am I related to any
19  party to said action, nor am I in any way interested
20  in the outcome thereof.
21      IN WITNESS WHEREOF, I have subscribed my name
22  this 16th day of February, 2012.
23
24
                    *Sandra Lee Hockin*
25
            SANDRA LEE HOCKIN, C.S.R. No. 7372
```

Page 108