# EXHIBIT E

Highly Confidential - Attorneys' Eyes Only

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4                           ---oOo---
 5
 6   ORACLE AMERICA, INC.,            )
 7            Plaintiff,              )
 8      vs.                           )    No. CV 10-03561 WHA
 9   GOOGLE, INC.,                    )
10            Defendant.              )
11   _____ )
12
13
14
15        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16           VIDEOTAPED DEPOSITION OF PETER KESSLER
17               THURSDAY, FEBRUARY 16, 2012
18
19
20
21
22
23
24
25   PAGES 1 - 84
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1
 2
 3
 4
 5
 6
 7      Videotaped Deposition of PETER KESSLER, taken on
 8   behalf of Defendant, at Morrison & Foerster, 755 Page
 9   Mill Road, Palo Alto, California, commencing at 2:30
10   p.m., Thursday, February 16, 2012, before Sandra Lee
11   Hockin, CSR 7372.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 2
```

Highly Confidential - Attorneys' Eyes Only

```
 1   APPEARANCE OF COUNSEL:
 2
 3   FOR PLAINTIFF ORACLE AMERICA, INC.:
 4          BOIES, SCHILLER & FLEXNER, LLP
 5          BY:  FRED NORTON, ESQ.
 6          1999 Harrison Street, Suite 900
 7          Oakland, California 94612
 8          (510) 874-1000
 9          fnorton@bsfllp.com
10
11   FOR DEFENDANT GOOGLE, INC.:
12          KEKER & NAN NEST
13          BY:  EUGENE M. PAGE, ESQ.
14          710 Sansom Street
15          San Francisco, California 94111
16          (415) 391-5400
17          emp@kvn.com
18
19   Also present:
20   Sean Grant, Videographer
21   Andrew Temkin, In-house counsel for Oracle
22
23
24
25
```

Page 3

Highly Confidential - Attorneys' Eyes Only

| | |
|---|---|
| 1 | PETER KESSLER, |
| 2 | after having been duly sworn, testified as follows: |
| 3 | ---oOo--- |
| 4 | THE VIDEO OPERATOR: Good afternoon. We are |
| 5 | on the record. The time is 2:30 p.m., and the date is |
| 6 | February 16, 2012. This is the videotaped deposition |
| 7 | of Dr. Peter Kessler. |
| 8 | My name is Sean Grant, here with our court |
| 9 | reporter Sandy Hockin. We are here from Veritext |
| 10 | National Deposition and Litigation Services at the |
| 11 | request of counsel for the defendants. This |
| 12 | deposition is being held at Morrison Foerster in |
| 13 | Palo Alto, California. |
| 14 | The caption of the case is Oracle America, |
| 15 | Inc. versus Google, Inc. Case number is CV 10-03561 |
| 16 | WHA. |
| 17 | Please note that audio and video recording |
| 18 | will take place unless all parties agree to go off the |
| 19 | record. Microphones are sensitive and may pick up |
| 20 | whispers, private conversations and cellular |
| 21 | interference. |
| 22 | At this time, will counsel and all present |
| 23 | please identify themselves beginning with the witness. |
| 24 | THE WITNESS: I am Peter Kessler. |
| 25 | MR. NORTON: Fred Norton of Boies, Schiller & |

Timestamps: 02:30, 02:30, 02:30, 02:30, 02:31, 02:31

Page 4

false
false

Highly Confidential - Attorneys' Eyes Only



Page 35

Highly Confidential - Attorneys' Eyes Only



Page 36

Highly Confidential - Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | A. I'm not sure there was anything after that. | |
| 2 | Q. So you finished this project on a Wednesday? | |
| 3 | A. That's my recollection, yes. | |
| 4 | Q. Okay. When you ranked the patents, were you | |
| 5 | assigned a particular group of patents to rank, you | 03:16 |
| 6 | yourself? | |
| 7 | A. No. That was done in the group. | |
| 8 | Q. Okay. So the group as a whole went through | |
| 9 | and said 1, 2 or 3? | |
| 10 | A. Yes. | 03:16 |
| 11 | Q. Was there consensus on every patent? | |
| 12 | A. On many of them, there was consensus. Where | |
| 13 | there was a disagreement, we would discuss them. | |
| 14 | Q. Who generally made the call if there was | |
| 15 | disagreement? | 03:16 |
| 16 | A. There weren't any disagreements -- I don't | |
| 17 | remember any disagreements that had to be settled by a | |
| 18 | "call." So we were always able to reach consensus on | |
| 19 | what the rankings meant. | |
| 20 | Q. Okay. Had you seen any of the patents that | 03:17 |
| 21 | you were ranking prior to this exercise? | |
| 22 | A. Yes. | |
| 23 | Q. Which ones? | |
| 24 | A. I don't remember them specifically. Several | |
| 25 | of them are my patents. I certainly had seen those. | 03:17 |

Page 37

Highly Confidential - Attorneys' Eyes Only



Page 42

Highly Confidential - Attorneys' Eyes Only



Page 43

Highly Confidential - Attorneys' Eyes Only



Page 44

Highly Confidential - Attorneys' Eyes Only



Page 71

Highly Confidential - Attorneys' Eyes Only



Page 72

Highly Confidential - Attorneys' Eyes Only



Page 73

Highly Confidential - Attorneys' Eyes Only



Page 74

Highly Confidential - Attorneys' Eyes Only

```
1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2        ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓
3        ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

4        MR. PAIGE: Okay. With that I think I have

5   no further questions for you today. Thank you for            04:20

6   your time, Dr. Kessler. I appreciate it.

7        MR. NORTON: I have just a couple of

8   questions for the witness. Rather than -- actually,

9   I'll go ahead and take Mr. Paige's chair, although I

10  just need a couple minutes, I think.                          04:20

11        (Discussion off the record.)

12  EXAMINATION

13  BY MR. NORTON:

14       Q. Dr. Kessler, I'll just try to take no more

15  than a few more minutes of your time.                         04:20

16       A. Thank you.

```
17  ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18  ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓
19  ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓
21  ▓▓ ▓▓▓▓▓
22  ▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25  ▓▓ ▓▓▓▓▓                                              ▓▓▓▓
```

Page 75

```
1    STATE OF CALIFORNIA     ) ss:
2
3        I, SANDRA LEE HOCKIN, C.S.R. No. 7372, do hereby
4    certify:
5        That the foregoing deposition testimony was
6    taken before me at the time and place therein set
7    forth and at which time the witness was administered
8    the oath;
9        That the testimony of the witness and all
10   objections made by counsel at the time of the
11   examination were recorded stenographically by me,
12   and were thereafter transcribed under my direction
13   and supervision, and that the foregoing pages
14   contain a full, true and accurate record of all
15   proceedings and testimony to the best of my skill
16   and ability.
17       I further certify that I am neither counsel for
18   any party to said action, nor am I related to any
19   party to said action, nor am I in any way interested
20   in the outcome thereof.
21       IN WITNESS WHEREOF, I have subscribed my name
22   this 17th day of February, 2012.
23
24                   _____
25                   SANDRA LEE HOCKIN, C.S.R. No. 7372
```

Page 83