[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 3:10-cv-03651 WHA<br><br>**JOINT UPDATE REGARDING ORDER RE ATTORNEY'S FEES AND COSTS FOR THIRD DAMAGES STUDY [DKT. NO. 705]**<br><br>Dept.:   Courtroom 8, 19th Floor<br>Judge:  Hon. William Alsup |

1  Pursuant to the Court's January 25, 2012 Order (Dkt. No. 705), the parties submit this
2  update regarding payments in connection with Dr. Cockburn's third report.  On March 13, 2012,
3  Google sent an invoice to Oracle's counsel in connection with Dr. Cockburn's third report.
4  Oracle is reviewing that invoice and acknowledges that, pursuant to the Court's orders (Dkt. 702,
5  705), payment is due (pending any controversies regarding the amounts due) on March 27, 2012.
6  As requested by the Court, the parties have been discussing Google's invoice and are actively
7  seeking to avoid any controversies in connection with the invoice.  The parties will notify the
8  Court as soon as possible if any controversies arise that they cannot resolve in a timely manner.

| | |
|---|---|
| Dated: March 16, 2012 | KEKER & VAN NEST, LLP |
| | By: __/s/ Robert A. Van Nest__ |

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

| | | |
|---|---|---|
| 1 | Dated: March 16, 2012 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | |
| 3 | | By:  /s/ Steven C. Holtzman |
| 4 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com |
| 5 | | 333 Main Street<br>Armonk, NY  10504 |
| 6 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 7 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 8 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 9 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 10 | | |
| 11 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 12 | | KENNETH A. KUWAYTI (Bar No. 145384)<br>kkuwayti@mofo.com |
| 13 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 14 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 15 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 16 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 17 | | |
| 18 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 19 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 20 | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com<br>500 Oracle Parkway |
| 22 | | Redwood City, CA  94065<br>Telephone: (650) 506-5200 |
| 23 | | Facsimile: (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION**

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this JOINT UPDATE REGARDING ORDER RE ATTORNEY'S FEES AND COSTS FOR THIRD DAMAGES STUDY [DKT. NO. 705].  In compliance with General Order 45, X.B., I hereby attest that Steven C. Holtzman has concurred in this filing.


Date: March 16, 2012                                   */s/ Robert A. Van Nest*