| | |
|---|---|
| ROBERT A. VAN NEST (SBN 84065) | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON (SBN 184325) | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| KEKER & VAN NEST LLP | BRUCE W. BABER (*Pro Hac Vice*) |
| 633 Battery Street | bbaber@kslaw.com |
| San Francisco, CA 94111-1809 | KING & SPALDING LLP |
| Telephone: (415) 391-5400 | 1185 Avenue of the Americas |
| Facsimile: (415) 397-7188 | New York, NY 10036-4003 |
| | Telephone: (212) 556-2100 |
| | Facsimile: (212) 556-2222 |
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| 101 Second Street – Suite 2300 | 1900 University Avenue |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone: (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile: (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**DECLARATION OF MARK H. FRANCIS IN SUPPORT OF GOOGLE'S RESPONSE IN OPPOSITION TO ORACLE'S MOTION TO AMEND '205 PATENT INFRINGEMENT CONTENTIONS AND SUPPLEMENT EXPERT REPORTS** |

1   I, Mark H. Francis, declare as follows:

2   I am an associate in the law firm of King & Spalding LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Response In Opposition to Oracle's Motion to Amend '205 Patent Infringement Contentions and Supplement Expert Reports. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

1. Attached to this declaration as Exhibit A is a true and correct copy of the cover page, a portion of page 176, pages 177-182 and page 384 from the August 8, 2011 Opening Expert Report of John C. Mitchell Regarding Patent Infringement Submitted on Behalf of Plaintiff Oracle America, Inc. A confidentiality designation has been removed from the cover page because confidential information is not included in the excerpts included in Exhibit A.

2. Attached to this declaration as Exhibit B is a true and correct copy of the cover page, page 27 and page 50 from the September 1, 2011 Reply Expert Report of John C. Mitchell Regarding Patent Infringement Submitted on Behalf of Plaintiff Oracle America, Inc. A confidentiality designation has been removed from the cover page because confidential information is not included in the excerpts included in Exhibit B.

3. Attached to this declaration as Exhibit C is a true and correct copy of page 271 and pages 340-347 from the transcript of the September 6-7, 2011 deposition of John C. Mitchell. Confidentiality designations have been removed from these pages because confidential information is not included in the excerpts included in Exhibit C.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on March 16, 2012 in New York, New York.

    /s/ Mark H. Francis /s/
    Mark H. Francis