```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,         )
 6             Plaintiff,          )
 7        vs.                      )    No. CV 10-03561 WHA
 8   GOOGLE, INC.,                 )
 9             Defendant.          )    VOLUME II
10   _____ )
11
12
13
14
15
16       Videotaped Patent Issues deposition of
17       JOHN C. MITCHELL, PH.D., Volume 2, taken at
18       Morrison & Foerster LLP, 755 Page Mill Road,
19       Palo Alto, California, commencing at 8:18 a.m.,
20       on Wednesday, September 7, 2011, before
21       Leslie Rockwood, RPR, CSR No. 3462.
22
23
24
25   PAGES 271 - 387
                                                         271
```

```
 1      Q.  How can I -- let me ask a question.
 2      A.  Uh-huh.
 3      Q.  If I'm running a virtual machine, am I in the
 4   runtime of that virtual machine?
 5      A.  That virtual machine is your runtime         10:24:47
 6   environment.
 7      Q.  Okay.  That virtual machine is my runtime
 8   environment.  Let's say I run multiple virtual machines.
 9      A.  Okay.
10      Q.  Are each separate runtime environments?      10:25:00
11      A.  If they're separate virtual machines, they
12   are separate runtime environments for the codes executed
13   on each one.
14      Q.  Okay.  And dexopt is run in a separate
15   virtual machine than the virtual machine that actually  10:25:14
16   runs the optimized code; correct?
17      A.  I think that's a different notion of
18   separate.  When you asked the question before, I was
19   thinking of separate applications running in independent
20   virtual machines, which is part of the Android     10:25:28
21   architecture.
22          If you run in the same load configuration and
23   the same -- and you depend on information that's only
24   available in that runtime environment after loading,
25   that, to me, I think is conventionally, and I'm calling 10:25:47
                                                           340
```

```
 1   that runtime.
 2      Q.  Let's back up.
 3          You agreed with me that separate virtual
 4   machines are separate runtimes; correct?
 5      A.  What I had in mind, and just to clarify, is  10:25:58
 6   the Android architecture involves separate applications
 7   running in separate virtual machines.  Those are separate
 8   runtimes.
 9      Q.  So it's the application that defines whether
10   it's a runtime, not the fact that it's a separate virtual  10:26:16
11   machine instance?
12      A.  Maybe -- somehow I'm confused by your
13   question.  Could you just repeat it?  I'll try --
14      Q.  I'm just trying to figure out if under your
15   definition of runtime, two separate virtual machines are  10:26:42
16   separate runtimes?
17      A.  Two separately started virtual machines --
18   you know, unless one is kind of the restart of the other
19   or something like that, are -- you know, independently
20   started virtual machines are definitely separate  10:27:08
21   runtimes.
22          MR. KAMBER:  Okay.  Let's pause there,
23   because we've only got about a minute left on the tape.
24          THE WITNESS:  Okay.
25          THE VIDEOGRAPHER:  This is the end of Disk  10:27:17
                                                           341
```

```
 1   Number 1, Volume 2.  We are off the record at 10:27 a.m.
 2          (Recess.)
 3          THE VIDEOGRAPHER:  This is the beginning of
 4   Disk Number 2, Volume 2.  We are back on the record at
 5   10:38 a.m.                                10:38:40
 6          You may proceed.
 7      Q.  BY MR. KAMBER:  Professor Mitchell, I just
 8   want to ask a few questions to finish up on the '104,
 9   because we need to move to the '205 patent.
10          You would agree with me that the output of  10:38:51
11   running dexopt on a .dex file is a .odex file; correct?
12      A.  I believe that may be one option.  When I
13   installed the SDK and used this to run code, I didn't
14   generate an output like that.  It's just part of the
15   process of running the application that I compiled and  10:39:18
16   translated to Dalvik.  ==And then the run process of
17   executing that in the Dalvik Virtual Machine, I believe,==
18   ==was what -- where the dexopt got invoked.==
19      Q.  So did you only run this by way of the SDK?
20      A.  That's the -- an experiment that I did.  10:39:41
21   Anytime you run an Android phone, you may also run this,
22   so that's another example.
23      Q.  Let me direct your attention to paragraph 240
24   of your report.  In the last sentence you talk about
25   Android's virtual machine, called the Dalvik Virtual  10:39:59
                                                           342
```

```
 1   Machine, optimizes the .dex format bytecode into
 2   optimized .dex bytecode referred to as .odex.
 3          Do you see that?
 4      A.  Could you just give me the paragraph number,
 5   again?                                        10:40:18
 6      Q.  Sure.  It's paragraph number 240, the last
 7   sentence.
 8      A.  Some of these long excerpts makes it hard to
 9   find.
10      Q.  It's on paragraph 8 -- or page 83.  Excuse  10:40:31
11   me.
12      A.  Okay.  Good.  That's helpful.  It's hard to
13   correlate paragraph number and page number easily.
14          Okay.  240.
15          Okay.  This paragraph refers to a format  10:40:54
16   called odex.  I know there are ways to produce odex files
17   that are in odex format.  I'm not sure what bearing that
18   has on your original question.
19      Q.  Does dexopt produce odex files?
20      A.  I don't recall the exact source -- command  10:41:15
21   line or other interface to generate odex files.  I
22   believe that involves an invocation of some portion of
23   the dexopt, but it's not clear from this paragraph
24   exactly how this works, so --
25      Q.  Do you recall, based on your analysis of  10:41:55
                                                           343
```

| | |
|---|---|
| dexopt in general, whether it outputs .odex files?<br>    A. That, I don't recall. I don't -- you know, from my recollection of, for example, running things on the SDK and emulator, I don't recall whether there are any odex files generated. I believe that the dexopt operation then was just part of the steps that are used to run the application. There's an appendix A to my report that contains some information. I don't know whether that's helpful on this point or not.<br>    Q. How did you run dexopt?    10:42:40<br>    ==A. My recollection, at least in that -- those experiments, was that it runs as part of the -- as a component of the virtual machine. And so in -- whatever the human input it is that triggers that process, dexopt runs as part of execution on the virtual machine.==    10:43:07<br>    Q. Well, you referred to the SDK before. Did you run dexopt as part of the SDK?<br>    A. What I installed involves the SDK. I think the emulator and runtime platform is part of the SDK. In any case, my appendix A specifies clearly what I installed on my experimental machine, and that installation included an emulator for running Android applications.<br>    As I described yesterday, I rebuilt versions of the system on that, recompiled them and ran    10:43:56<br>344 | patent specification.<br>    Q. And the '205 patent specification also describes quick instructions; correct?<br>    A. That's correct.<br>    Q. And the '205 patent distinguished over the    10:46:23 JIT compilers and the quick instructions that are mentioned in the specification of the '205 patent; correct?<br>    A. Yeah. It's different from, for example, the small talk JIT compiler.    10:46:40<br>    Q. But you accuse the JIT in Android of infringing; correct?<br>    A. Well, there's a component in functionality of Android that can be suggested by the summary term JIT. The fact that it's -- that I've used JIT to refer to that    10:46:56 doesn't mean it's the same as the small talk JIT. And there are significant differences. I don't know that I addressed validity issues here, so I don't know how much detail went into that, but it's different in some very significant ways.    10:47:21<br>    Q. Well, let me go back to something you said. You said it's a component of Android or a component of the JIT. I don't want to misstate your testimony.<br>    A. Uh-huh.<br>    Q. What component of the JIT are you    10:47:32<br>346 |
| instrumented and uninstrumented versions of Android completing whatever binaries come as part of the SDK as part of that experiment.<br>    Q. But you don't recall, sitting here today, whether dexopt outputs .odex files; correct?    10:44:10<br>    A. Well, I've described some ways in which -- I mean, there is a way to produce odex files, and --<br>    Q. What is the way?<br>    A. I don't recall what that is.<br>    Q. Okay.    10:44:26<br>    A. But I expect it involves a different -- well, typically, in platforms like this, there are different ways of causing components to operate different command line options and so on. I don't recall the specifics on this point for this platform.    10:44:46<br>    Q. Let's turn to the '205 patent.<br>    MR. KAMBER: And can I get the '205 patent?<br>    Q. I suggest you turn in Exhibit 419 to paragraph 327 on page 135.<br>    You would agree with me, Professor Mitchell,    10:45:52 that the '205 patent distinguishes prior art JIT compilers; correct?<br>    A. Yes, I believe it does. The small talk is an example of a compiler that was available in the prior art and was mentioned, I believe, explicitly in the '205    10:46:11<br>345 | specifically pointing at as infringing the '205 patent?<br>    A. You know, I'm not sure how to summarize it other than to point to the analysis and say that that describes the way in which -- two ways in which the patent is infringed. And the components of Android, the    10:48:01 portions of Android that are mentioned in that analysis, including the charts and code that calls or is called by the code explicitly cited, I believe infringes the patent as I described.<br>    Q. The -- and I'm trying to keep this at a high    10:48:20 level for the moment. You referred to a component, and I'm just trying to figure out is it the entirety of the JIT that you point to as infringing the '205 patent or is it a portion, a component thereof?<br>    A. I'm not sure how to answer that since I'm not    10:48:42 exactly sure what you mean by the JIT. There's, you know, functionality in the Android system, and I've explained in the report, and I'm happy to explain further, the way in which that infringes.<br>    My previous statement was just to make it    10:49:04 clear that if in the report or in discussion one or the other of us refers to portions of Android as the JIT, that's JIT in a different sense than the small talk JIT compiler, for example.<br>    Q. You also accuse quick instructions of --    10:49:24<br>347 |