MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**SUPPLEMENTAL DECLARATION OF MARC PETERS IN SUPPORT OF ORACLE AMERICA, INC.'S MOTION TO AMEND INFRINGEMENT CONTENTIONS AND SUPPLEMENT EXPERT REPORTS**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  I, Marc David Peters, declare as follows:

2  I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle
3  America, Inc. I have personal knowledge of the matters set forth herein and, if called to testify,
4  could and would testify competently to the following.

5  1.  Attached hereto as Exhibit D is a true and correct copy of relevant portions of the
6  transcript of deposition of John C. Mitchell, Ph.D., taken on September 7, 2011 (highlights
7  added). Protective Order designations have been withdrawn for the attached portions.

8  I declare under penalty of perjury under the laws of the United States that to the best of
9  my knowledge the foregoing is true and correct. Executed on March 19, 2012, in Palo Alto,
10 California.

/s/ Marc David Peters

PETERS SUPP. DECL. ISO ORACLE MOT. TO AMEND INFRINGEMENT CONTENTIONS & SUPP. EXPERT REPORTS
CASE NO. CV 10-03561 WHA
pa-1518434

1