# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,         )
 6            Plaintiff,           )
 7      vs.                        )    No. CV 10-03561 WHA
 8   GOOGLE, INC.,                 )
 9            Defendant.           )    VOLUME II
10   _____)
11
12
13
14
15
16      Videotaped Patent Issues deposition of
17      JOHN C. MITCHELL, PH.D., Volume 2, taken at
18      Morrison & Foerster LLP, 755 Page Mill Road,
19      Palo Alto, California, commencing at 8:18 a.m.,
20      on Wednesday, September 7, 2011, before
21      Leslie Rockwood, RPR, CSR No. 3462.
22
23
24
25   PAGES 271 - 387
```

Page 271

|     |                                                                         |          |
| --- | ----------------------------------------------------------------------- | -------- |
| 1   | contained in memory on a platform; correct?                             |          |
| 2   | A.  Well, I was giving you examples of how I                            |          |
| 3   | understood the claim in relation to the system dexopt, in               |          |
| 4   | particular, in order to evaluate whether the elements of                |          |
| 5   | the claim are met.                                                      | 10:07:36 |
| 6   | Q.  Okay.  And I'm wondering is -- what I'm                             |          |
| 7   | wondering is:  Did you use that method?  Did you use that               |          |
| 8   | example that you give as a way to determine whether or                  |          |
| 9   | not dexopt is at runtime in order to satisfy the claims?                |          |
| 10  | A.  I guess I've lost a little bit of the detail                        | 10:07:53 |
| 11  | by what you refer to in that example.  I've tried to                    |          |
| 12  | explain the way in which dexopt is runtime.  And I gave                 |          |
| 13  | you some examples of distinctions between runtime                       |          |
| 14  | operations or runtime optimizations and things that are                 |          |
| 15  | not runtime optimizations.                                              | 10:08:12 |
| 16  | Q.  You said in order to determine whether or not                       |          |
| 17  | something is in runtime, you would have to look at the                  |          |
| 18  | way it's kept in memory on the platform; correct?                       |          |
| 19  | MR. PETERS:  Objection.  Form.                                          |          |
| 20  | THE WITNESS:  Yeah, I'm not sure that's what                            | 10:08:25 |
| 21  | I said.  We could read it back, and I could clarify it,                 |          |
| 22  | if there's some confusion about it.                                     |          |
| 23  | Q.  BY MR. KAMBER:  All right.  I feel like we're                       |          |
| 24  | going in circles here.                                                  |          |
| 25  | ==How did you determine that dexopt was at==                            | 10:08:40 |

Page 329

```
1     runtime?
2             A.   Through statements from Google describing the
3     way that this operates.  There are slides, again, and
4     quotations and sections from documentation, I believe.
5     And also looked at the code and understood how this          10:08:59
6     behaves and the nature of the steps and the information
7     required in order to complete those steps.
8             Q.   Let's look at some of that documentation.
9     Take a look at page 90.
10                 You have a clip of a slide and then a quote      10:09:48
11    from Mr. Bornstein's presentation here on page 90;
12    correct?
13            A.   This certainly is a slide and a quote.  I
14    believe it's from one of Dan Bornstein's presentations.
15    It may be the one we identified earlier.                     10:10:06
16            Q.   And the quote, you say that -- you give at
17    2154 under, quote, "install time work."
18                 Do you see that?
19            A.   Yes.
20            Q.   Okay.  So what Mr. Bornstein is talking about   10:10:18
21    that you cite to relates to install time on a device;
22    correct?
23            A.   That's the way he's characterized this
24    portion of the operation, yes.
25            Q.   Okay.  And turn to page 91.                     10:10:34
```

Page 330

```
 1              That slide relates to install time work;
 2    correct?  It says it at the top; right?
 3              MR. PETERS:  Objection.  Form.
 4         Q.   BY MR. KAMBER:  Let me rephrase the question.
 5              The slide on page 91 is titled "Install Time    10:10:53
 6    Work"; correct?
 7         A.   That's what this slide says, yes.
 8         Q.   And the slide on page 92 that you cite also
 9    is entitled "Install Time Work"; correct?
10         A.   That's the title on the slide.              10:11:06
11         Q.   Right.
12              And that's relating to the accused infringing
13    functionality that you've identified; correct?
14         A.   That's correct.
15         Q.   And so Google characterizes that as install  10:11:18
16    time work; correct?
17         A.   That's the heading on the slide.  Although,
18    there's an explanation of the nature of the steps.  And I
19    give a further analysis of them.
20         Q.   Why do you think that this work that's being  10:11:39
21    done at install time qualifies as runtime under the terms
22    of the patent?
23         A.   I think what Dan Bornstein is trying to
24    emphasize is things that are done once.  Although, there
25    are other documentation information that's explicit on   10:11:57
```

Page 331

```
1     the runtime nature.  I believe, for example, the
2     documentation that I reproduced on page 178 and 179, that
3     explains it in slightly more technical terms.
4             Q.  Well, what you said on 178 and 179 relates to
5     the '205 patent; correct?                                   10:12:32
6             A.  It's presented there.  It's an explanation of
7     how -- it's an explanation of dexopt from the Android
8     website.  It's the same dexopt in both patents.  I don't
9     know if it's also -- that same section is also cited here
10    in connection with '104.  That's just one place that I     10:13:00
11    knew I had put that information.  So that's why I pointed
12    to it now.
13            Q.  Let's take a look at the bottom of page 84
14    and the top of page 85.
15            A.  Okay.  That looks like the same -- same         10:13:27
16    material.  For better or for worse, the fact is there's a
17    little bit longer excerpt on the 178, 179 pages than
18    here.
19                So there's a little more explicit information
20    about the meaning of this and content of this page that's  10:13:51
21    cited in the report -- in the analysis of the '104
22    patent.
23            Q.  The -- turning to page 85, there's a bullet
24    about halfway down the page that says, "Bytecode
25    verification is necessary but slow, so we want to verify   10:14:18
```

Page 332

```
1   STATE OF CALIFORNIA     ) ss:
2   COUNTY OF MARIN         )
3
4           I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
5   certify:
6           That the foregoing deposition testimony was
7   taken before me at the time and place therein set forth
8   and at which time the witness was administered the oath;
9           That testimony of the witness and all
10  objections made by counsel at the time of the examination
11  were recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16          I further certify that I am neither counsel
17  for any party to said action, nor am I related to any
18  party to said action, nor am I in any way interested in
19  the outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21  this 8th day of September, 2011.
22
23
24                  [signature: Leslie Rockwood]
25          LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 385