MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
FRED NORTON (Bar No. 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br><br>   v.<br><br>GOOGLE, INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE'S MOTION TO CONTINUE TRIAL DATE (DKT. NO. 804)**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: The Honorable William H. Alsup |

DECLARATION OF MICHAEL A. JACOBS RE: GOOGLE'S MOTION TO CONTINUE TRIAL DATE
CASE NO. CV 10-03561 WHA

I, MICHAEL A. JACOBS, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Oracle America, Inc. ("Oracle") in the present case. I submit this declaration in support of Oracle's Opposition to Google's Motion to Continue the Trial Date from April 16, 2012 to April 23, 2012.

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

3. I am, along with David Boies of Boies, Schiller & Flexner LLP, lead trial counsel for Oracle in this case.

4. I am also co-lead counsel in *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796, before the ITC. That matter is set for trial from May 31 to June 6. That trial date was set on August 19, 2011.

5. I am also co-lead trial counsel in *Apple Inc. v. Samsung Electronics Co., Ltd., et. al.*, Case No. 11-cv-01846-LHK, in this district, which is scheduled for trial beginning on July 30. That trial is expected to last 3–4 weeks.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 19, 2012 at San Francisco, California.

> By: */s/ Michael A. Jacobs*
> MICHAEL A. JACOBS

1

DECLARATION OF MICHAEL A. JACOBS RE: GOOGLE'S MOTION TO CONTINUE TRIAL DATE
CASE NO. CV 10-03561 WHA

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Michael A. Jacobs's concurrence to file this document on his behalf.

Dated: March 19, 2012

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
　　　Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

---

2

DECLARATION OF MICHAEL A. JACOBS RE: GOOGLE'S MOTION TO CONTINUE TRIAL DATE
CASE NO. CV 10-03561 WHA