IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

        Plaintiff,

  v.

GOOGLE INC.,

        Defendant.

No. C 10-03561 WHA

**ORDER DENYING MOTION FOR CONTINUANCE**

The motion for continuance is **DENIED**. Ordinarily the Court would help counsel with their schedules but in this case, taking into account Oracle's own schedule problems, the overall best fit is to leave the April 16 date in place. Judge Leonard Davis in Texas has graciously assisted Google's counsel by advancing the April trial. Judge Lucy Koh has not yet been able, however, to relieve the pressure on the June end of our schedule.

There will be a short pretrial conference at **7:30 A.M. ON WEDNESDAY, MARCH 28** to see if counsel have found ways to streamline the case. Please do not file more in limine motions. Please bring the stipulated timeline (to be provided to the jury) to the conference. A joint five-page statement of practical trial streamlining proposals is requested the day before. This conference date can be moved if needed but let the judge know soon.

**IT IS SO ORDERED.**

Dated: March 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE