IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                            /

No. C 10-03561 WHA

**REQUEST FOR DR. KEARL'S REPORT**

    Dr. James Kearl is requested to file a copy of his report with the Court. The report's exhibits may be excluded if too voluminous.

Dated: March 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE