IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

                              /

No. C 10-03561 WHA

**NOTICE RE GUIDELINES FOR JURY TRIAL**

Please be advised that a few weeks ago, the Court made minor updates to the jury trial guidelines that are on the court's website of this Court and counsel are requested to follow the most updated version.

**IT IS SO ORDERED.**

Dated: March 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE