UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ) | Case No.: 10-CV-03561-WHA (DMR) |
| Plaintiff, ) | **ORDER RE SCHEDULING FURTHER SETTLEMENT CONFERENCE** |
| v. ) | |
| GOOGLE, INC., ) | |
| Defendant. ) | |

The parties shall appear for a further settlement conference. The participants shall include at least Ms. Katz and Mr. Rubin. Without delay, outside counsel shall propose to the undersigned's courtroom deputy available dates so that the conference will take place no later than April 9, 2012. March 30 is not available. Counsel are warned to demonstrate maximum flexibility in tendering dates.

**IT IS SO ORDERED.**

Dated:   3/23/2012

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 10-03561 WHA (DMR)
ORDER

1