**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE MOTION TO AMEND INFRINGEMENT CONTENTIONS** |
| GOOGLE INC., | |
| Defendant. | |

Given the April 16 trial date, Oracle's motion to amend the '205 patent's infringement contentions is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE