IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>   Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**REQUEST FOR<br>FURTHER BRIEFING** |

By **5:00 P.M. ON TUESDAY**, Oracle shall please file a memo up to three pages specifically addressing the applicability of *Baker v. Seldon*, 101 U.S. 99 (1879), and Google shall please file a memo up to three pages responding to the point that Sun's field-of-use restrictions prohibited it from using Harmony's API specifications in mobile devices and Google sent in a public letter urging Sun to lift the restriction. At the Wednesday conference, the Court may ask questions about copyright issues raised.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE