IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING ADJUSTMENTS TO** |
| GOOGLE INC., | **DR. COCKBURN'S REPORT** |
| Defendant. / | |

The Court has reviewed the parties' statements regarding adjustments to Dr. Ian Cockburn's report. Oracle's assumption that $43.7 million should be deducted from the adjusted starting point is accepted. Dr. Cockburn may submit a one-page supplement to his report consistent with the calculations in Oracle's statement. If Google has any objections to these calculations, it must promptly notify the Court.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE