| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - #184325<br>canderson@kvn.com<br>DANIEL PURCELL - #191424<br>dpurcell@kvn.com<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188 | KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222 |
| KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone:  (415) 318-1200<br>Facsimile:  (415) 318-1300 | GREENBERG TRAURIG, LLP<br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>1900 University Avenue, Fifth Floor<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                            Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                            Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Dept.:       Courtroom 8, 19th Floor<br>Judge:       The Honorable William Alsup |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby brings this Administrative Motion to Seal the following material designated by Oracle America, Inc. ("Oracle") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case [Dkt. No. 68.]:

- The redacted sections of Google Inc.'s Supplemental Copyright Liability Trial Brief Pursuant to March 26, 2012 Order.

Google takes no position as to whether disclosure of these materials would cause harm to Oracle, and Google would not oppose an order requiring Oracle to make that information public.

Dated:  March 27, 2012                                     KEKER & VAN NEST LLP

                                                          By: /s/ Robert A. Van Nest
                                                              ROBERT A. VAN NEST
                                                              Attorneys for Defendant
                                                              GOOGLE INC.