United States District Court

For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ORACLE AMERICA, INC.,                                   No. C 10-03561 WHA

11              Plaintiff,

12       v.                                                   **ORDER DENYING
                                                              MOTION TO SEAL**
13    GOOGLE INC.,

14              Defendant.

15    _____/

16          Plaintiff Oracle America, Inc. filed a motion to seal portions of exhibit B to the Peters

17    declaration (Dkt. No. 781).  Google has failed to submit its supporting declaration required by

18    Local Rule 79-5(d).  Therefore, the motion to seal is **DENIED**.  Exhibit B shall be publicly filed.

19

20          **IT IS SO ORDERED.**

21

22    Dated:   March 27, 2012.

23                                                            WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE
24

25

26

27

28