UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 28, 2012   Total Hearing Time: 3 hours 50 minutes

Case No. C10-03561 WHA

Title: ORACLE AMERICA, INC. v. GOOGLE INC.

Plaintiff Attorney(s): Michael Jacobs; Andrew Temkin; Fred Norton; Marc David Peters
Kenneth Kuwayti; Steve Holtzmn

Defense Attorney(s): Daniel Purcell; Robert Van Nest; Michael Kwun; Christa Anderson
Scott Weingaertner; Renny Hwang; John Cooper (Dr. Kearl)

Deputy Clerk: Dawn Toland   Court Reporter: Kathy Sullivan

**PROCEEDINGS**

1)   Pretrial Conference - HELD

2)

Continued to  4/16/2012 at 7:30 am   for Jury Trial

**ORDERED AFTER HEARING:**

Counsel shall file supplemental briefs on issues discussed at the hearing today by 4:00 pm on 3/30/12. During the trial, motions shall be filed no later than 8:00 pm and responses by 10:00 pm.

For additional trial information, please refer to the Final Pretrial Order (dkt. #675.)