IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br>———————————————— / | No. C 10-03561 WHA<br><br>**NOTICE REGARDING<br>QUESTIONS FOR DR. KEARL** |

  The Court currently does not have any questions for Dr. James Kearl regarding his report.


Dated: March 28, 2012.

  _____
  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE