IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>   Defendant.<br>_____ / | No. C 10-03561 WHA<br><br>**REQUEST FOR INPUT** |

In the brief to be submitted on Friday, Oracle shall please address the following: To what extent does Oracle contend that the 37 APIs as a group constitute a "compilation" within the meaning of Section 101, and/or contend that the individual APIs individually constitute a "compilation." Is there any other theory of protectability beyond "compilation" for the APIs?

**IT IS SO ORDERED.**

Dated: March 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE