**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR INPUT** |
| GOOGLE INC., | |
| Defendant. / | |

In the brief to be submitted on Friday, Oracle shall please address the following: To what extent does Oracle contend that the 37 APIs as a group constitute a "compilation" within the meaning of Section 101, and/or contend that the individual APIs individually constitute a "compilation." Is there any other theory of protectability beyond "compilation" for the APIs?

**IT IS SO ORDERED.**

Dated: March 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE