KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Tel:   415 391 5400
Fax:  415 397 7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA 94105
Tel:  415.318.1200
Fax:  415.318.1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel: 212.556.2100
Fax: 212.556.2222

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax:650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-CV-03561-WHA<br><br>**NOTICE RE GOOGLE'S FIRST SUPPLEMENTAL TRIAL WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(3)**<br><br>Judge: Hon. William Alsup<br>Dept.:  Courtroom 8, 19th Floor |

1   PLEASE TAKE NOTICE that Google served the attached First Supplemental Trial
2   Witness Disclosure Pursuant to Fed. R. Civ. P. 26(a)(3) on February 23, 2012. As stated in that
3   Supplemental Disclosure, each of the witnesses disclosed therein was identified in the February
4   3, 2012 Expert Report of Dr. Iain M. Cockburn as conducting review and analysis of patents in
5   connection with Dr. Cockburn's third expert report. Each of the individuals was deposed in
6   February 2012 pursuant to a Court order authorizing the depositions.

Dated: March 29, 2012                    KEKER & VAN NEST LLP

                                         /s/ *Robert A. Van Nest*
                                    By:  ROBERT A. VAN NEST

                                         Attorneys for Defendant
                                         GOOGLE INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Tel:   415 391 5400
Fax:  415 397 7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY  10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second St., Suite 2300
San Francisco, CA  94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA  94303
Tel: 650.328.8500
Fax:650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-CV-03561-WHA<br><br>**GOOGLE'S FIRST SUPPLEMENTAL TRIAL WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(3)**<br><br>Judge:  Hon. William Alsup<br>Dept.:   Courtroom 8, 19th Floor |


Pursuant to Fed. R. Civ. P. 26(a)(3), (e) and the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, Google supplements its October 7, 2011 list of witnesses for trial of this matter. Each of the individuals disclosed in this Supplemental Disclosure was identified in the February 3, 2012 Expert Report of Dr. Iain M. Cockburn as conducting review and analysis of patents in connection with Dr. Cockburn's third expert report. Each of the individuals was deposed in February 2012 pursuant to a Court order authorizing the depositions.

Google may call each of these witnesses, all of whom are current Oracle employees. As required by the Court's Guidelines, Google has identified non-cumulative testimony in the summaries below by italicizing that testimony.[1]

| Name | Manner of Presentation | Substance of Trial Testimony |
|---|---|---|
| Kessler, Peter | Live or by deposition | Mr. Kessler may testify concerning Oracle's alleged conception, reduction to practice, and *use of U.S. Patent Nos. 6,910,205 and RE38,104, including but not limited to in the JDK*; Oracle's benchmarking tests and related Android and Java source code modifications; *work he performed in connection with Dr. Iain Cockburn's third expert report*; and issues related to Java or Android technology. He may also testify concerning documents on the exhibit list that are either authored by him or were sent to him. |
| Plummer, Christopher | Live or by deposition | Mr. Plummer is an Oracle engineer who may testify about *work he performed in connection with Dr. Iain Cockburn's third expert report* and issues related to Java or Android technology. He may also testify concerning documents on the exhibit list that are either authored by him or were sent to him. |
| Reinhold, Mark | Live or by deposition | Mr. Reinhold may testify about Sun's practices and policies relating to alleged Java intellectual property rights; *Sun's communications with Apache and/or communications concerning Apache Harmony;* Sun's policies and practices with respect to licensing and open sourcing Java-related software and platforms; the Java Community Process; alleged "fragmentation" or "forking"; *work he performed in connection with Dr. Iain Cockburn's third expert report*; and issues related to Java or Android technology. He may also testify concerning documents on the exhibit list that are either authored by or were sent to him. |

---

[1] Peter Kessler and Mark Reinhold were disclosed in Google's October 7, 2011 witness list.

1

GOOGLE'S FIRST SUPPLEMENTAL TRIAL WITNESS DISCLOSURE
Case No. 3:10-CV-03561-WHA

626514.01

| Name | Manner of Presentation | Substance of Trial Testimony |
|---|---|---|
| Rose, John R. | Live or by deposition | Mr. Rose is an Oracle engineer who may testify about *work he performed in connection with Dr. Iain Cockburn's third expert report* and issues related to Java or Android technology. He may also testify concerning documents on the exhibit list that are either authored by him or were sent to him. |
| Wong, Hinkmond | Live or by deposition | Mr. Wong is an Oracle engineer who may testify about *work he performed in connection with Dr. Iain Cockburn's third expert report* and issues related to Java or Android technology. He may also testify concerning documents on the exhibit list that are either authored by him or were sent to him. |

In addition to the witnesses identified above and in Google's October 7, 2011 disclosure, Google may also call witnesses for rebuttal and may call witnesses identified on Oracle's witness list. Google will counter-designate testimony of various witnesses designated by Oracle pursuant to Judge Alsup's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases. Should Oracle introduce any deposition testimony it has designated for witnesses not at trial, Google will, in rebuttal, introduce the testimony they have counter-designated.

Dated: February 23, 2012

KEKER & VAN NEST LLP

By: /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST

Attorneys for Defendant GOOGLE INC.