IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING SEATING FOR FIRST DAY OF TRIAL** |
| GOOGLE INC., | |
| Defendant. | |

On the first day of trial we will need to reserve the west side of the public seating for the venire. To make room for more members of the public, counsel are requested to minimize the size of their teams in the public seating on the east side. Once the jury is sworn, we should have enough room for all. Please remind all team members not to communicate with venire members.

**IT IS SO ORDERED.**

Dated: March 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE