[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03651 WHA |
| Plaintiff, | **JOINT STATEMENT REGARDING INTRODUCTION OF DR. JAMES KEARL TO THE JURY** |
| v. | |
| GOOGLE INC., | Dept.:  Courtroom 8, 19th Floor |
| Defendant. | Judge:  Hon. William Alsup |

1    Pursuant to the Court's request at the March 28, 2012 pretrial hearing, the parties have
2 met and conferred regarding the introduction of Dr. Kearl to the jury.  The parties, as well as Dr.
3 Kearl, agree that Dr. Kearl should be introduced to the jury as follows:
4    "Dr. Kearl is an independent expert who was not retained by either party, but was
5 appointed by the Court to testify in this case.  The Court has ordered that his fees are to be paid
6 by both Oracle and Google.  You should consider his testimony in the same way that you would
7 any other witness's."

| | | |
|---|---|---|
| Dated: March 30, 2012 | | KEKER & VAN NEST, LLP |

By: /s/ Robert A. Van Nest

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

2
JOINT STATEMENT REGARDING INTRODUCTION OF DR. KEARL
Case No. 3:10-CV-03561 WHA

643331.01

| | | |
|---|---|---|
| 1 | Dated: March 30, 2012 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | |
| 3 | | By:  /s/ Steven C. Holtzman |
| 4 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com |
| 5 | | 333 Main Street<br>Armonk, NY  10504 |
| 6 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 7 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 8 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 9 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 10 | | |
| 11 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 12 | | KENNETH A. KUWAYTI (Bar No. 145384)<br>kkuwayti@mofo.com |
| 13 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 14 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 15 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 16 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 17 | | |
| 18 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 19 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 20 | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com<br>500 Oracle Parkway |
| 22 | | Redwood City, CA  94065<br>Telephone: (650) 506-5200 |
| 23 | | Facsimile: (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

JOINT STATEMENT REGARDING INTRODUCTION OF DR. KEARL
Case No. 3:10-CV-03561 WHA

643331.01

| | |
|---|---|
| Dated: March 30, 2012 | FARELLA, BRAUN & MARTEL LLP |
| | By:  */s/ John L. Cooper* |
| | FARELLA, BRAUN & MARTEL LLP<br>JOHN L. COOPER<br>jcooper@fbm.com<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA  94104<br>Telephone: (415) 954-4400 |
| | *Attorneys for Independent Expert*<br>DR. JAMES KEARL |

**ATTESTATION**

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this JOINT STATEMENT REGARDING INTRODUCTION OF DR. JAMES KEARL TO THE JURY. In compliance with General Order 45, X.B., I hereby attest that Steven C. Holtzman and John L. Cooper concurred in this filing.

Date: March 30, 2012                               */s/ Robert A. Van Nest*