IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**REQUEST FOR FURTHER BRIEFING AND TO SUBMIT AGREED-ON TIMELINE**

In the submissions due on Tuesday please include your analysis of the CONTU report, which the Judge has now read with interest. Please also quote from any relevant passages in the committee reports following up on the CONTU report, that is, to what extent did Congress intend to adopt the report?

In addition, please include a critique of Professor Pamela Samuelson's article in 85 Texas Law Review 1921 (2007). If there are one or two other treatises or articles you recommend, please cite them and give a sentence as to their importance.

Also, by Monday the 9th at noon counsel shall file the agreed-on timeline to hand out to the jury.

**IT IS SO ORDERED.**

Dated: April 2, 2012.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE