# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Magistrate Judge Paul S. Grewal

## Civil Minute Order

Date: March 31, 2012                                                                         Time: 6 hours

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Not reported

**TITLE: Oracle America, Inc. v. Google, Inc.**
**CASE NUMBER**: **CV10-03561 WHA**

### PROCEEDINGS:
### Further Settlement Conference

Further settlement conference held.
Case did not settle.  No further discussion shall be convened.

///