1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST, #84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON, #184325
3  canderson@kvn.com
   DANIEL PURCELL, #191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA  94111-1809
   Tel:    415.391.5400
6  Fax:    415.397.7188

7  KING & SPALDING LLP
   SCOTT T. WEINGAERTNER
8  (Pro Hac Vice)
   sweingaertner@kslaw.com
9  ROBERT F. PERRY
   rperry@kslaw.com
10 BRUCE W. BABER (Pro Hac Vice)
   1185 Avenue of the Americas
11 New York, NY  10036
   Tel:    212.556.2100
12 Fax:    212.556.2222

   KING & SPALDING LLP
   DONALD F. ZIMMER, JR. - #112279
   fzimmer@kslaw.com
   CHERYL A. SABNIS - #224323
   csabnis@kslaw.com
   101 Second Street, Suite 2300
   San Francisco, CA  94105
   Tel:    415.318.1200
   Fax:    415.318.1300

   IAN C. BALLON - #141819
   ballon@gtlaw.com
   HEATHER MEEKER - #172148
   meekerh@gtlaw.com
   GREENBERG TRAURIG, LLP
   1900 University Avenue
   East Palo Alto, CA  94303
   Tel:    650.328.8500
   Fax:    650.328-8508

13
   Attorneys for Defendant
14 GOOGLE INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19 | ORACLE AMERICA, INC.,               | Case No. 3:10-cv-03561-WHA
20 |        Plaintiff,                   | **DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF DR. JAMES KEARL'S EXPERT REPORT**
21 |        v.                           |
22 | GOOGLE INC.,                        |
23 |        Defendant.                   | Dept.:  Courtroom 8, 19th Floor
   |                                     | Judge:  Hon. William Alsup
24

25                          **FLED UNDER SEAL**

26

27

28

1  I, DANIEL PURCELL, declare as follows:

2  1.  I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Motion to Strike Portions of Dr. James Kearl's Expert Report. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2.  Attached as **Exhibit A** are true and correct copies of excerpted pages from the transcript of the deposition of Dr. James Kearl, taken March 26, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 2, 2012.

By:   */s/ Daniel Purcell*
     DANIEL PURCELL

---

1

DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE'S MOTION TO STRIKE
Case No. 3:10-cv-03561-WHA

643400

# EXHIBIT A

# FILED UNDER SEAL