UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.: 10-CV-03561-WHA |
| Plaintiff, | **ORDER RE: FURTHER SETTLEMENT CONFERENCES** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

Federal district courts resolve cases by any number of means short of trial. Sometimes we enter default judgments. Sometimes we enter summary judgments. Sometimes we convene settlement conferences. And yet, even though the overwhelming majority of cases are resolved by these and other means, we are not referred to in passing as judgment courts, or settlement courts. We are referred to as <u>trial</u> courts because, in the end, some cases just need to be tried.

This case is a good example of why that is so. Despite their diligent efforts and those of their able counsel, the parties have reached an irreconcilable impasse in their settlement discussions with the undersigned. No further conferences shall be convened. The parties should instead direct their entire attention to the preparation of their trial presentations. Good luck.

**IT IS SO ORDERED.**

Dated: 4/2/2012

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: C 11-01632 LHK (PSG)
ORDER