MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
FRED NORTON (Bar No. 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF ORACLE AMERICA, INC.'S MOTION TO EXCLUDE PORTIONS OF THE RULE 706 EXPERT REPORT OF DR. JAMES KEARL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: The Honorable William Alsup |

I, Meredith Dearborn, declare as follows:

1. I am an associate with the law firm of Boies, Schiller & Flexner LLP, attorneys for plaintiff Oracle America, Inc. in the above captioned matter, and admitted to practice before this Court.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Notice of Deposition of Defendant Google, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), dated March 10, 2011.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Aditya Kumar Agarwal, dated April 8, 2011. **[SUBMITTED UNDER SEAL]**

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the Expert Report of Dr. Alan J. Cox, as revised on October 21, 2011. **[SUBMITTED UNDER SEAL]**

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Alan J. Cox, Ph.D., dated October 26, 2011. **[SUBMITTED UNDER SEAL]**

7. Attached hereto as **Exhibit E** is a true and correct copy of the Expert Report of Professor James R. Kearl, as updated on March 28, 2012. **[SUBMITTED UNDER SEAL]**

8. Attached hereto as **Exhibit F** is a true and correct copy of the deposition transcript of James Kearl, dated March 26, 2012. **[SUBMITTED UNDER SEAL]**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 2, 2012 at Oakland, California.

By: */s/ Meredith Dearborn*
Meredith Dearborn

1
DEARBORN DECLARATION IN SUPPORT OF ORACLE'S MOTION TO STRIKE PORTIONS OF KEARL REPORT
CASE NO. CV 10-03561 WHA

1  ATTESTATION OF FILER

2  I, Steven C. Holtzman, have obtained Meredith Dearborn's concurrence to file this document on

3  her behalf.

Dated: April 2, 2012

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
    Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.