# EXHIBIT A

1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
4  755 Page Mill Road
   Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
7  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
8  333 Main Street
   Armonk, NY  10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
11 1999 Harrison St., Suite 900
   Oakland, CA  94612
12 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

13 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
14 dorian.daley@oracle.com
15 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
17 500 Oracle Parkway
   Redwood City, CA  94065
18 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

19 *Attorneys for Plaintiff*
20 ORACLE AMERICA, INC.

21                     **UNITED STATES DISTRICT COURT**
22                     **NORTHERN DISTRICT OF CALIFORNIA**
23                          **SAN FRANCISCO DIVISION**

24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
   |---|---|
25 | Plaintiff, | **PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT GOOGLE, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)** |
26 | v. | |
27 | GOOGLE, INC. | Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |
28 | Defendant. | |

TO DEFENDANT GOOGLE, INC., AND TO ITS ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Oracle America, Inc. ("Oracle"), will take the deposition of Defendant Google, Inc. ("Google"). The deposition may be recorded by stenographic means, audiotaped, videotaped, and transcribed using real time interactive transcription such as LiveNote. The deposition will commence on a mutually agreeable date(s) and time and continue from day to day until completed. The deposition will take place at the offices of Boies, Schiller & Flexner, located at 1999 Harrison Street, Suite 900, Oakland, California 94612.

## INSTRUCTIONS

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Google shall designate one or more of its officers, directors, partners, managing agents, or other persons who consent to testify on Google's behalf and who are the most knowledgeable with respect to the deposition topics set forth below. At least ten days in advance of the date of deposition, Google is directed to provide to counsel for Oracle a written designation of the name(s) and position(s) of the person(s) designated to testify on each of the following topics.

## TOPICS

1. Any discussions between Google, on the one hand, and Sun or Oracle, on the other hand, concerning Android or the development or licensing of platform technology for mobile devices at any time between 2005 and the filing of this lawsuit, including Google's evaluation of any financial or other terms for such development or licensing proposed to or by Google.

2. Google's revenues related to Android, including (i) the identity of each person with knowledge regarding such revenues, (ii) how Google accounts for Android-related revenues and expenses, (iii) all profits and losses, revenues, expenses, and costs associated with Android, including those associated with Android Market and advertising on Android-enabled devices, (iv) any financial projections relating to Android, including the bases for Eric Schmidt's statement that "Google is positioning itself to earn $10 billion or more per year in the mobile device business, thanks to its Android operating system."

1

PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT GOOGLE, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)
CASE NO. CV 10-03561 WHA

1 | Dated: March 10, 2011 BOIES, SCHILLER & FLEXNER LLP

2

3 | By: */s/ Steven C. Holtzman*
Steven C. Holtzman

4 | *Attorneys for Plaintiff*
ORACLE AMERICA, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2