# EXHIBIT B

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER