# EXHIBIT C

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER