# EXHIBIT E

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER