# EXHIBIT F

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER