IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RE ROLLING, WRITTEN NOTICE OF NEXT SEVEN WITNESSES** |
| GOOGLE INC., | |
| Defendant. | |

Absent very good cause, a witness may be called only if the witness is on the proponent's most-current rolling, written list of the next seven witnesses and has been on the list at least 38 (not 48) hours. Said list may be updated each day by 5 p.m. and shall include seven or fewer names. Witnesses need not be called in the sequence indicated but they must be on the most-current rolling list. The list shall be delivered to all counsel *and to chambers* by 5 p.m. each day. If both sides agree in writing, the seven limit and the 38-hour leadtime may be changed. This does not change the document-use notice provision.

**IT IS SO ORDERED.**

Dated: April 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE