IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                             /

No. C 10-03561 WHA

**ORDER SETTING TELEPHONE CONFERENCE**

The undersigned judge will have a telephone conference with counsel at **3:00 P.M. TODAY**. Please call 415-522-3684 beforehand to leave your telephone number to be contacted. Only one representative per side is required.

**IT IS SO ORDERED.**

Dated: April 4, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE