KEKER & VAN NEST LLP
ROBERT A. VAN NEST, #84065
rvannest@kvn.com
CHRISTA M. ANDERSON, #184325
canderson@kvn.com
DANIEL PURCELL, #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Tel:    415.391.5400
Fax:   415.397.7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA  94105
Tel:    415.318.1200
Fax:   415.318.1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(Pro Hac Vice)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY  10036
Tel:    212.556.2100
Fax:   212.556.2222

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA  94303
Tel:    650.328.8500
Fax:   650.328-8508

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **DECLARATION OF REID P. MULLEN IN SUPPORT OF GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO DEEM ISSUES UNDISPUTED** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.:    Courtroom 8, 19th Floor |
| | Judge:   Hon. William Alsup |

I, REID MULLEN, declare as follows:

1.      I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case.  I submit this declaration in support of Google's Motion for Administrative Relief to Deem Issues Undisputed ("Motion").  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2.      On April 3, 2012, I sent an email to counsel for Oracle America, Inc. ("Oracle") proposing the following stipulations for purposes of this trial:  (1) The Java programming language is open and free for anyone to use.  (2) The names of the Java language API files, packages, classes, and methods are not protected by copyright law.  (3) Aside from a nine-line function that Oracle accuses Google of copying, Oracle does not contend that Android's source code in any of the accused APIs was copied from the source code used in the Java platforms.  A true and correct copy of the above-referenced correspondence is attached as **Exhibit A**.

3.      On April 4, 2012, counsel for Oracle responded by email and either declined to stipulate to these statements, or placed conditions on acceptance that were unacceptable to Google.  *See* Exhibit A.

4.      In light of the quickly approaching trial date, Google now moves to have these issues deemed undisputed for the purposes of the trial.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 5, 2012.


By:    */s/ Reid Mullen*
        REID MULLEN

DECLARATION OF REID MULLEN
Case No. 3:10-cv-03561-WHA

646313

# EXHIBIT A

**Reid P. Mullen**

| | |
|---|---|
| **From:** | Muino, Daniel P. <DMuino@mofo.com> |
| **Sent:** | Wednesday, April 04, 2012 3:00 PM |
| **To:** | Reid P. Mullen; Oracle MoFo Service List; Oracle-Google@BSFLLP.com |
| **Cc:** | DALVIK-KVN-ATTY; dalvik-KS@KSLAW.com; GT_Google@gtlaw.com |
| **Subject:** | Oracle/Google:  Google's proposed fact stipulations |
| | |
| **Categories:** | DMFiled |

Reid,

We're responding to Google's proposed fact stipulations:

1.  As reflected in the language you quote, Oracle isn't asserting claims in this case based on use of the Java programming language itself.  We may be amenable to a stipulation to that effect.  However, to avoid confusion, any such stipulation would need to be accompanied by a stipulation clarifying that the Java APIs and class libraries are distinct from the language, as Google acknowledged in its Answer and Counterclaims (Counterclaims, para. 3).  We'd be happy to discuss this further.

2.  This is really a proposed statement of law, rather than a factual stipulation.  As the Court will ultimately need to resolve copyright law issues in connection with jury instructions, we don't think a fact stipulation on such issues is appropriate.  Again, we are willing to discuss this further.

3.  We do not agree that Google's copying of Oracle's source code into Android for the 37 accused Java APIs was limited to rangeCheck.

**Daniel P. Muino**
Morrison & Foerster LLP
425 Market Street | San Francisco, CA 94105
415.268.7475 | 415.268.7522 fax
dmuino@mofo.com | www.mofo.com

---

**From:** Reid P. Mullen [mailto:RMullen@kvn.com]
**Sent:** Tuesday, April 03, 2012 10:18 AM
**To:** Oracle MoFo Service List; Oracle-Google@BSFLLP.com
**Cc:** DALVIK-KVN-ATTY; dalvik-KS (dalvik-KS@KSLAW.com); GT_Google@gtlaw.com
**Subject:** Proposed fact stipulations

Dan – In advance of our meet and confer call today at 3:00 p.m., below are three fact stipulations proposed by Google.

1.    **The Java programming language is open and free for anyone to use.**

   **Authority**: March 28, 2012 Hrg. Tr. at 81:6-9 ("[MR. JACOBS] "And, of course, just as anyone could write a new novel in the English language, even if the English language was an invented language and protectable, the Java language is free for application programmers, free for them to use."); *id.* at 67:23-25 ("[THE COURT] And along the way Oracle has dedicated to the public domain, as far as this case is concerned anyway, the use of the Java

programming language."); February 9, 2011 Hrg. Tr. at 8:16-18 (" [MR. JACOBS] the Java programming language, we're not asserting that we own that programming language for purposes of this case"); July 21, 2011 Tr. at 50:18-20 ("THE COURT: But you admit that the Java programming language is open to anybody. MR. JACOBS: Yes."); September 15, 2011 Hrg. Tr. at 12:18-19 ("we are making no claim for the protect[a]b[i]lity under copyright of the Java programming language, in and of itself').

2.   **The names of the Java language API files, packages, classes, and methods are not protected by copyright law.**

**Authority**:  September 15, 2011 MSJ Order [Dkt. 433] at 7:27-8:2 ("Google argues that 'the names of the Java language API files, packages, classes, and methods are not protectable as a matter of law' (Br. 17). This order agrees.  Because names and other short phrases are not subject to copyright, the names of the various items appearing in the disputed API package specifications are not protected."); *id.* at 8:22-23 ("Having found that the names of the various items appearing in the disputed API package specifications are not protected by copyright on account of the words and short phrases doctrine . . . "); March 28, 2012 Hrg. Tr. at 68:1-2 ("[THE COURT] The Court has already ruled that the use of the names is not protectable. Like 'square root' is not protectable.").

3.   **Aside from a nine-line function that Oracle accuses Google of copying, Oracle does not contend that Android's source code in any of the accused APIs was copied from the source code used in the Java platforms.**

**Authority**:  March 28, 2012 Hrg. Tr. at 4:16-5:1 ("[MR. JACOBS] Three of the 11 files are part of the Java APIs. Specifically, Google copied from java.util.Arrays.java into two Android files, rangeCheck. And Google copied from java.security.CodeSource.java the comments into the test file that Intel contributed to Harmony. . . . The other eight are in other parts of Android. They aren't in the libraries that implement the 37 APIs.")

*Id.* at 11:12-20:

THE COURT: Comments? Do you mean by that the specifications, or do you mean --
MR. KWUN: No.
THE COURT: -- the part of it that is so-called plain English to the user?
MR. KWUN: It's in the source code file, but it's not actual source code. It's commentary --
THE COURT: Not compiled.
MR. KWUN: Right. So when you compile it, if you remove that text, it has no effect –
THE COURT: Comments don't get compiled, do they?
MR. KWUN: They don't.
THE COURT: So it's just to help the writer of the source code follow what's being done by the source code.

*Id.* at 23:23-24 ("[MR. JACOBS] So we're on comments now. And we have a common understanding of comments. I agree with the previous discussion.

THE COURT: I'm just talking -- I'm only talking about the source code that gets compiled by the computer –
MR. JACOBS: Yes.
THE COURT: -- at this point. So you're saying it's yes and no.
MR. JACOBS: Because there is some code that literally you can line up word for word in that code, in that source code, the noncomment source code, the compiled source code, you can line up those words with the corresponding words in what we're calling the specification.

*Id.* at 41:12-17, 68-3:

THE COURT: All right. So once you get past the declarations, is your source code different than the Java source code?

MR. KWUN: Yes.

THE COURT: Is that part agreed to?

MR. JACOBS: Yes, Your Honor.

*****

[THE COURT:]  The code within the APIs used by Google is not the same code.

---

**Reid P. Mullen**
Attorney at Law

# KEKER & VAN NEST LLP

415 773 6694 direct  |  vCard  |  rmullen@kvn.com
633 Battery Street, San Francisco, CA 94111-1809  |  415 391 5400 main  |  kvn.com

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---