KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

KING & SPALDING  LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel:  212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA  94105
Tel:  415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA  94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO DEEM ISSUES UNDISPUTED**<br><br>Dept.:      Courtroom 8, 19th Floor<br>Judge:      Hon. William Alsup |

646315.01

1    Before the Court is Google Inc.'s Motion for Administrative Relief to Deem Issues

2 Undisputed.  Based on the arguments presented in the motion, the pleadings on file, and any other

3 relevant matter, the following issues shall be deemed undisputed for the purpose of the upcoming

4 trial: (1) The Java programming language is open and free for anyone to use.  (2) The names of

5 the Java language API files, packages, classes, and methods are not protected by copyright law.

6 (3) Aside from a nine-line function that Oracle accuses Google of copying, Oracle does not

7 contend that Android's source code in any of the accused APIs was copied from the source code

8 used in the Java platforms.

9

10    **IT IS SO ORDERED.**

11

12

13 Dated: _____          _____

14                                              WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO DEEM ISSUES UNDISPUTED
Case No. 3:10-cv-003561 WHA