[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA (DMR) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR TRIAL** |
| v. | |
| GOOGLE, INC. | Dept.:         Courtroom 8, 19th Floor |
| | Judge:        Honorable William Alsup |
| Defendant. | Comp. Filed:  August 12, 2010 |
| | Trial Date:   April 16, 2012 |

**A.  Stipulation Regarding Equipment for use During Trial**

WHEREAS, the trial in the above-captioned matter is scheduled to commence on April 16, 2012;

WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom during trial;

WHEREAS, the parties have agreed to coordinate their use of equipment when practicable.  The parties jointly request an order allowing the parties to bring into the courthouse on or after April 12, the equipment identified below and use that equipment in the courtroom during trial.

| | | |
|---|---|---|
| 1. | 6 | 17" LCD Monitor |
| 2. | 2 | Inline 6in x 1out VGA Switch IN3566 |
| 3. | 1 | Inline 1 in x 8 out VGA DA IN3268 |
| 4. | 1 | Two-way DA |
| 5. | 2 | JBL EON10-G2 Powered 10" Speaker |
| 6. | 2 | CAP-1 Computer Audio Patch (Mono) |
| 7. | 1 | Mackie Pro 12 Channel Mixer |
| 8. | 3 | Tech Table (18"x60")w/skirt |
| 9. | 7 | Rolling portable bookshelves |
| 10. | | VGA cabling |
| 11. | 2 | Small printers |
| 12. | 2 | HP Color LaserJet CM4730 MFP |
| 13. | | Extension cables and power strips |
| 14. | | Hand trucks/dollys |
| 15. | 2 | Local Area Network Switches |
| 16. | 2 | Monitor stands |
| 17. | 3 | Folding chairs |
| 18. | 1 | Four-drawer filing cabinet |

**B. Request for Secured Internet Access**

The parties request that the Court permit the use of secure high-speed wireless or wired internet access in the courtroom during the upcoming trial. This technology will enable the trial teams to stay connected to their home offices while simultaneously reducing the files and personnel necessary in the courtroom. Subject to the Court's approval, the parties will retain Courtroom Connect to provide this service. Courtroom Connect does not require any court resources to provide service, and installs a network that is completely independent of the Court's systems. Courtroom Connect only needs the permission of the Court to temporarily locate the minimal amount of required equipment and cabling to connect to the Internet.

Many trials in federal courts have utilized Internet in the courtroom. Specifically, Courtroom Connect has provided Internet access in the Northern District of California on past trials such as *Perry v. Schwarzenegger* before former Chief Judge Vaughn Walker and *Larry Bowato v. Chevron* before Judge Susan Illston. In addition, Courtroom Connect has provided service on trials before Judge Martin Jenkins, Judge Charles Breyer, Judge Claudia Wilken, and others in Northern District of California. Only users approved by the Court will be able to access the Internet, and all users are required to use proven security standards.

IT IS SO STIPULATED.

Dated: April 5, 2012.

| BOIES, SCHILLER & FLEXNER LLP | KEKER & VAN NEST LLP |
|---|---|
| By: */s/ Steven C. Holtzman* | By: */s/ Christa M. Anderson* |
| MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com<br>755 Page Mill Road | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |

2

| | |
|---|---|
| Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com<br>333 Main Street<br>Armonk, NY  10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900<br>Oakland, CA  94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br><br>ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600)<br>matthew.sarboraria@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA  94065<br>Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | Facsimile: (415) 397-7188<br><br>KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222<br><br>KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com<br>101 Second Street - Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300<br><br>GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819)<br>ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148)<br>meekerh@gtlaw.com<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508<br>*Attorneys for Defendant*<br>GOOGLE INC. |

3

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT FOR TRIAL
CASE NO. 3:10-cv-03561-WHA

Having considered the parties' stipulation and for good cause shown, it is ORDERED that:

1. The parties' joint equipment request is GRANTED.
2. The parties' request for a secured internet connection is GRANTED.

IT IS SO ORDERED.

Dated:_____

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Christa M. Anderson's concurrence to file this document on her behalf.

Dated: April 5, 2012                         BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.