IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                                      /

No. C 10-03561 WHA

**REQUEST FOR FURTHER BRIEFING**

    The Court has read the recent briefs and thanks counsel for the excellent work on both sides. By **THURSDAY AT NOON** both sides shall please file further briefing on whether computer programming languages have been held to be copyrightable or should be so held, developing the arguments much more fully than were done in the recent briefs. Also please summarize the expected trial evidence on the extent to which the 37 APIs should be or are deemed part of the Java programming language. What will be the expected trial evidence as to how APIs are regarded in other programming languages like C ++ . How did APIs develop in the history of programming, according to the trial evidence? Each side may have up to ten pages. Please don't simply point out that the other side cannot find case law to support its position.

    **IT IS SO ORDERED.**

Dated: April 6, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE