1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  KING & SPALDING LLP
   SCOTT T. WEINGAERTNER
8  (*Pro Hac Vice*)
   sweingaertner@kslaw.com
9  ROBERT F. PERRY
   rperry@kslaw.com
10 BRUCE W. BABER (Pro Hac Vice)
   1185 Avenue of the Americas
11 New York, NY 10036
   Tel: 212.556.2100
12 Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF REID MULLEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPPOSITION TO ORACLE'S MOTION TO STRIKE PORTIONS OF DR. JAMES KEARL'S EXPERT REPORT**<br><br>Dept.:    Courtroom 8, 19th Floor<br>Judge:    Hon. William Alsup |

I, REID MULLEN, declare as follows:

1. I am an associate with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Administrative Motion to Seal Portions of its Opposition to Oracle America, Inc.'s ("Oracle") Motion to Strike Portions of Dr. James Kearl's Expert Report. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The redacted portions of Google's Opposition to Oracle's Motion to Strike Portions of Dr. James Kearl's Expert Report expressly disclose or would allow others to easily deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android. It also contains sensitive, non-public information about Google's financial management practices and methodologies. This includes the redacted material at: 1:7; 1:10; 1:11; 2:4; 2:6-8; 4:28; 5:3-4; 5:7-13; 5:16-17; 6:13-14 of the Opposition. Public release of this information would cause great and undue harm to Google.

3. Exhibit A of the Declaration of David Zimmer in Support of Google's Opposition to Oracle's Motion to Strike Portions of Dr. James Kearl's Expert Report contains sensitive, non-public information about Google's financial management practices and methodologies. Public release of this information would cause great and undue harm to Google.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 6, 2012.

By:   */s/ Reid Mullen*
       REID MULLEN