KEKER & VAN NEST LLP
ROBERT A. VAN NEST, #84065
rvannest@kvn.com
CHRISTA M. ANDERSON, #184325
canderson@kvn.com
DANIEL PURCELL, #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415.391.5400
Fax: 415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
*(Pro Hac Vice)*
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> **DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO ORACLE'S MOTION TO STRIKE PORTIONS OF DR. JAMES KEARL'S EXPERT REPORT** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Hon. William Alsup |

I, DAVID ZIMMER, declare as follows:

1. I am an associate with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Opposition to Oracle America, Inc.'s ("Oracle") Motion to Strike Portions of Dr. James Kearl's Expert Report. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Attached as **Exhibit A** are true and correct copies of excerpted pages from the transcript of the deposition of Aditya Agarwal, taken April 8, 2011.

3. Attached as **Exhibit B** is a true and correct copy of Oracle's March 10, 2011 Rule 30(b)(6) notice to Google.

4. Attached as **Exhibit C** is a true and correct copy of Google's March 25, 2011 responses and objections to Oracle's March 10, 2011 deposition notice.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 6, 2012.

By:   */s/ David Zimmer*
       DAVID ZIMMER