# EXHIBIT C

| | |
|---|---|
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| 101 Second Street – Suite 2300 | 1900 University Avenue |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**GOOGLE'S OBJECTIONS IN RESPONSE TO ORACLE'S MARCH 10, 2011 NOTICE OF DEPOSITION OF GOOGLE PURSUANT TO FED. R. CIV. P. 30(B)(6)** |

Defendant Google Inc. ("Google"), through its attorneys, hereby serves the following objections in response to "Plaintiff's Notice of Deposition of Defendant Google, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6)" (the "Notice") served by Oracle America, Inc. ("Oracle") on March 10, 2011.

Google's objections to the Notice or the topics set forth therein shall not constitute an admission that any answers to any questions posed at a deposition taken pursuant to the Notice are admissible as evidence in any trial or other proceeding.  Google maintains its right to object on any applicable grounds, at any time, to the specific questions posed at any such deposition and to the admission as evidence in any trial or other proceeding of any testimony given in any such deposition.

## OBJECTIONS

**TOPIC NO. 1**

Any discussions between Google, on the one hand, and Sun or Oracle, on the other hand, concerning Android or the development or licensing of platform technology for mobile devices at any time between 2005 and the filing of this lawsuit, including Google's evaluation of any financial or other terms for such development or licensing proposed to or by Google.

**OBJECTIONS IN RESPONSE TO TOPIC NO. 1**

Google objects to Topic No. 1 on the grounds that the Topic is overbroad, unduly burdensome and seeks, at least in part, information that is neither relevant to the parties' claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence.  This Topic requests testimony regarding, for example, "any discussions . . . concerning Android . . . between 2005 and the filing of this lawsuit" as well as "any discussions . . . concerning . . . the development . . . of platform technology for mobile devices" generally, without reference to Android.  This Topic is therefore overbroad, especially given that only a small portion of Android, and no other technology for mobile devices, is at issue in this action.  Google further objects to this Topic as vague and ambiguous in part, as to the undefined terms "platform technology for mobile devices" and "evaluation of any financial or other terms."  Google also

objects to the extent this Topic seeks testimony that is protected from disclosure by the attorney-client privilege, work product doctrine or any other applicable privilege or immunity.  Google further objects to this Topic as overbroad in view of paragraph 23(a) of the Court's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, filed herein on September 22, 2010  (the "Supplemental Order"), insofar as this Topic improperly combines multiple subject matters into a single Topic, namely (1) discussions between Google and Sun or Oracle, and (2) internal evaluation by Google of certain matters.

Subject to the foregoing objections and without waiver or limitation thereof, Google states that Google will make a witness available for deposition as its Rule 30(b)(6) designee in connection with any unobjectionable portions of this Topic at a mutually convenient time.

**TOPIC NO. 2**

Google's revenues related to Android, including (i) the identity of each person with knowledge regarding such revenues, (ii) how Google accounts for Android-related revenues and expenses, (iii) all profits and losses, revenues, expenses, and costs associated with Android, including those associated with Android Market and advertising on Android-enabled devices, (iv) any financial projections relating to Android, including the bases for Eric Schmidt's statement that "Google is positioning itself to earn $10 billion or more per year in the mobile device business, thanks to its Android operating system."

**OBJECTIONS IN RESPONSE TO TOPIC NO. 2**

Google objects to Topic No. 2 on the grounds that the Topic is overbroad, unduly burdensome and seeks, at least in part, information that is neither relevant to the parties' claims or defenses nor reasonably calculated to lead to the discovery of admissible evidence.  This Topic requests testimony regarding, for example, "all profits and losses, revenues, expenses, and costs associated with Android."  This Topic is therefore overbroad, especially given that only a small portion of Android is at issue in this action.  Google further objects to this Topic as vague and ambiguous in part, as to the undefined term "Android-related revenues."  Google also objects to the extent this Topic seeks testimony that is protected from disclosure by the attorney-

client privilege, work product doctrine or any other applicable privilege or immunity. Google further objects to this Topic as overbroad in view of paragraph 23(a) of the Supplemental Order, insofar as this Topic improperly combines multiple subject matters into a single Topic, namely (1) identification of persons having knowledge regarding certain matters; (2) information regarding past revenues, if any, derived from Android and related financial information; and (3) future projections relating to Android.

Subject to the foregoing objections and without waiver or limitation thereof, Google states that Google will make a witness available for deposition as its Rule 30(b)(6) designee in connection with any unobjectionable portions of this Topic at a mutually convenient time.

| | | |
|---|---|---|
| 1 | DATED:  March 25, 2011 | **KING & SPALDING LLP** |
| 2 | | |
| 3 | | By:  /s/ Scott T. Weingaertner |
| 4 | | |
| 5 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) sweingaertner@kslaw.com |
| 6 | | ROBERT F. PERRY rperry@kslaw.com |
| 7 | | BRUCE W. BABER *(Pro Hac Vice)* bbaber@kslaw.com |
| 8 | | 1185 Avenue of the Americas |
| 9 | | New York, NY 10036-4003 Telephone:  (212) 556-2100 |
| 10 | | Facsimile:   (212) 556-2222 |
| 11 | | DONALD F. ZIMMER, JR. (SBN 112279) fzimmer@kslaw.com |
| 12 | | CHERYL A. SABNIS (SBN 224323) csabnis@kslaw.com |
| 13 | | KING & SPALDING LLP |
| 14 | | 101 Second Street – Suite 2300 San Francisco, CA 94105 |
| 15 | | Telephone: (415) 318-1200 Facsimile:  (415) 318-1300 |
| 16 | | |
| 17 | | IAN C. BALLON (SBN 141819) ballon@gtlaw.com |
| 18 | | HEATHER MEEKER (SBN 172148) meekerh@gtlaw.com |
| 19 | | GREENBERG TRAURIG, LLP 1900 University Avenue |
| 20 | | East Palo Alto, CA 94303 |
| 21 | | Telephone: (650) 328-8500 Facsimile: (650) 328-8508 |
| 22 | | |
| 23 | | ATTORNEYS FOR DEFENDANT GOOGLE INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I hereby certify that on this day, March 25, 2011, I served a true and correct copy of GOOGLE'S OBJECTIONS IN RESPONSE TO ORACLE'S MARCH 10, 2011 NOTICE OF DEPOSITION OF GOOGLE PURSUANT TO FED. R. CIV. P. 30(b)(6) via e-mail on the following individuals:

David Boies  
Boies Schiller and Flexner  
333 Main Street  
Armonk, NY  10504  
914-749-8201  
Fax: 914-749-8300  
Email: Dboies@bsfllp.com  

Deborah Kay Miller  
Oracle USA, Inc Legal Department  
500 Oracle Parkway  
Redwood Shores, CA  94065  
(650) 506-0563  
Email: Deborah.Miller@oracle.com  

Dorian Estelle Daley  
500 Oracle Parkway  
Redwood City, CA  94065  
(650) 506-5200  
Fax: (650) 506-7114  
Email: Dorian.daley@oracle.com  

Marc David Peters  
Morrison & Foerster LLP  
755 Page Mill Road  
Palo Alto, CA  94304  
(650) 813-5600  
Fax: (650) 494-0792  
Email: Mdpeters@mofo.com  

Daniel P. Muino  
Morrison & Foerster LLP  
425 Market Street  
San Francisco, CA 94105  
(415) 268-7475  
Email: DMuino@mofo.com  

Matthew M Sarboraria  
Oracle Corporation  
500 Oracle Parkway, 5OP7  
Redwood Shores, CA  94065  
650/ 506-1372  
Email: Matthew.sarboraria@oracle.com  

Michael A Jacobs  
Morrison & Foerster LLP  
755 Page Mill Road  
Palo Alto, CA  94304-1018  
650-813-5600  
Fax: 650-494-0792  
Email: MJacobs@mofo.com  

Richard Steven Ballinger  
Morrison & Foerster LLP  
755 Page Mill Road  
Palo Alto, CA  94304  
650-813-5600  
Fax: 650-494-0792  
Email: RBallinger@mofo.com  

Steven Christopher Holtzman  
Boies, Schiller & Flexner LLP  
1999 Harrison Street  
Suite 900  
Oakland, CA  94612  
510-874-1000  
Fax: 510-874-1460  
Email: Sholtzman@bsfllp.com  

March 25, 2011.                               /s/ Anup M. Shah  
                                              Anup M. Shah