MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file the following portions of its Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report under seal, for the reasons stated in the accompanying Declaration of Andrew C. Temkin:

- Exhibit C to the Declaration Of Meredith Dearborn In Support Of Oracle America, Inc.'s Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report ("4/6 Dearborn Decl."); and

- Material in Oracle America, Inc.'s Opposition to Google's Motion to Strike Portions of Dr. James Kearl's Expert Report that references Exhibit C.

As described in the accompanying Declaration of Andrew C. Temkin, the selected materials contain sensitive, non-public information that could cause competitive harm to Oracle if made public.

Additionally, the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (Dkt. No. 68) dictates that when material has been designated as Confidential or Highly Confidential – Attorney's Eyes Only, a party may not file it in the public record, but must seek to file it under seal pursuant to Local Rule 79-5.  (Dkt. 66 § 14.4.)  Accordingly, Oracle seeks to file under seal those portions of the motion and declarations in support thereof referencing documents that Google has designated Confidential or Highly Confidential – Attorneys' Eyes Only:

- The remaining redacted portions of Oracle's Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report, other than those specifically referenced above;

- Exhibits A, D, E, G, I, J & K to the 4/6 Dearborn Decl.;

- The redacted portions of Exhibit F to the 4/6 Dearborn Decl.

Additionally, Exhibit H to the Dearborn Decl. has been redacted to remove personal phone numbers.  Oracle seeks to file this document under seal in order to protect the privacy of the Google employees whose phone numbers are listed.

//

//

//

1  Oracle states no position as to whether disclosure of materials marked by Google as
2  Confidential or Highly Confidential – Attorneys' Eyes Only material would cause harm to Google.

3
4  Dated: April 6, 2012                    BOIES, SCHILLER & FLEXNER LLP

5                                          By: */s/ Steven C. Holtzman*
                                                Steven C. Holtzman

6                                          *Attorneys for Plaintiff*
7                                          ORACLE AMERICA, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. CV 10-03561 WHA