1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
   ALANNA RUTHERFORD
11 575 Lexington Avenue, 7th Floor, New York, NY 10022
   Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway, Redwood City, CA  94065
   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114
17
   *Attorneys for Plaintiff*
18 ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF ANDREW C. TEMKIN IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE, INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

TEMKIN DECL. ISO ORACLE'S ADMIN MOTION TO SEAL OPP TO KEARL DAUBERT
CASE NO. CV 10-03561 WHA

I, ANDREW C. TEMKIN, declare as follows:

1. I am in-house counsel for Oracle America, Inc. ("Oracle"). My title is Corporate Counsel and I represent Oracle in the above-captioned matter.

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently as to the matters set forth herein.

3. I submit this declaration in support of Oracle America, Inc.'s administrative motion to seal, filed today, which seeks to seal excerpts of the deposition transcript of Mr. Leo Cizek, attached as Exhibit C to the Declaration of Meredith Dearborn In Support of Oracle America, Inc.'s Opposition to Google's Motion to Strike Portions of the Expert Report of Dr. James Kearl; and portions of the brief that reflect that information.

4. The selected pages of the Cizek deposition relate to Sun's Java licensing policies, pricing, and negotiation strategy. As described in previous declarations, Oracle does not ordinarily make information about its license negotiations and strategy public, as disclosure of that information would give an unfair advantage to Oracle's negotiating counterparties. (*See* 4/2/2012 Miller Decl. (Dkt. No. 849-1) at ¶ 4–5; 2/24/2012 Temkin Decl. (Dkt. No. 728) at ¶ 11, 14; 7/12/2011 Sarboraria Decl. (Dkt. No. 211) ¶ 6; 10/27/2011 Sarboraria Decl. (Dkt. No. 570) at ¶ 4.)

5. Additionally, the same portions of the Cizek deposition transcript discuss a license between Sun Microsystems, Inc. and Danger, Inc., which is confidential and is covered by a non-disclosure agreement ("NDA"). Under the NDA, Oracle must keep material relating to the terms of the license confidential because it contains non-public information and pricing regarding Java-related software services, as well as non-public information regarding Danger's company and products. (*See* 4/2/2012 Miller Decl. (Dkt. No. 849-1) at ¶ 4.)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 6, 2012 at Redwood Shores, California.

By: */s/ Andrew C. Temkin*
Andrew C. Temkin

1

TEMKIN DECL. ISO ORACLE'S ADMIN MOTION TO SEAL OPP TO KEARL DAUBERT
CASE NO. CV 10-03561 WHA

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Andrew C. Temkin's concurrence to file this document on his behalf.

Dated: April 6, 2012

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
 Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

2

TEMKIN DECL. ISO ORACLE'S ADMIN MOTION TO SEAL OPP TO KEARL DAUBERT
CASE NO. CV 10-03561 WHA