MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE, INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge:  The Honorable William Alsup |

1  Before the Court is Oracle America, Inc.'s Administrative Motion To File Under Seal Portions
2  Of its Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report.  Based
3  on the arguments presented in the administrative motion, in the supporting Declaration of Andrew C.
4  Temkin, and any other relevant matter, the Court hereby **GRANTS IN PART** the motion.  The
5  following information shall remain under seal:

- Exhibit C to the Declaration Of Meredith Dearborn In Support Of Oracle America, Inc.'s Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report ("4/6 Dearborn Decl."); and

- Material in Oracle America, Inc.'s Opposition to Google's Motion to Strike Portions of Dr. James Kearl's Expert Report that reference this information: pp. 7:12–14; 7:22–23; 7:27; 8:3–4; and 8:6.

- Exhibit H to the 4/6 Dearborn Decl.

IT IS SO ORDERED.

Dated:_____         _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE