1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
3   mdpeters@mofo.com
    DANIEL P. MUINO (Bar No. 209624)
4   dmuino@mofo.com
    755 Page Mill Road, Palo Alto, CA  94304-1018
5   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (Admitted *Pro Hac Vice*)
7   dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
8   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
9   sholtzman@bsfllp.com
    FRED NORTON (Bar No. 224725)
10  fnorton@bsfllp.com
    1999 Harrison St., Suite 900, Oakland, CA  94612
11  Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
    ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
12  575 Lexington Avenue, 7th Floor, New York, NY 10022
    Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

13  ORACLE CORPORATION
    DORIAN DALEY (Bar No. 129049)
14  dorian.daley@oracle.com
    DEBORAH K. MILLER (Bar No. 95527)
15  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (Bar No. 211600)
16  matthew.sarboraria@oracle.com
    500 Oracle Parkway, Redwood City, CA  94065
17  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

19

20                    **UNITED STATES DISTRICT COURT**

21                   **NORTHERN DISTRICT OF CALIFORNIA**

                      **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 22  ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 23              Plaintiff, | **DECLARATION OF MEREDITH DEARBORN** |
| | **IN SUPPORT OF ORACLE AMERICA, INC.'S** |
| 24       v. | **OPPOSITION TO GOOGLE'S MOTION TO** |
| | **STRIKE PORTIONS OF DR. JAMES KEARL'S** |
| 25  GOOGLE, INC. | **EXPERT REPORT** |
| 26              Defendant. | |
| 27  | Dept.:  Courtroom 8, 19th Floor |
| | Judge:  The Honorable William Alsup |
| 28 | |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

I, Meredith Dearborn, declare as follows:

1.    I am an associate with the law firm of Boies, Schiller & Flexner LLP, attorneys for plaintiff Oracle America, Inc. in the above captioned matter, and admitted to practice before this Court.

2.    I make this declaration based on my own personal knowledge.  If called as a witness, I could and would testify competently as to the matters set forth herein.

3.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the deposition of Bob Lee, dated August 3, 2011. **[SUBMITTED UNDER SEAL]**

4.    Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the deposition of Gregory K. Leonard, Ph.D., dated October 28, 2011.

5.    Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the deposition of Leo Cizek, dated July 22, 2011.  **[SUBMITTED UNDER SEAL]**

6.    Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the deposition of Andy Rubin, dated July 27, 2011. **[SUBMITTED UNDER SEAL]**

7.    Attached hereto as **Exhibit E** is a true and correct copy of Trial Exhibit 140, a document bearing the bates number GOOGLE-01-00018836 that appears to be an email from Bill Coughran to Tim Lindholm and Andy Rubin re Travel for Android requested, Sun license, dated February 10, 2006. **[SUBMITTED UNDER SEAL]**

8.    Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition of Tim Lindholm, dated September 7, 2011. **[SUBMITTED UNDER SEAL] [REDACTED]**

9.    Attached hereto as **Exhibit G** is a true and correct copy of Trial Exhibit 321, a document bearing the bates number GOOGLE-12-00000656 that appears to be an email from Andy Rubin to Tim Lindholm re Project advisors, dated August 9, 2005. **[SUBMITTED UNDER SEAL]**

10.    Attached hereto as **Exhibit H** is a true and correct copy of Trial Exhibit 2720, a document bearing the bates number OAGOOGLE0100029446, which appears to be a Contact Report. **[SUBMITTED UNDER SEAL] [REDACTED]**

11.    Attached hereto as **Exhibit I** is a true and correct copy of Trial Exhibit 379, a document bearing the bates number GOOGLE-24-00016590, which appears to be an Email from Andy Rubin to

1

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1   Richard Miner re prd, including Android Product Requirements, dated April 20, 2006.

2   **[SUBMITTED UNDER SEAL]**

3        12.   Attached hereto as **Exhibit J** is a true and correct copy of Trial Exhibit 157, a document

4   bearing the bates number GOOGLE-01-00025523, which appears to be an email from Dan Bornstein

5   to Android Engineering re String split, dated June 12, 2006. **[SUBMITTED UNDER SEAL]**

6        13.   Attached hereto as **Exhibit K** is a true and correct copy of Trial Exhibit 251, a document

7   bearing the bates number GOOGLE-02-00104269, which appears to be an email from Dan Morrill to

8   Dan Bornstein re Android JRE Coverage, dated June 25, 2007. **[SUBMITTED UNDER SEAL]**

9

10       I declare under penalty of perjury that the foregoing is true and correct and that this

11  declaration was executed on April 6, 2012 at Oakland, California.

12

13

14                           By:   */s/ Meredith Dearborn*
                                   Meredith Dearborn

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1

ATTESTATION OF FILER

2          I, Steven C. Holtzman, have obtained Meredith Dearborn's concurrence to file this document on

3    her behalf.

4

Dated: April 6, 2012

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP

By:  */s/ Steven C. Holtzman*
        Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA