# EXHIBIT A

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5    ORACLE AMERICA, INC.,           )

6            Plaintiff,              )

7        vs.                         )    No. CV 10-03561 WHA

8    GOOGLE, INC.,                   )

9            Defendant.              )

10   _____ )

11

12

13

14       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--

15

16

17       Videotaped deposition of GREGORY K. LEONARD, PH.D.,

18       taken at the law offices of Keker & Van Nest LLP,

19       633 Battery Street, San Francisco, California,

20       commencing at 9:09 a.m., on Friday, October 28,

21       2011, before Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 342

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

1  understand what we're trying to do here, as an economist,
2  okay, I know the law can differ on this, but as an
3  economist, you know, I think what you're going to do is
4  say -- you know, try to get rid of the lock-in and
5  therefore try to look at a time before there was any          10:16:30
6  lock-in, whatever the cause of that lock-in was.
7          But here, I mean, I think the point was they
8  started working on, again, the Dalvik virtual machine, I
9  think at the -- you know, late 2005, somewhere in there,
10 or at least they were beginning work on it.                    10:16:43
11         And so if you put the hypothetical
12 negotiation at that point, you know, then they weren't
13 obviously locked into that yet, I don't believe.  I don't
14 see any evidence that they were.
15         Q.  Is there a point in time at which you believe    10:17:03
16 **Google was substantially locked into the Dalvik virtual**
17 **machine?**
18         A.  Well, again, I think the closer you get to
19 the date where they're commercializing the product, you
20 know, the more difficult and costly it would be to            10:17:26
21 switch.  As I recall -- I'm just looking at my report
22 to -- yeah, I mean, as I remember, you know, they were --
23 they indicated to me that, you know, you need to develop
24 some tools and other things to go along with that.
25         So there would be the incremental cost of            10:17:54

54

1  doing that, and there would be some time involved in
2  that.  You know, again, if -- I think if you're six
3  months away from launch, it would have been a bit tough,
4  but I'm not sure because I haven't, you know, asked them
5  what they -- at that point, they would have been able to     10:18:09
6  do and how much it would have cost.
7          So I would think my answer is really the
8  same.  I'd need to talk to them about that specific
9  question.
10         Q.  Are you aware of any evidence of lock-in with    10:18:19
11 **respect to the Dalvik virtual machine in -- as early as**
12 **2006?**
13         A.  Sorry, early 2006?
14         Q.  As early as any time in 2006.
15         A.  You know, there it's still fairly early on.      10:18:36
16 I don't really recall anything one way or the other, and
17 again, I didn't really ask the questions at that point
18 that one would -- that specific question so that I'd be
19 able to answer that.  I'd need to have more information,
20 I think.                                                      10:18:55
21         Q.  What about 2005; have you seen any evidence
22 **that there was lock-in with respect to the Dalvik virtual**
23 **machine in 2005?**
24         A.  Well, I don't think they had done significant
25 work at that point on the Dalvik virtual machine so --       10:19:07

55

1  and that was basically the specific question I asked.  So
2  I don't think that there was any significant lock-in at
3  that point.
4          Q.  Now, how much work had they done on the
5  **Dalvik virtual machine by, say, November 2005?**          10:19:21
6          A.  You know, I think they had done some, but
7  not -- you know, not a huge amount, especially with
8  regard to the patents-in-suit.  You know, I think the
9  earliest date that they indicated that they were working
10 on the parts of the Dalvik VM that related to the             10:19:36
11 patents-in-suit, yeah, it was late 2005.
12         It's hard to put an exact date on it, but
13 that's the -- that's the time when they started.  You
14 know, and that was the 20 -- sorry, the '702 patent.  And
15 the '104 patent was early 2006.                               10:19:54
16         So it's kind of -- you know, I think that's
17 the time frame when they're really starting to get going.
18         Q.  Now, in giving those dates, you're referring
19 **to pages 9 and 10 of your report; is that right?**
20         A.  Yes.                                               10:20:09
21         Q.  And on those two pages, you have the
22 **approximate dates of the first alleged use of the**
23 **patents-in-suit; is that right?**
24         A.  Yes.
25         Q.  What's the source of the information?  That      10:20:18

56

1  is, what is the source of the dates that appear that
2  **correspond to each of the patents?**
3          A.  Well, the ultimate source is really Dan
4  Bornstein.  I say, you know, the sentence up there, "I
5  understand that," you know, and that's sort of to           10:20:38
6  indicate that that's something that I was -- I was told.
7          Q.  I'm sorry, what are you reading that says "I
8  **understand that"?**
9          A.  "I understand that Google," it's like two
10 sentences -- sorry, three sentences above the -- the         10:20:52
11 listing of the dates.
12         Q.  The sentence that reads:  "I understand that
13 **Google first allegedly used each of the claimed**
14 **technologies," et cetera?**
15         A.  Yes.                                               10:21:03
16         Q.  All right.  And for each of these patents,
17 **the date was provided to you by Mr. Bornstein?**
18         A.  Yes.
19         Q.  Did you ask anyone other than Mr. Bornstein
20 **for information on when the patents were first used?**     10:21:16
21         A.  We may have asked Mr. Rubin about that, but I
22 think he deferred to Mr. Bornstein on that question.
23         Q.  And is this a conversation that you yourself
24 **had with Mr. Bornstein?**
25         A.  Yes.                                               10:21:34

57

```
Pages 54 to 57
```

1        I declare under the penalty of perjury

2   under the laws of the State of California that the

3   foregoing is true and correct.

4        Executed on _December 1_____, 2011,

5   at _San Francisco_____, _California_____.

6

7

8

9

10

11                _____

12           SIGNATURE OF THE WITNESS

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

340

1    STATE OF CALIFORNIA     ) ss:

2    COUNTY OF MARIN          )

3

4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

5    certify:

6              That the foregoing deposition testimony was

7    taken before me at the time and place therein set forth

8    and at which time the witness was administered the oath;

9              That testimony of the witness and all

10   objections made by counsel at the time of the examination

11   were recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16             I further certify that I am neither counsel

17   for any party to said action, nor am I related to any

18   party to said action, nor am I in any way interested in

19   the outcome thereof.

20             IN WITNESS WHEREOF, I have subscribed my name

21   this 29th day of October, 2011.

22

23

24   *Leslie Rockwood*

25        LESLIE ROCKWOOD, CSR. NO. 3462

# EXHIBIT C

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT D

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT E

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT F
## PUBLIC REDACTED VERSION

Highly Confidential - Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5    --------------------------

 6    ORACLE AMERICA, INC.,      )

 7                   Plaintiff, )

 8          vs.                  ) No. CV 10-03561

 9    GOOGLE, INC.,              )

10                   Defendant. )

11    --------------------------

12

13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15       Videotaped Deposition of TIM LINDHOLM, taken

16       at 333 Twin Dolphin Drive, Redwood Shores,

17       California, commencing at 9:56 a.m., Wednesday,

18       September 7, 2011, before Ashley Soevyn,

19       CSR No. 12019.

20

21

22

23

24

25    PAGES 1 - 115
```

                                              Page 1

Highly Confidential - Attorneys' Eyes Only

1 has a personal counsel as well.
2      THE WITNESS:  Should I repeat that?
3      MR. NORTON:  I would like the witness to
4 answer the questions.
5      THE WITNESS:  Okay, yes, Ms. Anderson is
6 my -- is my -- is counsel for Google, and Michael is
7 my personal lawyer.
8      MR. NORTON:  Thank you.
9   Q.   And is Google paying for your personal
10 lawyer?
11      MS. ANDERSON:  Objection to the extent
12 responding to this question would require you to
13 reveal information you only know through
14 communications with counsel, I instruct you not to
15 answer on the grounds of privilege.  Otherwise, you
16 may answer.
17      THE WITNESS:  I only know anything about
18 that through communication with my attorneys.
19      MR. NORTON:  I don't think that's a proper
20 instruction objection, and I'm not going to take up
21 limited time with that today.
22   Q.   Mr. Lindholm, you began working at Sun
23 Microsystems in March 2004; is that right?
24   A.   March 200- at Sun Microsystems?  No, I
25 think it was 1994.

Page 6

1   Q.   I beg your pardon, 1994.  Thank you.
2   A.   And March sounds approximately correct.  It
3 was a long time ago, but I'm not sure that I'm
4 accurate about that.
5   Q.   But the year was 1994; is that right?
6   A.   I think that's correct.
7   Q.   And you continued to work at Sun until what
8 year?
9   A.   I believe I went from Sun to Google in
10 2005.
11   Q.   Around July of 2005; is that correct?
12   A.   That's my recollection yes.
13   Q.   And during the time that you were at Sun,
14 did you work on Java?
15      MS. ANDERSON:  Objection, form.
16      MR. LISI:  Join.
17      THE WITNESS:  During the time I was --
18 well, so Java consisted of many things.  There were
19 parts of Java -- parts of the Java technologies that
20 I did work on during that time.  I did not work on
21 all aspects of Java, just selected ones.
22 BY MR. NORTON:
23   Q.   Can you briefly summarize for me the
24 aspects of Java on which you worked during ten years
25 you were employed at Sun Microsystems?

Page 7

1      MS. ANDERSON:  Objection, form.
2      THE WITNESS:  It's a fairly long list.  But
3 to start with, I initially worked on -- in the
4 original Java team, which was involving the original
5 creation of the Java platform.  I continued working
6 on that for a number of years, and then at some
7 point, switched over as Java -- as the Java plat-
8 --the original technology was broken up into various
9 subplatforms that are today known as the editions,
10 typically.  I began to work more on the edition
11 being used for mobile and embedded software.
12 BY MR. NORTON:
13   Q.   And is there a name for the edition for
14 mobile embedded software?
15   A.   Yes, typically, Sun would have -- Sun and
16 Oracle and the public would know this as Java Micro
17 Edition.
18   Q.   It was called Java ME, or Java 2 ME?
19   A.   Yeah, it's gone through various -- it went
20 through various abbreviations over time and the "2"
21 was eventually removed.  So I think today, as far as
22 I know, it's Java -- or JME.
23   Q.   One of the aspects of Java that you worked
24 on was the Java Virtual Machine; is that correct?
25   A.   That's correct.

Page 8

1   Q.   What is the Java Virtual Machine?
2      MS. ANDERSON:  Objection, form.
3      THE WITNESS:  Well, so, first off, it's a
4 virtual machine, you wouldn't be surprised by.  It's
5 the virtual machine that was used by Sun to run the
6 Java programming language on.  I'm not sure how
7 deeply you would like me to go into this.
8 BY MR. NORTON:
9   Q.   Well, can you describe for me, in brief
10 form, in two sentences, what, in essence, does the
11 Java Virtual Machine do?
12      MS. ANDERSON:  Objection, form.
13      THE WITNESS:  Well, I would rather say -- I
14 would rather start with saying what a virtual
15 machine does.
16 BY MR. NORTON:
17   Q.   That's fine.  Why don't you do that
18 first?
19   A.   Okay.  A virtual machine is -- is a general
20 concept in computer science in many virtual machines
21 that existed over time.  It's typically -- I don't
22 know if there is a crisp, formal definition that
23 people in the field would uniformly agree is the
24 valid one, but in a general sense, a virtual machine
25 is typically described as an abstract computing

Page 9

3 (Pages 6 - 9)

Highly Confidential - Attorneys' Eyes Only



Page 10

1 machine that will typically include some sort of
2 instruction set that is intended to be -- well, is
3 typically implemented as a software program.
4        This is -- I'm meaning to draw the
5 distinction with a concrete machine, a concrete
6 processor, such as, say, an Intel chip.  An Intel
7 central processing unit chip will, itself, have a
8 set of instructions, but those instructions and the
9 other aspects of the design of that chip are
10 intended to be -- are typically intended to be
11 implemented in silicon --
12        THE REPORTER:  In what?
13        THE WITNESS:  In silicon as hardware.
14        So a lot of -- there is a bit of a gray
15 area here in that it would be perfectly reasonable
16 for me to do a software implementation of an Intel
17 instruction set and to emulate the Intel instruction
18 set.  In fact, various -- various companies have
19 done that sort of thing is my general understanding.
20        For instance, when Apple transitioned from
21 the Power PC platform to the Intel platform, I think
22 that they did an emulator for the Power PC platform
23 so that people who had old applications that were
24 compiled to the Power PC, could be run on the now
25 Intel-based, new Macintoshes.

Page 11

1        So to get back to the start, a virtual
2 machine is an abstract machine typically meant to be
3 implemented in software versus in silicon or
4 hardware, like a processing processor specification
5 that is in silicon.
6 BY MR. NORTON:

Page 13

20 BY MR. NORTON:
21     Q.  And you are the coauthor of the book, "The
22 Java Virtual Machine Specifications"; is that
23 correct?
24     A.  That's correct.
25     Q.  And what is the purpose for which the Java

4 (Pages 10 - 13)

1 Virtual Machine specification is used?
2       MS. ANDERSON:  Objection, form.
3       MR. LISI:  Join.
4       THE WITNESS:  Well, it's used for a number
5 of purposes.  It -- it was intended to be -- it was
6 intended to be the definitive statement of what the
7 Java Virtual Machine -- definitive definition of the
8 Java Virtual Machine.  It was also used by people
9 who wanted to implement Java Virtual Machines or who
10 wanted to -- certainly, in the early days, people
11 were just very interested in Java technology.  And a
12 lot of people wanted to read the virtual machine
13 specification just to understand how Java technology
14 worked.  So it had quite a number of intents, and
15 I'm sure people use it for other purposes, too.
16     Q.   Your coauthor on the Java Virtual Machine
17 Specification was Frank Yellin; is that correct?
18     A.   That's correct.
19     Q.   And Mr. Yellin is also employed by Google;
20 is that correct?
21     A.   As far as I know, he was when I last talked
22 to him.
23     Q.   You were a key contributor to the Java
24 programming language, correct?
25       MS. ANDERSON:  Objection, form.

Page 14

1       MR. LISI:  Join.
2       THE WITNESS:  I don't think I would call
3 myself a key contributor to the Java programming
4 language.  I contributed some things, but there were
5 certainly quite a few people who did much more than
6 that I did.  I was more focused on the virtual
7 machine.
8 BY MR. NORTON:
9     Q.   You were a key contributor to the Java
10 Runtime, correct?
11       MS. ANDERSON:  Objection, form.
12       MR. LISI:  Join.
13       THE WITNESS:  The virtual machine is part
14 of the Java Runtime, so -- so at least by that,
15 yes.
16 BY MR. NORTON:
17     Q.   And you were an original member of the Java
18 technology project at Sun, correct?
19     A.   Well, yes, I'm not sure if in some official
20 sense there was a Java technology project.  Various
21 people used various things to say that they were
22 there at the beginning when Java, as it became known
23 to the public, what was done.  So, you know, I --
24 what that says is I was present -- I was in the team
25 in '94, '95.

Page 15

1       MR. NORTON:  Let's mark our first exhibit
2 of the day, which will be Plaintiff's Exhibit 524.
3 I will hand that to you, Mr. Lindholm.  I have
4 copies for counsel.
5       (Exhibit 524 marked for identification.)
6       MS. ANDERSON:  Thank you.
7 BY MR. NORTON:
8     Q.   Mr. Lindholm, have you ever seen that
9 before?
10     A.   Yes, I have.
11     Q.   Is that a website biography of you?
12     A.   I believe that it is.
13     Q.   Did you write it?
14     A.   I think that originally I did not write it.
15 I might have commented on it, but -- well, I do not
16 believe I originally wrote it.
17     Q.   But you did comment on it?
18     A.   I had seen it, yes.
19     Q.   Did you see it before it was published,
20 that is, posted on the Internet?
21     A.   I don't remember.  This was -- this was
22 originally written quite some time ago.
23     Q.   And have you seen it on the Internet?
24     A.   Yes, I think I have.
25     Q.   Did you ask anybody to change anything in

Page 16

1 the website bio in Exhibit 524?
2     A.   I don't remember.  I don't recall.  I think
3 that -- I think that there were -- I think that in
4 the past, whether it was -- I think that in the past
5 I have asked people to change -- I think I have
6 asked something to be changed in here, but I don't
7 really remember what or what the context of that
8 was.
9     Q.   You'll see that in the second paragraph of
10 the biography it states, "Prior to Google, Tim was
11 an original member of the Java technology project at
12 Sun Microsystems and a key contributor to the Java
13 programming language and Runtime, both definition
14 and implementation."  Do you see that?
15     A.   I do see that.
16     Q.   That was part of the bio that you'd seen
17 before?
18       MS. ANDERSON:  Objection, form.
19       THE WITNESS:  I don't know.  This wasn't
20 something that I've spent a lot of time worrying
21 about.  This is a small -- this was something that
22 somebody else wanted to put up about me, and I
23 said -- kind of said, "Okay."
24 BY MR. NORTON:
25     Q.   You haven't changed it, have you?

Page 17

5 (Pages 14 - 17)

Highly Confidential - Attorneys' Eyes Only

1    I declare under penalty of perjury under the

2  laws of the State of California that the foregoing

3  is true and correct.

4

5    Executed on ___October 18_____, 2011,

6  at _Mountain View___, _California_____.

7

8

9

10

11            TIM LINDHOLM

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 110

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3       I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 4   certify:
 5       That the foregoing deposition testimony was
 6   taken before me at the time and place therein set
 7   forth and at which time the witness was administered
 8   the oath;
 9       That the testimony of the witness and all
10   objections made by counsel at the time of the
11   examination were recorded stenographically by me,
12   and were thereafter transcribed under my direction
13   and supervision, and that the foregoing pages
14   contain a full, true and accurate record of all
15   proceedings and testimony to the best of my skill
16   and ability.
17       I further certify that I am neither counsel for
18   any party to said action, nor am I related to any
19   party to said action, nor am I in any way interested
20   in the outcome thereof.
21       IN THE WITNESS WHEREOF, I have transcribed my
22   name this 8th day of September, 2011.
23
24
                     ASHLEY SOEVYN, CSR 12019
25
                                          Page 111
```

# EXHIBIT G

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT H

## PUBLIC REDACTED VERSION

**Contact Report**

Leo Cizel, Oracle Corp.
475 Sansome St.
15th Floor
San Francisco, CA 94111

---

### Contact

| | | | | |
|---|---|---|---|---|
| *Company* Google, Inc. | | *Address 1* | 1600 Amphitheatre Pkwy | |
| *Contact* Andy Rubin | | *Address 2* | | |
| *Title* VP, Android Project | | *Address 3* | | |
| *Phone* ▓▓▓▓ | *Ext.* | *City* | Mountain View | |
| *Fax* | | *State* | CA | *Zip* 94043 |
| *Salutation* Andy | | *Country* | | |

### User Fields

| | | | |
|---|---|---|---|
| *User 1* | | *User 9* | |
| *User 2* | | *User 10* | |
| *User 3* | | *User 11* | |
| *User 4* | | *User 12* | |
| *User 5* | | *User 13* | |
| *User 6* | | *User 14* | |
| *User 7* | | *User 15* | |
| *User 8* | | | |

### Home/Phone

| | | | |
|---|---|---|---|
| *All Phone* | *Ext.* | *Home Address 1* | |
| *Mobile Phone* ▓▓▓▓ | | *Home Address 2* | |
| *Pager* | | *Home City* | |
| *Home Phone* | | *Home State* | *Home Zip* |
| *E-mail Address* arubin@google.com | | *Home Country* | |

### Alt. Contacts

| | | | |
|---|---|---|---|
| *Assistant* Tracey Cole (tcole@...) | | *3rd Contact* | Dan Boornstein |
| *Asst. Title* Admin. Assist. | | *3rd Title* | VM Architect |
| *2nd Contact* Brian Swetland | | *Spouse* | |
| *Asst. Phone* ▓▓▓▓ | *Ext.* | *3rd Phone* | *Ext.* |
| *2nd Title* Lead VM Architect | | *Referred By* | |
| *2nd Phone* | *Ext.* | *Web Site* | |

### Status

| | | |
|---|---|---|
| *Last Reach* | *ID/Status* | |
| *Last Meeting* | *Last Results* | |
| *Last Attempt* | *Public/Private* | Public |

### Notes/History

| | Date Range: | All Dates | |
|---|---|---|---|
| Note | 11/12/07 | 5:44 PM | Google today released the Android S/W SDK. |
| Note | 5/26/06 | 7:53 PM | After many meetings incl. Alan Brenner, it was agreed that the two companies cannot come to a meeting of minds on how to work together re CDC-HI and open source. |
| Note | 8/19/05 | 7:52 PM | Andy is interested in CDC-HI for wireless devices. |
| Note | 8/5/05 | 10:45 PM | Andy informed me today that the co. by which Android Research was acquired was Google. Vineet and I w/meet w/Andy and Tim Lindholm at on Fri. 8/19 at Google. |

---

Created 2/26/2011 at 11:34 AM

OAGOOGLE0100029446

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 2720**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

**Trial Exhibit 2720 Page 1 of 1**

# EXHIBIT I

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT J

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT K

# SUBMITTED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER