IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **SUPPLEMENTAL REQUEST FOR FURTHER BRIEFING** |
| GOOGLE INC., | |
| Defendant. / | |

In the briefs due next Thursday, each side shall take a firm yes or no position on whether computer programming languages are copyrightable. In addition, each side shall include whether it has ever taken an inconsistent position before any other court or agency, including the PTO, and if so, append those inconsistent statements.

**IT IS SO ORDERED.**

Dated: April 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE