1    KEKER & VAN NEST LLP                          KING & SPALDING LLP
     ROBERT A. VAN NEST - #84065                   SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
2    rvannest@kvn.com                              sweingaertner@kslaw.com
     CHRISTA M. ANDERSON - #184325                 ROBERT F. PERRY
3    canderson@kvn.com                             rperry@kslaw.com
     DANIEL PURCELL - #191424                      BRUCE W. BABER (*Pro Hac Vice*)
4    dpurcell@kvn.com                              bbaber@kslaw.com
     710 Sansome Street                            1185 Avenue of the Americas
5    San Francisco, CA  94111-1704                 New York, NY 10036-4003
     Telephone:  (415) 391-5400                    Telephone:  (212) 556-2100
6    Facsimile:  (415) 397-7188                    Facsimile:  (212) 556-2222

7    KING & SPALDING LLP                           GREENBERG TRAURIG, LLP
     DONALD F. ZIMMER, JR. - #112279               IAN C. BALLON - #141819
8    fzimmer@kslaw.com                             ballon@gtlaw.com
     CHERYL A. SABNIS - #224323                    HEATHER MEEKER - #172148
9    csabnis@kslaw.com                             meekerh@gtlaw.com
     101 Second Street, Suite 2300                 1900 University Avenue, Fifth Floor
10   San Francisco, CA 94105                       East Palo Alto, CA 94303
     Telephone:  (415) 318-1200                    Telephone: (650) 328-8500
11   Facsimile:  (415) 318-1300                    Facsimile: (650) 328-8508

12   Attorneys for Defendant
     GOOGLE INC.

13

14

15                        UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                           SAN FRANCISCO DIVISION

18

19   ORACLE AMERICA, INC.,                         Case No. 3:10-cv-03561 WHA

20                           Plaintiff,            **GOOGLE INC.'S ADMINISTRATIVE
                                                   MOTION TO FILE UNDER SEAL ITS
21        v.                                       RESPONSE TO THE COURT'S ORDER
                                                   REGARDING TELEPHONE CALL**
22   GOOGLE INC.,

23                           Defendant.            Dept.:      Courtroom 8, 19th Floor
                                                   Judge:      The Honorable William Alsup
24

25

26

27

28

                                          1

1      Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5 and this

2  Court's request, Defendant Google Inc. ("Google") hereby brings this Administrative Motion to

3  Seal its response to the Court's April 4, 2012 Order Regarding Telephone Call [Dkt. 857].

4  Google's response should be sealed for the reasons set forth in the Court's Sealed Order.

5

6  Dated:  April 6, 2012                                      KEKER & VAN NEST LLP

7                                                        By: */s/ Robert A. Van Nest*
                                                             ROBERT A. VAN NEST
8                                                            Attorneys for Defendant
                                                             GOOGLE INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

625332.01

GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL
CASE NO. 3:10-cv-03561 WHA