| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| DANIEL PURCELL - #191424 | BRUCE W. BABER (*Pro Hac Vice*) |
| dpurcell@kvn.com | bbaber@kslaw.com |
| 710 Sansome Street | 1185 Avenue of the Americas |
| San Francisco, CA  94111-1704 | New York, NY 10036-4003 |
| Telephone:  (415) 391-5400 | Telephone:  (212) 556-2100 |
| Facsimile:  (415) 397-7188 | Facsimile:  (212) 556-2222 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| DONALD F. ZIMMER, JR. - #112279 | IAN C. BALLON - #141819 |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS - #224323 | HEATHER MEEKER - #172148 |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| 101 Second Street, Suite 2300 | 1900 University Avenue, Fifth Floor |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL** |
| GOOGLE INC., | |
| Defendant. | |

Before this Court is Google Inc.'s Administrative Motion to Seal its response to the Court's April 4, 2012 Order Regarding Telephone Call. For the reasons set forth in the Court's Order [Dkt. 857], the motion is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE