1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
   ALANNA RUTHERFORD
11 575 Lexington Avenue, 7th Floor, New York, NY 10022
   Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)
12
   ORACLE CORPORATION
13 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
14 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
15 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
16 500 Oracle Parkway, Redwood City, CA  94065
   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114
17
   *Attorneys for Plaintiff*
18 ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DKT. NO. 871]** |
| v. | |
| GOOGLE, INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |
| | No Hearing Set |

**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Plaintiff Oracle America, Inc. ("Oracle") hereby moves the court to permanently remove an incorrectly filed document from the docket and the Court's files.

Under the terms of the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (Dkt. No. 68), Oracle America, Inc. submitted an administrative motion for a sealing order under Local Rule 79-5 and filed a redacted version of its Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report (Dkt No. 871), blacking out the portions of the brief containing the designated material.

Two small portions that were marked for redaction were inadvertently not redacted. Counsel for Oracle immediately noticed the error, as did counsel for Google Inc. Plaintiffs immediately contacted the ECF staff and requested that a "lock" be placed on this docket entry, which ECF staff did. Shortly thereafter, Plaintiffs filed a corrected version of the redacted Opposition (Dkt. No. 873).

The ECF support site indicates that the viewing restriction imposed by the "lock" is only a temporary measure, and therefore, to prevent further unintended access to the designated information, the Court must grant a motion to remove the docket entry.

For this reason, Oracle respectfully requests that the Court permanently remove Docket No. 871.

Dated: April 6, 2012                    Respectfully submitted,

                                        BOIES, SCHILLER & FLEXNER LLP

                                        By: */s/ Steven C. Holtzman*
                                            Steven C. Holtzman

                                        *Attorneys for Plaintiff*
                                        ORACLE AMERICA, INC.