1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
   ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
11 575 Lexington Avenue, 7th Floor, New York, NY 10022
   Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)
12
13 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
14 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
15 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
16 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
17 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

18 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE AMERICA, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: The Honorable William Alsup |

For good cause shown, Oracle America, Inc.'s Motion to Remove Incorrectly Filed Document is **GRANTED**.

The Clerk of the Court is directed to remove from the docket document **No. 871**, "Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report."

The Court will consider document **No. 873**, "Oracle America, Inc.'s Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report [Public Redacted Version]" to be the correct version of the redacted Opposition brief.

IT IS SO ORDERED.

Dated:_____          _____

                                                                               WILLIAM ALSUP
                                                                               UNITED STATES DISTRICT JUDGE