IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR PROPOSED FINDINGS** |
| GOOGLE INC., | |
| Defendant. | |

When counsel submit their briefs this Thursday, each side should also file a separate pleading setting forth proposed non-argumentative findings of fact regarding the 37 APIs as they relate to the issue of the copyrightability of their structure, selection, and organization. Please limit the proposed findings to 300 words in total and break the findings into short, numbered items. The judge will use these as a guide for listening to the evidence to see what has been proven or not, among other possible uses. Please make sure that the proposed findings, if adopted, would be sufficient under the law to sustain a judgment in your favor.

**IT IS SO ORDERED.**

Dated: April 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE