IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REGARD TRIAL TIME ALLOCATED TO DR. KEARL** |
| GOOGLE INC., | |
| Defendant. / | |

Pursuant to the parties' stipulated request, two hours will be allocated for Dr. James Kearl's direct testimony at trial. This time will not be charged against either party. Time on cross examination will be charged against the parties unless, once we are at that juncture, the interests of justice requires enlargement of the parties time.

**IT IS SO ORDERED.**

Dated: April 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE