IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO SEAL** |
| GOOGLE INC., | |
| Defendant. / | |

Given Oracle's waiver at the March 28 hearing and its failure to file a supporting declaration, the motion to seal is **DENIED**. The unredacted version shall be publicly filed (Dkt. No. 830).

**IT IS SO ORDERED.**

Dated: April 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE