1  [counsel listed on signature page]

2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA (DMR)<br><br>**PARTIES' JOINT TIMELINE [WITH CORRECTED ATTESTATION]**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

Pursuant to this Court's Order (Dkt. 843), Oracle America, Inc. and Google Inc. jointly submit this list of agreed timeline entries. The parties are working to prepare the timeline itself to be presented to the jury and will submit it as soon as possible.

*Timeline:*

June 1991: Sun begins Oak project, which evolves into Java

December 1992: Sun applies for '685 patent, which is later reissued as '104 patent

January 1996: Sun release Java platform, v. 1.0.2.

May 9, 2000: PTO issues '520 patent assigned to Sun

April 29, 2003: PTO issues '104 patent assigned to Sun

October 2003: Andy Rubin starts Android, Inc.

September 2004: Sun releases Java 2 Standard Edition, v. 5.0

December 2004: Certificate of Copyright Registration issued to Sun for Java 2 Standard Edition, v. 5.0

July/August 2005: Google acquires Android, Inc.

November 2007: Google releases Android Software Development Kit

October 2008: Google releases Android platform

October 2008: HTC releases HTC Dream, first Android phone

January 2010: Oracle acquires Sun

August 2010: Oracle files Complaint against Google

| | | |
|---|---|---|
| 1 | Dated: April 9, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 5 | | KENNETH A. KUWAYTI (Bar No. 145384)<br>kkuwayti@mofo.com |
| 6 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 7 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 8 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 9 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 10 | | |
| 11 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com |
| 12 | | 333 Main Street<br>Armonk, NY  10504 |
| 13 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 14 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 15 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 16 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 17 | | |
| 18 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 19 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 20 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com |
| 22 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 23 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 9, 2012 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By: __/s/ Christa M. Anderson__ |
| 4 | | ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com |
| 5 | | CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com |
| 6 | | DANIEL PURCELL (SBN 191424)<br>dpurcell@kvn.com |
| 7 | | 710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 10 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 11 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 12 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 13 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 14 | | |
| 15 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 16 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 17 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300 |
| 19 | | |
| 20 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 21 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 22 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 23 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |
| 24 | | |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

PARTIES' JOINT TIMELINE
CASE NO. CV 10-03561 WHA (DMR)
pa-1522614

3

**CORRECTED ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this PARTIES' JOINT TIMELINE. In compliance with General Order 45, X.B., I hereby attest that Christina M. Anderson has concurred in this filing.

Date: April 9, 2012           */s/ Daniel P. Muino*