1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  KING & SPALDING  LLP
   SCOTT T. WEINGAERTNER
8  (*Pro Hac Vice*)
   sweingaertner@kslaw.com
9  ROBERT F. PERRY
   rperry@kslaw.com
10 BRUCE W. BABER (Pro Hac Vice)
   1185 Avenue of the Americas
11 New York, NY 10036
   Tel: 212.556.2100
12 Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF DAVID ZIMMER IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S MOTION TO EXCLUDE PORTIONS OF THE RULE 706 EXPERT REPORT OF DR. JAMES KEARL [DKT NO. 849]**<br><br>Dept.:    Courtroom 8, 19th Floor<br>Judge:    Hon. William Alsup |

I, DAVID ZIMMER, declare as follows:

1. I am an associate with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James R. Kearl [Dkt. No. 849]. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Certain of the redacted portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James R. Kearl expressly disclose or would allow others to easily deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android. It also contains sensitive, non-public information about Google's financial management practices and methodologies. This includes the redacted material at: 4:22-5:7; 5:22-25; 6:7-9; 6:13-21; 6:23-26. Public release of this information would cause great and undue harm to Google. These selections should therefore be filed under seal.

3. Exhibit B to the Declaration of Meredith Dearborn In Support of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl ("Dearborn Decl.") contains selections from the deposition of Aditya Agarwal, a senior financial analyst at Google. Certain parts of Exhibit B contain sensitive, non-public information about Google's financial management practices and methodologies. This includes the material at 20:11-15; 38:9-39:5; 39:19-21; 51:11-52:24; 75:10-76:17; 112:5-21. Public release of this information would cause great and undue harm to Google. These selections should therefore be filed under seal.

4. Exhibit C to the Dearborn Declaration contains a short selection from the Expert Report of Dr. Alan Cox. This selection includes Google's sensitive, non-public financial data, such as costs, revenues, and profits associated with Android. Public release of this information would cause great and undue harm to Google. This exhibit should therefore be filed under seal in its entirety.

5. Exhibit D to the Dearborn Declaration contains selections from the deposition of Dr. Alan Cox. This selection includes sensitive, non-public information about Google's financial

management practices and methodologies.  This includes the material at pages and lines 71:3 to 75:18.  Public release of this information would cause great and undue harm to Google.  These portions of this exhibit should therefore be filed under seal.

6. Exhibit E to the Dearborn Declaration contains the Expert Report of Dr. James R. Kearl.  Certain parts of Exhibit E expressly disclose or would allow others to easily deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android.  This includes the figures in ¶¶ 20, 21, 25 (copyright royalty figure), 28, 48, 49, 50, 51 (entire portfolio and copyright royalty figure), 69 & n.28, 71, 80, 81, 82, 85, 86 & nn. 44 and 45, 92 & n.51, 93 & n.53, 94, 95, 104, 106, 111 (entire portfolio and copyright royalty figure), 112 (copyright figure), 115, 116, 119, 121, 123, 140 n.87, 146, 148 & n.93, 153, 155, 158.  It also includes Tables 1, 2, 3, 4, 5, 6, 7, 8, and 9.  These portions of Exhibit E should therefore be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 9, 2012.

By:   */s/ David Zimmer*
      DAVID ZIMMER