1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - #184325
3  canderson@kvn.com
   DANIEL PURCELL - #191424
4  dpurcell@kvn.com
   710 Sansome Street
5  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
6  Facsimile:  (415) 397-7188

7  KING & SPALDING LLP
   DONALD F. ZIMMER, JR. - #112279
8  fzimmer@kslaw.com
   CHERYL A. SABNIS - #224323
9  csabnis@kslaw.com
   101 Second Street, Suite 2300
10 San Francisco, CA 94105
   Telephone:  (415) 318-1200
11 Facsimile:  (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

12 Attorneys for Defendant
   GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL** |
| GOOGLE INC., | |
| Defendant. | |

1

[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:10-cv-03561 WHA

648035.01

Before this Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl and supporting documentation [Dkt No. 849]. Based on the arguments presented in the motion, the declaration in support of the motion, the pleadings on file, and any other relevant matter, the motion is **GRANTED.** The following shall be filed under seal:

- Lines 4:22-5:7; 5:22-25; 6:7-9; 6:13-21; 6:23-26 of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James R. Kearl;
- Lines 20:11-15; 38:9-39:5; 39:19-21; 51:11-52:24; 75:10-76:17; 112:5-21 of Exhibit B to the Declaration of Meredith Dearborn In Support of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl ("Dearborn Decl.");
- Exhibit C to the Dearborn Decl.;
- Lines 71:3 to 75:18 of Exhibit D to the Dearborn Decl.;
- The figures in ¶¶ 20, 21, 25 (copyright royalty figure), 28, 48, 49, 50, 51 (entire portfolio and copyright royalty figure), 69 & n.28, 71, 80, 81, 82, 85, 86 & nn. 44 and 45, 92 & n.51, 93 & n.53, 94, 95, 104, 106, 111 (entire portfolio and copyright royalty figure), 112 (copyright figure), 115, 116, 119, 121, 123, 140 n.87, 146, 148 & n.93, 153, 155, 158 of Exhibit E to the Dearborn Decl.;
- Tables 1, 2, 3, 4, 5, 6, 7, 8, and 9 in Exhibit E to the Dearborn Decl.

**IT IS SO ORDERED.**

Dated: _____     _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE