UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　　Defendant. | Case No. CV 10-03561 WHA (DMR)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING TRIAL<br>PROCEDURES**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

**STIPULATION**

WHEREAS, the parties have continued to meet and confer in advance of trial and have reached agreement regarding certain trial procedures; and

WHEREAS, the Court's April 2, 2012 Order regarding rolling witness lists (Dkt. No. 851) permits the parties to change the limit of seven witnesses by written agreement;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

**I.   TRIAL PROCEDURES**

The parties agree to the following procedures for purposes of trial:

1. The rolling witness lists contemplated in the Court's April 2, 2012 Order (Dkt. No. 851) shall include ten (10) names (or the total of the remaining witnesses that the party has a good faith expectation to call in the event that the party does not expect to call ten more witnesses).

2. The parties shall exchange their initial rolling witness lists by 5:00 PM (Pacific) on Monday, April 9, 2012. The parties shall exchange any modifications to their initial rolling witness lists by 5:00 PM (Pacific) on Tuesday, April 10, 2012. Subsequent rolling witness lists shall be exchanged as specified in the Court's April 2, 2012 Order (Dkt. No. 851).

3. For motions filed during trial, the parties agree to advance the timing set forth in the Court's Order (Dkt. No. 835) as follows:

- The moving party shall provide the other party with written notice of intent to file a motion (which notice shall include the relief to be sought and a general description of the subject matter and basis for the motion) by 3 PM (Pacific) on the day the motion is to be filed.
- The moving party shall file its motion no later than 6 PM (Pacific) the same day.
- The opposing party shall file its response no later than 10 PM (Pacific) the same day.

4. The parties shall exchange materials to be shown the jury during Phase One opening statements no later than 4 PM (Pacific) on Saturday, April 14, 2012. Written objections, if any, to the opposing party's materials shall be exchanged by 1 PM (Pacific) on Sunday,

April 15, 2012. The parties shall meet and confer regarding any objections by 4 PM (Pacific) on April 15, 2012.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: April 10, 2012.

_____
Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | Dated:  April 9, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 5 | | KENNETH A. KUWAYTI (Bar No. 145384)<br>kkuwayti@mofo.com |
| 6 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 7 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 8 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 9 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 10 | | |
| 11 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com |
| 12 | | 333 Main Street<br>Armonk, NY  10504 |
| 13 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 14 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 15 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 16 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 17 | | |
| 18 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 19 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 20 | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com |
| 22 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 23 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)

3

sf-3129477

| | | |
|---|---|---|
| 1 | Dated: April 9, 2012 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By: __/s/ Christa M. Anderson_____ |
| 4 | | ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com |
| 5 | | CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com |
| 6 | | DANIEL PURCELL (SBN 191424)<br>dpurcell@kvn.com |
| 7 | | 710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 10 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 11 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 12 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 13 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 14 | | |
| 15 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 16 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 17 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 19 | | Facsimile:  (415) 318-1300 |
| 20 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 21 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 22 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 23 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 24 | | Facsimile: (650) 328-8508 |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL PROCEDURES.  In compliance with General Order 45, X.B., I hereby attest that Christa M. Anderson has concurred in this filing.

Date: April 9, 2012                           */s/ Daniel P. Muino*

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER STIPULATED FACTS AND TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)          5

sf-3129477