| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road, Palo Alto, CA  94304-1018 |
| 5 | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (Admitted *Pro Hac Vice*) |
| 7 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 8 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 9 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900, Oakland, CA  94612 |
| 10 | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| | ALANNA RUTHERFORD (Admitted *Pro Hac Vice*) |
| 11 | 575 Lexington Avenue, 7th Floor, New York, NY 10022 |
| | Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax) |
| 12 | |
| 13 | ORACLE CORPORATION |
| | DORIAN DALEY (Bar No. 129049) |
| 14 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (Bar No. 95527) |
| 15 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 16 | matthew.sarboraria@oracle.com |
| | 500 Oracle Parkway, Redwood City, CA  94065 |
| 17 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 18 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING ORACLE AMERICA, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | |
| GOOGLE, INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: The Honorable William Alsup |

[~~PROPOSED~~] ORDER GRANTING ORACLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. CV 10-03561 WHA

1      For good cause shown, Oracle America, Inc.'s Motion to Remove Incorrectly Filed Document is **GRANTED**.

     The Clerk of the Court is directed to remove from the docket document **No. 871**, "Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report."

     The Court will consider document **No. 873**, "Oracle America, Inc.'s Opposition To Google's Motion To Strike Portions Of Dr. James Kearl's Expert Report [Public Redacted Version]" to be the correct version of the redacted Opposition brief.

     IT IS SO ORDERED.

Dated: April 11, 2012.

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE