KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415.391.5400
Fax: 415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **GOOGLE'S PROPOSED FINDINGS OF FACT REGARDING THE COPYRIGHTABILITY OF THE STRUCTURE, SELECTION AND ORGANIZATION OF THE 37 APIS** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Hon. William Alsup |

1. An API consists of a set of names that can be used to access features of a library, together with specified conventions about their use.

2. API specifications, by design, describe the structure, selection and organization ("SSO") of API elements needed for compatibility between implementations of the APIs, and with programs using the APIs.

3. The 37 APIs are fundamental to the Java language.

4. Developers learn the 37 APIs when they learn the Java language.

5. Developers treat the 37 APIs as part of the Java language.

6. The Java language cannot be implemented without many of the 37 APIs.

7. Without the 37 APIs, the Java language cannot perform basic tasks, e.g., receiving input from and providing output to the user, or processing text strings.

8. The 37 APIs and their SSO are how developers access the implementing code in the 37 API packages, and thus the functionality provided by that code.

9. Developers cannot use the 37 APIs without relying on their SSO.

10. The SSO of the 37 APIs are functional requirements for compatibility with the 37 APIs.

11. The 37 APIs cannot be implemented without their SSO.

12. Code using different APIs with different SSO than the 37 APIs will not be compatible with the 37 APIs.

13. The design of the 37 APIs and their SSO is constrained by external factors including functionality, efficiency and ease of use.

14. The 37 APIs and their SSO build on previous programming languages and long-accepted conventions.

15. The 37 APIs and their SSO are a system of expression developers use when programming in the Java language.

16. For years before this litigation, Sun was aware of, and did not object to, use of the 37 APIs and their SSO in GNU Classpath, Apache Harmony and Android.

1

Dated: April 12, 2012                                        KEKER & VAN NEST LLP

                                                  /s/ Robert A. Van Nest
                                           By:    ROBERT A. VAN NEST

                                           Attorneys for Defendant
                                           GOOGLE INC.