MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**SUBMISSION OF ORACLE'S STATEMENT OF ISSUES REGARDING COPYRIGHT**<br><br>Date:  April 16, 2011<br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

Pursuant to the Court's request (ECF No. 854), Oracle America, Inc. prepared a summary of what items stand accused of copyright infringement using the Court's proposal as a guide. Oracle's summary identified the specific aspects of Android's documentation and code that Oracle alleges infringe its Java copyrights. Google provided a competing list, and sought to revise the allegations in ways that Oracle thought were not accurate. Counsel for Oracle and Google met and conferred at length to discuss points of agreement and disagreement, and, although Oracle revised its summary as a result, the parties did not reach agreement. As the plaintiff, Oracle is entitled to frame its own copyright allegations, consistent with the pleadings and rulings in this case. Because the parties have reached an impasse on how to summarize the copyright allegations, Oracle submits its statement of copyright issues, attached hereto as Exhibit A.

Dated: April 12, 2011

MORRISON & FOERSTER LLP

By: /s/ Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.