# EXHIBIT A

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S STATEMENT OF ISSUES REGARDING COPYRIGHT**<br><br><br>Date:  April 16, 2011<br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

ORACLE'S STATEMENT OF ISSUE REGARDING COPYRIGHT
CASE NO. CV 10-03561 WHA
pa-1523246

Pursuant to the Court's request (ECF No. 854), Oracle America, Inc. hereby provides the following summary of its copyright infringement allegations to be tried:

**What Oracle accuses of copyright infringement are:**

1. The Android documentation for the 37 API packages listed below, including the selection, arrangement, and structure of all API elements (including names) in that documentation. Oracle alleges that Google copied an estimated 103,400 lines[1] from the Java API specifications into Android's documentation.

1. java.awt.font
2. java.beans
3. java.io
4. java.lang
5. java.lang.annotation
6. java.lang.ref
7. java.lang.reflect
8. java.net
9. java.nio
10. java.nio.channels
11. java.nio.channels.spi
12. java.nio.charset
13. java.nio.charset.spi
14. java.security
15. java.security.acl
16. java.security.cert
17. java.security.interfaces
18. java.security.spec
19. java.sql
20. java.text
21. java.util
22. java.util.jar
23. java.util.logging
24. java.util.prefs
25. java.util.regex
26. java.util.zip
27. javax.crypto
28. javax.crypto.interfaces
29. javax.crypto.spec
30. javax.net
31. javax.net.ssl
32. javax.security.auth
33. javax.security.auth.callback
34. javax.security.auth.login
35. javax.security.auth.x500
36. javax.security.cert
37. javax.sql

2. The selection, arrangement, and structure of all API elements (including names) of the Android class library source code and object code that implements the 37 API packages.

3. The declarations of the API elements in the Android class library source code and object code that implements the 37 API packages.

4. The Android class library source code and object code that implements the 37 API packages as derivative works of the Java API specifications, including the English-language descriptions.

5. Two Android source code files (and corresponding object code), TimSort.java and ComparableTimSort.java, which are part of Android's implementation of the 37 API packages.

[1] Oracle calculated this estimate by counting the lines of a sample of the Android documentation.

6. Eight Android source code files (and corresponding object code), AclEntryImpl.java, AclImpl.java, GroupImpl.java, OwnerImpl.java, PermissionImpl.java, PrincipalImpl.java, PolicyNodeImpl.java, AclEnumerator.java, which are not part of Android's implementation of the 37 API packages.

7. Comments contained in two Android source code files, CodeSourceTest.java and CollectionCertStoreParametersTest.java, which are not part of Android's implementation of the 37 API packages.

The tangible medium or media of expression in which the above are fixed are electronic storage media and printed documentation.

**What Oracle does not accuse of copyright infringement are:**

1. Android's use of the Java programming language.

2. Any particular name of an API element, including names for each package, class, exception, field, method, and parameter name, considered individually.

3. The Android source code implementing the APIs contained in the 37 packages at the line-by-line level, except as set forth above.

4. The idea of APIs.

5. The Dalvik virtual machine (without associated class libraries).

6. Android API packages and associated class libraries other than the 37 API packages and associated class libraries listed above.

7. Other Android source code and object code except as set forth above.

| | | |
|---|---|---|
| 1 | Dated: April 12, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Marc David Peters |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 5 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 6 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 7 | | 755 Page Mill Road<br>Palo Alto, CA 94304-1018 |
| 8 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 9 | | |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com |
| 11 | | 333 Main Street<br>Armonk, NY 10504 |
| 12 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 13 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 14 | | 1999 Harrison St., Suite 900<br>Oakland, CA 94612 |
| 15 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 16 | | |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com |
| 18 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 19 | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 20 | | matthew.sarboraria@oracle.com |
| 21 | | 500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: (650) 506-5200 |
| 22 | | Facsimile: (650) 506-7114 |
| 23 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |