[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**GOOGLE'S PROPOSED STATEMENT OF ISSUES REGARDING COPYRIGHT**<br><br>Date: April 16, 2011<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Pursuant to the Court's request (ECF No. 854), Google Inc. hereby provides its proposed statement of Oracle's copyright infringement allegations:

**Oracle accuses the following of copyright infringement:**

1. 37 API packages in the Android class library source code, as well as the corresponding object code implementing those APIs, but only as to their selection, structure, and organization (it being conceded that the implementing source code and object code are different).  Oracle claims that the tangible medium or media of expression in which the selection, structure and organization of the 37 APIs are fixed are electronic storage media and printed documentation.

2. The declarations of the API elements in Android class library source code and object code that implements the 37 API packages.

3. The English-language Android documentation for the 37 API packages, sometimes called the API "specifications."  Oracle alleges that approximately 103,400 lines in Google's Android documentation were copied from Oracle's Java API specifications.

4. The Android class library source and object code as derivative works of Oracle's English-language documentation of the 37 API packages.

5. 12 Android files of source code (copied from 11 Java files):

    a. The nine-line rangeCheck function and four lines of related comments in two Android source code files, TimSort.java and ComparableTimSort.java, as well as the corresponding object code.  This method is part of Android's implementation of the 37 API packages.

    b. Eight Android source code files—AclEntryImpl.java, AclImpl.java, GroupImpl.java, OwnerImpl.java, PermissionImpl.java, PrincipalImpl.java, PolicyNodeImpl.java, AclEnumerator.java—which are not part of Android's implementation of the 37 API packages.

    c. Twenty English-language comments contained in two Android source code files, CodeSourceTest.java and CollectionCertStoreParametersTest.java, which are not part of Android's implementation of the 37 API packages.

**Oracle does not accuse the following of copyright infringement:**

1. Android's use of the Java programming language.

2. The names of the API elements, including the names of files, packages, classes, methods, fields, exceptions, and parameters.

3. The Android source code implementing the APIs contained in the 37 packages, with the exception of rangeCheck and the declarations of the API elements.

4. The ideas underlying the APIs.

5. The Dalvik virtual machine (not including the associated class libraries).

6. Android APIs and associated class libraries other than the accused 37 API packages and associated class libraries.

7. Android source and object code except as listed above.

1

2  Dated: April 12, 2011

KEKER & VAN NEST LLP

3

4

By: __Robert Van Nest_____
     [Attorney Name]

5  ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
6  CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
7  DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
8  633 Battery Street
San Francisco, CA 94111
9  Telephone: (415) 391-5400
Facsimile: (415) 397-7188

10

11  SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
12  ROBERT F. PERRY
rperry@kslaw.com
13  BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
14  KING & SPALDING LLP
1185 Avenue of the Americas
15  New York, NY 10036-4003
Telephone:  (212) 556-2100
16  Facsimile:   (212) 556-2222

17  DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
18  CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
19  KING & SPALDING LLP
101 Second Street - Suite 2300
20  San Francisco, CA 94105
Telephone: (415) 318-1200
21  Facsimile:  (415) 318-1300

22  GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
23  ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
24  meekerh@gtlaw.com
1900 University Avenue
25  East Palo Alto, CA 94303
Telephone: (650) 328-8500
26  Facsimile: (650) 328-8508
*Attorneys for Defendant*
27  GOOGLE INC.

28