MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S RESPONSE TO REQUEST FOR PROPOSED FINDINGS**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

ORACLE'S RESPONSE TO REQUEST FOR PROPOSED FINDINGS
CASE NO. CV 10-03561 WHA
pa-1522857

Oracle submits the following proposed findings relating to the issue of the copyrightability of the selection, organization, and structure of the API specifications and associated implementations in class libraries for the 37 packages at issue in this case (collectively "APIs"). (*See* ECF No. 877).

**Proposed Findings**

1. The APIs include thousands of individual elements, organized into packages, classes, interfaces, exceptions, constructors, methods, and fields. There is an intricate relationship of hierarchies and dependencies among elements within and across packages.

2. The detailed selection, organization, and structure in the API specifications is mirrored in the source code and object code implementation in the Java class libraries.

3. The APIs represent years of creative design. The selection, organization, and structure of the elements and names in the APIs are each highly original and creative.

4. Oracle had many choices for what elements and names to include in the APIs. Other than a few classes, Oracle was not required to include any particular element or name.

5. There were many different ways to organize and structure the APIs.

6. A primary purpose of the selection, organization, and structure of the APIs is to make them more comprehensible and easier to use for programmers.

7. The selection, organization, and structure of the APIs is the detailed expression of an idea, not an idea itself. An idea for an API package may be to have a library of pre-written computer code relevant to the area of programming to which the package relates.

8. That selection, organization, and structure is not commonplace, and was not an indispensable or standard way of expressing any idea.

9. Other than a few classes, Google was not required to copy the selection, organization, and structure of the APIs to be compatible with the Java programming language.

10. It was not technically necessary for Google to copy the APIs.  Google designed many of its own APIs for Android.

11. Android is not compatible with Java.  Many programs written for one will not run on the other.

12. The specifications and implementations of the APIs are not a method of operation or system.

Dated: April 12, 2012							MORRISON & FOERSTER LLP

									By:   /s/  Michael A. Jacobs

										*Attorneys for Plaintiff*
										ORACLE AMERICA, INC.