IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE TO PRESS AND PUBLIC RE LIMITED SEATING ON FIRST DAY** |
| GOOGLE INC., | |
| Defendant. | |

One half of the public seating will be needed for the venire during jury selection. When the other half fills up, the marshals and court security officers will not permit the press or public to enter the courtroom until adequate space opens up. There will be no overflow courtroom with video or audio. Once the jury is sworn, there should be adequate room for all. The press and public should plan accordingly.

Dated: April 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE