IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
|     Plaintiff, | |
|   v. | **ORDER FOR PARTIES TO ACCOMMODATE THE PRESS** |
| GOOGLE INC., | |
|     Defendant. | |

    To accommodate the press, counsel shall please place five copies of each admitted exhibit in the press room after trial adjourns each day. This applies only to hard-paper copies. Exceptions can be made in extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: April 12, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE