1  [counsel listed on signature page]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  ORACLE AMERICA, INC.                  | Case No. CV 10-03561 WHA (DMR)

12              Plaintiff,                | **SECOND STIPULATION AND**
                                          | **[PROPOSED] ORDER REGARDING**
13        v.                              | **TRIAL PROCEDURES**

14  GOOGLE INC.

15              Defendant.                | Judge: Honorable William H. Alsup

16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

WHEREAS, the parties have continued to meet and confer in advance of trial and have reached agreement regarding certain additional trial procedures; and

WHEREAS, these agreements are in accordance with the Court's March 5, 2012 Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup ("Trial Guidelines");

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Consistent with Paragraph 20 of the Trial Guidelines, each party shall serve deposition designations by 5:00 pm five days before they are to be used at trial. Each party shall serve counter-designations and objections by 5:00 pm two days after the deposition designations have been served. The final packet required by Paragraph 20 of the Trial Guidelines shall be submitted to the Court by 8:00 am the day after the counter-designations and objections have been served, two days before they are to be used at trial.

2. Witnesses who have been subpoenaed by the parties to appear on April 16, 2012, need not appear in court until the day they have been noticed to testify by the other party, pursuant to Paragraph 11 of the Trial Guidelines.

3. Google and its witnesses will not submit evidence or argument at trial referencing the fact that Oracle withdrew patents previously asserted in this case, unless the Court first determines that Oracle has opened the door to such evidence.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____

                                              Honorable William Alsup
                                              Judge of the United States District Court

| | | |
|---|---|---|
| 1 | Dated: April 12, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ *Daniel P. Muino*<br>Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com<br>755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com<br>333 Main Street |
| 12 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612<br>Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. |
| 20 | | 211600)<br>matthew.sarboraria@oracle.com |
| 21 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 22 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 23 | | |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)
pa-1523076

2

| | | |
|---|---|---|
| 1 | Dated: April 12, 2012 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: _/s/ *Matthias Kamber*_<br>     Matthias Kamber |
| 4 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 5 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 6 | | canderson@kvn.com<br>DANIEL PURCELL (SBN 191424) |
| 7 | | dpurcell@kvn.com<br>633 Battery Street |
| 8 | | San Francisco, CA 94111<br>Telephone: (415) 391-5400 |
| 9 | | Facsimile: (415) 397-7188 |
| 10 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 11 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 12 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 13 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 14 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 15 | | |
| 16 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 17 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 18 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 19 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 20 | | Facsimile:  (415) 318-1300 |
| 21 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 22 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 23 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 24 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 25 | | Facsimile: (650) 328-8508 |
| 26 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 27 | | |
| 28 | | |

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)
pa-1523076

3

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Due Date for Fed. R. Civ. P. 26(a)(3) Disclosures. In compliance with General Order 45, X.B., I hereby attest that Matthias Kamber has concurred in this filing.

Date: April 12, 2012              ___/s/ *Daniel P. Muino*_____
                                         DANIEL P. MUINO