1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
12 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
13 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
14 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
15 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
17

18                       UNITED STATES DISTRICT COURT
19                      NORTHERN DISTRICT OF CALIFORNIA
20                              SAN FRANCISCO DIVISION
21

22 ORACLE AMERICA, INC.                    CASE NO. CV 10-03561 WHA

23             Plaintiff,                  **[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR ADMINISTRATIVE RELIEF TO SUPPLEMENT THE JOINT EXHIBIT LIST**
24     v.
25 GOOGLE INC.
                                           Judge:  Honorable William H. Alsup
26             Defendant.

27
28

Before the Court is Oracle America, Inc.'s Motion for Administrative Relief to Supplement the Joint Exhibit List. Based on the arguments and statements presented in the supporting Memorandum of Points and Authorities, Declaration of Marc David Peters, and any other relevant matter, IT IS HEREBY ORDERED THAT Oracle's motion is GRANTED. Oracle may supplement the Joint Exhibit List with the documents and Android source code files listed in its supporting Memorandum of Points and Authorities.

IT IS SO ORDERED.

Date: _____

Honorable William H. Alsup
Judge of the United States District Court