1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
12 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
13 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
14 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
15 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ORACLE'S MOTION FOR ADMINISTRATIVE RELIEF TO SUPPLEMENT THE JOINT EXHIBIT LIST** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

1    I, Marc David Peters, declare as follows:

2    I am a partner at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. On March 28, 2012, I sent to Google's counsel a list of proposed supplementations to the Joint Exhibit List. It included all of the documents referenced in Oracle America, Inc.'s Motion for Administrative Relief to Supplement the Joint Exhibit List, except for the additional Android source code files.

2. On April 9, 2012, my partner, Daniel P. Muino, asked counsel for Google whether Google would be amenable to supplementing the Joint Exhibit List with the additional Android source code files.

3. On April 10, 2012, counsel for Google declined to accept Oracle's proposed supplementations to the Joint Exhibit List.

4. Attached hereto as Exhibit 1 is a true and correct copy of relevant portions of the transcript of deposition of Daniel Bornstein, taken on May 16, 2011 (highlights added).

5. Attached hereto as Exhibit 2 is a true and correct copy of relevant portions of the transcript of deposition of Brian Swetland, taken on July 7, 2011 (highlights added).

6. Attached hereto as Exhibit 3 is a true and correct copy of relevant portions of the transcript of deposition of Andy Rubin, taken on July 27, 2011 (highlights added).

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on April 12, 2012, in San Francisco, California.

/s/ Marc David Peters