# Exhibit A

# DOCUMENT SUBMITTED UNDER SEAL

# Exhibit B

# DOCUMENT SUBMITTED UNDER SEAL

# Exhibit C

**DOCUMENT SUBMITTED UNDER SEAL**