1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   KENNETH A. KUWAYTI (Bar No. 145384)
3  kkuwayti@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
4  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
5  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA 94304-1018
6  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

7  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
8  dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA 94612
11 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

12 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
13 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
14 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
15 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA 94065
16 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ORACLE AMERICA'S MOTION FOR ADMINISTRATIVE RELIEF TO DEEM FACTS ADMITTED BY GOOGLE** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Marc David Peters, declare as follows:

I am an attorney at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. ("Oracle"). I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

1. On April 3, 2012, my colleague Daniel P. Muino sent an email to counsel for Google, Inc. ("Google") proposing thirteen separate stipulations for purposes of trial, including:

- The specifications for the 37 Java API packages at issue, and the selection, arrangement, and structure of API elements within those specifications, meet the Copyright Act's standard for originality.

A true and correct copy of the above-referenced correspondence is attached as Exhibit 1.

2. On April 4, 2012, counsel for Google responded by email, declining to accept the proposed stipulation above. *See* Exhibit 1.

3. On April 10, 2012, I sent an email to counsel for Google proposing alternate stipulations on admissions by Google for purposes of trial, including:

- Google has admitted that the 37 Java APIs meet the threshold for originality required by the Constitution.

- Google has admitted that the Java programming language is distinct from the Java APIs and class libraries.

- Google has admitted that the only way to demonstrate compatibility with the Java specification is by meeting all of the requirements of Sun's Technology Compatibility Kit ("TCK") for a particular edition of Sun's Java.

- Google has admitted: TCKs were only available from Sun, initially not available as open source, were provided solely at Sun's discretion, and included several restrictions, such as additional licensing terms and fees. In essence, although developers were free to develop a competing Java virtual machine, they could not openly obtain an important component needed to freely benefit from Sun's purported open-sourcing of Java.

- Google has admitted: Although Sun offered to open source the TCK for Java SE, Sun included field of use ("FOU") restrictions that limited the circumstances under which Apache Harmony users could use the software that the Apache Software Foundation created. Sun refused the ASF's request for a TCK license without FOU restrictions.

The email attached a draft brief explaining the underlying reasoning. A true and correct copy of the above-referenced correspondence is attached as Exhibit 2.

4.  On April 11, 2012, counsel for Google responded. Counsel declined to accept most of Oracle's proposals. Counsel placed material qualifications on the first proposal that rendered it unacceptable to Oracle. *See* Exhibit 2. I met and conferred with counsel for Google the evening of April 11, but we were unable to reach agreement.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 12, 2012 at San Francisco, California.

*/s/ Marc David Peters*
Marc David Peters

PETERS DECL. ISO ORACLE MOTION TO DEEM FACTS ADMITTED BY GOOGLE
CASE NO. CV 10-03561 WHA
sf-3130521

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Marc David Peters has concurred in this filing.

Dated: April 12, 2012              */s/ Michael A. Jacobs*
                                    Michael A. Jacobs