MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | CASE NO. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE AMERICA'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING STATEMENT TO JURY**<br><br>Judge:  Honorable William H. Alsup |

1  The Court has read and considered Oracle's Motion for Administrative Relief Regarding
2  Statement to Jury. Based on the arguments presented in the motion, the pleadings on file, and any
3  other relevant matter, the jury shall be told:

4  
5  The names of the various items appearing in the disputed API package specifications, such as names of API files, packages, classes, and methods, are not protected.

6  
7  The selection or arrangement of the names of the various items in the API package specifications may still be protected by copyright if those names are numerous enough and their selection and arrangement original enough that their combination constitutes an original work. The Court will instruct the jury on this issue following the close of evidence.
8  
9  
10  IT IS SO ORDERED.

11  
12  Date: _____

13  Honorable William H. Alsup
   Judge of the United States District Court

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28