IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER FOR RESPONSE** |
| GOOGLE INC., | |
| Defendant. / | |

Google shall respond to all Oracle motions filed last night by **2:00 P.M. TODAY**.

**IT IS SO ORDERED.**

Dated: April 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE