IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
|     Plaintiff, | |
|   v. | **REMINDER** |
| GOOGLE INC., | |
|     Defendant. | |

    Counsel are reminded that they should be prepared to give opening statements on Monday immediately after the jury is sworn in. It is also possible we will get to the first witness.

Dated: April 13, 2012.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE