KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF EUGENE M. PAIGE IN SUPPORT OF GOOGLE INC'S OPPOSITION TO ORACLE AMERICA'S MOTION TO SUPPLEMENT THE JOINT EXHIBIT LIST**<br><br>Dept.:    Courtroom 8, 19th Floor<br>Judge:    Hon. William Alsup |

I, Eugene M. Paige, state:

1. I am a partner with the law firm of Keker & Van Nest LLP, counsel to Google Inc. in the present case. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. On December 13, 2011, I spoke with Daniel Muino, counsel for Oracle, regarding the exhibit list in this case. During that conversation, Mr. Muino indicated that Oracle might wish to add some exhibits to the exhibit list.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Yuka Teraguchi to Gene Paige, dated December 16, 2011.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Gene Paige to Yuka Teraguchi, dated December 19, 2011.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Gene Paige to Yuka Teraguchi, dated March 22, 2012.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Daniel Muino to Gene Paige, dated March 22, 2012.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Marc Peters to Gene Paige, dated March 28, 2012.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Richard Ballinger to Steven Snyder, dated March 1, 2011.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an Amended Initial Disclosure Statement of Google Inc., served July 6, 2011.

10. Attached hereto as **Exhibit 8** is a true and correct copy of an email from Gene Page to Daniel Muino, dated April 10, 2012.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed at San Francisco, California on April 13, 2012.

By: ___*/s/ Eugene M. Paige*___
     EUGENE M. PAIGE