1    [counsel listed on signature page]

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11   ORACLE AMERICA, INC.                | Case No. CV 10-03561 WHA (DMR)

12              Plaintiff,               | **SECOND STIPULATION AND**
                                         | **[PROPOSED] ORDER REGARDING**
13        v.                             | **TRIAL PROCEDURES**

14   GOOGLE INC.

15              Defendant.               | Judge:  Honorable William H. Alsup

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)
pa-1523076

**STIPULATION**

WHEREAS, the parties have continued to meet and confer in advance of trial and have reached agreement regarding certain additional trial procedures; and

WHEREAS, these agreements are in accordance with the Court's March 5, 2012 Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup ("Trial Guidelines");

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1.      Consistent with Paragraph 20 of the Trial Guidelines, each party shall serve deposition designations by 5:00 pm five days before they are to be used at trial. Each party shall serve counter-designations and objections by 5:00 pm two days after the deposition designations have been served. The final packet required by Paragraph 20 of the Trial Guidelines shall be submitted to the Court by 8:00 am the day after the counter-designations and objections have been served, two days before they are to be used at trial.

2.      Witnesses who have been subpoenaed by the parties to appear on April 16, 2012, need not appear in court until the day they have been noticed to testify by the other party, pursuant to Paragraph 11 of the Trial Guidelines.

3.      Google and its witnesses will not submit evidence or argument at trial referencing the fact that Oracle withdrew patents previously asserted in this case, unless the Court first determines that Oracle has opened the door to such evidence.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____April 13, 2012._____

_____
Honorable William Alsup
Judge of the United States District Court

SECOND STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)
pa-1523076

1

1    Dated: April 12, 2012                    MORRISON & FOERSTER LLP

2
                                              By:  _/s/ *Daniel P. Muino*
3                                                     Daniel P. Muino

4                                             MORRISON & FOERSTER LLP
                                              MICHAEL A. JACOBS (Bar No. 111664)
5                                             mjacobs@mofo.com
                                              MARC DAVID PETERS (Bar No. 211725)
6                                             mdpeters@mofo.com
                                              DANIEL P. MUINO (Bar No. 209624)
7                                             dmuino@mofo.com
                                              755 Page Mill Road
8                                             Palo Alto, CA  94304-1018
                                              Telephone: (650) 813-5600
9                                             Facsimile: (650) 494-0792

10                                            BOIES, SCHILLER & FLEXNER LLP
                                              DAVID BOIES (Admitted *Pro Hac Vice*)
11                                            dboies@bsfllp.com
                                              333 Main Street
12                                            Armonk, NY  10504
                                              Telephone: (914) 749-8200
13                                            Facsimile: (914) 749-8300
                                              STEVEN C. HOLTZMAN (Bar No. 144177)
14                                            sholtzman@bsfllp.com
                                              1999 Harrison St., Suite 900
15                                            Oakland, CA  94612
                                              Telephone: (510) 874-1000
16                                            Facsimile: (510) 874-1460

17                                            ORACLE CORPORATION
                                              DORIAN DALEY (Bar No. 129049)
18                                            dorian.daley@oracle.com
                                              DEBORAH K. MILLER (Bar No. 95527)
19                                            deborah.miller@oracle.com
                                              MATTHEW M. SARBORARIA (Bar No.
20                                            211600)
                                              matthew.sarboraria@oracle.com
21                                            500 Oracle Parkway
                                              Redwood City, CA  94065
22                                            Telephone: (650) 506-5200
                                              Facsimile: (650) 506-7114

23
                                              *Attorneys for Plaintiff*
24                                            ORACLE AMERICA, INC.

25

26

27

28

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL PROCEDURES          2
CASE NO. CV 10-03561 WHA (DMR)
pa-1523076

1   Dated: April 12, 2012                          KEKER & VAN NEST LLP

2
                                                   By:  /s/ *Matthias Kamber*
3                                                        Matthias Kamber

4                                                  KEKER & VAN NEST LLP
                                                   ROBERT A. VAN NEST (SBN 84065)
5                                                  rvannest@kvn.com
                                                   CHRISTA M. ANDERSON (SBN184325)
6                                                  canderson@kvn.com
                                                   DANIEL PURCELL (SBN 191424)
7                                                  dpurcell@kvn.com
                                                   633 Battery Street
8                                                  San Francisco, CA 94111
                                                   Telephone: (415) 391-5400
9                                                  Facsimile: (415) 397-7188

10                                                 SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
                                                   sweingaertner@kslaw.com
11                                                 ROBERT F. PERRY
                                                   rperry@kslaw.com
12                                                 BRUCE W. BABER (*Pro Hac Vice*)
                                                   bbaber@kslaw.com
13                                                 1185 Avenue of the Americas
                                                   New York, NY 10036-4003
14                                                 Telephone:  (212) 556-2100
                                                   Facsimile:   (212) 556-2222
15
                                                   DONALD F. ZIMMER, JR. (SBN 112279)
16                                                 fzimmer@kslaw.com
                                                   CHERYL A. SABNIS (SBN 224323)
17                                                 csabnis@kslaw.com
                                                   KING & SPALDING LLP
18                                                 101 Second Street - Suite 2300
                                                   San Francisco, CA 94105
19                                                 Telephone: (415) 318-1200
                                                   Facsimile:  (415) 318-1300
20
                                                   GREENBERG TRAURIG, LLP
21                                                 IAN C. BALLON (SBN 141819)
                                                   ballon@gtlaw.com
22                                                 HEATHER MEEKER (SBN 172148)
                                                   meekerh@gtlaw.com
23                                                 1900 University Avenue
                                                   East Palo Alto, CA 94303
24                                                 Telephone: (650) 328-8500
                                                   Facsimile: (650) 328-8508
25
                                                   *Attorneys for Defendant*
26                                                 GOOGLE INC.

27

28

SECOND STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)
pa-1523076

3

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Due Date for Fed. R. Civ. P. 26(a)(3) Disclosures.  In compliance with General Order 45, X.B., I hereby attest that Matthias Kamber has concurred in this filing.

Date: April 12, 2012                          ___/s/ *Daniel P. Muino*_____
                                                         DANIEL P. MUINO

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL PROCEDURES
CASE NO. CV 10-03561 WHA (DMR)
pa-1523076

4