# Exhibit A

1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   755 Page Mill Road
4  Palo Alto, CA  94304-1018
   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
5
   BOIES, SCHILLER & FLEXNER LLP
6  DAVID BOIES (Admitted *Pro Hac Vice*)
   dboies@bsfllp.com
7  333 Main Street
   Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900
10 Oakland, CA  94612
   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
11
   ORACLE CORPORATION
12 DORIAN DALEY (Bar No. 129049)
   dorian.daley@oracle.com
13 DEBORAH K. MILLER (Bar No. 95527)
   deborah.miller@oracle.com
14 MATTHEW M. SARBORARIA (Bar No. 211600)
   matthew.sarboraria@oracle.com
15 500 Oracle Parkway
   Redwood City, CA  94065
16 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
18

19             UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22 ORACLE AMERICA, INC.                    Case No. 3:10-cv-03561-WHA

23              Plaintiff,                 **PLAINTIFF'S INTERROGATORIES
                                           TO DEFENDANT GOOGLE INC.,**
24        v.                               **SET ONE**

25 GOOGLE, INC.                            Dept.: Courtroom 9, 19th Floor
                                           Judge: Honorable William H. Alsup
26              Defendant.

27

28

**INTERROGATORY NO. 3:**

Please explain the factual and legal bases for Google's pleading of its first affirmative defense:  No Patent Infringement.

**INTERROGATORY NO. 4:**

Please explain the factual and legal bases for Google's pleading of its third affirmative defense:  Patent Unenforceability (Waiver, Estoppel, Laches).

**INTERROGATORY NO. 5:**

Please explain the factual and legal bases for Google's pleading of its fourth affirmative defense:  Substantial Non-Infringing Uses (Patent).

**INTERROGATORY NO. 6:**

Please explain the factual and legal bases for Google's pleading of its fifth affirmative defense:  Limitation On Patent Damages.

**INTERROGATORY NO. 7:**

Please explain the factual and legal bases for Google's pleading of its sixth affirmative defense:  Misuse.

**INTERROGATORY NO. 8:**

Please explain the factual and legal bases for Google's pleading of its eighth affirmative defense:  Use By The United States.

**INTERROGATORY NO. 9:**

Please explain the factual and legal bases for Google's pleading of its tenth affirmative defense:  Elements Not Protected by Copyright.

**INTERROGATORY NO. 10:**

Please explain the factual and legal bases for Google's pleading of its eleventh affirmative defense:  Copyright Unenforceability (Waiver, Estoppel, Laches).

**INTERROGATORY NO. 11:**

Please explain the factual and legal bases for Google's pleading of its twelfth affirmative defense:  Fair Use.

**INTERROGATORY NO. 12:**

Please explain the factual and legal bases for Google's pleading of its fourteenth affirmative defense:  No Intent to Induce Copyright Infringement.

**INTERROGATORY NO. 13:**

Please explain the factual and legal bases for Google's pleading of its fifteenth affirmative defense:  Independent Creation.

**INTERROGATORY NO. 14:**

Please explain the factual and legal bases for Google's pleading of its sixteenth affirmative defense:  Third Party Liability.

**INTERROGATORY NO. 15:**

Please explain the factual and legal bases for Google's pleading of its seventeenth and eighteenth affirmative defenses:  License and Implied License.

**INTERROGATORY NO. 16:**

Please explain the factual and legal bases for Google's pleading of its nineteenth affirmative defense:  Unclean Hands.

Dated: December 2, 2010

MICHAEL A. JACOBS
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:    /s/ Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.