MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ORACLE AMERICA, INC.'S MOTION TO EXCLUDE EVIDENCE REGARDING GOOGLE'S LICENSE, IMPLIED LICENSE, OR EQUITABLE ESTOPPEL DEFENSES** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Judge: Honorable William H. Alsup |

1  Before this Court is Oracle America Inc.'s Motion to Exclude Evidence Regarding License,
2 Implied License, or Equitable Estoppel.  Based on the arguments presented in the motion, in the
3 supporting Declaration of Daniel P. Muino, and any other relevant matter, the motion is hereby
4 **GRANTED.**  Google shall not introduce evidence or argument at trial regarding its license,
5 implied license, and equitable estoppel defenses beyond what Google disclosed in its
6 interrogatory responses.
7
8  IT IS SO ORDERED.
9
10 Date: _____   _____
  Honorable William H. Alsup
11  Judge of the United States District Court

[PROPOSED] ORDER GRANTING ORACLE AMERICA, INC.'S MOTION TO EXCLUDE EVIDENCE
REGARDING GOOGLE'S LICENSE, IMPLIED LICENSE, AND EQUITABLE ESTOPPEL DEFENSES       1
CASE NO. CV 10-03561 WHA
pa-1523643