# EXHIBIT A

| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST, #84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON, #184325<br>canderson@kvn.com<br>DANIEL PURCELL, #191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel: 415.391.5400<br>Fax: 415.397.7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER<br>*(Pro Hac Vice)*<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>      Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**DECLARATION OF ROBERT VAN NEST IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO ORACLE AMERICA, INC.'S MOTION TO EXCLUDE EVIDENCE REGARDING LICENSE, IMPLIED LICENSE, AND EQUITABLE ESTOPPEL DEFENSES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. William Alsup |

I, ROBERT VAN NEST, declare as follows:

1. I am a partner with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Opposition to Oracle America, Inc.'s ("Oracle") Motion to Exclude Evidence Regarding License, Implied License, and Equitable Estoppel Defenses ("Motion"). I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. On April 15, 2012, starting at approximately 1:00 pm, Bruce Baber and I met and conferred with Michael Jacobs, counsel for Oracle, by telephone regarding the parties' opening statement presentations, which we had exchanged the day before. Daniel Muino, counsel for Oracle, may also have been in attendance for some or all of the call.

3. During our call, Mr. Jacobs stated that Oracle had "in the works" a motion in limine attacking Google's equitable defenses, and that Oracle "might" file the motion if Oracle had the motion ready in time.

4. Mr. Jacobs did not identify which equitable defenses Oracle might attack or the relief that Oracle would seek in the motion.

5. Mr. Jacobs did not identify the basis for any motion, other than referencing Google's interrogatory answers and objecting to Google's inclusion in its opening presentation of excerpts from an official Sun Microsystems blog authored by its then Chief Executive Officer, Jonathan Schwartz (TX 2352). Among other things, that blog post congratulates Google on its announcement of Android, and says that "Google and the Open Handset Alliance just strapped another set of rockets to the [Java] community's momentum."

6. Oracle did not provide written notice, prior to 3:00 pm, of its intent to file its Motion, as required by Paragraph 3 of Court's Order Regarding Trial Procedures (Dkt. No. 890).

7. Shortly after 6:00 pm on April 15, 2012, I received notice via the Court's ECF system that Oracle filed its Motion. The notice states, "The following transaction was entered by Jacobs, Michael on 4/15/2012 at 6:01 PM and filed on 4/15/2012."

8. At 6:54 pm, Daniel Muino wrote to state Oracle's belief that that my conversation

with Mr. Jacobs "suffices" as written notice in accordance with the Court's Order.  A copy of Mr. Muino's email is attached to Google's opposition brief as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 15, 2012.


By:   */s/ Robert Van Nest*
           ROBERT A. VAN NEST

---

DECLARATION OF ROBERT VAN NEST IN SUPPORT OF
GOOGLE'S OPPOSITION TO MOTION TO STRIKE
Case No. 3:10-cv-03561-WHA

649406