# EXHIBIT C

# David Zimmer

| | |
|---|---|
| **From:** | Daniel Purcell |
| **Sent:** | Sunday, April 15, 2012 2:59 PM |
| **To:** | Oracle-Google (Oracle-Google@BSFLLP.com); 'OracleMoFoServiceList@mofo.com' (OracleMoFoServiceList@mofo.com) |
| **Cc:** | DALVIK-KVN; dalvik-ks@kslaw.com; 'GT_Google@gtlaw.com' (GT_Google@gtlaw.com) |
| **Subject:** | Notice of Motion in Limine |

Counsel,

This is our notice that, by 6 pm tonight, Google will move in limine to exclude evidence of Oracle's alleged valuations of Sun as a whole or Sun's Java businesses (including trial exhibit 2038), or, in the alternative, to exclude that evidence from the copyright phase of trial.  The bases of the motion are FRE 402, 403, and 802.

Google will also move to exclude from the copyright phase of trial evidence and testimony regarding Android finances, revenues, costs, and profits, including the entirely of Oracle's designations from the deposition of Aditya Agarwal.  The bases of the motion are FRE 402 and 403.

Thank you.