[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **JOINT STATEMENT OF THE CASE** |
| v. | |
| GOOGLE INC. | Date:  April 16, 2011 |
| Defendant. | Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

Pursuant to Paragraph 8 of the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases (last revised March 5, 2012), Oracle America, Inc. and Google Inc. provide the following joint statement of the case to be read to the jury during voir dire:

## STATEMENT OF THE CASE

This is a case about alleged infringement of copyrights and patents. The plaintiff, the entity that has brought this case, is Oracle America, Inc. The defendant in this case is Google, Inc. Oracle America accuses Google of infringing particular Oracle America copyrights and patents.

Oracle America was formerly known as Sun Microsystems. When Oracle Corporation bought Sun in January 2010, Sun's name changed to Oracle America. The copyrights and patents in this case were originally assigned to Sun Microsystems, and stayed with the company when it was renamed Oracle America. During this trial, Oracle America may sometimes be referred to as "Oracle" or "Sun."

The trial of this case will proceed in separate phases.

Phase 1 of the case will relate to Oracle's copyright claims. Oracle claims that Google infringes Oracle's copyrights by copying Java software and related documentation into Google's Android software and related documentation. Google claims that certain aspects of the copyrighted works do not qualify for copyright protection, and that Google's use of certain information qualifies as a "fair use" under copyright law. Google further claims that, because of Sun's and Oracle's prior actions, inaction, and statements, Oracle should not be permitted to enforce these copyrights against Google. Your job at the end of Phase 1 will be to decide whether Google is liable for infringing Oracle's copyrights.

Phase 2 of the case will relate to Oracle's patent claims. Oracle claims that Google's Android software and mobile phones infringe two U.S. Patents. Google claims that, because of Sun's and Oracle's prior actions, inaction, and statements, Oracle should not be permitted to enforce these patents against Google. Your job at the end of Phase 2 will be to decide whether Google is liable for infringing the asserted claims in these two patents.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Phase 3 of the case will relate to the damages, if any, attributable to any infringement by Google of Oracle's copyrights or patents, and the question of whether any such infringement was willful.

1   Dated: April 15, 2012                    MORRISON & FOERSTER LLP

2
                                            By:   /s/ Marc David Peters
3
                                            MORRISON & FOERSTER LLP
4                                           MICHAEL A. JACOBS (Bar No. 111664)
                                            mjacobs@mofo.com
5                                           MARC DAVID PETERS (Bar No. 211725)
                                            mdpeters@mofo.com
6                                           DANIEL P. MUINO (Bar No. 209624)
                                            dmuino@mofo.com
7                                           755 Page Mill Road
                                            Palo Alto, CA  94304-1018
8                                           Telephone: (650) 813-5600
                                            Facsimile: (650) 494-0792
9
                                            BOIES, SCHILLER & FLEXNER LLP
10                                          DAVID BOIES (Admitted *Pro Hac Vice*)
                                            dboies@bsfllp.com
11                                          333 Main Street
                                            Armonk, NY  10504
12                                          Telephone: (914) 749-8200
                                            Facsimile: (914) 749-8300
13                                          STEVEN C. HOLTZMAN (Bar No. 144177)
                                            sholtzman@bsfllp.com
14                                          1999 Harrison St., Suite 900
                                            Oakland, CA  94612
15                                          Telephone: (510) 874-1000
                                            Facsimile: (510) 874-1460
16
                                            ORACLE CORPORATION
17                                          DORIAN DALEY (Bar No. 129049)
                                            dorian.daley@oracle.com
18                                          DEBORAH K. MILLER (Bar No. 95527)
                                            deborah.miller@oracle.com
19                                          MATTHEW M. SARBORARIA (Bar No.
                                            211600)
20                                          matthew.sarboraria@oracle.com
                                            500 Oracle Parkway
21                                          Redwood City, CA  94065
                                            Telephone: (650) 506-5200
22                                          Facsimile: (650) 506-7114

23                                          *Attorneys for Plaintiff*
                                            ORACLE AMERICA, INC.
24

25

26

27

28

1    Dated: April 15, 2012                    KEKER & VAN NEST LLP

2
                                              By: /s/ Matthias A. Kamber
3
                                              SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
4                                             sweingaertner@kslaw.com
                                              ROBERT F. PERRY
5                                             rperry@kslaw.com
                                              BRUCE W. BABER (*Pro Hac Vice*)
6                                             bbaber@kslaw.com
                                              1185 Avenue of the Americas
7                                             New York, NY 10036-4003
                                              Telephone:  (212) 556-2100
8                                             Facsimile:   (212) 556-2222

9                                             DONALD F. ZIMMER, JR. (SBN 112279)
                                              fzimmer@kslaw.com
10                                            CHERYL A. SABNIS (SBN 224323)
                                              csabnis@kslaw.com
11                                            KING & SPALDING LLP
                                              101 Second Street - Suite 2300
12                                            San Francisco, CA 94105
                                              Telephone: (415) 318-1200
13                                            Facsimile:  (415) 318-1300

14                                            GREENBERG TRAURIG, LLP
                                              IAN C. BALLON (SBN 141819)
15                                            ballon@gtlaw.com
                                              HEATHER MEEKER (SBN 172148)
16                                            meekerh@gtlaw.com
                                              1900 University Avenue
17                                            East Palo Alto, CA 94303
                                              Telephone: (650) 328-8500
18                                            Facsimile: (650) 328-8508

19                                            KEKER & VAN NEST LLP
                                              ROBERT A. VAN NEST (SBN 84065)
20                                            rvannest@kvn.com
                                              CHRISTA M. ANDERSON (SBN184325)
21                                            canderson@kvn.com
                                              DANIEL PURCELL (SBN 191424)
22                                            dpurcell@kvn.com
                                              633 Battery Street
23                                            San Francisco, CA 94111
                                              Telephone: (415) 391-5400
24                                            Facsimile: (415) 397-7188

25                                            *Attorneys for Defendant*
                                              GOOGLE INC.
26

27

28

1

**ATTESTATION**

2

3    I, Marc David Peters, am the ECF User whose ID and password are being used to file this

4    **JOINT STATEMENT OF THE CASE**.  In compliance with General Order 45, X.B., I hereby

     attest that Matthias A. Kamber has concurred in this filing.

5

6    Date:  April 15, 2012            /s/ Marc David Peters

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28