IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br>                                                                  / | No. C 10-03561 WHA<br><br>**ORDER AMENDING STIPULATED TRIAL PROCEDURES** |

This order amends paragraph three to the stipulation regarding trial procedures (Dkt. No. 890) as follows. The stipulated timeline applies only to motions where no sealed material is submitted. Motions where sealed material is in play must be filed more in advance. This is because we are unable to receive sealed materials if the clerk's office is closed.

**IT IS SO ORDERED.**

Dated: April 16, 2012.

  _____
  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE