IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING ORACLE'S MOTION TO AUGMENT EXHIBIT LIST** |
| GOOGLE INC., | |
| Defendant. / | |

Oracle's motion to augment its trial exhibits (Dkt. No. 907) is **GRANTED**. Although it would have been better to have augmented sooner, there is still time to adjust prior to the actual use at trial of these exhibits and Google has shown no prejudice. Both sides will be given some opportunity to adjust the exhibit list. Google will get the same flexibility so long as it acts timely. At some point, however, augmentation of the exhibit list will be terminated with or without prejudice. This augmentation does not mean that the exhibits are admissible.

**IT IS SO ORDERED.**

Dated: April 16, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE