IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

                       /

No. C 10-03561 WHA

**ORDER REGARDING APRIL 16 MOTIONS IN LIMINE**

Google's motion in limine to preclude the presentation of all financial evidence regarding Android and Java (Dkt. No. 921) is **DENIED WITHOUT PREJUDICE** to re-raising Rule 403 objections as to specific items in Phase One. Because the Larry Ellison letter was submitted under seal, the Court does not yet rule on it.

Oracle's motion in limine to preclude evidence regarding equitable defenses (Dkt. No. 922) is a blanket motion that resembles a partial motion for summary judgment and seeks to exclude a vast universe of evidence. This motion is **DENIED WITHOUT PREJUDICE** to re-raising objections on an item-by-item basis.

**IT IS SO ORDERED.**

Dated: April 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE