UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 16, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Dorian Daley
    Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
    Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland    Court Reporter: Kathy Sullivan; Debra Pas

Trial Began:    Further Trial:


Trial Motions Heard:    Disposition

1.
2.
3.


Other:



Time in Trial: 5 hours 55 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| **JUDGE:**<br>WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:**<br>Michael Jacobs; Dan Muino<br>Fred Norton; Andrew Temkin<br>David Boies; Dorian Daley | **DEFENSE ATTORNEY**:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Michael Kwun<br>Bruce Baber |
|---|---|---|
| **TRIAL DATE:**<br>April 16, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Jury Trial Began | |
| | | | | | Preliminary matters discussed. Motions in limine are denied. Court would like counsel to make filings and exhibits available to the public. Counsel provided the Court a copy of an agreed upon glossary. Court ruled on slides that can be used during opening statements. | |
| | | 8:00 am | | | Prospective Jury present | |
| | | | | | Roll taken and oath administered | |
| | | 8:18 am | | | Court admonished the prospective jurors | |
| | | 8:30 am | | | Jury Selection began | |
| | | | | | No Hardships | |
| | | 9:35 am | | | Recess | |
| | | | | | Outside the presence of the jury. Defendant raised issues over potential jurors. | |
| | | 9:59 am | | | Reconvene...prospective jurors present | |
| | | | | | Jury Selection continued | |
| | | 10:45 am | | | Plaintiff's Voir Dire | |
| | | 10:51am | | | Defendant's Voir Dire | |
| | | 11:01 am | | | Side Bar | |
| | | 11:02 am | | | Jury Selection continued | |
| | | 11:09 am | | | Plaintiff's voir dire | |
| | | 11:11 am | | | Defendant's voir dire | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:13 am | | | Court addressed the jury | |
| | | 11:29 am | | | Jury Passed for Cause | |
| | | 11:30 am | | | Recess | |
| | | 11:45 am | | | Outside the presence of the prospective jury | |
| | | 11:50 am | | | Reconvene...prospective jurors present | |
| | | | | | Jury Selected and Sworn-in | |
| | | 11:55 am | | | Recess | |
| | | 12:12 pm | | | Reconvene...jury present | |
| | | | | | Preliminary Jury Instructions | |
| | | 12:21 pm | | | **Plaintiff's Opening Statement** | |
| | | 1:25 pm | | | Recess until 4/17/12 at 7:30 am | |