KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ROLLING LIST OF NEXT TEN WITNESSES**<br><br>Dept.:      Courtroom 8, 19th Floor<br>Judge:     Hon. William Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. No. 851) and the parties' agreement to increase the number of witnesses on the list to ten (Dkt. No. 884), Google Inc. hereby files and serves its current list of anticipated next ten trial witnesses:

1. Josh Bloch
2. Dan Bornstein
3. Craig Gering
4. Vineet Gupta (by video)
5. Bob Lee
6. Hiroshi Lockheimer
7. Hasan Rizvi (by video)
8. Andrew Rubin
9. Eric Schmidt
10. Param Singh (by video)

Dated:  April 16, 2012

KEKER & VAN NEST LLP

By: /s/ Robert A. Van Nest
ROBERT A. VAN NEST

Attorneys for Defendant
GOOGLE INC.