UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 17, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Dorian Daley
Steven Holtzman; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Catherine Lacavera (Corporate Representative)

| | |
|---|---|
| Clerk: Dawn K. Toland | Court Reporter: Kathy Sullivan; Debra Pas |
| Trial Began: April 16, 2012 | Further Trial: April 18, 2012 at 7:30 am |

Trial Motions Heard:          Disposition

1. _____        _____
2. _____        _____
3. _____        _____

Other:

Time in Trial: 5 hours 40 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | PLAINTIFF ATTORNEY:<br>Michael Jacobs; Dan Muino<br>Fred Norton; Andrew Temkin<br>David Boies; Dorian Daley<br>Steven Holtzman | DEFENSE ATTORNEY:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Michael Kwun<br>Bruce Baber |
|---|---|---|
| TRIAL DATE:<br>April 17, 2012 | REPORTER(S):<br>Kathy Sullivan; Debra Pas | CLERK:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury.  Counsel provided copies of the glossary and a timeline handout to distribute to the jury. Court addressed letter exhibit 2038 regarding Larry Ellison dated March 12. Deposition excerpts to be given to the Court when they are ripe. Defendant raised an issue regarding exhibit 431. Mr. Cooper will be introduced to the jury later in the trial. Court asked members of the public and trial teams to be as quiet as possible. | |
| | | 7:49 am | | | Reconvene...jury present | |
| | | | | | Handouts given to the jury | |
| | | 7:53 am | | | **Defendant's Opening Statements** | |
| | | 8:45 am | | | Court addressed the jury regarding the trial schedule | |
| | | 8:51 am | | | Plaintiff's witness by video deposition Larry Page on August 24, 2011 | |
| | | | | | Deposition Exhibits to be admitted by trial exhibit number | |
| | | 9:12 am | | | Plaintiff's witness **Larry Ellison** sworn-in.  Direct by David Boies | |
| | | 9:31 am | | | Recess | |
| | | 9:53 am | | | Reconvene...jury present | |
| | | | | | Direct of Larry Ellison continued | |
| | | 10:04 am | | | Cross Examination | |
| 2939 | | | x | x | Video of Larry Ellison & Scott McNealy 2009 JavaOne Conference (played for the jury) | |
| 2041 | | | x | x | Form: DEFA14A Sun Microsystems Inc. Ellison Dep Ex | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Deposition excerpt played | |
| 2042 | | | x | x | E-mail dated May 22, 2009 from Ellison to McNealy | |
| 2043 | | | x | x | E-mail dated May 26, 2009 from Gosling to McNealy | |
| 2044 | | | x | x | Email dated June 25, 2009 from Kurian to Kehring | |
| | | 10:56 am | | | Redirect Examination | |
| | | 11:01 am | | | Recross Examination | |
| | 2362 | | x | x | Email dated April 20, 2009 from Ellison to Schwartz | |
| | | 11:04 am | | | Witness Excused | |
| | | | | | Recess | |
| | | | | | Outside the presence of the jury. Court confirmed the video excerpts are not taken down by the court reporter. Counsel should provide copies for the record. | |
| | | 11:10 am | | | Recess | |
| | | 11:30 am | | | Reconvene...jury present | |
| | | | | | Plaintiff's witness **Thomas Kurian** sworn-in. Direct by Michael Jacobs | |
| 610.1 | | | x | x | Java 2 Platform Standard Edition Development Kit 5.0 Specification | |
| | | 12:26 pm | | | Cross Examination | |
| | | 12:34 pm | | | Redirect Examination | |
| | | 12:37 pm | | | Witness Excused | |
| | | | | | Plaintiff's witness **Larry Page** sworn-in. Examination by David Boies | |
| 1 | | | x | x | Android GPS Key Strategic Decisions Around Open Source | |
| 2 | | | x | | Email from Andy Rubin to wmc@google.com | |
| | | 12:57 pm | | | Recess | |
| | | | | | Outside the presence of the jury. Counsel will provide the Court with the requested information on the number of source codes. Counsel addressed the Court's questions. | |
| | | 1:10 pm | | | Recess until 4/18/12 at 7:30 am | |