| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road, Palo Alto, CA  94304-1018 |
| 5 | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (Admitted *Pro Hac Vice*) |
| 7 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 8 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 9 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900, Oakland, CA  94612 |
| 10 | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 11 | ORACLE CORPORATION |
| | DORIAN DALEY (Bar No. 129049) |
| 12 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (Bar No. 95527) |
| 13 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 14 | matthew.sarboraria@oracle.com |
| | 500 Oracle Parkway, Redwood City, CA  94065 |
| 15 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 16 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES** |
| v. | |
| GOOGLE INC. | Dept.:  Courtroom 8, 19th Floor |
| Defendant. | Judge:  Honorable William H. Alsup |

ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES
CASE NO. CV 10-03561 WHA
sf-3134222

1    Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. 851) and the
2    parties' agreement to increase the number of witnesses on the list to ten (Dkt. 884), Oracle
3    America, Inc. hereby files and serves its current list of its anticipated next ten trial witnesses:
4        1.    Bloch, Joshua
5        2.    Cizek, Leo
6        3.    Gupta, Vineet (by video)
7        4.    Lee, Bob
8        5.    Lindholm, Tim
9        6.    Miner, Rich (by video)
10       7.    Morrill, Dan
11       8.    Reinhold, Mark
12       9.    Screven, Edward
13       10.   Swetland, Brian

Dated: April 17, 2012

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ *Daniel P. Muino*

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES
CASE NO. CV 10-03561 WHA
sf-3134222

1