IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**NOTICE RE DEPOSITION DESIGNATIONS**

In connection with deposition designations, be mindful that no deposition testimony should be offered on an exhibit unless the exhibit is already in evidence. On the designations of Mr. Rizvi, for example, it is impossible for the judge to know what email is being discussed and whether it will already be in evidence by the time the deposition is read or played to the jury. The marginal notes indicating the rulings attempt to say this. In the future, please let the judge know whether the exhibit will come into evidence. Nothing further need be done on the designations of Messrs. Gupta and Rizvi. The rulings will be available on Thursday at 7:30 a.m.

Dated: April 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE