Volume 2

Pages 224 - 429

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

ORACLE AMERICA, INC.,            )
                                 )
            Plaintiff,           )
                                 )
  VS.                            )  No. C 10-3561 WHA
                                 )
GOOGLE, INC.,                    )
                                 )
            Defendant.           )  San Francisco, California
_____)  April 17, 2012


**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**          MORRISON & FOERSTER
                            755 Page Mill Road
                            Palo Alto, California  94304
                    BY:  **MICHAEL A. JACOBS, ESQUIRE**
                         **KENNETH A. KUWAYTI, ESQUIRE**
                         **MARC DAVID PETERS, ESQUIRE**
                         **DANIEL P. MUINO, ESQUIRE**

                            BOIES, SCHILLER & FLEXNER
                            333 Main Street
                            Armonk, New York 10504
                    BY:  **DAVID BOIES, ESQUIRE**
                         **ALANNA RUTHERFORD, ESQUIRE**


(Appearances continued on next page)


*Reported By:  Katherine Powell Sullivan, RPR, CRR, CSR #5812*
*              Debra L. Pas, RMR, CRR, CSR #11916*
*                Official Reporters - U.S. District Court*

**APPEARANCES (CONTINUED):**

**For Plaintiff:**          BOIES, SCHILLER & FLEXNER
                            1999 Harrison Street, Suite 900
                            Oakland, California  94612
                    BY:     **WILLIAM FRED NORTON, ESQUIRE**
                            **STEVEN C. HOLTZMAN, ESQUIRE**

                            ORACLE AMERICA, INC.
                            500 Oracle Parkway
                            Redwood Shores, California  94065
                    BY:     **ANDREW C. TEMKIN, CORPORATE COUNSEL**
                            **DORIAN DALEY, GENERAL COUNSEL**


**For Defendant:**          KEKER & VAN NEST
                            633 Battery Street
                            San Francisco, California  94111-1809
                    BY:     **ROBERT ADDY VAN NEST, ESQUIRE**
                            **CHRISTA MARTINE ANDERSON, ESQUIRE**
                            **DANIEL PURCELL, ESQUIRE**
                            **MICHAEL S. KWUN, ESQUIRE**

                            KING & SPALDING LLP
                            1185 Avenue of the Americas
                            New York, New York 10036-4003
                    BY:     **BRUCE W. BABER, ESQUIRE**

                            GOOGLE, INC.
                            1600 Amphitheatre Parkway
                            Mountain View, California  94043
                    BY:     **RENNY HWANG, LITIGATION COUNSEL**


**For Dr. Kearl:**          FARELLA BRAUN & MARTEL LLP
                            235 Montgomery Street, 30th floor
                            San Francisco, California 94104
                    BY:     **JOHN L. COOPER, ESQUIRE**


**Also Present:**           **SAFRA CATZ, President and CFO**
                            Oracle Corporate Representative

                            **CATHERINE LACAVERA**
                            Google Corporate Representative

                            —  —  —

<pre>
 1                      P R O C E E D I N G S

 2    APRIL 17, 2012                                7:27 a.m.

 3

 4            (Proceedings held in open court, outside

 5             the presence and hearing of the jury.)

 6        THE COURT:  Good morning.  Please be seated.

 7            May I see the letter you all wanted me to look at no

 8    one bothered to give to me, the one involving Mr. Ellison?  I

 9    can't rule on it without looking at it.

10            Mr. Van Nest, this is your motion.  You should give

11    me the letter.

12        MR. VAN NEST:  I will, your Honor.

13        THE COURT:  While we're looking for that, do we have

14    the right number of copies of the glossary and the timeline?

15        MR. JACOBS:  Yes, your Honor.

16        THE COURT:  Please hand 12 copies to the clerk.

17            Mr. Jacobs, have these been cleared with the other

18    side?

19        MR. JACOBS:  Yes, your Honor.

20        THE COURT:  Dawn, at the appropriate time that I will

21    mention to you, please give copies to the jury.

22        THE CLERK:  Okay.

23        THE COURT:  I'd like to see one copy of the timeline

24    myself.

25        THE CLERK:  Okay.
</pre>

```
 1              (Whereupon, document was tendered

 2               to the Court.)

 3         THE COURT:  May I see the letter that you're trying

 4    to keep out of the of evidence?

 5         MR. VAN NEST:  I guess we pulled it out of the

 6    official exhibits.

 7              Do you guys have it at counsel table?

 8              (Whereupon document was tendered

 9               to counsel.)

10         MR. VAN NEST:  Thank you.

11              (Whereupon document was tendered

12               to the Court.)

13              (Brief pause.)

14         THE COURT:  Let me say a few things first about this.

15    This trial is not Java against Android.  This trial is not

16    about all of Java.

17              To some extent the Court has got to give the

18    plaintiff leeway -- to some extent the Court must give leeway

19    to counsel because the case has a lot of emails that refer to

20    Java.

21              I need to ask whoever this is over here to please sit

22    down.  It's a distraction.  This is a trial in the U.S.

23    District Court.  It's not the public library.  So please,

24    please, when the judge is talking, pay attention.

25              This is not a trial about Java versus Android.  Now,
```

1   you've already used this large number.  Mr. Van Nest is going

2   to have permission when -- if, if, and when Mr. Ellison

3   testifies or anyone else on the plaintiff's side testifies to

4   large numbers like this, you get to bring up the fact that

5   there are thousands of patents -- I'm talking about now to Mr.

6   Van Nest -- that Java was covered by thousands of patents and

7   only two patents are being asserted here covered by copyrights,

8   but has now boiled down to four things.  And if he professes

9   not to realize that, you go to town on cross-examination.  You

10  will have a freehand on that.

11          This is not going to degenerate into an argument

12  piece for large numbers when everyone in this courtroom knows

13  that the cases boil down to a small number, perhaps very

14  important, but small number of items of intellectual property.

15          It is not Java against Android.  And I do not approve

16  of the idea that you can you present that theory to the jury.

17          As I said, to a limited extent because those emails

18  refer to it as Java, I'm letting you make that argument

19  because you, in fairness as an advocate, need that flexibility,

20  but you may not leave the impression that this case is all of

21  Java against all of Android.  It is not.

22          So, Mr. Van Nest, if and when Mr. Ellison tries to

23  work these large numbers in about what he was willing to pay

24  for Java, you have the Court's permission to bring this back to

25  this case, which is this case is not about Java against

PROCEEDINGS

```
 1   Android.  And the Court is going to be diligent and require

 2   candid answers.  So I give you that heads-up on your side over

 3   there so you will know how much you want to open that door.

 4          This letter is not going to come into evidence at the

 5   plaintiff's behest.  I'm talking about the March 12 letter.

 6   It's too self serving.  It was an offer for 2 billion, but it's

 7   not for Java.  It's for Java and lots of other things.  It's

 8   impossible to say how much of this was allocated to Java.

 9          And, of course, Mr. Ellison will now, I'm sure, if

10   asked by Mr. Boies, of course, he will say it was mostly for

11   Java.  That's after-the-fact Monday morning quarterbacking.  It

12   didn't say that at the time.  This letter did not say that at

13   the time.

14          So you're not allowed, on the plaintiff's side, to

15   bring this letter to the attention of the jury as some kind of

16   support for the theory that Java is worth $2 billion.  So

17   that's the ruling.

18          All right.  Anything you want to bring up with me

19   before we bring the jury in and go to the next opening

20   statement?

21          MS. ANDERSON:  Yes, your Honor.  Christa Anderson for

22   Google.

23          THE COURT:  Go ahead.

24          MS. ANDERSON:  I have a brief question for your Honor

25   and request, both related to designations of deposition
```

1  testimony for playing at trial.

2          My first question for your Honor is:  Our

3  understanding under the rules is you would like the completed

4  packets with all the designated testimony two days before --

5          THE COURT:  Don't give it to me until -- yes, I do,

6  but I don't want -- yesterday you gave me something and my

7  clerk said, "The lawyers are just giving you this and they are

8  still talking.  They think they are going to work it out, but

9  just in case they want to you have all of this."  I'm not going

10  to start looking at your write-ups with that kind of message.

11  Your duty is to work through the process and get it down to the

12  bare minimum and then I'm going to rule on it.

13          MS. ANDERSON:  Absolutely.  Understood, your Honor.

14          THE COURT:  I will do that very quickly.  But don't

15  give it to me in that kind of a mish-mash form that came to me

16  yesterday.

17          MS. ANDERSON:  Yes, your Honor.  Actually, I'm not

18  familiar with -- perhaps it was Oracle's counsel turned it in.

19          But I just wanted to find out from your Honor would

20  you like it the day before we plan to play the testimony or two

21  days before?

22          THE COURT:  Whatever my ground rules say, I have

23  forgotten.

24          MS. ANDERSON:  Okay.  Thank you.

25          THE COURT:  Here is what I learned from practice.

1  I know that I am sometimes tough on the lawyers for good

2  reason, but I learned this from practice.

3          I'm not tough in one respect that other judges will

4  make you designate weeks in advance of the trial.  I tried a

5  lot of cases as a lawyer and every time you designated

6  something, it turned out by the time you really wanted to use

7  it, it went down to about 10 percent of what you originally had

8  thought you had wanted to use because the points got covered in

9  some other way and it was not worth putting all that other

10 fluff in there.

11         So the best way to do it is to postpone the depo

12 designations until the last possible minute so it will be down

13 to the real kernel of what you want to use.  So that's when I

14 want to see it and that's what those ground rules are designed

15 to do, is to save you all that work until it really matters,

16 but when -- at that point it does matter and you should give me

17 just what you propose to use teed up with the objections and so

18 forth.  So I'm trying to make it easier for you, not harder.

19         Okay?

20         **MS. ANDERSON:**  We appreciate that your Honor.  And

21 that brings me to my last request for your Honor.

22         Relatedly, we are having an issue with Oracle's

23 counsel vastly overdesignating testimony in these five-day

24 Notice of Deposition designations.

25         **THE COURT:**  They will then read every word of it.

PROCEEDINGS

1  They will not be allowed to withdraw it.  They will waste their

2  time putting in large amounts of fluff.  If that is what is

3  going on, they are going to use their time up accordingly,

4  that's fine.  Why are you complaining?  But that is an old

5  trick and I'm not going to allow it.  They are going to read

6  every word of it, if that's what they do.

7           **MS. ANDERSON:**  All right.  Thank you, your Honor.

8           **THE COURT:**  All right.  So I'm going to let them fix

9  it by the end of today, but otherwise you're going to read

10 every word of it.  It will burn up your good time, and don't

11 complain to me.  It's an old trick to overdesignate.  I

12 understand that.  Do not do that.

13          **MS. ANDERSON:**  We appreciate that.  Thank you, your

14 Honor.

15          **THE COURT:**  All right.  What's your next point?

16          **MR. VAN NEST:**  We have one other issue, your Honor,

17 which Mr. Paige is going to address on exhibits that may come

18 up with Mr. Larry Page today.  Mr. Paige has been doing the

19 meet-and-confer with Oracle on it.

20          **THE COURT:**  How many Pages do we have here?

21          **MR. PAIGE:**  I spell it right your Honor, P-A-I-G-E.

22          **THE COURT:**  All right.

23          **MR. PAIGE:**  Good morning.  We have an issue,

24 potential issue with Trial Exhibit 431.  It was originally in

25 Mr. Page's --

PROCEEDINGS

```
 1          THE COURT:  Hand it up to me.  I don't remember it.
 2          MR. PAIGE:  Of course, your Honor.
 3          (Whereupon, document was tendered
 4           to the Court and counsel.)
 5          THE COURT:  Thank you.  431.
 6          MR. PAIGE:  It was originally in Mr. Page's, P-A-G-E,
 7   designations for today.  It's since been removed, so it's taken
 8   out that issue of having it used with him at -- in his
 9   deposition, but Oracle still says they are not certain whether
10   they are going to use it with him when he appears live today.
11   And so we wanted to raise with your Honor the fact that pages
12   three through six of this document --
13          THE COURT:  Who does Mr. Page work for?
14          MR. PAIGE:  He works for Google, your Honor.
15          THE COURT:  And why are you complaining about this
16   then?  This is a party admission, isn't it?
17          MR. PAIGE:  Your Honor, it's a question of what's in
18   here contains estimates going forward into 2013.  This is
19   highly sensitive information that Google has not released to
20   the public --
21          THE COURT:  Oh, come on.  Oh, come on.  This is a
22   public trial.  Denied.  Denied.
23          MR. PAIGE:  Your Honor, your Honor --
24          THE COURT:  Denied.  Denied.
25          MR. PAIGE:  It's not relevant to the phase, any issue
```

1    in Phase 1.

2          **THE COURT:**  Too bad.  It's a public trial.  If they

3    want to bring it out, they are going to be allowed to do it.

4          **MR. PAIGE:**  It's 403 evidence, your Honor, in

5    Phase 1.

6          **THE COURT:**  It's not.  It's not.  They are going to

7    be allowed to do that.

8          **MR. PAIGE:**  Thank you, your Honor.

9          **THE COURT:**  Okay.  What else do you want to raise?

10          **MR. JACOBS:**  We have one question, your Honor.

11          **THE COURT:**  Sure.

12          **MR. JACOBS:**  It has to do with exhibits and whether

13    exhibits must come in through a witness or not.

14          We have party admission exhibits.  We would like at

15    an appropriate time, maybe early in the case move, to into

16    evidence, draw whatever objection we're going to get at that

17    time.  We don't think it will be very compelling and we don't

18    think -- we think on reflection Google may decide not to object

19    at all, and then with the admission publish the document to the

20    jury.

21          I think this is particularly important given your

22    admonition that they have to look at evidence, not at attorney

23    argument.  So it seemed to us to be advisable to move some of

24    these exhibits -- some of these documents into evidence early.

25          **THE COURT:**  Okay.  Here is the way that part works.

1   It's okay if the lawyers agree that something can come into

2   evidence out objection.  For example, if you want to move right

3   now what that three or four exhibits be placed into evidence, I

4   will ask the other side and they probably would -- I don't know

5   what they will say.  Let's say they say, "Fine, no objection."

6   So then we make a note that those are in evidence, and then at

7   some appropriate point I would allow you to publish them to the

8   jury without any comment.  You wouldn't have any witness, I

9   guess, to explain what it is, but they would be in evidence.

10  Maybe could use -- have some witness explain what they are.  So

11  as far as I'm concerned, you have that flexibility as long as

12  the other side agrees.

13          If the other side does not agree and says, "No, we

14  object to it coming into evidence," I listen -- you know, they

15  have to -- let's say they say it's hearsay on they say it's not

16  a business record or whatever the objection is, then you have

17  to lay the foundation.  Do it the hard way.  So it would not

18  just come in by Court order.  I would have to have foundation

19  for it.

20          So maybe the best way to do it would be take an

21  example right now of one you would like to use in that way and

22  then we can see how it works.

23          **MR. JACOBS:**  Okay, your Honor.  Give us just a

24  minute.

25          **MR. VAN NEST:**  Your Honor, could I make a suggestion

PROCEEDINGS

1  on this --

2           THE COURT:  Okay.

3           MR. VAN NEST:  (Continuing) -- that I think will save

4  time?

5           THE COURT:  Sure.

6           MR. VAN NEST:  We didn't understand that that

7  procedure could work.  In light of that, if they have some

8  exhibits they would like to discuss with us during the break or

9  whenever, we can do that.  They simply sent us a long list of

10 exhibits not attached to a witness and said, "We're going to

11 use these."  And I said, "Wait a minute.  I thought they have

12 to come in through a witness."  We're certainly willing to

13 do --

14          THE COURT:  Usually they do.  If you do it the

15 old-fashioned way, they have to come in through a witness.  But

16 in almost all trials there are a few documents -- I wouldn't

17 say hundreds of documents.  I would say maybe in a trial like

18 this two dozen in the entire trial, where one side will get two

19 dozen in by stipulation.  The other side would get two dozen in

20 by stipulation and at the right time you show them to the jury,

21 but I would not think 100 documents per side.

22          MR. JACOBS:  We sent over 14, your Honor.

23          THE COURT:  Fourteen is in the ballpark of

24 reasonableness.  I think you would get the same courtesy from

25 them.  I encourage it.

PROCEEDINGS

```
 1           But at the same time if you have a legitimate
 2  objection -- and there will be, of course, legitimate
 3  objections -- you're entitled to assert your objection.
 4           MR. VAN NEST:  With that guidance, your Honor, what I
 5  suggest is that the parties meet-and-confer and we perhaps can
 6  come up with an agreed list and get them in.
 7           THE COURT:  But they have got to put on their
 8  witnesses soon.  So you should do that at the very first
 9  opportunity so that they are not prejudiced.
10           MR. VAN NEST:  We'll do it.  Thank you, your Honor.
11           MR. JACOBS:  Thank you, your Honor.
12           THE COURT:  All right.  What else is next?  Can we
13  see if all members of the jury are present?
14           MR. JACOBS:  It's a tiny thing, your Honor, but
15  it's -- well, it's worth raising.  You had asked for a binder
16  of key documents.  We each gave you 10.
17           THE COURT:  That's great.  That's all I need.
18           MR. JACOBS:  Okay.
19           THE COURT:  If I need more, I will ask for it, but 10
20  is -- you know, I've learned the hard way.  Joe Alioto used to
21  try a case.  He only needed two documents.  One was the worst
22  document in the file of the other side and the other was the
23  Magna Carta.  And he never lost a case.
24           You know, I need more than that.  I need 20 documents
25  in a case like this.  But if I need more than that, I'm going
```

1  to see what they are and you will give them to me and I will

2  ask for them.  I have so little space up here, I can't deal

3  with about more than 20 documents.  So that's fine.

4          **MR. JACOBS:**  Thank you, your Honor.

5          **THE COURT:**  Yes?  They are here?

6          All right.  Before we get started, are you prepared

7  to go with your opening statement, Mr. Van Nest?

8          **MR. VAN NEST:**  I am, your Honor.  I would just a

9  moment to set it up.

10         **THE COURT:**  How long do you need?

11         **MR. VAN NEST:**  About 30 seconds.

12         **THE COURT:**  All right.  You set up and then we'll

13 bring the jury in.

14         (Brief pause.)

15         **THE COURT:**  I'm going to give these documents to the

16 jury after they are seated.  How is that?  Is that okay, Mr.

17 Van Nest?

18         **MR. VAN NEST:**  That's fine.  I will wait for your

19 queue.

20         **THE COURT:**  Are we now ready?

21         **MR. VAN NEST:**  Yes.

22         **THE COURT:**  All set?

23         Wait, wait, Dawn.  I do -- I want to say to all

24 members of the two teams here, and for that matter members of

25 the public.  I have a strong view that when someone is speaking

1  in the courtroom, like a lawyer giving an opening statement to

2  the jury or a closing or examining a witness, that lawyer has

3  the absolute right to the full attention of the jury and any

4  hacking and coughing or paper shuffling, no.  You cannot do

5  anything.  I don't even like it when people get up and go back

6  and forth out that door because a member of the jury may look

7  and see and lose track of what the thought is.  So really, I

8  ask you to be considerate to the counsel who have the floor and

9  to be absolutely quiet.

10         The other thing I wanted to say, Mr. Cooper, I am

11  going to introduce you and the 706 expert at the appropriate

12  time, but I don't think it's the right time yet.  It may be

13  much later in the case.

14         **MR. COOPER:**  Thank you.

15         **THE COURT:**  I did not forget.  I just think it's too

16  much to lay on the jury this early in the case.

17         **MR. COOPER:**  We understand.  Thank you.

18         **THE COURT:**  Okay.  Thank you.

19         Are we now ready, Mr. Van Nest?

20         **MR. VAN NEST:**  Yes, your Honor.

21         **THE COURT:**  Let bring in the jury.

22         (Jury enters courtroom at 7:48 a.m.)

23         **THE COURT:**  Okay.  Welcome back and good morning.

24  Have a seat.  Everybody over there doing good?

25         (Jury nodding affirmatively.)

PROCEEDINGS

1    **THE COURT:**  Enjoying the coffee and the Federal

2    donuts?

3    **JUROR THOMPSON:**  Thank you.

4    **THE COURT:**  We want to hand something out to you, and

5    Dawn will hand them out now.

6    (Whereupon, documents were tendered

7    to the jury.)

8    **THE COURT:**  As I've said to you, we have excellent

9    lawyers in this case and they have done something that I

10   totally approve of and it will help you.

11   First of all, there is a timeline that you already

12   saw and we're going to give each of you your own individual

13   copy.  What I recommend you do is fold it over like this

14   (indicating) and stick it in the back of your little steno pad

15   and whenever a witness is on the stand and refers to a date of

16   some meeting, maybe you can look at this and get a rough idea

17   of where it fits in the overall timeline.

18   And this is stipulated to; correct, counsel?

19   **MR. JACOBS:**  Yes, your Honor.

20   **MR. VAN NEST:**  Yes, your Honor.

21   **THE COURT:**  So the facts are agreed to by both sides

22   and you can take this as evidence in the case.

23   Now, after that is handed out, we have got a second

24   one-page document.  One-page documents are good.  We get things

25   down to one page.

PROCEEDINGS

```
 1              (Whereupon, document was tendered

 2               to the jury.)

 3         THE COURT:  This is another one that you can fold

 4    over.  Both sides have agreed to it, right?

 5         MR. JACOBS:  Yes, your Honor.

 6         MS. ANDERSON:  Yes.

 7         THE COURT:  This one looks more complicated.  It has

 8    a glossary of maybe 30 terms like API, AOSP and so forth.  And

 9    these are terms that you're going to be seeing in the case, the

10    trial.  You don't need to memorize any of this right now.  It's

11    just a handy reference sheet for you to look at from time to

12    time in case something is confusing and they are using an

13    abbreviation.  These will be terms that come up frequently,

14    okay?  So I would recommend you fold that one over and put it

15    in the back of your pad, too.

16              Now, you can make notes on these.  It's up to you.

17    We will not look at your notes.  When the case is over, we

18    shred all your notes and never look at them, but this is for

19    your use.  These two handouts.  We will not look at them and

20    you're free to add, for example, to the timeline.  You might

21    put in some important meeting that you think is important

22    that's not on the timeline.

23              Obviously on a timeline like this, this is just the

24    bare bones.  There will be several important events that

25    occurred in this case that are not on the timeline.  But if we
```

1  put everything on there, it wouldn't be very useful, so we

2  scaled it back for your benefit.

3          All right.  So there we go.  In due course all of

4  this will become clearer, but we'll get there one step at a

5  time.

6          Now, you will remember yesterday we had an opening

7  statement by counsel for Oracle, Mr. Mike Jacobs.  And now

8  we're going to have the opening statement by the other side,

9  Mr. Van Nest.  And that's spelled V-A-N N-E-S-T.

10         And I say this about both of the opening statements,

11 what I've already said to you.  None of it is evidence yet.

12 The evidence comes when the trial starts with witnesses and so

13 forth.  This is an opportunity for you to get a preview of what

14 the lawyers expect will be proven or not proven.  And so it is

15 a very important opportunity, but, again, it is not evidence.

16         At this time on behalf of Google, Mr. Van Nest will

17 give the opening statement.  The floor is yours.

18         **MR. VAN NEST:**  Thank you, your Honor.

19                     **OPENING STATEMENT**

20         **MR. VAN NEST:**  Good morning, ladies and gentlemen.

21 Welcome back.

22         As you know, my name is Bob Van Nest, and it's my

23 responsibility and my privilege during our trial to represent

24 Google, one of the leading consumer technology companies in the

25 world today.  This is my opportunity to give you a recap, a

1    review of the evidence, what we expect it will prove.

2            So the phenomenal success of Android is due to the

3    hard work of Google engineers, their ingenuity and to Google's

4    decision to build Android using open source, free and open

5    technology, so that Android could be made available to

6    everyone.  The whole idea of Android was to get it in the hands

7    of as many consumers as possible.

8            Now, the Java language, the Java language which was

9    used to build parts of Android, is free and open.  It's been in

10   the public domain for years.  The Java language was created way

11   back in the 90's and Sun made it public.  They made it public

12   without any charge, without any cost because Sun wanted a

13   system, a language system, that could be used by developers all

14   over the world to build products using Java that Sun could sell

15   services and support to.  So that language has been public.

16   It's in the public domain and as you heard last night, there is

17   no claim, no claim in this lawsuit that there is anything wrong

18   with using the Java language.

19           Now, those Application Program Interfaces, those APIs

20   you heard about, they are necessary just to use the language.

21   You'll hear testimony that without the APIs, the language is

22   virtually useless and programmers learning Java, which is

23   taught in college courses all over the country, they learn how

24   to use the APIs when they learn how to use the language.  And

25   Sun has always promoted the APIs as a fundamental part of the

1  language.  So the language is free.  The APIs are necessary to

2  use the language, so they are free, too.

3         Google didn't need a license to use Java in Android

4  because the Java language is free and the APIs are free as part

5  of the language.  So Google didn't need a license.  The actual

6  source code, the computer code within Android that runs all the

7  applications, that was written from scratch by Google engineers

8  or taken from other open source products, other open source

9  platforms, that were open and available for use.  So the code

10 in Android, the stuff that makes it run written by Google,

11 original Google work or work of third parties donated to

12 Android.

13        Now, yes, it's true that at the very beginning of

14 Android, Google and Sun negotiated for a partnership to build

15 Android together, and you'll hear about those negotiations.

16 But when those negotiations failed, Google engineers built

17 Android on their own without any Sun technology whatsoever.

18 It took three years, thousands of engineering hours, and

19 hundreds of millions of dollars to build Android.

20        Now, when Android was released to the public -- and

21 this happened way back in 2007 -- it was released to the

22 public, posted on a website so everybody could see, including

23 Sun, what was in Android:  The Java language, these 37 Java

24 APIs and a whole lot of other stuff.

25        Sun didn't object.  Sun didn't complain.  Sun didn't

OPENING STATEMENT / VAN NEST

 1   say, "You need a license."  They knew all this was open.  Sun's

 2   chief executive officer, Jonathan Schwartz, who will be a key

 3   witness in this case, he will be presented by Google during our

 4   presentation of evidence, Jonathan Schwartz who was running Sun

 5   posted on a public Sun website the following:

 6           "Google, congratulations.  We welcome Android

 7           to the Java community.  We support Android's

 8           use of Java.  We want to help because Android

 9           has strapped a set of rockets onto Java."

10       Those were the words of Sun's CEO back in 2007.

11   We'll see them a little bit later this morning.

12       And not only that, but in the years following, 2007,

13   2008, 2009, both publicly and in private communications

14   directly to the top brass at Google, Sun said, "We support

15   Android's use of Java.  What can we do to help?  What can we

16   do?  We would like to be part of it."

17       So why are we here?  Well, the claims you heard last

18   night, the claim that Google has copied these APIs, that wasn't

19   raised until much later, until after Oracle came on the scene,

20   had purchased Sun, and had tried and failed themselves to get

21   in the smart phone market.  So in 2009 Oracle reached an

22   agreement to buy Sun and buy Java.  And they were very

23   interested in getting into the smart phone market themselves to

24   compete with the iPhone and compete with Android.  So that was

25   a big deal for them.

 1          So first they tried to build their own Java phone.

 2     That failed.  Then they tried to buy smart phone technology out

 3     on the market.  That failed.  Then they actually tried to

 4     partner with Google.  They tried to sell Sun technology, Oracle

 5     technology to Google, so they could become part of Android,

 6     too.  That failed.  It was too late.  Then and only then did

 7     Oracle do a complete about-face, a complete about-face and make

 8     the claim that Android was wrong.  And now what they want is

 9     they want to share in Google's success in Android even though

10     they had absolutely nothing to do with the Android platform,

11     the Android product or any of it.  And that's why we're here.

12          It's not about them protecting their I.P.  It's not

13     about them protecting the Java community.  They want to share

14     in Android's profits without having done a thing to bring that

15     about.

16          So if you take a look at your monitor, I'm going to

17     review what the evidence will show on four key issues.

18          First issue:  Sun gave the Java language to the

19     public.  I don't expect this will even be disputed.  There is

20     no claim in the case that using the Java language is wrong.

21          Second point:  Google built Android using free and

22     open technologies.  There are 15 million lines of code.

23     15 million lines of code in Android, all written by Google

24     engineers.  They didn't need a license because they didn't use

25     Sun technology to build Android.

 1            Sun publicly approved Android's use of Java.  That

 2    proves both the first and second points.  Sun was fully aware

 3    in 2007 of everything that was in Android.  It was published on

 4    a website.  They knew everything that Google was doing.  They

 5    stood up in public and approved it.

 6            And the final point is that Google made fair use of

 7    the Java language APIs in Android.  No one before Google had

 8    been able to use Java to build a successful smart phone.

 9    Nobody.  Sun tried and failed and, as I just said a minute ago,

10    Oracle tried and failed.

11            Google transformed Java.  They transformed those APIs

12    into something that would work on a smart phone and that means

13    they made fair use of those APIs in Android.

14            Let's start on our first point.  Sun gave Java

15    language to the public.

16            Secondly.

17            Next slide, please.

18            The Java programming language is open and free for

19    anyone to use.  Not a dispute.  Back in the 90's Sun made the

20    language open.  It's taught in colleges.  It's taught to

21    programmers.  It's out there.  There are thousands of Java

22    developers.  It's been around a long time.

23            Mr. Jacobs said last night, I think his words were,

24    "You can use the Java language to your heart's content," and

25    there is no claim in this case that using the language is wrong

 1  or inappropriate in any way whatsoever.

 2          Now, Mr. Ellison knows this.  He'll be one of our

 3  witnesses today.  I had a chance to take his deposition.

 4  That's part of our process here.  I asked him:

 5          **"QUESTION:**  And you understand that nobody

 6          owns the Java programming language right?

 7          **"ANSWER:**  That's correct.

 8          **"QUESTION:**  Anybody can use that without any

 9          royalty at all?

10          **"ANSWER:**  Correct."

11          Mr. Ellison is well aware.

12          And the names of these API packages -- there are 37

13  packages.  And as Mr. Jacobs mentioned, there are classes

14  within the packages and methods.  I'll get into that structure

15  of it in a minute.  All those names are free to use.  You can't

16  copyright a name.  So there is no dispute about the names.  All

17  these package names, all these -- these are the package names

18  here, 37 of them.  All free to use.  Anybody can use those.

19  They have been used by developers and companies for years.

20          All the class names.  The classes are organized into

21  packages.  They are all free to use.

22          The method names, the methods are organized into the

23  classes.  It's part of the system of organization.  Free to

24  use.  No dispute about it.  Everybody can use these.

25          Now, what about these APIs?  These Application

```
 1   Programming Interfaces?  According to Sun, they are fundamental
 2   to the Java language.  This is from one of the Sun websites.
 3   Java.lang is one of the 37 API packages at issue in this case
 4   and this is what Sun says about it:
 5           "Fundamental to the design of the programming
 6           language."
 7           You can't use the language without the APIs and the
 8   language is free.
 9           This was a book they published back in the 90's.
10   They wanted people to use the APIs.  That was the whole point.
11   Let's get people hooked on Java.  And part of that was let's
12   show them all these APIs.
13           Here is Volume 1, Core Packages.  This describes the
14   libraries that are the foundation of the Java language.  The
15   foundation of the language.  These are the general purpose
16   libraries fundamental to every Java program.
17           Not only that, their expert in this case testified --
18   he will be testifying as a witness here -- and we asked him
19   what about these APIs?  What are they?
20           He said:
21           "These elements here are like parts of
22           speech.  So nouns, verbs, adjectives and so
23           on."
24           And what he's referring to are the APIs names and
25   packages.
```

```
 1              He says:

 2              "Using those parts of speech, package names,

 3              classes, interface names, relationships" --

 4              that's what you're going to hear that they

 5              are complaining about -- "you use those just

 6              like you use the parts of speech."

 7              So imagine being told, "You can use English.  You're

 8  free to speak English, but don't use the nouns or the verbs or

 9  the parts of speech."  That's the claim that Oracle is making

10  in this case.

11              We asked their head architect -- he will be here to

12  testify, too, Mark Reinhold:

13              "QUESTION:  What can you do with the language

14              without the APIs?

15              "ANSWER:  Nothing."

16              Nothing.  This is what he said:

17              "ANSWER:  You would be able to write basic

18              computations that never did any IO."

19              That means Input/Output.  So I could write something,

20  but I couldn't print it.  I couldn't put it on my screen.  I

21  couldn't communicate with the outside world.

22              "You couldn't communicate with the outside

23              world or the underlying platform.  You could

24              write -- you know, you could do computations

25              on numbers and strings, but you wouldn't be
```

OPENING STATEMENT / VAN NEST

 1              able to do anything with them."

 2              That's the point that the APIs are necessary to use

 3      the language, and the language is out there for free.  Okay?

 4              Now, this is to the point that other companies, other

 5      groups wrote platforms using the same APIs that they are

 6      accusing Google of using years ago with no complaint from Sun.

 7              This is one example.  GNU Classpath was a group that

 8      created an open source platform for programming in 1998.  It

 9      used all the APIs that they are complaining about here.

10              Now, just like Google they wrote their own computer

11      code in the libraries themselves.  They used the API structure

12      and the names, but they wrote their own computer codes.  Sun

13      said fine.  No problem with GNU.

14              Same thing happened in 2005.  This is all before

15      Android.  Apache Harmony.  They also created a group of Java

16      libraries.  They used the APIs, which were open and free and

17      part of the language, and they wrote their own computer code in

18      the libraries.  Sun said fine.

19              Next slide proves it.

20              Jonathan Schwartz, who will testify live, this is

21      what he said in public back in '07 about Harmony.

22              "There is no reason that Apache cannot ship

23              Harmony today."

24              Harmony was the Apache product that used these APIs

25      in the same way that Android does.  And companies used Harmony,

1    IBM.  I've listed some of the products that IBM used, they

2    built out of Harmony.  Again, with no license from Sun, just

3    like Android.

4            Okay.  So let's talk about Android.  I want to take

5    you inside a smart phone and talk about how Android came to be

6    and how Google engineers built it.

7            Next slide.

8            So we know what Google is.  One of the -- it's the

9    leading search platform in the world and we've heard the word

10   "Google" a number of times in court already.  We know what that

11   is.

12           Google's business model is pretty simple.  Give the

13   product free to a consumer and then charge the advertisers.  So

14   when we do a search, we have to look at some ads.  That's how

15   Google makes money.

16           And these next two products, same way.  Google Maps,

17   same thing.  Free to use to consumer.  Gmail, free to the

18   consumer.  Some ads, we look at the ads.  Maybe the ads are a

19   little bit annoying, but that's how -- that's how we get the

20   product for free.

21           Now, important point.  All these products were going

22   great on laptops and desktops, but Google wanted to make them

23   great on a mobile device.  And back then in the mid-thousands,

24   all of us were using these cell phones (indicating), right?

25   You're going to hear the word "feature phone."  "Feature

1   phone."  I never heard that either, but I use "cell phone."

2   But "feature phone" is what the business guys call it.

3           And a feature phone is fine.  You can make calls and

4   do some texting and play basic games, but you're not going to

5   surf the web on this or check out restaurants or put Google

6   Maps on here.  So the whole genesis of Android was:  Can we

7   build a platform like this on which our products can be used,

8   you know, more efficiently?  Let's put -- let's let people get

9   out on the go.

10          How do you do that?  Research and development.  Here

11  is Google campus down in Mountain View.  13,000 Google

12  employees down there.  Four out of ten do research.  Four out

13  of ten Google employees do R&D for all the products that they

14  make available.  And Android was no different.  That took three

15  years, dozens of engineers, and thousands of engineering hours,

16  hundreds of millions of dollars.

17          You're going to hear from two of the top brass at

18  Google.  Eric Schmidt is now the chairman at Google.  He was

19  the CEO.  He is the one that talked directly with Schwartz and

20  will tell you that Schwartz at Sun was always aware of what

21  Google was doing and was always supportive.  So this idea that

22  there was a difference between public and private, not going to

23  be borne out by Mr. Schwartz.

24          Andy Rubin, he's the -- we call him the father of

25  Android.  He started a start-up.  Android, he had the idea for

1   this smart phone platform and he was purchased, business was

2   purchased by Google and he will be an important witness.

3            Let me reintroduce our Google representative while

4   I'm talking about Google.  Catherine Lacavera, who is the

5   director of litigation at Google, and she's going to be with us

6   throughout the trial.

7            These two gentlemen will be witnesses to the hard

8   work that Google did to build Android, which they did by

9   themselves.  Bob Lee and Dan Bornstein will both be witnesses

10  at our trial.

11           Next slide.

12           What is the Android Platform?  Well, the Android

13  platform is the operating system that makes your smart phone

14  run.  And Google makes it available for free to two groups that

15  you see on the slide here.  They make it available free to

16  Samsung and Motorola and HTC and all the companies that want to

17  build these.  They get Android for free and they build the

18  phones that we all -- some of us purchase.

19           They also give it away to developers.  Now, we had

20  one of a prospective jurors yesterday talk about developing an

21  app.  Well, if you have a weather app on here or a gardening

22  app or a recipe app or you have a sports app or whatever, game,

23  those are all applications.  Those are computer programs that

24  somebody has to write, and developers do that.  There are

25  100,000 Android developers developing applications for Android

1    and as of now, about 450,000 applications.

2           So that's how the Android system runs.  Open source

3    made available for free.

4           Next one.

5           Now, I'm going to put up my timeline.  It has a few

6    more entries on it than the agreed-upon timeline, but it covers

7    the same period.  And I want to talk now about the story and

8    the timing of Android.

9           So you'll notice we start here in July of 2005, but

10   all of the Java programming language and GNU Classpath and

11   Apache, they already had occurred.  That's in the 90's and

12   earlier than Android.

13          So in 2005 Android acquired -- Google acquired

14   Android from Mr. Rubin, and Mr. Rubin became a Google employee,

15   and they had a key decision to make.  The key decision -- this

16   is really important -- are we going to buy or build?  Because

17   anybody, anybody that's launching a new product has that

18   choice.  "Buy" means can we partner with another company that

19   already has technology and use that in Android.  That's the buy

20   option.

21          And so Google talked to a lot of companies about

22   that, including Sun.  And what they said to Sun was, We'd like

23   to have a partnership and build Android together.

24          Could I have the next slide?

25          This is an email.  You will see a number of these.

1   This is an email between Eric Schmidt, who was the boss at

2   Google at the time, and Scott McNealy, who was the chairman of

3   the board at Sun.  And what Mr. Schmidt is saying is:

4                "I'm in a product review.  We're looking at a

5                very interesting partnership proposal.  We

6                have engaged with Sun's team in an effort to

7                form an alliance.  Sun and Google should do

8                this together."

9                They were talking about a partnership to build

10  Android together.  And in that scenario, yes, Google would need

11  a license.  If you're going to buy Sun technology, not the

12  APIs, not the language, but the actual code and the libraries,

13  that would have accelerated this process a lot because it took

14  Google three years to do it on their own.

15               They could have bought it and all those emails you

16  saw -- you'll see a bunch more today -- We need a license.  We

17  need a license.  That's all in this period early on, '05 and

18  '06.  But that never happened.  That agreement was never

19  reached.  Sun and Google couldn't come to terms.

20               Google wanted to make Android available as an open

21  source platform and Sun wanted to charge for it.  They wanted

22  to charge the handset makers and charge developers and so on

23  for using the platform.  So they couldn't reach agreement.  And

24  what happened next was Google built Android by itself.  They

25  used their own technology, their own people.  They didn't use

OPENING STATEMENT / VAN NEST

1    Sun technology.

2            They would have used Sun technology if this agreement

3    had come to pass, but it didn't.  And so this long period is

4    the time in which it took Google to generate the platform to

5    write the libraries themselves, to write the entire platform.

6            And let's see what that platform looks like.  I want

7    to take you inside the handset now so you can see what the

8    technology is.

9            What I'm showing here is something that Google

10   publishes on its website.  This is the Android Platform.  It

11   wasn't made for this litigation.  It exists and it's existed

12   since the day Android launched.  It shows the layers, and I

13   want to walk through those layer.

14           The top layer, the application layer, that's what we

15   see as a user.  So we have a home page.  That's actually an

16   application.  We have a phone.  That's an application.  We have

17   a browser, if you want to surf of the web.  That's an

18   application.  These applications were all designed by Google.

19   There is no claim by Oracle of any use of their technology

20   there, none.

21           Application framework.  To make these apps work, you

22   need a framework below that.  And you can see some of the names

23   here:  An activity manager, a window manager.  These are all

24   the things you need to make your applications run right.  All

25   designed by Google.  No claim by Oracle of anything in that

OPENING STATEMENT / VAN NEST

1   framework.

2           Then the cool part of the phone, the cool part of the

3   phone is the libraries.  Not the Java libraries.  Not what they

4   are complaining about.  The libraries in Android are what give

5   you all the hot features that people like, and they are all

6   open source products that Google developed with other people.

7           So take, for example, our graphics.  High-end

8   graphics that people like.  Play a game, *Angry Birds*.  That's

9   an open source project from Open GL.  Let's say I want to go on

10  the web.  WebKit.  That's an open source project originally

11  built by Apple.  FaceBook.  You can look at Amazon.  You can

12  look at Zappo's.  When you're going on the web, you're using

13  WebKit.  Again, has nothing to do with Oracle.

14          Let's say you want to watch a video, your grandson's

15  video.  That's from Media Frameworks.  High-end video.  All of

16  that.  Open source, created by other people.

17          Now, below this layer there is another layer, the

18  Linux kernel.  Let's call that the basement.  Linux is an open

19  source product.  Linux was modified by Google to use on

20  Android.  It's sort of a plumbing.

21          Power management.  That's your battery, display,

22  camera, your memory in there.  That's all the basement.  That's

23  not even written in the Java language.  That's in a completely

24  different language.

25          15 million lines of code.  That's what we have

1  reviewed, 15 million lines of code.  57,000 separate files

2  created by Google and its partners.

3          All right.  What's the dispute about in this case?

4  What are we talking about here?  Let's go to the runtime and

5  the core libraries and open those up.  There are 51 core

6  libraries and there are 37 library packages that Oracle is

7  complaining about.

8          Now, I'm showing these packages in blue because they

9  are filled in.  I'm showing the content inside.  There is no

10 complaint about that content.  That content was all written by

11 Google.  The complaint is about something a lot more, let's

12 call it abstract.

13         The structure selection and organization.  That's

14 what their claim is.  That's the heart of their claim, is that

15 you use the same organization of these API names and objects

16 and classes.  Those -- that structure and organization is

17 nothing more than a system for organizing Java.  It's a system

18 of organization, and that's why it's necessary to use it if

19 you're going to program in Java.  That's what we're talking

20 about.

21         So let's go to the next slide.

22         What is an API?  They didn't explain to you what an

23 API was or how it worked.  I'm going to try my darndest to do

24 that because I think it's important to understand it.

25         The APIs are the words that programmers use when they

```
 1  are writing in Java.  And let's give an example.  These are the

 2  words that a programmer would use when they are going to call

 3  up some function.

 4          This is a developer.  Let's say she works for Amazon.

 5  She is going to develop a new app for Amazon that will allow us

 6  to download all their stuff and sort products by price.  We

 7  might want to know what the pricing is.

 8          Next slide.

 9          So let's say she wants to create a program.  One of

10  the things you would need in that program is something to tell

11  you which is the highest price and which is the lowest.  Java

12  has a function called max().  Max() is simply choosing the

13  greater of two numbers.  It's a math function.  Choosing the

14  greater of two numbers.  And, obviously, if I'm going to create

15  this application, I need to sort my prices by number.  Is $64

16  higher than $59?  Okay, it is.  Let's put it on top.  Is $51

17  less than $59?  Yeah, it's less.  Let's put it on the bottom.

18  All that is is the idea of choosing the greater of two numbers.

19          Next slide.

20          See, what my developer is going to do here on the

21  left, she's got max(), which simply means choose the greater of

22  the two numbers.  On the right is the code.  That's the

23  original source code that actually does the work.  When you

24  say, "I want to choose the greater of two numbers," that source

25  code on the right -- whoops, I can't do that.  The source code
```

OPENING STATEMENT / VAN NEST

```
 1   on the right below the title there, that tells the computer
 2   what to do.
 3            This is the Android platform so all that source code
 4   was written by Google.  All that source code was written by
 5   Google.  No dispute about that.
 6            But there are other platforms, like GNU that I
 7   mentioned a minute ago.  They use the same Java, API, max(),
 8   but they wrote their own source code.  Different from what Sun
 9   did.
10            Third example.  Sun, they use max().  They have
11   different source code to do the same thing.
12            So these APIs are the names and the organization.
13   The names are free to use, remember.  The name max(), that's
14   not protected.  The class that it's in, the method, the package
15   all unprotected.  So what is it that we're talking about when
16   we say the structure of these APIs?
17            Mr. Jacobs kept talking about API design.  He talked
18   about API design.  He said blueprint.  They are not blueprints.
19   It's not a book.  It's not a novel.  All they are is an
20   organization system so my developer can find the right source
21   code to use in her program.
22            Next slide.
23            So how do we illustrate this?  There's my source
24   code.  I want to be able to find it, so I have to organize it.
25   How would I do that?  I might put it in a folder called max().
```

OPENING STATEMENT / VAN NEST

```
1   Obviously, this isn't inside the computer.  This is an analogy.
2   This is an illustration of how this works.
3           I might put the max() folder in a drawer called Math,
4   because it's a math function.  And then I might put the math
5   function in a package here called Java.lang and it's in that
6   API package.
7           Now, look at the top there.  It says
8   Java.lang.Math.max().  Those are the words the developer writes
9   when she wants the source code in the folder to work.  The
10  source code written by Google or, if you're using Sun's code
11  written by Sun or GNU, they are all using the same word, which
12  is free to use, to bring up and call that source code into
13  action.
14          So now let's look at the next slide.
15          So now I've got my developer.  The system is set.  My
16  source code is written.  It's in my folder.  My developer
17  writes at the top Java.lang.Math.max() because she wants to
18  find a source code.
19          And by the way, programmers are taught this day one.
20  This is programming one in Java.  They all know these APIs.
21  They are taught in college.  They are in books.  They are
22  published.  They are all out there for people to use.
23          She writes java.lang.Math.max() and, boom, the
24  Java.lang cabinet has the Math drawer.  She opens the Math
25  drawer and the max() folder is in it.  And then what happens?
```

1   The source code comes out of the folder and into her program.

2            So just by writing the API, Java.lang.Math.Max(),

3   that source code appears and comes into the program.

4            And now I actually created -- excuse me, your Honor.

5   I'm going to approach the cabinet.  I actually created a

6   cabinet to illustrate this because, again, I think it's

7   important for everybody to understand what we're talking about

8   when we say structure and organization of an API.

9            This is a cabinet.  This is the Java language

10  package.  It happens to be a file cabinet.  There are 37 of

11  these that they are complaining about.  They are not

12  complaining about using the language, because that's free.  The

13  names were all free.  The complaint is about the system of

14  organization.  But you need that in order to program in Java.

15           So if I want to find this max() function.  I write

16  java.lang.Math.max() and the system knows I go to the java.lang

17  package.  I open the Math drawer.

18           Now, in the Math drawer are all the methods that are

19  in the math class in Java.  And by the way, they are typically

20  organized alphabetically.  Nothing too magic about that.  They

21  are organized alphabetically.  But one of them would be my

22  max() folder.  And I take my max() folder out and inside it is

23  the source code.  That's the original source code that Google

24  wrote.  This is what Google was trying to purchase from Sun.

25  This is what would have made Android happen faster, but that

OPENING STATEMENT / VAN NEST

 1    didn't happen.  And all this source code was written original

 2    from scratch by Google.

 3           And what we're talking about here is nothing more

 4    than this system of organization that has been around for years

 5    and programmers had been using whenever they program in Java.

 6    That's what is at issue in this case.

 7           Our point is the language is free and you need that

 8    system to find the source code that Google wrote.

 9           Now, I want to drive that home with two other slides.

10           Let's go forward if we can, Ben.  Let's go forward to

11    the source code.

12           All right.  Let's pause it...  Pause it there.

13           (Document displayed)

14           All right.  That's just the illustration of what we

15    did.  Java.lang is the cabinet.  That's the package.  Math is

16    the class.  Max is the method.

17           The source code inside Android is very different from

18    the source code inside a Sun or Oracle product.

19           Here is just two examples.  This is on the left,

20    Oracle's version of the methodstring.compareTo.  And on the

21    right is Google's version.  The first line of each of them is

22    the same because that's the API that calls the source code into

23    play.  That's the organizational system.

24           But the source code is different.  The

25    implementation.  How you tell the computer what to do.  That's

 1   all different.  Here's one example.

 2           I've got a second example.  And we're talking now

 3   about 15 million lines of code.

 4           And I'll pause to comment on one thing that

 5   Mr. Jacobs said last night.  He did say there was copying.  He

 6   said, "Not a lot."  That tends to be a big overstatement.  The

 7   copying, the only copying of source code they are complaining

 8   about is nine lines of code, nine out of 15 million.  Nine --

 9   it's trivial.  Inconsequential.  They scoured the whole Android

10   system to find evidence of copying and out of 15 million lines

11   they found nine.

12           We'll explain what happened to those nine.  Those

13   nine were written by an engineer named Josh Bloch.  They were

14   originally written when he worked at Sun.  He came to Google.

15   He came to the Android team late after Android had already been

16   out there.  He wrote a new file that he thought was really

17   neat.  He originally wrote it for Java, and he gave it to Sun

18   and Sun said this is neat.

19           The mistake he made was he put the file in Android

20   and those nine lines of code that he wrote back at Sun

21   shouldn't have been in there, because the Android developers

22   knew and the engineers knew you shouldn't -- we're not using

23   Sun's source code.  The language is free.  The APIs are free.

24   The source code is not.  This is trivial.

25           Can we show this, Ben?  Let go back one.

```
 1          Okay.  Nine lines of code.  The code file it's in is
 2   924 lines total.  So it's trivial right there.  But if you
 3   compare it to all of Android, it disappears; nine lines in
 4   15 million.  And even their expert couldn't assign any value
 5   whatsoever to it.  None.  No value.
 6          Okay.  Let's go back to the chronology and we'll walk
 7   through the rest.  In 2007 -- I'm going to be talking now about
 8   what happened after Google developed Android.  They published
 9   it.  It was never a secret.  It's open source.  So everything
10   we have been talking about, all that source code, the APIs, the
11   Java language, anybody in the world could download it and see
12   what it was, including Sun.  And Sun was well aware from
13   earlier discussions that Google was developing the Android
14   platform based on the Java language and they were well aware
15   that Google was using the Java APIs.
16          So when Google released the Android kit in 2007, Sun
17   did not object.  Sun did not say, "You need a license."  Sun
18   didn't say, "Oh, you've copied the APIs."
19          This is what Sun said.  Right on the screen.
20   Jonathan Schwartz on a Sun-sponsored website said:
21          "Congratulations Google."  Congratulations.
22          "I want to add my voice to the chorus of
23          others from Sun."  Everybody at Sun.
24          "Heartfelt congratulations on the
25          announcement of their new Java/Linux phone
```

1              platform, Android."

2              Don't tell me they didn't know exactly what was going

3    on.   It's a Java platform.   "Congratulations."

4              He says at the bottom:

5              "We have obviously done a lot of work -- a

6              ton of work to support developers on all Java

7              based platforms and we're pleased to add

8              Google's Android to the list."

9              We're going to support Android, too.   Just like other

10   Java platforms and other development platforms.

11             He went on to say:

12             "Google and the Open Handset Alliance just

13             strapped another set of rockets, another set

14             of rockets to the communities' momentum.

15             With friends like Google and Red Hat, it sure

16             seems like the momentum behind Java is on the

17             rise."

18             In other words this wasn't a secret.   This was

19   public.   This was Jonathan Schwartz telling the world, We

20   welcome Android.   We welcome its use of Java.   It's a good

21   thing for us.

22             And this wasn't just what they said publicly.   He

23   said it privately, too.   Here is an internal email that we got

24   during the course of the case between Mr. Schwartz and Eric

25   Schmidt at Google right around the same time, November 2007:

1              "Let us know how we can help support your

2              announcement next week."

3         See the subject line there?  "Subject:  Android."

4    This is right around the time in '07 when Android is being

5    released for the first time.

6         So Schwartz from Sun says to Schmidt from Google:

7              "Let us know how we can support your

8              announcement.  We're happy to do so."  Happy

9              to do so.

10        Now, you'll hear other testimony from Schwartz and

11   Schmidt.  They continued to talk.  They continued to discuss

12   business.  But Schwartz never said, "You're wrong.  You've

13   copied.  You've done anything wrong."  None of that.  None of

14   that.

15        Now, what happened next?  Well, there was more praise

16   for Android in May.  Mr. Schwartz gave an interview and then he

17   made some comments at Java One, which is a big development

18   conference.

19        And in June of '08, not even on the timeline, Sun

20   showed up at a big developer conference and they had built a

21   Java -- a Sun product on top of Android.  They were trying to

22   figure out how to build their own products using Android and so

23   they did that.  And then in the fall, Google launched the first

24   Android phone.  It was called the G.

25             And then in '08 HTC released a phone.  HTC is one of

1  the handset makers.  And as you can see there, HTC released one

2  in '08, in October of '08.

3           Now what happened next?  Enter Oracle.  Oracle then

4  acquires Sun.  And you'll hear testimony from Mr. Ellison

5  himself about that today.  They acquired Sun and they wanted to

6  get in the smart phone business.  That was one of the big

7  motivations.

8           One of the first things Mr. Ellison did after he

9  bought Sun was he appeared at a Java conference in the summer

10  of '09.  All the Java developers were there.  All the whole

11  Java community, and he said:  We are flattered by Android's use

12  of Java.  We are flattered by Android's use of Java.  I've got

13  his remarks here, and I think we can play them.

14           Can we play these on the screen, Ben?  This is Mr.

15  Ellison.

16           (Videotape played in open court.)

17           What he said there was, Sun has opened up Java.  Sun

18  has given Java away, just like he admitted in his testimony --

19  Java language is free -- and we, Oracle, expect to be doing

20  more of the same.

21           Then he went on and made the following comments about

22  Android in particular.

23           (Videotape played in open court.)

24           Can we put that up as a slide, Ben?

25           (Document displayed)

1              "We're flattered by Android.  We're

2              flattered.  Android is very exciting.

3              Everyone should be flattered.  I think we can

4              see lots of Java devices.  Some coming from

5              our friends at Google."

6         So this is Oracle now, just like Mr. Schwartz,

7    publicly endorsing Android, publicly endorsing its use of Java.

8         So, again, there wasn't any complaint at this point.

9    We're back now in April of '09.  And Google went forward with

10   Android.  And Samsung then released the Galaxy in June of '09.

11   That's another manufacturer of Android products.  Motorola --

12   I'm sorry.  This is November '08.  Should be '09.  November '08

13   Motorola releases the Droid.

14        So we have now got a Google version of this.  You

15   have a Samsung version of this.  You have a Motorola version of

16   this.  And these phones are getting out there and becoming

17   popular and sell like wildfire.

18        So my next point.  Beyond approval is that Google

19   made a fair use of Java in Android.  What does that mean?

20   Google transformed these APIs into something that no one else

21   is able to do.  No one else was able to build a smart phone

22   platform using Java, but a lot of people tried.

23        Now, this next slide was one that Mr. Jacobs put up

24   last night.  It's important.  This he represented as the Java

25   community.  Look at all those companies.  The Java community is

1   a big community.  There is one really important member of that

2   community missing on his slide.  Who do you think that would

3   be?  Google.

4          Probably the biggest contributor to the Java

5   community is Google.  Google engineers use Java language all

6   over the place.  Not just in Android, but a lot of other

7   places.  And they contribute what they do to the Java community

8   process.  So a lot of the code in Java that's out there and

9   improving all the time is being contributed by people at

10  Google.

11         So Google knows Java, too, and Google is a part of

12  this community and I was disappointed to see that we were left

13  off that slide.

14         Next point.

15         You know that Google transformed Java because the

16  real experts, Sun, they weren't able to build a smart phone

17  like this (indicating).  All Sun or Oracle were ever able to do

18  was use Java on a feature phone like this (indicating).  Java

19  is very, very prevalent.  When you see numbers about how

20  popular Java is on handhelds they are talking about feature

21  phones, not these (indicating).  This is what Android did

22  (indicating).

23         So these three examples I have on the board are three

24  of the examples of efforts at Sun to build a smart phone using

25  Java.  They had a project called Acadia.  They didn't work.

```
 1  They had a project called One Java.  That didn't work.  They
 2  had a project called Deneel, actually using some of the Android
 3  features.  That didn't work.
 4          So Sun was never able to build a smart phone platform
 5  using Java.  They were the Java experts.
 6          Next slide.
 7          Enter Mr. Ellison at Oracle.  And they wanted to get
 8  into the smart phone market right away, too.  They saw how
 9  popular this was.
10          Slide next.
11          One of the very first things that Mr. Ellison did on
12  behalf of Oracle was to write to Scott McNealy.  You saw him in
13  the video.  He was the chairman of Sun.  He was Mr. Schwartz's
14  boss at the time.  McNealy was the chairman; Schwartz was the
15  CEO.
16          Mr. Ellison says, Scott, I think the best way, the
17  best way to increase Java revenue is to build a mobile phone
18  application on top of JavaFx which will make Apple's iPhone a
19  direct competitor.
20          So he sees iPhones out there.  They are making money.
21  We can do it too.  JavaFx is a Sun Java product.  One of the
22  products that Sun makes with the Java language.  And so they
23  assembled a group of engineers.
24          Next slide, please.
25          This was Project Java Phone.  Project Java Phone at
```

```
 1    Oracle.  They assembled the engineers.  They looked at

 2    everything.  They actually looked at building their phone on

 3    top of Android, just like Sun had.  No complaint about Android.

 4    Nothing.  They tried to build it on top of Android.

 5              Next slide.

 6              They weren't able to do it.  There were a lot of

 7    problems, but this was one.  Problem three:

 8              "Very limited internal expertise to make

 9              smart decisions at Oracle."

10              So limited expertise.  We can't do it.

11              Now, you're going to hear from Mr. Ellison that they

12    are experts in Java, too.  They use Java all over Oracle

13    products.  It's in a lot of Oracle products.  But they weren't

14    able to build a smart phone.

15              So what do they do next?

16              Let's go back then to the previous slide.

17              After they failed to build a smart phone on their

18    own, they look to buy one.  They talk about buying RIM, which

19    makes Blackberry.  They talked about buying Palm, which makes

20    Palm Treo.  Those didn't work out.  They couldn't do it that

21    way.

22              Then Mr. Ellison went to Eric Schmidt, the boss at

23    Google, and said, "We would like to partner with you guys on

24    Android.  We think you can do better.  You guys should buy our

25    Sun virtual machine."  It was a Sun product based on the Java
```

1    language.

2             Next slide.

3             "And put it in Android."  And this is what I asked

4    Mr. Ellison during his testimony:

5             **"QUESTION:**  What was the business

6             proposition?"

7             This is about his discussion with Mr. Schmidt.

8             **"QUESTION:**  Did you want Google to replace

9             its virtual machine with a Java machine; is

10            that what you said?

11            **"ANSWER:**  Yeah.  Our JVM would boot faster,

12            run faster" --

13            "Boot" means start up.

14            "...run faster, use less power, do all those

15            things, and we would then have a joint

16            project with Google where we could save them

17            money."

18            That's what he wanted.  A joint project with Google

19    where he could save them money.  That didn't happen either.

20    That's too late.  Google said no, and that didn't happen

21    either.

22            Now, I want to address one other email that you saw

23    three times, three times during yesterday's opening.  An email

24    by Tim Lindholm that says the alternatives to Java suck and we

25    need to negotiate a license.  Remember that email?  That email

```
 1  was never part of the dialogue back here.  That's got nothing
 2  to do with the negotiations back in '05 and '06.  That email
 3  wasn't written until July of 2010 after Oracle failed to build
 4  their own Java Phone, failed to buy a smart phone, failed to
 5  partner with Google.  They then claimed for the first time:
 6  Google you're wrong.  We want money based on Android.  You've
 7  copied our technology.
 8          They didn't even mention the APIs, there was no
 9  mention of APIs, none.  They said, We have all these patents,
10  and so on and so forth.
11          So Mr. Lindholm's email was an effort to look and see
12  in 2010 what can we do?  Can we change in 2010?  By 2010
13  Android had been launched.  The phone was out.  All the
14  manufacturers were using Android; Motorola, HTC.
15          So, obviously, if you've built your house and painted
16  the walls and put the roof on and you've moved in and you're
17  living there, it's awful hard to change the floor plan at that
18  point.  But that's what Oracle was demanding.  Change your
19  floor plan after years of our telling you this was fine and we
20  support Android.  Change your floor plan because we want a
21  piece of the smart phone market.  That's what was going on.
22          So let me have my next slide.
23          So this is what we expect to prove on behalf of
24  Google.  Sun gave the Java language to the public and the APIs
25  are necessary to use the language.
```

1        Google then built Android using free and open

2   technologies.  They didn't need a license from Sun.  Didn't

3   need a license.  They weren't using Sun technology.

4        Sun publicly approved what they did.  Sun knew

5   everything about what was in Android and said, You're a rocket.

6   Congratulations.  We're going to support you.

7        And Google made a fair use of the APIs by being the

8   only company to be able to take those APIs and put them into a

9   smart phone platform that works.

10       And now as Judge Alsup has told you, we will begin

11  the evidence in just a few minutes and the evidence will be

12  presented over the next couple of weeks.  And I have a really

13  important request to make; that is, we go second.  Oracle goes

14  first.  So I have to ask you to keep an open mind because we'll

15  have our opportunity to present evidence when they are done,

16  but we won't have an opportunity to do much until that time.

17       When I come back after all the evidence is in, I'm

18  going to ask you to make three findings.  I'm going to ask for

19  three findings.

20       Finding one:  There is no copyright infringement

21  because the language is free and because the APIs are necessary

22  just to use the language.

23       Finding two:  Sun was aware from day one of what

24  Google was doing and approved it, endorsed it, and it's too

25  late now to make a complete about-face and ask that the whole

1   floor plan be changed.

2          And the third finding that we'll be asking for based

3   on the evidence is that Android is a fair use of the Java APIs

4   because it took those APIs and transformed them into the only,

5   only smart phone platform working on Java today.

6          So I thank you very much for your time and attention

7   and I really look forward to presenting evidence on behalf of

8   Google.

9          Let me reintroduce one more time our team because you

10  will be hearing from other attorneys on behalf of Google.

11  Christa Anderson.  And Dan Purcell.  Bruce Baber.  And Michael

12  Kwun.  We all look forward to representing Google as the case

13  proceeds.

14          Thank you.

15          **THE COURT:**  All right.  Thank you Mr. Van Nest.

16          May I ask your team to sort of push back the placard

17  and the file cabinet?

18          Can you all over there in the jury box go about

19  another half hour?  Is that okay so we can get started with the

20  evidence?

21          (All jurors respond affirmatively.)

22          **THE COURT:**  Let me just -- you're all brand new to

23  this, and I need to repeat things every now and then.  We will

24  have the trial in three parts.  The first part concerns

25  copyrights.  You're not going to hear about patents in the

PROCEEDINGS

```
 1  first part of the case, or at least not very much about

 2  patents.

 3          The second part of the case does involve patents.

 4  And you might say:  What is the difference between a copyright

 5  and a patent?  And I will explain that in due course, but not

 6  right now.  Right now we're dealing with the copyright part.

 7          And then in part three, assuming that you find

 8  liability in part one or part two, then we have a part on

 9  damages and some other related issues.  Damages meaning

10  compensation that the jury might award based upon infringement,

11  assuming infringement is found in the first place.

12          Now, after each of these parts -- the part we're in

13  right now is going to go two to possibly three weeks, something

14  like that.  After each one of these parts you will have a -- I

15  will instruct you on the law.  I will give you the guidelines.

16  I will give you a verdict form and then you go back into the

17  jury room and decide that part of the case.  And then when

18  that's decided, we come back out here and go to the next part.

19          Think how much farther up to speed you will be when

20  we get to part two because you will now know all of that

21  background and everything that you've already heard.  You will

22  know the name of the lawyers, the companies, the product, the

23  internal workings and so forth.

24          So, yes, it is a huge burden on you 12 to sit through

25  so many weeks of testimony and evidence, and even a greater
```

PROCEEDINGS

1  burden to decide those issues, but you can see that it is -- it

2  makes sense to do it, for one jury to do all of that.  So

3  that's why we have you over there.  You are the ones selected

4  to do this.

5          All right.  At this time we will begin the evidence

6  in the case.  The way that works is one side calls a witness.

7  The plaintiff gets to start, and the other side gets to cross

8  examine.  There are time limits that I don't need to get into,

9  but I keep track myself and each side will allocate their time

10  accordingly.

11          So at this time on behalf of Oracle, the plaintiff,

12  you may call your first witness, Mr. Boies.

13          **MR. MR. BOIES:**  Thank you, your Honor.  We call as

14  our first witness my party admission videotaped deposition of

15  Mr. Page.  That would be relatively brief and then our next

16  witness will be live.

17          **THE COURT:**  All right.  So let me -- before you play

18  that, I will explain to the jury what a deposition is.  You're

19  going to hear this all over the place in this case.

20          Before a trial, each side has the opportunity to do

21  investigation.  And, in fact, it has evolved to the point that

22  the rules allow for what are called depositions.  And one side

23  can request -- in fact, require -- someone to sit for a

24  deposition.  It's done under oath with a court reporter, just

25  like we have here.  And these days they often videotape these

PROCEEDINGS

```
 1   depositions so that the -- you can not only hear, but see as

 2   well as get the printed word.  It's also allowable to just read

 3   to you the deposition, if that's what counsel wishes to do.

 4            But in this case you want to play it, right?

 5            MR. MR. BOIES:  Yes, your Honor.

 6            THE COURT:  All right.  That's fine.

 7            So this is under oath.  It's testimony under oath.

 8   And it is it is given -- you should give it just as much weight

 9   as you want to give it, of course.  It's up to you how much

10   weight to give it, but it counts just as much as if the

11   testimony were here live in court.

12            Now, this deposition is likely to have been just a

13   few parts, right?  How long do you think this will be?

14            MR. MR. BOIES:  This part is about 18 or 19 minutes,

15   your Honor.

16            THE COURT:  All right.  So probably the deposition

17   was a day or maybe longer, but they have reduced down to

18   selected parts what they would like to present.

19            And the witness again is who?

20            MR. MR. BOIES:  Mr. Larry Page, the chief executive

21   officer of Google.

22            THE COURT:  All right.  And who was asking the

23   questions?

24            MR. MR. BOIES:  I was asking the questions, your

25   Honor.
```

PROCEEDINGS

```
 1          THE COURT:  And the date of the deposition was what?

 2          MR. MR. BOIES:  Date of the deposition was

 3  August 24th, 2011.

 4          THE COURT:  All right.  So you now have -- the stage

 5  is set and what we will do is play this.  We'll just all sit

 6  here in silence and watch it.  This is the first item of

 7  evidence that we will hear in the case.

 8          Please roll the tape.

 9          MR. MR. BOIES:  Thank you, your Honor.

10  WHEREUPON:

11                          LARRY PAGE,

12  called as a witness for the Plaintiff herein, testified via

13  videotaped deposition played in open court in the presence and

14  hearing of the jury.

15          (Time noted:  8:50 a.m.)

16          MR. MR. BOIES:  Your Honor, for the record, this is

17  Trial Exhibit 1.  When they refer to Deposition Exhibit 517,

18  it's Trial Exhibit 1.

19          THE COURT:  All right.  Thank you.

20          (Playing of the videotaped deposition was

21           resumed in open court.)

22          MR. MR. BOIES:  And this is Trial Exhibit 2, your

23  Honor.  The trial exhibit numbers are different from the

24  deposition numbers.

25          THE COURT:  Well, before you -- are there going to be
```

1   more examples of that?

2          MR. MR. BOIES:  There are going to be some additional

3   examples.

4          THE COURT:  What you might want to do, so you don't

5   have to stop each time, is just give us the translation right

6   now.  The jury will write it down.  We all realize now that

7   your numbering is different.

8          If you don't have that handy...  But if it's

9   convenient now, we'll do it.

10         MR. MR. BOIES:  I don't have that handy, but we'll do

11  it for the next deposition.

12         THE COURT:  To explain this to the jury.  At the

13  depositions they mark exhibits just like we mark them here in

14  court and it's not always possible to have them use the same

15  numbers as we will here in court.

16         So they have remarked the exhibits so it will be

17  easier for you, but one way that makes it harder is that we

18  have got a mismatch with the depo numbers and you'll just have

19  to bear with us on that.  We will get you the translation as we

20  go along.  So that's what's happening here with the exhibit

21  numbers.

22         Okay.  Please continue on.

23         (Playing of the videotaped deposition was

24          resumed in open court.)

25         MR. BOIES:  And this is Trial Exhibit 7, Your Honor.

1   Exhibit 490 at deposition.  Trial Exhibit 7.

2          (Video resumes.)

3          **MR. BOIES:**  Your Honor, plaintiff's deposition

4   Exhibit 496 is Trial Exhibit 401.

5          (Video resumes.)

6          **THE COURT:**  Thank you.

7          (Video concluded.)

8          **MR. BOIES:**  Your Honor, that completes the portion of

9   the deposition.

10         **THE COURT:**  Okay.  And can we go a few more minutes

11  over there?  Everyone seems to indicate yes.

12         Next witness.

13         **MR. BOIES:**  Your Honor, the next witness we call is

14  Mr. Larry Ellison.

15         **THE COURT:**  All right.  We will do this.  We will go

16  about 15 minutes.

17         Can you go 15 minutes over there?

18         (Jurors respond affirmatively.)

19         **THE COURT:**  We'll get started on the next witness,

20  and then we'll take a break at approximately 9:30.

21         All right.  The next witness will come in.

22         Welcome.  Please come up to the witness stand,

23  Mr. Ellison, and raise your right hand.

24

25

1                          **LARRY ELLISON**,

2    called as a witness for the Plaintiff herein, having been first

3    duly sworn, was examined and testified as follows:

4              **THE WITNESS:**  I do.

5              **THE COURT:**  All right.  Thank you.  Welcome.  Please

6    have a seat.

7              And you see how close you've got to get?  It will

8    move all around at your convenience.  It will also move back so

9    you don't have to lean forward.

10             **THE WITNESS:**  Thank you, Your Honor.

11             **THE COURT:**  Why don't you say your name to make sure

12   it's coming through.

13             **THE WITNESS:**  My name is Larry Ellison.

14             **THE COURT:**  Perfect.

15             Go ahead, counsel.

16                     **DIRECT EXAMINATION**

17   BY MR. BOIES:

18   Q.   Good morning, Mr. Ellison.

19   A.   Good morning.

20   Q.   Let me begin, just very briefly, by asking you to tell the

21   jury a little bit about yourself.

22             Where were you born?

23   A.   I was born in New York City.

24   Q.   And where did you go to school?

25   A.   Let's see.  In grammar school -- I went to school in

```
 1  Chicago.  I went to the Eugene Field Grammar School and South
 2  Shore High School.  They are public schools in Chicago.
 3  Q.   Where did you go to college?
 4  A.   Went to the University of Illinois and the University of
 5  Chicago.
 6  Q.   And did you do any graduate work?
 7  A.   I did not.
 8  Q.   You founded Oracle, correct?
 9  A.   In 1977.
10  Q.   And when you founded Oracle, how many people were part of
11  the company?
12  A.   There were four of us.
13  Q.   And what was your role?
14  A.   I was the CEO and the head of engineering.
15  Q.   And what is your role at the company today?
16  A.   I'm the CEO and head of engineering.
17  Q.   No promotions?
18  A.   Not in 30 years.
19  Q.   And how -- how many employees does Oracle have today?
20  A.   Over 100,000.
21  Q.   Could you briefly describe what Oracle's business is?
22  A.   Oracle is in the business of designing, building, and
23  selling computer hardware and software.
24  Q.   Now, in connection, I want to focus particularly on the
25  software part of the business.  With respect to the software
```

1   part of the business, is intellectual property important?

2   **A.**   What we do is create intellectual property.  We create

3   hardware designs and we create, in this case, software designs.

4             And we, again, design computer software, they are

5   computer programs.  So we design computer programs.  And then

6   we build those computer programs.  Both the design of the

7   program and the program itself are both intellectual property.

8   **Q.**   Now, we're going to talk in this trial both about patent

9   and copyrights, but I just want to focus on copyrights right

10  now.

11            Does Oracle use copyrights to protect its

12  intellectual property?

13  **A.**   We use copyrights to protect both our software designs and

14  the programs -- and the computer programs themselves.

15  **Q.**   Is it expensive to design software programs and develop

16  software programs?

17  **A.**   Oracle spends about $5 billion a year on research and

18  development.  90 percent of that is spent on creating --

19  designing and programming and creating computer software.

20  **Q.**   And would it be possible to make that kind of investment

21  if you did not have copyright protection for the intellectual

22  property, the software that you created?

23  **A.**   Well, no.  If people could copy our software, in other

24  words create cheap knock offs of our products, we wouldn't get

25  paid for our engineering and we wouldn't be able to continue to

ELLISON - DIRECT EXAMINATION / BOISE

 1  invest at the rate we invest.

 2  **Q.**   Let me focus on Java very broadly.  And could you explain

 3  what Java consists of.

 4  **A.**   Okay.  There are two parts to Java.  You create -- you

 5  write computer programs.  And you write them, and you run

 6  computer programs.

 7         So there's the Java development environment that you

 8  use to write a computer program, and then there's the Java

 9  runtime environment that you use to run the Java program.

10  **Q.**   Let me focus on writing the computer program.

11         There has been already some mention in the trial of

12  something called the Java programming language, something

13  called API, something called the Java virtual machine.

14  **A.**   Right.

15  **Q.**   Could you explain what those terms refer to?

16  **A.**   The Java -- when you program in Java, when you write a

17  program in Java, you do two very different things.  One, you

18  use the Java programming language; and, two, you get to reuse a

19  library of prewritten programs.

20         And, if you like, I can give you examples of both of

21  those things.

22  **Q.**   Please.

23  **A.**   All right.  So the Java programming language, an example

24  would be if commission is greater than zero, salary plus

25  commission equals pay.  That's an example of a Java program.

1    The Java compiler, if you will, understands "if," it

2  understands "greater than" and it understands "plus."  If

3  commission, greater than zero, salary plus commission equals

4  pay.

5    The Java -- the prewritten Java program -- so that's

6  one of the things you do, you write in this Java programming

7  language.

8  Q.   Let me stop you just for a second there because you used

9  the word "compiler."  Could you explain what a compiler is?

10  A.   The compiler takes the Java programming language and it

11  converts it into a form that the computer can understand very

12  quickly.  So it converts it into something called Java

13  bytecode.

14    So when you run the Java program -- that's the other

15  part, you -- we're talking about writing the program.  When you

16  run the Java program, before you run it you put it through the

17  compiler.  Compiles the Java program.

18    And then the Java program runs -- when you're

19  actually running it, it runs on the Java virtual machine and

20  the Java runtime environment.

21  Q.   Now, you had given us just an example of the Java

22  programming language, and you said you were going to also give

23  us an example of a prewritten Java program.

24  A.   Okay.  Again, Java programmers do two things.  One, they

25  write in the Java language.  And then they do something else

1    that's quite different.  They get to reuse these prewritten

2    Java programs.  Let me give you an example of a prewritten Java

3    program.

4             We could have a prewritten program to manage lists of

5    names and addresses.  And that program really has two parts.

6    It's APIs and the rest of the program.  And I'll explain both

7    of those.

8             The APIs are a command structure you give to the

9    program.  For example, in a program that manages -- when you

10   write a program that manages lists of names and addresses, the

11   command structure or the APIs would be: create new list, add

12   name and address to list, delete name and address from list,

13   sort list.

14            So these prewritten program -- so what the program

15   does, the program has two parts.  The program has the API

16   portion of the program that understands these commands: create

17   list, sort list.

18            The API portion of the program decodes these commands

19   to figure out what to do, like sort list.  And then it actually

20   obeys the command.  It actually goes out and sorts the list of

21   names and addresses.

22            So we have a very large library of these prewritten

23   programs that Java programmers can use as building blocks when

24   they are creating their own Java programs.

25            So, back to what does a Java programmer do?  The Java

 1  programmer writes in the Java language, and then the Java

 2  programmer gets to reuse these building blocks, these programs,

 3  and include them and build a still larger program.

 4  **Q.**   When you refer to "these building blocks," these

 5  prewritten programs, what are you referring to?

 6  **A.**   That's, again, this library of programs that you access

 7  through APIs.

 8            Again, the Java -- the Java program environment

 9  includes these two parts:  The Java language and this library

10  of prewritten programs.

11            And those prewritten programs, again, are -- the

12  command structure of those prewritten programs are these APIs.

13            So when you program in Java, you write language

14  statements, and you use the APIs to these prewritten programs.

15  **Q.**   Now, is it necessary to use the Java APIs that Sun has

16  created in order to use the Java programming language?

17  **A.**   Absolutely not.

18            **MR. VAN NEST:**  Objection, Your Honor.  Calls for

19  expert testimony.

20            **THE COURT:**  Do you know the answer to the question?

21            **THE WITNESS:**  Yes, Your Honor.

22            **THE COURT:**  From personal knowledge?

23            **THE WITNESS:**  Yes, Your Honor.

24            **THE COURT:**  Overruled.  Please answer.

25            **THE WITNESS:**  There's a company in the UK that built

1    its own Java environment.  And they used the Java programming

2    language, but they created their own set of APIs, prewritten

3    programs.  And that other environment is called Spring.

4          So Spring uses the Java programming language, but it

5    doesn't use the Sun-created APIs.  They have their own set of

6    APIs and their own set of prewritten programs.

7          Furthermore, there are lots of programming languages

8    that are just programming languages and don't have any

9    prewritten library or programs for reuse.

10   **BY MR. BOIES:**

11   **Q.**   Now, is it difficult/expensive to create APIs?

12   **A.**   Uhm, arguably, it's one of the most difficult things we do

13   at Oracle.  When you design a program, the very first thing you

14   do is create or define the APIs of the program.  That's a task

15   that's done by our most senior experienced and talented

16   software engineers.

17   **Q.**   Does Sun, and now Oracle, offer licenses to people who

18   want to use the APIs for Java that Sun has created or Oracle

19   has now created?

20   **A.**   We do have a variety of licenses for Java.

21   **Q.**   Can you explain what those types of licenses are?

22   **A.**   Yeah.  There are three kinds of licenses.  There's the GPL

23   open source license.  There's a specification license.  And

24   then there's a commercial license.

25   **Q.**   I want to go through each of those licenses and talk about

1   what their nature and character is.

2           First, let me begin with what you referred to as the

3   GPL license.  Is that correct?

4   **A.**   Yes.

5   **Q.**   You said that was an open source license?

6   **A.**   Yes.

7   **Q.**   Can you explain what that means.

8   **A.**   Well, all of the Java code is published.  So it's open --

9   it's openly published so people can look at it.  And that's the

10  notion of open source.  Anyone can read the source code.

11          But just because something is open source doesn't

12  mean you can do whatever you want to do with it.  The open

13  source code is governed by a license agreement called GPL.  And

14  what GPL says is you are free to take this code, these

15  programs, and do whatever you want, so long as any changes or

16  additions you make to that code you also publish freely and

17  openly under that same GPL license.

18  **Q.**   Let me see if I understand what you're saying.  If

19  somebody accepts a Java GPL license, they get the source code

20  for free.  But, in return, they have to make free to anyone who

21  wants to use what they create whatever it is they've created?

22  **A.**   They -- the answer is yes, but they get more than just the

23  source code.  They not only get the source code, they also get

24  a license to the Java patents and a license to the Java

25  copyrights, so long as they adhere to the rules of that GPL

ELLISON - DIRECT EXAMINATION  BOISE

1   open source license.

2   **Q.**   Now, was a Java GPL open source license available to

3   Google?

4   **A.**   Absolutely.

5   **Q.**   Now, you said a second type of license was a Java

6   specification license.  Do you recall that?

7   **A.**   Yes.

8   **Q.**   And would you explain what the nature of a Java

9   specification license is.

10  **A.**   Of course.

11         The Java specification license lets you look at all

12  of the source code -- excuse me.  Excuse me.  Let me be clear.

13  The Java specification license -- that is incorrect, what I

14  said.  It doesn't let you look at the source code.  Let me back

15  up.

16         The Java specification license lets you look at the

17  Java documentation.  Not the source code.  All of the Java

18  documentation, something that's in English.  It's printed out

19  on a sheet of paper.  Let's look at all of those

20  specifications, those design specifications.

21         And, then, using those design specifications you can

22  build your own version of Java.  So you can use our -- you can

23  use the designs and all the specs.  You cannot look at the

24  code.  Very specifically, you are not allowed to look at the

25  code.  And then using those specifications, you can then build

1    your own version of Java.

2            Once you have built that version of Java, you must

3    run a -- what's called a compatibility test, to make sure that

4    it is Java, to make sure -- because we want everyone's version

5    of Java -- IBM, by the way, did this.  IBM has its own version

6    of Java.  Oracle has a version of Java.  SAP has a version of

7    Java.

8            There are lots of companies that have built their own

9    versions of the Java environment; both the environment for

10   writing programs and the environment for running programs.

11           Lots of people have done this, and they got a

12   specification license.  But they must -- part of the

13   specification license requires them to run this compatibility

14   test called the TCK.  I think it's Test Compatibility Kit.

15   They have to run this TCK.  And Oracle -- before, Sun --

16   charges for this compatibility test.

17           You can build your own version of Java using the

18   specifications, but you must pass the compatibility test.  When

19   you do pass the compatibility test, you then are granted a

20   license for Java copyrights and Java patents.  But not until

21   you pass the compatibility test.

22   Q.   Is the Java specification license itself free?

23   A.   The Java specification license itself is free.  What we

24   charge for is the TCK, the compatibility test kit.

25   Q.   In order to use a Java specification license, you must buy

ELLISON - DIRECT EXAMINATION / BOISE

1  a TCK; is that correct?

2  **A.**   Yes.

3  **Q.**   And you said that the TCK was designed to ensure

4  compatibility?

5  **A.**   To ensure all Javas are Java.  You know, that -- that

6  there aren't multiple dialects of Java.

7  **Q.**   Can you explain why that's important to Oracle.

8  **A.**   The history of Java is kind of interesting.

9          It used to be when you wrote a program for a

10 Microsoft Windows computer, that program would not run on a

11 MacIntosh, an Apple MacIntosh computer.  So if you wanted

12 something that ran on Windows and something that ran on Apple

13 Mac, you would have to write that program twice.  First for

14 Windows, and then for the Apple Mac.

15         The big idea behind Java was write once, run

16 anywhere.  So we wanted to be able to write a program once, and

17 that program would run on Windows, and run on MacIntosh, and

18 run on other computers.  The whole notion of write once, run

19 anywhere.

20         Fundamental to that notion of write once, run

21 anywhere is, Java is Java.  That perhaps Apple would have

22 created the runtime environment for MacIntosh, and Microsoft

23 or, say, Sun could have created the runtime for Windows, but

24 the programmer would only have to write the program once.  And

25 because of compatibility, the program would run on Windows and

 1   run on Mac.

 2          That was the big value proposition behind Java, write

 3   once, run anywhere, which only can occur if there's

 4   compatibility.

 5          **THE COURT:**  Would this be a good breaking point,

 6   Mr. Boies?

 7          **MR. BOIES:**  It would, Your Honor.

 8          **THE COURT:**  Over there in the jury box, we'll take a

 9   15-minute break.  Remember all the admonitions.  No talking

10   about the case.

11          **THE CLERK:**  All rise.

12          (Jury out at 9:31 a.m.)

13          **THE COURT:**  All right.  Please, be seated.  Very

14   briefly, and we'll then take our break.

15          I have a couple of items.  One is the exhibits in

16   the -- that were called out in the deposition that you

17   showed --

18          **MR. BOIES:**  Yes, Your Honor.

19          **THE COURT:**  -- I haven't allowed anything in evidence

20   yet.  I'm sure they're fine.  Are they stipulated in?  What is

21   the story there?  If they all were party admissions, they'll

22   sail right in.  But I need to keep track, one by one, what's in

23   evidence.

24          **MR. BOIES:**  We have not offered them yet, Your Honor.

25   I would like to offer them.

 1          **THE COURT:**  All right.  All of those are received

 2   because they were all party admissions.  Any objection?

 3          (Trial Exhibits 7 and 401 received in evidence.)

 4          **MR. VAN NEST:**   No, Your Honor.

 5          **THE COURT:**  All right.  But what I need is the real

 6   trial exhibit number.  So when we come back, sometime before

 7   the end of today, please give me those numbers so I can keep

 8   track of what's in.  I do it myself, as well as Dawn.  So I

 9   need to run an orderly thing.

10          Here's the other suggestion I have.  Are we going to

11   have more exhibits where you lawyers did not follow my

12   guidelines?

13          You're supposed to use the same deposition number so

14   you won't have this problem.  You understand that.  But you

15   didn't do it.  Okay.  We'll live with it.  But what we now need

16   is a translation kit.  And I have a sheet of paper that does

17   the translation so the jury can -- it will help them follow the

18   evidence.

19          **MR. BOIES:**  Your Honor, we started that now.

20          **THE COURT:**  So for each witness it ought to say page

21   deposition, the ones that were, you know, A means K.  L means

22   Z.  So you need to do that in due course.

23          And we'll backdate -- not backdate, but retroactively

24   back it up to the start of trial so the jury can have that in

25   case they took notes.  All right.  But you're busy right now.

 1   You don't have to do that at this moment.  We'll take 15

 2   minutes.  Thank you.

 3            **MR. BOIES:**  Thank you, Your Honor.

 4            (Recess taken from 9:33 to 9:52 a.m.)

 5            **THE COURT:**  Be seated.  Let's go back to work.

 6            Just so everyone will know, the rule against talking

 7   to the witness only applies on cross-examination.  So we aren't

 8   there yet.

 9            Please, bring in the jury.

10            (Jury enters at 9:52 a.m.)

11            **THE COURT:**  All right.  Be seated, please.

12            Mr. Boies, please continue.

13            **MR. BOIES:**  Thank you, Your Honor.

14   **BY MR. BOIES:**

15   **Q.**   Mr. Ellison, before the break you were talking about the

16   importance of compatibility for Java.  Do you recall that

17   generally?

18   **A.**   I do.

19   **Q.**   Now, the jury has heard and will hear terms about

20   fragmenting Java and forking Java.  And could you explain what

21   those terms mean.

22   **A.**   It means creating incompatibility versions of Java and --

23   that creates two problems.

24            One, it fragments the developer community because

25   they have to, if you will, learn how to program in industry

ELLISON - DIRECT EXAMINATION  BOISE                    299

1  standard Java and then this incompatible version of Java.  So

2  you would have to learn how to program two slightly -- you

3  know, somewhat different ways.  So it fragments the developer

4  community.

5          Second, it ends the notion of write once, run

6  anywhere.  No longer can a programmer write a program once and

7  expect it to run on all the different computers that run the

8  Java runtime environment.

9          So it fragments the developer community and it breaks

10 the write once, run anywhere promise.

11 Q.   Now, you mentioned earlier that IBM had its own version of

12 the Java; Oracle has got its own version of Java; SAP, another

13 big software company, has its own version of Java.  Are those

14 different versions of Java all compatible?

15 A.   They are all compatible.  The ones that you mentioned,

16 IBM, SAP, Oracle, Red Hat, Sun -- we can go on and on -- they

17 are all compatible.

18 Q.   And I think you said the Java specification license

19 required that a person taking that license, in order to get the

20 copyrights and the other intellectual property that they got,

21 had to agree to create a compatible version of Java.  Is that

22 correct?

23 A.   Right.  They got a specification license.  They created

24 their compatible version of Java, and they proved it was

25 compatible by running the compatibility test.

ELLISON - DIRECT EXAMINATION / BOISE                    300

1   Q.   Was a specification license available to Google?

2   A.   Yes.

3   Q.   You said there was a third kind of license, in addition to

4   the GPL license and the specification license.  Did you?

5   A.   Yes.  There's a commercial license.

6   Q.   And can you explain what a commercial license is.

7   A.   A commercial license lets you use the actual -- Oracle's

8   code.  It lets you use our Java environment, the actual code

9   itself.

10  Q.   And you said that a GPL license was free.  You said a

11  specification license was free, but you had to then buy a TCK.

12  Is a commercial license free?

13  A.   No.  We charge for a commercial license.

14  Q.   And do companies take commercial licenses?

15  A.   Yes, they do.

16  Q.   Can you give me some examples of companies that have taken

17  commercial licenses?

18  A.   RIM, that makes the Blackberry.  Amazon that makes the

19  Kindle.

20           There are -- there are lots and lots of examples of

21  companies that take commercial licenses.  Nokia, the phone

22  company, takes a commercial license.  LG and Samsung take

23  commercial licenses.  There are lots and lots of examples of

24  companies that take commercial licenses.

25  Q.   Was a commercial license available to Google?

1  **A.**    Yes.

2  **Q.**    Are you aware of any company today that is using Java APIs

3  created by Oracle or Sun that has not taken one of these three

4  licenses?

5  **A.**    The only company I know that hasn't taken any of these

6  licenses is Google.

7  **Q.**    Let me go to another subject the jury will hear about, and

8  that is something called a clean room.

9          Are you familiar with what that means in the context

10 of the software industry?  Not in the case of cleaning

11 services.

12 **A.**    Yes.

13 **Q.**    What is -- what is a clean room?

14 **A.**    Well, if you take a Java specification license and you

15 write your own version of Java, you have to do it in a clean

16 room.

17         What that means is, you're not allowed to look at the

18 Oracle version of Java, the source code.  You're not allowed to

19 look at our computer programs when you build your system.

20 That's called a clean room.

21         In other words, it's cleaned of our intellectual

22 property.  The source code itself is not available for you to

23 study, look at, copy, learn from, anything.  You just can't

24 look at that.  Or you can't have people who have looked at

25 that.  You have to have -- they have to -- it has to be, if you

1   will, independent.  They have to do the work independent of

2   what's included in our source code.

3   **Q.**   And is the concept of a clean room something that is well

4   understood in the industry?

5   **A.**   Yes.  Everyone who takes a specification license

6   understands that they have to build their version of Java in a

7   clean room.

8   **Q.**   There is a term called the "JCP," I think it is, Java

9   Community Process?

10  **A.**   Yes.

11  **Q.**   And can you explain what that is.

12  **A.**   Okay.  Oracle doesn't develop Java by itself.  Java is

13  developed by a community that makes contributions, a variety of

14  contributions, to Java.

15          So it's not just Sun and Oracle.  IBM makes

16  contributions to Java.  A company called Red Hat makes

17  contributions to Java.  SAP makes contributions to Java.  There

18  are lots of individual programmers who make contributions to

19  Java.

20          It's the notion of this open source community, this

21  community of programmers and companies and individuals who, as

22  a group, make contributions and develop Java.  It's a big

23  group.  It's a big group.  So what they do is, they elect an

24  executive committee that kind of governs and decides the future

25  of Java.

1  Q.   Can you give me some examples of companies that are on the

2  Java executive committee.

3  A.   IBM -- Oracle, IBM, SAP, HP, Red Hat.  All of whom are our

4  competitors, by the way.  We compete, but we still cooperate

5  around Java.  And Google is also on the executive committee for

6  Java.

7  Q.   And from time to time are new versions of Java created

8  through this community process?

9  A.   Yeah.  The people ask for improvements for Java, so they

10  basically -- they'll come up and they'll say, we'd like to add

11  this feature to Java, we'd like to add that feature to Java.

12          And these recommendations then go before the

13  executive committee.  The executive committee votes on them.

14  Eventually, we have a collection of improvements, and we come

15  up with a new version of Java.

16          And Java 7, recently the executive committee voted on

17  and approved Java 7.

18  Q.   And is Java 7 a new version of Java?

19  A.   Java 7 is the new version of Java.

20  Q.   And when was that approved by the executive committee?

21  A.   Several months ago.

22  Q.   And when this Java 7 was up for approval, did all of the

23  members of the executive committee have an opportunity to vote?

24  A.   Yes.  Everyone -- everyone on the executive committee had

25  an opportunity to vote.

1  Q.  And did anybody vote against this new version?

2  A.  Everyone voted for it except for one company.  The only

3  company that voted against Java 7 was Google.

4  Q.  With respect to the APIs that you've mentioned earlier, is

5  using the APIs that Sun and Oracle created an advantage to a

6  company that wants to program in the Java programming language?

7  A.  We -- we think these -- this library of prewritten

8  programs -- and they use those prewritten programs through

9  their APIs.

10       We think this library of prewritten programs, it's a

11  good library of programs.  We think it makes programmers much

12  more productive if they use the library, they use our library.

13  Q.  You mentioned there was this company, I think you said

14  Spring, who had written their own APIs?

15  A.  Yes.

16  Q.  Does it take a period of time and expense and resources if

17  you're going to go that route?

18  A.  Yeah.  Spring had to design their own APIs, and then they

19  had to teach the developer community about these new APIs.  And

20  they had to persuade them that their collection of APIs, their

21  library of programs, was in some ways better than the library

22  of programs that Oracle and Sun had produced.

23  Q.  And there came a time when you became aware that Google

24  was using Java APIs that Sun had copyrighted and Oracle now

25  owned the copyrights to; is that correct?

ELLISON - DIRECT EXAMINATION BOISE    305

1    **A.**    That's correct.

2    **Q.**    And did you take any action to try to address that?

3    **A.**    I met with Eric Schmidt when he was CEO of Google, and I

4    met with Larry Page, the current CEO of Google.  And I tried to

5    persuade them to build -- to be compatible with the industry

6    standard version of Java.

7    **Q.**    And did they agree to do that?

8    **A.**    No.

9           **MR. BOIES:**  Your Honor, we have no more questions at

10   this time.

11          **THE COURT:**  Before we -- thank you.

12          Before we go to the cross, someone out there has a

13   very loud and noisy keypad.  Who is that?  I'm going to ask you

14   to stop typing because it is distracting.  And if you don't,

15   the marshals will remove you.

16          I said before, when the lawyer has the floor there

17   will be no distractions.  And I mean that.

18          This is an important case to these parties, and the

19   jury is going to hear every word without a bunch of tick, tick,

20   tick, tick.

21          I don't know who it was, but I know the direction it

22   was coming from.  I don't think it was your table,

23   Mr. Van Nest.  I'm not accusing you.  It's somebody out there

24   in the public seating.

25          I'm sorry to be so strong about this, but this is

1   important to the parties in this case.  I want every word of

2   the witness's testimony to be heard and every word of the

3   cross-examination and what Mr. Boies was saying to be heard.

4         Where is my marshal, my court security officer?

5   Okay.  If you hear any loud -- loud typing by one of these

6   reporters or anyone else, tell them to stop.  If they don't

7   stop, remove them from the courtroom.  All right.

8         **CSO:**  Yes, Your Honor.

9         **THE COURT:**  All right.  Thank you.

10         Mr. Van Nest, the floor is yours.

11         **MR. VAN NEST:**  Thank you, Your Honor.

12                 **CROSS EXAMINATION**

13   **BY MR. VAN NEST:**

14   **Q.**   Good morning, Mr. Ellison.

15   **A.**   Good morning.

16   **Q.**   The Java programming language, you understand that nobody

17   owns that, right?

18   **A.**   Uhm, we're making no claims to the Java programming

19   language itself.

20         **THE COURT:**  Mr. Ellison, you can say yes or no.

21   That's a yes or no question.  Come on.

22         **THE WITNESS:**  Could you repeat the question?

23   **BY MR. VAN NEST:**

24   **Q.**   Yes, sir.

25         You understand nobody owns the Java programming

 1  language, right?

 2  **A.**    I'm not -- I'm not sure.

 3  **Q.**    Anybody can use the Java programming language without any

 4  royalty at all, right?

 5  **A.**    Again, I'm not sure.

 6            **MR. VAN NEST:**  Your Honor, at this time I would like

 7  to play as a party admission from Mr. Ellison's deposition, at

 8  page 47, lines 5 through 10.

 9            **THE COURT:**  Proceed.  Proceed.

10            (Videotaped deposition was played in open court, and

11            was not reported by the court reporter.)

12            **MR. VAN NEST:**  We need to replay that.  The sound was

13  off.

14            **THE COURT:**  We'll replay it as soon as we get hooked

15  up online.

16            (Videotaped deposition was played in open court, and

17            was not reported by the court reporter.)

18  **BY MR. VAN NEST:**

19  **Q.**    Now, in this case the Java programming language was

20  originally built by Sun, not by Oracle, right?

21  **A.**    That's right.

22  **Q.**    It's been around a long time?

23  **A.**    Yes.

24  **Q.**    And it was Sun that created the copyrights that are at

25  issue in this case, not Oracle, right?

 1   **A.**   I believe so.

 2   **Q.**   The APIs that are at issue, those were created by Sun, not

 3   Oracle?

 4   **A.**   Yes.

 5   **Q.**   Now, you distinguished between the APIs and the API

 6   libraries during your testimony.  Did I get that right?

 7   **A.**   I distinguished between the API designs and then the

 8   library of programs that implement the APIs.

 9   **Q.**   So the library of programs, that has in it the source code

10   that actually tells the computer what to do when the program

11   comes to that point, right?

12   **A.**   That's correct.

13   **Q.**   And that source code is source code that Sun created in

14   the case of these libraries and put in its Java libraries,

15   right?

16   **A.**   That's correct.

17   **Q.**   The APIs, those are a command structure, I think you said,

18   that instructs the computer what code to run, right?

19   **A.**   No.  The APIs -- there's an API design, and then there is

20   the actual code that implements the APIs that are a part of the

21   program.

22   **Q.**   Didn't you testify on direct examination, Mr. Ellison,

23   that the API is a command structure that allows the program to

24   be accessed?

25   **A.**   I was using the expression "command" in layman's terms,

1   trying to explain in general what -- what a program does.

2   Q.   So command structure in layman's terms that's the way in

3   which you get access to the source code libraries, right?

4   A.   It's the way you ask the program to do something.

5   Q.   It's different from the source code in the library itself,

6   right?

7   A.   No.  The program under -- repeat the question.  I'm not

8   sure I understood the question.

9   Q.   The command structure is different than the source code

10  that's in the libraries?

11  A.   No.  The command structure is implemented in the source

12  code.  So the command structure is a part of the source code.

13  The program has to understand the command first, if you will,

14  understands the API, the direction like sort list.  And then it

15  has to know how to sort the list.

16  Q.   Now, I take it that you did not participate in the

17  discussions between Google and Sun that occurred in the

18  2005-2006 time frame; is that right?

19  A.   That's right.

20  Q.   That was done by folks at Sun, including Mr. Schwartz, who

21  was the CEO?

22  A.   I believe so.

23  Q.   Okay.  And to the extent licensing was discussed in that

24  2005-2006 time frame, you weren't around for any of that?

25  A.   Correct.

1  Q.   And do you actually know when the GPL license you talked

2  about came into existence?

3  A.   What year GPL came into existence?

4  Q.   Yes.

5  A.   I don't know what year GPL came into existence.

6  Q.   You don't know whether it was even in existence in 2005

7  and 2006, when Google and Sun were having discussions.  Do you,

8  Mr. Ellison?

9  A.   I just testified, I don't know what year the GPL came into

10 existence.

11 Q.   Now, as far as you know, Google has never branded its

12 smart phone platform as Java; it's always been called Android?

13 A.   Correct.

14 Q.   So Google is not promoting its smart phone platform under

15 the name Java.  It uses a different name, Android?

16 A.   Correct.

17 Q.   And do you know what, if any, position the senior

18 management at Sun took about that back in 2006, 2007, and 2008,

19 before you acquired Sun?

20 A.   I don't.

21 Q.   Was Mr. Schwartz running Sun during that period of time?

22 A.   He was.

23 Q.   He was the chief executive officer?

24 A.   Correct.

25 Q.   Responsible for all decision-making?

1  **A.**    Yes.

2  **Q.**    Setting corporate policy?

3  **A.**    Yes.

4  **Q.**    Ultimately, responsible for any negotiations with

5  companies like Google and anyone else, right?

6  **A.**    Yes.

7  **Q.**    You would say that if the CEO says it, his word goes?

8  **A.**    Well, no.

9  **Q.**    Now, you mentioned discussions that you'd had with

10  Mr. Schmidt and Mr. Page.  Those occurred in early 2010, right?

11  **A.**    Yes.

12  **Q.**    Do you recall approximately when that took place?

13  **A.**    My most recent discussion with Larry Page was a week ago.

14  **Q.**    Let's -- let's go back to Mr. Schmidt.  That occurred --

15          **MR. VAN NEST:**  Actually, may I put my timeline up,

16  Your Honor?

17          **THE COURT:**  Is this your timeline or the one we gave

18  to the jury?

19          **MR. VAN NEST:**  Well, it's my timeline, but I can put

20  either one up.

21          **THE COURT:**  I think it's better to use the one we

22  gave to the jury.

23          **MR. VAN NEST:**  Okay.

24          **THE COURT:**  Yours is an argument piece, and that's

25  fine, but it would be better for consistency to use the one we

1   gave the jury.

2              MR. VAN NEST:  That's fine.  We'll do that.

3   BY MR. VAN NEST:

4   Q.   So do you know, in fact, Mr. Ellison, that Android was

5   released originally back in 2007?  Is that something you know?

6   A.   Approximately.  I didn't know if it was 2007 or early

7   2008.

8   Q.   And in 2008, the first Android phone came out --

9   A.   That's what -- that's what was in my head, was 2008 was

10  the first Android phone.

11  Q.   And then you entered into an agreement -- it's not on this

12  timeline, but you entered into an agreement to acquire Sun in

13  about April of 2009, correct?

14  A.   Correct.

15  Q.   And you then met with Mr. -- the deal closed sometime in

16  early 2010?

17  A.   Yes.

18  Q.   And your meeting with Mr. Schmidt was in approximately

19  March of 2010?

20  A.   Yes.

21  Q.   Now, by that point in time had you already appeared at

22  JavaOne and said you were flattered by Android's use of Java?

23  A.   Yeah, I said I was very excited that there was a Java

24  phone on the marketplace, yes.

25  Q.   And you said that you expected more Java-based products

1   from your friends at Google, right?

2   **A.**   I don't recall saying that, but ...

3   **Q.**   Do you recall making the statement that you were flattered

4   by Android?

5   **A.**   That I was flattered that there was a Java phone on the

6   market, yes.

7   **Q.**   And that Java phone you're talking about was Android --

8   **A.**   Yes.

9   **Q.**   -- right?  You said it was exciting?

10  **A.**   Yes.

11  **Q.**   It was a Java phone, right?

12  **A.**   Yes, yes.

13  **Q.**   And you expected to see more Java devices coming from your

14  friends at Google, correct?

15  **A.**   I mean, I'll take -- I don't recall that part, but okay.

16  **Q.**   Do you remember actually going up on stage with

17  Mr. McNealy, prior to this meeting with Mr. Schmidt, and making

18  these comments in public?

19  **A.**   I do.

20  **Q.**   Do you remember your remarks that day?

21  **A.**   Yes.

22          **MR. VAN NEST:**  What I'd like to do, Your Honor, is

23  play an excerpt of Mr. Ellison's remarks, and ask him to

24  identify them and authenticate them.

25          **THE COURT:**  All right.  I will let you do this.

 1   Let's do this the technically right way.  What is the Exhibit

 2   number?

 3           MR. VAN NEST:  It's TX 2939.

 4           THE COURT:  Any objection to that being received in

 5   evidence?

 6           MR. BOIES:  No, Your Honor.

 7           THE COURT:  Give me the exhibit number again.

 8           MR. VAN NEST:  TX 2939.

 9           THE COURT:  2939.

10           Over there in the jury box, please, I know your heart

11   is sinking when you hear there are 3,000 exhibits.  We won't go

12   through that many.

13           The lawyers will -- are excellent.  They will winnow

14   this down to probably a couple hundred exhibits.  But they have

15   numbered a lot more than that.

16           2939 received in evidence.  You may play it for the

17   jury and the witness.

18           (Trial Exhibit 2939 received in evidence.)

19           (Video recording played in open court.)

20   BY MR. VAN NEST:

21   Q.   Mr. Ellison, is that you on the video?

22   A.   Yes, it is.

23   Q.   Now, were your remarks that day recorded and filed with

24   the government?

25   A.   I have no idea.

1              MR. VAN NEST:  Your Honor, may I approach the

2   witness?

3              THE COURT:  Yes.  What are you showing him?  What

4   exhibit number is that?

5              MR. VAN NEST:  2041, Your Honor.

6              THE COURT:  2041.

7   BY MR. VAN NEST:

8   Q.   Mr. Ellison, would you turn to the -- it's about the sixth

9   page in to 2041.  At the top there's a quote from Mr. McNealy:

10             "Great.  With transition there's always

11             nervousness."

12  A.   What page did you say this was on?

13  Q.   Unfortunately, the pages aren't numbered.  The Bates

14  number at the bottom is 1732.

15  A.   Okay.  Give me a second.  I got it.  Okay.

16  Q.   All right.  Do you see the remarks there that are

17  attributed to you in the middle of the page?

18  A.   I do.

19  Q.   And do those appear to be the remarks that we just heard

20  about on the video?

21  A.   Can I have a second to look?

22  Q.   Sure.

23  A.   They are.

24  Q.   All right.

25  A.   They are the same remarks.

1  Q.    Is it often the case that sometimes when you make public

2  statements, because of the securities rules those statements

3  have to be filed with the government?

4  A.    Yes.

5  Q.    That happens from time to time?

6  A.    It does.

7  Q.    Does this appear to be one of those occasions?

8  A.    It is.

9         MR. VAN NEST:  I would offer 2041 in evidence, Your

10  Honor.

11        MR. BOIES:  No objection, Your Honor.

12        THE COURT:  Received in evidence.

13        (Trial Exhibit 2041 received in evidence.)

14        MR. VAN NEST:  Could we put up on the screen, I

15  believe it's about page 7, please.

16        (Document displayed.)

17  BY MR. VAN NEST:

18  Q.    And there in the middle of the page, are those the remarks

19  that you made at JavaOne in 2008 -- excuse me, 2009?

20  A.    They are.

21  Q.    And you said:

22         "James, Sun, has done a fantastic job opening

23         Java, opening up Java, giving Java to the

24         world.  And we're going to do more of the

25         same."

1          Do you see those remarks?

2   **A.**    Yes.

3   **Q.**    Those are remarks you made that day?

4   **A.**    Yes.

5          **MR. VAN NEST:**  Could we go to the top -- to the

6   bottom of the page, please.  Highlight that.

7   **BY MR. VAN NEST:**

8   **Q.**    Now, this is what I asked you about earlier.

9          Was this a reference to being flattered by the fact

10  that Android was using Java?

11  **A.**    Yes.

12  **Q.**    You're talking about an Android phone being shaken.  You

13  meant out in the audience?

14  **A.**    Correct.

15  **Q.**    And you indicated you were very excited by Android?

16  **A.**    Yes.

17  **Q.**    And you liked the fact that it used Java?

18  **A.**    Yes.

19  **Q.**    And that you expected Google to do more?

20  **A.**    Yes.

21  **Q.**    And to expand its use of Java in Android into netbooks and

22  other products, right?

23  **A.**    Yes.

24  **Q.**    And that was made at a developer conference with thousands

25  of people in the audience?

1  A.   Yes.

2  Q.   The press were there --

3  A.   Yes.

4  Q.   -- right?  Other companies were there?

5  A.   Yes, definitely.

6  Q.   Java developers were there?

7  A.   Lots of them.

8  Q.   Now, when you met with Mr. Schmidt, that was several

9  months after JavaOne in 2009.  It was in 2010, correct?

10 A.   Yes.

11 Q.   And, in the meantime, hadn't you made an effort at Oracle

12 to build your own Java phone?

13 A.   No.

14 Q.   Hadn't you told Mr. McNealy, as soon as Oracle had agreed

15 to acquire Sun, that the best way to increase Java revenue

16 would be to build a Java phone?

17 A.    It was an idea that perhaps a good way or the best way

18 would be to build a Java phone.  I had the idea for building a

19 Java phone.  And we explored that idea, decided it would be a

20 bad idea.

21 Q.   And then that idea was one that you expressed very soon

22 after you agreed to acquire Sun, right to the top, to

23 Mr. McNealy himself, right?

24 A.   Yes.

25 Q.   Did you send him an e-mail?

1  **A.**   Yes, I did.

2  **Q.**   Let me back up a minute.  When you acquired Sun, wasn't

3  one of the key motivating factors to get into the smart phone

4  market?

5  **A.**   No.

6  **Q.**   Was one of the factors driving your interest in Sun the

7  chance to expand Java into smart phones?

8  **A.**   No.

9         **MR. VAN NEST:**  Your Honor, I would like to play as a

10  party admission from Mr. Ellison's depo at page 15, line 20

11  through page 16, line 01.

12         **THE COURT:**  All right.  Please do so.

13         (Videotaped deposition was played in open court, and

14         was not reported by the court reporter.)

15         **THE WITNESS:**  I believe you said one of the primary

16  factors.  I believe that was your wording.

17  **BY MR. VAN NEST:**

18  **Q.**   So it was a factor?

19  **A.**   Yes.

20  **Q.**   And it was a factor that you thought was a good idea?

21  **A.**   I thought it was an idea worth exploring, and we explored

22  it.  But it was not one of the primary motives for buying Sun,

23  which is what you said.

24  **Q.**   I take it you were hoping to compete not only with Apple

25  but with Google, too, right?

ELLISON - CROSS EXAMINATION / VAN NEST

1  A.   I had an idea that we could enter the smart phone business

2  and compete with everybody in the smart phone business, yes.

3  Q.   So that included Apple?

4  A.   Yes.

5  Q.   And it included Google?

6  A.   Yes.

7  Q.   And that's because, at that time, the primary use of Java

8  in phones was in these feature phones that I'm holding in my

9  hand, right?

10  A.   Primary use?  Java, at that time, was certainly used in a

11  lot of feature phones, yes.  The biggest use of Java, I'm

12  sorry, was in server computers.

13  Q.   Sure.  Big computers and --

14  A.   And that's why we bought Sun --

15  Q.   But in the mobile phone the main use, at the time you

16  acquired the company, was in phones like this feature phone --

17  A.   Correct.

18  Q.   -- right?

19       And your idea was, could we expand the use of Java in

20  smart phones and compete with Apple and Google, right?

21  A.   I wanted to explore it.  We explored it, and it turned out

22  to be a bad idea.

23  Q.   Now, you -- one of the very first suggestions you made to

24  Mr. McNealy at Sun was to explore this idea, correct?

25  A.   Yes.

1  **Q.**   I'd like to hand you Exhibit 2042.  Could you identify

2  that, Mr. Ellison?

3  **A.**   Give me a second to read it.  It's an e-mail -- okay,

4  yeah, I've read it.

5  **Q.**   It's an e-mail that you wrote to Mr. McNealy?

6  **A.**   Correct.

7  **Q.**   Mr. McNealy was the chairman of the board of Sun?

8  **A.**   Yes.

9  **Q.**   Was he a friend of yours?

10  **A.**   Yes.

11  **Q.**   You guys go back several years?

12  **A.**   Yes.

13        **MR. VAN NEST:**  And I'd offer 2042 in evidence, Your

14  Honor.

15        **MR. BOIES:**  No objection.

16        **THE COURT:**  Thank you.  Received.

17        (Trial Exhibit ▮▮▮ received in evidence.)

18        **MR. VAN NEST:**  Could we put it on the screen, please.

19        **THE COURT:**  Publish to the jury.

20        (Document displayed.)

21  **BY MR. VAN NEST:**

22  **Q.**   Let's focus on the very first sentence.

23        "Scott, I think the best way to increase Java

24        revenue is to build a mobile phone

25        application suite on top of JavaFX, which

 1              will make Apple's iPhone a direct competitor

 2              of ours."

 3              Is that the sentence you wrote?

 4  **A.**    Yes, it is.

 5  **Q.**    This is in May of 2009, so about a month after you agreed

 6  to acquire Sun?

 7  **A.**    That's right.

 8  **Q.**    So early on in your period you didn't even formally own

 9  Sun yet but you agreed to acquire the company --

10  **A.**    Correct.

11  **Q.**    -- right?

12              And your idea was you would then license the Java

13  phone software to people like Verizon and charge money for it,

14  right?

15  **A.**    Yeah.  The idea was, you know, we were exploring building

16  the smart phone using JavaFX, and then we would charge carriers

17  like Verizon for it, yes.

18  **Q.**    Right.  So this was not going to be open source.  You were

19  going to charge the carriers for this product?

20  **A.**    No.  Open source and charging have nothing to do with one

21  another.  It was going to be open sourced.

22  **Q.**    But your idea was charge the carriers; that's how you

23  would make money?

24  **A.**    Yeah.  As opposed to charge for advertising, yes.

25  **Q.**    Now, didn't you learn early on in this period that Sun had

1   tried and failed to build its own smart phone?

2   **A.**   I'm not sure how -- how much Sun tried.  I know they had

3   the idea.

4          Yes, I think James Gosling wrote me an e-mail saying

5   that Sun had tried, and was unable to build a smart phone.  I

6   don't know if he actually even started the project.

7          I know they -- again, it was an idea they explored,

8   and they didn't pursue it.  My understanding is they didn't

9   really pursue it.

10  **Q.**   And James Gosling, he's the father of Java, right?

11  **A.**   Yes, he is.

12  **Q.**   He was one of the senior engineers at Sun?

13  **A.**   Correct.

14  **Q.**   And he told you right away, right after you acquired the

15  company, hey, we tried it and it never happened, right?

16  **A.**   Well, no.  Let me be clear.  I think what he said was, We

17  had the same idea.  We explored the same idea and we didn't go

18  through with it.

19  **Q.**   All right.  Let me --

20          **MR. VAN NEST:**  May I approach the witness, Your

21  Honor?

22          **THE COURT:**  Yes.

23  **BY MR. VAN NEST:**

24  **Q.**   I have Exhibit 2043, Mr. Ellison.  Would you take a look

25  at that, please.

1           Is that an e-mail that you received from Mr. Gosling

2   in May of 2009?

3   **A.**   Yes.

4           **MR. VAN NEST:**  I'd offer 2043 in evidence, Your

5   Honor.

6           **MR. BOIES:**  No objection, Your Honor.

7           **THE COURT:**  Thank you.  Received.

8           (Trial Exhibit 2043 received in evidence.)

9           (Document displayed.)

10  **BY MR. VAN NEST:**

11  **Q.**   This is an e-mail that was part of the same e-mail string

12  with Mr. McNealy, that we just looked at, right?

13  **A.**   Yes.

14  **Q.**   And James Gosling wrote you and Mr. McNealy on May 26.

15          **MR. VAN NEST:**  Could we pan down to the bottom of the

16  page, please, Ben.  So right there.

17  **BY MR. VAN NEST:**

18  **Q.**   (As read:)

19          "Scott, the best way to increase Java revenue

20          is to build a mobile phone."

21          That's the e-mail we just looked at a minute ago?

22  **A.**   Yes.

23  **Q.**   That's your e-mail to Mr. McNealy?

24  **A.**   Yes.

25  **Q.**   And he probably, for the record, forwarded that to

1  Mr. Gosling?

2  A.    Right.

3  Q.    And Mr. Gosling sent an e-mail back to both of you?

4  A.    Yes.

5  Q.    So let's go back to the top of the page, now we have the

6  context.  Mr. Gosling said:

7            "Oddly enough, this has been our wishful

8            thinking strategy of record for years.  We

9            could never fund it internally so got

10           nowhere."

11           Right?

12  A.    I think that's what I said.  They never started the

13  project.  They had the same idea we had, but they never started

14  the project.

15  Q.    Now, he mentions here that they actually purchased the

16  assets of an outside company called Savage, to try to use those

17  to build a stack, right?

18  A.    It says, We could never fund it internally.  We got

19  nowhere.  So, I mean, that's the part -- that's what I read

20  right at the top of this e-mail message, that we never funded

21  it.  It was a project that never got funded.  That's my

22  recollection.

23  Q.    Let me take you a little further down the page,

24  Mr. Ellison.  It says:

25           "There was an outside company, Savage, that

 1              did essentially the perfect thing almost five

 2              years ago, but back then they were far too

 3              expensive to acquire."

 4              He then says, a sentence later:

 5              "We bought their assets a couple of years ago

 6              in a 'fire sale' and doing a more complete

 7              handset stack became our real strategy of

 8              record a couple of years ago."

 9              Do you see that?

10   A.   And it said he couldn't fund it.

11   Q.   Do you remember him telling you that they actually went

12   out and bought assets at Sun --

13   A.   Yes.

14   Q.   -- to try to build a smart phone?

15   A.   Yes.  They bought the assets, but they never put people on

16   the project.  They never funded the project, is what this says

17   to me.

18              MR. VAN NEST:  Could we highlight the last sentence

19   of the e-mail.  That's it.

20   BY MR. VAN NEST:

21   Q.   He said:

22              "We had a pretty big handset applications

23              team, but they appeared in the last RIF."

24              THE COURT:  No, "disappeared."

25              MR. VAN NEST:  I'm sorry.  "... they disappeared in

1    the last RIF."

2              Thank you, Your Honor.

3    **BY MR. VAN NEST:**

4    **Q.**   Now, handset applications team, you understood that to

5    mean a team to build handset applications in the smart phone

6    market, right?

7    **A.**   Yes.

8    **Q.**   None of these efforts came to fruition, in that Sun was

9    never able to build its own Java smart phone, as far as you

10   know, Mr. Ellison, right?

11   **A.**   James Gosling told me Sun never funded the project.

12   That's what he told me.  They never provided adequate funding

13   for the project, yes, correct.

14   **Q.**   Now, you assembled a team at Oracle to look at building

15   your own Java phone, right?

16   **A.**   Yeah, to examine -- when we have an idea, a proposal to

17   build a new product, we put a team of people together that, you

18   know, kind of analyzes what it would cost, how long it would

19   take, what are the market dynamics.

20             So we did a detailed analysis of the idea, what it

21   would take to build a smart phone.  That's correct.

22   **Q.**   And that involved getting a bunch of engineers to do some

23   work?

24   **A.**   Yes.

25   **Q.**   And run some simulations?

1  **A.**    Well, I wouldn't say simulations.  Maybe build prototypes,

2  yes.

3  **Q.**    One of the things they looked at as a starting point was

4  Android, right?

5  **A.**    Yes.

6  **Q.**    They actually looked at the Android system to see what

7  parts of that you at Oracle could use to build your own smart

8  phone, right?

9  **A.**    That's correct.

10  **Q.**    And they ran some tests on Android as part of that?

11  **A.**    Yes.

12  **Q.**    And they examined this platform that Android entailed,

13  right?

14  **A.**    Yeah.  Android included a lot of open source code like the

15  Linux operating system.  And we looked at all of the pieces of

16  Android.  We did a detailed study of Android.  That's one of

17  the things we did when we looked at our own smart phone design.

18  **Q.**    This is all in 2009, before you met with Mr. Schmidt?

19  **A.**    That's correct.

20  **Q.**    And one of the things you looked at was using the Android

21  developers, the Android handset makers, to build a phone for

22  you, right?

23  **A.**    Well, yeah.  The Android handset makers are people like

24  Samsung.  So they build handsets -- they build lots of

25  handsets.  Of course, there's a limited number of handset

1  manufacturers.  So we looked at the same handset manufacturers

2  that build for Android.  LG, Samsung, Motorola, Nokia, all

3  those people.

4  Q.   But you expressly asked your engineers to find out who was

5  building the handsets for Android so you could talk with them

6  in particular, right?

7  A.   We did a detailed study of Android, yes.

8  Q.   Let's -- I'd like to show you trial Exhibit 2044, and ask

9  you if you recognize it?

10 A.   Could I just have a second to look at it?

11 Q.   Certainly.

12 A.   Okay.

13 Q.   Is this a report on Project Java Phone at Oracle?

14 A.   This is the analysis of what -- what the engineers thought

15 it would take for -- you know, if we wanted to enter the

16 handset business.  Wanted to enter the software business

17 portion of the smart phone business.

18         MR. VAN NEST:  And I would offer in evidence, Your

19 Honor, Exhibit TX 2044.

20         MR. BOIES:  No objection, Your Honor.

21         THE COURT:  Thank you.  Received in evidence.

22         (Trial Exhibit 2044 received in evidence.)

23         (Document displayed.)

24         MR. VAN NEST:  Could we display the cover page, two

25 pages in, please.  There we go.

1   BY MR. VAN NEST:

2   Q.   Does this appear to be the opening --

3        MR. VAN NEST:   You had it.

4   Q.   -- the opening page there, the cover, Project Java Phone?

5   A.   Yes.

6   Q.   Strategy and Product Definition?

7   A.   Yes.

8   Q.   This is a 27/30-page report, something like that.

9   A.   Yes, 27.

10  Q.   Appears to include quite a bit of work involved in getting

11  this done?

12  A.   Yes.

13  Q.   This took months, weeks?   Do you know?

14  A.   I think weeks, not months.

15  Q.   Okay.   Let's look at the first page, the agenda.

16       Is this the agenda that you were pursuing with

17  Project Java Phone, Mr. Ellison?

18  A.   No.   This is kind of the -- what's called -- these are

19  kind of the issues associated with, yeah, smart phone.   Not

20  quite an agenda.

21  Q.   Fair enough.

22  A.   Yes.   Okay.   Fair enough.

23  Q.   And there's a Java phone update with some technical

24  options and recommendation, right?

25  A.   Yes.

1  Q.   And then there's a proposed M&A associated with the

2  project.  What does that mean, M&A?

3  A.   We might not have the expertise in-house or assets

4  in-house to build a -- the smart phone software, so we might

5  have to buy some companies.  M&A stands for mergers and

6  acquisitions.

7  Q.   The idea would be buy some companies and get related

8  technology from them?

9  A.   If we didn't have the capability in-house to build the

10 Java smart phone software, we would probably have to either

11 hire a bunch of people from outside or, potentially, buy some

12 companies that had that expertise.

13 Q.   And have you heard the expression "buy versus build"?

14 A.   Sure.

15 Q.   And that's a common expression in terms of launching a new

16 product or developing a new product?

17 A.   It's a common expression in terms of developing a new

18 product.

19 Q.   So one option, you can build it yourself --

20 A.   Right.

21 Q.   -- right?

22 A.   Right.

23 Q.   Or you can buy it from someone else?

24 A.   Or a combination of the two.  Buy part, build part.

25 Q.   Now, in connection with this smart phone idea of yours,

1   you also considered buying technology from companies like RIM

2   and Palm, right?

3   **A.**    I think we might have looked at -- again, we look at

4   everything.  I mean, and considered -- I'm not sure if we

5   seriously considered buying RIM.  At the time they were very,

6   very expensive.  Palm, in contrast, was much less expensive.

7            But, yes, we look at everything.  We look at

8   everything, sure.

9   **Q.**    And you looked at -- one option was buying Palm, right?

10  You looked at that option?

11  **A.**    We looked -- yeah.  I say we look at everything, yes.

12  **Q.**    Including looking at Palm?

13  **A.**    Yes.

14  **Q.**    But you concluded that Palm was not competitive, right?

15  **A.**    Correct.

16  **Q.**    You also looked at RIM, and concluded RIM was too

17  expensive?

18  **A.**    Yes.

19            **THE COURT:**  Please, remind the jury what RIM is.

20            **MR. VAN NEST:**  I'm sorry.  RIM makes Blackberry.

21  Research in Motion, RIM, makes Blackberry.

22            **THE COURT:**  Is that right, Mr. Ellison?

23            **THE WITNESS:**  Yes, it is, Your Honor.

24            **THE COURT:**  Thank you.  Go ahead.

25

1   **BY MR. VAN NEST:**

2   **Q.**   Now, could we go down a couple of pages, to page 6,

3   please.

4           And was there a discussion about handsets and

5   hardware as part of the Java phone evaluation?

6   **A.**   Give me a second to look at page 6.

7           Okay.  Go ahead.

8   **Q.**   And under the recommendations for version 1.0 --

9           **MR. VAN NEST:**  Could we highlight that, note 1.

10  Maybe make it a little bigger.

11  **BY MR. VAN NEST:**

12  **Q.**   That says:

13              "Target 3 Android handset manufacturer for

14              parallel negotiations but finalize contract

15              with only one handset maker."

16          Do you see that?

17  **A.**   I do.

18  **Q.**   That's a reference to identifying who's making the Android

19  handsets and going and talking to them, right?

20  **A.**   That's correct.

21  **Q.**   The idea there was to save time?

22  **A.**   The idea there was to -- let's say Samsung was already

23  making this hardware that ran the Android software.  It would

24  be very convenient for -- if our software ran on the same exact

25  hardware.

1  **Q.**   And that would save you time in terms of getting to

2  market?

3  **A.**   It would save us time in terms of getting to market.   It

4  would make it more attractive to Samsung because they were

5  already making the hardware.

6  **Q.**   And it would probably make it cheaper, too, because they

7  already had this things developed, right?

8  **A.**   Correct.   Saves time and money.

9  **Q.**   Now, you also targeted using some of the Android software

10 as part of this project, too, right?

11 **A.**   I think we looked at using -- well, again, Android

12 software.   Part of the Android software is Java.   Part of the

13 Android software is Linux.   So I'm not sure what you mean.

14          Linux is open source, available the GPL license.

15 So -- but we -- but we looked at all the pieces -- the answer

16 is, yes, we looked at every piece of Android.   I just want to

17 be specific what Android was made up of.

18 **Q.**   But you looked at every single piece of Android as part of

19 this project?

20 **A.**   We looked at everything.

21 **Q.**   Let's go down to page 11.   And can we highlight -- take a

22 moment there to take a look, Mr. Ellison.   I'm going to be

23 asking you about the recommendation for version 1.0.   It's at

24 the middle of the page, note 1.

25 **A.**   Okay.

1    Q.    And that says, "Target single operating system only -

2    Android Linux," right?

3    A.    Correct.

4    Q.    There are lots of operating systems?

5    A.    There are lots of operating systems.  Yes.  Yes, the

6    answer is yes, there are lots of operating systems.

7    Q.    But the one the engineers at Oracle said you should target

8    was Android's Linux, right?

9    A.    Well, not clear there's such a thing as the Android Linux.

10   I mean, there's a Linux, but that's --

11   Q.    Excuse me, Mr. Ellison.  My question was, your engineers

12   said that the single operating system to target was Android

13   Linux.  Isn't that what this says?

14   A.    That's what that says, yes, but there is no such thing as

15   Android Linux.

16   Q.    Now, you also knew that you could take Android Linux for

17   free and distribute it under the Apache license, right?

18   A.    We knew -- Linux is open source, generally available for

19   license.  So Linux is something we use.  I mean, Linux is

20   something that Android used in their phone and Linux was

21   something we were free to use in our phone.

22          That's why I'm objecting to the notion of "Android

23   Linux."  It's the Linux that's in the Android phone, is a more

24   precise description of what we were going to use.

25   Q.    All right.  But the engineering description in your

1  engineering report says "Android Linux," right?

2  **A.**   Yes.   I'm just trying to be very precise.   I don't think

3  this is very precise.

4          **THE COURT:**   I just think there is possibly something

5  that the jury has lost track of and that is this:   The time

6  frame.

7          I'm going to ask you to ask questions, not answer

8  them in front of the jury.   Just ask questions.   But clear up:

9  Are we talking here about Android in the possession of Google

10  or Android in the possession of some other company not yet

11  acquired by Google?

12         **MR. VAN NEST:**   This is Android Google.

13  **BY MR. VAN NEST:**

14  **Q.**   Mr. Ellison, this is in 2009 that these discussions are

15  occurring?

16  **A.**   That's correct.

17  **Q.**   And by 2009 Android was already launched by Google?

18  **A.**   Yes.

19  **Q.**   It was out there on handsets being manufactured by

20  Motorola and others?

21  **A.**   That's correct.

22  **Q.**   And Samsung?

23  **A.**   Correct.

24  **Q.**   And it was out there as a public open source project?

25  **A.**   Yes.

 1  Q.   Okay.

 2          THE COURT:   Okay.   Thank you.   That clears that up.

 3          MR. VAN NEST:   Thank you.

 4          THE COURT:   Continue on.

 5  BY MR. VAN NEST:

 6  Q.   Then if we could open up the bottom bullet in this

 7  recommendation, please, the very bottom bullet there.

 8  "Licensed under Apache Public License."

 9          Your engineers noted for you that because Android was

10  available under a public license from Apache, you, Oracle,

11  could take advantage and use it, too?   That's what that means?

12  A.   Yes.

13  Q.   Now, in the course of this report, you identified some

14  next steps for development, right?

15          MR. VAN NEST:   Can we have Page 12?

16          (Document displayed)

17          MR. VAN NEST:   Could we highlight the next steps for

18  development?

19  A.   I see it.   Yes, of course.

20  BY MR. VAN NEST:

21  Q.   So one of the next steps was to, quote:

22          "Run Java ME..."

23          That's Java Micro Edition, correct?

24  A.   Right.

25  Q.   (Continuing)

1              "...on Android and evaluate performance and

2              resource power usage"?

3   A.   Correct.

4   Q.   So one of the steps was to actually run a Sun Java product

5   on top of Android and evaluate how that worked?

6   A.   Correct.

7   Q.   And the report notes.

8              "Work is currently underway.  Will report

9              status by August 15."

10             Right?

11  A.   Correct.

12  Q.   Now, this report ultimately generated a series of problems

13  and issues in developing your own Java smart phone, right?

14  A.   I'm not -- I'm not sure what you mean "problems and

15  issues."  But, yes, there are always problems and issues, sure.

16  Q.   And one problem that identified clearly was you didn't

17  have internal expertise at Oracle for making smart decisions?

18  A.   Making smart decisions?

19  Q.   In this field.

20  A.   We didn't have -- we had never built a smart phone before.

21  That wasn't Oracle's business.  Oracle's Java business was on

22  big server computers, you know.  We have never built a smart

23  phone before.  We had no experience in-house on this at all, or

24  very little.

25             MR. VAN NEST:  Could I have Page 23?

```
 1              (Document displayed)
 2    BY MR. VAN NEST:
 3    Q.    Take a look at Page 23, Mr. Ellison.  It's right in front
 4    of you there.
 5              (Witness complied.)
 6    Q.    And with respect -- and I have it on the monitor as well,
 7    if it's easier to see.
 8              With respect to this area of evaluation, the
 9    organizational model, what you identified as problem three was:
10              "Very limited internal expertise to make
11              smart decisions."
12              Right?
13    A.    Well, again, smart decisions is about smart phones.
14    Q.    Fair enough.
15    A.    We had no experience about smart phones.
16    Q.    And that was one of the problems with developing a smart
17    phone at Oracle?
18    A.    Oh, absolutely.  We had never developed a smart phone
19    before.
20    Q.    Now, I take it you never did develop a smart phone, at
21    least not based on this project?
22    A.    No.  As a result of this evaluation, we decided not to
23    build a smart phone.
24    Q.    And, therefore, you didn't, right?
25    A.    Correct.  We did not.
```

1  Q.   And as part of this evaluation, was it part of this

2  evaluation or separate evaluation that you considered buying

3  Palm and getting technology from them?

4  A.   It was part of this evaluation.  As you said earlier, we

5  didn't have a lot of -- we had no people in-house that had ever

6  built a smart phone before.  One way to get those people

7  in-house would have been to buy Palm.

8  Q.   Now, it was after all of these sessions and this Project

9  Java Phone that you met with Mr. Schmidt, correct?

10  A.   Yes.

11  Q.   And you met with him in your home on the Peninsula

12  sometime in March of 2010?

13  A.   I believe so.

14  Q.   Just of two of you were there?

15  A.   Yes.

16  Q.   And you discussed the probability with him of a joint

17  project between Oracle and Google around smart phones, right?

18  A.   Not -- well, we -- what we discussed was him using our

19  Java in the smart phone, in Android.  If you're calling that a

20  joint project, okay, but it really was, to be precise, about

21  them taking our Java and putting it in Android rather than

22  their version of Java.  That's what it was.

23  Q.   And you had an argument for him that you had a new virtual

24  machine that was better than what was in Android, right?

25  A.   Yes.

1   Q.   By then you had done this analysis of Android and

2   concluded that you, at Oracle, could do better?

3   A.   Yes.

4   Q.   You told him your virtual machine would boot faster,

5   right?

6   A.   Yes.

7   Q.   That it would run faster?

8   A.   Yes.

9   Q.   That it would save power?

10  A.   Yes.

11  Q.   That it would save Google money?

12  A.   If they got it from -- if they got it from us rather than

13  doing it themself, yes.  Yes.

14  Q.   And didn't you tell them that Sun, Oracle and Google could

15  have a joint project to build this?

16  A.   No.  I said that we would build -- they could take our

17  version of Java and put it into Android.  That is not a joint

18  project.  That is, we would develop Java.  They would take our

19  Java and put it in Android.  That is not a joint -- that is not

20  a joint project, no.

21          MR. VAN NEST:  I'd like to play as an admission, a

22  party admission, your Honor, from Mr. Ellison's deposition at

23  Page 83, Lines 16 through 25.

24          THE COURT:  Go ahead.

25          (Videotape played in open court.)

1  **BY MR. VAN NEST:**

2  **Q.**   So this was a proposal for joint technology development

3  between Oracle and Google, right?

4  **A.**   If you want to call it a joint project or -- obviously, I

5  called it a joint project, but it meant we would build Java and

6  they would incorporate into the Android phone.  I called it a

7  joint project, okay, but...

8  **Q.**   You never reached agreement with Mr. Schmidt that day,

9  right?

10  **A.**   Never reached agreement with Mr. Schmidt, correct.

11  **Q.**   I think you also mentioned meeting with Mr. Page; that was

12  several months later?

13  **A.**   Yes.

14  **Q.**   You met with him again at your home on the Peninsula?

15  **A.**   Yes.

16  **Q.**   And just the two of you were present?

17  **A.**   Yes.

18  **Q.**   You made the same proposal to him for a joint technical

19  development between Oracle and Google, right?

20  **A.**   I gave him that, among other options.  I gave Eric other

21  options, Eric Schmidt other options as well.

22  **Q.**   And your idea, as expressed to Mr. Page, was that Google

23  engineers and Oracle engineers would work together to improve

24  Android, right?

25  **A.**   The idea was they could use our version of Java in the

1  Android phone.  And if you can -- if you want to call that our

2  engineers working together with their engineers on Android, you

3  can call it that.

4          I'm just saying that our engineers would work on

5  Java, give it to the Google engineers to include in Android.

6  If you want to call that working together, that's fine.

7  **Q.**   Well, didn't you call it working together?

8  **A.**   I'm happy to call it working together.

9  **Q.**   You did call it working together, didn't you?

10 **A.**   I certainly -- okay.

11         **MR. VAN NEST:**  I would like to play as a party

12 admission from Mr. Ellison's deposition Page 90, Lines 23

13 through 91, Line 1.

14         **THE COURT:**  All right.  Go ahead.

15         (Videotape played in open court.)

16         **MR. VAN NEST:**  Did we get his answer?  Could we play

17 that again, please.

18         (Videotape played in open court.).

19         **MR. MR. BOIES:**  Your Honor, for context can we have

20 the previous question and answer read?

21         **THE COURT:**  All right.

22         **MR. VAN NEST:**  We can.  Certainly, your Honor.

23         **THE COURT:**  Do you have it handy?

24         **MR. VAN NEST:**  I do.

25         **THE COURT:**  All right.  Here is the way it works.

1    You know I told you that nothing a lawyer ever says is

2    evidence, but counsel is going to read from the deposition.

3    That will be evidence because he's reading from part of the

4    evidentiary record in a deposition.

5           Go ahead, counsel.

6           **MR. VAN NEST:**  I was going to actually play the two

7    questions and answers together.  Is that -- or do you want me

8    just to read it?

9           **THE COURT:**  I think you ought to just read it because

10   when you played it, it got clipped off.  So why don't you read

11   it from the transcript?

12          **MR. VAN NEST:**  The prior question is at Page 90,

13   Line 18.

14          **"QUESTION:**  So this was a proposal for the

15               joint technology development between Oracle

16               and Google, right?

17          **"ANSWER:**  It was an offer, yeah.  It was an

18               offer.  Yeah, you know, to work on the Java

19               inside of Android together.

20          **"QUESTION:**  And the idea would be Google

21               engineers work with Oracle engineers, improve

22               the product, put out a better product?

23          **"ANSWER:**  Correct."

24          **THE COURT:**  Thank you.

25

1  BY MR. VAN NEST:

2  Q.   Mr. Ellison, that never happened either, right?

3  A.   No.

4  Q.   The next thing that happened after that was this lawsuit,

5  right?

6  A.   Yes.

7          MR. VAN NEST:  Nothing further your Honor.

8          THE COURT:  Thank you.

9          Mr. Boies?

10         MR. MR. BOIES:  Thank you, your Honor.

11                      __REDIRECT EXAMINATION__

12 BY MR. MR. BOIES:

13 Q.   During cross examination you were asked whether you knew

14 when the GPL license was first available; do you recall that?

15 A.   Yes, I do.

16 Q.   Was the GPL license available in 2009 and 2010?

17 A.   Yes, it was.

18 Q.   You were also asked and shown questions from your

19 deposition saying nobody owns Java programming language,

20 anybody can use without royalty; do you recall that?

21 A.   Yes.

22 Q.   And you said you were not sure; do you recall that?

23 A.   Yeah.  I'm not a lawyer.  I'm not exactly sure what those

24 words mean.

25 Q.   And why are you not sure?

1  **A.**   I don't know if you can copyright a language.  I just

2  don't know the answer to that question.

3  **Q.**   Okay.  Now, you were also asked questions that said,

4  Oracle didn't create Java, didn't create these APIs.  Sun

5  created these APIs.  Do you recall that?

6  **A.**   Yes.

7  **Q.**   How did Oracle get the APIs?

8  **A.**   We bought Sun and we bought all the assets of Sun and as a

9  part of buying Sun, we got Java.

10  **Q.**   And the assets that you bought when you bought Sun

11  included a lot of things other than Java, correct?

12  **A.**   It did.

13  **Q.**   But was Java an important part of why you bought Sun?

14  **A.**   I publicly said of all the things we have ever purchased,

15  by far the most important thing we have ever purchased was

16  Java.

17  **Q.**   And when did you say that publicly?

18  **A.**   Shortly after we announced we were buying Sun.

19  **Q.**   Now, you were also shown some statements where you said

20  you were flattered that there was a Java phone in the

21  marketplace from Google; do you recall that?

22  **A.**   That's correct.

23  **Q.**   Did you ever say that you were flattered or favored an

24  incompatible version of Java?

25  **A.**    No.  I always thought we could persuade Google to make

1  their version of Java compatible.  We want Java to be as wisely

2  used as possible, but we want -- you know, everyone else makes

3  their versions compatible.  We thought Google would make them

4  compatible, too.

5  **Q.**    Other than Google, is there any company that you're aware

6  of that is using Sun or Oracle APIs that has not made their

7  version compatible?

8  **A.**    Nobody.

9  **Q.**    You were also asked a number of questions about whether

10  Oracle wanted to build a smart phone and what the process was;

11  do you recall that?

12  **A.**    Yes.

13  **Q.**    Was there anything in any of the documents that you

14  reviewed in connection with that or any of the discussions that

15  you recall that dealt at all with whether or not Oracle's

16  intellectual property was being used by Google?

17  **A.**    Could you repeat?  I'm sorry.  Repeat the question?

18  **Q.**    Sure, sure.  You saw a lot of documents.

19  **A.**    Yeah.

20  **Q.**    About the smart phone project.

21  **A.**    Right.

22  **Q.**    Did that have anything to do with the issue of whether or

23  not Google was infringing Oracle's copyrights?

24  **A.**    I'm not -- I don't think I saw any of that in relation to

25  our smart phone project.  The -- the --

 1          **MR. VAN NEST:**  Objection, your Honor.  He's answered

 2  the question.

 3          **THE COURT:**  Do you think you've answered the

 4  question?

 5          **THE WITNESS:**  No, I don't, your Honor.

 6          **THE COURT:**  Please continue.

 7  **A.**   So, we certainly -- I think Jonathan Schwartz sent me a

 8  note after we bought Sun -- or agreed to buy Sun where he

 9  outlined the battle Sun was having with Google.  And at that

10  point I acquainted myself with all of the details of Google's

11  use of Sun's intellectual property in the Java phone.

12          So, but that's when I first learned about the use of

13  Sun's intellectual property for the phone and I knew that --

14          **THE COURT:**  We're getting into --

15          **THE WITNESS:**  Okay.

16          **THE COURT:**  (Continuing) -- hearsay at this point.

17  So we need to ask a fresh question.

18          **THE WITNESS:**  Sorry.

19          **MR. MR. BOIES:**  Thank you, your Honor.

20  **BY MR. MR. BOIES:**

21  **Q.**   You were also asked when you first met with Mr. Schmidt.

22  Mr. Schmidt is with Google, correct?

23  **A.**   Yes.

24  **Q.**   And you said it was in 2010; do you recall that?

25  **A.**   Yes.

1   Q.   When did the acquisition of Sun actually close?

2   A.   January, 2010.

3   Q.   And prior to the time that it closed, were you empowered

4  in any way to discuss with Google or anyone else Sun's

5  intellectual property?

6   A.   No.

7          MR. MR. BOIES:  No more questions, your Honor.

8          MR. VAN NEST:  May I follow up, your Honor?

9          THE COURT:  Briefly.

10                RECROSS EXAMINATION

11 BY MR. VAN NEST:

12   Q.  Mr. Ellison, you made reference to an email from

13  Mr. Schwartz that you received?

14   A.  Yes, yes.

15   Q.  That email --

16          MR. VAN NEST:  May I approach the witness, your

17  Honor?

18          THE COURT:  Yes, you may.

19 BY MR. VAN NEST:

20   Q.  Let me show you Exhibit 2362, please.

21        (Whereupon, document was tendered

22         to the witness.)

23   Q.  Do you recognize it?

24   A.  May I just have a couple seconds?

25   Q.  Certainly.

ELLISON - RECROSS EXAMINATION/ VAN NEST

1              (Brief pause.)

2    A.    Yes.

3    Q.    Is that the email?

4    A.    Yes.

5              MR. VAN NEST:  I offer 2362 into evidence, your

6    Honor.

7              MR. MR. BOIES:  No objection, your Honor.

8              THE COURT:  2362 is received.

9              (Trial Exhibit 2362 received

10              in evidence)

11   BY MR. VAN NEST:

12   Q.    Let's focus on what you saw from Mr. Schwartz, the bottom

13   of the page.

14             (Document displayed)

15   A.    Okay.

16   Q.    It's below "Larry, first congrats."  Below that.

17             This is an email from Mr. Schwartz to you, correct?

18   A.    Correct.

19   Q.    Right after you agreed to acquire Sun, right?

20   A.    Yes.

21   Q.    He says:

22             "There's obviously a lot we didn't focus on

23             during the past week... from the

24             instrumentation we're building into our open

25             source assets to the battles with Adobe

```
 1                Flash/Google Android, Microsoft's

 2                distribution dependencies, et cetera."

 3                Right?

 4   A.   Correct.

 5   Q.   You received this email in April of 2009, right?

 6   A.   Correct.

 7   Q.   And then it was after you received this email that you

 8   went on stage at JavaOne in June of 2009 and made those remarks

 9   about being flattered by Android, right?

10   A.   Yes.

11   Q.   And it was after you received this email that you

12   collected up all those Oracle engineers to do Project Java,

13   right, Project Java Phone?  That was after this email, correct?

14   A.   Correct.

15   Q.   And all that work we talked about and all that review,

16   that was after this email?

17   A.   Yes.

18           MR. VAN NEST:  I have nothing further, your Honor.

19           MR. MR. BOIES:  Nothing more, your Honor.

20           THE COURT:  May Mr. Ellison step down and be excused

21   from any subpoena?

22           MR. VAN NEST:  Yes, your Honor.

23           THE COURT:  All right.  Mr. Ellison, thank you for

24   coming.  Please leave behind our documents, but take with you

25   any that you brought.
```

1          THE WITNESS:  Thank you.

2          THE COURT:  Have a good day.

3          (Witness excused.)

4          THE COURT:  All right.  It's now 11:05.  Who is the

5    next witness going to be?

6          MR. JACOBS:  That would be Mr. Kurian, your Honor.

7          THE COURT:  I think we will take a 15-minute break a

8    little early.

9          Remember the admonition.  We'll take a 15 minute

10   break.

11         (Jury exits the courtroom at 11:03 a.m.)

12         THE COURT:  Please be seated.

13         Here are some things for the record.  When you play a

14   videotaped deposition -- I think I mentioned this at the

15   pretrial conference -- the court reporters do not take it down.

16   It's because they only record the spoken word here in court.

17   They don't record videotaped things.

18         So how will your record look to the Court of Appeals?

19   Well, the way you have do it, the only way to do it, is for you

20   to put into the record a marked exhibit, a CD, that has the

21   exact excerpt that you played; not the entire deposition,

22   because that won't do them any good.

23         You need to give to Dawn by tomorrow morning what you

24   played today and give the other side a copy.

25         Usually in these trials the lawyers agree upon a

1  procedure so that if you both agreed, maybe you did it at the

2  end of the week or some interval that's better for you, that's

3  fine with me; but if you don't -- if you don't pay attention to

4  your record, it will get out of control and then you'll be

5  bombarding -- I don't know.  You'll be bombarding the

6  conformance with excuses.  So I urge you to pay attention to

7  this detail.

8           Now, when you do read one to the jury, for example,

9  it's not on the videotape, I think what Mr. Van Nest did was

10 pretty close to the way it should be done, which is you say

11 "Question."  You pause.  Then you read the question exactly.

12 Then you say "Answer."  Pause.  Read the answer exactly.  And

13 that's so the court reporter, as well as the jury, will know

14 where the question started and stopped and the answer started

15 and stopped.

16          So far you have only done it that one time, but in

17 most trials that's the way it's done all the time.

18          **MR. VAN NEST:**  You said "pretty close," your Honor.

19          **THE COURT:**  I think you didn't use the word "Answer,"

20 but that -- it was clear enough.  But you should always say

21 "Question," "Answer."  Because they don't know where the

22 question starts and stops or the answer starts and stops unless

23 you do that, but in context it was close enough.

24          So I ask you to pay attention to this CD thing so

25 that -- or I guess it's called DVD thing, so that it doesn't

1  get out of control and our record is maintained properly.

2        And then while we're on the record, I started with

3  2939, but I know that you had those deposition exhibits and I

4  still need to have the list of the ones that were moved into

5  evidence this morning.  So at the break if you can hand that to

6  Dawn, I will add it to my list.

7        Okay.  So we'll take a 15 minute --

8        **MR. VAN NEST:**  Your Honor, can I ask a quick

9  question?

10       **THE COURT:**  Of course.

11       **MR. VAN NEST:**  With respect to the CD part of it,

12  should we simply put on one CD everything that we played that

13  day, or do you want a separate CD for each witness?

14       **THE COURT:**  Everything for one day would be even

15  better, because you could probably put the entire trial on one

16  CD if you wanted to.  But if you wait that long, it will get

17  out of control.  You'll get into an argument.  You ought to do

18  this in short pieces.  Like, one day is good.  One week is

19  good.  That will be fine.  But if you wait til the very end, I

20  promise you, you all will be disagreeing on what was actually

21  played and then there will be a fight.

22       **MR. VAN NEST:**  Then should we give it to the court

23  reporter?  Is that what she likes?

24       **THE COURT:**  That's correct.  It's actually -- it

25  needs to be identified as excerpts played on April 16th or

PROCEEDINGS

```
 1  17th, as the case may be.  All right?

 2           MR. VAN NEST:  We'll do it.

 3           MR. JACOBS:  Briefly, your Honor, this may have been

 4  covered with the jury in the jury assembly room.

 5           We're avoiding contact with them in the elevators and

 6  the hallways.  It would be perhaps helpful to explain to them

 7  that it's not because we're unfriendly, but because that's the

 8  proper protocol.

 9           THE COURT:  All right.  I always tell them that and

10  if I haven't already, I will tell them that.

11           Anything more?

12           MR. VAN NEST:  No, your Honor.

13           THE COURT:  All right.  15 minutes.  Thank you.

14           (Whereupon there was a recess in the proceedings

15            from 11:08 a.m. until 11:26 a.m.)

16           THE COURT:  Please be seated.

17           Thank you.  Back to work.  Call in the jury.

18           You can bring in your witness.

19            (Thomas Kurian enters the courtroom.)

20           THE COURT:  Please have a seat.  We can swear you in

21  after the jury is present.  Thank you.  Welcome to the Court.

22           (Jury enters courtroom at 11:27 a.m.)

23           THE COURT:  Welcome back.  Be seated, please.

24           Is everything on over there now?

25           (Jury nodding affirmatively.)
```

PROCEEDINGS

```
 1              THE COURT:  Okay, great.

 2              Okay.  Oracle may call its next witness.

 3              MR. JACOBS:  Your Honor, Oracle calls Thomas Kurian.

 4              THE COURT:  Mr. Kurian, please stand and raise your

 5   right hand.

 6                          THOMAS KURIAN,

 7   called as a witness for the Plaintiff herein, having been first

 8   duly sworn, was examined and testified as follows:

 9              THE WITNESS:  Yes.

10              THE CLERK:  Okay.  Thank you.

11              THE COURT:  All right.  Very well.  Welcome.  Please

12   be seated.

13              You see how close I am to this?  You've got to be

14   about that close, and it will move back and forth.  Make it

15   easier for you.

16              So why don't you say your name and let's see if

17   you're coming through?

18              THE WITNESS:  Thomas Kurian.

19              THE COURT:  Very good.

20              Thank you, counsel.

21                        DIRECT EXAMINATION

22   BY MR. JACOBS:

23   Q.  Mr. Kurian, could you introduce yourself again by name and

24   title to the jury, please?

25   A.  My name is Thomas Kurian.  I'm Oracle's executive
```

1   vice-president for software development.

2   **Q.**   How long have you worked for Oracle?

3   **A.**   Since 1996.

4   **Q.**   And what are your responsibilities now?

5   **A.**   I run -- I am responsible for the development and the

6   design and delivery of Oracle software products.

7   **Q.**   Who do you report to?

8   **A.**   I report to Oracle's CEO, Mr. Larry Ellison.

9   **Q.**   How does Java fit into your job responsibilities?

10  **A.**   The development team that builds our Java products reports

11  into my organization.  And we -- I'm also responsible for a

12  number of Oracle's software products that are themselves built

13  in Java.

14  **Q.**   What's the family of products called that is based on

15  Java?

16  **A.**   So there are two sets of products that we, as Oracle,

17  build using Java technology.  There is a product family called

18  Oracle Fusion Middleware.

19            And we also sell a number of business applications,

20  things to do, things like customer relationship management,

21  supply change, managing accounting.  They are called package

22  applications that are also written in Java.

23  **Q.**   How do you happen to find yourself working at Oracle in

24  1996?

25  **A.**   I have a computer science and electrical engineering

1  undergraduate degree from Princeton University.  I was a

2  software developer myself for a number of years in college and

3  before college.

4        I have a master's degree in business administration

5  from Stanford.

6        I joined Oracle from a company called McKinsey

7  Consulting, and I have been at Oracle since '96.

**Q.**  And how did you happen to find yourself at Princeton?

**A.**  I came to the United States from India on a scholarship.

10  I learned programming before college in high school.  I came to

11  study my undergraduate degree in computer science and

12  electrical engineering at Princeton.

**Q.**  I would like to talk with you about Oracle's use of Java

14  before the acquisition of Sun, so Oracle, as a customer or

15  licensee of Java technology.

16        Just to get us oriented, on our timeline here Oracle

17  acquires Sun in January of 2010.  So I would like to ask you

18  about the period before that.

19        Can you tell us how it came to be that Oracle used

20  Java in its own business before that acquisition occurred?

**A.**  Oracle started building Java products as early as 1996.

22  And there are four places that we use Java within the Oracle

23  product line.

24        First of all, in our data base.  Second, in our

25  development tools.  Third is in our middleware product.

1    Fourth, in our business applications.

2            In our data base we integrated Java inside of our

3    data base so that -- you know, a data base is a piece of

4    software that allows you to manage information and then ask

5    questions from that information.  And we put Java into the data

6    base so that developers who are writing applications accessing

7    data bases to ask questions and query information could do that

8    in Java, because it's much more open than the other languages

9    that people traditionally use to program databases with.

10           Second, we then got requests from customers to build

11   a development environment so that programmers could have a nice

12   interface which they could write programs in Java.  And so we

13   introduced a product called J Developer, or Java developer in

14   other words, to allow developers, programmers to write programs

15   in Java.

16           Then as the internet became the way that people built

17   applications and built websites, we introduced a product called

18   Oracle Fusion Middleware.  And what it really is is a

19   collection of technologies to allow people to build websites,

20   very sophisticated websites using Java.

21           And then, finally, we also took our packaged

22   applications.  When I say "packaged applications," people

23   want -- you know companies want to do accounting.  They want to

24   do -- manage how they manufacture products.  They want to have

25   software that handles how they distribute products and manage

1  their warehouses.  Retailers want to have software that manages

2  how you buy things at the point of sale.  We deliver a lot of

3  packaged applications to enable companies to do that and those

4  packaged applications, a number of them, are also written in

5  Java.

6  **Q.**   What was it about Java that made it so attractive for

7  these various uses that Oracle was making of it?

8  **A.**   There were three reasons we chose to use Java to build

9  these solutions.  One is the availability developers.  Second

10  is the interest from corporate customers.  And third is the

11  cost for Oracle.  So I'll explain maybe each of them.

12  **Q.**   Please.

13  **A.**   So the availability of developers.  You know, by the early

14  2000s Java had by far become the most popular programming

15  language in the industry.  And so when we built software, it

16  was easy for us to find developers who new Java to build our

17  own engineering teams.  And, also, when we sold software to

18  companies, the information technology departments of companies

19  often said, "Can you guys implement your software in Java

20  because then it's easier for us to find people to build

21  applications using Java?"  So that was reason number one.

22         Reason number two is Java enforced a set of standards

23  that allowed corporate customers to have choice across

24  different vendors.  Okay?  So take as an example if you buy

25  middleware, there is a component called an application server

 1  or web server.  It's the thing that if you click on a website

 2  today, most websites are served up using an application server

 3  or web server.  And Java enforces a set of standards that

 4  multiple vendors support; oracle, IBM, Red Hat, a number of

 5  players.  So why corporate customers like that is they can get

 6  their internal departments to build applications using Java to

 7  the standards and then one day if they decide they don't want

 8  to use Oracle software, but they want to go and switch over to

 9  IBM, or they don't like IBM software and they want to switch

10  over to somebody else, they have that choice and they are not

11  locked into a particular vendor.

12         So the second reason was corporate customers demanded

13  us to deliver solutions in Java and many of them have, as part

14  of their requisition process, when they put out a bid for

15  software they say:  Are you compliant with X version of the

16  Java specification in order to get -- you know, to have this

17  freedom of choice.

18         The third reason we chose to use Java was cost.  And

19  there were two reasons for cost for Oracle.  One is, Java has a

20  capability to -- they call it write once, run anywhere.  And

21  what it does is it essentially means that you don't bear the

22  heavy cost in porting our software to run across different

23  operating systems or processors.

24  **Q.**  You better explain porting and how it relates to operating

25  systems and processors.

1 **A.**    So, normally when you write a piece of software, you write

2 it in a language called a programming language.  You then take

3 that programming language and you run it through something

4 called a compiler.  Okay.  A compiler takes that, let's call it

5 English type syntax, and converts it into machine readable

6 code.

7           With the vast majority of programming languages, when

8 you convert it from that English syntax to machine readable

9 code, you have to write it for -- there's a specific compiler

10 and specific machine readable code for each hardware platform.

11 So if you were to compile it for Windows, for example, you used

12 one compiler for Microsoft to do that.  If you compiled it to

13 run on IBM's processor called the Power Processor, you used a

14 different compiler to process that.  If you chose to do it on

15 HP's computer, you had to use yet another processor to do that

16 or compiler to do that.

17           With Java, what Java has is something called a

18 bytecode, a portable bytecode.  So in Java what you do is you

19 take the source code, which is written in English like syntax,

20 and you compile it using a Java compiler and you get something

21 called a bytecode, and that bytecode is portable both across

22 operating systems and hardware platforms.  So once you compile

23 it once, it works on Intel's processor.  It works on IBM's

24 processor.  It works on the Sun Spark Processor.  It works on

25 HP's processor.  And it also is portable across Java virtual

1    machines that are compliant with the standard.

2           And so as a result, we don't have to have hundreds of

3    people responsible for taking our software when it's written in

4    Java and certifying it on every different hardware platform and

5    operating system.  So that's what I mean by lowering the cost

6    of porting.

7           The other factor for us is because of the migrant

8    Java ecosystem, there is a lot of third-party tools and

9    utilities and other things that we can use in building our own

10   software.  And so the forth factor is also lower cost.

11   **Q.**   How did the Java APIs and class libraries fit into this

12   picture of the value to Oracle when you were making these

13   decisions to base your products on Java?

14   **A.**   So the APIs and class libraries -- maybe I should explain

15   what an API is or a class library.

16          When you write an application program, you write it

17   in a language called a programming language.  And a programming

18   language is just a descriptive set of syntax that says -- you

19   know, it's an expressive syntax to say, here is how you give --

20   you describe a set of instructions that you want to give to a

21   computer to then have the computer operate.

22          Class libraries are different.  What class libraries

23   are are packaged programs that are encapsulated with an

24   interface called an Application Programming Interface or API.

25   And what they provide is essentially prepackaged functionality

1  so that developers don't have to write all of that

2  functionality every time themselves.  Okay?

3          So when you look at these class libraries, they are

4  basically prepackaged utilities that provide a lot of useful

5  functions for programmers to build applications with.  And they

6  are abstracted through a blueprint or a design interface called

7  the programming interface that says if you're calling this

8  piece of logic, you call it through this well-specified

9  interface and then this piece of code will execute some logic

10 and return a set of results to you.  Okay?

11         Now, for us, as a company building applications in

12 Java, the availability of these class libraries is very

13 important for two reasons.

14         One is it improves the productivity of our

15 developers, which means we can build applications much more

16 quickly.

17         And, second, in the Java specification they specify a

18 standard set of these libraries that the vendors who offer

19 solutions need to comply with.  And, therefore, it also means

20 that we can depend on a set of standards when we build

21 applications to these APIs.

22 **Q.**  So explain that last point just a little bit further.

23 You're talking now about the ability of the Oracle applications

24 to run on multiple companies' versions of the Java runtime

25 environment, the Java virtual machine?

1  **A.**   Correct.  So as an example, if you look at our accounting

2  software today, we make that available on at least five

3  different operating systems and hardware platforms.

4         Windows -- so on Windows and Linux, which are two

5  operating systems running on the Intel processor, we use our

6  own Java virtual machine to run on those platforms this

7  accounting software.

8         Now, on IBM's computer, which is called the Power

9  Computer running their operating system called AIX, they have a

10 far more sophisticated virtual machine than we do and our same

11 accounting software runs on that platform.  And because both

12 virtual machines implement the same specification and have the

13 same class libraries, we don't have differences.  You know, our

14 software can run across these operating systems without any

15 issues.

16 **Q.**   There is a particular specification in the Java world that

17 Oracle made its products consistent with, compliant with on the

18 application side.

19 **A.**   So on the technology side, we -- there are multiple

20 specifications that we support in the Java world.  Our

21 application programs depend on various versions of Java

22 Standard Edition, which is -- Java Standard Edition is just a

23 specification for Java programs that run on a desktop computer,

24 okay?

25         Java Enterprise Edition is a specification to say how

 1  programs should run on a server or an enterprise computer, as

 2  opposed to a desktop.

 3          Micro Edition, or ME, is for it to run on a -- you

 4  know, a micro device, like a phone or a tablet computer.

 5          And so our software packages, depending on the kind

 6  of software, comply with these standards.  So we support

 7  Java EE, Enterprise Edition, 5 and 6 in our middleware and

 8  business applications.  Our tools, for example, support Java

 9  Standard Edition 5.  And today they support both Standard

10  Edition 6 and 7.  So our products always comply with a specific

11  version of one of these standards.

12  **Q.**   Again, before the acquisition of Sun, did Oracle take a

13  Java license from Sun?

14  **A.**   Yes, we did.

15  **Q.**   And why did you do that?

16  **A.**   We took a Java license from Sun for three reasons.  One is

17  our engineers used to read the specifications from the Sun Java

18  standards specifications in order to implement, for example,

19  our Java virtual machine or our middleware.

20          Number two -- so, we took a specification license.

21          Number two.  We certified our products to comply with

22  the certain versions of these standards.  I mentioned Java SE5

23  and 6 and Java EE5.  And so we took the Test Compatibility Kit

24  license, or TCK license, to test and certify that our products

25  were compatible with the specific version of the specification.

1          And, third, we also took a commercial license because

2    we distributed, you know, Java technology as a vendor of Java

3    technology.

4          So we took all three licenses and we did that before

5    we acquired Sun for a number of years.

6    **Q.**   Just spend a little bit more on the TCK license and how

7    that fits into the overall picture here.  That terminology may

8    be a little confusing.

9          What exactly did Oracle get from Sun with respect to

10   the TCK license?

11   **A.**   So maybe I can be specific.  When we implemented Oracle

12   Fusion Middleware, we, as a vendor of the technology, did two

13   things.

14         First is our engineers read the specifications of

15   various parts of the standard in order to -- you know, because

16   they are the blueprint or the design specifications for how the

17   software should be implemented.  And so we, you know, use the

18   click-through license called the spec license or specification

19   license to help our engineers implement the software.

20         Now, once you implement the software, there is a

21   separate license called the Test Compatibility Kit, TCK kit.

22   What you get with it are three things.

23         First is, you get a set of tests that are literally

24   test suites that you can then run and test your software with

25   and either you pass or you fail, and you technically have to

 1  pass those test suites.  Okay?  So part one is you get the test

 2  kit.

 3          Part two is you get the ability to submit the results

 4  of your testing to say you've passed and you submit that to the

 5  Java standards process within something called the JCPO, Java

 6  Community Process Organization, to say I qualified.

 7          And third, if you pass or qualify, then you get some

 8  of the other capabilities, like the trademarks, the copyright

 9  and the ability to brand your solution as being compatible with

10  that version of Java.

11          So you get these three things with the TCK.

12  Q.   So to review, before the acquisition the three licenses

13  that were -- that you have referred to that Oracle used in its

14  business were the specification license, the TCK license, and

15  the commercial license?

16  A.   Correct.

17  Q.   And are those three licenses -- after the acquisition,

18  what did Oracle do to that basic licensing structure?

19  A.   They are all the same.  They are available today.

20  Q.   And then is there -- are there royalty-free licenses that

21  are available for Java technology?

22  A.   There are two additional licenses.  There is a

23  royalty-free license.  The royalty-free license is meant to be

24  used by non-profit organizations, like universities and

25  research organizations, so that they can both teach their

1  students Java, so that you get more developers coming out of

2  college knowing Java, and, also, research institutions that

3  want to use Java for non-commercial purposes.

4        There is also the open source license under something

5  called the GNU public license, or GPL, that's available.

6  **Q.**   And can you explain how that works?

7  **A.**   How the GPL works?

8  **Q.**   Yes.

9  **A.**   So, there's a version -- there is a Java implementation

10 called the Open JDK.  Open JDK is the so-called reference

11 implementation of Java.  It's implemented in an open source

12 project called the Open JDK in which a number of companies

13 participate, eight or nine companies participate:  Oracle, IBM,

14 a company called Canonical, Red Hat, a number of others.  They

15 all contribute source code.  Their engineers participate in it.

16 They contribute source code.  And the resulting implementation

17 of a virtual machine is called Open JDK.

18        Now, developers who want to implement their own Java

19 virtual machines can take source code from Open JDK under

20 something called the GPL, GNU public license, with one

21 requirement; that the source code that you use and if you

22 implement a virtual machine or some other technology derived

23 from that source code, you have to contribute it back to the

24 Open JDK source base.

25        And the reason for that is very simple.  The Sun

1  organization and Oracle and IBM and others who participate in

2  Java want to make sure that Java does not fragment.  And by

3  enforcing the ability for people to get access to the source,

4  but to contribute back any modifications, you ensure

5  essentially that Java is not fragmented.

6  **Q.**   I'd like to return to the specification license for a

7  minute.

8              (Whereupon, document was tendered

9               to the witness.)

10 **Q.**   And I've placed in front of you Exhibit 610.1 in the

11 folder.  And can you please identify this document?

12 **A.**   I have it.

13             (Document displayed)

14 **Q.**   Can you tell us what this is?

15 **A.**   This is a document which is a specification license for

16 Java 2 Platform Standard Edition Development Kit 5.0

17 specification.

18             **MR. JACOBS:**  610.1 offered into evidence, your Honor.

19             **MR. VAN NEST:**  No objection.

20             **THE COURT:**  Received in evidence.  You may publish,

21 if you wish.

22             (Trial Exhibit 610.1 received

23              in evidence)

24 **BY MR. JACOBS:**

25 **Q.**   You referred to this earlier just a bit.  You referred

1    earlier to the specification license, but let's walk through

2    it.

3              THE COURT:  Is it coming through in the jury box?

4              (All jurors respond affirmatively.)

5              THE COURT:  Okay.  Great thank you.  Go ahead.

6    BY MR. JACOBS:

7    Q.   What in general does this license grant the licensee the

8    right to do?  What permissions does it give?

9    A.   The paragraph, the second paragraph I think is the one

10   that tells you what it grants:

11              "Sun also grants you a perpetual

12              non-exclusive, worldwide, fully paid-up

13              royalty-free limited license (without the

14              right to sublicense) under any applicable

15              copyrights or patent rights it may have in

16              the specification to create and/or distribute

17              an Independent Implementation of the

18              Specification that" --

19   Q.   Stop right there.  Let's break it down a little bit.

20              First of all, how does this specification relate to

21   the creation of class libraries?

22   A.   So if you're a developer who is implementing class

23   libraries, the class library is a part of this specification.

24   So typically the class library design blueprint is available on

25   a website.  And as a developer when you go to that website, you

1  click and accept a -- you know, a specification license that

2  allows you to then read the blueprints and decide to implement

3  according to that blueprint.

4          And so this specification license is the one that

5  governs the way in which developers can understand the design

6  of the blueprints.

7  Q.   And just to be clear, is this a developer of an

8  implementation of the class libraries or of Java applications?

9  A.   This is a developer who is implementing the class

10 libraries.

11 Q.   Okay.  And then it says there:

12          "Applicable copyrights or patent rights."

13          And it says:

14          "You can create, distribute an independent

15          implementation of the specification."

16          And then it goes on to give us some more

17 requirements.  Can you walk us through that, the additional

18 requirements?

19 A.   Okay.  That -- and then I'm reading from, you know, (i):

20          "Fully implements the spec or specs including

21          all of its required interfaces and

22          functionality."

23 Q.   What is that driving at?  As Oracle administers these

24 licenses, what is Oracle trying to make sure that people do?

25 A.   In the Java standards organization and the Java

```
 1  specifications one of the very important clauses has always
 2  been that an implementation has to -- an implementation of Java
 3  has to fully implement the specification.  And by fully
 4  implementing the specification means you can't implement a part
 5  of the design that constitutes the specification.
 6          And this -- and it's tied to the important
 7  requirement that a vendor cannot implement part of the
 8  specification because if they implement just part of the
 9  specification, then standard Java programs will not run on
10  their version of the -- of Java.
11          And, secondly, if you write to their specific
12  implementation, then it may not work across other vendor's
13  implementation of Java.
14          So by definition to ensure that Java is portable
15  across implementations for multiple vendors, it's very
16  important that any developer or vendor implementing Java should
17  fully implement the specification.
18  Q.  And then if you look at the next item, item (ii), can you
19  explain what that's all about?
20  A.  Item (ii):
21          "Does not modify, subset, superset or
22          otherwise extend the Licensor Name Space, or
23          include any public or protected damages,
24          classes, Java interfaces, fields or methods
25          within the Licensor Name Space other than
```

1              those required/authorized by the

2              specification or specifications being

3              implemented."

4 **Q.**   So in a nutshell, what's that all about?

5 **A.**   So that's just a further clarification of this issue.

6 What it says is if you're implementing these APIs, you cannot

7 subset or superset.

8              By "subsetting" we mean you can't say there are 40

9 APIs and I'm only going to implement 25.

10             By "supersetting," you can't say there's 40 and I'll

11 implement all 40, but I add two of my own within what they call

12 the Name Space.  Name Space is just a way of saying how you

13 separate what's delivered as part of the Java standard and is

14 considered part of the foundation and what each vendor then has

15 to comply with.

16             And then there is a separate way that you can add

17 your own classes for areas that do not conflict with what's

18 part of the specification and that's in a separate what they

19 call Name Space, which is a way of just demarcating what's

20 within the standard versus what's outside the standard.

21 **Q.**   And by making that demarcation, does the license aim to

22 ensure that developers will not add or subtract from the Java

23 APIs and associated class libraries?

24 **A.**   Correct.  It's done in that specific way to protect Java

25 from vendors who want to, you know, add or subtract.  And some

1   of this has come about because in -- in the early 2000s,

2   Microsoft extended Java and they created a version of Java that

3   did technically supersetting and they have -- and, you know, to

4   protect against that kind of, you know, developing a version of

5   Java that's not standards compliant.

6   **Q.**   Do you have an understanding of what Sun did when

7   Microsoft came out with that supersetted version?

8   **A.**   My understanding is --

9               **MR. VAN NEST:**  Objection, your Honor.  Motion in

10  limine.

11              **MR. JACOBS:**  Consistent with the motion, your Honor.

12              **THE COURT:**  It's hearsay anyway.  His understanding

13  is not direct personal knowledge.  Sustained.

14              **MR. VAN NEST:**  Lacks foundation.

15              **THE COURT:**  Sustained.

16  **BY MR. JACOBS:**

17  **Q.**   Let's go on to the next category, item three.

18  **A.**   Category (iii) is:

19              "Passes the TCK (including satisfying the

20              requirements of the applicable TCK users

21              guide) for such specification."

22              Then it goes on to say:

23              "The foregoing license is expressly

24              conditioned on your not acting outside its

25              scope.  No license is granted hereunder for

1          any other purpose."

2  **Q.**   Now, you mentioned the TCK earlier.  How does this

3  provision relate to the TCK?

4  **A.**   What this says is if you're a developer who is reading the

5  specification and implementing software based on the design

6  blueprint in the specification, one of the requirements is that

7  you have to then subsequently take the piece of software you

8  built and then run and pass the TCK, or Test Compatibility Kit,

9  associated with that version of Java, including satisfying the

10  requirements in the applicable user's guide that describes how

11  to run the test.

12  **Q.**   And in order to get the TCK, do you have to take another

13  license or does that just come with the spec license?

14  **A.**   No.  The spec license is free of charge.  It's available

15  as a click-through license on the website.  And it's typically

16  done that way because in implementing a piece of software,

17  multiple developers in an organization may be reading

18  specifications.  And so each developer can -- should accept and

19  can accept the click-through license on the website at no

20  charge.

21          Now, when the vendor is going to sell that piece of

22  software, distribute it, even at no cost, they then have to

23  take a second license called the Test Compatibility Kit license

24  and that one has a nominal charge and associated with that you

25  get the test kits and then the ability to run and submit that

1  you're certified to the standards organization.

2          **MR. JACOBS:**  Now, if you scroll down a little bit,

3  Mr. Lee, to the independent implementation?

4          (Document displayed)

5  **BY MR. JACOBS:**

6  **Q.**   So one of the requirements you read was that the

7  implementation of the specification be an independent

8  implementation.

9          What is an independent implementation under the

10  license?

11  **A.**   I will read the paragraph, if you don't mind, and then

12  explain it.

13  **Q.**   Uh-huh.

14  **A.**   (As read)

15          "For the purposes of this agreement

16          Independent Implementation shall mean an

17          implementation of the specification that

18          neither derives from any of Sun's source code

19          or binary code materials nor, except within

20          appropriate and separate license from Sun,

21          include any of Sun's source code or binary

22          code materials; and Licensor Name Space shall

23          mean the public class or interface

24          declarations whose names begin with 'Java,

25          Java X, Com.Sun' or their equivalents in any

1              subsequent naming conventions adopted by Sun

2              through the Java community process or any

3              recognized successors or replacements

4              thereof."

5 **Q.**   So let's actually just take that in reverse order.   The

6 "Licensor Name Space" you explained that earlier?

7 **A.**    Yes.   The Licensor Name Space is when people write

8 software in Java, there needs to be a clear way of saying,

9 demarcating what does a specific version of Java provide out of

10 the box as part of the reference implementation?

11              And then what is a vendor or developer going to build

12 as part of their own class libraries, because a developer

13 building an application can also build their own class

14 libraries.

15              So the way that Java handles this is through

16 something called a Name Space.   A Name Space basically says

17 when you're writing a program, your class libraries can be

18 named the following things.   And the vendor who supports the

19 version of Java that's compliant with the standard has all

20 their class libraries within Java, Java X, Com.Sun.   So it

21 provides a clean demarcation between a company.

22              Pick an example, CitiBank.   They are building Java

23 applications.   They can say, We can build our own class

24 libraries and put them in a Name Space called

25 CitiBank.java.something or CitiBank.X, as long as we are not

1  putting it into Java or JavaX or Com.Sun.  And the advantage

2  there is both it allows companies and developers to build class

3  libraries without stepping on and bifurcating what's the

4  reference implementation and the standards compliant

5  implementation of the spec.  That's what this Name Space

6  separation is.  It's just a simple way of partitioning what's

7  in the standard that a vendor needs to comply with and where

8  does a developer or a pool of developers building Java

9  applications, where can they put their own class libraries?

10 **Q.**   Back to Independent Implementation.  What's that clause

11 driving at?

12 **A.**   Independent Implementation basically means that there are

13 two kinds of developers in the -- who might be building Java

14 technology.  One kind of developer is somebody who says in

15 addition to reading the specification documents, I'm actually

16 going to access some of the source code that's in the Open JDK

17 project and use that source code when I write my program.

18 That's type number one.

19        What Independent Implementation means is, I read the

20 blueprint that's part of the specification, but then I write my

21 own implementation in what's called a clean room, which means I

22 don't take any source code or binary code.  I write it myself.

23        What this document says is that the specification

24 license applies, and the TCK compatibility requirements apply

25 whether you did an independent implementation or you took

1  source code from the Open JDK project.  That's what it means.

2  Q.   Now how does a clean room, the concept of a clean room fit

3  into the idea of an Independent Implementation?

4  A.   A clean room is basically a word used to refer to an

5  engineering project.  You know, think about clean rooms.  They

6  typically came from the semiconductor industry where people

7  said -- you know, you went into a room and you had specific,

8  you know, clothing on that meant you didn't contaminate any,

9  you know, semiconductor chips.

10        And by "clean room" in software, it means that your

11  engineers who wrote the code looked at the design

12  specifications so that they could understand the blueprint that

13  was in the design, but didn't look at any source code and wrote

14  the code by their own, you know, design.  Meaning, they

15  complied with the blueprint, but they wrote the code

16  themselves.  That's what we mean by Independent Implementation.

17  Q.   Now, if we scroll down to the trademarks provision of this

18  license.  Can you just read the first three lines of that?

19  A.   It says:

20        "Trademarks:  No right, title, or interest in

21        or to any trademarks, service marks, or trade

22        names of Sun, Sun's licensors, specification

23        lead or the specification lead's licensor is

24        granted hereunder."

25  Q.   And then it goes on to talk about a couple of trademarks.

1    Do you see that?

2    **A.**    Yes.

3    **Q.**    Okay.  So as you administer the licenses and as you work

4    with them at Oracle, if you have met the requirements of the

5    specification license, do you have the right based just on that

6    to use the Java logo?

7    **A.**    No, you do not.

8    **Q.**    What do you need to do in order to get that right?

9    **A.**    You have to purchase the Test Compatible Kit license, or

10   TCK license.  You have to run the test suites.  You have to

11   pass the test suites.  You then have to submit your results to

12   the certification organization and then once they are

13   comfortable that you, in fact, did pass correctly, then you get

14   the ability to use the brand and the logos.

15   **Q.**    What is the underlying purpose, then, of these

16   requirements of, for example, not supersetting, not subsetting,

17   implementing the whole interface?  What's that all driving at?

18   **A.**    It's all driving at the important notion that if you want

19   Java to be write once, run anywhere.  Write once, run anywhere

20   means write once.  Run anywhere means you can depend on

21   software to run across different hardware operating systems and

22   you can depend on software to run in a consistent way across

23   Java stacks from different vendors.  All of these requirements

24   are essentially protecting that Central Valley proposition for

25   Java.

1  Q.   Are there companies that have complied with the

2  specification license, taken the TCK license, paid the fee,

3  gotten the brand for an Independent Implementation?

4  A.   Yes.  There are many companies that have done so.

5  Q.   Did Google do that?

6  A.   No, they do not.

7  Q.   Let's just spend a minute more on commercial licenses,

8  royalty-bearing licenses.

9        I'm going to ask you about companies that -- and ask

10  you what kind of -- what their license is for and how they are

11  using Java in their business.

12        So Sony?

13  A.   Sony uses Java inside their blue re DVD players.  There's

14  Java on the micro controller inside the blue Ray DVD player

15  that does a bunch of functions that allows the DVD player to,

16  you know, play the DVD as well as record, and the intelligence

17  within the DVD player is managed using Java.

18  Q.   How about Panasonic?

19  A.   Panasonic puts it on some of their -- both televisions,

20  smart televisions, as well as in their own version of DVD

21  players.

22  Q.   Cisco?

23  A.   Cisco Systems sells the -- like a SoftPhone, which is the

24  phone that you use, but it's got a lot of software in it to

25  allow you to do intelligent things, like conference calling,

```
 1   three-way conferencing, speed dialing, remembering people's
 2   telephone numbers, all of that.  That's -- so in order for the
 3   phone to be able to do that, it needs a program that stores all
 4   that information and then manages it, and it uses a version of
 5   Java called Java ME to do that.
 6   Q.   How about RIM, Research in Motion, Blackberry?
 7   A.   The Blackberry, you know, device actually runs Java.  When
 8   you use Blackberry's mobile device, it's actually running Java.
 9   It runs a version of Java called Java ME.
10   Q.   GE?
11            THE COURT:  GE or ME?
12            MR. JACOBS:  I asked a new company.  He said ME and
13   then I asked about General Electric.
14            THE COURT:  So your answer was ME?
15            THE WITNESS:  ME.
16            THE COURT:  Now, you're going to GE.  You mean
17   General Electric.
18            MR. JACOBS:  Yes.  Sorry your Honor.
19   A.   General Electric sells home appliances, things like
20   refrigerators, dishwashers, laundry machines and so on.
21            Within the refrigerator, for example, they use Java
22   on a microcontroller and the value that they find with Java is
23   that they can store a bunch of programs.
24            So as an example, if you leave and go on vacation and
25   you want the refrigerator to be at a certain temperature and
```

1    when you come back on a particular date, you want ahead of time

2    for the refrigerator to become even colder because you want to

3    have cold drinks when you come back, for example.

4            In order for it to do that, it needs to have a stored

5    program that saves the calendar and can manage whether you take

6    the temperature up or down, and it does that using Java.

7    **Q.**   Nokia?

8    **A.**   Nokia's phones run on -- they have an operating system

9    called Symbian, and on top of that they run programs in Java.

10   **Q.**   EBay?

11   **A.**   EBay is an auction site.  You know, the website of eBay is

12   served up using a technology in Java called Java Server Pages,

13   a very simple thing.  What it is is a way to build web pages

14   using Java.  So they took a license for what's called Java

15   Server Pages Version 1.2 because they were doing a customer

16   implementation of that version of the standard in order to

17   be -- to make it really fast and their website really

18   interactive with users.

19   **Q.**   Visa?

20   **A.**   Visa uses a technology called Java Card.

21   **Q.**   Okay.

22   **A.**   So when you use a Visa card, some of the Visa cards have a

23   chip on them and on the chip they actually store things like

24   a -- call it an electronic wallet and the ability to swap money

25   and do transactions using that.

1              Visa specifically uses a component of the Java Card

2    called a Java Card trimming tool and what it is is it allows

3    you to take this Java Card, which they license, but then to cut

4    off and trim so that no other program can run on that outside

5    of what visa provides.  And that's largely for security

6    reasons, because they don't want somebody by mistake to get

7    some software downloaded on it that may steal money from their

8    bank account.

9    **Q.**   And last is Amazon?

10   **A.**   Amazon has a product called the Kindle.  A Kindle is an

11   electronic book reader.  And Kindle is essentially running

12   Java.

13             When you open the Kindle and read books, the

14   technology that allows you to actually read the books and then

15   download stuff from the Amazon site and handle all of that is

16   actually based on Java.

17   **Q.**   Were all these companies that you mentioned, are they

18   licensees under what we call the commercial licenses for Java?

19   **A.**   Correct.  They all are.

20   **Q.**   And then earlier you mentioned companies that had taken

21   the spec and TCK license.  Could you just briefly review some

22   of those companies again?

23   **A.**   So IBM is an example of a company that takes both the spec

24   and TCK license.  IBM is a, you know, big computer company that

25   implements technology and Java.  They sell a -- they offer a

1   Java virtual machine.  They have their own middleware called

2   Web Sphere that implements the Java Enterprise Standard or

3   Java EE, and so they have got different Java products.

4          And they take both a spec license, because their

5   engineers read the design specifications.  They take a TCK

6   license, because when they implement the software, they certify

7   that their software is compliant with certain versions of the

8   specification.  And they also take a commercial license.

9   **Q.**   And then we refer to the open source versions, the

10  OpenJDK.

11  **A.**   Right.

12  **Q.**   Can you tell us more how that's actually used by users of

13  Java, by companies that have access to that code base?

14  **A.**   The OpenJDK is a project that has multiple participants.

15  There's about 300 people who have contributed to OpenJDK from

16  40 different companies, okay.

17         What it is, is, really, it's a project where the

18  development of Java Standard Edition, or as we call it the Java

19  virtual machine for desktops and for, you know, devices is done

20  through a community of people working in open source.  Okay.

21  So you can actually see the source code.  You can contribute

22  source code to it.  You can petition for membership.  And, you

23  know, once granted membership, you can contribute source code

24  to it.

25         And it's a joint -- it's an organization with a

387

1  governance structure managed by Oracle, IBM, Red Hat, and a

2  number of players within that community.

3      Now, once you -- when source code is contributed to

4  that, you can also take source code from OpenJDK, but you take

5  it under a license called the GNU public license, or GPL.

6  Okay.

7      The requirement of the GNU public license is,

8  basically, that you can look at the source code, you can

9  actually take the source code.  But if you take the source

10  code, anything that you do to modify the source code or build

11  what they call a derivative work based on that source code, you

12  have to contribute back.

13  **Q.**   And, in fact, is the GPL used widely for commercial

14  purposes?  I'm sorry.  I didn't ask that right.

15      Is OpenJDK under the GPL used widely for commercial

16  purposes?

17  **A.**   Most commercial companies don't use the OpenJDK because of

18  the basic requirement that they want to -- commercial companies

19  want to so-called add value.  They want to take a Java virtual

20  machine and they want to optimizes it in a certain way.  Right.

21  And "optimize it" is specialize it for their processor, tailor

22  it to their device, optimize it for their hardware.  And that

23  optimization they consider as their own unique intellectual

24  property.

25      So they -- under the conditions of the GPL, they

1  would have to contribute that back to the OpenJDK project.  So,

2  instead, what vendors do is they take a commercial license for

3  that purpose.

4  **Q.**    So we've talked now about the commercial license, the

5  spec/TCK combination, and the GPL.

6          Is Android under any of those as Android relates to

7  Java?

8  **A.**    No.

9  **Q.**    Post acquisition now, Oracle buys Sun.  At some point you

10 actually assume some responsibility for Java.  And I'd like you

11 to talk about your responsibilities and what some of the

12 highlights of Oracle's further development of Java have been

13 since the acquisition.  Let's break that down a little bit.

14         After the acquisition, did Oracle have to play a

15 different kind of role than it was playing in the Java

16 Community Process?

17 **A.**    Yes.  After -- prior to the acquisition of Sun, we were a

18 participant in the Java Community Process.  And we implemented

19 software that complied with Java standards.  But we didn't --

20 actually were not the primary steward of the Java Community

21 Process and the Java, you know, community organization.

22         So we acquired Sun in January 2010.  Once we acquired

23 Sun, we changed our role in three additional ways.

24         Number one, we became the steward and primary sponsor

25 for the Java standard setting organization, called the JCP or

1   the Java Community Process, number one.

2          Number two, we also took over the engineering of

3   the -- what we call the reference implementations and design

4   specifications for many of the Java standards.  Things like the

5   Java Standard Edition, the design specifications for Java

6   Enterprise Edition, et cetera.

7          And, third, we invested additionally, we also became

8   the sponsors for the Java user groups, what's called the Java,

9   you know, developer community, which has a number of forums and

10  other things where we go out and do events to get developers

11  excited about where Java is going and also train new developers

12  on Java technology so that we can keep the developer ecosystem

13  vibrant.

14  **Q.**   Do you have an estimate for how much Oracle has invested

15  in Java since the acquisition?

16  **A.**   Annually, we spend hundreds of millions of dollars on

17  Java.

18  **Q.**   And any plans to change that?

19  **A.**   Not -- no.

20  **Q.**   Did you at some point get involved in analyzing Android

21  for purposes of determining what Oracle would do about Android?

22  **A.**   I evaluated Android to understand largely from the point

23  of view of trying to understand, one, how we could make Android

24  compliant with the Java specification, and, secondly, what

25  technically would be involved to help make that possible.

1  Q.   What did you learn?

2         MR. VAN NEST:   Objection, Your Honor.   Calls for

3  expert testimony.   Undisclosed.

4         THE COURT:   Sustained.

5  BY MR. JACOBS:

6  Q.   Did you actually conduct this analysis yourself, as part

7  of your business responsibilities at Oracle?

8  A.   I did, along with Mark Reinhold and some other people from

9  our Java engineering group.

10 Q.   And you did this not as -- in association with this

11 lawsuit, but as part of your business duties, correct?

12 A.   Correct, yes.

13 Q.   What did you learn?

14        MR. VAN NEST:   Objection, Your Honor.   Same

15 objection.   It's expert testimony.

16        THE COURT:   Well, it is, but it does not have -- it's

17 okay as long as it's -- it's like a treating physician.   As

18 long as he was not retained, and did this as part of his job,

19 it's okay.   Isn't it?

20        MR. VAN NEST:   I thought that had to be disclosed,

21 Your Honor, under the rules.

22        THE COURT:   Well --

23        MR. JACOBS:   This is a -- laying a foundation for the

24 discussions that he subsequently had with Google, in which this

25 issue was addressed.

1    **THE COURT:**  There may be a disclosure.

2    **MR. VAN NEST:**  Discussions I have no problem with.

3    It's this portion here, Your Honor --

4    **THE COURT:**  I do think it's required that you

5    identify even fact witnesses who are going to give opinion

6    evidence.

7    **MR. JACOBS:**  We're not asking him for any ultimate

8    opinions, Your Honor.  We're asking him for what he did, what

9    he learned, and what he did with that information.

10   **THE COURT:**  We're going to skip this part and come

11   back to it after we have a hearing out of the presence of the

12   jury.  So see if you can work around it without having to get

13   into this piece of it.

14   **BY MR. JACOBS:**

15   **Q.**   Did you have meetings with Andy Rubin to discuss concerns

16   Oracle had about Android?

17   **A.**   Yes, we did.

18   **Q.**   When did you first meet with him?

19   **A.**   May 28, 2010.

20   **Q.**   Did you meet with Alan Eustace of Google on a similar

21   topic?

22   **THE COURT:**  You need to be a little closer to the

23   microphone.

24   **THE WITNESS:**  May 28, 2010, was the date, since you

25   asked.

392

```
 1          And then we did meet with Alan Eustace sometime in
 2   June or early July 2010.
 3   BY MR. JACOBS:
 4   Q.   And what did you discuss with them?
 5   A.   Discussions were around two topics.
 6          Number one was, we proposed a mechanism through which
 7   Google could get Android to be compliant with Java.  And there
 8   were three pieces of that discussion.  The first is Android has
 9   a virtual machine inside of Android called Dalvik.  And Dalvik
10   runs a nonJava standards compliant bytecode.  Meaning the way
11   that you take a Java program -- a program for Android and then
12   convert it is you first compile it to standard Java bytecode,
13   and then you run a second step to convert it from Java bytecode
14   to something called a dex bytecode.
15          And so step one was a discussion on how to either
16   eliminate the Dalvik VM and replace it with the CDC virtual
17   machine, which is compliant with Java Standard or, two, to get
18   Dalvik itself to comply with the Java Standard.  So that's one.
19          The second was to get the class libraries compliant
20   with the Java 2, Standard Edition specification.
21          And the third was a discussion around if they had
22   applications already written to run on Android, how could those
23   applications be made to work on a standard Java virtual
24   machine.
25   Q.   Let's focus on the second of those three elements.  What
```

1    were you driving at there?

2    **A.**    Android implements -- you know, doesn't implement --

3              **MR. VAN NEST:**   Objection, Your Honor.   Same

4    objection.

5              **THE COURT:**   Sustained.

6              At this point, all you can do is if it came up in a

7    direct conversation with someone at Google, he can recount the

8    conversation.   That would be fine.   But as phrased that

9    question calls for an opinion under Rule 26, and apparently was

10   not disclosed.

11             So we will have to get at it -- he can testify to it

12   only if it was actually spoken.

13   **BY MR. JACOBS:**

14   **Q.**    With respect to the second item, Mr. Kurian, Mr. Kurian,

15   what did you say to Google?

16   **A.**    I specifically discussed -- we specifically discussed with

17   Mr. Rubin that the Dalvik implementation and their

18   implementation of Java needed to comply with the Java Standard

19   specifications, which meant you had to implement the class

20   libraries completely and also pass the TCK.

21   **Q.**    Did Google accept that?

22   **A.**    No.

23   **Q.**    Did you also discuss with Google the fact that Google was

24   using some class libraries in Android that had been imported

25   from the Apache Harmony project?

1          **MR. VAN NEST:**  Objection.  Leading.

2          **THE COURT:**  Well, again, in light of your earlier

3  objections, counsel is trying to avoid that by focusing on the

4  word discussion.  So I'm going to let him lead to that limited

5  extent.

6          Please, answer the question.

7          Overruled.

8          **THE WITNESS:**  Yes, we did discuss the fact that

9  within Android there is an implementation of Java class

10  libraries taken from a project, an open source project called

11  Apache Harmony.

12          And we pointed out that Apache Harmony had never been

13  granted a Test Compliance Kit certification, and had never

14  passed certification; and, as a result, in order to comply with

15  Java they would have to replace those libraries.

16  BY MR. JACOBS:

17  Q.   And what did Google say to that?

18  A.   They did not accept that.

19  Q.   How did they -- your discussions with Google end?

20  A.   Oracle's president Ms. Safra Catz and I met with a

21  gentleman, Mr. Alan Eustace.  It's either in June or July 2010,

22  early July 2010.  We indicated the same two issues.

23          Number one, that they needed to eliminate their

24  implementation of the Dalvik virtual machine and replace the

25  class libraries that they had taken from Apache Harmony with a

1   compliant version from the Java community.

2            And they -- and that was the last discussion.

3            **MR. JACOBS:**  I have no further questions.

4            **THE COURT:**  Cross-examination.

5                        <u>**CROSS EXAMINATION**</u>

6   **BY MR. VAN NEST:**

7   **Q.**   Good afternoon, Mr. Kurian.

8            I want to start with your discussions with the Google

9   representatives in 2010.

10           **THE COURT:**  People are leaving and it's distracting.

11  Anyone else want to leave?  Be my guest.  But after

12  Mr. Van Nest starts, please stay here until the end.

13           **MR. VAN NEST:**  I can't even get an audience.

14           (Laughter)

15           **MR. VAN NEST:**  I can't keep one.

16           **THE COURT:**  No, that's fine.

17           All right.  The floor is yours.

18  **BY MR. VAN NEST:**

19  **Q.**   You mentioned, Mr. Kurian, that you had spoken with

20  Mr. Rubin about Apache Harmony --

21  **A.**   Yes.

22  **Q.**   -- is that right?

23           And you told him that some of the libraries in

24  Android were based on Apache Harmony?

25  **A.**   I told him that it was our understanding that some of the

1  class libraries in Android running on top of the Dalvik virtual

2  machine were from Apache Harmony.

3  **Q.**    Okay.  Now, Apache Harmony, that wasn't owned by Sun or

4  Oracle?

5  **A.**    No, it was not.

6  **Q.**    Apache Harmony, that's an independent project?

7  **A.**    That is an independent project, yes.

8  **Q.**    And Apache Harmony never took a license from Sun, right?

9  **A.**    Correct.  They were never granted a license from Sun.

10 **Q.**    And Apache Harmony first published their product in 2005,

11 right?

12 **A.**    I'm not sure of the date, sir.

13 **Q.**    Well, did you do any investigation to determine how long

14 Apache Harmony had been out there without a license from Sun?

15 **A.**    The specific version of Java that was implemented within

16 the Dalvik virtual machine, the class library version was

17 available as early as 2005, from Sun.

18         The primary contributions to Apache had been made by

19 Intel and IBM post that timeline.

20 **Q.**    Okay.  But Apache had a group of class libraries, correct?

21 You have to answer verbally, Mr. Kurian.

22 **A.**    Yes, sir.

23 **Q.**    And many of those class libraries were in Android.  At

24 least that's what you told the Google folks?

25 **A.**    I said some of the class libraries were in Android, yes.

1   Q.   Did that include all of the class libraries in the 37 APIs

2   that are accused here in this case?

3   A.   Yes, sir.

4   Q.   So all 37 of those you told Mr. Rubin were in Android?

5   A.   Correct, yes, sir.

6   Q.   And those 37 were also in Apache --

7   A.   Yes, sir.

8   Q.   -- right?

9        And they had been in Apache since when, 2005?

10  A.   As I said, I don't know exactly when they were in Apache.

11  I said that the Java Standard version that had been published

12  by Sun with those class libraries was as early as 2004.

13  Q.   And Apache had been using those same libraries since 2004,

14  without a license from Sun, right?

15  A.   Again, as I said, Intel and IBM were the primary

16  contributors to Apache Harmony.

17  Q.   Excuse me, Mr. Kurian.  I had a different question.  I

18  apologize for interrupting you.

19        These libraries were out there being used by Harmony

20  with no license from Sun since approximately 2005, correct?

21  A.   Yes.  There had been many discussions between Apache and

22  both Sun and the Java Community Process about resolving this

23  matter.  But no license had been granted.

24  Q.   So in 2005, 2006, 2007, 2008, 2009, Apache was using the

25  same libraries and the same APIs we're talking about in this

1  case, without license from Sun, correct?

2  **A.**    Correct.  And Sun had been trying to negotiate with Apache

3  about a license because Apache had petitioned Sun for such a

4  license.

5  **Q.**    Now, you mentioned the APIs.  I think you said they are

6  the structure that allows you to access the libraries, the

7  source code in the libraries, correct?

8  **A.**    I said the APIs are the blueprint of the design for how a

9  piece of program logic can be encapsulated for access by a

10  calling program.

11  **Q.**    Okay.  But they are different from the source code that's

12  in the library, correct?

13  **A.**    There's -- an API consists of three parts.  There's a

14  blueprint, which is --

15  **Q.**    Excuse me, Mr. Kurian.  I had a more simple question.

16        They are different than the library and the source

17  code in the library; are they not?

18  **A.**    Let me explain myself, if you don't mind.

19        **THE COURT:**  Let's let the witness explain his answer,

20  and you can do a follow-up.  Give us your answer.

21        **THE WITNESS:**  An API consists of three important

22  pieces.

23        There's the blueprint, which is the design of the API

24  itself.  The specification, which says exactly how the

25  blueprint should be -- you know, what's the rationale for the

1  design of it and the relationship between this API and other

2  pieces.  And a third piece, which is the implementation, or

3  reference implementation or source code that says, here's an

4  example of how this API is implemented.

5  **BY MR. VAN NEST:**

6  Q.   Fair enough.

7       And with respect to all three of those elements,

8  Apache was using those as of, roughly, 2004, 2005?

9  A.   Perhaps, yes.

10 Q.   And in 2007, they were still using them with no license

11 from Sun?

12 A.   Yes.  They had petitioned for a license.  Sun had talked

13 with them, but they had not been granted a license.

14 Q.   So they were still selling and still using Harmony as late

15 as 2009, without a license from Sun, right?

16 A.   Apache does not sell APIs.

17 Q.   Well, making --

18 A.   They were an open source project, and there were people

19 working in that open source community.  But they were not a

20 commercial institution that was selling software to anybody.

21 Q.   Now, at the time you talked to Mr. Rubin, Apache still

22 didn't have a license, correct?

23 A.   Correct.

24 Q.   And Mr. Rubin told you Google didn't need a license to use

25 Android, right?

KURIAN - CROSS EXAMINATION / VAN NEST

1  A.    Yes.

2  Q.    He said, We don't need a license --

3  A.    Yes.

4  Q.    -- correct?

5  A.    Yes.

6  Q.    Mr. Eustace said, We don't need a license?

7  A.    Yes.

8  Q.    Now, you mentioned the Dalvik virtual machine.  That's a

9  source code implementation in Android, correct?

10 A.    That's a virtual machine that's implemented in Android,

11 yes.

12 Q.    And you were asking in these meetings to replace the

13 Android virtual machine with the Java virtual machine that

14 Oracle made, right?

15 A.    Correct.

16 Q.    And the Java virtual machine, that's different from the

17 Dalvik virtual machine.  At least that's what you told

18 Mr. Rubin?

19 A.    That's correct.

20 Q.    It's a different implementation from the Java virtual

21 machine, right?

22 A.    You mean -- did you mean the Dalvik virtual machine is a

23 different --

24 Q.    Let me ask it again.

25        The Dalvik virtual machine is a different

 1  implementation than the Java virtual machine, correct?

 2  A.    Yes.

 3  Q.    And you wanted Mr. Rubin to replace his virtual machine

 4  with yours, right?

 5  A.    Correct.

 6  Q.    And pay money for that?

 7  A.    We discussed technically replacing it.  And we said there

 8  would be a separate discussion on the commercial terms.

 9  Q.    Commercial terms means you wanted money for that, right?

10  A.    Sure.

11  Q.    You would be asking for money if your product was being

12  used in Android?

13  A.    Sure.

14  Q.    Which at the time you spoke to Mr. Rubin it was not.  They

15  were not using the Java virtual machine in Android, right?

16  A.    Yes.

17  Q.    They had built their own?

18  A.    Yes, sir.

19  Q.    And it was different?

20  A.    Yes, sir?

21          MR. VAN NEST:  I have nothing further, Your Honor.

22          THE COURT:  Redirect, please.

23                   **REDIRECT EXAMINATION**

24  BY MR. JACOBS:

25  Q.    Mr. Kurian, you referred to this briefly.  I just want to

1  make sure it was clear.  What exactly is the -- is the

2  commercial status of Apache Harmony?

3          Apache Harmony has not been granted a TCK license.

4  There is a very specific technical reason for it.  When Sun

5  talked to Apache, and subsequently Oracle talked to Apache, one

6  of the basic requirements of TCK compliance of an

7  implementation of Java is that the -- the implementer of the

8  specification has to guarantee that not only are they compliant

9  with the specification in their implementation, but any

10 organization downstream from them that uses that version of

11 Java or modifies that version of Java will also remain

12 compliant with the specification.

13         Now, Apache Harmony could not guarantee that

14 downstream users from Apache would remain compliant with their

15 implementation because of the way that the Apache software

16 license is designed.

17         A downstream company -- let me take a simple example.

18 Apache Harmony project may itself comply with today and going

19 forward with the Java Standard Edition specification and say,

20 we certify that our test suites are passed, et cetera.

21         But an organization downstream from Apache -- pick an

22 example -- a telecommunications vendor who takes the source

23 code from Apache, and they are free to then modify that source

24 code under the Apache license without any constraints around

25 contribution back.  As a result of which, downstream

1  organizations will not be able -- you know, there's no

2  enforcement mechanism to say anybody downstream from Apache

3  could be granted that license and would remain compliant.

4          That's the central reason why Apache itself has never

5  been granted a TCK license from the Java community

6  organization.

7  **Q.**   Are you aware of any commercial uses of Apache Harmony

8  other than the packages of class libraries that are in Android?

9  **A.**   I am not.  Additionally, IBM and Intel, who were the

10 primary contributors of the source code in Apache Harmony, have

11 now moved their source code contributions to OpenJDK.

12          **MR. JACOBS:**  Thank you very much.

13          **MR. VAN NEST:**  Just one or two, Your Honor.

14          **THE COURT:**  Fine.

15                      **RECROSS EXAMINATION**

16 BY MR. VAN NEST:

17 **Q.**   Mr. Kurian, during the period before Oracle acquired Sun,

18 was Mr. Schwartz running Sun?

19 **A.**   Yes, sir.

20 **Q.**   Was he responsible for Sun's relationship with Apache

21 Harmony?

22 **A.**   I'm not sure of that, sir.

23 **Q.**   He was the boss?

24 **A.**   He was the CEO of Sun Microsystems.

25 **Q.**   Was Mr. Schwartz ultimately responsible for Sun's

 1  relationship with Android, as CEO, as well?

 2  **A.**    Perhaps, yes.

 3           **MR. VAN NEST:**  Nothing further, Your Honor.

 4           **MR. JACOBS:**  Nothing further, Your Honor.

 5           **THE COURT:**  All right.  May the witness step down and

 6  be excused, not subject to recall?

 7           **MR. VAN NEST:**  Yes, Your Honor.

 8           **THE COURT:**  All right.  Thank you, sir.  You're free

 9  to go.

10           **THE WITNESS:**  Thank you.

11           (Witness excused)

12           **THE COURT:**  All right.  I think we could take on

13  another witness.  Let's try that.

14           **MR. BOIES:**  Your Honor, our next witness that we call

15  is Mr. Larry Page.

16           **THE COURT:**  All right.

17           **MR. JACOBS:**  May I retrieve an exhibit, Your Honor,

18  from the witness stand?

19           **THE COURT:**  Yes, you may.

20           Now, let me be clear.  This is Mr. Page of Google?

21           **MR. BOIES:**  Calling him as an adverse witness, Your

22  Honor.

23           **THE COURT:**  So I want to be clear that --

24           **MR. VAN NEST:**  I understand.

25           **THE COURT:**  -- he's on cross-examination now,

```
 1  Mr. Van Nest, so that our house rules now apply.
 2              All right.  Mr. Page will come forward.
 3              Welcome, sir.  Please stand in the witness box and
 4  raise your right hand.
 5                            LARRY PAGE,
 6  called as a witness for the Plaintiff herein, having been first
 7  duly sworn, was examined and testified as follows:
 8              THE WITNESS:  I do.
 9              THE COURT:  Welcome.  Please have a seat.  This
10  microphone moves around.  Do you see how I'm moving mine?
11  You've got to point it this close.  Say your name.
12              THE WITNESS:  I'm Lawrence Page.
13              THE COURT:  Perfect.
14              Counsel.
15                         CROSS EXAMINATION
16  BY MR. BOIES:
17  Q.   Good afternoon, Mr. Page.
18  A.   Good afternoon.
19  Q.   You are currently the chief executive officer of Google;
20  are you not, sir?
21  A.   That's correct.
22  Q.   And you are one of the founders of Google?
23  A.   That's right.
24  Q.   And since the founding of Google in 1998, you have been
25  one of the top three officers of Google, correct?
```

1   **A.**    That's correct.

2   **Q.**    And you are either the largest or one of the two largest

3   shareholders of Google, correct?

4   **A.**    That's correct.

5   **Q.**    I'd like to direct your attention to the period of 2005.

6   And, in 2005, Google was considering acquiring Android,

7   correct?

8   **A.**    That is correct.

9   **Q.**    And Android had not been initially developed by Google,

10  but it had been developed by another small company, correct?

11  **A.**    Android was a startup that we were working on acquiring,

12  yes.

13  **Q.**    And when you say "a startup," you mean a separate company?

14  **A.**    Yeah, a small, a small company.

15  **Q.**    And who was in charge at Google of the Android project?

16  **A.**    Well, once we acquired the company Android, was Andy

17  Rubin.

18          **MR. BOIES:**  May I approach, Your Honor, with Exhibit

19  1?

20          **THE COURT:**  Yes.  Did you say "1"?

21          **MR. BOIES:**  Trial Exhibit 1.

22          **THE COURT:**  1.  All right.  Go right ahead.

23  **BY MR. BOIES:**

24  **Q.**    This is a document you are familiar with, correct, sir?

25  **A.**    Yes.

 1  Q.   And --

 2            MR. BOIES:  Your Honor, I would offer this exhibit.

 3            THE COURT:  Any objection to number 1?

 4            MR. VAN NEST:  No objection, Your Honor.

 5            THE COURT:  Number 1 is in.  Please publish it, if

 6  you wish.

 7            (Trial Exhibit 1 received in evidence.)

 8            MR. BOIES:  Publish it.

 9            (Document displayed.)

10  BY MR. BOIES:

11  Q.   And this was prepared on or about July 26, 2005, correct?

12  A.   That is correct.

13  Q.   And this was prepared for a discussion of Key Strategic

14  Decisions Around the Open Source Android Project, correct?

15  A.   I think this presentation was about Android, and that's

16  the title of it, yes.

17  Q.   And you received this at or about the time it was

18  prepared, correct, sir?

19  A.   I believe so, yes.

20  Q.   And who prepared this?

21  A.   Looks like it was prepared by the Android team.

22  Q.   And that would have included who -- who would have been

23  the head of that Android team?

24  A.   As I already mentioned, that would be Andy Rubin as the

25  head of the team.

 1  Q.   Now, let me -- let me direct your attention to page 8 of

 2  10 of this exhibit.  It says at the top "Why Java?"  Do you see

 3  that?

 4  A.   Yes.

 5  Q.   And it begins, "Carriers require it."  Do you see that?

 6  A.   Yes, I do.

 7  Q.   And the carriers there were the telecoms that provided

 8  cell service, correct?

 9  A.   Yeah.  Like Verizon or T-Mobile, or something like that.

10  Q.   And it also says under "Why Java?" "Existing pool of

11  developers and applications."  Do you see that?

12  A.   Yeah, I see that.

13  Q.   And that was an existing pool of developers to do Java

14  programming, correct?

15  A.   Yeah.  Java programming is taught in schools and many

16  places.

17  Q.   Let me ask you to go to the next page, where it says -- do

18  you see "Current Scenario"?

19  A.   Yes.

20  Q.   And the first item there says "Developing a clean room

21  implementation of a JVM."

22          And that stands for Java virtual machine, correct,

23  sir?

24  A.   Yes.

25  Q.   And a clean room would be a project that had in it people

1  that did not reference, use, know the intellectual property of

2  somebody else, correct?

3  **A.**    Uhm, I think a clean room, as I understand this, would be

4  a process that was used to develop software where, you know,

5  you carefully control the information you use to do that.

6  **Q.**    And in carefully controlling the information that you use

7  to do that, you understand that you cannot use people to do

8  that that know and are referencing somebody else's intellectual

9  property, correct, sir?

10 **A.**    I think in a clean room, obviously -- I assume you're

11 referring to developing a clean room implementation of Java

12 programming language, or free Java, which obviously you would

13 need to use a description of that in order to develop, and

14 there's nothing wrong with that.  You carefully control any

15 proprietary technology that was used to develop anything.

16 **Q.**    I just want to be sure that the question and answer are

17 meeting when we talk about "carefully control."

18         You understood that you might be able and you were

19 able to use something that was publicly available in the clean

20 room, but that you could not use somebody else's copyrighted

21 material, and you could not use developers who referenced or

22 knew somebody else's copyrighted material.  Correct, sir?

23 **A.**    Uhm, I'm not an expert on what we did in our clean room.

24 I think we did nothing wrong, and I don't know details about

25 what -- what you use or not, whether it was copyrighted or not,

1   or whatever.

2   Q.   Well, sir, you know what a clean room is; don't you?

3           THE COURT:  Mr. Boies, you can pursue this, but be

4   mindful of the -- there are decisions on reverse engineering

5   and fair use that if you're going to ask a legal question,

6   which you are, you ought to build that into it.

7           Now, if you're just asking what he understood and how

8   they set up their clean room --

9           MR. BOIES:  Yes, Your Honor.

10          THE COURT:  -- and what the guidelines were, that's

11  okay.  You can do that.  But you're coming very close to

12  saying -- you telling the jury what is copyrightable, what is

13  not copyrightable, when fair use is okay, when reverse

14  engineering is okay.  And that's my job, not your job.  So be

15  mindful of the -- you're treading very close to getting into

16  issues of law.  Thank you.

17          MR. BOIES:  Thank you, Your Honor.

18  BY MR. BOIES:

19  Q.   Let me try to be very clear what I'm saying.

20          Within the software industry, there is a recognized

21  concept of what a clean room is.  Not a legal concept, but

22  something that is recognized within the software industry.

23  Correct, sir?

24  A.   Yeah.  I have no reason to think that we did anything that

25  wasn't in accordance with that.

1  Q.   Well, let me try to proceed maybe in order, first to get

2  what you understand the clean room to be, and then try to get

3  whether you proceeded in accordance with that.

4        First, let's talk about what you understand a clean

5  room to be in the common industry practice of the software

6  industry.

7        And do you understand that in the common industry

8  practice of the software industry a clean room means that you

9  are using people to develop software that do not have access to

10 the proprietary intellectual property of other people?

11       I think that's a yes or no question.

12 A.   Yes.

13 Q.   Okay.  Now, in terms of the clean room implementation that

14 Google had, what steps did Google take to make sure that the

15 people who participated did not have access to Sun and later

16 Oracle's intellectual property?

17 A.   I'm not familiar with the steps that were taken.  Like I

18 said, I have no -- I have no knowledge of any issues around

19 that.

20 Q.   When you say you have no knowledge of what steps were

21 taken, did you, in your capacity as a high executive at Google,

22 ever make any effort to determine what those standards were?

23 A.   No.  Nor did I have any reason to.

24 Q.   Whose responsibility was it to find that out?  Was that

25 Mr. Rubin?

1  **A.**   I assume it would be Mr. Rubin as head of the project,

2  yeah.

3  **Q.**   Now, Mr. Rubin reported to you with respect to this

4  project, correct, sir?

5  **A.**   Uhm, actually, I don't think he reported to me.  He

6  probably reported to another executive.

7  **Q.**   He reported to you as well as other executives on this

8  project, correct, sir?

9  **A.**   Sorry, I was referring to just formal reporting.

10         But, you know, occasionally I would talk to him about

11  it, so I had some knowledge about what was going on, yeah.  I

12  just didn't mean -- he didn't have a formal reporting

13  relationship to me.

14  **Q.**   And is it your testimony that you never inquired of him as

15  to what procedures or standards they were using to make sure

16  that the Google developers did not have access to Sun's

17  intellectual property?

18  **A.**   Yeah, I don't recall ever talking to him about that.

19  **Q.**   Now, you know now that some of the developers did have

20  access to Sun's intellectual property, correct, sir?

21  **A.**   I don't know anything about that.

22  **Q.**   Is it your testimony that you are unaware that certain

23  lines of code in Android were copied, symbol for symbol,

24  literally copied from Sun's intellectual property?

25  **A.**   I know there's some disputes about a few files.  And, you

 1  know, I know that Mr. Ellison told me -- when I met with him in

 2  his house, he told me that they had some, you know, copied

 3  material in Android.  And I disputed that with him.  And he

 4  said he would send me that copied material, and he never did.

 5  Probably because it wasn't very strong evidence.

 6          So -- and I'm not familiar with any of the other

 7  detail around that.

 8  Q.   Did you ever ask anybody in Google whether some lines of

 9  code had just actually been copied symbol for symbol, exact,

10  literal copying, from Sun's intellectual property?

11  A.   I don't recall asking anybody that.

12  Q.   And as you sit here today, it is your testimony that no

13  one at Google -- leave Mr. Ellison aside -- no one at Google

14  has ever told you that Android includes some literal lines of

15  code that were copied from Sun's intellectual property?

16          MR. VAN NEST:  Objection, Your Honor.

17  BY MR. BOIES:

18  Q.   Is that your testimony?

19          MR. VAN NEST:  Privilege.

20          THE WITNESS:  I already testified --

21          THE COURT:  Wait, wait, wait.

22          Well, you may exclude from your answer a lawyer

23  representing Google.  But, otherwise, it is a proper question

24  whether anyone else ever told you that or you had a

25  conversation with anyone other than a lawyer on that subject at

 1   Google.

 2            So, please, answer the question.

 3            **THE WITNESS:**  Yeah, I don't recall anybody else.

 4   **BY MR. BOIES:**

 5   **Q.**   Now, if you discovered that Android included some lines of

 6   code that had been literally copied from Sun's intellectual

 7   property, is that something that you would feel was a violation

 8   of Google policy?

 9   **A.**   Uhm, that seems like a hypothetical question.  I imagine

10   it would depend on the exact circumstances of that, but, in

11   general, yeah, we would take that seriously.

12   **Q.**   Is there any circumstance that you can think of that's

13   consistent with a clean room where you could have literal

14   line-for-line copying from Sun's intellectual property and be

15   consistent with what Google's standards for a clean room are?

16   **A.**   Again, it's hard to answer a hypothetical, but I -- I see

17   there's no reason that wouldn't be possible.

18            Certainly, if it were very short, for example, there

19   might only be -- you know, there's only one way to write one

20   plus one, for example.  So if it's a very short piece of code,

21   it might appear to be the same but not actually be copied.

22   **Q.**   Yes, I understand something might appear to be the same.

23            **THE COURT:**  I think we're getting into hypotheticals.

24   This witness says he has no direct knowledge.  And now it's

25   become an argument.  And I think we should move to something

 1  else.  He says he has no information on the subject.  So it's

 2  best to move to something new.

 3          **MR. BOIES:**  Yes, Your Honor.  Are you finished?

 4          **THE COURT:**  Do what?

 5          **MR. BOIES:**  I just want to be sure the Court had

 6  finished.

 7          **THE COURT:**  I had.  I think it's become an argument.

 8          **MR. BOIES:**  Okay.

 9          **THE COURT:**  You made your point.

10          **MR. BOIES:**  Thank you, Your Honor.

11  **BY MR. BOIES:**

12  **Q.**   Let me turn back to Exhibit 1, in the same page that we

13  were looking on.  Do you see that the third bullet there is

14  "Must take license from Sun"?

15  **A.**   Yeah, I see that.

16  **Q.**   And that's what Mr. Rubin and his team told you in July of

17  2005, correct, sir?

18  **A.**   That's what's in the slides here.

19  **Q.**   And then down under proposal it says:

20          "Proposal:  Google/Android, with support from

21          Tim Lindholm, negotiates the first OSS J2ME

22          JVM license with Sun."

23          Do you see that?

24  **A.**   Yeah.

25  **Q.**   And you know what OSS refers to, do you not, sir?

```
 1  A.    Open source software, I would assume.

 2  Q.    And J2ME was one of the versions of Java, correct?

 3  A.    Yeah, I think that was the mobile version.

 4  Q.    "M" actually stands for Micro Edition, does it not, sir?

 5  A.    I'm not familiar -- I'm not sure.

 6  Q.    And then JVM is the Java virtual machine, correct, sir?

 7  A.    That's my understanding, yeah.

 8  Q.    And you know who Mr. Lindholm is, don't you, sir?

 9  A.    I think -- I don't know him well.  I think he's somebody

10  who works for Google.

11  Q.    Beyond thinking that he's somebody that works for Google,

12  he's somebody who you have asked questions of and give

13  instructions to, is that not --

14  A.    I don't recall him particularly.

15  Q.    Do you recall generally?

16  A.    Uhm, I, don't remember him well.  If I met him, I assume I

17  would know who he was.

18  Q.    Do you remember giving him some instructions and asking

19  him some questions?

20  A.    Not particularly, no.

21  Q.    Do you recall asking him to do some work in connection

22  with Java?

23  A.    I've already said I don't recall him.

24  Q.    Let me ask you to look at Trial Exhibit 2, if I could,

25  sir.
```

```
 1            THE COURT:  Use the time as you wish, but in four
 2   minutes we will break.  So, go ahead.  We have four minutes.
 3            MR. BOIES:  We could break --
 4            THE COURT:  Is this a good point?
 5            MR. BOIES:  This is a good time to break.
 6            THE COURT:  This is a good time to break.  Then this
 7   is the time we're going to break.
 8            All right.  The jury will remember the admonition.
 9   I'm going to repeat it.  No research about the case.  No
10   looking at news stories about the case or reading stories or
11   listening to stories.  No talking with friends, neighbors,
12   loved ones about the case, nor with each other about the case.
13   It will be your duty to do that soon enough, but not yet.
14            Thank you for being on time this morning.  We were
15   able to start earlier because you were on time.  And,
16   hopefully, we can continue to do that.  So your close attention
17   is noted and most appreciated.  We'll see you back here
18   tomorrow.  Thank you.
19            THE CLERK:  All rise.
20            (Jury out at 12:57 p.m.)
21            THE COURT:  All right.  Everyone else, be seated.
22            Mr. Page, you're free to go, but you're under a
23   direct order not to talk with any counsel or anyone else about
24   your testimony.  All right?
25            THE WITNESS:  All right.
```

PROCEEDINGS

1          THE COURT:  All right.  Thank you.

2          I have a few questions for counsel that I would like

3    to ask.  And I know these -- these are not points yet in

4    evidence.

5          Mr. Boies, you can stay right there because you may

6    know the answer to these questions.  How many methods -- I'm

7    thinking back to the file, Mr. Van Nest's file box thing which

8    helped me understand the problem.  Maybe you disagree with

9    that.

10         How many methods are in the 37 APIs?  Are we talking

11   about thousands, or a couple hundred, or just 37 altogether?

12   Sounded to me like there were more than 37.

13         MR. JACOBS:  According to Dr. Astrachan, Google's

14   expert, there are 8,693 methods in the 37 packages.

15         THE COURT:  Are those the exact same ones -- putting

16   aside the source code -- that are in the Oracle version?  Or

17   are there differences in those methods?

18         MR. JACOBS:  I cannot represent to you as to all

19   8,693.  These are the ones that he identified -- I'm sorry.  I

20   want to be -- I may be misunderstanding my notes here.  Let me

21   take just a minute.

22         I'm sorry, Your Honor.  I want to be sure we have

23   this right, so we'll get this to you.

24         THE COURT:  All right.  I would like to know what

25   differences there are.  I know there's differences in source

1   code, but I would like to know if the methods are the same

2   ones, whether there have been any added or subtracted.

3           **MR. JACOBS:**  You bet.

4           **THE COURT:**  And then, in addition, next question

5   is -- this has all got to be proven up in due course.  But I am

6   thinking about these problems.

7           Did Sun or did third parties or did some combination

8   develop these 8,000 -- I'm talking about the ones that were now

9   on the -- on the Sun side of the equation, were they all

10  developed by Sun, or were some of these done by third parties?

11  Contributed to the file.

12          **MR. JACOBS:**  I'll have to get the answer to that, as

13  well.

14          The way it works, Your Honor, is if people

15  participate in the development of the specifications, the spec

16  lead obtains ownership of the intellectual property.

17          And as to these 37 packages, there's no question

18  about ownership of the --

19          **THE COURT:**  No, no --

20          **MR. JACOBS:**  -- specification.

21          **THE COURT:**  I am not questioning ownership.

22          I am wondering how they got put into the file in the

23  first place.  Can a third party develop something and say, I

24  want this in the file?  Or can a third party say, I want this

25  in the file, and just get it in?  Or does somebody have to

 1  approve it, or does Sun have to approve it, or maybe third

 2  parties having nothing to do with developing those methods?

 3       **MR. JACOBS:**  So I think that would probably be best

 4  explained by someone who has actually done this, Your Honor.

 5       **THE COURT:**  All right.  Next question.  In one of the

 6  things you gave me earlier, both sides referred to something

 7  called a declaration, declaration of API elements.

 8       What is a declaration?  That's in your statement of

 9  issues regarding copyright that I've been studying, trying

10  to -- what is the -- what do you mean by "declaration"?

11       **MR. JACOBS:**  We'll get you a formal definition of the

12  declaration in the Java class structure, but it is roughly the

13  first line of the Application Programming Interface and the

14  corresponding class library.

15       **THE COURT:**  I'm going to let you over there have your

16  response if you have a different response.

17       My last question is, whether something is a

18  derivative work is that a question of fact for the jury?

19       **MR. JACOBS:**  I don't think so, if there's an

20  acknowledgment of substantial similarity.  I think the -- if

21  there was a dispute about substantial similarity, then there

22  could be a fact question.

23       **THE COURT:**  All right.  Let's hear what the other

24  side says.  Take them in any order you wish.

25       **MR. KWUN:**  Your Honor, Michael Kwun for Google.

```
 1          Starting with the last one, the derivative work
 2   question, I think, depends a little bit on what exactly the
 3   claim is.
 4          To the extent that the claim is that the -- that it's
 5   a derivative work because it has the same structure, selection
 6   and organization, then if the Court concludes that the
 7   structure, selection and organization isn't copyrightable, it
 8   can't be a derivative work.  Because to be a derivative work,
 9   it must be derived from something that's protectable.
10          To be perfectly frank --
11          THE COURT:  I understand that -- no.  Let me give you
12   a different example.
13          As I read these write-ups that you've given me, one
14   of the contentions out of several, one of the contentions is
15   that even though Google says it used its own source code -- and
16   looks like, from what I've heard so far, that with the
17   exception of some lines of code, that's true.  However, the
18   come back by Oracle to that is, well, nonetheless, it's a
19   derivative work because Google had the specification.
20          By that I mean the plain English language manual that
21   said what the inputs were, what the outputs were, and which
22   other files and methods were borrowed along the way, and that,
23   therefore, even though different source code -- it was written
24   in different source code, the 37 APIs and the 8,000 methods are
25   derivative works of the plain English description of those
```

 1  files, and so forth.

 2          MR. KWUN:  Yes, Your Honor.  With that formulation, I

 3  think that it just runs completely afoul of 102(b).

 4          I mean, you just can't have something be a derivative

 5  work because Google's code does what they describe.  I mean,

 6  that is -- that's -- I mean, that's directly contrary to *Baker*

 7  *v. Selden*.

 8          THE COURT:  All right.  Maybe.  Contrary to which

 9  case?

10          MR. KWUN:  *Baker v. Selden*.  That's the 1879 --

11          THE COURT:  Oh.  18- --

12          MR. KWUN:  I mean, it would be contrary to many other

13  cases, as well.

14          THE COURT:  All right.  Assume that you're wrong on

15  that for the sake of argument.  Is the question of derivative

16  work something that is a jury question or a judge question?

17          MR. KWUN:  It could certainly be a jury question.

18  There are a number of legal questions that are entangled with

19  it that might well render it -- there are no facts left to the

20  jury.

21          THE COURT:  Well, before we get to the point that

22  this goes to the jury, you lawyers have to take a gutsy

23  position and either say yes, it is, or, no, it's not.

24          But, okay.  I want you to know it's on my mind.  And

25  sooner or later you've got to, you know, make your mind up.

```
 1              What's the answer --

 2         MR. VAN NEST:  We will, Your Honor.  We'll address --

 3         THE COURT:  All right.  Nobody -- everyone is going

 4   to send me a postcard on these issues.

 5         (Laughter)

 6         THE COURT:  I need something -- what is a

 7   declaration?

 8         MR. KWUN:  So a declaration, there is a more -- a

 9   more formally defined term.  It's called a method signature.

10   And I believe that at least as a -- for lawyers' purposes, that

11   the declaration would be the same as the method signature.

12              I don't know if I have a disagreement with that from

13   the Oracle side or not.

14         THE COURT:  Look.  Here's your document right here.

15   Paragraph 2.  It says that, "Oracle accuses the following:

16   Number 2, the declarations of the API elements," blah blah

17   blah.

18              What did you mean when you used the word

19   "declaration"?  It's your own word.

20         MR. KWUN:  We meant a method signature.  We also

21   meant to try to come as close as we could to their language.

22              But a method signature means the name of the method,

23   the variable type that it returns, and the variable types and

24   order of the parameters it accepts.  And it would also include

25   the exceptions that it throws, the errors that it throws.
```

 1          THE COURT:  What would one of these items look like?

 2          MR. KWUN:  So we've talked about in the past the max

 3  method, which identifies the maximum of two numbers.

 4          The method signature for one version of the max

 5  method would be int, which is to say that it returns an

 6  integer, max, which is the name of the method, and then

 7  parentheses int,int.  So that means that it take two parameters

 8  that are both integers.

 9          Depending on who you ask, some people will -- would

10  actually identify it as max open parentheses int A comma int B

11  closed parentheses.

12          THE COURT:  Do you know anything about any other

13  programming languages?

14          MR. KWUN:  Sure, some.

15          (Laughter)

16          THE COURT:  Now, do you know anything about a

17  language called QBasic, that's very simple.

18          MR. KWUN:  I know something about Basic, which

19  QBasic --

20          THE COURT:  C or C+.  May be the same way.

21          But take a statement called or command called ABS

22  parentheses closed parentheses with something in there.  It

23  always returns the positive, the absolute value of whatever

24  that number is.  Like ABS paren minus 19 closed paren would

25  return 19.

1              **MR. KWUN:**  Yes, Your Honor.

2              **THE COURT:**  All right.  So using that as an example,

3    is ABS an API?  Is it a method?  Is it a library?  Or is it a

4    class?  Or is it none of the above?

5              **MR. KWUN:**  It would be a method; although, it might

6    be called a function in QBasic.  But those terms are

7    semantically equivalent.  So it would be a method.

8              I would say that it would also be an API.  It's an

9    API one can use to access the absolute value functionality.  It

10   is not a class.

11             **THE COURT:**  All right.  So what is, then, a class

12   versus the method?  Is a method simply just a collection of

13   methods?  Is that what a class is?

14             **MR. KWUN:**  It can be a collection of -- it can be a

15   collection of methods.  It can also contain fields that store

16   data.

17             So, classes come from a particular type of program

18   called object-oriented programming.  And in object-oriented

19   programming you have objects.  And objects are created out of a

20   template of sorts called a class.  And the class has a way of

21   organizing data that you might need for that type of object.

22             So, for example, if you had an object that described

23   a bicycle, you might have some data fields that say what color

24   the bike is, what size the tires are, and so forth.

25             So it can have data in the class.  And then it can

```
 1   also have methods that are going to be useful to do things to

 2   the data that it stored in the class.

 3            THE COURT:  When you use object-oriented programming,

 4   the word "object" there is not the same thing as object code;

 5   is it?

 6            MR. KWUN:  No.

 7            THE COURT:  Those are two different uses of the word

 8   "object"?

 9            MR. KWUN:  Yes.

10            THE COURT:  Are we going to have witnesses who are

11   going to be good at explaining all of this?

12            MR. JACOBS:  Promise, Your Honor.

13            THE COURT:  Good.

14            How about Google, will you have a witness who --

15            MR. KWUN:  We have a expert witness who can answer

16   these sorts of questions, yes.

17            THE COURT:  How many methods are in all of these 37

18   APIs, in your view?

19            MR. KWUN:  I don't know the precise number.  It's

20   somewhere in the thousands.

21            THE COURT:  Now, if we went to some other company and

22   looked at their APIs, would they be organized roughly the same

23   way?

24            MR. KWUN:  Well, the APIs are there to accomplish a

25   purpose.  So if they are accomplishing some other purpose, they
```

PROCEEDINGS                                    427

1   would have no resemblance to the APIs in this case.

2          **THE COURT:**  All right.  Well, I forgot to tell the

3   jury that you were not being rude when you didn't talk to them.

4   I will remember to do that tomorrow.  Okay.

5          All right.  Thank you for the help on those things.

6   And anything more today before we break?

7          **MR. JACOBS:**  No, Your Honor.

8          **MR. BOIES:**  No, Your Honor.

9          **THE COURT:**  I do have my criminal calendar in 45

10  minutes, so I'll need the tables.  You can leave all your other

11  stuff over there on the side of the room.

12         **MR. VAN NEST:**  Thank you, Your Honor.

13         **MS. ANDERSON:**  Thank you.

14         (At 1:12 p.m. the proceedings were adjourned until

15              Wednesday, April 18, 2012, at 7:30 a.m.)

16                          - - - - -

17

18

19

20

21

22

23

24

25

1                        I   N   D   E   X

2

3                                                    PAGE     VOL.

4   Opening Argument by Mr. Van Nest                 242       2

5

6   PLAINTIFF'S WITNESSES                            PAGE     VOL.

7   PAGE, LARRY
    Videotaped Deposition Played                     281       2
8

9   ELLISON, LARRY
    (SWORN)                                          284       2
10  Direct Examination by Mr. Boies                  284       2
    Cross Examination by Mr. Van Nest                306       2
11  Redirect Examination by Mr. Boies                345       2
    Recross Examination Resumed by Mr. Van Nest      349       2
12

13  KURIAN, THOMAS
    (SWORN)                                          356       2
14  Direct Examination by Mr. Jacobs                 356       2
    Cross Examination by Mr. Van Nest                395       2
15  Redirect Examination by Mr. Jacobs               401       2
    Recross Examination by Mr. Van Nest              403       2
16

17  PAGE, LAWRENCE
    (SWORN) (Adverse Witness)                        405       2
18  Cross Examination by Mr. Boies                   405       2

19

20                            –   –   –

21

22

23

24

25

429

# E X H I B I T S

| TRIAL EXHIBITS | IDEN | VOL. | EVID | VOL. |
|---|---|---|---|---|
| 1 | | | 407 | 2 |
| 7 | | | 297 | 2 |
| 401 | | | 297 | 2 |
| 610.1 | | | 370 | 2 |
| 2041 | | | 316 | 2 |
| 2042 | | | 321 | 2 |
| 2043 | | | 324 | 2 |
| 2044 | | | 329 | 2 |
| 2362 | | | 350 | 2 |
| 2939 | | | 314 | 2 |

– – –

1

2

3                    **CERTIFICATE OF REPORTERS**

4          We, KATHERINE POWELL SULLIVAN and DEBRA L. PAS,

5   Official Reporters for the United States Court, Northern

6   District of California, hereby certify that the foregoing

7   proceedings in C 10-3561 WHA, **Oracle America, Inc., vs. Google,**

8   **Inc.,** were reported by us, certified shorthand reporters, and

9   were thereafter transcribed under our direction into

10  typewriting; that the foregoing is a full, complete and true

11  record of said proceedings at the time of filing.

12

13          _____

                    /s/ Katherine Powell Sullivan

14

              Katherine Powell Sullivan, CSR #5812, RPR, CRR

15                      U.S. Court Reporter

16

17

18          _____

                    /s/ Debra L. Pas

19              Debra L. Pas, CSR #11916, RMR CRR

20

21                  Tuesday, April 17, 2012

22

23

24

25