UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 19, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Dorian Daley
            Steven Holtzman; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
            Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland            Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012        Further Trial: April 20, 2012 at 7:30 am


Trial Motions Heard:                                    Disposition

1. _____             _____
2. _____             _____
3. _____             _____


Other:



Time in Trial: 6 hours 5 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:**<br>Michael Jacobs; Dan Muino<br>Fred Norton; Andrew Temkin<br>David Boies; Dorian Daley<br>Steven Holtzman | **DEFENSE ATTORNEY**:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Michael Kwun<br>Bruce Baber |
|---|---|---|
| **TRIAL DATE:**<br>April 19, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Court and counsel addressed 4 juror notes. Parties are attempting to agree on list to give the jury. Michael Jacobs advised the Court parties have stipulated to admit the following **exhibits: 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 51, 53, 54, 65, 70, 74 and 30.** Plaintiff may need to call an associate (without notice) to admit other exhibits and request the time be charged against the defendant. Plaintiff can use exhibits 1062 and 1063. Court confirmed exhibit 6 was admitted yesterday. | |
| | | 7:55 am | | | Reconvene...jury present | |
| | | 8:01 am | | | Direct of **Mark Reinhold** continued | |
| 610.2 | | | x | x | Java 2 Platform Standard Edition 5.0 API Specification | |
| 984 | | | x | x | The Java Language Specification Third Edition | |
| 1062 | | | x | x | Classes and Interfaces Mentioned | |
| 1063 | | | x | x | Classes and Interfaces | |
| 623 | | | x | x | Source Code for Java 2 Standard Edition Version 5.0 | |
| 980 | | | x | x | The Java Application Programming Interface, Volume 1 | |
| 981 | | | x | x | The Java Application Programming Interface, Volume 2 | |
| 622 | | | x | x | Source Code for Java 2 Standard Edition Version 1.4 | |
| 965 | | | x | x | Source code for Java Standard Edition 6 | |
| 623.1-623.10 | | | x | x | \j2se\src\share\classes\java\util\Arrays.java | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 8:37 am |  |  | Cross Examination by Dan Purcell |  |
|  | 984 |  | x | x | The Java Language Specification Third Edition |  |
|  |  | 8:57 am |  |  | Recess |  |
|  |  | 9:18 am |  |  | Reconvene...jury present |  |
|  |  |  |  |  | Cross Examination continued |  |
|  | 984 |  | x | x | The Java Language Specification Third Edition |  |
|  | 1062 |  | x | x | Classes and Interfaces Mentioned |  |
|  |  | 9:31 am |  |  | Redirect Examination |  |
|  |  | 9:35 am |  |  | Witness Excused, Subject to Recall |  |
|  |  |  |  |  | Plaintiff's witness **Joshua Bloch** sworn-in. Direct by Michael Jacobs |  |
| 624 |  |  | x | x | Javapolis Presentation: How to Design a Good API and Why it Matters |  |
| 794 |  |  | x | x | Demonstrative re rangeCheck functions from Timsort.java and Arrays.java |  |
|  |  | 10:08 am |  |  | Cross Examination by Bruce Babers |  |
|  | 984 |  | x | x | The Java Language Specification Third Edition |  |
|  |  |  |  |  | Demonstration done by witness |  |
|  |  | 11:20 am |  |  | Recess |  |
|  |  | 11:33 am |  |  | Reconvene...jury present |  |
|  |  |  |  |  | Cross Examination continued |  |
|  |  | 11:58 am |  |  | Redirect Examination |  |
| 794 |  |  | x | x | Demonstrative re rangeCheck functions from Timsort.java and Arrays.java |  |
|  |  | 12:05 pm |  |  | Recross |  |
|  | 3452 |  | x |  | Demonstrative Chart drawn by Dr. Bloch |  |
|  | 4027 |  | x | x | The Java Language Specification First Edition |  |
|  |  | 12:09 pm |  |  | Re Redirect Examination |  |
|  |  | 12:10 pm |  |  | Witness Excused, Subject to Recall |  |
|  |  |  |  |  | David Boies advised the Court parties have stipulated to admit the following **exhibits: 3, 9, 10, 11, 12, 17, 125, 212, 213, 222, 317, 318, 321, 325 and 330.** |  |
|  |  | 12:13 pm |  |  | Plaintiff's witness **Tim Lindholm** sworn-in. Direct by David Boies |  |
| 25 |  |  | x | x | The Java Virtual Machine Specification First Edition |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 987 | | | x | x | The Java Virtual Machine Specification Second Edition | |
| 9 | | | x | x | Email from Tim Lindholm to Andy Rubin and Rich Miner re One last thought on Sun | |
| 2 | | | x | x | Email from Andy Rubin to wmc@google.com | |
| 3 | | | x | x | Email from Andy Rubin to Tim Lindholm re Review | |
| 326 | | | x | x | Email from Bob Lee to Tim Lindhollm re Open Source Java | |
| 10 | | | x | x | Email from Tim Lindholm to Andy Rubin et al. Re Context for discussion | |
| | | 12:35 pm | | | Cross Examination by Cristy Anderson | |
| | 17 | | x | x | Email from Bill Coughran to Tim Lindholm re Travel for Android requested | |
| | 318 | | x | x | Email from Tim Lindholm re Android notes | |
| | 321 | | x | x | Email from Andy Rubin to Tim Lindholm re Project advisors | |
| | 326 | | x | x | Email from Bob Lee to Tim Lindhollm re Open Source Java | |
| | 330 | | x | x | Email from Tim Lindholm to Matt Frantz re Fwd: Java is free:-) | |
| | 10 | | x | x | Email from Tim Lindholm to Andy Rubin et al. Re Context for discussion | |
| | | 12:59 | | | Redirect Examination | |
| 12 | | | x | x | Email from Tim Lindholm to Andy Rubin re JCP Click-Through Licenses? | |
| | | 1:01 pm | | | Witness Excused | |
| | | | | | Recess | |
| | | | | | Outside the presence of the jury. Court and counsel discussed several issues. | |
| | | 1:35 pm | | | Recess until 4/20/12 at 7:30 am | |