UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | CASE NO. CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING SELECTION,**<br>**ARRANGEMENT AND STRUCTURE**<br><br>Judge: Honorable William H. Alsup |

## STIPULATION

WHEREAS, the parties have met and conferred and have reached agreement regarding a statement that Google made in a brief to the Court regarding substantial similarity of the selection, arrangement and structure of API elements in the 37 accused API packages;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The following statement shall be read to the jury on the same terms as the other statements in the Court's Order Granting in Part Oracle's Motion to Deem Issues Undisputed and Denying Relief Regarding Statement to Jury (ECF No. 938):

> For the 37 accused API packages, Android and Java 2 SE Version 5.0 have substantially the same selection, arrangement and structure of API elements.

2. This stipulation is made without prejudice to Oracle arguing that the selection, arrangement and structure of the 37 API packages are virtually identical between Android and Java 2 SE.

3. This stipulation is made without prejudice to Google arguing that the 37 accused API packages in Android and Java 2 SE are only a small portion of the Android and Java platforms, respectively, as a whole.

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: April 20, 2012.

_____
Honorable William H. Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | Dated: April 19, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Marc David Peters |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| | | mjacobs@mofo.com |
| 5 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 6 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 7 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 8 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 9 | | |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| | | dboies@bsfllp.com |
| 11 | | 333 Main Street<br>Armonk, NY  10504 |
| 12 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 13 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 14 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 15 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 16 | | |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| | | dorian.daley@oracle.com |
| 18 | | DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com |
| 19 | | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 20 | | matthew.sarboraria@oracle.com |
| 21 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 22 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 23 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: April 19, 2012 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: /s/ Matthias A. Kamber |
| 4 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY |
| 5 | | rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*) |
| 6 | | bbaber@kslaw.com<br>1185 Avenue of the Americas |
| 7 | | New York, NY 10036-4003<br>Telephone:  (212) 556-2100 |
| 8 | | Facsimile:   (212) 556-2222 |
| 9 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 10 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 11 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 12 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 13 | | Facsimile:  (415) 318-1300 |
| 14 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 15 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 16 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 17 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 18 | | Facsimile: (650) 328-8508 |
| 19 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 20 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 21 | | canderson@kvn.com<br>DANIEL PURCELL (SBN 191424) |
| 22 | | dpurcell@kvn.com<br>633 Battery Street |
| 23 | | San Francisco, CA 94111<br>Telephone: (415) 391-5400 |
| 24 | | Facsimile: (415) 397-7188 |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING SELECTION, ARRANGEMENT AND STRUCTURE
CASE NO. CV 10-03561 WHA
pa-1524688

3

**ATTESTATION**

I, Marc David Peters, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SELECTION, ARRANGEMENT AND STRUCTURE.  In compliance with General Order 45, X.B., I hereby attest that Matthias A. Kamber has concurred in this filing.

Date: April 19, 2012                             /s/ Marc David Peters