UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 20, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; Dorian Daley
                    Steven Holtzman; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
                    Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland           Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012     Further Trial: April 23, 2012 at 7:30 am


Trial Motions Heard:                                              Disposition

1. _____                    _____
2. _____                    _____
3. _____                    _____


Other:



Time in Trial: 5 hours and 45 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:**<br>Michael Jacobs; Dan Muino<br>Fred Norton; Andrew Temkin<br>David Boies; Dorian Daley<br>Steven Holtzman | **DEFENSE ATTORNEY**:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Michael Kwun<br>Bruce Baber; Renny Hwang |
|---|---|---|
| **TRIAL DATE:**<br>April 20, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Parties provided the mark up on the handout from the Court. Court asked for clarification on "Class Libraries". Supplemental briefing due 4/22 at 3:00 pm. Counsel shall provide a list of witnesses and attorneys to give the jury. Michael Jacobs advised the Court parties have stipulated to admit the following **exhibits: 748, 749, 751, 752, 753, 2800, 2801, 2802, 3341, 3342, 3343, 3344, 3345, 3346, 3347, 3348, 3349, 45.1, 45.2, 45.3. 46.20, 46.21, 46.22, 46.23, 46.24, 46.25, 46.26, 46.27, 46.28, 741, 767, 770, 771, 773, 862, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, and 1040.** Plaintiff submitted exhibit 1064 for the record. | |
| | | 8:02 am | | | Reconvene...jury present | |
| | | 8:06 am | | | Plaintiff's Summary | |
| | | 8:17 am | | | Defendant's Summary | |
| | | 8:29 am | | | Plaintiff's witness **Brian Swetland** sworn-in. Direct by Fred Norton | |
| 149 | | | x | x | Email from Brian Swetland to Andy Rubin and Dan Bornstein | |
| 13 | | | x | x | Email from Brian Swetland to Mathias Agopian re new java world | |
| 23 | | | x | x | Email from Brian Swetland to Andy McFadden re feedback welcome | |
| 314 | | | x | x | Email from Robert Griesemer to Brian Swetland re Java VM for Android | |
| | | 8:42 am | | | Cross Examination by Christa Anderson | |
| | 149 | | x | x | Email from Brian Swetland to Andy Rubin and Dan Bornstein | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 13 | | x | x | Email from Brian Swetland to Mathias Agopian re new java world | |
| | 314 | | x | x | Email from Brian Swetland to Mathias Agopian re new java world | |
| | 200 | | x | | Email from Brian Swetland to Patrick Reali Java VM | |
| | 419 | | x | | Email from Brian Swetland to Joe Onorato re trying to remove need | |
| | 33 | | x | | Emil from Brian Swetland to Dan Bornstein re Parcelable | |
| | | 8:59 am | | | Redirect | |
| 314 | | | x | x | Email from Brian Swetland to Mathias Agopian re new java world | |
| | | 9:02 am | | | Recross | |
| | | 9:03 am | | | Witness Excused | |
| | | | | | Court addressed the jury re statements made in the pleadings | |
| | | 9:12 am | | | Plaintiff's witness **Bob Lee** sworn-in. Direct by Michael Jacobs | |
| 405 | | | x | x | Email from Eric Schmidt to Bob Lee re It was great chatting | |
| 281 | | | x | x | Email fro Bob Lee to Hioshi Lockheimer re Nosers in 2009 | |
| | | 9:30 am | | | Recess | |
| | | | | | Outside the presence of the jury. Defendant can review documents prior to cross examination of Bob Lee. Witness shall return on Monday. | |
| | | 9:33 am | | | Recess | |
| | | 9:57 am | | | Reconvene...jury present | |
| | | | | | Plaintiff's witness **Daniel Morrill** sworn-in. Direct by Fred Norton | |
| 51 | | | x | x | Package Index for Android APIs | |
| 749 | | | x | x | Android Compatibility Program | |
| | | 10:25 am | | | Cross Examination by Michael Kwun | |
| | 2301 | | x | x | Frequently Asked Questions - Android Open Source Project | |
| | 2352 | | x | x | Blog Entry; Dated November 5, 2007 | |
| | | 10:40 am | | | Side Bar | |
| | | 10:46 am | | | Cross Examination continued | |
| | | 10:47 am | | | Redirect Examination | |
| 2352 | | | x | x | Blog Entry; Dated November 5, 2007 | |
| 245 | | | x | x | Email from Dan Morrill to Justin Mattson | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:57am | | | Recros Examination | |
| | 245 | | x | x | Email from Dan Morrill to Justin Mattson | |
| | | 10:58 am | | | Recross | |
| | | 11:00 am | | | Witness Excused | |
| | | | | | Plaintiff's witness Rafael Camargo by video deposition | |
| | | 11:10 am | | | Recess | |
| | | 11:29 am | | | Reconvene...jury present | |
| | | | | | Plaintiff's witness **Leo Cizek** sworn-in. Direct by Fred Norton | |
| 2016 | | | x | x | Contact Report (ACT Contact Mgmt System) Leo Cizek | |
| 1026 | | | x | | Sun Microsystems, Inc | |
| 2001 | | | x | x | Email: Dated August 5 2005; from Vineet Gupta | |
| | | 12:02 pm | | | Cross Examination by Christa Anderson | |
| | 2001 | | x | x | Email: Dated August 5 2005; from Vineet Gupta | |
| | 2013 | | x | x | Monetization Proposal - Google-Sun Negotiations | |
| | 2002 | | x | x | Email; Dated September 22, 2005; from Vineet Gupta | |
| | 2004 | | x | x | Email; Dated: October 27, 2005; from Vineet Gupta | |
| | 2006 | | x | x | Email; Dated: November 21, 2005; from Leo Cizek | |
| | 2008 | | x | x | Contact Report (ACT Contact Mgmt System) | |
| | 2009 | | x | x | Email; Dated: March 17, 2007; from Vineet Gupta | |
| | 2010 | | x | x | Email; Dated: April 2, 2007; from Vineet Gupta | |
| | 2019 | | x | x | Email; Dated: October 25, 2007; from Leo Cizek | |
| | 2021 | | x | x | Email; Dated: November 11, 2007; from Dov Zandman | |
| | 2026 | | x | x | Email; Dated: May 22, 2008; from Leo Cizek | |
| | | 12:36 pm | | | Redirect Examination | |
| 2004 | | | x | x | Email; Dated: October 27, 2005; from Vineet Gupta | |
| 2021 | | | x | x | Email; Dated: November 11, 2007; from Dov Zandman | |
| | | 12:42 pm | | | Witness Excused | |
| | | 12:43 pm | | | Recess | |
| | | | | | Outside the presence of the jury. Court and counsel addressed several issues. | |
| | | 1:15 pm | | | Recess until 4/23/12 at 7:30 am | |