Volume 4

Pages 648 - 903

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

ORACLE AMERICA, INC.,                 )
                                      )
              Plaintiff,              )
                                      )
  VS.                                 )   No. C 10-3561 WHA
                                      )
GOOGLE, INC.,                         )
                                      )
              Defendant.              )   San Francisco, California
_____)   April 19, 2012


**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**          MORRISON & FOERSTER
                            755 Page Mill Road
                            Palo Alto, California  94304
                    BY:  **MICHAEL A. JACOBS, ESQUIRE**
                         **KENNETH A. KUWAYTI, ESQUIRE**
                         **MARC DAVID PETERS, ESQUIRE**
                         **DANIEL P. MUINO, ESQUIRE**

                            BOIES, SCHILLER & FLEXNER
                            333 Main Street
                            Armonk, New York 10504
                    BY:  **DAVID BOIES, ESQUIRE**
                         **ALANNA RUTHERFORD, ESQUIRE**


(Appearances continued on next page)

*Reported By: Katherine Powell Sullivan, RPR, CRR, CSR #5812*
            *Debra L. Pas, RMR, CRR, CSR #11916*
              *Official Reporters - U.S. District Court*

**APPEARANCES (CONTINUED)**:

**For Plaintiff:**             BOIES, SCHILLER & FLEXNER
                              1999 Harrison Street, Suite 900
                              Oakland, California  94612
                    BY:  **WILLIAM FRED NORTON, ESQUIRE**
                         **STEVEN C. HOLTZMAN, ESQUIRE**


                              ORACLE AMERICA, INC.
                              500 Oracle Parkway
                              Redwood Shores, California  94065
                    BY:  **ANDREW C. TEMKIN, CORPORATE COUNSEL**
                         **DORIAN DALEY, GENERAL COUNSEL**


**For Defendant:**            KEKER & VAN NEST
                              633 Battery Street
                              San Francisco, California  94111-1809
                    BY:  **ROBERT ADDY VAN NEST, ESQUIRE**
                         **CHRISTA MARTINE ANDERSON, ESQUIRE**
                         **DANIEL PURCELL, ESQUIRE**
                         **MICHAEL S. KWUN, ESQUIRE**


                              KING & SPALDING LLP
                              1185 Avenue of the Americas
                              New York, New York 10036-4003
                    BY:  **BRUCE W. BABER, ESQUIRE**


                              GOOGLE, INC.
                              1600 Amphitheatre Parkway
                              Mountain View, California  94043
                    BY:  **RENNY HWANG, LITIGATION COUNSEL**


**For Dr. Kearl:**            FARELLA BRAUN & MARTEL LLP
                              235 Montgomery Street, 30th floor
                              San Francisco, California 94104
                    BY:  **JOHN L. COOPER, ESQUIRE**


**Also Present:**             **SAFRA CATZ, President and CFO**
                              Oracle Corporate Representative

                              **CATHERINE LACAVERA**
                              Google Corporate Representative


                              —   —   —

PROCEEDINGS

```
1                    P R O C E E D I N G S

2  APRIL 19, 2012                                    7:27 a.m.

3

4           (Proceedings held in open court, outside

5            the presence and hearing of the jury.)

6           THE COURT:  All right.  We have a few things I have

7  to take up with you.

8           We have a note from one juror.  Question:

9           "Are the APIs in question standard Oracle

10          APIs?  Are there copyrights on these APIs in

11          question?"

12          The way we deal with this is when the witnesses come,

13 you can ask the appropriate witnesses these questions, but

14 we're not going to give a new speech to the jury yet on these

15 points.

16          Now, I may tomorrow, if time permits, give each side

17 ten minutes to make a closing or opening statement to the jury

18 to let them know where you stand.  If you don't want to use it,

19 you don't have to.  But sometimes it helps in a case like this

20 to let the lawyers wax eloquent in front of the jury to explain

21 where we are, what's been proven, what's not been proven.  I

22 think it helps the jury comprehend the evidence as we go along.

23          In the meantime, if you have a witness who can answer

24 this question, these two questions, you're free to go for it.

25          Okay, next item.  My law clerk -- where is my law
```

PROCEEDINGS

1    clerk -- will hand out to some questions for a special verdict

2    form.

3                  (Whereupon document was tendered

4                   to counsel.)

5                  This is definitely a draft, and here is what I would

6    like for you to do by tomorrow morning is to do in handwriting

7    -- do this in handwriting so I can clearly see what it is you

8    want to change and then do a short statement that explains why

9    you want the change.  I'm trying to come up with the most

10   streamlined version I can of what the special verdict form

11   would look like.

12                 Now, a related question is:  How do affirmative

13   defenses fit in?  It's possible that we would just let the

14   affirmative defenses go to the jury anyway, the implicit parts

15   of these liability questions.

16                 On the other hand, maybe we want to have separate

17   questions on the affirmative defenses.  But I haven't addressed

18   that per se, and I invite you to do so by tomorrow morning.  So

19   that's item number two.

20                 Item number three is that at about 9:00 o'clock today

21   I need to take the 15-minute break a little early in order for

22   me to be on a telephone call.  So I may have abruptly stop

23   proceedings when that occurs, but it's best to do it.  So we'll

24   take our normal break at that time.

25                 Next.  On the deposition designations for Mr. Gupta

PROCEEDINGS

 1   and Mr. Risvi, would somebody from Google come up here and take

 2   these?

 3              (Whereupon documents were tendered

 4               to counsel.)

 5        **THE COURT:**  I have indicated in the margin what the

 6   rulings are, and I hope you can decipher what I've indicated.

 7   Be sure to share that with the other side.

 8              One rule of evidence that you all, I'm sure, know is

 9   that you can never, never read deposition testimony about a

10   document that is not in evidence.  And I have seen cases where

11   the document doesn't come into evidence and, therefore, the

12   testimony doesn't come in even though the lawyer, if they had

13   done it right, could have avoided the problem by asking the

14   question independently of the document.

15              This is a good example of where many, many, many

16   questions are tied into an email.  Now, I'm assuming the email

17   is going to come into evidence, but you didn't tell me that in

18   your write-up.  So I had to -- you need to let me know if there

19   are objections to the email or whatever it is that -- because

20   if the email doesn't come in, the testimony doesn't come in.

21              Because so many of these we're reading from -- for

22   example, it would say, "In paragraph number two the email says

23   X, Y, Z.  Tell me what you know about that."Well, you can't

24   have -- if that's not in evidence, you're not going to be

25   allowed to read that testimony.  That's a fundamental rule of

PROCEEDINGS

1    evidence.

2          So I'm assuming that's not a problem because you

3    surely have figured that out and know that that email has got

4    to come into evidence some other way, but it was not clear from

5    the write-up that that was true.  So as we go forward doing

6    these things, help me out on that piece of it by explaining

7    whether or not there is an issue over the admissibility of the

8    document that the deposition is about.

9          All right.  My next item.  Do we have the one-page

10   scorecard with all deposition exhibits and trial exhibits, or

11   is it system in process?

12          **MR. JACOBS:**  Still in process, your Honor.

13          **THE COURT:**  A list of Who's Who?  Is that in process?

14          **MR. JACOBS:**  We prepared a list and sent it over to

15   Google and asked them to look at it.

16          **THE COURT:**  All right.  Thank you.

17          Now, I have one last item.  Two more -- three

18   questions more from the jury.  I will read them out loud and

19   you can see them in writing soon.

20          "Seems Sun was aware that Apache had

21          fragmented" -- oh, I misread that.

22          "Seems Sun was aware Apache had fragmented

23          Java and was offering potentially

24          non-compatible APIs, etc that others may have

25          downloaded for future use.  What formal

PROCEEDINGS

```
 1              communication did Sun have (i.e., revoke
 2              license?  Have Apache stop distributing?
 3              Contact those who acquired Apache to caution
 4              about use?)  If not, why not?  If so, when?"
 5              So that's that question.
 6              Next question.
 7              "It was testified that Apache was shelved by
 8              who" -- no.
 9              "It was testified that Apache was shelved -
10              when?  Why?"
11              "What are/were terms of Apache license?"
12              "Did Google get Apache license?  If so, when?
13              (2005?)"
14              "Were 37 APIs available - Apache license?"
15              Then the final question.
16              "How (by what means) do the lawyers for one
17              company obtain the private information or
18              documents, i.e., meeting reports, emails,
19              et cetera, with which they confront witnesses
20              of the other company?"
21              Well, that's one I will answer.  So our jury is
22      generating questions.  Good, good, good.
23              All right.  I will let you see all of those
24      originals.  Did we hand those out already?
25              THE CLERK:  They all have copies.
```

PROCEEDINGS

```
 1              THE COURT:  All right.  You already have copies.
 2              Now, what are your issues?
 3         MR. JACOBS:  Your Honor, we have reached agreement to
 4   some exhibits to move into evidence.  If I can do that, I would
 5   like to.
 6              THE COURT:  You may, but let me get my chart.  Go
 7   ahead.
 8         MR. JACOBS:  36, 37, 38, 39, and 40.
 9         THE COURT:  Agreed?
10         MR. VAN NEST:  No objection, your Honor.
11         THE COURT:  All received.
12         (Trial Exhibits 36, 37
13          , 38, 39 and 40 received
14           in evidence)
15         MR. JACOBS:  41, 42, 43, 44, 45, 46.
16         THE COURT:  Agreed?
17         MR. VAN NEST:  No objection, your Honor.
18         THE COURT:  Received.
19         (Trial Exhibits 41, 42, 43, 44, 45, 46 received
20           in evidence)
21         MR. JACOBS:  47, 51, 53, 54, 65, 70, 74.
22         MR. VAN NEST:  No objection.
23         THE COURT:  All received.
24         (Trial Exhibits 47, 53, 54, 65, 70, 74 received
25           in evidence)
```

PROCEEDINGS

1          **MR. JACOBS:**  30.

2          **MR. VAN NEST:**  No objection.

3          **THE COURT:**  Received.

4          (Trial Exhibit 30 received

5           in evidence)

6          **MR. JACOBS:**  There are additional exhibits as to

7    which we have not been able to secure Google's agreement to

8    admissibility, notwithstanding that they were in the particular

9    case that I'm looking at, cases that I'm looking at, downloaded

10   from Google's website.

11          It is possible that given the kerfuffle yesterday

12   about authentication and admissibility, that we will have no

13   choice but to put an associate on the stand to secure the

14   admission of those exhibits.

15          What I would ask the Court to do is under those

16   circumstances reserve the question of whose time that should be

17   counted against so that if we are put to the use of our

18   valuable trial time by having to put an associate on the stand

19   to confirm that that which is on Google's website is that which

20   is in front of us now, when we have sent over the exhibit to

21   Google to ask, to confirm that very point, that we would ask

22   that that time be charged to Google's time and not Oracle's

23   time.

24          I hope that we'll be able to work this out.

25   Mr. Van Nest and I have talked about the importance on our side

 1  of giving them a heads-up of what we want to admit and giving

 2  them a chance to look at it.  He has assured me that if it is

 3  what -- if the document is what it purports to be and it comes

 4  from Google's production at least, we haven't specifically

 5  talked about this issue yet, that we will not encounter

 6  difficulties, but I needed to alert the Court of our plans.

 7          Obviously, the associate was not on our rolling

 8  witness list.  We would ask for forgiveness on that account if

 9  we are put to this burden.

10          **THE COURT:**  What does Google say?

11          **MR. PAIGE:**  Well, your Honor, I would like to explain

12  a little bit about what Mr. Jacobs is talking about.

13          One of the things he's talking about is a version of

14  the Android source code they say that was downloaded on

15  March 12, 2012.  That was sent over to us late at night on

16  April the 12th, 2012.

17          Now, I take them at their word that that's when it

18  was downloaded.  We don't know that.  No one has sworn to the

19  fact that this was downloaded on March 12, 2012.

20          I think it would be appropriate for something that is

21  going to be -- if it's going to be represented to have been

22  taken from a website at a certain date, that we have some sort

23  of testimony authenticating that to be the case.

24          Certainly we have no objection to anything that we

25  have produced in the case and we know what it is being put into

PROCEEDINGS

 1  evidence and we've agreed to that.  This is something that has

 2  been downloaded by them --

 3          **THE COURT:**  I'm sorry.  The representation to you is

 4  it was downloaded when?

 5          **MR. PAIGE:**  March 12, 2012, and it was provided to us

 6  on April 12th, 2012.

 7          **THE COURT:**  Do you deny that it was available on the

 8  website on that day?

 9          **MR. PAIGE:**  Your Honor, it's -- it's literally

10  probably a gigabyte of data.  I assume it's available on the

11  website that date.  I don't know exactly what the website would

12  have looked like that date or what might have changed in the

13  interim.  But I think it's important if we're going to have

14  representation this was done on a certain date, that someone

15  attest to it.

16          If this were a matter of something that were two

17  pages long, it would be easy to look at it.  This is something

18  that is literally a gigabyte of information.

19          **THE COURT:**  Well, on the gigabyte part, as opposed to

20  the timing part, are you saying it what been forged or

21  something?

22          **MR. PAIGE:**  I'm not saying that at all, your Honor.

23  I have to doubt that it is what it is.  It's a question of

24  whether there is someone that's going to say, in fact, that's

25  what happened.

PROCEEDINGS

```
 1            THE COURT:  You probably know good and well it was

 2   available on March 12th.

 3            MR. PAIGE:  Your Honor, there is no doubt that

 4   something was available on March 12th.  I agree with that

 5   entirely.

 6            THE COURT:  All right.  Here is the answer.  The

 7   answer is Mr. Jacobs has permission to bring in one of your

 8   associates, whoever, out of turn or whenever you wish without

 9   notice, put him on the stand and go through this drill.  I will

10   reserve on the issue of whose time it comes out of, but I'm

11   not -- I'm not saying it's going to come out of Google's time.

12   You would have to convince me that what Google is doing is

13   unreasonable and I'm not sure.  I'm not yet sure on that point,

14   but it's possible.

15            On the Google side, be aware that the day will come

16   in this trial when you will be begging the Court to excuse some

17   goof up on your part or some other -- something that you want

18   to do that is not in accordance with -- strictly in accordance

19   with the guidelines and Mr. Jacobs is going to remind me about

20   this conversation.

21            So you should be -- this is the kind of thing usually

22   lawyers work out in a big trial like this so that the jury can

23   focus on things that are really in controversy and not somehow

24   get the idea that this is in controversy.  So that's the

25   answer.
```

PROCEEDINGS

1          I'm going -- the answer is:  Mr. Jacobs, you've got

2     to do it the hard way for now.

3          **MR. PAIGE:**  And, your Honor, we will continue to

4     discuss this with them.  We received this just last evening and

5     obviously we're still...

6          **THE COURT:**  You always say that, to make it sound

7     like you're not being so unreasonable; that you're going to

8     continue -- that sounds like international negotiations.

9     "We're continuing to talk."

10         Well, this is something you should have figured out

11    overnight.  Come on.

12         All right.  That's -- yes, Mr. Van Nest.

13         **MR. VAN NEST:**  The only comment I want to make, your

14    Honor, is that the number of things that we have already

15    forgiven compared to the number of things that are in issue

16    before your Honor is monumental.  And I do want to say that

17    most staffs, not just our staff, are working hard.

18         Many of these things come over late at night.  They

19    should have been done weeks ago.  This was downloaded

20    apparently in March, not given to us until April.  It was long

21    after discovery closed.

22         The stuff that's been produced in the case, no

23    problem.  It's all been handled very smoothly.  This is all

24    stuff that they are throwing in day after day, sometimes late

25    at night, that was done all after discovery closed.

 1            That's why there are a few tag-end issues and I

 2    apologize for taking the Court's time.

 3            **THE COURT:**  That's a good point and I understand

 4    that.  But I did hear April 12.  This is April 19th -- or is it

 5    20th yet?  19th.

 6            **MR. VAN NEST:**  The request to put these in was last

 7    night.  April 12 was when he got a big data dump of this stuff.

 8    The request to put these in by stipulation was last night.

 9            **MR. JACOBS:**  That's not complete.  We moved to add

10    these to the exhibit list.  These were called out in a motion

11    because these are the source code files that controvert

12    Google's claim that they have removed the code from

13    distributions of Android.  That's the history here, and your

14    Honor saw that motion.  Google saw that motion.  So this has

15    been coming as an issue.

16            They put it into play by denying that the code

17    continued to be available on the public website.  So there has

18    been no surprise, your Honor.

19            **THE COURT:**  All right.  Enough said on this.

20            Let's move to the next point.

21            **MR. JACOBS:**  Your Honor, I would like to propose that

22    we keep track, at least in the Court's record, of

23    demonstratives and so I've got -- we provided this to Google --

24    a set of demonstratives as Trial Exhibit 1046 that have been

25    used about Mr. Reinhold.  And I would hand those to the

PROCEEDINGS

```
 1  courtroom deputy.

 2              (Whereupon, document was tendered

 3               to the Court.)

 4          THE COURT:  Yes.  We should definitely keep track of

 5  what is a demonstrative.

 6              Now, as a heads-up to the -- I say this often to the

 7  juries, but it wouldn't hurt for you to sometimes say it.

 8  There will be people on the jury who think that the

 9  demonstratives will be in the jury room with them.

10              I have had trials where the very first note during

11  deliberations is, "Can we see Poster X?"  Answer, no.  And they

12  didn't take any notes while that -- and they could have.

13              Now, sometimes I remember to say to the jury, which

14  most judges would not even mention, but because I've seen this

15  problem time and again:  Demonstratives are not going to be --

16  these are argument pieces and they are not going to be in the

17  jury room.

18              So you can ask me and I will remind the jury that

19  they are not going to be in the jury room, but I can't do it

20  absolutely every time.

21              But you are correct.  We want to have a record for

22  the Court of Appeals of what is used as a demonstrative.  So

23  fine, this 1046.

24              What else?

25          MR. JACOBS:  Your Honor asked some questions
```

PROCEEDINGS

1  yesterday and the way the Court framed the question was if this

2  is going to come into evidence, I would like to know the answer

3  to the following questions.  And we did some homework and

4  Mr. Reinhold would be prepared to testify to the answers to

5  those questions before the jury.  It would be pretty brief.

6  We've provided these to Google as well.

7          We have summarized in the nature of summaries the

8  answers to the Court's question.  I wanted to do this out of

9  the presence of the jury so we could get your guidance on how

10 you would like to proceed.

11         **THE COURT:**  Could I see what it is you have there?

12         (Whereupon, document was tendered

13          to the Court.)

14         **THE COURT:**  The first one says 1063.  What would the

15 point here?

16         **MR. JACOBS:**  1063 "Classes and interfaces known to

17 the Java Language Compiler," on the upper left-hand.

18         **THE COURT:**  It says, "Classes and interfaces known to

19 the Java Language Compiler."

20         **MR. JACOBS:**  So that answers the question if you are

21 preparing a compiler to the Java language specification proper,

22 what classes and interfaces in the Java.location programming

23 interface specification must be implemented in that compiler,

24 what classes and interfaces are part of the semantics of Java

25 language proper programming instructions.

PROCEEDINGS                                                    664

```
 1            THE COURT:  It looks like eight of them are.  Is that
 2  right?  Eight of them, or all of these are?
 3            MR. JACOBS:  That's where I will get Dr. Reinhold to
 4  be more specific, your Honor, explain what this is showing.
 5            THE COURT:  What would be the possible objection to
 6  him explaining this?
 7            MR. PURCELL:  We don't have an objection, your Honor.
 8            THE COURT:  All right.  So you can use 1063 and go
 9  into that subject matter.
10            MR. JACOBS:  And 1064 answers a somewhat different
11  and less --
12            THE COURT:  1062 it says here.
13            MR. JACOBS:  I'm sorry.
14            THE COURT:  1062 answers what?
15            MR. JACOBS:  The document titled "Classes and
16  Interfaces Mentioned in the Java Language Specification."
17            It answers the question, if you go through the formal
18  version created by the language specification, what classes and
19  interfaces are shown there, excluding examples.
20            They are not part of the semantics of the language.
21  They are not part, obviously, of the syntax of the language,
22  but they are -- but they are mentioned.  And we do this out
23  of -- mostly out of completeness.
24            THE COURT:  I see.  Any objection to that part?
25            MR. PURCELL:  No, your Honor.
```

1          THE COURT:  You may use both and explain both.

2          MR. JACOBS:  Terrific.

3          MR. VAN NEST:  Did we get the copies?  I didn't

4  realize they were going to be exhibits, your Honor.

5          THE COURT:  Of course you should have copies.

6          MR. JACOBS:  They do have copies.  They just don't

7  have exhibit numbers on them.

8          THE COURT:  Do this.  You can have my copies.

9          MR. JACOBS:  We have copies of it.

10          THE COURT:  Do you have copies with exhibit numbers

11  for counsel?

12          MR. JACOBS:  Let me retrieve those.

13          THE COURT:  You may take these back.

14          (Whereupon document was tendered

15           to counsel.)

16          THE COURT:  What else?

17          MR. JACOBS:  I believe that's all we have to raise.

18          THE COURT:  How about Google?  Any issues?

19          MR. VAN NEST:  I don't believe so, your Honor.

20          THE COURT:  I have up here something, a stray

21  document.  Here I'm going to hand it down to counsel.

22          (Whereupon document was tendered

23           to counsel.)

24          THE COURT:  I don't remember now why you handed that

25  to me.  Do I need that any more for anything?  It was from

1  yesterday.

2         MR. BOIES:  No, your Honor.  Those were examples of

3  documents that we offered, and the Court ruled that there was

4  not an adequate foundation because the witness couldn't -- said

5  he couldn't identify them.

6         THE COURT:  But without prejudice to doing it with

7  somebody else and bringing that witness back.

8         MR. BOIES:  Yes, your Honor.

9         THE COURT:  Yes I remember now.  Okay.

10        MR. JACOBS:  We do have one more item Mr. Norton will

11  address.

12        THE COURT:  All right, Mr. Norton.

13        MR. NORTON:  During the examination of Mr. Page,

14  Exhibit 6 was offered and published to the jury, but we don't

15  show it as admitted and we just wanted to make sure --

16        THE COURT:  I show it as admitted.

17        MR. NORTON:  Thank you, your Honor.

18        THE COURT:  Okay.

19        MR. VAN NEST:  We don't have anything else, your

20  Honor.

21        THE COURT:  All right.  Let's bring in the jury and

22  bring back the witness.

23        (Jury enters courtroom at 7:53 a.m.)

24        THE COURT:  Welcome back, and please be seated.

25        Before we resume with our -- our witness can have his

1   seat.

2           Before we resume with the witness, first I want to

3   thank you you all for being so punctual again.  You all getting

4   enough sleep and everything?  Good.  Everyone good on that?

5           All right.  So anyone coming down with the flu?  No?

6   Good.  You know, keep washing your hands.  If you get sick, we

7   may have to take a day and just wait until you get well.  So I

8   want you to stay as healthy as you possibly can.

9           Now, you remember I said you could write notes and

10  ask questions and you -- four of you have done that already.

11  That's good.  You don't have to.  Some trials nobody writes a

12  note, but it's up to you.

13          And the procedure I use is that I give those notes to

14  the lawyers and eventually they will -- unless it's

15  inadmissible, they will try to work in that question with some

16  witness somewhere.  It may be two days or two weeks from now

17  before you hear the answer, but in due course the lawyers know

18  that somebody has asked that question and they will probably

19  address it.

20          All right.  Now, there is one question that was asked

21  that is best for me to answer, and it's a question that says:

22          "By what means do the lawyers for one company

23           obtain the private information or documents,

24           i.e., meeting reports, personal emails,

25           et cetera, with which they confront witnesses

```
 1              of the other company?"

 2         That's a very good question.  The others were, too,

 3  but this one is one I can answer for you.

 4         We have a trial going right now, but before the trial

 5  starts, the lawsuit, I believe, was filed about 18 months ago,

 6  somewhere in there; 16, 18.  And the first phase of any lawsuit

 7  is called discovery.  That's what the lawyers call it.

 8  Discovery.  And so in addition to having investigators if they

 9  want, any company can -- or any party is entitled to ask the

10  other side to produce certain records for examination and

11  copying.

12         So one side could say, make a formal request:  Let us

13  see all of your emails that mention the word "Android" or

14  mention the word "Java" or within a time frame perhaps.  And so

15  then the responding company will go back and do a search

16  through their big servers, pull out those records and let the

17  other side see them.

18         And it's not limited to electronic material.  It

19  could be:  Let us see all of your hard copy memos to file or

20  your handwritten notes or let us see the desk file that Mr.

21  Ellison kept in his desk drawer about this project.  And the

22  parties are entitled to see the originals by the way, if they

23  want, not just the copies.

24         And it works both ways.  Both sides can do this.  And

25  I promise you both sides have exercised their right vigorously
```

PROCEEDINGS

1    in this case to see the other side's materials.

2           So lawyers come prepared because they have seen the

3    internal workings of the other side's thought process, the

4    communications back and forth.  And all of this is perfectly

5    proper.  There is nothing sneaky at all about it.  It's

6    perfectly proper to do this in litigation.  It works both ways.

7    Both sides have had this opportunity and you will see both

8    sides using what looks like confidential material inside the

9    company here in this public trial.

10          So that is the way in which we come to court so

11   that -- in the old days you, the jury, would sit here for

12   months while we subpoenaed in the people and we did this, this

13   hard discovery just here in front of you.  It would take us

14   months to do that, but in more modern times we spare the jury

15   all of that and the lawyers and the judge get it all done

16   before the trial starts so that all of this has been rehearsed

17   before -- not rehearsed, but the records have been reviewed,

18   the records have been examined carefully and both sides have

19   had these opportunities.

20          I'm going to guess millions of pages -- I don't know,

21   you lawyers can correct me.  Over a million pages of records

22   have probably been produced and reviewed by the two sides.

23          Is that a fair statement?

24          **MR. PURCELL:**  I think so, your Honor.

25          **THE COURT:**  So you can see the -- you will just see

PROCEEDINGS

1   the tip of the iceberg of the records that have actually been

2   reviewed in this case.  You won't see a million.  You will see

3   a couple hundred probably, maybe a few more than that.  But

4   it's definitely the tip of the iceberg because as in all

5   things, most of them are not that informative, the records, but

6   there are some that both sides think will help you, the jury,

7   decide the case.

8           So that's the answer to the question.

9           All right.  Now, you will remember that yesterday

10  when we broke we had Mr. Reinhold on the stand.

11          Mr. Reinhold -- am I saying that right, Reinhold?

12          **THE WITNESS:**  Yes.

13          **THE COURT:**  (Continuing) -- is still on direct

14  examination, and he has about 20 minutes to go Mr. Jacobs told

15  me yesterday.  Right?

16          **MR. JACOBS:**  Yes, your Honor.

17          **THE COURT:**  So please pick it up right there, and

18  continue right on.

19                      **MARK B. REINHOLD**,

20  called as a witness for the Plaintiff herein, having been

21  previously sworn, resumed the stand and testified further as

22  follows:

23              **DIRECT EXAMINATION RESUMED**

24  BY MR. JACOBS:

25  **Q.**   Dr. Reinhold, we left off yesterday talking about one the

1   Application Programming Interface packages that you have worked

2   on, the java.nio.channels.  And I had asked you whether

3   java.nio.channels is anywhere depicted, described, mentioned in

4   the Java language specification.

5               Do you know the answer to that question?

6   **A.**   Yes, I do.

7   **Q.**   What is the answer?

8   **A.**   It appears nowhere in the Java language specification.

9   **Q.**   Where is java.nio.channels documented?

10  **A.**   It is documented in the Java platform API specification.

11  **Q.**   And just to bring us all back, when you say it's

12  documented in the Java language API specification, what are you

13  refusing to?

14  **A.**   Sorry.  It was the Java platform API specification.

15  **Q.**   I'm sorry.  I said that wrong, didn't I?

16  **A.**   I'm referring to the 11,000 pages we discussed yesterday.

17  **Q.**   Now, how would one find those pages if one wanted to find

18  them?

19  **A.**   One can find them on the internet, on the worldwide web at

20  a well-known location.

21  **Q.**   Are there copyright notices appended to that

22  documentation?

23  **A.**   There is a link -- there is a copyright notice at the

24  bottom of every web page and that links to the full legal

25  notice for that collection of pages.

1  Q.   Have you looked at registrations of copyrights in this

2  case?

3  A.   I have looked at registrations, yes.

4  Q.   Was it Sun's practice to register copyrights on the Java

5  platform with the copyright office?

6  A.   Yes, it was.

7  Q.   I have got some exhibits in front of you I would like to

8  move through as quickly and efficiently as possible.  I have a

9  list of those exhibits for you because some of those aren't

10  marked.

11          MR. JACOBS:  Your Honor, I have shown this to counsel

12  for Google.

13          (Whereupon, document was tendered

14           to the witness.)

15  BY MR. JACOBS:

16  Q.   What is 610.2?

17  A.   610.2, this is a DVD containing an electronic copy of the

18  Java 5 -- the JDK documentation.  It includes the API

19  specification for Java 5.

20          MR. JACOBS:  Move into evidence.

21          MR. PURCELL:  No objection.

22          THE COURT:  Received.

23          (Trial Exhibit 610.2 received

24           in evidence)

25

1  **BY MR. JACOBS:**

2  **Q.**   Dr. Reinhold, what is the Java programming language as a

3  formal -- in as formal a way as you can describe it?

4  **A.**   As formal a -- so the Java programming language, like any

5  language, really, has two fundamental parts.  There's the

6  syntax for the language, which is essentially the grammar.  We

7  all remember in grade school taking English sentences and

8  decomposing them down into their separate parts.  There is a

9  grammar just like that for the Java programming language and,

10  really, for any programming language.

11        The other important part of the language

12  specification is the semantics -- that is a set of rules -- in

13  this case expressed in English prose in several hundred pages

14  which specify, as precisely as possible, what every construct

15  you can express in the language means.

16        So if there is a piece of the grammar, for example,

17  that has a command for a conditional test, if something is true

18  then do something, then the language speculation specification,

19  describes in excruciating detail what that kind of a statement

20  is supposed to mean.

21  **Q.**   Yesterday we saw the Java Language Specification Third

22  Edition, Trial Exhibit 984.  Is there a place in that language

23  specification where you can find a complete set of the rules

24  for the grammar or syntax?

25  **A.**   Yes, there is.

1  **Q.**   Where is that?

2  **A.**   I believe that is Chapter 18, near the back.

3          **THE COURT:**  Chapter 18?  Where is that book?

4          **MR. JACOBS:**  It may be back in the boxes.  We have it

5  on the screen.

6          **THE COURT:**  What is that?

7          **THE WITNESS:**  These are the API books, sir.

8          **THE COURT:**  Where is the one you're talking about

9  here?

10         **MR. JACOBS:**  We could scroll to 18 on the screen.

11 That would probably be the most efficient.

12         **THE COURT:**  Fine.  Go ahead.

13         **MR. JACOBS:**  If we could go to Page 588?

14         **THE CLERK:**  I don't know what exhibit you're on.

15         **MR. JACOBS:**  984.

16         **THE CLERK:**  Is it admitted?

17         **MR. JACOBS:**  It's already admitted, yes.

18         Can you go to the beginning of Chapter 18?

19         (Document displayed)

20         **THE COURT:**  It's Page 588 using the books page

21 numbers.  No, you have to go back a page.

22         We'll get it up on the screen, your Honor, in a

23 second.

24         **THE COURT:**  All right.  Continue on with something

25 else then.

1  **BY MR. JACOBS:**

2  **Q.**   What role did the classes in the Java application

3  programming interface play as to the grammar of the Java

4  programming language?

5  **A.**   The classes and interface in the Java platform API do not

6  appear in the grammar of the Java programming language.

7  **Q.**   Is there a relationship between any of the classes in the

8  APIs and the Java language specification?

9  **A.**   There is a relationship in that the language specification

10  depends upon certain of the API classes and interfaces

11  existent, but it does not specify them.

12  **Q.**   Let's turn to -- so this is the beginning now of Chapter

13  18 that I was referring to earlier.

14        (Document displayed)

15  **Q.**   Can you summarize what the introduction to Chapter 18 is

16  telling us?

17  **A.**   So, Chapter 18 collects all of the syntax rules for the

18  language.  These rules are expressed elsewhere throughout the

19  book in piece-wise fashion as each part of the rules is

20  discussed.

21        Chapter 18 collects them all together as a single

22  reference.  It's typically used by developers who are writing a

23  Java Language Compiler so that they can understand how to write

24  the code they need to write to parse an incoming Java source

25  code file.

REINHOLD - DIRECT EXAMINATION / JACOBS

1    Q.    Let's turn now to Section 1.3 of this exhibit, Exhibit

2    984.

3            (Document displayed)

4    Q.    Does Section 1.3 describe the relationship of the Java

5    language specification to predefined classes and interfaces?

6    A.    Yes, it does.

7    Q.    What does it -- do you recall what it tells us?

8    A.    It tells us that the specification refers to certain

9    classes and interfaces.

10           (Document displayed)

11   A.    Here we go.  Shall read this?

12   Q.    Don't read the whole text, but summarize what it's

13   explaining for us.

14   A.    Okay.  It notes that some classes have a special

15   relationship with the language, including, for example, Object,

16   class, Classloader and String.

17   Q.    Are any of the classes in the Java Application Programming

18   Interface actually specified in the Java language

19   specification?

20   A.    No.  As the paragraph goes on to explain, the language

21   definition constrains the behavior of these classes and

22   interfaces, but this document does not provide a complete

23   specification for them.

24   Q.    And where are you directed to find the complete

25   specification?

1  A.   The reader is referred to other parts of the Java platform

2  specification for such detailed API specifications.

3  Q.   Is any class described in any detail at all in the Java

4  language specification?

5  A.   There is one class, java.lang.object.  If you recall, that

6  is the class that all other classes are grouped under.  That is

7  described in some detail, but it is not enough detail that

8  anyone would consider a specification.

9  Q.   Did you look at the Java language specification to

10  determine whether it refers to any other classes?

11  A.   Yes, I did.

12  Q.   And what kind of analysis did you do?

13  A.   So, I did a scan of the text of the specification and

14  extracted all of the names of classes and interfaces that were

15  mentioned in a way that indicates they are part of the

16  specification rather than being part of an example.

17  Q.   Is that -- is the result of your work in Trial Exhibit

18  1062 and 1063?  They are in the folder there.

19  A.   Yes, I have them here.

20        Exhibit 1062 the list of is classes and interfaces

21  mentioned in the Java Language Specification, Third Edition,

22  but not counting examples or commentary.

23  Q.   And by "mentioned," what's the significance of being

24  mentioned?

25  A.   So, many of these classes are mentioned by name and there

1    may be a very brief statement to the effect that, well, if a

2    certain kind of error condition arises, then one of these

3    classes is used.

4          About half of the classes, if you look at the list of

5    30 of them, are what we call exception or error classes.  They

6    are just used to report error conditions.  Something has gone

7    wrong.  They are used to report diagnostic information.  So,

8    those especially.

9          They are mentioned in the Java language

10   specification.  They are not specified.  They are mentioned

11   only by name.  There is no mention of what methods might be in

12   them, what fields they might have.  They could have anything,

13   as far as the language specification is concerned.

14         **THE COURT:**  I'm confused on one thing, though.  I see

15   the document on the screen.

16         And when you say "Java language specification," is

17   that the same thing as the Java program language?

18         **THE WITNESS:**  Yes, sir.  That is the Java programming

19   language specification.

20         **THE COURT:**  All right.  As opposed to using Java very

21   broadly, you're focusing in on Java programming language

22   specification.  But it doesn't say "programming language."  It

23   just says "Java language."

24         **THE WITNESS:**  Your Honor, that is the title of the

25   book and the name of the specification, but it is exactly about

 1  the Java programming language.

 2          THE COURT:  All right.  Now I understand.  Thank you

 3  for doing that.

 4          MR. JACOBS:  And, your Honor, here is Exhibit 984.

 5  I had it next to me the what time.

 6          (Whereupon, book was tendered

 7           to the Court.)

 8          THE COURT:  This is in evidence, right?

 9          MR. JACOBS:  Yes.

10          THE COURT:  Okay.  Great.  Thank you.

11  BY MR. JACOBS:

12  Q.   So 1063 is classes and interfaces that are mentioned.

13          Does the fact of mentioning mean that they are

14  required by the Java programming language specification?

15  A.   I'm sorry.  We're still talking about 1062 I think?

16  Q.   I'm sorry.  You're correct.

17  A.   Okay.  I'm sorry.  And the question was?

18  Q.   Does the fact that they are mentioned mean that they are

19  required by the Java programming language specification?

20  A.   Yes.  They are required by the language specification, but

21  they are not specified as part of it.

22  Q.   Then what is -- can you explain what 1063 is?

23  A.   So 1063 is a somewhat similar analysis.  So, 1062 was

24  about what is in the language specification document.

25          For 1063 I inspected the source code of the Java

1    Programming Language Compiler.  If you recall that's the tool

2    that takes a Java program in source code form and compiles it

3    into the zeros and ones that the Java virtual machine can

4    understand.  I inspected the source code of the compiler and

5    looked for all mentions of any specific class or interface, and

6    these 39 are the only mentions.

7            So in a high level sense, the Java Programming

8    Language Compiler only knows about these 39 classes and

9    interfaces.

10   **Q.**   Now, can you just describe from the name of the classes

11   and interfaces that is listed here, what package -- what

12   packages we're talking about?

13   **A.**   So most of them are in the package called java.lang, and

14   the java.lang package is named that way because they are

15   classes and interfaces related -- closely related to the

16   language in this special relationship.

17           There is one in the java.io package because it has to

18   do with input/output.

19           There are four in the Java.utils package.  The use of

20   these four is not required by the specification.

21           **THE COURT:**  Wait one second.  The jury is not seeing

22   this because it's not in evidence yet.

23           **MR. JACOBS:**  I'm sorry.  We move 1062 and 1063 into

24   evidence, please.

25           **THE COURT:**  Any objection?

1          **MR. PURCELL:**  No objection.

2          **THE COURT:**  All right both received.

3          (Trial Exhibits 1062 and 1063 received in evidence)

4          **THE COURT:**  You're on 1063 now, right?

5          **THE WITNESS:**  Yes, your Honor.

6          **THE COURT:**  So let's show that one to the jury.

7          (Document displayed)

8          **THE COURT:**  Go ahead.

9   **A.**   So, to recap.  Many of these classes and interfaces in

10  1063 are in the java.lang package.  One called serializable is

11  in the java.io package because it has to do with input/output.

12          There is several in a subpackage of java.lang called

13  java.lang.annotation.  There are three of those.

14          And, finally, there are four in the java.util

15  package.  Those are four in the bottom.

16          It turns out -- well, three of those are -- the names

17  of those of three classes are mentioned in the compiler source

18  code, but they are never actually used.  So that's a bug.  But

19  at any rate these classes, those last four are not required by

20  the specification.  They are simply used in the implementation

21  of the compiler as a convenience.

22  **Q.**   When you say a class is required by not specified by the

23  Java programming language specification, what do you mean?

24  **A.**   I mean the Java programming language specification asserts

25  the existence of the classes and interfaces in Exhibit 1062,

1    but it describes, really, only one of them in any detail and

2    that detail is partial.

3    **Q.**   And that is which one?

4    **A.**   That is java.lang.object.

5    **Q.**   Let's take a look at a demonstrative you prepared.

6    "Demonstrative" meaning an illustration of the analysis that

7    you have done.

8         (Document displayed)

9    **Q.**   What does this show?

10   **A.**   So what this diagram shows -- well, it's a classic Venn

11   diagram it's called, it's called.  So there are two circles

12   here.  The smaller circle represents the size counted in pages

13   of the Java language specification, which is that exhibit.  The

14   large circle represents the size in pages of the Java platform

15   API specification in Version 5.  And the little white

16   associated area represents the overlap between the two, just in

17   terms of which classes and interfaces are mentioned in the

18   specification; the language specification, sorry.

19   **Q.**   If we drew this to scale such that the Java APIs

20   represented by the circle on the right represented the APIs in

21   Version 5 and, correspondingly, the Java language would be the

22   Version 3 Java language specification, what would happen to

23   this diagram?

24   **A.**   The big circle would be much bigger.

25   **Q.**   And what's the scale representation of the intersection of

1   the two circles?

2   **A.**   That intersection would be -- is a lot smaller than it's

3   shown.  It was shown a little bigger because otherwise it would

4   be very hard to see.

5   **Q.**   And we're looking, for the record, at Slide 20.

6           **THE COURT:**  Can I ask a question?  Now, the 37 APIs

7   that we're most concerned about in this case, are they all

8   within that little shaded area or are they somewhere else?

9           **THE WITNESS:**  Your Honor, most of them are -- the

10  bulk of them are outside of that little shaded area.

11          **THE COURT:**  In the purple area?

12          **THE WITNESS:**  Correct, sir.

13  **BY MR. JACOBS:**

14  **Q.**   Without any kind of class library at all -- I want you to

15  assume no class library -- what kind of programming could you

16  do with the Java programming language itself?

17  **A.**   With no class library at all, you could do very little.

18  **Q.**   What would be the first increment you would need to put in

19  to be able to do something meaningful?

20  **A.**   To do something meaningful you would need a way to get

21  results out of the program.  As the Java -- take the Java

22  language just by itself.  It can -- it can take some parameters

23  to a single method from the command line.  If you're typing at

24  the computer, you can type Java, then the name of your program,

25  and then some words.  And those words are passed in to the

1 program as strings.  So there is limited input there, but there

2 is no way for the program to do output.  It can compute.  It

3 can do a lot of computation inside, but it can never

4 communicate the results of that computation.

5 **Q.**   Now, changing the assumption a little bit, you are told

6 you can create a class library, but you can't copy the Java

7 platform API specification for any APIs.

8        Can you create your own class library to perform the

9 functions that you just described?

10        **MR. PURCELL:**  Objection.  It's a hypothetical.

11        **THE COURT:**  Sustained.

12 **BY MR. JACOBS:**

13 **Q.**   Does the Java programming language give you the capability

14 to write your own APIs and class libraries?

15 **A.**   Yes, it does.

16 **Q.**   Does one need to use Sun's class libraries, Oracle's class

17 libraries, Sun's APIs, Oracle's APIs in order to program in the

18 Java programming language?

19 **A.**   At the very least you need to use the few that are tightly

20 related to the Java programming language.

21        **THE COURT:**  When you say that, you're pointing at

22 something.  What are you pointing at?

23        **THE WITNESS:**  Sir, I'm pointing to the Exhibit 1062.

24        **THE COURT:**  And so the few are everything on that

25 page?

1              **THE WITNESS:**  The few are the -- yes, sir, the 61

2  mentioned on this page.

3              **THE COURT:**  All right.  Thank you.

4  **BY MR. JACOBS:**

5  **Q.**   Do people design their own APIs for Java?

6  **A.**   Yes, sir.  They do all the time.

7  **Q.**   And when they are doing that -- well, how are they doing

8  that if the APIs are required by the Java programming language?

9  **A.**   I'm sorry.  I don't understand the question.

10              If people are designing their own APIs for Java, then

11  they are building on top of the Java programming language.

12  They are building typically on top of all of the standard Java

13  APIs and creating their own APIs for whatever problem they are

14  trying to solve.

15              So, for example, there are -- you know, large

16  financial firms on Wall Street invest heavily in creating their

17  own internally APIs for their own class libraries to handle

18  financial trading activities, but those are not -- those are

19  strictly built on top of all of this Java platform stuff we

20  have been speaking about.

21  **Q.**   Do you need the 37 API packages and class libraries at

22  issue, that we told you are at issue in this case in order to

23  write useful Java programs?

24  **A.**   No.

25  **Q.**   How many APIs and class libraries were in the first

1  release of Java SE in 1996?

2  **A.**   The first release contained seven API packages and, if I

3  remember correctly, 190 classes.

4  **Q.**   Could one write useful Java programs with the first

5  release?

6  **A.**   One could write very useful Java programs with the first

7  release.   That first release was extremely popular.

8  **Q.**   Why bother with this separate library called APIs and

9  class libraries?   Why not put it all into the programming

10  language specification?

11  **A.**   Well, from an engineering perspective, that wouldn't be

12  very smart.   It would be kind of like taking, say, the Oxford

13  English dictionary and adding to it every work of English

14  literature.   They are fundamentally different things.

15         The language is the primitive thing on top of which

16  everything else is built.

17         The class libraries are written in the language.   So

18  in a sense it's kind of weird to talk about something in the

19  language being part of the language, if you see what I mean.

20         Another consideration is that the language, the Java

21  programming language is the thing that every developer using

22  the Java platform must understand.

23         If you look at the Java APIs, which have grown to be

24  this rich library of prebuilt components, there are many things

25  in there that some Java developers will never use.   And that's

1  perfectly okay, but the Java language is something that

2  everyone must understand.  So we're very cautious about

3  evolving it conservatively and keeping it small so that it is

4  understandable.

5         A final consideration I would mention is that the

6  Java programming language is -- specification is very tightly

7  related to the Java virtual machine specification.  Now, Java

8  virtual machines are extraordinarily complex pieces of

9  software.  Many companies have invested a lot in developing

10  high performance Java virtual machines over the years, not just

11  Sun or Oracle, and because of that investment they are

12  reluctant to see the virtual machine specification change

13  dramatically unless there is good reason.  So that's another

14  reason for keeping the programming language small and, also,

15  evolving it in an slow, measured pace.

16  **Q.**  And how does that compare with development of application

17  program interfaces and class libraries?

18  **A.**  The evolution of the Java platform APIs is more like

19  wildfire.  They have grown just incredibly dramatically over

20  the years.

21  **Q.**  How long had Oracle and its predecessor Sun worked on

22  developing these APIs?

23  **A.**  Since 1996, when Java 1.0 came out and, in fact, some of

24  the work started several years earlier.

25  **Q.**  Have the 37 API packages at issue in this lawsuit

1  themselves evolved over that time?

2  **A.**    Yes, they have.

3  **Q.**    In what way?

4  **A.**    It's very common when you design an API, even if you do a

5  wonderful job, you probably miss something or maybe there is a

6  flaw in it that just despite -- no matter how many people you

7  get to review it, no one notices until the API is out and

8  published and has been used for awhile.

9          So, you know, little bits of missing functionality or

10  little bugs in an API will typically be fixed in the next major

11  release.  Maybe you're missing functionality.  You add a few

12  methods.  Sometimes we add classes.  Sometimes we add

13  interfaces.  Occasionally we add an entire package.

14  **Q.**    When you joined the Java software development group in

15  1996, how many engineers did you have?

16  **A.**    I believe there were about 40.

17  **Q.**    And did the size of that group change over time?

18  **A.**    That group grew fairly dramatically in the late 90's.

19  **Q.**    And what was it at its peak?

20  **A.**    At its peak it was probably around 500.

21  **Q.**    And what were most of those people working on?

22  **A.**    Most of them were working on the API specifications and

23  the class libraries.  A significant number were also working on

24  the Java virtual machine.

25  **Q.**    How many were working on the language?

REINHOLD - DIRECT EXAMINATION / JACOBS

1  **A.**   Well, the language, since it evolves so slowly, doesn't

2  require a large team.  Sun almost always had one in-the-house

3  language expert, somebody typically with a PhD in that area, to

4  maintain the specification and interpret it, together with a

5  small team of, you know, maybe two to four engineers to

6  maintain the Java Programming Language Compiler and enhance it

7  and so forth.

8  **Q.**   Is there still development work going on in Java today?

9  **A.**   Yes, there is.

10 **Q.**   And that's what you're involved in, right?

11 **A.**   Yes, it is.

12 **Q.**   And what are you working on?

13 **A.**   Right now we're working on Java SE 8, which is scheduled

14 to ship sometime next year.

15 **Q.**   And how many engineers at Oracle are working on the

16 various Java platforms today?

17 **A.**   About 800.

18 **Q.**   I would like to do a couple more exhibits there.

19         Sir, do you have Exhibit 623 in front of you?

20 **A.**   623, yes.

21 **Q.**   What is 623?

22 **A.**   623 is another DVD, and it is the source codes for Version

23 1.4 of JDK 1.4, which is the reference implementation of the

24 Java SE 1.4 platform.

25 **Q.**   Do you have Exhibit 980 in front of you?  That's one of

 1  the books.

 2  **A.**    Yes.

 3  **Q.**    What is 980?

 4  **A.**    980 is the Java Application Programming Interface

 5  Volume 1.  The subtitle is Core Packages.

 6  **Q.**    How about 981?

 7  **A.**    981 is the Java Application Programming Interface

 8  Volume 2.  Window, Toolkit and Applets.

 9  **Q.**    When were those volumes produced?

10  **A.**    These were produced in 1996.

11  **Q.**    Do they have copyright notices on them?

12  **A.**    They do have copyright notices.

13  **Q.**    And who wrote these books?

14  **A.**    These books were written by engineers and technical

15  writers at Sun Microsystems.

16  **Q.**    Do you have 622 in front of you?

17          **THE COURT:**  Are those in evidence yet?

18          **MR. JACOBS:**  I'm sorry.  I offer into evidence, your

19  Honor, the three items that I mentioned.

20          **MR. PURCELL:**  No objection.

21          **THE COURT:**  980 and 981 are received.

22          (Trial Exhibits 980 and 981 received in evidence)

23          **THE COURT:**  What was the third one?

24          **MR. JACOBS:**  623.

25          **THE COURT:**  Any objection?

1              MR. PURCELL:  No objection.

2              THE COURT:  Received as well.

3              (Trial Exhibit 623 received

4               in evidence)

5    BY MR. JACOBS:

6    Q.   Do you have 622 in front of you?

7    A.   Yes, I have 622.

8    Q.   What is that?

9    A.   622 is a DVD containing source code for Version 1.4 of the

10   Java SE platform.

11             I'm sorry.  I may have misspoke on 623.  623 is the

12   one we just did, correct?

13   Q.   623 is the java.nio.

14   A.   My apologies.  623 is the source code for Version 5.

15             THE COURT:  All right.  Is that the correct?

16             THE WITNESS:  That is the correct.

17             THE COURT:  So do you want to take back anything?

18             MR. PURCELL:  Still no objection.

19             THE COURT:  Still no objection.  Thank you go ahead.

20   BY MR. JACOBS:

21   Q.   And what's 622?

22   A.   622 is the DVD and source code for Version 1.4 of the

23   platform.

24   Q.   And what's -- do you have 965 in front of you?

25   A.   Yes, here it is.

1   **Q.**   What is 965?

2   **A.**   So, this is a USB thumb drive containing the source code

3   for the Java development kit Version 1.1.3.

4              **MR. JACOBS:**  I offer all of these into evidence, your

5   Honor.

6              **THE WITNESS:**  I apologize again.  The testimony

7   is incorrect.  This is the source code for Java Standard

8   Edition 6.

9              **THE COURT:**  What is the correction you were referring

10  to?

11             **THE WITNESS:**  That was for Exhibit 965.

12             **THE COURT:**  965, any objection?

13             **MR. PURCELL:**  No objection.

14             **THE COURT:**  Received.

15             (Trial Exhibit 965 received in evidence)

16             **THE COURT:**  622, any objection?

17             **MR. PURCELL:**  No objection.

18             (Trial Exhibit 622 received in evidence)

19             **THE COURT:**  Was there anything beyond those two?

20  Mr. Jacobs?  622, 965.  What else did you want to move in.

21             **MR. JACOBS:**  622, 623, 965.

22             **THE COURT:**  623 is already in.

23             **MR. JACOBS:**  Okay.  I think we've got it, your Honor.

24             **THE COURT:**  All right.  Continue on.

25

1  BY MR. JACOBS:

2  Q.    And then are you familiar as to 623, 623.1 through 623.10?

3  A.    Yes.

4  Q.    What are those?

5  A.    These are specific source code files taken from the source

6  code for JDK 1.5.

7  Q.    So 623.1, do you know what that is?

8  A.    623.1 is the source code for the class called

9  java.util.arrays.  That's arrays, plural.

10  Q.    And 623.2?

11  A.    623.2 is the source code for a class called

12  sun.security.provider.certpath PolicyNodeImpl.  That's one --

13  that's three words jammed together, capital P, capital M,

14  capital I.

15  Q.    And 623.3?

16        THE COURT:   Is this in hard copy form or is it in

17  some kind of a --

18        THE WITNESS:   This is in hard copy form, your Honor.

19        THE COURT:   Thank you.  Continue on.

20  A.    623.3 is the source code for a class called

21  sun.security.acl. -- this is not a commonly used class.

22  Capital Acl, capital Entry, capital Impl.  A software developer

23  would call that AclEntryImpl.

24  Q.    And .4, 623.4?

25  A.    .4 is the source code for a class called

1    sun.security.Acl.Impl; capital Acl, capital Impl.

2    **Q.**    And .5.

3    **A.**    .5 is the source code a class called

4    sun.security.acl.GroupImpl; capital G and capital I.

5    **Q.**    And 623.6?

6    **A.**    623.6 is the source code for a class called

7    sun.security.aclOwnerImpl; O-W-N-E-R, Impl, capital I.

8    **Q.**    623.7?

9    **A.**    623.7 is source code for a class called sun.security.acl

10   PermissionImpl; capital P, capital I.

11   **Q.**    623.8?

12   **A.**    623.8 is the source code for a class called

13   sun.security.acl.PrincipalImpl; P-R-I-N-C-I-P-A-L, capital

14   Impl.

15   **Q.**    And 623.9?

16   **A.**    623.9 is the source code for a class called

17   java.security.CodeSource; capital C, capital S.

18   **Q.**    And 623.10?

19   **A.**    623.10 is the source code for a class called

20   java.security.cert, C-E-R-T, CollectionCertStoreParameters.

21   That's four words with a capital at the beginning of each word.

22          **MR. JACOBS:**   All right.   Offer all these into

23   evidence, your Honor.

24          **MR. PURCELL:**   No objection.

25          **THE COURT:**   Received.   So I understand your system,

```
 1  when you move in 623, that was separate from 623.1 through .10?
 2           MR. JACOBS:  Separate as an exhibit demarcation, but
 3  623.1 through .10 are portions of 623.  That was the logic.
 4           THE COURT:  But 623 was already in evidence.
 5           MR. JACOBS:  Yes.  We wanted to have a separate
 6  exhibit in paper form of specific files.
 7           THE COURT:  I see, okay.  Thank you.
 8           (Trial Exhibits 623.1 through 623.10 received in
 9            evidence)
10  BY MR. JACOBS:
11  Q.   One last thing, Dr. Reinhold.  Could we take a look at
12  Exhibit 623, please?
13  A.   623 again?
14  Q.   Yes.  We'll put it up on the screen.
15           (Document displayed)
16  Q.   And can we have you take a look at Lines 151 to 152.
17           Do you have a printout of 623 in front you have by
18  any chance?
19  A.   Yes, I do -- sorry, no.  I don't.  I have the DVD.
20           (Document displayed)
21           THE COURT:  Something is on the screen.  Is that what
22  you wanted?
23           MR. JACOBS:  Yes, it is, your Honor.  Thank you.
24  BY MR. JACOBS:
25  Q.   Could you read Lines 151 and 152, please?
```

```
 1  A.   Yes.  So, Line 151 says, "Author Mark Reinhold."  Line 152

 2  says, "Author JSR-51 Expert Group."

 3         And I should explain the "author" word there is

 4  preceded by an "@" sign.  That's just a notation that's

 5  interpreted by the Java Documentation Extractor so it can find

 6  the names of the authors of a class or interface.

 7         THE COURT:  Is the asterisk the thing that the

 8  Extractor or whatever uses to identify where the plain English

 9  embedded comments are?

10         THE WITNESS:  Your Honor, the asterisk is part of the

11  syntax for that.  If we could scroll to -- I guess this won't

12  really scroll.

13         Could we show the bottom of the previous page,

14  please?

15         (Document displayed)

16  A.   Well, that's quite long.  I'm sorry.  Let's scroll forward

17  one page and then scroll down a bit and I'll show you an

18  example.

19         Okay.  Stop right there, please.

20         Lines 185 through 189.  So that's an entire

21  documentation comment.  Comments in Java -- the Java

22  programming language can be written in a couple ways.  In this

23  case they are written using the asterisks and slashes.  So on

24  Line 185, the slash star is interpreted by the Programming

25  Language Compiler as the beginning of a comment and it ignores
```

1   everything up to the closing star slash on Line 189.

2          Now, the Documentation Extractor, unlike the

3   Compiler, it does pay attention to comments.  In particular,

4   it pays attention to comments which begin with a slash and two

5   stars.  So that's on Line 185.  So that's a signal to the

6   Documentation Extractor, this is a piece of English prose, and

7   perhaps figures and tables and other kinds of text, that needs

8   to be reflected into the API specification.

9   **Q.**   Is there a copyright notice appended to this file?

10  **A.**   There is a copyright notice at the very top this file.

11  **Q.**   Can we take a look at that, please?

12          (Document displayed)

13  **Q.**   And what does this file relate to?

14  **A.**   So this file is one of the files for the Java.nio packages

15  we were discussing earlier.  It's a particular class called

16  Buffer.

17  **Q.**   And can you read the copyright notice for us please?

18  **A.**   "Copyright 2004.  Sun Microsystems, Incorporated.  All

19  rights reserved."

20          **MR. JACOBS:**  No further questions.

21          **THE COURT:**  Thank you.

22          Let's start on the cross now.  We're going to -- I

23  need to alert the jury that at 9:00 o'clock I need to be on a

24  short phone call or as soon as they come out and tell me they

25  are ready.  So I apologize.

1    We're going to break not now, but -- normally we

2    would break at 9:15, but we'll probably break at 9:00 today,

3    closer to it.  So that would be the reason for the

4    interruption.

5    All right.  Cross-examination.  Mr. Purcell, the

6    floor is yours.

7    **CROSS EXAMINATION**

8    **BY MR. PURCELL:**

9    **Q.**   Good morning, Dr. Reinhold.

10   **A.**   Good morning.

11   **Q.**   Dr. Reinhold, the Java language is what's known as an

12   object-oriented programming language, correct?

13   **A.**   Correct.

14   **Q.**   And object-oriented programming languages have been around

15   since the 1960's, correct?

16   **A.**   That's true.

17   **Q.**   Sun didn't invent object-oriented programming, did it?

18   **A.**   No, it did not.

19   **Q.**   Another object-oriented programming language is a language

20   called C++, correct?

21   **A.**   Yes.

22   **Q.**   C++ also uses APIs, correct?

23   **A.**   Yes.

24   **Q.**   And another object-oriented programming language is a

25   language called Objective C, correct?

1   A.    Yes.

2   Q.    Objective C is the language that the Apple iPhone language

3   is programmed in?

4   A.    Why he.

5   Q.    Objective C also uses APIs, right?

6   A.    Yes.

7   Q.    A third object-oriented programming language is a language

8   called Python, correct?

9   A.    Yes, although Python originally wasn't object-oriented.

10  It eventually evolved to become that way.

11  Q.    Python also uses APIs, correct?

12  A.    Yes.

13  Q.    Sun didn't invent the concept of APIs, did it?

14  A.    No.

15  Q.    APIs have been around for many, many years before Java was

16  invented in the mid-1990's, correct?

17  A.    Yes.

18  Q.    In fact, there are APIs that exist outside the context of

19  Java that can be used with a variety of programming languages,

20  correct?

21  A.    I don't understand the question.

22  Q.    Well, there are things called language independent APIs,

23  correct?

24  A.    There are things called language independent APIs.  They

25  are generally not very good.

1   Q.   But they can be used with language -- independent APIs can

2   be used with a variety of programming languages as opposed to

3   just one, correct?

4   A.   They can.

5   Q.   Now, that's not true of the Java APIs, correct?  Those can

6   only be used with the Java language, correct?

7   A.   The Java APIs can be used with the Java language.  They

8   can also be used by -- perhaps not all, but many of the other

9   languages that can run on top of the Java virtual machine and

10  the Java Platform.

11  Q.   Are the Java API's language independent APIs or are they

12  language dependent?

13  A.   The Java APIs are written in the Java programming

14  language, but many of the alternative languages that have been

15  written for the Java virtual machine have a facility inside

16  them that allows them to call out to the Java platform APIs.

17  Q.   Now, yesterday you discussed the various elements of the

18  design of the Java APIs; do you recall that?

19  A.   Yes.

20  Q.   The Java APIs are organized into packages, correct?

21  A.   Yes.

22  Q.   And within packages in Java APIs there are classes,

23  correct?

24  A.   There are classes and there are interfaces.

25  Q.   Classes and interfaces?

1    **THE COURT:**  While counsel is writing that, this is a

2    good opportunity to explain that most likely this is not going

3    to be in evidence, this chart, but it will -- because this is

4    illustrative, I assume?

5    **MR. PURCELL:**  Correct.

6    **THE COURT:**  And so if you want to take notes about

7    it, fine, but it won't be in the jury room.

8    And sometimes the jury thinks that everything they

9    see in writing is going to be in the jury room.  No, it won't

10   be.  Every illustrative thing you see will not be in the jury

11   room.  It's just to illustrate the testimony.

12   So if you think there is something there you want to

13   write down and remember, then you need to be sure to write it

14   down.

15   All right.  Please continue on with your diagram.

16   **MR. PURCELL:**  Thank you, your Honor.

17   **BY MR. PURCELL:**

18   **Q.**   And within classes in the API design in the Java language

19   there are things called Methods, correct?

20   **A.**   Yes.

21   **Q.**   I think yesterday you also talked about an element of the

22   Java API design, something called Fields, correct?  Is that

23   another element of the Java API design?

24   **A.**   No, it is not.

25   **Q.**   All right.  What about exceptions, you discussed

1  exceptions yesterday, correct?

2  **A.**    Exceptions are a special kinds of classes, yes.

3  **Q.**    And exceptions, that's basically an error, correct?

4  **A.**    An exception is a class whose members describe an error

5  condition, yes.

6  **Q.**    Okay.  And are exceptions part of the design of the Java

7  APIs?

8  **A.**    Exceptions are part of the design, yes.

9  **Q.**    Yesterday Oracle's counsel asked you to explain the

10 distinction between the Java language on the one hand and the

11 Java APIs on the other hand, correct?

12 **A.**    Yes.

13 **Q.**    And in explaining that distinction, you referred to the

14 Third Edition of the Java Language Specification, correct?

15 **A.**    Yes.

16 **Q.**    And, in particular, Oracle's counsel walked you through

17 the table of contents in the Java Language Specification; do

18 you remember that?

19 **A.**    Yes.  I believe I walked myself through it.

20 **Q.**    Sorry.  Didn't mean to rob you of that credit.

21         So let's take a look at Trial Exhibit 984, which is

22 in evidence.

23         **THE COURT:**  Here it is.  Do you want it?  Dawn.

24         (Whereupon exhibit was tendered

25          to counsel.)

1          MR. PURCELL:  Thank you, your Honor.

2    BY MR. PURCELL:

3    Q.    Now, Exhibit 984 is the document we have been discussing,

4    the third edition of the Java Language Specification?

5    A.    Yes.

6    Q.    Now, let's turn to the table of contents, which is -- in

7    particular, page lower case Roman numeral ten.

8          MR. PURCELL:  All right.  Could we blow that up?

9          (Document displayed.)

10   BY MR. PURCELL:

11   Q.    So Chapter 7 of the third edition of the *Java Language*

12   *Specification* is called "Packages," correct?

13   A.    Yes.

14   Q.    And then at the bottom of that same page we see the

15   beginning of Chapter 8.  And Chapter 8 of the *Java Language*

16   *Specification*, Third Edition is titled "Classes," correct?

17   A.    Correct.

18          MR. PURCELL:  Could we go to the next page, Ben.

19          If we could blow up the top.  That's great.

20          (Document displayed.)

21   BY MR. PURCELL:

22   Q.    So this shows the contents of Chapter 8 of the *Java*

23   *Language Specification*, Third Edition, "Classes," correct?

24   A.    Yes.

25          MR. PURCELL:  And if you look at -- if you scroll

1  down, Ben, to 8.4.

2  **BY MR. PURCELL:**

3  **Q.**   8.4, section 8.4 is titled "Method Declarations," correct?

4  **A.**   Correct.

5  **Q.**   And there's further sessions that specify further aspects

6  of methods, correct?

7  **A.**   Correct.

8  **Q.**   8.4.2 is titled "Method Signatures," correct?

9  **A.**   Correct.

10  **Q.**   8.4.3 is titled "Method Modifiers"?

11  **A.**   Correct.

12  **Q.**   And below that there are other sections that relate to

13  methods, "Generic Methods," "Method Return Type," "Method

14  Throws," et cetera, correct?

15  **A.**   Correct.

16           **MR. PURCELL:**  Could we go to the next page.

17           (Document displayed.)

18  **BY MR. PURCELL:**

19  **Q.**   Then we come to Chapter 9.  Chapter 9 is titled

20  "Interfaces," correct?

21  **A.**   Yes.

22  **Q.**   And the content of that chapter discusses the ways

23  interfaces are defined, correct?

24  **A.**   Yes.

25  **Q.**   If you look down at 9.4, at the very bottom of the page

1    there's another reference to methods, correct?

2    **A.**    Yes.

3    **Q.**    "Abstract Method Declarations" is the title of that

4    section of the *Java Language Specification*, correct?

5    **A.**    Correct.

6              **MR. PURCELL:**  Could we go to the next page?

7    **BY MR. PURCELL:**

8    **Q.**    About halfway down the page there's the beginning of

9    Chapter 11, and Chapter 11 is titled "Exceptions," correct?

10   **A.**    Yes.

11   **Q.**    So all the elements of the API design that we've discussed

12   today, packages, classes, interfaces, methods, and exceptions,

13   they are discussed over several separate chapters of the Third

14   Edition of the *Java Language Specification*?

15   **A.**    No, they are not.

16   **Q.**    Well, what are all these chapters of the *Java*

17   *Specification Language* doing if they are not discussing

18   exceptions, packages, classes, interfaces, and methods?

19   **A.**    You're asking me if the elements of the API design are

20   what is being discussed here.  They are not.  These are

21   elements of the Java programming language, which is a different

22   thing.

23   **Q.**    Now, the Java APIs, those are the interface that a

24   programmer writing an application in the Java language uses to

25   interact with the source code in the class libraries, correct?

1   **A.**   No.

2          **MR. PURCELL:**  Your Honor, I would like to play as a

3   party admission Dr. Reinhold's deposition at page 18, lines 4

4   through 9.

5          **THE COURT:**  Go ahead.

6          (Video deposition clip played in open court; not

7          reported.)

8          **MR. JACOBS:**  Your Honor, that was not a prior

9   inconsistent statement.

10          **MR. PURCELL:**  Your Honor, I think it was.  And, also,

11   it's a party admission.  It's not being offered solely for

12   impeachment.

13          **THE COURT:**  Isn't this a party deposition?

14          **MR. JACOBS:**  It is Dr. Reinhold's deposition.

15          **THE COURT:**  Well, Counsel, it's a party deposition,

16   right?

17          **MR. PURCELL:**  Yes, Your Honor.

18          **MR. JACOBS:**  Yes.

19          **THE COURT:**  So then it can be used for any purpose

20   under Rule 32.  So it doesn't necessarily have to be

21   impeaching.

22          Next question.

23   **BY MR. PURCELL:**

24   **Q.**   Dr. Reinhold, to access the underlying source code and

25   application in the class libraries, an application has to go

1  through the APIs; doesn't it?

2  **A.**    I'm sorry.  The question is malformed.

3  **Q.**    If a programmer who is writing an application in the Java

4  language wants to access the source code in the Java class

5  libraries, that programmer has to go through the application

6  programming interface, correct?

7  **A.**    I'm sorry, the libraries do not contain source code.  A

8  Java developer writing an application is not doing anything

9  having to do with accessing source code.

10  **Q.**    Doesn't the application call on the source code in the

11  class libraries?

12  **A.**    Of course not.

13         **MR. PURCELL:**  Let's play Dr. Reinhold's deposition at

14  page 18, lines 10 through 12, as a party admission.

15         (Video deposition clip played in open court; not

16         reported.)

17  **BY MR. PURCELL:**

18  **Q.**    Now, if there were no APIs, the Java programming language

19  wouldn't be much use; would it?

20  **A.**    If there were no APIs at all, the Java programming

21  language would not be of much use.  That's correct.

22  **Q.**    If there were APIs, the programmer could write some basic

23  computations in the language, correct?

24  **A.**    Yes.  Or even very sophisticated ones, but they wouldn't

25  be very useful.

1   Q.   That's because if there were APIs, a programmer couldn't

2   write anything that then could communicate with the outside

3   world, correct?

4   A.   That's correct.

5   Q.   Without APIs, a Java program couldn't communicate with a

6   computer monitor so you could actually read the output,

7   correct?

8   A.   That's correct.

9   Q.   And without APIs, a Java program couldn't communicate with

10  a print so you could print out the output, correct?

11  A.   That's correct.

12  Q.   Without the Java APIs, a programmer could do computation

13  with numbers but couldn't really do anything else with them,

14  correct?

15  A.   Computations with number strings, the other primitive data

16  types.

17  Q.   That wouldn't be very exciting for a programmer, would it?

18  A.   No, it would not.

19  Q.   Yesterday you talked a little bit about the Java Community

20  Process.   Do you recall that?

21  A.   Yes.

22  Q.   And you talked about the development of APIs within the

23  JCP, correct?

24  A.   Yes.

25  Q.   You mentioned that each Java API has what's called a

1  specification lead.  Do you recall that?

2  **A.**    Yes.

3  **Q.**    And that's the person who is in charge, broadly speaking,

4  of developing a particular API?

5  **A.**    Yes.

6  **Q.**    Now, for some of the Java APIs in the Java platforms the

7  specification lead is actually somebody other than someone at

8  Sun and now Oracle, correct?

9  **A.**    Correct.

10 **Q.**    In fact -- strike that.

11          So that means that some of the development some of

12 the Java APIs, they are managed outside of Sun or Oracle?

13 **A.**    Correct.

14 **Q.**    And, in fact, for some Java APIs, Sun and Oracle don't

15 even own the copyrights in the underlying source code, correct?

16 **A.**    That is true.

17 **Q.**    Those copyrights are owned by other members of the Java

18 community, correct?

19 **A.**    Correct.

20 **Q.**    Now, even as to the Java APIs where Sun owns the

21 copyrights, those APIs were created not just solely by Sun but

22 in collaboration with other members of the Java community,

23 right?

24 **A.**    That's right.

25 **Q.**    In fact, you discussed yesterday your own experience in

REINHOLD - CROSS EXAMINATION / PURCELL

1  the specification lead of the java.nio package, correct?

2  **A.**    Yes.

3  **Q.**    And that API was created in collaboration with other

4  members of the Java community?

5  **A.**    Yes, it was.

6  **Q.**    You described that as an expert group?

7  **A.**    Yes.

8  **Q.**    The java.nio expert group, that included a representative

9  from Oracle Corporation prior to Oracle buying Sun, correct?

10 **A.**    Yes.

11 **Q.**    And it included a representative from IBM, correct?

12 **A.**    Yes.

13 **Q.**    Now, even -- strike that.

14         You discussed yesterday the 37 Java API packages that

15 are at issue in this case, correct?

16 **A.**    Yes.

17 **Q.**    You are familiar with those packages?

18 **A.**    Yes.

19 **Q.**    As to ten of those 37 Java API packages, they were created

20 in collaboration with other members of the JCP; weren't they?

21 **A.**    I would have to check, but that could be the right number.

22 **Q.**    When APIs are created in collaboration with other members

23 of the JCP, these experts, these outside experts, they are not

24 paid for their time, correct?

25 **A.**    Not by the employer of the spec lead.

1  Q.    They get compensation, presumably, from their employer in

2  the regular course of business?

3  A.    I assume so.

4  Q.    But they are not specifically compensated for their work

5  on the JCP, developing these APIs?

6  A.    Not by Sun or Oracle, no.

7  Q.    In fact, Google was a collaborator on the development of

8  some of the Java APIs; wasn't it?

9  A.    Yes.

10  Q.    You mentioned during your direct testimony this morning

11  the JSR-51 expert group?

12  A.    Uh-huh.

13  Q.    You participated in that, correct?

14  A.    I was the spec lead for JSR-51.

15  Q.    And there was a representative of Google on the expert

16  group in JSR-51; wasn't there?

17  A.    You know, I honestly doesn't recall.  It was quite a few

18  years ago.

19  Q.    A gentleman named Matt Welsh?

20  A.    Matt Welsh was not at Google at that time.

21  Q.    All right.  In fact, Google was actually the specification

22  lead on several JSRs developed through the JCP, wasn't it, over

23  the years?

24  A.    I can think of at least one off the top of my head.

25  Q.    Dr. Reinhold, roughly 10 to 20 percent of the Java SE API

REINHOLD - CROSS EXAMINATION / PURCELL

1  packages were developed by companies other than Sun or Oracle,

2  correct?

3  **A.**   That could be.

4  **Q.**   You can't say for sure?

5  **A.**   I would have to go inspect the list.

6  **Q.**   And roughly 10 to 20 percent of the Java SE source code

7  implementing those API packages was written by companies other

8  than Sun or Oracle, correct?

9  **A.**   That could be.

10         **MR. PURCELL:**  I would like to play as a party

11  admission Dr. Reinhold's deposition, pages 111, line 23, to

12  pages 112, line 12.

13         **THE COURT:**  Go ahead.

14         (Video deposition clip played in open court; not

15         reported.)

16         **MR. PURCELL:**  Your Honor, if this is a good time to

17  break, I'm about to move on to a new topic.

18         **THE COURT:**  All right.  This will be a good time to

19  break.

20         The jury will please remember the admonition.  No

21  talking about the case.  And when you writeup those notes,

22  don't discuss what you're writing with anyone else.  Just write

23  it out.  It's an individual question.  Whenever it's time to

24  deliberate about the case it will be your duty to talk with

25  each other about the case, but not yet.

```
 1            All right.  Thank you.  We'll see you back here in a

 2    few minutes.

 3            THE CLERK:  All rise.

 4            (Jury out at 8:57 a.m.)

 5            THE COURT:  All right.  Be seated, everyone.  Any

 6    issues for the Court?

 7            MR. JACOBS:  Your Honor, I see a potential for

 8    confusion in a complex area about a matter of law.  And, so, at

 9    some point we may be asking you for an instruction on this.

10            THE COURT:  What is that?

11            MR. JACOBS:  Google's questioning may suggest to the

12    jury a dispute about ownership of the 37 API packages that are

13    in dispute here.  The jury confuses the percentage of or the

14    packages or classes or whatever that were developed by

15    third-parties.

16            There is no ownership dispute here.  There is no

17    question that Oracle has the right, as a matter of ownership,

18    to assert the copyrights at issue here.

19            MR. PURCELL:  Your Honor, we're not disputing

20    ownership of the copyrights.  We're responding to a request

21    from the Court regarding the involvement of other members in

22    the community in the Java Community Process and API

23    development.

24            THE COURT:  Well, if you want to propose something,

25    I'm happy to consider it.  That's okay.  But I see other -- I,
```

1    myself, see other ways in which this line of questions is

2    relevant to things other than ownership.  So it's not -- not

3    just limited to that potential issue.

4              But to cure that possible misconception by the jury,

5    if you want to propose a short instruction, I would be happy --

6    and run it by the other side, I'm happy to give it.  All right.

7              **MR. JACOBS:**  Thank you, Your Honor.

8              **THE COURT:**  We'll take a 15-minute break at this

9    time.

10             (Recess taken from 8:59 to 9:16 a.m.)

11             **THE COURT:**  Please be seated.  Back to work.  Ready

12   to go?

13             **MR. JACOBS:**  Your Honor, we've had a discussion and

14   may need the Court's help on this instruction.  I am concerned

15   about confusion here because of the participation of others.

16   So we would propose that the Court instruct the jury that

17   Google is not disputing Oracle's ownership of the copyrights as

18   to the 37 API packages at issue in this case.

19             **THE COURT:**  Agreed?

20             **MR. VAN NEST:**  No, Your Honor.  This is no separate

21   copyright on an API package.  As the witness -- maybe we should

22   conduct this outside.

23             **THE COURT:**  I see the problem.  This relates to an

24   issue I was going to raise with counsel, which is:  Does the

25   Copyright Office do an investigation of the design of the APIs?

```
 1   I rather doubt it.

 2              MR. VAN NEST:  No, they do not.

 3              THE COURT:  So I think this is more complicated than

 4   what you're proposing.  That, itself, is subject to some

 5   possible confusion.  I'm not saying you're wrong at the end of

 6   the day.  I'm just saying that I think there's an issue.

 7              MR. JACOBS:  The point --

 8              MR. VAN NEST:  We can --

 9              MR. JACOBS:  The point is, there is no ownership

10   dispute.

11              MR. VAN NEST:  We can work with Mr. Jacobs to get

12   language --

13              THE COURT:  I'm not going to do this right now,

14   anyway.

15              MR. JACOBS:  Thank you, Your Honor.

16              THE COURT:  All right.

17              (Jury enters at 9:18 a.m.)

18              THE COURT:  Be seated.

19              Now, my deputy clerk is not exactly here right now.

20   Oh, here she is.  Okay.  I was about to say, if you need some

21   document we may have to wait.

22              We're ready to go.  Everyone is here.  Please,

23   proceed.

24   BY MR. PURCELL:

25   Q.   Dr. Reinhold, I would like to turn back to the Java
```

1   Language Specification, Third Edition, which is Exhibit 984.

2          MR. PURCELL:  And, in particular, I would like to put

3   up page 6 of that document.  Could we focus on Section 1.3

4   there in the center of the page.

5          (Document displayed.)

6   BY MR. PURCELL:

7   Q.   Dr. Reinhold, counsel for Oracle showed you this text

8   during your direct examination, correct?

9   A.   Yes.

10  Q.   You discussed it with him?

11  A.   Yes.

12  Q.   This paragraph discusses some classes that have a special

13  relationship with the Java programming language, correct?

14  A.   Yes.

15  Q.   Among those are the classes and interfaces in the package

16  java.lang.reflect?

17  A.   Yes.

18  Q.   So thinking about Java.language.reflect, I would like to

19  turn now to Trial Exhibit 1062.

20          THE COURT:  Is that the new document we saw today?

21          MR. PURCELL:  Correct.

22          (Document displayed.)

23  BY MR. PURCELL:

24  Q.   Dr. Reinhold, this is a document you prepared, correct?

25  A.   Yes, it is.

1          **THE COURT:**  That doesn't look like -- what's on the

2    screen doesn't look like 1062, the one that I saw earlier.

3          **MR. PURCELL:**  I believe it is, Your Honor.  It

4    doesn't have the stamp on it, but I believe it is the same

5    document I've got.

6          **THE COURT:**  So you're working off one that doesn't

7    have the stamp.

8          **MR. PURCELL:**  Correct.  The one on the screen doesn't

9    have the stamp.

10          **THE COURT:**  Very well.  Go ahead.  Does the witness

11    have 1062?

12          **THE WITNESS:**  Yes.  I see it right here, sir.

13    **BY MR. PURCELL:**

14    **Q.**   Again, Dr. Reinhold, this is a document you prepared,

15    correct?

16    **A.**   Yes, it is.

17    **Q.**   And the title of it is, "Classes and Interfaces Mentioned

18    in the Java Language Specification, Third Edition."

19          Do you see that?

20    **A.**   That's correct.

21    **Q.**   Your intention in creating this document was to provide a

22    complete list of classes and interfaces mentioned in the *Java*

23    *Language Specification*, Third Edition?

24    **A.**   Yes.

25    **Q.**   Where in this document could the jury find mention of

1  classes in the package java.lang.reflect?

2  **A.**   Those classes are mentioned nowhere in this document.

3  **Q.**   Right.  But if we could go back to page 6 of Exhibit 984,

4  Section 1.3.

5          (Document displayed.)

6  **Q.**   The text of that paragraph says that the classes and

7  interfaces in package java.lang.reflect, they are fundamental

8  to the Java programming language, correct?

9  **A.**   No.  I'm sorry, it does not say they are fundamental to

10  the Java programming language.  It says that they have a

11  special relationship with the Java programming language.

12          Moreover, there is no mention in the *Java Language*

13  *Specification*, Third Edition of any specific classes or

14  interfaces in the java.lang.reflect -- java.lang.reflect

15  package.  Therefore, they did not show up in the exhibit which

16  I prepared.

17  **Q.**   That's why you omitted them from Exhibit 1062, correct?

18  **A.**   That is correct.

19  **Q.**   Now, during your direct testimony you talked about a

20  concept called "write once, run anywhere," correct?

21  **A.**   Yes.

22  **Q.**   Could you just describe write once, run anywhere for me,

23  briefly.

24  **A.**   So, write once, run anywhere is kind of one of the mottos

25  of the Java platform.  It's the idea that a developer can write

1  an application once, produce it for the Java platform, and

2  distribute it to customers or users, whoever is going to use

3  it, and that application will run consistently on any

4  conforming implementation of the relevant version of the Java

5  platform.

6  Q.    Okay.  And write once, run anywhere, that historically has

7  been pretty important to Sun, before Oracle bought Sun?

8  A.    That was very important to Sun.  It's very important to

9  the entire Java community.

10 Q.    And it's very important to Oracle now, correct?

11 A.    Yes.

12 Q.    Now, Oracle maintains four different Java platforms,

13 correct?

14 A.    That's true.

15 Q.    There's Java SE, Java Standard Edition?

16 A.    Yes.

17 Q.    And there's Java EE, Java Enterprise Edition?

18 A.    Correct.

19 Q.    That's used on larger devices, like servers?

20 A.    Yes.

21 Q.    There's Java ME, which is Java Micro Edition, correct?

22 A.    Yes.

23 Q.    That's used on mobile devices such as mobile phones?

24 A.    Among others.

25 Q.    And then there's Java Card, correct?

1  **A.**   Correct.

2  **Q.**   And Java Card is used on very small devices like smart

3  credit cards, correct?

4  **A.**   Correct.

5  **Q.**   A Java ME and Java SE use different versions of the Java

6  programming language; don't they?

7  **A.**   That's generally true.  The version of the language used

8  in Java ME lags behind a little bit.

9  **Q.**   It lags behind the more complex version of the language

10  that's used with Java SE, correct?

11  **A.**   Correct.

12  **Q.**   And there are differences between the APIs that are

13  available in Java SE versus just Java ME, correct?

14  **A.**   Yes.

15  **Q.**   In fact, there are differences in the APIs that are

16  available across all four of the different Java platforms,

17  correct?

18  **A.**   Of course, there are.

19  **Q.**   Java ME has a smaller number of APIs than Java SE,

20  correct?

21  **A.**   Yes.

22  **Q.**   And when a developer is writing Java code, a Java

23  application, he or she needs to know whether he or she is

24  writing for Java ME or Java SE, in order to know which APIs

25  are -- will be available, correct?

1  A.   Correct.

2  Q.   And that means, in general, that an application written

3  for a Java SE machine may not work on a Java ME machine because

4  it may call on APIs that aren't available on Java ME, correct?

5  A.   That's correct.

6  Q.   Now, let's focus on just the Java ME platform.  Within the

7  Java ME platform there are different what's called

8  configurations, correct?

9  A.   Yes.

10  Q.   And configurations, that's sort of a basic layer of APIs

11  and class libraries that provides a certain functionality,

12  correct?

13  A.   Yes.

14  Q.   Is that a good layperson's definition?

15  A.   Sure.

16  Q.   I'm trying my best.

17        And, initially, when the Java ME platform was

18  developed, the first configuration that Sun introduced was

19  something called the Connected Limited Device Configuration; is

20  that correct?

21  A.   Whether it was the first, exactly, I don't recall.  I

22  didn't work on it myself.  But that was definitely an early

23  one.

24  Q.   And that was abbreviated to CLDC, correct?

25  A.   Yes.

REINHOLD - CROSS EXAMINATION / PURCELL

1  Q.   CLDC really provided the minimum number of class libraries

2  and APIs that were required to operate a Java virtual machine,

3  correct?

4  A.   It was a very small number.

5  Q.   Subsequent to CLDC, there was a new configuration

6  introduced on the Java ME platform, and that was called the

7  Connected Device Configuration or CDC, right?

8  A.   Yes.

9  Q.   And that didn't have the "L" in it because it wasn't quite

10  so limited as CLDC, right?

11  A.   Correct.

12  Q.   It had more APIs?

13  A.   Yes.

14  Q.   More functionality?

15  A.   Yes.

16  Q.   So an application that was written for a CDC-running

17  device wouldn't necessarily work on a CLDC device because there

18  are more APIs in the CDC configuration, correct?

19  A.   It might.  It might not.

20  Q.   Now, in addition to the platforms and then the

21  configurations, there's also something called profiles that run

22  on top of configuration, correct?

23  A.   I think it's something like that.  I haven't studied the

24  ME space closely recently.

25  Q.   Profiles, though, are an additional layer that provides

1  further APIs and additional functionality above what's

2  available on just the configuration level, correct?

3  A.   Yes.

4  Q.   And, again, on the Java ME platform, the first profile

5  that was introduced to run on top of the CLDC configuration was

6  something called MIDP, the Mobile Information Device Profile;

7  is that right?

8  A.   I don't recall whether it was first, but that is

9  definitely one of the ME profiles.

10 Q.   And MIDP provided additional APIs and additional

11 functionality that wasn't available in just the base

12 configuration, correct?

13       MR. JACOBS:  Your Honor, scope, foundation.

14       THE COURT:  Overruled.

15       THE WITNESS:  Yes.

16 BY MR. PURCELL:

17 Q.   And subsequent to MIDP, there was another profile that was

18 introduced to run on top of the configurations, and that was

19 called MIDP2, right?

20 A.   Yes.

21 Q.   And MIDP2 had yet more APIs that weren't available on

22 MIDP, correct?

23 A.   Yes.

24 Q.   So if there is a device that was a MIDP device, it

25 wouldn't necessarily be able to run a MIDP2 application,

 1  correct?

 2  **A.**    It might.  It might not.

 3  **Q.**    And subsequent to MIDP2, then there was an MIDP3

 4  introduced, right?

 5  **A.**    I forget whether it was MIDP3 or MSA, but yes.

 6  **Q.**    There was a subsequent profile to MIDP2?

 7  **A.**    Yes.

 8  **Q.**    Whatever its name might be.  And that subsequent profile

 9  to MIDP2 had yet more APIs that weren't available on the

10  previous MIDP2?

11  **A.**    Yes.

12          **THE COURT:**  May I?  Just remind us, this MIDP, is

13  this about Standard Edition?  What edition are we talking

14  about?

15          **THE WITNESS:**  He's asking about Micro Edition, Your

16  Honor.

17          **THE COURT:**  These -- are these profiles, is that it,

18  Ps?

19          **THE WITNESS:**  Yes, sir.

20          **THE COURT:**  That all relates to the Micro Edition?

21          **THE WITNESS:**  Yes.

22          **THE COURT:**  Thank you.  Go ahead.

23  **BY MR. PURCELL:**

24  **Q.**  So all these different configurations and different

25  profiles we've been talking about, the CDC and CLDC

1  configurations, the MIDP, MIDP2, MIDP3 profiles, these are all

2  within the Java ME platform, correct?

3  **A.**    That's correct.

4  **Q.**    And Java ME is just one of four platforms that's available

5  on the Java system, along with EE, SE, and Java Card correct?

6  **A.**    Yes.

7  **Q.**    So with all these different platforms, configurations, and

8  profiles, each with different sets of APIs, how can there be

9  write once, run anywhere?

10  **A.**    Write once, run anywhere was never a promise that if you

11  wrote code for one Java platform that it would

12  automatically/magically work on another.

13         The write once, run anywhere promise is relative to a

14  specific one of the Java platforms.  If you write an

15  application that uses Java SE 5, then you can run it on Sun's

16  implementation, on Oracle's implementation, on IBM's

17  implementation, and on others.

18         Will that same code run on a particular configuration

19  of Java ME?  Well, it depends.  It might.  It might not.  It

20  depends which APIs it uses.

21  **Q.**    Now, you've familiar with a Sun initiative called One

22  Java, correct?

23  **A.**    Yes, I am.

24  **Q.**    And Sun began the One Java initiative sometime in 2008; is

25  that right?

1  A.   Yes.

2  Q.   Sun started One Java before Oracle had agreed to purchase

3  Sun, correct?

4  A.   Yes.

5  Q.   And One Java was a project that was designed to unify the

6  Java SE and the higher ends of the Java ME platforms, correct?

7  A.   That's correct.

8  Q.   And by "higher end" Java ME platforms, I mean the Java ME

9  that would enable the functionality on a smart phone, correct?

10 A.   Yes.

11 Q.   Now, the eventual goal of One Java would be that instead

12 of two separate platforms, Java SE, higher-end Java ME, there

13 would be just one platform, correct?

14 A.   Yes.

15 Q.   It would have a unified set of APIs, correct?

16 A.   Yes.

17 Q.   And a potential benefit of One Java is that it could

18 address inconsistencies in performance between the Java SE and

19 the higher-end Java ME platforms, correct?

20 A.   Yes.

21 Q.   It could further enable the so-called write once, run

22 anywhere program, right?

23 A.   Yes.

24 Q.   Oracle officially bought Sun Microsystems in about

25 February 2010?

1  A.   Correct.

2  Q.   In May or June 2010, Oracle decided to pull the plug on

3  One Java, correct?

4  A.   That sounds about the right time frame.

5  Q.   Oracle decided to pull the plug on One Java because it did

6  not see that project as consistent with its business goals,

7  correct?

8  A.   Yes.

9  Q.   Oracle decided that directly addressing the smart phone

10  market in that way, through One Java, it wasn't a very

11  interesting business idea, correct?

12  A.   That was my understanding.

13       MR. PURCELL:  No further questions.

14       THE COURT:  Redirect.

15                   <u>REDIRECT EXAMINATION</u>

16  BY MR. JACOBS:

17  Q.   Mr. Purcell asked you a question about the use of APIs to

18  access the source code in libraries, and you told him his

19  question was malformed.  Why was it malformed?

20  A.   It is malformed because there is no source code in the

21  libraries.  The libraries consist of the 0s and 1s produced by

22  the Java programming language compiler from the source code.

23       There is no source code in the libraries.  It makes

24  no sense to talk about developers writing applications that

25  access source code for the APIs.

1  Q.    And when you're talking about "in the libraries," the jury

2  has seen source code for the libraries?

3  A.    Yes.

4  Q.    So what's the distinction?

5  A.    The source code for the libraries, as I said, is processed

6  by the compiler to produce the 0s and 1s which wind up in the

7  libraries.  Those 0s and 1s, all those bytes are things that

8  the Java virtual machine can run directly.  But to a human they

9  make no sense, which is why we have programming languages like

10  the Java language.

11  Q.    And these libraries that you're talking about being in

12  object code form, being in binary, in 1s and 0s, are these the

13  same libraries that the jury has seen in source code form?

14  A.    Yes.

15  Q.    And what's the -- in what situation are they usable, or

16  why would one look at them in source code form if they have no

17  role in the actual running of a program?

18  A.    Well, a developer might look at the source code in case

19  they're using -- they're using one of the classes in the

20  library and they see that they think maybe it's not behaving

21  according to its API specification.

22         This occasionally happens.  Maybe it's a bug or maybe

23  the developer is just confused.

24         So since most of the code is open source now, a

25  developer can go find the source code, pull it up and try to

1  understand at a deeper level what's going on.  And sometimes

2  they even find a bug in the source code and, hopefully, they

3  report it and we fix it.

4  **Q.**   And then when the program is actually executing on a

5  machine, is the programmer's code accessing the API class

6  libraries with the API class libraries being in source code

7  form?

8  **A.**   No, they are not in source code form.  They are in object

9  form, in 0s and 1s, just as the developers' own code, by then,

10  is in 0s and 1s.

11  **Q.**   And is that why Mr. Purcell's question was malformed?

12  **A.**   Exactly so.

13  **Q.**   Now, Mr. Purcell also asked you about the fact that in the

14  Java programming language specification, volume 3, the various

15  elements of the APIs that you enumerated are discussed.

16  **A.**   You mean the various elements of the language.

17  **Q.**   Well, explain -- sounds like my question was malformed.

18         So, explain, why these items, packages, classes,

19  interfaces, et cetera, appear in the Java programming language

20  specification if they are not themselves the definition of a

21  Java class library API.

22  **A.**   These are some of the most fundamental concepts in the

23  Java programming language.  They are the basic building blocks,

24  just as the English language has basic building blocks.  So

25  they are defined in the *Java Language Specification*.

1  **Q.**   And how do they relate, then, to whether a designer can

2  create his own structure and organization for APIs when

3  actually writing APIs?

4  **A.**   These are exactly the tools that an API designer uses.

5  They are the fundamental concepts, the atoms, if you will, from

6  which an API designer can build a more complex molecule of a

7  whole API, and then an implementation.

8  **Q.**   So does the Java programming language specification

9  constrain a developer's ability independently to create unique

10  and different API specifications?

11              **MR. PURCELL:**  Objection.  Leading.

12              **THE COURT:**  It is leading, but overruled.  Go ahead.

13              **THE WITNESS:**  Does it constrain it?

14              A developer's API, all it has to do is follow the

15  rules of the Java language; otherwise, there is immense

16  freedom.

17              **MR. JACOBS:**  Thank you very much, Dr. Reinhold.

18              **THE COURT:**  Anything more?

19              **MR. PURCELL:**  No, Your Honor.

20              **THE COURT:**  May Dr. Reinhold step down --

21              **MR. PURCELL:**  He may --

22              **THE COURT:**  -- and be excused?

23              **MR. PURCELL:**  We're going to need to recall him in

24  our case because of the limited scope of direct examination.

25  Reserve that right.

1          **THE COURT:**  Dr. Reinhold, they will get in touch with

2    you when you are next needed.  You are free to go now.  Have a

3    great day.

4          (Witness steps down.)

5          **THE COURT:**  Oracle may now call its next witness.

6    And someone should come up here and clear away the witness

7    stand.

8          **MR. JACOBS:**  Call Mr. Josh Bloch, Your Honor.

9          **THE COURT:**  Welcome.  Stand about right there and

10   raise your right hand.

11                        <u>**JOSHUA BLOCH**</u>,

12   called as a witness for the Plaintiff herein, having been first

13   duly sworn, was examined and testified as follows:

14          **THE WITNESS:**  I do.

15          **THE CLERK:**  Thank you.

16          **THE COURT:**  Welcome.  Have a seat.

17          **MR. JACOBS:**  Just a minute, Your Honor.

18          **THE COURT:**  See the microphone, how it moves?  See

19   mine.  You've got to be this close.

20          **THE WITNESS:**  That about right?

21          **THE COURT:**  Point it down more.  It's too high.

22          **THE WITNESS:**  Is that about right?

23          **THE COURT:**  That's very good.

24          All right.  Mr. Jacobs, the floor is yours.

25

## DIRECT EXAMINATION

BY MR. JACOBS:

Q.   Good morning, Mr. Bloch.

A.   Good morning.

Q.   You worked at Sun Microsystems from August 1996 through July 2004?

A.   That is correct.

Q.   Your title there was senior staff engineer and -- your titles included senior staff engineer and distinguished engineer?

A.   Yes, those were my titles.

Q.   You consider yourself one of the architects of the Java platform?

A.   I am.

Q.   You wrote a book in 2001, called *Effective Java*?

A.   Yes, I did.  The first edition was published in 2001.

Q.   You were hired by Google in what year, sir?

A.   In 2004, in July.

Q.   You occasionally use the title chief Java architect at Google; correct, sir?

A.   That was a courtesy title.

Q.   But you occasionally use that title at Google; correct, sir?

A.   Yes.  Just as I occasionally use the title core libraries architect at Sun.

```
 1              THE COURT:  Pull the microphone.  It's still too far.
 2              THE WITNESS:  Sorry.
 3   BY MR. JACOBS:
 4   Q.   In fact, Google employees have referred to you as a Java
 5   guru because of your deep knowledge of Java?
 6   A.   Yes.  And, actually, not just Google employees.  Many
 7   people have referred to me as that.
 8   Q.   Now, you were actually a member of the Android team from
 9   January to December 2009, correct?
10   A.   Yeah.  I might even have joined in December of '08.  I'm
11   not sure.
12   Q.   You have extensive experience designing and writing
13   application programming interfaces; correct, sir?
14   A.   I do.
15   Q.   A lot of that experience was gained at Sun; correct, sir?
16   A.   Not really, because I've been doing it for 30 years.  So
17   some of it was gained at Sun.
18   Q.   You wrote the APIs for many of the Java class libraries
19   while you were at Sun?
20   A.   Many, but not most, yes.
21   Q.   Your first assignment when you joined Sun included writing
22   security APIs for the Java platform?
23   A.   Not really.  I assisted a junior engineer by the name of
24   Benjamin Reneau, in writing those APIs.  He had written them,
25   and I helped him improve them.
```

1  Q.   Your role at Sun included helping to decide what libraries

2  were needed, to design them and to document them, implement

3  them, test them, and represent them in internal processes.

4  Correct?

5  A.   Yes.  I did all of those things and more.

6  Q.   You were a specification lead for multiple Java

7  specification requests?

8  A.   Yeah.  I think, about three of them.

9  Q.   A JSR is how new functionality is included in certain Java

10 platforms, correct?

11 A.   It is one way that new functionality can be included in

12 new Java platforms.

13 Q.   And one of the JSRs that you were involved in eventually

14 became known as Java SE, correct?

15 A.   No.  Those are called umbrella JSRs, and I do not --

16 certainly, as a Sun employee, I never served on an umbrella

17 JSR.  I served on components -- sorry, served on JSRs that are

18 components of Java SE, but I don't think I served on the JSRs

19 that actually were responsible for the entire platform.  In

20 fact, I can tell you all the JSRs I served on.

21 Q.   Was one of the JSRs that you were involved in, did it

22 eventually become known as Java SE, sir?

23 A.   No.

24        MR. JACOBS:  Your Honor, I would like to read from

25 page 21, lines 4 through 11.

1           **THE COURT:**  Of the deposition?

2           **MR. JACOBS:**  From Mr. Bloch's deposition, dated

3    July 8, 2011.

4           **THE COURT:**  All right.  Just to remind the jury,

5    the -- it's normal to read -- sometimes the lawyers prefer to

6    show the video, but it's perfectly okay just to read without

7    the video.

8           Counsel, you must read it exactly the way it is

9    there, errors and all.  Say "question," and then read the

10   question.  Say "answer," and then read the answer.

11          And if there is a goof-up by the court reporter, you

12   have to read it with the goof-up, not interlineating.  So it

13   must be an exact reading.

14          I hear no objection, so please proceed.

15          **MR. JACOBS:**  I think, Your Honor, what I'll do for

16   clarity is start at line 22 of page 20.

17          **THE COURT:**  Fine.  Go ahead.  Read, read.

18          **MR. JACOBS:**  "During your" --

19          **THE COURT:**  No.

20          **MR. JACOBS:**  Sorry.  Question.  Thank you, Your

21   Honor.

22          **"QUESTION:**  During your time at Sun, working

23          on libraries, did you get involved in

24          decisions about the inclusion of additional

25          libraries that were based on input from

```
 1              participants in the Java Community Process?
 2              "ANSWER:  Yes.
 3              "QUESTION:  Can you describe that process,
 4              please?
 5              "ANSWER:  The entire Java Community Process?
 6              "QUESTION:  No, the choice of libraries
 7              through the JCP.
 8              "ANSWER:  I was specification lead on several
 9              what are recalled JSRs.  I'm not even sure
10              what that stands for, but those are the
11              efforts through which new functionality is
12              included in certain Java platforms.  And the
13              one that I'm involved in eventually became
14              known as Java SE.  Was also known variously
15              as J2SE and the JDK during the times that I
16              was at Sun."
17              THE WITNESS:  Am I allowed a response?
18              THE COURT:  No, not unless counsel asks you a
19    question.
20              We now go to the next question.
21    BY MR. JACOBS:
22    Q.   Now, you have been involved in API design while at Google,
23    as well, correct?
24    A.   Yes.
25    Q.   So you've had many years of working in the field of
```

1  application programming interface design, correct?

2  **A.**    Yes, I have.

3  **Q.**    And, in fact, you have given presentations on the topic of

4  application programming interface design for some years?

5  **A.**    That is true.

6  **Q.**    And you've given that presentation repeatedly, and

7  including and posting that presentation on the Internet,

8  correct?

9  **A.**    Yes.

10  **Q.**    And that presentation is called, "How to Design a Good API

11  and Why it Matters"; correct, sir?

12  **A.**    It is.

13          **MR. JACOBS:**  May I approach, Your Honor?

14          **THE COURT:**  You may.

15  **BY MR. JACOBS:**

16  **Q.**    Handing you trial Exhibit 624, sir.  Can you identify

17  trial Exhibit 624 for us?

18  **A.**    Thank you.  Let me see.

19          Yes.  It says, "Trial Exhibit 624."  "How to Design a

20  Good API and Why it Matters."

21          And it says, "Joshua Bloch, Google Inc."  And this is

22  the version I gave in 2005, in Antwerp, Belgium.

23          **MR. JACOBS:**  Offer in evidence, Your Honor.

24          **MR. BABER:**  No objection.

25          **THE COURT:**  Thank you.  Received.  624 received in

 1   evidence.  Go ahead.

 2              (Trial Exhibit 624 received in evidence.)

 3   **BY MR. JACOBS:**

 4   **Q.**   Now, versions of this presentation were given both at Sun

 5   and Google, correct?

 6   **A.**   Uhm, at Sun and Google?

 7   **Q.**   Yes, sir.

 8   **A.**   I cannot recall giving this presentation at Sun.

 9   **Q.**   Did you give it while you were at Sun?

10   **A.**   Yes, I did.

11   **Q.**   And no one at Google has ever told you that that

12   presentation is inconsistent with Google's views, correct?

13   **A.**   No.

14   **Q.**   No, I am correct?

15   **A.**   No, you are correct.

16   **Q.**   Thank you.

17              And you gave that presentation because it contains

18   extremely important advice to programmers in a field that has

19   not historically been taught; is that correct, sir?

20   **A.**   That is correct.

21   **Q.**   And you've refined this presentation over the years and

22   disseminated it widely, correct?

23   **A.**   I did.

24   **Q.**   Let's turn to the first page of the presentation, please.

25              And this was the lead-off slide for your

1   presentation, correct?

2   **A.**     Yep.

3   **Q.**     And, among other things, you explained to your audience

4   why it was important to even be considering this topic of API

5   designs, correct?

6   **A.**     Yeah.  Because, especially back in 2004, 2005, it really

7   wasn't widely appreciated.

8   **Q.**     And, among other things, you said that APIs can be among a

9   company's greatest assets, correct?

10  **A.**     I did.

11  **Q.**     But if you do it wrong they can be a huge liability,

12  correct?

13  **A.**     Yes, I said that.

14  **Q.**     Bad APIs result in support problems, for example, right?

15  **A.**     They do.

16  **Q.**     What do you mean by a public API?  Is that an API that is

17  published outside the company that creates it?

18  **A.**     Yeah.  It's an API that is published so that people

19  outside of the company can write programs using that API.

20  **Q.**     Now, then you turn to the specific members of your

21  audience in your presentation -- by the way, this was given at

22  a seminar called JavaPolis, correct?

23  **A.**     I wouldn't call it a seminar.  Conference.

24  **Q.**     It's a conference in Europe, I believe; is that correct?

25  **A.**     Yes, Antwerp, Belgium.

1  Q.    And you collect -- Java developers are collected at

2  JavaPolis, and they're your principal audience for this

3  particular version of the presentation, correct?

4  A.    Actually, no, because even in 2005, JavaPolis was more

5  than just a Java conference.  There were programmers of other

6  languages, as well.

7            So I would say it was just a programmer conference.

8  It had originally been primarily a Java conference, but by 2005

9  I believe that there were C# programmers.

10 Q.    And you had addressed your audience and said, "Why is API

11 design important to you?" in the next slide; correct, sir?

12 A.    I did, because back then only people who considered

13 themselves API designers really cared about it.  Ordinarily,

14 programmers didn't really think about APIs all that much.

15 Q.    That was really the largest point of your presentation, is

16 that, API is something everyone should take very seriously,

17 correct?

18 A.    Yes.

19 Q.    And, in fact, part of the point here was, look, even if

20 you think of yourself as just a coder, you really got to

21 think -- as you're doing your code, you got to think of the

22 application programming interface for that code, correct?

23 A.    Yeah.  Even if it's not going to become a public API, even

24 if it's going to stay within your company, your code will be

25 better if you think of it as pieces that talk to each other

 1  through their APIs.

 2  **Q.**   Let's turn to the next slide, please.

 3          In this slide you outline the kind of measures of

 4  quality for a good API; correct, sir?

 5  **A.**   Yeah.

 6  **Q.**   And we're looking at characteristics of a good API in the

 7  JavaPolis presentation; right, sir?

 8  **A.**   Yeah.

 9  **Q.**   And you said, among other things, a good API is easy to

10  learn, right?

11  **A.**   Yes.

12  **Q.**   Easy to use even without having to reference

13  documentation, correct?

14  **A.**   Yeah, it should be easy to memorize.  It should just make

15  sense.

16  **Q.**   And it should be hard to misuse.  It should be difficult

17  to make mistakes using it, right?

18  **A.**   Or even impossible, right.

19  **Q.**   It should be easy to extend, meaning when you are

20  designing your API, you should think about how you might want

21  to enhance that API over time; correct, sir?

22  **A.**   Yes.

23  **Q.**   And it should be appropriate to the audience, meaning make

24  sure when you're designing your API you have in mind, as you're

25  authoring the API, who your reader is going to be, correct?

```
 1  A.    Yeah.  If you're writing an API that's going to be used by

 2  physicists, you better use terms from physics.  If you're

 3  writing an API for bankers, you better use terms from banking.

 4  Q.    And if you're -- okay.  Fine.

 5            So, now, let's turn to the next slide, please.  This

 6  was an outline of the rest of your presentation, correct?

 7  A.    Yes.

 8  Q.    And by "class" and "method" you're referring to classes

 9  and methods in object-oriented programming?

10  A.    Yeah.

11  Q.    And Java is one of those kinds of program languages,

12  correct?

13  A.    Yes, it is.

14  Q.    And you went through -- in the next slide you said, We'll

15  talk about the process of API design, correct?

16  A.    Uhm --

17  Q.    Sorry, I'm looking at --

18  A.    The one that I have next says "Gather requirements with a

19  healthy degree of scepticism."  Is that the term?

20  Q.    Just before that.

21  A.    Yeah, right.  So which slide am I on?

22  Q.    The one on the screen.

23  A.    I don't have that one --

24  Q.    You can take a look at your screen.

25  A.    Got it.  Thank you.
```

1  Q.   And then you went through how a good API designer should

2  do his -- this authoring task correctly; right, sir?

3  A.   Yes, I did.

4  Q.   And then in the next slide you said, "Let's go out and

5  find what people need."  Right?

6  A.   Uh-huh.

7  Q.   And those are often called use cases; correct, sir?

8  A.   Yeah.  And requirements.

9  Q.   And then in the next page you said, "You should start by

10 writing a short specification," correct?

11 A.   Yep, that's what I said.

12 Q.   So in this authoring process of writing an API, creating

13 an API design, start out with a one-page description so you get

14 it all on one page, and you can look at it and see if it makes

15 sense, right?

16 A.   Yeah.  And, more importantly, so you can show it to other

17 people and they can find out if it makes sense.  And if it

18 doesn't, you can still change the thing easily.

19        Basically, at that point, you want to be agile.  You

20 want to be able to try the API.  If it works, great.  If it

21 doesn't, change it completely without having invested a lot of

22 time in it yet.

23 Q.   Now, I would like you to skip ahead to what you'll see

24 marked on your version as page 12 of 47.  It's called "General

25 Principles."

1  **A.**    All right.  Got it.

2  **Q.**    Now, you're talking about the actual task of structuring

3  the design of application -- of an application programming

4  interface, correct?

5  **A.**    Yep.

6  **Q.**    And in the next page you say that, "An API should do one

7  thing and do it well."  Correct?

8  **A.**    Uh-huh.

9  **Q.**    "And the functionality should be easy to explain in the

10  application programming interface itself."  Correct?

11  **A.**    Uhm, yeah.

12          If the application programming interface sort of

13  starts to get ugly and hard to understand, it's an indication

14  that you, as the designer of the API, are doing something

15  wrong, and you should go back to square one and start again.

16  **Q.**    And one of the things you should analyze as you're

17  deciding what should go in this particular API structure, as

18  opposed to someplace else, is, can you give it a good name

19  correct?

20  **A.**    Yes.  If the names get long and ugly, that's the API

21  talking to you and saying, hey, you're screwing up here; try

22  again.

23  **Q.**    So there's actually a design element in selecting the

24  structure that you're going to design, and associating with it

25  a particular name, correct?

1  **A.**   Yeah.  Either call it a design element or an engineering

2  element.  It's what we call empiricism.  You try it.  If it

3  works, great.  If it doesn't, try again.

4  **Q.**   In fact, you said there in your slide, "Good names drive

5  development," correct?

6  **A.**   Absolutely.

7  **Q.**   And by that you meant that if you can name it well, then

8  that means you've probably done a good job of selecting not

9  only the name but the associated meaning of the application

10 programming interface?

11 **A.**   That isn't exactly what I meant by that comment.  What I

12 meant is, if you get the name right, all of a sudden it will

13 suggest to you other things that should or shouldn't be in the

14 API.

15         So, for example, if you have a method that's called

16 publish, all of a sudden you think, oh, gee, if I'm publishing

17 this thing, maybe I should be able to subscribe to it, too.  Or

18 maybe I should be able to, you know, say I want a temporary

19 subscription hold.  You've got this metaphor going, and the API

20 tells you what you should or shouldn't include in the API.

21 **Q.**   Let's turn to the next page, Mr. Bloch, page 14.  This

22 slide says, "APIs should be as small as possible, but no

23 smaller."  Do you see that?

24 **A.**   I do.

25 **Q.**   And this is about the structuring of the -- sort of the

1  size of the API, correct?

2  **A.**   Depending on how you define size.  I think I go into that

3  where I say, conceptual weight is more important than bulk.

4          What I really mean by that is, you don't want the

5  user of an API to have to learn a lot of stuff, because it

6  would be very difficult for them to remember it and use it

7  without the documentation.  So this is really refining that

8  idea about keeping the API easy to learn and to use.

9  **Q.**   So in organizing your application programming interfaces,

10  you want to organize them in the way that makes sense to you as

11  an author of these APIs; make them as small as possible, but no

12  smaller, correct?

13  **A.**   Yes.  All I'm saying is that "small" here is sort of a

14  loaded term.  By "small" I'm talking about, as I say on this

15  slide, conceptual weight.  Which is -- which is just how much

16  stuff is in there?

17          It's not necessarily the number of methods or the

18  number of classes.  It's how much stuff that the users of this

19  API are going to have to learn is in there.

20  **Q.**   If you turn to page 17, now, of the presentation.

21          You went into the question of names in somewhat

22  greater depth, correct?

23  **A.**   Yes.

24  **Q.**   And this was -- I remember when we talked earlier,

25  Mr. Bloch, this -- this phrase struck me as quite powerful in

1  your presentation.  "Code should read like prose."

2          Do you see that on your presentation?

3  **A.**   Yes.

4  **Q.**   What were you driving at?

5  **A.**   Well, writing a program is very much a creative process.

6  And if you have good words to use, if the API gives you good

7  words that really mean what it is that you're doing with the

8  API, then once it comes time for you to take that API and write

9  a program with it, the program will read like English text.

10          For example, you know, suppose you have a car class.

11  This is the example I have here.  If you have a method called

12  speed, and you have -- then you can say if car.speed is more

13  than twice the speed of light, generate alert, watch out for

14  cops.

15          Now, even though you aren't programmers, you know

16  what that mean.

17          **THE COURT:**  "Speed of light."  I think you meant

18  speed limit.

19          **THE WITNESS:**  Speed limit.  I'm sorry.

20          (Laughter)

21          **MR. JACOBS:**  You're talking quickly.

22          **THE WITNESS:**  You're violating laws if it's faster

23  than the speed of light.  Guarantee that.

24          (Laughter)

25          **THE WITNESS:**  The point is, if you look at this code

BLOCH - DIRECT EXAMINATION / JACOBS                748

1  example -- can the jury see the code example?

2  **BY MR. JACOBS:**

3  **Q.**   On the screen, yes, sir.

4  **A.**   All right.  It reads almost like English because the API

5  has provided a good vocabulary to express what it is that it is

6  providing for the programmers.

7  **Q.**   And there's an organizational aspect to this that's

8  highlighted in your second bullet, correct, sir?  That, you

9  have to be consistent, you have to make sure that the same word

10 means the same thing, even if it's used across classes.  Right?

11 **A.**   I would call that a naming aspect, rather than

12 organizational.  I'm saying you use the same name to mean the

13 same thing.

14       I think I even give an example on a later slide where

15 I say, don't have one method called "remove" and another called

16 "delete" if they do the same thing.  Call them both "remove."

17 **Q.**   On page 20 and 21, you talked about the importance of

18 authoring an API in a way that keeps in mind that you might

19 actually affect the performance of the computer, correct?

20 **A.**   The performance of the program rather than the performance

21 of a computer.  But, yes, if an API is designed badly, it can

22 be difficult or impossible to write a fast program with it.

23 **Q.**   Now, if we skip ahead a little bit to slide 23 of 47,

24 we'll see that you turn to the topic of class design.

25       Do you see that?

1    A.    I do.

2    Q.    And the next -- page 25 of 47 you talked about

3    subclassing.  Do you see that?

4    A.    Yes.

5    Q.    And subclassing is setting up an organizational structure

6    so you have kind of a chapter and subchapter, right?

7    A.    Uhm, not really.  Because the thing about subclasses is, a

8    subclasses isn't a part of something in the way that a

9    subchapter is part of a chapter.

10         Subclass is a more specific type of something.  So,

11   for instance, you might have military personnel is a class, and

12   then enlisted men and officers are subclasses.  So it isn't

13   really like a chapter/subchapter-type thing.

14         Do you understand the distinction?

15   Q.    Thank you.

16         If you'd turn to page 29.  "Don't violate the

17   principle of least astonishment."  You said there that, "When

18   you're writing the API, you should keep in mind your audience

19   and try not to astonish or surprise the user of your API."

20   Correct?

21   A.    Absolutely.

22   Q.    Then if we skip ahead, sir, to the end of your

23   presentation.

24   A.    Slide number?

25   Q.    It would be slide 47 to 47.

1  **A.**    Got it.

2  **Q.**    You told your audience, "API design is a noble and

3  rewarding craft."  Correct?

4  **A.**    I did.

5  **Q.**    And, in fact, when -- you designed a set of APIs called a

6  "collections framework."  Correct, sir?

7  **A.**    Yes, I designed those.

8  **Q.**    And you've had people come up to you and tell you that the

9  collections framework, that set of APIs, changed their life;

10 correct, sir?

11 **A.**    To the best of my recollection, someone actually said

12 that.

13 **Q.**    And that was because it was so -- you did a great job on

14 it, right?  That's what he was saying to you.

15 **A.**    That's what he was saying.

16 **Q.**    And those APIs are in the Java SE 5, Standard Edition,

17 correct?

18 **A.**    Yes, they are.

19 **Q.**    And you wrote those while you were at Sun?

20 **A.**    Uhm, I initially wrote them while I was at Sun, and I

21 continued adding to them after I left Sun.

22          So, for instance, in Java 6, I have some new

23 collection APIs with names like Q and Dec, that I wrote as a

24 Google employee.

25 **Q.**    And under whose spec lead auspices?

1  **A.**    Nominally, Professor Doug Lee.  There's something called

2  JSR-166x.  This was sort of a continuing sort of pseudo JSR

3  that's been going on for the past decade or so, that allows a

4  group of colleagues ...

5  **Q.**    But that person who came up to you, had obviously left a

6  vivid impression in your mind, was saying to you:  API design

7  is a noble and rewarding craft.  You changed my life with the

8  quality of your craftmanship.  Correct?

9  **A.**    Yes.

10  **Q.**    And, "Here's what good API design can do," you said in

11  your presentation, "It can improve a lot of programmers and

12  users and companies."  Correct?

13  **A.**    Yes.

14  **Q.**    And "API design is tough."  That's what you were also

15  saying?

16  **A.**    Yeah.  Designing a good API is tough.

17  **Q.**    Like any work of craftmanship?

18  **A.**    I agree with that.

19  **Q.**    Creating a beautiful painting is tough?

20  **A.**    I'm not sure if that's craftsmanship or art, but I guess

21  that's a fine distinction.

22  **Q.**    And API design, you said and believe, is a noble and

23  rewarding craft.  Correct, sir?

24  **A.**    Yes, I certainly believe that.

25  **Q.**    And, in fact, people have told you that this presentation

1  was important in shaping their thinking about API design,

2  correct?

3  **A.**    Yes, they have.  I was surprised by the impact that it

4  had.

5  **Q.**    There are aesthetic matters in API design; correct, sir?

6  **A.**    Yes, there are.

7  **Q.**    And it's -- it's not being prissy to think about aesthetic

8  matters.  The aesthetics of an API design are part of this

9  noble and rewarding craft.  Correct?

10 **A.**    Yes.  Generally, an API that displays good aesthetics will

11 be easy to use.

12         It's like a car's dashboard.  Making it pretty isn't

13 just about making it nice to look at.  The car will be actually

14 easier to drive if you can see the speedometer.

15 **Q.**    More than 20 of the class libraries that you worked on at

16 Sun have corresponding class libraries implemented in Android,

17 correct?

18 **A.**    I'll take your word for it.  I don't know the numbers, but

19 that sounds entirely possible.

20 **Q.**    I need to ask you about rangeCheck, Mr. Bloch.

21 **A.**    All right.

22 **Q.**    You copied rangeCheck code from Sun code that you wrote

23 while you were at Sun, and you copied that rangeCheck code

24 while you were writing Android, correct?

25 **A.**    I don't recall.

 1          **MR. JACOBS:**  Your Honor, I would like to play a

 2  portion of Mr. Bloch's videotaped deposition from 181, 7 to 14.

 3          **THE COURT:**  Go ahead.

 4          (Video deposition clip played in open court; not

 5          reported.)

 6  **BY MR. JACOBS:**

 7  **Q.**   As you wrote Timsort for Google, the Timsort code for

 8  Google, what use did you make of the rangeCheck function in the

 9  Sun code while you were writing the rangeCheck function in the

10  Google code?

11  **A.**   I didn't write Timsort for Google.  I wrote it while I was

12  employed at Google.  And that's actually a meaningful

13  distinction.  I wrote --

14  **Q.**   When you wrote Timsort while you were at Google, what use

15  did you make of the rangeCheck function in the Sun code?

16  **A.**   I wrote Timsort for inclusion in the OpenJDK, which is

17  Sun's own implementation of the Java platform.

18          Actually, I initially wrote Timsort as an experiment.

19  But when I realized that the thing actually ran fast, my

20  initial inclination was to say, hey, we should at add this to

21  Java.

22          And, at that point, the OpenJDK was paramount, in my

23  mind.  And in order to make it easy to put Timsort in the

24  OpenJDK, it was good engineering to use the same rangeCheck

25  function.

BLOCH - DIRECT EXAMINATION / JACOBS                754

1   **Q.**   Sir, did you contribute that rangeCheck code to Android?

2   **A.**   Eventually I did, as well as to the OpenJDK.

3   **Q.**   And that Timsort code found its way into Android; correct,

4   sir?

5   **A.**   That Timsort code did.

6   **Q.**   And it was on the Android version that you could download

7   from the Android website; correct, sir?

8   **A.**   I certainly believe so.  Although, I have not --

9   **Q.**   Isn't it true that you made sure that the signatures

10  matched from the code that you had written while you were at

11  Sun into the code that you were working on while you were at

12  Google?

13  **A.**   That is absolutely true.

14  **Q.**   And so you may have copied that signature from the code

15  that you worked at Sun while you were at Google, correct?

16  **A.**   Yes.

17  **Q.**   Have you -- I wanted to show you -- I want you to look at

18  an exhibit and ask you if you recognize it.  794.

19  **A.**   Thanks.

20          (Document displayed.)

21  **Q.**   Do you recognize that exhibit, sir?

22  **A.**   I do.

23  **Q.**   And what does it show?

24  **A.**   It shows two small private utility functions, both named

25  rangeCheck, that are very, very similar to one another.

 1          **MR. JACOBS:**  I offer 794 into evidence, Your Honor.

 2          **MR. BABER:**  No objection.

 3          **THE COURT:**  Thank you.  Received.

 4          (Trial Exhibit 794 received in evidence.)

 5   BY MR. JACOBS:

 6   Q.    794 shows the code that's relevant here, that you wrote

 7   at -- while you were at Sun, in arrays.java; correct, sir?

 8   A.    Yes, on the top.

 9   Q.    And in the second box it shows the code for Android that

10   corresponds to that code; correct, sir?

11   A.    Correct.

12   Q.    And that's called Timsort.java, correct?

13   A.    It is.

14   Q.    And if you look at it on a line-for-line basis, it's

15   virtually identical; correct, sir?

16   A.    Yes, it is.

17   Q.    Now, you were assigned to the Android project in, you

18   said, late 2008?

19   A.    Yeah.  It was at the very end of 2008 that I transitioned

20   from my previous project to Android.

21   Q.    Was there any discussion with you, at that point, about

22   whether this would represent some kind of a conflict on account

23   of your ongoing involvement with Java?

24   A.    No, not that I recall.

25   Q.    And how about your prior work for Sun, was there any

1  discussion of any kind of conflict?

2  **A.**   Again, I certainly can't recall such a discussion.

3  **Q.**   Was there any kind of discussion with you about whether it

4  was appropriate, in light of any guidelines that had been put

5  in place for Android's development, whether it was appropriate

6  for you to work on Android in light of your prior work on Java

7  while at Sun?

8  **A.**   I recall no such conversations.

9  **Q.**   Now, you were aware that while you were at Sun, that Sun

10  regularly and routinely attached copyright notices to the code

11  that it was writing; correct, sir?

12  **A.**   Yes, I was.

13  **Q.**   And it attached copyright notices to the documentation it

14  was publishing, correct, sir?

15  **A.**   Yes.

16  **Q.**   You were aware Sun was asserting copyright protection over

17  its programs; correct, sir?

18  **A.**   Yes, I was aware of that.

19       **MR. JACOBS:**  No further questions.

20       **THE COURT:**  All right.  Let's go to Google.

21       Reintroduce yourself to the jury.

22       **MR. BABER:**  Your Honor, ladies and gentlemen, I'm

23  Bruce Baber, one of the counsel for Google.

24       **THE COURT:**  Wonderful.  Please keep your voice up

25  now, or speak more into microphone.  The floor is yours.  Go

1    ahead.

2                          **DIRECT EXAMINATION**

3    **BY MR. BABER:**

4    **Q.**    Good morning, Josh.

5    **A.**    Good morning, Bruce.

6    **Q.**    Could you please give the judge and the jury a brief

7    summary of your educational background.

8    **A.**    I got my bachelor of science in computer science at

9    Columbia University in 1982.  And then I went on to graduate

10   school at Carnegie Mellon University, in Pittsburgh, where I

11   spent the next eight years of my life getting a Ph.D in

12   computer science.  And that's, basically, it.

13   **Q.**    Did you, in fact, got a Ph.D degree?

14   **A.**    I did.

15   **Q.**    Is it okay if I call you Dr. Bloch?

16   **A.**    Sure.

17   **Q.**    Dr. Bloch, the jury has heard you worked at both Sun and

18   Google during your career.  Correct?

19   **A.**    That's true.

20   **Q.**    Have you worked anywhere else?

21   **A.**    Yeah.  I worked at a company called Transarc, in

22   Pittsburgh, Pennsylvania.  And I also had some summer

23   internships at IBM and Bell Labs.

24   **Q.**    And what kind of company was Transarc?

25   **A.**    Transarc was a software company.  We did distributed

1  systems, both what are called transaction systems and file

2  systems.

3  **Q.**  Let's explain a little bit.  When you say "distributed

4  systems," what is a distributed system?

5  **A.**  Well, a distributed system -- these days everything is

6  distributed.  Distributed means multiple computers talking to

7  each other over a network.  Back in 1990, when this company

8  started, that wasn't the norm yet.

9  **Q.**  So that might be a number of computers in the same office

10  that are on the same network?

11  **A.**  Yes.

12  **Q.**  Could be a bunch of computers that connect over the

13  Internet?

14  **A.**  Yes.

15  **Q.**  Those would both be distributed systems?

16  **A.**  Yes, they would.

17  **Q.**  Does Transarc still exist?

18  **A.**  No.

19  **Q.**  What happened to Transarc?

20  **A.**  Transarc was acquired IBM, I believe, in 1994.

21  **Q.**  Did you continue to work for Transarc after IBM bought

22  Transarc?

23  **A.**  For another two years or so I did.

24  **Q.**  Then what happened next, in terms of your career?

25  **A.**  I saw that there was all this exciting stuff going on, on

1  the west coast, and I joined Sun Microsystems to work on Java.

2  **Q.**    During the time when you were at Transarc, what kind of

3  work did you do?

4  **A.**    Uhm, I built modules, components, basically libraries,

5  both libraries for use outside of Transarc and within Transarc.

6  And designed them, I designed their APIs, implementations,

7  tests, specifications, the whole nine yards.

8  **Q.**    Now, you just used the phrase, for use inside Transarc and

9  outside Transarc.  And during Mr. Jacobs' examination there was

10  reference to public APIs.

11        Can you explain how those two things relate to each

12  other?

13  **A.**    Yes.  They are really the same thing.  A public API is an

14  API that you write in a company or an organization, an open

15  source project, and it's used outside of it.  It's published,

16  and anyone can write programs to this API.

17        Whereas, a private API is one that is used inside,

18  just in the implementation of the public API.

19  **Q.**    And during your time at Transarc, did you have any

20  involvement with APIs?

21  **A.**    Yes, I did.

22  **Q.**    And what kinds of work did you do with APIs back when you

23  worked at Transarc?

24  **A.**    As I said, I designed them to meet the needs of the users.

25  Implemented them.  I wrote the documentation specifications.  I

1  pretty much did it all.

2  **Q.**   And that was all prior to the time you went to work at

3  Sun, correct?

4  **A.**   Yes, it was.

5  **Q.**   Okay.  Now, was your work at Transarc the first exposure

6  you had had to APIs?

7  **A.**   Not by a long shot.

8  **Q.**   When were you first exposed to APIs?

9  **A.**   The first time I really remember realizing that this was

10  my calling was the summer of 1982.  I had a summer job at Bell

11  Lab -- no, sorry.  Let's try again.  That was at IBM, Yorktown

12  Heights.

13           And it had an experimental, kind of paralleling

14  processing IBM 370.  It was two computers put together.  Back

15  then, that wasn't the norm.  This was kind of a super

16  experiment.

17           And I was tasked with programming these things.  And

18  I had to do what's called assembly language.  It's very low

19  level and nasty and hard to do.

20           I thought, hey, I could put a nice API on top of this

21  assembly language and make it easier for everyone at IBM to use

22  this scarce resource.

23  **Q.**   Now, you used the phrase "assembly language."  Could you

24  explain to the jury, what is assembly language?

25  **A.**   So computers have what are called instruction sets.  And

BLOCH - DIRECT EXAMINATION / BABER                761

 1  when you're writing a program, you're writing in a nice

 2  high-level language these days.  You'll be writing in something

 3  with a name like Java or C or C# or something.

 4           But the computer doesn't speak those languages.  The

 5  computer itself, the hardware speaks in these binary 1s and 0s.

 6  And assembly language is just one level above the 1s and 0s.

 7  And these days very few humans write assembly language.  Humans

 8  write high-level languages, and then compilers or interpreters

 9  turn those high-level languages into these low-level 1s and 0s

10  for the computer.

11  Q.   And during that summer internship in 1982, at IBM, did you

12  write any APIs?

13  A.   Yes, I did.  As I say, I wrote what I thought was a nice

14  little API for this parallel processing IBM 370.  Let everyone

15  use it.

16  Q.   In order to get your Ph.D. degree from Carnegie Mellon,

17  did you have to write a doctoral dissertation?

18  A.   I did.

19  Q.   Did your doctoral dissertation have anything to do with

20  APIs?

21  A.   Yes, it did.

22  Q.   And just without getting too technical, could you give the

23  jury a sense of how your doctoral dissertation related to APIs?

24  A.   You heard about the collections framework, remember,

25  something that changed my life.  Well, basically, I was

1  implementing the same kind of collections on distributed

2  systems, where the data was stored on multiple machine machines

3  so that if one of the machines crashed you wouldn't lose any of

4  your data.  You could keep using the data on the other

5  machines.  That's called fault tolerance.

6          And I had to write APIs to use these distributed

7  collections, much as the Java collections framework is a set of

8  APIs to use collections.

9  **Q.**  Dr. Bloch, is it fair to say you've been involved with

10  APIs for your entire 30 years of education and professional

11  life?

12  **A.**  That's a fair statement.

13  **Q.**  Dr. Bloch, how did you learn the Java language?

14  **A.**  I learned it on an airplane, reading a copy of a book

15  called *Java In A Nutshell*, by a guy named David Flanagan.

16  **Q.**  Do you recall approximately when that was?

17  **A.**  Yeah.  It was on my way to the job interview for the Java

18  job at Sun.  So that would be in 1996, around, you know, May or

19  something.  I don't know.

20  **Q.**  And when you learned the Java language from the *Java In A*

21  *Nutshell* book, did that include any discussion of APIs?

22  **A.**  Yeah.  In fact, the entire API set of the platform is

23  summarized in that book.

24  **Q.**  And, now, Mr. Jacobs asked you about some of your

25  writings.  You have written a book, yourself, about the Java

1  language, correct?

2  **A.**    I have.

3  **Q.**    And it's called *Effective Java*?

4  **A.**    Yes.

5  **Q.**    Has that book won any prizes?

6  **A.**    Actually, it's won a bunch of them.  But the one I

7  remember most clearly is, it won the Jolt Award in 2001.

8  **Q.**    And in your book *Effective Java* does it include any

9  discussion or instruction about the APIs for the Java language?

10  **A.**    Yes, it does.  It tells people how to use them

11  effectively.  It tells people when there are traps, when there

12  might be mistakes in those APIs, how to avoid falling into

13  those traps.

14  **Q.**    Now, Mr. Jacobs and you discussed for some period of time

15  your presentation dec.  Do you recall that, about APIs and API

16  design?

17  **A.**    Yeah.

18  **Q.**    I would like to back up just a step and make sure the jury

19  understands what you mean when you say an API.

20  **A.**    Okay.

21  **Q.**    How would you define an API?

22  **A.**    I would say that an API is -- the names, the words, and

23  the set of rules that the programmer uses to communicate with a

24  library.

25  **Q.**    Okay.  Let me break that down just for us.

BLOCH - DIRECT EXAMINATION / BABER

1              You say an API is names or words.  More specifically,
2    what do you mean when you say "names or words"?  Names for what
3    or words about what?
4    **A.**   What we call method names, primarily method names and
5    field names.  Because when you're talking to a library, you
6    tell it to do something.  Compute the maximum.  That's the
7    method.  Or you look at a field.  Like if you are going to
8    print something out, you look at a field called "system.out"
9    and print to it.
10   **Q.**   Okay.  And you said an API is names or words and a set of
11   rules.  What did you mean by the set of rules?
12   **A.**   It's like a contract.  It's what has to be true before you
13   call the method, and what will be true after the method has
14   returned.  So those are, in essence, rules for using this
15   method to communicate with a library.
16   **Q.**   And you just referenced a contract.  I'm not sure I
17   followed.  An API is like a contract?
18   **A.**   Yeah.  Basically, the library promises to do something for
19   you.  Let's say, you know, you pass it two numbers, and it
20   promises to give you the bigger of those two numbers.
21              Now, if you break your part of the deal by passing
22   something that isn't even a number -- let's say you pass in a
23   list instead of a number -- then there's no way that it can
24   obey the contract.  Because if I pass in a long list of numbers
25   and the number 7, and say, which of these numbers is higher,

1    there's no good answer to that question.

2              So, in that way, it's like a contract.

3    **Q.**   And when the programmer speaks to the library to try and

4    get it to do something for her or him, does the programmer have

5    to speak in very precise language, or general language?

6    **A.**   Very, very precise.  If you get anything even a little bit

7    wrong, if you type a capital letter when the method name has a

8    lower case letter in Java your program won't run.  It won't

9    even compile.

10   **Q.**   And what if you don't comply with one of the rules for the

11   API as a programmer, what would happen?

12   **A.**   If you're lucky, it won't compile and you'll know right

13   away that you've screwed up.

14   **Q.**   Stop.  When you say it won't compile, would you explain

15   what that means.

16   **A.**   Ah, so there's two stages to it.  You write the program,

17   and then you run it through a compiler.  You compile it.

18             What that does is turns the program that you've

19   written into a form that the computer can actually execute.

20   It's not assembly language, but one step higher than that.  So

21   that's compilation.

22             And the lucky thing is that if you violate these

23   rules, often you'll know right away you violated them.  So you

24   can fix the problem before it blows up when someone is actually

25   trying to use the program.  If you're not so lucky, then it can

1  blow up when you run it.

2  **Q.**   I apologize, Dr. Bloch.   I interrupted you.

3          You said if the programmer doesn't comply exactly

4  with all the rules, you said several things could happen.   The

5  first was that it wouldn't compile.   What are the others?

6  **A.**   So, basically, the other one is that it does compile, but

7  it doesn't run properly.   And, you know, if you're lucky,

8  you'll know it's not running properly.   It will just blow up.

9          If you're really unlucky, it will appear to be

10  running properly, but be doing the wrong thing, and all of a

11  sudden someone will get the wrong amount of change at the cash

12  register, because the program running inside the cash register

13  is broken.

14  **Q.**   Dr. Bloch, in the presentation Mr. Jacobs asked you about,

15  there is a slide and a reference to an API being a, quote,

16  little language.   Do you recall that?

17  **A.**   I do.

18  **Q.**   In what respects is an API a little language?

19  **A.**   It's what we were just talking about before.   It's a set

20  of words.   Typically, the words are actually verbs.   Do this.

21  Do that.   And maybe they involve verb, noun, phrases.   You

22  know, remove the file.   Remove the header.

23          So when you're learning an API, it's like learning a

24  small new language.   And if that language makes sense, the API

25  is easy to learn.

BLOCH - DIRECT EXAMINATION / BABER

1  **Q.**   In your testimony during Mr. Jacobs' examination, when you

2  were talking about your dec you made the point that you want

3  your API to be easy to learn; is that correct?

4  **A.**   Yes.

5  **Q.**   And you also said you want it to be easy to memorize; is

6  that right?

7  **A.**   Yes.

8  **Q.**   Why would you want someone to memorize an API?

9  **A.**   Because programmers are lazy.  When you are writing a

10  computer program, you don't have to look at the documentation

11  all the time.  You want to just be able to type, type, type

12  from your head to the computer, and just have it work.

13  **Q.**   During the years when you worked at Sun and you were

14  working on the Sun Java language APIs, was that a goal, to try

15  and have programmers memorize the APIs?

16  **A.**   Yes.  In fact, it was particularly important back then

17  because we didn't have IDEs yet.

18  **Q.**   Can you please explain to the jury --

19  **A.**   Sorry.  It's an Integrated Development Environment.

20          And these days those helpers, while you're

21  programming that if you have forgotten the API, will kind of

22  help remind you.

23  **Q.**   So during the time when you were at Sun, it was a goal of

24  your work on APIs for the APIs to be easy to learn?

25  **A.**   Yes.

BLOCH - DIRECT EXAMINATION / BABER

1  **Q.**   And easy to memorize?

2  **A.**   Yes.

3  **Q.**   And easy to use without ever looking at any documentation?

4  **A.**   Yes.

5  **Q.**   Now, this may sound like a silly question, Dr. Bloch, but

6  is an API something you can hold in your hand?

7  **A.**   No.  It's not.  Because it's like a contract.  You can

8  have a written contract, but even if you burn up the written

9  contract it's still there.  You know.  Burn your marriage

10  contract, and you're still married.

11          So it is the rules that allow you to tell the library

12  to do what you want.  And rules are abstract.

13  **Q.**   But are there things relating to an API that you can hold

14  in your hand?

15  **A.**   Yes.

16  **Q.**   What are they?

17  **A.**   The documentation for the API.  If you write -- which you

18  do when you're developing an API, hopefully -- instructions on

19  how to use that API, that's concrete.

20  **Q.**   And what is the role or the purpose of that documentation

21  you just described?

22  **A.**   Uhm, it's teaching/telling people how to use the API,

23  reference, letting them look at it while they're writing a

24  program so they can make sure the program does what it's

25  supposed to do.

1             And, also, it's a specification.  That API should

2    hopefully be precise enough that it allows other people to do

3    an independent lead limitation of the same API.

4    **Q.**   Dr. Bloch, is an API like a blueprint in any way?

5    **A.**   It's not -- not really like a blueprint because a

6    blueprint tells you how to build something.  And you can build

7    something in many different ways that implements the same API.

8             The API, as I said, it tells you how to talk to

9    something rather than how to build it.  So I don't think of an

10   API as being like a blueprint.

11   **Q.**   Does an API itself tell you how to build anything?

12   **A.**   Not really.

13   **Q.**   Okay.  Do you believe that an API serves as a blueprint

14   even for the libraries that house the APIs?

15   **A.**   Once again, you know, it's a stretch.  It's not really

16   like a blueprint because of the fact that a blueprint tells you

17   how to implement something.  It basically says use this timber

18   here, and this length should be this.

19            API specifications, APIs don't do that.  They are

20   requirements.  They tell you what this thing that you're

21   building has to do.  How to talk to it.  How to write a program

22   on top of it.  But they don't tell you how to build it.

23   **Q.**   In the Java language, Dr. Bloch, what is it that

24   determines the organization of the code libraries that

25   implement the APIs?

BLOCH - DIRECT EXAMINATION / BABER

1    **A.**    The names of the methods basically determine that, because

2    names in Java, they have three parts.  It's called a

3    fully-qualified name.  It consists of the class -- actually,

4    the package, the class, and then the method or field.

5            So the whole name of something might be something

6    like java.lang.math.cos.  So it's not math.  It's a package.

7    And then -- sorry java.lang is a package.  Math is a class.

8    And then cos is the cosine function.  And so the name

9    determines the organization.

10   **Q.**    And is this notion of a fully-qualified name something

11   that's a part of the *Java Language Specification*?

12   **A.**    Yes.  I'm certain that term is in there.

13   **Q.**    If you could give us just an example.  You just described

14   in general terms package.class.method would be the format of --

15   at least a start of part of a fully-qualified name.  Correct?

16   **A.**    Uh-huh.

17   **Q.**    Use using the example you just gave, what would be the

18   fully-qualified name under the *Java Language Specification* for

19   the math function you just described?

20   **A.**    All right.  So java.lang is the name of the package.

21   **Q.**    For the fully-qualified name, would there be anything

22   before the words "Java"?

23   **A.**    No.  And it has to be lower case, by the way.  Lower case

24   java period l-a-n-g period.  And then we have an upper case

25   M- -- because the class names are upper case -- a-t-h.  And

1  then a period.  And then the method name, which I believe is

2  cos, c-o-s.  I don't do a lot of trigonometry.

3  **Q.**  So that is the name of the specific method, and that's

4  what would be considered to be a fully-qualified name under the

5  language specification (indicating)?

6  **A.**  Yes.

7          **THE COURT:**  Where's the API part on all that?

8          **THE WITNESS:**  That is part of the Java SE APIs.

9          So this is one small element in the API.  When you

10  say the API, I think I know what you mean, as in, yes,

11  java.lang is the package.  You if you talk about -- sometimes

12  people here in these trials in form we talk about a number,

13  like 37 APIs.  They mean 37 packages.  And java.lang would be

14  one of those packages.

15          **THE COURT:**  Can you do this.  Circle the word

16  package.

17          (Counsel complies.)

18          **THE COURT:**  Is that what you're saying, that is, one

19  API would correspond to that package?

20          **THE WITNESS:**  So, honestly, that isn't a terminology

21  that I heard before this trial.  You know, quantizing APIs is

22  kind of hard.

23          But in this trial people have been using the number

24  of APIs to be the number of packages.  When they say, oh, yes,

25  this contains 43 APIs, they really mean 43 packages.  So, yes.

BLOCH - DIRECT EXAMINATION / BABER

1    **THE COURT:**  But your own document that you did in

2  Holland had the word "API."  You've heard of that word before.

3    **THE WITNESS:**  I have.  But what I'm saying is, to me,

4  a package is a part of an API.  A class is a part of an API.  A

5  method is a part of an API.

6    And I don't talk about a number of APIs any more than

7  I would talk about a number of meat.  You know, meat is

8  measured in pounds.

9    There's no good metric for APIs, really.

10    **THE COURT:**  Well, look.  We are trying to just get

11  the terminology down.  It says package.class.method.  Now, is

12  the package the API?

13    Help us understand what more you need to put up there

14  so that we know what API is versus package, or whether they are

15  the same.  So you describe it however you want.  We're trying

16  to understand.

17    **THE WITNESS:**  So think of it as, you know, your city,

18  your state, and your street.  They are all part of your

19  address.  So, you know, the APIs here are the addresses, and

20  the package is the city.  The class is the street.  And method

21  is the house number, if you want.  It's not a great analogy,

22  but you get the idea.

23    **THE COURT:**  Yes, but where is the API part?

24    **THE WITNESS:**  All three of them are parts of it.

25    **THE COURT:**  And could, in the same API, there be the

773

BLOCH - DIRECT EXAMINATION / BABER

 1  same package but a different class, and yet a different method?

 2          THE WITNESS:  Yes.  So, for example, in java.util we

 3  have that collections framework that I wrote.  And there's one

 4  class for lists, and another class for sets, which can contain

 5  duplicates.  So those are two different classes in the same

 6  package.

 7          THE COURT:  And so it sounds like the API is at the

 8  package level.  No?  Yes?

 9          THE WITNESS:  You know, every language has its own

10  way of breaking these things up.  But, actually, class is

11  somewhat more fundamental to Java than package, simply because

12  the Java -- at runtime, you know, entire classes are loaded at

13  once.

14          But, you know, as I say, I think the address metaphor

15  is pretty good.  Which is a more important part of your

16  address, the street or the city?

17          THE COURT:  So you didn't answer my question.

18          THE WITNESS:  I tried.

19          THE COURT:  Either say yes, no, or it's impossible to

20  answer yes or no.

21          The question was, it sounds like the API is at the

22  package level.

23          THE WITNESS:  Yes, but it's also at the class and

24  method levels.

25          THE COURT:  All right.  Thank you.

```
 1              I'm sorry for the interruption.  Please continue.

 2              MR. BABER:  Thank you, Your Honor.

 3   BY MR. BABER:

 4   Q.   You were talking about, Dr. Bloch, the concept of a

 5   fully-qualified name in the Java language.  Once a

 6   fully-qualified name for a specific method has been chosen, how

 7   does that name dictate the organization or where that piece of

 8   code will reside in the libraries?

 9   A.   Well, if it's a public API, then you -- you have to put --

10   an entire class goes in one file.  And the file has to have the

11   name of the class.

12              So, you know, in the case of our java.lang.math class

13   there actually is a file called math.java.  And at the top of

14   that file there's a line that says "Package java.lang."  And

15   that means that class, Math, is inside the package java.lang.

16   Q.   So just to be clear, the class name is java.lang.math,

17   correct?

18   A.   Correct.  And that -- by the way, a fully-qualified class

19   name is the class including the package.

20   Q.   And then once the name for an individual method or some

21   other element of the APIs has been chosen, does that name then

22   tell you where you can find that code?

23   A.   Yes, it does.

24   Q.   Okay.  And does the language specification for the Java

25   programming language give you any choice as to how to compose a
```

1    fully-qualified name?

2    **A.**    I'm not sure what you mean, sorry, by "compose."

3    **Q.**    Does it have rules about what fully-qualified names have

4    to look like?

5    **A.**    Yeah, it has conventions.

6    **Q.**    And prior to this lawsuit, Dr. Bloch, have you ever heard

7    any discussion about the structure, sequence, and organization

8    of APIs?

9    **A.**    Actually, no.  This is the first time I've heard that

10   term.

11   **Q.**    Dr. Bloch, how do the APIs and the language relate to each

12   other (indicating)?

13   **A.**    Uhm, well, in a couple of ways.  Language lets you write

14   your own APIs.

15            **MR. JACOBS:**  Objection, Your Honor.  So the record is

16   clear, Mr. Baber is holding up the *Java Language Specification*

17   to the witness.

18            **THE WITNESS:**  Okay.

19            **THE COURT:**  I'm not sure.  I was maybe two sentences

20   back.  So you may have a good objection and I just don't

21   understand it.  He's --

22            **MR. JACOBS:**  Objection, the question was vague.  And

23   on the record he's holding up the *Java Language Specification*.

24   The witness may be answering two different questions.

25            **THE COURT:**  That's a good point.

BLOCH - DIRECT EXAMINATION / BABER

1              Okay.   Rephrase the question.

2   **BY MR. BABER:**

3   **Q.**   Dr. Bloch, you are familiar with the Java programming

4   language, correct?

5   **A.**   Very familiar.

6   **Q.**   How do Java language APIs and the Java programming

7   language relate to each other?

8   **A.**   Well, the Java programming language let's you write your

9   own APIs, and it contains APIs that are part of Java.  And, in

10  fact, in order to write any Java programs at all, you need to

11  use those APIs.

12  **Q.**   Do you need any APIs in order to implement the language

13  specification?

14  **A.**   Yeah.  You do.  I mean, because it's an object-oriented

15  language.  Right?

16             So, first of all, there's an API for

17  java.lang.Object.  You need that one.  You can't have an

18  object-oriented language without objects.  And you need

19  strings.  And, in fact, many of these APIs are actually

20  referenced directly in the *Java Language Specification*.

21  **Q.**   Do you know approximately how many APIs or classes within

22  the APIs are mentioned directly in the *Java Language*

23  *Specification*?

24  **A.**   As it happens, I do.  There are 60 classes mentioned

25  directly in that specification, consisting of 700 -- more than

BLOCH - DIRECT EXAMINATION / BABER

```
 1   750 methods and fields spread across three classes.
 2   Q.   And you said -- mentioned "directly."  What did you mean
 3   by that?
 4   A.   I mean they are in the normative text.  They are not in
 5   examples.  They are required in order to faithfully implement
 6   that specification.
 7           You cannot implement Java as specified in that book
 8   without providing those 60 classes and their 750 methods and
 9   fields spread across three packages.
10           THE COURT:  What book is that?
11           MR. BABER:  Your Honor, may I approach?
12           THE COURT:  Is that the one we had before, 984.
13           MR. BABER:  Yes, Your Honor Exhibit 984.
14           THE COURT:  All right.  Is that what you're referring
15   to?
16   BY MR. BABER:
17   Q.   Dr. Bloch, I'm handing you Exhibit 984.
18   A.   Did I get to keep it?
19           THE COURT:  Okay.  Now that you have the book there,
20   repeat what you just said about the 900 something.
21           THE WITNESS:  All right.  So what I said was, in this
22   book you will find that in order to implement the Java language
23   you actually have to implement 60 classes.  They are mentioned
24   directly.
25           So, you know, for example, if you -- if you look up
```

778

BLOCH - DIRECT EXAMINATION / BABER

1  arrays, you'll find that an array is an object, and it has to

2  implement serializable -- so those are two classes right there:

3  Java.lang.Object and java.io.Serializable.  If they are not

4  there, you're not implementing the Java language as per this

5  book.

6          This book is the defining document for the Java

7  language.  And in order to actually implement it, for starters,

8  you need the 60 classes that are included by reference in the

9  definition of the Java programming language.

10         **THE COURT:**  How many APIs do those 60 classes go

11  with?

12         **THE WITNESS:**  So it depends on whether -- remember,

13  how I sort of said city, street, and house number?  So, you

14  know, the 60 is street.  And they fall into three packages.

15  And inside close classes you'll find that there are over 750

16  public methods and fields.

17         So of the sort of fine-grained APIs you need the 750

18  methods and fields.  Of the medium-grained ones, called

19  classes, there are 60.  Remember when I said classes are sort

20  of the more fundamental API units?  Those are the ones that are

21  referenced in here directly.

22         But, implicit in those class names is a package name.

23  You know, so it will say either Object, which means

24  java.lang.Object, or it will say java.io.Serializable.  Which

25  means the class Serializable in the package java.io.

1           As I said, there are three packages mentioned

2    directly in this book.  They are java.lang, java.io, and

3    java.lang.Annotation.

4           **THE COURT:**  I understand that part.  But three is not

5    37.

6           **THE WITNESS:**  No, it isn't.

7           **THE COURT:**  So there are other APIs then, I take it,

8    that are not referenced in that book, that are at issue in this

9    case.  True?

10          **THE WITNESS:**  That is correct.

11          **THE COURT:**  All right.

12   **BY MR. BABER:**

13   **Q.**  Dr. Bloch, with respect to the 60 classes that you just

14   told us about, that are in the three packages, are there other

15   parts of the APIs that are needed in order to implement those

16   60 classes?

17   **A.**  Yes.  This is what is called API dependencies.  When you

18   have a method, that method you have to pass things in.  Those

19   are called input parameters.  So if you're going to, let's say,

20   take the maximum of two numbers, you pass in two numbers.  If

21   you are going to sort a list, you have to pass in the list.

22          So if you look at these classes and you look at their

23   methods, you'll see that they take arguments and they return

24   values.  And those have classes.  And those classes are not all

25   among these 60.

1          You know, so if in order to faithfully implement

2    "java.lang" you also need to pass in parameters that are of

3    type -- I don't know, print stream.  I'm just making this up.

4    That's not in there.  I pulled one out of the air.

5          But if you need another class, then that indirect

6    dependency is a requirement to implement Java.  You can't

7    implement the language unless you have all of the classes that

8    are required in this book.

9          And all of the classes that are required by those

10   classes, and so on, you just have to follow these dependencies

11   out.  And once you're done with that, you'll find that in order

12   to faithfully implement the language, you must implement 177

13   classes -- I believe that's the number; it's over 175 --

14   consisting of over 2,000 public methods and fields spread

15   across ten packages.

16         And that's required just to implement the language.

17   That won't necessarily get you the other things people use when

18   they write Java programs.  At a minimum, that's what you need.

19   **Q.**   Dr. Bloch, I take it from your testimony you are familiar

20   with that book that's in front of you, the *Java Language*

21   *Specification*, which is trial Exhibit 984?

22   **A.**   Yeah.  I had to study it in great detail when I wrote and

23   co-authored the three that I wrote and co-authored.

24   **Q.**   The version in front of you is actually the third edition

25   of the *Java Language Specification;* is that right?

1   **A.**   Yeah.  It covers Java 5.

2   **Q.**   What was the earliest edition that you became familiar

3   with of the Java programming language specification?

4   **A.**   So James Gosling, who is the father of Java, actually

5   personally handed me a pre-release copy of the first version of

6   this book in, I think, 1997, or late '96.

7   **Q.**   And as the language specification has changed from the

8   first edition to the second edition to the third edition, have

9   you continued to remain familiar with it?

10  **A.**   I have.

11  **Q.**   And thinking back to the first edition of the *Java*

12  *Language Specification*, did that include any discussion of the

13  API packages, any of the API packages?

14  **A.**   Yeah.  Actually, in addition to those that were directly

15  required to implement kind of the formal language, it contained

16  the full specifications for all of what were the core packages

17  at the time.

18          At the time, there were only four core packages.

19  There was java.lang; java.io, which is input and output;

20  java.net, which is networking; and java.util, which is

21  utilities.

22          So the first edition of this book actually contained

23  the entire documentation for all of the core libraries, but

24  there were only four packages at the time.

25  **Q.**   Are you familiar today, nowadays, with a separate book

1  that's published regarding those four core libraries?

2  **A.**    Yeah, but it's kind of obsolete.

3  **Q.**    And why is it obsolete?

4  **A.**    Because we have added so many more libraries since then.

5  **Q.**    But back in the First Edition of the Java Language

6  Specification, were the complete specifications for those four

7  core packages in the language specification?

8  **A.**    I believe they were.

9  **Q.**    Now, if you didn't have any APIs, Dr. Bloch, could you do

10  anything with the Java language?

11  **A.**    You could waste time with it, and that's pretty much it.

12  You could -- you could -- let's say you could add the numbers

13  from one up to a thousand but then you couldn't even print the

14  result.

15  **Q.**    Could you save the results of your program?

16  **A.**    No.   That's IO.

17  **Q.**    Okay.   Could you put it on a disk for later?

18  **A.**    Couldn't do that.

19  **Q.**    Okay.   Could you -- can you think of an example, Dr.

20  Bloch, that is used in teaching programming of a very simple

21  basic program that computer programmers learn how to write when

22  they start learning a new language?

23  **A.**    The simplest program that you can write in any language is

24  called the Hello World Program.   It just uses that programming

25  language to print Hello World, and that's how you sort of start

BLOCH - DIRECT EXAMINATION / BABER

1    off with on new language.  You learn how to write a program

2    that simply prints Hello World in the language.

3    **Q.**    And could you do -- could you print a Hello World Program

4    in Java without any APIs?

5    **A.**    Absolutely not.  So the Hello World Program has one line

6    in it and it says system.out.print, quote, Hello World, end

7    quote.

8            What's really going on there?  Well System, that's a

9    class.  It's java.lang.system.  So that's one of those 60

10   classes.  And then that -- that actually turns out to be

11   required in here.  And .out, out is a field.  Remember, I was

12   talking about methods and fields before?  System.out is a field

13   in the System Class and its type is, I believe, PrintWriter.

14   PrintWriter is a class in the Java.io API.

15           And then when you pass in Hello World, that's a

16   string of java.lang.string.  So even a Hello World program

17   mentions these three classes which are, as I said

18   java.lang.string, java.lang.system, and java.io.printwriter.

19   **Q.**    Dr. Bloch, back to the presentation that Mr. Jacobs asked

20   you about.  I believe you said that writing code using the APIs

21   is easier if the API gives you good words.

22           Do you recall that testimony?

23   **A.**    Yes.  Yes, I do.

24   **Q.**    What did you mean "if the API gives you good words"?

25   **A.**    If they give you words that allow you to express yourself

1  easily, nice words, short words that clearly express your

2  intent.  Easy words to memorize, words that don't mislead you.

3  Q.   When you say "words" in that context, are you referring to

4  the name of the API?

5  A.   Yeah.  I'm actually referring to the names of the classes

6  and the methods.  The package names matter a little bit less,

7  because programmers don't actually type the packages very

8  often.

9  Q.   Is there some respect, Dr. Bloch, in which the names of

10  the APIs are like words that are used in the Java programming

11  language?

12  A.   Yes.  They are very similar.  The idea is that in order to

13  do anything with a language, you don't want to be confined to

14  the small set of words that are the so-called key words of the

15  language.  In Java that means like "while" and "do" and "for."

16  You want to be able to add your own vocabulary specific to what

17  you want to do with the language.

18       So if you're going to run the language, say, to run a

19  cash register, then you want to be able to add a word to

20  express putting money into the till, taking money out of the

21  till, and those new words are APIs.

22  Q.   Dr. Bloch, Mr. Jacobs asked you in your testimony that --

23  when he was asking you questions, whether or not your

24  presentation about APIs was limited just to Java or whether it

25  also had relevance to other programming languages.  Do you

1  recall that testimony?

2  **A.**    Yes.

3  **Q.**    All right.  We have been discussing for the past few

4  minutes the relationship between the Java language and its

5  APIs.

6          I'd like to ask you now:  Is that relationship

7  similar or different from other object-oriented languages in

8  terms of how those languages relate to APIs for those

9  languages?

10  **A.**    For most modern-oriented languages, like say C-sharp, it's

11  pretty much identical.  So C-sharp will have a language feature

12  and that language feature will rely on some APIs.  So it's the

13  same.

14  **Q.**    Now, Dr. Bloch, one of the things Mr. Jacobs asked you was

15  about your duties at Sun, and I believe you referenced at least

16  one part of it was not just creating new APIs, but

17  reimplementing or doing further work on existing APIs; is that

18  right?

19  **A.**    That is true.

20  **Q.**    Okay.  And what I'd like to talk for a few minutes about

21  is not about designing a new API.  I want to talk about

22  situations where you were reimplementing or trying to improve

23  an existing API?

24  **A.**    Okay.

25  **Q.**    All right.  Now, in order to do that, I want to first ask

1    you:  What is a method declaration in the context of an API?

2    **A.**    When you're going to write a method, you have to first say

3    what its name is and what arguments or parameters it takes on

4    input.  That means what it's going to operate on and what it

5    returns, the type of the thing that it returns.  And you're

6    allowed to name the arguments.

7              All of those things together constitute the

8    declaration.  And so, for example, if we're going to have a

9    method to compute the maximum of two integers -- I know that's

10   a good simple example -- so you can say "Public."  And that

11   means anyone can use this method.  It's something that's, you

12   know, going out there for the world to use.

13             Static.  Int, it means I'm going to return an integer

14   to you.

15             And then max, lower case m-a-x.  That's the name of

16   the method.  It's called max.  The fully qualified name I can't

17   tell you without knowing the class and package that this method

18   is in.

19             So you say Public static int max open paren, and then

20   you give the type of the first argument, which is also an

21   integer.  So we say int.  And let's call it arg1 because it's

22   the first argument.  Static --

23   **Q.**    You're saying number one or --

24   **A.**    Use numeral one, yes.  A-r-g-1.

25             No, no, no.  No, that's not allowed.  Bzzt.  Compiler

1    error.

2            (Laughter.)

3    **A.**    Lower case r.  A-r-g-1 -- that's all lower case -- comma

4    int arg2 close paren.  And that's the declaration right there.

5    So that tells you that in order to compute the maximum, you

6    say -- now, let's assume that it's in a class called Math.  In

7    a package called java.lang because, in fact, there is a max

8    method in java.lang.math.

9            **THE COURT:**  Wait.  Does it -- the word "Public," is

10   that preceded by a word like "declare" or --

11           **THE WITNESS:**  No.  It's implicit just because of

12   where it is in the document.  Just as in a dictionary, it

13   doesn't say "definition" before every definition.

14           **THE COURT:**  Where would that line appear in the

15   printout?

16           **THE WITNESS:**  Either after the first open bracket at

17   the top of the file or after the last declaration.  The

18   declaration and the code that implements the declaration, they

19   just come one after another in the file.  And that, by the way,

20   is defined in this book, the syntax of the language.

21           **THE COURT:**  Let's say you've got it written out like

22   the way you have it there.  Do you need any other lines of code

23   underneath that in order to make it work or is that enough

24   right there to --

25           **THE WITNESS:**  Oh, of course you need lines to make it

1   work.  That is just the API there.

2          The API is not -- it's implementation.  That tells --

3   that's the language.  That tells you what to do in order to

4   compute the maximum, but it doesn't tell the computer how to do

5   it.

6          If we want to tell the computer how to do it, we have

7   to write some code.  We have to write something like if arg1 is

8   greater than arg2, then return arg1, otherwise return arg2.

9   You can see how that will always return the higher of the two

10  things.  That's the code.  And without that code the program

11  wouldn't have any idea how to compute the maximum.

12         Computers are very literal.  They only do what you

13  tell them.

14         But that code is not part of the API.  It's part of

15  the library.  It's part of the implementation of that API.

16         **THE COURT:**  Well, I know the jury would like to

17  understand this part, too, so tell counsel what to write

18  underneath there to illustrate.

19         **THE WITNESS:**  Can I just go write it?

20         **THE COURT:**  You can.  Well --

21         **THE WITNESS:**  I can tell him.  I'll tell him.

22         **THE COURT:**  You can go down there and write it, but

23  use --

24         **THE WITNESS:**  A different color?

25         **THE COURT:**  Use something that is a better magic

BLOCH - DIRECT EXAMINATION / BABER

1  marker.  I have these.

2              (Whereupon, markers were tendered

3               to the witness.)

4            (Witness steps down.)

5            **THE COURT:**  If you think a new page is better to

6  start --

7            **THE WITNESS:**  Yes, I do.  Thank you very much.

8            **MR. BABER:**  Shall we move it up?

9            **THE COURT:**  Well, all right.  Maybe about five feet

10  closer.  But I want to see it at well.  Turn it so that the

11  jury can see it.

12            All right.  That's good.

13            **MR. BABER:**  May I stand over there, your Honor?

14            **THE COURT:**  You can stand over there.

15            All right.  Now, you remember your back is going to

16  block the jury so you need to move around every now and then,

17  but go slowly through what it is you're trying to explain.

18            **THE WITNESS:**  I will do that.

19  **A.**  So at the very top of the file it's going to say Package

20  java.math semicolon.  What that means is the classes, the

21  Public classes that are declared in this file are part of the

22  package java.math or the API java.math, if you will.  That's

23  the way the term has been used in the trial so far.

24            Then we have to declare the class.  The class, as we

25  said, was called Math.  It's a Public class.  So we say Public

 1 | Class Math.  And that's the name of the class.  And the name
 2 | after the fully qualified name of that class is then Java --
 3 | sorry.  This says java.math and that was a mistake.  It's
 4 | java.lang.  I apologize.
 5 | So the package is called java.lang.  The class is
 6 | called Math.  And then we have to declare the method.  So let's
 7 | do it.
 8 | We say Public static int.  That means -- Public means
 9 | this method is part of the Public API.  Static, don't worry
10 | about.  It's too technical to get into here, unless you really
11 | want to and then just ask me and I'll do it.  Int means returns
12 | an integer that is a whole number one, two or three; not
13 | one-and-a-half or two-and-a-half.  And then we have the name of
14 | the method.  We want to call it max.  And then you put an open
15 | paren to say now I'm going to tell you what arguments we have
16 | to pass in to the method.
17 | So we'll say int arg1.  And then the first thing I
18 | have to pass in is an integer.  And int arg2.  Close paren.
19 | That's it for the declaration.  That's the API.
20 | But then you have a bracket.  And down here a closed
21 | bracket.  Between them you have to put some actual Java code to
22 | tell the machine how to calculate that maximum.  That's not
23 | part of the API.  That is part of the implementation.
24 | Should I put an implementation that works?  It will
25 | just take me 10 seconds.

791

BLOCH - DIRECT EXAMINATION / BABER

1          **THE COURT:**  Go ahead.

2  **A.**    So I can say if arg1, the first argument, is greater than

3  arg2, the second argument, then return arg1 else return arg2.

4          And now think about what happens if I pass in, let's

5  say, one as arg1 and 13 as arg2.  I say if arg1, that's one, is

6  greater than 13 -- is it?  No.  So I go down here to the else.

7  Return arg2.  And what was arg2?  13.

8          So it has correctly calculated the maximum of its two

9  input arguments.  And that's a pretty simple computer program

10 right there, but it shows you a lot.  It shows you -- let's

11 see.

12          You gave me a blue one, too.

13          Let's see.  It shows you here we have Public Class --

14 oh, no.  Package java.lang Public Class Math, Public static int

15 max.  So here we have the fully qualified name of this method.

16 It's java.lang.math.max.  That's the name and the rest of the

17 API is that it returns an integer and it takes two integers as

18 arguments.

19          You'll notice that I haven't circled the names here

20 (indicating).  They are called the formal parameter names.

21 They are actually used just inside here, so we can actually do

22 the calculation.  And that's it.  That's an API and its

23 implementation.

24          So the stuff that I've sort of circled and underlined

25 in blue, that's the API.  And this stuff that I'm now putting

1   in the big square box, that's the implementation.

2          **THE COURT:**  When you say it returns, in your example,

3   arg2, is that given a name like X or Y or --

4          **THE WITNESS:**  That's are the names.  In algebra these

5   are the variable names, you know, like A squared plus B squared

6   equal C squared.

7          So I'm just basically making some variable names.

8   I'm saying there is a variable called arg1 of type int and arg2

9   of type int.

10          Why do I have to name the arguments?  There is really

11   only one reason I have to name them, which is so that I can

12   refer to them in the implementation.  The names are barely part

13   of the API.

14          **THE COURT:**  How do you know when you go back which

15   one of them it's returning?

16          **THE WITNESS:**  I'm sorry.  I don't understand the

17   question.

18          **THE COURT:**  In your example of one and 13.

19          **THE WITNESS:**  Yeah.  Well, notice that I have given

20   the two arguments names.  I call them arg1 and arg2.  And when

21   I call them that, an invocation of the method -- I'm going to

22   come back to this page in a second.

23          If I called them up there, I might say something like

24   int x equals math.max (1, 13).

25          That's called a method invocation and it makes the

```
 1   computer actually execute this code.  So what does the computer

 2   do?  First it assigns 1 to arg1 and 13 to arg2.

 3            THE COURT:  I see.  So go back to the other page.

 4            THE WITNESS:  Fine.

 5            THE COURT:  In the next step going forward "x" will

 6   then be the greater of those two numbers?

 7            THE WITNESS:  It will after the method has done its

 8   job.

 9            THE COURT:  I see.  All right.  You answered my

10   point.

11            THE WITNESS:  And this actually is a local

12   demonstration.  It shows you how APIs work.

13            We don't have to worry about the details, what's

14   going on underneath this function.  We have this little

15   language.  If I want to get the maximum of the two numbers, I

16   just asked for it through max.  It does the work and I don't

17   have to worry about how it does the work.

18            Should I return to the witness stand now?

19            THE COURT:  Yes.  Thank you.

20   BY MR. BABER:

21   Q.   Stay right there a moment, Dr. Bloch.

22            On your chart where you put the package name at the

23   top, the method declaration below it and the implementing code

24   in the blue box that you have in front of you, would a source

25   code file such as that typically also include anything else in
```

 1  the way of comments, prose?

 2  **A.**    Yes, it would.  It wouldn't fit on this sheet, especially

 3  not with my sloppy writing.  But immediately above the method

 4  you would have in a special kind of comment that looks like

 5  this.  Slash star star and then, you know, a lot of words, star

 6  slash.

 7           That comment is called a java.comment and it is the

 8  API documentation for that method.  It is automatically

 9  processed by a tool called JavaDoc and it makes the API

10  documentation that if you haven't seen yet in this trial, I'm

11  sure you will.

12           **THE COURT:**  May I interrupt?

13           Using a different color.

14           **THE WITNESS:**  I have red and blue.  Do you have one

15  more?

16           **THE COURT:**  Dawn, what happened to all of our magic

17  markers?

18           **THE CLERK:**  Yours are in chambers.

19           **THE COURT:**  A highlighter or magic marker.

20            (Whereupon, a marker was tendered

21             to the witness.)

22           **THE COURT:**  All I want you to do is identify which

23  one is the name, which one is the declaration and which one is

24  whatever else, et cetera.

25           **THE WITNESS:**  All right.  I'm sorry.  Things are a

 1  little bit spread out, but I'm going to circle in green the

 2  various components of the name, okay?  The name -- you know,

 3  just like your address.  Fully qualified name consists of

 4  various parts -- or name; first name, last name, middle name,

 5  right?

 6          So the first name of this method is max.  Middle name

 7  is the class that it's in, which is math.  And the last name,

 8  the clan name, family name is java.lang.  You put them all

 9  together and you get java.lang.math.max.  And that's the fully

10  qualified name of the method.

11          **THE COURT:**  Would you write "name" there in that

12  corner?

13          **THE WITNESS:**  How about this?  Three arrows going to

14  those three boxes.

15          **THE COURT:**  And write the word "name."  That's what I

16  want you to do.

17          (Witness complied.)

18          **THE WITNESS:**  And it says "name."

19          **THE COURT:**  All right.  Now where is the declaration?

20          **THE WITNESS:**  All right.  The declaration -- now to

21  be perfectly honest with you, the java.lang spec uses these

22  terms in a slightly strange way.

23          The language spec says this is all the declaration,

24  but this (indicating) they call the signature.  But most

25  computer people just call this the declaration.  So I'm going

 1  to use the common parlance --

 2          **THE COURT:**  You did use "signature" with Mr. Jacobs.

 3  I was going to ask you what that means.  So show us --

 4          **THE WITNESS:**  Signature and declaration are the same

 5  except, once again, strange terminology in the java.lang

 6  specification.  The signature does not include the return type

 7  technically, and I don't know why.  It's just the way it is.

 8          **THE COURT:**  You're confusing me now.

 9          **THE WITNESS:**  I'm sorry.  I apologize.  Let's forget

10  about that technicality.

11          The signature or declaration is this (indicating).

12  Public -- sorry.  I want to do the method declaration.  So I'm

13  going to circle just the method declaration.

14          Gosh.  Do we have any more colors?

15          **THE CLERK:**  Black.

16          **THE WITNESS:**  Black is good.  Thank you.

17          (Whereupon, a marker was tendered

18            to the witness.)

19  **A.**   All right.  So in black here what I'm going to do is

20  circle the method entire declaration.  So it says, Public

21  static int max int arg1 int arg2.  I kind of wish this had fit

22  on one line, but this tells you how to call the method.  It

23  tells you the short name that you use.  The first name, like,

24  Josh is max.  And it tell you what argument types to pass in

25  and what argument type you will get out.

1            **THE COURT:**  Write the word "declaration" somewhat in

2    a place that we can remember.

3            **THE WITNESS:**  I will put it in the box.  I'm sorry my

4    writing is so sloppy.

5            And then this is implementation.  So I should label

6    that as -- oh, orange.  That's great.

7            **THE COURT:**  They gave you a highlighter.  A

8    highlighter is not a magic marker.

9            (Laughter.)

10           **THE COURT:**  I can't read that.  I can't read that.

11   Thank you.  That's helpful.  Please continue on.

12           How much longer do you have?

13           **MR. BABER:**  I would say -- let me look quick, your

14   Honor.  Thirty minutes; 20, 30 minutes?

15           **THE COURT:**  Let's try to go to -- it's too soon for a

16   break, but within 10 minutes we need to reach arresting point.

17   And take our next break, but go ahead.  I don't want to do it

18   quite yet.

19   **BY MR. BABER:**

20   **Q.**   Dr. Bloch, during your last discussion of the method

21   declaration or method signatures, I just want to make sure two

22   terms are clear.

23           You referred to an argument.  What is an argument in

24   the context of an API?

25   **A.**   An argument is the same as a parameter.  So they are the

BLOCH - DIRECT EXAMINATION / BABER

```
 1  values that you pass in to the method.  In this case they are
 2  arg1 and arg2.
 3  Q.   Even a simpler basis, Dr. Bloch.  Is an argument what the
 4  programmer provides to the API?  It's the input to the API?
 5  A.   Yes, yes.
 6  Q.   Okay.  You also used the word return.  What is the return
 7  in the context of an API?
 8  A.   So it's the opposite.  It's what the API provides to the
 9  caller.
10  Q.   So an argument goes in and the return comes back?
11  A.   Yeah.  So by our contract analogy, the argument is the
12  money and the return is what you're getting for the money.  How
13  about that?
14  Q.   So, Dr. Bloch, we were just starting to talk about in your
15  days at Sun where, in addition to designing APIs, you also were
16  tasked with reimplementing or improving existing APIs; do you
17  recall that?
18  A.   I do.
19  Q.   Now, in that context when you are working with an existing
20  API that has already been created and made public, are there
21  any constraints on the creativity that you can exercise with
22  respect to reimplementing that API?
23  A.   Constraints on the creativity?  Yeah.  It's highly
24  constrained; that is, if you're reimplementing it, there is no
25  creativity involved any more.
```

1  Q.   Okay.  When you say there is no creativity involved, are

2  there any parts of the API itself, of the method declaration,

3  the package that it's in, any of those elements that you could

4  change when you are reimplementing an existing API?

5  A.   There is only one.

6  Q.   What's that?

7  A.   You can change the argument names.

8  Q.   So in your example from your chart of the max method, you

9  don't have to call variable one, in effect, arg1, you could

10  call it "A" or "X."

11  A.   You could.

12  Q.   You can call it whatever you want.

13  A.   But if you change the name in the API, you also have to

14  use the new name in the implementation.

15  Q.   But you can't change the package or the class?

16  A.   No.

17  Q.   You can't change the method name?

18  A.   No.

19  Q.   You can't change the return type, the output as being an

20  integer?

21  A.   No.  Except in esoteric situations.

22  Q.   And you also can't change the fact that there's two

23  arguments?  Two pieces of data have to go in, correct?

24  A.   Correct.

25  Q.   And that they both have to be integers?

1  **A.**   Correct.

2  **Q.**   If you are reimplementing an existing API, do you have

3  creativity with respect to the implementing code, what's down

4  here in your orange box?

5  **A.**   Yes, you have complete creativity.

6  **Q.**   Does the API limit you in any way as to how you can write

7  that code to perform the function that's required?

8  **A.**   No.   There are virtually no limits on it.

9  **Q.**   Does the API tell you how to write that code?

10  **A.**   No, it doesn't.  And even in something as simple as this,

11  math.max, there is more than one way to do it.

12          **THE COURT:**  May I ask a question on that?

13          Let's say you had exactly that scenario.  You had two

14  versions, I guess is the word, that had the implementations

15  written in a different approach.

16          **THE WITNESS:**  Uh-huh.

17          **THE COURT:**  When it got compiled, though, when those

18  two get compiled in the ones and zeros, are they still going to

19  wind up being identical or will they have different object

20  code?

21          **THE WITNESS:**  Typically they will have very, very

22  different object code.  If it is simple enough, if it's a tiny

23  little function, you might be able to have two different

24  implementations that end up emitting the same object code.  It

25  could happen.

1        And I could even give you an example of another way

2   to implement max that is likely to generate the same object

3   code.  But that's definitely the exception rather -- that's the

4   rare case.

5        **THE COURT:**  Okay.  Thank you.

6   **BY MR. BABER:**

7   **Q.**   Okay.  Now, Dr. Bloch, when you were at Sun prior to the

8   time you joined Google in 2004, did you have any experience

9   with respect to independent implementations of existing Java

10  APIs.

11       By "independent" I mean implementations that were

12  being done by someone other than Sun?

13  **A.**   Before I joined Sun --

14  **Q.**   I'm sorry.  Before you joined Google, while you were at

15  Sun.

16  **A.**   Oh, yes.  At Sun several times.

17  **Q.**   Okay.  And what third-party implementations of Java APIs

18  did you have involvement with?

19  **A.**   I helped a junior engineer by the name of Mike McCloskey.

20  He actually goes by the name of Mad Bot.  I helped him add

21  regular expressions to the Java programming language.

22       And for the regular expression APIs he wanted to use

23  the most common API at the time, which was perls regular

24  expression API.

25  **Q.**   Okay.  I don't want to interrupt you, but I think you may

1  have misunderstood my question, okay.  So let me back up and do

2  it in a different order.

3  **A.**    Okay.

4  **Q.**    First, while you were working at Sun, did you reimplement

5  some existing APIs for Sun internally at Sun?

6  **A.**    Yeah.  I did it a couple times.  That was one of them.  If

7  you want to cover them in chronological order, we can do that.

8  **Q.**    Well, just give the jury an example of one class that you

9  worked on while you were at Sun where the API was already

10  existing and you were simply reimplementing it or writing new

11  code for it?

12  **A.**    All right.  So there was something called big integer in a

13  package called java.math.  And that lets you work with really

14  big numbers that can have 100 digits.

15          I actually wrote that API in the Version 1.1. of the

16  Java Platform, but back then Java was really slow.  So instead

17  of having the implementation be in Java -- the implementation

18  needs to what are called native methods, called C Code, which

19  is another program language, the C programming language, which

20  at the time was much faster than Java.  So the implementation

21  was a veneer.  It was just Java that called C.

22  **Q.**    Is that just one example of any number of occasions in

23  which you reimplemented --

24  **A.**    Actually, I haven't told you about the reimplementation

25  yet.  That was the original implementation.

1          So by Java 1.3 the language -- the implementation of

2    our program had gotten so much faster that we could write the

3    whole thing in Java and have it run as fast or faster than it

4    ever ran before.

5          I helped Mike McCloskey reimplement the entire

6    Java.math.integer in the Java, the version that you're running

7    today.  If you run Java, that is the one Mike McCloskey wrote

8    and it's a complete reimplementation of our API.

9    **Q.**   On any of the occasions while you were at Sun when you

10   worked on reimplementing an existing API, did you ever change

11   any of the elements of the method declaration for an existing

12   method?

13   **A.**   No.  We couldn't.

14   **Q.**   Why couldn't you?

15   **A.**   Because it wouldn't work any more, because programs that

16   had been written to use that API would no longer work.  You

17   would compile them and there would be a mismatch.  You would

18   call a method name, the method name better be the same.  If you

19   change the name, the program won't work any more.  It would be

20   an incompatible change.

21   **Q.**   And in addition to working on reimplementations of APIs

22   internally at Sun, were there other occasions when you also

23   were involved in reimplementations of APIs that were occurring

24   outside of Sun?

25   **A.**   Right.  I misunderstood your previous question.  Right.

1              So this -- this is the case of regex, which is also

2      regular expressions.  This was also done by Michael McCloskey.

3              In this case when we were adding regular expressions

4      to Java, we had to choose an API to describe these regular

5      expressions, but it turns out that people were already using

6      another API to describe their regular expressions and it came

7      from a language called Perl, P-E-R-L.  And that scripting

8      language called Perl had become very popular.

9              So many, many people already had millions of regular

10     expressions written in this exact syntax, and we wanted to make

11     sure that our implementation was consistent with, was

12     compatible with this existing syntax.  So we reimplemented the

13     Perl regular expression API in Java and that is the Java

14     regular expression API which is java.util.regex.  That's the

15     name of the package.

16     **Q.**   Just so we're clear and the jury understands, Dr. Bloch,

17     java.util.regex, R-E-G-E-X, is an example of classes in the

18     Java API that Sun got from someone else and reimplemented and

19     put them in the Java package, is that right?

20     **A.**   Yes.  We got the API from somewhere else, but we did our

21     own independent implementation.  We did not copy the code.

22     **Q.**   And I believe you said that that API came from the Perl

23     scripting language?

24     **A.**   It did.  And, in fact, we were able to make use of 30,000

25     existing tests that checked to see if a Perl implementation was

1  obeying its specification.  We ran those same tests on the Java

2  implementation and it passed.  So we had great confidence that

3  our Java implementation was good.

4         THE COURT:  Is this a good breaking point or do you

5  want to ask a couple more questions?

6         MR. BABER:  I've got about three more questions, your

7  Honor, and then it would be a good break.

8         THE COURT:  Go ahead.

9  BY MR. BABER:

10 Q.   In addition to implementing existing Java APIs and then

11 implementing outside APIs and bringing them into the Java

12 libraries, were there also occasions when you were working at

13 Sun when you worked with someone else who was creating a set of

14 Java class libraries and implementing the existing APIs?

15 A.   Yeah.  So there was this project called Classpath.  It was

16 an Open Source project.  And they were doing an early Open

17 Source implementation of the JDK.

18        And occasionally, after I had written the first

19 version of the collections library that I referred to before,

20 these folks from the outside would send an email saying, "Hey

21 we're trying to reimplement your libraries, but we don't

22 understand your specs."

23        In this corner case (indicating), you know, let's

24 say, "I'm asked to find the maximum element of this list, but

25 the list has no elements in it.  What should I do?"  And I

 1  would say, "Oh, darn.  I forgot to specify that."  "It should

 2  throw no such elementec session."  "Thanks for helping me fix

 3  the spec."  And then I would put that fix, that change into the

 4  specification.

 5  **Q.**   Okay.  And do you recall, Dr. Bloch, did you speak with

 6  the folks from Classpath on more than one occasion as they were

 7  trying to reimplement the collections library?

 8  **A.**   I don't know if I spoke with them, but I certainly emailed

 9  back and forth, yes, several times.

10  **Q.**   The fact that you were doing that, was that known to your

11  supervisors at Sun?

12  **A.**   Yes.  David Bowen was my manager and he was aware.

13  **Q.**   At the time you did that, you were at Sun and Classpath

14  was working on an independent implementation of the libraries,

15  correct?

16          **MR. JACOBS:**  Objection.  Leading, your Honor.

17          **THE COURT:**  Wait.  Don't -- rephrase the question.

18  Sustained.

19  **BY MR. BABER:**

20  **Q.**   All right.  At the time you had these communications with

21  Classpath, did you believe that the Classpath project was of --

22          **THE COURT:**  Sustained.

23          **MR. BABER:**  I'm sorry.

24          **THE COURT:**  That's leading.  The way to solve leading

25  is always use "What, if any."  Just stick that into the same

 1  question, "What, if any," or "To what extent, if at all."

 2  Those two are the end-all or cure-all of all leading problems.

 3          MR. BABER:  Works for me, your Honor.

 4          (Laughter.)

 5  BY MR. BABER:

 6  Q.    Dr. Bloch, what, if any, beneficial effects did you think

 7  that the Classpath project had on the Java APIs?

 8  A.    It helped me ensure that the APIs were of sufficient

 9  quality that they would, first of all, remit independent

10  implementations and, second of all, allow programmers to use

11  them and to know exactly what they would do.

12          If an API specification is good enough that someone

13  else can write a compatible independent implementation, it's

14  also good enough that a programmer knows exactly what that API

15  is going to do.

16          MR. BABER:  This is a good breaking point, your

17  Honor.

18          THE COURT:  Thank you.  15 minutes.  Remember the

19  admonition.

20          THE CLERK:  All rise.

21          (Jury exits courtroom at 11:17 a.m.)

22          THE COURT:  Please be seated.

23          All right.  Any issues for the Court?

24          MR. JACOBS:  No, your Honor.

25          MR. BABER:  No, your Honor.

1          **THE COURT:**  We'll take 15 minutes ourselves.

2          (Whereupon there was a recess in the proceedings

3           from 11:18 a.m. until 11:30 a.m.)

4          **THE COURT:**  All right.  Please bring the jury back.

5          **MR. BABER:**  Ready, your Honor.

6          **THE COURT:**  The witness is here.  Let's bring back

7    the jury.

8          (Jury enters the courtroom at 11:31 a.m.)

9          **THE COURT:**  Okay, Welcome back.  Please be seated.

10          I need to ask the team over there to be seated and no

11    distractions, please.

12          Counsel, the floor is yours.

13          **MR. BABER:**  Thank you, your Honor.

14    **BY MR. BABER:**

15    **Q.**   Dr. Bloch, I would like to talk a little bit about your

16    time at Google.  You left Sun and joined Google in what year?

17    **A.**   2004.

18    **Q.**   And during your first several years at Google, just

19    generally, what did you do?

20    **A.**   I did Java infrastructure within Google.  So I took the

21    sort of pieces of Google's internal infrastructure.  And when I

22    arrived, they were accessible only from within the C++

23    programming language.  You had to sort of jump through hoops to

24    use them from Java programs.

25          My group made it easy to use these infrastructure

1  pieces from within Java.  We wrote APIs for them and then we

2  wrote implementations for those APIs.  Sometimes the

3  implementations just talked to the existing C++ implementations

4  and sometimes they were brand new from-the-ground-up

5  implementations.

6  **Q.**  And at some point in time you joined the Android team, is

7  that right?

8  **A.**  Yes.

9  **Q.**  And when was that again?

10  **A.**  I believe that it was at the end of 2008 or early in 2009.

11  It was between December 2008, January, 2009.

12  **Q.**  Dr. Bloch, what we have here is a timeline of agreed-upon

13  dates.  If you joined the Android team in late 2008, had

14  Android already been released?

15  **A.**  Yes.  Yes, it had.

16  **Q.**  The timeline shows November 2007 Google releases the

17  Android software development kit.  That had happened a year

18  earlier.  Is that your recollection as well?

19  **A.**  That is my recollection.

20  **Q.**  And the Android phone started coming out on the market in

21  late 2008, both the HTC Dream and -- I guess, the HTC dream

22  that year?

23  **A.**  Yes.

24  **Q.**  So when you joined the Android team in late 2008 or early

25  2009, what was the status of the Java language libraries that

BLOCH - DIRECT EXAMINATION / BABER

1  were part of the Android runtime?

2  **A.**    They worked.  They were largely complete, but they weren't

3  necessarily as fast as they could be and perhaps they had more

4  bugs than they should have.

5  **Q.**    And did you have any role prior to joining the Android

6  team in any decisions about what packages or methods or classes

7  to include in Android?

8  **A.**    None whatsoever.  I simply wasn't involved with the

9  Android team.

10  **Q.**    Now, how long did you remain on the Android team?

11  **A.**    Just about a year.

12  **Q.**    And what did you do as a member of the Android team during

13  that time?

14  **A.**    I wrote implementations for core Java libraries.  I fixed

15  bugs in existing ones and occasionally rewrote them entirely.

16  **Q.**    Your talking about the libraries that were in Android?

17  **A.**    Yes.

18  **Q.**    The Java libraries?

19  **A.**    Yes, the libraries that were in Android.

20  **Q.**    And during that year that you worked on the Android team

21  in connection with any work that you were doing on the Android

22  core libraries, did you consult any Sun source code or other

23  Sun materials?

24  **A.**    Not that I'm aware of.

25  **Q.**    And in your work with these APIs that were already in

1  Android where you were working on the code and trying to

2  improve it and fix the bugs, as to any of them, did you ever

3  make any changes to any of the method declarations or the other

4  elements of the APIs that you identified in the chart that you

5  drew this morning?

6  **A.**    None whatsoever.  I couldn't.  It wouldn't have been

7  possible.

8  **Q.**    Okay.  Now, Dr. Bloch, Mr. Jacobs asked you about a file

9  by the name of Timsort; do you recall that?

10 **A.**    I do.

11 **Q.**    And what is Timsort?  What does Timsort do?

12 **A.**    Timsort simply takes a list of things, usually numbers and

13 strings, and puts them in order; either alphabetical order or

14 numerical order.

15 **Q.**    Let me just cover quickly and I think we can put it aside

16 for a second, but is there also a second file named Comparable

17 Timsort?

18 **A.**    Yes.  The idea behind Comparable Timsort is it let's you

19 specify the order.  Suppose for some strange reason that you

20 want to sort strings not in alphabetical order, but by how long

21 they are with the shortest words, like "a" and "I" at the

22 beginning and the longer ones like

23 "Antidisestablishmentarianism" at the end.

24        And I apologize to the court reporter for doing

25 that.

1            (Laughter.)

2   **Q.**    And with respect to the ranceCheck function that

3   appears -- does the rangeCheck function appear in both Timsort

4   and Comparable Timsort?

5   **A.**    Yes, it does.

6   **Q.**    At least when you first wrote them?

7   **A.**    It did.

8   **Q.**    And with respect to the rangeCheck function, are there any

9   differences between Timsort and Comparable Timsort?

10  **A.**    No, not with respect to the rangeCheck function.

11  **Q.**    Now, about how many lines of code are in Timsort?

12  **A.**    About 900.

13  **Q.**    And prior to your creating the Timsort file, was there an

14  earlier file that did the same thing, basically the same

15  function that was already in the Java APIs?

16  **A.**    It didn't deserve its own file, but there was an

17  implementation of that API and it was in a file called a

18  arrays.java.

19  **Q.**    Okay.  And how did Timsort, the file you created, compare

20  to arrays.java in terms of performance?

21  **A.**    It was much, much faster, especially for arrays that were

22  somewhat ordered to start with.

23  **Q.**    And when you say "much faster," can you quantify that at

24  all?

25  **A.**    It depends on the inputs.  Seeing a speed up 20 times

BLOCH - DIRECT EXAMINATION / BABER                                   813

 1  faster was not uncommon.  I've seen things even more than that

 2  and, you know, twice as fast is a good sort of overall estimate

 3  if you average everything.

 4  **Q.**   Okay.  Now, within that Timsort file, among the 900 lines

 5  of code, is there a method named rangeCheck?

 6  **A.**   There is.  It's at the very end.

 7  **Q.**   What kind of method is rangeCheck?

 8  **A.**   It's a very short simple method.  In fact, it's very

 9  similar to that method that I drew on that chart up there.  If

10  the jury compares rangeCheck with that, they will see that they

11  are very similar.

12  **Q.**   Is rangeCheck a Private method or a Public method?

13  **A.**   It's a Private method.

14  **Q.**   And what does that mean, that rangeCheck is a Private

15  method?

16  **A.**   It means that it's not part of the API.  It has a

17  declaration, but that declaration is used only from inside the

18  Timsort class.

19          Outside of the Timsort class it simply doesn't exist.

20  You cannot access that rangeCheck function as a user of Java.

21  **Q.**   If a programmer is writing a program and they want to

22  check some things on a list, they can't type in -- like they

23  could type in "max" to get the higher of two numbers, they

24  can't type in "rangeCheck" and have some checking be performed?

25  **A.**   Nope.  They've got to write their own.

814

BLOCH - DIRECT EXAMINATION / BABER

1  **Q.**   Now, you mentioned that Timsort performed much faster than

2  the old arrays.java file.  Was any of the faster performance of

3  Timsort due to the rangeCheck method?

4  **A.**   No.

5  **Q.**   Okay.  And what, what exactly does the code in the

6  rangeCheck method do?

7  **A.**   So when you're sorting a list, you can either sort the

8  whole list or you can sort just a part of the list.  And if

9  you're sorting just a part of the list, you have to say sort

10 from here, a third position, to here, the eighth position.  And

11 before you even start sorting, it's imperative that you check

12 that three and eight are actually within the list and in the

13 right order.

14         If the list only contains 10 things and you ask to

15 sort the hundredth through thousandth element, you can't sort

16 it.  The best you can do is tell the programmer, sorry, you

17 goofed.  That's called throwing an exception.  So that's

18 exactly what rangeCheck does.  It looks at that first index,

19 the three.  The last one, the eight.  And first it says, "Hey,

20 is three less than zero?"  Because if it's negative, it's

21 invalid.  And what about eight?  Is eight greater than the size

22 of the list?  If it's greater than the size of the list, you're

23 trying to access an element that's outside of the list, so it's

24 invalid.  In either of those cases you throw an exception.

25         And finally you check if they are in the wrong order

1  because computers are very, very literal.  So if I ask to sort

2  the eighth through third instead of the third through eighth,

3  it's violating my half of the contract and the computer doesn't

4  know what to do, and the best it can do is to throw an error.

5          So what rangeCheck does, then, is it simply makes

6  these three checks, makes sure that the numbers, the indexes

7  are valid.  If they are valid, great.  It does nothing.  If

8  they are invalid, it throws an exception.  It tells the

9  programmer, "I can't sort your list."

10 Q.   Other than checking those three things, does rangeCheck do

11 anything else?

12 A.   Nothing.

13 Q.   And is rangeCheck a simple, complex?  How would you

14 describe the function, the rangeCheck function?

15 A.   Very, very simple.  Any competent high school programmer

16 could write it.

17 Q.   Now, are you familiar, Dr. Bloch, with any earlier files

18 that included a function named rangeCheck that performed these

19 same three checks?

20 A.   Yes.  I have an exhibit in front of me that shows me that

21 the arrays.java file contained a very similar function.

22 Q.   And do you know when the rangeCheck function in the

23 arrays.java file was created?

24 A.   I think I wrote it sometime around 1997.

25 Q.   So you wrote the rangeCheck function that appears in

1    arrays.java?

2    **A.**   I believe I did.

3    **Q.**   Okay.  Now, when did you begin working on Timsort?

4    **A.**   I believe that it was around July, 2007.

5    **Q.**   And did you start from scratch with Timsort or did

6    Timsort --

7    **A.**   No, no.  Timsort -- sorry for the interruption.

8            Timsort is what is known as a port.  There's a reason

9    it's called Timsort.  There actually is a Tim.  His name is Tim

10   Peters and he wrote this wonderful fast sorting routine for a

11   language called Python.  And I didn't know about it, but I'm

12   friends with Guido Van Rossum, who is the father of Python, the

13   same that James Gosling is the father of Java.

14           And Guido said to me one day, "We have great sort

15   called Timsort.  You should try it in Java."  I said, "Okay."

16   And I took it and I did what's called porting it to Java, where

17   you take code that's written in one programming language and

18   you kind of translate it so that it works in another

19   programming language.

20           It was just kind of an experiment for my own

21   purposes.  I think I may even have started doing this at home

22   on my computer.

23   **Q.**   Okay.  You mentioned just a minute ago, Dr. Bloch, that

24   you got -- you got some code from someone, is that right?

25   **A.**   Yes.  This code came from a language called Python.

BLOCH - DIRECT EXAMINATION / BABER

1  Q.    Where did -- from whom did you actually get the code that

2  was sent -- that you obtained?

3  A.    I downloaded from the Python repository.

4  Q.    And did you have any understanding as to whether or not

5  that code was Open Source, available for use?

6  A.    Yes.  Guido told me that it was -- it was Open Source and

7  it was licensed under a permissive Open Source language --

8  sorry.  Open Source license, which in Guido's words said -- it

9  meant you can do anything you want with it.  Just take it.

10 Translate it to Java.  If you like it, use it.

11 Q.    And this was in, I think you said, the middle of 2007?

12 A.    Yes.

13 Q.    And you were not a part of the Android team at that time,

14 right?

15 A.    Oh, no, because it was over a year.

16 Q.    You were still working on the infrastructure projects at

17 Google?

18 A.    Yes, I was.

19 Q.    And so when you started working on Timsort in the middle

20 of 2007, what did you plan to do with it if it worked and you

21 liked it?

22 A.    Oh, if it was fast, I wanted to put it back into the Open

23 JDK so that everybody could use it.  Without changing their

24 programs at all, they would just run faster.

25 Q.    And when you say "put it back," what do you mean exactly

BLOCH - DIRECT EXAMINATION / BABER

1  because there was no Timsort in Open JDK.

2  **A.**   No, no, no.  "Put back" is a term of art.  What I mean is

3  I wanted to contribute it to the Open JDK.

4  **Q.**   And what is the Open JDK?

5  **A.**   Open JDK is Sun's, now Oracle's, open implementation of

6  the Java SE platform.

7  **Q.**   And does anyone control Open JDK in the sense of they have

8  to approve things that get contributed to it in order to

9  include them?

10  **A.**   Yes.

11  **Q.**   And who controlled Open JDK in 2007, 2008?

12  **A.**   I think it's fair to say that Sun controlled it.

13  **Q.**   Okay.  And now prior to the time you started working on

14  the Timsort file in 2007, had you contributed anything to Open

15  JDK before that?

16  **A.**   Oh, yes.

17  **Q.**   And as a general matter, how would you contribute things

18  to Open JDK?  I mean, physically how did that work?

19  **A.**   It actually differed over time.  Small contributions I

20  usually gave to my friend Professor Doug Lee at the State

21  University of New York at Oswego.  He has his own source

22  repository and I would put stuff into Doug's.

23  **Q.**   Let me stop right there.  Can you explain to the jury,

24  please, what is a source repository?

25  **A.**   Sorry.  When you have a big project like a Java

1    implementation, you have all of this programming, all of the

2    source code that implements Java, all the code that makes Java.

3    You store that code somewhere, and that's called a repository.

4          And Doug Lee, who is this professor, has a repository

5    because he runs what's called JSR 166x.  He has this sort of

6    ongoing 10 year-long JSR where we just do contributions to

7    things like Java.util.concurrent.  That's its sort of formal

8    purpose, but we slip things into Java.util as well.

9          For instance, in the previous release, which is

10   called Java 6, I contributed a bunch of new collection

11   implementations to Open JDK.  They had names like ArrayDec.

12   And I don't know.  I don't remember the other ones.  So that

13   was one way of contributing.

14         And larger things, like Timsort, were contributed

15   somewhat more formally through the actual Open JDK process.

16   Q.   You actually submitted to Sun?

17   A.   Yes.  I submitted it directly to Sun.

18   Q.   Okay.  And, Dr. Bloch, if you were an employee of Google

19   at the time, why would you contribute to Sun's Open JDK

20   software?

21   A.   Java is a large part of my life, a large part of my

22   career.  You know, I kind of made my reputation in Java and I

23   feel like Java gave me a lot and I owe Java a lot back.  So I

24   contribute to the Java ecosystem whenever I can, and I have

25   been doing that for years.

1   Q.   Now, Dr. Bloch, when you were working on the Timsort file,

2   were there any technical reasons why it made sense to use the

3   same rangeCheck function in Timsort as the one that already

4   existed in arrays.java?

5   A.   Yeah.

6   Q.   What were the reasons?

7   A.   Timsort got directly into arrays.java and then you could

8   simply throw away the extra rangeCheck.  I wanted Timsort to

9   simply call the existing rangeCheck function that was in

10  arrays.java.  And that's good software engineering for a couple

11  of reasons.

12  Q.   Now, at the time that you were working on the Timsort

13  file, were you working with it as part of all the rest of

14  arrays.java or were you just working on the Timsort part?

15  A.   No.  I was working on it alone.  Actually, working on the

16  core libraries is a complicated process, but this is pretty

17  much a free-standing sort, so I could just work on it on my

18  laptop.  You know, it was not in any package at all.

19  Q.   And at the time you began working on Timsort, did you have

20  an expectation as to what would happen ultimately with the

21  rangeCheck method that was one of the Public methods in the

22  Timsort file?

23  A.   Public methods?

24  Q.   I'm sorry.  Private methods.

25  A.   Private methods.  All right.  So, yeah.  No, I expected it

1  would simply go away.  I didn't realize quite how large Timsort

2  was going to get, so I thought it would just get dumped into

3  arrays.java.  I thought the two files would be merged and

4  Timsort would be a Private class within the Timsort class and

5  actually have little classes that never even escape from the

6  file.  So that was the plan.

7          But eventually it became clear that Timsort was just

8  too big to put into arrays, which was already an extremely

9  lengthy file.

10 Q.  And I believe you told us you joined the Android team

11 either at the end of 2008 or the start of 2009.

12 A.  That's correct.

13 Q.  Now, had you finished the Timsort file when you joined the

14 Android team?

15 A.  Not really.  I had gotten to the point where it ran really

16 fast.  It was great.  And I knew that I was going to be

17 contributing it back.  But, you know, I hadn't finished it.

18 Q.  Okay.  Now, at the time you joined the Android team, was

19 the rangeCheck function already in the Timsort file?

20 A.  Oh, yes.

21 Q.  Okay.  Do you recall specifically when you added the --

22 what point in the process you added the rangeCheck function to

23 the Timsort file?

24 A.  I would assume as soon as I started writing it, you know,

25 basically when I was going to write Timsort because I knew that

1   it was headed for inclusion in arrays.java.  You know, it was

2   part of the scaffolding, so I think it was probably the first

3   thing I put in there.

4   Q.   Approximately when did you finish Timsort?

5   A.   Gosh.  Probably in early 2009, I don't remember the month.

6   Q.   And when you finished with Timsort, what did you do with

7   it?

8   A.   I contributed it back to the broader Java ecosystem, to

9   the Open JDK and to Android.

10  Q.   And was Timsort accepted for inclusion in the Open JDK?

11  A.   Yes, it was.

12  Q.   And was it, in fact, ultimately added to the Open JDK?

13  A.   Yeah.  If you download Java 7 today, you'll get it.

14  Q.   What is Java 7?

15  A.   Java 7 is the most recent release of the Java SE Platform.

16  Q.   And was Java 7 announced in or around late 2009?

17  A.   You know, it was preannounced long before that, but, yes.

18  Q.   Do you recall any discussion of Timsort being added to

19  Java 7 that was in around November of 2009?

20  A.   It was like the milestone 5 build that it got into.

21  Q.   So the milestone 5, build of Java 5 included Timsort?

22  A.   It did.

23  Q.   Okay.  And at the time the milestone 5 build was

24  announced, did anyone from Sun or Oracle make any statements

25  specifically about Timsort?

823

1  **A.**   Yes, they did.

2  **Q.**   Who specifically made a statement about Timsort?

3  **A.**   I believe that Mark Reinhold praised it for its speed.

4  **Q.**   Is that Mark Reinhold, the chief Java architect at Sun,

5  now Oracle?

6  **A.**   That's him.

7  **Q.**   Do you recall exactly what Dr. Reinhold said about

8  Timsort?

9  **A.**   I don't recall his exact words, but I could look them up.

10  They are on his blog.

11  **Q.**   Now, is Timsort the only thing you contributed to Java 7?

12  **A.**   No, not by a long shot.

13  **Q.**   Okay.  Can you identify something else you contributed to

14  Java 7?

15  **A.**   Yeah.  My biggest contribution to Java 7 was something

16  called arm blocks, or Automatic Resource Management Blocks.

17  And that's actually a language feature that I contributed.

18        And, also, I contributed the APIs that are required

19  to support that language feature.

20  **Q.**   All right.  And in very simple terms, Dr. Bloch, what does

21  ARM Block do?  Just general purpose?

22  **A.**   All right.  So when you open a file, you have to remember

23  to close it.  If you forget to close it, then that's very bad.

24  Your program does -- it leaks resources and it can end up just

25  keeling over.  It can kill a server.

BLOCH - DIRECT EXAMINATION / BABER

```
 1              This automatically closes the files for you in the

 2    simplest of terms.  That's what it does.

 3    Q.    Now, you mentioned a minute ago that ARM Block is not just

 4    new APIs and libraries, but it's also a new language feature,

 5    is that right?

 6    A.    Yes, it is.

 7    Q.    Why do you call it a language feature?

 8    A.    Because it actually adds to the syntax of the language.

 9    It's part of the exception handling facilities in Java.

10    Q.    Did the inclusion of the ARM Block technology that you

11    created in Java cause any changes to the grammar of the Java

12    programming language?

13    A.    Yes.

14    Q.    You contributed to Open JDK, both the language feature and

15    the new APIs; is that right?

16    A.    I did.

17    Q.    Now, is it common or uncommon, Dr. Bloch, for the language

18    in APIs to change sort of in tandem?

19    A.    It is very common.  They often change in lockstep for a

20    few reasons.

21              First of all, because if you add a new language

22    feature and that language feature depends on an API -- for

23    example, these ARM Blocks depend on a new interface called

24    Closable -- you have to add that interface to the API at the

25    same time as you add the new language feature.
```

```
 1              Also, just because of the release process, they tend
 2    to batch them out.  They come at the same time.
 3    Q.   And over time since the First Edition of the Java Language
 4    Specification was released back in 1990's, approximately how
 5    many occasions have there been changes to the language?
 6    A.   If you don't count the initial release, I think there
 7    would be six, if I don't miss my guess.  I could count.
 8    Q.   Dr. Bloch, do you know whether or not the rangeCheck
 9    method, the nine lines of code that were in Timsort, are still
10    in the current release of Android that's publicly available on
11    the Android website?
12    A.   I know that they aren't.  That release is called Ice Cream
13    Sandwich.  No -- yeah, something like that.
14    Q.   How do you know?
15    A.   Because I checked.
16    Q.   And do you know how long it has been gone from the public
17    available release of Android?
18    A.   Over a year, but I don't remember the exact date of the
19    change.
20    Q.   Dr. Bloch, just very quickly.  We've talked about the
21    contribution of Timsort to Java 7.  We talked about the
22    contribution of the ARM Block, language features and APIs to
23    Java 7.
24              Have you made other contributions to Java since you
25    have been at Google?
```

1  **A.**    Tons.  Even to Java 7.  I contributed another sort, which

2  was called Dual Pivot Quick Sort.  It was also really fast, but

3  I won't talk about it.

4          Anyway, yeah, as I say, I really feel a personal

5  responsibility to give back to the Java ecosystem.  It made my

6  career, and I have been acting on that ever since I joined

7  Google.  One of the things first things I did at Google was

8  wrote documentation for the Java features that I added to the

9  Java 5 version, which is described in this book (indicating).

10          So some of the prose that made it in here is prose

11  that I wrote while I was a Google employee.

12  **Q.**    Any way to quantify, Dr. Bloch, the number of

13  contributions you've made to Open JDK or to the Java Platform

14  since you have been at Google even?

15  **A.**    There is, but I don't know that number.  I haven't looked

16  at the number of lines of code or whatever.

17  **Q.**    In addition to your contributions, have other employees of

18  Google also contributed to Java?

19  **A.**    Yes.  Google was among the greatest contributors to the

20  Open JDK.

21          **MR. BABER:**  Your Honor, I pass the witness.

22          **THE COURT:**  Thank you.

23          Redirect.

24          **MR. JACOBS:**  Can we have 794 up?

25          (Document displayed)

## REDIRECT EXAMINATION

**BY MR. JACOBS:**

Q.   Now, Mr. Block, you gave a lot of technical testimony.  I just want to boil it down to its essence.

You're not denying that you accessed Sun copyrighted code for arrays.java when you wrote Timsort.java, correct?

A.   I'm not denying it, but I also can't affirm it positively. I simply don't remember doing it.

Q.   But you said you're perfectly willing to believe that you did --

A.   Given the circumstances under which I wrote the code, yes. I'm perfectly willing to believe it.

Q.   And your contribution of the same code to JDK, you don't contend that that justifies your copying of arrays.java code into Timsort.java and Android, correct?

A.   No, I do not.  If I did that, it was a mistake and I'm sorry I did it.

Q.   Now, you talked about your commitment to Java and moving it forward.  You actually sit as a member of the Java Community Process Executive Committee; do you not, sir?

A.   Yes.  I do to this day.

Q.   And SE 7 of Java, the most recently approved release, that was a very important milestone in the development of Java, wasn't it?

A.   It was pretty important.

1  Q.   It was pretty important because it had been delayed a bit,

2  right?

3  A.   Yeah.

4  Q.   And isn't it true, sir, that you actually cast the only

5  "no" vote among the commercial members of the JCP against the

6  release of SE 7?

7  A.   That question doesn't have a "yes" or "no" answer.  That

8  was a very, very complicated vote.

9        There were three other members who would have cast

10 "no" votes and they resigned in protest rather than casting

11 those "no" votes.  That left 15 members --

12 Q.   I'm sorry, Dr. Bloch.  I'm kind of on the clock here, so I

13 need to ask you if you can -- if you can't answer "yes" or

14 "no," just say that and I'll do something else.

15       Did you, sir, cast the only "no" vote against the JCP

16 Executive Committee's approval of SE 7?

17 A.   I can't answer that with a "yes" or "no."

18 Q.   Isn't it true, sir, that one of the reasons that there was

19 a disagreement on the Executive Committee about SE 7 was about

20 Apache Harmony licensing?

21 A.   Yes.  That is true.

22 Q.   And that is true, sir?  You were aware that Apache Harmony

23 had not gotten a specification and TCK license from Sun, now

24 Oracle, and that was a dispute that caused some abstentions and

25 resignations, correct, sir?

1   **A.**   I don't know what a specification license is.  I would

2   have said it was a TCK license.

3   **Q.**   You would have said?

4   **A.**   It was a TCK license.  That was -- that is my

5   recollection.

6   **Q.**   That Apache Harmony did not have a TCK license, correct?

7   **A.**   Yes.  But you mentioned a specification and TCK license --

8   **Q.**   I'm with you, sir.  I'll go with your vocabulary.

9        Apache Harmony did not have a TCK license, correct?

10  **A.**   That is correct.

11  **Q.**   And that meant that there was a dispute between Apache

12  Harmony and Sun, now Oracle, during the life of that

13  disagreement about whether Apache Harmony was licensed or not,

14  correct?

15  **A.**   Whether Apache Harmony had a TCK license.

16  **Q.**   And whether it could be distributed on commercial mobile

17  platforms; correct, sir?

18  **A.**   That I don't know.  I can't attest to that.

19  **Q.**   Now, you talked about in my examination on your direct

20  about the creativity in API design; do you recall that?

21  **A.**   I sure do.

22  **Q.**   And it's a craft, correct?

23        Now, in this chart here you boxed in the API in

24  black.  And if I understood your testimony, for this particular

25  method the API was the declaration:  Public static int max int

BLOCH - REDIRECT EXAMINATION / JACOBS

1  arg1 int arg2; correct?

2  **A.**    And, in fact, the rest of the stuff that's pointed to by

3  arrows.  The names are also, I would argue, is part of the API.

4  **Q.**    So java.lang.math at the bottom?

5  **A.**    Yes.

6  **Q.**    Looking at this on a stand-alone basis, do you see

7  creativity and artistry there, sir?

8  **A.**    Not in this one, it's too simple.

9  **Q.**    You said it was a lovely example; did you not, sir?

10 **A.**    I did, but I forget the context -- oh now I remember the

11 context.

12          I did.  And the reason I said it was lovely was

13 because even though it's trivial, even though there is no

14 creativity in it whatsoever, it displays all of these points on

15 one flip chart.

16 **Q.**    It's not representative then of APIs in terms of its

17 create active; is that correct, sir?

18 **A.**    Some APIs require only this much creativity and some

19 require more.

20 **Q.**    In the collections framework, for example, that's in the

21 37 packages that are in dispute in this matter, the collections

22 framework that changed that fellow's life, that required a

23 great degree of creativity; did it not, sir?

24 **A.**    It did.  But seeing that it's in the 37 packages -- is,

25 you know, it's in one, maybe two of those packages.

1   **Q.**   It's in the packages that are in dispute; correct, sir?

2   **A.**   No.  It's spread among packages that are and aren't in

3   dispute.

4   **Q.**   The creativity and artistry --

5   **A.**   For the record, can I say --

6   **Q.**   Let me move on.  Again, I have to watch my clock.

7           The creativity and artistry is not in any single

8   method declaration; is it, sir?

9   **A.**   It can be.  You know --

10  **Q.**   There could be creativity and artistry even in a single

11  method declaration?

12  **A.**   It can happen.

13  **Q.**   Is it really the creativity and artistry in designing an

14  API and packaging these together and organizing them in the way

15  that overall they make sense?

16  **A.**   I couldn't say that, no.

17  **Q.**   Well, where is the creativity and artistry, then, sir,

18  that you spoke about so eloquently in your presentation?

19  **A.**   It's in obeying simultaneously all of these rules of the

20  craft that I've described here so as to produce an API, a

21  language that is easy for the programmer to use.

22          In the full version of that talk, by the way -- in

23  fact, if you -- if that dec goes to the end of that talk, there

24  are some API refactoring examples where I have a very, very

25  simple API, which is exactly in this book as well -- not in

 1   this book, but it's an exhibit.  It's called the thread local

 2   API.  And to look at it you would think it's that simple.

 3   Simple ain't easy.  To get this simple API, I had to think long

 4   and hard.

 5            **MR. JACOBS:**  Thank you very much, Mr. Bloch.

 6            **MR. BABER:**  Just A very few, your Honor.

 7                      <u>**RECROSS EXAMINATION**</u>

 8   **BY MR. BABER:**

 9   **Q.**   Dr. Bloch, Mr. Jacobs, unfortunately, did not have time to

10   allow you to explain the vote on Java 7 that you cast as a

11   member of the Executive Committee.

12            Could you please explain why you voted "no" as part

13   of the Java Community Process?

14   **A.**   Well, it's a long story and I'll try to tell it as quickly

15   as I can.

16            So basically there had been a dispute between Apache

17   and the JCP -- actually, Apache and Sun for years.  Sun had

18   promised Apache a license, a TCK license, which I'm not even

19   going to explain what that is.  And Apache -- Sun had refused

20   to deliver on this.  And numerous times there had been votes in

21   the JCP saying, "This is not good," the JCP would have a

22   resolution saying this violates the rules of the JCP.  In fact,

23   Oracle, proposed one such motion, I think, back in 2007 just

24   saying that Sun must grant a TCK license to Apache, but Sun

25   never did that.

```
 1              And on the eve of this vote, three members of the JCP

 2    actually quit because they didn't feel that they could vote

 3    "yes" on this thing if it meant violating the terms of the JCP.

 4    Q.   And were those three members representatives of companies

 5    or were they individual members?

 6    A.   One was a representative of an organization, the Apache

 7    Software Foundation.  And then there were two individuals,

 8    Professor Doug Lee, about whom I spoke before.  I would say

 9    he's probably the one man who's contributed the most to the

10    platform maybe.  And the other one was Tim Pyrels (phonetic

11    spelling).

12    Q.   Okay.  Now, during all of the discussions that you

13    participated in as a member of the Executive Committee of the

14    Java Community Process about Apache Harmony, did you ever hear

15    anyone from Sun or Oracle ever say that they thought that

16    Apache Harmony had infringed any copyrights of Sun?

17    A.   I never heard that.

18    Q.   All right.

19              MR. BABER:  Your Honor, I would like to go ahead and

20    mark as an exhibit the chart that Dr. Bloch made while he was

21    on the stand as a demonstrative exhibit.  It would be

22    Exhibit 3452.

23              THE COURT:  All right, 3452.  But it's not in

24    evidence.  It's just marked for the record.

25
```

```
 1              (Trial Exhibit 3452 marked

 2               for identification)

 3          THE COURT:  Again, the demonstrative will not be in

 4   the jury room.  You might see this again at some point, maybe

 5   at closing argument, but if you wanted to take any notes off of

 6   that, I suppose the time has passed for you to do that.

 7          MR. BABER:  May I approach?  Just one more thing.

 8          THE COURT:  Go ahead.

 9   BY MR. BABER:

10   Q.   Dr. Bloch, I'm going to hand you Trial Exhibit 4027.  Just

11   for completeness you testified earlier and answered some

12   questions about the Java Language Specification First Edition;

13   do you recall that?

14   A.   Yes, I do.

15   Q.   Do you recognize the exhibit I've just put in front of

16   you?

17   A.   Yes.  The colors are a little off, but, yes, I recognize

18   it.

19   Q.   What is that exhibit?

20   A.   That is the first edition of the Java Language

21   Specification.

22          MR. BABER:  Your Honor, we move admission of the

23   exhibit.

24          THE COURT:  Number?

25          MR. BABER:  4027.
```

 1              **THE COURT:**  Any objection?

 2              **MR. JACOBS:**  No, your Honor.

 3              **THE COURT:**  Thank you.  Received.

 4              (Trial Exhibit 4027 received

 5               in evidence)

 6  **BY MR. BABER:**

 7  **Q.**   Dr. Bloch, I believe you testified earlier that your

 8  recollection was that the First Edition of the Language

 9  Specification included the four core API packages of java.lang,

10  Java.util, Java.io and Java.net.

11              I would like you just to look at the index of the

12  that document and see if that is correct?

13  **A.**   I already saw the packages, but let me make sure I

14  remembered all of them.  If you know which chapter number, tell

15  me.

16  **Q.**  Chapter 20, 21 and 22 might be helpful.

17  **A.**   Excellent.

18              All right.  So, yes it includes java.lang, java.util

19  and java.io in their entirety.  I do not see java.net, so I'm

20  going to say java.net is probably not in here.

21  **Q.**  Just quickly, approximately how many pages in the Java

22  Language Specification are the three chapters dealing with the

23  API packages, java.lang, java.util and Java.io?

24  **A.**   They go from about 450 to about 750.  By my subtraction

25  that's 300 pages.

```
 1              MR. BABER:  Nothing further, your Honor.
 2                   FURTHER REDIRECT EXAMINATION
 3   BY MR. JACOBS:
 4   Q.   Mr. Bloch, you referred to the resignation of Apache
 5   Software from the JCP; do you recall that?
 6   A.   I do.
 7   Q.   Isn't it true that when the Apache Software Foundation
 8   resigned from the Java Community Process, they said that:
 9              "Java specifications are proprietary
10              technology that must be licensed directly
11              from the spec lead under whatever terms the
12              spec lead chooses."
13   A.   I don't recall that, but I will take your word for it.
14              MR. JACOBS:  Thank you very much, Mr. Bloch.
15              THE COURT:  May the witness step down and not be
16   subject to recall?
17              MR. BABER:  He is our witness, your Honor.  We may
18   call him back.
19              THE COURT:  All right.  How about the plaintiff?  Are
20   you finished with the witness?
21              MR. JACOBS:  I believe we are, your Honor.
22              THE COURT:  All right.  So, Mr. Bloch, you're free to
23   go.  You may be called back by the defendants, but not by the
24   plaintiffs.
25              Have a good day.  Thank you.
```

```
 1              THE WITNESS:  Thank you.

 2              (Witness excused.)

 3              THE COURT:  We will now go to the next witness on the

 4   plaintiff's side.

 5              MR. BOIES:  May I have just a moment, your Honor.

 6              THE COURT:  Of course.

 7              (Discussion held off the record

 8               amongst counsel.)

 9              MR. BOIES:  Your Honor, we would next call

10   Mr. Lindholm.

11              THE COURT:  Very well.

12              All right, welcome.  Please raise your right hand.

13   Stand and raise your right hand.

14                      TIMOTHY LINDHOLM,

15   called as a witness for the Plaintiff herein, having been first

16   duly sworn, was examined and testified as follows:

17              THE WITNESS:  Yes, I do.

18              THE CLERK:  Thank you.  Please be seated.

19              THE COURT:  All right.  The mic will move all around.

20   You need to be about this close to be heard.

21              THE WITNESS:  Sort of like this?

22              THE COURT:  Can you all hear okay?

23              THE WITNESS:  Close enough?

24              THE COURT:  A little closer.

25              THE WITNESS:  I'll try about here.
```

```
 1              THE COURT:  Mr. Boies, the floor is yours.

 2              MR. BOIES:  Thank you.  Thank you, your Honor.

 3                        DIRECT EXAMINATION

 4   BY MR. BOIES:

 5   Q.  Good afternoon, Mr. Lindholm.

 6   A.  Good afternoon.

 7              MR. BOIES:  Your Honor, in an effort to move things

 8   along, counsel for Google has properly agreed we can move in

 9   without objection the following exhibits.

10              THE COURT:  Go ahead.

11              MR. BOIES:  Exhibit 3, 9, 10, 11, 12, 17, 125, 212,

12   213, 222, 317, 318, 321, 325, and 330.

13              THE COURT:  Agreed?

14              MS. ANDERSON:  Agreed, your Honor.

15              THE COURT:  All right.  All of those are in evidence.

16   Thank you.

17              (Trial Exhibits 3, 9, 10, 11, 12, 17, 125, 212, 213,

18              222, 317, 318, 321, 325, and 330 received in

19              evidence)

20              THE COURT:  And for the record, the witness's name

21   is?

22              THE WITNESS:  Timothy Gerald Lindholm.

23              THE COURT:  Very well.  Welcome again.  Go ahead,

24   counsel.

25
```

1                        <u>**DIRECT EXAMINATION**</u>

2   **BY MR. BOIES:**

3   **Q.**   Mr. Lindholm, you worked at Sun from 1994 to 2005,

4   correct?

5   **A.**   That is correct.

6   **Q.**   And among your titles there was Distinguished Engineer,

7   correct?

8   **A.**   That was the last title I held.

9   **Q.**   And you worked on the original Java team which was

10  involved in the original creation of the Java Platform;

11  correct, sir?

12  **A.**   That's approximately correct.  There was work done on the

13  Oak language prior to.

14  **Q.**   And, in fact, you have written a couple of books or

15  coauthored a couple of books, correct?

16  **A.**   Two editions of the same book essentially.

17           **MR. BOIES:**  May I approach the witness, your Honor?

18           **THE COURT:**  You may.

19              (Whereupon, books were tendered

20               to the witness.)

21  **BY MR. BOIES:**

22  **Q.**   I'm showing you Exhibits 25 and 987, and I would ask you

23  if those are the two books?

24  **A.**   These do appear to be the two books.

25  **Q.**   And could you tell the jury what the title of those two

1  books are?

2  **A.**   Well, the first one is called the Java Virtual Machine

3  Specification, and the second one is the Java Virtual Machine

4  Specification Second Edition.

5  **Q.**   And both of those books you are a coauthor of, correct?

6  **A.**   That is correct.

7  **Q.**   And both of those books Sun holds the copyright for,

8  correct?

9        **MS. ANDERSON:**  Objection.  Calls for a legal

10  conclusion, your Honor.

11  **A.**   I'm -- I don't recall actually.  I would have to look.

12        **THE COURT:**  Well, the -- yes, it does call for a

13  legal conclusion, but in this -- for this particular question,

14  it's simple enough that I'm going to let the witness answer the

15  question.

16        You can look in the book and tell us whether or not

17  there is a copyright there?

18        **THE WITNESS:**  There is a copyright notice in the

19  first one.  And it does say "Copyright Sun Microsystems."

20        And the same is true for the second edition.  The

21  years have changed, but...

22  **BY MR. BOIES:**

23  **Q.**   Thank you.

24        **MR. BOIES:**  Your Honor, I would offer Exhibits 25 and

25  987.

1              **MS. ANDERSON:**  No objection, your Honor.

2              **THE COURT:**  25 and 987 received.

3              (Trial Exhibits 25 and 987 received

4               in evidence)

5    BY MR. BOIES:

6    Q.   Now, while you were at Sun you met with Mr. Rubin; did you

7    not, sir?

8    A.   There was at least one -- yes.  Yes.  There was at least

9    one occasion that I met with him.

10   Q.   And Mr. Rubin is now at Google, correct?

11   A.   That is correct.

12   Q.   But when you were at Sun and you met with Mr. Rubin,

13   Mr. Rubin was not yet at Google, correct?

14   A.   Yes, that's correct.

15   Q.   He was at a company that was then called Android, correct?

16   A.   That is correct.

17   Q.   And that is the company that Google later acquired,

18   correct?

19   A.   As I understand it, yes.

20   Q.   And when you were meeting with Mr. Rubin when he was at

21   Android, one of the things that you discussed was a possible

22   agreement between Android and Sun to permit Android to use some

23   of Sun's intellectual property, correct?

24   A.   I think that's approximately correct.  I don't have

25   detailed recollections of that meeting.

1  Q.   Now, shortly after you met with Mr. Rubin when you were at

2  Sun and he was at Android, Android was acquired by Google,

3  correct?

4  A.   I don't -- I wouldn't -- I would think that I would say

5  no.  I don't think it was shortly after.  I had already -- I

6  had left Sun.  It was some period of time.

7  Q.   Well, you -- you left Sun shortly after the time you met

8  with Mr. Rubin, correct?

9  A.   Umm, I don't remember how long it was.  It was not a short

10  while.  I think it was a matter of months.  Probably quite a

11  few months.

12  Q.   They were both in 2005; is that fair?

13  A.   I really don't remember when that meeting was.

14  Q.   Okay.  Do you remember when you left Sun?

15  A.   Yes.

16  Q.   When was that?

17  A.   Oh, that was -- I remember when I joined Google, which was

18  July of 2005.  I don't remember exactly when I left Sun, but I

19  think it was just a few weeks prior.

20  Q.   And when you joined Google, one of the things that you

21  worked on was Android; correct, sir?

22  A.   Generally speaking, no.  I've been -- I have had very

23  little involvement in Android.

24  Q.   Well, all right, sir.  Let me ask you to look at Trial

25  Exhibit 9.

1          **MR. BOIES:**  May I approach, your Honor?

2          **THE COURT:**  You may.

3              (Whereupon, document was tendered

4               to the witness.)

5          **THE COURT:**  It's in evidence.  It may be shown to the

6  jury.

7              (Document displayed)

8  **BY MR. BOIES:**

9  **Q.**   And this is a document from you to Mr. Rubin, correct?

10  **A.**   Yes.  I think so.

11  **Q.**   And this is October 13th, 2005, correct?

12  **A.**   That's the date that I see here.

13  **Q.**   And this is after you are now both at Google, correct?

14  **A.**   That is correct.

15  **Q.**   And so by this time Google has acquired Android, correct?

16  **A.**   Yes.

17  **Q.**   And if you look at the second paragraph where it says:

18  "Alan."  Alan is somebody at Sun, correct?

19  **A.**   I -- I have to think so.

20  **Q.**   And it says:

21              "Alan presumably wants this both for tactical

22              reasons (preserve TCK and implementation

23              revenue, defend franchise against

24              fragmentation which is his main threat for

25              long-term erosion)."

```
 1              Do you see that?

 2   A.    I see that here.

 3   Q.    And you knew in October of 2005 that one of the things

 4   that Sun was concerned about was possible fragmentation with

 5   respect to Java, correct?

 6   A.    I knew that generally speaking Sun was concerned about

 7   that.

 8   Q.    And you also knew that Sun wanted to preserve their TCK

 9   revenue; correct, sir?

10   A.    Well, I speculated that here.

11   Q.    In fact, you didn't say you were speculating it.  You

12   actually said it here; correct, sir?

13   A.    Well, I think that -- I think I said "Alan presumably

14   wants."  I think I was presuming what was in Alan's head.

15   Q.    Based in part on your experience at Sun; correct, sir?

16   A.    That certainly did predate this, yes.

17   Q.    Now, let me ask you to look at Trial Exhibit 2.

18          MR. BOIES:  May I approach, your Honor?

19          THE COURT:  You may.

20             (Whereupon, document was tendered

21              to the witness.)

22   BY MR. BOIES:

23   Q.    Now, this is another email that relates to your work on

24   Android; correct, sir?

25   A.    I may need to -- I don't recognize this immediately.  I
```

 1   may need to scan over this, if I may.

 2              **THE COURT:**  Is this in evidence?

 3              **MR. BOIES:**  Yes, Your Honor.

 4              **THE COURT:**  Are you sure?

 5              **THE CLERK:**  Yes.

 6              **THE COURT:**  All right.  2 is in evidence?

 7              **THE CLERK:**  On the 18th.

 8              **THE COURT:**  All right.

 9   BY MR. BOIES:

10   **Q.**   This is dated July 26, 2005, correct?

11   **A.**   That's what I see here, yes.

12   **Q.**   And that's shortly after you joined Google, correct?

13   **A.**   That's only like a couple of weeks afterward.

14   **Q.**   And this is GPS notes on Android, correct?

15   **A.**   That's what the subject of the letter says.  I --

16   apparently, Andy wrote this.  I certainly didn't.

17   **Q.**   You got a copy of it, though; didn't you, sir?

18   **A.**   It appears that I was sent a copy, yes.

19   **Q.**   And if you go down to the notes, you'll see three

20   inferences of things that you said.  Where it says "tim,"

21   "tim," "tim," do you see that?

22   **A.**   I do see those lines.

23   **Q.**   And those are references to things you said at this GPS

24   meeting, correct?

25   **A.**   Uhm, I don't know that for sure.  I don't recall this

 1  meeting in any detail.  And I didn't write these bullet points

 2  here.

 3  **Q.**  But you don't have any doubt that you were at this July 26

 4  meeting; do you, sir?

 5  **A.**  I think I probably was at it.  I'm just saying I don't

 6  remember it.

 7  **Q.**  Well, right above the references to you there's something

 8  that Brian said.  Do you see that?

 9  **A.**  Yes.

10  **Q.**  Who is Brian?

11  **A.**  I'm not sure I know.

12  **Q.**  Brian says -- is asserted to have said:

13          "Concerned about Sun preventing distributing

14          Java as open source."

15          Do you see that?

16  **A.**  I do see that.

17  **Q.**  Did you understand in July of 2005, that Sun had the right

18  and ability to prevent distributing Java as open source?

19          **MS. ANDERSON:**  Objection.  Foundation.  Legal

20  opinion, as well.

21          **THE COURT:**  Well, he might have had that in his mind

22  as an issue even if -- it doesn't necessarily call for a legal

23  opinion at this time.  The question calls for what was in his

24  mind, as a historical matter, back then in 2005.  So the

25  objection is overruled.

1              So the question is, did you have that point in mind

2       at some point about the time of this meeting?  That's what

3       counsel is asking.

4              **THE WITNESS:**  Uhm, I don't recall that I had this --

5       this point in my mind at the time of this meeting.  And it

6       doesn't seem to be attributed to me here.

7              **THE COURT:**  Well, maybe I didn't -- counsel was

8       asking, was that discussed in your presence back then?

9              **THE WITNESS:**  I don't recall it to have been

10      discussed.  It could have been, but I don't recall.

11             **THE COURT:**  All right.  Thank you.  Go ahead,

12      counsel.

13             **MR. BOIES:**  May I approach, Your Honor?

14             **THE COURT:**  Yes.

15      **BY MR. BOIES:**

16      **Q.**   Let me show you trial Exhibit 3, sir.  And this is a

17      document that you received, correct?

18      **A.**   Let me glance at this.  It's multipage.

19      **Q.**   Right on the first page you see "From: Andy Rubin," "To:

20      Tim Lindholm"?

21      **A.**   I see that.

22      **Q.**   (As read:)

23                  "Tim, the enclosed document starts to

24                  memorialize our thinking."

25                  Do you see that?

1  A.   Yes, I do see that.

2  Q.   And then if you go to the next document, the next page, it

3  talks about "Licensing Discussions with Sun."

4       Do you see that?

5  A.   I do -- I see that as the title of this page, if that's

6  what you're referring to.

7  Q.   Yes.  And you were involved in licensing discussions with

8  Sun; were you not, sir?

9  A.   Uhm, I had a couple of meetings with Sun.  It was much

10 later, I think, than this document.

11 Q.   Let's go on to the next page, where it says,

12 "Requirements."  Do you see the first requirement there says,

13 "Google needs a TCK license"?

14 A.   I see that bullet point, yes.

15 Q.   And was that your understanding in 2005, sir?

16 A.   Uhm, that was not my general understanding.

17 Q.   Was that your specific understanding?

18 A.   Well, if -- looking at this, this seems to be a discussion

19 of CLDC licensing with Sun.  And if Google were to license the

20 CLDC from Sun, then I think that that would mean a TCK license.

21 But there is -- this is a very specific structure that's being

22 discussed here.

23 Q.   This was a specific discussion with respect to Android,

24 correct?

25 A.   Uhm, I -- I -- I really haven't -- don't recall having

1  seen this in anytime -- you know, I may have seen it when it

2  was first put out, but I don't recall any discussion or

3  anything about it.

4  Q.   Well, let's just look at the very next bullet.

5  A.   Okay.

6  Q.   Where it says:

7         "We propose the Android product must pass the

8         TCK."

9         Do you see that?

10 A.   I do see that.

11 Q.   It also, at the end, says:

12        "OEM licensees must pass TCK again on

13        shipping product."

14        Do you see that?

15 A.   I do see that.

16 Q.   Was that your understanding at the time?

17 A.   That was my understanding of how it worked if you got a

18 CLDC license from Sun.  But that's -- this is predicated on --

19 on having -- on what you do if you're going to get a CLDC

20 license with Sun.

21 Q.   And you were discussing a couple of different approaches

22 with Sun; correct, sir?

23 A.   Uhm, at this time, I wasn't discussing anything with Sun.

24 Q.   Well, let me --

25        **MR. BOIES:**  May I approach, Your Honor?

1          THE COURT:  Yes.

2   BY MR. BOIES:

3   Q.   Look at Trial Exhibit 12.

4   A.   Okay.

5   Q.   This is an e-mail exchange between you and Mr. Lindholm,

6   correct?

7   A.   Uhm, between me and Mr. Rubin; do you mean?

8   Q.   Between you and Mr. Rubin, excuse me, yes.

9   A.   Uhm, yes.  That seems to be correct.

10  Q.   In December of 2005?

11  A.   Yes.

12  Q.   And Mr. Rubin writes:

13          "My reasoning is either a) we'll partner with

14          Sun as contemplated in our recent

15          discussions, or b) we'll take a license."

16          Do you see that?

17  A.   I do see that.

18  Q.   Was that your understanding in December of 2005?

19  A.   No, I don't think -- I don't think it was my

20  understanding.  It seems to be what Andy wrote, not my

21  understanding.

22  Q.   Did you ever tell Mr. Rubin that that was not your

23  understanding?

24  A.   Uhm, I -- I can't remember not telling him that, but that

25  isn't, I don't think, the sort of thing I would remember.

1          **MR. BOIES:**  Let me ask you -- may I approach, Your

2    Honor?

3          **THE COURT:**  Yes.

4    **BY MR. BOIES:**

5    **Q.**   Let me ask you to look at Trial Exhibit 326.

6          **MR. BOIES:**  Which is not in evidence, so don't

7    display it.

8    **BY MR. BOIES:**

9    **Q.**   This is an e-mail from Bob Lee to you, dated February 20,

10   2009, correct?

11   **A.**   That's what it appears to be.

12   **Q.**   And you, in turn, had written him earlier that same day,

13   correct?

14   **A.**   Yes.  As I read -- read backwards through the e-mail, yes.

15   **Q.**   And prior to that, you had gotten an e-mail from Dave

16   Sobota, correct?

17   **A.**   I can't tell from this whether I had received that or --

18   these e-mails are nested kind of improperly.  So I can't

19   actually tell what -- how these arrived in this particular

20   sequence.

21   **Q.**   Well, let's go on to the next page, just to try to clarify

22   that.

23          Do you see right under the word "Confidential" where

24   it says, "Hi Tim, Bob and Jeremy"?

25   **A.**   Yes, I do see that.

1  Q.   Tim is you, correct, sir?

2  A.   I -- I -- I have to assume so, but I can't -- I can't

3  verify this from this document.

4           MR. BOIES:   Your Honor, I would offer Exhibit 326.

5           MS. ANDERSON:   Your Honor, we object on both Rule 403

6  and foundation grounds.

7           THE COURT:   All right.   Overruled.   326 is received.

8           (Trial Exhibit 326 received in evidence.)

9  BY MR. BOIES:

10  Q.   Now, let me ask you to look at the next page of the

11  document.

12  A.   Is this the final page?

13  Q.   The final page.   And they're talking about a possible deal

14  with Sun, correct, here?

15  A.   Where do you see that?

16  Q.   Where it says "Hi, Tim."

17  A.   Yes.

18  Q.   And they then go on to describe a possible deal between

19  Google and Sun; correct, sir?

20  A.   Uhm, that seems to be what the -- what the author of this

21  attached e-mail was reporting about some other guy's thoughts.

22  Q.   And reporting to you, correct, sir?

23  A.   Uhm, I have to infer that they were passing these on to me

24  as well as others.

25  Q.   Now, if we go to the last page, it says:

 1              "This deal would be good for Google."

 2              Do you see that?

 3   **A.**   I do see that.

 4   **Q.**   And the first reason it will be good for Google is, "Our

 5   Java lawsuits go away."  Do you see that, sir?

 6   **A.**   I do see that.

 7   **Q.**   And you didn't have any Java lawsuits, actually, at that

 8   time; did you?

 9   **A.**   Not that I'm aware of.

10   **Q.**   What you were concerned about were the Java lawsuits that

11   would come if you did not get a license for Sun; correct, sir?

12   **A.**   I wasn't concerned about that, and I didn't write this.

13   So, you know, I did not have that concern.

14   **Q.**   Did you ever tell this person that you didn't have that

15   concern, that his concern was not reasonable?

16   **A.**   I don't recall whether I did or didn't.  I don't recall,

17   really, what came of this.  This was -- I don't recall what

18   came of this kind of flier from this person.

19   **Q.**   Let me ask you to look at a document that you did write,

20   Trial Exhibit 10.

21          **MR. BOIES:**  May I approach, Your Honor?

22          **THE COURT:**  Yes.

23   **BY MR. BOIES:**

24   **Q.**   Now, this is a document that you wrote August 6th, 2010,

25   correct?

1  **A.**    That's correct.

2  **Q.**    And by this time, Android is already shipping, correct?

3  **A.**    Yes, I think it shipped multiple versions, at this

4  pointed.

5  **Q.**    And if you go to the second paragraph here --

6  **A.**    Yes.

7  **Q.**    This is an e-mail from you to Andy Rubin, correct?

8  **A.**    Among others, yes.

9  **Q.**    Among others.  And you say:

10           "What we've actually been asked to do by

11           Larry and Sergey ..."

12           Now, "Larry" there is Larry Page, correct?

13 **A.**    Yes.

14 **Q.**    And who is "Sergey"?

15 **A.**    Sergey Brin, the other Google founder.

16 **Q.**    These are the two Google founders, correct?

17 **A.**    That is correct.

18 **Q.**    And these are two of the top three executives at Google,

19 correct?

20 **A.**    That's my understanding of the corporate structure of

21 Google, yes.

22           **MR. BOIES:**  Excuse me.  Could we publish it?  I'm

23 sorry.

24           **THE COURT:**  Not yet in evidence.

25           **MR. BOIES:**  We offered this at the beginning, Your

1    Honor.

2              **THE COURT:**  Oh, yes, you did.  It's in evidence.  It

3    should be published.

4              **MR. BOIES:**  I apologize.

5              (Document displayed.)

6    **BY MR. BOIES:**

7    **Q.**   The second paragraph.

8    **A.**   Okay.

9    **Q.**   (As read:)

10             "What we've been asked to do by Larry and

11             Sergey..."

12             And those are two of the top three executives at

13   Google, correct?

14   **A.**   That is correct.

15   **Q.**   (As read:)

16             "... is to investigate what technical

17             alternatives exist to Java for Android and

18             Chrome."

19             Do you see that?

20   **A.**   I do.

21   **Q.**   And then you say:

22             "We've been over a bunch of these, and think

23             they all suck."

24             Do you see that?

25   **A.**   I do, indeed.

1  Q.   And then you say:

2            "We conclude that we need to negotiate a

3            license for Java under the terms we need."

4            Do you see that?

5  A.   I do see that.

6  Q.   And that was a license from Sun; correct, sir?

7            MS. ANDERSON:   Objection, Your Honor.  Motion in

8  limine.

9            THE COURT:   I don't remember that.

10           MS. ANDERSON:   With regard to Oracle's Motion in

11 Limine No. 5, Your Honor.  Your Honor placed limitations on

12 questions regarding the language.

13           THE COURT:   Well, I probably did, but it's not coming

14 back to me.

15           Counsel, do you know what counsel is talking about?

16           MR. BOIES:   I do -- I think I do, Your Honor, but I

17 don't think it would apply to simply asking whether this

18 license that he refers to was a license from Sun.

19           THE COURT:   I will allow the question.

20           MS. ANDERSON:   Thank you, Your Honor.

21           THE COURT:   Overruled.  Go ahead.

22 BY MR. BOIES:

23 Q.   That's just a yes or no question.

24 A.   Could you repeat the question.

25 Q.   Sure.  When you refer to a license for Java here, that's a

 1  license from Sun, correct?

 2  **A.**    That is not what I meant in this e-mail.

 3  **Q.**    Who was the license from?

 4  **A.**    I would -- what I actually meant --

 5  **Q.**    Sir --

 6  **A.**    Excuse me?

 7  **Q.**    I'm asking you --

 8           **MR. BOIES:**  And I would ask the judge to instruct the

 9  witness to try to be directly responsive to this question

10  because we will get into the motion in limine otherwise.

11           **THE COURT:**  All right.  Say precisely your question.

12           **MR. BOIES:**  Okay.

13  **BY MR. BOIES:**

14  **Q.**    And I'll first ask the predicate question.

15           When you referred to a license here, was it a license

16  from Sun?

17  **A.**    No, it was not.

18  **Q.**    Was it a license from some other company?

19  **A.**    No, it was not.

20  **Q.**    Was it a license from anybody?

21  **A.**    It was not specifically a license from anybody.

22           **MR. BOIES:**  Thank you, Your Honor.  I have no more

23  questions.

24           **THE COURT:**  All right.  Any more questions?

25           **MS. ANDERSON:**  Very briefly, Your Honor.

1                        **CROSS EXAMINATION**

2    **BY MS. ANDERSON:**

3    **Q.**   We're now good afternoon, Mr. Lindholm.

4    **A.**   Been a long day already.

5    **Q.**   Very briefly, would you tell the jury where you live.

6    **A.**   I live in Palo Alto, California.

7    **Q.**   And how long have you lived in Northern California?

8    **A.**   I've lived here since about 1985.  In Palo Alto, for 21

9    years.

10   **Q.**   And what is your educational background?

11   **A.**   I grew up in a tiny town in northern Minnesota.  Went to

12   public school there, and then went to a liberal arts college in

13   southern Minnesota.  Got a bachelor's degree.

14   **Q.**   So we know you work at Google today, from your testimony

15   earlier.

16               When did you start working at Google?

17   **A.**   Uhm, I started working July 7th of 2005, the first day

18   after the Fourth of July holiday.

19   **Q.**   You mentioned before that you haven't spent much time

20   working on Android.  What has been your job during the years

21   you've worked at Google?

22   **A.**   The whole time I've been at Google, I've worked in a piece

23   of the organization called infrastructure, which is the

24   organization that makes Google's big data centers work

25   properly.  So things like Gmail and Web Search run on these --

 1   in data centers.  And we have to make many thousands of

 2   computers work sort of as one to create these services.

 3   **Q.**   And, briefly, during your years at Sun, what generally

 4   were your job responsibilities?

 5   **A.**   My -- my job responsibilities have been entirely around --

 6   around the infrastructure project.  I have specifically focused

 7   on what we call utilization, trying to get the most use out of

 8   the computers that we have available.

 9        Because if you can get more use out of them, you

10   don't have to buy as many.

11   **Q.**   And please remind the jury, what were the years that you

12   were with Sun?

13   **A.**   I was with Sun from, I think, March of 1994 until, I

14   believe, June or July of 2005.

15   **Q.**   Counsel previously showed you some treatises that you

16   authored related to Java.  During your years with Sun, did you

17   have experience with the Java platform?

18   **A.**   Yes, I did.

19   **Q.**   Okay.  And did you gain an understanding during those

20   years about the concept of Java API packages?

21   **A.**   Oh, yes, I did.

22   **Q.**   Did you become generally familiar with how they're

23   organized?

24   **A.**   Yes, absolutely.

25   **Q.**   And as a general matter how, generally, do you understand

1  the fashion or organization of APIs?

2  **A.**   I understand the organization quite well.  I didn't

3  necessarily understand the details of every API equally well.

4  **Q.**   Certainly.

5         Based on your experience over the years understanding

6  Java and the platform, have you had a view as to whether or not

7  API packages and their organization, the organization of API

8  packages, is freely available for use?

9         **MR. BOIES:**  Objection, Your Honor.  Scope and

10  foundation.

11         **MS. ANDERSON:**  Your Honor, counsel asked questions

12  about copyrights and a treatise entirely devoted to Java.

13         **THE COURT:**  It's outside the scope.  This particular

14  question is outside the scope.

15         **MS. ANDERSON:**  Thank you, Your Honor.

16         **THE COURT:**  Now, that's without premise to you

17  recalling the witness in your case and possibly answering the

18  same question.  I'm not ruling on any other objection.

19         **MS. ANDERSON:**  Your Honor mentioned earlier -- this

20  would be very brief, literally a minute or two, to avoid having

21  the witness have to return.

22         **THE COURT:**  Any objection to going outside the scope?

23         **MR. BOIES:**  Yes, Your Honor.

24         **THE COURT:**  I'm going to allow it.  How many

25  questions do you have?

1          **MS. ANDERSON:**  It looks like three.

2          **THE COURT:**  All right.  Go ahead.  Is this the only

3  three questions outside the scope?

4          **MS. ANDERSON:**  Yes.  That's my understanding, Your

5  Honor.

6          **THE COURT:**  Then you may ask these questions.

7          **MS. ANDERSON:**  Thank you.

8  **BY MS. ANDERSON:**

9  **Q.**   Based on your experience with Java over the years, have

10  you held a view over whether or not the organization of API

11  packages is something that has been freely available for use?

12  And I'm referring to Java API packages.

13          **MR. BOIES:**  Objection.  Foundation.  Calls for a

14  legal conclusion, as well.

15          **THE COURT:**  Well, the jury will understand we don't

16  have a lawyer up here.  And this will just be a lay opinion.

17  It's not a legal opinion.  But I'm going to allow the question

18  with that caveat.

19          Please answer.

20          **THE WITNESS:**  Okay.  Uhm, as a software engineer, not

21  a lawyer, it's -- it's always been my understanding that --

22  that the organization of software APIs are free for use by

23  other people.

24  **BY MS. ANDERSON:**

25  **Q.**   Thank you.

```
 1              You testified earlier about some communications that

 2     you had with Sun representatives while you were with Google.

 3     Do you remember that testimony?

 4     A.    Which ones are you referring to?

 5     Q.    Certainly.  Let's back up for a moment.  Right before you

 6     joined Google --

 7     A.    Correct.

 8     Q.    -- before you were brought on as an actual employee, did

 9     you have any knowledge or information about whether Google was

10     about to acquire Android?

11     A.    I had no knowledge, whatsoever.  I was completely

12     surprised.

13     Q.    And you were asked questions about some e-mails that

14     reflected discussions on the subject of Android.  Do you recall

15     that?

16     A.    Yes.  But I -- I'm not sure if you're referring to

17     specific ones.

18     Q.    Thank you.

19              Did you do any work at all related to the subject of

20     Android during your years at Google?

21     A.    No, I wasn't part of the design, the implementation, the

22     marketing.  I really played no substantial role in the Android

23     technology.

24     Q.    Right.  And I'd like to bring the question out a little

25     broader.  I'm not specifically limiting to the Android
```

LINDHOLM - CROSS EXAMINATION / ANDERSON

1  technology itself, but as a broader matter have you done

2  anything to assist the Android project at Google in any way

3  over the years?

4  **A.**    I've occasionally been asked by Android project members

5  who were part of the project for advice on their project.

6  **Q.**    Thank you.

7           During the years that you have been at Google, have

8  you ever contributed any source code, whatsoever, to the

9  Android project?

10 **A.**    Not a line.   Zero.

11 **Q.**    Have you wrote any specification, whatever, for the

12 Android platform?

13 **A.**    Not a bit.

14 **Q.**    Did you participate personally in making decisions about

15 the architecture of Android?

16 **A.**    No.   Happened completely outside of my vision.

17 **Q.**    All right.   Among the exhibits that have been admitted by

18 counsel for Oracle, reflect some comments by you regarding the

19 notion of a license being critical.

20           I would like to show you Trial Exhibit 17, which

21 should be before you there.   Do you have that?

22 **A.**    I don't think I do have that here.

23 **Q.**    Okay.   All right.

24           **MS. ANDERSON:**   Can I ask, Gary, Trial Exhibit 17?

25           **THE COURT:**   It's been moved into evidence, so you can

```
 1   just put it on the screen, if you wish.
 2               (Document displayed.)
 3               THE WITNESS:  There we go.
 4               MS. ANDERSON:  May I approach, Your Honor?
 5   BY MS. ANDERSON:
 6   Q.   Please take a look at Trial Exhibit 17.
 7               MS. ANDERSON:  Is it available for the jury, as well?
 8   Thank you.
 9   BY MS. ANDERSON:
10   Q.   Mr. Lindholm, do you recognize this e-mail exchange?
11   A.   Yes, I do.
12   Q.   All right.  And I'd like to draw your attention to that
13   first paragraph there, of this e-mail.
14   A.   Uh-huh.
15   Q.   And in this e-mail you wrote to Mr. Cockburn.  Do you see
16   that?
17   A.   Yes.  "Hi, Bill."
18   Q.   In that second sentence of the first paragraph of this
19   e-mail you talk about "helping negotiate with an old team at
20   Sun for a critical license."
21               Do you see that reference?
22   A.   Yes, I do.
23   Q.   All right.  Please tell the jury, just as a general
24   matter, what was the purpose of your sending this e-mail?
25   A.   The purpose of sending this e-mail was, I worked for Bill
```

 1  Coran (phonetic) and he, as far as I know, wasn't aware that I

 2  was talking -- that I had talked with anybody in the Android

 3  camp.

 4          I had now been asked to go on a trip that would take

 5  me away from my normal duties, and so I felt the need to kind

 6  of say, hey, well, Bill, I've been doing this thing.  As a

 7  result, I've been asked to go on this trip.  Is that okay for

 8  me to take time off of my normal job to go on this trip?

 9  **Q.**   When you used the word "critical" what did you mean?

10  **A.**   So --

11          **MR. BOIES:**  Objection, Your Honor.

12          **THE COURT:**  What's the objection?

13          **MR. BOIES:**  There's no foundation for his

14  interpreting this document years after the fact.

15          **THE COURT:**  He wrote it.

16          You can rephrase the question and say:  Why was it

17  critical?  Why did he think it was critical at the time.  "At

18  the time" would be a proper question.  Why did he think it was

19  critical.  That's a proper question.

20          Go ahead.

21          **MS. ANDERSON:**  Be happy to, Your Honor.

22  **BY MS. ANDERSON:**

23  **Q.**   Mr. Lindholm, at the time that you wrote this e-mail, why

24  did you write that you believed it was a critical license?

25  **A.**    I think that there are two reasons --

1          THE COURT:  No, no.  Not "I think now."

2          THE WITNESS:  Oh, okay.

3          THE COURT:  It's what you thought back then.  There's

4    a difference.  One is after the fact, and one was at the time.

5    We don't want after the fact.  We want at the time.  What did

6    you think?

7          THE WITNESS:  Thank you, Your Honor.

8          At the time, what I wanted to do was to tell my boss

9    that this was important.  What I was doing was an important

10   thing.  I also, at that point, may -- well, I also suspect that

11   at this point I used the word --

12         THE COURT:  No, no.

13         THE WITNESS:  Okay.

14         THE COURT:  We don't go on suspicions.

15         THE WITNESS:  Okay.

16         THE COURT:  We go on actual memory.  So no more --

17         THE WITNESS:  Okay.

18         THE COURT:  The answer is over.  Next question.

19   BY MS. ANDERSON:

20   Q.  Are there any other reasons that you know today that back

21   at the time you wrote the e-mail you characterized --

22         THE COURT:  Calling for speculation.  It's what his

23   reasons were back then that matters, and that he can actually

24   recall, not some explanation today.

25         MS. ANDERSON:  Understood, Your Honor.

 1          **THE COURT:**  There's a difference.  We want to stick

 2   with what was in his mind back then.  Okay.

 3          **MS. ANDERSON:**  Thank you.

 4          **THE COURT:**  You can try again.

 5   BY MS. ANDERSON:

 6   **Q.**   Are there any further reasons that were in your mind back

 7   then when you wrote this e-mail?

 8   **A.**   At the time I wrote this e-mail, Google and Sun had been

 9   discussing a -- a co-development agreement that -- that would

10   have involved Google using Sun's source code as the basis for

11   some of the Android work.

12          At that time, a license -- well, in that agreement, a

13   license would have been necessary because we were going to use

14   Sun source code.

15   **Q.**   Thank you.

16          **MS. ANDERSON:**  Your Honor, may I approach again?

17          **THE COURT:**  Yes.

18   BY MS. ANDERSON:

19   **Q.**   Mr. Lindholm, I'm placing before you two exhibits.  And

20   I'll take Exhibit 318 first.  If you would have that open.

21   **A.**   Yes.  Okay.  I have it open now.

22          **MS. ANDERSON:**  This has been admitted, Your Honor.

23          (Document displayed.)

24   BY MS. ANDERSON:

25   **Q.**   What is Exhibit 318, Mr. Lindholm?

1  A.   It is a set of -- it is a set of e-mail notes that I sent

2  to myself, notes to myself sent as an e-mail to myself.

3  Q.   And the subject of your e-mail?

4  A.   "Android notes."

5  Q.   Drawing your attention to the very last sentence of this

6  e-mail.

7  A.   Yes.

8  Q.   Where you wrote, "I'm going to get in all possible loops

9  around this project," what did you mean back then when you

10 wrote it?

11 A.   Back then, I -- I had -- I had just been surprised by this

12 new project which I had had no expectation of.  And I was -- I

13 was at a point in my time at Google where I was told, figure

14 out a project to work on.  You know, take a month and decide

15 what you want to work on.

16          So this was -- this e-mail was sent to myself one

17 week after I joined.  And I -- and I -- what I was saying there

18 was I should get involved in this.  This is -- this is a cool

19 new project that I should try to get involved in.

20 Q.   And did that end up happening?  Did you end up getting in

21 all possible loops around the Android project?

22 A.   No.  I was involved for about a year, at the beginning, in

23 the discussion of this co-development agreement I had mentioned

24 earlier.  But after that happened, I had very, very little --

25 after that co-development agreement did not go through, I had

 1  very, very little interaction with Android after that point.

 2  Q.   And, again, I'd like to draw your attention to Exhibit

 3  321, which I had also just placed before you.

 4        Do you have that before you, Mr. Lindholm?

 5  A.   I do.

 6  Q.   And this is -- is this an e-mail exchange that you

 7  participated in with Mr. Rubin?

 8  A.   Yes, I think so.

 9  Q.   All right.  And please tell the jury, what's the date of

10  the e-mail exchange?

11  A.   The date is August 9th, 2005.

12  Q.   And approximately how long was this after you had joined

13  Google?

14  A.   That was about -- about a month.

15  Q.   All right.  And drawing your attention to the --

16  basically, the middle of the page, in the middle of that

17  largest paragraph, with the sentence that starts, "I think my

18  main value."  Do you see that sentence?

19  A.   Yes, I do.

20        MS. ANDERSON:   All right.  Can we get that

21  highlighted, please, Ben, "I think my main value would be."

22  Thank you.  There you go.

23  BY MS. ANDERSON:

24  Q.   So in this particular sentence, you describe a potential

25  role.  Could you please tell the jury what the role was you

1    were thinking at the time and whether you, in fact, played that

2    role at Google?

3    A.    Yes.  I was thinking -- well, my value as a J2ME runtime

4    generalist, that involves writing a virtual machine for --

5    potentially for the Android platform.  The sort of thing that I

6    had done in the 1990s, at Sun.  That was one possible role.

7           Another role would be to help -- help Android

8    understand the ecosystem around platforms like this, because my

9    experience at Sun was largely focused not even necessarily so

10   much around coding, but around creating this Java ecosystem

11   that han sprung up in the 1990s and 2000s.

12   Q.    Did you ever end up playing the role that you talk about

13   in that sentence, while at Google?

14   A.    No, I never did either of these things for Android.

15   Q.    Would you please pull out, Mr. Lindholm, Exhibit 326,

16   which you were shown earlier by Oracle's counsel.

17           (Document displayed.)

18   A.    I have that out now.

19   Q.    Thank you.  First of all, as you sit here today, do you

20   ever recall receiving this e-mail back in February of 2009?

21   A.    I think I do recall receiving it.

22   Q.    All right.  Do you know who Dave Sobota is, whose name

23   appears as one of the authors within this e-mail exchange?

24   A.    No, I don't believe I know Dave.

25   Q.    All right.  And then drawing your attention in this

1    document down to the second page, you see one of the e-mail --

2    e-mails that was authored by Mr. Sobota.  And underneath it it

3    says, "Confidential.  Hi, Tom, Bob, and Jeremy."

4    **A.**    "Tim, Bob, and Jeremy."

5    **Q.**    "Tim, Bob, and Jeremy."

6    **A.**    Yes.

7    **Q.**    Excuse me.  And then in the first sentence it says, "Josh

8    Bloch, Brett Slatkin and I."  Do you see that?

9    **A.**    I do.

10   **Q.**    Do you know who Brett Slatkin is?

11   **A.**    I recognize his name, but I don't know him.

12   **Q.**    And below this, in the next paragraph, do you see where it

13   says "Brett's thoughts"?

14   **A.**    Yes.

15   **Q.**    And you were asked some questions by Oracle's counsel

16   about this discussion.  Do you recall that?

17   **A.**    I recall just a while ago, yes.

18   **Q.**    All right.  With regard to this discussion of a potential

19   arrangement for purchasing something from Sun, did this ever

20   occur?

21   **A.**    No, definitely not.  Or at least as far as I know.

22   **Q.**    Did you ever observe that anything came of this proposal

23   that's supposedly from Mr. Slatkin?

24   **A.**    I don't know of anything that came from this.

25   **Q.**    All right.  Specifically, drawing your attention to the

1   section that says, "Good for Google," which is on the third

2   page of this exhibit, where it says, "Our Java lawsuits go

3   away."

4   **A.**   I see that, yes.

5   **Q.**   What was your reaction to reading a sentence about Google

6   lawsuits going away?

7   **A.**   I -- I didn't know what that meant because, as far as I

8   know, there weren't any Java lawsuits.

9   **Q.**   And, specifically, at the time were you aware of any

10  lawsuits against Google related in any way to Android, at the

11  time that you received this e-mail exchange?

12  **A.**   No, I don't think so.

13  **Q.**   All right.  I'd like to draw your attention to Exhibit

14  330.

15          **MS. ANDERSON:**  Which is also already in evidence Your

16  Honor.

17          (Document displayed.)

18          **THE WITNESS:**  Do I have that?  I don't think I

19  have --

20          **MS. ANDERSON:**  You don't have 330 before you?  Let me

21  put it before you.  I have it here.  Excuse me.

22          Your Honor, may approach?

23          **THE WITNESS:**  Thank you.

24  **BY MS. ANDERSON:**

25  **Q.**   Thank you.

LINDHOLM - CROSS EXAMINATION / ANDERSON

1   **A.**    Okay.

2   **Q.**    With regard to Exhibit 330, drawing your attention to this

3   first paragraph of this e-mail exchange --

4   **A.**    Yes.

5   **Q.**    -- first of all, is this an e-mail that you wrote at least

6   the first part of the string?

7   **A.**    Yes, it is.

8   **Q.**    All right.  And you see here there's a comment about

9   Microsoft within this e-mail.  Do you see that?

10  **A.**    Yes, I see this.

11  **Q.**    And within your e-mail you talk about Java in relation to

12  Sun and in relation to Microsoft and some languages.  Do you

13  see that?

14  **A.**    Yes, I do.

15  **Q.**    All right.  There's a sentence within that paragraph where

16  you say:

17              "Of course, if they had just done C# and .Net

18              at the time, rather than trying to steal

19              Java, they might well have won."

20              Do you see that sentence?

21  **A.**    I do.

22  **Q.**    Now that you're oriented, first of all, who are you

23  referring to as trying to steal Java?

24  **A.**    Microsoft, I think.

25  **Q.**    What did you mean by that comment?

LINDHOLM - CROSS EXAMINATION / ANDERSON

1  **A.**   This was relating back to the litigation that Sun and

2  Microsoft nearly entered into back in the 1990s.

3  **Q.**   Without going into any great detail here, my question to

4  you is, what, if anything, did you understand Microsoft had

5  done to try to steal Java, according to this e-mail?

6  **A.**   According -- could you rephrase that, please.

7  **Q.**   Sure.  I'm trying to track along the e-mail language here.

8  You make a reference to stealing of Java.

9         What is it that you thought Microsoft had done, which

10 was trying to steal Java?

11 **A.**   I thought that they took -- they took -- they manipulated

12 their Visual J++ product so as to be a modest difference

13 from -- a modest change from Sun's standard Java in such a way

14 that people who would program to their Visual J++ product would

15 have their applications locked to it.

16        It would -- the point of Java was to be able to -- an

17 application should be able to work on multiple implementations.

18 But Microsoft was manipulating the situation such that if you

19 wrote to their Visual J++ product, your application might no

20 longer work on Sun's product or IBM's Java product or the

21 various industries' products.

22 **Q.**   And how about how it was branded?

23 **A.**   Microsoft Visual J++ was initially branded with the cup

24 and steam and the Java -- the Java brand, and full -- full

25 statements of compatibility and everything.

1  Q.   Thank you.

2         THE COURT:  You're almost out of time.

3         MS. ANDERSON:  I have a few more questions, and I'll

4  be finished, Your Honor.  If that's okay with Your Honor.

5         THE COURT:  At 1:00 o'clock we'll stop.  If Mr. Boies

6  has more questions, the witness will have to stay over.

7  BY MS. ANDERSON:

8  Q.   Drawing your attention to Exhibit 10.  I don't actually

9  have specific questions for you about this e-mail, but want to

10  orient you to the time period, which is August of 2010.

11  A.   Yes.

12  Q.   In August of 2010, had you reviewed Android's source code?

13  A.   No --

14         MR. BOIES:  Objection, Your Honor.  This is the

15  motion in limine.

16         THE COURT:  Just a moment.

17         Was this question asked at the deposition?

18         MS. ANDERSON:  Not at all, Your Honor.

19         MR. BOIES:  You have the in limine motion.

20         THE COURT:  I have the order.  Show me the question

21  in the deposition where it comes close to this one.

22         MR. BOIES:  Uhm, the point -- the point I was relying

23  in the order was where it says, "First" and what follows right

24  from there.  I can try to find the deposition.

25         THE COURT:  Well, but the -- what was your question,

```
 1  whether he read -- whether he reviewed the which?

 2          MS. ANDERSON:  As of August of 2010, had Mr. Lindholm

 3  ever reviewed Android source code.

 4          THE COURT:  Android?

 5          MS. ANDERSON:  Yes.

 6          THE COURT:  I do think that that is encompassed

 7  within the motion in limine.  So that objection is sustained.

 8          MS. ANDERSON:  Okay.  Thank you.  No further

 9  questions, Your Honor.

10          THE COURT:  All right.  Any follow-up?

11          MR. BOIES:  Your Honor, do you have time for one

12  question?

13          THE COURT:  One question.

14          MR. BOIES:  One question.

15          May I approach, Your Honor?  Perhaps we can just put

16  up on the screen Trial Exhibit 12, which is one of the ones

17  that we offered in evidence.

18          (Document displayed.)

19                    REDIRECT EXAMINATION

20  BY MR. BOIES:

21  Q.   You told counsel a few minutes ago that the reason that

22  you thought that Google needed a license was because they were

23  discussing a partnership agreement.

24          Do you recall that?

25  A.   Uhm, this is -- yes, yes, with reference to the 2006 era.
```

1    Q.   Right.  Now, here, if you look at what Mr. Rubin wrote

2    you, "My reasoning... "

3    A.   "My reasoning, yes.

4    Q.   Is that:

5              "... either a) we'll partner with Sun as

6              contemplated in our recent discussions, or b)

7              we'll take a license."

8              Do you see that?

9    A.   I do see that.

10   Q.   So what Mr. Rubin was saying was that they would need a

11   license if they did not partner with Sun, correct?  That was

12   the alternative?

13   A.   Uhm, I -- I can only understand what Mr. Rubin wrote here.

14   He gives these two alternatives.  I don't know his reasoning

15   behind that.  He says it's his reasoning but I don't know what

16   his reasoning was.

17   Q.   You do know Mr. Rubin was responsible for Android?

18   A.   Yes, I do.

19              MR. BOIES:  No more questions.

20              MS. ANDERSON:  No further questions, Your Honor.

21              THE COURT:  May the witness now be excused except --

22   you said you weren't going to recall him anyway, right?

23              MS. ANDERSON:  That is my understanding, is, we're

24   not recalling him.  That's correct, Your Honor.

25              THE COURT:  May he be excused?

```
 1              MR. BOIES:  Yes, Your Honor.

 2              MR. JACOBS:  Yes, Your Honor.

 3              THE COURT:  You are free from any subpoena.  You are

 4    free to go.  Leave those documents here.  We'll take care of

 5    them.

 6              THE WITNESS:  Okay.

 7              THE COURT:  Over there in the jury box, remember the

 8    admonition.  We'll see you back here at 7:45.  And we're making

 9    good progress.  If you continue to be here on time, I think

10    we'll -- you know, we're doing good on the time.  So thank you.

11    Have a good evening.

12              THE CLERK:  All rise.

13              (Jury out at 1:01 p.m.)

14              THE COURT:  Mr. Lindholm, you may step down.  Thank

15    you.

16              THE WITNESS:  Thank you.

17              THE COURT:  You're excused.  You're an ordinary

18    civilian again.

19              (Witness gestures.)

20              (Laughter)

21              THE COURT:  You can stay in the courtroom.  Thank

22    you.

23              One moment.

24              Time so far, 435 minutes out of a total of 1,020

25    allocated.  Plaintiff has used 435.  Defendant has used 256.
```

PROCEEDINGS

```
 1   All right.  It's right up-to-date.

 2           Any issues before we break for the day?  Yes, sir.

 3           MR. JACOBS:  Two things with respect to upcoming

 4   expert testimony, Your Honor.  Let's make it three so we have

 5   the lay of the land.

 6           Issue number one:  The way the expert reports came in

 7   there was the opening, there was the responses, there was

 8   rebuttal expert reports.

 9           As the issues have evolved in the case, that which is

10   in rebuttal in some cases is more pertinent than that which is

11   in opening.  Your ground rules, however, as written, are pretty

12   clear that the expert can only testify to what's in the opening

13   report on our opening case.  I think that's going to lead, in

14   this particular case, to some inefficiency and confusion.

15           So I was wondering if Your Honor is open to relaxing

16   that particular requirement in this case.

17           MR. VAN NEST:  Your Honor, we don't think that would

18   be appropriate.  Both parties understood the rules and played

19   by them.  And they have the rebuttal case if they want it.  And

20   that's when the rebuttal ought to be.

21           THE COURT:  Give me an example.

22           MR. JACOBS:  So, for example, Your Honor, on the

23   question of fair use, in our second expert report we addressed

24   their opening on fair use in the nature of the copyrighted

25   work.  That's an example of something that would probably be
```

PROCEEDINGS                                    880

1  more efficient to put in on the opening report, even though --

2          THE COURT:  No, I don't agree with that.  I'm going

3  to stick with my normal procedure.

4          Now, if you want to drop material from your opening

5  report and skip over it, you don't have to put everything in

6  that's in the opening report.  But you do -- you should --

7  we'll do it the way I like to lay it out.  Then maybe fair use

8  will drop out.

9          MR. JACOBS:  Fair enough.

10          THE COURT:  Or drop out in part.

11          MR. JACOBS:  Understood.

12          THE COURT:  All right.

13          MR. JACOBS:  Second topic:  Issues that have come up

14  through direct testimony in the courtroom, our expert has been

15  here for many of those days.  He wasn't here today, but we can

16  give him the transcript.

17          There are technical points that were not in their

18  expert report so he couldn't put in his opposition even.  But I

19  think it would be helpful to the jury to hear our expert

20  testify to things like the file cabinet or some of the specific

21  issues that have come up as to what's in the Java language

22  versus the API specification.

23          Of course, what's sauce for the goose would be sauce

24  for the gander.  We understand that.  Dr. Astrachan would be

25  similarly testifying based on what happens in the courtroom.

PROCEEDINGS

1   **MR. VAN NEST:**  Your Honor, we think that would be

2 okay if Your Honor would allow it.  Dr. Astrachan has been

3 here, as well.  And I would like to hear more about the file

4 cabinet myself.

5   (Laughter)

6   **THE COURT:**  Fine.  If you both agree, that's good

7 with me.  Okay.  Done.

8   **MR. JACOBS:**  Third is the question of word choice.

9 Our expert is prepared to testify that it is his expert opinion

10 that in the design of APIs, one engages in the creation of

11 copyrightable expression using legal terminology.

12   **THE COURT:**  No, we don't do that.

13   **MR. JACOBS:**  I want to make sure we're on the same

14 playing -- the same ground rules apply to both experts.  He can

15 testify to technical subjects.  Frankly, I prefer he not

16 testify to legal conclusions.

17   **MR. VAN NEST:**  I don't think you need my opinion on

18 this one.

19   **THE COURT:**  Well, we don't have these kind of experts

20 give legal opinions.

21   **MR. VAN NEST:**  That's right.

22   **THE COURT:**  All right.  Sometimes it's a fuzzy line

23 where you get to stop, but, no, the word "expression" that's

24 too much.  So we're not going to go there.

25   **MR. JACOBS:**  Thank you, Your Honor.

 1          **THE COURT:**  I have some questions, but, Mr. Van Nest,

 2    let me give you your say.

 3          **MR. VAN NEST:**  We don't have any issues, Your Honor.

 4          **THE COURT:**  All right.  Well, one of the issues I

 5    think I'm supposed to decide is the copyrightability of the 37

 6    APIs, among a few other things.  So I would like to have some

 7    more briefing done on the following points.

 8          First of all, I want you to take a firm position.

 9    None of this business, the other side said.  Your first

10    reaction is always to say the other side says or the other side

11    doesn't say.  I want to know what you say, and I want a firm

12    position.

13          First is, could you get a patent on the structure,

14    sequence, and organization?  Assuming it meets novelty,

15    assuming it's not anticipated, so forth, is that the proper

16    subject matter of a patent?

17          You should say "yes" or "no."  Don't say, "We

18    couldn't find any case law."  Say "yes" or "no," and "here's my

19    reason why."

20          All right.  Second, does the Copyright Office

21    investigate the SSO?  I don't think so.  I think they would be

22    amazed to find out that you were contending that they had

23    blessed the structure, sequence, and organization, because I

24    bet you they don't even know what it is, it's so hard to figure

25    out.  But maybe I'm wrong.

PROCEEDINGS                                                    883

```
 1              I would like to know, when somebody registers

 2    something with the Copyright Office is that -- is the

 3    structure, sequence, and organization of the source code

 4    investigated by the Copyright Office?

 5              I bet you can answer that right now.  What's the

 6    answer?

 7              MR. BABER:  Your Honor, the answer is, no, there is

 8    no investigation.  In fact, in support of the registration they

 9    don't even have to send the Copyright Office a complete copy of

10    the whole work.  With software all they have to send in is the

11    first 50 and last 50 pages of code.  So the Copyright Office

12    doesn't even have the work, let alone be in a position to make

13    any kind of examination or assessment.

14              THE COURT:  Isn't that right?

15              MR. JACOBS:  I think that's probably mostly right.

16              THE COURT:  What part is not right?

17              MR. JACOBS:  Well, what the Copyright Office does is

18    examine the materials that are submitted for registration, for

19    registerability.  If the Copyright Office saw on its face that

20    you were seeking to register something that was not eligible

21    for copyright protection, your registration certificate would

22    be rejected.

23              In this particular case, the submission to the

24    Copyright Office would include not only whatever source code

25    was submitted -- and that may depend on the particular
```

PROCEEDINGS                                      884

1   registration in question -- but the documentation, as well.

2   So --

3            THE COURT:  Is there something there that says, Heads

4   up, Copyright Office, we're also seeking copyright protection

5   on the structure, sequence, and organization?

6            MR. JACOBS:  No, there is no such heads up, Your

7   Honor.

8            THE COURT:  How do they know they are blessing that

9   theory?

10           MR. JACOBS:  I don't think there's any -- I don't

11  think there's any imprimatur on the theory of copyrightability.

12  I think there is an imprimatur on the registerability of the

13  underlying material.

14           THE COURT:  I -- okay.  This piece just goes to how

15  much weight do we give to the fact that it was registered

16  when -- you know, the words, okay.  Like if you submit a poem

17  and they give you a copyright on a poem.  Everybody knows it's

18  those words in that order.  And somebody else could come along

19  with a different poem on the same subject but it might have

20  some of the same words.  But if it was, you know, reorganized

21  it would not be plagiarism.

22           Anyhow, all right.  So then the other question is

23  this:  I have one last question.  Derivative work.  In order to

24  prove something is a derivative work, does the plaintiff have

25  to prove that the defendant actually used the copyrighted work

PROCEEDINGS                                                           885

 1   in order to produce the derivative work?

 2          Or what if they just come up with their own -- their

 3   own words, but they happen to be somewhat similar but not

 4   identical?

 5          In other words, for a derivative work, not for the

 6   copying, direct copying, but for derivative works, does the

 7   plaintiff have to prove that the defendant actually had in

 8   their possession and worked off of and derived their own work

 9   from the copyrighted work?

10          What's the answer to that?

11          **MR. JACOBS:**  If I can step back for a second, I think

12   the point about derivative work -- well, let me answer your

13   question directly --

14          **THE COURT:**  Sure.

15          **MR. JACOBS:**  -- and give you the explanation I was

16   about to give you.

17          The short answer is that, as with an infringing work

18   which is of the same form as the copyrighted work, the same is

19   true for a derivative work.  The plaintiff shows access and

20   substantial similarity, and that allows an inference of

21   copying.  And then it's up to the defendant to rebut that based

22   on some theory of independent development.  So access and

23   substantial similarity is the method of proof, regardless of

24   the form of the work.

25          I think the only reason we're into derivative work

1   here is that we're talking about, arguably, a recasting of the

2   documentation in a different form, i.e. computer program code.

3          And so if the -- if what Google is claiming it did is

4   take the documentation and transform it or recast it into a

5   computer program, then it's not documentation to document

6   copying.  It's documentation into computer program copying.

7   And that fits the derivative work schema.

8          But, actually, the basic proof remains substantial

9   similarity of copyrightable material.

10          **THE COURT:**  What does Google say on that point?

11          **MR. BABER:**  Your Honor, no surprise, we disagree.  We

12   think that when you're talking about a derivative work -- I

13   believe the Ninth Circuit requires that a derivative work, to

14   be an infringement, has to include protectable elements,

15   copyrightable elements of the first work.

16          Okay.  So in that respect, yes, Google would have had

17   to have used something from the Java materials in the APIs that

18   was protectable by copyright, okay, for it to be an

19   unauthorized derivative work that infringes.

20          **MR. JACOBS:**  I don't think we disagree with that,

21   Your Honor.  That's essentially what I said.

22          **THE COURT:**  All right.  Well, let me ask a fact

23   question to Google.  What is the evidence going to show on

24   this?  Will the evidence show that in a clean room the Google

25   engineers who were purporting to come up with the Android

PROCEEDINGS                                                    887

1   source code had before them the English language comments in

2   the Oracle documentation?

3          **MR. BABER:**  There was (unintelligible) in discovery,

4   Your Honor, that at least some of the engineers who worked on

5   the libraries did have access to, did look at, some of the

6   English language prose descriptions of the APIs.

7          **THE COURT:**  And was that copyrighted, the English

8   language prose?

9          **MR. BABER:**  Well, you honestly can't tell what's

10  copyrighted, Your Honor.  They were on a website where there's

11  a copyright notice on every page.

12         It's similar to the copyright registration.  A big

13  platform, you never have to say what's copyrighted and what's

14  not.

15         **THE COURT:**  Let's assume it is copyrighted.  Would

16  that then be a derivative work, the source code that was

17  created based upon the plain English thing?  Assuming it was

18  copyrighted, would that then be a derivative work?

19         **MR. BABER:**  No, Your Honor, I don't believe so.

20  Because if you're talking about just the English prose

21  descriptions -- okay, we're not talking about the method

22  signatures, the package names, any of that -- if you're talking

23  about just the English prose descriptions, which are like the

24  definitions in a dictionary, then you would have to look at

25  what are the corresponding English prose descriptions in the

PROCEEDINGS                                                   888

 1  Google libraries.  And you would have to compare all the

 2  dictionary entries in one to all the dictionary entries in the

 3  other to compare the two works as a whole.

 4          **THE COURT:**  Well, all right.  I see your point.  Even

 5  there, though, even English commentary to English commentary,

 6  there are -- it's not identical, but there are a number of

 7  places where it's pretty close.  What's your answer going to be

 8  to that?

 9          **MR. BABER:**  The answer to those, Your Honor, is that,

10  first of all, this is very technical language.

11          And if you look at them, they are all written in

12  pretty much the same style.  The Java language dictates some of

13  that:  This API returns X.  Well, that's what you would expect

14  the description of the API to be.  It returns X.

15          So on those that's, Your Honor, when we briefed

16  previously some of the other copyright doctrines that are out

17  there.  The merger doctrine, when you have a very short

18  sentence that is very simple.  There have been copyright cases

19  "apply hook to wall" --

20          **THE COURT:**  I understand.  But we've got hundreds of

21  these, and some of them are longer than four words.  There are

22  some of them that are 12 or 15 words long, and they kind of

23  read the same.  Don't you think?

24          **MR. BABER:**  No, Your Honor, we don't.  And that's not

25  our expert's view either.

```
 1          If you look at them and look at lots of pairs of
 2   them, do they use the same key words?  Absolutely.  Because
 3   they are describing the same API that takes the same arguments
 4   as input and takes the same return as an output.  And you have
 5   to use those words.  You have to put in X to get out Y.  And
 6   this is what the API does for you.
 7          But if you -- there's lots -- we have several
 8   exhibits that were used in connection with the summary judgment
 9   motion, as I recall, that shows the descriptions are, in many
10   cases, very, very, very different, even though they are
11   describing the same thing.
12          And the similarities, generally, are a result of the
13   fact that they are describing the same thing.
14          THE COURT:  Go back to your earlier point about
15   English language commentary and whether or not the source code
16   by Google is a derivative work.
17          The analogy is, I think -- I'm trying to make sure I
18   understand it.  The analogy would be to those cases that say
19   you describe how the game is played, but that doesn't -- gives
20   you a copyright on that description, but it doesn't give you a
21   copyright on playing the game.
22          MR. BABER:  Even worse than that, Your Honor.  Yes,
23   correct.  That and the old *Baker vs. Selden* case, about the
24   accounting, the double-entry bookkeeping method case, which
25   says, if you teach someone how to do something, that doesn't
```

1    give you a monopoly on them doing it.

2           But if you think about the argument they're making

3    right now, imagine a small API, an API that the English prose

4    description says "returns the square root of a number."  Okay.

5    We're now in a world where the method name is not protectable.

6    The package name is not protectable.  The class name is not

7    protectable.  What they're saying is, look, you created source

8    code that returns the square root of a number; therefore, you

9    infringe.

10          Well, Your Honor, it would be copyright law to the

11   extreme to say that a program, any program that calculates a

12   square root infringes someone's rights in a sentence that says

13   "returns the square root of a number" as one of thousands and

14   thousands of comparable statements.

15          **THE COURT:**  Well, it's more to it than that.

16          They say that you have organized your methods and

17   fields into the same set of classes, into the same set of

18   packages that -- for these 37 that the -- that they organized

19   their's.  So it's more than just one square root thing.

20   It's -- I've forgotten the number -- 7,000 methods that are all

21   organized exactly the same way.  I think that's -- that's their

22   structure, sequence, and organization argument.

23          You don't have to answer that.  I think that's

24   their -- that's their point.  And that's one of the issues that

25   have to be decided, I think, by the judge here.  Right?

1            **MR. BABER:**  Yes, I believe -- well, as to whether or

2    not those things are copyrightable, absolutely, we think that's

3    your job, Your Honor.

4            If I can just make two comments.  I think you heard

5    testimony today from Dr. Bloch, about APIs, that once you give

6    an API a name, that's your structure.  That's your organization

7    under the language specification.  You've told it what package

8    it's in, what class it's in.  You've given it a name as a

9    method or something else that's in the package.  And that's the

10   organization.  The names are the organization under the *Java*

11   *Language Specification* for these so-called fully-qualified

12   names.

13           There isn't a separate structure, sequence, and

14   organization that is somewhere in the world apart from the

15   names.  It is the names that put them in those packages and in

16   those classes.

17           So -- and I want to make sure we're on the same page.

18           **THE COURT:**  Couldn't you have -- under your

19   organization, you could have put the square root thing, instead

20   of putting it under math, you might have put it under science.

21   And you didn't have to use the exact same setup and

22   organization that Java did.

23           **MR. BABER:**  Your Honor, but if you did, if you put it

24   somewhere else, two things.  First of all, any existing code

25   that used that API wouldn't work because it would go to find

PROCEEDINGS                                                 892

1  that code to perform the function, and it wouldn't be where

2  it's called, number one.

3         And, number two, all those programmers that you heard

4  about, who've not only learned these APIs but memorized them so

5  that they can write their programs using this shorthand, using

6  this special vocabulary, those people would have to learn a new

7  vocabulary.

8         So that wouldn't work if you gave it a different

9  name, and it was in a different package or a different class.

10        **THE COURT:**  Okay.  One last question.  And that is,

11  are there subsidiary questions of fact that the jury should

12  decide, that would tie into the judge's determination on

13  copyrightability?  Or is it all just up to the judge to make

14  his or her own decision on the facts?

15        **MR. BABER:**  I believe, Your Honor, it's up to you.

16  And, memory serves, in our briefs we have cited cases where

17  other District judges have said the jury has no role to play in

18  deciding issues of copyrightability.

19        **THE COURT:**  Let's hear from Mr. Jacobs.  What do you

20  say on that issue?

21        **MR. JACOBS:**  I think I still am where I was on this,

22  which is, depending on where you draw that line, you could

23  create subsidiary issues of fact.

24        **THE COURT:**  Give me an example.

25        **MR. JACOBS:**  Well, suppose the Court were to say that

PROCEEDINGS

1   it -- it would be arbitrary.  I think both sides are saying to

2   you that the structure, sequence, and organization is the

3   design of the APIs and their organization.  And Google is

4   saying to you that's uncopyrightable, and we're saying to you

5   that's copyrightable.

6           And if you instruct the jury that it is -- that the

7   structure, sequence, and organization, as reflected in the

8   design of the 37 packages that are at issue in this lawsuit, is

9   protectable subject matter under the copyright laws, it is

10  copyrightable, then I think we have not only -- then I think we

11  have infringement because they've essentially conceded -- they

12  have conceded substantial similarity.

13          And then the only question is, do they have an excuse

14  for that infringement based on this desire for compatibility

15  that Mr. Baber just referred to?

16          But an arbitrary line, for example, that said, well,

17  the names on the left side, they're not protectable, so you've

18  got to compare the names in the middle and the names on the

19  right, that's some kind of -- some kind of odd instruction that

20  I don't think either of us are going to ask you for, could

21  create fact issues.

22          **THE COURT:**  Well, on the fair use defense, let's

23  assume that it is copyrightable for a moment.  Is fair use for

24  the judge or for the jury?

25          **MR. JACOBS:**  I think here it will ultimately be for

1   the judge.  But it is -- but fair use, at least, unlike

2   copyrightability, is an issue with either a factual issue or an

3   issue with facts underlying it.

4          **THE COURT:**  Why is it for the judge?

5          **MR. JACOBS:**  Because I think, as a matter of law,

6   given the commercial use that Google is making of these -- of

7   these API designs, there can be no question of fair use.

8          They'll disagree with that, but that is an issue we

9   would brief to you as a JMOL motion pre-verdict, if you were to

10  instruct that the design of the API as reflected in the

11  structure, sequence, and organization is subject copyrightable

12  subject matter.

13         **THE COURT:**  Let's assume that that's what the court

14  decides, that you're right that it's copyrightable.  And I'm

15  not -- I'm just saying arguendo, assuming arguendo that.

16         You're saying that the jury should not be allowed to

17  even consider fair use because the asserted reasons for fair

18  use are invalid as a matter of law?

19         **MR. JACOBS:**  Yes.  And we would so move.

20         **THE COURT:**  Have you briefed that yet?

21         **MR. JACOBS:**  No.  That has not been -- well,

22  actually, in our summary judgment motion we took this on, I

23  believe.

24         **THE COURT:**  Well -- all right.

25         **MR. JACOBS:**  But not in the way -- not in the level

 1   that you've had us briefing in the last few weeks, Your Honor.

 2          **THE COURT:**  Sorry you have to work so hard.

 3          **MR. JACOBS:**  No, it's good.

 4          **THE COURT:**  What do you say on the Google side about

 5   that, those issues?

 6          **MR. BABER:**  Well, no surprise, I couldn't disagree

 7   more with Mr. Jacobs about one thing, which is his last point.

 8          The Supreme Court has made clear more than once that

 9   no one of the four statutory fair use factors is dispositive.

10   Period.

11          **THE COURT:**  What are they?

12          **MR. BABER:**  The nature of the copyrighted work, the

13   amount taken in reference to the work as a whole, and the

14   purpose of the work, and the affect on the market, or potential

15   market for the copyrighted work, and any other factors that are

16   deemed relevant.  So in this case --

17          **THE COURT:**  If it goes to the jury, is that what the

18   Supreme Court says?

19          **MR. BABER:**  I'm not sure the Supreme Court has said

20   it goes to the jury.  I think it does go to the jury.  I'm not

21   sure it's a Supreme Court case that says it goes to the jury,

22   but it's a statutory defense under the copyright statute.  So

23   just like infringement, I think fair use goes to the jury.

24          **THE COURT:**  So your argument would be -- let me see

25   if I can say your argument, so I can focus for a moment.

PROCEEDINGS

```
 1            Your argument would be, all right, assume that
 2   structure, sequence, and organization is copyrightable.
 3   Nonetheless, Google spent much time and effort to write up its
 4   own source code, and while it does use the same structure,
 5   sequence, and organization on the 37 APIs, out of -- I'm making
 6   this part up -- out of 17,000 lines of code only 1,000 are the
 7   same.
 8            MR. BABER:  15 million, Your Honor.
 9            THE COURT:  15 million, I mean.
10            (Laughter)
11            THE COURT:  Only a few hundred are the same.  And
12   those are the declarations.
13            And so your argument would be that that small amount
14   of copying of the outline is fair use in order to achieve the
15   public interest of compatibility.
16            MR. BABER:  That's my second argument, Your Honor.
17            THE COURT:  What's your first argument?
18            MR. BABER:  My first argument is, even if it's
19   copyrightable, there is still no infringement because the
20   elements that were taken are a relatively small part of the
21   work that they registered, which includes not just these 37
22   APIs and the other 14 APIs we have, that they've dropped during
23   the course of the lawsuit, but it also includes 110 other APIs,
24   and it includes a virtual machine and other things.
25            So whenever you're talking about infringement, the
```

PROCEEDINGS

1  Ninth Circuit has said over and over again you have to compare

2  the two works as a whole.  You don't take one file to one file.

3  You don't take one name to one name.  You take, what did the

4  plaintiff register?  What is its work?

5          Their work is a very big work.  They say Android

6  infringes.  Android is a very big work.  So when you compare

7  the whole Java platform to Android, we believe the jury could

8  easily make a factual finding, okay, there are some parts that

9  are similar or the same, but no one would ever say that

10  Android, as a work, was a copy of the Java platform.  And

11  that's the appropriate test for infringement.

12          So that's my first argument.

13          **THE COURT:**  All right.

14          **MR. BABER:**  Then my second argument is, even if it

15  wasn't infringement, then, yes, this was clearly a

16  transformative use of those limited elements of the APIs.  The

17  names, the method declarations, those limited elements out of

18  the large Java work have been used in a transformative way to

19  come up with a much larger, much bigger, much more complex

20  work.

21          And transformativeness, the Supreme Court has said

22  recently, is a critical element in terms of whether or not a

23  use is a fair use.

24          **THE COURT:**  What is your witness or witnesses who are

25  going to address fair use?

PROCEEDINGS                                          898

1           **MR. BABER:**  Your Honor, fair use will be addressed

2    through a number of witnesses.

3           Our technical people will talk about just like --

4    well, Dr. Bloch, didn't get to it today, but they'll talk about

5    what's actually in Android.  In other words, what parts of the

6    Java APIs are actually in Android, the method signatures.  Our

7    expert will certainly talk about the same thing, Dr. Astrachan.

8    Dr. Astrachan can certainly talk about the nature of the work,

9    the Java platform.  It is a software work.  It's a functional

10   work.  It's utilitarian.  Et cetera.  In terms of trying to

11   stick to the factors in my head.

12          Transformativeness, certainly Mr. Rubin and

13   Mr. Bornstein and other people who have worked on Android can

14   talk about this is what Android is, the whole thing, what the

15   platform is, what it does.  Their testimony will all go to the

16   issue of transformativeness.

17          **THE COURT:**  Is that a Supreme Court word?

18          **MR. BABER:**  Transformative?

19          **THE COURT:**  Yeah.

20          **MR. BABER:**  I believe it is, Your Honor.  But,

21   certainly a Ninth Circuit word.  That's for sure.

22          **THE COURT:**  All right.  Do you have any internal

23   e-mails that say this is fair use?  Or is that something that

24   is after the fact?

25          **MR. BABER:**  Your Honor, I don't think we have any

PROCEEDINGS                                                         899

```
 1  internal e-mails that say it's fair use or talk about

 2  structure, sequence or organization, or talk about any kind of

 3  copyright concepts.

 4          Your Honor, if I may, I want to exclude from my last

 5  answer:  Obviously, I have not reviewed anything that's

 6  privileged, that would come from the Google legal department.

 7          THE COURT:  I understand that.  Possibly it's

 8  privileged, but none of us will see that.

 9          Well, the five questions that I gave you today do not

10  get to fair use, and so forth.  But I would be interested in

11  getting tomorrow your first cut at how we can pose the

12  questions to the jury, including, you know, you can write up

13  a -- red line all you want.  But I would like you to do it in

14  handwriting so it will be clear to me where you want to make

15  the changes.  But then you can add the additional questions

16  about fair use so I can see how that will fit in.

17          What I'm trying to do before I draft the jury

18  instructions, it's always best to draft the verdict form.  Or

19  get a good draft of it.  Because that, in turn, helps me

20  understand what I need to say to the jury.

21          You can help me greatly if any of you would

22  streamline things by dropping issues.  That way, I don't have

23  to instruct on things that may wind up being a point of

24  confusion.

25          But, you know, I can't require you to drop anything.
```

PROCEEDINGS                                        900

```
 1   I'm just saying, sometimes good lawyers like you will realize
 2   that dropping side shows may help you in the long-run.
 3            All right.  I've run out of things.  This has been a
 4   useful conversation for me.
 5            MR. VAN NEST:  Your Honor.
 6            THE COURT:  Yes.
 7            MR. VAN NEST:  Just to clarify what you want, I
 8   understand you want the jury questions you gave us this morning
 9   red lined.  You want them in the morning.
10            THE COURT:  Yes.
11            MR. VAN NEST:  And then you mentioned you had some
12   questions you wanted us to brief, that we've been talking
13   about.
14            THE COURT:  You can have a little longer on that.
15   When do you think you can get me the briefs?  Maybe by Sunday
16   afternoon?
17            MR. VAN NEST:  I would think so.  Sunday afternoon.
18            THE COURT:  Why are you looking around?
19            (Laughter)
20            MR. VAN NEST:  Sunday afternoon.  I don't know why
21   I'm always the one, Your Honor.  But Sunday afternoon what
22   time?
23            THE COURT:  3:00 p.m.
24            MR. VAN NEST:  Fair enough.  We'll do it.  Page
25   limit?  The sky's the limit?
```

PROCEEDINGS                                901

1          (Laughter)

2          THE COURT:  How about ten pages.  Will that work?

3          MR. JACOBS:  That's fine, Your Honor.

4          MR. VAN NEST:  We'll do that.

5          THE COURT:  Fine.  See you tomorrow.

6          MR. VAN NEST:  Thank you, Your Honor.

7          MR. JACOBS:  Thank you, Your Honor.

8          (At 1:35 p.m. the proceedings were adjourned until

9          Friday, April 20, 2012, at 7:30 a.m.)

10                        -  -  -  -  -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **I   N   D   E   X**

2

**PLAINTIFF'S WITNESSES**                          **PAGE**    **VOL.**

3

**REINHOLD, MARK B.**

4  (PREVIOUSLY SWORN)                                670       4
   Direct Examination Resumed by Mr. Jacobs         670       4

5  Cross Examination by Mr. Purcell                  698       4
   Redirect Examination by Mr. Jacobs               727       4

6

7  **BLOCH, JOSHUA**
   (SWORN)                                           731       4

8  Direct Examination by Mr. Jacobs                  732       4
   Cross Examination by Mr. Baber                    757       4

9  Redirect Examination by Mr. Jacobs               827       4
   Recross Examination Resumed by Mr. Baber         832       4

10 Further Redirect examination by Mr. Jacobs       836       4

11

12 **LINDHOLM, TIMOTHY**
   (SWORN)                                           837       4

13 Direct Examination by Mr. Boies                   839       4
   Cross Examination by Ms. Anderson                 858       4

14 Redirect Examination by Mr. Boies                 876       4

15

16                              _   _   _

17

18

19

20

21

22

23

24

25

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | VOL. | EVID | VOL. |
|---|---|---|---|---|
| 3, 9, 10, 11, 12 | | | 838 | 4 |
| 17, 125, 212, 213, 222 | | | 838 | 4 |
| 25, 987 | | | 841 | 4 |
| 30 | | | 656 | 4 |
| 36, 37, 38, 39, 40 | | | 655 | 4 |
| 41, 42, 43, 44, 45, 46 | | | 655 | 4 |
| 47, 51, 53, 54, 65, 70, 74 | | | 655 | 4 |
| 317, 318, 321, 325, 330 | | | 838 | 4 |
| 326 | | | 852 | 4 |
| 610.2 | | | 672 | 4 |
| 622 | | | 692 | 4 |
| 623 | | | 691 | 4 |
| 623.1 - 623.10 | | | 695 | 4 |
| 624 | | | 738 | 4 |
| 794 | | | 755 | 4 |
| 965 | | | 692 | 4 |
| 980, 981 | | | 690 | 4 |
| 1062, 1063 | | | 681 | 4 |
| 3452 | 834 | 4 | | |
| 4027 | | | 835 | 4 |

—  —  —

1

2

3                    **CERTIFICATE OF REPORTERS**

4          We, KATHERINE POWELL SULLIVAN and DEBRA L. PAS,

5    Official Reporters for the United States Court, Northern

6    District of California, hereby certify that the foregoing

7    proceedings in C 10-3561 WHA, **Oracle America, Inc., vs. Google,**

8    **Inc.,** were reported by us, certified shorthand reporters, and

9    were thereafter transcribed under our direction into

10   typewriting; that the foregoing is a full, complete and true

11   record of said proceedings at the time of filing.

12

13   _____ /s/ Katherine Powell Sullivan _____

14

          Katherine Powell Sullivan, CSR #5812, RPR, CRR
15                      U.S. Court Reporter

16

17

18   _____ /s/ Debra L. Pas _____

19          Debra L. Pas, CSR #11916, RMR CRR

20

21                  Thursday, April 19, 2012

22

23

24

25