IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RE BRIEF DUE SUNDAY** |
| GOOGLE INC., | |
| Defendant. | |

The judge would like counsel to answer the following in the briefs due Sunday:

1.  Do any of the Sun compiled lines in the 37 APIs call upon part or all of another API as a step?

2.  If so, do the accused APIs likewise call upon the same other API? That is, even though the implementations are different from the Sun implementation, do the accused APIs borrow from other APIs in the same pattern?

3.  If the answer to question 1 is yes, do any of the compiled lines in the 37 Sun APIs call upon part or all of another API outside the 37? Put differently, is all of the cross referencing done within the 37?

Call upon, as used herein, means a line of code that invokes the name of the other API,

including the arguments, and the using the return in the follow-on compiled lines. This would be done to save reinventing the same code already resident in another API.

**IT IS SO ORDERED.**

Dated: April 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE