IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                             /

No. C 10-03561 WHA

**SUPPLEMENTAL ORDER
RE BRIEF DUE SUNDAY**

    What efficiencies, if any, are obtained by grouping methods or fields together under a single class? Put differently, what would be lost if a method that returned the cosine of an angle was grouped under a class other than Math? This discussion should get the pros and cons of the particular interrelationships (e.g., inheritance) within the 37 API packages.

**IT IS SO ORDERED.**

Dated: April 21, 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE