[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON COPYRIGHT ISSUES** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Judge: Honorable William H. Alsup |

**STIPULATION**

WHEREAS, the Court has directed the parties to submit two 10-page briefs regarding copyright issues (*see* RT at 882-92, 917-22; ECF 948; ECF 953); and

WHEREAS, the parties agree that a single 20-page brief covering all issues would be more efficient;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

The parties shall each submit a single brief of up to 20 pages responding to the Court's questions on copyright issues (*see* RT at 882-92, 917-22, ECF 948; ECF 953).

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____

Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | Dated: April 22, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: __/s/ *Daniel P. Muino*_____<br>        Daniel P. Muino |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725) |
| 6 | | mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624) |
| 7 | | dmuino@mofo.com<br>755 Page Mill Road |
| 8 | | Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600 |
| 9 | | Facsimile: (650) 494-0792 |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com<br>333 Main Street |
| 12 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 15 | | Oakland, CA  94612<br>Telephone: (510) 874-1000 |
| 16 | | Facsimile: (510) 874-1460 |
| 17 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 18 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 19 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. |
| 20 | | 211600)<br>matthew.sarboraria@oracle.com |
| 21 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 22 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 23 | | |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON COPYRIGHT ISSUES
CASE NO. CV 10-03561 WHA
sf-3136246

2

| | | |
|---|---|---|
| 1 | Dated: April 22, 2012 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: /s/ *Michael Kwun*<br>        Michael Kwun |
| 4 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 5 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 6 | | canderson@kvn.com<br>DANIEL PURCELL (SBN 191424) |
| 7 | | dpurcell@kvn.com<br>633 Battery Street |
| 8 | | San Francisco, CA 94111<br>Telephone: (415) 391-5400 |
| 9 | | Facsimile: (415) 397-7188 |
| 10 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 11 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 12 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 13 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 14 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 15 | | |
| 16 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 17 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 18 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 19 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 20 | | Facsimile:  (415) 318-1300 |
| 21 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 22 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 23 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 24 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 25 | | Facsimile: (650) 328-8508 |
| 26 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON COPYRIGHT ISSUES
CASE NO. CV 10-03561 WHA
sf-3136246

3

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this "Stipulation and [Proposed] Order Regarding Briefing on Copyright Issues." In compliance with General Order 45, X.B., I hereby attest that Michael Kwun has concurred in this filing.

Date: April 22, 2012                                 ___/s/ *Daniel P. Muino*_
                                                            DANIEL P. MUINO