1  KEKER & VAN NEST LLP                         KING & SPALDING LLP
   ROBERT A. VAN NEST - # 84065                 DONALD F. ZIMMER, JR. - #112279
2  rvannest@kvn.com                             fzimmer@kslaw.com
   CHRISTA M. ANDERSON - # 184325               CHERYL A. SABNIS - #224323
3  canderson@kvn.com                            csabnis@kslaw.com
   DANIEL PURCELL - # 191424                    101 Second Street, Suite 2300
4  dpurcell@kvn.com                             San Francisco, CA  94105
   633 Battery Street                           Tel:  415.318.1200
5  San Francisco, CA 94111-1809                 Fax: 415.318.1300
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  KING & SPALDING  LLP                         IAN C. BALLON - #141819
   SCOTT T. WEINGAERTNER                        ballon@gtlaw.com
8  (*Pro Hac Vice*)                             HEATHER MEEKER - #172148
   sweingaertner@kslaw.com                      meekerh@gtlaw.com
9  ROBERT F. PERRY                              GREENBERG TRAURIG, LLP
   rperry@kslaw.com                             1900 University Avenue
10 BRUCE W. BABER (Pro Hac Vice)                East Palo Alto, CA  94303
   1185 Avenue of the Americas                  Tel: 650.328.8500
11 New York, NY 10036                           Fax: 650.328.8508
   Tel: 212.556.2100
12 Fax: 212.556.2222

13
   Attorneys for Defendant
14 GOOGLE INC.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18  ORACLE AMERICA, INC.,                    Case No. 3:10-cv-03561 WHA

19           Plaintiff,                      **GOOGLE INC.'S ROLLING LIST OF NEXT TEN WITNESSES**

20       v.
                                             Dept.:    Courtroom 8, 19th Floor
21  GOOGLE INC.,                             Judge:    Hon. William Alsup

22           Defendant.

1  Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. No. 851) and the
2  parties' agreement to increase the number of witnesses on the list to ten (Dkt. No. 884), Google
3  Inc. hereby files and serves its current list of anticipated next ten trial witnesses:

4      1.  Josh Bloch

5      2.  Dan Bornstein

6      3.  Larry Ellison (by video)

7      4.  Craig Gering

8      5.  Bob Lee

9      6.  Hiroshi Lockheimer

10     7.  Mark Reinhold

11     8.  Hasan Rizvi

12     9.  Andrew Rubin

13     10. Eric Schmidt

Dated:  April 22, 2012                                      KEKER & VAN NEST LLP

                                                                           /s/ Robert A. Van Nest
                                                        By:  ROBERT A. VAN NEST

                                                        Attorneys for Defendant
                                                        GOOGLE INC.