KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

KING & SPALDING  LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA  94105
Tel:  415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA  94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**GOOGLE'S STATEMENT REGARDING ORDER REGARDING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: ALL ISSUES OF FACT AND LAW THAT MUST BE RESOLVED BY THE JUDGE, INCLUDING SCOPE OF PROTECTION OF THE COPYRIGHTS**<br><br>Dept.:     Courtroom 8, 19th Floor<br>Judge:     Hon. William Alsup |

GOOGLE'S STATEMENT RE ORDER RE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF
LAW RE ALL ISSUES OF FACT AND LAW THAT MUST BE RESOLVED BY THE JUDGE,
INCLUDING SCOPE OF PROTECTION OF THE COPYRIGHTS
Case No. 3:10-CV-03561 WHA

653404.01

1  Google respectfully proposes only one modification to the Court's proposed Order Regarding Proposed Findings of Fact and Conclusions of Law Re: All Issues of Fact and Law That Must Be Resolved by the Judge, Including Scope of Protection of the Copyrights.  That proposed modification is that the first filing be due by noon on the second business day following the close of evidence in Phase One (instead of by noon on the first business day following the close of evidence).

Dated:  April 22, 2012

KEKER & VAN NEST LLP

By: /s/ Robert A. Van Nest
ROBERT A. VAN NEST

Attorneys for Defendant
GOOGLE INC.

1
GOOGLE'S STATEMENT RE ORDER RE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE ALL ISSUES OF FACT AND LAW THAT MUST BE RESOLVED BY THE JUDGE, INCLUDING SCOPE OF PROTECTION OF THE COPYRIGHTS
Case No. 3:10-cv-03561 WHA

653404.01