1    MORRISON & FOERSTER LLP
     MICHAEL A. JACOBS (Bar No. 111664)
2    mjacobs@mofo.com
     KENNETH A. KUWAYTI (Bar No. 145384)
3    kkuwayti@mofo.com
     MARC DAVID PETERS (Bar No. 211725)
4    mdpeters@mofo.com
     DANIEL P. MUINO (Bar No. 209624)
5    dmuino@mofo.com
     755 Page Mill Road, Palo Alto, CA 94304-1018
6    Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

7    BOIES, SCHILLER & FLEXNER LLP
     DAVID BOIES (Admitted *Pro Hac Vice*)
8    dboies@bsfllp.com
     333 Main Street, Armonk, NY 10504
9    Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
     STEVEN C. HOLTZMAN (Bar No. 144177)
10   sholtzman@bsfllp.com
     1999 Harrison St., Suite 900, Oakland, CA 94612
11   Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

12   ORACLE CORPORATION
     DORIAN DALEY (Bar No. 129049)
13   dorian.daley@oracle.com
     DEBORAH K. MILLER (Bar No. 95527)
14   deborah.miller@oracle.com
     MATTHEW M. SARBORARIA (Bar No. 211600)
15   matthew.sarboraria@oracle.com
     500 Oracle Parkway, Redwood City, CA 94065
16   Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17   *Attorneys for Plaintiff*
     ORACLE AMERICA, INC.

18

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

22

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **UPDATE ON REEXAMINATION OF '702 PATENT** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 9, 19th Floor |
| | Judge: Honorable William H. Alsup |
| Defendant. | |

1        Oracle America, Inc. submits this update on the PTO's progress in reexamining the

2   asserted claims of the '702 patent.  On April 19, 2012, the PTO mailed a Notice of Intent to Issue

3   Ex Parte Reexamination Certificate confirming the patentability of all the asserted claims of the

4   '702 patent.  Attached hereto is a copy of the PTO's notice.

5

6

7   Dated: April 22, 2012               MORRISON & FOERSTER LLP

8                            By:  /s/  Michael A. Jacobs

9                             *Attorneys for Plaintiff*
ORACLE AMERICA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/011,492 | 02/15/2011 | 5,966,702 | 13557.112021 | 8223 |

| 25226 | 7590 | 04/19/2012 | EXAMINER |
|---|---|---|---|

MORRISON & FOERSTER LLP
755 PAGE MILL RD
PALO ALTO, CA 94304-1018

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 04/19/2012

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

KING & SPALDING LLP

1180 Peachtree Street

Atlanta, Georgia 30309

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/011,492*.

PATENT NO. *5,966,702*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Notice of Intent to Issue*<br>*Ex Parte Reexamination Certificate* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/011,492 | 5,966,702 |
| | Examiner | Art Unit |
| | MARY STEELMAN | 3992 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of

    (a) ☒ Patent owner's communication(s) filed: <u>04/09/2012</u>.
    (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
    (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
    (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
    (e) ☐ Other: _____.

2. The Reexamination Certificate will indicate the following:
    (a) Change in the Specification:    ☐ Yes ☒ No
    (b) Change in the Drawing(s):     ☐ Yes ☒ No
    (c) Status of the Claim(s):

        (1) Patent claim(s) confirmed: <u>1,5-7,11-13,15 and 16</u>.
        (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
        (3) Patent claim(s) canceled: _____.
        (4) Newly presented claim(s) patentable: _____.
        (5) Newly presented canceled claims: _____.
        (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
        (7) Patent claim(s) not subject to reexamination: <u>2-4, 8-10, 14, and 17-23</u>.

3. ☒ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

4. ☒ Note attached NOTICE OF REFERENCES CITED (PTO-892).

5. ☐ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).

6. ☐ The drawing correction request filed on _____ is: ☐ approved ☐ disapproved.

7. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some*  c)☐ None   of the certified copies have
        ☐ been received.
        ☐ not been received.
        ☐ been filed in Application No. _____.
        ☐ been filed in reexamination Control No. _____.
        ☐ been received by the International Bureau in PCT Application No. _____.

    * Certified copies not received: _____.

8. ☐ Note attached Examiner's Amendment.

9. ☐ Note attached Interview Summary (PTO-474).

10. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| | /Mary Steelman/<br>Primary Examiner<br>Art Unit: 3992 |
|---|---|

cc: Requester (if third party requester)

## NOTICE OF INTENT TO ISSUE EX PARTE REEXAMINATION CERTIFICATE

Per Request received 02/15/2011, regarding USPN 5,966,702 to Fresko et al., claims 1, 5-7, 11-

13, and 15-16 are under reexamination. This office action is in response to Patent Owner's After

Final Remarks and Exhibit A, Supplemental Declaration of Dr. Goldberg, received 04/09/2012.

The Supplemental Declaration of Professor Benjamin Goldberg has been entered, considered,

and weighed.

## Non Patent Literature

The Java Virtual Machine Specification, Chapter 9, Tim Lindholm and Frank Yellin, pp. 329-

428, Sept. 1996, first edition (Exhibit B, received 04/09/2012) is entered into prosecution. Patent

Owner asserts that, in response to Examiner comments, this reference is necessary to evidence

the reading of Tock's recoding of bytecodes in a quick instruction format as remaining machine-

or platform-independent. Quick instructions, resulting from quickening the original bytecodes,

do not appear in class files: "the _quick pseudo- instructions are not part of the Java Virtual

Machine specification and do not appear in class files." (The Java Virtual Machine Specification,

by Tim Lindholm and Frank Yellin, Chapter 9, pages 389-390, Sept. 1996, first edition)

## A Summary of Patent Owner and Declarant Remarks

Patent Owner cites to the '702 specification: "[c]lass files contain bytecode instructions," and

that bytecode instructions include code and data in a machine-independent format. ('702 Patent,

Application/Control Number: 90/011,492                                        Page 3
Art Unit: 3992

1:34, "classfiles contain bytecode instructions"; 2:62-3:1, "Java classes are compiled into

machine independent bytecode class files...platform-independent format called the class file

format").


See '702, 8: 61-9: 7, "Embodiments of the invention examine the constant pool table for each

class in a set of classes to determine where duplicate information exists...[duplicate] string

constant may be removed from each class file structure and placed in a shared constant pool

table..." An embodiment of a "multi-class file" is defined in the '702 Patent (9: 8-65) as

comprising a shared pool count, a shared pool, a memory allocation requirement; a classfile

count, and classfiles. See also '702, 9: 1-54 (mclass embodiments described); 10:25-51 ("...the

class files are consolidated in a single multi-class file...").


In contrast to Tock ('718, 6: 41-44, "...bytecodes using a non-quick instruction format that

symbolically reference methods are recoded in a quick instruction format that references the

methods directly") which recodes bytecodes of the initially platform independent class files,

transforming them into code with specific memory layout (platform specific), Fresko does not

recode bytecodes of the platform-independent class files.


Tock's invention results in a device specific output module of preloaded classes (memory

representation of loaded class/ identifies the internal memory layout of a specific target device).

See Tock '718, 5:29-50, "the offline class loader performs additional processing to tailor the

Application/Control Number: 90/011,492                                    Page 4
Art Unit: 3992

class files that were originally structured for dynamic loading for a preloaded class

environment"; 6:37-44, recoding bytecode instructions; 7:36-8:13, "Once the class data

structures are allocated, pointers to the location of each of these structures is included in the class

block."

As evidenced by The Java Virtual Machine Specification, pp. 389-390, Tock's recoded

bytecodes ("the _quick pseudo- instructions") do not appear in class files.

Patent Owner asserts that the specification, without exception, describes the "multi-class file" as

being platform-independent, and therefore the broadest reasonable interpretation, *consistent with

the specification*, of "multi-class file" necessarily must include such platform-independence.

Tock copies (Tock, 10: 37-41) "all methods and data that must be resident in random access

memory during execution to the random access memory locations assigned to them by the

linker." (emphasis added)  However, Tock is silent regarding the loading of a multiclass file as

recited in claim 16, as that term has been construed above.

Examiner additionally notes that the Fresko '702 invention determines memory allocation (4: 67-

5:1), and in contrast the Tock '718 invention (4: 29; 5: 53-54; 8: 8-12) determines memory

layout (which is machine specific).  In view of the discussion relating to Tock, Examiner finds

Application/Control Number: 90/011,492                                    Page 5
Art Unit: 3992

Patent Owner and Declarant arguments persuasive. The prior 35 USC 102(e) rejections of

claims 1, 5-7, 11-13, 15, and 16 are hereby withdrawn.


**Examiner's Statement of Reasons for Patentability**

Tock fails to teach:

(limitation of claim 1, and similarly recited in independent claims 7, 11, and 13)

"forming a multi-class file comprising said plurality of reduced class files and said shared table."


(limitation of claim 16)

"said class loader configured to obtain and load said multi-class file into said runtime data area."


As noted in the Final Office Action (02/07/2012, pp. 14-15) Palay fails to teach class files as

defined by the Fresko '702 specification. Palay's invention operates to merge and link object

files, and thus fails to teach a "plurality of class files" or "a plurality of reduced class files," as

recited in claim language.

**Confirmed Claims**

Claims 1, 5-7, 11-13, and 15-16 are confirmed over prior art presented in this reexamination.

Any comments considered necessary by the Patent Owner regarding the above statement must be

submitted promptly to avoid processing delays. Such submission by the Patent Owner should be

labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation: and will be

placed in the reexamination file.

**Conclusion   Extensions of Time**

Application/Control Number: 90/011,492                                    Page 6
Art Unit: 3992

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the

provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination

proceeding.  Additionally, 35 U.S.C. 305 requires that reexamination proceedings "will be

conducted with special dispatch" (37 CFR 1.550(a)). Extension of time in ex parte reexamination

proceedings are provided for in 37 CFR 1.550(c).  A request for extension of time must be filed

on or before the day on which a response to this action is due, and it must be accompanied by the

petition fee set forth in 37 CFR 1.17(g).  The mere filing of a request will not affect any

extension of time.  An extension of time will be granted only for sufficient cause, and for a

reasonable time specified.

**Notification of Other Proceedings**

The patent owner is reminded of the continuing responsibility under 37 CFR 1.985(a) to apprise

the Office of any litigation activity, or other concurrent proceeding, involving the patent under

reexamination throughout the course of this reexamination proceeding. The third party requester

is also reminded of the ability to similarly apprise the Office of any such activity or proceeding

throughout the course of this reexamination proceeding. See MPEP §2686 and 2686.04.


All correspondence relating to this *ex partes* reexamination proceeding should be directed:

By EFS:  Registered users may submit via the electronic filing system EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered

By Mail to:    Mail Stop Ex Partes Reexam

                        Attn:  Central Reexamination Unit

                        Commissioner for Patents

Application/Control Number: 90/011,492                                      Page 7
Art Unit: 3992

> United States Patent & Trademark Office
>
> P.O. Box 1450
>
> Alexandria, VA  22313-1450

By FAX to:   (571) 273-9900

> Central Reexamination Unit

By Hand:   Customer Service Window

> Randolph Building
>
> 401 Dulany Street
>
> Alexandria, VA  22314

Any inquiry concerning this communication or earlier communications from the examiner, or as

to the status of this proceeding, should be directed to the Central Reexamination Unit at

telephone number (571) 272-7705.

/Mary Steelman/                              Conferees: /EBK/

Primary Examiner
                                             Alexander Kosowski
Central Reexamination Unit 3992              Supervisor
                                             Art Unit 3992
(571) 272-3704

| Notice of References Cited | Application/Control No. 90/011,492 | Applicant(s)/Patent Under Reexamination 5,966,702 | |
|---|---|---|---|
| | Examiner MARY STEELMAN | Art Unit 3992 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| * | U | The Java Virtual Machine Specification, by Tim Lindholm and Frank Yellin, Chapter 9, pp. 329-428, Sept. 1996, first edition |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

 **United States Patent and Trademark Office**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 8223**

| SERIAL NUMBER 90/011,492 | FILING OR 371(c) DATE 02/15/2011 RULE | CLASS 707 | GROUP ART UNIT 3992 | ATTORNEY DOCKET NO. 13557.112021 |
|---|---|---|---|---|

**APPLICANTS**

5,966,702, Residence Not Provided;
~~SUN MICROSYSTEMS, INC. (OWNER), PALO ALTO, CA;~~
~~KING & SPALDING (3RD.PTY.REQ.), ATLANTA, GA;~~
~~KING & SPALDING, ATLANTA, GA~~
Oracle America, Inc

** CONTINUING DATA ****************************

This application is a REX of 08/961,874 10/31/1997 PAT 5,966,702

** FOREIGN APPLICATIONS *********************

| Foreign Priority claimed ☐ yes ☒ no | | | |
|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS 23 | INDEPENDENT CLAIMS 4 |
| Verified and Acknowledged **/Mary Steelman/** Examiner's Signature     Initials | | | |

**ADDRESS**
22804

**TITLE**
METHOD AND APPARATUS FOR PRE-PROCESSING AND PACKAGING CLASS FILES

| FILING FEE RECEIVED 2520 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

| *Reexamination* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 90/011,492 | 5,966,702 |
| | Certificate Date | Certificate Number |
| | | C1 |

| Requester | Correspondence Address: | ☐ Patent Owner | ☒ Third Party |
|---|---|---|---|

KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309

| LITIGATION REVIEW ☒ | ms | 01/26/2012 |
|---|---|---|
| | (examiner initials) | (date) |
| Case Name | | Director Initials |
| USDistCt-CA N (San Francisco)3:10cv3561 Oracle America, Inc v. Google Inc OPEN | | A*K for* BY |
| USDistCt-CA N(Oakland)4:10cv3561 Oracle America,Inc v. Google Inc OPEN | | |
| | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| 1.   No copending office proceedings found. | |
| 2. | |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office                              DOC. CODE **RXFILJKT**

| **Search Notes**  | Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|---|
| | 90/011,492 | 5,966,702 | |
| | Examiner | Art Unit | |
| | MARY STEELMAN | 3992 | |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | DATE | EXMR |
| Prosecution history | 03/07/2011 | MS |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Issue Classification | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 90/011,492 | 5,966,702 |
| | **Examiner** | **Art Unit** |
| | MARY STEELMAN | 3992 |

# ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 707 | 692 | 707 | 1 | 2 | 8 | 10 | 102 | | |

| INTERNATIONAL CLASSIFICATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| G | 0 | 6 | F | 9/445 | | | | | |
| | | | | / | | | | | |
| | | | | / | | | | | |
| | | | | / | | | | | |
| | | | | / | | | | | |

| N/A | | **Total Claims Allowed: 9** | |
|---|---|---|---|
| (Assistant Examiner)      (Date) | /Mary Steelman/  04/12/2012 | O.G. Print Claim(s) | O.G. Print Fig. |
| /Shawn S. Hope/  4/17/12 (Legal Instruments Examiner)   (Date) | (Primary Examiner)            (Date) | 1 | 1 |

☒ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

Part of Paper No. 20120412