| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - # 84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - # 184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| DANIEL PURCELL - # 191424 | 101 Second Street, Suite 2300 |
| dpurcell@kvn.com | San Francisco, CA 94105 |
| 633 Battery Street | Tel: 415.318.1200 |
| San Francisco, CA 94111-1809 | Fax: 415.318.1300 |
| Telephone: 415 391 5400 | |
| Facsimile: 415 397 7188 | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER | ballon@gtlaw.com |
| (*Pro Hac Vice*) | HEATHER MEEKER - #172148 |
| sweingaertner@kslaw.com | meekerh@gtlaw.com |
| ROBERT F. PERRY | GREENBERG TRAURIG, LLP |
| rperry@kslaw.com | 1900 University Avenue |
| BRUCE W. BABER (Pro Hac Vice) | East Palo Alto, CA 94303 |
| 1185 Avenue of the Americas | Tel: 650.328.8500 |
| New York, NY 10036 | Fax: 650.328.8508 |
| Tel: 212.556.2100 | |
| Fax: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR FILING UNDER SEAL AND GRANT GOOGLE LEAVE TO FILE A REVISED DECLARATION IN SUPPORT OF ORACLE'S MOTION TO SEAL** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Hon. William Alsup |

On April 17, 2012 the Court granted in part and denied in part several of the parties' motions to file documents under seal. Dkt. No. 935. On April 22, 2012, Google's counsel, after discussions with Oracle's counsel, realized that several parts of Oracle's filings containing Google's sensitive, non-public information had inadvertently not been included in Google's declaration supporting Oracle's motion to file under seal [Dkt. No. 886]. This financial information is the same as that included in the declaration that was filed, and for which the Court granted Oracle's motion to file under seal. Google therefore moves for leave to file an amended declaration supporting Oracle's Motion to File Under Seal. The revised declaration is attached hereto as Exhibit A.

Pursuant to the local rules, the documents ruled on in the Court's April 17, 2012 order should be filed in the public record by April 23, 2012. Google moves that this deadline be extended until April 30, 2012.

As reflected in the attached Stipulation and [Proposed] Order, Oracle's counsel has agreed to this motion.

Dated: April 23, 2012

KEKER & VAN NEST LLP

By: /s/ Daniel Purcell
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.

# EXHIBIT A

| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER<br>(*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (Pro Hac Vice)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328.8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>       Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF DAVID ZIMMER IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S MOTION TO EXCLUDE PORTIONS OF THE RULE 706 EXPERT REPORT OF DR. JAMES KEARL [DKT NO. 849]**<br><br>Dept.:    Courtroom 8, 19th Floor<br>Judge:   Hon. William Alsup |

I, DAVID ZIMMER, declare as follows:

1. I am an associate with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James R. Kearl [Dkt. No. 849]. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Certain of the redacted portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James R. Kearl expressly disclose or would allow others to easily deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android. It also contains sensitive, non-public information about Google's financial management practices and methodologies. This includes the redacted material at: 4:22-5:7; 5:22-25; 6:7-9; 6:13-21; 6:23-26; 9:23; 9:25. Public release of this information would cause great and undue harm to Google. These selections should therefore be filed under seal.

3. Exhibit B to the Declaration of Meredith Dearborn In Support of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl ("Dearborn Decl.") contains selections from the deposition of Aditya Agarwal, a senior financial analyst at Google. Certain parts of Exhibit B contain sensitive, non-public information about Google's financial management practices and methodologies. This includes the material at 20:11-15; 38:9-39:5; 39:19-21; 51:11-52:24; 75:10-76:17; 112:5-21. Public release of this information would cause great and undue harm to Google. These selections should therefore be filed under seal.

4. Exhibit C to the Dearborn Declaration contains a short selection from the Expert Report of Dr. Alan Cox. This selection includes Google's sensitive, non-public financial data, such as costs, revenues, and profits associated with Android. Public release of this information would cause great and undue harm to Google. This exhibit should therefore be filed under seal in its entirety.

5. Exhibit D to the Dearborn Declaration contains selections from the deposition of Dr. Alan Cox. This selection includes sensitive, non-public information about Google's financial

1
DECLARATION IN SUPPORT OF MOTION TO SEAL [DKT. NO. 849]
Case No. 3:10-cv-03561 WHA

653517.01

management practices and methodologies.  This includes the material at pages and lines 71:3 to 75:18.  Public release of this information would cause great and undue harm to Google.  These portions of this exhibit should therefore be filed under seal.

6. Exhibit E to the Dearborn Declaration contains the Expert Report of Dr. James R. Kearl.  Certain parts of Exhibit E expressly disclose or would allow others to easily deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android.  This includes the figures in ¶¶ 20, 21, 25 (copyright royalty figure), 28, 32 n.43, 48, 49, 50, 51 (entire portfolio and copyright royalty figure), 69 & n.28, 71, 80, 81, 82, 85, 86 & nn. 44 and 45, 92 & n.51, 93 & n.53, 94, 95, 104, 106, 111 (entire portfolio and copyright royalty figure), 112 (copyright figure), 115, 116, 119, 121, 123, 140 n.87, 146, 148 & n.93, 153, 155, 158.  It also includes Tables 1, 2, 3, 4, 5, 6, 7, 8, and 9.  These portions of Exhibit E should therefore be filed under seal.

7. Exhibit F to the Dearborn Declaration contains the deposition of Dr. James R. Kearl.  Certain parts of Exhibit F expressly disclose or would allow others to easily deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android.  This includes lines 73:7-74:18; 75:11-18; 76:13-93:15; 96:13-102:17; 107:7-110:16; 131:6-19; 141:13-21; 143:7-11; 145:16-146:1; 152:15-154:18; 158:22-25; and 202:21-206:8.  These portions of Exhibit F should therefore be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 23, 2012.


By: */s/ David Zimmer*
       DAVID ZIMMER