1  [counsel listed on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | ORACLE AMERICA, INC.              | CASE NO. CV 10-03561 WhA
12 |         Plaintiff,                | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING UNDER SEAL AND GRANT GOOGLE LEAVE TO FILE A REVISED DECLARATION**
13 |    v.                             |
14 | GOOGLE INC.                       |
15 |         Defendant.                | Dept.: Courtroom 8, 19th Floor
16 |                                   | Judge: Honorable William Alsup

STIPULATION RE SEALING
CASE NO. CV 10-03561 WHA
653489.01

**STIPULATION**

WHEREAS, on April 2, 2012 Oracle America, Inc. ("Oracle") filed an Administrative Motion to File Under Seal Portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl [Dkt. No. 849]; and

WHEREAS, some of the material that Oracle moved to seal was material that Google Inc. ("Google") designated Confidential or Highly Confidential – Attorneys' Eyes Only; and

WHEREAS, on April 9, 2012 Google submitted a declaration in support of Oracle's Administrative Motion to File Under Seal [Dkt. No. 886], identifying parts of Oracle's filings that contained highly sensitive financial information, including non-public costs, revenues, and profits; and

WHEREAS, on April 17, 2012 the Court granted the parts of Oracle's Administrative Motion to File Under Seal that were identified by Google as containing such highly-sensitive financial information, including non-public costs, revenues and profits [Dkt. No. 935]; and

WHEREAS, on April 22, 2012, Google's counsel became aware, after discussions with Oracle's counsel, that Google's counsel had inadvertently excluded from its supporting declaration certain parts of Oracle's filings that contained the same highly-sensitive financial information, including non-public costs, revenues and profits that the Court concluded should be filed under seal; and

WHEREAS, pursuant to local rules, the deadline for publicly filing documents ruled on in the Court's April 17, 2012 Order is currently April 23, 2012.

STIPULATION RE SEALING
CASE NO. CV 10-03561 WHA

1

653489.01

**NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. Google shall be granted leave to file a revised Declaration in Support of Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl.

2. Oracle may file under seal the portions of its filings identified in Google's revised Declaration.

3. The deadline for public filing of these materials, and the other materials identified in the Court's April 17, 2012 Order [Dkt. No. 935], shall be extended to April 30, 2012.

### [PROPOSED] ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____

Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 23, 2012 | KEKER & VAN NEST LLP |
| 3 | | |
| 4 | | By:   /s/ Daniel Purcell |
| 5 | | KEKER & VAN NEST LLP |
| | | ROBERT A. VAN NEST (SBN 84065) |
| 6 | | rvannest@kvn.com |
| | | CHRISTA M. ANDERSON (SBN 184325) |
| 7 | | canderson@kvn.com |
| | | DANIEL PURCELL (SBN 191424) |
| 8 | | dpurcell@kvn.com |
| | | 633 Battery Street |
| 9 | | San Francisco, CA 94111-1704 |
| | | Telephone: (415) 391-5400 |
| 10 | | Facsimile: (415) 397-7188 |
| 11 | | KING & SPALDING LLP |
| | | SCOTT T. WEINGAERTNER (Pro Hac Vice) |
| 12 | | sweingaertner@kslaw.com |
| | | ROBERT F. PERRY |
| 13 | | rperry@kslaw.com |
| | | BRUCE W. BABER (Pro Hac Vice) |
| 14 | | bbaber@kslaw.com |
| | | 1185 Avenue of the Americas |
| 15 | | New York, NY 10036-4003 |
| | | Telephone:  (212) 556-2100 |
| 16 | | Facsimile:   (212) 556-2222 |
| 17 | | KING & SPALDING LLP |
| | | DONALD F. ZIMMER, JR. (SBN 112279) |
| 18 | | fzimmer@kslaw.com |
| | | CHERYL A. SABNIS (SBN 224323) |
| 19 | | csabnis@kslaw.com |
| | | 101 Second Street - Suite 2300 |
| 20 | | San Francisco, CA 94105 |
| | | Telephone: (415) 318-1200 |
| 21 | | Facsimile:  (415) 318-1300 |
| 22 | | GREENBERG TAURIG, LLP |
| | | IAN C. BALLON (SBN 141819) |
| 23 | | ballon@gtlaw.com |
| | | HEATHER MEEKER (SBN 172148) |
| 24 | | meekerh@gtlaw.com |
| | | 1900 University Avenue |
| 25 | | East Palo Alto, CA 94303 |
| | | Telephone: (650) 328-8500 |
| 26 | | Facsimile: (650) 328-8508 |
| 27 | | Attorneys for Defendant |
| | | GOOGLE INC. |
| 28 | | |

STIPULATION RE SEALING
CASE NO. CV 10-03561 WHA

3

653489.01

Dated: April 23, 2012                    BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*

DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
FRED NORTON (Bar No. 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350


MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

STIPULATION RE SEALING
CASE NO. CV 10-03561 WHA                                                                                                4

653489.01

**ATTESTATION**

I, Daniel Purcell, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING UNDER SEAL AND GRANT GOOGLE LEAVE TO FILE A REVISED DECLARATION.  In compliance with General Order 45, X.B., I hereby attest that Meredith Dearborn has concurred in this filing.

Date:  April 23, 2012                    */s/ Daniel Purcell*
                                         DANIEL PURCELL