**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING UNDER SEAL AND GRANTING GOOGLE LEAVE TO FILE REVISED DECLARATION IN SUPPORT OF ORACLE'S MOTION TO SEAL** |

On April 17, 2012, an order issued granting in part and denying in part several of the parties' motions to file documents under seal (Dkt. No. 935). Google now notifies the Court it erroneously failed to include information about certain sensitive, non-public material in its supporting declaration to one of those motions (Dkt. No. 886). Google accordingly moves for leave to file an amended declaration, and to extend the deadline for filing the documents identified in the order dated April 17, 2012 until April 30, 2012. Oracle's counsel has agreed to this motion (Dkt. No. 966-1).

Google's revised declaration, attached to the instant motion, establishes sufficient basis for filing the mistakenly excluded materials under seal. These materials contain sensitive, non-public financial data such as costs, revenues, and profits, as well as projections thereof. Accordingly, Google's motion is **GRANTED.** Google may file its amended declaration in support of Oracle's motion to file under seal portions of its motion to exclude portions of the Rule 706 expert report of Dr. James Kearl. Oracle may file under seal the portions of its filings identified

in Google's revised declaration. The deadline for public filing of these materials, and the other materials identified in the order dated April 17, 2012 (Dkt. No. 935) shall be **EXTENDED** to **APRIL 30, 2012.**

    **IT IS SO ORDERED.**

Dated: April 25, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE