IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEPOSITION DESIGNATIONS OF LARRY ELLISON** |
| GOOGLE INC., | |
| Defendant. | |

The Court has read the deposition designations for Larry Ellison and the objections. All of the objections are **SUSTAINED** under Rule 403.

**IT IS SO ORDERED.**

Dated: April 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE