UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 24, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; David Boies; Steven Holtzman; Ken Kuwayti
Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland            Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012       Further Trial: April 25, 2012 at 7:30 am

Trial Motions Heard:                                          Disposition

1. 
2. 
3. 

Other:

Time in Trial: 5 hours 50 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:**<br>Michael Jacobs; Dan Muino<br>Fred Norton; David Boies; Dorian Daley<br>Steven Holtzman; Ken Kuwayti | **DEFENSE ATTORNEY**:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Michael Kwun<br>Bruce Baber |
|---|---|---|
| **TRIAL DATE:**<br>April 24, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Plaintiff provided the Court and agreed upon list of witnesses and attorneys to give the jury. Plaintiff submitted deposition excerpts and demonstrative exhibits: 1066, 1067 and 1073. David Boies advised the Court parties have stipulated to admit the following **exhibits: 34, 278, 298, 387, 538 and 1048.** Parties argued an issue regarding a blog - exhibit 2352. Court ruled it can be used. Defendant raised issue regarding exhibit 431 as 403. Court overruled the objection. | |
| | | 8:02 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury re approaching witnesses | |
| | | 8:04 am | | | Direct of **Andy Rubin** continued | |
| 207 | | | x | x | Email from Eric Schmidt to Andy Rubin re java phone | |
| 214 | | | x | x | Email from Eric Schmidt to Andy Rubin re sun deal | |
| 215 | | | x | x | Email from Chris Desalvo to Andy Rubin re Java class libraries | |
| 216 | | | x | x | Email from Eric Schmidt to AndyRubin | |
| 217 | | | x | x | Email from Dave Burke to Andy Rubin re Future of Mobile conference | |
| 221 | | | x | x | Email from Andy Rubin to Louis Perrochon re On the good stuff | |
| 223 | | | x | x | Email from Larry Page to AndyRubin | |
| 230 | | | x | x | Email from Andy Rubin to Bob Lee | |
| 273 | | | x | x | Email form Andy Rubin to Dan Bornstein | |
| 382 | | | x | x | Email from Andy Rubin to Eric Chu re Google folks | |
| 389 | | | x | x | Email from Richard Miner to Andy Rubin re JVM | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 431 | | | x | x | Email from Cathay Bi to Alan Eagle re BOD question | |
| 433 | | | x | x | Android GPS - Meeting notes | |
| 438 | | | x | x | Email from Andy Rubin to AlanEustace re Noser agreement | |
| 618 | | | x | x | Email from Andy Rubin to Vineet Gupta re Confidential | |
| 619 | | | x | x | Email from Andy Rubin to Vineet Gupta re Revised agreement | |
| 1002 | | | x | x | Email from Tim Lindholm to Andy Rubin re Android and JavaOne | |
| 1044 | | | x | x | | |
| 1050 | | | x | x | | |
| 1051 | | | x | x | | |
| 1060 | | | x | x | | |
| 3443 | | | x | x | Email: dated April 29, 2006 from Eric Schmidt to Andy Rubin | |
| 1061 | | | x | x | Email with Attached Presentation | |
| 1 | | | x | x | Android GPS Key Strategic Decisions Around Open Source | |
| 12 | | | x | x | Email from Tim Lindholm to Andy Rubin re JCP Click | |
| 7 | | | x | x | Email from Tracey Cole to Andy Rubin, including email from Andy Rubin to Larry Page | |
| 125 | | | x | x | Email from Tim Lindholm to Andy Rubin re Anything useful in yesterday's Sun meeting | |
| 9 | | | x | x | Email from Tim Lindholm to Andy Rubin and Rich Miner re One last thought on Sun | |
| 21 | | | x | x | Email from Andy Rubin to Dan Bornstein re What are we doing? | |
| 180 | | | x | x | Email from Erin Fors to Michael Kirkland, Barry Schnitt and Andy Rubin re New question on Android Java | |
| | | 8:36 am | | | Defendant reserved cross of Mr. Rubin until case in chief | |
| | | 8:40 am | | | Recess | |
| | | 8:58 am | | | Reconvene...jury present | |
| | | | | | Plaintiff's witness **Eric Schmidt** sworn-in.  Direct by David Boies | |
| 6 | | | x | x | Email from Andy Rubin to emg@google.coom including Android GPS presentation | |
| 158 | | | x | x | Email from Andyt@google.com to tangjanfeng@chinamobile.com re Materials on Google | |
| 251 | | | x | x | Email from Dan Morrill to Dan Bornstein re Android JRE Coverage | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 151 | | | x | x | Email from Steve Horowitz to Andy Rubin re GPS Notes | |
| 10 | | | x | x | Email from Tim Lindholm to Andy Rubin | |
| 17 | | | x | x | Email from Bill Coughran to Tim Lindholm re Travel for Android | |
| 1 | | | x | x | Android GPS Key Strategic Decisions Around Open Source | |
| 405 | | | x | x | Email from Eric Schmidt to Bob Lee | |
| | | 9:22 am | | | *Plaintiff REST* | |
| | | | | | Rule 50 Motion deemed made | |
| | | 9:22 am | | | Defendant's witness **Eric Schmidt** by Robert Van Nest | |
| | 1 | | x | x | Android GPS Key Strategic Decisions Around Open Source | |
| | 205 | | x | x | Email from Scott McNealy to Eric Schmidt re Potential Sun Google | |
| | 435 | | x | x | Email from Jonathan Schwartz to Eric Schmidt | |
| | 2372 | | x | x | Email; Dated: May 8, 2006 from Vineet Gupta | |
| | 3441 | | x | x | Email; Dated: November 9, 2007 from Eric Schmidt | |
| | 2352 | | x | | Blog Entry; Dated: November 5, 2007 | |
| | 3466 | | x | x | Email; Dated March 31, 2008 from Eric Schmidt to Jonathan Schwartz | |
| | 3521 | | x | | Email; Dated May 6, 2008 from Andy Rubin to Eric Schmidt | |
| | | 10:38 am | | | Side Bar | |
| | | 10:44 am | | | Direct continued | |
| | | 10:46 am | | | Recess | |
| | | 11:02 am | | | Reconvene...jury present | |
| | | | | | Cross Examination by David Boies | |
| 154 | | | x | x | Email from Jason Harinstein to Andy Rubin | |
| 1048 | | | x | x | Publication Sun concerned Google's Android will fracture Java | |
| 30 | | | x | x | Noser Engineering AG statement of Work | |
| 3 | | | x | x | Emil from Andy Rubin to Tim Lindholm | |
| 7 | | | x | x | Email from Tracey Cole to Andy Rubin, including email from Andy Rubin to Larry Page | |
| 406 | | | x | x | Email from Eric Schmidt to Brett Slatkin | |
| | | 11:38 am | | | Redirect Examination | |
| | 406 | | x | x | Email from Eric Schmidt to Brett Slatkin | |
| | | 11:51 am | | | Cross Examination | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3452 | | | x | | Demonstrative Drawn by Dr. Bloch | |
| | | 11:58 am | | | Redirect Continued | |
| | | 12:00 pm | | | | |
| 1028 | | | x | x | Java Class Libraries | |
| 18 | | | x | x | Email from Greg Stein to Andy Rubin | |
| | | 12:03 pm | | | Side Bar | |
| | | 12:05 pm | | | Witness Excused | |
| | | | | | Defendant's witness **Andy Rubin** by Robert Van Nest | |
| | 617 | | x | x | Email from Leo Cizek to Matthew Marquis re Time-sensitive | |
| | 11 | | x | x | Email from Rich Miner to Steve Horowitz re Sun doc | |
| | 18 | | x | x | Email from Greg Stein to Andy Rubin re the open J2ME project | |
| | 331 | | x | | Email from Andy Rubin to Tim Lindholm Sun Deal Review | |
| | 2881 | | x | | Android Platform Diagram | |
| | | 1:00 pm | | | Recess | |
| | | | | | Outside the presence of the jury.  Court gave counsel the amount of time used. | |
| | | 1:20 pm | | | Recess until 4/25/12 at 7:30 am | |