UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 25, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Ken Kuwayti
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland          Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012          Further Trial: April 26, 2012 at 7:30 am


Trial Motions Heard:                              Disposition

1. _____          _____
2. _____          _____
3. _____          _____


Other:



Time in Trial: 5 hours 45 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:**<br>Michael Jacobs; Dan Muino<br>Fred Norton; David Boies; Dorian Daley<br>Steven Holtzman; Ken Kuwayti | **DEFENSE ATTORNEY**:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Michael Kwun<br>Bruce Baber |
|---|---|---|
| **TRIAL DATE:**<br>April 25, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury.  Court and counsel discussed issues.  Defendant submitted deposition clips of witnesses as exhibits: 3450, 3451, 3453, 3454 and 3524.  Robert Van Nest advised the Court parties have stipulated to admit the following **exhibits: 573, 606, 607, 2040, 2052, 2053, 2054, 2059, 2060, 2061, 2199, 2205, 2259, 2724, 3030, 3494, 3508 and 3520.** | |
| | | 8:00 am | | | Reconvene...jury present | |
| | | | | | Direct Examination of **Andy Rubin** by Robert Van Nest | |
| | 43.1 | | x | x | Cupcake Source Code | |
| | 2765 | | x | x | Statement of Work providing guidelines for strategy | |
| | 1072 | | x | x | Accused API Packages and Files in Android | |
| | 2352 | | x | x | Blog Entry; Dates: November 5, 2007 | |
| | 3521 | | x | x | Email from Andy Rubin | |
| | | 9:05 am | | | Cross Examination by David Boies | |
| 1048 | | | x | x | Sun concerned Google's Android will fracture Java | |
| 565 | | | x | | Email from Lino PersitoLeo Cizek re Google's Mobility Push | |
| 531 | | | x | | Email from Leo Cizek to Vineet Gupta and Tom Harris | |
| | | 9:20 am | | | Recess | |
| | | 9:39 am | | | Reconvene...jury present | |
| | | | | | Court read a jury note | |
| | | | | | Cross Examination continued | |
| 29 | | | x | x | Email from Andy Rubin to Dick Wall | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1072 | | | x | x | Accused API Packages and Files in Android | |
| 405 | | | x | x | Email from Eric Schmidt to Bob Lee re It was great chatting with you yesterday | |
| 431 | | | x | x | Email from Cathay Bi to Alan Eagle re BOD question | |
| | | 10:10 am | | | Redirect Examination | |
| | 29 | | x | x | Email from Andy Rubin to Dick Wall | |
| | | 10:19 am | | | Recross | |
| 7 | | | x | x | Email fro Tracey Cole to Andy Rubin | |
| | | 10:25 am | | | Redirect | |
| | | 10:25 am | | | Re Recross | |
| | | 10:26 am | | | Witness Excused | |
| | | | | | Defendant's witness **Dan Bornstein** sworn-in. Direct by Christa Anderson | |
| | 4027 | | x | x | Programming Specification | |
| | | 10:38 am | | | Court Exam | |
| | | 10:40 am | | | Continued | |
| | 43.1 | | x | x | Cupcake Source Code | |
| | 2765 | | x | x | Statement of Work providing guidelines for strategy | |
| | | 11:26 am | | | Recess | |
| | | 11:45 am | | | Reconvene...jury present | |
| | | | | | Direct of Dan Bornstein continued | |
| | 1072 | | x | x | Accused API Packages and Files in Android | |
| | 3525 | | x | x | Demonstrative Chart drawn by Dan Bornstein | |
| | 272 | | x | x | Email from hr-help@google.com to Dan Bornstein | |
| | 2352 | | x | x | Blog Entry Dates November 5, 2007 | |
| | 3470 | | x | | Email Dated: November 6, 2007 from Bob Lee to David Turner | |
| | | 12:13 pm | | | Cross Examination by Michael Jacobs | |
| 1072 | | | x | x | Accused API Packages and Files in Android | |
| 610.2 | | | x | x | Java 2 Platform Standard Edition 5.0 API Specification | |
| 270 | | | x | x | Email from Dan Bornstein to titzer@google.co re Dalvik IP issues | |
| 359 | | | x | x | Chat log between Dan Bornstein and Jesse Wilson | |
| | | 12:44 pm | | | Redirect Examination | |

| | | | | | |
|---|---|---|---|---|---|
| 359 | | x | x | Chat log between Dan Bornstein and Jesse Wilson | |
| | 12:52 pm | | | Recross Examination | |
| | 12:54 pm | | | Witness Excused | |
| | 12:54 pm | | | Defendant read Request for Admission to the jury | |
| | 1:00 pm | | | Recess | |
| | | | | Outside the presence of the jury.  Plaintiff raised issue regarding calling witness Scott McNealy out of order.  Court provided counsel a revised special verdict form. | |
| | 1:15 pm | | | Recess until 4/26/12 at 7:30 am | |