IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br> v.<br><br> GOOGLE INC.,<br><br>  Defendant. | No. C 10-03561 WHA<br><br>**NOTICE OF FILING OF DRAFT SPECIAL VERDICT FORM GIVEN TO PARTIES ON APRIL 19 AND COMMENTS** |

   Appended to this notice of filing is the draft special verdict form given to the parties on April 19 and comments received from the parties on April 20.

Dated: April 25, 2012.

　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE