**[DRAFT - SPECIAL VERDICT FORM (INFRINGEMENT CONTENTIONS ONLY)]**

1. Has Oracle proven that the structure, sequence, and organization of the API elements in the 37 Google Android API implementation infringe Oracle's copyright in the structure, sequence, and organization of the 37 Java APIs, as fixed in either the Java API documentation or implementation?

    Yes____   No____

2. Has Oracle proven that the 37 Google Android API implementation are derivative works of the 37 Java API documentation, including the English-language descriptions?

    Yes____   No____

3. Has Oracle proven that the 37 Google Android API documentation infringes Oracle's copyright in the 37 Java API documentation?

    Yes____   No____

4. Has Oracle proven that the declarations of the API elements in the 37 Google Android API implementation infringe Oracle's copyright in the declarations of the 37 Java APIs, as fixed in either the Java API documentation or implementation?

    Yes____   No____

5. Has Oracle proven that Google has infringed its copyright in the following in connection with any of Oracle Java source code files?

| | Yes | No |
|---|---|---|
| TimSort.java | ____ | ____ |
| ComparableTimSort.java | ____ | ____ |
| AclEntryImpl.java | ____ | ____ |
| AclImpl.java | ____ | ____ |
| GroupImpl.java | ____ | ____ |
| OwnerImpl.java | ____ | ____ |
| PermissionImpl.java | ____ | ____ |
| PrincipalImpl.java, | ____ | ____ |
| PolicyNodeImpl.java | ____ | ____ |
| AclEnumerator.java | ____ | ____ |
| CodeSourceTest.java | ____ | ____ |
| CollectionCertStoreParametersTest.java | ____ | ____ |