GOOGLE

# [DRAFT - SPECIAL VERDICT FORM (INFRINGEMENT CONTENTIONS ONLY)]

1. Has Oracle proven that the structure, sequence, and organization of the API elements in the 37 ~~Google Android API implementation~~ [API packages in Google's Android platform] infringes Oracle's copyrights in the ~~structure, sequence, and organization of the 37 Java APIs, as fixed in either the Java API documentation or implementation?~~ Java 2 SE Platform versions 1.4 or 5.0?

   Yes____ No____

2. Has Oracle proven that the [code implementing the 37 API packages in Google's Android platform] ~~37 Google Android API implementation are~~ [is an infringing] derivative work ~~s~~ of the ~~37 Java API documentation, including the English-language descriptions?~~ copyrights in the Java 2 SE Platform versions 1.4 or 5.0?

   Yes____ No____

3. Has Oracle proven that the ~~37 Google Android API~~ documentation [of the 37 API packages in Google's Android platform] ~~including the structure, sequence, and organization of the APIs~~ infringes Oracle's copyrights in the ~~37 Java API documentation?~~ Java 2 SE Platform versions 1.4 or 5.0?

   Yes____ No____

4. ~~Has Oracle proven that the declarations of the API elements in the 37 Google Android API implementation infringe Oracle's copyright in the declarations of the 37 Java APIs, as fixed in either the Java API documentation or implementation?~~

   Yes____ No____

~~5.~~ 4. Has Oracle proven that Google has infringed ~~its~~ [Oracle's] copyrights ~~in the following in connection with any of Oracle Java source code files?~~ in the Java 2 SE Platform versions 1.4 or 5.0 by including any of the following in Google's Android platform?

|  |  | Yes | No |
|---|---|---|---|
| [The "rangeCheck" method in] | TimSort.java and ComparableTimSort.java [GROUP TOGETHER] | ____ | ____ |
| [The source code in the eight "Impl.java" files] | AclEntry~~Impl.java~~, Acl~~Impl.java~~, Group~~Impl.java~~, Owner~~Impl.java~~, Permission~~Impl.java~~, Principal~~Impl.java~~, PolicyNode~~Impl.java~~ and AclEnumerator~~.java~~ [GROUP TOGETHER] | ____ ____ ____ ____ ____ ____ ____ ____ | ____ ____ ____ ____ ____ ____ ____ ____ |
| [The comments in] | CodeSourceTest.java and CollectionCertStoreParametersTest.java [GROUP TOGETHER] | ____ | ____ |

ADD #5 (FAIR USE)
    #6 (EQUITABLE DEFENSES)

Oracle Edits to Court's April 19, 2012 Draft
April 20, 2012

**[DRAFT- SPECIAL VERDICT FORM (INFRINGEMENT CONTENTIONS ONLY)]**

1. Has Oracle proven that the structure, sequence, and organization* of the API elements in the implementations of the 37 Google Android API packages infringe Oracle's copyright in the structure, sequence, and organization of the 37 Java API packages, as fixed in the Java API documentation or implementation?

   [Deleted: implementation]
   [Deleted: either]

   Yes ___ No ___

2. Has Oracle proven that the implementations of the 37 Google Android API packages are derivative works of the documentation for the 37 Java API packages, including the English-language descriptions?

   [Deleted: implementation]
   [Deleted: documentation]

   Yes ___ No ___

3. Has Oracle proven that the documentation for the 37 Google Android API packages, including the structure, sequence, and organization of the API elements, infringes Oracle's copyright in the documentation for the 37 Java API packages?

   [Deleted: documentation]
   [Deleted: is]
   [Deleted: documentation]

   Yes ___ No ___

4. Has Oracle proven that the declarations of the API elements in the implementations of the 37 Google Android API packages infringe Oracle's copyright in the declarations of the 37 Java API packages, as fixed in the Java API documentation or implementation?

   [Deleted: implementation]
   [Deleted: either]

   Yes ___ No ___

5. Has Oracle proven that Google has infringed its copyright in the following in connection with any Oracle Java source code files?

   [Deleted: of]

   Yes ___ No ___

   |  | Yes | No |
   |---|---|---|
   | TimSort.java | Yes | No |
   | ComparableTimSort.java | ___ | ___ |
   | AclEntryImpl.java | ___ | ___ |
   | AclImpl.java | ___ | ___ |
   | GroupImpl.java | ___ | ___ |
   | OwnerImpl.java | ___ | ___ |
   | PermissionImpl.java | ___ | ___ |
   | PrincipalImpl.java, | ___ | ___ |
   | PolicyNodeImpl.java | ___ | ___ |
   | AclEnumerator.java | ___ | ___ |
   | CodeSourceTest.java | ___ | ___ |
   | CollectionCertStoreParametersTest.java | ___ | ___ |

pa-1524647

\* Oracle wishes to consider further whether "structure, sequence, and organization" is the most helpful formulation for the special verdict form.