IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

       Plaintiff,

v.

GOOGLE INC.,

       Defendant.

No. C 10-03561 WHA

**SPECIAL VERDICT FORM**

**YOUR ANSWER MUST BE UNANIMOUS.**

1.    As to all 37 API packages in question taken as a group:

    A.    Has Oracle proven the 37 API packages had an overall structure, sequence and organization and that Google copied it?

        Yes _____        No _____

    B.    If so, has Google proven that its use of the overall structure, sequence and organization constituted "fair use"? (If you answered "no" to Question 1A, then skip to Question No. 2.)

        Yes _____        No _____

**NOTE: THE 37 APIS IN QUESTION ARE LISTED IN QUESTION NO. 2.**

2. As to *each* of the 37 API packages listed below, *considered individually*:

   A. Has Oracle proven that Google copied the structure, sequence and organization of the *individual* API package implementation? Please indicate your answer to each in the first column below.

   B. If, in column 1 your answer is "yes," then state in the second column whether or not Google has proven that its use constituted "fair use" (as defined in the instructions). If you answered "no" in column 1, you should leave the second column blank or enter "NA" for "not applicable."

   C. Has Oracle proven that Google copied the *documentation* for the *individual* API package? Please indicate your answer as to each in the third column below.

   D. If, in column 3, your answer is "yes," then state in the fourth column whether or not Google has proven that its use constituted "fair use" (as defined in the instructions). If you answered "no" in column 3, you should leave the fourth column blank or enter "NA" for "not applicable."

(IN ANSWERING THE FOUR ABOVE SUB-QUESTIONS, PLEASE REMEMBER THE DISTINCTION BETWEEN "IMPLEMENTATION" AND "DOCUMENTATION," AS DEFINED IN THE INSTRUCTIONS, AS WELL AS THE "WORK AS A WHOLE" ALSO DEFINED IN THE INSTRUCTIONS.)

| | IMPLEMENTATION | | DOCUMENTATION | |
|---|---|---|---|---|
| | Copying Proven? (Yes or No) | Fair Use Proven? (Yes, No or NA) | Copying Proven? (Yes or No) | Fair Use Proven? Yes, No or NA) |
| java.awt.font | _____ | _____ | _____ | _____ |
| java.beans | _____ | _____ | _____ | _____ |
| java.io | _____ | _____ | _____ | _____ |
| java.lang | _____ | _____ | _____ | _____ |
| java.lang.annotation | _____ | _____ | _____ | _____ |
| java.lang.ref | _____ | _____ | _____ | _____ |

|  | IMPLEMENTATION | | DOCUMENTATION | |
| --- | --- | --- | --- | --- |
|  | Copying Proven? (Yes or No) | Fair Use Proven? (Yes, No or NA) | Copying Proven? (Yes or No) | Fair Use Proven? Yes, No or NA) |
| java.lang.reflect | | | | |
| java.net | | | | |
| java.nio | | | | |
| java.nio.channels | | | | |
| java.nio.channels.spi | | | | |
| java.nio.charset | | | | |
| java.nio.charset.spi | | | | |
| java.security | | | | |
| java.security.acl | | | | |
| java.security.cert | | | | |
| java.security.interfaces | | | | |
| java.security.spec | | | | |
| java.sql | | | | |
| java.text | | | | |
| java.util | | | | |
| java.util.jar | | | | |
| java.util.logging | | | | |
| java.util.prefs | | | | |
| java.util.regex | | | | |
| java.util.zip | | | | |
| javax.crypto | | | | |
| javax.crypto.interfaces | | | | |
| javax.crypto.spec | | | | |
| javax.net | | | | |
| javax.net.ssl | | | | |
| javax.security.auth | | | | |
| javax.security.auth.callback | | | | |
| javax.security.auth.login | | | | |

|  | IMPLEMENTATION | | DOCUMENTATION | |
|---|---|---|---|---|
|  | Copying Proven? (Yes or No) | Fair Use Proven? (Yes, No or NA) | Copying Proven? (Yes or No) | Fair Use Proven? Yes, No or NA |
| javax.security.auth.x500 | _____ | _____ | _____ | _____ |
| javax.security.cert | _____ | _____ | _____ | _____ |
| javax.sql | _____ | _____ | _____ | _____ |

3. Has Oracle proven that Google copied the items listed below (col. 1) and if so has Google proven that its copying was fair use (col. 2) or de minimis (col. 3)? If you answer "no" in the first column, then you should leave the second and third columns blank or enter "NA."

|  | Copied? (Yes or No) | Fair Use? (Yes, No or NA) | De Minimis? (Yes, No or NA) |
|---|---|---|---|
| A. The rangeCheck method in TimSort.java and ComparableTimSort.Java | _____ | _____ | _____ |
| B. Source Code in seven "Impl.java files plus _____ file | _____ | _____ | _____ |
| C. The English-language comments in CodeSourceTest.java and CollectionCertStoreParametriumsTest.java | _____ | _____ | _____ |

4. If you found in Questions 1, 2, or 3 that Google copied Oracle's works and that the copying was not excused by fair use or de minimis, then answer the following questions:
 (a) Has Oracle proven that third-party mobile device manufacturers or end-users infringed Oracle's copyrights by copying or using Android software?
 (b) (If you answered "yes" to 4(a)) Has Oracle proven that Google intentionally induced or materially contributed to the third-party infringement you found in Question No. 4(a)?
 (c) (If you answered "yes" to 4(a)) Has Oracle proven that Google vicariously infringed Oracle's copyrights as a result of the third-party infringement you found in Question No. 4(a)?

Dated:

_____
FOREPERSON

4