Volume 6

Pages 1133 - 1396

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

```
ORACLE AMERICA, INC.,              )
                                   )
            Plaintiff,             )
                                   )
  VS.                              )  No. C 10-3561 WHA
                                   )
GOOGLE, INC.,                      )
                                   )
            Defendant.             )  San Francisco, California
_____)  April 23, 2012
```

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**          MORRISON & FOERSTER
                            755 Page Mill Road
                            Palo Alto, California  94304
                    BY:  **MICHAEL A. JACOBS, ESQUIRE**
                         **KENNETH A. KUWAYTI, ESQUIRE**
                         **MARC DAVID PETERS, ESQUIRE**
                         **DANIEL P. MUINO, ESQUIRE**

                            BOIES, SCHILLER & FLEXNER
                            333 Main Street
                            Armonk, New York 10504
                    BY:  **DAVID BOIES, ESQUIRE**
                         **ALANNA RUTHERFORD, ESQUIRE**

(Appearances continued on next page)

Reported By: *Katherine Powell Sullivan, RPR, CRR, CSR #5812*
             *Debra L. Pas, RMR, CRR, CSR #11916*
             Official Reporters - U.S. District Court

**APPEARANCES (CONTINUED):**

**For Plaintiff:**          BOIES, SCHILLER & FLEXNER
                           1999 Harrison Street, Suite 900
                           Oakland, California  94612
                    BY:  **WILLIAM FRED NORTON, ESQUIRE**
                         **STEVEN C. HOLTZMAN, ESQUIRE**


                           ORACLE AMERICA, INC.
                           500 Oracle Parkway
                           Redwood Shores, California  94065
                    BY:  **ANDREW C. TEMKIN, CORPORATE COUNSEL**
                         **DORIAN DALEY, GENERAL COUNSEL**


**For Defendant:**         KEKER & VAN NEST
                           633 Battery Street
                           San Francisco, California  94111-1809
                    BY:  **ROBERT ADDY VAN NEST, ESQUIRE**
                         **CHRISTA MARTINE ANDERSON, ESQUIRE**
                         **DANIEL PURCELL, ESQUIRE**
                         **MICHAEL S. KWUN, ESQUIRE**


                           KING & SPALDING LLP
                           1185 Avenue of the Americas
                           New York, New York 10036-4003
                    BY:  **BRUCE W. BABER, ESQUIRE**


                           GOOGLE, INC.
                           1600 Amphitheatre Parkway
                           Mountain View, California  94043
                    BY:  **RENNY HWANG, LITIGATION COUNSEL**


**For Dr. Kearl:**         FARELLA BRAUN & MARTEL LLP
                           235 Montgomery Street, 30th floor
                           San Francisco, California 94104
                    BY:  **JOHN L. COOPER, ESQUIRE**


**Also Present:**          **SAFRA CATZ, President and CFO**
                           Oracle Corporate Representative

                           **CATHERINE LACAVERA**
                           Google Corporate Representative


                           —  —  —

<u>**P R O C E E D I N G S**</u>

APRIL 23, 2012                                             7:29 a.m.


          (Proceedings held in open court, outside

           the presence and hearing of the jury.)

          **THE COURT:**  Be seated.

          Thank you for your briefs.  I've read them both.  Let

me make a couple of comments.

          There's still so much there that I'm not sure I'm

ready to say I've mastered everything in those briefs, but one

heads-up I need to make sure you understand; and that is, you

did what I asked for and you referred to various parts of the

record, but if it's going to be something I make a final

decision on in this case, it has to be in the trial record.  It

will not do you any good to have lurking as a stipulation

somewhere in the past.  The stipulation has got to be read to

the jury.

          And, likewise, those points that have been

established by order.  Those have to be read to the jury or

they fall away.

          So you must know that and get it -- you know, there's

still time for you to get whatever you want by way of

stipulation before the jury and make it part of the trial

record, but what I don't want to be in the position of is at

the time that I have to make a decision and the record is

PROCEEDINGS                                                    1136

1  closed for trial, somebody is saying, "Oh, remember that

2  interrogatory?"  Or, "Oh, remember that brief where they

3  admitted X?"  I just can't run a railroad that way.

4          The whole point of a trial is to put in the proof

5  that you think governs your case.  I've said this before.  I

6  think you should understand it by now, but I say it again.

7          All right.  There is an issue that you, I don't

8  think, have helped me much on, which is judge versus jury on

9  what is the work as a whole?  Whether the jury decides that or

10 the judge decides that?  I would like for you to do more work

11 on that because I'm working on it.  I have some of my team,

12 much smaller team than you have, but I am not convinced that

13 this is for the judge to decide.

14         One way to go is to say Oracle copyrighted 5.0 and if

15 it wants to establish a smaller work as a whole for purposes of

16 whatever, you know, it's a matter of proof.  Argue it to the

17 jury.

18         Likewise, same for the defendant.  I'm not saying

19 that that's the way I'm going to rule.  I'm just saying that

20 I'm turning over in my mind how we deal with the work as a

21 whole issue.  You disagree on it.  Is that for me to decide and

22 then just instruct the jury, as Oracle says, or is that for the

23 jury to sort out and you, as good lawyers, to argue your

24 respective cases?

25         Here is a question I have for you, and it concerns

1    the 37 APIs.  And, again, I ask you these things.  You need to

2    be answering in the spirit of "this is what the evidence in the

3    trial will show," not arguing sort of offline something that

4    the jury is never going to hear.

5           I would like to know what the evidence is going to

6    show -- and let me first direct this to Google.

7           It seems to me that Google is admitting that it

8    copied the 37 declarations into its Android, is that part true?

9           **MR. BABER:**  Your Honor, I don't want to quibble with

10   the word "copy."  We used the --

11          **THE COURT:**  You have got to come up here.

12          All right.  Put it in your own words, but be as frank

13   and candid as you can.

14          **MR. BABER:**  Yes, your Honor.

15          The only reason I quibble with the word "copy" is

16   because these APIs and their specifications have been out for

17   a long time.  They are available in lots of places.  They are

18   in books.  They are on the web, et cetera.  They are able at

19   Harmony, at GNU Classpath.

20          But is no question we absolutely used and included in

21   Android the 37 API packages and the specifications so that we

22   would have them exactly right.  Exactly so that they complied

23   with the specifications.

24          **THE COURT:**  All right.  So, here is the -- part of

25   what I don't understand is:  What is so special about these 37?

1   Could it have been 34?  Could it have been 42?  What's so

2   special about these 37?  Because you say in other places you

3   did not use all of the then existing APIs, right?

4           **MR. BABER:**  That's correct.

5           **THE COURT:**  So what's so special about these 37?

6           **MR. BABER:**  Your Honor, as of right now, what's so

7   special about these 37 is that they are the subset of the Java

8   APIs in Android as to which Oracle is asserting rights.

9           And let me back up to tell you, there are about 51

10  Java packages in Android.  When we started this lawsuit, they

11  accused all 51.  But then we pointed out to them, well, wait,

12  there are 14 or 15 in here that you don't own.  Somebody else

13  wrote this and they dedicated it to the public before they gave

14  it to Java, or they retained rights to it.  So they weren't in

15  the position to even assert rights as to those 14 and they

16  dropped them.

17          So what makes the 37 the 37 at this point, is that

18  they are the ones left out of where they started, where they

19  think they can assert ownership rights.  So that's how we get

20  to 37.

21          The reason there are 51 in Android in the first

22  place -- and you'll hear testimony on this from our witnesses

23  during our case -- is they started with all of the Java APIs.

24  There were some, frankly, and you've heard the testimony about

25  the Java Platform and how it was not appropriate for use in a

1   smart phone.  So there were lots of packages that would make no

2   sense to put them in Android; the user interface, some of the

3   other things that make a smart phone a smart phone.  So there

4   was no reason to put those in Android.

5          Then there were others where we were doing our own

6   Android specific APIs, so there was no need for the Java ones.

7   We had better ones that we wanted to put in for our APIs.

8          So you started with all of them.  You took out the

9   ones that weren't applicable.  You took out the ones where we

10  had better ones.  And what you had left was this collection of

11  51 that were certainly all of the core ones.  You have heard

12  about testimony --

13          **THE COURT:**  Well, I don't know what "core" means.

14  What does that mean?

15          **MR. BABER:**  You've heard testimony, your Honor, I

16  think from had Dr. Reinhold and from Dr. Bloch and others that

17  in the Java language specification it tells you that these four

18  packages were the original four packages that were part of the

19  language from day one.  In order to use the Java language, you

20  had to have Java.lang.  That's language.  Java.util, that's

21  basic utilities.  Java.io, input/output.

22          We had testimony from Dr. Reinhold from Oracle and

23  Dr. Bloch from Google that without IO you might could write a

24  simple program, but you couldn't even send to it a printer.

25  You couldn't send to it a disk.  That's input/output, very

PROCEEDINGS

1  basic to the language.

2          And the fourth core package is Java.net, which lets

3  you get things on the internet, and Java was written to take

4  advantage of the internet.  That's how they touted it when it

5  first was written.  So, lang, util, IO and net have always been

6  referred to as the core packages.

7          **THE COURT:**  That's four?

8          **MR. BABER:**  Those four.

9          **THE COURT:**  But a moment ago you said 37 were the

10  core.

11          **MR. BABER:**  There are 37, your Honor, and among

12  the --

13          **THE COURT:**  You mean 37 equals the core or four

14  equals the --

15          **MR. BABER:**  Four are the core.  Four of the 37 are

16  the star traditional core packages.

17          The other 33 are a combination of things.  Some are

18  subpackages under those four.  There are packages with names

19  like java.lang.something else, java.util.something else.

20          But the 37, you'll hear testimony from the Google

21  witnesses that they wanted to include in Android all of the

22  basic packages that programmers would expect to have available

23  to them when they were writing programs in the Java language.

24  So that's how we wound up with 51 in Android and then only 37

25  of the 51 accused.

```
 1              THE COURT:  Right.  At the time that this was done,
 2   the Android was being written, did the Java language only have
 3   51 APIs or were there more?
 4              MR. BABER:  166, your Honor.
 5              THE COURT:  At that point?  Not now, but back then?
 6              MR. BABER:  Well, actually -- Java 5.0 had 166.
 7              Now, between 5.0 and the time Android was being
 8   worked on, they might have added -- there were even more in
 9   Java 6 and Java 7.  I don't know how much, if any, it had grown
10   between the five --
11              THE COURT:  Let's say, in 2008 how many were there on
12   the Java side?
13              MR. BABER:  There were at least 166.
14              THE COURT:  So somebody at Google went through that
15   list and figured out which ones a programmer would, quote,
16   expect, close quote, to see in Android?  That's what I'm
17   asking.  Is that the way you want to put it?
18              MR. BABER:  Yes, your Honor.  But subject to the
19   caveat that first they had to exclude the ones that really
20   wouldn't be any good for Android.  All right?  Android has a
21   special user interface facility.  It makes it a smart phone.
22   It makes it attractive to users.
23              Well, any of the Java APIs that might have worked on
24   feature phones, like you have heard the testimony, might be
25   good on those old little flip phones, that was inadequate for a
```

PROCEEDINGS

```
 1  smart phone.  So Android spent a lot of time developing a new
 2  user interface.
 3          So it would make no sense.  Even if programmers
 4  expected them, programmers would know that, look, Android is
 5  something new.  It has a new user interface.  In order to
 6  access the user interface, I've got to go to the Android APIs.
 7  That's not going to be in my Java namespace that's going to be
 8  over here in Android because that's one of the things that
 9  makes Android such an improvement over the Java Platform.
10          THE COURT:  All right.
11          MR. BABER:  So they first took out the ones that
12  wouldn't work and then they went to the ones programmers would
13  expect.
14          THE COURT:  So at some point around 2008, I'm
15  assuming, Google identified 51, true?
16          MR. BABER:  Correct.
17          THE COURT:  And then of the 51, 14 were in the public
18  domain or something?
19          MR. BABER:  Either in the public -- somewhere
20  expressly in the public domain.  There are some -- for example,
21  you heard testimony last week about this Professor Doug Lee in
22  New York, who has been a big player in the Java community.  He
23  wrote several -- I think, three of the packages:
24  Java.util.concurrent and java.util.concurrent.atomic,
25  java.util.concurrent.something else.
```

PROCEEDINGS

1    Those three packages were originally accused.  We did

2    the research and said, Wait a minute.  Doug Lee wrote these and

3    expressly dedicated them to the public and gave them to Java at

4    the same time.  Oracle decided, Okay, maybe we won't assert

5    that.

6         **THE COURT:**  Then of the 37, you're saying that four

7    were embedded in the basic programming language?

8         **MR. BABER:**  At least four, your Honor.  You have

9    heard testimony, again, from Dr. Reinhold and Dr. Bloch, and

10   what they both did was they started with the language

11   specification.  They said, they are the four core packages for

12   sure, but the Java language book itself identifies a whole lot

13   of other classes, methods, et cetera.

14        So in order to implement the language, you have to go

15   through the book -- at a minimum, you have to go through the

16   book, find out all the ones that are referenced in the book

17   about how to use the language, and those have to be included as

18   well.

19        And both Dr. Bloch and Dr. Reinhold testified that

20   that's on the order of -- I forget the numbers candidly, your

21   Honor, but dozens and dozens of classes spread across eight or

22   so, as I recall, different packages.  So if you go through that

23   basic exercise of just starting with the published book on the

24   language, you get to a starting universe of more than just the

25   four.  And then Dr. Bloch explained that to do it right, the

1 │ book tells you about a certain class.  So you say, okay, that

2 │ class has to be in here.

3 │     **THE COURT:**  What book is this?

4 │     **MR. BABER:**  This is the book, your Honor, in

5 │ evidence, the big -- the *Java Language Specification* book.

6 │ It's the one that defines the language.

7 │     **THE COURT:**  Okay.

8 │     **MR. BABER:**  So what Dr. Bloch testified is, you go to

9 │ the book.  You find out which classes the book tells you about.

10 │ Then you go to see how that class is defined, what its

11 │ specifications are.

12 │     And in many, many occasions you find that in order to

13 │ implement that class, you need lots of other things as well.

14 │ You can't just do it and say, "I'm done."  But in order to get

15 │ it right, you have to go get a bunch of other classes from

16 │ other packages.

17 │     And when you do all that analysis and you look at

18 │ what it takes to fully implement the language, you wind up

19 │ literally with thousands of these things, thousands of them

20 │ spread across, I believe, it's 12 of the packages in order to

21 │ fully and completely implement the language.

22 │     **THE COURT:**  The programming language?

23 │     **MR. BABER:**  The programming language, yes, your

24 │ Honor.

25 │     **THE COURT:**  Wait a minute.  Let me remember my

1    thought.

2          (Brief pause.)

3          **THE COURT:**  Okay.  Again, I say to you, some of the

4    things you've said this morning I've never heard before.  It

5    doesn't count until there's proof.  So you need to prove

6    whatever you're going to prove at trial.

7          This is good to educate me because I'm thinking about

8    all these issues, but at the end of the day if you fail to put

9    in some of these points, you know, that's your problem.  So be

10   sure you prove whatever you think is necessary for your case.

11         **MR. BABER:**  Your Honor, may I just -- I just want to

12   make sure, I want to be as precise as I can be.  I want to

13   clarify one little point I said earlier.

14         I was talking, for example, about the Doug Lee

15   packages that he wrote and dedicated to the public.  When I say

16   "public domain" or "owned by others," I'm generally talking

17   about that code, the implementation.

18         It's our view, of course, that the API specifications

19   are in the public domain, as all of them.  They are not

20   copyrightable.  Anyone can use them, whether it's Classpath or

21   Harmony or Doug Lee or Google or IBM or anyone else.  It's only

22   when you get to that implementation, the code, that we think

23   there can be any enforceable copyright rights.  So that's a

24   legal argument.

25         **THE COURT:**  I've already said that I'm going to

1  instruct the jury, subject to a motion under Rule 50 later at

2  the end of the case.  I'm going to instruct the jury that the

3  copyrights extend to the Structure, Sequence and Organization.

4          Now, I'm reserving on that ultimately.  I see both

5  arguments on that point, but we ought to get the verdict on

6  that.  If you were to win on fair use, for example, then the

7  judge doesn't have to decide those hard questions.

8          **MR. BABER:**  I understand.

9          **THE COURT:**  But, so the way it's going to be

10 presented to the jury is that the Structure, Sequence and

11 Organization is covered by copyright.  Not its own copyright.

12 I'm not prepared yet to say to the jury somehow that that is a

13 stand-alone entity that has its own separate copyright, but I

14 will say that the copyright that was issued by the copyright

15 office extends to the Structure, Sequence and Organization,

16 along with all the literary words and so forth.

17         All right.  You've given me your side.  I want to

18 hear from Mr. Jacobs.

19         Mr. Jacobs, I want you to respond to anything you

20 want, but here is, I think, the tougher question for you.  I

21 sometimes get the impression that what you did was you went

22 through and you found the ones that -- where there are -- the

23 37 where they did copy the declarations, and you're trying to

24 convert that into some sort of Holy Grail of copyright law;

25 that it's some kind of stand-alone work when I don't see that

PROCEEDINGS

1   yet.  The proof doesn't show that yet.

2         So I'm curious as to why you would want the judge to

3   instruct the jury that the work as a whole is these 37, when so

4   far that's not the actual evidence.

5         Go ahead.

6         **MR. JACOBS:**  Two different issues lurking there.  You

7   said a couple minutes ago, "I'm not going to instruct the jury

8   that Structure, Sequence and Organization is a separate thing."

9   And I think that's absolutely correct.  The Structure, Sequence

10  and Organization of the copyrighted work is a copyrightable

11  element of the work or it's the subject -- it's --

12        **THE COURT:**  Something like that is the way we're

13  going to put it to the jury and let them go on the assumption

14  that that's correct.  I don't -- maybe not by your exact

15  wording, but the concept I agree with.

16        **MR. JACOBS:**  Then the second question is the 37

17  packages.  And I think the way these cases line up, and we did

18  do a lot of case reading --

19        **THE COURT:**  You didn't give me a case on point.  You

20  know, the fact that the Ninth Circuit affirms a summary

21  judgment where the issue was not raised, but could have been

22  raised, does not mean that the Ninth Circuit ruled that it was

23  a matter of law for the judge.  Nobody raised it in that case,

24  or did they?

25        **MR. JACOBS:**  Probably the -- well, I think the case

 1  that jumped out for me, your Honor, is the *Texaco*, the *American*

 2  *Geophysical* case.  That's the one where the -- where Texaco was

 3  copying articles from a journal internally.  And they teed it

 4  up as kind of a test case to see whether if a company copies

 5  articles for internal distribution, that is a fair use issue or

 6  a -- whether that's subject to fair use.

 7        The case is very interesting on fair use grounds

 8  because it talks about the fact that the publisher has a

 9  license for internal copying.  It's interesting on work as a

10  whole grounds because the registered entity was the entirety of

11  the journal.  What Texaco was copying internally were

12  particular articles, and it was the particular articles that

13  were the focus then of all of the analysis, but in most

14  particularly fair use.

15        There was no credible argument -- it was raised, but

16  not adopted by the Court that, look, all they are copying at

17  Texaco are the individual articles that they are most

18  interested in because they are the most interesting to their

19  scientists and circulating those internally, akin to the most

20  interest to the developer's argument that you just heard from

21  Mr. Baber.

22        The Court says no, no, no.  We don't -- we --

23  although this wording isn't used, I think the spirit of the

24  decision is we take the defendants -- the defendant, in effect,

25  defines the work by that which it chooses to copy.  We're not

PROCEEDINGS

1   going to let the defendant off the hook because the defendant

2   didn't copy all of a registered work.  If the defendant thought

3   it was meaningful to copy the article from the journal, then

4   that's the work we're going to look at.

5           **THE COURT:**  Well, then, that will always be

6   100 percent.  If you can, you know, cut and paste like that and

7   use a pair of scissors and just cut out the part that was

8   copied, then the comparison to the work as a whole is always

9   going to be one to one, 100 percent.

10          **MR. JACOBS:**  And if you look at the *Nation* case

11  involving Gerald Ford's memoirs, you get pretty close to that

12  conclusion.  They copied a couple hundred words when they

13  pre-published in the magazine Gerald Ford's memoirs -- yes, his

14  memoirs.  And the Court said, you know, we better look at that

15  body of material and look at whether it's substantial.

16          Now, there are little leavening principles here.  I

17  don't want to take this to an extreme, but in the case at hand

18  we know how these packages are developed.  They start with a

19  JSR.  They are a body.  The package is a body of work.  It's

20  not an artificial creation.  And then when you look at the 37

21  packages, well, those are the packages that Google decided to

22  take that they are akin to 37 journal articles.

23          So I don't think we're stretching it very far to say,

24  look at the packages that they took and make one's analysis

25  based on that.  And I don't see any other way to meaningfully

1    instruct the jury on the point that a plagiarist does not

2    escape by adding or -- adding material.

3        **THE COURT:**  We can say that they don't escape, but

4    the statute calls out the comparison of the work as a whole for

5    fair use, right?  I mean, that's in the statute.  I've got it

6    right here.  I can read it to you.  This 107 says that one of

7    the factors our Congress said must specifically be considered:

8            "The amount and substantiality of the portion

9            used in relation to the copyrighted work as a

10           whole."

11       So you would read that out of the statute because in

12   your analysis you only look at and make a comparison against

13   what was copied.

14       **MR. JACOBS:**  In the case of dead literal copying,

15   that provision does not get very much weight in the case law,

16   your Honor.  Where you take five notes out of a song, even

17   though it's a large song, you don't get a fair use -- fair use

18   doesn't take you very far, even though it's five notes out of a

19   song.  And that's what the decision allowed in --

20       **THE COURT:**  That was *Leonard Hand* in 1927.  This is a

21   statute that came into effect in 1976.

22       **MR. JACOBS:**  But we have lots of snippet cases.  We

23   will do some more briefing, your Honor, on this.

24       The other possibility is to say to the jury:  The

25   work as a whole is this, but don't consider that which Google

```
 1   added when it took the 37 packages.  Just consider the 37

 2   packages.  That strikes us as pretty confusing.

 3         THE COURT:  We ignore, I think, possibly what -- the

 4   add-ons that Google put in, but the part that they copied, the

 5   comparison is to your work as a whole, whatever that is.  And I

 6   question whether the work as a whole is just what was copied

 7   from that work as a whole.

 8         MR. JACOBS:  I think we'll do our best, your Honor,

 9   to -- maybe we should get a briefing schedule from you.

10         THE COURT:  Well, I think you should -- both sides, I

11   would like to -- you know, I'm working on it now.  I'm working

12   on -- I need your help and you need to give me a decision on

13   point that says:  Is this for the judge, or is this for the

14   jury?

15         One way to go is for you excellent lawyers to argue

16   to the jury what is the work as a whole, and each side will

17   have their argument on that.  Then I say to the jury, consider

18   that factor.

19         And that's -- you know, I think that's the way most

20   judges, in fact, would go.  But I'm going to follow whatever

21   the law is here, so give me decisions on point that say the

22   judge must make that determination and instruct the jury as to

23   what the work as a whole is.  Okay?

24         MR. JACOBS:  We'll do our best, your Honor.

25         THE COURT:  All right.
```

```
 1          MR. JACOBS:  But we do have a technical disagreement

 2   about the language and the classes, but I don't want to get

 3   into that now.  We don't have the time.

 4          THE COURT:  We have a few minutes to go over any

 5   issues you want to do before we bring the jury back in.

 6          MR. JACOBS:  Yes, your Honor.

 7          We would like to move into evidence some exhibits

 8   that the parties have stipulated to.

 9          THE COURT:  All right.  Let me get my sheet.

10          Okay.  Go ahead.

11          MR. JACOBS:  TX-26, 104, 157, 233, 234, 251, 21, 172,

12   1029, 238.

13          THE COURT:  I didn't catch the last one.

14          MR. JACOBS:  Sorry, it goes backwards.  238.

15          THE COURT:  238?

16          MR. JACOBS:  And then a few more --

17          MR. VAN NEST:  No objection on those, your Honor.

18          THE COURT:  All received.

19          (Trial Exhibits 26, 104, 157, 233, 234, 251, 21, 172,

20          1029 and  received in evidence)

21          THE COURT:  Okay.

22          MR. JACOBS:  TX-34, 165, 383, 384, 416.

23          MR. VAN NEST:  No objection, your Honor.

24          THE COURT:  All received.

25
```

PROCEEDINGS

```
 1                (Trial Exhibits 34, 165, 383, 384 and 416 received

 2                 in evidence)

 3           MR. JACOBS:  897.

 4           MR. VAN NEST:  No objection.

 5           THE COURT:  Received.

 6                (Trial Exhibit 897 received

 7                 in evidence)

 8           MR. JACOBS:  729, and then a whole bunch of 896

 9    points.  So 896.1, .2, .3, .4, .5, .6, .7, .8.

10           MR. VAN NEST:  No objection.

11           THE COURT:  All received.

12                (Trial Exhibits 729, 896.1, 896.2, 896.3, 896.4,

13                 896.5, 896.6, 896.7, 896.8 received in evidence)

14           MR. JACOBS:  We will get you our brief comments on

15    the findings of fact and conclusions of law today, but we agree

16    with Google on Google's timing comment about your procedure for

17    findings of fact and conclusions of law.

18           THE COURT:  Did I get that yet?  Did you submit

19    something on that?

20           MS. ANDERSON:  Yes, your Honor.  We did submit it

21    last night.

22           The only comment we had on your Honor's order was we

23    request that the first briefing be due the second business day

24    following close of evidence.

25           THE COURT:  I'll consider it, but I may have to make
```

```
 1   some rulings pretty quickly and if they turn on yours, then we
 2   have a hiatus.  So I'll consider that.
 3              MS. ANDERSON:  Thank you.
 4              MR. JACOBS:  I think we could do the other items at
 5   the next break, with the exception of one item that Mr. Fred
 6   Norton has and an item that Mr. Boies has.
 7              MR. VAN NEST:  Your Honor, there actually were three
 8   more exhibits, I thought, that we had stipulated coming in.
 9              MR. JACOBS:  They are your exhibits though.
10              MR. VAN NEST:  I thought we would just do them all at
11   ones.
12              THE COURT:  Go ahead.
13              MR. VAN NEST:  TX-612, TX-617, TX-2223.
14              MR. JACOBS:  No objection.
15              THE COURT:  All received in evidence.
16              (Trial Exhibits 612, 617 and 2223 received
17               in evidence)
18              THE COURT:  All right.  More issues?
19              MR. BABER:  Yes, your Honor.
20              THE COURT:  We have got two minutes, so give me the
21   ones that are important and we're going to move on with the
22   jury.  We can't have all these miscellaneous things.
23              Okay, Mr. Norton.
24              MR. NORTON:  Thank you, your Honor.
25              On Friday we moved the admission of Exhibit 1026, the
```

1   Danger license.  The Court said it would hold that in abeyance

2   until we had an opportunity to discuss it outside the presence

3   of the jury.

4           We filed a motion last night, a brief in support of

5   the admission of 1026 and Google has opposed.  We would like to

6   get that exhibit in for the reasons we've stated.  I'm prepared

7   to address that now.

8           **THE COURT:**  Go ahead.

9           **MR. NORTON:**  This is a license that Mr. Rubin entered

10  into while he was at Danger with Sun, and the reason why he

11  entered into it was that Sun told him he must take a license

12  even though he said -- the testimony from Mr. Swetland is

13  unchallenged -- Danger had never touched Sun's source code.

14  They had not taken any source code at all.  And, yet, they

15  entered into what is effectively a specification license and

16  they customized the document, Exhibit 1026.  They made it into

17  a specification license.

18          And that document is relevant to make it clear to the

19  jury -- this was your Honor's question on Friday afternoon:

20  When Google says we need a license, are they talking about a

21  license to source code, or a license to specification

22  specifications?

23          And it's quite clear from this document, as well as

24  other evidence, that Mr. Rubin was quite aware that it was

25  Sun's position that you needed a license exclusively for the

```
 1  specifications.  In fact, in 2003 he caused Danger to enter

 2  into such a license based on nothing, but Danger's use of

 3  specifications.

 4          And Google doesn't want that exhibit to get in front

 5  of the jury, even though that's precisely what it was.  So it's

 6  relevant.  It's relevant to issues in Phase 1.

 7          THE COURT:  So you're saying it's relevant to show

 8  that Mr. Rubin, who later went to Google and had something to

 9  do with Android, was on notice of what Sun's position was as to

10  that you need a license for specification; is that your point?

11          MR. NORTON:  It is relevant to his knowledge.  It is

12  relevant that he, in fact, had taken such a license, which

13  establishes -- you know, Mister --

14          THE COURT:  Why is that different from what I just

15  said?

16          MR. NORTON:  Well, it is --

17          THE COURT:  See, when a lawyer won't agree to the way

18  I phrased it --

19          MR. BOIES:  Just say yes.

20          THE COURT:  (Continuing) -- then I just feel like

21  your splitting hairs and I don't understand the point.

22          MR. NORTON:  I agree with your Honor.

23          And I want to make an additional point.  Mr. Van Nest

24  argued to the Court on Friday that this whole idea that Sun's

25  position was that APIs were copyrightable is something that
```

1  Oracle invented for purposes of this lawsuit.  That was his

2  statement to the Court on Friday afternoon.  And that's simply

3  not true.

4           Not only was it Sun's position, it was a position

5  that was acknowledged by Danger when Mr. Rubin caused Danger to

6  enter into a license and pay money because Danger had been

7  using Sun's specifications.  And then that knowledge is

8  relevant for the reasons we stated.

9           **THE COURT:**  So why isn't that correct?

10          **MS. ANDERSON:**  Thank you, your Honor.  Christa

11  Anderson.

12          Your Honor, the question is not whether certain

13  questions can be asked of witnesses about Danger taking a

14  license and why.  Obviously, your Honor has heard testimony on

15  that from multiple witnesses, including Mr. Cizek, that Oracle

16  called.

17          The problem is whether Exhibit 1026 comes in

18  evidence.  This is a multi-page, single-spaced extremely

19  complicated license agreement for a completely separate company

20  about a completely separate platform.  There are provisions in

21  that agreement for different rights that were supposedly

22  conferred on Danger under that agreement, including rights to

23  use the Java trademark.  So this agreement, if it comes in

24  evidence before the jury, presents a significant risk of

25  confusion.

PROCEEDINGS

1    The Danger platform is not what is at issue in this
2  lawsuit.  And Oracle's counsel, putting this document before
3  the jury to invite them to try to speculate what these very
4  dense legal provisions in this agreement mean with respect to a
5  platform that nobody is examining as part of this case, really
6  presents a 403 problem.

7    **THE COURT:**  But the point that Mr. Norton made seems
8  like a decent point; and that is, that Mr. Rubin was on notice
9  that Sun required a license to even use the specification.

10    **MS. ANDERSON:**  Actually, your Honor, Exhibit 1026
11  doesn't show that.  Exhibit 1026 shows that what that license
12  covered was, among other things, rights to use a trademark and
13  rights to receive code for what they call a shared part.

14    **THE COURT:**  It doesn't use the word "specification"?

15    **MS. ANDERSON:**  The point that is cited -- the
16  document that, my understanding, Oracle cites for that
17  proposition is a completely separate SEC filing.  It's not the
18  license.

19    **THE COURT:**  Wait.  Mr. Norton, is that true?  Show me
20  the word "specification" in the license.

21    **MR. NORTON:**  The word "specification" does not appear
22  in the license, but what the license does in Attachment F,
23  which Mr. Cizek said was specifically requested by Mr. Rubin,
24  it says they do not get rights to source code.

25    But what is -- the significance of the license is not

1  merely what it provides for going forward, but the fact that

2  Mr. Swetland testified that prior to -- and Mr. Cizek

3  testified, that before Danger entered into the license, it had

4  done its own independent implementation and then Sun, and

5  Mr. Lindholm, approached Danger and said, "You cannot do this.

6  Even though you have not seen our source code, you must take a

7  license.  Even though you have not used our brand, you must

8  take a license."

9           So an independent implementation by Danger required a

10 license, and the license that was entered into is Exhibit 1026.

11          **THE COURT:**  But if it doesn't -- if it doesn't use

12 the word "specification" -- you told me it used -- you didn't

13 tell me it used the word "specification," but you said he took

14 a license for the specification.

15          Now I'd like to know -- Mr. Boies is coming forward

16 to rescue you and, apparently, he has found the word

17 "specification."

18          What did he find?

19          **MR. NORTON:**  That's exactly right.  Mr. Boies has

20 rescued me.

21          On Page 10 of Exhibit 1026 it specifically calls out

22 the original code, the upgraded code and specifications.

23          **THE COURT:**  All right.  Ms. Anderson, why did you

24 tell me the word "specification" was not in there?

25          **MS. ANDERSON:**  Actually, your Honor, my understanding

PROCEEDINGS                                                    1160

 1  was it was not in.  In fact, the document that Oracle cited for

 2  this proposition was an SEC filing.  It was not the document

 3  itself.

 4          **THE COURT:**  Why did you tell me it wasn't in the

 5  license agreement?

 6          **MS. ANDERSON:**  That was my understanding, your Honor,

 7  that --

 8          **THE COURT:**  You're wrong, it looks like.

 9          **MS. ANDERSON:**  Yes.  However, it does not change the

10  fundamental point, your Honor.

11          The point is this jury shown this document with many,

12  many pages of complicated provisions regarding legal issues

13  will be invited to speculate and try to apply these terms to

14  this particular platform when it is not the same platform.  It

15  was an agreement that was done in 2003.

16          There is nothing about this agreement that will

17  change the fact that Danger took a license to have rights to a

18  trademark and did receive code, which is contradicted by

19  what -- which is contradictory to what Mr. Norton just told

20  you.  They received code for a shared part, and there is

21  testimony about it, and it's in the license agreement.  So what

22  this is going to become is a rabbit hole of confusion.

23          Now, that doesn't mean that Oracle's counsel can't

24  ask questions of witnesses, which they have already done, and

25  I'm sure they intend to ask Mr. Rubin what was his

1  understanding and negotiations related to the Danger license.

2  That has its own potential for confusion.

3          But, certainly, with this license agreement in

4  evidence, there will be significant risk of confusion,

5  particularly where we have already complex issues that are

6  presented to the jury for decision.

7          **THE COURT:**  Mr. Van Nest, are you --

8          **MR. VAN NEST:**  I was going to make a suggestion in

9  light of the hour, your Honor, that Mr. Rubin should be on

10 today.  Why don't the Court wait and see what Mr. Rubin says

11 about it and you can make your judgment?

12         **THE COURT:**  The foundation has already been laid for

13 1026 through that other witness, correct?

14         **MR. NORTON:**  Yes, it has, your Honor.

15         **THE COURT:**  All right.  Here is the answer.  1026 is

16 allowed in evidence.  Mr. Boies saved the day.  I was going to

17 exclude it until Mr. Boies pointed out the word "specification"

18 is in there, contrary to what Ms. Anderson had said.

19         Ms. Anderson, you shouldn't have done that.  You

20 should know the document by heart.  I know you're working hard

21 on this case and I respect you and all of that, but I have to

22 rely on the lawyers to pitch their arguments in accordance with

23 the record.  So, please, all of you, do your best to be as

24 accurate as you can.

25         It's time now to bring the jury in and resume.

```
 1              (Trial Exhibit 1026 received

 2               in evidence)

 3         MR. BABER:  Your Honor, we have an issue that relates

 4    to the testimony the very first witness will give, I believe

 5    the very first part of his testimony.

 6         THE COURT:  What is that?

 7         MR. BABER:  Your Honor you will recall on Friday Bob

 8    Lee took the stand and we adjourned his examination because of

 9    the exhibit we had been given just late the night before.

10         THE COURT:  Yes.

11         MR. BABER:  Your Honor, we have an objection, a

12    significant objection to that exhibit.  We certainly don't

13    object to Mr. Jacobs questioning the witness about the

14    documentation that is in Android.  You heard testimony he was

15    the core library lead for some time.

16         We do object to him doing it in front of the jury in

17    a manner that the Ninth Circuit has said is misleadingly

18    prejudicial.  I will explain to the Court.

19         If I can hand up, this is what we understand they

20    want to use with this witness.

21              (Whereupon, document was tendered

22               to the Court.)

23         MR. BABER:  That's a printed copy of what, I assume,

24    will be a series one-by-one of side-by-side comparisons of a

25    little snippet from Java and a little snippet from Android.
```

```
 1              THE COURT:  Wait a minute.  Is this a -- is this
 2   something gemmed up just for the litigation?
 3              MR. BABER:  Absolutely, your Honor.  And scissors
 4   were --
 5              THE COURT:  Not on a fact witness.  No.  You're going
 6   to use the original documents.  This is an argument piece.
 7              I'm not going to allow this to be used with a
 8   witness.  Not on a fact witness.  Your experts can do it maybe,
 9   but not a fact witness.
10              MR. BABER:  Thank you, your Honor.
11              THE COURT:  Now we have a note from the jury, one
12   juror.
13              Is the jury ready to come in?
14              THE CLERK:  Yes.
15              THE COURT:  Would you line them up, please?  Are they
16   ready?
17              THE CLERK:  They are ready.
18              THE COURT:  Here is the note from a juror unsigned.
19   Don't bring them in yet.
20              "What if one of us juror people" --
21              No.
22              "What if one of us jury people were to be hit
23              by a truck - or something less dramatic, but
24              equally capable of keeping us from being
25              here?  Maybe what I'm really asking is this:
```

```
 1                  Why aren't there alternates for this trial?"

 2                  A very good question, and I will answer it when they

 3    come in.

 4                  All right.  Let's bring in the jury.

 5                  (Jury enters courtroom at 8:08 a.m.)

 6          THE COURT:  Okay.  Be seated, please.

 7                  So, good morning.  Did you all have a good weekend?

 8                  (Jury nodding affirmatively.)

 9          THE COURT:  Everyone washing your hands like crazy?

10    Staying in good health?  Yes?

11                  (Jury nodding affirmatively.)

12          THE COURT:  I don't want anyone to get sick.

13                  Now, one of you in that connection wrote me a note.

14    I don't need to know who it is, but it asks why is it we don't

15    have alternate jurors on this jury?

16                  Well, that's a very good question.  In criminal cases

17    we do have alternate jurors.  In civil cases, I believe it was

18    a 1990 or '91 -- I can't remember exactly -- Congress did what

19    I think was a wise thing and amended the law to say that there

20    is a minimum of jurors that we need to decide a civil case.

21                  This, of course, is a civil case, not a criminal

22    case.  And so we start with a few more than we need by the

23    statutory minimum.  So if one of you were to -- I won't use the

24    example you gave here, but if one of you were to get very ill

25    and have to drop out of the trial, we could go forward with 11.
```

PROCEEDINGS                                                    1165

 1   And we could actually go forward with a number less than that,

 2   but I don't want to start speculating -- getting you to

 3   speculate on anything.  So I don't want you to -- I'm just

 4   going to -- it's a secret.  It's a trade secret what the number

 5   is.

 6            (Laughter.)

 7            **THE COURT:**  But I know that none of you are going to

 8   get sick because you're being good and healthy and none of you

 9   are going to have an accident, we hope.  Though, you know, some

10   of you are coming a long way every morning and I do worry on

11   these cases a little bit that somebody may on a dark morning

12   coming to serve their country by serving as a juror in this

13   case or any other case, they might get in an automobile

14   accident, and I do worry about that.

15            So I don't take your -- none of us here take your

16   participation lightly here.  It is a burden on you to serve.

17   There is no question about it.

18            However, if one of you did have to drop out for

19   whatever reason, we could go forward with 11.  We could go

20   forward with 10.  I'm not going to say exactly where the cutoff

21   line is, but the Congress of the United States has answered

22   that question for us and did a smart thing by allowing us to

23   start with a larger number and then allow for flexibility if

24   somebody had to drop out.  Okay?

25            Good.  So we're back to work this morning, this nice

```
 1  pretty Monday morning.  This week will be -- I think we're
 2  going to come close to finishing the evidence on Phase 1.  We
 3  may not quite finish it, but we'll get close.  And I'm positive
 4  that next week the case will go to you -- the first phase will
 5  go to you for decision.  So we're on track.
 6          Now, you remember we had a witness last week whose
 7  name was -- I'm embarrassed...
 8          MR. JACOBS:  Mr. Lee, your Honor.
 9          THE COURT:  Mr. Lee.  Yes, Mr. Bob Lee.  And we had
10  to interrupt him because at the last minute the Oracle side had
11  discovered some documents they wanted to use with him, and I
12  have a procedure that there's some minimum notice needs to be
13  provided to the other side.  Nobody did anything wrong here.
14  It's just one of those things that happened in trials.  So they
15  both agreed that he would be postponed until today.  And now
16  everyone has had a chance to look at the documents and to be
17  ready to do their cross-examination so it goes smoother in
18  front of you.  It takes up less of your time.  So that's the
19  whole idea.
20          So, Mr. Bob Lee, is he here?  He needs to come back
21  in and to resume his testimony.
22          (Mr. Lee enters the courtroom.)
23          THE COURT:  Are you Mr. Lee?
24          THE WITNESS:  Yes, sir.
25          THE COURT:  You have to forgive me.  I don't remember
```

```
 1  for sure.  You were here last week.

 2          THE WITNESS:  Yes, sir, on Friday.

 3          THE COURT:  Okay, great.  Have a seat.

 4          THE WITNESS:  Thank you.

 5          THE COURT:  Just let me ask you a couple of

 6  questions.  I've forgotten.

 7          Who do you work for now?

 8          THE WITNESS:  I am the CTO of Square.  It's a mobile

 9  payments company.

10          THE COURT:  And did you work at one point for Oracle

11  or Google?

12          THE WITNESS:  For Google.

13          THE COURT:  You did, all right.  And what did you do

14  there?

15          THE WITNESS:  I started in 2004.  I worked on the

16  Android team for two years and I worked on the core, I guess,

17  Java libraries and that sort of thing.  And then I was the core

18  library lead for Android.

19          THE COURT:  All right.  With that background, my

20  notes say that we had 17 minutes of the witness's prior

21  testimony.

22          And, Mr. Jacobs, you may pick it up right there.

23  Thank you.

24          MR. JACOBS:  Thank you very much, your Honor.

25
```

PROCEEDINGS

1    **BOB LEE**,

2    called as a witness for the Plaintiff herein, having been

3    previously sworn, resumed the stand and testified further as

4    follows:

5    **DIRECT EXAMINATION RESUMED**

6    BY MR. JACOBS:

7    Q.    Good morning, Mr. Lee.

8    A.    Good morning.

9    Q.    We were talking at the end of the your testimony the other

10   day about the instructions you gave to your documentation

11   writers or coders about what they should do with the narrative

12   portion of the Java specifications; do you recall our

13   back-and-forth on that?

14   A.    Yes, I do.

15   Q.    And we were talking about the two possible meanings of

16   paraphrasing; do you recall that?

17   A.    I don't recall the two meanings.  I think I said that it's

18   taking something and putting it into your own words.

19   Q.    Okay.  Let's go with that interpretation as we go through

20   this.

21         I'm going to ask you to take a look on your screen.

22   On the left side you will be seeing Trial Exhibit 610.2, which

23   is the Android documentation -- which is the Java documentation

24   from the Java website; and on the right we're going to be

25   asking you to look at Trial Exhibit 767, which is the Android

LEE - DIRECT EXAMINATION / JACOBS                    1169

1   documentation from the Android website.

2           Do you see that on your screen, sir?

3   **A.**   Yes.  These are called JavaDocs and they are generated

4   from the code.

5   **Q.**   And that's true on the Android side as well, correct?

6   **A.**   On the Android side it's called something else.  I don't

7   remember what the name of the tool is.

8   **Q.**   And my question wasn't precise.  The jury heard an

9   explanation that in Java the way the documentation is created

10  is by a tool that actually reads portions of the source code

11  and then places it in a kind of template that's available on

12  the web as a source of documentation.

13          And so my question is:  Is that same mechanism

14  applied for the Android documentation?

15  **A.**   Yes.

16  **Q.**   Now, what we have up here on the screen is the class

17  CipherInputStream; do you see is that?

18  **A.**   Yes.

19  **Q.**   And then we have the javax.crypto.CipherInputStream

20  underneath that; do you see that?

21  **A.**   The -- which one am I supposed to look at?

22  **Q.**   Sorry.  Do you see the documentation underneath that,

23  underneath the class CipherInputStream declaration?

24  **A.**   Yes.

25  **Q.**   And so the Java documentation reads:

1               "A CipherInputStream is composed of an

2               InputStream and a Cipher so that read ()

3               methods return data that are read in from the

4               underlying InputStream, but have been

5               additionally processed by the Cipher.  The

6               Cipher must be fully initialized before being

7               used by CipherInputStream."

8          Do you see that?

9     A.   Yes.

10    Q.   And then if we go over to the Android text for the

11    corresponding Java class in Android, we see the following text:

12              "This class wraps an InputStream and a Cipher

13              so that read () methods return data that are

14              read from the underlying InputStream and

15              processed by the Cipher.  The Cipher must be

16              initialized for the requested operation

17              before being used by a CipherInputStream."

18         Do you see that, sir?

19    A.   Yes.

20    Q.   Does that documentation in Android meet your definition of

21    taking something and putting it in your own words?

22    A.   They do look a bit different, yes.

23    Q.   In what way are they different, sir?

24    A.   I mean, they are not exactly the same.

25              (Laughter.)

1  Q.   They are very similar, aren't they, sir?

2  A.   They contain a lot of the same words, that's for sure.

3  Q.   Then if we looked at javax.crypto.Cipher and do a similar

4  analysis using the Oracle online documentation on the left and

5  the Android online documentation on the right?

6          THE COURT:   These underlying documents are both in

7  evidence?

8          MR. JACOBS:   Yes, your Honor.   These are 610.2 and

9  767.

10         THE COURT:   All right.   So the jury will understand

11  that -- do you see that on the screen over there?

12         (Jury nodding affirmatively.)

13         THE COURT:   That these two documents that are on the

14  screen side-by-side are in evidence.   And somehow through the

15  magic of computers, they are able to pull out parts and compare

16  them side-by-side.   That's fine.   I think we ought to do that,

17  but remember it's the underlying evidence that counts.

18         And those are in evidence.   So you'll have that in

19  mind.

20         Please continue.

21  BY MR. JACOBS:

22  Q.   And this text begins:

23          "This class provides the functionality of a

24          cryptographic Cipher for encryption and

25          decryption."

LEE - DIRECT EXAMINATION/JACOBS

```
 1              Do you see that?
 2   A.    Yes.
 3   Q.    That's in the Java documentation.
 4              In the Android documentation it reads:
 5              "This class provides access to
 6              implementations of cryptographic Ciphers for
 7              encryption and decryption."
 8              Do you see that?
 9   A.    Yes.  They are both concise descriptions of what this
10   class does.
11   Q.    And then it goes on to say:
12              "In order to create a Cipher object, the
13              application calls the Cipher's get-instance
14              method, and passes the name of the requested
15              transformation to it."
16              That's on the Java site; correct, sir?
17   A.    Yes.
18   Q.    And on the Android site it says:
19              "Cipher classes cannot be instantiated
20              directly.  One has to call the Cipher's
21              get-instance method with the name of a
22              requested transformation optionally with a
23              provider."
24              Do you see that?
25   A.    Yes.
```

1  Q.   And there are individual word differences in there;

2  correct, sir?

3  A.   Yes.

4  Q.   But they are quite similar in text; aren't they, sir?

5  A.   Which sentence?  The first sentence or both sentences?

6  Q.   Both sentences that are highlighted on the screen.

7  A.   I have to count the words.  Can you tell me how many words

8  are the same?

9  Q.   I didn't count.

10  A.   "This class provides the functionality of a cryptographic

11  Cipher for encryption and decryption."

12          This class provides access" -- yep -- "to..."

13          So they both say, "This class provides" -- it's a

14  common thing to say" -- "...functionality of a cryptographic

15  Cipher" to "...implementations of cryptographic Ciphers for

16  encryption and decryption."

17          Yes, that first sentence is very similar.

18  Q.   And the second sentence?

19  A.   "The application calls for the Cipher's get-instance

20  method."  I'm reading it out loud so you don't have to write it

21  all down again.

22          The second sentence looks less similar to me.  It has

23  a pretty different structure.  Let's see here.  "...requested

24  transformation."  "...optionally with a provider."

25          The second sentence looks more different to me.

1   Q.   Let's take a look at java.io.Channels.pipe.

2          Now, just to step back and give the jury some

3   context.   There are thousands of pages of documentation in the

4   documentation for the 37 panels; correct, sir?

5   A.   Yes.

6   Q.   And that would be true on both the Java and Android side;

7   correct, sir?

8   A.   Correct.

9   Q.   And the structure of the documentation is identical;

10  correct, sir?   And if you think of it as an outline, the

11  outline would match identically; correct, sir?

12  A.   Yes.

13  Q.   And that's because on the Android side you're documenting

14  the same application programming interfaces as were documented

15  on the Java side; correct, sir?

16  A.   Yes.

17  Q.   So now if we look at java.nio.Channels.pipe, on the Java

18  said it says:

19          "A pair of channels that implements a

20          uni-directional pipe."

21          And on the Android sides it says:

22          "A pipe contains two channels forming a

23          uni-directional pipe."

24          Do you see that?

25  A.   Yes.

LEE - DIRECT EXAMINATION/JACOBS

1  Q.   And then on the Java side it says:

2           "A pipe consists of a pair of channels, a

3           writable sink channel and a readable source

4           channel."

5           And on the Android side:

6           "One is the writable sink channel and the

7           other is the readable source channel."

8           Do you see that?

9  A.   Yes.

10 Q.   Highly similar?  Not so similar?  What's your judgment?

11 A.   In this case they contain the same words, certainly, but

12 that's to be expected when you're trying to -- you're

13 describing various specific concepts in as few words as

14 possible.  You're trying to provide, like, a very concise

15 explanation.

16         Like, for example, the first sentence.  What is a

17 pipe, in one sentence.  Certainly, if you're trying to do it in

18 that few words, they are going to contain similar words because

19 these are kind of, I guess, the common language or currency of

20 these APIs and simply the technology.

21         Like, "pipe" isn't even actually a -- it's not

22 necessarily a Java term.  It predates Java.

23 Q.   So you would --

24 A.   Like, it's a common technical term.

25 Q.   So you would expect the same level of similarity that the

1  jury has seen in these examples so far across the documentation

2  for the 37 packages, sir?

3  **A.**   Generally, yes.

4  **Q.**   Thank you, Mr. Lee.  No further questions.

5            **THE COURT:**  Okay.  Any cross?

6                      <u>**CROSS EXAMINATION**</u>

7  **BY MR. BABER:**

8  **Q.**   Good morning, Mr. Lee.

9  **A.**   Good morning.

10 **Q.**   I want to go back just a little bit to some of the

11 testimony you gave last Friday morning just to make sure the

12 jury understands some of the testimony that you gave.

13            In your testimony in response to Mr. Jacobs'

14 questions, you both referred to the phrase, you called it the

15 Java namespace.  And the Javax namespace.

16            Could you explain, please, what is a namespace?

17 **A.**   Okay.  So I guess at a high level -- the Java programming

18 language in particular, but this is common to a lot of

19 programming languages -- you have types.  Those are different

20 types things.  Like, you could have something, a car and it

21 might represent a car, or you could have a window and it might

22 represent a window.

23            Then you also have what you call methods.  And these

24 are the actual -- the types would be the nouns and then the

25 methods might be like the verbs.  So the methods contain

1  implementations that can perform actions.  So, like, a window

2  you might have an open method to open that window and a close

3  method to close that window.

4         The way that this stuff works is if somebody else

5  wants to use your window, then they refer to that type by name.

6  So it might be "window."  And if they want to use the method,

7  then they refer to that method by name, so they might call it

8  "open."  You couldn't call that something else, because you

9  know it's -- the person trying to use it wouldn't be able to

10  use it any more.  That name has to be very specific because

11  it's a computer processing this and it has to look up the term

12  exactly by name.

13         When we talk about a namespace, we're just talking

14  about kind of the -- I guess, kind of like a collection of

15  items.  In Java this is called a package.  Like, you can have a

16  bunch of types in a package and then those packages have names.

17  And typically those -- and for Java, kind of the core packages

18  are -- in the standard packages start with Java and Javax as

19  the name.

20  **Q.**   So, for example, when the jury has heard testimony about

21  the java.lang package or the java.util package, does that mean

22  that somewhere in the computer in order to find that function,

23  a programmer has to go access a file that has as part of its

24  name java.util.whatever-method-he's-look-for.

25  **A.**   Exactly.

1   Q.   Now, in your testimony on Friday you also told Mr. Jacobs

2   you were familiar with TCKs; do you recall that?

3   A.   Yes.

4   Q.   And just to refresh the jury, what is a TCK?

5   A.   TCK stands for Test Compatibility Kit.

6        I guess to take a step back, in the Java world there

7   is something called a Java Community Process.  This is a

8   standards organization that comes up with these specs,

9   including the core library spec.  It's not just Sun and now

10  Oracle.  They don't just create them and throw them over a

11  wall.  There's dozens of companies, including Google and

12  myself, that all helped design and contribute to these specs.

13       Part of that process is you -- so if somebody wants

14  to implement one of these specs, there's hundreds of these

15  specs.  If somebody wants to implement it and claim to be

16  compatible, they'd have to pass the specific set of tests.

17  These are typically automated that go with that spec.  And

18  that's called the Test Compatibility Kit.

19  Q.   Mr. Lee, do you know whether it's called a Test

20  Compatibility Kit or a Technology Compatibility Kit?

21  A.   Oh, it could be the later.

22  Q.   You don't know for sure?

23  A.   I don't know.

24  Q.   You just called it a TCK?

25  A.   We call it a TCK.

1  Q.   And at the time Android was developed, was there a Java

2  Platform for a smart phone for which there existed a TCK?

3  A.   No.

4  Q.   And when you gave testimony to Mr. Jacobs about wanting to

5  be able to run against a TCK, would it have been possible to

6  run Android against a TCK in 2006, 2007 or 2008?

7  A.   No.  I'm a prolific contributor to these kind of --

8  these -- I guess, these specifications.

9          For example, I created one called

10 JavaDependencyInjection.  It was actually the fastest executed

11 specification in the history of the JCP.

12         So it was my intention, being involved with the

13 Android company and heavily involved in the Java community, to

14 create and define this new platform that might support more

15 sophisticated smart phones like this and could possibly be

16 implemented by Apple with the iPhone and that sort of stuff.

17 Q.   All right.  Could I get -- do you have Exhibit 405 in

18 front of you, Mr. Lee?

19 A.   I do not.

20         MR. BABER:  May I approach, your Honor?

21         THE COURT:  Yes.

22         (Whereupon, document was tendered

23          to the witness.)

24 BY MR. BABER:

25 Q.   Mr. Lee, I'm putting back in front you have Exhibit 405,

 1   which was admitted, I believe, on Friday and which Mr. Jacobs

 2   asked you questions about.  Do you recall that?

 3   **A.**   Yes.

 4           (Document displayed)

 5   **Q.**   And just to refresh the jury, what is this document?

 6   **A.**   This is an email that I sent to Eric Schmidt, sending him

 7   a couple links, telling him about an award I won for an Open

 8   Source Java trademark that I created and then asking him about

 9   Java and the TCK.

10   **Q.**   So that's the bottom portion of this exhibit you're

11   referring, the part that shows "From: Bob Lee" "To: Eric

12   Schmidt"?

13   **A.**   Yes, sir.

14   **Q.**   I want to direct your attention to the third paragraph of

15   that message you wrote.  The second sentence reads:

16           "I'm certain you're already aware of this,

17           but Sun has been abusing their special

18           position within the JCP and playing licensing

19           games with Java SE in order to keep it off

20           phones and protect their Java ME licensing

21           revenues."

22           Did you write that?

23   **A.**   Yes, I did.

24   **Q.**   And what was that -- first let me ask you:  That sentence,

25   was that your view at the time?

```
 1  A.    It still is, yes.

 2  Q.    Do you know whether or not anyone else shared that view?

 3  A.    Everyone, including Oracle, everyone else in the JCP

 4  besides Sun.

 5  Q.    And how do you know that Oracle shared that view, that Sun

 6  had been abusing its special position within the JCP and

 7  playing licensing games in order to protect its revenues?

 8  A.    In the Executive Committee -- that's kind of the board for

 9  the Java Community Process, this standards organization --

10  Oracle submitted a statement.  I don't recall the exact words,

11  but it was asking Sun to stop doing this sort of thing.  And

12  then everyone else voted "yes" on it besides Sun.

13  Q.    And Google agreed with Oracle in that position?

14  A.    Yes.  They were allies in that.

15  Q.    And let me back up, Mr. Lee, just to -- I don't know if

16  you said this or not, but did you have a formal role with

17  respect to the Executive Committee of the JCP?

18  A.    Yes.  I was the alternate representative for Google.

19  Q.    And who was the actual representative for Google?

20  A.    Josh Bloch.

21  Q.    Okay.  Now, in connection with your involvement -- well,

22  let me back up and stick with the Exhibit 405.

23        You see the part at the bottom -- or the middle of

24  that last paragraph where it says:

25        "Sun puts Field of Use restrictions in the
```

```
 1              Java SE TCK licenses which prohibit Java SE

 2              implementations from running on anything but

 3              a desktop or server.  These restrictions

 4              prevent Apache Harmony from independently

 5              implementing Java SE."

 6         Do you see that?
```

**A.** Yes.

**Q.** And do you recall Mr. Jacobs directed your attention to that paragraph?

**A.** Yes.

**Q.** And what was the basis of that understanding that you were sharing with Mr. Schmidt?

**A.** Let's see how far back I should go? So --

**Q.** Try and keep it short, but still understandable.

**A.** I will.

So the JCP is supposed to be and was -- was marketed to be, I believe, Sun really intended for it to be an open standards organization.  That means that companies can come together and work together and create these open standards that anybody can implement and one company can't stop another company from doing that.

And, in fact, the JSPA -- that's kind of the main agreement that everybody signs when they participate in this process -- explicitly prohibits them from doing so.

This went on -- this went great for quite awhile, and

1  there's Open Source projects that implement various

2  specifications, especially having the Java EE space --

3          **THE COURT:**  Will you slow down some?  I can tell the

4  court reporter's fingers are going way too fast.  You need to

5  slow down some.

6          **THE WITNESS:**  I certainly will.

7          **THE COURT:**  You need to slow down.

8  **A.**   This was going very well, especially, like, in the Java EE

9  space.

10          Up until the Apache Harmony project came along, which

11  tried to create a standard implementation of Java SE, that was

12  all going to go fine.

13          Actually, for the first couple years I think Sun just

14  didn't think that they could do it, so they didn't really --

15  nobody was really worried about it and they actually explicitly

16  said that it would be incredibly difficult to do this.  But

17  then they did, in fact, do it or at least we think we did --

18  they did.

19          Harmony was able to create a complete implementation

20  of Java SE, is what I mean.  And they went to submit it and

21  everything was going fine and, you know, they just assumed that

22  they would be able to get the same license as they got for the

23  Java EE specs, because this was -- there was already precedent

24  for this and there was already a process for this.  But then at

25  the last minute Sun changed their mind and I -- the way they

1  have explained it to us in the JCP EC is that they were worried

2  about Harmony somehow creating competition with their -- the

3  licensing revenues they get for virtual machines running on

4  cell phones, just like -- and I'm talking about the little

5  feature phones.  So kind of crazy they would be worried about

6  that, in my opinion.

7            But because of that, they used this loophole.  As I

8  explained before, you have to -- they found and used this

9  loophole.  As I explained before to, I guess, kind of get the

10 Java seal of approval for your -- for your implementation of a

11 spec is basically if I want to say that I'm a Java compatible

12 standard, I have to go through this process.  I mean, it's like

13 a trademarked term --

14           **THE COURT:**  This answer is way too long.  This has

15 turned into a speech.  You've got to give short answers.

16           And, counsel, please ask for a question that does not

17 call for a speech.

18           **MR. BABER:**  Will do, your Honor.

19           **THE COURT:**  Thank you.

20           **THE WITNESS:**  Well --

21           **THE COURT:**  No.  Speeches are over.  Next question.

22 **BY MR. BABER:**

23 **Q.**  Mr. Lee, you just referenced in your answer what you

24 referred to as a "Java seal of approval."  What did you mean by

25 that?

1  **A.**    So, Java is a trademark.  Like, I can't just make a new

2  technology and call it Java.

3  **Q.**    Okay.  And I want to go back in terms of Apache Harmony.

4  Who, if you know, was -- were the parties or entities who

5  formed Apache Harmony?  Who caused Apache Harmony -- caused the

6  Apache Foundation, sorry, to come into existence in the first

7  place?

8  **A.**    I -- I actually don't know who the founding members were.

9  I know that IBM was involved.

10 **Q.**    Okay.  Do you know whether the Apache Foundation was

11 itself a member of the Executive Committee of the JCP?

12 **A.**    They were, yes.

13 **Q.**    Do you know approximately when the Apache Foundation

14 joined the Executive Committee?

15 **A.**    I think it was very early on.  It was in the beginning.

16 **Q.**    When you first became involved with the Executive

17 Committee, was the Apache Foundation already a member?

18 **A.**    For a long time, yes.

19 **Q.**    Is the Apache Foundation still a member?

20 **A.**    No.  They quit.

21 **Q.**    Do you know when they quit?

22 **A.**    It was about a year ago.

23 **Q.**    Do you know why they quit?

24 **A.**    Over this issue.

25 **Q.**    Okay.  Now, in the email to Mr. Schmidt, you are referring

1    to these restrictions that Sun was trying to impose.

2           Do you know, Mr. Lee, whether those restrictions were

3    ever, in fact, put in place with respect to Apache Harmony?

4    **A.**   Yes.  I was told so in the JCP EC meeting by both parties.

5    **Q.**   Did Apache every sign the license agreement for the TCK?

6    **A.**   No.  They never adopted this license.

7    **Q.**   And just so it's clear for the jury, Sun did -- did Sun

8    offer to the Apache Foundation a TCK license for Apache

9    Harmony?

10   **A.**   Yes.

11   **Q.**   And did or did not that license that Sun offered include

12   this Field of Use restriction?

13   **A.**   They said it did, yes.

14   **Q.**   Okay.  And Apache Foundation did not accept that

15   restriction, is that right?

16   **A.**   Correct.

17   **Q.**   Mr. Lee, I would like to put back in front of you --

18            **MR. BABER:**  May I approach, your Honor?

19            **THE COURT:**  Yes.

20   **BY MR. BABER:**

21   **Q.**   (Continuing) -- Exhibit 281, which was also shown to you

22   during your direct examination -- or your cross-examination, or

23   Mr. Jacobs' examination.

24            (Whereupon, document was tendered

25             to the witness.)

1   Q.   Do you recall this email string?

2              (Document displayed)

3   A.   Yes.

4   Q.   Okay.  And that includes an email from you at the top to

5   Hiroshi Lockheimer, is that right?

6   A.   Yes.

7   Q.   Who is Hiroshi Lockheimer?

8   A.   He is the current director of the Android engineering

9   team.

10  Q.   And it shows a copy to Dan Bornstein.  Who was Dan

11  Bornstein in January of 2009?

12  A.   He was the lead of the Dalvik team and my manager.

13  Q.   Okay.  And in the middle of that email chain, the message

14  in the middle shows "On Tuesday January 6, 2009 at 10:42

15  Hiroshi Lockheimer wrote."

16             Do you see the part I'm directing you to?

17  A.   Yes, I do.

18  Q.   Okay.  And this is the part that Mr. Jacobs asked you

19  about.  The second sentence says -- and he's referring to an

20  entity named Noser.

21             "Those guys (their management team) are super

22             shady."

23             Do you see that?

24  A.   Yes.

25  Q.   And then the next sentence goes to say:

1          "I know the engineers are great and I get

2          that sense, too, from my limited interactions

3          with them."

4      Who was Noser?

5  A.   Noser is a company in Europe.  I think they were based in

6  either Sweden or Germany.  They had a history of working on

7  mobile VMs.

8  Q.   And what's a VM?

9  A.   It's a virtual machine.

10 Q.   And a virtual machine is part of the software that allows

11 a language like Java to run on a computer, is that right?

12 A.   Yes.

13 Q.   Okay.  And during your time as the core library lead for

14 Android, did you have interactions with software engineers from

15 Noser?

16 A.   Yes.

17 Q.   And what was Noser's role with respect to the Android core

18 libraries?

19 A.   They played a supporting role and -- because it was a lot

20 of, I guess, rote work and they took on the less strategic

21 tasks.

22 Q.   Okay.  Now, in your dealings with Noser, did you have

23 occasion to work with the management team from Noser?

24 A.   No, I did not.

25 Q.   Do you have any idea what Mr. Lockheimer meant when he

1  said the management team from nose were, quote, super shady?

2  **A.**   I know that later on they released their own virtual

3  machine.  That's the only thing I know.

4  **Q.**   But you did have interactions with the Noser engineers,

5  correct?

6  **A.**   Yes.

7  **Q.**   Did you find them to be professional?

8  **A.**   I thought they were wonderful.

9  **Q.**   Okay.  Now, in the examination this morning, Mr. Jacobs

10  asked you about a couple different pieces of prose.  English

11  language text that comes from the Android platform and from the

12  Java Platform, correct?

13  **A.**   Yes.

14  **Q.**   And first of all, what do you call -- what word do you use

15  to identify those parts of -- those paragraphs of text that you

16  were looking at?

17  **A.**   Documentation, or in some cases specification.

18  **Q.**   Do you use those two terms interchangeably "documentation"

19  and "specification"?

20  **A.**   Yes.  I think "documentation" is the more general term.

21  "Specification" refers to these specific rules that describe, I

22  guess, the meanings and how things behave.  Those are just as

23  important as, I guess, the namings of things.

24          Documentation more generally means, include also

25  stuff like tutorials, and examples and that sort of thing.

1   Q.   And what Mr. Jacobs showed you, the first one of them that

2   had a technical name about CipherInputStream, I believe you

3   told him that there were some words that are common.

4           And could you explain why you would expect some words

5   to be common when you're comparing two descriptions of the same

6   class or the same method in the Java APIs?

7   A.   Right.  Even outside of whether it's -- just in technology

8   there is very specific terms that mean very specific things.

9   You know, technology is a very specific thing and you have to

10  speak very specifically about it.  So there is certainly very

11  common terms both in the wire technical community and in the

12  Java community.

13          For example, "cipher" is a very specific word.  There

14  is not really another word that you can say besides cipher.  It

15  means it's an algorithm that can encode and decode something.

16  Q.   And when you are trying to write in English a description

17  of what a particular class or a method does, do you think you

18  could accurately describe, as a technical matter, what a

19  certain method does without using words that identify the input

20  to the method and what the method gives you back and what the

21  core function is?

22          MR. JACOBS:  Your Honor, this is beyond leading at

23  this stage.  And it's asking for an expert opinion by this

24  gentleman.

25          THE COURT:  The latter objection is overruled, but

1   the leading objection is sustained.

2            **MR. BABER:**  Yes, your Honor.

3   **BY MR. BABER:**

4   **Q.**   What, if any, similarities would you expect to find in any

5   two descriptions of the same method or class within the Java

6   API libraries?

7   **A.**   So these, especially the specification parts, are a

8   contract.  These are specific rules.  You know, I actually

9   wasn't even a big fan of including these.  I would have

10  preferred that we just point people to Sun's site for this

11  specific documentation because you shouldn't really be

12  rewriting a contract.  And in doing so they are going to be

13  substantially similar.

14            You're talking about a very specific thing and very

15  specific rules about technologies that have very specific

16  terminology, so there's only so many ways that you can phrase

17  things.

18  **Q.**   Now, Mr. Lee, the Java Community Process that you

19  described earlier is the process through which people outside

20  of Sun, and now outside of Oracle, contribute things to the

21  Java Platform; is that correct?

22  **A.**   Yes.

23  **Q.**   Okay.  Now, looking at any two descriptions of classes or

24  methods for the Java language APIs, can you tell just by

25  looking at the two of them whether one was copied from the

1  other?

2  **A.**    No, I cannot.

3  **Q.**    And why can't you tell that?

4  **A.**    Because I have no idea where they came from.  I don't know

5  who submitted that.  They could have come from the same place.

6  One could have come from the other.  You need, like, the commit

7  history and...

8  **Q.**    What is the "commit history"?

9  **A.**    So as we talked about, this is code.  We use something

10 called a source control system that keeps track of changes to

11 that code and it enables you to go back to old code or just see

12 how things changed over time.  So you would have a specific

13 history and see who submitted code at various times and,

14 hopefully, be able to tell where it came from.

15          As I said, in the Java Community Process there is

16 expert groups of people from all different companies that

17 create these specifications and so you have to, like, probably

18 look back at those mailing lists or something like that to see

19 who contributed that particular prose to find out who actually

20 owns it, I think.

21 **Q.**    Okay.  Now, it's been the case for many years that this

22 Java Community Process has been in place, correct?

23 **A.**    I think since about 1999, yes.

24 **Q.**    Okay.  And when someone contributes something to the Java

25 Community Process and to the Java Platform, can that person who

1  wrote it in the first place also at the same time contribute it

2  to the public?

3  **A.**    Absolutely.

4  **Q.**    And make it free for everyone to use?

5  **A.**    Yes.

6  **Q.**    And can they also release --

7            **MR. JACOBS:**  Your Honor, calls for a legal

8  conclusions and speculation that the witness has not

9  established that he knows these, the legal terms under which

10 specifications are contributed and owned.

11           **THE COURT:**  That's true.  He's not a lawyer.

12           Are you a lawyer?

13           **THE WITNESS:**  No, but I was on the Executive

14 Committee --

15           **THE COURT:**  Wait, wait.

16           You start saying things like "make it free for

17 everyone to use," that's a law conclusion.  So the jury will

18 disregard that part of the witness's testimony.

19           Now, you may -- it would be okay for him to testify

20 if he has direct first-hand knowledge as to what the custom and

21 usage is.  That would be okay, but he cannot testify about the

22 law.

23           So that objection is well taken.  Sustained.  Please

24 try it again.

25           **MR. BABER:**  Thank you, your Honor.

1  BY MR. BABER:

2  Q.   Are you familiar with the practices of some members of

3  the -- let's start with the Executive Committee of the JCP, as

4  to what their practice has been historically with respect to

5  how they have made available things that they are contributing

6  to Java?

7  A.   I'm directly familiar, yes.

8  Q.   And can you give us an example of what the practice of

9  some member of the Executive Committee has been with respect to

10 things that she or he have written and are at the same time

11 contributing to the Java Platform?

12 A.   With the most -- my most recent specification that I

13 wrote, JSR 330, I released the same code under the Apache

14 license, which is very, very permissive Free license.  Capital

15 "F" Free by that definition.

16 Q.   Are there any other members of the Executive Committee

17 where you're familiar with his or her practices with respect to

18 what they have done in the past regarding code and new items

19 they have written for the Java Platform?

20 A.   Particularly how they handled it or whether -- like how

21 they licensed it themselves?

22 Q.   Just if you're familiar with any practice they had with

23 respect to contributions they were making to the Java platform.

24 A.   I can think of several.

25 Q.   Can you -- do you know of any examples of someone who, at

1  the same time they donated something to the Java platform, also

2  made it available under either a license or some mechanisms --

3  let me back up and lay a foundation.

4          As a software engineer and familiar with the Java

5  platform in particular, Mr. Lee, are you familiar with some of

6  the public licenses that are available in the software -- in

7  the software world?

8  **A.**   Yes.

9  **Q.**   What are some of the public licenses you're familiar with?

10 **A.**   The Apache license.  The variation of the VSE license.

11 The GPL.  The MIT license.  The X11 license.  The Mozilla

12 license.  There's a lot of them.

13 **Q.**   Just as a general matter -- I'm not asking for any legal

14 construction -- but as a software engineer and someone who

15 served on the JCP, what is your general understanding of a,

16 quote, public license to software?

17 **A.**   Uhm, so, for open source licenses, that basically means

18 that you could take the code and reuse it in various ways that

19 are specified by the license.

20         Some require you to give attribution.  Some say

21 that -- for example, the GPL says that if you open source -- or

22 if you modify their code, then you also have to open source

23 your changes if you release that code.

24 **Q.**   And these licenses -- again, your understanding as a

25 software engineer and someone who has been involved in the Java

 1    Community Process -- can those be true, can they be applicable

 2    with respect to API packages, for example?

 3    **A.**   With respect to --

 4             **MR. JACOBS:**  Your Honor, relevance.

 5             **THE COURT:**  Yes.  Well, was this witness designated

 6    as an expert?

 7             **MR. BABER:**  No, Your Honor.  He's a fact witness who

 8    served on the JCP, executive committee.

 9             **THE COURT:**  You know, the other day you raised an

10    objection that the other side had not given the Rule 26

11    disclosure about somebody was going to give expert testimony or

12    opinion testimony.  Didn't I hear that a few days ago?

13             **MR. BABER:**  I'm trying to remember who that witness

14    was, Your Honor.

15             **THE COURT:**  I think you've gotten into the point

16    where this witness is now giving specialized testimony that

17    should have been noticed under the rules.  If it wasn't

18    noticed, I'm going to sustain that objection.

19             **MR. BABER:**  Your Honor, may I ask him, as matter of

20    fact, certain things?

21             **THE COURT:**  No.  These are not facts.  These are

22    specialized experience.  That's beyond the can of the ordinary

23    juror.  This is what we normally cover as expert testimony.

24    **BY MR. BABER:**

25    **Q.**   Mr. Lee, back to the issue of the documentation that we

LEE - CROSS EXAMINATION / BABER        1197

1   were speaking about earlier, you indicated that in order to try

2   to form an assessment as to whether one paragraph of English

3   text had been copied from another paragraph of English text,

4   you would need more information.

5   **A.**   Yes.

6   **Q.**   Okay.  And you mentioned earlier at least one source you

7   would go to, which was --

8   **A.**   Source Control and then Mailing Lists.

9   **Q.**   Would there be any sources outside of, let's say, Google

10  that you would want to check to look into the history of the --

11  that paragraph and where it had come from?

12  **A.**   It would depend where that code came from.  So, yeah,

13  certainly, IBM, Intel.  I don't know who contributed ...

14  there's another open source project called Bouncy Castle, that

15  Android uses and is popular in the Java community.

16  **Q.**   What is Bouncy Castle?

17  **A.**   It's an implementation of those crypto libraries we saw.

18          So the cypher is just a very abstract type in the

19  Java spec itself.  It doesn't do anything.  It just says

20  there's such a thing exists as an algorithm that can code and

21  decode things.  If you want to actually encode and decode

22  things, you need an implementation.

23          And Bouncy Castle is a common open source one and an

24  implementation that Android uses.

25  **Q.**   And in connection with the questioning that Mr. Jacobs did

1  this morning, where he showed you those couple of paragraphs,

2  were you provided with any information about where those

3  paragraphs had originally come from and who had written them?

4  **A.**    I was not.

5  **Q.**    Okay.  And without that information, is it possible to

6  make a determination as to whether one of them was copied, the

7  other one was copied, or perhaps they were both copied from

8  somewhere else?

9  **A.**    No.

10  **Q.**    Now, Mr. Lee, during your time -- Mr. Jacobs asked you,

11  during his examination last week, whether when you were

12  reviewing the Javadocs specifications for the API packages,

13  whether or not you saw a copyright notice on those materials.

14          Do you recall that?

15  **A.**    Yes.

16  **Q.**    Okay.  Now, during the time you were involved in the JCP

17  in connection with the issues relating to Apache Harmony, did

18  you ever hear anyone from Sun or Oracle ever say that Apache

19  Harmony had ever infringed any copyrights of Sun or Oracle?

20  **A.**    No.

21  **Q.**    And when you were doing your work at Google on the Java

22  core libraries for Android and you were involved with the JCP,

23  did you obtain any information through the JCP process

24  regarding what Sun's view was of whether others were free to

25  use the API specifications?

 1          **MR. JACOBS:**  Your Honor, calls for hearsay.

 2          **MR. BABER:**  Your Honor, would be an admission.

 3          **MR. JACOBS:**  Double hearsay.

 4          **THE COURT:**  That's true.  That's true.  This question

 5   calls for some comment that somebody else attributed to Sun.

 6   And that would be hearsay.  Sustained.

 7          **MR. BABER:**  Your Honor, can we limit it just to

 8   things that people from Sun themselves said, rather than what

 9   other people might have said about Sun comments?  Anything Sun

10   said would be an admission, Your Honor.

11          **THE COURT:**  Anything that someone authorized to speak

12   on behalf of Sun.  So you would have to establish that the

13   person -- for example, if the representative from Sun on this

14   particular committee made a comment, okay, that would be

15   allowed.

16          **MR. BABER:**  Thank you, Your Honor.

17   BY MR. BABER:

18   **Q.**   Mr. Lee, in the course of your involvement with the JCP,

19   did you ever hear any statements by the representatives of Sun

20   to the JCP about whether other parties could do implementations

21   of the API specifications?

22   **A.**   Uhm, I mean, certainly, that's the whole point of the JCP.

23          **THE COURT:**  Ah, ah, ah, ah, ah.  Come on.

24          **THE WITNESS:**  I guess --

25          **THE COURT:**  You're just making an argument.  You're

LEE - CROSS EXAMINATION / BABER

1   giving a speech.

2          THE WITNESS:  I just don't understand.

3          THE COURT:  The question is, did you hear a specific

4   statement by that person?  Then you can tell us what that

5   statement was.

6          But you can't say, well, I was sitting there, and I

7   drew an inference, and I was looking out the window, and I

8   think this is what he was talking about, but I don't really

9   know.  That's not the whole point of it.  That's not the

10  question.

11         THE WITNESS:  Got it.

12         THE COURT:  If there was a specific statement, that's

13  what we want to hear.

14         THE WITNESS:  About -- what was the statement in

15  reference to, again?

16  BY MR. BABER:

17  Q.   About parties doing their own implementations of the Java

18  APIs.

19  A.   There's --

20  Q.   Yes --

21  A.   There was a blog post from Jonathan Schwartz, for example,

22  that congratulated Android.

23         THE COURT:  Was he on this committee?

24         THE WITNESS:  No.

25         THE COURT:  All right.  The jury is going to

 1   disregard that speech.

 2          This witness is making a lot of speeches for some

 3   reason, Mr. Baber.  We do not want speeches.  The question

 4   called for what?  The guy on the committee.

 5          Did the guy on the committee or the woman on the

 6   committee make that statement?

 7          **THE WITNESS:**  I don't recall specific things Sun

 8   representatives said on the committee.

 9          **THE COURT:**  All right.  He doesn't recall.  Thank

10   you.  Next question.

11   **BY MR. BABER:**

12   **Q.**   During the time you were at Google and working on the core

13   libraries and looking at the Javadocs, did you have any

14   conversations with anyone else at Google about making use of

15   the Javadocs in connection with the creation of the core

16   libraries?

17   **A.**   Questions about like making use of the Java -- oh, of the

18   original Sun Javadocs?

19   **Q.**   Yes.

20   **A.**   Yes, we definitely referred back to them so that we could

21   make sure that we were maintaining -- not -- or maintaining

22   interoperability with their implementations.

23   **Q.**   Okay.  Did you have any conversations with anyone at

24   Google about whether it was appropriate for you to refer to the

25   Javadocs?

 1          **MR. JACOBS:**  Your Honor, just to caution, he is

 2   opening the door.

 3   **BY MR. BABER:**

 4   **Q.**   Okay.  Let me make clear, I don't want any testimony about

 5   any discussion you may have had with any attorneys.  I'm only

 6   talking about engineers or business people at Google.

 7          **MR. JACOBS:**  Same caution, Your Honor.

 8          **THE COURT:**  Maybe a door is being opened.  I don't

 9   know.  I'm not even sure I know what you're talking about, but

10   counsel apparently does.

11          So there's no objection, so you ask whatever question

12   you want.  If some door is open, well, then, we all walk

13   through it.

14          **MR. BABER:**  Okay.

15          **THE COURT:**  Go ahead.

16          **THE WITNESS:**  I didn't know if this sort of thing was

17   allowed, so I asked my director of engineering, Steve Horowitz,

18   whether if you were allowed to reimplement other APIs like

19   this.

20   **BY MR. BABER:**

21   **Q.**   What was your conversation with Mr. Horowitz?

22   **A.**   He said that, yes, there's lots of precedent for this;

23   that you -- that's what we're talking about when you create a

24   clean-room implementation.  And he gave me some examples.

25   **Q.**   And, again, Mr. Horowitz is an engineer?

1  **A.**    He's a former engineer and now manager.

2  **Q.**    Okay.  And how did he relate to you in sort of the pecking

3  order at Google?  Was he --

4  **A.**    He was my manager.

5  **Q.**    He was your manager?

6  **A.**    At the time, yes.

7            **MR. BABER:**  Thank you, Your Honor.  No more

8  questions.

9            **THE COURT:**  Redirect examination.

10                      <u>**REDIRECT EXAMINATION**</u>

11  BY MR. JACOBS:

12  **Q.**    Mr. Lee, you feel very strongly about the Apache Harmony

13  dispute; don't you?

14  **A.**    Uhm, yes.  I'm very passionate about it.

15  **Q.**    And if you were speaking at length about it in this

16  courtroom it's because you feel so strongly about it; isn't it,

17  sir?

18  **A.**    Yes, sir.

19  **Q.**    And it was a big fracas in the industry; wasn't it?

20  **A.**    Yes, sir.

21  **Q.**    Companies lining up on one side, trying to persuade Sun to

22  allow its property to be used in a way that Sun didn't want it

23  to be used; correct, sir?

24  **A.**    To persuade Sun to adhere to the agreement we had all

25  signed, yes.

1   Q.   Well, that's interesting, sir; isn't it?  No one had ever

2   filed a lawsuit saying Sun was violating the agreement; did

3   they?

4   A.   No.

5   Q.   Apache never initiated legal action saying, Sun, you

6   violated the JSPA; did it?

7   A.   They didn't have the resources, no.

8   Q.   And, in fact -- well, IBM was involved in Apache.

9   A.   I'm sorry?

10  Q.   Wasn't IBM involved in Apache Harmony?

11  A.   Yes, they were.

12  Q.   Now --

13  A.   But IBM is also a partner with Sun.

14          This issue was certainly discussed quite a bit,

15  whether that was a viable --

16  Q.   I would like you to take a look at Exhibit 1047.

17          MR. JACOBS:  May I, Your Honor?

18          THE COURT:  Yes.

19          THE WITNESS:  Thank you.

20  BY MR. JACOBS:

21  Q.   1047 is an open letter to Sun Microsystems from the Apache

22  Software Foundation, and a FAQ open letter to Sun Microsystems.

23  Do you see that?

24  A.   Yes.

25  Q.   Actually, to be more precise, it is the FAQ portion of

 1  this document; isn't it, sir?

 2  A.    Yes, sir.

 3  Q.    And you recognize it?

 4  A.    Yes.

 5          MR. JACOBS:  Your Honor, 1047 moved into evidence,

 6  please.

 7          MR. BABER:  No objection.

 8          THE COURT:  1047 received.

 9          (Trial Exhibit 1047 received in evidence.)

10  BY MR. JACOBS:

11  Q.    And I would like you to turn to the page marked 6 of 10.

12  A.    Do you mind if I just read on the screen?

13  Q.    That will be fine.

14  A.    Okay.

15          THE COURT:  Does the jury have that in the jury box?

16          MR. JACOBS:  It's being posted, yes, Your Honor.

17  BY MR. JACOBS:

18  Q.    You see there's a question in the middle there, says, "Why

19  doesn't Apache simply ignore this" -- referring earlier to all

20  the disagreements -- "and ship Harmony without passing the

21  JCK?"

22          Do you see that?

23  A.    Yes.

24  Q.    And the answer on this FAQ from Apache Harmony is as

25  follows:

```
 1              "We can ship Harmony without passing the JCK.

 2              It's our source code to do with what we wish,

 3              and we will with milestone releases as we

 4              progress towards completion.

 5              "However, we could never claim to be Java

 6              compatible, which is something very important

 7              to Java users, and is the stated goal of the

 8              project.

 9              "Also, users wouldn't be assured that they've

10              had all necessary IP rights from the spec's

11              contributors.  Compatibility is important to

12              us, as is not putting users in IP jeopardy as

13              it has been for every JSR the ASF has ever

14              implemented."

15              Then it concludes:

16              "We have no interest in forking the

17              technology."

18              Do you see that, sir?
```

19  **A.**   Yes.

20  **Q.**   And this is a document that was created in the -- during

21  this big fracas between Apache and its members and Sun;

22  correct, sir?

23  **A.**   Yes.

24  **Q.**   Now, I'd like you to take a look at another document.

25          This will be 1045.

1          **MR. JACOBS:**  May I, Your Honor?

2          **THE WITNESS:**  Thank you.

3  **BY MR. JACOBS:**

4  **Q.**   You referred in your testimony, sir, to the fact that

5  Apache software foundation resigned from the JCP executive

6  committee.

7          Do you recall that testimony?

8  **A.**   Yes, sir.

9  **Q.**   And this is a posting on the Apache Software Foundation

10 blog about that resignation on December 9, 2010.  Do you see

11 that?

12 **A.**   Yes.

13 **Q.**   And you recognize this posing; don't you, sir?

14 **A.**   I probably read it at the time.

15         **MR. JACOBS:**  Your Honor, 1045 in evidence.

16         **MR. BABER:**  No objection.

17         **THE COURT:**  Received.

18         (Trial Exhibit 1045 received in evidence.)

19         (Document displayed.)

20 **BY MR. JACOBS:**

21 **Q.**   I would like to direct your attention, Mr. Lee, to the

22 third to last paragraph of the document.

23 **A.**   Okay.

24 **Q.**   By the way, Apache was furious over this, right?

25 **A.**   I don't know that they really had -- I wouldn't really

1  attribute emotion to it like that, but it was certainly

2  disappointing.  I would consider them very objective through

3  the whole matter, actually.

4  Q.   A strong business disagreement over Sun's policy, and

5  later Oracle's policy; correct, sir?

6  A.   "Strong disagreement" is a good way to put it.

7  Q.   So there's a lot of material in this blog posting that

8  sets forth Apache's side of this disagreement about Sun's

9  intellectual property; correct, sir?

10 A.   I guess so, yes.

11 Q.   And in this third-to-last paragraph of Exhibit 1045,

12 Apache writes:

13           "The Apache Software Foundation concludes

14           that" -- there's a typo -- "that the JCP is

15           not an open specification process; that Java

16           specifications are proprietary technology

17           that must be licensed directly from the spec

18           lead under whatever terms the spec lead

19           chooses."

20           Do you see that?

21 A.   Yes.

22 Q.   And so Apache concluded that these specifications that

23 we're talking about for the APIs were proprietary technology;

24 didn't they, sir?

25           MR. BABER:  Objection, Your Honor.  Foundation for

LEE - REDIRECT / JACOBS

1    this witness.

2              **THE WITNESS:**  That they --

3              **THE COURT:**  Wait a minute.  All right.  It's true --

4    this is within the same latitude that, Mr. Baber, you used.

5    So, yes, your objection is well-taken.  But you asked questions

6    of a similar character, and I'm going to allow responsive

7    questions up to the point that I said no more expert testimony.

8              So I will allow this question.  Overruled.  Go ahead

9    and answer the question.

10             **THE WITNESS:**  Will you please repeat the question.

11             **MR. JACOBS:**  Could you read it back, please.

12             (The reporter read the pending question.)

13   **BY MR. JACOBS:**

14   **Q.**  That calls for a "yes" or "no," Mr. Lee.

15   **A.**  Java specifications are proprietary.  Yes, that's what

16   this sentence says.

17   **Q.**  And Apache concluded that a license was required from the

18   spec lead under whatever terms the spec lead chooses; did they

19   not, sir?

20   **A.**  That's the unfortunate reality, yes.

21   **Q.**  Now, you talked about your conversation with Mr. Horowitz,

22   about the permissibility of what you were doing in

23   reimplementing the Java core library APIs.  Do you recall that

24   testimony?

25   **A.**  Yes.

1  Q.   Did Mr. Horowitz tell you that he had consulted any

2  counsel at Google, in giving you this kind of advice about the

3  legal permissibility of reimplementing these APIs?

4          MR. BABER:  Objection, Your Honor.  Privilege.

5  Should be a yes or no answer.

6          MR. JACOBS:  Opened the door, Your Honor.

7          THE COURT:  Opened the door, certainly, to that

8  question.  So, overruled.  Go ahead answer the question.

9          THE WITNESS:  Not that I recall.

10 BY MR. JACOBS:

11 Q.   So Mr. Horowitz was giving you un-  -- advice that, as far

12 as you knew, was unguided by any legal counsel; is that

13 correct, sir?

14 A.   Correct.

15         MR. JACOBS:  No further questions.

16         THE COURT:  All right.  Anything more?

17         MR. BABER:  Very briefly, Your Honor.

18         I would like to have the same Exhibit back up in

19 front of Mr. Lee, number 1045, please.  And back to that same

20 paragraph towards the bottom, that Mr. Jacobs asked about.

21         (Document displayed.)

22                    **RECROSS EXAMINATION**

23 BY MR. BABER:

24 Q.   Do you see in that -- right after the part that Mr. Jacobs

25 asked you about, Mr. Lee, the next phrase says, and this is

1  from the intro:

2          "The Apache Software Foundation concludes" --

3          and I'm reading -- "that the commercial

4          concerns of a single entity, Oracle, will

5          continue to seriously interfere with and bias

6          the transparent governance of the ecosystem."

7          Do you see that?

8  A.   Yes.

9  Q.   And what ecosystem is that referring to?

10 A.   This is the Java Community Process.

11 Q.   And if you go back to the top of the exhibit, very first

12 page, the date of this blog -- if I'm reading correctly -- is

13 December 9, 2010; is that right?

14 A.   Yes.

15 Q.   And that was after Oracle filed this lawsuit; isn't it,

16 Mr. Lee?

17 A.   Yes.

18          MR. BABER:  No further questions.

19          MR. JACOBS:  Nothing further, Your Honor.

20          THE COURT:  May Mr. Lee be excused and discharged,

21 not subject to recall?

22          MR. JACOBS:  Yes, Your Honor.

23          MR. BABER:  We may bring him back in our case.

24          THE COURT:  All right.  Well, at least you're

25 discharged from the subpoena.  So, thank you, sir.  You're free

PROCEEDINGS                                            1212

 1   to go.  Have a good day.

 2             **THE WITNESS:**  Thanks, Your Honor.

 3             Do I leave these papers here?

 4             **THE COURT:**  Yes.  Take care.

 5             **THE WITNESS:**  Thanks.

 6             **THE COURT:**  I think we should start the next witness.

 7   It's early for the mid-morning break, unless my jury needs a

 8   break.  Do any of you need a break?  We'll go another 15 to 20

 9   minutes.  Next witness, please.

10             **MR. JACOBS:**  Your Honor, Oracle calls Professor John

11   Mitchell.

12             **THE COURT:**  All right.  Will he please come forward.

13             **MR. JACOBS:**  Your Honor, we've conferred, and Google

14   has no objection to Professor Mitchell having his opening

15   expert report in front of him on the stand, for reference.

16             **THE COURT:**  All right.  Great.

17             While we're waiting -- where is our expert?  Okay.

18   He's being found.  While he's coming forward, let me give you a

19   heads up over there.

20             You're going to hear a lot about the expert report.

21   And I've learned the hard way that juries think the expert

22   report will be in evidence in the jury room.  No.  It's a

23   hearsay document.  And it's just a requirement, an important

24   requirement for the experts before they testify here.  But they

25   typically do not come into evidence.

PROCEEDINGS                                    1213

```
 1          So if there's something that you hear that -- or some
 2  diagram or something that you feel is important, make a note of
 3  it rather than rely upon the erroneous assumption that you
 4  don't need to because it will be in the jury room later on.
 5          All right.  That's just a heads up.  It's always up
 6  to you to decide how many notes to take.
 7          Are you Professor Mitchell?
 8          THE WITNESS:  Yes, I am.
 9          THE COURT:  Welcome.  Please raise your right hand.
10                          JOHN MITCHELL,
11  called as a witness for the Plaintiff herein, having been first
12  duly sworn, was examined and testified as follows:
13          THE WITNESS:  I do.
14          THE CLERK:  Okay.  Thank you.
15          THE COURT:  Thank you.  Welcome, again.
16          You've got to be about this close to the microphone.
17  And it will move all around, including the base.
18          THE WITNESS:  Right.
19          THE COURT:  Lean forward and then figure it out.  Why
20  don't you say your name.
21          THE WITNESS:  John Mitchell.
22          THE COURT:  Not quite loud enough.
23          THE WITNESS:  Not loud enough.
24          THE COURT:  That was loud enough.
25          THE WITNESS:  All right.  John Mitchell.
```

```
 1              THE COURT:  Can you all hear?

 2              THE WITNESS:  Will that work?

 3              THE COURT:  All right.  If any of you don't hear,

 4   raise your hand at some point.

 5              Thank you.

 6              Please go ahead, counsel.

 7                         DIRECT EXAMINATION

 8   BY MR. JACOBS:

 9   Q.   Professor Mitchell, could you tell the jury where you work

10   and what your position is.

11   A.   I work at Stanford University.  I teach computer science

12   in the Computer Science Department there.

13              My official title is the Mary and Gordon Crary Family

14   Professor in the School of Engineering.

15   Q.   Can you describe your educational background that led you

16   to end up at Stanford.

17   A.   Sure.  I was an undergraduate at the University of

18   Wisconsin in Madison, Wisconsin.  I then transferred to

19   Stanford, where I graduated with a degree in math.

20              After working for a couple of years, I then went to

21   graduate school in Boston, at MIT.  I got a master's and Ph.D.

22   in computer science from MIT.

23   Q.   Then what did you do before actually taking a teaching

24   position at Stanford?

25   A.   I worked at the research lab called Bell Laboratories of
```

```
 1   AT&T, for about four years.  And then I was offered a job in

 2   beautiful California, and I've been here since.

 3            MR. JACOBS:  Your Honor, may I approach?

 4            THE WITNESS:  Sure.

 5            MR. JACOBS:  I have handed the witness Exhibit 687.

 6   BY MR. JACOBS:

 7   Q.   Can you tell us what 687 is.

 8   A.   This is what's called a curriculum vitae.  It's a summary

 9   of my professional career.

10            MR. JACOBS:  Offer 687 into evidence.

11            MR. VAN NEST:  No objection, Your Honor.

12            THE COURT:  687 received.

13            (Trial Exhibit 687 received in evidence.)

14   BY MR. JACOBS:

15   Q.   Tell us a little bit about the courses you teach at

16   Stanford.

17   A.   Every fall I teach a course in programming languages.

18   I've done that for about 20 years.  I also teach courses on

19   computer security in the winter and spring.  And sometimes in

20   the winter also an advanced course on programming languages.

21   Q.   Do any of your classes cover the Java programming

22   environment?

23   A.   Yeah.  My regular fall course has a section of Java.  I

24   wrote a textbook for that course, and the textbook has a

25   chapter on Java.
```

1  Q.   Have you done research related to Java?

2  A.   Yes.  A number of different kinds of research.  One line

3  of research involved exploring type systems, ways of checking

4  properties of programming languages.

5       I wrote a series of papers with a former student,

6  looking at principles and mechanisms that were then

7  incorporated into the Java programming languages.

8  Q.   So can you just explain that last bit a little more.

9  Something was incorporated into the --

10 A.   One of the main revisions or extensions to Java involves

11 something called Generics.  And I think we'll see that in some

12 of the sample code, if we look at that.

13 Q.   And the -- your curriculum vitae, does it have a list of

14 your publications?

15 A.   Yes, it does.

16 Q.   Did you have any prior relationship with Oracle before you

17 were engaged to help on this litigation?

18 A.   No, I did not.

19       MR. JACOBS:  Your Honor, I would offer Professor

20 Mitchell as a qualified expert in the area of computer science

21 and programming languages.

22       MR. VAN NEST:  No objection, Your Honor.

23       THE COURT:  All right.  So long as the witness stays

24 within his field of expertise, there will be no issue.  So,

25 please, go right ahead.

1    BY MR. JACOBS:

2    Q.    Now, Professor Mitchell, I want to walk through some

3    information to help the jury understand the APIs that are at

4    issue in this lawsuit.

5          In order to do that, I would like to rely on some

6    things that have been shown to the jury and described already

7    in court.  So up here on the top was a -- kind of a map of an

8    application programming interface and a package that implements

9    that interface.

10         Do you recall learning about this, this poster?

11   A.    Yes, I do.

12   Q.    And this is --

13         THE COURT:  May I suggest that you pull it over.

14         Mr. Van Nest, do you mind if we pull it closer to the

15   jury so the jury can -- it's a little far for the jury.

16         MR. VAN NEST:  Of course not, Your Honor.

17         THE COURT:  So -- there we go.  That better?  Can you

18   all see it at that distance?  Excellent.  All right.  Go ahead.

19   BY MR. JACOBS:

20   Q.    That's Trial Exhibit 3452.  And then the jury also heard a

21   description of the Java Class Libraries poster, which is Trial

22   Exhibit 1028.  And you're familiar with both of these, correct?

23   A.    I'm familiar with the poster.

24   Q.    So now let's go to some slides that you prepared.

25         So this is the -- this is TX 1028, the Java poster.

1  Review with us what this poster is showing.

2  **A.**    This is a great poster.  This shows a number of packages

3  from the Java Class Library.  For each package there's a really

4  nice, graphical notation showing the relationships between

5  elements in that package; and, also, there's a color-coding

6  system used to show connections and relationships between

7  separate packages.

8  **Q.**    What's the basic concept in the Java class libraries

9  illustrated on the poster?

10  **A.**    The most basic concept is a class.  And a class is used in

11  object-oriented programming to create objects.  Each object

12  created by a class has the methods.  Those are operations on

13  objects of that class.  And fields, each object has fields

14  which are, again, associated with objects of the class.

15  **Q.**    Can classes be related to each other?

16  **A.**    Yes, they can.  The most fundamental relationship between

17  classes is the subclass relationship.  When one class has all

18  of the methods and fields of another, it can be declared to be

19  a subclass of the first class.

20  **Q.**    So let's look at a portion of this poster.  We're looking

21  at the lower right-hand corner, down here, of this exhibit.

22  Can you tell us what this is showing?

23  **A.**    This is the graphical notation.  To me, it kind of reminds

24  me of musical notation because there are lines and dots in it.

25            On the left side there are classes.  And here there's

MITCHELL - DIRECT EXAMINATION / JACOBS

1  a vertical line underneath a class with horizontal solid lines

2  connecting to subclasses of that class.  So that illustrates

3  the class/subclass relationship that's fundamental to

4  object-oriented programming.

5         Another relationship illustrated here is a

6  relationship between classes and interfaces.  An interface

7  lists a set of methods.  And a class is related to that

8  interface if the class provides all the methods and other

9  elements listed in that interface.

10         Here, this word "interface" is used in a particular

11  way specific to the Java language.  It's different from the

12  more generic use of the word "interface" in the term API or

13  application program interface.

14  **Q.**   How are the classes and interfaces grouped?

15  **A.**   Uhm, the classes are hierarchical, and grouped under each

16  other.  The interfaces can be hierarchical.  Classes,

17  interfaces, and other elements can be organized into packages.

18  And packages, again, can be hierarchical.  A package can have a

19  number of subpackages that are related to it in some way.

20         Another thing that's shown on this legend for the

21  poster is the way a class might -- in one package, might be a

22  subclass of a class that comes from another package.  So that's

23  another kind of relationship between packages and classes.

24         Here, this illustration shows a class with a blue dot

25  with a star in it.  That's to indicate that that class in the

1    package that's being shown comes from another package.

2              Since packages are hierarchical, the package that one

3    class comes from might, in fact, be a subpackage of another

4    package.  And the numbering system is used in a kind of

5    succinct way to illustrate that.

6    **Q.**   Is there a rule of thumb about how many classes are

7    typically contained in one of the API packages illustrated on

8    this poster?

9    **A.**   There's no absolute limit.  A package can have a small

10   number of classes or a large number of classes.  For the

11   packages that are at issue in this case, there's an average of

12   maybe 10 or 12 classes per package.  But, it varies.

13   **Q.**   Let's look at an example of one of the APIs that is on

14   the -- in the packages, the 37 packages that are at issue in

15   the lawsuit.

16             We're showing you java.net on slide 3 of your

17   demonstratives, Dr. Mitchell.  Can you tell us what this --

18   zooming in on java.net shows us?

19   **A.**   This is an example of one of the packages shown on the

20   poster.  There's a list of classes in the left column.  And the

21   indentation and lines in the left shows the subclass

22   relationship.

23             Sometimes that class -- subclass relationship is two

24   or three classes deep.  One example, URLs are something maybe

25   people are familiar with.  Uniform Resource Locator.  This is

1   an address, like Amazon.com or Facebook.com, that you type into

2   a web browser.

3            Underneath URL class there's another class, called

4   2URLConnection.  This is used for networking, to connect to a

5   URL.  And there are a couple of different subclasses under

6   that.

7            The interfaces in the right column are also

8   hierarchical.  In principle, to make things a little bit

9   simpler to fit on the poster, they are just listed in a

10  vertical line, vertical column.  But they could be indented to

11  show a subinterface relationship, as well.

12           To give one example, the URL class supports the

13  Serializable interface.  So there's a dotted line from "URL"

14  going over to a vertical dotted line, and that connects up to

15  the Serializable interface.

16           Another thing I might point out is that some of the

17  classes defined in java.net are subclasses of classes that are

18  defined in another packages.

19           Towards the bottom there's a class called

20  URLClassLoader.  That's a subclass of something called

21  SecureClassLoader that comes from another package.  And then

22  SecureClassLoader is, in turn, a subclass of ClassLoader, which

23  comes from third package.

24           So there's many kinds of relationships between

25  classes, interfaces, and packages.  Not only are they

MITCHELL - DIRECT EXAMINATION / JACOBS

1  hierarchical, but there are other forms of connections, such as

2  a class and a subclass of another class from another package.

3        ClassLoader class, for example, has this little blue

4  icon there.  I think that refers to java.util.  So if you

5  wanted to figure out where the ClassLoader class is, you would

6  look in that other part of the chart or poster and see how that

7  sits in the hierarchy there.

8  **Q.**  Are methods shown on this description of java.net?

9  **A.**  No.  In order to make everything fit on the poster, the

10 methods are left out.

11       **THE COURT:**  Where would they go if they were shown?

12       **THE WITNESS:**  I think the logical place to show them

13 would be listed under each class, because a class is

14 characterized by the set of methods and fields associated by

15 that class.

16       **THE COURT:**  Take where it says "Authenticator," the

17 very first one.

18       **THE WITNESS:**  So, Authenticator may have some

19 methods, and you could list them under that.  I think we have

20 another illustration later, that uses that idea.

21       **THE COURT:**  All right.  Thank you.

22       Is there a way to below that thing -- the one you

23 have -- no, no, the -- is the one you just showed us on the

24 screen a blowup of one of the --

25       **THE WITNESS:**  Yeah, that's a piece of the poster,

1   Your Honor.

2          **THE COURT:**  I didn't understand that.  Thank you.

3   **BY MR. JACOBS:**

4   **Q.**   So now we're zooming in on something called java.io.

5          Is that another package that is among the 37 packages

6   in dispute, Dr. Mitchell?

7   **A.**   Yes, it is.  The little magnifying glass on the left is

8   meant to indicate that this java.io illustration is a

9   magnification of the java.io portion of this larger poster.

10  **Q.**   And then we've added in another package, "java.util."  Do

11  you see that on the screen?

12  **A.**   Yes, I do.

13  **Q.**   Is java.util another package that's one of the 37 in

14  dispute?

15  **A.**   Yes, it is.

16  **Q.**   And then, finally, java.nio -- and the jury has heard a

17  lot about .nio and how it got developed -- is that another one

18  of the packages in dispute?

19  **A.**   Yes, it is.

20         Most of the packages in dispute are shown on this

21  poster.  Some are not.  The poster also includes packages that

22  are not in dispute.

23         **THE COURT:**  What would that be?  How many are -- how

24  many are on this document?

25         **THE WITNESS:**  I don't remember the exact number.  I

 1  think they are on the order of 10 to 15 that are not of the 37.

 2  There's a few that are not here.

 3          THE COURT:  All right.

 4          THE WITNESS:  And some the other direction.

 5          THE COURT:  So like java.io, that's an API?  Is that

 6  an API?

 7          THE WITNESS:  Technically, it's a package.  That's a

 8  grouping of classes and interfaces.  The API consists of

 9  information about packages, classes, and interfaces, together

10  with a description of what these things mean.

11          So this is a -- an outline or an overview of a

12  portion of the API.

13          THE COURT:  Okay.  Thanks.

14  BY MR. JACOBS:

15  Q.  So, now, we're going to zoom in a little closer on

16  java.nio.  And what are we showing at this portion of the

17  demonstrative, Dr. Mitchell?

18  A.  So here's an expansion of the poster, following up on the

19  idea of listing the methods, as well.

20          Here's a list of the methods for the ByteBuffer

21  class.  And in each line showing a method there's the method

22  name and the type of parameter or parameters that the method

23  takes, and then the return type of the method.

24          So method is an operation that does something.  In

25  order to perform the operation, a programmer might need to

```
 1  supply additional data.  And then when the operation is done
 2  return results, some value might come back, some data might
 3  come back from the method.
 4          So the one that's in a little red box, there is a
 5  getMethod.  A byte buffer is like a list of bytes in order.
 6  And if you wanted to get the third byte out of a ByteBuffer,
 7  you would call the get method with an argument 3.  And then
 8  that method would return the third byte as a result of
 9  performing that operation.
10  Q.   Is there the concept of inheritance illustrated on this
11  slide, Dr. Mitchell?
12  A.   The subclassing relationship is associated with what's
13  called inheritance.  If in the programming language you define
14  one class to be a subclass of another, then the subclass
15  inherits all the methods of the superclass, the opposite of
16  subclassing.
17          I think there's another list here that shows the
18  methods that ByteBuffer inherits from Buffer.
19  Q.   Can you just explain what we're now showing on the screen
20  in a little more detail?
21  A.   This list is just the list of method names for Buffer.
22  Because ByteBuffer is declared to be a subclass of Buffer,
23  every operation or method from the Buffer class is
24  automatically inherited to ByteBuffer, and can be used as an
25  operation on any byte buffer.
```

1  Q.    Now, let's look at the relationship between application

2  programming interfaces and class libraries.  So what are we

3  illustrating on the screen at slide 5?

4  A.    On the left-hand side of this screen there's a class

5  "Channels" and a list of some methods associated with Channels.

6        So the API will contain that class, descriptions of

7  these methods.  And then the class library itself has the

8  method names and their types associated with them, together

9  with executable code that performs the operations associated

10  with these methods.

11        So each of the red boxes there, I think, represents

12  some amount of executable byte code.  The amount depends on the

13  complexity of the method.  That could be long or short

14  depending on how much work is involved in implementing or

15  running that operation on the computer when a program calls it.

16  Q.    Sorry.  If we go back to this poster, 3452, and we look at

17  the material that's above the black line on the poster, that's

18  identified as "name," so "java.lang.map public static int max

19  (int arg 1, int arg 2)," do you see that?

20  A.    Yes.

21  Q.    What is this in the application programming interface

22  (indicating)?

23  A.    There's a part in the box that's like the declaration for

24  max.  And above that is descriptive information saying how that

25  fits in the package.

 1  Q.   So the declaration is:  "Public static int max (int arg 1,

 2  int arg 2)."  Correct?

 3  A.   That's correct.  That says there's a method called max.

 4  For some reason, the method name is in the middle, lost in a

 5  lot of other things.

 6       The modifiers or terms/words to the left say how that

 7  sits in the class.  And after the parentheses, there's the

 8  parameters, the things that a programmer -- kinds of things

 9  that a programmer has to supply to that operation in order for

10  the code to execute and complete the operation named --

11  Q.   Now --

12  A.   -- on the method.

13  Q.   Now, on this slide, what you said was illustrated was the

14  class library in its binary form; is that right, Dr. Mitchell?

15  A.   That's correct.

16  Q.   So how, in binary form, in the actual class library

17  itself, would this declaration be represented?

18  A.   That's -- there's a class file format.  And information

19  about that declaration is represented in text form in the class

20  file, in the constant pool portion of that.

21       (Reporter interrupts.)

22       THE WITNESS:  Constant pool.  Like swimming pool.

23  BY MR. JACOBS:

24  Q.   Below the declaration line on 3452, there is additional

25  source code.  Do you see that?

1  **A.**   Yes, I do.

2  **Q.**   And how is that represented on your demonstrative slide 5,

3  in concept?

4  **A.**   Okay.  So source code, such as illustrated on that easel,

5  is compiled using the Java programming language compiler, and

6  that creates this executable bytecode.

7          Executable bytecode, which is what the virtual

8  machine computer actually executes, are then stored in the

9  Class library.

10  **Q.**   What are we showing on the next slide, slide 6?

11          **THE COURT:**  Would this be a good point to take a

12  break?

13          **MR. JACOBS:**  Yes, Your Honor.  Perfect.  Thank you.

14          **THE COURT:**  All right.  Remember the admonition.

15  We'll see you back here in 15 minutes.  Thank you.

16          **THE CLERK:**  All rise.

17          (Jury out at 9:30 a.m.)

18          **THE COURT:**  Please, be seated.  Are there any issues

19  the lawyers wish to take up with the Court?

20          **MR. VAN NEST:**  Yes, Your Honor.

21          **THE COURT:**  Please, go ahead.

22          **MR. VAN NEST:**  Just in the nature of a heads up and

23  to get your guidance on how to deal with it, I think following

24  Dr. Mitchell the plaintiff plans to call Mr. Rubin on cross.

25  And I think, according to Mr. Jacobs, they'll complete their

 1  examination of Mr. Rubin today.

 2          Now, they also gave us notice that they want to call

 3  Mr. Schmidt.  He's not available today, but he's available

 4  tomorrow.  And we've agreed that he will be examined by them

 5  tomorrow.

 6          My expectation or my game plan suggestion was, once

 7  they finish whatever examination they're doing of Mr. Rubin,

 8  I'd like to simply call Mr. Rubin in my case, because he's a

 9  fairly central witness, he's here, he's on the stand.

10          So I was going to suggest that when they finish their

11  exam, the Court would indicate whatever you wanted to indicate

12  that now Google is going to get its opportunity, present its

13  case, and I'll start with Mr. Rubin while he's here.  And.

14          Then Mr. Schmidt -- we may need to interrupt

15  Mr. Rubin tomorrow, to get Mr. Schmidt on, but we both agreed

16  that when Schmidt comes, you know, they can reopen their case

17  to handle Mr. Schmidt.

18          **THE COURT:**  Is Mr. Rubin your last witness?

19          **MR. BOIES:**  Yes, Your Honor.

20          **THE COURT:**  So what do you say to this proposal?

21          **MR. BOIES:**  This is agreeable to us.  In fact, we've

22  talked about it.

23          Your Honor, we've talked about it, and this is

24  perfectly agreeable, and, we think, a sensible way to approach

25  it.

1          THE COURT:  All right.

2          MR. BOIES:  I just want to give you a heads up

3    because what we'll ask for is I'll stand up when Mr. Rubin's

4    cross is done and say, "Your Honor, I'll reserve my examination

5    for our case which is just about to start," so that the jury

6    doesn't get the idea that I'm not going to examine Mr. Rubin at

7    all.  That's all.

8          THE COURT:  But you are -- in other words, the --

9    well, when does the plaintiff stand up and say, "We rest"?

10         MR. VAN NEST:  I guess they would do that after their

11   examination of Mr. Rubin, would be the logical thing.  And

12   that's fine with me.

13         MR. BOIES:  I think we could do it either one of two

14   ways, Your Honor.  Either we could say, at the end of

15   Mr. Rubin, "We rest subject to calling Mr. Schmidt tomorrow."

16   Or we could wait until Mr. Schmidt is off and say, at that

17   point, we rest.  We could do it either way.

18         MR. VAN NEST:  I would prefer -- when I'm examining

19   Mr. Rubin, I kind of wanted to go back and start at the

20   beginning, and so on and so forth.  So I would prefer that to

21   be in my case.

22         I would prefer the former of what Mr. Boies

23   suggested:  We rest subject to calling Mr. Schmidt.

24         MR. BOIES:  And that's agreeable to us, if it's

25   agreeable to the Court.

 1              THE COURT:  We'll do it that way.  Then it will

 2   brighten the heart of the jury to hear someone say they rest.

 3              (Laughter)

 4              MR. VAN NEST:  I was thinking that myself.

 5              THE COURT:  And that -- even if it's subject, too.

 6   So that's the way we'll do it.  And we will -- for technical

 7   purposes, it will be deemed as if any Rule 50 motion is

 8   reserved for later.

 9              Everybody agree to that?

10              And this would be even though it would have to

11   include Mr. Schmidt's testimony.

12              MR. VAN NEST:  Yes, Your Honor.

13              MR. BOIES:  Yes, Your Honor.

14              THE COURT:  That's all fine.  See you back here in 15

15   minutes.  Thank you.

16              (Recess taken from 9:34 to 9:51 a.m.)

17              THE COURT:  Let's go back to work.  All set and ready

18   to go?

19              MR. JACOBS:  Yes, Your Honor.

20              THE COURT:  I'll bring in the jury.

21              (Pause.)

22              THE COURT:  All right.  Here's another note from

23   somebody on the jury, one:

24              "Can you explain the difference between a

25              package, for example, java.nio, and an API?"

 1            And then here's another question:

 2            "For later, how does copyright process work?

 3            What can/cannot be copyrighted, and is this

 4            predetermined when copyright is granted?

 5            Does it expire?"

 6            All good questions.  All right.  Thank you.

 7            **MR. JACOBS:**  Your Honor, would it be okay with you if

 8  I simply asked that first question --

 9            **THE COURT:**  The first question you can ask, yes.  Go

10  ahead.  Let's bring in the jury.

11            (Jury enters at 9:53 a.m.)

12            **THE COURT:**  Welcome back.  Be seated.

13            And we'll continue right on.  Let's make sure the

14  jury has got their notepads out and ready.

15  **BY MR. JACOBS:**

16  **Q.**  Dr. Mitchell, what are we showing on slide 6 of your

17  slides?

18  **A.**   Slide 6 has two sides.  On the left side is a screen shot

19  of a browser view of the Oracle Java API.  And on the

20  right-hand side is the same illustration from the previous side

21  showing a schematic of the Java Class Library with executable

22  bytecode.

23            And the arrows from left to right will show the

24  correspondence between the API as we see it in the Web browser

25  when you look at it and the executable class library.

MITCHELL - DIRECT EXAMINATION / JACOBS          1233

1  Q.   So let's first understand where we are in the hierarchy.

2  What are we looking at when we're looking at java.nio.Channels

3  Class Channels?

4  A.   Okay.  The notation on the left, in the browser view,

5  tells you that you're looking at a class.

6  Q.   And that's the highlighting of class right in the top

7  there?

8  A.   That's one way to look at it.  I was looking a little bit

9  lower.  The biggest print on this display is the word "Class"

10 and the word "Channels."  So that's telling you in big letters

11 that you're looking at a class, and the class is named

12 Channels.

13         The smaller type above that says where this class is.

14 And it's in the java.nio package Channels portion of that.

15         MR. JACOBS:  Dr. Lee, can you highlight java dot --

16 yes.  No, down.  And highlight java.nio.Channels Class

17 Channels, the biggest lettering on the top.  Okay.  That's what

18 we're looking at.

19         THE WITNESS:  Another indication of how this class is

20 related to other classes is the little diagram just below the

21 big class Channels type.  And it says that java.lang object is

22 a top-level class.  And then below that,

23 java.nio.Channels.Channels is a subclass of that.

24         So in the class hierarchy, which is different from

25 the package organization, this class is a subclass of the

1  object class, which is at the top of the class, which is at the

2  top of the class hierarchy.  Every class is a subclass of

3  object, either directly or indirectly.

4  **BY MR. JACOBS:**

5  **Q.**  So what else are we illustrating on this slide?

6          **MR. JACOBS:**  Let's go back to the base image,

7  Mr. Lee.

8          (Document displayed.)

9          **THE WITNESS:**  Below this top part there's a list of

10  summary of methods from the class.  And you can see that they

11  correspond to the methods in the class library.  So the API is

12  telling you how each of the methods, the operations on the

13  class's objects are declared.

14          And that corresponds, that's information about the

15  actual executable class library so that programmers can use the

16  prewritten programs in the class library through these method

17  declarations and the names that they tell the programmer.

18  **BY MR. JACOBS:**

19  **Q.**  So let's look at the next slide.  And what are we showing

20  there?

21          (Document displayed.)

22  **A.**  Below the method summary in the browser view, there's

23  detail about each of the methods.  So this is really -- this

24  second slide is a screen shot of what you see if you scroll

25  down on the Web browser on the left.

1              And there are two methods in this screen shot of the

2    browser view, and they point to the compiled methods, the

3    executable code that programmers use in order to operate on

4    objects of this type.

5    Q.   So let's just understand the hierarchy.  What package are

6    we in?

7    A.   We're in java.nio.Channels.

8    Q.   And what class are we in?

9    A.   The Channels class that's in that package.

10   Q.   And what are we looking at on slide 7?

11   A.   These are methods that are in the Channels class of

12   java.nio.Channels.

13   Q.   And all of this would be seen if you were to use your

14   browser to scroll through the entire description of that class;

15   is that right?

16   A.   That's correct.  The browser lets you navigate up and down

17   in the class and package hierarchy.  And when you reach a

18   specific class, you can scroll down to see more information

19   about the class.  Typically, it's several screens long to tell

20   you all the information in the API about a class.

21   Q.   So what are we seeing on slide 8?

22   A.   Slide 8 is information -- is a schematic showing how the

23   two parts of the previous slide are produced.  Programmers and

24   architects write source code, and the source code is stored in

25   source code files.  So that's where the Java programming

1  language is used to define programs in the library and other

2  kinds of programs that use the library.

3          Source code is then used to produce two kinds of

4  things.  One is the API documentation, the thing you can see on

5  the Web if you're looking at the API.  And the other is the

6  executable code in the library so that programmers can use the

7  things defined in the source code.

8          So there are two different programs, these things

9  with gears in them are programs that convert the source code

10  into two different forms.  One thing with gears produces this

11  nice viewable API description that you can look at on the web.

12  And the other thing with gears, the language compiler,

13  translate the source code into executable bytecode.

14          One of the things that follows from the way that this

15  is arranged is that the correspondence that we saw in the last

16  few slides between what you see on the web and the executable

17  library is not an accident.  It's a result of the way those two

18  things are produced from source code files.

19  **Q.**   So how does the structure of the code in the Java Class

20  Library match the structure of the documentation?

21  **A.**   All of this arrangement of classes, their fields and

22  methods, the relationships between classes, the subclass

23  relationship, the relationship between classes and interfaces,

24  which classes support each interface, the arrangement of those

25  elements into packages, and the hierarchy of packages and

1    subpackages are all reflected in the class library because

2    they're produced from the same source code.

3    **Q.**   Is this true -- to what extent is this true across the 37

4    API packages that are in dispute in this lawsuit?

5    **A.**   This illustration showing the way that the source code is

6    used to produce the API on the Web and executable class library

7    files applies to all packages, including all the ones being

8    discussed in this case.

9    **Q.**   What is the relationship between a package and application

10   programming interfaces?

11   **A.**   A package is a grouping within a library.  API can refer

12   to the API of a full library or it could talk about the API of

13   a single package or the API of the class.  Generally, we're

14   using API to refer to the interapplication program interface,

15   all of these characteristics of a group of packages.

16   **Q.**   So to go back to the poster, the -- on the easel, Trial

17   Exhibit 3452, what is the relation -- where is the API on this

18   poster and how does that relate to a package?

19   **A.**   The -- there are portions of an API on this poster.

20   There's the declaration, which is included in an API.  API also

21   has relationships between different classes and interfaces and

22   packages.  There's some picture of this partially represented

23   on the easel.

24          API also includes a description of how these things

25   work, what the names mean, how the methods are used.  And

1   that's not shown on the easel.

2   **Q.**   How would this particular API relate to a package?  We see

3   up at the top it says "Package java.lang," et cetera.  Do you

4   see that?

5   **A.**   Yes.

6   **Q.**   What's the relationship between package and this

7   particular application programming interface described here?

8   **A.**   As far as I understand what's written, that's indicating

9   that this class declaration is -- should be considered a

10  portion of this package, an element of the package.

11  **Q.**   Do you consider API design to be a rote or a creative

12  activity or something else?

13  **A.**   API design is really a creative process.  There are many,

14  many kinds of decisions that go into API design.  Often, the

15  people who do API design are called software architects.  They

16  arrange the classes.

17           So to begin with, if you're designing a library and

18  it's API, you'd start by thinking about what kinds of problems

19  you're going to help programmers solve.  Select some classes

20  that would provide objects in object-oriented programming to

21  help programmers solve those problems.

22           For each class, an API designer selects methods, ways

23  of operating on those objects, that would help programmers

24  solve problems.

25           Once the classes are identified, they're arranged in

1  a subclass hierarchy to make it easier to write the

2  implementation and to make it easier for programmers who use

3  the library to understand how the different concepts in the

4  library work together.

5         Interfaces are used to make it possible to write code

6  that operates over many different classes in the same way

7  showing commonality across those classes.

8         And then the organization into packages is helpful in

9  informing programmers how to understand where each solution,

10 each program they might want to use in buildings their system,

11 sits in the library.  And to make a summary and conceptual

12 organization clear across the library.

13 **Q.**   And how are those choices illustrated on the slide 9 we

14 saw before and is up again?

15 **A.**   If -- if you remember, there are -- each class has

16 methods.  So this shows an example of the methods in one class.

17 The hierarchy of Buffer, ByteBuffer, MappedByteBuffer and how

18 these classes are related to each other is shown in this slide.

19        And then it's a little bit gray in the slide, but

20 this package -- these classes shown here are in the nio

21 package.  That package is part of a larger library of

22 interrelated packages with classes that refer to each other in

23 various ways.

24        I don't think I mentioned yet that each method in a

25 class has parameters, data that must be supplied to the method

1   in order for it to do its job, and returns a value of a given

2   type.

3          The types of the parameters and the return type of

4   the method can be classes from anywhere in the library.  So

5   that's another way that code in one portion of a library, in

6   one package, can depend on and use code in another.

7          The arguments to a method, the parameters to the

8   method and the return can be classes from other packages.

9   **Q.**   How does designing an application programming interface

10  compare with other aspects of writing software?

11  **A.**   When you start to design an API for a portion of a

12  library, you really start with a clean slate.  So at that point

13  nothing has really been determined.  The high-level decisions

14  that govern the organization of the whole software system can

15  start with the API.  So that's the starting point.

16         And then from there, as more and more decisions are

17  made, the remaining decisions are more constrained.  That's not

18  to say there isn't creativity involved at all levels, but there

19  certainly is quite a bit at the beginning in order to map out

20  the organization of a system.

21  **Q.**   Let's take a look at a -- an example of an API concept as

22  architected in different contexts.

23         Can you explain to us what's shown on slide 10?

24  **A.**   Certainly.  This is one of my favorite examples.  I

25  usually teach the -- some elements or aspects of the Smalltalk

1  collection hierarchy in my class every year because it's a

2  portion of the Smalltalk library that involved over a period of

3  time and involved a lot of intellectual effort.

4          The Java design also reflects a number of years of

5  work and refinement. A collection in programming is an

6  arrangement of data used by a program to store and retrieve

7  data in certain ways.

8          One kind of collection that appears in each of these

9  is the idea of a list.  A list is just data elements in order.

10  And in the Java hierarchy you can see that list is directly

11  below collection.

12          In Smalltalk there's some other concepts in between.

13  The immediate subclass of collection is called sequenceable

14  collection.  And then ordered collection is a special case in

15  the Smalltalk design of sequence.

16          So the designers of the Smalltalk library thought

17  this intermediate concept was useful in organizing the library

18  and helping programmers use it.  In the Java design, that it's

19  simpler, and List is just immediately a subclass or

20  subinterface of Collection.

21  **Q.**   So you were looking at the green in slide 10?

22  **A.**   Yeah.  The way this is laid out, the colors are used to

23  show how the same basic concept appears in two or more

24  examples.

25          These examples are written in different languages,

1  but I think the main difference, and the reason why we have

2  different designs, is just different teams at different times

3  approach the problem differently.

4  **Q.**   So just to start at the beginning, Java is obviously a

5  programming language.  What is Smalltalk?

6  **A.**   Yeah, sorry.  Java is obviously a popular programming

7  language.  Smalltalk is an earlier object-oriented language

8  that was very popular for a few decades.  I think you still

9  find some people using it, but it's not as popular these days.

10          And C++ is another major currently popular

11  object-oriented language.

12  **Q.**   And associated with each of these programming languages

13  are their API libraries?

14  **A.**   Yes, there are extensive libraries for all of these

15  languages.

16  **Q.**   And is there a library in each -- in Smalltalk and C++

17  that does roughly what the collections hierarchy does in Java?

18  **A.**   Yeah.  In each of these, they are a portion of a larger

19  library.  And it's often referred to as the collections classes

20  or the collections library of that class.

21  **Q.**   And if you were to line them up and overlay one on top of

22  the other, would you see lots of similarities or differences in

23  the way the APIs are designed?

24  **A.**   You see some differences.  And you can imagine that by

25  trying to line up these three pictures on top of each other.

MITCHELL - DIRECT EXAMINATION / JACOBS

1   They are different height.  They are different width.  And

2   there are different degrees of differentiation in the three

3   designs.

4   **Q.**   Now, does Java itself illustrate anything about the

5   flexibility available to -- let me start over again.

6              I've got package java.util on the screen.  Do you see

7   that?

8   **A.**   Yes.

9   **Q.**   And in the next slide I've got java.util from Java SE 5.0.

10  Do you see that?  It's on the screen.

11  **A.**   Yes.

12  **Q.**   And what do these two slides illustrate?

13  **A.**   These are two pictures of the java.util package at

14  different points in time.  So earlier in the development of

15  Java, Java 1.0, in the '90s, there were -- there was a much

16  smaller library.  A team had spent less time developing this.

17  It was earlier in the history of Java.  It was just a smaller

18  library and there were fewer concepts in it.

19             And over time -- because this is a very important

20  part of the library, collections and related things are widely

21  used -- the process led to a much more detailed and elaborate

22  design with more concepts and more interrelationships between

23  them.

24  **Q.**   So now we've got Java 1.0 and 5.0 on the screen together.

25  Can you briefly tell us what this is illustrating?

1    A.    This is a side-by-side comparison of the Java.util package

2    at different points in time, different releases of the Java

3    system.  The highlighting shows the original classes and where

4    they appear now.

5              You can see that some are -- some have new classes

6    between them, and object.  They are arranged in the hierarchy

7    in a different way.  And they are spread out in the picture

8    illustrating a number of other classes that have been added.

9              On the right column, you can also see that the set of

10   interfaces associated with this package has become much richer,

11   supporting other forms of reuse or code using different classes

12   in a uniform way.

13             So the picture has gotten much more complicated.

14   That reflects more sophistication in the design, in the

15   collection of entities, and their interrelationships and

16   structure.

17   Q.    I'd like to now turn to the subject of copying,

18   Dr. Mitchell, and I'd like to ask you if you conducted any

19   investigation into the copying by the developers of Android

20   from Sun's or now Oracle's Java APIs and code?

21   A.    Yes, I did.  I did a number of things to look into this

22   myself.  I looked at three categories.  One has to do with the

23   correspondence between the APIs and how the Android API is

24   copied from the Oracle API.

25             Another has to do with the way the API is used in

1  code, the way that the Android code copies the Oracle API into

2  the code.  And, third, the way that other code sources were

3  used to copy into the Android library.

4  **Q.**  Let's take that first category, which is

5  specification-to-specification or documentation-to-

6  documentation copying.  How did you investigate this -- this

7  topic?

8  **A.**  Well, to get a feel for this myself, I spent a lot of time

9  periodically, and over the time I've been involved in this case

10  over and over again, looking and comparing different sections

11  of the API to see how they compare.

12        Because the APIs in both cases are available on the

13  web, it's fairly straightforward to open two web browsers side

14  by side and navigate through the two APIs and libraries

15  simultaneously in the same way and compare the way one looks on

16  the screen with the other.

17        By and large, that -- they are really identical.

18  They are displayed in different colors and so on.  But the

19  content is the same.  You see the same classes in the same

20  hierarchy in the same -- in packages of the same name

21  supporting the same interfaces and arranged in -- in the same

22  way.

23        There are a few minor differences.  Every now and

24  then there's a method in the Oracle API that's not copied into

25  Android.  But, basically, looking across the 37 packages, they

1   are really, essentially, identical.

2           There are a couple of packages that have a few more

3   differences than that, but those are the exception.

4   Q.   So let's look at an example I put up on the screen:  Class

5   IntBuffer.  What are we looking at on this slide 14?

6   A.   This is an illustration to try to make the main points

7   visible.  The left part of this is another screen shot of what

8   you see in a web browser when you look at the Oracle Java API.

9           And then, because the browser view takes a few

10  screens to see all of the important parts, there's a blowup on

11  the right that shows something from the top, the class and its

12  arrangement in the hierarchy in relation to interfaces, and

13  then something from the middle of the browser page, the method

14  summary.

15  Q.   So what are we seeing now, Dr. Mitchell?

16  A.   This is basically the same view of the Android library API

17  displayed in the same way.

18          On the left, so that's the lower left of these four

19  boxes on the screen, is the screen shot of how this looks in

20  the browser.  And you can see that the basic layout and the

21  tool used to display these things uses the same idea and shows

22  things in the same way.

23          And then the blowup to show the key elements from the

24  browser view makes it a little bit easier to compare the two

25  since things are highlighted and shown in a bigger way.

1  Q.   And what are you able to deduce by comparing these side by

2  side in this way, with the Oracle documentation being 610.2 and

3  the Android documentation being Trial Exhibit 767?

4  A.   Basically, you can see that you have the same class in the

5  same library with the same methods.  Everything is basically

6  the same.  You start at the top.  You have the class IntBuffer

7  shown in both places.  The slightly pink highlighted area shows

8  where this class hits in the subclass hierarchy in relation to

9  other classes.

10        In both cases, this IntBuffer class is a subclass of

11  java.nio.Buffer class.  In both cases the java.nio.Buffer class

12  is a subclass of Object.  So, really, same picture, same

13  information, same meaning, same API.

14        Similarly, if we look at the relationship between

15  classes and interfaces, in both cases this class implements

16  Comparable.  "Comparable" in both libraries is in the java.lang

17  package and declared in the same way.

18        And, similarly, if we look down at the methods, we

19  see -- basically, we see the same method declarations with

20  basically the same information and explanation of what those

21  method declarations mean.

22  Q.   And let's focus on that last part, the explanation of what

23  they mean.  What's the significance of that similarity?

24  A.   The explanation is important because it says how each

25  method works, what it does, what it accomplishes.  And the

1   explanation as used by programmers who want to solve a

2   programming problem, they're looking for methods that will help

3   them solve their problem.

4           And the explanation is also used by implementers.

5   When an API is designed and presented to coders, they can use

6   the explanation to write code to implement the narrative or

7   explanation given in English language.

8   **Q.**   Now, again, back to our hierarchy, this is a class within

9   a package?

10  **A.**   Yes.  This class is in the java.nio package.

11  **Q.**   And, roughly, how many classes are in the 37 packages that

12  are in dispute?

13  **A.**   In 37 packages, there are around 400 classes.

14  **Q.**   And then in terms of the elements that you analyzed below

15  the class level, what are those elements of?

16  **A.**   There are a number of other things, but the main ones are

17  the methods and fields.  There are probably 5,000 methods

18  across these.  So that's a very large amount of information

19  that's present in the Java -- Oracle Java API, and it's copied

20  into Android.

21          There's a -- there are some other things I haven't

22  mentioned, the exceptions, enums, other elements --

23          (Reporter interrupts.)

24  **A.**   Enums, e-n-u-m-s.

25          All of these elements are copied and sit in the same

1   organization in both of these libraries.

2   **Q.**   And, roughly, what percentage of copying did you observe

3   in your work?

4   **A.**   Quantitatively, approximately 90 percent.  There's --

5   occasionally there's something that's not copied, and

6   occasionally there may be some small differences in the way

7   things are named.

8          For example, the methods have parameters.  Sometimes

9   the parameter names are different.  Surprisingly, they're the

10  same in probably two-thirds of the cases, even though that's

11  not necessary for the library to be used in the same way by

12  programmers.

13         So I'd say both of those facts, that the -- that the

14  names and the structure corresponds, you know, almost uniformly

15  throughout and that there are additional features that really

16  wouldn't need to be copied just in order to provide the same

17  function to programmers are also copied.

18  **Q.**   Now, so what is your overall opinion with respect to

19  whether the APIs for these 37 packages were copied by Google

20  into the Android APIs?

21  **A.**   I don't think there's any way that a separate team could

22  have come up with so many things that are identical except by

23  copying the original API.  There are just thousands of things

24  that match and I don't see how that could have happened in any

25  other way than by copying.

1  Q.    Now, your second category was copying from the API

2  documentation or specification into the source code.  Did you

3  study that relationship?

4  A.    Yes, I did.  One way I looked at that is by using the

5  browser to go through the API and comparing that to the source

6  code that I had.

7        In addition, we saw the method by which the browser

8  view was created.  And you can see that that -- since it's

9  derived from the source code, it's going to match throughout.

10 Q.    So let's take a look at a comparison of Trial Exhibit

11 610.2 and 46.22, an extract of which is on the screen.

12       Can you tell us what this is showing us?

13 A.    This is a view with two sides.  The left side shows the

14 Oracle Java API, as displayed in the way we've been looking at

15 it, and the right side shows Google Android code.

16 Q.    And if you follow along on your screen, we'll highlight

17 various portions of this.

18       What are we looking at right now?

19 A.    Start it at the largest collection or -- in the

20 organization, "Packages."  And this -- on the left is

21 describing some portion of the java.nio package.  In the code

22 there's a declaration saying this is the java.nio package or

23 this is to be included in the java.nio package.

24 Q.    And then I've highlighted it more in the middle of the

25 pages shown on the screen in demonstrative slide 19.

1   **A.**    So the API contains declarations.  The declaration shown

2   in the middle of this screen capture is a declaration for a

3   class, the class IntBuffer.  And that declaration is copied

4   directly into Google code to give the Google package and class

5   arrangement the same structure as the Oracle API.

6          This declaration says that IntBuffer is a subclass of

7   Buffer.  And it also says that IntBuffer implements the

8   comparable interface.

9          So this declaration gives the relationship between a

10  class, another class, and an interface.  And it's the

11  collection of these declarations that give the class library

12  the hierarchal and complex structure that we saw in the poster

13  and other works.

14  **Q.**    And then let's go down one more level and look at

15  "IntCapacity."

16  **A.**    This is the allocate method that's one of the methods of

17  the IntBuffer class.  And every element that's presented in the

18  library to be used by programmers has to be declared in some

19  way.  So there are declarations giving the package names.

20  There are declarations for classes.  And then since a class is

21  a collection of methods and fields, there are declarations for

22  each method and field.

23          This method declaration says this is a -- because of

24  where it's located, a method of the IntBuffer class.  And the

25  parameter, the data that needs to be supplied to the method, is

1   called "Capacity."  That has to be an integer.  And when

2   "Allocate" is called, it returns an IntBuffer, the third term

3   here.

4   **Q.**  So looking at this example, in sum, what are we seeing

5   that is present in the API specification and copied into the

6   Android code?

7   **A.**  The code -- the declarations, which are really in the Java

8   language syntax, they are code in the API, are copied into the

9   source code for the Oracle library -- I'm sorry, for the Google

10  library.

11  **Q.**  Let's look at another example, looking at slide 20.  And

12  what is slide 20 showing us or going to show us?

13  **A.**  Slide -- the next slide has a little more detail about the

14  methods.  Each method in the API has an English description of

15  what that method does, how it works.

16          There's a narrative explanation of the meaning of the

17  element declared in that portion of the API.  And that's

18  reflected in the source code because the source code was

19  written to achieve the purpose that is described in the API.

20  **Q.**  So let's start with protection domain on the left and the

21  corresponding code on the right.  What are we illustrating

22  here?

23  **A.**  "ProtectionDomain" is what's called a constructor.  It's a

24  special kind of method that creates new objects.  And so

25  there's a declaration syntax.  And ProtectionDomain requires

1   two parameters.  And then an English language description

2   saying what that means, what it does, how the constructor

3   operates.

4           And you can see in the source code, if you're a

5   source code reader, that the source code does exactly what the

6   English sentence calls for.  Namely, the source code creates a

7   new protection domain, and it gives it the code source and

8   permissions that are passed as parameters.

9   **Q.**  So let's start with the relationship between -- from

10  declaration to declaration.  What is illustrated there about

11  that?

12  **A.**  The declaration is the same, so that's copied from the API

13  into the code.

14  **Q.**  And then the narrative is reflected how in the source

15  code?

16  **A.**  Uhm, the narrative is reflected in the source code because

17  the source code is a program that in a sense carries out that

18  narrative, does what the explanation requires for this method.

19  **Q.**  If one were to look across the 37 packages, as you did,

20  what would one see then in terms of the kinds of similarities

21  you've shown in this example?

22  **A.**  Uhm, this is representative.  The API explains how the

23  elements behave and the code in a sense makes good on that

24  promise, that the API wouldn't be useful to programmers if it

25  wasn't an accurate description of the way the code behaves.

1   Q.   And I'm going to move us along then to the next category

2   of copying that you analyzed, Dr. Mitchell.  And that's the

3   code-to-code copying, correct?

4   A.   That's correct.

5   Q.   And what do we mean by that?

6   A.   These are other examples of code out beyond the API that

7   are copied from the Java code base into -- the Oracle Java code

8   base into the Google Android code base.

9   Q.   So this is rangeCheck, which the jury saw with Mr. Bloch,

10  and we have 623.1 on the left and 46.7 on the right.  Did you

11  analyze this?

12  A.   Yes, this is one of two categories of code copying into

13  this kind.  I looked at this quite a bit, to try and understand

14  what this method does, how it works, and how similar it is in

15  both cases.

16  Q.   Now, on the Java side it comes from a file called

17  java.util.arrays.java, correct?

18  A.   That's correct.

19  Q.   And on the Android side, where can this rangeCheck code be

20  found?

21  A.   I think this code is found in two files.  One of them is

22  the Timsort.java.  And the other is another Java file with a

23  similar name, ComparableTimSort.java.

24  Q.   How does this code, if at all, relate to any of the API

25  packages that are at issue in this case?

1    **A.**    Well, this is in -- you can read from the name,

2    java.util.arrays.  It's from the java.util package.

3    **Q.**    What conclusions did you reach about the similarity of

4    rangeCheck in Java and Android?

5    **A.**    Well, these are really strikingly similar.  They're really

6    identical up to details that don't really matter as far as

7    causing the method to work properly.

8              One of the things that I just found really unusual

9    and unexpected is the spacing around the plus signs, which

10   seems kinds of arbitrary.  You could type the spaces as you

11   like and there are some places where the spaces are -- where

12   there's spacing around the plus and some not.  It just seems

13   unlikely that anybody would do that twice by accident.  Really

14   looks like -- I don't know how this could happen except by

15   copying the code.

16   **Q.**    How does this relate to Google's claim that it conducted a

17   clean room implementation of the core libraries?

18   **A.**    Since I don't see how this could happen without copying

19   the code, it's clear that whoever inserted this Google code

20   into that code base had access to the code that's in the Oracle

21   Java code base.

22   **Q.**    Now, does this code actually find its way onto mobile

23   telephones?

24   **A.**    I believe this does.  As a part of the library, this is

25   compiled and then can operate on a mobile device or phone.

1  Q.   Did you do any investigation to test that proposition?

2  A.   Yes, I did.  I actually instrumented a -- the code that

3  runs on the phone and installed it and ran it on the emulator

4  to see that this was used in running the phone.

5  Q.   And what phone were you analyzing?

6           MR. VAN NEST:  Objection, Your Honor.  Outside of the

7  report.

8           THE COURT:  Is this in the report?

9           MR. JACOBS:  Paragraph 221.

10          THE COURT:  This is Exhibit 67?

11          MR. JACOBS:  Yes, this is going to simple answer to

12  the name of the vendor and phone that's referred to.

13          THE COURT:  Paragraph 221 refers to readme text file.

14  That's not the same one we're talking about, is it?

15          MR. JACOBS:  Your Honor, withdraw the question.

16          THE COURT:  Thank you.

17          MR. VAN NEST:  Your Honor, could the portion of

18  Dr. Mitchell's prior answer be stricken?  I believe it's on the

19  same issue.

20          THE COURT:  I don't -- I'm not going to strike

21  anything that's already been said.  But we will stop the

22  inquiry at this point on that limited subject.

23          All right.  Go ahead.

24  BY MR. JACOBS:

25  Q.   Now, did you conduct analysis of another kind of copying?

1  **A.**    Yes.   There are two other cases.   One has to do with

2  comments, and the other has to do with decompiled code.

3  **Q.**    So let's talk, first, about decompiled code.

4         Have you prepared some slides to illustrate what

5  decompilation is?

6  **A.**    Yes, I have.   Developers write source code in the Java

7  language.   And then in order to produce executable programs

8  that are run, the source code is compiled using a compiler into

9  a class file.

10         It turns out that there's a program called a

11  decompiler that can do a form of the reverse.   A decompiler

12  takes compiled class files and produces Java source code files

13  from the compiled class file.

14  **Q.**    So in a nutshell, what is decompilation?

15  **A.**    Decompilation is undoing the work of the compiler to get

16  the source code back from the class file.

17  **Q.**    And why would somebody who wanted to copy code go through

18  this exercise?

19  **A.**    It's a quick and easy way to get source code if you need

20  it, if you have the class files at your disposal.

21  **Q.**    So the starting point in the decompilation examples that

22  you -- that you investigated was what?

23         What was the original material that was put through

24  the decompiler?

25  **A.**    Well, the Oracle source code has files for a number of

1   different classes.  Those are compiled into class files.  Any

2   computer that runs Java will have the class files on it so

3   those are accessible to programmers and engineers using Java.

4          Apparently, one of those class files that are widely

5   distributed was used to produce the source code that's in the

6   Google library.

7   **Q.**   So let's look at that.  I've got slide 24 from Trial

8   Exhibit 1031 on the screen.  What are we looking at here?

9   **A.**   Uhm, this is the Android source code.  And it's not in the

10  form that a person -- a normal human programmer would write.

11         So you can see from looking at this, if you're a

12  programmer or familiar with code, that this appears to be

13  automatically generated.

14  **Q.**   And when you say "automatically generated," what do you

15  mean?  And what are you pointing to in this exhibit?

16  **A.**   The declaration of one of the methods has a number of

17  parameters.  And programmers usually give the parameter name --

18  parameter some meaningful name so they can remember what they

19  are and how they're to be used.

20         A decompiler working from a class file doesn't have

21  any way to understand what the code actually does.  It just has

22  to automatically make up names in any way that it can, to make

23  the source code correctly formed.

24  **Q.**   So we're looking at PolicyNodeImpl -- i-m-p-l -- .java in

25  Android.  And just looking at the code itself, what were you

1  able to deduce?

2  **A.**   Well, this method has two parameters that are sets and two

3  parameters that are booleans.  A boolean is either true or

4  false.  It's a flag saying whether something should be done or

5  not.

6        And the decompiler -- this particular decompiler just

7  makes up names for parameters based on their type.  So it

8  doesn't know what kind of set is being used here, it just calls

9  the parameter set because it doesn't know any better.  And it

10 needs to do that twice so it just adds a number to the second

11 one to make it different from the first.

12       I think these are actually some kind of policy sets

13 and qualifier sets.  In the original source code, the

14 decompiler doesn't know anything about those, so it just makes

15 up some random-seeming names instead.

16 **Q.**   Now, did you do some further investigation to test whether

17 your -- whether these indications of decompilation from Oracle

18 bytecode into Android's source code were correct?

19 **A.**   The next slide shows side-by-side two source code files.

20 The one on the right is the Android source code file that we

21 have been looking at, and the one on the right is produced in a

22 similar way to make sure that this assessment is correct.

23       The source code on the left is produced by taking the

24 Oracle class library and running it through the decompiler to

25 see if that produces something that matches the Android code.

```
 1            There is a difference at the top in that someone
 2    pasted in a comment at the top that's some form of -- looks
 3    like a license of some form, but below that the actual code
 4    matches completely.
 5            So I think that's strong evidence that the Google
 6    code was actually produced from the Oracle class file by a
 7    particular decompiler called JAD for Java Decompiler.
 8    Q.   Now, you mentioned some other files in your analysis.
 9    Let's just get those into the record and then I'll ask you a
10    question about them.
11            AclEntryImpl, AclImpl, GroupImpl, PermissionImpl,
12    PrincipalImpl, and AclEnumeratorImpl.  And when I say
13    "mentioned," you mentioned in your report.
14            What is your analysis as to those files?
15    A.   It's basically the same story.  The Android code is
16    decompiled class code and the correspondence, when you check it
17    by doing the decompilation ourselves, is exactly the same as
18    the slide here.
19    Q.   So what does this tell you about whether the Android code
20    was developed in a clean room?
21    A.   This Android code is produced by running a decompiler on a
22    copied class file.
23    Q.   A class file from?
24    A.   From Oracle.
25    Q.   And, therefore, what does that say about the clean room?
```

1  A.   The developers had access and used the Oracle installation

2  and copied from it, in this case by using a decompiler to

3  produce source code by this quick and easy method.

4  Q.   Now, I've highlighted -- just to close this illustration

5  off, I've highlighted the same variables on the left and the

6  right.

7        Can you just tell us what that is signalling?

8  A.   There's is just showing that the parameter names in both

9  decompiled codes are the same.  So that's just showing that

10 this really is the output of a decompiler by this

11 characteristic, this kind of one of the telltale signs that

12 this is automatically generated machine-produced code rather

13 than written by a programmer independently.

14 Q.   And then I'm -- on Slide 26 I've got OwnerImpl.java from

15 both Java and Android on the screen.  What is this showing us?

16 A.   This is another example from another one of these files

17 and it's just showing, again, the parameter names are produced

18 automatically.  The parameter name is just the name of its type

19 with a number added.  It's kind of like -- well, it's using an

20 automatic method to choose parameter names that are not really

21 meaningful.  They are just numbered.

22 Q.   And what is that telling us them about how OwnerImpl.java

23 in Android was created?

24 A.   I don't see that there -- I can't think of any other

25 explanation other than someone took a class file, an Oracle

1    class file, and ran a decompiler to produce this source code.

2    Q.    Now, did you look at any other kinds of copying?  You

3    mentioned a third category.

4    A.    There's some literal copying of comments, and that's

5    another way of understanding that there really wasn't a clean

6    room situation.  The comments in some of the source code,

7    admittedly a small portion, but enough for us to see that the

8    Android developers had access and used things that were

9    contained in the Oracle code.

10   Q.    So let's just walk the jury through a couple of lines of

11   what you identified as copied code.

12              (Document displayed)

13   Q.    On the left we have got CodeSource.java in the Java code,

14   and on the right we have CodeSourceTest.java in Android,

15   correct?

16   A.    That's correct.

17   Q.    Just give us a couple of these lines and walk through them

18   side-by-side?

19   A.    I could just read the first one if you want.  It says:

20              "If this object's port (get location)" -- and

21              then some code saying how the port is

22              identified -- "is not equal to minus one,

23              then it must equal some other value."

24              And that's exactly the same thing with the same

25   syntax for the name -- referring to the port, same

1  parenthesization.  It's saying the same thing.

2         The thing that's taken out are some html commands,

3  but otherwise the English sentence and what it says is

4  syntactically, you know, identical.  It's the same sentence.

5  **Q.**   Do you look at something called CollectionCertStore

6  parameters?

7  **A.**   There were two files and I think that's the other file

8  that has comment code.

9  **Q.**   And what did you find in those files?

10 **A.**   The same kind of comment copying.

11 **Q.**   I want to go back to rangeCheck.  And with reference to

12 Paragraph 240 of your report, Dr. Mitchell, is the line-by-line

13 copying of rangeCheck code actually found on a particular phone

14 that you analyzed?

15 **A.**   This is on a Samsung phone, I believe.

16 **Q.**   And did you check that?

17 **A.**   Yes, I did.

18 **Q.**   How did you do that?

19        **MR. VAN NEST:**  Objection, your Honor.  I don't see it

20 in the report.

21        **THE COURT:**  Is it in the report?

22        **MR. JACOBS:**  It is, your Honor.

23        **THE COURT:**  Where is this in the report?

24        **MR. JACOBS:**  Paragraph 240.

25        **THE COURT:**  What do you say to that, Mr. Van Nest?

1    **MR. VAN NEST:**  I'm saying that this reflects looking

2  at the source code, which he's already talked about, not

3  looking at the phone.

4         He's already testified about looking at source code,

5  not looking at a phone.  That's not reflected here.

6    **MR. JACOBS:**  It finishes with, the last sentence of

7  that, your Honor.

8    **THE COURT:**  All right.  It's a close call, but it's

9  close enough so the Court will allow the testimony.

10        Objection overruled.  Go ahead.

11  **A.**   Basically the story here is that the Google code

12  distribution is used by the phone vendors, and on their sites

13  you can find instructions about how developers should use the

14  code that they provide --

15   **MR. VAN NEST:**  Excuse me, your Honor.  This is far

16  outside what's --

17   **THE COURT:**  Sustained.  This is a speech.  Sustained.

18  **BY MR. JACOBS:**

19  **Q.**  Could you answer very briefly, Dr. Mitchell, what your

20  opinion is with respect to whether rangeCheck is found on

21  Samsung phones and why?

22  **A.**   This code appears in the source code archive of Samsung

23  and, therefore, very likely appears on the Samsung phones.

24  **Q.**   Thank you.

25        To sum up, Dr. Mitchell, what is your opinion with

1  respect to code-to-code copying between Java code and Android

2  code?

3  **A.**   There's three kinds of examples that show direct code

4  copying.  I think the most important factor there is that it

5  shows that this wasn't a clean room implementation where the

6  developers had no access and didn't look at the Java -- Oracle

7  Java code.

8        This shows examples that I don't -- I can't see any

9  other explanation than the developers had access and copied

10 portions of the code.

11 **Q.**   In particular, with respect to decompilation,

12 Dr. Mitchell, could that happen by accident?

13 **A.**   No, someone has to decide to do that.  Basically, I have

14 to decide to cheat in a sense and produce your source code by

15 decompiling someone else's class file.

16        **MR. JACOBS:**  Thank you very much, Dr. Mitchell.

17        **THE COURT:**  All right.  Cross-examination.

18        **MR. VAN NEST:**  Give me just a moment to get set up,

19 your Honor.

20        (Brief pause.)

21                  <u>**CROSS EXAMINATION**</u>

22 BY MR. VAN NEST:

23 **Q.**   Good morning, Dr. Mitchell.

24 **A.**   Good morning.

25 **Q.**   The Java language is one of the most popular programming

 1  language ever, right?

 2  **A.**    It certainly is very popular, yes.

 3  **Q.**    And it was released back in 1996?

 4  **A.**    I believed that's correct.

 5  **Q.**    And it became popular very quickly?

 6  **A.**    Yes.

 7  **Q.**    Thousands of developers were very soon writing the Java

 8  programming language, correct?

 9  **A.**    Yes.

10  **Q.**    They built a developer conference for the developers

11  trained in the language to come to every year called JavaOne?

12  **A.**    Yes.

13  **Q.**    And that became a larger and larger event every year?

14  **A.**    Right.  Yeah, I believe it was, even in those early years,

15  the largest developer conference at that time.

16  **Q.**    And soon the Java language was being taught in colleges

17  and universities around the country --

18  **A.**    Yes.

19  **Q.**    (Continuing) -- right?

20          Thousands of students learning the Java language

21  every year?

22  **A.**    Yes.

23  **Q.**    You were teaching -- you were teaching the Java language

24  in your class?

25  **A.**    I have covered it.  It's also been covered in the -- in

1    other programming classes at our university and others.

2    **Q.**   And so a large group of people writing in the Java

3    language has grown up over time and now there's a very large

4    group, hundreds of thousands of people writing in the Java

5    programming language around the world?

6    **A.**   There are many developers who are familiar with the

7    language and use it.

8    **Q.**   And the language itself has been among the top three

9    programming languages for a long time, right?

10   **A.**   The statistics probably show that, yes.

11   **Q.**   And you set forth in your report that even in 2011 the

12   Java programming language was number one in terms of popularity

13   of programming languages around the world?

14   **A.**   You're probably referring to what's called of Tiobe

15   Survey.  It's based on examination of web pages.

16   **Q.**   And in preparing your report, you assumed that Oracle was

17   making no claim for copyright infringement based on the use of

18   the language, right?

19   **A.**   I have heard that said, yes.

20   **Q.**   Actually, you relied on it in your report, correct?

21   **A.**   I wasn't asked to look into issues of copyright of the

22   language specifically.

23   **Q.**   In other words, in preparing your opinions you started

24   from the premise that the Java language itself was free to use

25   and there was no claim in this case of infringement based on

1  using the language, right?

2  A.    I don't think that's really a premise of anything I looked

3  at, but I understand that there has been some representation to

4  that effect.

5          MR. VAN NEST:   Could we have Paragraph 147 of TX 686

6  up?

7  BY MR. VAN NEST:

8  Q.    Do you have your report before you?

9  A.    Yes, I do.

10 Q.    Would you take a look at Paragraph 147, and it's TX 686.

11         (Witness complied.)

12         MR. VAN NEST:   Your Honor, I understand the report is

13 not coming into evidence.  May I display the report?

14         THE COURT:   Just a second.  Let me get there.

15         Yes, you may display that and read it into the

16 record.

17         (Document displayed)

18 BY MR. VAN NEST:

19 Q.    Paragraph 147, that's a paragraph out of your opening

20 report Dr. Mitchell?

21 A.    That's correct.

22 Q.    And you said:

23         "I understand that Oracle is not asserting

24         copyright infringement of the Java language

25         as such, but of creative works that are

 1              written in and using the Java language."

 2         THE COURT:  Java programming language.

 3         MR. VAN NEST:  Java programming language.

 4  BY MR. VAN NEST:

 5  Q.   Is that the assumption that you made in preparing your

 6  report?

 7  A.   That's what I was told, yes.

 8  Q.   And were you here in the courtroom when Mr. Ellison

 9  testified that nobody owns the Java programming language?

10  A.   I heard his testimony.

11  Q.   And that the Java programming language can be used by

12  anyone without any royalty; that's what he said, right?

13  A.   I heard what he said, yes.

14  Q.   Now, the Java programming language specification was

15  actually published back in 1996, correct?

16  A.   That sounds right.

17  Q.   And that was a publication by Sun of the language and all

18  the specification of the language?

19  A.   I believe there is a book that contains that information

20  if that's what you're referring to.

21  Q.   And are you familiar with the first edition of the *Java*

22  *Programming Language Specification*?

23  A.   Yes, I am.

24  Q.   And that's TX 2564.

25         MR. VAN NEST:  Can I have 2564?

1                Actually, actually I have it here.  May I approach

2   the witness, your Honor?

3                (Whereupon, document was tendered

4                 to the witness.)

5   BY MR. VAN NEST:

6   Q.   This was in your box.

7                Is that the first edition of the *Java Programming*

8   *Language Specification*?

9                (Document displayed)

10               **THE COURT:**  Is this in evidence?  It's on the screen.

11               **MR. VAN NEST:**  I believe it is, your Honor.

12               **THE COURT:**  All right.

13               **THE CLERK:**  I don't show it in evidence.

14  BY MR. VAN NEST:

15  Q.   Let's back up a minute and just ask:  Are you familiar

16  with the specification, Dr. Mitchell?

17  A.   Yes, I am.

18  Q.   Okay.  And that's the first edition of the *Java Language*

19  *Specification* that Sun published back in the 90's?

20  A.   I believe so.  I normally have a bound copy, but it looks

21  like a reproduction of that.

22               **MR. VAN NEST:**  I'd move 2564 into evidence, your

23  Honor.

24               **THE COURT:**  Any objection?

25               (No response.)

```
 1              THE COURT:  Hearing none, received.

 2              (Trial Exhibit 2564 received

 3               in evidence)

 4  BY MR. VAN NEST:

 5  Q.   Now, this is a several hundred page document, right?

 6  A.   The first page suggests 852 pages.

 7  Q.   And was this part of an effort by Sun to make the language

 8  out there popular and available to people?

 9  A.   I don't know fully their motives.  This is clearly a

10  description of the language that would be useful to someone who

11  wanted to use it.

12  Q.   And this was clearly published by the folks at Sun?

13  A.   It's a book.  You can buy it, yes.

14  Q.   Did you make any investigation as to why Sun would be

15  publishing the Java Language Specification back in 1996?

16  A.   Not really, no.

17  Q.   It was to make it available so people could use the

18  language, right?

19  A.   It certainly would be useful for that.  I'm sure the

20  authors felt they would get recognition they deserved from

21  publishing the book, and there may be other reasons.

22  Q.   And this was said to be a complete specification of the

23  syntax and semantics of the Java language and the core packages

24  java.lang, java.io, Java.util of the API, correct?

25              Actually, I'm sorry.
```

```
 1            MR. VAN NEST:  Could we put Page 23 up?

 2            (Document displayed)

 3  BY MR. VAN NEST:

 4  Q.   I'm sorry, Dr. Mitchell.  It's a large book.  I have it

 5  actually on the screen.  You can look at it in the text, but I

 6  have it to the right on the screen.

 7  A.   Okay.  Great.  I know there is something on the back

 8  cover, too.  There is a description.

 9  Q.   Did you say back cover?

10  A.   I think so.

11  Q.   Actually, I'm looking at the preface, the very first page

12  of the preface.  It's Page 23.  Do you have it there on the

13  screen?

14  A.   Yeah, I'll just look on the screen.

15  Q.   That's in the preface, not the back cover, right?

16  A.   That's what it looks like, yes.

17  Q.   And in the very first volume of the language specification

18  some of these APIs you're telling us about, they are actually

19  included in the language specification, right?

20            MR. JACOBS:  Objection, your Honor.

21            THE COURT:  What's the objection?

22            MR. JACOBS:  One thing, it's argumentative.  The

23  document for -- for another, the document speaks for itself and

24  says quite clearly there is a syntax and semantics of the Java

25  language and the core packages.
```

 1          **MR. VAN NEST:**  This is cross-examination, your Honor.

 2          **THE COURT:**  This is cross-examination and the whole

 3  point of an expert is to argue with him on cross.

 4          (Laughter.)

 5          **THE COURT:**  Nothing they have said is a fact.  It's

 6  all opinion, and counsel is entitled to argue with those

 7  opinions, and this is one way to do it.

 8          This expert is able to protect himself.  He's a

 9  Stanford -- right?  Aren't you at Stanford?

10          **THE WITNESS:**  Yes.  Other days of the week --

11          **THE COURT:**  I'm sure he's an MIT, Stanford.  He can

12  protect himself.  The objection is overruled.

13          **MR. VAN NEST:**  Especially against me, your Honor.

14          (Laughter.)

15          **THE COURT:**  Possibly.

16          (Laughter.)

17          **THE COURT:**  Please ask that question again,

18  Mr. Van Nest.

19  **BY MR. VAN NEST:**

20  **Q.**   So my question, Dr. Mitchell is:  This book is intended to

21  be a complete specification of the Java language, correct?

22  **A.**   That's what the first half of the sentence says, yes.

23  **Q.**   And in the book is the complete specification for three of

24  the Java APIs we have been talking about:  java.lang, java.io

25  and java.util, right?

1  A.    I think the book also covers the APIs, as the second half

2  of the sentence says.

3  Q.    And these core packages, actually each one of them gets a

4  several hundred page specification in the language book, right?

5  A.    Well, they are documented in this book.

6  Q.    Let's turn now -- can we show Chapter 20?

7            (Document displayed)

8  Q.    Java.lang, that's one of the APIs that's accused in this

9  case, correct?

10  A.    It is one of the 37 APIs.

11  Q.    But it's fundamental to using the language, isn't it?

12  A.    There are various ways to evaluate the degree to which

13  this is fundamental.  And according to -- depending on which

14  criteria you apply, you generally find some portion of

15  java.lang.

16  Q.    In other words, without any of java.lang, the API, the

17  language really doesn't work; isn't that; right, Dr. Mitchell?

18  A.    There are a few things, such as Object, that are in here

19  that I think are essential to the language.

20  Q.    So without java.lang, the language doesn't work because

21  java.lang has things in it that are essential to the language,

22  right?

23  A.    Yes.  There are also some things that might not be so

24  essential to the language.

25  Q.    Now, this particular chapter is 100-some pages long,

1  specifies the entirety of the java.lang API, correct?

2  **A.**   I believe that's correct.

3           **MR. VAN NEST:**   And if we could see Chapter 21?

4           (Document displayed)

5  **BY MR. VAN NEST:**

6  **Q.**   Chapter 21 that's java.util, that's another API package

7  that's accused in this case, correct?

8  **A.**   Correct.

9  **Q.**   That's part of this book on the java.lang specification,

10 right?

11 **A.**   This chapter is there in the book and it is the "Java

12 Language Specification."

13 **Q.**   And the Java language wouldn't be much use without

14 java.util, would it?

15 **A.**   I think you could write some things in the language

16 without using many portions of java.util and perhaps without

17 using any of it.

18 **Q.**   But without java.util there's a lot of things that someone

19 using the language would expect to be there that wouldn't be

20 there, right?

21 **A.**   Well, certainly, the library and its packages are useful

22 in programming.

23 **Q.**   Now, java.io is also specified in its entirety in this

24 book?  That's Chapter 22.

25           (Document displayed)

1  Q.    Correct?

2  A.    My understanding is this is a description of java.io at

3  the time the book was published.

4  Q.    Okay.  And these three chapters are described in this

5  reference manual as:

6              "...the core of the Java API which must be

7              included in all Java general purpose

8              systems."

9              Right?

10            MR. VAN NEST:  Can we go to Page 5 of the

11  introduction?

12            (Document displayed)

13  BY MR. VAN NEST:

14  Q.    Do you have that, Dr. Mitchell?

15  A.    Yeah.  I think that's saying that in a Java installation,

16  these APIs and associated packages and library are part of this

17  standard or normal installation.

18  Q.    So what the text actually says is:

19            "These packages" -- and that's referring to

20            java.lang, java.util, java.io -- "must be

21            included in all general purpose Java

22            systems."

23            Right?

24  A.    In Java systems.  That's literally what the sentence says,

25  yes.

1  Q.   And if we go down a little bit to the next page -- excuse

2  me, not the next page.  The next paragraph.

3         That describes java.lang, which you said contained

4  elements essential to the language.  The book says:

5              "The types defined in java.lang are

6              automatically imported to be available

7              without qualification in all Java programs."

8              Right?

9  A.   Yeah.  This is describing the way that elements of

10  java.lang can be named in programs without an explicit

11  statement to import them.

12  Q.   And then Chapter 21 is described there:

13              "Java.util defines a few basic utility

14              classes, such as hashtable class and a

15              pseudo-random number generator."

16              Correct?

17  A.   Yes, that's what the sentence says.

18  Q.   Now, without java.io could a programmer writing in the

19  Java language even print something, send something to a

20  printer?

21  A.   Printing is an IO feature, so I believe that requires some

22  elements of java.io, but a program could do something else.

23  Q.   And without java.io could a programmer writing in the Java

24  language even send text to the screen of his laptop or desktop?

25  Doesn't that require IO, too?

1   **A.**   I believe it may.

2   **Q.**   Now, in 1996 Sun also published a book entitled *Core*

3   *Packages of the Java API,* correct?

4   **A.**   I expect so.

5   **Q.**   And do you recall that Java.net, in addition to java.io

6   and java.util and java.lang, was described as a core package?

7            You don't need to look at anything.  I'm just asking

8   whether you are aware that java.net from the very beginning has

9   been described by Sun as a core package?

10  **A.**   I believe that's the terminology.  I don't -- I don't

11  recall exactly the way it was stated.

12  **Q.**   And Sun refers to those core packages as fundamental to

13  the Java language?

14  **A.**   I think the sentence that we saw before said fundamental

15  to the Java system or some other term besides "language."

16  **Q.**   Well, let's take a look.

17           **THE COURT:**  Is this in evidence?

18  **BY THE COURT:**

19  **Q.**   Let's take a look --

20           **THE COURT:**  Is 980 in evidence?

21           **MR. VAN NEST:**  980 is in evidence, I believe, your

22  Honor.

23           **THE COURT:**  All right.  Then go ahead.  Why don't we

24  put it on the screen so everyone can see it.

25           **MR. VAN NEST:**  Can we have 980, the back cover --

 1  let's stay with the front here.

 2          (Document displayed)

 3  **BY MR. VAN NEST:**

 4  **Q.**   This is also 1996, correct?

 5  **A.**   Yes.

 6  **Q.**   The *Java Application Programming Interface, Volume 1, Core*

 7  *Packages*, correct?

 8  **A.**   That's what it says on the book, yep.

 9          **MR. VAN NEST:**  And if we could go to the back cover?

10          (Document displayed)

11          **MR. VAN NEST:**  Let's go right there to the second --

12  there we go.  No, let's go up a little bit, "Java Interface."

13  **BY MR. VAN NEST:**

14  **Q.**   (As read)

15          "*Volume 1 Core Packages* describes the

16          libraries that are the foundation of the Java

17          language."

18          That's what it says, right?

19  **A.**   Yes.

20  **Q.**   "The foundation of the Java language."  Were you familiar

21  with that, with that phrase?

22  **A.**   I see it now.  I'm sure I've read it at some previous

23  point.

24          There are various descriptions at this time about the

25  relationship between portions of the libraries and the

 1  language.

 2  **Q.**   And it goes on to say:

 3          "These are the general-purpose libraries

 4          fundamental to every Java program."

 5          Right?

 6  **A.**   Yes.

 7  **Q.**   And the core package -- if you turn to the table of

 8  contents, it's about five pages in.  You have it there before

 9  you, Mr. Mitchell.

10          The core packages in Volume 1 include java.lang,

11  java.io, java.util and java.net, correct?

12          **MR. VAN NEST:**  Let's go to the table of contents, if

13  we could, Ben?

14  **BY MR. VAN NEST:**

15  **Q.**   I have it as VII right at the front.

16          (Document displayed)

17          **MR. VAN NEST:**  There we go.  Let's go to the first

18  page there.

19  **BY MR. VAN NEST:**

20  **Q.**   Do you have it?  Java.lang, that's one of the core

21  packages that's described as the foundation of the language,

22  right?  That's in this volume.

23          **MR. JACOBS:**  Your Honor, objection.  Scope.

24          **THE COURT:**  What do you mean scope?  Why isn't this

25  within the scope of the direct?

1          MR. JACOBS:  Because we never discussed the

2     relationship between the packages and the language in his

3     direct testimony.

4          THE COURT:  Well, I understand possibly that, but

5     this is cross-examination and I think this line of questions

6     generally relates to the points that were made on direct

7     examination.  So even though it's not exactly within the scope

8     of the direct, it's close enough.

9          So the objection is overruled.  Please continue.

10    BY MR. VAN NEST:

11    Q.   So java.lang, that's one of the core packages as defined

12    by Sun itself, right?

13    A.   This is one of the packages that in -- in one of the

14    passages you read I think is referred to as a core package.

15    Q.   Well, actually, all the packages in this volume are

16    described as the foundation of the Java language.  We saw that

17    on the back cover, right?

18    A.   Yes, that's what the sentence on the back cover says.

19          MR. VAN NEST:  Okay.  Then let's go to the second

20    page, java.io.

21          (Document displayed)

22    BY MR. VAN NEST:

23    Q.   That's in this volume, right?

24    A.   Yes.

25    Q.   Part of the foundation of the language, correct?

 1  **A.**    In the same way, yes.

 2  **Q.**    And java.util?

 3          **THE COURT:**  I'm confused.  Is the witness

 4  disagreeing?

 5          Do you disagree with those statements in the book,

 6  that it's fundamental and so forth?

 7          **THE WITNESS:**  I believe there are various ways to

 8  understand the relation between the API and the language.  I

 9  think there are also from this time frame different statements

10  and different references.

11          **THE COURT:**  Well, as of the time these books were

12  published, would you have agreed with those statements or are

13  you saying that they are not true?

14          You keep saying that that's what the book says, like

15  you don't agree with it.

16          **THE WITNESS:**  I think there are other ways to

17  understand the relationship --

18          **THE COURT:**  Can't you say "yes" or "no"?  Do you

19  disagree with what's written there as of the time it was

20  written?

21          **THE WITNESS:**  I certainly don't disagree that that's

22  what's written.

23          **THE COURT:**  Do you disagree with the truth of it?

24          **THE WITNESS:**  I believe there are other statements

25  that add some nuance and cast different light on this topic.

 1              THE COURT:  All right.  So you disagree with it?

 2              THE WITNESS:  In that way, yes.  To that extent.

 3              THE COURT:  All right.  Go ahead, counsel.

 4  BY MR. VAN NEST:

 5  Q.   Now, java.net is needed in order to -- for someone writing

 6  in the Java programming language to get access outside his or

 7  her computer to a network, right?

 8  A.   This is one package that provides networking.  And at this

 9  time, this version that may have been the only package that did

10  so.

11  Q.   Okay.  And so without it, a programmer writing in the Java

12  programming language couldn't even get out and network to

13  another computer, right?

14  A.   I believe that's correct.

15  Q.   It's not correct or it is correct?

16  A.   It's correct, as far as the information --

17  Q.   Okay, it is correct.

18              And the whole point of the Java language was to allow

19  networking type applications, right?

20  A.   I don't think that's correct.  The Java applets that were

21  one of the popular uses of Java did not need to network back to

22  the site they came from.  They were downloaded over the network

23  through the actions of the web browser, but not necessarily

24  through actions implemented in the -- or programmed in the Java

25  language.

 1  Q.   But at the time this book was written, it was necessary to

 2  use java.net to do any networking at all, right?

 3  A.   As far as I know, yes.

 4  Q.   Okay.  Now, there is a third edition of the language that

 5  came out a few years later, correct?

 6  A.   Yes.

 7  Q.   And that's Exhibit 984.

 8        MR. VAN NEST:  It's already in evidence, your Honor.

 9  We saw it last week.

10        (Document displayed)

11  BY MR. VAN NEST:

12  Q.   This is the *Java Language Specification*, *Third Edition*.

13  Are you familiar with this?

14  A.   Yes, I am.

15  Q.   And I think, I have the book right here.

16        MR. VAN NEST:  May I approach the witness, your

17  Honor?

18             (Whereupon, book was tendered

19              to the witness.)

20  BY MR. VAN NEST:

21  Q.   Now, the third edition talks about certain classes that

22  have a special relationship to the language, is that right?

23  A.   I'm sure there is some phrase like that somewhere.

24  Q.   Let's take a look at Page 6.

25        MR. VAN NEST:  Display that on the screen.

```
 1              (Document displayed)

 2         MR. VAN NEST:  There we go.

 3   BY MR. VAN NEST:

 4   Q.    All right.  This describes in the second sentence that:

 5              "Some classes have a special relationship

 6              with the Java programming language."

 7              Do you see that?

 8   A.    Yes.

 9   Q.    And it actually lists a bunch of classes and interfaces in

10   java.lang.reflect, among others?

11   A.    Yes.

12   Q.    Now, java.lang.reflect, that's another package beyond

13   java.lang, java.io, java.net, correct?

14   A.    Yes.

15   Q.    That's another API package.  That's also accused in this

16   case, right?

17   A.    Yes.

18   Q.    Yes, okay.  And the Objects classes, ClassLoader, String,

19   Thread, those are all necessary in order for the Java language

20   to operate properly, correct?

21   A.    I believe those are -- Thread is essential for current

22   programs, not essential for sequential code.

23   Q.    But Class, that Class is essential to operate the

24   language, correct?

25   A.    Yes.  Object, Class, ClassLoader, yes.
```

1  Q.    All of those.  And those are in this additional API,

2  java.lang.reflect, right?

3  A.    I don't think Object, Class and ClassLoader are in the

4  Reflect package.

5  Q.    Okay, fair enough.  Some are in java.lang, but there are

6  additional classes and interfaces in package java.lang.reflect

7  that have this special relationship, right?

8  A.    I think the ones in reflect are for what's called

9  reflection.  That's not essential for most Java programming.

10  Q.    Now, last week were you here when Dr. Reinhold identified

11  61 classes that were mentioned in the specification as part of

12  the specification?

13  A.    I'm aware of that list, yes.

14  Q.    Did you make any effort in forming your opinion to

15  determine how many classes were actually necessary to operate

16  the method -- excuse me, operate the language, as Dr. Reinhold

17  did?

18        MR. JACOBS:  Your Honor, this is now far beyond the

19  scope.

20        THE COURT:  Overruled.

21  A.    I discussed that with Dr. Reinhold, and I understand and

22  agree with his analysis.

23  BY MR. VAN NEST:

24  Q.    So you understand and agree with Dr. Reinhold that there

25  are at least 61 classes needed to operate the Java language

1    itself, right?

2    **A.**    I think the criterion he used was based on the

3    specification, taking the point of view that the specification

4    defines the language.

5    **Q.**    Okay.

6              **MR. VAN NEST:**  Could we have TX 1062, please?

7              In this is in evidence, your Honor.

8              (Document displayed)

9              **MR. VAN NEST:**  And just highlight the top portion of

10   the page, please.

11   **BY MR. VAN NEST:**

12   **Q.**    Do you have 1062 up there?  I probably have it in the box

13   here.

14             Can you see it on the screen?  It's just a one-page

15   exhibit.

16             **THE COURT:**  We now have it blown up, so we need to

17   shrink it back down to the whole page.

18             **MR. VAN NEST:**  Okay.  Shrink it back down.

19             **THE COURT:**  Can you see it?

20             **THE WITNESS:**  Yes.  Thank you.

21             **THE COURT:**  Let's leave it on the whole page since

22   you don't have the trial exhibit.

23             **MR. VAN NEST:**  Let's find the trial exhibit.  I think

24   we do have it, your Honor.

25             (Brief pause.)

 1              MR. VAN NEST:  We'll pull it.

 2              THE COURT:  Let's finish up this exhibit and then

 3    we're going to take a break.

 4    BY MR. VAN NEST:

 5    Q.   In any event, you agree with Dr. Reinhold's analysis last

 6    week that these 61 classes are all part of the Java language

 7    specification, correct?

 8    A.   I understand the basis on which he did this analysis.  And

 9    if you take the language specification to be the definition of

10    the language, then the conclusion from that starting point is

11    this list of 61 classes.

12              MR. VAN NEST:  Your Honor, this is a good time to

13    break.

14              THE COURT:  All right.  Please remember the

15    admonition.

16              Ms. Michals, could you stay behind for just a moment?

17    Which one is Ms. Michals?

18              (Ms. Michals raises her hand.)

19              THE COURT:  Is that who you meant?

20              THE CLERK:  No, that's not.  I had them switched

21    around.

22              THE COURT:  Your note says Ms. Michals.  Did you mean

23    Ms. Gallo?

24              THE CLERK:  It was Ms. Gallo.

25              THE COURT:  Ms. Gallo, raise your hand.

1          (Ms. Gallo raises her hand.)

2          **THE COURT:**  Is that who you meant?

3          **THE CLERK:**  Yes.

4          **THE COURT:**  Ms. Gallo, I apologize.  The seating --

5    we need to ask you to stay behind for just a moment.  It will

6    just take 60 seconds.

7          Everyone else just remember the admonition.  Do not

8    speculate about why we want Ms. Gallo to stay behind.

9          (Laughter.)

10         **THE COURT:**  Okay.  You can go into the jury room.

11         (Jury exits courtroom at 11:13 a.m.)

12         **THE COURT:**  The witness can step down and go out and

13   take his break, too.

14         **THE WITNESS:**  Okay.

15         **THE COURT:**  Thank you sir.  Go ahead.

16         (Witness steps down.)

17         **THE COURT:**  Okay.  Everyone else be seated.

18         We're going to need the microphone maybe.

19         Ms. Gallo, Dawn told me that you had raised with her

20   an issue about your employer, okay?  Now, I need -- before we

21   go any further with that, I need to explain to you how I'm

22   required to deal with that, if there is an issue.

23         The first thing I would need to do is inquire further

24   here in open court about what the problem is and to then --

25   after you're out of our presence, I will consult with the

1  lawyers about how to deal with it, if we can.

2          So I just wanted you to be aware that I'm willing to

3  hear out what the issue is, but I can't promise you that I can

4  solve it, and I'm not sure I can say to you whether what your

5  employer wants to do is legal or not legal.  Sometimes there

6  may be an easy answer, but I would have to know a lot more than

7  what Dawn wrote down on this little piece of paper.

8          So I don't want to go further with this unless you

9  want me to.  That's why -- and I'm happy to try.  It's just I

10  need to tell you that it's not as simple as a private

11  conversation between you and me or you and Dawn.  You're now an

12  official.  You're an official member of this jury and I have to

13  do this in open court in the presence of the public and the

14  lawyers.

15          So you want to take some time to think about whether

16  you want to do that?  If you do, that's fine.  We'll have a

17  little inquiry.  See what I mean?

18          **JUROR GALLO:**  I mean, it's very complicated, so I

19  don't want to waste anybody's time.  I just had a couple of

20  questions.  I'm still trying to work it out with my employer,

21  so if --

22          **THE COURT:**  If you -- it's up to you.

23          **JUROR GALLO:**  Why don't I just talk to them and see

24  if we can work it out.  Then if for some reason we can't come

25  to an understanding, I'll let you know then.

MITCHELL - CROSS EXAMINATION / VAN NEST                    1291

1          **THE COURT:**  I will say this much.  I don't know the

2    problem.  You know, when the hardship questionnaire went out, I

3    specifically said you must check with your employer as to

4    whether or not -- how long they will pay for jury service,

5          **JUROR GALLO:**  Right.

6          **THE COURT:**  And everyone on the jury was supposed to

7    check that and know the answer.

8          So now if your employer told you one thing back then

9    and now has changed their mind, then I may be able to do

10   something about that.

11         **JUROR GALLO:**  I did ask them.  It relates to

12   benefits, which they didn't mention, so...  They are saying a

13   different -- they didn't say anything at all before and now

14   they are saying something, so I'm just trying to figure it out.

15         **THE COURT:**  Well, since we've gone this far, do you

16   want to just tell me what the issue is?  It's up to you.  If

17   you want to drop it and go talk to your employer, that's okay,

18   too, and you can bring it back up later, but I -- I just can't

19   talk with you in the hallway about it.

20         **MR. VAN NEST:**  Your Honor, we would be happy to do it

21   at sidebar, if the Court felt there wasn't a reason to do it in

22   open court.

23         **THE COURT:**  Would you like to do that at the sidebar?

24         **JUROR GALLO:**  Okay.

25         **MR. JACOBS:**  We agree, your Honor.

1              THE COURT:  What?

2              MR. JACOBS:  We agree.  Sort of private.

3              THE COURT:  All right.  Well, why don't you come over

4    to the sidebar?

5              (UNDER SEAL proceedings

6               were held at sidebar.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (UNDER SEAL proceedings

2              were held at sidebar.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            (UNDER SEAL proceedings

2             were held at sidebar.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (UNDER SEAL proceedings

 2               were held at sidebar.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22          (Whereupon, the following proceedings were

23           held in open court, in the presence and

24           hearing of the jury.)

25          THE COURT:  All right.  Well, just one question.  Do
```

1    you all have a truce among you not to inquire about the amount

2    of money experts have been paid?

3         **MR. VAN NEST:**  There is no truce, your Honor, that

4    I'm aware of.

5         **THE COURT:**  Well, it cuts both ways.  So sometimes

6    the lawyers do that, but all right.

7              Anything the lawyers need the Court for?

8         **MR. VAN NEST:**  No, your Honor.

9         **MR. JACOBS:**  No, your Honor.

10        **THE COURT:**  We'll take a 15 minutes ourselves.  Thank

11   you.

12             (Whereupon there was a recess in the proceedings

13              from 11:22 a.m. until 11:37 A.M.)

14        **THE COURT:**  All right.  Be seated.  Let's go back to

15   work.

16             Before I bring in the jury, I just want you to be

17   aware that -- as I know you know this, but when you -- on

18   redirect examination the witness is not limited to the expert

19   report.  He is free to say anything.

20             You have very broad-ranging questions.  He's free to

21   go to town on redirect on all of your questions, even though --

22   because you're way beyond what's in the report.  So he's not

23   limited on redirect to the report.  You --

24        **MR. VAN NEST:**  I understand, your Honor.

25        **THE COURT:**  You understand that, okay.  All right.

 1          **MR. VAN NEST:**  I would assume if there is an area

 2    that I've objected to and you said, yeah, it's outside the

 3    report and I don't go into it on cross, he can't get up and do

 4    it on redirect either.

 5          **THE COURT:**  Well, that part is correct, but

 6    everything that you've covered so far, Mr. Jacobs can come back

 7    and say, "All right, with respect to that subject..."  You

 8    know, to make the counter points.

 9          And even whether it's in the report or not, that's

10    just the way it has to work.

11          **MR. VAN NEST:**  Understood.

12          **THE COURT:**  It wouldn't be fair otherwise.

13          **MR. VAN NEST:**  Understood.

14          **THE COURT:**  All right.  I'm going to bring the jury

15    in.

16          (Jury enters the courtroom at 11:38 a.m.)

17          **THE COURT:**  Thank you.  Be seated.

18          Everybody ready over there?

19          (Jury nodding affirmatively.)

20          **THE COURT:**  Great.  Please continue, Mr. Van Nest.

21          **MR. VAN NEST:**  Thank you, your Honor.

22    **BY MR. VAN NEST:**

23    **Q.**   Dr. Mitchell, you have described APIs as a set of names

24    that can be used to access features of the library together

25    with specified conventions about their use, correct?

PROCEEDINGS                                1298

1   **A.**   Yes.  That's correct.  The specified conventions can be

2   extensive.

3   **Q.**   And this set of names that can be used to access features

4   of the library, you're referring to the Package, Class, Method

5   names and that sort of thing?

6   **A.**   All of the things that a programmer might include in their

7   program in order to access code written in the library.

8   **Q.**   And you need to use these API elements, a programmer does,

9   to access source code, for example, in the libraries, correct?

10  **A.**   No.

11  **Q.**   The programmers looking to access prewritten code, I think

12  you said in your direct exam, correct?

13  **A.**   Yes.

14  **Q.**   All right.  And that prewritten code, source code, is

15  compiled and then the compiled code is in the library --

16  **A.**   Yes.

17  **Q.**   (Continuing) -- right?

18          And so one of the functions of these API names is to

19  use them so that the programmer can get access to the source

20  code and eventually to the compiled code in the library, right?

21  **A.**   Not exactly.  The source code is not accessed through

22  these names.

23  **Q.**   But the names, you said, can be used to access features of

24  the library together with specified conventions, right?

25  **A.**   That's what I said, yes.

PROCEEDINGS                                    1299

```
 1  Q.   Let's actually take a look at -- you have your report
 2  before you, TX 686, Paragraph 52.
 3           MR. VAN NEST:  If we could display that on the
 4  screen, please?
 5           THE COURT:  For the record, since the report is not
 6  in evidence and won't be, you can read the relevant part into
 7  the record.
 8           (Document displayed)
 9           MR. VAN NEST:  Let's highlight there, "An API
10  consists of a set of names."  Let's go just to the right there,
11  Ben?  Right in the middle of the paragraph it starts on the
12  right.
13  BY MR. VAN NEST:
14  Q.   (As read)
15           "An API consists of a set of names that can
16            be used to access features of the library
17            together with the specified conventions about
18            their use."
19           That's one of the definitions you gave of an API?
20  A.   That's a description.  It's in my report.
21  Q.   Okay.  And the API names you're talking about there are,
22  for example, the Package name, the Class name and the Method
23  name, possibly among others, right?
24  A.   Yes.  Those are entities in the library.
25  Q.   And a programmer writing in the Java language is going to
```

1  rely at some point upon prewritten code, right?

2  A.   That's what using the library is, yes.

3  Q.   That's what using the library is.

4         And down here in Exhibit 3452, which we saw last week

5  with Dr. Bloch, we're seeing source code here at the bottom.

6  He calls it implementation.  Do you see that?

7  A.   Yes.

8  Q.   That's the -- that's the prewritten code that the

9  developer would be seeking access to?

10  A.   Again, the developer may wish to access the compiled code

11  produced from that.

12  Q.   He would generally do it through this source code,

13  correct?

14  A.   No.

15  Q.   Or he would access the compiled code, but this source code

16  is -- eventually becomes the compiled code?

17  A.   In some order.

18  Q.   Okay.  Well, when you said features of the library, what

19  were you referring to?

20  A.   Classes, Methods, Interface defined in the library.

21  Q.   Okay.  Now, a programmer writing in the Java language must

22  use the names java.lang.Math.max in order to invoke the

23  prewritten code that performs that max function, correct?

24  A.   Yes.

25  Q.   And, therefore, these names actually have a functional

PROCEEDINGS                                    1301

1   purpose, right?

2   **A.**   The names are used exactly as I described; to access the

3   compiled output from the prewritten code.

4   **Q.**   And that's a functional purpose, right, correct?

5   **A.**   Well, when these names are used in a developer's code, it

6   invokes the code from the library.

7   **Q.**   Right.  So when these names are used in the code, it

8   invokes the code in the library --

9   **A.**   Yes.

10  **Q.**   (Continuing) -- correct?

11           And in order to invoke the code in the library, the

12  developer has to use the names and he has to use them

13  correctly?

14  **A.**   Yes.  That's how the Java language and other programming

15  languages work.

16  **Q.**   So, for example, if a developer wants to access the code

17  that performs the Math method -- the max method.  He or she

18  must write java.lang.Math.max in his or her program?

19  **A.**   In some form.  Something equivalent, I think, to what you

20  said, but not literally that --

21  **Q.**   If, for example, they used java.lang.Math.maximum, the

22  code wouldn't work unless that API had been rewritten, correct?

23  **A.**   You cannot call the max function by writing maximum

24  instead.

25  **Q.**   Cannot?

1  **A.**   Correct.

2  **Q.**   Right.  So, and as a matter of fact, these conventions are

3  so strict that the max has to be lower case, correct?  Small m?

4  **A.**   The cases must match, yes.

5  **Q.**   So max would typically be lower case, small m?

6  **A.**   Typically.

7  **Q.**   And Math, the class, would typically be upper case,

8  capital M?

9  **A.**   There's a naming convention that is as you describe.

10 **Q.**   And if I'm a programmer and I'm writing in the language

11 and I mess that up and I use math, lower case, and Max, upper

12 case, again, my code will not work?

13 **A.**   For better or for worse, computers are very literal.

14 **Q.**   And that would be true of every single method in every

15 single class throughout these Java APIs you have been

16 discussing, correct?

17 **A.**   Yes.

18 **Q.**   Without using exactly the same name, the code will not

19 work.

20         And if a platform provides a set of APIs that are

21 different from these -- either lower case, upper case,

22 different words, different names -- existing code that

23 programmers have written in the free Java language won't work

24 on that platform, right?

25 **A.**   Code written for one API will not generally work for

 1  another unless the names are the same and other features are

 2  the same.

 3  **Q.**   So if, for example, I were to take max and take it out of

 4  the Math class and put it in a different class, existing code

 5  written by a programmer would not run properly because the name

 6  would be wrong?

 7  **A.**   Yes.  Some syntactic adjustment would be needed.

 8  **Q.**   Now, you've actually described these elements, the names

 9  and the elements, package names, class names, interface names,

10  method names, as parts of speech, right?

11  **A.**   I believe I gave some description in which the categories

12  such as the category of class names, is analogous to, say, the

13  category of nouns in natural language.

14  **Q.**   You actually went further than that.  You described the

15  elements of an API -- the package names, class and interface

16  names, relationships and methods -- as like parts of speech,

17  right?

18  **A.**   There's a way to understand that accurately, and there's a

19  way to misunderstand it.  So I was trying to clarify an answer

20  to your previous question.

21          **MR. VAN NEST:**  Your Honor, I would like to play at

22  this time from Dr. Mitchell's deposition Page 120, Line 18

23  through 121, Line 10 -- excuse me, maybe start at Line 14 or

24  line 18?

25          **BEN BOTELLO:**  18.

1              **MR. VAN NEST:**  I was correct.

2              **THE COURT:**  All right.  Go ahead.

3              (Videotape played in open court; not reported.)

4  BY MR. VAN NEST:

5  **Q.**   Do you stand by that testimony, Dr. Mitchell?

6  **A.**   I definitely said that.  I think I explained further in my

7  report what that analogy.

8  **Q.**   And using the parts of speech, java.lang.Math.max, you

9  must be precise in the Java language.  If the parts of speech

10 change, the code you've written will not work; isn't that

11 right?

12 **A.**   I don't think you're changing the parts of speech.  You

13 are changing specific nouns.

14 **Q.**   If you change specific nouns, the code will not run,

15 right?  If I call max maximum, prewritten code in the Java free

16 language will not run, right?

17 **A.**   As simple as if I forget your name and call you something

18 else, you may not respond.

19 **Q.**   And in a computer, that means the program doesn't work?

20 **A.**   That's correct.

21 **Q.**   Now, I want to talk about your chart here for a minute.  I

22 guess this is a representation of these Java API packages, is

23 that right?

24              (Document displayed)

25 **A.**   It's an illustration that highlights certain features of

PROCEEDINGS                                                      1305

1  the packages and classes which are contained.

2  Q.   And this illustrates the system in which they are

3  organized, right?  The packages, the classes, the methods and

4  so on?

5  A.   Yeah.  It illustrates some of the hierarchal and

6  non-hierarchal relationships.

7  Q.   So, for example, I have java.net right up here in the

8  middle of the top.  Maybe I'll --

9           MR. VAN NEST:  Can I move it a little bit closer,

10  your Honor?

11  BY MR. VAN NEST:

12  Q.   Java.net, that's a package name, correct?

13  A.   Correct.

14  Q.   That's one of the 37 API packages that are accused in this

15  case, right?

16  A.   Yes.

17  Q.   And then organized within that package are the classes,

18  right --

19  A.   Yes.

20  Q.   (Continuing) -- is that correct?

21  A.   Yes.

22  Q.   So I think you said in your testimony the classes are

23  organized into packages.  That means these classes are

24  organized under java.net?

25  A.   Each class can be a member of at most one package.

1  Q.   And typically the classes are listed not only under

2  java.net, but everywhere else here in alphabetical order,

3  right?

4  A.   They may be listed that way on the poster.

5  Q.   And they are listed that way generally in the

6  specification as well?

7  A.   I don't recall, but that may be.

8  Q.   And then there would be organized within each -- within

9  each class there would be methods?

10  A.   Yes.  The class has a set of methods.

11  Q.   And those methods, typically in the specification, are

12  listed alphabetically within each class, right?

13  A.   I don't think that's the case, no.

14  Q.   Now, the methods are organized into classes and the

15  classes are organized into packages.  That's the organization

16  of the Java language, right?

17  A.   That's part of the organization.

18  Q.   And this organization of packages, classes and methods in

19  Android was published by Google back in 2007, correct?

20  A.   I don't know.

21  Q.   The Android project appeared on a website in the fall of

22  2007, Dr. Mitchell, isn't that correct?

23  A.   I don't have any recall of that.  That may be.

24  Q.   Certainly, the organization of the APIs is not something

25  you discovered once you were retained as an expert, correct?

1  **A.**   The organization is evident from the poster and in other

2  ways.

3  **Q.**   And in Android, the organization is evident and has been

4  for many years?

5           **THE COURT:**  Let's make sure the witness -- see,

6  you're holding up, isn't that a Java chart?

7           **MR. VAN NEST:**  It is, your Honor.  Fair point.

8           **THE COURT:**  But you're talking about Android.  Let's

9  make sure the witness is on the same page.

10          I think counsel switched to Android, right?

11          **MR. VAN NEST:**  I did.

12          **THE COURT:**  So let's ask that question again to be

13  sure the witness had in mind Android as opposed to Java.

14 **BY MR. VAN NEST:**

15 **Q.**   The organization and structure of the 37 APIs in Android

16 was published on a website back in 2007?

17 **A.**   I didn't check the date.  I don't recall, but I believe

18 that's completely possible.

19 **Q.**   And, certainly, the organization structure in Android is

20 something that anyone that wanted to could determine back as

21 far as 2007, right?

22 **A.**   Well, whenever this was available on the web.  And someone

23 else could have looked at it just the same way I did.

24 **Q.**   Wasn't hard to find.  It wasn't hard to see.  It wasn't

25 hard to determine what was there, correct?

PROCEEDINGS                                    1308

```
 1  A.    The web is easily available from any network computer.

 2  Q.    Now, as part of your assignment, you testified that you

 3  did some code-to-code analysis to determine whether code in

 4  Android had been copied from Java?

 5  A.    Yes.

 6  Q.    And you actually relied on another expert to help with you

 7  that, is that right?

 8  A.    Another expert identified these examples, but once they

 9  were identified, I looked at them myself.

10  Q.    And that expert is Dr. Visnick, Dr. Visnick?

11  A.    There are two experts.  I believe Dr. Visnick identified

12  some of the examples.

13  Q.    And you relied on Dr. Visnick's report?

14  A.    I read the report.  I used some information from it.  But

15  as I said, when I saw the examples, I looked at them myself.

16  Q.    Fair enough.  But he did an exhaustive analysis of all of

17  the Android source code in the Android libraries, right?

18  A.    I believe he was asked to do that, yes.

19  Q.    And he analyzed hundreds of thousands of lines of code?

20  A.    Yes.

21  Q.    You reviewed a report that he prepared?

22  A.    Yes.

23  Q.    Is that Exhibit -- I believe it's Exhibit 727.  Is that

24  one of the things you relied on in forming your opinions in the

25  case, Dr. Mitchell?
```

PROCEEDINGS                                          1309

 1  **A.**    If the number is correct, then, yes, I read his report and

 2  I took the information from that.

 3              **MR. VAN NEST:**  May I approach?

 4              **THE COURT:**  Yes.

 5              (Whereupon, document was tendered

 6               to the witness.)

 7  **BY MR. VAN NEST:**

 8  **Q.**    Do you recognize Exhibit 727?

 9  **A.**    Yes, I do.

10  **Q.**    And is that the report of Dr. Visnick?

11  **A.**    This is a report signed by Mark Visnick, yes.

12  **Q.**    And you relied on it in forming your opinions as to

13  code-to-code copying, right?

14  **A.**    I used this -- I read this report and I used the examples

15  to conduct my own study.

16  **Q.**    And he did what he called a comparative textual analysis

17  comparing Android 2.2 to Sun's Java JDK, correct?

18  **A.**    If that's what it says then, yes.

19  **Q.**    Let's take a look.

20              **MR. VAN NEST:**  Can we have Page 2 --

21              I would offer 727 into evidence, your Honor.

22              **MR. JACOBS:**  Interesting.  It's an expert report.

23              **MR. VAN NEST:**  Actually, I will withdraw that

24  question.  I understand these are probably not coming into

25  evidence.

```
 1              May I display Page 2 of 727?
 2         MR. JACOBS:  No objection, your Honor.
 3         THE COURT:  All right.  You can do that.
 4         (Document displayed)
 5  BY MR. VAN NEST:
 6  Q.  Page 2 gives an overview.
 7         MR. VAN NEST:  Let's go to the next page.  I guess
 8  it's the third page.  There we go.  Overview.
 9  BY MR. VAN NEST:
10  Q.  "Counsel for Oracle asked JLI" -- that's Dr. Visnick's
11  company?
12  A.  I believe he works for that company.
13  Q.  "...to use the source code repositories corresponding to
14  the following products to compare."
15         He compared Java JDK, that's the Sun version; right?
16  A.  Yes.
17  Q.  To Android 2.2; correct?
18  A.  Yes.
19  Q.  That ended up being a comparison of hundreds of thousands
20  of lines of code, right?
21  A.  Yes.
22  Q.  Maybe even millions?
23  A.  Could be.
24  Q.  And thousands and thousands and thousands of separate
25  files, right?
```

```
 1  A.    Yes.  These are both very extensive.

 2  Q.    And he first applied what he calls a literal match

 3  analysis of the two bodies of source code, correct?

 4            Let's go down to Paragraph 16.  It's at Page 5.

 5            (Document displayed)

 6  A.    That's what it says, yes.

 7  Q.    And that literal match analysis --

 8            MR. VAN NEST:  Could we highlight the first two

 9  paragraphs?

10            (Document highlighted)

11  BY MR. VAN NEST:

12  Q.    That literal match analysis of the two bodies of source

13  code, that uses an automated tool, a special computer tool to

14  compare all of these thousands and thousands of lines of code.

15  A.    That's what his report says, yes.

16  Q.    And this particular analysis, he looked to see whether

17  there were identical lines of text in the two bodies of code,

18  right?

19  A.    Yes.

20  Q.    And then he did a second analysis in which he looked for

21  parts of a line of code that matched, is that right?

22  A.    If that's what his report says, then I believe that's what

23  he did.

24  Q.    Then once he did that he had a third analysis, what he

25  calls a token analysis, on the two bodies of source code to
```

1  determine even further whether there was any copying of words

2  or phrases in the code, right?

3  **A.**   If you're referring to what he says is his third step,

4  that he says is a substring match analysis.

5  **Q.**   Well, actually, let's get it up on the screen.  Let's go

6  back to 17.  That's actually the second step.  He calls it

7  third, but ...

8          The substring match analysis uses another automated

9  tool to look for matching sequences or characters within lines

10 of text, right?

11 **A.**   That's what his report says, yes.

12 **Q.**   Then in paragraph 18 he describes a third analysis he did,

13 a token analysis, on the two bodies of source code?

14 **A.**   Yes, that's what the report says.

15 **Q.**   Is there any doubt in your mind that this was a very

16 thorough report and a very thorough examination?

17 **A.**   He described exactly what he did here.

18 **Q.**   And he looked -- he looked through all the lines of source

19 code in Android and all the lines of source code in the JDJ

20 1.5, correct?

21 **A.**   I believe that's what he was asked to do.  I have no

22 reason to think he didn't do it.

23 **Q.**   And that ended up being thousands and thousands of files,

24 right?

25 **A.**   Yes.

1  **Q.**   And he came up, after that analysis and all the various

2  steps, and looking at all that code, he came up with 12 files

3  that you testified to us about this morning, correct?

4  **A.**   He did identify those 12 files.

5  **Q.**   And that's all he identified based on his thorough

6  analysis, right?

7  **A.**   I believe those were the files that met the criteria he

8  was using in his search.

9  **Q.**   And they, sir, were the only files that met the criteria

10  in his search, right?

11  **A.**   I believe so.

12  **Q.**   Okay.  So we've got 12 files.

13          **THE COURT:**  If you're going to draw on there again,

14  please use a magic marker.  It's easier to see.  Because that

15  color you selected is hard to see, I would use a darker marker.

16          **MR. VAN NEST:**  Permanent marker.

17          **THE COURT:**  That's good.  Thank you.

18          **MR. VAN NEST:**  Thank you, Your Honor.

19          (The court reporter interrupts.  Pause in proceedings

20          in order for the reporter to repair her computer

21          malfunction.)

22          **THE COURT:**  All right.  We will now resume.  And the

23  court reporter is back online.

24          Continue on, please.

25

1   BY MR. VAN NEST:

2   Q.   So after Dr. Visnick did his analysis, he came up with 12

3   files out of the thousands and thousands of files that make up

4   Android, right?

5   A.   These are the 12 files, I believe, or the 12 categories

6   that he found according to his search criteria.

7   Q.   So two of those files were called "Timsort," right?

8   A.   Slightly longer names on one of them, but, basically, you

9   could categorize them that way.

10  Q.   I think you said one was Timsort and one was called Comp?

11  A.   ComparableTimSort.

12  Q.   TimSort.  Okay.  But there were two of those that you

13  testified about as being copies, correct?

14  A.   Yes.  There's a portion in those files that's copied.

15  Q.   Now, the Timsort files, that represents nine lines of

16  code, right?  Nine lines of code?

17  A.   I think you're speaking of the rangeCheck function within

18  that.

19  Q.   Good point.  Timsort is the file in which rangeCheck was

20  found?

21  A.   Yes.

22  Q.   Fair enough.  Okay.

23  A.   Got it.

24  Q.   So Timsort, itself, is a file of a thousand, 1500 lines of

25  code, something like that?

1  **A.**   I don't remember, but it's bigger than nine.

2  **Q.**   It's bigger.

3         And you looked -- Dr. Visnick looked at that file

4  among the many thousands of other files, and he didn't find

5  anything even in that file that looked like a copy, except for

6  the nine lines in rangeCheck, right?

7  **A.**   I believe that's correct.

8  **Q.**   And you have said that's a small amount of code?

9  **A.**   Nine lines.

10 **Q.**   And nine lines out of hundreds of thousands of lines,

11 right?

12 **A.**   If you compare that to the larger library, then it's

13 exactly that ratio.  Still nine lines.

14 **Q.**   And were you here when -- strike that.

15        Dr. Bloch testified that he wrote the Java time in

16 which rangeCheck was originally filed, correct?

17 **A.**   I believe that's correct, yes.

18 **Q.**   And he wrote rangeCheck, which is the file now in Android

19 or was in Android, right?

20 **A.**   I believe he's the author of that.

21 **Q.**   So, in effect, he copied his own work.  Is that what you

22 took from his testimony?

23 **A.**   I understand that while he was working for Google he

24 copied the work that he had done previously working for Sun and

25 Oracle.

1  Q.   Now, you know that now, today, rangeCheck is out, publicly

2  available.  Sun has made rangeCheck free and open for anybody

3  to use, right?  Are you aware of that?

4  A.   No.

5  Q.   No one has told you that rangeCheck is part of an open

6  source version of Java that anybody can use?

7  A.   I believe there are licenses associated with the code

8  that's available on the Web.

9  Q.   You don't know one way or the other, Dr. Mitchell, right?

10 A.   No, but I don't understand that characterization at all.

11 What do you mean?

12 Q.   Now, would rangeCheck itself, these nine lines of code in

13 a file called "Timsort," among millions of other lines of code,

14 would it have any independent economic value?

15 A.   Independent of the library that it's in?

16 Q.   Yes.

17 A.   I think its main use is in the library.  So I'm not sure

18 what the economic value of it is outside library.  Certainly,

19 within the library it's useful.

20 Q.   Now, Dr. Bloch, said rangeCheck could be written by a high

21 school programmer.  Does that sound right to you?

22 A.   Not really.

23 Q.   How about one of your graduate students?

24 A.   Uhm, a good high school programmer or graduate student, if

25 told exactly what was needed, could write the code.

1  Q.   It's not that difficult, right?

2  A.   Well, the code has some subtlety.  And I think the

3  interesting part is figuring out exactly what you wanted the

4  function to do, more than realizing that function in Java code

5  once that's understood.

6  Q.   Now, you mentioned two files that you referred to as

7  source code comments, Dr. Mitchell, correct?

8  A.   Those are files from which the comments are copied.

9  Q.   Okay.  Comments in source code are never compiled when the

10  source code is compiled into bytecode, correct?

11  A.   Approximately.

12  Q.   If the source code comments were removed, it wouldn't make

13  any difference to the operation of the ultimate program, right?

14  A.   Compiled bytecode does not contain the comments.

15  Q.   So if you took the comments out, the compiled bytecode

16  would be the same?

17  A.   Yes.  Source code would be different.  Someone reading the

18  code would see something different.  Other programmers would

19  see something different.  But someone using the compiled code

20  would have the same effect.

21  Q.   Because these are English-language comments that are just

22  intended to give some guidance to programmers reading source

23  code, right?

24  A.   Yeah, comments are for other programmers or users of the

25  code.

1   Q.   They don't have any impact, whatsoever, in how the program

2   runs once it's compiled?

3   A.   That's correct.

4   Q.   And you don't know whether either of these files, that

5   these were in whatever part of a handset?

6   A.   I don't recall that, no.

7   Q.   Now, the other eight files, those are -- all have the word

8   "Impl" on it.  That's part of the name, the API name; is that

9   right?

10   A.   I believe it's some or perhaps all of them.

11   Q.   And these all appear to have in the name header the word

12   "Test," correct?

13   A.   No.

14             MR. VAN NEST:  Let's open up page 8 of Dr. Visnick's

15   report, please, and display that.  Let's go to the next page.

16   It's the one with all the code files on it.  It's paragraph 22.

17   I'm sorry.  There we go.

18             (Document displayed.)

19   BY MR. VAN NEST:

20   Q.   And are the eight Impl files displayed there on the

21   left-hand side of the page, starting in paragraph 22?

22   A.   Looking at the table below paragraph 22?

23   Q.   Yes, sir.

24   A.   I think the table shows the Android file name, the Sun

25   Java file name, and then some description.

1  Q.   The Android name has the word "test" in it, right?

2  A.   The Android file path leading to this file contains the

3  word "test."

4         MR. VAN NEST:   And could we highlight the first line

5  there in the second box, Ben, so jurors can follow us here.

6  There it is.   Okay.

7         (Document displayed.)

8  BY MR. VAN NEST:

9  Q.   The Android files on the left, Java files on the right,

10 the Android file has the word "test" in it, correct?

11 A.   Yes.   The Java name does not.

12 Q.   And all eight, all eight of these files that you've

13 identified here, they have all the word "test"?

14 A.   That's easy to check.   I think that's true.

15 Q.   And you don't actually know whether any of these files was

16 ever compiled and placed onto a handset; do you?

17 A.   I don't believe I have a reason to believe that they were.

18 Q.   So you don't have any reason to think that they were ever

19 put on a handset, right?

20 A.   I don't know one way or the other.

21 Q.   All right.   So in terms of your code-by-code or

22 code-to-code line-to-line analysis, the only thing you're aware

23 of that you can say for sure ever made it onto a phone was

24 these nine lines of code in rangeCheck, right?

25 A.   Of the things you're -- of those 12 files, or from what

1  larger class?

2  **Q.**    Of the 12 files that Dr. Visnick identified as the only

3  files in Android as to which he could say he thought they were

4  copied.   That's what I mean.

5  **A.**    I believe that's correct, that, of these, the ones I know

6  appear on the phone are from the Timsort files.

7  **Q.**    So, again, the only thing that you've identified in this

8  exhaustive analysis was nine lines of code that made it onto

9  the handset.   Right, Dr. Mitchell?

10  **A.**    That's not the only thing identified.   Is that your

11  question?

12  **Q.**    Out of these 12 files, the only --

13  **A.**    There are lots of things identified here.   Could you

14  just -- I'm not sure I understand your question.

15  **Q.**    The 12 files that you and Dr. Visnick identified and you

16  testified were copied code to code, only nine lines of that

17  code ever made it onto a handset?

18  **A.**    That may be true.

19  **Q.**    Now, Dr. Visnick also ran his analysis against the Apache

20  Harmony code, right?

21  **A.**    If his report says so, yes.

22  **Q.**    You know what Apache Harmony is?

23  **A.**    I'm vaguely familiar with that.

24  **Q.**    That's an independent implementation of Java libraries?

25           **MR. JACOBS:**   Objection, Your Honor.   Formulation.

1   "Independent implementation."  The witness has no knowledge of

2   how Apache was created.

3          **THE COURT:**  Do you have any knowledge -- not

4   knowledge, but from your experience and training do you have an

5   opinion on that subject?

6          **THE WITNESS:**  I really haven't looked into Apache

7   Harmony.

8          **THE COURT:**  All right.  Well, then, ask the question.

9   The witness cannot answer the question as phrased.  You need to

10  ask it a different way.

11  **BY MR. VAN NEST:**

12  **Q.**   Okay.  Let's -- you do know, you do know that one of the

13  things that Dr. Visnick analyzed, in addition to Android, was

14  the Apache Harmony code, right?

15  **A.**   Uhm, again, if that's what his report says, then I

16  believe --

17  **Q.**   Let's go to paragraph 10.  Paragraph 10.

18          **MR. JACOBS:**  Your Honor, we've allowed Mr. Van Nest

19  some latitude here, but he's now just asking this witness to

20  repeat what another witness put in a report that is not part of

21  Dr. Mitchell's testimony.

22          **THE COURT:**  Well, but, this witness relied on that

23  report.

24          **MR. JACOBS:**  He was very clear on what he did with

25  that report, Your Honor.  He took the particular files that

 1  Dr. Visnick identified, and then studied them himself.

 2          He has testified to nothing about copying Apache

 3  Harmony.  He hasn't said anything in his report or in his

 4  testimony about whether Apache Harmony was copied or not.  And

 5  now we're just asking this witness to repeat what's in

 6  Dr. Visnick's report, whether or not he relied on it.

 7          Let me go backwards.  He hasn't established that this

 8  witness had any -- made any reliance on the portion of the

 9  report that Mr. Van Nest is now asking about.

10          **THE COURT:**  Well, possibly.  But, Mr. Van Nest, you

11  may ask the witness did he read the entire report, and why did

12  he read it, for what purpose did he read it.  And then we'll

13  see where we are.  Go ahead.

14  **BY MR. VAN NEST:**

15  **Q.**   I think you testified previously, Dr. Mitchell, that you

16  relied on Dr. Visnick's report.  Did I have that right?

17  **A.**   I don't remember testifying to that, but I may have if the

18  record is clear.

19          **THE COURT:**  Wait a minute.  You didn't do the

20  homework of looking up these files yourself, right?

21          **THE WITNESS:**  That's correct.

22          **THE COURT:**  You relied on Mr. Visnick, and then you

23  took the one that he found, and you confirmed it.  That part I

24  understood.  Right?

25          **THE WITNESS:**  That's correct.

```
 1              THE COURT:  All right.  So you relied on his report
 2   to give you a heads up as to which ones he thought were word
 3   for word or line for line, or whatever that phrase was, right?
 4              THE WITNESS:  Yes.
 5              THE COURT:  Okay.  So if he had had a hundred files
 6   in there, you would have read a hundred?  You would have done a
 7   hundred.  But he only had 12.  That's what I'm getting out of
 8   this.  Right?
 9              THE WITNESS:  Absolutely.
10              THE COURT:  So, now, did you read the part about
11   Apache Harmony, too?
12              THE WITNESS:  I probably read it.  I wasn't asked to
13   look into Apache Harmony, and didn't.
14              THE COURT:  All right.  We're going to skip Apache
15   Harmony, and you can put your own witness on about that.  I
16   don't see the point of getting into Apache Harmony with this
17   witness.
18              MR. VAN NEST:  Fair enough, Your Honor.
19              All right.  Dr. Mitchell.
20   BY MR. VAN NEST:
21   Q.   All right.  Dr. Mitchell, there are, as part of the APIs,
22   descriptions of what each method and what each class does,
23   correct?
24   A.   Yeah.  The API contains English text that describes the
25   way each method works.
```

1    Q.   And that text we sometimes call the specification?

2    A.   I think the whole thing is a specification.  "API" and

3    "API specification" are often used synonymously.

4    Q.   So the text descriptions, they describe what the methods

5    or the classes or the packages do?

6    A.   Yeah.  They give meaning to the declarations that are in

7    the API.

8    Q.   And they're sort of -- would it be fair to refer to those,

9    sort of a users-manual-type thing?

10   A.   I don't think that's really accurate.  They serve two

11   purposes.  They are helpful for users, programmers that use the

12   library.  And they are also used by implementers, if the API is

13   designed and to be later implemented.

14   Q.   And there are thousands and thousands of those

15   descriptions in Java and in Android, as well?

16   A.   I think there are 5,000 methods in the 35 packages that I

17   looked at.  So there are thousands and thousands, certainly,

18   correct.

19   Q.   And there's one for every method?

20   A.   Methods are all described, as far as I know.

21   Q.   One for every class?

22   A.   Yes.

23   Q.   One for every package?

24   A.   Yes.

25   Q.   And those are all written in English text so anybody can

1    read them?

2    **A.**    Anybody who reads English, yes.

3    **Q.**    And you didn't bother to provide any examples of those

4    during your direct examination; did you?

5    **A.**    Yes, I had some slides that showed some examples.  And I

6    discussed them.

7    **Q.**    Is it your testimony that all of the thousands of lines of

8    descriptions in Android are just exactly the same as in Java?

9    **A.**    No.

10   **Q.**    There are many, many, many, many differences in the

11   English-text descriptions in the Android version as contrasted

12   with the Java version.  Isn't that right, Dr. Mitchell?

13   **A.**    Based on my study, I believe they say basically the same

14   thing, but the wording can differ.

15   **Q.**    And the wording does differ, right?

16   **A.**    Yes.  Sometimes it's the same.  Sometimes it's different.

17   **Q.**    And, actually, you put -- you put exactly one example of

18   this in your report, correct?

19   **A.**    I think there are a few exhibits that have examples of

20   code side by side.  In my opening report it may have discussed

21   one, primarily.

22   **Q.**    So the one you chose to discuss was in paragraph 207.

23          **MR. VAN NEST:**  Could we have 207 up please.

24          (Document displayed.)

25

PROCEEDINGS                                              1326

BY MR. VAN NEST:

Q.   This is the only paragraph -- your report has several

hundred paragraphs, right?

A.   Yes.

Q.   Almost 280 paragraphs.  This is the one paragraph that has

anything in it comparing the English-text descriptions in

Android and in Java, right?

A.   Yes.  Also, as you can see in the paragraph, it refers to

exhibits that show code.

Q.   And the example you chose here is a method called

KeyPair.getPrivate, right?

A.   That's the example considered in this paragraph, yes.

        MR. VAN NEST:  Could we put up the Java version,

then, on top or to the left.  Okay.

BY MR. VAN NEST:

Q.   Now, KeyPair, that's a method like max and square root and

these other methods we've been talking about, right?

A.   Yes.

Q.   Dr. Mitchell, KeyPair, all I'm asking is, KeyPair is a

method?

A.   I believe so.  I don't think I have the exhibits here, so

I can't see the code.

Q.   You don't have your report?

A.   I have the report.

Q.   It's paragraph 207.  All I'm doing -- the computer is

1  pulling the language out so we can see it better.

2  **A.**    Okay.  Fine.

3  **Q.**    So KeyPair wasn't invented by Sun.  KeyPair has been

4  around, right?

5  **A.**    Well, in cryptography, in public-key cryptography, the

6  cryptographic keys come in pairs.

7  **Q.**    That's not something Sun invented; that's been around a

8  long time?

9  **A.**    That concept comes from public-key cryptography, which was

10  invented in the late 1970s.

11  **Q.**    So that's been here for a long, long time, right?

12  **A.**    Yes.

13  **Q.**    Yeah.

14         Now, what -- what we're showing here on the left,

15  that is the description, the text description in Java and

16  KeyPair, right?  Returns a reference to the PrivateKey

17  component of this key pair, right?

18  **A.**    Yes.

19         **MR. VAN NEST:**  And can we show the Android version on

20  the right.

21         (Document displayed.)

22  **BY MR. VAN NEST:**

23  **Q.**    Is that it, returns the private key?

24  **A.**    I believe so.

25  **Q.**    Now, does that pass your test for being substantially

PROCEEDINGS                                    1328

 1   similar?

 2   **A.**   I think if you were considering using this method, both

 3   would tell you the same information, that you can use this

 4   method to get the private key component of the key pair.

 5   **Q.**   That was not my question.  That was not my question.  My

 6   question is:

 7          Does this pass your test for being substantially

 8   similar descriptions of the very same thing?

 9   **A.**   I think in the context of the rest of the description they

10   mean the same thing.

11   **Q.**   Again, that wasn't my question.

12          They mean the same thing.  They're both describing

13   the same thing, right?  They're both describing the KeyPair

14   method.  Right, Dr. Mitchell?

15   **A.**   They both give the same meaning to that.  If you were to

16   read it separately in the Android spec, you would conclude that

17   it was the same method in the sense of performing the same

18   operations and returning the same result.

19   **Q.**   My question is whether applying your test of

20   "substantially similar" the phrase "returns a reference to the

21   private key component of this key pair" is substantially

22   similar to "returns the private key"?

23          **THE COURT:**  You can answer yes or no.

24          **THE WITNESS:**  Yes.

25          **THE COURT:**  Thank you.  Next question.

1          **MR. VAN NEST:**  I have nothing further, Your Honor.

2          **THE COURT:**  All right.  Let's go to redirect.

3                     <u>**REDIRECT EXAMINATION**</u>

4   BY MR. JACOBS:

5   **Q.**   Dr. Mitchell, Google's counsel asked you about the

6   independent economic significance of rangeCheck.  Do you recall

7   that question?

8   **A.**   Yes.

9   **Q.**   Did you conduct an analysis of the significance of

10  rangeCheck to other code in the same class file?

11  **A.**   Yes.

12  **Q.**   What did you conclude?

13  **A.**   I found a number of other source code in other files that

14  called that function.

15            And, also, I did an experiment with the phone source

16  code instrumented, and counted the number of times that

17  rangeCheck was called in starting up the phone.  And I found

18  that it's called 2600 times just in powering on the device or

19  starting the emulator.

20            So 2600 seems like a pretty big number for the number

21  of calls to this function.

22  **Q.**   And then on the decompiled code, did you analyze the

23  significance of the decompiled code?

24  **A.**   I looked into what the purpose of that set of source code

25  files is.  They have to do with access control lists, which are

1    a standard mechanism in computer security to govern access to a

2    file or a network or other resource.

3             An access control list lists the individuals, the

4    users that are allowed to read a file or present opposite kinds

5    of information in various ways.

6    **Q.**   Mr. Van Nest asked you about whether they were test files

7    or not.  Do you recall that questioning?

8    **A.**   Yes, I do.

9    **Q.**   And on the Java side, are these test files?

10   **A.**   I don't believe so.  They are characterized as the default

11   implementation for the security functions.

12   **Q.**   And on the Android side, are they test files?

13   **A.**   I don't know.  They are in a directory that has the word

14   "test," but they could be used in other ways besides testing.

15   **Q.**   All right.  I want you to assume that they are test files

16   in Android.  Does that mean they are unimportant?

17   **A.**   I think in the software development process, code is

18   written and then tested.  And by many measures the testing and

19   quality assurance process can be twice as time consuming or

20   twice as expensive as coding originally.

21            So testing is a very important part of the software

22   development.  It's expensive.  And software companies want to

23   do it correctly so that the code that they ship is bug free and

24   usable to their customers.

25   **Q.**   So what advantage would the Google developers have

1   obtained by going through this exercise of decompiling Java

2   object code in order to copy it into Android?

3   **A.**    Well, if this helped them test other code they were

4   developing, and speed up and lessen the cost of testing and

5   quality assurance, then that would have a big value to them.

6   **Q.**    Separating out the code-to-code examples.  Google's

7   counsel was also very precise in distinguishing the

8   code-to-code copying from the API implementations, so I want to

9   set aside the code-to-code copying for a minutes.

10           What is the significance of the decision in Android

11  to copy the 37 API packages into the Android platform?

12  **A.**    Oh, so, that's huge.  These 37 packages are highly useful.

13  They're important to developers and programmers.  And to have

14  the same API as the Oracle Java library has a very high

15  significance to any potential developers.

16  **Q.**    In the way that Google took the 37 packages, did they make

17  Android compatible, quote/unquote, compatible with Java?

18  **A.**    Not really, because they subsetted some of these.  And

19  they also supersetted by adding other packages and changing the

20  set of libraries that an Android developer might use.

21  **Q.**    And so what does that mean, if a Java application is

22  installed on an Android phone?  Will it run or not?

23  **A.**    So a Java application that was written with the Sun/Oracle

24  library in mind, won't run on Android if it relies on things

25  that weren't there.

```
 1            So you don't really have compatibility.  You can't
 2   ship code from one platform to another.
 3   Q.   Google's counsel asked you some questions about the
 4   relationship between the APIs and the language.  And he applied
 5   the test of the back cover of the programming language book.
 6   Do you recall that?
 7   A.   Yes.
 8   Q.   And then you said -- and I wanted to give you a chance to
 9   expand on your answer -- that there are two other ways to
10   analyze what constructs from the application programming
11   interfaces are actually properly thought of when you're talking
12   about the Java programming language.
13   A.   Right.  So --
14   Q.   What did you mean by that?
15   A.   Yeah.  So two methods that I think make sense and lead to
16   a conclusion are, one, treat the language definition as a
17   definition of what's in the language and what isn't.
18            Mark Reinhold, Dr. Mark Reinhold -- who is the chief
19   architect of the platform and is very knowledgeable about
20   that -- carried out a careful study and came up with 60 or 61
21   classes that by that criterion can be considered part of the
22   language.
23            Another way to figure out what's part of the language
24   is to look at the language compiler.  The language compiler
25   takes source code written in Java and compiles it to bytecode
```

1   so it can run.

2           If the compiler knows about some part of some source

3   code and can compile it directly, then I think it makes sense

4   to consider that part of the language.

5           If the compiler doesn't know what some language

6   construct means, and it has to look up prewritten program to

7   understand how to run that program, then I think it's accurate

8   or fair to consider that not part of the language.

9   **Q.**   And so based on those analyses, what is your conclusion

10  about what elements of what classes are required by the Java

11  programming language?  Is it the same as or different from

12  Dr. Reinhold's?

13  **A.**   I like his analysis.  I think it was very thorough.  These

14  two criteria seem very sensible to me.

15          I think the compiler study came up with slightly

16  fewer classes.  So those 60 or 61, whatever his number is,

17  seems like a very good answer.  And the compiler answer seems

18  consistent with that, and also a good answer to the question.

19  **Q.**   Thank you.

20          I need you to do one more thing so that our record is

21  absolutely clear.  I need you to turn to your report, and I

22  need you to tell us the names of the 37 packages that are

23  accused of infringement based on their copying of the Java API

24  specification.

25          **THE COURT:**  Well, may I -- do we have a handwritten

 1   list somewhere of this?

 2          MR. JACOBS:  We do, Your Honor.

 3          THE COURT:  I'm going to let you show the handwritten

 4   list.  And we'll put that in evidence as long as that's all it

 5   is.

 6          Any objection to proceeding in that manner?

 7          MR. VAN NEST:  No, Your Honor.

 8          THE COURT:  Otherwise, we are going to be taxing the

 9   abilities of the jury and the judge and the court reporter to

10   get it exactly down right.

11          So I want the witness to look at it, Counsel, to look

12   at it.  And then if it's in good order, we're going to receive

13   that in evidence, and the witness can testify to what it is.

14          MR. JACOBS:  I gave it to counsel before the break.

15   And so I'll hand a copy to the witness now.

16          THE COURT:  Is that the Android version or the Java

17   version?

18          MR. JACOBS:  Well, it would be the same names, but it

19   is "Accused API Packages and Files in Android."  It is trial

20   Exhibit 1072.  It includes the names of both the API packages

21   and the files.  And if the witness agrees with it, I would move

22   it into evidence.

23          THE WITNESS:  Yes, I'm just comparing it with the

24   list in my report.

25          It seems to be the same list of packages.  The files

1  listed on this page are in -- can be divided into three

2  categories.  The three categories are indicated on the foot

3  chart.  And I think these are the correct file names.

4         **THE COURT:**  Any objection to 1072?

5         **MR. VAN NEST:**  No, Your Honor.

6         **THE COURT:**  Received in evidence.

7         (Trial Exhibit 1072 received in evidence.)

8  **BY MR. JACOBS:**

9  **Q.**   Dr. Mitchell, if all that Google wanted to do was

10  implement the Java programming language, as you described it a

11  few minutes ago, would they have needed to copy the API

12  packages, any of the API packages wholesale, those packages

13  that are listed on 1072?

14         **MR. VAN NEST:**  Objection, Your Honor.  Calls for

15  speculation.  It's argument.

16         **MR. JACOBS:**  It's fairly within the scope of the

17  questions he was asked on --

18         **THE COURT:**  It is within the scope of the type of

19  questions that you asked on cross, so this is a permissible

20  question.

21         So, please, answer.

22         **THE WITNESS:**  The Java language could be implemented

23  using, at most, the 60 classes.  And none -- those 60 classes

24  don't -- wouldn't use -- require all or any of these packages.

25         **MR. JACOBS:**  Thank you very much, Dr. Mitchell.  No

```
 1   further questions.
 2              THE COURT:  Anything more?
 3              MR. VAN NEST:  I have nothing further, Your Honor.
 4              THE COURT:  All right.  Dr. Mitchell, you may -- I
 5   guess he's possibly coming back on a reply report, right --
 6              MR. JACOBS:  Yes, Your Honor.
 7              THE COURT:  -- at some point.
 8         So we'll possibly see you again later on in the
 9   trial.  But thank you for now.  Leave all of our documents
10   here.
11              THE WITNESS:  All yours.  Thank you.
12              THE COURT:  And you may step down.  Thank you.
13              THE WITNESS:  Thank you.
14         (Witness steps down.)
15              THE COURT:  All right.  So we have enough time.
16   We're going to start the next witness.
17              MR. BOIES:  Your Honor, we call as our next witness,
18   Mr. Rubin.
19              THE COURT:  Very well.  Let's bring him in.
20              MR. JACOBS:  While we're doing that, Your Honor,
21   could I ask you to read a -- one of the deemed admitted
22   stipulations to the jury?
23              THE COURT:  I would be happy to.  You're going to
24   have to hand it up to me, though.  Show the counsel which one
25   you want.
```

```
 1            (Pause)
 2            THE COURT:  Okay.  As the witness is coming
 3  forward -- let's have him come up.
 4            Counsel would you clear away the witness stand so
 5  that he'll have a clear deck.
 6            Mr. Rubin, welcome.
 7            THE WITNESS:  Thank you.
 8            THE COURT:  Please just sit right there.  We need to
 9  do something here.
10            Which one of these do you want me to read?
11            MR. JACOBS:  Right in the middle there, Your Honor,
12  "The 37 packages."
13            THE COURT:  All right.  Okay.  You remember I said
14  that there were some items that I would give to you that will
15  be deemed to be evidence in the case.  It's not conclusive.
16  It's not, you know, like written in gold letters or something.
17  It's just evidence that counts as much as any other evidence in
18  the case.
19            So, here we go.  I'll do this very slowly because
20  this is probably the only time you'll hear it.
21            "For the 37 accused API packages, Android and
22            Java 2 SE version 5.0 have substantially the
23            same selection, arrangement, and structure of
24            API elements."
25            That's the one you wanted me to read?
```

```
 1              MR. JACOBS:  Yes, Your Honor.

 2              THE COURT:  All right.  I'll read it again, this time

 3   a little faster.

 4              "For the 37 accused API packages, Android and

 5              Java 2 SE version 5.0 have substantially the

 6              same selection, arrangement, and structure of

 7              API elements."   Period.  End of item.

 8              Thank you.

 9              We will now go to the next witness.  Mr. Rubin,

10   please stand and raise your right hand.

11                            ANDY RUBIN,

12   called as a witness for the Plaintiff herein, having been first

13   duly sworn, was examined and testified as follows:

14              THE WITNESS:  Yes, I do.

15              THE CLERK:  Okay.  Thank you.

16              THE COURT:  Welcome, again.

17              Please, you have to sit about this close to the mic.

18   And the mic, though, will move around to suit your convenience.

19   It will pull back.  Why don't you pull it back a little.  It --

20   no, the other way.  Towards you.

21              THE WITNESS:  Towards me.  I see.

22              THE COURT:  You need to be about this close.  Why

23   don't you say your name.

24              THE WITNESS:  Andy Rubin.

25              THE COURT:  All right.  Go ahead, counsel.
```

1          **MR. BOIES:**  Thank you, Your Honor.

2                        **DIRECT EXAMINATION**

3    BY MR. BOIES:

4    **Q.**   Good afternoon, Mr. Rubin.

5    **A.**   Good afternoon.

6    **Q.**   You are, and have been since 2005, the Google executive in

7    charge of Android, correct?

8    **A.**   That's correct.

9    **Q.**   And before joining Google in 2005, you had been employed

10   by Android, Incorporated?

11   **A.**   That's correct.

12   **Q.**   And before that you had been employed by Danger?

13   **A.**   That's correct.

14   **Q.**   Now --

15   **A.**   Actually, can I go back a little bit?  In between Danger

16   and Android, I was employed by a company called Red Point

17   Ventures.

18   **Q.**   Now, there have been some words that I want to be sure I

19   have the same use of those words as you do, that have been

20   talked about in this trial.

21          One has been "Java core APIs."  Is that a term you're

22   familiar with?

23   **A.**   I would need to -- I have my interpretation of that term,

24   yes.

25   **Q.**   And what is your interpretation of that?

1  **A.**   Uhm, that it is a term that is often used by Sun

2  Microsystems and Oracle to describe part of their product.

3  **Q.**   Which part of the product?

4  **A.**   The part of the product that involves the Java language

5  class files.

6  **Q.**   And how many APIs are those?

7  **A.**   I don't know.

8  **Q.**   Approximately?

9  **A.**   I don't know.

10 **Q.**   Did you look at that at all in the course of the many

11 years you've been working on Android?

12 **A.**   Yeah, I didn't count them though, but I looked at them.

13 **Q.**   I'm not asking for an exact count but just approximately.

14 Could you give us that?

15 **A.**   I -- I'm sorry, I just don't have a -- you know, Sun

16 represents that they have core APIs.  I don't know how many

17 core APIs they have.

18 **Q.**   Did you -- do you, in your own language, use core APIs to

19 mean the same thing as core libraries?

20 **A.**   Uhm, I don't use the term "core APIs" or "core libraries."

21 **Q.**   You don't use the word "core libraries"?

22 **A.**   No.

23 **Q.**   How about "core packages," do you use that term?

24 **A.**   Uhm, I've used core packages before, I believe, yes.

25 **Q.**   And when you use core packages, what are you referring to?

1  **A.**    It depends in what context I used it.  I think it can be

2  used in various contexts, but I'm not sure what you're

3  referring to.

4  **Q.**    Well, when you use the term "core packages" in your

5  business, what do you mean by it?

6  **A.**    Typically, I'm describing a set of -- a set of methods and

7  packages that -- that an application developer would develop

8  for.

9  **Q.**    Now, I'm going to show you some documents that either you

10  participated in preparing or that you received in the course of

11  your work.  And I'm going to try to get these moved into

12  evidence as quick as possible.

13            **MR. BOIES:**  May I approach, Your Honor?

14            **THE COURT:**  You may.

15            **MR. BOIES:**  These are in folders in numerical order.

16  The first one is Trial Exhibit 14.  And I would offer that as a

17  party admission.

18            **THE COURT:**  Any objection?

19            **MR. VAN NEST:**  No objection, Your Honor.

20            **THE COURT:**  Number 14 is in evidence.

21            (Trial Exhibit 14 received in evidence.)

22            **MR. BOIES:**  The next one is Trial Exhibit 15, which I

23  would offer as a party admission.

24            **MR. VAN NEST:**  No objection, Your Honor.

25            **THE COURT:**  Thank you.  Received.

1           (Trial Exhibit 15 received in evidence.)

2           **MR. BOIES:**  I would offer Trial Exhibit 18 as a party

3  admission.

4           **THE COURT:**  Any objection?

5           **MR. VAN NEST:**  I'm not sure what counsel means by

6  "party admission."

7           **THE COURT:**  It's the same problem we had the other

8  day.  I don't want the jury to think that somehow whenever I

9  said it's admitted that you over there in the jury box think,

10 aha, this is a party admission, this ends the case.  It's like

11 a guilty plea.  No.  That's not what counsel means.  Just so --

12 it's an evidentiary phrase.

13          So, Mr. Boies, I think it's better just to say you

14 offer Exhibit 18.  And if there's an objection, then we'll get

15 into an argument over it.  But I don't want the jury to think

16 that when I admit it, it's somehow -- all of these documents,

17 more or less, are from one side's files or the other, so --

18 okay.

19          What's next?

20          **MR. BOIES:**  Offer Exhibit 18.

21          **THE COURT:**  Received.  Next.

22          (Trial Exhibit 18 received in evidence.)

23          **MR. BOIES:**  Offer Exhibit 22.

24          **THE COURT:**  Received.

25          (Trial Exhibit 22 received in evidence.)

1     **MR. BOIES:**  Offer Exhibit 29.

2     **THE COURT:**  Received.

3     (Trial Exhibit 29 received in evidence.)

4     **MR. VAN NEST:**  No objection, Your Honor.

5     **MR. BOIES:**  Offer Exhibit 131.

6     **MR. VAN NEST:**  No objection, Your Honor.

7     **THE COURT:**  Received.

8     (Trial Exhibit 131 received in evidence.)

9     **MR. BOIES:**  Offer Exhibit 140.

10    **MR. VAN NEST:**  No objection, Your Honor.

11    **THE COURT:**  Received.

12    (Trial Exhibit 140 received in evidence.)

13    **MR. BOIES:**  Offer Exhibit 147.

14    **MR. VAN NEST:**  No objection, Your Honor.

15    **THE COURT:**  All right.  All received.

16    (Trial Exhibit 147 received in evidence.)

17    **MR. BOIES:**  Offer Exhibit 151.

18    **MR. VAN NEST:**  No objection.

19    **THE COURT:**  Received.

20    (Trial Exhibit 151 received in evidence.)

21    **THE COURT:**  Thank you.  And?

22    **MR. BOIES:**  Offer Exhibit 154.

23    **MR. VAN NEST:**  No objection, Your Honor.

24    **THE COURT:**  Received.

25    (Trial Exhibit 154 received in evidence.)

1          **MR. BOIES:**  Offer Exhibit 158.

2          **MR. VAN NEST:**  No objection, Your Honor.

3          **THE COURT:**  Received.

4          (Trial Exhibit 158 received in evidence.)

5          **MR. BOIES:**  Offer Exhibit 161.

6          **MR. VAN NEST:**  No objection, Your Honor.

7          **THE COURT:**  Received.

8          (Trial Exhibit 161 received in evidence.)

9          **MR. BOIES:**  Offer Exhibit 165.

10         **MR. VAN NEST:**  No objection, Your Honor.

11         **THE COURT:**  Received.

12         (Trial Exhibit 165 received in evidence.)

13         **MR. BOIES:**  Offer Exhibit 180.

14         **THE COURT:**  Received.  Any objection?

15         **MR. VAN NEST:**  No objection.

16         **THE COURT:**  Thank you.  Received.

17         (Trial Exhibit 180 received in evidence.)

18         **MR. BOIES:**  Offer Exhibit 183.

19         **MR. VAN NEST:**  No objection.

20         **THE COURT:**  And?

21         **MR. BOIES:**  Offer Exhibit 203.

22         **MR. VAN NEST:**  Which is the number?  Excuse me.

23         **MR. BOIES:**  203.

24         **MR. VAN NEST:**  No objection.

25         **THE COURT:**  Received.

```
 1              (Trial Exhibits 183 and 203 received in evidence.)

 2         THE COURT:  How many more of these do you have?

 3         MR. BOIES:  Probably another 30, Your Honor.

 4         THE COURT:  We'll do that later.  I think while the

 5   jury is here, we'll done do this offline.  I want you to start

 6   your examination so we'll take advantage -- unless you need

 7   some of these for the examination, we only have 15 minutes to

 8   go.

 9         So if you -- if you get to one of these that's not

10   yet in, we'll allow you to move that one in.  Otherwise, we'll

11   take these items out of the presence of the jury.

12         Go ahead.

13         MR. BOIES:  Thank you, Your Honor.

14         Let me ask that the witness look at Trial Exhibit 3

15   that's already in evidence.

16         May I approach?

17         THE COURT:  Yes.

18   BY MR. BOIES:

19   Q.  And you're familiar with this document, are you not, sir?

20   A.  Uhm, I have a faint recollection, yes.

21   Q.  This is a document, the first page of which is an e-mail

22   from you to Mr. Lindholm, correct?

23   A.  Yes, that's correct.

24   Q.  And you wrote this July 29th, 2005, correct?

25   A.  Yes.
```

1  Q.   And on the third page of the exhibit, under the heading of

2  requirements, do you see where you write "Google needs a TCK

3  license"?

4  A.   Yes, I see that.

5  Q.   Now, Google did not need a license for the Java

6  programming language, correct?

7  A.   That's what I believe correct.

8  Q.   Uhm, so when you're talking about needing a TCK license,

9  you're not talking about a license for the Java programming

10  language, correct, sir?

11  A.   That's correct.

12  Q.   Now, let me ask you to look next at Trial Exhibit 7.  And

13  you're familiar with this document, are you not, sir?

14  A.   Yes, I am.

15  Q.   And part of this document is an e-mail that you wrote to

16  Mr. Larry Page on October 11, 2005, correct, sir?

17  A.   Yes.

18  Q.   And in the second sentence you say -- second paragraph:

19          "My proposal is that we take a license that

20          specifically grants the right for us to open

21          source our product."

22          And that's a license from Sun, correct, sir?

23  A.   That's correct.

24  Q.   And you say:

25          "We'll pay Sun for the license and the TCK."

```
 1              Do you see that?
 2   A.    Yes, I do.
 3   Q.    And, again, the license that you're talking about there is
 4   not a license for the Java programming language, correct?
 5   A.    That's correct.
 6   Q.    You then go on to say:
 7              "Before we release our product to the open
 8              source community, we'll make sure our JVM
 9              passes all TCK certification tests so that we
10              don't create fragmentation."
11              Do you see that?
12   A.    Yes, I do.
13   Q.    And JVM there stands for Java virtual machine?
14   A.    That's correct.
15   Q.    And then you go on to say:
16              "Before a product gets brought to market, a
17              manufacturer will have to be a Sun licensee,
18              pay appropriate royalties and pass the TCK
19              again."
20              Do you see that?
21   A.    Yes, I see that.
22   Q.    And when you talk about a manufacturer will have to be a
23   Sun licensee, you're talking about the manufacturer taking a
24   license from Sun, correct?
25   A.    Well, I'm -- I assume that a lot of the manufacturers
```

 1  already had licenses with Sun.

 2  **Q.**   That is they would either already have to have a license

 3  or, if they didn't have a license, they'd have to take one --

 4  **A.**   Yes.

 5  **Q.**   -- correct?

 6  **A.**   Uh-huh.

 7  **Q.**   Now, let me ask you to look next at Exhibit 12.  And this

 8  also is a document that you're familiar with, correct, sir?

 9  **A.**   Yes, I'm familiar with it.

10  **Q.**   And this is a couple of e-mails.  One of them is a e-mail

11  that you wrote, correct, sir?

12  **A.**   In the middle there, yes, I see it.

13  **Q.**   And you say:

14          "My reasoning is that either a) we'll partner

15          with Sun as contemplated in our recent

16          discussions or b) we'll take a license."

17          Do you see that?

18  **A.**   Yes, I see that.

19  **Q.**   And you were, at this point in time, which is December of

20  2005, the end of December, you were having discussions about

21  possibly partnering with Sun, correct?

22  **A.**   We were in discussions with Sun for quite some time.

23  Partnership was one of my main objectives, yes.

24  **Q.**   In fact, what you say, "We'll partner with Sun as

25  contemplated in our recent discussions," correct, sir?

1   A.    Yes, I was in recent discussions with Sun at the time I

2   wrote this e-mail.

3   Q.    And if those discussions didn't work out, then you were

4   going to take a license from Sun, correct?

5   A.    For some technology from Sun, yes.

6   Q.    What you say here is, "We'll take a license," correct?

7   A.    Those were the options.  Those were a couple of the

8   options at the time.

9   Q.    You didn't say those were a couple of the options.  You

10  said, my reasoning is that either, a, we'll do the partnership;

11  or, b, we'll take a license.

12          That's what you said, right, sir?

13  A.    That was my reasoning, yes.

14  Q.    And you then go on to say:

15          "I think a clean-room implementation is

16          unlikely because of the team's prior

17          knowledge."

18          Do you see that?

19  A.    Yes, I do.

20  Q.    And what you're talking about there, the team you're

21  talking about is the Google team that's developing Android,

22  correct?

23  A.    I wasn't specific about which team I was talking about

24  there.

25  Q.    Well, sir, what team were you talking about?

 1  **A.**   It would have been any team developing the clean-room

 2  implementation at the time.

 3  **Q.**   Clean-room implementation of what?

 4  **A.**   Clean-room implementation of a Java virtual machine.

 5  **Q.**   For Android, correct?

 6  **A.**   Yes.

 7  **Q.**   Okay.  And what you're saying is that the Google team

 8  responsible -- or teams responsible for developing the Java

 9  virtual machine for Android had too much prior knowledge to

10  operate in a clean room environment, right, sir?

11  **A.**   I think that's reading a lot into that small sentence.  I

12  wouldn't go that far, actually.

13  **Q.**   Well, let's read that small sentence.

14          "I think a clean-room implementation is unlikely."

15          And you're talking there about a clean-room

16  implementation of the Java virtual machine that you're

17  developing for Android, correct, sir?

18  **A.**   That we were contemplating developing at this time.

19  **Q.**   And that you did develop, right?

20  **A.**   Yeah, but at this time it hadn't -- I'm unsure whether it

21  had begun or not.

22  **Q.**   Excuse me, sir?

23  **A.**   At this time I'm unsure whether it had begun or not.

24  **Q.**   But you certainly were planning to begin it if you hadn't

25  begun it; that's fair?

1  A.    We hadn't actually made a decision to implement a

2  clean-room VM at this point.

3  Q.    Right at the very beginning, back in July when you made

4  the first GPS presentation, you were talking about a clean-room

5  implementation, weren't you, sir?

6  A.    We were talking about strategies in general of how to

7  accomplish our goals.

8  Q.    I'm sure that's true.  But in particular, you were talking

9  about having a clean-room implementation, correct?

10 A.    We were, if I recall correctly -- and I'm vague on that

11 actual presentation, but --

12 Q.    All right.  Let me give it to you, sir.

13 A.    Thank you.

14 Q.    This is Trial Exhibit 1.  It's in evidence.

15        (Document displayed.)

16        This is the Android GPS presentation, July 26, 2005;

17 correct, sir?

18 A.    Yes.

19 Q.    And you made this presentation; did you not, sir?

20 A.    I did.

21 Q.    And you made it to the very top executives of Google; did

22 you not, sir?

23 A.    I presented it, yes, to our executive staff.

24 Q.    And let me ask you to turn to page 9 of the exhibit, where

25 it has a big heading of "JAVA."

1    **A.**    Okay.

2    **Q.**    And do you see where it says:

3            "Current scenario, developing a clean-room

4            implementation of a Java virtual machine"?

5    **A.**    Yes.

6    **Q.**    And now go back to Exhibit 12.

7            (Document displayed.)

8            When you talk about, in Exhibit 12, in December,

9    December 20, 2005, and you say, "I think a clean-room

10   implementation is unlikely," you're talking about a clean-room

11   implementation of a Java virtual machine for Android, correct,

12   sir?

13   **A.**    Yes.

14   **Q.**    Okay.  And then you go on and give the reason why you

15   think a clean-room implementation of a Java virtual machine for

16   Android is unlikely.  Do you not, sir?

17   **A.**    I give a reason, yes.

18   **Q.**    And the reason is because of the "teams prior knowledge,

19   and" -- second reason -- "it would be uncharacteristically

20   aggressive of us to position ourselves against the industry,"

21   correct, sir?

22   **A.**    Yes.

23   **Q.**    Now, let me ask you to look next at Exhibits 17 and 18.

24            First Exhibit 17.

25   **A.**    Thank you.

1  Q.   First, with respect to Exhibit 17 -- this is Trial Exhibit

2  17, and it is dated February 10, 2006, correct, sir?

3  A.   Yes.

4  Q.   And there's a e-mail here from Mr. Lindholm to

5  Mr. Coughran and to you, correct?

6  A.   Yes.

7  Q.   And what Mr. Lindholm's says at the very beginning is:

8              "I have been helping Andy Rubin with some

9              issues associated with his Android platform.

10             This has mostly taken the form of helping

11             negotiate with my old team at Sun for a

12             critical license."

13             Do you see that?

14  A.   Yes, I do.

15  Q.   And, again, we're in agreement that that was not a license

16  for the Java programming language because you didn't need a

17  license for the Java programming language, correct, sir?

18  A.   That's correct.

19  Q.   Now let me ask you to look at 18.

20             (Document displayed.)

21             **MR. BOIES:**  I'm not sure whether I got as far as 18

22  when I was offering exhibits.

23             **THE COURT:**  18 is in evidence.

24             **MR. BOIES:**  Thank you, Your Honor.

25

1   BY MR. BOIES:

2   Q.   And there is, in the middle of the page, a e-mail that you

3   wrote on March 24th, 2006, correct, sir?

4   A.   Uhm, I see that, yes.

5   Q.   And that was in response to an e-mail that you had

6   received earlier that day from Greg Stein, correct?

7   A.   Uhm, it's hard to say whether it was earlier, but it was

8   on the same date.

9   Q.   Well, you're writing in response to it, right?

10  A.   Yeah.  I'm just don't want to confuse the ordering of

11  this, because it doesn't have a time on my message.

12  Q.   But if you're writing in response, it would have had to be

13  something that you got earlier, right?

14  A.   Right.  I don't understand your question.

15  Q.   Well, your e-mail is responding to an e-mail, correct?

16  A.   Yes.

17  Q.   And the e-mail that you're responding to you had to

18  receive before you wrote your response?

19  A.   That's how it works, yes.

20  Q.   Okay.  Good.  And in your e-mail responding to the e-mail

21  that you got earlier, you say:

22            "I don't see how you can open Java without

23            Sun since they own the brand and the IP."

24            Do you see that?

25  A.   Yes, I do.

1  Q.   Now, IP refers to intellectual property, correct?

2  A.   That's correct.

3  Q.   Patents, copyrights and the like, correct?

4  A.   That's correct.

5  Q.   And when you say, "I don't see how you can open Java

6  without Sun," you're talking you don't see how you can open

7  Java without Sun's agreement, correct?

8  A.   Specifically, what I meant here is --

9  Q.   No, I'm asking is that what you meant?  That's exactly

10  what I'm asking.  That's a yes or no question.

11  A.   Can you ask it again, please?

12  Q.   Sure.  When you say, "I don't see how you can open Java

13  without Sun," what you're saying is that you don't see how you

14  can open Java without Sun's agreement or permission.  Fair,

15  sir?

16  A.   Can you -- sorry, can you ask it one more time?

17  Q.   Sure.  When you say, "I don't see how you can open Java

18  without Sun," what you're talking about is you don't see how

19  you can open Java without Sun's agreement or permission.

20  Correct?

21  A.   Uhm, yes, that's correct.

22  Q.   Okay.  Then later on that day -- well, first of all,

23  Mr. Stein then sends you another e-mail, correct?

24  A.   Apparently, yes.

25  Q.   And then you respond the same day to Mr. Stein's second

1  e-mail, correct?

2  **A.**    Yes, I do.

3  **Q.**    And you begin, "Ha, wish them luck."

4           Do you see that?

5  **A.**    I do.

6  **Q.**    And then you go on to say, "Java.lang APIs are

7  copyrighted."

8           Do you see that?

9  **A.**    I see that.

10 **Q.**    And you meant copyrighted by Sun, correct?

11 **A.**    Uhm, I didn't say exactly that in this e-mail.

12 **Q.**    You meant Sun, did you not, sir?

13 **A.**    Give me a second to think back and I'll think back and

14 figure out what I meant when I typed it.

15 **Q.**    Okay.  Take your time.

16 **A.**    In the context of this, I think that meant that the APIs

17 were copyrighted.

18 **Q.**    Copyrighted by Sun?

19 **A.**    Yes.

20 **Q.**    Okay.  And, in fact, you then go on to emphasize in the

21 very next sentence:

22           "And Sun gets to say who they license the TCK

23           to."

24           Correct?

25 **A.**    I see that, yes.

1  **Q.**   And then you go on to say that this forces you to take the

2  shared part, which taints any clean-room implementation.

3       Do you see that, sir?

4  **A.**   Yes, I see that.

5       **THE COURT:**  Is this a good breaking point?

6       **MR. BOIES:**  Yes, it is, Your Honor.

7       **THE COURT:**  All right.  We have reached the magic

8  hour, 1:00 o'clock.  So remember all of the admonitions.  We'll

9  see you back here at the normal time.  I thank you for everyone

10 being on time so many days in a row.  It's wonderful.  We'll

11 see you here tomorrow at 7:45.  Thank you.

12      **THE CLERK:**  All rise.

13      (Jury out at 1:00 p.m.)

14      **THE COURT:**  All right.  Everyone, be seated.

15      Mr. Rubin, you're free to go for now.  Please be back

16 at 7:30 in the morning.  We'll finish your -- I think we'll

17 finish tomorrow.  And you're on, effectively,

18 cross-examination.  You still work for Google, right?

19      **THE WITNESS:**  I do, that's correct.

20      **THE COURT:**  All right.  So you cannot talk to the

21 lawyers about your testimony.  You can talk to them about

22 things like how to get to court and so forth, but no talking

23 about the subject matter of your testimony.

24      **THE WITNESS:**  I understand.

25      **THE COURT:**  All right.  Thank you, sir.  You're free

 1   to go.

 2            And, now, if you want to take up these other

 3   exhibits, this would be a good time to do it.  How do you want

 4   to use the time?

 5            **MR. BOIES:**  Absolutely, Your Honor.  Can I ask the

 6   Court how far I got before we stopped?

 7            **THE COURT:**  We got up to 207.  We hadn't ruled on

 8   that yet.

 9            **MR. VAN NEST:**  Your Honor?

10            **THE COURT:**  Yes.

11            **MR. VAN NEST:**  This is sort of a problem we've been

12   discussing over the weekend.  But they've been asking -- we've

13   now stipulated -- we Google -- to more than 120 exhibits.  And

14   it's one thing if we've got source code or compilations and,

15   you know, we've done that.  We've cleared off their need to

16   call several witnesses doing this.

17            Starting over the weekend, we got lists of 90 e-mails

18   that are what I'll call testimonial-type things, where, you

19   know, this is an e-mail or it's a presentation.  They're

20   clearly Google documents, that's true.

21            But shoveling all of this stuff into the record

22   without a witness and then putting together a slide show for

23   the closing is not what I think Your Honor had in mind.

24            I understood from the other day that you were guiding

25   me and telling me, hey, if they've got some that are clearly,

 1  you know, not objectionable and they're from your client and we

 2  don't want to have people unreasonably fighting about stuff,

 3  yes, I got that.

 4         And we have, as I say, now stipulated to more than

 5  125 such exhibits, which is far more than, you know, a jury can

 6  comprehend in a reasonable closing of whatever length you were

 7  to give us.  I think you've given us 90 minutes each.

 8         Now all we're doing with these is shoveling a whole

 9  bunch more.  What I've said to Oracle is, you're going to use

10  it with a witness?  Fine.  They wouldn't even tell me which

11  ones they wanted to use with the witness, so that's okay.

12         But -- if you're going to use it with a witness,

13  great, but I don't want to have to stipulate to 50 or 60

14  documents that are just randomly floating out there in the case

15  if they're never going to be used.

16         So I think it's improper to go through these long

17  lists and throw a whole bunch of e-mails into the record so

18  people can cherrypick them at the end.

19         **MR. BOIES:**  Your Honor, these are not randomly

20  selected e-mails.  All of the things that we're dealing with

21  right now are documents that were either, in part or in whole,

22  prepared by or sent to Mr. Rubin, the top executive of Android

23  at Google, in connection with the work that they were doing.

24         I think -- we asked them to -- there are 30 -- 30.  I

25  don't think there are 90.  There are 30 or 40.  But these are

1  all documents that relate to this subject matter.  They are

2  from or to the single most important executive for this

3  project.  And I think that that is not at all an unreasonable

4  number to have in the record.

5          Now, I am prepared, if I have to, to go through the

6  evidentiary foundation with a witness.  I think that is a waste

7  of time.  These are all documents produced from Google's files

8  bearing Google's document production stamp on their face or to

9  the certain knowledge of counsel or to or from this witness.  I

10 don't think there ought to be any objection.

11         I'd hoped to work this out over the weekend.  We were

12 not able to do so.

13         **MR. VAN NEST:**  My point isn't that the witness isn't

14 going to authenticate or provide foundation.  That's not it.

15 That's not it.

16         I got a list of 97, and then it went to 70 and then

17 it went to 40.  My point is if it's going to be discussed with

18 a witness and you know you're going to discuss it, fine.  I've

19 got no problem.

20         And I'm not insisting that every single document in

21 the case be thoroughly examined for foundation.  And we haven't

22 done that.  There have been a few where there's been a dispute,

23 and that's the case in any trial.  All I'm objecting to is this

24 sort of wholesale shoveling of exhibits into the record in a

25 wholesale fashion.

1            We all know what the key exhibits are.  If Mr. Boies

2   tells me this is one I'm going to examine on, fine.  But I just

3   don't think that's the way to run things and I don't appreciate

4   being asked to stipulate to 50 at a time so they can be

5   shoveled into the record.

6            **MR. BOIES:**  Your Honor, we're not shoveling into the

7   record.  This is not something I'm putting 200 documents into

8   the record.  Even that wouldn't be unusual in a case of this

9   importance.

10           **THE COURT:**  Well, are you going to use each one of

11  these with the witness?

12           **MR. BOIES:**  I don't think I will have time to use

13  each one of these with this witness, Your Honor.  These are

14  documents which I might very well want to use.  I think all of

15  these documents I'm going to want to use, assuming I have the

16  time, with one witness or the other.

17           These happen to be documents that are to or from this

18  particular witness.  And I don't want to get caught in a

19  situation in which, when I want to use it with the witness, I

20  get an objection, which I got earlier when I tried to use a

21  document with another witness, that there was no foundation

22  because it wasn't to or from that particular witness.

23           This is -- this is my opportunity, with Mr. Rubin on

24  the stand, to get these documents in.  I think I'm entitled to

25  get them in.

 1          **THE COURT:**  Well, all right.  Have you both said what

 2   you want to say?

 3          **MR. VAN NEST:**  I just want to go back to my basic

 4   point.  This is not the way I'm accustomed to conducting

 5   trials.  If he's got a handful -- and I've said this a dozen

 6   times.

 7          **THE COURT:**  Wait, finish that thought.  He has a

 8   handful of what?

 9          **MR. VAN NEST:**  I told Mr. Jacobs on Saturday, if

10   there's a handful of exhibits that you want to use with the

11   witness and you want a stipulation to move things along, I'm

12   certainly going to consider it, and that's fine.

13          We've been -- we've got 125 of them we've already

14   stipulated to.  But shoveling 30 or 40 in at a time when we

15   know darn full well they're not going to be able to use them

16   all with Mr. Rubin is not right.

17          Every one he's been asked about so far he said, yeah,

18   I recognize this, I know what it is.  And I expect you're going

19   to find that throughout his examination.  And if there's a

20   couple of exceptions to that, you know, so be it.  But I just

21   don't think it's --

22          **THE COURT:**  Okay.  You're repeating yourself.

23          **MR. VAN NEST:**  You're right.

24          **THE COURT:**  Here's the answer.  There are several

25   parts to this answer.

```
 1          First, there's the evidentiary rule; and that is, if

 2   you don't want to stipulate, fine.  You don't have to

 3   stipulate.  They can lay the foundation in the normal way.

 4   That's point one.

 5          Point two, normally the lawyers work this out.  And

 6   most of these would come in by agreement.

 7          Point three, why is this coming up?  I know the real

 8   reason.  It's a time issue.  Mr. Boies wants to get all of

 9   these in without using up his time.  You're up to 686 minutes.

10   They're running short on time.  They may run out of gas before

11   the airplane lands at the airport.

12          (Laughter)

13   THE COURT:  So that's what's really going on here.

14   And you want to put them in that position.  You want them to

15   run out of gas before the airplane gets to the airport.  So,

16   you know, it's part of the problem of having time -- in other

17   words, but you have this legitimate point.

18          I'm going to -- I'm now -- Mr. Van Nest has a

19   legitimate point.  And that is that by letting these come in

20   without some witness explaining them, then some -- in the

21   middle of summation, suddenly you see something on the screen

22   that was an admission that you didn't realize and it's being

23   used in a way that could have been explained if the witness had

24   ever been given that opportunity.  And because it was, as you

25   say, shoveled into the record without explanation, suddenly
```

 1  you're in a bad way.

 2          I've been in that position.  I understand that

 3  problem.  So here is what -- you have two alternatives.  And I

 4  commend the first one to both of you.  And that is, when

 5  there's a long list like this, I think you would be within your

 6  rights to say -- I'm picking a number that I think from

 7  experience is about right.

 8          You pick 25 percent of them and say, these I'm not

 9  going to stipulate to, you've got to have a witness identify

10  them.  And then the other 75 percent you let them come in by

11  agreement.

12          Now, that would be about right.  I think --

13  25 percent, one out of four, are the only problematic ones.

14  There's not much the witness could do to explain those away or

15  not.  But maybe you would say these -- these you've given us --

16  you asked us for 40, these 30 we're okay with, these 10 you're

17  going to have to show to a witness.

18          Now, that's the practical way to handle this, but I

19  can't force you to do that because that's not within the rules

20  of evidence.  That's just from practical experience.  So if you

21  don't want to agree to that, then you are entitled to make

22  Mr. Boies do it the hard way and use up his time.

23          And if you do this, it ought to work both ways.

24  Whenever you give a long list to the other side, they ought to

25  reciprocate, if it's an internal company records.

```
 1          MR. BOIES:  With that guidance, I think we can --
 2   with that guidance, Your Honor, I suspect we'll be able to work
 3   it out.
 4          THE COURT:  I think you ought to talk about it and I
 5   think most likely you'll agree.
 6          MR. BOIES:  Right.
 7          THE COURT:  Point made.
 8          MR. VAN NEST:  I just want to say one thing, Your
 9   Honor.  My point that you identified of mine as a legitimate
10   point, that's the only point.  It's not a time point for me.
11   I've already stipulated to 125 of these and many more.  So it's
12   not a time point for me.  It's not.
13          THE COURT:  I know.
14          MR. VAN NEST:  It's exactly the point you're making.
15   I don't want to be in a situation --
16          THE COURT:  All right.  Well, okay.  From their point
17   of view it's a time point because they're up to 686 minutes.
18          MR. VAN NEST:  But that's not my problem.  That's
19   their problem.
20          MR. BOIES:  And these are basically one and two-page
21   documents.  It's not like there's something that's hidden there
22   that they're not going to know about that's going to spring
23   out.
24          THE COURT:  Usually that's right.  I agree.  Out of
25   10 documents, there's probably one there that's subject to some
```

 1   kind of -- well, I'm saying 25 percent should hold everything.

 2          If you want to hold back your consent on 25 percent,

 3   that would be entirely reasonable.  So if they give you 40, you

 4   hold back on ten.  If they give you a hundred, you hold back on

 5   25.

 6          **MR. VAN NEST:**  The reason I used handful, Your Honor,

 7   is it's a little bit easier to see what a handful is.  If you

 8   say 25 percent and I get a list of 200 exhibits tonight, I

 9   can't wait, that's probably going to be it --

10          **THE COURT:**  Well, that would be unreasonable.  In

11   fact, 40 is a lot.  I would not have asked the other side to

12   stipulate to 40.  I'm thinking 12, maybe two dozen.  For

13   documents in that range, numbers in that range is manageable.

14          But 40, I think you're giving a big homework

15   assignment to the other side.  When they're trying to do their

16   cross-examination, I think that's a lot.  I wouldn't have asked

17   for 40.

18          **MR. BOIES:**  But I'm greedy, Your Honor.

19          **THE COURT:**  I can't say never.  I can just say it

20   seems like a lot.

21          **MR. BOIES:**  It does, but this is a very important

22   witness, Your Honor.

23          **THE COURT:**  Of course.  You could have asked before

24   last night.

25          **MR. BOIES:**  Well, actually, all these documents were

 1  in what we gave them on Saturday.  And we'll go over them again

 2  and see what we've got.

 3          **THE COURT:**  All right.  You all work on that.

 4          I've got some questions for you though.  Can I change

 5  the subject?

 6          **MR. VAN NEST:**  Sure.

 7          **THE COURT:**  Let me just give you the numbers.  686

 8  and 437 are how I calculate the time so far.  And I think under

 9  the hour each side gets 1,020.

10          Is there -- on the willfulness issue, is there going

11  to be a defense of advice of counsel?

12          **MR. VAN NEST:**  No, Your Honor.

13          **THE COURT:**  Well, I have this question then.  I'm

14  working up a verdict form.  And do you want -- I told you

15  earlier we would save willfulness until the end.  That's

16  usually just because of the defense advice of counsel.

17          So if both sides were to agree to advance the issues

18  of willfulness to this phase, we could have the jury -- you

19  don't have to answer that now.  I want you to think about it,

20  because it's on my mind.

21          And, you know, we can stick with the way we had it, I

22  guess, but if there's not going to be advice of counsel, then

23  the jury is hearing all these documents about we need a license

24  and so forth, it does go to willfulness.

25          So if the jury finds that you did something wrong,

 1  you know, this might be a logical time to figure out if it was

 2  willful or not.  So I'll let you consider that point.

 3           I have a different question, and that is this -- this

 4  is to Oracle.  Here's something I have a hard time following,

 5  and that is your argument about -- what's the phrase? --

 6  derived work?

 7              **MR. BOIES:**  Derivative work.

 8              **THE COURT:**  Derivative work.  Derivative work.

 9           Your argument is that if somebody starts with the

10  plain English descriptions in a clean room and then they do --

11  you know, they put on their own scientific thinking caps and

12  come up with their own program code, that no matter what they

13  come up with is going to be an infringement, a derivative work.

14           Doesn't that argument violate the principle that no

15  one has a monopoly or ownership of the idea expressed?  They

16  have the -- they can -- they have the right to the expression

17  of their particularized expression of the idea, but if you

18  were -- say how do you do the rangeCheck or how do you do

19  the -- find the maximum of two numbers, and that that is the

20  idea and then you let a bunch of students go wild on it and

21  each one of them come up with a somewhat different solution to

22  that problem, isn't that the classic example of the -- you

23  don't have the right to their expression of that idea?

24           Now, possibly I'm misunderstanding your derived work

25  argument, but isn't that right?  I mean, that just seems to me

1    to be invalid under the basic tenets of copyright law.

2            I'm just talking now about the derived work part.

3    That is all.  Using the plain language specification and then

4    saying anything in the world, no matter what they came up with,

5    has to be a derived work based on having started from the plain

6    English explanation of what that module is going to do.

7            Mr. Boies.

8        **MR. BOIES:**  Your Honor, I'm not sure this is going to

9    be terribly helpful, but I think it depends on whether you view

10   what you refer to as the plain English version as being simply

11   an idea or actually being creative expression.

12           If it is a creative expression and they are copying

13   that and interpreting that and deriving what they have created

14   from that, then it is a derivative work.  If it is merely an

15   idea, then I think the Court is probably right.  And I think

16   that the issue here is which side of that line does this fall

17   on?

18           And the Court will note that everybody -- before this

19   litigation, everybody on both sides thought that a clean room

20   operation didn't save you from getting a license.

21       **MR. BOIES:**  You needed to both have a clean room and

22   a license.  All the clean room did was it permitted you to

23   develop your own code.  You didn't have to license the code

24   from Sun or Oracle, but a clean room did not excuse you from

25   getting the specification license.

1         **THE COURT:**  That's not -- I mean, that's what that

2    particular memo said.  Yes, I grant you that, but I'm not sure

3    that's required under the law.

4         That's, you know, a good argument to the jury and

5    you'll be most effective in making it, but nonetheless I don't

6    think that's the law that -- I don't think Mr. Rubin and Google

7    ought to be held to, as a matter of law, to something somebody

8    writes in an email if it's incorrect under the law.

9         Why do these companies have clean rooms to begin

10   with?

11        **MR. BOIES:**  Well, remember, it wasn't just an email.

12   I mean, that's what they said in every one of their

13   presentations that addressed the issue.  They said it in a

14   variety of emails.

15        That's why Danger took the license.  They weren't

16   using the code.  They were going to have a clean room

17   implementation --

18        **THE COURT:**  But were they using -- I'm sorry.  Say

19   that part again.  Danger was what?

20        **MR. BOIES:**  Danger took a license even though they

21   were not going to use the code.  And the reason they took the

22   license was because even if you've got a clean room in which

23   you create your own code, the specification of what you're

24   developing that comes from Sun, and now Oracle, is something

25   that causes you to need a license.  That's the derivative work

1  argument -- or that is a derivative work argument.

2       **THE COURT:**  You see, but didn't it cover the

3  trademark, too?  Didn't the Danger thing cover the trademark?

4       **MR. BOIES:**  I suspect it did, your Honor, but it

5  clearly -- it clearly covered a specifications license.

6       In other words, it clearly thought they needed a

7  specifications license and when they filed their SEC statement,

8  that's the way they described it.

9       **THE COURT:**  All right.  Well, I still question the

10 premise.

11      Now, it may be that they agreed on a -- as a

12 concession to the shortness of life, that they agreed to a

13 license that required a specification, just in the same way as

14 I'm sure both companies here have agreed to license some patent

15 from a troll who had a completely invalid patent, but it wasn't

16 worth fighting over it.

17      I mean, the fact that somebody makes an agreement

18 doesn't necessarily mean that the law required it.

19      **MR. BOIES:**  I think that's fair entirely, your Honor.

20      **THE COURT:**  So I want to come back to my basic

21 question, which is:  If you have a document in plain English

22 that says this particular class or method -- let's say method.

23 This particular method will return the larger of two numbers,

24 and then you gave that -- I am sure if you went and looked in

25 textbooks, you would find examples of that very exercise,

 1  teaching young people in college how to perform that writing

 2  various kinds of code.

 3          And to say that you own every single one of those

 4  implementations just because you came up with the idea to

 5  compare two numbers, I think that's the classic case of

 6  overreaching, of trying to get a copyright on every single

 7  expression of an idea.

 8          **MR. BOIES:**  Your Honor, that is not what we're --

 9  we're not trying to do that.  And I'm probably not explaining

10  as well as I should --

11          **THE COURT:**  I know you have a lot of -- I'm ignoring

12  the Structure, Sequence and Organization point.

13          My job is to come up with a list of questions to give

14  to the jury that is actually just as clear as possible and gets

15  to the issues that are actually in play in the case.  I don't

16  want them to have to take time over something if it's invalid

17  as a matter of law.

18          I'm going to point to one on the other side in a

19  minute that I want you to consider.

20          I'm just asking you to consider, is that one even

21  worth taking to the jury.

22          **MR. JACOBS:**  Your Honor, I think the question needs

23  to be reframed in light of what we're alleging.

24          **THE COURT:**  Yes.

25          **MR. JACOBS:**  It is not the taking of any idea for any

1  particular method that is -- which is the hypothetical that the

2  Court just posed.

3          Surely if you say to a coder, "I want you to return

4  the max value," and he goes and writes code to return the max

5  value on his own, that's not copyright infringement.

6          What we're -- that's why this -- similarly, if you

7  said to a movie maker, make a movie about an adventure seeking

8  the Holy Grail, and independently the movie maker went off and

9  made a movie about seeking the Holy Grail, that would not

10 infringe the copyrights in *Monty Python and the Holy Grail*

11 Umberto Eco's *Holy Grail Seeking* book.

12         **THE COURT:** Or *Indiana Jones*.

13         **MR. JACOBS:** Exactly.  And so you can't look at it at

14 that level of idea.  You have to look at it at this level.

15         (Demonstrative displayed.)

16         **MR. JACOBS:** And you have to ask yourself, if you

17 turn this chart and all of the stuff that's not on the chart,

18 the methods, et cetera, that aren't even shown here and you

19 turn that over to your coders, well, what's the analogy there?

20         The analogy there is turning over an incredibly

21 detailed --

22         **THE COURT:** But that's your Structure, Sequence and

23 Organization argument.

24         **MR. JACOBS:** But it is still -- I think we -- it is

25 nonetheless the case that if you turn a script like this over

1  to a movie maker and he makes a movie, that movie is a

2  derivative work of this movie script.

3        The derivative work theory really doesn't arise at

4  the level of what is copyrightable or not.  The derivative work

5  theory is in the case merely because they have taken, by their

6  account, something that is in the form of web pages and

7  documentation and converted it into another form of program

8  code.

9        **THE COURT:**  Let me try my question a different way.

10       Mr. Baber, I see you're standing up back there, but

11  not yet.

12       Let's say we do ask the jury two questions that did

13  not surface yet.  Let's say we ask the jury the question:  With

14  respect to these 37 packages, did Google copy the Structure,

15  Sequence and Organization?  Question one.  And that's at the

16  implementing code level.

17       And then same question, but for the documentation.

18  Did they copy the same Structure, Sequence and Organization at

19  the plain English level, documentation level?

20       So let's assume we're going to ask those questions to

21  the jury, and you'll either get a "yes" or "no" answer on that.

22       So then my next question -- then what good is it,

23  what do we add to that if you've already gotten a "yes" on

24  those or if you've already gotten two "nos" on those.

25       What does it add to then say:  By the way, is the

 1  implementation a derivative work of the plain English statement

 2  of what the method will do?  To my mind there is no incremental

 3  legal significance at all of that third question.  Because if

 4  you win on the first two, you're okay.  If you lose on the

 5  first two, what possible -- the structure sequence has been

 6  rejected by the jury.  I don't see how they can return a

 7  meaningful verdict on derivative work.

 8           **MR. JACOBS:**  I think that's right, your Honor.  If

 9  the -- if the protectable material in the Application Program

10  Interfaces is copied in any way, whether it's copied into the

11  specification or into the code -- and I think that's really

12  what you're asking them to decide with the first and second

13  questions -- then you've effectively answered the derivative

14  work question.

15           **THE COURT:**  Well, no, no.  Because I may have

16  misunderstood.

17           On the second question it would be -- the first

18  question is:  Compilable code to compilable code, is the SSO

19  infringed?

20           The second question is:  Plain English to plain

21  English, at that level is it infringed.

22           But what I don't see as adding anything, except

23  violating the principle of you can't get a monopoly and

24  ownership over an idea, is that documentation down to -- if you

25  lose on the first two, I mean, I don't see how you can possibly

PROCEEDINGS

1   win on the third.  And if you win on the first ones, then I

2   don't see what it adds to add that derivative work thing.

3          MR. JACOBS:  Let me -- let us consider this, your

4   Honor.

5          THE COURT:  Would you do that?

6          MR. JACOBS:  I would like to think hard about it.

7          THE COURT:  Now, here is the similar type of

8   heartburn I want to give to the other side.  And I'm not making

9   a final ruling on any of these items, but I see your diminimus

10  argument as -- I don't see how you can say it would be

11  diminimus to copy this Structure, Sequence and Organization

12  because I'm going on the assumption that that is a protectable

13  element.  That's what I'm going to say to the jury.

14         It is protectable, but I'm reserving that could be

15  that after the trial is over I'll say, no, it's not.  The

16  reason I'm possibly would flip flop on that is that it's

17  important to tee that issue up for the jury so that if the --

18  if I were to rule for Google on the protectability argument, at

19  least the Federal Circuit could reinstate the verdict and we

20  don't have to come back here and do this trial all over again.

21         And that also gives them an opportunity, the jury, to

22  rule on your fair use argument.  It may be that the jury says,

23  yes, you did copy it, but, no, it was all fair use.  So there

24  are a lot of reasons to do it that way.

25         But here is my main point for you.  If it is -- if

1   SSO is protectable under the Copyright Act, isn't it -- no

2   reasonable jury could find that that is diminimus, could they?

3   I find that a hard sell.

4           So here comes Mr. Baber who is the master of hard

5   sells, and he's going to contradict me.

6           (Laughter.)

7           **MR. BABER:**  Well, your Honor, I'm happy to answer

8   your question, but I would also like to respond to the exchange

9   with Mr. Boies and Mr. Jacobs.

10          **THE COURT:**  Well, you can do that.  But answer my

11  question and then you can go back to them.

12          **MR. BABER:**  Your Honor, I think that a jury could

13  find that the SSO, just the SSO of the 37 packages is

14  diminimus, and here is why.

15          We continue to believe very strongly -- and we

16  briefed it yesterday and, frankly, we do need to do another

17  brief based on what they said yesterday.  But to the extent

18  there is something that is the SSO that is separate and

19  independent from the names, the organization that is provided

20  by the language that puts these things into packages and

21  classes and all of the code that implements it, if there is

22  something that at the end of the day can be identified as the

23  SSO of just these 37 packages -- okay, that's what we're

24  talking about, some separately identifiable thing called just

25  the SSO for just these packages.  If we can find that, then we

 1   believe that that is an extraordinarily small element of both

 2   the Java Platform and of Android.

 3          These 37 packages in Java, there's only 37 out of

 4   166.  And those 166 will have this separately identifiable SSO,

 5   whatever it is, but it's also going to have a huge amount of

 6   code.  It's going to have all these names.  And you've said

 7   they're not protectable.  The names go out.  So we can't be

 8   looking at the names.  That's not part of the SSO.

 9          And at the end of the day what you're left with is

10   something in the way of some skeletal thing having to do with

11   the arrangement of this group of packages within a work that is

12   this big.  You've got not just 166 API packages, with all the

13   code that implements it and all the API specs, you have got a

14   Java virtual machine.  You have got a Java compiler.  You have

15   got a Java software development kit.  That's their work.

16          This goes to the works as a whole issue.  But in the

17   context of that work as a whole, if all we're talking about is

18   the SSO of this little group of the packages, yes, your Honor,

19   I believe a jury could find that that's diminimus.

20          **THE COURT:**  Let's say we let the jury decide fair

21   use.  Isn't the extent to which something is used a factor

22   there?

23          **MR. BABER:**  Absolutely.

24          **THE COURT:**  So what more does it add to put diminimus

25   in there?

 1          **MR. BABER:**  Because diminimus -- and I want to

 2    clarify for the Court, just so it's clear.

 3          But the diminimus arguments we made, those we made

 4    them primarily with respect to these 12 files or the nine lines

 5    of code --

 6          **THE COURT:**  All right.  So would you agree to this:

 7    That you limit your diminimus argument to those 12 files?

 8          **MR. BABER:**  Your Honor, I would like to confer with

 9    the client about that, but that would be a much harder sell.

10          **THE COURT:**  What?

11          **MR. BABER:**  Trying to make the diminimus argument as

12    to the 37 would clearly be, that's a whole nother type of hard

13    sell.  Okay?

14          **THE COURT:**  You agree that would be a hard sell.

15          **MR. BABER:**  I agree it would be, certainly, a far

16    harder sell.

17          **THE COURT:**  Very close to my position then.

18          **MR. BABER:**  I'm trying, your Honor.

19          **THE COURT:**  I think what you ought to do is talk to

20    your client and see if we can't streamline the issues that

21    would go to the jury on both sides.  I think there is some

22    value.  And maybe you both come up with a way to concede a

23    point and keep your main paints.

24          All right.  Now, what do you want to say on the

25    other --

1           **MR. BABER:** Just to finish that, your Honor.  It

2 really does depend on where you come out on this work as a

3 whole issue.

4           The SSO of the 37 is one thing.  If you're saying,

5 hey, they can just say these 37 are a work.  Well, if it's just

6 the SSO of those 37, that diminimus, I probably can't even sell

7 that one.

8           **THE COURT:** That one is a closer call and I'm not

9 going to ask anyone to do that.

10          **MR. BABER:** Okay.

11          **THE COURT:** You wanted to respond to Mr. Jacobs?

12          **MR. BABER:** Yes, your Honor.  Very briefly I will.

13          There is a great analogy I think.  What the API specs

14 do is they basically say, Okay, programmers, and app developers

15 and everybody else in the Java world.  In Java prewritten code

16 that performs this function has this name.  That's what the API

17 specs do.  It's like a dictionary.  It says -- it goes both

18 ways.  If you want code that does X, here is the name you call.

19 And if you see this name, this tells you what that code does.

20 Just like a dictionary.

21          So this is not like providing a script for a movie or

22 anything like that.  The analogy is, this is like giving

23 somebody a dictionary and saying, "These are all the words you

24 can use in this programming language.  Now, with all these

25 words, can you go out and write some great programs?"  It's not

1  like giving somebody a script and saying, "Here is the script.

2  Now make the movie from the script."  That would be like

3  saying, "Mr. Movie Maker, here is a dictionary.  Can you go out

4  and write a really good script using the words in this

5  dictionary?"  That's the analogy.

6          **THE COURT:**  Well, but you're assuming that a

7  programming language is not -- even a very advanced one that

8  has prewritten modules, is not copyrightable.  That's one of

9  the issues here.

10         **MR. BABER:**  I don't think so, your Honor.  I think

11 the issue -- there's two issues here in this question.

12         One is names.  You have already ruled on that.  The

13 names are out of the case.  So what the names are --

14         **THE COURT:**  Where do you -- we had that declaration.

15 Put the chart back up there.  Tell me what you think -- the one

16 that the witness the other day did?

17         (Chart displayed)

18         **THE COURT:**  Which part of that do you think is the

19 name?

20         **MR. BABER:**  I think the name, your Honor, Dr. Bloch

21 testified that each method, for example, has under the language

22 spec a fully qualified name.  In this case, the name is --

23 java.lang.Math.max.  And you said in your summary judgment

24 order that the names that are unprotectable, the names and

25 short phrases that are not protectable, include the package

 1  names, java.lang; the class names, java.lang.Math; and the

 2  method names.

 3          THE COURT:  All right.  Isn't that what I said?

 4          MR. JACOBS:  I don't think it was that clear.

 5          And you also said -- and this is the issue we briefed

 6  to you -- that the selection, range and coordination of names

 7  was a reserved issue.

 8          THE COURT:  Say that part?  What was reserved?

 9          MR. JACOBS:  The selection arrangement coordination.

10  Not any one of these names, your Honor -- not any five of those

11  names.  Thousands of them, selected and arranged and organized

12  and structured in sequence by the Java programmers.  They

13  cannot be that merely because we have attached the name Name to

14  any one of these elements, this is not protectable.

15          And if you want to go with an even better analogy, or

16  different analogy, I would go to the West Keynote System where

17  it is structured and arranged.  And, of course, any one name of

18  a keynote is not protectable.  But if you took -- if you gave a

19  programmer the West Keynote System and you said, turn that into

20  programming, of course, that would be infringing.

21          THE COURT:  Well, wait a minute.  How do you know?

22  You said "of course."

23          MR. JACOBS:  Because they -- the circuits are split

24  on whether the pagination is protectable, much less the whole

25  structure of the taxonomy.

1           **THE COURT:**  Well, where does it -- has the circuit

2    already held that West has a copyright on that key system?

3           **MR. JACOBS:**  There is no case on the key system.  No

4    one would take a detailed schema like that and say you can just

5    copy it and create Deerings copying West Keynote System, even

6    though we all use those key notes when we write legal

7    memoranda.  That is a detailed taxonomy that was created by

8    West to organize all this material.

9           **THE COURT:**  All right.  What do you say to that one,

10   Mr. Baber?

11          **MR. BABER:**  Your Honor, I don't think that's what

12   we're dealing with here because the West taxonomy has content.

13   It's not just defining words like these things do.

14          These things, in effect, make up new words that

15   haven't existed before in the Java language.  When I write a

16   new API package, let's call it java.bruce, okay?  And it's got

17   to have some new function that's never before been in the Java

18   language.

19          Well, I'm now creating a whole new bunch of

20   vocabulary words.  West never did that.  West takes the normal

21   English language and uses them in the normal English language

22   way.  But once I define java.bruce -- and I might have

23   Java.bruce.History, java.bruce.Economics, java.bruce.Whatever.

24   I've now made up a bunch of terms and anybody that wants to

25   have their Java program recognize those terms and use them in

PROCEEDINGS                                           1384

1  the same way I've defined them, has to call them the same

2  thing, put them in the same place, have them be organized the

3  same way as to packages and classes, and it's become a part of

4  the language.

5           **THE COURT:**  But those long, extended names,

6  Mr. Jacobs' point is that they come with a system of

7  organization.  So that -- and it's not just randomly --

8  randomly selected words with dots in between.  Each one, they

9  bear a relationship among each other in a hierarchal way so --

10          **MR. BABER:**  Full stop.  Full stop, your Honor, if I

11 may.

12          The hierarchal way that they are talking about,

13 that's what the language requires.  The language says they have

14 to be that way.  It only looks like hierarchy to us humans

15 because we need to be able to see it in some form we can

16 understand it, but to the computer it's all text and it's all

17 just names.

18          You can have java.lang.Math.max and right after it

19 you can have java.arrays.java.  They are not in alphabetical

20 order.  They are not in a form that any human would see them as

21 organized.

22          The organization is simply a human artifact that is

23 pulled out of the code through a program to make it look like

24 something we recognize, like a table of contents for a book.

25 So in the code itself all you have is one line after another

1  after another of code.

2         **THE COURT:**  Let me ask a different question to

3  Oracle.

4         Are you -- I think I've asked this before, but are

5  you saying that each -- it's your analogy to the magazine.  You

6  used that the other day, or maybe this morning.

7         You said each of these 37 APIs are like 37

8  advertisements in a magazine.  So are you saying that each one

9  of these is a separate stand-alone thing, or are you saying

10  that the SSO of the entire 37 is the protected item?

11         **MR. JACOBS:**  I think we're saying both.  I think the

12  37 packages as a group and each package.

13         So a package is a huge -- we already know there's

14  lots of classes in a package.  It has a Structure, Sequence and

15  Organization to it.  It's got a coherence to it as the highest

16  level of the organizational structure.

17         So aside from the platform itself, that we're at the

18  package level.  And then the 37 that they chose to took, also

19  define a body.  And I think we win under both theories and I

20  think both are valid.

21         **MR. BABER:**  May I, your Honor?

22         **THE COURT:**  Sure.

23         **MR. BABER:**  I don't see how there could possibly be a

24  principled way of saying that you can -- well, let me back up

25  to say, we disagree that the work should be anything other than

PROCEEDINGS                    1386

1   the whole work.

2           But if you want to talk about some part of the work

3   as to which you can talk about SSO, I can't imagine any

4   principled way in which they could say it would be anything

5   less than the SSO of all their APIs, all 166 packages, because

6   they all work together.

7           You've heard the testimony now from Professor

8   Mitchell and from Dr. Reinhold and from Dr. Bloch that every

9   package, every class has to come back to java.lang.  Because

10  java.lang is what tells you, defines a class.  What's a class?

11  What's an object?  What's a string?

12          So to the extent there is any chance of an

13  identifiable smaller unit within the Java Platform that has to

14  do with these APIs, the SSO, they have to be talking about at

15  least all the APIs because they all have the same SSO and they

16  are all intertwined --

17          **THE COURT:**  But they are only alleging 37.  I don't

18  see why you're saying I have to --

19          **MR. BABER:**  Because, your Honor, it's the issue of

20  they can't redefine their work and cut it up with scissors to

21  say that only the part that's at issue is the part that's a

22  separate work.

23          **THE COURT:**  But if it was a -- that's what the

24  *Hustler* magazine case allowed the plaintiff to do it in that

25  case, where they -- it was a single advertisement in one

1   magazine.

2         **MR. BABER:**  Yes, your Honor, and that single

3   advertisement was a stand-alone piece.

4         Mr. Jacobs or someone referenced this morning the

5   *Texaco* case involving the scientific journals where you have an

6   issue of a journal where there might be 10 articles all

7   together, and the Court said, yeah, we're going to say you can

8   look at just that one article.  That, your Honor, I would

9   submit is completely different from what we have here.

10        The articles are separate and stand-alone units with

11  separate authors that can be separately published and you look

12  at it, it's a complete contained work.

13        That's APIs, they have testified, all their witnesses

14  have talked about how interrelated and interconnected this

15  whole big API of all 166 packages is.  We think the evidence

16  will show that.  They focused on the 37.  You've heard some

17  evidence already about some of the others in the group.

18        But by the time the evidence is closed, I think

19  you'll understand that all -- all of these APIs all relate to

20  each other because they all have the same kinds of

21  interdependencies.  It's not just these 37.

22        The only reason we have 37 -- and we talked about

23  this this morning -- is we have 51 total in Android that are

24  our Java packages, but they have gotten rid of 14 because they

25  realized they don't own them.  There is no magic to 37.  It's

1  just because they realized during discovery, when we pointed

2  out to them, that they had to jettison some.

3          So no one has ever, ever before this trial suggested

4  that these 37 are a unit of any kind.  They are a unit only

5  because it's what we have, less the ones they don't even own in

6  the first place.

7          **THE COURT:**  Mr. Van Nest --

8          **MR. VAN NEST:**  Mr. Baber just said what I was going

9  to remind the Court, which is that in a journal where there are

10 articles, the articles have a separates existence.

11         Before this case started, no one ever talked about

12 the SSO of 37 APIs or 51 APIs or any particular number.  The

13 only reason it's here is that's what Android is using and they

14 are creating -- that's where it came from, Mr. Baber just said

15 that.

16         Before this lawsuit started, nobody ever spoke about,

17 knew about, talked about, speculated about or argued about some

18 SSO of 37 APIs, or 51, or any.

19         **THE COURT:**  I have seen in the e-mails there were

20 some references even by Mr. Rubin to APIs.

21         No, I heard that.  That's in the e-mails.

22         **MR. VAN NEST:**  He'll be discussing APIs and what he

23 meant in the e-mail, and whatnot.

24         But not even in that e-mail, or anything you have

25 seen, or anything you will see, has anybody been saying, oh,

1  there's an SSO of 35 APIs, and you're using that organization,

2  or there's an SSO of 51, and you're using that, or of a

3  hundred, or 150, or 160.

4          These numbers that you're hearing are a product, a

5  lawyer-made-up product of this lawsuit.  They don't exist

6  anywhere else.  No one has ever talked about them, discussed

7  them.  They are not written down anywhere.  They are not

8  published anywhere.  They are not fixed anywhere.

9          They're only here because that's what Android uses.

10 And so they want you to define this as the smallest possible

11 unit they can, to have the closest comparison to what's in

12 Android.

13         That's it.  There's nothing out there.  You won't see

14 it.  You haven't seen it yet, and they've got, you know, a few

15 minutes left in their case.

16         **THE COURT:**  Well, but -- wait, wait.

17         But here's the bugaboo in that one, it seems to me,

18 for Google.  And that is, you chose consciously -- if these

19 APIs weren't so great and they didn't add something and didn't

20 have some coherence to them, why did you choose to include them

21 in Android?

22         I mean, that's kind of a fundamental -- doesn't that

23 sort of prove right there that they have some coherence?

24         **MR. VAN NEST:**  Number one, number one, there were 51

25 of them.  Right?

```
 1              THE COURT:  Right.

 2              MR. VAN NEST:  So there's never been a unit of 37.

 3              THE COURT:  All right.  It's 51 minus 14.  But you

 4    did use that number, 37, that happens to be the number that

 5    Google itself chose to incorporate because, as you said this

 6    morning, the developer community would expect to see them

 7    there.

 8              MR. VAN NEST:  As we have said, Your Honor, those

 9    APIs were integrated into a much bigger system, which all

10    operates together.

11              And, believe me, we haven't even started our case

12    yet, so I think you are going to get plenty more testimony

13    about this, that our core libraries and our other Android APIs

14    all work together as part of one big system.

15              So, again, it isn't as though there's a unit out

16    there where somebody has identified these 37 APIs and said,

17    hey, they are separately available for sale or have a separate

18    existence, or anything like that.

19              That's my point, is that there is no such unit, other

20    than and apart from this lawsuit.  There is no unit out there.

21              MR. BABER:  Your Honor, may I just add to what

22    Mr. Van Nest said?

23              I understood your question to be saying, well, why do

24    you have Java APIs in the first place, at all?  I think that's

25    what you're asking.  The answer is:  In order to be able to use
```

1   the freely available programming language.

2           You have now heard testimony from witness after

3   witness after witness, you have to have some of these APIs to

4   use the language.

5           **THE COURT:**  Four.

6           **MR. BABER:**  Well, four packages, which is hundreds of

7   methods.  And then there was testimony from other witnesses

8   that would get into some other classes.  So there are clearly

9   fact issues about how much is essential, but at least those

10  four core packages.

11          In order to be able to allow developers to write

12  applications in the Java programming language that anyone can

13  use, we had to have at least some APIs.  So we started with

14  what was out there in the Java world.  And, as we discussed

15  this morning, we threw out a bunch because they just wouldn't

16  work with Android.

17          Android is a whole nother kind of device that's never

18  existed before in the Java world.  We had to write our own

19  APIs.  And then with the ones that were left, the ones that

20  developers expected to have to write in the language, we kept

21  them.  That was the 51.

22          But to answer your core question, the reason why any

23  of these are in there at all is simply to support and allow

24  programmers to use the Java programming language.

25          **THE COURT:**  Is that a fair use argument?  Is that

 1   what your argument is --

 2            MR. BABER:  Absolutely, Your Honor.  It's a fair use

 3   argument, especially because all we use are the unprotectable

 4   names, method signatures, and ideas that are reflected in the

 5   API specs.  We don't use their code.  We don't use their

 6   expression.

 7            To the extent we use anything other than the names,

 8   to the extent there is any kind of a SSO that's not reflected

 9   in the names themselves, we used the minimum amount necessary

10   in order to use those APIs to support the language.  We just

11   used the names, the signatures.  All the rest of it we did on

12   our own.

13            THE COURT:  The burden on the fair use is on you?

14            MR. BABER:  It is absolutely on us, Your Honor.

15            MR. JACOBS:  Two quick points.

16            THE COURT:  Yes, Mr. Jacobs.

17            MR. JACOBS:  I think the argument you just heard

18   actually reinforces our point.  There were originally 51

19   packages.  But these packages come from a JSR.  You heard the

20   testimony on that.  A JSR is what launches the development of a

21   package.  So at the package level, we see a JSR launching the

22   development.

23            And the package can have -- the 37 here are the 37

24   that Oracle owns.  And there's a 38th that Oracle doesn't own,

25   and a 39th that Oracle doesn't own.

```
1              So at the package level, these are akin to a magazine
2    article or to an advertisement.
3              Second point, what these cases really tell us,
4    whether it's Harper & Row, or Hustler, or American Geophysical
5    against Texaco, copyright law is pretty protective of the
6    copyright owner.  They don't allow the defendant to bury its
7    copying in a larger body of work and say look how trivial and
8    small it is.  Copyright law protects against exactly that kind
9    of copying.
10             And so what the jury should be told here, the jury
11   should be certainly told -- however we end up framing this --
12   focus on that which was taken, and its substantiality, not that
13   which was not taken.
14             And the clearest way to do that is to define a body
15   of the work that was taken and ask if that is substantial.  If
16   they want to argue that it's not substantial, they shouldn't be
17   allowed to do that by embedding it in a huge, larger project.
18   That's what those cases tell us.
19             THE COURT:  Okay.  We'll leave it there for today.
20   Anything else you need to bring up with the Court before we
21   adjourn for the day?
22             MR. JACOBS:  Nothing from us, Your Honor.
23             MR. VAN NEST:  I don't think so, Your Honor.  We may
24   need to do some witness interrupting tomorrow, but we'll work
25   that out tonight, given availability.
```

PROCEEDINGS                                      1394

1          THE COURT:  Thank you.  See you at 7:30.

2          (At 1:52 p.m. p.m. the proceedings were adjourned

3          until Tuesday, April 24, 2012, at 7:30 a.m.)

4                          -  -  -  -  -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Katherine Powell Sullivan, CSR, CRR, RPR*
*Debra L. Pas, CSR, CRR, RMR*
*Official Reporters - US District Court - 415-794-6659*

1395

1
                        **E X H I B I T S**

2

3   <u>TRIAL EXHIBITS</u>                    <u>IDEN</u>    <u>VOL.</u>    <u>EVID</u>    <u>VOL.</u>

4   14                                                        1341      6
    15                                                        1341      6
5   15                                                        1342      6
    18                                                        1342      6
6   22                                                        1342      6
    26, 104, 157, 233, 234,                                   1152      6
7   29                                                        1343      6
    34, 165, 383, 384, 416                                    1153      6
8   131                                                       1343      6
    140                                                       1343      6
9   147                                                       1343      6
    151                                                       1343      6
10  154                                                       1343      6
    158                                                       1344      6
11  161                                                       1344      6
    165                                                       1344      6
12  180                                                       1344      6
    183                                                       1345      6
13  203                                                       1345      6
    251, 21, 172, 1029, 238                                   1152      6
14  612, 617, 2223                                            1154      6
    687                                                       1215      6
15  729                                                       1153      6
    896.1, 896.2, 896.3, 896.4                                1153      6
16  896.5, 896.6, 896.7, 896.8                                1153      6
    897                                                       1153      6
17  1026                                                      1162      6
    1045                                                      1207      6
18  1047                                                      1205      6
    1072                                                      1335      6
19  2564                                                      1271      6

20                              –   –   –

21

22

23

24

25

<pre>
 1                        I  N  D  E  X

 2
    PLAINTIFF'S WITNESSES                      PAGE    VOL.
 3
    LEE, BOB
 4  (PREVIOUSLY SWORN)                         1168      6
    Direct Examination Resumed by Mr. Jacobs   1168      6
 5  Cross Examination by Mr. Baber             1176      6
    Redirect Examination by Mr. Jacobs         1203      6
 6  Recross Examination By Mr. Baber           1210      6

 7

 8  MITCHELL, JOHN
    (SWORN)                                    1213      6
 9  Direct Examination by Mr. Jacobs           1214      6
    Cross Examination by Mr. Van Nest          1265      6
10  Redirect Examination by Mr. Jacobs         1329      6

11

12  RUBIN, ANDY
    (SWORN)                                    1338      6
13  Direct Examination by Mr. Boies            1339      6

14  Under Seal Proceedings                     1292      6

15                         -   -   -

16

17

18

19

20

21

22

23

24

25
</pre>

*Katherine Powell Sullivan, CSR, CRR, RPR*
*Debra L. Pas, CSR, CRR, RMR*
*Official Reporters - US District Court - 415-794-6659*

### CERTIFICATE OF REPORTERS

We, KATHERINE POWELL SULLIVAN and DEBRA L. PAS,
Official Reporters for the United States Court, Northern
District of California, hereby certify that the foregoing
proceedings in C 10-3561 WHA, **Oracle America, Inc., vs. Google,
Inc.,** were reported by us, certified shorthand reporters, and
were thereafter transcribed under our direction into
typewriting; that the foregoing is a full, complete and true
record of said proceedings at the time of filing.


_____
/s/ Katherine Powell Sullivan


Katherine Powell Sullivan, CSR #5812, RPR, CRR
U.S. Court Reporter


_____
/s/ Debra L. Pas


Debra L. Pas, CSR #11916, RMR CRR


Tuesday, April 23, 2012