IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE, INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING MOTION TO SEAL (Dkt. No. 906)**

    Oracle moves to seal: (1) portions of its memorandum of points and authorities in support of its motion for administrative relief to supplement the joint exhibit list (Dkt. No. 907); and (2) Exhibits 1, 2, and 3 to the declaration of Marc David Peters in support of that motion. Google designated certain information contained in these filings as confidential pursuant to the stipulated protective order (Dkt. No. 68). Because no supporting declaration has been filed by either party, the request is **DENIED.**

    **IT IS SO ORDERED.**

Dated: April 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE