UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 26, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Ken Kuwayti
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland             Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012          Further Trial: April 27, 2012 at 7:30 am


Trial Motions Heard:                                   Disposition

1. _____          _____
2. _____          _____
3. _____          _____


Other:



Time in Trial: 5 hours 50 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Fred Norton; David Boies; Dorian Daley Steven Holtzman; Ken Kuwayti | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Michael Kwun Bruce Baber |
|---|---|---|
| TRIAL DATE: April 26, 2012 | REPORTER(S): Kathy Sullivan; Debra Pas | CLERK: Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Court and counsel addressed the proposed jury instructions | |
| | | 8:04 am | | | Reconvene...jury present | |
| | | | | | Plaintiff's witness **Craig Gering** sworn-in. Direct by Dan Purcell | |
| | 2053 | | x | x | Email: Dated October 4, 2006 from Lawrence Rau | |
| | 2052 | | x | x | PowerPoint: Dated: March 18, 2009 Author Craig Gering | |
| | 2061 | | x | x | Email: Dated January 21, 2009 | |
| | 3508 | | x | x | Email Dated October | |
| | | 8:25 am | | | Cross Examination by Michael Jacobs | |
| | | 8:27 am | | | Witness Excused | |
| | | | | | Defendant's witness **Hasan Rizvi** sworn-in. Direct by Dan Purcell | |
| | 573 | | x | x | Email from Federico Chab to Hasan Rizvi re Can you call me on my cell | |
| | 2110 | | x | x | Email: Dated December 9, 2008 from Hasan Rizvi to Adam Messinger | |
| | | 8:40 am | | | Side Bar | |
| | | 8:42 am | | | Direct Continued | |
| | | 8:46 am | | | Cross Examination by Fred Norton | |
| 2110 | | | x | x | Email: Dated December 9, 2008 from Hasan Rizvi to Adam Messinger | |
| | | 8:51 am | | | Witness Excused | |
| | | 8:51 am | | | Recess | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Outside the presence of the jury.  Exhibits 3529 and 3530 are admitted.  Counsel shall file the time line and glossary handouts given to the jury. |  |
|  |  | 8:55 am |  |  | Recess |  |
|  |  | 9:17 am |  |  | Outside the presence of the jury.  Court addressed counsel regarding the issue of a juror not feeling well.  Court read the deposition designations by Oracle are overruled |  |
|  |  | 9:20 am |  |  | Reconvene...jury present |  |
|  |  |  |  |  | Defendant's witness **Jonathan Schwartz** sworn-in. Direct by Robert Van Nest |  |
|  | 435 |  | x | x | Email from Jonathan Schwartz to Eric Schmidt |  |
|  | 3441 |  | x | x | Email: Dated November 9, 007 from Jonathan Schwartz |  |
|  | 2352 |  | x | x | Blog |  |
|  | 2358 |  | x |  | Blog Entry: dated May 2, 2008 Source: Engadget Mobile |  |
|  | 3529 |  | x | x | Copyright Office Registration |  |
|  | 3530 |  | x | x | Copyright Office Registration |  |
|  | 3103 |  | x | x | Eric Klein - Android Demo - JavaOne |  |
|  | 2707 |  | x |  | Presentation; Dated October 24, 2008: Author Patrick Curran & Conformance Council |  |
|  |  | 10:20 am |  |  | Cross Examination by Michael Jacobs |  |
| 18 |  |  | x | x | Email from Greg Stein to Andy Rubin re the open J2ME project |  |
| 2707 |  |  | x |  | Presentation; Dated October 24, 2008: Author Patrick Curran & Conformance Council |  |
| 917 |  |  | x | x | Open Letter to Sun Microsystem |  |
| 1045 |  |  | x | x | Apache Software Foundation |  |
| 563 |  |  | x | x | Email from Jonathan Schwartz Scott McNealy re plane |  |
| 565 |  |  | x | x | Email from Lino Persi to Leo Cizek re Google's Mobility Push |  |
| 1056 |  |  | x | x | Email Dated 3/26/08 from Jonathan Schwartz |  |
| 1057 |  |  | x |  | Email Dated 5/6/08 from Jeannette H re JavaOne 2008 |  |
| 530 |  |  | x |  | Email from Vineet Gupta to Jeet Kaul and Eric Klein |  |
| 2070 |  |  | x | x | Email: Dated October 23, 2008 from Vineet Gupta |  |
| 205 |  |  | x | x | Email from Scott McNealy to Eric Schmidt re potential Sun Google |  |
|  |  | 10:58 am |  |  | Redirect Examination |  |
|  | 2707 |  | x | x | Presentation; Dated October 24, 2008: Author Patrick Curran & Conformance Council |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2341 | | x | x | Press Release: Dated May 9, 2007Source Physorg.com | |
| | 2195 | | x | x | Email; Dated March 4, 2008 From Jonathan Schwartz | |
| | 1055 | | x | x | Email: Dated November 12, 2007 from Jonathan Schwartz | |
| | | 11:05 am | | | Recross Examination | |
| 2371 | | | x | x | Email Dated November 6, 2007 from Jonathan Schwartz to John Markoff | |
| | | 11:07 am | | | Witness Excused | |
| | | | | | Recess | |
| | | 11:25 am | | | Reconvene...jury present | |
| | | | | | Plaintiff's Rebuttal Witness **Scott McNealy** sworn-in. Direct by David Boies | |
| 610.1 | | | x | x | Java 2 Platform Standard Edition Development Kit 5.0 | |
| 205 | | | x | x | Presentation; Dated October 24, 2008: Author Patrick Curran & Conformance Council | |
| 16 | | | x | x | Email from Vineet Gupta to Jonathan Schwartz | |
| 563 | | | x | x | Email from Jonathan Schwartz Scott McNealy re plane | |
| 565 | | | x | x | Email from Lino Persi to Leo Cizek re Google's Mobility Push | |
| | | 11:58 am | | | Cross Examination by Robert Van Nest | |
| | | 12:08 pm | | | Redirect Examintion | |
| | | 12:09 pm | | | Witness Excused | |
| | | | | | Defendant's witness **Professor Owen Astrachan** sworn-in. Direct by Bruce Babers | |
| | 2524 | | x | x | CV of Professor Astrachan | |
| | 980 | | x | x | Java Application Programming Interface, Volume1 | |
| | 981 | | x | x | Java Application Programming Interface, Volume 2 | |
| | 2523 | | x | | Opening Expert Report of Google Copyright Expert | |
| | 2529 | | x | | Rebuttal Expert Report of Google Copyright Expert | |
| | 2532 | | x | | Google Reply to Dr. John C. Mitchell's Opposition | |
| | 3523 | | x | | Declaration of Owen Astrachan | |
| | | 12:48 pm | | | Recess | |
| | | 1:01 pm | | | Outside the presence of the jury. Charging conference shall be held on 4/27 at 2:15 pm. Parties shall submit responses to the jury instructions tonight. | |
| | | 1:20 pm | | | Recess until 4/27/12 at 7:30 am | |