1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   ORACLE AMERICA, INC.,

11            Plaintiff,                         No. C 10-03561 WHA

12       v.

13   GOOGLE INC.,                              **SPECIAL VERDICT FORM**

14            Defendant.

15   _____/

16       **YOUR ANSWER MUST BE UNANIMOUS.**

17       1.      As to all the compilable code for the 37 Java API packages in question taken as a

18   group:

19            A.      Has Oracle proven that Google has infringed the overall structure,

20   sequence and organization of a copyrighted work owned by Oracle?

21                    Yes _____                No _____

22

23       **(IF YOU ANSWER "NO" TO QUESTION 1A, THEN SKIP TO QUESTION NO. 2.)**

24

25            B.      If so, has Google proven that its use of the overall structure,

26   sequence and organization constituted "fair use"?

27                    Yes _____                No _____

28

     **NOTE:  THE 37 API PACKAGES IN QUESTION ARE LISTED IN QUESTION NO. 2.**

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

2.      As to *each* of the 37 Java API packages listed below, *considered individually*:

A.      Has Oracle proven that Google has infringed the structure, sequence and organization of the *compilable code* for each *individual* API package?  Please indicate your answer to each in the first column below.

B.      If, in column 1 your answer is "yes," then state in the second column whether or not Google has proven that its use constituted "fair use" (as defined in the instructions).  If you answered "no" in column 1, you should leave the second column blank or enter "NA" for "not applicable."

C.      Has Oracle proven that Google copied the *documentation* for the *individual* API package?  Please indicate your answer as to each in the third column below.

D.      If, in column 3, your answer is "yes," then state in the fourth column whether or not Google has proven that its use constituted "fair use" (as defined in the instructions).  If you answered "no" in column 3, you should leave the fourth column blank or enter "NA" for "not applicable."

(**IN ANSWERING THE FOUR ABOVE SUB-QUESTIONS, PLEASE REMEMBER THE DISTINCTION BETWEEN "COMPILABLE CODE" AND "DOCUMENTATION," AS DEFINED IN THE INSTRUCTIONS, AS WELL AS THE "WORK AS A WHOLE" ALSO DEFINED IN THE INSTRUCTIONS.)**

| | API PACKAGE COMPILABLE CODE | | API PACKAGE DOCUMENTATION | |
|---|---|---|---|---|
| | Copying Proven? (Yes or No) | Fair Use Proven? (Yes, No or NA) | Copying Proven? (Yes or No) | Fair Use Proven? Yes, No or NA) |
| java.awt.font | _____ | _____ | _____ | _____ |
| java.beans | _____ | _____ | _____ | _____ |
| java.io | _____ | _____ | _____ | _____ |
| java.lang | _____ | _____ | _____ | _____ |
| java.lang.annotation | _____ | _____ | _____ | _____ |
| java.lang.ref | _____ | _____ | _____ | _____ |

| | API PACKAGE COMPILABLE CODE | | API PACKAGE DOCUMENTATION | |
|---|---|---|---|---|
| | **Copying Proven? (Yes or No)** | **Fair Use Proven? (Yes, No or NA)** | **Copying Proven? (Yes or No)** | **Fair Use Proven? Yes, No or NA** |
| java.lang.reflect | _____ | _____ | _____ | _____ |
| java.net | _____ | _____ | _____ | _____ |
| java.nio | _____ | _____ | _____ | _____ |
| java.nio.channels | _____ | _____ | _____ | _____ |
| java.nio.channels.spi | _____ | _____ | _____ | _____ |
| java.nio.charset | _____ | _____ | _____ | _____ |
| java.nio.charset.spi | _____ | _____ | _____ | _____ |
| java.security | _____ | _____ | _____ | _____ |
| java.security.acl | _____ | _____ | _____ | _____ |
| java.security.cert | _____ | _____ | _____ | _____ |
| java.security.interfaces | _____ | _____ | _____ | _____ |
| java.security.spec | _____ | _____ | _____ | _____ |
| java.sql | _____ | _____ | _____ | _____ |
| java.text | _____ | _____ | _____ | _____ |
| java.util | _____ | _____ | _____ | _____ |
| java.util.jar | _____ | _____ | _____ | _____ |
| java.util.logging | _____ | _____ | _____ | _____ |
| java.util.prefs | _____ | _____ | _____ | _____ |
| java.util.regex | _____ | _____ | _____ | _____ |
| java.util.zip | _____ | _____ | _____ | _____ |
| javax.crypto | _____ | _____ | _____ | _____ |
| javax.crypto.interfaces | _____ | _____ | _____ | _____ |
| javax.crypto.spec | _____ | _____ | _____ | _____ |
| javax.net | _____ | _____ | _____ | _____ |
| javax.net.ssl | _____ | _____ | _____ | _____ |
| javax.security.auth | _____ | _____ | _____ | _____ |
| javax.security.auth.callback | _____ | _____ | _____ | _____ |
| javax.security.auth.login | _____ | _____ | _____ | _____ |

United States District Court
For the Northern District of California

3

United States District Court

For the Northern District of California

| | API PACKAGE COMPILABLE CODE | | API PACKAGE DOCUMENTATION | |
|---|---|---|---|---|
| | **Copying Proven?** (Yes or No) | **Fair Use Proven?** (Yes, No or NA) | **Copying Proven?** (Yes or No) | **Fair Use Proven?** Yes, No or NA) |
| javax.security.auth.x500 | _____ | _____ | _____ | _____ |
| javax.security.cert | _____ | _____ | _____ | _____ |
| javax.sql | _____ | _____ | _____ | _____ |

3.      Has Google proven that its conceded use in Android of the following items was de minimis:

|  | Yes | No |
|---|---|---|
| A.   The rangeCheck method in TimSort.java and ComparableTimSort.Java | _____ | _____ |
| B.   Source code in eight "Impl.java files | _____ | _____ |
| C.   The English-language comments in CodeSourceTest.java and CollectionCertStoreParametriums Test.java | _____ | _____ |

4.      If you found in Questions 1, 2 or 3 that Google copied Oracle's works and that the copying was not excused by fair use or de minimis, then answer the following questions:

A.      Has Oracle proven that third-party mobile device manufacturers

namely, _____, _____, _____,

_____, _____ infringed Oracle's copyrights by copying

or using Android software?

B.      If you answered "yes" to 4(A), has Oracle proven that Google

intentionally induced or materially contributed to the third-party infringement you

found in Question No. 4(A)?

4

C.    If you answered "yes" to 4(A), has Oracle proven that Google vicariously infringed Oracle's copyrights as a result of the third-party infringement you found in Question No. 4(A)?

Dated:

_____

**FOREPERSON**

United States District Court

For the Northern District of California