IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

/

No. C 10-03561 WHA

**NOTICE**

    The Court will try to provide the jury instructions to counsel on Sunday night (April 29) by ECF and in that regard, request counsel to meet-and-confer about a way to delete all references to indirect infringement. Please let the Court know about indirect infringement by **NOON ON SATURDAY, APRIL 28**.

    **IT IS SO ORDERED.**

Dated: April 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE