IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **ORDER RE INDIRECT INFRINGEMENT** |

The judge requests the filing re indirect claims (Dkt. No. 998), which is now overdue.

**IT IS SO ORDERED.**

Dated: April 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE