1  [counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William Alsup |

STIPULATION RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT
CASE NO. CV 10-03561 WHA
658151.01

**THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. Instructions 32 and 33 in the April 26, 2012 draft charge to the jury [Dkt. No. 994], addressing contributory and vicarious copyright infringement, shall be deleted;

2. Question 4 on the April 26, 2012 draft verdict form [Dkt. No. 994-1], addressing contributory and vicarious copyright infringement, shall be deleted;

3. This stipulation shall not be used by either party as a basis for (a) challenging any jury verdict, (b) challenging any of the copyright damages or other recovery theories articulated in the expert reports of Drs. Cockburn, Kearl, Leonard and Cox, (c) contending that any expert's calculations should be adjusted, or (d) arguing in any way about the availability or scope of an injunction or other prospective relief;

4. This stipulation has no bearing on or relationship to the patent infringement claims in this case; and

5. This stipulation has no effect on any evidence that has been presented in the case and shall not be read to the jury.

## [PROPOSED] ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____

Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 28, 2012 | KEKER & VAN NEST LLP |
| 3 | | |
| 4 | | By:   /s/ Robert A. Van Nest |
| 5 | | KEKER & VAN NEST LLP |
| | | ROBERT A. VAN NEST (SBN 84065) |
| 6 | | rvannest@kvn.com |
| | | CHRISTA M. ANDERSON (SBN 184325) |
| 7 | | canderson@kvn.com |
| | | DANIEL PURCELL (SBN 191424) |
| 8 | | dpurcell@kvn.com |
| | | 633 Battery Street |
| 9 | | San Francisco, CA 94111-1704 |
| | | Telephone: (415) 391-5400 |
| 10 | | Facsimile: (415) 397-7188 |
| 11 | | KING & SPALDING LLP |
| | | SCOTT T. WEINGAERTNER (Pro Hac Vice) |
| 12 | | sweingaertner@kslaw.com |
| | | ROBERT F. PERRY |
| 13 | | rperry@kslaw.com |
| | | BRUCE W. BABER (Pro Hac Vice) |
| 14 | | bbaber@kslaw.com |
| | | 1185 Avenue of the Americas |
| 15 | | New York, NY 10036-4003 |
| | | Telephone:  (212) 556-2100 |
| 16 | | Facsimile:   (212) 556-2222 |
| 17 | | KING & SPALDING LLP |
| | | DONALD F. ZIMMER, JR. (SBN 112279) |
| 18 | | fzimmer@kslaw.com |
| | | CHERYL A. SABNIS (SBN 224323) |
| 19 | | csabnis@kslaw.com |
| | | 101 Second Street - Suite 2300 |
| 20 | | San Francisco, CA 94105 |
| | | Telephone: (415) 318-1200 |
| 21 | | Facsimile:  (415) 318-1300 |
| 22 | | GREENBERG TAURIG, LLP |
| | | IAN C. BALLON (SBN 141819) |
| 23 | | ballon@gtlaw.com |
| | | HEATHER MEEKER (SBN 172148) |
| 24 | | meekerh@gtlaw.com |
| | | 1900 University Avenue |
| 25 | | East Palo Alto, CA 94303 |
| | | Telephone: (650) 328-8500 |
| 26 | | Facsimile: (650) 328-8508 |
| 27 | | Attorneys for Defendant |
| | | GOOGLE INC. |
| 28 | | |

STIPULATION RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT
CASE NO. CV 10-03561 WHA

2

658151.01

Dated: April 28, 2012						BOIES, SCHILLER & FLEXNER LLP


								By: */s/ Michael A. Jacobs*


								DAVID BOIES (Admitted *Pro Hac Vice*)
								dboies@bsfllp.com
								333 Main Street
								Armonk, NY  10504
								Telephone: (914) 749-8200
								Facsimile: (914) 749-8300
								STEVEN C. HOLTZMAN (Bar No. 144177)
								sholtzman@bsfllp.com
								FRED NORTON (Bar No. 224725)
								fnorton@bsfllp.com
								1999 Harrison St., Suite 900
								Oakland, CA  94612
								Telephone: (510) 874-1000
								Facsimile: (510) 874-1460
								ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
								575 Lexington Avenue, 7th Floor, New York, NY 10022
								Telephone: (212) 446-2300
								Facsimile: (212) 446-2350


								MORRISON & FOERSTER LLP
								MICHAEL A. JACOBS (Bar No. 111664)
								mjacobs@mofo.com
								MARC DAVID PETERS (Bar No. 211725)
								mdpeters@mofo.com
								DANIEL P. MUINO (Bar No. 209624)
								dmuino@mofo.com
								755 Page Mill Road
								Palo Alto, CA  94304-1018
								Telephone: (650) 813-5600
								Facsimile: (650) 494-0792

								ORACLE CORPORATION
								DORIAN DALEY (Bar No. 129049)
								dorian.daley@oracle.com
								DEBORAH K. MILLER (Bar No. 95527)
								deborah.miller@oracle.com
								MATTHEW M. SARBORARIA (Bar No. 211600)
								matthew.sarboraria@oracle.com
								500 Oracle Parkway
								Redwood City, CA  94065
								Telephone: (650) 506-5200
								Facsimile: (650) 506-7114

								*Attorneys for Plaintiff*
								ORACLE AMERICA, INC.

STIPULATION RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT
CASE NO. CV 10-03561 WHA                                                                                                  3

658151.01

**ATTESTATION**

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT.  In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs has concurred in this filing.

Date:  April 28, 2012                              */s/ Robert A. Van Nest*
                                                                    ROBERT A. VAN NEST