1  [counsel listed on signature page]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WHA
12 |     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT**
13 |     v. |
14 | GOOGLE INC. | Dept.: Courtroom 8, 19th Floor
15 |     Defendant. | Judge: Honorable William Alsup

**THE PARTIES HEREBY STIPULATE AND AGREE** that:

1. Instructions 32 and 33 in the April 26, 2012 draft charge to the jury [Dkt. No. 994], addressing contributory and vicarious copyright infringement, shall be deleted;

2. Question 4 on the April 26, 2012 draft verdict form [Dkt. No. 994-1], addressing contributory and vicarious copyright infringement, shall be deleted;

3. This stipulation shall not be used by either party as a basis for (a) challenging any jury verdict, (b) challenging any of the copyright damages or other recovery theories articulated in the expert reports of Drs. Cockburn, Kearl, Leonard and Cox, (c) contending that any expert's calculations should be adjusted, or (d) arguing in any way about the availability or scope of an injunction or other prospective relief;

4. This stipulation has no bearing on or relationship to the patent infringement claims in this case; and

5. This stipulation has no effect on any evidence that has been presented in the case and shall not be read to the jury.

<del>[PROPOSED]</del> **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: April 28, 2012.

_____
Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 28, 2012 | KEKER & VAN NEST LLP |
| 3 | | |
| 4 | | By:   /s/ Robert A. Van Nest |
| 5 | | KEKER & VAN NEST LLP |
| | | ROBERT A. VAN NEST (SBN 84065) |
| 6 | | rvannest@kvn.com |
| | | CHRISTA M. ANDERSON (SBN 184325) |
| 7 | | canderson@kvn.com |
| | | DANIEL PURCELL (SBN 191424) |
| 8 | | dpurcell@kvn.com |
| | | 633 Battery Street |
| 9 | | San Francisco, CA 94111-1704 |
| | | Telephone: (415) 391-5400 |
| 10 | | Facsimile: (415) 397-7188 |

1

2  Dated: April 28, 2012                KEKER & VAN NEST LLP

3

4                                        By:   /s/ Robert A. Van Nest

5                                        KEKER & VAN NEST LLP
                                         ROBERT A. VAN NEST (SBN 84065)
6                                        rvannest@kvn.com
                                         CHRISTA M. ANDERSON (SBN 184325)
7                                        canderson@kvn.com
                                         DANIEL PURCELL (SBN 191424)
8                                        dpurcell@kvn.com
                                         633 Battery Street
9                                        San Francisco, CA 94111-1704
                                         Telephone: (415) 391-5400
10                                       Facsimile: (415) 397-7188

11                                       KING & SPALDING LLP
                                         SCOTT T. WEINGAERTNER (Pro Hac Vice)
12                                       sweingaertner@kslaw.com
                                         ROBERT F. PERRY
13                                       rperry@kslaw.com
                                         BRUCE W. BABER (Pro Hac Vice)
14                                       bbaber@kslaw.com
                                         1185 Avenue of the Americas
15                                       New York, NY 10036-4003
                                         Telephone:  (212) 556-2100
16                                       Facsimile:   (212) 556-2222

17                                       KING & SPALDING LLP
                                         DONALD F. ZIMMER, JR. (SBN 112279)
18                                       fzimmer@kslaw.com
                                         CHERYL A. SABNIS (SBN 224323)
19                                       csabnis@kslaw.com
                                         101 Second Street - Suite 2300
20                                       San Francisco, CA 94105
                                         Telephone: (415) 318-1200
21                                       Facsimile:  (415) 318-1300

22                                       GREENBERG TAURIG, LLP
                                         IAN C. BALLON (SBN 141819)
23                                       ballon@gtlaw.com
                                         HEATHER MEEKER (SBN 172148)
24                                       meekerh@gtlaw.com
                                         1900 University Avenue
25                                       East Palo Alto, CA 94303
                                         Telephone: (650) 328-8500
26                                       Facsimile: (650) 328-8508

27                                       Attorneys for Defendant
                                         GOOGLE INC.
28

STIPULATION RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT
CASE NO. CV 10-03561 WHA

658151.01

Dated: April 28, 2012						BOIES, SCHILLER & FLEXNER LLP


							By: */s/ Michael A. Jacobs*


							DAVID BOIES (Admitted *Pro Hac Vice*)
							dboies@bsfllp.com
							333 Main Street
							Armonk, NY  10504
							Telephone: (914) 749-8200
							Facsimile: (914) 749-8300
							STEVEN C. HOLTZMAN (Bar No. 144177)
							sholtzman@bsfllp.com
							FRED NORTON (Bar No. 224725)
							fnorton@bsfllp.com
							1999 Harrison St., Suite 900
							Oakland, CA  94612
							Telephone: (510) 874-1000
							Facsimile: (510) 874-1460
							ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
							575 Lexington Avenue, 7th Floor, New York, NY 10022
							Telephone: (212) 446-2300
							Facsimile: (212) 446-2350


							MORRISON & FOERSTER LLP
							MICHAEL A. JACOBS (Bar No. 111664)
							mjacobs@mofo.com
							MARC DAVID PETERS (Bar No. 211725)
							mdpeters@mofo.com
							DANIEL P. MUINO (Bar No. 209624)
							dmuino@mofo.com
							755 Page Mill Road
							Palo Alto, CA  94304-1018
							Telephone: (650) 813-5600
							Facsimile: (650) 494-0792

							ORACLE CORPORATION
							DORIAN DALEY (Bar No. 129049)
							dorian.daley@oracle.com
							DEBORAH K. MILLER (Bar No. 95527)
							deborah.miller@oracle.com
							MATTHEW M. SARBORARIA (Bar No. 211600)
							matthew.sarboraria@oracle.com
							500 Oracle Parkway
							Redwood City, CA  94065
							Telephone: (650) 506-5200
							Facsimile: (650) 506-7114

							*Attorneys for Plaintiff*
							ORACLE AMERICA, INC.

STIPULATION RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT
CASE NO. CV 10-03561 WHA						3

658151.01

**ATTESTATION**

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT.  In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs has concurred in this filing.


Date:  April 28, 2012                         */s/ Robert A. Van Nest*
                                                                ROBERT A. VAN NEST