[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **JOINT NOTICE APPENDING HANDOUTS TO JURY** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

Pursuant to the Court's instruction on April 26, 2012, the parties hereby file this joint notice appending as exhibits all paper handouts the parties have agreed to give to the jury. At the Court's instructions, the parties created and distributed the following handouts to the jury as reference materials:

1. Exhibit 1 is the Timeline distributed on April 16, 2012.
2. Exhibit 2 is the Glossary distributed on April 16, 2012.
3. Exhibit 3 is the List of Witnesses and Attorneys distributed on April 23, 2012.

| | |
|---|---|
| Dated: April 28, 2012 | MORRISON & FOERSTER LLP |
| | By: *Daniel P. Muino*<br>　　Daniel P. Muino |
| | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com<br>333 Main Street<br>Armonk, NY  10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900<br>Oakland, CA  94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600)<br>matthew.sarboraria@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA  94065<br>Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |

JOINT NOTICE APPENDING HANDOUTS TO JURY
CASE NO. CV 10-03561 WHA
pa-1525877

2

| | | |
|---|---|---|
| 1 | Dated: April 28, 2012 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: *Daniel Purcell*<br>    Daniel Purcell |
| 4 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 5 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 6 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 7 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 8 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 9 | | |
| 10 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 11 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 12 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 13 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| | | Facsimile:  (415) 318-1300 |
| 14 | | |
| 15 | | GREENBERG TAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 16 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 17 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 18 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| | | Facsimile: (650) 328-8508 |
| 19 | | |
| 20 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 21 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 22 | | canderson@kvn.com<br>DANIEL PURCELL (SBN 191424) |
| 23 | | dpurcell@kvn.com<br>633 Battery Street |
| 24 | | San Francisco, CA 94111<br>Telephone: (415) 391-5400 |
| | | Facsimile: (415) 397-7188 |
| 25 | | |
| 26 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 27 | | |
| 28 | | |

JOINT NOTICE APPENDING HANDOUTS TO JURY
CASE NO. CV 10-03561 WHA
pa-1525877

3

**ATTESTATION**

I, Daniel P. Muino, am the ECF User whose ID and password are being used to file this **JOINT NOTICE APPENDING HANDOUTS TO JURY**. In compliance with General Order 45, X.B., I hereby attest that Daniel Purcell has concurred in this filing.

Date: April 28, 2012           *Daniel P. Muino*
                               Daniel P. Muino