# EXHIBIT 1

# Timeline



- **June 1991** — Sun begins Oak project, which evolves into Java
- **December 1992** — Sun applies for '685 patent, which is later reissued as '104 patent
- **January 1996** — Sun releases Java platform, v. 1.0.2
- **May 9, 2000** — PTO issues '520 patent assigned to Sun
- **April 29, 2003** — PTO issues '104 patent assigned to Sun
- **October 2003** — Andy Rubin starts Android, Inc.
- **September 2004** — Sun releases Java 2 Standard Edition, v. 5.0
- **December 2004** — Certificate of Copyright Registration issues to Sun for Java 2 Standard Edition, v. 5.0
- **July/Aug. 2005** — Google acquires Android, Inc.
- **November 2007** — Google releases Android Software Development Kit
- **October 2008** — Google releases Android platform
- **October 2008** — HTC releases HTC Dream, first Android phone
- **January 2010** — Oracle acquires Sun
- **August 2010** — Oracle files Complaint against Google