# EXHIBIT 2

# GLOSSARY

**API**: Application Programming Interface

**AOSP**: Android Open Source Project

**CDC**: Connected Device Configuration

**CDD**: Compatibility Definition Document

**CLDC**: Connected Limited Device Configuration

**CTS**: Compatibility Test Suite

**Cupcake**: Android version 1.5

**Donut**: Android version 1.6

**Eclair**: Android versions 2.0 and 2.1

**DVM**: Dalvik Virtual Machine

**Froyo**: Android version 2.2

**Gingerbread**: Android version 2.3

**GPL**: GNU General Public License

**Java EE**: Java Platform, Enterprise Edition

**Java ME**: Java Platform, Micro Edition

**Java SE**: Java Platform, Standard Edition

**J2ME**: Java 2 Platform, Micro Edition

**J2SE**: Java 2 Platform, Standard Edition

**JCP**: Java Community Process

**JDK**: Java Development Kit

**JSR**: Java Specification Request

**JVM**: Java Virtual Machine

**OEM**: Original Equipment Manufacturer

**OHA**: Open Handset Alliance

**OKR**: Objectives and Key Results

**OS**: Operating system

**OSS**: Open source software

**SDK**: Software Development Kit

**TCK**: Technology Compatibility Kit

**VM**: Virtual machine