# EXHIBIT 3

## *Oracle v. Google* Witnesses

| | |
|---|---|
| Astrachan, Owen | Google technical expert |
| Bloch, Joshua | Google Chief Java Architect (2004-present); Former Sun Distinguished Engineer (1996-2004) |
| Bornstein, Daniel | Former Google Tech Lead for Android |
| Camargo, Rafael | Former Motorola Mobility Senior Director for Android |
| Cizek, Leo | Oracle Account Manager, Java Licensing |
| Ellison, Larry | Oracle CEO and co-founder |
| Gering, Craig | Former Oracle Vice President of Java Development |
| Kurian, Thomas | Oracle Executive Vice President of Product Development |
| Lee, Bob | Former Google Core Library Lead for Android |
| Lindholm, Timothy | Google Engineer (2005-present); Former Sun Distinguished Engineer (1994-2005) |
| Lockheimer, Hiroshi | Google Vice President of Engineering for Mobile |
| Mitchell, John | Oracle technical expert |
| Morrill, Dan | Google Technical Program Manager for Android |
| Page, Larry | Google CEO and co-founder |
| Purdy, Alan | Oracle technical expert |
| Reinhold, Mark | Oracle Chief Architect of the Java Platform |
| Rizvi, Hasan | Oracle Senior Vice President Oracle Fusion Middleware and Java |
| Rubin, Andy | Google Senior VP, Mobile and Digital Content; Co-founder of Android, Inc. |
| Schmidt, Eric | Google Chairman and former CEO (2001-present); Former Sun Chief Technical Officer (1983-1997) |
| Schwartz, Jonathan | Former Sun President and CEO |
| Screven, Edward | Oracle Chief Corporate Architect. |
| Swetland, Brian | Google Engineer. |
| Visnick, Marc | Oracle technical expert |

sf-3135692

*Oracle v. Google*

## **Attorneys**

For plaintiff Oracle America:

- Michael Jacobs
- David Boies
- Fred Norton
- Steve Holtzman
- Ken Kuwayti
- Marc Peters
- Daniel Muino
- Alanna Rutherford

For defendant Google:

- Christa Anderson
- Bruce Baber
- Michael Kwun
- Daniel Purcell
- Robert Van Nest

sf-3135692