MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**OUTLINE OF ORACLE AMERICA, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS RULE 50(A) MOTION AT THE CLOSE OF ALL EVIDENCE**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I.    INTRODUCTION

II.   STATEMENT OF FACTS

III.  LEGAL STANDARD FOR JUDGMENT AS A MATTER OF LAW

IV.   NO REASONABLE JURY COULD FIND THAT GOOGLE DID NOT INFRINGE ORACLE'S JAVA-RELATED COPYRIGHTS

   A. Google Infringes Oracle's Copyrights by Copying the Structure, Sequence, and Organization of the 37 Java API Packages

      1. Google admitted that it directly copied the structure, sequence, and organization of the 37 Java API packages

      2. Google admitted that it had access to the structure, sequence, and organization of the 37 Java API packages

      3. Google admitted that the structure, sequence, and organization of the 37 Java API packages and that of the Google Android API packages are substantially similar

   B. Google's Copying Is Not Fair Use

      1. Google commercially uses the copyrighted work

      2. The copyrighted work is creative in nature

      3. Google uses key, valuable portions of the copyrighted work

      4. Google's use harms the potential market for and value of the copyrighted work

      5. Google's copying does not serve a transformative purpose

   C. Google's Copying of the Structure, Sequence, and Organization of the 37 Java API Packages Was Not De Minimis

   D. Google's Literal Copying of Code and Comments Was Not De Minimis

V.    OTHER ISSUES THAT ARE NOT BEING PRESENTED TO THE JURY

   A. Oracle Owns Valid Copyrights in Java-Related Works

   B. Google Copied Original Elements of Java-Related Works

   C. Google Infringes Oracle's Copyrights by Copying the Structure, Sequence, and Organization of the Documentation for 37 Java API Packages into the Documentation for the 37 Google Android API Packages

   D. Google Infringes Oracle's Copyrights by Deriving Its Implementations of the 37 Google Android API Packages from the Documentation for the 37 Java API Packages

OUTLINE OF ORACLE AMERICA, INC.'S MEMO OF POINTS & AUTHORITIES ISO ITS RULE 50(A) MOTION
CASE NO. CV 10-03561 WHA
pa-1526194

1

VI. **GOOGLE'S EQUITABLE DEFENSES FAIL**

    A. **Google Has Not Shown that Equitable Estoppel Bars Oracle's Copyright Infringement Claims**

    B. **Google Has Not Shown that the Doctrine of Laches Applies to Oracle's Copyright Infringement Claims**

    C. **Google Has Not Shown that Oracle or Sun Waived Its Right to Assert Copyright Infringement Claims**

    D. **Google Has Not Shown that Oracle or Sun Gave It an Implied License to Use Oracle's Copyrights**

VII. **ALTERNATIVE GOOGLE DEFENSES THAT GOOGLE PLED BUT DID NOT PRESENT TO THE JURY FAIL**

    A. **Google Has Not Shown that Merger Doctrine Applies**

    B. **Google Has Not Shown that Scenes A Faire Doctrine Applies**

    C. **Google Has Not Shown that Oracle or Sun Gave It a License to Use Oracle's Copyrights**

    D. **Google Has Not Shown that It Independently Created the Accused Works**

    E. **Google Has Not Shown that a Third Party Is Liable for Google's Infringing Conduct**

    F. **Google Has Not Shown that Oracle's Copyright Infringement Claims Are Subject to the Doctrine of Unclean Hands**

VIII. **CONCLUSION**

Dated: April 29, 2012

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ Daniel P. Muino

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

OUTLINE OF ORACLE AMERICA, INC.'S MEMO OF POINTS & AUTHORITIES ISO ITS RULE 50(A) MOTION
CASE NO. CV 10-03561 WHA
pa-1526194

2