MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>    Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA, INC.'S AMENDED ROLLING LIST OF NEXT TEN WITNESSES**<br><br>Dept.:  Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1    Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. 851) and the

2    parties' agreement to increase the number of witnesses on the list to ten (Dkt. 884), Oracle

3    America, Inc. hereby files and serves its current list of its anticipated next trial witnesses:

4        1.      Bornstein, Dan

5        2.      Brady, Patrick

6        3.      Goldberg, Ben

7        4.      Kessler, Peter

8        5.      Lindholm, Tim

9        6.      McFadden, Andy

10       7.      Mitchell, John

11       8.      Morrill, Dan

12       9.      Poore, Noel

13       10.     Vandette, Bob

14

15   Dated: April 29, 2012                 MICHAEL A. JACOBS
                                           MARC DAVID PETERS
16                                         DANIEL P. MUINO
                                           MORRISON & FOERSTER LLP
17

18                                         By:  /s/  Daniel P. Muino

19                                             *Attorneys for Plaintiff*
                                               ORACLE AMERICA, INC.
20

21

22

23

24

25

26

27

28