United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**SPECIAL VERDICT FORM**

**YOUR ANSWER MUST BE UNANIMOUS.**

1. As to the compilable code for the 37 Java API packages in question taken as a group:

    A. Has Oracle proven that Google has infringed the overall structure, sequence and organization of copyrighted works?

    Yes _____      No _____

**(IF YOU ANSWER "NO" TO QUESTION 1A, THEN SKIP TO QUESTION NO. 2.)**

    B. Has Google proven that its use of the overall structure, sequence and organization constituted "fair use"?

    Yes _____      No _____

2.    As to the documentation for the 37 Java API packages in question taken as a group:

    A.    Has Oracle proven that Google has infringed?

        Yes _____        No _____

**(IF YOU ANSWER "NO" TO QUESTION 2A, THEN SKIP TO QUESTION NO. 3.)**

    B.    Has Google proven that its use of Oracle's Java documentation constituted "fair use"?

        Yes _____        No _____

3.    Has Oracle proven that Google's conceded use of the following was infringing, the only issue being whether such use was de minimis:

| | Yes | No |
|---|---|---|
| A. The rangeCheck method in TimSort.java and ComparableTimSort.Java | _____ | _____ |
| B. Source code in seven "Impl.java" files and the one "ACL" file | _____ | _____ |
| C. The English-language comments in CodeSourceTest.java and CollectionCertStoreParametersTest.java | _____ | _____ |

4. Answer the following special interrogatories only if you answer "yes" to Question 1A.

    A. Has Google proven that Sun and/or Oracle engaged in conduct Sun and/or Oracle knew or should have known would reasonably lead Google to believe that it would not need a license to use the structure, sequence, and organization of the copyrighted compilable code?

        Yes _____         No _____

    B. If so, has Google proven that it in fact reasonably relied on such conduct by Sun and/or Oracle in deciding to use the structure, sequence, and organization of the copyrighted compilable code without obtaining a license?

        Yes _____         No _____

Your answer will be used by the judge with issues he must decide. These interrogatories do not bear on the issues you must decide on Questions 1 to 3.

Dated:

                                      _____
                                                **FOREPERSON**