UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 27, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Ken Kuwayti
　　　　　　　　　Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
　　　　　　　　　Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland　　　　　　　Court Reporter: Debra Pas

Trial Began: April 16, 2012　　　　　　Further Trial: April 30, 2012 at 7:30 am


Trial Motions Heard:　　　　　　　　　　　　　　　　　　　Disposition

1. _____　　　_____
2. _____　　　_____
3. _____　　　_____


Other:


Time in Trial: 7 hours 20 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino<br>Fred Norton; David Boies; Dorian Daley<br>Steven Holtzman; Ken Kuwayti | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson<br>Dan Purcell; Michael Kwun<br>Bruce Baber |
|---|---|---|
| TRIAL DATE:<br>April 27, 2012 | REPORTER(S):<br>Debra Pas | CLERK:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury.  Jury instructions will be argued at 2:15 pm. Counsel can have 10 minutes to review exhibits before moving them into evidence. | |
| | | 7:37 am | | | Recess | |
| | | 7:47 am | | | Outside the presence of the jury.  Michael Jacobs advised the Court parties stipulate to admit **exhibits: 465, 466, 467, 468, 469, 470, 471, 472, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486, 487, and 488.**  Defendant objects to plaintiff's offering of exhibits 1078, 1076, 1077 and 1081.  Plaintiff will bring in a custodian of records to testify as to these exhibits. Defendant submitted impeachment clips marked as exhibits 3533, 3531, and 3532. | |
| | | 8:07 am | | | Reconvene...jury present | |
| | | | | | Direct of **Professor Owen Astrachan** | |
| | 3525 | | x | | Chart | |
| | 623.101 | | x | x | \j2se\src-\java\lang\Math.java | |
| | 47.101 | | x | x | Gingerbread:libcore\luni\src\main\java\java\lang\Math.java | |
| | 3536 | | x | | Demonstrative | |
| | | 9:16 am | | | Recess | |
| | | 9:32 am | | | Reconvene...jury present | |
| | | | | | Cross Examination by Michael Jacobs | |
| 610.2 | | | x | | Java 2 Platform Standard Edition 5.0 API | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 9:48 am |  |  | Redirect Examination |  |
|  |  | 9:51 am |  |  | Recross Examination |  |
|  |  | 9:51 am |  |  | Re Redirect |  |
|  |  | 9:52 am |  |  | Witness Excused |  |
|  |  |  |  |  | **Defendant REST** |  |
|  |  | 9:56 am |  |  | Plaintiff's Rebuttal witness by video **Aditya Agarwal** |  |
|  |  | 9:58 am |  |  | Plaintiff's Rebuttal witness **Mark Reinhold** still under oath. Direct by Michael Jacobs |  |
| 3530 |  |  | x | x | Copyright Office Registration |  |
| 3529 |  |  | x | x | Copyright Office Registration |  |
| 1076 |  |  | x | x | CD Rom of Getting Started with J2SE 5.0 |  |
|  |  | 10:08 am |  |  | Voir Dire by Bruce Babers |  |
|  | 1076 |  | x | x | CD Rom of Getting Started with J2SE 5.0 |  |
|  | 3529 |  | x | x | Copyright Office Registration |  |
|  |  | 10:11 am |  |  | Direct continued |  |
|  |  | 10:12 am |  |  | Cross Examination |  |
|  |  | 10:25 am |  |  | Court Exam |  |
|  |  |  |  |  | Redirect Examination |  |
| 1082 |  |  | x | x | License Agreement |  |
| 1083 |  |  | x | x | Java Specification Participation Agreement |  |
| 1084 |  |  | x | x | Java Specification Participation Agreement |  |
| 1085 |  |  | x | x | Java Specification Participation Agreement |  |
| 1086 |  |  | x | x | Java Specification Participation Agreement |  |
| 1087 |  |  | x | x | Java Specification Participation Agreement |  |
| 1088 |  |  | x | x | Java Specification Participation Agreement |  |
| 1089 |  |  | x | x | Java Specification Participation Agreement |  |
|  |  | 10:30 am |  |  | ReCross |  |
|  |  | 10:30 am |  |  | Witness Excused |  |
|  |  | 10:31am |  |  | Plaintiff's Rebuttal Witness **Tiki Dare** sworn-in.  Direct by Michael Jacobs |  |
| 1078 |  |  | x |  | Letter Re Request for Registration of Copyright in Computer Program |  |
| 1081 |  |  | x |  | Letter Re Request for Registration in Computer Program |  |
|  |  | 10:35 am |  |  | Voir Dire by Bruce Babers |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 10:36 am |  |  | Direct continued |  |
| 1076 |  |  | x | x | CD Rom of Getting Started with J2SE 5.0 |  |
| 1077 |  |  | x |  | Cover and Packaging |  |
|  |  | 10:38 am |  |  | Voir Dire |  |
|  |  | 10:40 am |  |  | Direct continued |  |
| 1078 |  |  | x | x | Letter Re Request for Registration of Copyright in Computer Program |  |
| 1081 |  |  | x | x | Letter Re Request for Registration in Computer Program |  |
| 1077 |  |  | x | x | Cover and Packaging |  |
|  |  | 10:44 am |  |  | Witness Excused |  |
|  |  |  |  |  | Recess |  |
|  |  |  |  |  | Outside the presence of the jury. Plaintiff raised an issue on the designation of Veneet Gupta. Exhibit 43.1 received into evidence |  |
| 43.1 |  |  | x | x | Android Platform Diagram |  |
|  |  | 10:55 am |  |  | Recess |  |
|  |  | 11:09 am |  |  | Reconvene....jury present |  |
|  |  |  |  |  | Plaintiff's Rebuttal Witness **John Mitchell** still under oath. Direct by Michael Jacobs |  |
| 610.2 |  |  | x | x | Java 2 Platform Standard Edition 5.0 Edition |  |
| 46.20 |  |  | x | x | Froyo:\dalvik\libcore\security\src\main\java\java\security |  |
|  |  | 11:27 am |  |  | Cross Examination by Bruce Babers |  |
|  | 610.2 |  | x | x | Java 2 Platform Standard Edition 5.0 Edition |  |
|  |  | 11:44 am |  |  | Witness Excused |  |
| 3215 |  |  | x | x | Google SEC Form |  |
|  |  | 11:46 am |  |  | Deposition Excerpts of Vineet Gupta read into the record |  |
|  |  | 11:48 am |  |  | Plaintiff's Rebuttal Witness **Safra Catz** sworn-in. Direct by Fred Norton. |  |
| 1074 |  |  | x | x | Email dated June 28, 2010 from Alan Eustace to Safra Catz |  |
| 2362 |  |  | x | x | Email Dated April 20, 2009 From Larry Ellison |  |
|  |  | 12:02 pm |  |  | Cross Examination |  |
|  | 1074 |  | x | x | Email dated June 28, 2010 from Alan Eustace to Safra Catz |  |
|  |  | 12:09 pm |  |  | Redirect |  |

| | | | | | |
|---|---|---|---|---|---|
| | 12:09 pm | | | Witness Excused | |
| | | | | Court advised the jury of the trial schedule for Monday. | |
| | 12:15 pm | | | Recess | |
| | 2:00 pm | | | **Charging Conference held** | |
| | 4:35 pm | | | Recess until 4/30/12 at 7:30 am | |