UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: April 30, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Ken Kuwayti
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland         Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012         Further Trial: May 1, 2012 at 8:00 am

Trial Motions Heard:                                              Disposition

1. 
2. 
3. 

Other:

Time in Trial: 5 hours 30 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Fred Norton; David Boies; Dorian Daley Steven Holtzman; Ken Kuwayti | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Michael Kwun Bruce Baber |
|---|---|---|
| TRIAL DATE: April 30, 2012 | REPORTER(S): Kathy Sullivan; Debra Pas | CLERK: Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Court and counsel discussed the final jury instructions. Defendant raised issue to remove exhibit 1041. Plaintiff submitted clips marked exhibit 1090, 1091, 1092, and 1093. Parties have agreed on a joint admitted exhibit list and deposition/trial exhibit cross reference chart to provide the jury during deliberation. | |
| | | 7:56 am | | | Reconvene...jury present | |
| | | 8:00 am | | | Preliminary Jury Instructions | |
| | | 8:10 am | | | **Plaintiff's Closing Argument by Michael Jacobs** | |
| | | 9:15 am | | | Recess | |
| | | 9:32 am | | | Reconvene...jury present | |
| | | | | | **Defendant's Closing Argument by Robert Van Nest** | |
| | | 10:51 am | | | Recess | |
| | | 11:10 am | | | Reconvene...jury present | |
| | | | | | Plaintiff's Rebuttal Closing Argument by Michael Jacobs | |
| | | 11:33 am | | | **Jury Instructions** read | |
| | | 12:12 pm | | | Recess | |
| | | | | | Jury Deliberations Began | |
| | | 1:00 pm | | | Recess until 5/1/12 at 8:00 am | |