# EXHIBIT 1

Attorneys' Eyes Only

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5     - - - - - - - - - - - - - - - - - - - - - - - -

6    ORACLE AMERICA, INC.,        )

7                   Plaintiff, )

8           vs.                  ) No. CV 10-03561

9    GOOGLE, INC.,               )

10                  Defendant. )

11    - - - - - - - - - - - - - - - - - - - - - - - -

12

13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15    Videotaped Deposition of DANIEL BORNSTEIN,

16    taken at 333 Twin Dolphin Drive, Suite 400,

17    Redwood Shores, California, commencing at

18    9:39 a.m., Monday, May 16, 2011, before

19    Ashley Soevyn, CSR No. 12019.

20

21

22

23

24

25    PAGES 1 - 239

                                          Page 1

Attorneys' Eyes Only

1      A.    There were fewer classes available to

2   applications that were specifically targeting      10:27:59

3   CLDC.

4      Q.    Were there other classes from other

5   specifications that Danger offered, like CDC, for

6   example?

7      A.    So Danger never endeavored to make a

8   CDC-compatible implementation, as far as I know.    10:28:25

9      Q.    When did Danger take a Java license from

10  Sun?

11     A.    I don't remember exactly when.  It was it    10:29:00

12  was during my time there, but I couldn't tell you

13  exactly.

14     Q.    Were you involved in any discussions with

15  Sun when you were at Danger?

16     A.    I think I had -- well, so when the work to

17  implement CLDC was underway, I had a technical      10:29:29

18  contact at Sun that I would, you know, e-mail from

19  time to time.

20     Q.    Do you recall who that was?

21     A.    I think his last name was Brown.  I don't

22  remember his first name.

23     Q.    What help would Sun give you when you were

24  working on CLDC?

25     A.    Quite frankly, not much.                    10:29:56

Page 35

Attorneys' Eyes Only

1          Q.    What help did you seek from Sun when

2     working on CLDC?

3          A.    So we ran into, like, ambiguities in the

4     specification from time to time that we were hoping

5     to resolve, for example.

6          Q.    What did Danger license from Sun?

7          A.    Honestly, I don't know.   I wasn't part of        10:30:27

8     the business negotiations.

9          Q.    Besides the trademark, did you get anything

10    from Sun from that license?

11         A.    So again, I don't know what the license

12    actually said.

13         Q.    Did you work with any of Sun's TCKs when at

14    Danger?

15         A.    Yes.

16         Q.    What work did you do with Sun's TCKs when        10:30:59

17    at Danger?

18         A.    So as part of the effort to implement CLDC,

19    there's an associated TCK, and I would run it.

20         Q.    What did the -- Sun's CLDC TCK do?   What

21    was its purpose?

22         A.    So the TCK was meant to have tests for all        10:31:30

23    of the -- all of the classes specified by the CLDC

24    spec.

25         Q.    So it tested to make sure that the Danger

Page 36

Attorneys' Eyes Only

```
1    STATE OF CALIFORNIA      ) ss:

2    COUNTY OF MARIN          )

3         I, ASHLEY SOEVYN, CSR No. 12019, do hereby

4    certify:

5         That the foregoing deposition testimony was

6    taken before me at the time and place therein set

7    forth and at which time the witness was administered

8    the oath;

9         That the testimony of the witness and all

10   objections made by counsel at the time of the

11   examination were recorded stenographically by me,

12   and were thereafter transcribed under my direction

13   and supervision, and that the foregoing pages

14   contain a full, true and accurate record of all

15   proceedings and testimony to the best of my skill

16   and ability.

17        I further certify that I am neither counsel for

18   any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21        IN THE WITNESS WHEREOF, I have transcribed my

22   name this 19th day of May, 2011.

23

24

                    ASHLEY SOEVYN, CSR 12019
25
```

Veritext National Deposition & Litigation Services
866 299-5127

# EXHIBIT 2

Highly Confidential-Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4

 5     _____

 6     ORACLE AMERICA, INC.,    )

 7              Plaintiff,       )

 8         vs.                   )  No. CV 10-03561 WHA

 9     GOOGLE, INC.,             )

10              Defendant.       )

11     _____)

12

13

14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16

17     Videotaped Deposition of BRIAN J. SWETLAND,

18     taken at 333 Twin Dolphin Drive, Suite 400,

19     Redwood Shores, California, commencing at

20     9:40 a.m., Thursday, July 7, 2011, before

21     Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25     PAGES 1 - 188
```

Page 1

Highly Confidential-Attorneys' Eyes Only

1          A.   No, I did not.   I was never really a hiring

2     manager at Danger.   I'm not even sure if I interviewed

3     him.   He might have been interviewed by some other folks.

4     At least I don't recall interviewing him.

5          Q.   Going back to Danger's discussions with Sun,        10:12:55

6     were you aware that Danger entered into a license with

7     Sun?

8          A.   My -- I -- I believe that's the case, though

9     I was not involved -- at Danger, I was never involved in

10    sort of business-level discussions so, you know, my        10:13:17

11    awareness of these things is kind of secondhand there.

12         Q.   What did Danger license from Sun?

13              MR. PAIGE:   Object to the form.

14              THE WITNESS:   Again, I don't know the details

15    of whatever the contract were.                             10:13:33

16         Q.   BY DR. PETERS:   So did you ever work with Sun

17    source code in your time at Danger?

18              MR. PAIGE:   Object to the form.

19              THE WITNESS:   I do not believe I ever came in

20    contact with Sun source code at Danger.                    10:13:46

21         Q.   BY DR. PETERS:   Was there any Sun source code

22    that was integrated into the Hiptop software?

23              MR. PAIGE:   Object to the form.

24              THE WITNESS:   To the best of my recollection,

25    post 1.0, at some point there was some licensing thing     10:14:06

Page 22

Highly Confidential-Attorneys' Eyes Only

```
 1   STATE OF CALIFORNIA      ) ss:

 2   COUNTY OF MARIN          )

 3

 4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

 5   certify:

 6              That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9              That testimony of the witness and all

10   objections made by counsel at the time of the examination

11   were recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16              I further certify that I am neither counsel

17   for any party to said action, nor am I related to any

18   party to said action, nor am I in any way interested in

19   the outcome thereof.

20              IN WITNESS WHEREOF, I have subscribed my name

21   this 12th day of July, 2011.

22

23

24

25              LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 186

# EXHIBIT 3

Highly Confidential - Attorneys' Eyes Only

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

6   ORACLE AMERICA, INC.,      )

7          Plaintiff,          )

8      vs.                     )   No. CV 10-03561 WHA

9   GOOGLE, INC.,              )

10          Defendant.         )

11    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

12

13     -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--

14

15     Videotaped Personal Capacity deposition of

16     ANDREW E. RUBIN, taken at the law offices of

17     King & Spalding LLP, 333 Twin Dolphin Drive,

18     Suite 400, Redwood Shores, California,

19     commencing at 8:39 a.m., on Wednesday,

20     July 27, 2011, before Leslie Rockwood, RPR,

21     CSR No. 3462.

22

23

24

25   PAGES 1 - 296

Page 1

Highly Confidential - Attorneys' Eyes Only

1          A.   Look, he didn't give me any information about

2    the them, the who, you know, and again, my view on these

3    things is there's all sorts of people at Google who want

4    to know what we're doing and have brilliant ideas and

5    you've seen, you know, some of those people with great          12:06:10

6    bravado, you know, challenging the strategy on email

7    strings.

8               Generally speaking, these aren't strategy

9    guys, these are engineers, individual contributors who

10   are full of innovative ideas but somehow need to be            12:06:25

11   harnessed in a way that's actually productive for the

12   company.

13         Q.   When you say -- he says "They have a plan,

14   the ability to call it Java(tm) is simply a matter of

15   passing the J2ME TCK as I understand it."                      12:06:36

16              Do you see that?

17         A.   Yes.

18         Q.   And when you write back "Ha, wish them luck.

19   Java.lang API's are copyrighted and Sun gets to say who

20   they license the TCK to and forces you to take the shared      12:06:51

21   part which tanks any clean room implementation."

22              Do you see that?

23         A.   Yes, I do.

24         Q.   So you were -- let's start with "Java.lang

25   API's are copyrighted."                                        12:07:03

                                                    Page 149

Highly Confidential - Attorneys' Eyes Only

1          What did you mean by that?

2          A.   So this is all information that I learned

3    while I was at Danger because I took license from Sun

4    while I was at Danger.  So I had knowledge of their

5    practices around offering people licenses and the          12:07:17

6    constructs they used to make sure that they have an

7    ongoing future licensing revenue opportunity.

8          Q.   And in particular, you understood that Sun

9    was relying on copyright protection for the API's,

10   correct?                                                    12:07:33

11         A.   One of -- one of Sun's arguments to me while

12   I was at Danger is that the -- they thought the Java

13   API's were copyrightable.

14         Q.   And therefore?

15         MS. ANDERSON:   Objection.  Form.                     12:07:49

16         THE WITNESS:   There was no therefore.

17         Q.   BY MR. JACOBS:   Therefore you need today take

18   a license?

19         MS. ANDERSON:   Objection.  Form.

20         THE WITNESS:   No, I don't believe that.              12:07:55

21         Q.   BY MR. JACOBS:   Was the context of the

22   argument while you were at Danger?

23         A.   I think it was a bad argument.

24         Q.   What was the context?

25         MS. ANDERSON:   Objection.  Form.                     12:08:04

Page 150

Highly Confidential - Attorneys' Eyes Only

```
 1            A.   So again, like I don't really have -- I'm not

 2      a lawyer, okay.  I didn't hit any books and I didn't

 3      learn whether these are copyrighted.

 4            I was relying to acknowledge that I learned

 5      at Danger during my negotiations with Sun where I thought     12:10:39

 6      there was a possibility or at least they inferred to me

 7      that there was a possibility that they thought these were

 8      copyrightable.

 9            Q.   And at Danger you successfully negotiated

10      with Sun and you took a Sun license, correct?                 12:10:55

11            A.   Yes.   That's correct.

12            Q.   And in the development of Android, ultimately

13      you proceeded without a Sun license, correct?

14            MS. ANDERSON:   Objection.   Form.

15            THE WITNESS:   Ultimately we got to the -- we            12:11:03

16      decided after a long period of negotiations that it was

17      clear Sun didn't want to partner with us on -- and we

18      built a clean room implementation.

19            Q.   BY MR. JACOBS:   Ultimately you proceeded in

20      the development of Android without a Sun license,             12:11:18

21      correct?

22            A.   Remember, I was always implementing clean

23      room version as a hedge, so I would reword that to say

24      ultimately I released a clean room implementation of the

25      Java programming language and a virtual machine that          12:11:34
```

                                                        Page 153

Highly Confidential - Attorneys' Eyes Only

1   STATE OF CALIFORNIA      ) ss:

2   COUNTY OF MARIN          )

3

4               I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

5   certify:

6               That the foregoing deposition testimony was

7   taken before me at the time and place therein set forth

8   and at which time the witness was administered the oath;

9               That testimony of the witness and all

10  objections made by counsel at the time of the examination

11  were recorded stenographically by me, and were thereafter

12  transcribed under my direction and supervision, and that

13  the foregoing pages contain a full, true and accurate

14  record of all proceedings and testimony to the best of my

15  skill and ability.

16              I further certify that I am neither counsel

17  for any party to said action, nor am I related to any

18  party to said action, nor am I in any way interested in

19  the outcome thereof.

20              IN WITNESS WHEREOF, I have subscribed my name

21  this 28th day of July, 2011.

22

23

24              _____

25              LESLIE ROCKWOOD, CSR. NO. 3462

Page 292