# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5
 6    ORACLE AMERICA, INC.,          )
 7           Plaintiff,              )
 8      vs.                          )   No. CV 10-03561 WHA
 9    GOOGLE, INC.,                  )
10           Defendant.              )
11    _____)
12
13
14
15       CONFIDENTIAL TESTIMONY - ATTORNEYS' EYES ONLY
16            VIDEOTAPED DEPOSITION OF JAMES KEARL
17                 MONDAY, MARCH 26, 2012
18
19
20
21
22
23
24
25    PAGES 1 - 226
```

Page 1

Confidential - Attorneys' Eyes Only

| | | |
|---|---|---|
| 1 | which of these it needs, all right?  Think of | 01:11:34 |
| 2 | this -- my analogy here, inept may it be, I don't | |
| 3 | know which of the 100 pages I want to read; I just | |
| 4 | know I want to read one.  Then I'd be willing to | |
| 5 | pay the subscription price for the right to read | 01:11:47 |
| 6 | whatever page I wanted to read. | |
| 7 |     Q    Doesn't the hypothetical negotiation in | |
| 8 | this case presuppose a negotiation over just the | |
| 9 | intellectual property in-suit? | |
| 10 |     A    I understand that is what the law | 01:12:01 |
| 11 | requires.  This opinion simply says that doesn't | |
| 12 | make a lot of sense to an economist, but -- and | |
| 13 | Judge Alsup asked for my best economic view, so | |
| 14 | here it is. | |
| 15 |     Q    So I know the answer to this question | 01:12:16 |
| 16 | already, but you've reviewed Judge Alsup's orders in | |
| 17 | this case? | |
| 18 |     A    I have. | |
| 19 |     Q    And I'm sure you've read them carefully. | |
| 20 |     A    I've read them carefully. | 01:12:25 |
| 21 |     Q    And you've reviewed the transcript of the | |
| 22 | various hearings on challenges the damage experts | |
| 23 | report in this case? | |
| 24 |     A    I have. | |
| 25 |     Q    Do you perceive any tension between your | 01:12:32 |

```
 1   opinion in Section K of your report and any of          01:12:33

 2   Judge Alsup's orders or statements --

 3           MR. COOPER:  Objection as to form.

 4           MR. NORTON:  Join.

 5           THE WITNESS:  I can imagine there will be        01:12:42

 6   some tension, yes.

 7   BY MR. PURCELL:

 8       Q   Do you intend to tell the jury that, in

 9   your opinion, no apportionment of the 2006 IP bundle

10   is appropriate as a matter of economics?                 01:12:50

11       A   I expect I'll be permitted to tell the

12   jury what Judge Alsup tells me I can tell the

13   jury, so....

14       Q   That's a very diplomatic way of putting

15   it.                                                      01:13:05

16           So moving forward just a little bit to

17   paragraph 118 of your report, there's a section on

18   "Other Copyright Damages," and it starts with a

19   section on "Disgorgement of Infringer's Profits."

20       A   Yes.                                             01:13:27

21       Q   Do you see that?

22           And then if you look on the next page,

23   Paragraph 121, you calculate Android's total profits

24   through the end of 2011 as $3.1 million, correct?

25       A   Correct.                                         01:13:42
```

```
 1   STATE OF CALIFORNIA      )
                              ) :ss
 2   COUNTY OF SAN FRANCISCO  )
 3
 4        I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6        That the foregoing proceedings were taken before me
 7   at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that the verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14        I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney of any of the parties.
17        IN WITNESS WHEREOF, I have this date subscribed my
18   name.
19
20        Dated: March 27, 2012
21
22
23                    [signature]
24              KELLI COMBS, CSR NO. 7705
25
```

Page 224