# EXHIBIT A

Highly Confidential - Attorneys' Eyes Only

```
1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5    _____

6    ORACLE AMERICA, INC.,   )

7              Plaintiff,    )

8         vs.                ) No. CV 10-03561 WHA

9    GOOGLE, INC.,           )

10             Defendant.    )

11   _____)

12

13

14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16

17       Videotaped Deposition of BOB LEE,

18       taken at 110 Fifth Street, Suite 400,

19       San Francisco, California, commencing

20       at 9:35 a.m., Wednesday, August 3, 2011,

21       before Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 82
```

                                              Page 1

Highly Confidential - Attorneys' Eyes Only

1    Q.   When did you join Google?
2    A.   2004, October.
3    Q.   And when did you join the Android team?
4    A.   I don't remember the exact time. I was
5 pretty early on in the project. I think there were like
6 12 people on the project or something like that. It was
7 after the acquisition, obviously.
8    Q.   You mentioned you were the core library lead.
9 What are the core libraries for Android?
10    A.   So the core libraries are the lower level
11 libraries. Maybe it's easier to talk about what they're
12 not. They're not the Android framework libraries, which
13 are kind of like how you implement applications, and
14 they're not the UI libraries.
15         What they are are kind of like all the core
16 functionalities. There's the Java interoperability
17 libraries, and then there's other additional libraries
18 like the networking libraries and things like that.
19    Q.   Mr. Lee, have you ever been deposed before?
20    A.   No.
21    Q.   You understand that you're under -- you've
22 taken an oath to tell the truth today?
23    A.   I do.
24    Q.   And you understand that although we're in
25 this informal setting of a conference room, your

Page 6

1 testimony today is as if you were in a courtroom in front
2 of a judge and jury?
3    A.   Correct.
4    Q.   Is there any reason you can't testify to --
5 competently to facts? Any health issues, medications,
6 intoxicants, anything of the like?
7    A.   Nope.
8    Q.   I'll ask you if you don't understand a
9 question that I ask, if you let me know, and I'll try to
10 rephrase it.
11         Can you do that?
12    A.   I will.
13    Q.   When you first joined the Android team, who
14 did you work for?
15    A.   I think I reported to Steve Horowitz. He was
16 the director of the team at the time. I actually started
17 out working on the framework libraries.
18    Q.   When did you start working on the core
19 libraries?
20    A.   It was probably a couple months afterwards.
21    Q.   What were your responsibilities -- I'm going
22 to start over.
23         When did you become core library head for
24 Android?
25    A.   Well, from the beginning. Well, when I

Page 7

1 switched to the core library team, for most of the time,
2 I was the core library team. So I led myself.
3    Q.   So you were a --
4    A.   Up until --
5    Q.   -- team of one?
6    A.   -- up until, yeah, about, probably I guess
7 around -- let me think here. Late 2008, early 2009, then
8 I started adding a few more people to the team.
9    Q.   In that time in 2007, who worked on the core
10 libraries besides yourself?
11    A.   There was -- so Dan Bornstein, who was the
12 Dalvik lead, and he actually was responsible for most of
13 them before I took them over. There was one other guy
14 that worked on it shortly before me. I actually forget
15 his name. He didn't work on them for very long. And we
16 also had an outside contractor named Noser that helped
17 out.
18    Q.   What did Noser do for the Android core
19 libraries?
20    A.   Oh, various things. Implemented various
21 parts of it, like, for example, we had to reimplement the
22 SSL libraries. We built them on top of OpenSSL. I
23 think, if I recall, it was mostly for performance, and
24 they did most of that.
25         They implemented a lot of tests to cover the

Page 8

1 missing parts, and they wrote a lot of the documentation,
2 actually pretty much almost all of it.
3    Q.   Besides the SSL libraries, what other -- what
4 other packages did Noser work on?
5    A.   Oh, I don't really -- I don't really
6 remember. I mean, it was just various -- various
7 different ones. They were effectively part of the team.
8    Q.   When you say Noser was effectively part of
9 the team, what do you mean?
10    A.   Well, they -- I mean, they did similar work
11 to what I was doing, which is really dependent on what
12 needed to be done. For a large part of the time, I
13 actually had -- they had one person -- one or two people
14 on site that we worked closely with, and those people
15 were kind of -- they actually did a lot of the work, but
16 they also had a team back in Germany that did some of the
17 more real work.
18    Q.   When you say that Noser had one or two people
19 on site, do you mean Google's Mountain View campus?
20    A.   Correct.
21    Q.   I'll ask you to take a look at what's
22 previously been marked as Exhibit 204.
23    A.   Okay.
24    Q.   Could you take a look at Exhibit 204 and tell
25 me what it is?

Page 9

3 (Pages 6 - 9)

Highly Confidential - Attorneys' Eyes Only

1 There are several other ones, but I don't
2 know how much detail you want me to go into.
3 Q. Would you say that designing APIs is a
4 creative activity?
5 MR. PURCELL: Object to the form.
6 THE WITNESS: Yes, absolutely.
7 Q. BY MR. PETERS: When you are referring to
8 reimplementing them, are you referring to the work that
9 you did with Noser to implement core libraries according
10 to Java APIs?
11 A. I am.
12 Q. If I can ask you to turn to the second page
13 of your self-evaluation.
14 A. Yes.
15 Q. In the fourth paragraph there, you have a
16 description that begins: "Most recently I set my sights
17 on our class preloading code."
18 Do you see that?
19 A. Yes.
20 Q. All right. With your work on the class
21 preloading code, was it the case before your work that
22 the list of classes that would be preloaded by Android
23 would be manually managed?
24 A. Yes, that was the case.
25 Q. And you wrote that you added hooks to Dalvik

Page 14

1 so we can record class load and initialization times.
2 Can you describe generally what that work
3 involved?
4 A. Yes. So I mean, basically as you would
5 execute apps, it would performance profile class loading,
6 and it would like time both the loading of a class, which
7 just means really like loading an executable code. And
8 it would also independently measure the initialization
9 time of the class. So when you initialize a class, it
10 runs some kind of code.
11 And then it would -- so it would record that
12 information, and then I wrote another tool that would --
13 I mean, this was quite a bit of information. It would
14 mine all of this information that was gathered from
15 running popular apps -- and there's dozens of apps -- and
16 it would mine that information and prioritize and figure
17 out which were the most important classes to preload and
18 have like hot and ready to go into memory. So classes
19 that were already loaded whenever an app started.
20 Q. So the ultimate output of your tool would be
21 a list of classes and -- that should be preloaded and the
22 order in which they should be preloaded?
23 A. Correct.
24 MR. PURCELL: Object to the form.
25 Q. BY MR. PETERS: And your tool calculated the

Page 15

1 list of classes to preload and the order in which to
2 preload them based on data collected from running Dalvik
3 machine; is that right?
4 MR. PURCELL: Object to the form.
5 THE WITNESS: What was the question again?
6 Q. BY MR. PETERS: Yes. Your tool calculated
7 the list of classes to preload and the order in which to
8 preload them based on data collected from a running
9 Dalvik virtual machine; is that right?
10 MR. PURCELL: Same objection.
11 THE WITNESS: Yes.
12 Q. BY MR. PETERS: Now, skipping to the third
13 page of your self-evaluation, there's a section that
14 begins "JCP EC."
15 A. Yes.
16 Q. And you wrote that you represent Google on
17 the JCP executive committee as an alternate to Josh
18 Bloch.
19 When did you begin representing Google on the
20 JCP executive committee?
21 A. I don't recall the exact date. It was
22 probably around the end of 2005, if I had to guess.
23 Q. Are you on the JCP executive committee today?
24 A. No, I am not.
25 Q. When did you leave the executive committee?

Page 16

1 A. When I left Google.
2 Q. That was towards the end of 2010?
3 A. The beginning.
4 Q. The beginning.
5 What were your general responsibilities as a
6 member of the executive committee representing Google?
7 A. There weren't a lot. You would attend
8 meetings, and those meetings would be about how the Java
9 Community Process is run and various issues in the
10 community process.
11 Q. How often did you attend JCP executive
12 committee meetings?
13 A. I don't remember the exact frequency. It was
14 a couple times per year, was the in-person meetings, and
15 then they had conference calls a couple times per year.
16 I think it was two times per year that there were
17 meetings, and there was like one in Europe and one in the
18 U.S.
19 Q. Was it ordinarily you who attended those
20 meetings on behalf of Google or Josh Bloch or both of --
21 A. It was both of us.
22 Q. Were you familiar with the dispute between
23 Sun and Apache that arose between 2005 and 2010?
24 A. I don't remember the exact date that it
25 started, but yes, I was very familiar with it.

Page 17

5 (Pages 14 - 17)

1      Q.   Did you consult the Java docs when doing your
2   work on the API implementations for Android?
3      A.   Yes.
4      Q.   Okay.  And where did you obtain those Java
5   docs?
6      A.   They're posted for free on Sun's website.
7      Q.   Okay.  So you consulted Sun's website for the
8   API specifications when doing the work for Google?
9      A.   Yes.
10      Q.   Who else did?
11      A.   I'm not sure.
12      Q.   Did the Noser team consult Sun's
13   specification?
14          MR. PURCELL:  Object to the form.
15          THE WITNESS:  I would -- I don't have any
16   specific knowledge of it, but I would assume so.
17      Q.   BY MR. PETERS:  Did you observe any copyright
18   notices on the specifications?
19      A.   Yes.
20      Q.   And what did the copyright notices on Sun's
21   API specifications say?
22      A.   I didn't -- I don't recall.
23      Q.   Did you consult with an attorney about
24   implementing Sun's Java APIs?
25          MR. PURCELL:  You can answer that question

1   "yes" or "no".
2          THE WITNESS:  No.
3      Q.   BY MR. PETERS:  Why not?
4      A.   I didn't see a need to.  I mean, it wasn't
5   copying the Java docs.
6      Q.   Before the first commercial release of
7   Android in a mobile device, do you know if anyone at
8   Google consulted with an attorney regarding the Java API
9   implementations in Android?
10      A.   I don't have knowledge of that.
11      Q.   Do you know if anyone at Google investigated
12   Sun's patent portfolio before the first commercial
13   release of Android in a mobile device?
14      A.   No.
15      Q.   Did you have discussions on the Android team
16   about Sun's intellectual property rights?
17      A.   No.
18      Q.   Earlier today you mentioned that
19   Dan Bornstein had been working on the Java API
20   implementations before you joined up.
21      A.   Correct.
22      Q.   What resources did Mr. Bornstein do in his
23   work on the Java API implementations?
24          MR. PURCELL:  Object to the form.
25          THE WITNESS:  Actually, I do want to go back

1   in -- to your previous question.  I mean, you mentioned
2   intellectual property.  So obviously the trademark is
3   intellectual property.  I knew that -- yeah, I did
4   discuss getting that Java stamp of approval.
5      Q.   BY MR. PETERS:  So those were discussions
6   about not being able to call things Java, because they
7   had not passed the TCKs; is that right?
8      A.   Correct.  Yeah.
9      Q.   What resources did Mr. Bornstein use in his
10   work on implementing the Java API specifications?
11          MR. PURCELL:  Object to the form.
12          THE WITNESS:  I'm not sure.
13      Q.   BY MR. PETERS:  Did Mr. Bornstein consult
14   Javadoc, to your knowledge?
15          MR. PURCELL:  Object to the form.
16          THE WITNESS:  I'm not sure.
17      Q.   BY MR. PETERS:  You had -- turn back to
18   Apache and Apache Harmony for a minute.
19      A.   To what?  I'm sorry.
20      Q.   To Apache Harmony.  Not any specific
21   document.
22      A.   Oh, okay.
23      Q.   But you had mentioned that Sun was putting on
24   a field of use -- trying to put on field of use
25   restrictions onto Apache that would prevent the use of

1   Harmony in a mobile device; is that right?
2      A.   Uh-huh.  Yes.
3      Q.   But Google took Harmony to use in a mobile
4   device; isn't that right?
5      A.   Yes.  This other stuff came out quite a bit
6   after, though, to my knowledge.
7          Like, for example, Android used Harmony, and
8   then I don't really recall being exposed to the actual
9   issues with Harmony until sometime later.
10      Q.   Android wasn't released as an -- as a mobile
11   device, a commercial product, until 2008; isn't that
12   right?
13      A.   I don't remember the exact date.  That sounds
14   about right.
15      Q.   But -- so if I understand you correctly,
16   Google started using Harmony code before their dispute
17   between Apache and Sun --
18      A.   Oh, long before.  Yeah.
19      Q.   When did Google start using Harmony code?
20      A.   I don't remember exactly.  I can tell you it
21   was before, like, open JDK and all that stuff was even
22   announced.
23      Q.   Was it, I guess, one of the things that Noser
24   did was to take Harmony code and adapt it for Android?
25      A.   Yes.

Highly Confidential - Attorneys' Eyes Only

```
 1            I declare under the penalty of perjury

 2    under the laws of the State of California that the

 3    foregoing is true and correct.

 4            Executed on _September 7th_____, 2011,

 5    at _____, _____.

 6

 7

 8                    _____

 9

10                    SIGNATURE OF THE WITNESS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  78

1   STATE OF CALIFORNIA    ) ss:

2   COUNTY OF MARIN         )

3

4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

5   certify:

6              That the foregoing deposition testimony was

7   taken before me at the time and place therein set forth

8   and at which time the witness was administered the oath;

9              That testimony of the witness and all

10  objections made by counsel at the time of the examination

11  were recorded stenographically by me, and were thereafter

12  transcribed under my direction and supervision, and that

13  the foregoing pages contain a full, true and accurate

14  record of all proceedings and testimony to the best of my

15  skill and ability.

16             I further certify that I am neither counsel

17  for any party to said action, nor am I related to any

18  party to said action, nor am I in any way interested in

19  the outcome thereof.

20             IN WITNESS WHEREOF, I have subscribed my name

21  this 4th day of August, 2011.

22

23

24

                LESLIE ROCKWOOD, CSR. NO. 3462

25

                                              Page 79

# EXHIBIT D

Highly Confidential - Attorneys' Eyes Only

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                      SAN FRANCISCO DIVISION

4

5      ---------------------------

6      ORACLE AMERICA, INC.,        )

7               Plaintiff,          )

8         vs.                       )   No. CV 10-03561 WHA

9      GOOGLE, INC.,                )

10              Defendant.          )

11     ---------------------------

12

13         -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--

14

15         Videotaped Personal Capacity deposition of

16         ANDREW E. RUBIN, taken at the law offices of

17         King & Spalding LLP, 333 Twin Dolphin Drive,

18         Suite 400, Redwood Shores, California,

19         commencing at 8:39 a.m., on Wednesday,

20         July 27, 2011, before Leslie Rockwood, RPR,

21         CSR No. 3462.

22

23

24

25     PAGES 1 - 296

                                                    Page 1

Highly Confidential - Attorneys' Eyes Only

1    So I'm assuming Steve's using JVM in the
2  generic sense to refer to either the contemplated
3  partnership that we're negotiating with Sun or our
4  internal clean room implementation. I don't know which
5  he's referring to. It's hard for me to -- it's hard for
6  me to read into that.
7    Q. But is it your testimony as of March 23,
8  2006, you had a -- what you regarded as a viable fallback
9  strategy such that the Sun JVM was in fact not core to
10  your platform architecture and strategy?
11    MS. ANDERSON: Objection. Form.
12    THE WITNESS: I believed that I was
13  developing a viable fallback strategy in case we weren't
14  able to reach partnership conclusion with Sun.
15    Q. BY MR. JACOBS: And you believed that at the
16  time?
17    A. Yes.
18    (Exhibit PX314 was marked for
19    identification.)
20    Q. BY MR. JACOBS: I'd like you to take a look
21  at an email string between you and Greg Stein around
22  March 24, 2006?
23    A. Yes.
24    Q. So who was Greg Stein?
25    A. I don't know. I believe he's somebody that
Page 146

1  reported to Chris DiBona in the Open Source product team.
2  Again, that's the team of evangelists that go off and
3  evangelize Open Source to the community.
4    Q. So he starts out "Andy, Chris DiBona said
5  you're the right person to talk to about our J2ME plans
6  with Sun. I've recently become aware of a similar effort
7  to create an Open Source J2ME. The problem that I have
8  right now is that I can't tell Google about that and I
9  can't tell them about -- and I can't tell them about our
10  effort. IOW."
11    Do you know what IOW is?
12    A. I have no idea.
13    Q. -- "IOW, without violating confidentiality
14  somewhere, there's no way for me to make the two parties
15  aware of each other's efforts. I've asked them if I can
16  at least mention a small amount to Google. Waiting on
17  that reply. Is there any hint or small amount of info
18  that I can give them so that we can open the door more?"
19    Do you see that?
20    A. Yep.
21    Q. So we get the problem. He's got information
22  on both sides that he can't share with the other about
23  some plans to Open Source J2ME, right?
24    MS. ANDERSON: Objection. Form.
25    THE WITNESS: Yes.
Page 147

1    Q. BY MR. JACOBS: And so he's asking you if you
2  can -- if you can give little information about your
3  perhaps to the other side and so that he can create a
4  channel of communication, correct?
5    MS. ANDERSON: Objection. Form.
6    THE WITNESS: Well, I think it's a little
7  deeper than that. Chris DiBona said I'm the right person
8  to talk to about our plans because I'm not sure Greg knew
9  what our plans were. These are two teams at Google.
10  Greg's not an engineer on the Android engineering team.
11  So I think he somehow was representing an opportunity to
12  talk to somebody, "them," in his sentence, and he needed
13  more information about what we were doing and he's coming
14  to me to get more information.
15    He was coming to me both to get approval to
16  talk to somebody that I don't know who they were and more
17  information about what I was doing and I responded with a
18  two-sentence response giving him no more information.
19    Q. BY MR. JACOBS: In which --
20    A. In my typical, you know, New York style.
21    Q. Okay. So you say "I don't see how you can
22  open Java without Sun since they owned the brand and I'd
23  be happy to talk."
24    So you're really saying you're pretty
25  skeptical about this other plan; right?
Page 148

1    A. Look, he didn't give me any information about
2  the them, the who, you know, and again, my view on these
3  things is there's all sorts of people at Google who want
4  to know what we're doing and have brilliant ideas and
5  you've seen, you know, some of those people with great
6  bravado, you know, challenging the strategy on email
7  strings.
8    Generally speaking, these aren't strategy
9  guys, these are engineers, individual contributors who
10  are full of innovative ideas but somehow need to be
11  harnessed in a way that's actually productive for the
12  company.
13    Q. When you say -- he says "They have a plan,
14  the ability to call it Java(tm) is simply a matter of
15  passing the J2ME TCK as I understand it."
16    Do you see that?
17    A. Yes.
18    Q. And when you write back "Ha, wish them luck.
19  Java.lang API's are copyrighted and Sun gets to say who
20  they license the TCK to and forces you to take the shared
21  part which tanks any clean room implementation."
22    Do you see that?
23    A. Yes, I do.
24    Q. So you were -- let's start with "Java.lang
25  API's are copyrighted."
Page 149

38 (Pages 146 - 149)

Highly Confidential - Attorneys' Eyes Only

1    What did you mean by that?
2    A. So this is all information that I learned
3  while I was at Danger because I took license from Sun
4  while I was at Danger. So I had knowledge of their
5  practices around offering people licenses and the
6  constructs they used to make sure that they have an
7  ongoing future licensing revenue opportunity.
8    Q. And in particular, you understood that Sun
9  was relying on copyright protection for the API's,
10 correct?
11   A. One of -- one of Sun's arguments to me while
12 I was at Danger is that the -- they thought the Java
13 API's were copyrightable.
14   Q. And therefore?
15   MS. ANDERSON: Objection. Form.
16   THE WITNESS: There was no therefore.
17   Q. BY MR. JACOBS: Therefore you need today take
18 a license?
19   MS. ANDERSON: Objection. Form.
20   THE WITNESS: No, I don't believe that.
21   Q. BY MR. JACOBS: Was the context of the
22 argument while you were at Danger?
23   A. I think it was a bad argument.
24   Q. What was the context?
25   MS. ANDERSON: Objection. Form.

Page 150

1  Android?
2    MS. ANDERSON: Objection. Form.
3    THE WITNESS: No, the issue never really came
4  up. Nobody, nobody threatened me in any way around
5  copyrighting API's during the, you know, the four years
6  of negotiations with Sun. Didn't even come up.
7    Q. BY MR. JACOBS: And did you on your own think
8  of that as an issue as you were making development
9  decisions with respect to Android?
10   MS. ANDERSON: Objection. Form.
11   THE WITNESS: Again, I thought it was
12 non-issue. So it didn't even enter my mind that somebody
13 would actually try to apply that to my work.
14   Q. BY MR. JACOBS: While you were at Danger had
15 heard from Sun that they -- that Sun had -- you used the
16 word here "copyrighted," the Java language API's, so you
17 were aware of that. You put it in an email around -- in
18 an email string that has at least tangential relationship
19 to Android; right?
20   MS. ANDERSON: Objection. Form.
21   THE WITNESS: Well, so first of all, I don't
22 know if Sun Java API's are copyrightable, are they?
23   Q. BY MR. JACOBS: Well, you wrote -- I just
24 want to know what you had in mind when you wrote this
25 email.

Page 152

1    THE WITNESS: I don't recall the exact
2  contents of the article. I don't think it was used as a
3  threat, if that's what you're referring to.
4    Q. BY MR. JACOBS: And did you at some point
5  form an opinion that this argument was weak?
6    A. Around copyright?
7    Q. Yes.
8    A. Well, I didn't think -- I don't think that,
9  in general, I don't care whose API's. I don't believe
10 that API's are copyrightable.
11   Q. And where -- when did you form that judgment?
12   MS. ANDERSON: Objection. Caution the
13 witness to the extent responding would cause you to
14 reveal communications with counsel, I instruct you not to
15 answer on the grounds of attorney-client privilege.
16   THE WITNESS: Yeah. Generally speaking, it's
17 of my opinion and this, again, I'm talking about my
18 personal opinion as a computer scientist, that these
19 API's and API's in general are documented. Sometimes
20 books are written about API's. Sometimes there have been
21 legal cases about whether API's are copyrightable and
22 based on just industry knowledge, I didn't have a belief
23 personally that API's were copyrightable.
24   Q. BY MR. JACOBS: Did you rely on that belief
25 in ultimately pursuing your course of development on

Page 151

1    A. So again, like I don't really have -- I'm not
2  a lawyer, okay. I didn't hit any books and I didn't
3  learn whether these are copyrighted.
4    I was relying to acknowledge that I learned
5  at Danger during my negotiations with Sun where I thought
6  there was a possibility or at least they inferred to me
7  that there was a possibility that they thought these were
8  copyrightable.
9    Q. And at Danger you successfully negotiated
10 with Sun and you took a Sun license, correct?
11   A. Yes. That's correct.
12   Q. And in the development of Android, ultimately
13 you proceeded without a Sun license, correct?
14   MS. ANDERSON: Objection. Form.
15   THE WITNESS: Ultimately we got to the -- we
16 decided after a long period of negotiations that it was
17 clear Sun didn't want to partner with us on -- and we
18 built a clean room implementation.
19   Q. BY MR. JACOBS: Ultimately you proceeded in
20 the development of Android without a Sun license,
21 correct?
22   A. Remember, I was always implementing clean
23 room version as a hedge, so I would reword that to say
24 ultimately I released a clean room implementation of the
25 Java programming language and a virtual machine that

Page 153

39 (Pages 150 - 153)

Highly Confidential - Attorneys' Eyes Only

1          I declare under the penalty of perjury

2    under the laws of the State of California that the

3    foregoing is true and correct.

4          Executed on ___August 31___ , 2011,

5    at ___Mountain View___ , ___CA___ .

6

7

8

9

10

11          _____

12          SIGNATURE OF THE WITNESS

13

14

15

16

17

18

19

20

21

22

23

24

25

          Page 291

```
 1   STATE OF CALIFORNIA    ) ss:

 2   COUNTY OF MARIN        )

 3

 4            I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

 5   certify:

 6            That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9            That testimony of the witness and all

10   objections made by counsel at the time of the examination

11   were recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16            I further certify that I am neither counsel

17   for any party to said action, nor am I related to any

18   party to said action, nor am I in any way interested in

19   the outcome thereof.

20            IN WITNESS WHEREOF, I have subscribed my name

21   this 28th day of July, 2011.

22

23

24

25            LESLIE ROCKWOOD, CSR. NO. 3462


                                            Page 292
```

# EXHIBIT E

| From: | Bill Coughran. | | Sent:2/10/2006 6:30 PM. |
|---|---|---|---|
| To: [ - ] | lindholm@google.com. | | |
| Cc: [ - ] | arubin@google.com. | | |
| Bcc: [ - ] | . | | |
| Subject: | Re: Travel for Android requested. | | |

OK

--------------------------
Sent from my BlackBerry Wireless Device


-----Original Message-----
From: Tim Lindholm <lindholm@google.com>
To: Bill Coughran <wmc@google.com>
CC: Andy Rubin <arubin@google.com>
Sent: Fri Feb 10 18:17:29 2006
Subject: Travel for Android requested

Hi Bill,

As you might vaguely be aware, I have been helping Andy Rubin with some
issues associated with his Android platform. This has mostly taken the
form of helping negotiate with my old team at Sun for a critical license.

Andy had also asked Frank Yellin and I to get involved in the evaluation of
a Java acceleration architecture (silicon and surrounding software) done by
TI. This work has been going on for years. TI is now trying to figure
out whether it has value and, if so, how to bring it to market. They would
really like to team up with Google/Android, and preferably Sun, to go out
in future Google Android handsets. TI has already come in and proposed
their architecture to the Android group. I crashed that meeting, and all
agreed it sounds promising, but Andy doesn't think his team has the right
background to evaluate the work more fully.

This has now led to a request from TI for Frank and I to do a two-day deep
dive into the architecture with TI's engineers. The proposal is to do it
at their place because that's where all their engineers are, and their place
is in France.

The proposed date is the end of the month, and Frank has got an OK from
his management already. Would you be supportive of me doing this? It
would have to be a quick trip given the other things going on.

Thanks,

-- Tim

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 140**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00018836

# EXHIBIT F

Highly Confidential - Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5    --------------------------

 6    ORACLE AMERICA, INC.,      )

 7                    Plaintiff, )

 8            vs.                ) No. CV 10-03561

 9    GOOGLE, INC.,              )

10                    Defendant. )

11    --------------------------

12

13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15       Videotaped Deposition of TIM LINDHOLM, taken

16       at 333 Twin Dolphin Drive, Redwood Shores,

17       California, commencing at 9:56 a.m., Wednesday,

18       September 7, 2011, before Ashley Soevyn,

19       CSR No. 12019.

20

21

22

23

24

25    PAGES 1 - 115
```

Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only

1 has a personal counsel as well.
2       THE WITNESS:  Should I repeat that?
3       MR. NORTON:  I would like the witness to
4 answer the questions.
5       THE WITNESS:  Okay, yes, Ms. Anderson is
6 my -- is my -- is counsel for Google, and Michael is
7 my personal lawyer.
8       MR. NORTON:  Thank you.
9    Q.   And is Google paying for your personal
10 lawyer?
11       MS. ANDERSON:  Objection to the extent
12 responding to this question would require you to
13 reveal information you only know through
14 communications with counsel, I instruct you not to
15 answer on the grounds of privilege.  Otherwise, you
16 may answer.
17       THE WITNESS:  I only know anything about
18 that through communication with my attorneys.
19       MR. NORTON:  I don't think that's a proper
20 instruction objection, and I'm not going to take up
21 limited time with that today.
22    Q.   Mr. Lindholm, you began working at Sun
23 Microsystems in March 2004; is that right?
24    A.   March 200- at Sun Microsystems?  No, I
25 think it was 1994.

Page 6

1    Q.   I beg your pardon, 1994.  Thank you.
2    A.   And March sounds approximately correct.  It
3 was a long time ago, but I'm not sure that I'm
4 accurate about that.
5    Q.   But the year was 1994; is that right?
6    A.   I think that's correct.
7    Q.   And you continued to work at Sun until what
8 year?
9    A.   I believe I went from Sun to Google in
10 2005.
11    Q.   Around July of 2005; is that correct?
12    A.   That's my recollection yes.
13    Q.   And during the time that you were at Sun,
14 did you work on Java?
15       MS. ANDERSON:  Objection, form.
16       MR. LISI:  Join.
17       THE WITNESS:  During the time I was --
18 well, so Java consisted of many things.  There were
19 parts of Java -- parts of the Java technologies that
20 I did work on during that time.  I did not work on
21 all aspects of Java, just selected ones.
22 BY MR. NORTON:
23    Q.   Can you briefly summarize for me the
24 aspects of Java on which you worked during ten years
25 you were employed at Sun Microsystems?

Page 7

1       MS. ANDERSON:  Objection, form.
2       THE WITNESS:  It's a fairly long list.  But
3 to start with, I initially worked on -- in the
4 original Java team, which was involving the original
5 creation of the Java platform.  I continued working
6 on that for a number of years, and then at some
7 point, switched over as Java -- as the Java plat-
8 --the original technology was broken up into various
9 subplatforms that are today known as the editions,
10 typically.  I began to work more on the edition
11 being used for mobile and embedded software.
12 BY MR. NORTON:
13    Q.   And is there a name for the edition for
14 mobile embedded software?
15    A.   Yes, typically, Sun would have -- Sun and
16 Oracle and the public would know this as Java Micro
17 Edition.
18    Q.   It was called Java ME, or Java 2 ME?
19    A.   Yeah, it's gone through various -- it went
20 through various abbreviations over time and the "2"
21 was eventually removed.  So I think today, as far as
22 I know, it's Java -- or JME.
23    Q.   One of the aspects of Java that you worked
24 on was the Java Virtual Machine; is that correct?
25    A.   That's correct.

Page 8

1    Q.   What is the Java Virtual Machine?
2       MS. ANDERSON:  Objection, form.
3       THE WITNESS:  Well, so, first off, it's a
4 virtual machine, you wouldn't be surprised by.  It's
5 the virtual machine that was used by Sun to run the
6 Java programming language on.  I'm not sure how
7 deeply you would like me to go into this.
8 BY MR. NORTON:
9    Q.   Well, can you describe for me, in brief
10 form, in two sentences, what, in essence, does the
11 Java Virtual Machine do?
12       MS. ANDERSON:  Objection, form.
13       THE WITNESS:  Well, I would rather say     I
14 would rather start with saying what a virtual
15 machine does.
16 BY MR. NORTON:
17    Q.   That's fine.  Why don't you do that
18 first?
19    A.   Okay.  A virtual machine is    is a general
20 concept in computer science in many virtual machines
21 that existed over time.  It's typically   I don't
22 know if there is a crisp, formal definition that
23 people in the field would uniformly agree is the
24 valid one, but in a general sense, a virtual machine
25 is typically described as an abstract computing

Page 9

3 (Pages 6 - 9)

Highly Confidential - Attorneys' Eyes Only

1 machine that will typically include some sort of
2 instruction set that is intended to be -- well, is
3 typically implemented as a software program.
4        This is -- I'm meaning to draw the
5 distinction with a concrete machine, a concrete
6 processor, such as, say, an Intel chip.  An Intel
7 central processing unit chip will, itself, have a
8 set of instructions, but those instructions and the
9 other aspects of the design of that chip are
10 intended to be -- are typically intended to be
11 implemented in silicon --
12        THE REPORTER:  In what?
13        THE WITNESS:  In silicon as hardware.
14        So a lot of -- there is a bit of a gray
15 area here in that it would be perfectly reasonable
16 for me to do a software implementation of an Intel
17 instruction set and to emulate the Intel instruction
18 set.  In fact, various -- various companies have
19 done that sort of thing is my general understanding.
20        For instance, when Apple transitioned from
21 the Power PC platform to the Intel platform, I think
22 that they did an emulator for the Power PC platform
23 so that people who had old applications that were
24 compiled to the Power PC, could be run on the now
25 Intel-based, new Macintoshes.

Page 10

1        So to get back to the start, a virtual
2 machine is an abstract machine typically meant to be
3 implemented in software versus in silicon or
4 hardware, like a processing processor specification
5 that is in silicon.
6 BY MR. NORTON:
7    Q.  And you wanted to describe a virtual
8 machine generally, and then my question to you
9 previously had been could you tell me in two
10 sentences what a Java Virtual Machine is?
11        MS. ANDERSON:  Objection, form.
12        THE WITNESS:  Well, so -- the -- there have
13 been a number of -- there have been a number
14 versions of the Java Virtual Machine over time.  But
15 generally speaking, a Java Virtual Machine refers to
16 a particular virtual machine architecture that was
17 specified by Sun and implemented -- has been
18 implemented by Sun and by others.  But it's a
19 particular virtual machine design that has
20 particular features and particular properties.
21 BY MR. NORTON:
22    Q.  And were you one of the contributors to the
23 original Java Virtual Machine?
24        MS. ANDERSON:  Objection, form.
25        MR. LISI:  Join.

Page 11

1        THE WITNESS:  When I joined Sun in 1994,
2 Java didn't exist.  There was no language by -- no
3 language, no virtual machine named J-a-v-a, or JVM.
4 The -- as is become public now, at that time -- at
5 that time Sun was working on a language that's
6 called Oak, and Oak had a virtual machine.
7        Over time, beginning shortly after I
8 joined, things happened in the project that had led
9 to the creation of Oak such that -- such that the
10 Oak project was basically canceled.  But some of the
11 technology that was developed in the context of Oak
12 was repurposed for the World Wide Web and was
13 renamed Java.
14        So the Oak virtual machine, which predated
15 my presence at Sun, contained a large portion or
16 probably, arguably the majority of the Java Virtual
17 Machine design.  But over the next series of
18 years -- and actually, continuing to the current
19 day, the Java Virtual Machine had continued to
20 evolve over time.  But in particular, during the
21 time not long after I joined Sun, the Java Virtual
22 Machine was firmed up, fleshed out --
23    Q.  Mr. Lindholm, I don't like to interrupt the
24 witness, but -- and I appreciate your -- you're
25 extremely knowledgeable about this, but I would like

Page 12

1 to focus on my questions particularly --
2    A.  Okay.
3    Q.  -- since we do have a very limited amount
4 of time.
5    A.  Okay, I'm sorry.
6    Q.  And my question was just a "yes" or "no"
7 for now --
8    A.  Okay.
9    Q.  -- which was, were you a contributor for
10 the original Java machine -- Virtual Machine, I
11 should say?
12        MS. ANDERSON:  Objection, form.
13        MR. LISI:  Join.
14        THE WITNESS:  Well, so I can't give a crisp
15 "yes" or "no" in the context of what I was saying.
16 I was a contributor to the early, not the earliest,
17 but in the early days of Java, and the early Java
18 being brought to the public eye, I was a contributor
19 at that point.
20 BY MR. NORTON:
21    Q.  And you are the coauthor of the book, "The
22 Java Virtual Machine Specifications"; is that
23 correct?
24    A.  That's correct.
25    Q.  And what is the purpose for which the Java

Page 13

Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only

1  Virtual Machine specification is used?
2      MS. ANDERSON:  Objection, form.
3      MR. LISI:  Join.
4      THE WITNESS:  Well, it's used for a number
5  of purposes.  It    it was intended to be    it was
6  intended to be the definitive statement of what the
7  Java Virtual Machine    definitive statement of the
8  Java Virtual Machine.  It was also used by people
9  who wanted to implement Java Virtual Machines or who
10  wanted to    certainly, in the early days, people
11  were just very interested in Java technology.  And a
12  lot of people wanted to read the virtual machine
13  specification just to understand how Java technology
14  worked.  So it had quite a number of intents, and
15  I'm sure people use it for other purposes, too.
16      Q.   Your coauthor on the Java Virtual Machine
17  Specification was Frank Yellin; is that correct?
18      A.   That's correct.
19      Q.   And Mr. Yellin is also employed by Google;
20  is that correct?
21      A.   As far as I know, he was when I last talked
22  to him.
23      Q.   You were a key contributor to the Java
24  programming language, correct?
25      MS. ANDERSON:  Objection, form.

Page 14

1      MR. NORTON:  Let's mark our first exhibit
2  of the day, which will be Plaintiff's Exhibit 524.
3  I will hand that to you, Mr. Lindholm.  I have
4  copies for counsel.
5      (Exhibit 524 marked for identification.)
6      MS. ANDERSON:  Thank you.
7  BY MR. NORTON:
8      Q.   Mr. Lindholm, have you ever seen that
9  before?
10      A.   Yes, I have.
11      Q.   Is that a website biography of you?
12      A.   I believe that it is.
13      Q.   Did you write it?
14      A.   I think that originally I did not write it.
15  I might have commented on it, but -- well, I do not
16  believe I originally wrote it.
17      Q.   But you did comment on it?
18      A.   I had seen it, yes.
19      Q.   Did you see it before it was published,
20  that is, posted on the Internet?
21      A.   I don't remember.  This was -- this was
22  originally written quite some time ago.
23      Q.   And have you seen it on the Internet?
24      A.   Yes, I think I have.
25      Q.   Did you ask anybody to change anything in

Page 16

1      MR. LISI:  Join.
2      THE WITNESS:  I don't think I would call
3  myself a key contributor to the Java programming
4  language.  I contributed some things, but there were
5  certainly quite a few people who did much more than
6  that I did.  I was more focused on the virtual
7  machine.
8  BY MR. NORTON:
9      Q.   You were a key contributor to the Java
10  Runtime, correct?
11      MS. ANDERSON:  Objection, form.
12      MR. LISI:  Join.
13      THE WITNESS:  The virtual machine is part
14  of the Java Runtime, so -- so at least by that,
15  yes.
16  BY MR. NORTON:
17      Q.   And you were an original member of the Java
18  technology project at Sun, correct?
19      A.   Well, yes, I'm not sure if in some official
20  sense there was a Java technology project.  Various
21  people used various things to say that they were
22  there at the beginning when Java, as it became known
23  to the public, what was done.  So, you know, I --
24  what that says is I was present -- I was in the team
25  in '94, '95.

Page 15

1  the website bio in Exhibit 524?
2      A.   I don't remember.  I don't recall.  I think
3  that -- I think that there were -- I think that in
4  the past, whether it was -- I think that in the past
5  I have asked people to change -- I think I have
6  asked something to be changed in here, but I don't
7  really remember what or what the context of that
8  was.
9      Q.   You'll see that in the second paragraph of
10  the biography it states, "Prior to Google, Tim was
11  an original member of the Java technology project at
12  Sun Microsystems and a key contributor to the Java
13  programming language and Runtime, both definition
14  and implementation."  Do you see that?
15      A.   I do see that.
16      Q.   That was part of the bio that you'd seen
17  before?
18      MS. ANDERSON:  Objection, form.
19      THE WITNESS:  I don't know.  This wasn't
20  something that I've spent a lot of time worrying
21  about.  This is a small -- this was something that
22  somebody else wanted to put up about me, and I
23  said -- kind of said, "Okay."
24  BY MR. NORTON:
25      Q.   You haven't changed it, have you?

Page 17

5 (Pages 14 - 17)

Highly Confidential - Attorneys' Eyes Only

```
1          I declare under penalty of perjury under the

2     laws of the State of California that the foregoing

3     is true and correct.

4

5          Executed on ___October 18_____, 2011,

6     at_Mountain View___, _California_____.

7

8

9

10                                    _____

11                    TIM LINDHOLM

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential - Attorneys' Eyes Only

```
 1    STATE OF CALIFORNIA      ) ss:

 2    COUNTY OF MARIN          )

 3        I, ASHLEY SOEVYN, CSR No. 12019, do hereby

 4    certify:

 5        That the foregoing deposition testimony was

 6    taken before me at the time and place therein set

 7    forth and at which time the witness was administered

 8    the oath;

 9        That the testimony of the witness and all

10    objections made by counsel at the time of the

11    examination were recorded stenographically by me,

12    and were thereafter transcribed under my direction

13    and supervision, and that the foregoing pages

14    contain a full, true and accurate record of all

15    proceedings and testimony to the best of my skill

16    and ability.

17        I further certify that I am neither counsel for

18    any party to said action, nor am I related to any

19    party to said action, nor am I in any way interested

20    in the outcome thereof.

21        IN THE WITNESS WHEREOF, I have transcribed my

22    name this 8th day of September, 2011.

23

24

                   ASHLEY SOEVYN, CSR 12019

25
```

Page 111

# EXHIBIT G

| From: | Andy Rubin. | Sent:8/9/2005 4:28 PM. |
|---|---|---|
| To: [ - ] | Tim Lindholm. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: Project advisors. | |

Sorry --

The three names I mentioned were for the Java advisors, with you
being the charter member ;-)

UI is Scott Jenson
and Browser are the key players of the firefox team.

I agree with you, the scars and specific knowledge you have of the
wireless ecosystem is key to helping us do the right thing. The
others exist on a different plane, and I don't expect them to be
involved day to day.

Thanks again for your help.

- a




On Aug 9, 2005, at 3:25 PM, Tim Lindholm wrote:

> Hi Andy,
>
> Sure, sign me up. I think that this only puts a name on what I've
> already been doing and hope to keep doing.
>
> I don't know Patrik, but between me, Robert and Urs I don't think we
> know much of anything about UI or browsers. Robert knows a lot about
> the guts of a small JVM implementation; Urs maybe not so much -- he
> was involved in the original big HotSpot, but not its transition to
> little things. He's a smart guy and a good emeritus advisor if you
> can get him, of course. I think my main value would be as J2ME
> runtime generalist and interpreter of the engineering/business/legal
> ecosystem. Outside of your own team I don't know of anybody else at
> GOOG that can help much with that.
>
> -- Tim
>
> Andy Rubin wrote:
>
>> Tim,
>> So I'm instituting an idea called Project Advisors for Android.
>> The areas that the team could benefit from are:
>> - Java
>> - UI
>> - Browsers
>> I was wondering if I could add your name to the Java advisor
>> team. You're the first I'm asking. I'll probably also ask
>> Patrik Reali, Robert Griesemer and perhaps Urs Hoelzle.
>> What are your obligations as an advisor? None, especially since
>> you have already been part of our extended team.
>> We'd simply just add your name on the advisor page of our wiki in
>> recognition of your contributions.
>> Let me know if this is okay.
>> - andy
>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 321**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

# EXHIBIT H



**Contact Report**

Leo Cizel , Oracle Corp.
475 Sansome St.
15th Floor
San Francisco , CA 94111

| Contact | | | | | |
|---|---|---|---|---|---|
| Company | Google, Inc. | | Address 1 | 1600 Amphitheatre Pkwy | |
| Contact | Andy Rubin | | Address 2 | | |
| Title | VP, Android Project | | Address 3 | | |
| Phone | ███████ | Ext. | City | Mountain View | |
| Fax | | | State | CA | Zip 94043 |
| Salutation | Andy | | Country | | |

| User Fields | | | |
|---|---|---|---|
| User 1 | | User 9 | |
| User 2 | | User 10 | |
| User 3 | | User 11 | |
| User 4 | | User 12 | |
| User 5 | | User 13 | |
| User 6 | | User 14 | |
| User 7 | | User 15 | |
| User 8 | | | |

| Home/Phone | | | | | |
|---|---|---|---|---|---|
| All Phone | | Ext. | Home Address 1 | | |
| Mobile Phone | ███████ | | Home Address 2 | | |
| Pager | | | Home City | | |
| Home Phone | | | Home State | | Home Zip |
| E-mail Address | arubin@google.com | | Home Country | | |

| Alt. Contacts | | | | | |
|---|---|---|---|---|---|
| Assistant | Tracey Cole  (tcole@...) | | 3rd Contact | Dan Boornstein | |
| Asst. Title | Admin. Assist. | | 3rd Title | VM Architect | |
| 2nd Contact | Brian Swetland | | Spouse | | |
| Asst. Phone | ███████ | Ext. | 3rd Phone | | Ext. |
| 2nd Title | Lead VM Architect | | Referred By | | |
| 2nd Phone | | Ext. | Web Site | | |

| Status | | |
|---|---|---|
| Last Reach | | ID/Status |
| Last Meeting | | Last Results |
| Last Attempt | | Public/Private  Public |

| Notes/History | Date Range: | All Dates | |
|---|---|---|---|
| Note | 11/12/07 | 5:44 PM | Google today released the Android S/W SDK. |
| Note | 5/26/06 | 7:53 PM | After many meetings incl. Alan Brenner, it was agreed that the two companies cannot come to |
| | | | a meeting of minds on how to work together re CDC-HI and open source. |
| Note | 8/19/05 | 7:52 PM | Andy is interested in CDC-HI for wireless devices. |
| Note | 8/5/05 | 10:45 PM | Andy informed me today that the co. by which Android Research was acquired was Google. |
| | | | Vineet and I w/meet w/Andy and Tim Lindholm at on Fri. 8/19 at Google. |

Created 2/26/2011 at 11:34 AM    1

OAGOOGLE0100029446

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 2720**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

**Trial Exhibit 2720 Page 1 of 1**

# EXHIBIT I

| From: | Andy Rubin. | Sent:4/20/2006 1:36 PM. |
|-------|-------------|--------------------------|
| To: [ - ] | Rich Miner. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: prd. | |

Enclosed.

Still working to incorporate our conversation...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 379**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016590

Trial Exhibit 379, Page 1 of 26

# Android
# Product Requirements



**Google Proprietary and Confidential**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016591

Android Product Requirements

# Table of Contents

**1   Introduction**                                          **2**

**2   Vision Statement**                                      **2**

**3   Hardware Requirements**                                 **3**

   3.1   Minimal hardware requirements            3

   3.2   Optional hardware features                4

**4   System Software**                                       **4**

   4.1   Platform Infrastructure                   4

   4.2   Application Framework                     5

   4.3   Media Framework                           7

   4.4   Filesystem                                7

   4.5   Data Manager                              8

   4.6   Java                                      8

   4.7   Linux Kernel                              10

   4.8   LIBC                                      11

**5   Communications**                                        **11**

   5.1   Telephony APIs (TAPI)                     11

   5.2   Baseband Downloader                       11

   5.3   TCP/IP                                    11

   5.4   PPP                                       12

   5.5   Data session manager                      12

   5.6   Bluetooth                                 12

**6   Phone Functionality**                                   **13**

   6.1   Dialer                                    13

   6.2   Call History                              13

   6.3   Contacts                                  13

   6.4   Calendar                                  14

Google Confidential                                                    [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016592

Android Product Requirements

6.5   World Clock                                            14

6.6   Settings                                               14

6.7   Skinning/Wallpaper                                     14

6.8   Camera                                                 14

6.9   Media Player                                           14

6.10 Download Manager                                        14

6.11 SMS                                                     14

6.12 OMA MMS 1.2 / 3GPP TS 23.140                            14

6.13 WAP 2.0                                                 15

6.14 SIM toolkit                                             15

**7   Synchronization                                        15**

7.1   OBEX                                                    15

7.2   Data Management                                         16

**8   Media Formats                                          16**

8.1   Image Formats                                           16

8.2   Audio CODECs                                            17

8.3   Video CODECs                                            17

**9   Tools                                                  17**

9.1   APROTO – Remote debugging tool                          17

9.2   IDE support                                             17

9.3   UI authoring tool (XML editor)                          17

9.4   Simulator                                               17

9.5   ARM Emulator                                            17

9.6   Testing                                                 18

**10  HTML Web Browser                                       18**

10.1 Web Browser Acceleration Service                         18

**11  Google Specific Features                               19**

11.1 Google Download                                          19

11.2 G-Mail                                                   19

Google Confidential                                                          [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016593

Trial Exhibit 379, Page 4 of 26

Android Product Requirements

11.3 GLM                                         19

11.4 Phonetop Search                             19

11.5 G-Talk                                      19

11.6 G-Cal                                       19

11.7 Contacts                                    19

11.8 Sputnik                                     19

11.9 Lighthouse Photo Upload                     20

**12  Intentionally left out                     20**

12.1 Google Advertising Engine                   20

12.2 Push To Talk                                20

12.3 IrDA support                                20

12.4 Presence                                    20

12.5 Voice Dialing                               20

12.6 Text To Speech                              20

12.7 iGoogle                                     20

12.8 Orkut                                        20

12.9 Blogger                                     20

12.10     Lighthouse                             20

12.11     Enterprise sync                        20

12.12     Behind the firewall e-mail            20

12.13     Various JSRs                           21

12.14     Proprietary Instant Messaging standards 21

12.15     Games                                  21

12.16     EMAIL                                  21

Google Confidential                                    [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-24-00016594

## Introduction

Google's goals for the Android experience can be summarized as follows

- First and foremost, phones using the Android platform will be better phones. Designed with simplicity in mind, these phones should be easier to learn and easier to use.

- These phones will also optionally provide great interfaces to Google services and applications, as well as the means to easily and smoothly add 3rd party applications.

- Finally, Android phones will provide a rich media experience competitive with emerging consumer phones, including mp3 and video capabilities.

## 1    Vision Statement

A message from Andy".  TBD.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016595

Trial Exhibit 379, Page 6 of 26

## 2   Hardware Requirements



**Minimal hardware requirements**

RAM: 64MB
Non-volatile internal storage (ROM): 64MB
Non-volatile external storage (expansion slot): Mini SD
CPU: ARM 9 200MHz
Baseband technology: GSM EGPRS
Primary Display: QVGA TFT LCD, 16-bit color
Secondary Display: Optional (see section 3.2)
Bluetooth 1.2
Notification: Vibration, RGB message LED
Keypad: 0-9, *, #
Navigation: 5-way D-pad, Home, Back, two soft menu keys
Call control: Call, End, Power, Volume up/down
Camera: 2MP CMOS, dedicated picture button
Removable Li-ion battery
USB interface
Speakerphone, full duplex
Headset: 2.5mm stereo headset jack
wifi support

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016596

Trial Exhibit 379, Page 7 of 26

## Optional hardware features

Secondary display
Baseband technology: UMTS/HSDPA, CDMA/EvDO
Bluetooth 2.0 EDR
3D Graphics Acceleration
IrDA
GPS: Assisted GPS preferred
QWERTY keyboard

# 3   System Software

Blah, Blah, Words, Words.

## Platform Infrastructure

Platform Infrastructure includes the necessary low level firmware for booting the device form a clean state, recovering the device if firmware has become disabled, updating the various system components, such as baseband firmware, boot firmware and operating firmware.  The system will have support for updating both wired and wirelessly, "over the air" (see section 7.2.2).  Finally, the platform will include functionality for error reporting and logging, which will be centrally collected and analyzed to ensure quality and prioritization of future updates.

### Boot Loader

The Android Boot loader is responsible for taking control of the CPU on initial power up (or power up from deep sleep mode), initializing the CPU and core peripherals, and transferring control to the Linux kernel.  The boot loader also provides a USB debug/recovery interface that can be used to boot the device from USB for hardware bring-up, initial installation, or upgrade/reinstall of 'bricked' systems. The boot loader will be 10-40k of code, depending on specifics of the Flash part used, complexity of the core system, etc.

### Recovery

Recovery mode is a feature of the Boot loader and/or a minimal kernel + recovery program environment used to reinstall system software in the event of a flash programming failure or other catastrophic event resulting in system corruption.  The intent of the recovery system is that it will never need to be rewritten (and possibly it will be physically impossible to do so) once the device in factory programmed, providing a safety net that will always be there.

### Remote Debugging Interface

A USB based remote debug/diagnostic interface is provided over the extensible APROTO (Android Protocol).  Currently this bridge allows for sending applications and data to the device, inspecting device state using a remote shell interface, and observing kernel debug messages.  It is also used to provide transport for remote GDB (native C/C++) debugging and remote Java debugging.  Future versions will provide more state inspection tools and more transparent filesystem bridging (so that the device can mount local filesystems from the debugging/development host machine).

### Logging

The device needs to provide debug logs for developers and event logs for service providers. Debug logs are verbose text messages that can be used to examine system state while developing software.  Event logs are an application feature, described later. The debug logs need to work from multiple processes on the device, simulator, and emulator.  The logging system allows log messages to have priority levels (e.g. error, warning, info, debug) and a "tag" that identifies the message source.  This way, uninteresting messages can be filtered out without

Google Proprietary and Confidential                                                                                [APG]

having to recompile the code.  Advanced log viewer apps can retain all log messages and dynamically re-filter past output, which can be helpful when debugging problems that are difficult to reproduce.

## Application Framework

The Application Framework is the primary interface by which a third party developer creates applications and services that extend the platform.  It is meant to provide a clean set of APIs that can be used equally by internal developers extending the system software, as well as external developers building and extending the platform in unforeseen ways.  Therefore, it is one of the most complex and important functions of the system.

### Common Navigation

The Application Framework will allow applications written by both internal and external developers to be combined into a common experience. For example, the phone may have a contacts application, a mail application and a maps application written by three different companies, and the user will be able to navigate both forward and backward through these applications without being aware of application or process boundaries.

### Activities and Intents

The Android UI will be modular and allow individual applications and components to be replaced. This is accomplished by using intents and activities. An intent is a data structure that is a formal representation of something the user has asked do to (e.g. choose a picture, or make a call to someone). Intents are bound at runtime to activities, which are the objects that implement the UI for performing those tasks. Behavior can be modified, extended or replaced by changing the mapping from intents to activities.

### Content Providers

Content providers create an abstraction layer between the physical representation of data and clients who consume that data. This allows components to be swapped both above and below the abstraction. It is possible to create multiple clients that consume the same data, and it is possible to change the data source without requiring changes to the client application.

### Messaging (IAC)

### Application Manager

Responsible for starting, stopping, pausing applications, and notifying other applications of events.

### View System

### Compositing

### Text Subsystem

The text package is intended to provide the system and applications with all the tools they need to display and to enable users to edit multilingual styled text.  It contains storage classes that allow text to be manipulated and to have styles attached to ranges of it; a layout class that arranges the text into lines and interfaces with the graphics system to draw the text; a dynamic layout class that updates itself when the text or its styles change; and input methods that allow the user to input, modify, or select text using the keypad and buttons.

### Text Input

Dictionary based.

### FreeType

FreeType 2 is a software font engine that is designed to be small, efficient, highly customizable, and portable while capable of producing high-quality output (glyph images). It can be used in

Google Proprietary and Confidential                                                                                          [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016598

graphics libraries, display servers, font conversion tools, text image generation tools, and many other products as well.

Note that FreeType 2 is a font service and doesn't provide APIs to perform higher-level features like text layout or graphics processing (e.g., colored text rendering, 'hollowing', etc.). However, it greatly simplifies these tasks by providing a simple, easy to use, and uniform interface to access the content of font files.

### Control Framework
Widgets

### XML Layout

### Graphics Plugins
Externally defined graphic formats, with possible animation and interactivity will be supported through a plugin architecture, allowing them to be hosted inside any application, and as content inside a web page. Examples of note are Flash and SVG.

### Graphics Subsystem
An application API for drawing text, images and arbitrary geometry to the screen. It offers modern graphical features (e.g. antialiasing, 3x3 matrix, transparency, Unicode text) tightly integrated into the view and Surface systems.

### Screenplay
The XML language used to describe graphics and animations. This can be used for direct graphical content, but it is also used by the View/UI system for specifying widget and application level skinning. Android widgets (e.g. buttons, lists, text-input, etc.) use this to separate their look and animated behavior from the programmatic logic.  May be replaced by Adobe Flash.

### SVG-Tiny Engine
Content and vector player.

### Gadget Scripting Engine
A javascript-based scripting language with bindings into the system to allow "internet-style" content developers to build lite weight home-screen widgets ala Konfabulator.  May be replaced by Adobe Flash.

### OpenGL ES
(requires support for Java 3D as well)

### Surface Flinger
A system service responsible for compositing clients' surfaces into the frame-buffer and managing the display and video hardware. It is implemented as a server that client-processes connect to. Each client is allocated one or several surfaces they can get direct access to. All the surfaces from all clients are composited by the SurfaceFlinger with optional transformations applied (blending and 2D-transform). SurfaceFlinger is designed to facilitate the use of H/W accelerated graphics through OpenGL|ES (once it becomes available) -- its feature set matches OpenGL|ES' very closely. SurfaceFlinger uses a very lightweight protocol such that no IPC is needed between client processes and itself, synchronization is done solely through atomic-operations in shared-memory segments. All frame-buffer accesses in the system go through SurfaceFlinger.

Google Proprietary and Confidential                                                                [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016599

### Pixel Flinger

A very low level rasterization library used by SurfaceFlinger. It implements OpenGL|ES' pixel pipeline, but none of the geometry pipeline (no 3D, no polygons, no transforms). It's a trapezoid-oriented rasterizer, which is designed to use runtime-generated code (JIT). Its API is deliberately very similar to OpenGL|ES' so that it could easily be replaced by/implemented on top of it.

## Media Framework

Blah, Blah, Words, Words.  See section 8 for media formats supported.

### Audio

Generic "play this sound file" interface for custom sound effects. Also useful for WAV files attached to e-mails.

Streaming audio interface for longer files, such as MP3s. We may need some basic audio processing, e.g. cross-fades.

Audio mixing controls such as per-stream volume level. We need to determine the maximum number of simultaneous streams, and perhaps provide a priority mechanism if we suspect we will exceed it. (Example: playing a game with background music and 2-3 overlapping sound effects. The phone rings, or an instant message arrives. Ideally we want to reduce the volume of all of the game sounds, play the new sound, and then reset the volume. If we slow down when mixing more than 4 sounds, we need to drop the lowest-priority sound, which means knowing sound priority.)

MIDI engine for ringtones.

Microphone input.  Telephony multiplexing.

Synchronized audio for stored or streaming video. This requires playing time-stamped audio and slowing or speeding audio to keep it in sync with video.

### Video

## Filesystem

The filesystem will be used both internally – for flash ROM or an embedded hard drive – and externally, for removable memory cards or USB-attached storage.

### FAT32

Microsoft's FAT filesystem is the most common format used on removable media cards for applications like digital cameras.  FAT32 supports reasonably long filenames, volumes up to 2TB, and individual files up to 4GB.

### Robust file system

### M-Systems driver

A Linux driver and boot loader code that supports M-Systems "DiskOnChip" product family, primarily the G4 product line which is found in many of today's smartphones.  This is important for backward compatibility.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016600

Trial Exhibit 379, Page 11 of 26

## Data Manager

### Asset Manager

The Asset Manager controls access to read-only assets on the device.  These include graphics, sounds, ring tones, localized text, user interface definition files, and more.  Assets are stored in packages based on application name, locale (e.g. "en-US"), and vendor (for vendor-specific changes).  The application asks for an asset by name, and the Asset Manager takes care of figuring out which packages to search and in what order.

The packages themselves are just Zip archives, created with the Android Asset Packaging Tool.  Assets may also be "loose", stored in directories, to make it possible to update a few assets without having to send a full package over the air.

The Asset Manager does not manage downloadable content such as background images or ring tones.  It treats everything as a raw byte stream.

### Resource Manager

The Resource Manager sits on top of the Asset Manager, database, and filesystem.  While the Asset Manager sees only streams of bytes, the Resource Manager works with typed data, such as bitmaps, localized text strings, and sound files.

### SQLite

SQLite is a small C library that implements a self-contained, embeddable, zero-configuration SQL database engine.

### Notification Manager

A system function that queues and alerts the user to pending system information – such as new messages, voicemail, low battery, no service, sim card alerts, etc.

## Java

### JVM

The VM (virtual machine) environment is the means by which bytecode-based virtual executables — Java class files in particular — can run on the system. The environment includes code to prepare and load executable files, the core class library needed by those executables, and an underlying execution engine which runs those executables. The VM environment mediates the interaction between virtual executables and the lower layers of the system by providing facilities such as a garbage-collected heap and I/O library code that wraps raw file descriptors.

The JVM is compliant to CDC/FP 1.1 (JSR 36 / 218)

### Google Bytecode Interpreter

The Dalvik executable format is an executable format roughly equivalent to a Java .jar file, but with several advantages: In-memory compactness is aided by having a shared constant pool for a set of classes (rather than one constant pool per class). File parsing and verification may be done more quickly because of the use of more regularized structures, including a bytecode set which includes only fixed-width instructions. The use of a purely register-based instruction set (rather than having both registers/locals and a variable-sized stack) both simplifies verification and allows for more efficient interpretation, owing to the facts that opcode dispatch is one of the biggest sources of interpreter inefficiency and it generally requires fewer register-style instructions (vs. stack-based instructions) to perform equivalent operations. The "bytecode" code unit is 16 bits (rather than 8) because it results in fewer overall reads of the instruction stream, which is also a source of interpreter slowness. And lastly, the register-based nature of the instructions makes it much easier to have a small yet reasonably well-performing JIT.

Google Proprietary and Confidential                                                                                    [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016601

### JPDA

The Java Platform Debugger Architecture (JPDA) consists of three interfaces designed for use by debuggers in development environments for desktop systems. The Java Virtual Machine Tools Interface (JVMTI) defines the services a VM must provide for debugging (JVMTI is a replacement for the Java Virtual Machine Debug Interface (JVMDI) which has been deprecated). The Java Debug Wire Protocol (JDWP) defines the format of information and requests transferred between the process being debugged and the debugger front end, which implements the Java Debug Interface (JDI). The Java Debug Interface defines information and requests at the user code level.

### MIDP 2.0

The Mobile Information Device Profile (MIDP) is a key element of the Java 2 Platform, Mobile Edition (J2ME). When combined with the Connected Limited Device Configuration (CLDC), MIDP provides a standard Java runtime environment for today's most popular mobile information devices, such as cell phones and mainstream personal digital assistants (PDAs).

MIDP 2.0 (JSR 118) is a revised version of the MIDP 1.0 specification. New features include an enhanced user interface, multimedia and game functionality, more extensive connectivity, over-the-air provisioning (OTA), and end-to-end security. MIDP 2.0 is backward-compatible with MIDP 1.0, and continues to target mobile information devices like mobile phones and PDAs.

### JSR 248 – Mobile Service Architecture (Sun to provide for 2.0)

This JSR creates a mobile service architecture and platform definition for the high volume wireless handsets continuing the work started in JSR-185 and enhancing the definition with new technologies.

### JSR 75 – PDA Optional packages (Part of 248 – Sun to provide for 2.0)

PIM API which gives access to the Personal Information Management (PIM) database including to-do lists, calendars and contact data. The second optional package is the FileConnection API that gives access to the mobile phone's file system including removable storage media like Memory Sticks.

### JSR 82 – APIs for Bluetooth (Part of 248 – Google to provide for 1.0)

Bluetooth is an important emerging standard for wireless integration of small devices. The specification standardizes a set of Java APIs to allow Java-enabled devices to integrate into a Bluetooth environment.

### JSR 135 – Mobile Media API (Part of 248 – Google to provide for 1.0)

This specifies a small-footprint multimedia API for J2ME, allowing simple, easy access and control of basic audio and multimedia resources while also addressing scalability and support of more sophisticated features.

### JSR 172 – Web Services (Sun to provide for 2.0)

Blah, Blah, words, words.

### JSR 177 – SATSA (Sun to provide for 2.0)

Blah, Blah, words, words.

### JSR 179 – Location API (Part of 248 – Google to provide for 1.0)

A package that enables developers to write mobile location-based applications for resource-limited devices. The API works on the J2ME CLDC v1.1 and CDC configurations.

### JSR 180 – SIP (Sun to provide for 2.0)

Blah, Blah, words, words.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016602

Trial Exhibit 379, Page 13 of 26

### JSR 184 – 3D Graphics (Part of 248 – Google to provide for 1.0)
Blah, Blah, words, words.

### JSR 205 – Wireless Messaging API (Part of 248 -- Sun to provide for 2.0)
This defines a set of APIs which provides standard access to wireless communication resources, designed to run on J2ME configurations and to enhance J2ME profiles with unique functionality.

### JSR 211 – CHAPI (Part of 248 -- Sun to provide for 2.0)
Blah, Blah, Words, Words.

### JSR 226 – SVG (Part of 248 -- Sun to provide for 2.0)
Blah, Blah, Words, Words.

### JSR 229 – Payment API (Part of 248 -- Sun to provide for 2.0)
Blah, Blah, Words, Words.

### JSR 234 – Adv. Media API (Part of 248 -- Sun to provide for 2.0)
Blah, Blah, Words, Words.

### JSR 238 – MI18N (Part of 248 -- Sun to provide for 2.0)
Blah, Blah, Words, Words

## Linux Kernel

We will be using a build of the kernel from the 2.6 tree.

### IPC Driver (Binder Lite)
The IPC mechanism provides standard facilities for communicating between processes.  It allows a single process to host multiple distinct persistent services, which can be implemented in either C++ or Java.  Communication between processes is modeled as a remote procedure call, using well-defined interfaces; this will eventually allow a tool to automatically generate the necessary marshalling code for all languages based on an abstract interface definition.  A custom kernel module (derived from OpenBinder) is used to implement inter-process calls, with features such as object mapping between processes, directly dispatching calls to a pool of available threads in a process, and performing a single copy of the data going between processes.  The high-level APIs included for communicating across process, in both C++ and Java, look similar to COM's interface-based design.

### Keypad Driver
Linux driver to control the typical phone keypad, including numeric (0-9, *, #) D-Pad and call control functions.

### Display Driver
Linux driver to control the typical LCD display, both primary and secondary (may be separate drivers).  Includes backlight and low power modes.

### Baseband Driver
Linux driver to interface to various semiconductor companies baseband core.

### 802.11 Driver
Linux driver to interface to various semiconductor companies wifi baseband core.

Google Proprietary and Confidential                                                                          [APG]

### SD/SDIO

#### Flash Driver

Linux driver to interface to various semiconductor companies NAND flash chips.  See section 4.4.3 for M-System flash driver.

#### USB Driver

#### GPS Driver

Linux driver to support standard interfaces for various GPS and A-GPS chips.  Optional per minimum hardware requirements.

#### Power Management

System will support low power mode and processor clock cycling.  Drivers will support subsystem shutdown where appropriate, and cleanly be able to power up individual subsystems quickly. System will strive to support industry standard talk/standby times.

#### Camera Driver

Linux driver for support of CMOS modules by vendors such as Omnivision and Micron.

## LIBC

## 4    Communications

Blah, Blah, Words, Words.

## Telephony APIs (TAPI)

The telephony subsystem provides a high-level API to the traditional mobile phone features on the device. It will be portable across various GSM baseband software implementations, communicating with them primarily with the 3GPP TS 27.007/27.005 AT command sets over either a TS 27.010 (CMUX) style link or a manufacturer-specific link where appropriate. The middle layer is designed to be portable to CDMA-style commands as well, although CDMA is not an initial target.  High-level API's to SMS are made available, and packet-switched data will be routed to the Linux TCP/IP stack and made available through traditional Berkeley sockets APIs.

## Baseband Downloader

Code that runs at boot-loader time that copies the baseband firmware to the proper memory address and resets that baseband controller to start executing the code.  Also responsible for configuration and parameter adjustment for various RF front end devices.

## TCP/IP

Provided by Linux

## PPP

Provided by Linux

## Data session manager

The Connection Manager is a policy agent for managing packet-switched data connections. The Connection Manager's goal is to provide an

Google Proprietary and Confidential                                                                    [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016604

```
experience as near to "always on data" even in situations where carrier
requirements or billing schemes do not make true always-on data
reasonable.  This  near-transparency will extend as much as possible
both to the user interface and to the application. The Connection
Manager is intended to allow the user/subscriber to view and budget
their data usage without discouraging their use of data services. Of
course, the Connection Manager will allow an "always on" data mode for
accounts where that class of service is appropriate.  Will also support
multiple paths and arbitrate between GSM and WIFI.
```

## Bluetooth

Bluetooth is a wireless communication protocol mainly used for short distance and in devices with low power consumption. Because Bluetooth is capable of communicating in an omni-directional manner of up to 30 feet at 1 Mb/s it is far superior to infrared.

### Host Controller Interface (HCI)

The Host Controller Interface (HCI) provides a standard interface to the Bluetooth baseband controller and link manager services that is independent from the host hardware implementation. This layer provides a uniform method of accessing any Bluetooth hardware. There is an addendum to the HCI specification for different host transport protocols. For each physical bus (USB, RS232, UART etc.) it defines the interface functions based on which physical bus is used, but also vendor specific implementations are possible.  Support for H2 (USB) and H4(UART) as required by chipset.

### Logical Link Control and Adaptation Protocol (L2CAP)

The Logical Link Control and Adaptation Layer Protocol (L2CAP) is layered over the HCI layer. L2CAP provides connection-oriented and connectionless data services to upper layer protocols. It uses a Protocol and Service Multiplexing (PSM) capability and a Segmentation and Reassembly (SAR) mechanism. L2CAP permits higher level protocols and applications to transmit and receive L2CAP data packets up to 64 kilobytes in length. Also group abstractions and Quality of Service (QoS) features are supported.

### Serial Port Emulation (RFCOMM)

The RFCOMM Protocol provides emulation of serial ports (RS232) over the L2CAP layer. The protocol is based on the ETSI standard TS 07.10. Only a subset of this standard is used and some adaptations are Bluetooth specific and are documented in the RFCOMM specification.

The serial emulation enables compatibility with a large base of applications that currently use the serial port as their main communication bus. RFCOMM conveys all of the RS232 control signals and supports remote port configuration. While the protocol is based on an ETSI specification, the name is related to IrComm of the IrDA protocol stack.

### Service Discovery Protocol (SDP)

The Service Discovery Protocol (SDP) provides the means for client applications to discover the existence of services provided by server applications as well as the attributes of those services. The attributes of a service include the type or class of service offered and the mechanism or protocol information needed to utilize the service.

SDP involves communication between a SDP server and a SDP client. The server maintains a list of service records that describe the characteristics of services associated with the server. Each service record contains information about a single service. A client may retrieve information from a service record maintained by the SDP server by issuing a SDP request. If the client, or an application associated with the client, decides to use a service, it must open a separate connection to the service provider in order to utilize the service. SDP provides a mechanism for

Google Proprietary and Confidential                                                              [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016605

discovering services and their attributes, but it does not provide a mechanism for utilizing those services.

Normally, a SDP client searches for services based on some desired characteristics of the services. However, there are times when it is desirable to discover which types of services are described by an SDP server's service records without any a priori information about the services. This process of looking for any offered services is called browsing.

### K2 – Service Discovery Application Profile

This profile defines the features and procedures for an application in a Bluetooth device to discover services registered in other Bluetooth devices and retrieve any desired available information pertinent to these services.

Essentially, the service discovery profile defines the protocols and procedures that shall be used by a service discovery application on a device to locate services in other Bluetooth-enabled devices using the Bluetooth Service Discovery Protocol (SDP).

### K6 – Headset profile

The Headset profile defines the requirements for Bluetooth devices necessary to support the Headset use case. Essentially the Headset profile defines the protocols and procedures that shall be used by devices implementing the usage model called 'Ultimate Headset'.

### K7 – DUN profile

The Dial-up Networking profile defines the requirements for Bluetooth devices necessary to support the Dial-up networking use case. Essentially the Headset profile defines the protocols and procedures that shall be used by devices implementing the usage model called 'Internet Bridge'. The most common examples of such devices are modems and cellular phones.

Two main scenarios are implemented: the Usage of a cellular phone or modem by a computer as a wireless modem for connecting to a dial-up internet access server, or using other dial-up services , and Usage of a cellular phone or modem by a computer to receive data calls

## 5   Phone Functionality

## Dialer

## Call History

Feature exists to simplify adding new contact info and dialing.  Incoming and outgoing calls must be tracked and recorded.  It will be used by other features such as phonetop search (see section 11.4)

## Contacts

Synchronized with Google services and support G-Talk presence (see section 11.5)

## Calendar

Synchronized with Google services (see section xx.x)

## World Clock

With Alarm.

Google Proprietary and Confidential                                                                              [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016606

## Settings

### Ringtone Management

Should include a mechanism to switch between Silent, Meeting, Vibrate, etc.

### Telephony setup

### Data setup

…

## Skinning/Wallpaper

## Camera

### Still

### Video

## Media Player

### Audio

### Video

## Download Manager

## SMS

## OMA MMS 1.2 / 3GPP TS 23.140

Multimedia Messaging Service (MMS) is a system application by which a client is able to provide a messaging operation with a variety of media types: WBMP, GIF87, GIF89a, JPEG, PNG, BMP, AMR, MIDI, WAV, H.263, SVG, MPEG4

### SMIL

Synchronized Multimedia Integration Language. SMIL is a presentation format, i.e. a SMIL page contains information about the appearance of different multimedia elements on a display. When SMIL is used to represent content on a PC screen, normally a window is opened whose size is defined by the layout element of the SMIL page to be displayed. In this way, the appearance of the SMIL page on the screen will reflect exactly the organization of the content as the author had created it.   When SMIL is used for the presentation of multimedia messages on mobile terminals, the size of the window is severely limited by the resolution and appearance of the terminal display. The layout of a multimedia message represents the content as created by the originator, but it is well possible that the original layout simply does not fit into the display of the receiving terminal. Therefore, SMIL exchange must be simple enough to ensure that -if the displays of the originator and receiver terminal are different- the content can still be displayed, possibly by changing the relative position of the different elements.

## WAP 2.0

With backward support for 1.x

### Markup

WML (238)

Google Proprietary and Confidential                                                          [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016607

WCSS 1.1

WML Script (193)

XHTML (277)

WBXML

### Adjunct Layers
Push (235)

WTLS – security

### Media Types (237)
WBMP, GIF87, GIF89a, JPEG, PNG, BMP

### Protocol Stack (jWAP sourceforge)
HTTP

WSP (203)

WTP

WDP

## SIM toolkit

Blah, Blah, Words, Words.

## 6   Synchronization

Blah, Blah, Words, Words.

## OBEX

OBEX is a high-level API and protocol for exchanging objects such as electronic business cards and calendar items transmitted in the vCard and vCalendar formats. OBEX was originally introduced by the Infrared Data Association (IrDA), and it can be implemented on top of the Bluetooth RFCOMM protocol, IrDA protocol, TCP/IP, and others.

## Data Management

### OMA DL
The OMA Download (OMA DL) specification provides a flexible protocol for enabling the download of generic content, controlled through the use of a separate download descriptor. By drawing on elements of these protocols and adding new elements, an effective protocol is constructed that combines Device Management for controlling the main device configuration management functions and provides for the use of descriptor-based download mechanisms to download larger binary objects such as firmware updates. The download process is abstracted to allow the use of either OMA DM (e.g. Add/Replace - In-Session method) or any suitable alternative download mechanisms (for example, a descriptor based download protocol such as OMA OTA Download v2.0 - Alternative Download Method).

Google Proprietary and Confidential                                                     [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016608

### OMA DM

Device Management refers to the process of managing device settings and applications resident in the terminal. Device Management facilitates the configuration of the user's terminal with minimal user intervention to enable easy usage of mobile services.  As terminals offer more and more services, Device Management provides a mechanism for the operator to remotely configure a terminal's parameters while the terminal is in the hands of a user.

### OMA DS

OMA Data Synchronization (OMA-DS) is an open standard that defines a common protocol used to synchronize networked data between two or more devices to keep the data current and consistent. The OMA-DS client stack provides data synchronization of personal information such as calendar, contacts, tasks, and email. Synchronization ensures that any changes made to the calendar in one device, for example, are also reflected in the calendar in the other device.

### SyncML

An industry standard synchronization protocol and data format that works in conjunction with OMA DS and OBEX.  Developer will consider supporting MSFT ActiveSync support as well.

## 7    Media Formats

## Image Formats

### PNG

PNG (Portable Network Graphics) is a lossless compressed image format.  It uses the zlib library, and is free of patent restrictions.  It is widely used on the Internet.  We will use the open-source "libpng" library to manipulate them.

### JPEG

JPEG (Joint Photographic Experts Group) is a lossy compressed image format that is mostly free of patent restrictions.  It is the most widely used image format for digital pictures.  We will use the open-source IJG JPEG library to manipulate them.

### GIF

GIF (Graphics Interchange Format) is a lossless compressed image format suitable for 8-bit images.  It uses the LZW compression algorithm, for which the patents have expired.  It is very popular on the Internet for small images on web pages and the wireless industry has adopted it for various standards, such as WAP and MMS.

### BMP

BMP (BitMaP) is the lossless bitmap format developed for OS/2 and made popular by Windows. It's not used often on the Internet, but it's a common format among developers and the wireless industry has adopted it for various standards, such as WAP and MMS.

Google Proprietary and Confidential                                                                                      [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016609

## Audio CODECs

> **3GPP-Rel6**
>
> **AAC, AAC+**
>
> **AMR-NB, AMR-WB**
>
> **MP3**
>
> **PCM a–law, u-law**

## Video CODECs

> **3GPP-Rel6**
>
> **H.263**
>
> **H.264**
>
> **MPEG4**

# 8   Tools

## APROTO – Remote debugging tool

## IDE support

> **Eclipse**
>
> **NetBeans**

## UI authoring tool (XML editor)

## Simulator

The simulator front-end provides a user interface for developing and testing handset software. Handset specifications, which include pictures of the device, lists of available buttons, and the resolutions of displays, are loaded from config files.  The front-end talks to the device code, which can be compiled to run natively on the desktop system or (someday soon) built for ARM and emulated.  Keyboard input and physical state changes, such as "open flip phone", are passed into the simulated device, and display updates are sent out.  The front-end was developed with the wxWidgets UI toolkit, and runs on Linux, Mac OS X, and Win32.

## ARM Emulator

The ARM emulator ("armsim") is a software tool for simulating executables that are compiled for the ARM instruction set.  Armsim can simulate both stand-alone user programs as well as the Linux kernel.  When simulating the Linux kernel it also models the MMU (for both instructions and data), the interrupt hardware, and devices such as the UART (for keyboard input) and the LCD display device (not completed yet).  When simulating standalone user programs, armsim sets up the stack with command line args and environment variables before simulating the user code. Armsim can also produce a detailed instruction trace.  The trace contains every single instruction executed (including interrupt handlers in the Linux kernel) and is useful for debugging performance problems and for getting very detailed information about what is happening inside a program.

Google Proprietary and Confidential                                                                              [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016610

## Testing

We need to provide a set of regression tests for various features. [How will this work? Does this deserve its own full section? Should it fold into SDK, or be a sub-section of the earlier sections?]

[section on: Java compliance testing]

[section on: other industry compliance stuff? Maybe that just goes with the relevant standards in the telecom section.]

# 9    HTML Web Browser

Android Browser is an implementation of Apple's Webkit open source. Apple's Webkit consists of WebCore (an html rendering engine), JavaScriptCore (the Javascript interpreter), and WebKit (a browser embedding API). We will port WebCore and JavaScriptCore to the Android platform. We won't use WebKit as is, and will build our own flavor of it, and probably provide a Java browser embedding API.

We'll need to build mobile specific features on top of the WebKit solution, such as Small Screen Rendering (SSR) for small screen layout, constrained device memory management, mobile browser link and page navigation, connection management suitable for low bandwidth/high latency network. We will also need to add cache and cookie management for constrained memory environment.

In addition, we hope to innovate in the area of ease of use. We'd like to improve the url entry on phones, with shortcuts, type ahead lookups, and potentially better integration with Google search.

There are other features that we'd like to have, but may not be able to get to for 1.0 ship. Nokia has done some interesting UI on thumbnail navigation, which makes 2D navigation easier on pages laid out wider than the phone screen. We think it will be an interesting alternative to SSR layout.

Lastly, we need to provide the html rendering engine as a library, so other apps besides the web browser that want to render html content can use it.

## Web Browser Acceleration Service

Blah, Blah, Words, Words.

### Proxy Image Transcoder (under consideration)

Download of images in their original sizes can be wasteful. If the image width is bigger than the screen width, the browser will scale down the images in order to fit them in the layout. So the user may never need to see the images in their original sizes. With a proxy server, it can scale the images down before sending them over the wireless network. In addition, the proxy transcoder can strip out unnecessary information in image formats such as JPEG and GIF (i.e. text comments), and reduce the color depth if the mobile phone doesn't support all the colors in the image.

This is an optional feature should the wireless carrier choose not to enable it.

### Connection Proxy (under consideration)

Wireless networks have high latency and low throughput. Neither is desirable for download speed. Having a proxy server can help resolve some of these issues, as the proxy server can keep a persistent socket connection open and multiplex several streams to avoid the high cost of

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016611

setting up new socket connections over the wireless link (3-way TCP handshake: SYN, SYN-ACK, DATA + ACK bits) and teardown (FIN, FIN-ACK + RST)

This is an optional feature should the wireless carrier choose not to enable it.

## 10   Google Specific Features

Some of these are *optional features* should the wireless carrier choose not to enable them.  This, however, does not imply that a subset of these applications will be developed.  The entire list will be developed and released with the system.  The features in this category must be deeply integrated with the system and have a seamless experience.

### Google Download

A high-fidelity content distribution system.  Will support industry standards such as OMA DL, and will focus on user experience and ease of transaction.  Features such as "try before you buy" for both applications and media are important to consider.  They will help differentiate the Google download system from competitors.

### G-Mail

### GLM

### Phonetop Search

### G-Talk

Instant Messaging only.  Jabber XMPP support.

### G-Cal

Synchronized with a central server.

### Contacts

Synchronized with a central server.

### Sputnik

Embeddable Sputnik Gadget Scripts (see section 4.2.17) that speak the protocol to the Sputnik server.

### Lighthouse Photo Upload

Only support for photo uploading.

## 11   Intentionally left out

The following features and functionality have been purposely left out of the 1.0 release.  The reason for dismissal is recorded under each section.

### Google Advertising Engine

Reserved for a future release

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016612

## Push To Talk

Perfect opportunity for a third party developer

## IrDA support

Either IrDA or Bluetooth, but why both?

## Presence

Section refers to IMS-style presence.  Contacts will include presence for G-Talk (see section 11.5) Perfect opportunity for a Commercial implementation

## Voice Dialing

## Text To Speech

## iGoogle

Perfect opportunity for a Google-team

## Orkut

## Blogger

## Lighthouse

Will include support for Neven Vision code for facial feature tracking and detection.  System will make these features available to third party developers to automatically embed image metadata within the exif header so Google services can take advantage of information taken at point-of-capture (such as location, pose, number of faces, etc.)

## Enterprise sync

Initial release is targeted toward consumers.  Perfect opportunity for a third party developer

## Behind the firewall e-mail

Initial release is targeted toward consumers.  Perfect opportunity for a third party developer

## Various JSRs

Such as JSR 248.  Perfect opportunity for a Commercial implementation.  (See section 4.6.5)

## Proprietary Instant Messaging standards

AIM, MSN, Yahoo

## Games

Perfect opportunity for a third party developer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00016613

Trial Exhibit 379, Page 24 of 26

## EMAIL

Perfect opportunity for a Commercial implementation and may be required by carriers. POP and IMAP email reader. Must include support for SSL. Must also support a reasonable set of MIME converters for popular enclosure formats, such as Word and PDF.



Google Proprietary and Confidential                                                                                    [APG]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016614

On Apr 20, 2006, at 1:01 PM, Rich Miner wrote:

> do you have a more recent PRD spin?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-24-00016615

Trial Exhibit 379, Page 26 of 26

# EXHIBIT J

| From: | Dan Bornstein. | Sent:6/12/2006 1:29 PM. |
|---|---|---|
| To: [ - ] | Android Engineering [. .]. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: [Android-eng] String::split. | |

Yes, enums are relatively expensive compared to static final ints.
That being said, I think the right place to draw the line is at the
API boundaries. That is, if it's for something to be presented to
programmers, err on the side of using an enum. If it's just internal
plumbing, and efficiency is paramount, then use static constants.

In terms of all the new Java 5 language features, I'm pretty sure the
only one that requires cooperation from the VM is the runtime
annotation facility. (And we probably won't have runtime annotations
any time soon.) Everything else is syntactic sugar, with a bit of
library support (e.g. already mentioned, Iterable). If you want to
use a Java 5 language feature, then I have no problem with you doing
so, but be prepared to implement missing pieces out of our java.*
hierarchy. And if you run into trouble that you don't feel qualified
(or compelled) to fix, then please submit a bug.

And, as previously mentioned, the new features generally do come with
a runtime cost, so keep that in mind. For example, you probably don't
want to use a collection iterator ("for (Blah var : coll) ...") in an
efficiency-critical inner loop. I'm personally a big fan of using
profiling to figure out when I can no longer get away with writing
straightforward code.

As for what set of java.* classes we're aiming for, that's still
somewhat of an open question, the resolution of which will undoubtedly
hinge on what happens (or fails to happen) with Sun. That being said,
I think CLDC compliance is a reasonable baseline, and if we could hit
the CDC foundation, that would be awesome. But if there's some java.*
functionality you need that isn't in either of those, it's still okay
to go ahead and implement it (or file a bug for same). If we have to,
we will play classloading tricks to make sure that the restricted
environments (such as CLDC MIDLets) only see the classes that they're
allowed to.

-dan, your Java guy

_____

Android-eng mailing list
Android-eng@google.com
https://mailman.corp.google.com/mailman/listinfo/android-eng

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 157**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025523

Trial Exhibit 157, Page 1 of 1

# EXHIBIT K

| From: | Dan Morrill. | Sent:6/25/2007 12:18 PM. |
|---|---|---|
| To: [ - ] | Dan Bornstein. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: Android JRE Coverage. | |

Very interesting info. It sounds like I'll just have to suck it up for a while, yet.

Ultimately, the most important question is: will JRE-completeness (according to some metric, at least) be gating for public launch? I can only assume "yes". :)

- Dan


On 6/25/07, Dan Bornstein <danfuzz@google.com> wrote:

On 6/25/07, Dan Morrill <morrilld@google.com> wrote:
> I have another question for you -- Mike Cleron said you could help me out
> with this, too. (If there's a list I ought to sign up for, let me know.)

I'm a fine person to ask these questions of, but if you want to ask
them in a more open forum, there is the list
<android-googledevelopers@google.com >, which is -- as the name says --
for Google folks in general who are doing development on the Android
platform.

> Since I had assumed that Android was implementing J2SE, I am obviously wrong

Actually, you aren't *that* wrong; you are merely working with an
incomplete system.

> What is the JRE-coverage strategy for Android? Is the intent to support
> some Java standard configuration? If so, which? (J2SE? J2ME/MIDP? etc.)

Our nominal goal is to achieve approximate parity with CDC Personal
Basis Profile, which has most of the classes from SE that one could
reasonably expect to be useful on a high-end mobile device of recent
(or soon-to-be) vintage.

Unfortunately, though, due to our situation with Sun, neither I nor
any of my Android compatriots are allowed to refer to any documents
from Sun that require actively accepting a license (including
click-through), so we can't actually attempt to exactly hit CDC PBP.
It's more like our goals and the reasoning behind the PBP spec are
similar, so the results of applying those reasons will also be
similar.

> What is the timeline for attaining this coverage?

Much of the library implementation work is being done by an outside
vendor, and they have a schedule which currently states completion by
the end of September. For various reasons, I don't believe that date.
However, there are intermediate milestones, and with regards to your
specific stated needs, java.util is coming soon (I have an alpha drop
from them which is sitting in a branch), but I don't expect to see any
XML-related stuff for at least a month.

> Are there any reasons not to suck in Apache Harmony classes, to fill in the
> gaps?

Actually, much of what the vendor is doing is sucking in classes from

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 251

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
        DEPUTY CLERK

Harmony, and adapting them to work (well) on Android. But even this takes time!

> will the J2ME classes be supported too?

Sorta. J2ME compatibility won't be built into the main system but will be (optionally) available as a separate add-on. There are a few reasons for doing it this way, but the upshot is that you won't be able to write an Android app while also using J2ME-specific classes. (Sorry.)

-dan

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-02-00104270

Trial Exhibit 251, Page 2 of 2