IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING MOTION TO SEAL (Dkt. No. 920)**

Google moves to seal the redacted sections of its motion *in limine* re presentation of financial evidence and testimony (Dkt. No. 921). Because no supporting declaration has been filed by either party, the request is **DENIED.**

**IT IS SO ORDERED.**

Dated: May 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE