MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
FRED NORTON (Bar No. 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300 / Facsimile: (212) 446-2350 (fax)

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC. <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF ORACLE AMERICA, INC.'S MOTION TO EXCLUDE PORTIONS OF THE RULE 706 EXPERT REPORT OF DR. JAMES KEARL** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: The Honorable William Alsup |

1  I, Meredith Dearborn, declare as follows:

2  1.  I am an associate with the law firm of Boies, Schiller & Flexner LLP, attorneys for
3  plaintiff Oracle America, Inc. in the above captioned matter, and admitted to practice before this
4  Court.

5  2.  I make this declaration based on my own personal knowledge.  If called as a witness, I
6  could and would testify competently as to the matters set forth herein.

7  3.  Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition
8  transcript of Andrew Rubin, dated April 15, 2012. **[SUBMITTED UNDER SEAL]**

9  4.  Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of Dr. Alan
10 J. Cox as updated on April 27, 2012. **[SUBMITTED UNDER SEAL]**

11 5.  I requested that Google agree to file these two exhibits in the public record, but Google's
12 counsel refused.

13 I declare under penalty of perjury that the foregoing is true and correct and that this
14 declaration was executed on May 1, 2012 at San Francisco, California.

By:  */s/ Meredith Dearborn*
Meredith Dearborn

1

DEARBORN DECLARATION IN SUPPORT OF ORACLE'S MOTION TO STRIKE PORTIONS OF KEARL REPORT
CASE NO. CV 10-03561 WHA

ATTESTATION OF FILER

I, Steven C. Holtzman, have obtained Meredith Dearborn's concurrence to file this document on her behalf.

Dated: May 1, 2012

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Steven C. Holtzman*
    Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

# EXHIBIT A

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER

# EXHIBIT B

# FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER