KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>         Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br><br>         Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:  The Honorable William Alsup |

1   Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5,
2   Defendant Google Inc. ("Google") hereby brings this Administrative Motion to Seal the
3   following material designated by Google as "Confidential" or "Highly Confidential – Attorneys'
4   Eyes Only" pursuant to the Order Approving Stipulated Protective Order Subject to Stated
5   Conditions entered in this case [Dkt. No. 68.]:

- The redacted portions of Google's Opposition to Oracle's Renewed Motion to Strike Portions of Dr. James Kearl's Expert Report, including lines 1:1, 2:23-28, 3:1-2, and 3:20-28 of the Opposition;

- The redacted portions of Exhibit A to the Declaration of Daniel Purcell in Support of Google's Opposition To Oracle's Renewed Motion to Exclude Portions of the Expert Report of Dr. James Kearl, which contains excerpted pages from the April 27, 2012 deposition of Andy Rubin regarding Google's financial information related to its Android business unit.

The redacted portions of Google's Opposition expressly disclose or would allow others to deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android. It also contains sensitive, non-public information about Google's financial management practices and methodologies. Public release of this information would cause great and undue harm to Google. Exhibit A of the Declaration of Daniel Purcell in Support of Google's Opposition to Oracle's Renewed Motion to Strike Portions of Dr. James Kearl's Expert Report contains sensitive, non-public information about Google's financial management practices and methodologies. Public release of this information would cause great and undue harm to Google. The Court has previously granted motions to seal based on the identical financial data and practices. *See* Dkt. No. 935.

Dated: May 1, 2012                                      KEKER & VAN NEST LLP

                                                        By: */s/ Robert A. Van Nest*
                                                            ROBERT A. VAN NEST
                                                            Attorneys for Defendant
                                                            GOOGLE INC.