| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - #84065 | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON - #184325 | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| DANIEL PURCELL - #191424 | BRUCE W. BABER (*Pro Hac Vice*) |
| dpurcell@kvn.com | bbaber@kslaw.com |
| 710 Sansome Street | 1185 Avenue of the Americas |
| San Francisco, CA  94111-1704 | New York, NY 10036-4003 |
| Telephone:  (415) 391-5400 | Telephone:  (212) 556-2100 |
| Facsimile:  (415) 397-7188 | Facsimile:  (212) 556-2222 |
| | |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| DONALD F. ZIMMER, JR. - #112279 | IAN C. BALLON - #141819 |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS - #224323 | HEATHER MEEKER - #172148 |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| 101 Second Street, Suite 2300 | 1900 University Avenue, Fifth Floor |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone:  (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile:  (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL** |
| GOOGLE INC., | |
| Defendant. | |

1   Before this Court is Google Inc.'s Administrative Motion to Seal portions of Google's
2   Opposition to Oracle's Renewed Motion to Strike Portions of the Expert Report of Dr. James
3   Kearl and supporting documentation. Based on the arguments presented in the motion, the
4   declaration in support of the motion, the pleadings on file, and any other relevant matter, the
5   motion is **GRANTED.**

7   **IT IS SO ORDERED.**

10  Dated: _____

            WILLIAM ALSUP
            UNITED STATES DISTRICT JUDGE