| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br>Tel:  415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING  LLP<br>SCOTT T. WEINGAERTNER<br>(*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (Pro Hac Vice)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA  94303<br>Tel: 650.328.8500<br>Fax: 650.328.8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF DAVID ZIMMER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPPOSITION TO ORACLE'S RENEWED MOTION TO STRIKE PORTIONS OF DR. JAMES KEARL'S EXPERT REPORT**<br><br>Dept.:    Courtroom 8, 19th Floor<br>Judge:    Hon. William Alsup |

I, DAVID ZIMMER, declare as follows:

1. I am an associate with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Administrative Motion to Seal Portions of its Opposition to Oracle America, Inc.'s ("Oracle") Renewed Motion to Strike Portions of Dr. James Kearl's Expert Report. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The redacted portions of Google's Opposition to Oracle's Renewed Motion to Strike Portions of Dr. James Kearl's Expert Report expressly disclose or would allow others to easily deduce Google's sensitive, non-public financial data, such as costs, revenues, and profits, as well as projected costs, revenues, and profits, associated with Android. It also contains sensitive, non-public information about Google's financial management practices and methodologies. This includes the redacted material at: 1:1, 2:23-28, 3:1-2, and 3:20-28 of the Opposition. Public release of this information would cause great and undue harm to Google.

3. The redacted portions of Exhibit A of the Declaration of Daniel Purcell in Support of Google's Opposition to Oracle's Renewed Motion to Strike Portions of Dr. James Kearl's Expert Report. Exhibit A contains excerpts from the deposition of Google executive Andy Rubin regarding Android financial documentation and accounting procedures and contains sensitive, non-public information about Google's financial management practices and methodologies. Public release of this information would cause great and undue harm to Google.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on May 1, 2012.

By: _/s/ David Zimmer_
DAVID ZIMMER