KEKER & VAN NEST LLP
ROBERT A. VAN NEST, #84065
rvannest@kvn.com
CHRISTA M. ANDERSON, #184325
canderson@kvn.com
DANIEL PURCELL, #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Tel:     415.391.5400
Fax:    415.397.7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
*(Pro Hac Vice)*
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
1185 Avenue of the Americas
New York, NY 10036
Tel:     212.556.2100
Fax:    212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel:     415.318.1200
Fax:    415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel:     650.328.8500
Fax:    650.328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561-WHA <br><br> **DECLARATION OF DANIEL PURCELL IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO ORACLE'S RENEWED MOTION TO STRIKE PORTIONS OF DR. JAMES KEARL'S EXPERT REPORT** <br><br> Dept.:    Courtroom 8, 19th Floor <br> Judge:   Hon. William Alsup |

DECLARATION OF DANIEL PURCELL
Case No. 3:10-cv-03561-WHA

661316

I, DANIEL PURCELL, declare as follows:

1. I am a partner with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's Opposition to Oracle America, Inc.'s ("Oracle") Renewed Motion to Strike Portions of Dr. James Kearl's Expert Report. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Attached as **Exhibit A** are true and correct copies of excerpted pages from the transcript of the deposition of Andrew Rubin, taken April 27, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on May 1, 2012.

By:  */s/ Daniel Purcell*
       DANIEL PURCELL

---

1
DECLARATION OF DANIEL PURCELL
Case No. 3:10-cv-03561-WHA

661316