# EXHIBIT A

Highly Confidential - Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5    --------------------------

 6   ORACLE AMERICA, INC.,        )

 7                   Plaintiff, )

 8          vs.                   ) No. CV 10-03561

 9   GOOGLE, INC.,                )

10                   Defendant. )

11    --------------------------

12

13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15       Videotaped Deposition of Andrew Rubin, taken at

16   633 Battery Street, San Francisco, California,

17   commencing at 9:39 a.m., Friday, April 27, 2012,

18   before Ashley Soevyn, CSR 12019.

19

20

21

22   Reported by:

23   Ashley Soevyn, CSR. 12019

24   Job No. 143660

25   PAGES 1 - 80
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1     APPEARANCES OF COUNSEL:

 2

 3         FOR THE PLAINTIFF ORACLE AMERICA, INC.:

 4

 5             BOIES, SCHILLER & FLEXNER LLP

 6             BY:  ALANNA C. RUTHERFORD, ESQ.

 7             575 Lexington Avenue, 7th Floor

 8             New York, New York 10022

 9             (212) 446-2300

10             arutherford@bsfllp.com

11

12         FOR THE DEFENDANT GOOGLE, INC.:

13

14             KING & SPALDING

15             BY:  SCOTT T. WEINGAERTNER, ESQ.

16             1185 Avenue of the Americas

17             New York, NY 10036-4003

18             (212) 556-2227

19             sweingaertner@kslaw.com

20

21         ALSO PRESENT:

22         AARON WATLEY, Videographer

23         SUSAN KIM, Google Litigation Department

24         RACHEL CALFLIN, Legal Assistant King & Spalding

25
```

Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only

1      Q.   Did you have any conversations with anybody

2    aside from counsel --

3      A.   No --

4      Q.   -- in preparation for that call?

5      A.   -- I didn't.

6      Q.   Have you reviewed Dr. Cox's report?

7      A.   I have not.

8      Q.   Were you told why you were meeting with

9    Dr. Cox, aside from any conversations you had with

10   counsel?

11     A.   Yes, to, you know, to document the cost

12   associated with developing Android.

13     Q.   Do you know Android senior financial Aditya   09:42:59

14   Agarwal?

15     A.   Yes, I do.

16     Q.   Do you work with him on a regular basis?

17     A.   Yes.

18     Q.   Do you believe that you're more fully able

19   to respond to the questions about Android's expenses

20   than Mr. Agarwal?

21          MR. WEINGAERTNER:  Objection, form.

22          THE WITNESS:  In certain areas.  My -- my

23   expertise is in the cost to develop Android, his

24   expertise is in finance and accounting.            09:43:25

25   BY MS. RUTHERFORD:

                                                 Page 6

Highly Confidential - Attorneys' Eyes Only

```
 1           MR. WEINGAERTNER:  Objection to form.

 2           THE WITNESS:  I don't believe I said

 3    exactly that, no.

 4    BY MS. RUTHERFORD:

 5       Q.   No?  Well, do you recall what you said to

 6    him regarding that topic?

 7       A.   When we reviewed the costs, I indicated      09:47:58

 8    that there are a couple of -- you know, there was a

 9    couple of pieces of background information that were

10    important to consider.  One was we didn't start any

11    of the accounting until 2008, so there's a bunch of

12    costs associated with Android that weren't tracked

13    before 2008.  I also talked to him briefly that      09:48:22

14    although the spreadsheets in these reports

15    represent -- should certainly represent costs that

16    were part of developing Android, the spreadsheets

17    also could include costs in other areas that weren't

18    Android.  And those were -- we tried our best to --

19    you know, the accounting system tries its best to      09:48:59

20    sort those out, but, you know, there's some odd

21    chance that other data would be in there.

22       Q.   Anything else?

23       A.   No, that's about it.

24       Q.   Well, let's focus on the second point you

25    said, that the spreadsheets had costs that were
```

Page 11

Highly Confidential - Attorneys' Eyes Only

1    related to the development of Android, but in other

2    areas as well.  What are those other areas?

3         A.    Potentially other areas.  I mean, it's just

4    a side effect of the accounting system.  And in

5    that, depending on the timeframe, how we track          09:49:26

6    stuff.  I don't know exactly what they were, but I

7    would -- my -- my understanding is that these

8    numbers included the majority of the cost -- all the

9    cost of Android in its entirety.

10        Q.    Could you explain what the accounting

11   system is?

12             MR. WEINGAERTNER:  Objection, form.

13             THE WITNESS:  I don't have -- I'm not an

14   accountant, so I don't have the depth of detail on

15   what the accounting system is.  We discussed          09:49:58

16   earlier, I don't know the name of the accounting

17   system or software they use.

18   BY MS. RUTHERFORD:

19        Q.    Do you know the methodology?

20        A.    I -- as I understand it, it's standard

21   accounting procedures.

22   ███   ████████████████████████████████████

███  ██████████████████████████████████

███    ████████████████   ██████████████

███      ████████████   ████████████

                                        Page 12



```
1    BY MS. RUTHERFORD:

2         Q.    You don't know.

3
```

09:51:59

Page 13

Highly Confidential - Attorneys' Eyes Only



Page 18

Highly Confidential - Attorneys' Eyes Only



Page 19

Highly Confidential - Attorneys' Eyes Only



Page 20

Highly Confidential - Attorneys' Eyes Only



Page 21

Highly Confidential - Attorneys' Eyes Only



Page 23

Highly Confidential - Attorneys' Eyes Only



Veritext National Deposition & Litigation Services
866 299-5127



Highly Confidential - Attorneys' Eyes Only



Page 25

Highly Confidential - Attorneys' Eyes Only



Page 26



Highly Confidential - Attorneys' Eyes Only



Page 29

Highly Confidential - Attorneys' Eyes Only



Page 46

Highly Confidential - Attorneys' Eyes Only



Page 47



Page 48

Highly Confidential - Attorneys' Eyes Only



Page 49

Highly Confidential - Attorneys' Eyes Only



Page 51

Highly Confidential - Attorneys' Eyes Only

1          MR. WEINGAERTNER:  Thank you.

2          THE VIDEOGRAPHER:  The time is 11:15 a.m.

3    and we are off the record.

4              (Recess taken.)

5          THE VIDEOGRAPHER:  The time is 11:19 a.m.,   11:19:32

6    and we are back on the record.

7                   CROSS-EXAMINATION

8    BY MR. WEINGAERTNER:

9       Q.   Mr. Rubin just a couple of quick questions.

10   Is the accounting information that's reflected in

11   the Android profit and loss document that's been

12   marked Trial Exhibit 1079, is that routinely updated

13   every quarter by Google?

14      A.   It is.  We do reports like this every

15   quarter and they get given to me at the end of the

16   quarter, when the reports are generated.          11:19:57

17      Q.   And is it updated by your accounting

18   department and reviewed by you in the ordinary

19   course of business?

20      A.   Yes, it is.

21      Q.   On a regular basis?

22      A.   Yes, quarterly.

23      Q.   And does the information in Trial Exhibit

24   1079, the Android profit and loss information,

25   accurately encompass Android's financial data for

                                            Page 71

Highly Confidential - Attorneys' Eyes Only

1    the time period shown in the documentation?

2        A.   Yes, I believe so, to the -- you know, for

3    the time period shown absolutely.  As I mentioned

4    previously, before 2008 we didn't have procedures to

5    generate these reports.

6            MR. WEINGAERTNER:  Very good.  No further       11:20:31

7    questions.

8            MS. RUTHERFORD:  I just have one.

9                    REDIRECT EXAMINATION

10   BY MS. RUTHERFORD:

11       Q.   You just answered that Trial Exhibit 1079

12   accurately encompasses financial data for Android.

13   What is -- what's the basis for your answer to that

14   question?

15       A.   That the system is in place at Google, take

16   information from the actual business unit and put it

17   into the system.  The finance team's responsibility

18   is to make sure that that information is accurately

19   represented and then the software outputs these       11:20:59

20   reports quarterly.

21

Highly Confidential - Attorneys' Eyes Only



Page  73

Highly Confidential - Attorneys' Eyes Only



Page 74

Highly Confidential - Attorneys' Eyes Only



Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only



Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only

```
 1    STATE OF CALIFORNIA      ) ss:
 2    COUNTY OF MARIN          )
 3
 4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5    certify:
 6        That the foregoing deposition testimony was
 7    taken before me at the time and place therein set
 8    forth and at which time the witness was administered
 9    the oath;
10        That the testimony of the witness and all
11    objections made by counsel at the time of the
12    examination were recorded stenographically by me,
13    and were thereafter transcribed under my direction
14    and supervision, and that the foregoing pages
15    contain a full, true and accurate record of all
16    proceedings and testimony to the best of my skill
17    and ability.
18        I further certify that I am neither counsel for
19    any party to said action, nor am I related to any
20    party to said action, nor am I in any way interested
21    in the outcome thereof.
22        IN THE WITNESS WHEREOF, I have transcribed my
23    name this 28th day of April, 2012.
24
25                              ASHLEY SOEVYN, CSR 12019

                                        Page 78
```