IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE RE SECOND PHASE OF TRIAL** |
| GOOGLE INC., | |
| Defendant. | |

In the event that a verdict is returned on Thursday, May 3, the Court would like to give the jury Friday off and to start the patent phase on Monday, May 7, at 7:30 a.m. Please advise the Court immediately if there are any witness problems which would interfere with this plan.

**IT IS SO ORDERED.**

Dated: May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE