[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | CASE NO. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **JOINT RESPONSE TO NOTICE RE SECOND PHASE OF TRIAL** |
| v. | |
| GOOGLE INC. | Judge: Honorable William H. Alsup |
| Defendant. | |

In the event that a verdict is returned on Thursday, May 3 (or Friday, May 4), the parties have no objection to starting the Phase 2 on Monday, May 7.

The parties have met and conferred to resolve the only witness problem that may have interfered with the Court's proposal. Oracle had identified Mr. Bornstein, a former Google engineer who also testified in Phase 1, as the first witness for its case in chief. But because of a pre-planned trip, Mr. Bornstein was scheduled to be out of town next week. The parties have therefore reached a compromise to accommodate Mr. Bornstein's schedule. Specifically, Google has agreed to stipulate to the admissibility of various trial exhibits at the beginning of Oracle's case in chief. In addition, Oracle may present Mr. Bornstein out of order as part of Oracle's case in chief next Thursday, May 10. Google may thereafter examine Mr. Bornstein in full as part of Google's case in chief; Google's examination will not be limited to the scope of Oracle's examination. Oracle's cross/rebuttal examination and Google's rebuttal examination may then follow.

Having resolved the sole potential witness issue, the parties are not aware of anything else that might interfere with the Court's scheduling proposal.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 2, 2012 | MORRISON & FOERSTER LLP |
| 3 | | |
| | | By:  /s/ Marc David Peters |
| 4 | | |
| | | MORRISON & FOERSTER LLP |
| 5 | | MICHAEL A. JACOBS (Bar No. 111664) |
| | | mjacobs@mofo.com |
| 6 | | MARC DAVID PETERS (Bar No. 211725) |
| | | mdpeters@mofo.com |
| 7 | | DANIEL P. MUINO (Bar No. 209624) |
| | | dmuino@mofo.com |
| 8 | | 755 Page Mill Road |
| | | Palo Alto, CA  94304-1018 |
| 9 | | Telephone: (650) 813-5600 |
| | | Facsimile: (650) 494-0792 |

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 2, 2012 | KEKER & VAN NEST LLP |
| 3 | | |
| 4 | | By:  /s/ Matthias A. Kamber |
| | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| 5 | | sweingaertner@kslaw.com |
| | | ROBERT F. PERRY |
| 6 | | rperry@kslaw.com |
| | | BRUCE W. BABER (*Pro Hac Vice*) |
| 7 | | bbaber@kslaw.com |
| | | 1185 Avenue of the Americas |
| 8 | | New York, NY 10036-4003 |
| | | Telephone:  (212) 556-2100 |
| 9 | | Facsimile:   (212) 556-2222 |
| 10 | | DONALD F. ZIMMER, JR. (SBN 112279) |
| | | fzimmer@kslaw.com |
| 11 | | CHERYL A. SABNIS (SBN 224323) |
| | | csabnis@kslaw.com |
| 12 | | KING & SPALDING LLP |
| | | 101 Second Street - Suite 2300 |
| 13 | | San Francisco, CA 94105 |
| | | Telephone: (415) 318-1200 |
| 14 | | Facsimile:  (415) 318-1300 |
| 15 | | GREENBERG TAURIG, LLP |
| | | IAN C. BALLON (SBN 141819) |
| 16 | | ballon@gtlaw.com |
| | | HEATHER MEEKER (SBN 172148) |
| 17 | | meekerh@gtlaw.com |
| | | 1900 University Avenue |
| 18 | | East Palo Alto, CA 94303 |
| | | Telephone: (650) 328-8500 |
| 19 | | Facsimile: (650) 328-8508 |
| 20 | | KEKER & VAN NEST LLP |
| | | ROBERT A. VAN NEST (SBN 84065) |
| 21 | | rvannest@kvn.com |
| | | CHRISTA M. ANDERSON (SBN184325) |
| 22 | | canderson@kvn.com |
| | | DANIEL PURCELL (SBN 191424) |
| 23 | | dpurcell@kvn.com |
| | | 633 Battery Street |
| 24 | | San Francisco, CA 94111 |
| | | Telephone: (415) 391-5400 |
| 25 | | Facsimile: (415) 397-7188 |
| 26 | | *Attorneys for Defendant* |
| | | GOOGLE INC. |
| 27 | | |
| 28 | | |

## ATTESTATION

I, Marc David Peters, am the ECF User whose ID and password are being used to file this JOINT RESPONSE TO NOTICE RE SECOND PHASE OF TRIAL.  In compliance with General Order 45, X.B., I hereby attest that Matthias A. Kamber has concurred in this filing.

Date: May 2, 2012                                              /s/ Marc David Peters