IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING MOTION TO STRIKE REPORTS OF DR. COX AND DR. KEARL** |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff Oracle America, Inc. has renewed its motion to strike the disgorgement analysis of Google's damages expert, Dr. Alan Cox, and the Rule 706 expert, Dr. James Kearl. In order to decide this motion, the Court will require the excel document "Android PnL_through_Aug20.xls", and any other P&L statement relied on by Dr. Cox. Google shall submit this to the Court by **5:00 PM TODAY**.

**IT IS SO ORDERED.**

Dated: May 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE