IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**SUPERSEDING ORDER REGARDING ORACLE'S RENEWED MOTION TO STRIKE**

This order supersedes the prior order regarding Oracle's motion to strike the reports of Dr. James Kearl and Dr. Alan Cox (Dkt. No. 1054). Instead, Oracle's motion is hereby set for hearing at **11:00 A.M. TODAY**. The parties shall bring all relevant documents to today's hearing, including Andy Rubin's deposition, Dr. Alan Cox's report, Dr. James Kearl's report, and the excel document "Android PnL_through_Aug20.xls", and any other P&L statement relied on by Dr. Cox.

**IT IS SO ORDERED.**

Dated: May 3, 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE