IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER GRANTING MOTION TO SEAL (Dkt. No. 1039)**

Google moves to seal the redacted sections of its opposition to Oracle's renewed motion to strike portions of Dr. James Kearl's expert report and the redacted sections of Exhibit A to the declaration of Daniel Purcell in support thereof. Google submits a supporting declaration with this motion (Dkt. No. 1040). The materials sought to be filed under seal contain sensitive, non-public financial data related to Android such as costs, revenues, and profits, as well as projections thereof. The documents also contain non-public information about Google's financial management and financial data storage. Public disclosure of this confidential information would cause harm to Google and place it at a competitive disadvantage. The request is accordingly **GRANTED.**

    **IT IS SO ORDERED.**

Dated: May 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE