UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 1, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin;
Steven Holtzman; Dorian Daley (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Matthias Kamber; Catherine Lacavera (Corporate Representative)

| Clerk: Dawn K. Toland | Court Reporter: Kathy Sullivan |
|---|---|
| Trial Began: April 16, 2012 | Further Trial: May 2, 2012 at 8:00 am |

Trial Motions Heard:                                                              Disposition

1. _____                  _____
2. _____                  _____
3. _____                  _____

Other:

Time in Trial: 1 hour 2 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: <br> WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:** <br> Michael Jacobs; Dan Muino <br> Fred Norton; David Boies; Dorian Daley <br> Steven Holtzman | **DEFENSE ATTORNEY**: <br> Robert Van Nest; Christa Anderson <br> Dan Purcell; Michael Kwun <br> Bruce Baber |
|---|---|---|
| **TRIAL DATE:** <br> May 1, 2012 | **REPORTER(S):** <br> Kathy Sullivan; Debra Pas | **CLERK**: <br> Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Jury Deliberation Continued | |
| | | 10:00 am | | | Outside the presence of the jury. Court and counsel discussed two notes from the jury. Response will be given to the jury in open court. | |
| | | 10:42 am | | | Reconvene...jury present | |
| | | 10:50 am | | | Recess | |
| | | 10:50 am | | | Outside the presence of the jury. Court and counsel discussed Phase II of the trial. | |
| | | 11:10 am | | | Recess | |
| | | | | | Deliberations ongoing | |
| | | 1:00 pm | | | Recess until 5/2/12 at 8:00 am | |