UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 2, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; Ken Kuwayti
　　　　　　　　　Steven Holtzman; Dorian Daley (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
　　　　　　　　　　Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland　　　　　　　Court Reporter: Debra Pas

Trial Began: April 16, 2012　　　　　　Further Trial: May 3, 2012 at 8:00 am


Trial Motions Heard:　　　　　　　　　　　　　　　　　　　　Disposition

1. _____　　　_____
2. _____　　　_____
3. _____　　　_____


Other:



Time in Trial: 32 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Fred Norton; David Boies; Dorian Daley Steven Holtzman; Ken Kuwayti | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Michael Kwun Bruce Baber |
|---|---|---|
| **TRIAL DATE:** May 2, 2012 | **REPORTER(S):** Debra Pas | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Jury Deliberations Continued | |
| | | 8:40 am | | | Outside the presence of the jury. Court and counsel discussed two notes from the jury. The response will be given in open court. | |
| | | 9:00 am | | | Reconvene...jury present | |
| | | 9:04 am | | | Recess | |
| | | 10:21 am | | | Outside the presence of the jury. Court and counsel discussed a note from the jury. Computers will be provided to the jury with dvd players by 11:00 am. Defendant will provide the Court with a copy of the Java Language Specification book. | |
| | | 10:29 am | | | Recess | |
| | | | | | Deliberations on-going | |
| | | 3:50 pm | | | Recess until 5/3/12 at 8:00 am | |