UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 3, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; David Boies; Andrew Temkin; Ken Kuwayti
Steven Holtzman; Dorian Daley (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland          Court Reporter: Kathy Sullivan

Trial Began: April 16, 2012          Further Trial: May 4, 2012 at 8:00 am

Trial Motions Heard:                                        Disposition

1. 
2. 
3. 

Other:

Time in Trial: 1 hour 30 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Fred Norton; David Boies; Dorian Daley Steven Holtzman; Ken Kuwayti | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Michael Kwun Bruce Baber |
|---|---|---|
| **TRIAL DATE:** May 3, 2012 | **REPORTER(S):** Kathy Sullivan | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Jury Deliberation Continued | |
| | | 11:00 am | | | Outside the presence of the jury.  Court and counsel discussed jury note #6.  Parties agreed to a written response to give the jury.. | |
| | | 11:55 am | | | Recess | |
| | | 2:27 pm | | | Outside the presence of the jury.  Court and counsel discussed jury note #7.  Parties agreed to a written response to give the jury. | |
| | | 2:45 pm | | | Recess | |
| | | 3:42 pm | | | Outside the presence of the jury.  Court and counsel discussed jury note #8.  Court will respond to the jury note in court | |
| | | 3:52 pm | | | Reconvene...jury present | |
| | | | | | Court addressed the jury regarding their deliberation | |
| | | 3;59 pm | | | Recess | |