IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

                         /

No. C 10-03561 WHA

**FURTHER ITEMS TO BRIEF IN TWENTY-PAGE BRIEFS DUE MAY 10**

    14.    Inheritance does not exist among packages, only within a class. True? If not, why not?

    15.    Inheritance is a characteristic of a class that results from the superclass-subclass feature of the Java operating systems. True? If not, why not?

**IT IS SO ORDERED.**

Dated: May 4, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE