UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

**The Honorable WILLIAM H. ALSUP**

Date: May 4, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Ken Kuwayti
     Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
     Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland     Court Reporter: Kathy Sullivan

Trial Began: April 16, 2012     Further Trial: May 7, 2012 at 7:30 am

Trial Motions Heard:           Disposition

1. _____  _____

2. _____  _____

3. _____  _____

Other:

Time in Trial: 1 hour 32 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| **JUDGE:** WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:** Michael Jacobs; Dan Muino Fred Norton; David Boies; Dorian Daley Steven Holtzman; Ken Kuwayti | **DEFENSE ATTORNEY**: Robert Van Nest; Christa Anderson Dan Purcell; Michael Kwun Bruce Baber |
|---|---|---|

| **TRIAL DATE:** May 4, 2012 | **REPORTER(S):** Kathy Sullivan | **CLERK**: Dawn Toland |
|---|---|---|

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Outside the presence of the jury. Court and counsel discussed possible ways to proceed re jury verdict. | |
| | | 8:57 am | | | Recess | |
| | | | | | | |
| | | 12:35 pm | | | Outside the presence of the jury. Court and counsel discussed jury note #9. Court will respond in open court. | |
| | | 12:45 pm | | | Reconvene....jury present | |
| | | | | | Court addressed the jury regarding the jury note #9 re possible impasse and waiting to read verdict until Monday. | |
| | | 12:54 pm | | | Side Bar | |
| | | 12:57 pm | | | Court addressed the jury | |
| | | 1:10 pm | | | Recess until 5/7/12 at 8:00 am | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |