```
                                         Volume 10

                                         Pages 2128 - 2331

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

               BEFORE THE HONORABLE WILLIAM H. ALSUP

ORACLE AMERICA, INC.,              )
                                   )
            Plaintiff,             )
                                   )
   VS.                             )  No. C 10-3561 WHA
                                   )
GOOGLE, INC.,                      )
                                   )
            Defendant.             )  San Francisco, California
_____)  April 27, 2012
```

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**           MORRISON & FOERSTER
                             755 Page Mill Road
                             Palo Alto, California  94304
                    BY:  **MICHAEL A. JACOBS, ESQUIRE**
                         **KENNETH A. KUWAYTI, ESQUIRE**
                         **MARC DAVID PETERS, ESQUIRE**
                         **DANIEL P. MUINO, ESQUIRE**

                             BOIES, SCHILLER & FLEXNER
                             333 Main Street
                             Armonk, New York 10504
                    BY:  **DAVID BOIES, ESQUIRE**
                         **ALANNA RUTHERFORD, ESQUIRE**

(Appearances continued on next page)

*Reported By:*   *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                 Official Reporter - US District Court
                 Computerized Transcription By Eclipse

**APPEARANCES (CONTINUED):**

**For Plaintiff:**   BOIES, SCHILLER & FLEXNER
         1999 Harrison Street, Suite 900
         Oakland, California  94612
    BY: **WILLIAM FRED NORTON, ESQUIRE**
       **STEVEN C. HOLTZMAN, ESQUIRE**

         ORACLE AMERICA, INC.
         500 Oracle Parkway
         Redwood Shores, California  94065
    BY: **ANDREW C. TEMKIN, CORPORATE COUNSEL**
       **DORIAN DALEY, GENERAL COUNSEL**

**For Defendant:**   KEKER & VAN NEST
         633 Battery Street
         San Francisco, California  94111-1809
    BY: **ROBERT ADDY VAN NEST, ESQUIRE**
       **CHRISTA MARTINE ANDERSON, ESQUIRE**
       **DANIEL PURCELL, ESQUIRE**
       **MICHAEL S. KWUN, ESQUIRE**

         KING & SPALDING LLP
         1185 Avenue of the Americas
         New York, New York 10036-4003
    BY: **BRUCE W. BABER, ESQUIRE**

         GOOGLE, INC.
         1600 Amphitheatre Parkway
         Mountain View, California  94043
    BY: **RENNY HWANG, LITIGATION COUNSEL**

**Also Present:**   **SAFRA CATZ, President and CFO**
         Oracle Corporate Representative

         **CATHERINE LACAVERA**
         Google Corporate Representative

          —  —  —

# P R O C E E D I N G S

**APRIL 27, 2012**                                                    **7:26 a.m.**


(Proceedings held in open court, outside

 the presence and hearing of the jury.)

**THE COURT:**  Good morning.

All right.  Let's get started.  Be seated, please.

I have something I want to say first; that is, I made

a mistake and I want to correct it before we go on.

Near the end yesterday we got into a discussion about

the ownership of the individual API packages, I think is the

best way to put it.  And Mr. Jacobs had said that Mr. Purcell

had admitted or said that they were not disputing ownership of

the copyrights, and I said that I wasn't going to hold

Mr. Purcell to that.

Now, I am going to retract that.  I am not going to

rule one way or the other on it.  I want to put that back as an

open question.  I had in mind a different colloquy, and I went

back and got my law clerk to pull out the actual colloquy.  And

I did read it between then and now, and I, frankly, admit that

I had the wrong scenario in mind.

So I'm not saying that I am going to hold Mr. Purcell

and Google to what they said, but I am going to leave that

open, and if there were a motion, then we would brief it and go

through the whole process.  It would be a number -- a number of

2131

```
 1  portions to take into account, but I think I too quickly ruled

 2  off the top of my head, and that was not fair to Oracle,

 3  especially because I had the wrong -- I had in mind a different

 4  colloquy than the one that you were actually talking about.

 5           Now that I've read the one that you were actually

 6  talking about, I think it's a closer question, and I would

 7  leave it open for further motion practice before I made a

 8  ruling on it.

 9           So, again, I want to be clear.  I'm not ruling in

10  Oracle's favor on this, but I'm not also not ruling in Google's

11  favor on this, and it's an open question as to what the legal

12  purport is of Mr. Purcell's flat out statement:

13           "Your Honor, we are not disputing ownership of

14      the copyrights."

15           So that is -- and that was in the context of a very

16  concrete statement by Mr. Jacobs about finding out whether

17  there was an ownership dispute on the 37 API packages.

18           All right.  So we'll leave that back to square one,

19  so to speak.

20           All right.  Next point is, I received your -- your

21  three pointers, and I've read them, and we'll talk about that

22  at 2:15.

23           I said yesterday that I was sustaining all the

24  objections to the designations of Mr. Ellison's deposition, but

25  I neglected to give you back your packets, so I will do that at
```

PROCEEDINGS

 1   this time.

 2              (Whereupon documents were tendered

 3               to counsel.)

 4          **THE COURT:**  Beyond that, I don't have anything to

 5   bring up with you.  So can I help you this morning?

 6          **MR. JACOBS:**  Thank you, your Honor.

 7              Further to ownership and registration and other

 8   formalities, let me first cover a couple of things to try to

 9   narrow the scope of issues in dispute, generally and with

10   respect to ownership.

11              We no longer seek a package-by-package ruling on

12   infringement as it relates to the code.  So looking at

13   Question 2 of the proposed verdict form, which was

14   package-by-package for the code rulings on Structure, Sequence

15   and Organization, we no longer seek such a determination.

16          **THE COURT:**  On the code part?

17          **MR. JACOBS:**  Correct.

18          **THE COURT:**  How about the document part?

19          **MR. JACOBS:**  On the document part, we're going to

20   urge that that be treated similarly to the 37 code packages,

21   but pending a determination on that.  Right now the only way

22   the Court is potentially giving us a verdict on documentation

23   is package-by-package, and so we need to understand how the two

24   issues relate.

25              And let me -- to state it simply.  We seek a ruling

1   on documentation copying.  If that ruling comes in the context

2   of 37 packages, that would suffice.  We don't need

3   package-by-package rulings on the documentation, but we do need

4   a ruling on the documentation.  So that's where we are on that.

5           THE COURT:  So how would -- in your ideal world, how

6   would the question go to the jury?

7           MR. JACOBS:  The question would be in the form of:

8   Did Google copy the API package documentation into its

9   documentation -- did Google infringe by copying the API

10  documentation into its API documentation?

11          Now, whether it says -- there's another lurking

12  subsidiary issue, which is the Structure, Sequence and

13  Organization for that copying or something else, and that's an

14  issue we will be discussing with your Honor at 2:15, also.

15          THE COURT:  And what would you say is the -- it's

16  compared to the work as a whole?  Compared to what?  What is

17  the comparison to?

18          MR. JACOBS:  Well, we would have it be coextensive

19  with work as a whole determination as to the code packages.

20  So, in other words, if we're -- if the Court said 37, as

21  against 166, for the code packages, we would say the same would

22  be true for the documentation.

23          THE COURT:  All right.  Let's take a much simpler

24  formula.  It has elegance.  I like that part, but I'm not

25  making any rulings on that.

1          **MR. JACOBS:**  Understood, your Honor.

2          **THE COURT:**  Okay.  So, in that event then, Question 2

3 would fall away completely.

4          **MR. JACOBS:**  Question 2 would fall away, I believe,

5 your Honor, yes.

6          **THE COURT:**  All right.  All right, we'll take that up

7 at 2:15, but that will help simplify things when we get there.

8 Maybe that's the way to go.

9          **MR. JACOBS:**  So the next point is that, to the

10 extent -- well, let me just say it more simply.

11          We withdraw the characterization of the registration

12 as a collective work.  We don't need that characterization.  I

13 don't think there has been any reliance on that

14 characterization, and as we looked at the documentation

15 associated with the registration, there is a transmittal letter

16 that says we're rigging this as a derivative work.  So we

17 withdraw the characterization of it as a collective work.

18          The next point is to offer into evidence some

19 exhibits and to draw whatever objection we're going to draw,

20 and then seek your Honor's guidance as to how to proceed.

21          So the first is Exhibit 1078.

22          **MR. VAN NEST:**  Excuse me, your Honor.  Before we

23 begin, if I may?

24          **THE COURT:**  Sure.

25          **MR. VAN NEST:**  I'd like to have just a moment or two

1    to confer.  What I am questioning now is, I didn't know until

2    the moment Mr. Jacobs stood up that they were going to withdraw

3    the compilation.  We had been talking about that, but there has

4    been no determination.  And I want to make sure that I

5    understand and we understand and Mr. Jacobs understands, what

6    do they need to prove now, if that's out of the case.

7            And so with respect to documents, I think it might

8    make sense for us to confer for a moment.  Otherwise --

9            **THE COURT:**  All right.

10           **MR. VAN NEST:**  (Continuing) -- there may be a lot of

11   this that we don't need to deal with.

12           **THE COURT:**  How long do you need to confer, five

13   minutes?

14           **MR. VAN NEST:**  I think so.

15           **THE COURT:**  All right.  I'll come back in five

16   minutes.

17           **MR. BABER:**  Your Honor, a second point.

18           **THE COURT:**  Yes.

19           **MR. BABER:**  They sent us a ton of new exhibits last

20   night.  Before he asks to introduce any of them, can they give

21   us copies of each one?  I haven't had a chance to look at all

22   of them.  It's tons and tons of stuff.

23           **THE COURT:**  Are these brand-new exhibits never before

24   designated?

25           **MR. VAN NEST:**  Many of them are, your Honor.  Many of

1   them are brand-new, not in the trial exhibit list.  We're not

2   raising that objection yet because I do want to work with

3   counsel.  But maybe we need 10 minutes just because...

4         **THE COURT:**  All right.  Ten minutes.  Thank you.

5         (Whereupon there was a recess in the proceedings

6             from 7:36 a.m. until 7:45 a.m.)

7         **MR. JACOBS:**  One comment that I should have made

8   earlier on the selective work issue is that Google had disputed

9   our characterization on the collective work, and that's also

10  part of the basis for our withdrawal of that characterization

11  and assertion that it's a derivative work.

12        **MR. BABER:**  I can do a response to Mr. Jacobs or to

13  the documents, whatever your Honor prefers.

14        **THE COURT:**  I'm going to stand mute on this.  I'm not

15  going to make any comments about whether it's derivative,

16  compilation, collective or otherwise.  I learned my lesson

17  yesterday.  So the chips will fall where they may, and I'm --

18  there we go.

19        Next.

20        **MR. BABER:**  Let me state an issue that we're in

21  agreement with Mr. Jacobs on, which is what he talked about on

22  the verdict form, where we go with this.

23        If the 37 packages by package go out for Question 2a,

24  and he wants to do his documentation based on whatever you

25  conclude is the work as a whole, whether it's the whole 166 or

PROCEEDINGS

1  something else, we absolutely agree that that's a good idea,

2  not just for simplicity, but also for consistency, so that at

3  least the jury is applying the same work as a whole, for them,

4  to as many issues as possible.

5         We think that's a good thing, and I agree with his

6  analysis as to the effect of what they are doing on that part

7  of the verdict form.

8         **THE COURT:**  Thank you.  So, documents, let's go back

9  to the documents you want to get in evidence.

10        **MR. JACOBS:**  Yes.  Here are the ones that are agreed

11 to:  465 --

12        **THE COURT:**  465.

13        **MR. JACOBS:**  (Continuing) -- 466, 467 -- let the

14 record reflect that Mr. Baber is standing with me here -- 468,

15 469, 470, 471, 472, 477, 478, 479 -- look at the collaboration

16 here, your Honor -- 480, 481, 482, 483, 484, 485, 486, 487,

17 488, 489 --

18        I don't know if you saw this one.

19        **MR. BABER:**  No, I did not.

20        **MR. JACOBS:**  489 is not agreed to.

21        **THE COURT:**  Which one?

22        **MR. JACOBS:**  489 is not agreed to.

23        **THE COURT:**  So up to 488, okay.

24        **MR. JACOBS:**  Those are the ones that are agreed to,

25 your Honor.

```
1              MR. BABER:  No objection.

2              THE COURT:  All right, fine.  All those are now in.

3              (Trial Exhibits 465, 466, 467, 468, 469, 471, 472,

4               477, 478, 479, 480, 481, 482, 483, 484, 485, 486,

5               487, 488 received in evidence)

6              THE COURT:  1078 you started with, but that's not yet

7    agreed to.

8              MR. JACOBS:  We'll do that now, your Honor.

9              THE COURT:  You will do that with a witness then?

10             MR. JACOBS:  Well, let me just be clear on what it

11   is, and then -- because I'm going to ask your Honor for, to do

12   this out of the presence of the jury or for additional time.

13             Actually, for the avoidance of doubt, your Honor, we

14   would ask that these be moved into evidence as part of a

15   reopening of our case-in-chief.

16             THE COURT:  Which ones?

17             MR. JACOBS:  All the ones I just gave you and the

18   ones I'm about to give you.

19             THE COURT:  And the basis for -- see, I have no idea

20   what these document are.  The basis for reopening is?

21             MR. JACOBS:  The basis for reopening is that these go

22   to ownership as part of the JCP process, and the other aspects

23   of ownership of the platform in question, the issue that was

24   raised in the colloquy.

25             THE COURT:  So any objection to reopening for that
```

1    purpose?

2            **MR. BABER:**  No objection to reopening for that

3    purpose, your Honor, with the caveat -- I heard Mr. Jacobs say

4    he's going to ask for more time -- that if he gets more time,

5    and that is for his case-in-chief, that we should get the same

6    amount of additional time in our case, if any.

7            **THE COURT:**  I haven't given any more time yet, so

8    we'll have to deal with that separately.

9            **MR. JACOBS:**  So, your Honor, we would offer into

10   evidence Trial Exhibit 1078.

11           (Whereupon, document was tendered

12             to the Court.)

13           **THE COURT:**  It is a letter to the Copyright Office

14   with a received stamped on it for Java 2 Standard Edition 5.

15           Is this the one where the Copyright Office did not

16   have such a document?

17           **MR. JACOBS:**  This --

18           **MR. BABER:**  This --

19           **MR. JACOBS:**  This letter is not in the official file

20   history.  What this letter shows is that --

21           **THE COURT:**  I see what it shows.  It shows that it

22   was submitted.

23           **MR. JACOBS:**  Exactly.  The CD-ROM in particular, your

24   Honor, which is where we're going with this.

25           **THE COURT:**  The objection to this is what?

1          **MR. BABER:**  I have three objections, your Honor.

2    Number one is hearsay.

3          Number two, lack of foundation, no witness has

4    testified to what this is.

5          And number three, it's incomplete.  To the extent

6    that they want to use this to show there was a disc, it should

7    be accompanied by the disc and some testimony that this is the

8    disc.  I understand we're going to come to a disc in just a

9    moment, and I have been told it's a full reconstruction --

10         **MR. JACOBS:**  No, it --

11         **MR. BABER:**  I'm sorry.

12         **MR. JACOBS:**  The CD-ROM is a reproduction of the

13   CD-ROM that is in the official file.  We have the official file

14   with us, with the original CD-ROM, in court.

15         **MR. BABER:**  And we think that needs to be

16   authenticated, your Honor.

17         **THE COURT:**  Why don't you bring in Ines Gonzalez?

18         **MR. JACOBS:**  Well, we will be bringing in the

19   custodian of these files at Oracle, your Honor.  She's ready to

20   testify.

21         Ms. Gonzalez is at Fenwick, and Fenwick withdrew from

22   the representation of Oracle because of an ethical conflict.

23         **THE COURT:**  That wouldn't preclude her as being a

24   witness.

25         **MR. BABER:**  Your Honor, these are business records of

1   the law firm, not of Oracle or of Sun.

2          **MR. JACOBS:**  The witness will testify, your Honor,

3   that, on account of the conflict, the files were transferred to

4   Oracle for safekeeping, and the witness is the keeper of the

5   copyright and legal department files of relevancy here and has

6   personally inspected them.

7          **THE COURT:**  Mr. Baber.

8          **MR. BABER:**  Yes, your Honor.

9          **THE COURT:**  Do you really want me to instruct the

10  jury, to explain to the jury, that we're bringing these

11  witnesses in because you dispute this?  I don't think you

12  really want me to do that.  And even if I don't do that, do you

13  want the jury to think that your case turns on whether or not

14  this document was submitted to the Copyright Office?

15         **MR. BABER:**  No, your Honor.  The case doesn't turn at

16  all on whether it was or wasn't submitted to the Copyright

17  Office.  What the case turns on --

18         **THE COURT:**  Why are you making a big deal out of

19  this?

20         **MR. BABER:**  Because, your Honor, the certified

21  records of the Copyright Office say there was no disc, and all

22  we need -- we don't need necessarily all of this.  We just need

23  a witness who will say, yes, some disc that's in evidence is

24  "the same as," that they had a disc from back then, or if

25  someone can testify under oath that, "this is what the work was

PROCEEDINGS                                              2142

1  at the time we registered it," that's all they need.  It's not

2  whether or not this is the same disc, et cetera.  It just has

3  to have the same contents.

4        **THE COURT:**  Who is Marilyn E. Waglinski (phonetic

5  spelling).

6        **MR. BABER:**  I believe she was an attorney at

7  Fenwick & West at the time, your Honor.

8        **THE COURT:**  Is Ms. Ines Gonzalez available?

9        **MR. JACOBS:**  Your Honor, honestly, because of the

10  conflict, Fenwick transferred the files over, and we haven't --

11  I don't know if Ms. Ines Gonzalez is available.  As I say --

12        **THE COURT:**  Well, the mere fact that somebody at

13  Oracle has a custodian of records, I'm not going to rule "yes"

14  or "no" on that right now.  But that is -- that theory could

15  get into evidence all kinds of mischief, and I think it would

16  be better to bring in Ms. Gonzalez.

17        And her conflict of interest in no way prevents her

18  as a witness from testifying.  That's not a conflict,

19  testifying as to what happened?

20        **MR. JACOBS:**  Your Honor, I would offer 1078 as a

21  self-authenticating document that has, on its face, indicia of

22  authenticity.  It has the received stamp from the Copyright

23  Office.

24        We are offering 1078 into evidence solely for the

25  purpose of showing that, in fact, with the registration

1  application for Version 5 of the Java 2 Standard Edition, a

2  CD-ROM was submitted, and we are submitting the CD-ROM to show

3  what the deposit material was. And it seems -- if there is an

4  issue of authenticity of the document, we have the original

5  file in court, and that can be inspected. And it seems that to

6  try and get Ms. Gonzalez here to prove what is stunningly

7  obvious is not what's required by the Federal Rules of

8  Evidence.

9      **MR. BABER:** Excuse me, your Honor.

10      **THE COURT:** Yes.

11      **MR. BABER:** They are clearly offering this for the

12  truth of its contents to show that a disc was submitted --

13  whether it's -- clearly it appears to be an accurate copy of a

14  letter that someone in a law firm wrote to a client at some

15  point. That's hearsay. If offered for the truth --

16      **THE COURT:** No, wrote to the Register.

17      **MR. BABER:** I'm sorry. Wrote to the Register of

18  Copyrights.

19      **THE COURT:** Yes. So the, the hearsay part is not

20  that part. The part that's the issue is, was there, in fact, a

21  CD-ROM included, and what was on it, if it was included.

22      **MR. BABER:** Exactly right, your Honor.

23      **THE COURT:** And that is not something that I feel you

24  can just take as self-authenticating from the face of the

25  letter.

```
 1              I'm not going to rule on this right now.  I'm going
 2    to rule tentatively no.  I think you need to do this the right
 3    way and not just shovel stuff in on the theory that the other
 4    side is being unreasonable, which possibly they are.  And I
 5    don't like that either, but they have got the right to be mean
 6    and nasty if they want to be mean and nasty, which is,
 7    Mr. Baber, what I think is going on here because you know good
 8    and well she would come in and testify that this letter is true
 9    and correct.
10              But I am not going to say you're wrong as a matter of
11    law on your objection.  So I would have to have briefing and
12    some good case law that said I can overrule Mr. Baber's
13    objection.
14         MR. JACOBS:  The briefing I can't give you.  I think
15    I can give you some case law.  *MRT Construction versus Hard*
16    *Drives, Inc., 158 F.3d, 478, 483.*  It's a Ninth Circuit case.
17         THE COURT:  What does it say?
18         MR. JACOBS:  It's a business records case, your
19    Honor, that says when a business receives business records from
20    another -- from another, and those records are then kept in the
21    regular course of that business, relied on by that business,
22    and the business has a substantial interest the accuracy of the
23    records, the fact that those records came originally from
24    someone else doesn't defeat admissibility as a business record.
25              And that is exactly what this is.  This is a file
```

```
 1   that the outside law firm transferred to Oracle on account of a

 2   conflict of interest.  The records are then maintained at

 3   Oracle.  And the custodian is here to testify to that.

 4            At 483, your Honor.

 5            THE COURT:  You're not explaining to me why you can't

 6   get Ms. Gonzalez here.  You keep vaguely referring to a

 7   conflict, and I keep telling you that that conflict does not

 8   prevent anyone from testifying to the truth.  And you're

 9   avoiding that.

10            MR. JACOBS:  I'm only avoiding it because it's --

11            THE COURT:  I'm not going to rule -- look --

12            MR. JACOBS:  Okay, fine.

13            THE COURT:  I'm not going to go down that path until

14   you tell me she is unavailable as a witness.

15            MR. JACOBS:  Understand, your Honor.

16            THE COURT:  And I mean that you tried to subpoena her

17   and she refuses to come.

18            MR. JACOBS:  Okay.  That will then -- the same --

19   just for the sake of good order, we would offer 1076, which is

20   the CD-ROM itself.

21            THE COURT:  Yes.  Same ruling.

22            MR. JACOBS:  1077, which is a reproduction of the

23   front and back cover of the -- of that which was submitted with

24   the CD-ROM.

25            THE COURT:  Same ruling.
```

1              MR. JACOBS:  And then 81, which is the transmittal

2    notice for Java 2 Standard Edition 1.4, which notes that the

3    online end-user documentation is being submitted on CD-ROM.

4    Also, a letter from Fenwick & West to the Register of

5    Copyrights.

6              THE COURT:  Are there any other documents that we

7    have that are in evidence and have this same stamp that looks

8    the same from the Copyright Office?

9              MR. BABER:  I don't believe so, your Honor.  I

10   wouldn't swear to it, but I believe these are the first of the

11   documents anything like this that we have seen.

12             MR. JACOBS:  And I don't know, your Honor.

13             THE COURT:  Hmm.

14             MR. JACOBS:  I don't know.

15             THE COURT:  All right.

16          (Discussion held off the record

17           amongst counsel.)

18             THE COURT:  Okay.  Well, we have a hanging issue

19   there.

20             MR. BABER:  Same objections, your Honor, to 1081.

21             THE COURT:  All right.  Those four documents are in

22   limbo for now.  But I don't think they -- I'm not ruling, but I

23   question the adequacy of the foundation to put those in

24   evidence.

25             MR. JACOBS:  And just to be perfectly clear for the

PROCEEDINGS

1  record, the custodian of records at Oracle is prepared to

2  testify that these are maintained in the ordinary course of

3  business.  I understand that --

4        THE COURT:  I'm not permitting you from bringing

5  in -- let me be clear.  You can bring that person in, have them

6  testify.  I will consider their testimony.  But you're asking

7  for an advisory ruling.

8        My advisory ruling to you is that may not be enough,

9  but if you want to try it, but please don't go up to the Court

10 of Appeals and say the judge refused to even consider that

11 evidence.  I'm not going there.  You can bring that person in,

12 use up your time on them, and I will rule at that point.

13       MR. JACOBS:  Thank you, your Honor.

14       THE COURT:  I'm not -- I'm not ruling it out yet.

15 I'm just not ruling it in based on a proffer.

16       Okay.  What else can I do for you this morning?

17       MR. NORTON:  Just one matter, your Honor.  Yesterday

18 afternoon we handed up the video designations for Mr. Gupta,

19 and we don't need to play those until we get to our rebuttal

20 case.

21       THE COURT:  Didn't I give you those?

22       MR. NORTON:  You gave us Mr. Agarwal's, and you

23 handed back Mr. Ellison's, but I don't believe we received back

24 those from Mr. Gupta.  They had purple-tape flags, your Honor.

25       THE COURT:  My law clerk is going to have to help me

PROCEEDINGS                                    2148

```
 1   find those.  I remember it, but I don't see it anywhere.

 2            Let me ask Dawn:  Did you get the juror's note?  You

 3   weren't here whenever I put it on the witness stand.

 4        THE CLERK:  I did get it.

 5        THE COURT:  All right.  What else can I do for you?

 6        MS. ANDERSON:  Your Honor, just two small procedural

 7   matters.

 8        THE COURT:  Sure.

 9        MS. ANDERSON:  We marked for identification in the

10   record, TX3533, which was the impeachment video played during

11   Mr. McNealy's testimony.  And we also marked TX3531, which were

12   the deposition clips from Craig Gering, impeachment testimony.

13   I want to submit that to the Court, your Honor.

14        THE COURT:  Are you suggesting that this comes into

15   evidence?

16        MS. ANDERSON:  No, your Honor.  This is just the

17   procedure that we have been following --

18        THE COURT:  So that will just be for the Court of

19   Appeals.

20        MS. ANDERSON:  Yes.  Thank you, your Honor.

21        THE COURT:  What else?

22            (No response.)

23        THE COURT:  All right.  My law clerk has discovered

24   the Gupta -- it doesn't say Gupta on here.  It says Agarwal.

25        MR. BOIES:  I apologize, your Honor.
```

```
 1              THE COURT:  I see.  The tab something says something

 2    else, but the inside says Gupta.  Thank you.  I can figure it

 3    out.

 4              Okay.  What else can I do for you?

 5              (No response.)

 6              THE COURT:  Are we ready to go?

 7              MR. BABER:  Ready, your Honor.

 8              THE COURT:  Are the jurors present?

 9              Where is our witness?

10              MR. BABER:  Professor Astrachan?

11              THE COURT:  Yes.  Let's bring him in.

12              (Jury enters at 8:05 a.m.)

13              THE COURT:  Okay.  Welcome back and please be seated.

14              We're going to start with Mr. Baber.

15              Do you have water -- is that your water?

16              THE WITNESS:  I do.  Thank you very much.

17              THE COURT:  Okay.  Good.

18              Everybody over there in the jury box feeling okay

19    today?

20              (Jury nodding affirmatively.)

21              THE COURT:  Everyone says yes.

22              Got your notepads ready?

23              One of you have gave us a note which I have read to

24    the lawyers and they have now read.  Thank you for that note,

25    and the lawyers will try to have it answered in due course.
```

PROCEEDINGS                                                2150

```
 1          Mr. Baber, you may begin.

 2                    OWEN ASTRACHAN,

 3   called as a witness for the Defendant herein, having been

 4   previously sworn, resumed the stand and testified further as

 5   follows:

 6              DIRECT EXAMINATION RESUMED

 7   BY MR. BABER:

 8   Q.    Good morning, Professor Astrachan.

 9   A.    Good morning.

10   Q.    Yesterday in your testimony you spoke about the

11   specification for an API, for a method.  Do you recall that

12   testimony?

13   A.    Yes.

14   Q.    And I believe you said that the specification includes

15   both the Method signature and documentation written in English

16   that explains the method; was that your testimony?

17   A.    Yes.

18   Q.    Okay.  Does the specification for a method say what code

19   to write in the implementation of that method?

20   A.    No, it does not.

21   Q.    Okay.  And why not?

22   A.    The implementation of the method is something that the

23   programmer who's implementing the API would need to think about

24   and understand and might be very, very complicated, so the

25   specification just tells you how you would call it if you were
```

1   writing a client program to call into the API, but not at all

2   how to write the implementation.

3   **Q.**   Okay.   So let's break that down into two different

4   questions.

5           For someone who is trying to implement that method to

6   write new code that will actually perform the function if it's

7   called, does the specification tell that programmer what code

8   to write in the new implementation?

9   **A.**   No, it does not tell how to write the implementation.

10  **Q.**   Does it tell the person creating the implementation what

11  the code has to do?

12  **A.**   Yes.   It tells the specification -- including the

13  signature -- and the written comment tells what the code should

14  do.

15  **Q.**   Does it tell that person who's an implementation what

16  to write in order to do that?

17  **A.**   No, it does not tell them what code to write.

18  **Q.**   All right.   Now, once the method has been implemented in

19  new source code, does the specification tell the programmer

20  who's writing an application and who wants to call on that

21  prewritten code, does it tell that programmer what code to

22  write?

23  **A.**   The specification does tell the programmer what to write,

24  how to call the method that has been implemented.

25  **Q.**   And for someone who wants to use the method, who wants to

1   use that prewritten code, does she or he have to write that

2   Method signature exactly as it appeared in the specification?

3   **A.**    Yes, exactly.

4            **MR. JACOBS:**  Your Honor, leading.

5            **THE COURT:**  Sorry?

6            **MR. JACOBS:**  It is leading.

7            **THE COURT:**  All right.  It is leading.  So try not to

8   lead your own witness.

9            It's okay to lead someone who is not on the same side

10  as you are, because that is a hostile witness, so to speak, and

11  will not be amenable to leading.  But when somebody is on the

12  same side there is a danger that the witness will simply say

13  yes to everything that the lawyer says; yes, yes, yes.  But

14  whenever they are on opposite sides you don't have that problem

15  so it's okay to lead.

16           I have been meaning to explain this to you because

17  sometimes the jury thinks that lawyer was objecting all day

18  long about the other side leading, and then when they got up

19  that's all they did was lead.  Well, it's actually okay to do

20  that.  It's not inconsistent because if you are affiliated with

21  that side, you shouldn't lead except on preliminary matters.

22  That's okay.

23           But when you get to something that matters, you

24  should not lead.  You should say, "What happened next?"  Or,

25  "What about this?"  Or, "What, if any..."  Or, "When..."  Or,

1  "Who..."  but not, "Isn't it true that..."

2       Now, if the question is not objected to, it's up to

3  you, over there in the jury box, to decide how much weight to

4  give to it, but I commend to you the idea that if a lawyer is

5  leading their own witness, you might question whether or not

6  it's the lawyer testifying versus the witness.  It's up to you

7  to decide whether that's true or not.

8       Again, I say to you, though, on something that's

9  preliminary and not really in controversy, I encourage the

10  lawyers on both sides to lead so we can get to the point.  But

11  once we get to the point, if that witness is affiliated with

12  you, the lawyers should stop leading and should ask a "what,

13  who, why" question, as opposed to "isn't it true that"

14  question.

15       You all over there understand that point?

16       (Jury nodding affirmatively.)

17       **THE COURT:**  Okay.  That's what the leading problem

18  is.

19       I'm sorry for the interruption, Mr. Baber.  It's okay

20  for you to lead on matters that are preliminary, but on

21  something that really matters in the case, you should ask a

22  "what, who, why" question.  So there we go.  Thank you.

23       Please proceed.

24       **MR. BABER:**  Thank you, your Honor.

25

1   BY MR. BABER

2   Q.    So just to rephrase, Professor, for a programmer who is

3   trying to use the method that's been implemented to access that

4   prewritten code, does the Method specification, does it say to

5   the programmer what he or she has to write in their code or

6   doesn't it?

7   A.    The Method specification tells the programmer exactly what

8   to write in the code that they implement to call the library.

9   Q.    Now, is it possible to have more than one implementation

10  of some method that's been defined in a specification?

11  A.    Yes, it's possible to have alternate implementations of a

12  library, of a specification in an API.

13  Q.    And during the trial have you heard testimony of

14  implementation of all of these methods by Sun?

15  A.    Yes.  I think I was in trial when we saw both Dr. Bloch

16  and somebody else give two implementations.

17  Q.    And have we seen here in the courtroom, in the last week,

18  creation of two -- have we or have we not seen anything in the

19  courtroom in the last week that relates to different

20  implementations of the same method?

21  A.    We've seen two implementations of the max method of the

22  Math class in the java.lang API.

23  Q.    And which was the first time we saw that?

24  A.    We saw Dr. Bloch implement Math.max.

25  Q.    And you are referring to the chart that Dr. Bloch drew,

1    Exhibit 3452?

2    A.    That looks right to me.

3    Q.    And which part of this exhibit is the implementation that

4    Dr. Bloch created?

5    A.    You can tell the implementation because it's between the

6    left curly brace and right curly brace.  It starts with "if,"

7    and then arg1 greater than arg2.  That's the implementation

8    that he wrote for that API, that method.

9    Q.    So, in other words, everything below the black box that

10   says "declaration," is that or is that not Dr. Bloch's

11   implementation?

12   A.    That is Dr. Bloch's implementation.

13   Q.    And did we see a second example of that in the courtroom

14   this week?

15   A.    Yes, we did.

16   Q.    What is that?

17   A.    We saw another implementation that was different.

18   Q.    And who did that?

19   A.    I can't remember who did that.  You're going to remind me

20   perhaps.  There were a lot of people I saw.

21   Q.    Well, I'm showing you a chart that was marked as

22   Exhibit 3525.  Is that the -- if you don't remember the

23   witness's name, but is that what you're recalling?

24   A.    Yes.  I can see it from here.

25   Q.    And on this Exhibit 3525, where is the implementation that

1  was created by the witness?

2  **A.**   It's over there in the right-hand column where it says

3  "return x greater than y."  Starting right there.

4  **Q.**   (Indicating.)

5  **A.**   Yeah, between your fingers.  That's it.  That is the

6  implementation of that method.

7  **Q.**   Again, from the end of the method signature there is a

8  curly bracket.  From that curly bracket to the next curly

9  bracket, that's the implementation?

10 **A.**   Yes.  I believe that was Mr. Bornstein that did that.

11 **Q.**   And we also have in the record, Professor Astrachan --

12          **MR. BABER:**  May I approach, your Honor?

13          (Whereupon, document was tendered

14            to the witness.)

15 **BY MR. BABER**

16 **Q.**   I put before you Exhibit 623.101, and ask you if you can

17 identify it?

18 **A.**   Yes.

19 **Q.**   And what is that exhibit?

20 **A.**   This is the implementation of the class Math from the

21 java.lang package.

22          **MR. BABER:**  Move the admission of that exhibit, your

23 Honor.

24          **THE COURT:**  Any objection to that one, 623.101?

25          **MR. JACOBS:**  No, your Honor.

1          THE COURT:  Received in evidence.

2          (Trial Exhibit 623.101 received

3           in evidence)

4   BY MR. BABER

5   Q.   And can you tell us where in that document --

6          MR. BABER:  Can we display it to the jury, your

7   Honor?

8          THE COURT:  Of course.

9          (Document displayed)

10  BY MR. BABER

11  Q.   Can you tell us where in that document is the

12  implementation from the Java Platform of the max method?

13  A.   Well, you will have to look through it to find max.  I

14  don't have a search capability here.  Perhaps the person using

15  the computer does, so the jury can see it.

16          I would look through to find max.  I have seen it.

17  I found it.  It's on Page 15 of 24.

18  Q.   Could you just read into the record what that

19  implementation says?

20  A.   That implementation says:  "Return, left paren, A greater

21  than or equal to B, right paren, question mark, A colon, B

22  semicolon."

23  Q.   Is that implementation of this same method different from

24  Dr. Bloch's, and is it -- is it, or is it not, different from

25  Dr. Bloch's and different from Mr. Bornstein's?

1   **A.**   It is different than both of them.

2   **Q.**   Okay.  Could you also look at the second exhibit I've put

3   in front of you, which is Exhibit 47.101.

4           Can you identify that?

5   **A.**   This is the Android implementation of the Math class in

6   java.lang.

7               **MR. JACOBS:**  No objection.

8               **MR. BABER:**  Thank you.

9   **BY MR. BABER**

10  **Q.**   And can you find in that exhibit --

11              **MR. BABER:**  Can we display that to the jury, your

12  Honor?

13          (Document displayed)

14              **THE CLERK:**  Is it received, Judge?

15              **THE COURT:**  It's in evidence, 47.1.

16              **MR. BABER:**  .101.

17              **THE COURT:**  .01?

18              **MR. BABER:**  Yes.  Mr. Jacobs just said, "No

19  objection."

20              **THE COURT:**  All right.  That's fine.  In evidence.

21          (Trial Exhibit 47.101 received

22           in evidence)

23  **BY MR. BABER**

24  **Q.**   And in that exhibit can you find the Android

25  implementation of the max method?

1   **A.**   Yes, I have found it.

2   **Q.**   Can you read it into the record, please?

3   **A.**   It says:  "Return, I1 greater than I2, question mark, I1,

4   colon, I2, semicolon."

5   **Q.**   Professor Astrachan, the four different implementations

6   that you just talked about for the same method, for the max

7   method, this one is Dr. Bloch's; is that right?

8   **A.**   That's correct.

9   **Q.**   And this one is?

10  **A.**   I think that one is Mr. Bornstein's.

11  **Q.**   And this one is?

12  **A.**   That is the Android implementation.

13  **Q.**   Okay.  And this one is?

14  **A.**   That's the Java JDK implementation.

15  **Q.**   And do all four of these different sets of code perform

16  the function required by the Math -- by the Math method?

17  **A.**   Yes, they all perform that method.

18  **Q.**   Even though there's different characters, different format

19  in the programming of this, they would take the same input, and

20  they would provide the correct output, or would they?

21  **A.**   Each one much those would provide the same output given

22  the same input.

23  **Q.**   In order to create a new implementation of a method that's

24  been defined in the specification, what, if anything, does the

25  person creating the new implementation need?

1   **A.**   The person needs the Method specification, the signature,

2   and the explanation of what that method should do.

3   **Q.**   Anything else?

4   **A.**   They need the ability to be able to do it, but that's all

5   they need.

6   **Q.**   Can you create an implementation of a method that's been

7   defined in a specification if you don't have the specification?

8   **A.**   No.  You need the specification to be able to create the

9   implementation.

10  **Q.**   All right.  And does requiring the specification have

11  anything at all to do with whether or not you're trying to do a

12  clean room implementation or some other kind of implementation?

13  **A.**   If you're going to do a reimplementation, you need all the

14  Method specifications to be able to do that.

15          **THE COURT:**  Can I ask a question about the

16  specification?  Is that all right?

17          **MR. BABER:**  Yes.  Your time or mine, your Honor?

18          **THE COURT:**  Your description made it sound like a

19  black box, so to speak.  There is this black box with something

20  inside there, and you really don't care so much what's inside

21  there, but you have an input on this side and an output on that

22  side, and what the specification does is say what the input has

23  got to be and what the outputs have got to be.  And then what's

24  in between is the implementation inside that black box.  And

25  what's inside the black box could be several different

```
 1  approaches, but always the input is the same on every black

 2  box, the outputs are the same.

 3              How close is that?

 4          THE WITNESS:  That is a very good explanation.

 5          THE COURT:  Do you have any disagreement with what I

 6  said?

 7          THE WITNESS:  No.  I like that explanation.

 8          THE COURT:  Okay.  There we go.

 9  BY MR. BABER

10  Q.   Professor Astrachan, how do programmers who are writing

11  new applications use an API?

12  A.   Programmers that are writing new applications to use the

13  library read the specifications and then use those to write

14  whatever application they need to leverage the power of the

15  API.

16  Q.   And what, if anything, does the person who wants to use

17  the API need in order to use that prewritten code?

18  A.   The people writing their own new applications need the

19  specifications to find out what to send to that black box and

20  then what they get back.

21  Q.   And would it be possible, Professor, for you to

22  demonstrate for the jury and the Court how a programmer would

23  actually use an API in writing a new program?

24  A.   I can do that.  I can write some code that a programmer

25  would use, yes.
```

1  Q.   Would it be possible for you to write a program or not?

2  A.   I could write a very simple program, yes.

3        MR. BABER:   Your Honor, may the professor step down?

4        THE COURT:   Of course.

5        (Witness steps down)

6        THE COURT:   Do we have a good bold Magic Marker?

7        MR. BABER:   We have a brand-new black Magic marker,

8  and we have a red one.

9        THE COURT:   Okay.  You can come up, and remember to

10  keep your voice loud and clear.

11  BY MR. BABER

12  Q.   Professor, is there a program that you could write that

13  would show how programmers would use an API?

14  A.   There are many simple programs.  I think one program that

15  might resonate what people do is a program that would go over

16  the internet, grab a web page and print it, since most people

17  have used a browser to be online.

18        Using the Java APIs, I can specify a location on the

19  internet, read the contents of that website, and then cause

20  them to be displayed on my screen.

21  Q.   And how many steps would be in that program that you're

22  talking about?

23  A.   Those three steps that I just talked about, specify where

24  to go on the internet -- actually, make a connection to that

25  location on the internet, and then read it, and display it on

1    the screen.  Those are the three steps that I'd write in my

2    program to just illustrate how to call the libraries that are

3    provided with Android and Java.

4    **Q.**    Okay.  Could you do so?

5    **A.**    Yes.  We've heard already that the components of an API in

6    a class in Java include the package and the class and the

7    method.  So if I'm writing a program, I have to -- I have to

8    write it in a class.  That's what Java language requires, that

9    I write a class.  So I'm going to specify the class, and I

10   specify that by writing kind of a class signature.  I will say,

11   "Public Class WebReader."

12          So I have to specify that it's a class, and I have to

13   give it a name.  I'm going to implement it, so I'm going to put

14   a curly brace there and a curly brace there because that's

15   where my code is going to be.

16          And Java requires that all classes be in a package.

17   So I'm going to name my package at the very top.  I'm going to

18   write Package.  And I'm using the name Simple, because this is

19   a simple example.  So I'm in the class WebReader, in the

20   package Simple, which means using -- well, we've heard this

21   phrase, java.lang.  This would be simple.WebReader.  That's

22   where my code is going to be.

23          (Witness writing on demonstrative.)

24   **A.**    And now I need to write a method --

25   **Q.**    Can I ask my question first, Professor Astrachan.  Just so

1    we're clear, even though it has a name of simple.WebReader, is

2    what you're about to write, does that become a part of the API?

3    **A.**    No, this would not be part of the API.  This is my own

4    code I'm going to call into the API.  This is not part of the

5    API.  This is --

6            I'm a client programmer.  I might have been hired to

7    write a program to go online.  So this is not part of the API.

8    I'm going to use the power of the API in that library to read a

9    web page and display it, but this is not part of the API.  This

10   package Simple is not one of the 37 packages that we have heard

11   about at all.

12   **Q.**    Please continue.

13   **A.**    Because I'm a careful programmer, I'd like to make this my

14   work.  I'll put a comment in it so that we'll know, and anybody

15   using this code will know, that it's me.  I will put a stylized

16   comment indicating that this is my work.  I will say "@author."

17   And I'll just write my "OLA," that's my abbreviation for my

18   name so that I don't have to spend time writing it.

19           This is the comment, and it indicates that I'm the

20   author of this class and this method.  And that way people that

21   see this code will know that's me.  That's not part of the

22   code.  That's just a comment for people reading this to know

23   that I've wrote it.

24           Now, I need to make -- this is a program, and I'm

25   sure you've heard of computer programs before.  And it turns

1    out that in Java to make a program, as opposed to a library of

2    classes a program runs, the library is code that's called when

3    a program runs.  And in Java you have to have a special name of

4    the method that's executed when a program runs.

5            So I would write that.  And I know, because I've

6    written a lot of Java programs, what it -- what this method

7    signature looks like.  It's the Method signature that every

8    program needs.  APIs don't need this Method signature because

9    they are not programs.  They are code that I call.

10            So I just know I'm going to have to write "Public

11   Static Void Main, parenthesis, String, bracket, bracket, R,

12   parenthesis, curly brace, curly brace."

13            That's kind of a mouthful, but once you have written

14   a lot of programs, you just kind of remember that.  And

15   sometimes it might be typed automatically if you've got lucky

16   by the programming environment you're in.

17            My programming environment is this easel, so I'm

18   writing it out by hand, "Public Static Void Main."  This is the

19   Method signature for my class so that this code will run on my

20   computer.  It allows Java to run this program.

21            And I still haven't called the API to do the three

22   things I said it was going to do, which is specify the location

23   on the internet, open a connection to that location, and then

24   print the contents of that we object page.

25            So now I'm going to get ready to do that.

1    Q.    What would come next in your code?

2    A.    I need to specify the location on the internet.  That's

3    called a URL.  I know, because I have some experience, that

4    network stuff in Java is in the java.net package.  So I know

5    what I need is java.net.URL.  That's the class that I'm going

6    to use, java.net.URL.

7              I'm going to specify a website.  And the way you

8    create a new location on the internet is to say "new

9    java.net.URL."  And I have to tell it where to go on the

10   internet.  I'm going to go to CNN.com, so I write

11   "http://CNN.com."

12             So I've specified the location on the internet.  I

13   made a URL.  That's what it's called when you use a web

14   browser.  And I used the java.net.URL class.  I created a new

15   java.net.URL object.  I gave it a name "site."  That's a

16   website.  And now I'm going to use that.

17             So I've done one step, specify a location on the

18   internet by using the java.net.URL class in the java.net

19   package, and I know that that class exists because I've written

20   code before.

21   Q.    What would be the second step?

22   A.    I need to open a location to that website to be able to

23   read it.  And since I'm going to read it, I know -- again,

24   because I'm experienced -- that the location on the internet,

25   I need a connection to it, and it's going to stream information

1  to me.  So I know what I need is a java.io.InputStream, and

2  that's the source of my information.  So the class is

3  InputStream in the package java.io.  And I get that by saying

4  "OpenStream."

5           So I've called a method in the URL class.  It says

6  "site.OpenStream."  OpenStream is the method.  I'm going to go

7  over the internet, make a connection to CNN.com, and I've got

8  that connection, and now I'm ready to read it and print it on

9  my screen.

10 **Q.**   Is there another step for that?

11 **A.**   One more step to print it on the screen:

12 System.out.print.  I'm going to take the source, and I'm going

13 to read it.  So I call the Method Read, which is in the

14 java.io.InputStream.  It allows me to read the stream.

15          This is a lot of steps.  It's specify location, make

16 the connection to it, read it, and print it on my screen.

17 Those are the three steps that I need to specify location, make

18 the connection to it, and cause it to, the contents of that

19 website to be displayed on the screen.

20          I took one small liberty.  This actually prints just

21 one character from the website.  It would be a little more

22 complicated to read all the characters from the website.  That

23 would be just one other method, but this illustrates how to

24 call the libraries in the packages that we have been hearing

25 about.

1  **Q.**    Professor, you testified that in order to use the

2  prewritten code in the libraries, the programmer has to use the

3  Method signature that's defined under the specification

4  exactly.

5          Do you recall that testimony?

6  **A.**    Yes.  I talked about that.

7  **Q.**    In this program you've just written -- first of all, is

8  this program now complete?

9  **A.**    That program is complete.

10 **Q.**    In this program, these three lines of code, did you, in

11 fact, include any Method signatures that would call for

12 something, prewritten code, in any of the libraries?

13 **A.**    Yes.  I used essentially four different Method signatures,

14 four.

15 **Q.**    Can you, using a red marker, just identify the Method

16 signatures that you used to invoke the code in the libraries?

17 **A.**    I called the constructor for the URL class -- we heard

18 some testimony, I think from Dr. Bloch, that constructors are

19 like methods.  They are pretty similar.  Sometimes people talk

20 about them as different, but they are almost the same.

21          So I called the URL constructor right there.  That's

22 code in the Java libraries.

23          I called the OpenStream Method.  That's a method

24 that's in the URL class.  And I know that I don't send it

25 anything, and it returns a stream, an input stream.  I have to

—

1  understand what to pass to it, which is nothing, and what I get

2  back, which is an input stream.

3          Then I called the Read Method, and it gives me back a

4  character from that stream.

5          And I called the Print Method to print it on my

6  screen.

7          So those are the four methods I called.  All of those

8  are in the API packages that we have heard about.

9  **Q.**  Are they in the same package or different packages that

10  you just -- if I -- quickly, how do you know what package --

11  **A.**  Java.net.URL, that's the class in the package.  Java.net

12  is the package, URL is the class.

13          Site.OpenStream, that's in the URL class.  The method

14  is OpenStream.

15          Read is in the InputStream class of java.io.

16          And Print is in the OutputStream class of system.out,

17  which is actually in java.io, also.

18          So I have java.URL, java.net.URL, java.net.URL,

19  java.io, java.io.

20  **Q.**  How many packages have you called on, in just writing

21  those three lines of code?

22  **A.**  I called on java.lang, which I left out.  Everything uses

23  java.lang.  So java.lang, java.net, and java.io.  Three

24  packages.

25  **Q.**  And now are these actual, real signatures, what you've

1  written on the board, or were they just for illustrative

2  purposes, examples?

3  **A.**   These are exactly the Method signatures that you would

4  need to call.

5  **Q.**   And how do you know that those are exactly the Method

6  signatures?

7  **A.**   I know these are the Method signatures because I have had

8  some experience writing programs, and that's how I know that

9  these are the right Method signatures.

10 **Q.**   Have you memorized these Method signatures?

11 **A.**   I haven't sat down with a piece of paper to memorize them.

12 Because I have written code for so long, I know the ones I use

13 often.  They are in my head.

14 **Q.**   And now when you wrote out those Method signatures exactly

15 as they appear in the specifications, did you copy them from

16 the specifications?

17 **A.**   No.  I just used these Method signatures.  I used them

18 here so that I could write my code.  I'm using these

19 signatures.  I need to use them to call the libraries.  As a

20 programmer you rely on those libraries.  I use them to call the

21 library code.

22 **Q.**   And so would or would not this program actually run if you

23 put it on a computer?

24 **A.**   This program would run.  I left out an exception, but it

25 would run.

1  Q.   And what would it show on the screen?

2  A.   It would show the first character from CNN.com on my

3  screen.

4  Q.   In order to actually have it show pictures and other

5  content from CNN.com, tell the jury briefly what else you would

6  need to add to this program, if anything?

7  A.   If I wanted to show pictures -- right now all this does is

8  read a stream of information.  If I wanted to show pictures, I

9  would have to call a library that displayed pictures.  This

10  just prints words, characters.

11          To make a picture appear, I would need a different

12  library in a different package to cause pictures to be

13  displayed on a screen.

14  Q.   To do that, would you need to use additional API methods

15  that have been implemented in API?

16  A.   I would use a library that allowed that, other classes in

17  other packages and other methods to cause those pictures to be

18  displayed.  This would not do that.

19  Q.   And would this program run on the Android platform?

20  A.   This program would run on the Android platform, yes.

21  Q.   Would this program run on a computer that had the Java

22  Platform on it?

23  A.   Yes, it runs on a Java Platform as well.

24  Q.   Professor, do you have an opinion whether, from a computer

25  science perspective, Android and Java would be compatible with

1   respect to these three methods you just invoked in your

2   program?

3   **A.**   Yes.  Since this runs on both the Android platform and the

4   Java Platform, that's my definition for what it means to be

5   compatible, that the same code runs on both platforms.

6   **Q.**   Do you have an opinion, Professor, whether, from a

7   computer science perspective, Android and Java are compatible

8   with respect to the methods and other constructors and other

9   items in the classes of the 37 accused packages?

10  **A.**   Yes.  For those 37 packages, the code that I write on one

11  platform will run on the other platform.

12  **Q.**   Now, you've testified you used three or four AP -- you

13  invoked three or four methods from the API in writing this

14  program; is that right?

15  **A.**   Yes, that's correct.

16  **Q.**   Approximately, can you tell us how many lines of code

17  writing did you save by invoking those four methods rather than

18  just writing a completely new program that didn't use any

19  prewritten code from the libraries?

20  **A.**   By writing these, I've saved probably, not even probably,

21  absolutely a thousand lines of code.  For me to write this out

22  all by myself without using those libraries, it would be a

23  thousand lines of code.

24  **Q.**   All right.  Thank you.

25          **THE COURT:**  I've got some questions before he leaves.

1    I know it's coming out of your time, but...

2            This is a terminology point.  Those things that you

3    circled in red, what were those again?

4        **THE WITNESS:**  These are the methods that I'm using.

5    OpenStream, that's a Method.  Read, that's a Method.  Print,

6    that's a Method.  And URL, that's a constructor, which is a

7    method that creates things.

8        **THE COURT:**  That's what I thought I heard you say

9    earlier, but then you used the word "signature" and I didn't

10   catch that.  I didn't understand.

11           And you were pointing to the red circles, too.

12   Signature --

13       **THE WITNESS:**  In order to call the Method -- here I'm

14   calling the Method (indicating).  That's the terminology that

15   we use, "I call the Method."  I send it something, the black

16   box happens, and I get back the result.

17           In order to make that call, I need to know what the

18   Method signature is.  I need to know that, for this method, I

19   give it a string.  I give it a string that's the location of

20   the site of the interpret.  So I give it a string, and I get

21   back a URL.

22           Here, I give this method nothing.  It's a black box.

23   It gets nothing, but it gives me back a connection over the

24   internet.  It gives me back an input stream.  I need to know

25   the signature that says what to give in and what to get back.

1   Otherwise, I don't know how to use this method in my program.

2           THE COURT:  So take the print one --

3           THE WITNESS:  The print?

4           THE COURT:  Right, print.  What part of that one is

5   the signature?

6           THE WITNESS:  The signature is the name of the

7   Method, which is print, and the parameters that I pass to it,

8   which are the results of reading this source.  That's the

9   parameter.  It has one parameter.  One thing I send to the

10  black box.  So the signature would be this, which is a string.

11  And what I get back here is nothing.  I just cause it to be

12  displayed on the screen.

13          So sometimes the black box gets something and things

14  happen and you don't get back anything.  Printing on the screen

15  doesn't return anything, doesn't give me back something.

16  Opening a stream gives me back a stream.

17          THE COURT:  So if you had -- can you just give us an

18  example of a signature that would have an example where you

19  sent an input and you got an output, so that we can see what

20  that kind of signature looks like.

21          THE WITNESS:  This constructor is such a signature.

22  The input is a string.  So for the URL -- I'm going to write it

23  up here.  The URL constructor, I would see "String," and I

24  would -- and it creates a URL.  So this is what you send in,

25  and the URL is what you get back.

1           So the input is a string that specifies the location

2    on the internet, and the output is a URL, which is a lot of

3    stuff because it makes the connection happen.

4           **THE COURT:**  So the output is URL?

5           **THE WITNESS:**  Correct.  It's a URL object.  It's a

6    URL object.

7           The output of this Method is an InputStream object.

8           **THE COURT:**  So is the signature, the name of the

9    method in -- in combination with the --

10          **THE WITNESS:**  Input?

11          **THE COURT:**  Yeah, the input and --

12          **THE WITNESS:**  Output (indicating).

13          **THE COURT:**  (Continuing) -- and output.

14          **THE WITNESS:**  Fully qualified name, which in this

15   case is java.net.URL, I need to know that full name and the

16   inputs, and I get the output.  All of that is part of the

17   method signature:  Name, input, output.

18          **THE COURT:**  Thank you.  I have one other question.

19          Yesterday you were going through, and I made notes on

20   your little diagrams, package, class, method, and so forth.

21   And I thought I understood it, that these packages were already

22   these preexisting things.  But you start out calling your thing

23   package.  You say "package simple," right?

24          So now you're either using "package" in two different

25   ways, or I don't understand what a package is.

 1          **THE WITNESS:**  I think you do understand what a

 2    package is.  I hope so.  I will give one simple explanation.

 3          The prewritten code, all that prewritten code is in

 4    packages that I get as a programmer so I can use it.  That

 5    prewritten code is all in the 37 packages.  I know how to use

 6    it because I'm an experienced programmer.

 7          As a programmer, the Java language requires that my

 8    code is in a package; me, the programmer.  The code I get,

 9    that's Java code, it's in a package.  It's in a library.  And

10    there's 37 packages we have been talking about that I get to

11    use.

12          I'm the Java programmer.  I have to write my code in

13    a package, too.  The Java language requires that my code be in

14    a package.  That's a different package.

15          **THE COURT:**  So that word "package" there, literally

16    the computer requires you, or the language, using the Java

17    language requires you to start out with the word "package."

18          **THE WITNESS:**  Yes, it does, unless I have anonymous

19    package, which is discouraged by the language specification.

20    And since I'm a careful programmer I make sure I specify my

21    packages.

22          **THE COURT:**  Can I ask one last question?

23          That thing about Public Class, Public Static, I don't

24    get that part either.

25          **THE WITNESS:**  Method signature.  Public Static Void

1   Main.  Name of my Method, Main.  In the Class WebReader.  In

2   the Package Simple.  The fully qualified method name would be

3   simple.Webreader.main.

4            The Method signature here is the name of the Method,

5   Main; the parameters that go in, which is just part of Main;

6   and what I get back, which is nothing.  Public just means

7   anybody can use it.

8            All of the methods that we have been talking about

9   that are in the Java APIs, they are all public because they are

10  going to be used by people like me writing code like this.

11           **THE COURT:**  So you're presupposing that you're going

12  to donate this to the Java system, is that it?  Is that what

13  Public is --

14           **THE WITNESS:**  No.  No, no, no.  I'm not writing this

15  to the Java system.  I'm writing my own code because I'm a

16  hobbyist and I want to write my own WebReader instead of using

17  Google Chrome.

18           **THE COURT:**  Why wouldn't you say "Private" instead of

19  "Public"?

20           **THE WITNESS:**  I'm not allowed to.  This is a special

21  signature for a program.  It has to be Public.  It doesn't mean

22  that I'm donating it to the public.  These words, "Public" and

23  "Private," have a very language-specific feature that isn't

24  about whether the public is going to use them.  It's about how

25  accessible they are to other programs, not to other people.

1    **THE COURT:**  All right.  Do you have another color you

2    can circle for us what the name part of that is, like the other

3    witness did, so we'll know what -- I want us all to be clear

4    what the name of your -- Package, is that what we call it, the

5    name of your Package?

6    **THE WITNESS:**  Name of my Package, name of my Class,

7    name of my Method (indicating).  That is a fully-qualified

8    name, simple.WebReader.name.

9    **THE COURT:**  Thank you.  That's all the questions I

10   have.

11   **MR. BABER:**  You can resume the stand, Professor.

12   (Resumes stand)

13   **BY MR. BABER**

14   **Q.**  Professor, in connection with your work in this matter,

15   have you become familiar with the Android Platform?

16   **A.**  Yes.

17   **Q.**  Have you become even more familiar with the Java Platform

18   than you have been before?

19   **A.**  I'm slightly more familiar with both, yes.

20   **Q.**  I just want to ask you quickly about some characteristics

21   of the two platforms.  Have you conducted any analysis of the

22   numbers of lines and files of code in the two platforms and

23   different parts of them?

24   **A.**  Yes, I have conducted such an analysis.

25   **Q.**  And did you calculate the numbers of lines and files in

1  the different parts of the two platforms?

2  A.    Yes, I did.

3  Q.    And have you prepared an exhibit that summarizes the

4  results of your analysis?

5  A.    Yes, I have.

6        MR. BABER:  Can we call up Exhibit 3536, which is the

7  graphic we just put the number on?

8        (Document displayed)

9  BY MR. BABER

10 Q.    Is this the summary you prepared of your analysis of the

11 Java and Android platforms?

12 A.    Yes, that looks like.

13 Q.    Could you just explain to us quickly what these numbers

14 are?

15 A.    There are three columns.  One is the number, just an

16 explanation.  That's the left column.  Them we see the Android

17 Platform and the Java Platform.  Java is the second column,

18 Android is the third column.

19 Q.    So on the first line where it says "Lines - Platform,"

20 what does that tell us; how many lines of code are in the

21 Android Platform?

22 A.    In the Android Platform there are 15 million lines of

23 code.

24 Q.    Okay.  The next line down says, "Files - Platform."  What

25 does that indicate?

1   A.    There are 57,000 files, each one is some kind of code, on

2   the Android Platform.

3   Q.    Okay.  Dropping down to the next line, it says,

4   "Lines - all API packages."  And I see for Android there is

5   three different lines, not just one.  Can you explain that?

6   A.    The three lines in the Android side are the 51 Java

7   packages, that's in the Java name space.  All 37 packages we

8   have been talking about are Java or Javax.

9   Q.    Let me interrupt for a second, Professor.  We have been

10  talking all through trial about 37 Java packages?

11  A.    Yes, that's correct.

12  Q.    How many Java packages are in Android altogether?

13  A.    There are 51 Java packages.

14  Q.    Is it your understanding that only 37 of them are accused?

15  A.    That's my understanding, yes.

16  Q.    Okay.  Please continue.

17  A.    The other 117 Android packages are packages that are used

18  on the Android Platform, also in the Java language but not part

19  of those 51 Java packages.

20  Q.    And do some or all of those Android packages provide or

21  perform similar functionalities to what the ones in the Java

22  Platform that are different from the 37 accused provide in that

23  platform?

24  A.    The Android Platform is a different platform.  It's

25  designed to be in a mobile device, a phone or tablet.  So those

1  packages don't have analogs on the Java side.  There may be

2  some similarities, but they are really different for the

3  Android Platform, not for the Java Platform.

4  **Q.**   The next line down compares the same things, but it

5  compares files rather than lines; is that correct?

6  **A.**   That's correct.  There are lines of code, and then the

7  number of files that contain those lines.

8  **Q.**   The last two lines on the chart are the lines -- we are

9  just focusing on the accused 37 packages, is that or is that

10  not right?

11  **A.**   That's correct, just the 37 packages.

12  **Q.**   I want to ask you about some comparisons Professor,

13  Astrachan.  Have you compared the Java Platform Version 5.0 in

14  its entirety to the Android Platform?

15  **A.**   Yes.

16  **Q.**   Have you formed an opinion regarding whether the Android

17  Platform is or is not substantially similar to the Java

18  Platform?

19          **MR. JACOBS:**  Objection, relevance, your Honor.

20          **THE COURT:**  Well, it might not be the right legal

21  question, I understand that part, but it has bearing on the

22  overall relevance to the case.  So we'll take it one step at a

23  time.

24          Overruled.  Please answer.

25  **A.**   The platforms are not similar.

1  **BY MR. BABER**

2  **Q.**    And what are the bases for your opinion?

3  **A.**    The platforms are defined for very different things.  The

4  Android Platform, as I mentioned, is a mobile platform.  It has

5  different expectations and services that it provides.  The Java

6  Platform is -- we're talking about Java SE.  It's a desktop

7  platform and it has a very different purpose as well.

8  **Q.**    And the 37 accused packages, what part of the Android

9  Platform are they?

10  **A.**    They are a very small part of the Android Platform, kind

11  of a very small part of the core libraries that's a very small

12  piece of the Android Platform.

13  **Q.**    Are there any similarities or differences between the code

14  that's in Android and the code that's in the Java Platform, the

15  source code?

16  **A.**    The source code that's in the implementation of Android is

17  very different than the source code that's in the Java

18  Platform.

19  **Q.**    Are there any similarities at all?

20  **A.**    In the 37 packages, there's some similarities in the

21  method signatures but not in any implementing code.

22  **Q.**    Is the implementation code in the Android packages

23  completely different or not completely different from the

24  implementation code in the Java Platform?

25  **A.**    The implementation code in Android is completely different

1  than the implementation code in Java.

2  **Q.**   Have you formed an opinion, Professor, regarding what, if

3  anything, accounts for the fact that the 37 packages in both

4  platforms have the same structure, organization, and use the

5  same names?

6  **A.**   Those same names that we have in Android and in Java are

7  needed so that the code inter-operates, so that code I write

8  can be reused in another situation.  So for the functionality

9  of using those APIs, the method signatures need to be the same

10 so that the code will inter-operate and meet programmer

11 expectations.

12 **Q.**   Does use of the same structure and organization for the

13 packages in Android and the same names, does it or does it not

14 serve any functional purpose in Android?

15 **A.**   The language specification says I must use Package, Class

16 and Method names.  And the functionality that those complete

17 signatures provide is what allows me to use the libraries on

18 both -- use the code I write, like that code up there, on both

19 platforms.  Because I'm using those Method signatures, my code

20 will function the same on both platforms.

21 **Q.**   All right.  I'm going to ask you now about a second

22 comparison, Professor.  I would like you now to compare what we

23 see on the third line of the chart, which is, I want to take

24 the APIs in both platforms.

25        So in the Java Platform they are all Java packages;

1    is that right?

2    A.    That's correct.

3    Q.    And in Android, some of them are Java Platform and some of

4    them are Android API packages, correct?

5    A.    That's correct.

6    Q.    Have you compared those to each other?

7    A.    Yes, I have.

8    Q.    Do you or do you not have an opinion whether those two

9    things were substantially similar to each other?

10   A.    Those are not similar at all.

11   Q.    What are the reasons for your inclusion?

12   A.    The implementation of all the methods that are in common

13   is completely different.  And both platforms have methods that

14   are not in common at all, and their implementations are, also,

15   completely different.

16   Q.    When you say "completely different," do you literally mean

17   completely different?  There's nothing that's the same between

18   the implementing code in the API in the Java Platform and the

19   implementing code in the Android platform?

20   A.    The code is completely different in the Android Platform

21   that implements the methods from the code in the Java Platform.

22   Q.    And with respect to the packages and the structure of the

23   packages, are there any similarities between the two platforms?

24   A.    No.  The Package names, Class names, and Method names for

25   the 37 packages are the same; otherwise, there are no -- they

1    are different.

2    Q.    And do you have an opinion as to whether there are any

3    reasons why those things are the same, the structure, the

4    organization, and the names?

5    A.    As I've mentioned before, that structure of the names of

6    the classes, packages, and methods needs to be the same so that

7    the code will work on both platforms, be compatible,

8    inter-operate, so that I can call the methods.  Those need to

9    be the same.

10   Q.    And a third comparison, Professor.  This time I want you

11   to compare all of the API in Java, the 166 packages that make

12   up the Java API -- and that's how many lines?  Does our chart

13   tell us?

14   A.    2.8 million lines of code.

15   Q.    I want to compare that to the 37 accused packages in

16   Android.  Does our chart tell us how many lines that is?

17   A.    Our chart says that that's 237,000 lines of code.

18   Q.    Have you compared the two of those to each other?

19   A.    Yes, I have.

20   Q.    Have you formed an opinion as to whether those two things

21   are substantially similar or not?

22   A.    Those are very different.

23   Q.    Can you explain why?

24   A.    On the face of it, 237,000 and 2.8 million are very, very

25   different numbers.  And the code itself that's in the Android

1  Platform is completely different than the code in the Java

2  Platform.

3  **Q.**   And when you say "the code," you mean the implementation

4  code that actually performs the functions what we have been

5  calling the prewritten code?

6  **A.**   Yes.  The code that implements the library functions in

7  Android is completely different than the code that implements

8  the functions in Java.

9  **Q.**   When you say "completely different," you mean literally

10  completely different, nothing is the same?

11  **A.**   The Method signatures are the same, but that's not part of

12  the implementing code.

13  **Q.**   Other than the method signatures that's in those

14  37 packages in Android, are there any other things that are the

15  same when you compare the 166 packages in Java with the

16  37 accused packages in Android?

17  **A.**   No.  Other than Method signatures, the code is different.

18  **Q.**   Is the structure and organization of those 37 accused

19  packages the same as the structure of those same packages in

20  Java?

21  **A.**   The structure organization of the same packages, the same

22  37, that's the same because that language requires that and --

23  as I have mentioned before.

24  **Q.**   Have you formed an opinion as to why the structure and

25  organization of the packages and the names is the same?

1  A.    Yes.  So that the code that I wrote up there, "Will work

2  on both platforms," I need to have those package class method

3  names be the same so that I can rely on that.

4  Q.    Now, in your work in the computer science field, have you

5  ever heard reference to the Structure, Sequence and

6  Organization of a computer program?

7  A.    Yes.

8  Q.    Okay.  Have you heard of the concepts of selection and

9  coordination and arrangement of elements in connection with a

10  computer program?

11  A.    Yes.

12  Q.    And have you ever heard reference to selection,

13  arrangement and structure of a computer program?

14  A.    All those terms are familiar to me.

15  Q.    And do all those terms make some sense to you in the

16  context of how an API is put together?

17  A.    Yes.

18  Q.    Okay.  And, for example, what are the attributes of the

19  structure of an API?

20  A.    The structure of an API is something that we have talked

21  about here.  It's the -- in Java API because we're only

22  speaking about Java, APIs in other languages might be

23  different.  Package name, Class name, Method name.

24  Q.    And would you call that a hierarchal structure?

25  A.    Yes, I think that's reasonable to call that hierarchal.

1  Q.    Is that hierarchal structure required by the Java language

2  specification, or is it not?

3  A.    The language specification requires Packages, Classes,

4  Methods.

5  Q.    Now, there are additional elements that relate to the

6  structure of the Packages, correct?

7  A.    Yes.  There are additional elements related to the Classes

8  in the Packages.

9  Q.    And give us some examples of what those are.

10  A.    We've seen some examples that people talk about, that a

11  class inherits characteristics from another class or

12  implements, interfaces in another class.

13           I know that Dr. Reinhold showed you some of that.  So

14  that's part of the structure.

15  Q.    Would that include, for example, dependencies?

16  A.    Yes.  When one class depends on another, that's part of

17  the structure.

18  Q.    How about if one class extends another, it's a subclass of

19  it, would that be included in your category of organizational

20  elements?

21  A.    Yes.

22  Q.    And how about what -- what interfaces a Class implements,

23  would that be part of the organization?

24  A.    Yes, it would.

25  Q.    Now, when someone is designing an API -- not implementing

1  an API, but designing an API -- and they have thought about the

2  design and come up with the ideas of what they want to put in

3  the API, but they are actually ready to start building it, what

4  do they do to create the API?

5  **A.**    To create the API, I decide the Package names, Class

6  names, Method names.  I understand their specifications.  And

7  then I get ready to implement it after I've gotten all that

8  done.

9  **Q.**    And when you're ready to begin implementing, literally

10  what do you sit down and do as the person who is going to

11  create that API or create a package within the API?

12  **A.**    I start writing code to implement the different methods.

13  **Q.**    And when you do that, are all the good ideas that you had

14  in the design of the API, are they, in fact, reduced to some

15  concrete form in the code that you write --

16         **MR. JACOBS:**  Objection, your Honor, leading again.

17  **BY MR. BABER**

18  **Q.**    (Continuing) -- or is it not?

19         **MR. JACOBS:**  It's still leading.

20         **THE COURT:**  "What extent, if at all."

21  **BY MR. BABER**

22  **Q.**    To what extent, if at all, are the ideas that you have had

23  for what the API will look like and how it's structured -- to

24  what extent, if at all, are those ideas reflected in the actual

25  code that you write when you're creating the API?

1  **A.**   I think it's easy to explain by looking at the example

2  that I wrote up there.  I have a Package name.  I have a Class

3  name.  I have the Method names.  All those are decided on when

4  my API is designed.  So when I go to implement it, I just put

5  Package name, Class name, Method name, Method name, Method

6  name.  All those are required and all those are done when I've

7  designed the API.  It's all laid out for me.  I just do that.

8  That's the simplest part; implementing, much harder.

9  **Q.**   And is the structure and organization and all the things

10  we discussed earlier, inheritances and extensions of classes,

11  are those classes contained and actually reflected in specific

12  lines of code?

13  **A.**   Yes, they are put in very specific lines.  I have to say

14  what is extension and what's implemented.  That's all part of

15  the code that I wrote.  It's one line for each class.

16  **Q.**   And how many lines of code actually implement the

17  characteristics of a class that you want to put in your new

18  API?

19  **A.**   There is one line for every method.  There is one line for

20  every class.  And there is a line for the package that I

21  specify.  So I have a Package line, a Class line -- and that

22  Class line has all the inter-dependencies about what is

23  inherited -- and then a line for every Method.

24  **Q.**   If you wanted to replicate exactly the structure

25  organizational characteristics of a group of packages, could

1    you write code that did just that, just replicated the

2    structure and nothing else, or is that not possible?

3    **A.**   I could do that.  People call that writing a stub

4    implementation, where it doesn't actually do anything, it just

5    has the structure of the Classes, Packages and Method names.

6    And there would be no implementing code so that I can kind of

7    have my layout ready to go for when I start implementing it.  I

8    could do that.

9    **Q.**   So to replicate the structure and organization of

10   everything that's in these 37 accused classes in Android, how

11   many lines of code would that take?

12   **A.**   That would take as many lines of code as there are

13   Methods, plus as many lines of code as there are Classes, plus

14   for each class there would be a Package.

15   **Q.**   Approximately how many lines of code is that?

16   **A.**   7,000, plus or minus.

17   **Q.**   And that 7,000 lines of code would replicate in its

18   entirety every structural and organizational element of those

19   packages, or would it not?

20   **A.**   Those 7,000 lines are exactly that.

21   **Q.**   So we saw earlier on your chart, Professor, that in those

22   37 Android packages there's other 237 lines of code; is that

23   correct?

24   **A.**   Yes, that's correct.

25   **Q.**   But only 9,000 of them create the structure and

1  organization; is that your testimony?

2  **A.**   I believe I said 7,000, but 7,000 out of 237,000.  That's

3  correct.

4  **Q.**   About what percentage is that, Professor, 7,000 out of

5  230,000 lines of code?

6  **A.**   Well that's about 7 out of 237.  That's, you know,

7  essentially nothing.

8  **Q.**   It's one-tenth or two-tenths of one percent?

9  **A.**   Yeah, in -- yes, very small.

10  **Q.**   All right, sir.  So if you ignore the implementations and

11  what you're comparing is only the structure and organization of

12  those 37 packages to each other, those similarities reflect

13  less than one-half of one percent of the code in the

14  37 packages, does it or does it not?

15  **A.**   7 out of 237 is less than that, yes.  It's a very small

16  percentage.

17          **THE COURT:**  Wait a minute, 7 out of 237?

18          **MR. BABER:**  He's dropping off the thousands -- let's

19  just ask, your Honor.

20  **BY MR. BABER**

21  **Q.**   7,000 out of 237,000?

22  **A.**   Yes, that's correct, 7,000 out of 237,000.  That's the

23  same as 7 out of 237.

24          **THE COURT:**  All right.  So you're saying that's less

25  than one percent?  But if you multiply 7 times 100, you get

1   700.

2           MR. BABER:  I apologize your Honor, I misspoke.  Let

3   me rephrase the question to the witness.

4   **BY MR. BABER**

5   **Q.**   Less than five percent --

6           THE COURT:  Well, there is a big difference between

7   five percent and less than one-tenth of one percent.

8           MR. BABER:  I jumped the question, your Honor.  Let

9   me go back.

10          THE COURT:  I'm 66 years old, but I can still do

11  math.

12          (Laughter.)

13          MR. BABER:  Let me do it this way.

14  **BY MR. BABER**

15  **Q.**   The 9,000 lines --

16  **A.**   7,000 lines.

17  **Q.**   7,000 lines out of the 237,000, that's about what percent

18  of the 37 packages?

19  **A.**   You know, math?  I'm a computer science guy.  The judge

20  can apparently do that math for us.

21  **Q.**   And that's approximately -- do you know what it is

22  approximately?

23  **A.**   Well, I can divide.  Okay.  Five percent.

24  **Q.**   Is it a big percentages or small percentage?

25  **A.**   A very small percentage.

1   **Q.**   Those 9,000 lines that provide the structure of the

2   37 packages, when we compare it to the complete Android API, is

3   approximately what percent?

4   **A.**   Now we're talking 7,000 out of 1.7 million, too small for

5   me to divide.

6   **Q.**   And compared to the Android Platform as a whole, those

7   7,000 lines of code that create the structure and organization

8   is approximately what percent of the 15 million lines of code?

9   **A.**   If you give me a calculator I will tell you, but it's

10  very, very small.  7,000 out of 15 million, small.

11  **Q.**   I'd like to talk just for a moment --

12           **THE COURT:**  Before you change the subject, I don't

13  think -- I'm positive this was -- or either I didn't hear it

14  right.  You said at one point 37 classes, and I think the

15  witness understood that you were saying 37 packages.

16           But can we all be clear that when you're saying 37,

17  you're referring to packages?

18           **THE WITNESS:**  I will try not to be -- yes.  37, I

19  always assume, means packages.

20           **THE COURT:**  But you did use the word "Class," and I

21  know it was an error, but it might be confusing.  So let's make

22  sure that we all agree that was an error.

23           Okay, continue.

24           **MR. BABER:**  Thank you.

25

1    BY MR. BABER

2    Q.   I would like to talk for a minute, Professor, about the

3    Java programming language.  Do you have an opinion, based on

4    your experience with Java, the language and how Java is used as

5    a practical matter regarding which or what parts of the

6    37 packages, if any, are necessary to use the language as a

7    practical matter?

8    A.   The language requires that I have Packages and Classes and

9    Method names.  So all of those are required by the language.

10   Q.   And with respect to the 37 packages that are in Android,

11   do you have an opinion as to whether or not the functionalities

12   provided by those 37 packages are necessary in order to make

13   practical use of the language?

14   A.   We've heard -- you've heard --

15        MR. JACOBS:  Objection, your Honor.  This isn't in

16   either of his reports.

17        MR. BABER:  He's responding, your Honor, to what he's

18   heard at trial.  Your Honor said the experts could respond to

19   what they heard at trial.

20        THE COURT:  I don't remember.

21        Did I say that, Mr. Jacobs?

22        MR. JACOBS:  You did, your Honor, we agree.

23        THE COURT:  All right.  Well, then, objection

24   withdrawn.

25        Go ahead.

1  **A.**   We've heard from both Dr. Reinhold and Dr. Bloch that

2  there are roughly 61 classes referenced in the Java language

3  specification that are required to implement the Java language

4  specification, and that seems right to me.  And that doesn't

5  talk about how many classes you need to do useful work with

6  Java, and that's much more.

7  **Q.**   All right.  Let's talk about, just with the 37 packages,

8  which, if any, of those you think are necessary in order to do

9  useful work.  Let's start with the four core packages:  Lang,

10 util, io, and net.  And let's also include nio in that; group

11 of five, four plus, nio.

12        Do you have an opinion as to whether or not those

13 packages are necessary in order to program as a practical

14 matter?

15 **A.**   Yes, those are all necessarily.  We saw -- I used three of

16 those.  I didn't use nio, but I used three of those just to

17 make a simple connection over the internet.  So they are all

18 necessary to make practical programs.

19 **Q.**   Now, the 37 also include three packages that are

20 sub-packages of the lang package; is that right?

21 **A.**   Yes.

22 **Q.**   It also includes four packages that are sub-packages of

23 nio?

24 **A.**   Correct.

25 **Q.**   Does it also include five packages that are sub-packages

1  of util?

2  **A.**    Yes.

3  **Q.**    And does it include two packages that are sub-packages of

4  the net package?

5  **A.**    Yes.

6  **Q.**    So total is 14 of the additional packages are sub-packages

7  of those core five, or are they not?

8             **MR. JACOBS:**  We're leading again, your Honor.

9             **THE COURT:**  Very leading.  Sustained.

10            **MR. BABER:**  All right.

11 **BY MR. BABER**

12 **Q.**    Are -- are, or are not, the packages in the 37 that are,

13 have names that start with the same thing as the core packages,

14 are they, or are they not, sub-packages of the core ones?

15 **A.**    There are several packages that are included as subclasses

16 of -- sub-packages of java.net, java.lang, java.util.  All of

17 those are required in the same way to do practical work.

18 **Q.**    Okay.  And that leaves us some Packages we haven't talked

19 about.  And I would just like to ask you what they do and

20 whether you have an opinion as to whether or not they are

21 necessary in order to use the language as a practical matter.

22            There are two Packages that have SQL in the name.

23 Those are java.SQL and javax.SQL.

24 **A.**    SQL is the structured query language.

25            **MR. JACOBS:**  This is beyond the scope of his reports

1    and not responding to something that happened in court.

2         **MR. BABER:**  It's responding, your Honor.  Dr.

3    Reinhold said that only a very small number was necessary to

4    use the language, and Professor Astrachan has a different

5    opinion.

6         **MR. JACOBS:**  Well, it is a different issue.  One is a

7    question of what he thinks would be nice to have in order to

8    use the language, and the other is what's required.

9         **MR. BABER:**  This was in his opening report, your

10   Honor, Paragraph 100.

11        **THE COURT:**  There is a difference between what's nice

12   to have and what's essential to have.  I think we've heard

13   testimony on that.

14        So I'm going to let you ask these questions, but I

15   want the witness to answer this question along the way, which

16   is:  Okay, so some of these would be possibly called out in the

17   Java programming language, but for those that weren't called

18   out, you could have written your own, right; and that could

19   have been done, or could it?  Maybe it could not have been

20   done.

21        That's what I would like for you -- but you can

22   pursue this line of questions as long as you answer that

23   question at some point.

24   **BY MR. BABER**

25   **Q.**   The two that have SQL in the name, can you describe what

1  they do and whether you have an opinion as to whether or not

2  they are necessary in order to use the language, as a practical

3  matter?

4  **A.**   Those packages were designed to allow programmers to

5  access databases.  They are essential in many applications, not

6  every application.

7         I would expect a useful language to allow me to

8  access database and using packages that allow me to do that,

9  allow me to do that.

10        I would not know how to write the code to access a

11 database.  I know how to call the code.  I would not know how

12 to write the code that actually does it.  I do know how to call

13 it.

14        So, from my point of view, I need those packages to

15 be able to access a database.  I couldn't write the code to do

16 it without those packages.

17 **Q.**   There are also 10 packages in the 37 that have the word

18 "security" in their name.  Could you describe what those do,

19 and whether you have an opinion as to whether or not those are

20 necessary to make practical use of the language?

21 **A.**   Those are about making secure connections on the internet

22 and doing things in a secure way so that your information is

23 kept safe on your phone or in your computer.  A long time ago

24 we didn't worry about security.  Now we do.  Security is a very

25 complicated -- it's complicated.

1            So for me to know that my programs are running

2    securely, I rely on the java.security package because that

3    functionality is provided there.  I would not know how to write

4    that code myself.  Somebody did.  Java engineers and Android

5    engineers knew how to write that code.

6    Q.   Do you have an opinion as to whether those 10 packages

7    with "security" in their name are or are not necessary to make

8    practical use of the language?

9    A.   As I've just said, today's world, we need to be secure.

10   I would need to use those.

11   Q.   There are also three packages among the 37 that have

12   "crypto" in their names, c-r-y-p-t-o.  Are you familiar with

13   those packages?

14   A.   Yes.  Those are about doing cryptography encryption and

15   decryption, which is also needed in many transactions for that.

16   Q.   Do you have an opinion as to whether the three crypto

17   packages are or are not necessary in order to make practical

18   use of the language?

19   A.   In many applications they would be required, yes.

20   Q.   There is package named java.text.  Could you tell us what

21   that does and whether you have an opinion regarding whether

22   it's necessary to make practical use of the language?

23   A.   Yes.  That allows me to do internationalization and to

24   make sure that my text is -- appears properly.

25   Q.   There is a package named java.awt.font.  What does that

1   package do?

2   **A.**   The font package allows things to appear on the screen

3   well-formed so that they are readable.  It's part of that

4   process.

5   **Q.**   And do you have an opinion as to whether or not what's in

6   that package in Android is or is not necessary in order to make

7   practical use of the language?

8   **A.**   Yes.  To make practical use, it requires that things can

9   be seen.

10  **Q.**   And the last package out of the 37, Professor, is

11  java.beans.  What is java.beans?

12  **A.**   Java.beans allows my classes to kind of work together with

13  each other and perform useful purposes.

14  **Q.**   Do you have an opinion as to whether the functionalities

15  provided by java.beans is or is not necessary to make practical

16  use of the programming language?

17  **A.**   Yes, it is.

18         **THE COURT:**  May I ask this question:  You have gone

19  through a bunch of these saying that they are necessary, but I

20  understood you earlier to say that the Android implementation

21  on those 37 was different from the Java implementation.

22         Is that still correct?

23         **THE WITNESS:**  That is correct.

24         **THE COURT:**  So when you're saying that these were

25  necessary, you're referring to which piece is necessary?

1          **THE WITNESS:**  The functionality provided by those

2    packages is necessary.

3          **THE COURT:**  All right.  Thank you.

4          Go ahead.

5    **BY MR. BABER**

6    **Q.**   Professor, do you have an opinion regarding whether or not

7    having these 37 packages in Android is or is not something

8    that's required to meet the expectations of programmers who are

9    writing in the Java language?

10   **A.**   I think it's required to meet expectations of Java

11   programmers.

12   **Q.**   And do you have an opinion regarding whether having these

13   37 packages in Android is or is not required by expectations of

14   industry, of people who use the programming language?

15          **MR. JACOBS:**  Lacks foundation, your Honor.  He has no

16   idea what industry requires.

17          **THE COURT:**  Are you qualified to answer that

18   question?

19          **THE WITNESS:**  I believe I am qualified to answer that

20   question.

21          **THE COURT:**  Why would you be qualified?

22          **THE WITNESS:**  Because my students want jobs in

23   industry, and industry comes and tells me what the

24   characteristics my students need to go get jobs in industry

25   are.

1          **THE COURT:**  What has that got to do with this

2  specific question?

3          **THE WITNESS:**  Companies actually come and say, "How

4  come your students don't learn this and do learn that?"

5          **THE COURT:**  Have they done that enough for you to be

6  confident you have a well-founded opinion on this subject?

7          **THE WITNESS:**  I think I do.

8          **THE COURT:**  All right.  Objection overruled.

9          Go ahead.

10 **BY MR. BABER**

11 **Q.**   Professor, do you have an opinion regarding whether having

12 these 37 packages in Android is or is not something that is

13 required to meet industry expectations?

14 **A.**   I do.  I think they are required to meet industry

15 expectations.

16 **Q.**   And is the basis for your opinion what you just told the

17 judge in response to his questions?

18 **A.**   Yes.

19 **Q.**   All right.  Professor, do you or do you not have an

20 opinion regarding whether the 37 packages that appear in the

21 Android API, whether that is or is not a means of using and

22 accessing the prewritten code in the libraries?

23 **A.**   I believe I've discussed that these 37 packages, the

24 Method signatures allow me to use the libraries in my code that

25 I write as a programmer, yes.

1  Q.   All right, sir.  And are you familiar also with not just

2  the Packages and the Methods in them, but also the

3  documentation that is included in Android?

4  A.   I'm familiar with the documentation.

5  Q.   And do you have an opinion regarding whether the

6  documentation for the 37 classes that are in Android, whether

7  that documentation is or is not substantially similar to the

8  documentation in the same 37 classes in Java?

9  A.   I don't think the documentation is the same.  I think it

10 describes similar functionality, but the documentation is

11 different.

12 Q.   All right, sir.  Do the comments in the documentation use

13 some of the same terms and phrases, or don't they?

14 A.   Yes, they do.  That's required to specify what the methods

15 do.

16 Q.   Do you have an opinion, Professor Astrachan, whether or

17 not the documentation in the Android 37 packages is or is not

18 virtually identical to the documentation in the same 37 classes

19 in Java?

20 A.   I don't think it's virtually identical, no.

21 Q.   And what's the basis for your opinion?

22 A.   I have read much of that documentation, and when I've read

23 it, it looks to me like it's very, very different between the

24 Android Platform and the Java Platform.

25 Q.   Professor, during the trial, you've heard various

1   analogies used for APIs or parts of APIs?

2   **A.**    Yes, sir, I have heard several.

3   **Q.**    I want to ask you about one of them.  Is an API in any

4   respect analogous to a file cabinet?

5   **A.**    I think a filing cabinet is a reasonable way of talking

6   about the structure of how the API is organized, yes.

7   **Q.**    Is it is a perfect analogy or not a perfect analogy?

8   **A.**    It's not a perfect analogy, but it's a good analogy.

9   **Q.**    Is there some way in which the file cabinet analogy could

10  or could not be made more appropriate to more accurately or

11  more completely be an analogy for the API packages we have been

12  talking about?

13  **A.**    When we talked about the filing cabinet, we talked that

14  the filing was a package; that the drawers were Classes, and in

15  those drawers we saw Methods.

16       What we -- what was missing maybe in the explanation

17  was that on the drawer itself, you have might see, "Please go

18  see this other drawer."  That would have the subclass,

19  superclass relationship we talked about, this class extends

20  another one.  Or it could say, "Please go see this drawer

21  because it implements an interface."

22       Those interfaces are drawers and those classes are

23  drawers.  And so you might see on the label of the drawer, you

24  know, a little tab that says, "Please go see this drawer in

25  that filing cabinet.  Please go see this drawer in that filing

1  cabinet."  That would explain that structure.

2  Q.   And when you testified earlier that in the code for the

3  API, that those characteristics and the interdependencies and

4  the subclasses and the implementation of interfaces, how many

5  lines of code are they contained in?

6  A.   That was, that was 6,000, and then 7,000, total for the

7  classes and packages.

8  Q.   And at the Class level -- not at the Method level, but at

9  the Class level how many lines of code does it take for each

10 Class to define those characteristics of inheritance and

11 dependencies and the like?

12 A.   There are about 600 classes.  That's about 600 lines.

13 Q.   So per class, how many are there?

14 A.   One per class.

15 Q.   One per class.  And is that -- well, could you or could

16 you not just put one label on the file cabinet drawer and have

17 it reflect all those characteristics?

18 A.   One label.  It might have a few things on that label

19 because it might reference one drawer or four drawers, but one

20 label.

21        MR. BABER:  Thank you.

22        No further questions, your Honor.

23        THE COURT:  Why don't we take our break?  It's now

24 9:15.  We will take a 15-minute break at this time.

25        I did the math.  It's 2.9 percent.  7 out of 237 is

```
 1    2.9 percent.  I'm sure some of you over there figured that out

 2    before I did.

 3              Fifteen minutes.  Thank you.

 4              (Jury exits courtroom at 9:15 a.m.)

 5         THE COURT:  Okay.  Be seated.

 6              Any issues for the judge?

 7         MR. BABER:  Not on our side, your Honor.

 8         THE COURT:  How about Mr. Jacobs, any issues for the

 9    judge?

10         MR. JACOBS:  No, your Honor.

11         THE COURT:  All right.  So you'll be ready to go with

12    your cross in 15 minutes?

13         MR. VAN NEST:  Thank you, your Honor.

14         MR. JACOBS:  Yes.

15         THE COURT:  See you then.

16         MR. BABER:  Your Honor, before we break, can I

17    apologize to the court reporter?

18         THE COURT:  For what?

19         MR. BABER:  For speaking a little faster than she'd

20    like, on occasion, during the examination of Dr. Astrachan.

21         THE COURT:  Thanks for the heads-up.  Okay.

22              (Whereupon there was a recess in the proceedings

23              from 9:16 a.m. until 9:29 a.m.)

24         THE COURT:  Be seated.  Let's go back to work.

25              Dawn, can you bring the jury?
```

```
 1              (Jury enters courtroom at 9:29 a.m.)

 2              THE COURT:  Okay.  Welcome back, have a seat.

 3              And let me ask before we get started:  Everyone over

 4   there okay?  Good.

 5              There are some files that are in front of the

 6   witness.  Do you want those there before you begin -- you do

 7   want them there.

 8              Is our witness ready to go?

 9              THE WITNESS:  Yes, sir.

10              THE COURT:  I have everyone over there ready?

11              (Jury nodding affirmatively.)

12              THE COURT:  Mr. Jacobs, the floor is yours.

13                         CROSS EXAMINATION

14   BY MR. JACOBS

15   Q.   Good morning, Dr. Astrachan.

16   A.   Good morning.

17   Q.   Isn't it true that the Java programming language and the

18   Java Application Programming Interface are very different

19   things?

20   A.   The language is different than the programming interface,

21   that's true.

22   Q.   Isn't it true that they -- that they -- that the word

23   "Java" refers to three very different things:  The Java

24   programming language, the Java Application Programming

25   Interfaces, or software source code that references and
```

1   implements the APIs?

2   **A.**   Yes.  Java has been used to refer to all of those.

3   **Q.**   I'm sorry, sir.

4          Isn't it true that Java may refer to three very

5   different things?

6   **A.**   Yes.

7   **Q.**   Is it difficult to write good APIs?

8   **A.**   Yes.

9   **Q.**   It's difficult to write good APIs in the same way it's

10  difficult to be an artist, a football player, a concert

11  violinist?

12  **A.**   I have no experience being an artist or a concert

13  violinist, so I'm not sure if it's equal or harder.  Those

14  things are hard, is my understanding.  I don't know whether to

15  say "as hard."  I don't know that I'm qualified to tell you

16  that.

17          **MR. JACOBS:**  Your Honor, I would like to play a video

18  clip from 127, Lines 20 to 24, and 128, 8 to 18, of Dr.

19  Astrachan's deposition.

20          **THE COURT:**  Go ahead.

21          (Videotape played in open court;

22          not reported.)

23  **BY MR. JACOBS**

24  **Q.**   Dr. Astrachan, do you agree with Professor Mitchell that

25  only a small number of classes are actually necessary for the

1    Java programming language?

2    **A.**    I think we have heard testimony to that, yes, I agree, in

3    the language specification 61 classes.

4    **Q.**    Sixty-one classes are necessary, correct?

5    **A.**    At a minimum, yes.

6    **Q.**    Well, minimum or, or not, sir?

7    **A.**    I agree with the testimony we heard in court, that the

8    language specification talks about 61 classes, yes.

9    **Q.**    And that, therefore, 61 classes are necessary to use the

10   language?

11   **A.**    Yes, that's correct.

12   **Q.**    Now, Dr. Astrachan, you said that it was necessary to have

13   the Method signatures in the Android API in order for this

14   program to run, having been written for the Java APIs on

15   Android; do you recall that testimony?

16   **A.**    Yes.

17   **Q.**    This program won't run on Android; will it, sir?  And I

18   emphasize the word "run."

19   **A.**    Running a program on Android is a different process than

20   running a program on the Java Platform.

21   **Q.**    So a program that's prepared to run on the Java Platform

22   won't run on the Android platform -- again emphasizing the word

23   "run" -- correct, sir?

24   **A.**    The entry points are different on the platforms.

25   **Q.**    Can you answer my question "yes" or "no," sir?

1  A.   The program itself would need to be modified for the entry

2  point so that it would run on the Android platform.

3  Q.   Isn't it true that the whole object or format in Android,

4  the dex code in the Android, is different from the bytecode in

5  Java, sir?

6  A.   I thought you were asking me about the code I wrote.  I

7  did not write dex code or bytecode.  I wrote source code in the

8  Java Programming Language.

9  Q.   Source code won't, quote, run, unquote, on anything; will

10 it, sir?

11 A.   No.  It has to be compiled to run.

12 Q.   And it has to be prepared to run on a platform; correct,

13 sir?

14 A.   That is correct.

15 Q.   And so this program that you wrote on the board -- Package

16 Simple Author, et cetera -- it won't run until you do that

17 preparation; correct, sir?

18 A.   Yes.  You have to compile it to run on the platform, that

19 is correct.

20 Q.   And so, and just to be clear, a program that has been

21 compiled to run on a Java Platform will not run on an Android

22 Platform because the format of the code in the Android Platform

23 is different than the format of the code in the Java Platform.

24 A.   Can I understand your question to mean that the bytecode

25 format and the dex code format, that's different.  The source

1  code is the same format, but the underlying code that runs on

2  the platform is different.

3  Q.   Now, you said that the -- I think you were talking about

4  7,000 lines of code as just a small piece of Android.

5          Do you recall that testimony?

6  A.   Yes, I do.

7  Q.   And this is the 7,000 lines of code that word-for-word,

8  symbol-for-symbol, is identical in the Android core libraries

9  as compared with the Java core libraries, correct?

10  A.   Yes.  Those are the Method signatures that are the same in

11  both platforms.

12  Q.   As to the 37 packages?

13  A.   That's correct.

14  Q.   What would happen if you ripped those lines out of

15  Android?

16  A.   Well, for the purposes of the Android core libraries,

17  those are part of it, so they need to be there for Android to

18  work as it's been designed.

19  Q.   And the Court asked before the break, couldn't Android

20  developers have just written their own Method signatures, their

21  own Application Programming Interfaces, leaving aside the

22  60-plus classes we talked about earlier that are required by

23  the Java language specification.  And Mr. Baber didn't follow

24  up, so I need to follow up.

25          Couldn't the Android developers have written their

1  own Application Programming Interfaces for the overwhelming

2  majority of the 37 packages that are in dispute?

3  **A.**    If you're asking is it possible to write a different API,

4  then it would be possible to write a different API.

5  **Q.**    And couldn't you write a different API that would provide

6  the same basic functionality in terms of what services it

7  provided?

8  **A.**    Yeah, I think it would be possible to provide an API that

9  performed similar functionality; not maybe exactly the same but

10 similar.

11 **Q.**    Similar in terms of, you were talking about SQL you could

12 write -- Android developers could have written their own API to

13 access SQL services; correct, sir?

14 **A.**    I think that the Android developers are pretty smart

15 people.  They probably could have done something to allow that

16 to happen.

17 **Q.**    Well, they wrote most of their own core libraries,

18 according to you; right, sir?

19 **A.**    Yes, that's correct.

20 **Q.**    And were you saying that none of the core libraries in

21 Android, that were written differently for Android as to their

22 API, provide very similar underlying functionality as the

23 corresponding core libraries in Java?

24         **THE COURT:**  That question -- I don't understand it.

25         **MR. JACOBS:**  It wasn't very well framed.

1              THE COURT:  Please rephrase that question.

2  BY MR. JACOBS

3  Q.   We have the 37, where the API is virtually identical;

4  correct, sir?

5  A.   Correct.

6  Q.   And the Structure, Sequence and Organization of the API

7  elements is virtually identical across those 37 packages,

8  correct?

9  A.   That's right.

10 Q.   And the underlying code for those 37 packages reflects

11 that Structure, Sequence and Organization in the two sets of

12 packages; correct, sir?

13 A.   I don't know what "underlying code" means.

14 Q.   The implementing code.

15 A.   The implementing code is completely different on both

16 platforms.

17 Q.   But it reflects the same Structure, Sequence and

18 Organization.  Doesn't it have to, sir; wasn't that your

19 testimony on direct?

20 A.   No.  I said that the implementations were completely

21 different.

22 Q.   You said -- Mr. Baber asked you that the structure and

23 organization of the two are the same.

24              And you said, Well, it has to be because the Method

25 declarations are appearing in the same place.

1  **A.**    Yes.  The Method declarations the same, that's correct.

2  **Q.**    And the Method declarations are like the

3  sub-sub-sub-chapter headings in this Structure, Sequence and

4  Organization; correct, sir?

5  **A.**    I think that's one analogy that's reasonable.

6  **Q.**    And so the Structure, Sequence and Organization of the

7  underlying code across the 37 packages in Java and Android,

8  they both reflect the API design; correct, sir?

9  **A.**    Not the underlying code.  I did not use that term.  The

10  underlying code as the implementing code, that's different on

11  both platforms.

12  **Q.**    It has the same position, the same functional code lies in

13  the same position in the sub-sub-sub-chapter taxonomy that I

14  just described to you; doesn't it, sir?

15  **A.**    Each Method that's the same on both platform has different

16  implementing code.  The Method signatures are the same.  They

17  don't have to be in the same location on both platforms.  They

18  just have to have the same name.

19        So if Math.max could be in Chapter 52, it has to be

20  in a chapter -- in your analogy, it has to be in

21  java.lang.math, and those names have to be the same in both,

22  but the underlying implementation is very different on both

23  platforms.

24  **Q.**    It has to be in the same position in the Application

25  Programming Interface Structure, Sequence and Organization,

1    correct?

2    **A.**    That is correct.

3    **Q.**    And when -- it's not just stubs that has to be in the same

4    position, the code has to actually provide the functionality

5    defined by the Application Programming Interface; correct, sir?

6    **A.**    Yes.  The code has to meet its specification, that is

7    correct.

8    **Q.**    And that specification is what links the Method

9    declaration to actually doing something that is meaningful,

10   correct?

11            Let me ask it a different way:  Java.lang.Math.max

12   doesn't mean, "Call your mother"; right, sir?

13   **A.**    That's correct.

14   **Q.**    There is a -- there's functionality that does something in

15   java.lang.Math.max, and it's -- that functionality corresponds

16   across the two sets of packages in dispute; correct, sir?

17   **A.**    Yes.  You would expect differing implementations to have

18   the same functionality across the different platforms, that's

19   correct.

20   **Q.**    Isn't it true, sir, that the nio Package didn't even come

21   into existence in 2002 -- until 2002?

22   **A.**    I think we hired Dr. Reinhold talk about it.  He was the

23   lead on that JSR.

24   **Q.**    You argued that the Android documentation is not similar

25   to the Java documentation for the 37 packages; is that your

1  testimony, sir?

2  **A.**   The documentation explains and specifies what the API

3  does, so it's similar in that it explains the same things, but

4  it's different in that it was, that it's different.  The words

5  are different.  They have to explain the same stuff.  So often

6  that reflects similarities, and we've seen some of that in

7  court, I think.

8  **Q.**   Isn't it true that the Structure, Sequence and

9  Organization of the documentation is a reflection of the

10  Structure, Sequence and Organization of the code from which the

11  documentation is extracted?

12  **A.**   I don't think that's quite completely accurate.

13          **MR. BABER:**  Objection, your Honor, relevance.  I

14  don't think there is any claim as to the SSO of the

15  documentation.

16          **THE COURT:**  Well, we will find out when we do the

17  closing arguments, but for now overruled.

18  **BY MR. JACOBS**

19  **Q.**   Let's take a look very quickly at Trial Exhibit 610.2,

20  and Trial Exhibit 767, side-by-side, Dr. Astrachan.

21  **A.**   Okay.

22  **Q.**   This will be javax.crypto.cipher.

23          **THE COURT:**  Is this in evidence?

24          **MR. JACOBS:**  Yes.

25          **THE COURT:**  Does the jury see anything on their

1    screen?  I only have one side of it.

2              MR. JACOBS:  It's coming up.

3              (Document displayed)

4    BY MR. JACOBS

5    Q.    Now we're looking at documentation for something in the

6    Package javax.crypto, right?

7    A.    Package is javax.crypto, that's correct.

8    Q.    And the Class is the cipher?  Class is cipher?

9    A.    Yes.

10   Q.    And that Structure, Sequence and Organization that I just

11   described is identical across the two sets of documentation;

12   isn't it, sir?

13   A.    It's describing the same Class in the same Package, yes.

14   Q.    Which have the same position in the Application

15   Programming Interface hierarchy; correct, sir?

16   A.    I don't know about position in the hierarchy.  They have

17   the same Package name, Class name, and that's it.  We're --

18   Package and Class.  So, yeah, they have the same Package name

19   and Class name, yes.

20   Q.    That's a hierarchal relationship; correct, sir?

21   A.    In the sense that the packages come above classes

22   according to the Java language specification, that is

23   hierarchal.

24   Q.    And across the 37 packages, if we were to compare the

25   documentation, we would see word-for-word, symbol-by-symbol,

1  the Package, Class and other declarations that are in the

2  Application Programming Interface documentation correspond;

3  correct, sir?

4  **A.**   The documentation has to include that because it's

5  reflecting the Package name and Class name.  So, yes, it would

6  be the same.

7  **Q.**   It has to do that if you decided you're going to copy the

8  Application Programming Interfaces into Android; correct, sir?

9  **A.**   I don't believe that the things were copied.  I think

10 that -- I think the Android platform uses the same API, but

11 nothing was copied.

12 **Q.**   You explained how that would be done.  You would take the

13 specification and you would derive source code that implements

14 to the specification; correct, sir?

15 **A.**   No.  I didn't -- I did not use the word "derive."

16 **Q.**   You would write source code based on the specification;

17 correct, sir?

18 **A.**   Yes, I would write source code based on the specification.

19 **Q.**   And similarly, and now that we know how this documentation

20 is actually created, the documentation is based on the source

21 code; right, sir?

22 **A.**   No.  I don't think the documentation is based on the

23 source code.  The documentation is in the file with the source

24 code, and it's extracted from that to create a human readable

25 form.

1  Q.   Was the choice to pick 37 packages to implement Android,

2  was that a requirement of the Java programming language or a

3  commercial objective of the Google developer, sir?

4  A.   I can only tell you that it was not a requirement of the

5  Java programming language.  I can't tell you -- I was not

6  conversant with the Android developers -- as to why they chose

7  it.

8           MR. JACOBS:  Thank you very much.

9           THE COURT:  All right.  Any more?

10          MR. BABER:  Just very few, your Honor.

11          Could we have the same exhibit still on the screen?

12  It's 610.2.

13          Can we call it up, your Honor?  They just had it on

14  the screen.

15          THE COURT:  Would the Oracle technical assistant put

16  those two back on the screen for convenience.

17          (Document displayed)

18                    **REDIRECT EXAMINATION**

19  BY MR. BABER

20  Q.   Professor, Mr. Jacobs just asked you which questions about

21  the elements at the very top of this Class overview that are

22  the same in both Java and Android.

23          Do you recall that testimony?

24  A.   Yes, I do.

25  Q.   To the extent they are the same, do you attribute that to

1  anything?

2  **A.**    I attribute that to the requirements of the Java

3  programming language, that you have Package names and Classes

4  have to be in those packages.  This reflects that.

5  **Q.**    If someone is implementing the specification for the

6  package, would you expect these to be the same, similar,

7  identical; what would be your expectation?

8  **A.**    I would expect them to be the same, identical.

9  Javax.crypto.cipher needs to be the same in both because they

10 are the same API.

11 **Q.**    Mr. Jacobs asked you about the program that you wrote this

12 morning, and he asked you whether it would run, whether it

13 would compile on the Android platform as opposed to Java.

14         Would you have written this program any differently

15 if someone told you it needed to run on the Android platform as

16 opposed to the Java Platform?

17 **A.**    I would have changed the main.  That's a Java entry point.

18 Otherwise nothing else would change.

19 **Q.**    Okay.

20         **THE COURT:**  Change what?

21         **THE WITNESS:**  The main.

22         **THE COURT:**  Where is that?

23         **THE WITNESS:**  The Public Static Void Main.  That's a

24 requirement of the Java Platform and the Java Language on that

25 platform.  That's the launch point for a program.

1              **THE COURT:**  You would change it to what?

2              **THE WITNESS:**  For how to do that on Android.  That's

3  a little different.

4              **THE COURT:**  All right.  Thank you.

5  **BY MR. BABER**

6  **Q.**   Finally, Dr. Astrachan, you gave a number of opinions

7  earlier about comparison and -- of the two platforms, and

8  Mr. Jacobs asked you about some of those.

9              Have you heard testimony that the Android platform is

10 given away for free by Google?

11 **A.**   Yes, I have heard that testimony.

12 **Q.**   And you heard testimony that Google may benefit

13 commercially from that, right?

14 **A.**   That is correct.

15 **Q.**   Would any of your opinions about the similarities between

16 the two platforms or the lack of similarity between them in

17 regarding the use of the same elements as in the structure of

18 the API be any different if Android was being distributed by a

19 nonprofit entity?

20 **A.**   No, it would not be different.

21 **Q.**   Or by an educational institution?

22 **A.**   No, it would not be different.

23              **MR. BABER:**  Nothing further.

24

25

1                    **RECROSS EXAMINATION**

2      **BY MR. JACOBS**

3      **Q.**    Inadvertently, Dr. Astrachan, you may have confused the

4      jury.

5                  You didn't mean to say that, as to these two

6      side-by-side pieces of documentation, the actual Application

7      Programming Interface choices, such as naming it Class cipher

8      and putting certain functionality in that Class, are driven by

9      the Java programming language; did you, sir?

10     **A.**    The name "cipher" and the name "crypto" are not required

11     by the language.  The fact that there is a hierarchal

12     relationship with the classes and packages, that's what's

13     required, not the specific names.

14     **Q.**    So Java requires an outline, but it doesn't require what

15     you put in the outline; correct, sir?

16     **A.**    It doesn't mandate the names.

17     **Q.**    Or the functionality; correct, sir?

18     **A.**    Classes have to be classes and packages have to be

19     packages, but what the functionality is, is what the API

20     designers decide.

21             **MR. JACOBS:**  Thank you, sir.

22             **MR. BABER:**  Just one question?

23             **THE COURT:**  Yes.

24

25

1       **FURTHER REDIRECT EXAMINATION**

2   BY MR. BABER

3   Q.   Even if the language doesn't require the use of that

4   specific name, "Class cipher," is there something else that

5   requires the use of that name "Class cipher"?

6   A.   Android required it for inter-operability, and so that

7   programmers using Android would have the same expectations that

8   the programmers used in Java, yes.

9   Q.   Where did that specific name, "Class cipher," come from?

10  A.   It's a cipher.   That's a mathematical and cryptological

11  phenomenon.   That word "cipher" reflects the function of what

12  this does.   It's a functional specification.

13  Q.   Would that be the specific name that is included in the --

14  would it or would it not be the specific name that's included

15  in the specification for this Class?

16  A.   The Java Language says names should reflect their purpose,

17  and cipher is a cipher, so that's why it's named cipher.

18          MR. BABER:   Okay.   Nothing further.

19          MR. JACOBS:   Nothing further, your Honor.

20          THE COURT:   All right.   May Dr. Astrachan step down?

21          (No response.)

22          THE COURT:   Seems so.

23          Thank you, sir.

24          (Witness excused)

25          THE COURT:   At this time Google may call its next

1   witness.

2           **MR. VAN NEST:**  Your Honor, at this time Google rests.

3           **THE COURT:**  We have reached a milestone in the case;

4   yet another one.  So now both sides have presented their

5   case-in-chief.

6           And we now go back to Oracle for -- you've already

7   presented one.  Remember yesterday we had a witness out of turn

8   who was a rebuttal witness?  That was Mr. McNealy.

9           Does Oracle have another witness to present?

10          **MR. JACOBS:**  Yes, we do.

11          **THE COURT:**  All right.  We're now into what's called

12  the rebuttal case.  Usually these are quite short and anywhere

13  from 10 minutes to a couple of hours long.  But I don't know

14  what we have in store here, but I don't want you to think that

15  this will go on for days.  I'm sure it will not.

16          All right.  We're back into the rebuttal case by

17  Oracle.

18          **MR. JACOBS:**  Your Honor, we are going to begin with a

19  brief deposition clip of Mr. Agarwal.

20          **THE COURT:**  All right.  Before we start playing it,

21  how long will it be?

22          **MR. NORTON:**  A minute and a half.

23          **THE COURT:**  And can you -- I'm going to let you

24  explain to the jury, in one sentence of 12 words or less,

25  what -- who this person is and what his job was.

PROCEEDINGS                                                    2226

1          **MR. NORTON:**  Yes, your Honor.

2          This is the deposition of Aditya Agarwal, and he's a

3    senior financial analyst for Android.

4          And, your Honor, this is a 30(b)6 deposition, and you

5    had indicated, I believe, that you would explain the

6    significance of that.

7          **THE COURT:**  I will explain.  A 30(b)6 deposition is

8    lawyer talk for another procedure we have prior to trial where

9    one side can say to a corporation, "We would like you to

10   produce a witness who can speak for the corporation on this

11   particular subject," which I guess in this case was finances or

12   something like that.  And this --

13         What was the subject matter of -- the 30(b)6 subject?

14   Is it long-winded?  I don't want to go into the --

15         **MR. NORTON:**  It is Android revenues and expenses.

16         **THE COURT:**  So on that subject this witness was

17   produced and gave the following testimony under oath.

18         Please play the tape.

19   **WHEREUPON:**

20                           <u>**ADITYA AGARWAL**</u>,

21   called as a witness for the Plaintiff herein, testified via

22   videotaped deposition played in open court in the presence and

23   hearing of the jury.

24         (Time noted:  9:53 a.m.)

25         **MR. JACOBS:**  Your Honor, we call Dr. Reinhold.

```
 1              THE COURT:  And give us a heads-up, roughly how much
 2   time do you think this will take?
 3              MR. JACOBS:  Roughly 10 minutes, your Honor.
 4              THE COURT:  All right.  Was he excused or was he on
 5   recall?
 6              MR. JACOBS:  He was on recall, your Honor.
 7              THE COURT:  All right.  Do both sides agree that we
 8   do not need to re-swear him?
 9              MR. JACOBS:  Yes, your Honor.
10              MR. VAN NEST:  Yes, your Honor.
11              THE COURT:  All right.  Dr. Reinhold, welcome.
12   You're still under oath.  You understand that part.
13              THE WITNESS:  Yes, sir.
14              THE COURT:  Okay.  You need to speak into the
15   microphone.
16                          MARK REINHOLD,
17   called as a witness for the Plaintiff herein, having been
18   previously sworn, resumed the stand and testified further in
19   Plaintiff's rebuttal case as follows:
20                        DIRECT EXAMINATION
21   BY MR. JACOBS
22   Q.    Dr. Reinhold, can you remind us how long it took to design
23   the API packages for the java.nio JSR?  And maybe you should
24   remind the jury what that was.
25   A.    Sorry.  The nio JSR was an API design for high-performance
```

1   IO in Java.  And it took about two years to design that.

2   **Q.**   Do you see on the flip chart, we have been talking about

3   the Application Programming Interface and implementation for

4   max?

5   **A.**   Yes.

6   **Q.**   How long would it take you to design a -- the API for

7   that -- for that functionality?

8   **A.**   About 30 seconds.

9   **Q.**   Does that type of example accurately depict the work that

10  goes into designing APIs?

11  **A.**   Oh, my, no.  In the nio case, for example -- max is a

12  pretty trivial problem.  In nio we had to solve a very hard

13  problem, a portable high-performance IO API.  And to do that we

14  needed to design hundreds of methods, most of them much more

15  complicated than max, organized into dozens of Classes across a

16  handful of different Packages.

17  **Q.**   In your earlier testimony, Dr. Reinhold, you referred to

18  the APIs as kind of a blueprint for the class libraries.

19          Do you recall --

20          **MR. BABER:**  Your Honor --

21          **MR. JACOBS:**  (Continuing) -- do you recall that?

22          **THE COURT:**  What's the objection?

23          **MR. BABER:**  I was going to object that he is

24  continuing the same line of questioning, but it sounds like

25  he's moved on to something else.

1          **THE COURT:**  All right.  Go ahead.

2  **BY MR. JACOBS**

3  **Q.**   In court we've heard some critique of the blueprint

4  analogy, that APIs are not like a blueprint because you can't

5  actually use them to build anything.  Do you agree with that?

6  **A.**   No, I don't.  In a way, the whole, the whole point of the

7  Java Community Process is exactly to be designing APIs,

8  blueprints, so that different organizations, different

9  companies, can create competing implementations.

10 **Q.**   So how does a software developer -- or how in the Java

11 community do software developers go about using Java API for a

12 blueprint for a class library?

13 **A.**   So when you already have a good API designed, it already

14 has an established gone-through hierarchy of Packages and

15 Classes and Methods and fields, together with English

16 descriptions of how everything is supposed to work together.

17          Once you've got that, to do an implementation from

18 scratch is a relatively easier job.  You start by copying the

19 declarations from the API into your source code.  And then you

20 fill in the methods with actual instruction code that will go

21 at runtime.  And you might need to write some subsidiary

22 internal Classes, but those are strictly not part of the API.

23 **Q.**   Is implementing -- based on your experience in this

24 business, is implementing an existing API design less or more

25 work than creating the API design in the first place?

1   **A.**   It's almost always less.  You've already got a map worked

2   out of what you need to do.  You follow that map.  You fill in

3   the details.  There's room for creativity, but only within the

4   scope of the existing API design.

5   **Q.**   Dr. Reinhold, you started working on Java at Sun in what

6   year?

7   **A.**   1996.

8   **Q.**   Was there a JCP, a Java Community Process, in 1996?

9   **A.**   No.

10  **Q.**   When was it formed.

11  **A.**   1998.

12  **Q.**   There has been testimony in this case, including from you,

13  about the process that takes place at the JCP, about approving

14  a new specification, called the JSR.  And you described that,

15  in working on the JSR, usually an expert group is formed that

16  gives advice and comments on the new spec.

17          Do you recall that testimony?

18  **A.**   Yes.

19  **Q.**   Were these experts required to sign any kind of agreement

20  to participate in the expert group?

21  **A.**   Yes, they are.

22  **Q.**   What kind of agreement is that?

23  **A.**   So that's an agreement called the JSPA, the Java

24  Specification Participation Agreements.

25  **Q.**   And how strict was Sun about requiring the JSPAs to be

1  signed?

2  **A.**    Sun was extremely strict about it.

3  **Q.**    Did Sun have JSPA agreements in place from the time it

4  first started working on the specification requests?

5  **A.**    Yes, always.

6  **Q.**    Did you conduct any review of the source code for

7  J2SE 5.0, to determine whether any of the 37 APIs at issue in

8  this case were developed by third parties?

9  **A.**    Yes, I did.

10  **Q.**    Have you ever done that kind of review before?

11  **A.**    Yes.

12  **Q.**    And what was the reason you did that?

13  **A.**    So we, we did a very thorough review of the entire code

14  base in 2006, 2007, when we open sourced Java SE.

15  **Q.**    And what was the point of that?

16  **A.**    The point of that was to verify that the code we were --

17  that Sun was open sourcing, Sun had all the rights to.  There

18  were some bodies of code which Sun had licensed from other

19  companies under terms that didn't allow Sun to open source it,

20  so we couldn't open source those segments.  So we had to review

21  every single line, every line in every file, to make sure that

22  what we were releasing under the GPL, we were allowed to

23  release.

24  **Q.**    Did you do a similar kind of review with respect to the

25  37 API packages?

Case 3:10-cv-03561-WHA   Document 1065   Filed 05/04/12   Page 105 of 205

1    **A.**    Yes, I did.

2    **Q.**    And what did you find?

3    **A.**    I found that Sun had a copyright notice in every single

4    one of the API class source files.

5    **Q.**    In the course of your review, did you determine that there

6    were any part of the APIs that were copyrighted jointly by Sun

7    and another party?

8    **A.**    Yes.

9    **Q.**    And what did you find?

10   **A.**    There are a number of API classes in a Package called

11   java.text, and a few related classes in a Package called

12   java.util, which are copyrighted by Taligent or IBM.  Taligent

13   at one point was a subsidiary of IBM.

14   **Q.**    Was there an agreement in place between Sun and Taligent

15   that governed the ownership of the intellectual property in

16   that work?

17   **A.**    Yes, there was.

18   **Q.**    I'm going to hand you 1082.

19             (Whereupon, document was tendered

20              to the witness.)

21   **Q.**    Can you identify 1082, please?

22   **A.**    1082 is the Taligent agreement from July 1996 that governs

23   the intake of that source code.

24             **MR. JACOBS:**  Offer into evidence, your Honor.

25             **MR. BABER:**  No objection.

 1              **THE COURT:**  Thank you.  1082 is received.

 2              (Trial Exhibit 1082 received

 3               in evidence)

 4              (Document displayed)

 5  **BY MR. JACOBS**

 6  **Q.**   I'm handing you Exhibit 3530.

 7              (Whereupon, document was tendered

 8               to the witness.)

 9  **Q.**   But before I ask you about 3530, how much work did you do

10  on that particular project?

11  **A.**   The project about which -- that's described in 3530?

12  **Q.**   No, no, in the Taligent project.

13  **A.**   Oh.  So, by chance, I was actually deeply involved in this

14  work.  The code came in from Taligent.  We worked closely with

15  an engineer from Taligent to revise it, to make it fit into the

16  rest of the Java Platform.  And that's why there are joint

17  copyright notices with Sun in those files.

18  **Q.**   I'm handing -- I've given you 3530.  Can you turn to the

19  sixth page, please?

20              (Witness complied.)

21  **Q.**   This is the -- 3530 is the certified copy of the Copyright

22  Office file for Java 2 SDK Standard Edition 1.4.

23              Do you see that?

24  **A.**   Yes.

25  **Q.**   And what did you find at the sixth page?

1    **A.**    The first one that has code on it?

2    **Q.**    Yes.

3    **A.**    So this is a source file partly redacted.  It's for the

4    Package java.nio.  It's an internal Class called Bytes.

5    **Q.**    Turn to Page 19 of the source code.  I think we're --

6    okay, let's do that.  Turn to page 19 of the source code.

7               What's there?

8    **A.**    That, that's a source file for another Class in the same

9    Package, java.nio, and that's for a Public Class called

10   ByteOrder.

11   **Q.**    Why is that code blacked out?

12   **A.**    At the time the copyrights on this were registered, the

13   code was not publicly considered proprietary.

14   **Q.**    Are you familiar with the code in this source code deposit

15   with the Copyright Office?

16   **A.**    Yes.  I wrote it.

17   **Q.**    Does it correspond, in fact, to the source code for Java 2

18   SDK Standard Edition 1.4.0, in part?

19   **A.**    Yes, it does.

20   **Q.**    I'm going to show you now 3529, Dr. Reinhold.  Can you

21   tell us what 3529 is.

22               (Whereupon, document was tendered

23                to the witness.)

24   **A.**    This is a registration for Java 2 Standard Edition

25   Version 5.

1  Q.    Now, turn to the source code enclosure there, please?

2         (Witness complied.)

3  A.    Yes, I see it.

4  Q.    Does this deposit represent a part of the source code for

5  Java 2 Standard Edition 5.0?

6  A.    Yes, it does.

7  Q.    I'm going to hand you 1076.

8         (Whereupon, document was tendered

9          to the witness.)

10 Q.    Can you tell us what 1076 is?

11 A.    1076 is a CD-ROM, and it contains the binary distribution

12 of J2SE 5.0, together with documentation and some tools and

13 things like that.

14 Q.    And how do you know?

15 A.    I'm because I have -- I have a few dozen copies of this in

16 my office that were left over.

17         MR. JACOBS:  No further questions, your Honor.

18         THE COURT:  Are you moving 1076 into evidence?

19         MR. JACOBS:  Oh, yes, 1076 moved into evidence.

20         MR. BABER:  May I voir dire the witness about it,

21 your Honor?

22         THE COURT:  All right.

23                        **VOIR DIRE**

24 BY MR. BABER

25 Q.    Good morning, Dr. Reinhold.

1   **A.**   Good morning.

2   **Q.**   The depiction that Mr. Jacobs just asked you about,

3   Exhibit 1076, you said you had some of those still in your

4   office?

5   **A.**   Yes, sir.

6   **Q.**   When were they created?

7   **A.**   They were created in October of 2004.

8   **Q.**   And what -- let me back up.

9            Version 5 of the platform, Java 5.E, during the

10  course of its life had over 20 different releases; isn't that

11  right?

12  **A.**   After the initial release, yes.  There were many

13  maintenance releases.

14  **Q.**   And when was the first release after the initial release?

15  **A.**   The first update release?

16  **Q.**   Yes.

17  **A.**   I do not recall.

18  **Q.**   Do you recall when the second update release was?

19  **A.**   I do not memorize the release dates of update releases.

20  They are generally every -- every few months.

21  **Q.**   So what -- the initial version, would you call that Java

22  5.0.0 --

23  **A.**   So the --

24  **Q.**   (Continuing) -- to distinguish it from the later releases?

25  **A.**   One could call it that.

1  Q.   All right.  And, in fact, you do call it that within.  You

2  did call it that within Sun, didn't you?  The initial release

3  was 5.0.0, and with the first release it became 5.0.1, .2, .3;

4  isn't that right?

5  A.   No.

6  Q.   Okay.  Did you ever use any identifying characteristics to

7  distinguish the first release from any of the subsequent

8  releases?

9  A.   Yes.

10  Q.   And what was the distinguishing feature?

11  A.   In -- after the initial release of 5, we referred to

12  update releases as 5 Update 1, 5 Update 2, and so forth; or

13  abbreviated as 5, lower case u, and then the number.

14  Q.   And if you look at the one exhibit Mr. Jacobs showed you,

15  which is Exhibit 3529, just direct --

16         MR. BABER:   May I stand by the witness for a moment?

17         THE COURT:   Why don't you move around so the jury can

18  hear you?

19         MR. BABER:   Certainly.

20  BY MR. BABER

21  Q.   This is -- the first two pages after the certification is

22  an application for a copyright registration.  Do you see that?

23  A.   Yes.

24  Q.   And what date was it signed?

25  A.   That looks like December 17th, 2004.

1  **Q.**   And can you testify under oath today, Dr. Reinhold, that

2  there had been no release of a revised version of Java 5.0

3  between the time of the original release and the date of that

4  signature?

5  **A.**   No, I can't.

6  **Q.**   Okay.

7            **MR. BABER:**  Your Honor, we would object to the disc

8  on the grounds that there is no evidence it is, in fact, the

9  complete work that existed as of the date of the registration.

10           **THE COURT:**  What is the number we're dealing with,

11  1076?

12           **MR. VAN NEST:**  Yes.

13           **THE COURT:**  1076 is admitted for what it's worth, but

14  the Court is not taking a position one way or the other on

15  whether it is the exact thing that was submitted to the

16  Copyright Office or not, but there has been sufficient

17  foundation to allow 1076 to be admitted in evidence based on

18  the description by the witness.

19           (Trial Exhibit 1076 received in evidence)

20           **THE COURT:**  All right.  Anything more?

21           **MR. JACOBS:**  Just a few questions.  I'm sorry --

22           **MR. BABER:**  I thought you had passed the witness.

23           **MR. JACOBS:**  I'm going to ask some more.

24           **MR. BABER:**  Have you passed him?  I thought you

25  passed him.

```
 1              THE COURT:  Is your direct examination done?

 2              MR. JACOBS:  I would -- I have a few more questions,

 3   I guess.

 4              THE COURT:  All right.  So you had asked to voir

 5   dire.

 6              MR. BABER:  I asked to voir dire.

 7              THE COURT:  So you interrupted Mr. Jacobs.

 8              So, Mr. Jacobs, you can return to asking your

 9   questions.

10              MR. JACOBS:  Thank you.  I apologize, your Honor.

11                      DIRECT EXAMINATION RESUMED

12   BY MR. JACOBS

13   Q.   As to the 37 packages that are in dispute in this lawsuit,

14   how much of the work did Sun do on those packages?

15   A.   Sun did most of it.

16   Q.   And how many of them were released in some form before the

17   JCP process was formed?

18   A.   Of the 37, probably 7 or 8.

19   Q.   And after the JCP process was formed, who was the spec

20   lead for the packages that were developed, out of the 37, under

21   the JCP process?

22   A.   For the various JSRs that are relevant, Sun was always the

23   spec lead.

24              MR. JACOBS:  Thank you very much.

25              MR. BABER:  May I?
```

1    **THE COURT:**  Now finish your cross-examination.

2    **MR. BABER:**  Thank you, your Honor.

3                        <u>CROSS EXAMINATION</u>

4    BY MR. BABER

5    **Q.**   Dr. Reinhold, Mr. Jacobs asked you about this blueprint

6    analogy.  Do you recall that?

7    **A.**   Yes, sir.

8    **Q.**   And you said, well, you can use a blueprint to build

9    something; is that right?

10   **A.**   Yes.

11   **Q.**   But the API specification doesn't tell you how to write

12   the code when you build the implementation, does it?

13   **A.**   Of course not.

14   **Q.**   It -- it just tells you what the code has to do, correct?

15   **A.**   Yes.

16   **Q.**   And as long as it performs the function that's defined in

17   the specification, and it calls for the right kind of input or

18   arguments, and it provides the right kind of output or returns,

19   you can write that code however you want; isn't that right?

20   **A.**   Yes.

21   **Q.**   And, in fact, the four different implementations of the

22   function max, that we see on this flip chart, those are all

23   different implementations of the same Method that are

24   different, aren't they?

25   **A.**   Sure.

1   Q.   But they all implement the same specification, correct?

2   A.   Yes.

3   Q.   All right.  And when you talked to Mr. Jacobs about the

4   design of the API that's shown in this blueprint, it's correct,

5   is it not, Dr. Reinhold, that the elements of the structure and

6   the characteristics of the arrangement of the elements within

7   the Package, those are actually shown in the source code,

8   correct?

9   A.   Yes.

10  Q.   And it's shown in the source code in two lines for each

11  class; is that right?

12  A.   Not always.

13  Q.   How many -- what's the most number of lines for a class

14  that it would take to include all of the hierarchical structure

15  and other characteristics of the class, such as dependencies,

16  subclassing, and what interfaces it implements?

17  A.   I'd have to check the source space.  It could be four or

18  five, depending on the complexity of the class and its

19  hierarchy.

20  Q.   Could it depend on whether or not they are all written on

21  one line or written on multiple lines?

22  A.   That as well.

23  Q.   It's true, is it not, that for each Method it's typically

24  one line in the source code that defines all those structural

25  characteristics of where, within the API, that Method belongs;

1   isn't that right?

2   **A.**   No.   It could be several.

3   **Q.**   Okay.   It would be the line with the Method signature?

4   **A.**   The Method signature itself could take several lines.

5   **Q.**   Okay.   And what else would it be besides that?

6   **A.**   If the Method throws any exceptions, then those would be

7   specified.

8   **Q.**   Anything else you can think of?

9   **A.**   In a Method signature?   No.

10  **Q.**   So unless it's a really long Method signature, we're

11  talking about one line in the code that characterizes where

12  that Method belongs in the hierarchical arrangement of all of

13  that API, correct?

14  **A.**   It's in a rather complicated context.   There's more

15  information than what's in that one line.

16  **Q.**   But for that particular Method, if you wanted to find out

17  all of its characteristics -- what Package it's in, what Class

18  it's in, whether or not it inherits from somewhere else,

19  whether or not it is dependent on something else, and what

20  interfaces it implements -- you get all that from those couple

21  of lines of code at the top of the Method source code; isn't

22  that right?

23  **A.**   No.

24  **Q.**   Okay.   Where else would you have to get it from?

25  **A.**   To understand where the Method fits into the hierarchy,

1   you need to look at the Method declaration, you need to look at

2   the Class --

3   Q.    That's one line, right, the Method declaration?

4   A.    It could be several lines.

5   Q.    Okay.  If it was really long it would be several lines?

6   A.    The Method declaration; the Class declaration, which shows

7   the inheritance relationships and the interface relationships.

8   You also need to examine the top of the file to understand

9   which Package the Class resides in.

10  Q.    So you have to get the Package name as well, right?

11  A.    Yes.

12  Q.    So if -- do you know approximately how many lines of code

13  are in the 37 accused packages?

14  A.    No, not offhand.

15  Q.    Do you know approximately how many methods are in those

16  packages?

17  A.    In the 37?

18  Q.    Yes.

19  A.    Not off the top of my head, no.

20  Q.    Does about 6,000 sound right to you?

21  A.    6,000 is plausible.

22  Q.    Are you familiar with those 37 packages?

23  A.    Yes.

24  Q.    So if there are 6,000 methods in those packages,

25  approximately how many classes are there?

1  A.   In the 37 packages?

2  Q.   Yes.

3  A.   I think there are about 700 classes.

4  Q.   Okay.  So in order to -- and you're familiar with the

5  concept of a stub implementation?

6  A.   Yes.

7  Q.   And did you hear Professor Astrachan's testimony earlier

8  about a stub implementation for the --

9  A.   No, I was not in court.

10  Q.   All right.  A stub implementation of the classes would

11  replicate exactly the structure, arrangement, selection, and

12  organization of the packages.  It would be everything except

13  implementing code; isn't that right?

14  A.   Roughly, yes.

15  Q.   And in order to create a stub implementation of all

16  37 packages would take about 10,000 lines of code; isn't that

17  right?

18  A.   I'd have to do the math, but that could be.

19  Q.   Assume with me for a second, Dr. Reinhold, that we have

20  about 6,000 methods, less than a thousand classes, you could

21  create that stub implementation, the skeleton that shows all of

22  the arrangement, all of the structure, and all of the

23  organization, with about 10,000 lines of code; is that right?

24  A.   That could be.

25  Q.   And there's almost 300,000 lines of code in those packages

1    when you count it all up, including the implementing code;

2    isn't that right?

3    A.    I haven't counted it myself, but that could be.

4    Q.    That sounds about right for those 37 packages?

5    A.    It's plausible.

6    Q.    And of the 166 packages in the Java Platform Version 5.0,

7    approximately how many lines of code was in all 166?

8    A.    I don't remember.  It's probably four to five million.

9    Q.    So out of those four or five million lines of code in the

10   Java Platform, in order to replicate exactly every part of the

11   structure, arrangement, organization, sequence, selection, all

12   of the design choices that went into the APIs for those

13   37 packages, you would only need 10,000 of those four and a

14   half million lines of code; isn't that right?

15   A.    10,000 very expensive lines, yes.

16   Q.    All right.  Dr. Reinhold, you testified some about the

17   JSPA, correct?

18   A.    Yes.

19   Q.    And that's the agreement by which people outside Sun

20   contribute things to the Java Platform under a written

21   agreement, correct?

22   A.    Yes.

23   Q.    And that written agreement gives Sun the right to use

24   what's contributed in the platform, correct?

25   A.    Yes.

1   Q.   It provides Sun with a license; isn't that right?

2   A.   I'm -- I'm not an attorney, whether it's a license or a

3   contract.

4   Q.   Sitting here today, can you not tell us whether or not it

5   gives Sun a license or whether it gives Sun ownership of what's

6   contributed?

7   A.   Again, I'm not an attorney, sir.  I'm not going to

8   interpret a legal document.

9   Q.   Of the 51 -- well, let me back up.

10          Are you familiar that, in addition to the 37 accused

11  packages, there are also 14 other Java packages in Android?

12  A.   There could be.

13  Q.   Do you know whether or not, at Android, there are a bunch

14  of -- well, java.util.concurrent, do you know whether that's in

15  Android or not?

16  A.   I have not looked at Android, sir.

17  Q.   Are you familiar with java.util.concurrent?

18  A.   I am.

19  Q.   That was written by Doug Lee, correct?

20  A.   Doug Lee and some of his collaborators.

21  Q.   When Doug Lee created java.util.concurrent, he dedicated

22  it to the public, didn't he?

23  A.   That is Professor Lee's practice.

24  Q.   And it's your recollection he did that with

25  java.util.concurrent, didn't he?

1    A.    Yes, sir.

2    Q.    And he did that with java.util.atomic, didn't he?

3    A.    There is no Package of that name.

4    Q.    When Professor Lee created java.util.concurrent, were

5    there two sub-packages that he created at the same time?

6    A.    There was at least -- there's atomic, and also one I

7    believe called locks or lock.

8    Q.    And he dedicated all three to the public, didn't he?

9    A.    He put them in the public domain.

10   Q.    You testified earlier that you had reviewed the source

11   code looking for indications of other owners of some of the

12   source code that's in the platform; isn't that right?

13   A.    Yes, sir.

14   Q.    And you told us about some source code where it was owned

15   by Taligent, and maybe later IBM; is that right?

16   A.    Yes.

17   Q.    And you said that that was in java.text and java.util; is

18   that right?

19   A.    Yes.

20   Q.    And, in fact, there is other parts of the 37 packages that

21   are owned or were owned by Taligent and/or IBM; isn't that

22   right?

23   A.    I -- I described the ones of which I'm aware.

24   Q.    All right.  Well, how about java.awt.font?  Isn't it true

25   that many classes in java.awt.font were contributed by

1    IBM/Taligent?

2    **A.**   Yes, sir.  But my understanding is that those classes are

3    not in Android.

4    **Q.**   It's your understanding that java.awt.font is not in

5    Android?

6    **A.**   No, sir.  My understanding is that the classes owned by

7    IBM/Taligent are not in that Package in Android.

8    **Q.**   Do you know which classes within java.awt.font are in

9    Android?

10   **A.**   I believe there are only two.  I don't recall their names

11   offhand.

12   **Q.**   All right.  And there are also some classes within

13   java.net that are owned by nobody; isn't that right,

14   Dr. Reinhold?

15   **A.**   Owned by nobody?

16   **Q.**   Yes?

17   **A.**   I don't recall such classes.

18   **Q.**   There are classes in java.net, such as

19   java.net.Internet4Address.java.  Are you familiar with that

20   Class?

21   **A.**   Inet4Address, do you mean?

22   **Q.**   Inet4Address; yes, sir, sounds like you're familiar with

23   it.

24   **A.**   Yes.

25   **Q.**   What does that Class do?

1   A.   It represents an IP address, an internet protocol address

2   on the network.

3   Q.   It represents an internet protocol.  Does it do anything

4   else?

5   A.   It represents an internet protocol address.

6          THE COURT:  The 37, is that one of the 37 that we're

7   talking about?

8   BY MR. BABER

9   Q.   It's within java.net, correct?

10   A.   It's within java.net, which is in the 37.

11          THE COURT:  Go ahead.

12   BY MR. BABER

13   Q.   And so the Class, Inet4Address.java, simply represents an

14   international protocol, isn't that right, an international

15   protocol?

16   A.   No, sir.  It does not represent a protocol.  It represents

17   an address, a location on the internet.

18   Q.   All right.  Let's talk about InetAddress.java.  That's in

19   the same Package, correct?

20   A.   Yes.

21   Q.   And that Class represents an internet protocol, IP,

22   address, correct?

23   A.   It represents an IP address.

24   Q.   And what content in that Class was created by Sun?

25   A.   I don't know off the top of my head.

1  Q.   Is there any content in that Class that was created by

2  Sun?

3  A.   As far as I'm aware, all of the content in that Class was

4  created by Sun.

5  Q.   Is it your testimony, Dr. Reinhold, it's your belief that

6  a Class that represents an internet protocol address is owned

7  by Sun?

8  A.   It is my testimony that that Class, the source files for

9  that Class do not contain any legal notice asserting ownership

10 by anyone other than Sun.

11 Q.   Now, are you familiar, Dr. Reinhold, with the packages

12 that have the Package names javax.xml?

13 A.   Yes, sir.

14 Q.   How many packages were those when you count javax.xml and

15 its sub-packages?

16 A.   I don't remember off the top of my head.  It could be

17 eight, it could be a dozen.

18 Q.   Does 10 sound right?

19 A.   That's between eight and a dozen.

20 Q.   And isn't it true, Dr. Reinhold, that Sun released under

21 the Apache license the javax.xml package and all nine

22 sub-packages of it?

23 A.   Could be.  I don't recall.

24 Q.   You don't have any knowledge about that?

25 A.   I know that much of the implementation came from Apache,

1  and was thereby relicensed by Sun under the Apache license.

2  For the actual java.xml API packages, I honestly don't recall

3  whether they were licensed under Apache or under something

4  else.

5  **Q.**   So, Dr. Reinhold, is it your testimony that the code in

6  the javax.xml packages came from the Apache Foundation in the

7  first place?

8  **A.**    It is -- I am not saying one way or another where the code

9  in the javax.xml API packages came from.

10  **Q.**   But you do know that the code in those packages is

11  released under the Apache license; isn't that right?

12  **A.**   No, sir, I don't.  I have not reviewed that source code

13  recently.  I don't remember what it's released under.

14  **Q.**   Do you recall when the javax.xml were added to the Java

15  Platform?

16  **A.**   Javax.xml, the parsing API, the first couple of them, I

17  believe, came in one document, but that's a long time.

18  **Q.**   So they have been there a long time?

19  **A.**   Yes.

20  **Q.**   And it's your testimony that you did an extensive review

21  in all the code and all the packages before you released them

22  to the GPL, correct?

23  **A.**   Yes.

24  **Q.**   And you can remember details about certain packages, about

25  who owned them, and IBM and Taligent, correct?

1  **A.**    Yes.

2  **Q.**    But you don't recall whether the javax.xml and its nine

3  sub-packages were released by Sun under the Apache license; is

4  that your testimony?

5  **A.**    That is my testimony, sir.

6              **MR. BABER:**  Nothing further, your Honor.

7              **THE COURT:**  All right.  May I ask a question on some

8  of that testimony?

9              You said that, at some earlier point in time, you had

10  reviewed the 37 along with others to see -- this is what I

11  wasn't sure of.  Let me tell you my point of confusion.

12             Did you review them to see if there was an

13  affirmative statement of ownership by Sun in the 37 packages,

14  or did you review them to see if there was an absence of

15  somebody else claiming them?

16             **THE WITNESS:**  Your Honor, I only looked for

17  affirmative assertions of ownership by Sun or anyone else.

18             **THE COURT:**  So are you saying that, at the time you

19  reviewed them, to the extent that they, those 37, then existed,

20  in every single case you found an indication in the file that

21  Sun was the owner of that code?

22             **THE WITNESS:**  Not precisely, your Honor.  I -- there

23  could have been files in that review that had no indication of

24  any ownership.  The vast majority had an indication of

25  ownership by Sun; a few also mentioned, Taligent, IBM.

```
1        THE COURT:  All right.  So for those that had no
2   indication, what conclusion can you draw one way or the other
3   there?
4        THE WITNESS:  What conclusion I would draw from that
5   is somewhere an engineer was just sloppy and somehow it slipped
6   through our auditing process, which frankly surprises me, but
7   there it is.
8        THE COURT:  All right.  Any more questions,
9   Mr. Jacobs?
10       MR. JACOBS:  Yes, your Honor.
11                      REDIRECT EXAMINATION
12  BY MR. JACOBS
13  Q.   I would like to show you Trial Exhibit 1083, 1084, 1085,
14  1086, 1087, and 1088, and ask you to tell us what these are.
15            (Whereupon, document was tendered
16             to the witness.)
17  A.   So these documents are samples of executed versions of the
18  Java Specification Participation Agreement, the JSPA.
19       MR. JACOBS:  Offer into evidence.
20       MR. BABER:  Your Honor, I'm not sure.  He's got them
21  up there, but if that's his testimony that's what they all are,
22  no objection.
23       THE COURT:  Is that what they all are?
24       THE WITNESS:  All of these documents?
25       THE COURT:  The ones just handed to you.
```

1              THE WITNESS:  Let me triple-check.

2              THE COURT:  Does your testimony apply to all of them?

3              THE WITNESS:  That is a JSPA.  There are some

4    assorted paperwork separator sheets in here.  That's a JSPA.

5    These are more JSPAs.

6              And sometimes there are the individual expert

7    participation agreement, which is a slight variance and

8    sometimes an attachment, waiver, and release of assignment.

9              These are more JSPAs.

10             MR. JACOBS:  I think they are multiple copies.

11             THE WITNESS:  Yes, I'm seeing some of the duplicates.

12             Yes, these are all JSPAs.

13             THE COURT:  All received in evidence.

14        (Trial Exhibit 1083, 1084, 1085, 1086, 1087, and 1088

15         received in evidence)

16             MR. JACOBS:  One more, Dr. Reinhold, 1089.

17             THE WITNESS:  1089, another JSPA.

18             MR. BABER:  No objection.

19             THE COURT:  Received.

20        (Trial Exhibit 1089 received

21         in evidence)

22   BY MR. JACOBS

23   Q.   As to the 37 packages in dispute, Dr. Reinhold, has anyone

24   ever asserted to you that Sun does not own all right, title,

25   and interest in those packages?

1  A.    No.

2  Q.    And as to the questions that Mr. Baber was asking you, did

3  they go to packages that are inside or outside the 37 in

4  dispute?

5  A.    I'm sorry.  Some of the questions were about packages

6  inside and some were about packages outside.

7  Q.    And he didn't distinguish in asking you his questions, did

8  he?

9  A.    He -- he did --

10  Q.    He didn't distinguish whether they were in or out of the

11  37?

12  A.    I think in a couple of cases he did, and in a couple of

13  cases it was obvious, I know that they are out.

14         MR. JACOBS:  Thank you, your Honor.

15         MR. BABER:  One more, your Honor.

16              **FURTHER RECROSS EXAMINATION**

17  BY MR. BABER

18  Q.    Dr. Reinhold, regardless of whether the things we talked

19  about are in the 37 packages in Android, they are all in the

20  166 packages in Java Standard Edition Version 5.0, correct?

21  A.    Yes.

22         MR. BABER:  Nothing further.

23         THE COURT:  May Dr. Reinhold be excused now?

24         MR. JACOBS:  He may, your Honor.

25         THE COURT:  Thank you, sir.

1              (Witness excused.)

2              **THE COURT:**  All right.  Next witness.

3              While we're getting the next witness, would you

4    retrieve the exhibits on the witness bench and clear the decks,

5    please.

6              (Brief pause.)

7              **MR. JACOBS:**  Your Honor, we call Tiki Dare.

8              **THE COURT:**  What is your name?

9              **THE WITNESS:**  Good morning.  Tiki Dare.

10             **THE COURT:**  Okay.  Welcome.  If you'll stand right

11   there and raise your right hand, we'll swear you in.

12                             **TIKI DARE**,

13   called as a witness for the Plaintiff herein, having been first

14   duly sworn, was examined and testified as follows:

15             **THE WITNESS:**  I so swear.

16             **THE CLERK:**  Thank you.

17             **THE COURT:**  All right.  Great, welcome.

18             You need to sit about this close so you can -- that

19   mic will move around and adjust for your convenience.  That's

20   good.

21             Why don't you say your name into the mic?

22             **THE WITNESS:**  Tiki Dare.  T-i-k-i.  D-a-r-e.

23             **MR. JACOBS:**  Your Honor, I offer into evidence Trial

24   Exhibit 1078.

25             **THE COURT:**  1078.  Any objection?

```
 1              MR. BABER:  Yes, your Honor.  The same as earlier.

 2              THE COURT:  All right.  Sustained for now.

 3                          DIRECT EXAMINATION

 4  BY MR. JACOBS

 5  Q.    Ms. Dare, can you tell us where you work?

 6  A.    Yes.  I'm with Oracle Corporation in Redwood Shores.

 7  Q.    How long have you worked at Oracle?

 8  A.    I worked at Oracle for two years.  Before that I was at

 9  Sun, since 1997, and I came to Oracle with the acquisition.

10  Q.    What is your title?

11  A.    Managing counsel of trademarks and copyrights.

12  Q.    What are your responsibilities?

13  A.    I help to manage the portfolio, both the trademark and

14  copyright portfolio, of the company.

15  Q.    Who is the custodian for Sun's copyright files?

16  A.    I am.

17  Q.    How familiar are you with Sun's -- how familiar are you

18  with what Sun's processes were for copyright prosecution?

19  A.    I am familiar with those.  I have given -- in one or two

20  cases I've actually instructed in those matters, and I had

21  colleagues at Sun as part of the IP group that were doing that

22  instruction.

23  Q.    How familiar are you with the files for the Java 2

24  Standard Edition 1.4 and 5.0 copyright registration?

25  A.    I'm very familiar.  I reviewed those yesterday.
```

```
 1   Q.   Were those files kept in the ordinary course of Sun's, now

 2   Oracle's, course of business?

 3   A.   They were, that's correct.

 4   Q.   At some point were they maintained outside the company?

 5   A.   Yes.  That work was handled by Fenwick & West, our outside

 6   law firm.

 7   Q.   And then what happened such that they were transferred --

 8   what happened to those files?

 9   A.   Right.  Those, they were maintained by Fenwick at Sun's

10   instruction.  And then further to the acquisition, a

11   professional conflict arose and Fenwick had to withdraw from

12   continuing the work.  So in or about August of 2010, I became

13   the custodian of those records.

14   Q.   Do you on rely on those records as part of your work at

15   Oracle?

16   A.   We do rely on those records.  They are fully integrated

17   with Oracle's business records kept in the ordinary course.  We

18   rely on those records.

19             MR. JACOBS:  Let me approach, your Honor?

20             THE COURT:  Sure.

21   BY MR. JACOBS

22   Q.   I offer you 1078 and 1081, and ask you to identify those

23   documents, please.

24             (Whereupon, document was tendered

25              to the witness.)
```

1  **A.**   1078 is a letter from Fenwick & West, on Fenwick

2  letterhead, to the Register of Copyrights.  It's a request for

3  registration of the Java Version 5.0, and it includes a --

4          **MR. BABER:**  Object, your Honor, in terms of what it

5  may state, unless the document has been admitted.

6          **THE COURT:**  Sustained for now.  It's been identified.

7  If you get it into evidence, I'll let her identify it some

8  more.

9          Continue on.

10  **BY MR. JACOBS**

11  **Q.**   Can you tell us what the other letter is, 1081?

12          They are -- sorry, should be 1078 and -- what are the

13  two I gave you there?

14  **A.**   1078, which I just discussed.  And then here is 1081 --

15  **Q.**   Yes.

16  **A.**   (Continuing) -- which is a cover letter, also from Fenwick

17  & West, to the Register of Copyrights, enclosing an

18  application --

19          **MR. BABER:**  Object again in terms of the content.

20          **MR. JACOBS:**  Just state briefly --

21          **THE WITNESS:**  It's for 1.4.  This one covers 1.4.

22  **BY MR. JACOBS**

23  **Q.**   Is there a stamp on the letters indicating anything?

24  **A.**   There are two stamps.  The stamps read, on 1078, "Refused,

25  December 20th, 2004, Copyright office, Public Office."

 1            And with regard to 1081, "Received, April 20th, 2005,

 2   Copyright Office, Public Office."

 3            MR. JACOBS:  I offer these two exhibits into

 4   evidence, your Honor.

 5            MR. BABER:  May I voir dire, your Honor?

 6            THE COURT:  Okay.  Go ahead.

 7                           **VOIR DIRE**

 8   BY MR. BABER

 9   Q.   Good morning, Ms. Dare.

10   A.   Good morning.

11   Q.   My name is Bruce Baber.  I'm one of the lawyers from

12   Google.  We have not met before.  I would like to ask you about

13   the exhibit.

14            MR. BABER:  May I approach, your Honor?

15            THE COURT:  All right.

16   BY MR. BABER

17   Q.   Exhibit 1078 --

18            THE COURT:  What is the date on that one?

19   BY MR. BABER

20   Q.   This is a letter from Ines Gonzalez at Fenwick & West,

21   LLP, addressed to the Register of Copyrights, December 20,

22   2004; is that right?

23   A.   That's correct.

24   Q.   And you see there is some reference in this document to a

25   CD-ROM?

1   **A.**    Yes, I do.

2   **Q.**    Can you testify under oath whether or not a CD-ROM was, in

3   fact, sent to the Copyright Office with a letter like this, on

4   or about this date, from your first-hand knowledge?

5   **A.**    I do not have first-hand knowledge.  I was not present in

6   December 20th, 2004.

7   **Q.**    And if a disc was sent, can you testify in your first-hand

8   knowledge as to what the contents of the disc were?

9   **A.**    No.  I could only tell you about the contents of what's in

10  the file today.

11            **MR. BABER:**  Your Honor, no further questions.  Same

12  objections.

13            **MR. JACOBS:**  May I just follow up briefly?

14            **THE COURT:**  Sure.

15                  <u>**DIRECT EXAMINATION RESUMED**</u>

16  **BY MR. JACOBS**

17  **Q.**    Have you examined the file to determine what disc was in

18  the records that were at Fenwick and then transferred to

19  Oracle?

20  **A.**    Yes, I have.

21  **Q.**    And can you look at 1076.  It's in front of you,

22  underneath the registrations.

23            What is 1076?

24  **A.**    1076 is a CD-ROM.

25  **Q.**    What did you do -- sorry, go ahead.

REINHOLD - DIRECT EXAMINATION / JACOBS                    2262

```
 1   A.   It's for Java 5.0, J2SE 5.0.

 2   Q.   What did you do to confirm that 1076 is actually in the

 3   file that was transferred to Oracle from Fenwick & West?

 4   A.   So I examined the file, and it looks to me like a Fenwick

 5   file that has subsequently been transferred.  It has all the

 6   client numbers.  It is kept in the ordinary course the way

 7   Fenwick did.  I was an associate at Fenwick & West for a year,

 8   and then instructed them in trademarks for about 12 years after

 9   that, while I was at Sun Microsystems.

10             And it includes a CD-ROM.  It's in a cover, which is

11   not reproduced here.  And I examined it.  It is in the place

12   where we would expect it to be in the file, meaning it's in the

13   copyright deposit portion of that file.  And I also examined it

14   and a copy of it, to make sure that the contents were in place.

15   And all of the things that are on, that are stated on the

16   exterior of the disc, where it's packaging to be in there,

17   appear to be there.  The number of bytes was the same.  We

18   actually examined to make sure that this copy was consistent

19   with what appears, to my eye, to be the original in the file.

20   Q.   And let me hand you --

21        MR. JACOBS:   May I?

22   BY MR. JACOBS

23   Q.   -- 1077, please.  What is 1077?

24   A.   The first page is the cover and outer packaging of that

25   Java 5.0 CD, and the following pages are a copy of the label
```

1    that's actually physically affixed to the CD, and then the back

2    of the packaging, which includes some bullet points with the

3    contents of the CD.

4           **MR. JACOBS:**  Your Honor, I offer into evidence 1078

5    and 1081 and 1077.

6           **MR. BABER:**  May I voir dire, your Honor?

7           **THE COURT:**  Okay.  Just -- yes, you may voir dire.

8           **MR. BABER:**  May I approach?

9           **THE COURT:**  Yes.

10                          **VOIR DIRE**

11   **BY MR. BABER**

12   **Q.**   Ms. Dare, may I see again the letter?

13   **A.**   You may.

14   **Q.**   And we're looking again now at Exhibit 1078; is that

15   right?

16   **A.**   Yes, that's correct.

17   **Q.**   Is there anything about the letter which is marked

18   Exhibit 1078 that indicates that the -- pardon me -- that the

19   disc that's been marked as 1076 is, in fact, what was submitted

20   to the Copyright Office?

21   **A.**   So the opening paragraph of the letter reads that this

22   refers to Java Version 5.0, as does that CD-ROM, and it is the

23   original in mine.  However, that is a copy of the original that

24   appears in my file.  And what the submission states is:

25            "This computer program and the end-user

1          documentation are distributed on CD-ROM.  We are

2          submitting as deposit material for this work one

3          complete copy of the entire CD-ROM package."

4     Q.   And can you testify under oath today that the disc that's

5     been marked as Exhibit 1076 is, in fact, a copy of the disc --

6     is a copy of disc that was, in fact, sent to the Copyright

7     Office on December 20th, 2004?

8     A.   So I can tell you what my investigation was --

9     Q.   "Yes" or "no."  Can you testify under oath that that disc

10    is, in fact, the same as a disc that was or wasn't sent to the

11    Copyright Office in December of 2004?

12    A.   Not with personal knowledge, because I wasn't present on

13    December 20th, 2004.

14          MR. BABER:  Same objection, your Honor.

15                **DIRECT EXAMINATION RESUMED**

16    BY MR. JACOBS

17    Q.   Can you describe your familiarity with Fenwick and West's

18    filing system?  You referred to that earlier.

19    A.   Yes, that's correct.  I was an associate at the firm for

20    one year, from August 2006 to 2007 -- I'm sorry, 1996 to 1997.

21    It's been awhile.  And I -- as an associate, I handled many

22    files.  I was in the trademark group.  They are all part of the

23    IP group, and so the files were handled similarly.

24          I have also been working with Fenwick & West, and I

25    worked with them as my outside counsel when I was at Sun, from

1  August of 1997 through August of 2010.  And so I handled many,

2  many files created by Fenwick.  I instructed those files, I

3  asked for things to be added to those files, et cetera.

4  Q.  And based on your experience in your work with those

5  files, when you looked at the files for these two, to what

6  extent -- for these two applications -- to what extent were the

7  practices exhibited there consistent with your understanding of

8  the regular practices at Fenwick & West?

9  A.  They are fully consistent.  All of the practices in terms

10 of retaining information, organizing the information -- for

11 example, having the deposit information separate from

12 correspondence or agreements -- were consistent across the two.

13 Q.  Based on that, how confident are you that the material you

14 examined in the files was the material that was actually sent

15 to the Copyright Office?

16          MR. BABER:  Objection, your Honor, relevance.  It

17 doesn't lay a foundation.

18          MR. JACOBS:  Based on her --

19          MR. BABER:  She doesn't have personal knowledge.

20          THE COURT:  I'm going to allow the question, but it's

21 in the nature of a habit and custom and a lay opinion.

22          And the jury will understand that the witness does

23 not have first-hand knowledge of whether or not that disc was

24 sent with a letter or not.  But, given her testimony about her

25 relationship to Fenwick & West and to the Sun process and

1   everything else, she can at least give us an opinion.

2           And I'm going to allow the opinion, so go ahead and

3   ask the question.

4   **A.**   I have high confidence, and there was nothing that I

5   observed that was inconsistent or that made me doubt that what

6   was in the files was not the copy that's presented here as the

7   Trial Exhibit.

8   **BY MR. JACOBS**

9   **Q.**   And is the same true for 1077, the front and back of the

10  disc?

11  **A.**   That's correct, yes.  That was consistent with my

12  examination.

13          **MR. JACOBS:**  Renew our offer into evidence, your

14  Honor.

15          **THE COURT:**  All right.  The objection is overruled.

16  1078 is in evidence.

17          (Trial Exhibit 1078 received

18           in evidence)

19          **THE COURT:**  1081 in evidence.

20          (Trial Exhibit 1081 received

21           in evidence)

22          **THE COURT:**  What was the other CD?

23          **MR. JACOBS:**  1077 is the front and back of the

24  packaging, your Honor.

25          **THE COURT:**  1077 in evidence.

```
 1              (Trial Exhibit 1077 received

 2               in evidence)

 3          THE COURT:  But I do have this little caveat for the

 4   jury.  You will probably hear more about this in the closing

 5   arguments, so I don't need to say much on this point.  But

 6   possibly there is going to be an issue over what was registered

 7   or not registered.  And you've seen the fancy thing with the

 8   ribbon, remember that, the registration?  And it has some

 9   wording in there.  You've seen the applications.

10          Now there is -- there may be an issue over what was

11   or was not submitted.  The letter says it's submitting

12   something.  Apparently one of the applications omits to say

13   that something was submitted, drawing the possible inference

14   that it was not submitted.  And, in fact, that's a certified

15   copy.

16          So there is a possible question there as to, was it

17   submitted to the Copyright Office or was it not submitted.

18   That's what we have been going through here, is to go back

19   through these ancient records to have, you know, somebody come

20   in and put the transmittal letter in.

21          So that's what we've seen.  Now, if any of the

22   lawyers disagree with the way I have characterized the issue,

23   I'm sorry, I'll let you correct it.

24          Mr. Jacobs?

25          MR. JACOBS:  I will let matters rest until closing,
```

1    your Honor.

2              **THE COURT:**  How about you, Mr. Baber?

3              **MR. BABER:**  No correction, your Honor.

4              **THE COURT:**  So can this witness now be excused?

5              **MR. JACOBS:**  Insofar as we're concerned, yes.

6              **THE COURT:**  Anything more?

7              **MR. BABER:**  Nothing for us, your Honor.

8              **THE COURT:**  All right.  Great.

9              Thank you.  Have a great day.

10             **THE WITNESS:**  Thank you.

11             (Witness excused)

12             **THE COURT:**  Okay.  Next witness by Oracle.

13             **MR. NORTON:**  Your Honor, I apologize.  We have a

14   matter we would like to take up outside the presence of the

15   jury.

16             **THE COURT:**  How long will it take?

17             **MR. NORTON:**  I think, I hope 10 minutes.

18             **THE COURT:**  Well, it's a little early for our break,

19   but we'll take our break early.  It's probably for the best to

20   do it this way.

21             So 15 minutes.  Please remember the admonition.

22             **THE CLERK:**  All rise.

23             (Jury exits courtroom at 10:41 a.m.)

24             **THE COURT:**  All right, be seated.

25             What's the issue?

PROCEEDINGS                           2269

1          **MR. NORTON:**  Your Honor, it concerns the deposition

2  designations for Vineet Gupta.  At the conclusion of the last

3  break we received the Court's rulings on those.  I don't know

4  that Google received them.  The Court excluded all of the

5  proffered designations for Mr. Gupta under Rule 403, also

6  lacking foundation.

7          **THE COURT:**  And, also, lacking foundation.

8          **MR. NORTON:**  Yes, your Honor.  And I wanted to

9  address that.

10          **THE COURT:**  Go ahead.

11          **MR. JACOBS:**  Mr. Gupta states in the designations

12  themselves, in his testimony, that he was the person who

13  developed Sun's overall licensing strategy for Java from the

14  time, from 2005 -- well, before 2005 and onward.  He was a Sun

15  employee, and that was his responsibility.

16          So he certainly is competent to testify about Sun's

17  positions with respect to Java licensing.

18          The testimony that we offered --

19          **THE COURT:**  But positions don't mean a thing.  You

20  know, both sides have gotten away with murder putting on these

21  witnesses who spout off platitudes about, it's hard to even

22  call it custom and usage.  And both sides have gotten away with

23  it, but at some point we have just got to bring this to an end.

24          Why don't you rely on the real documents?  Why don't

25  you rely on real license agreements and real things like what

1    we saw just a few moments ago, as opposed to somebody coming in

2    and saying, "Oh, it was always our policy, oh, it was always

3    our practice, to insist on X, Y, Z."

4             And that's just -- we have heard it on both sides

5    now, but at some point it's got to come to an end.  That's the

6    403 point.

7             **MR. NORTON:**  I understand, your Honor.  And, of

8    course, we have submitted a great many documents, but Mr.

9    Schwartz yesterday was allowed to testify that it was Sun's

10   policy in licensing Java that, so long as you did not call it

11   Java, you were free to use the technology.

12            Mr. Gupta, who was in charge of licensing at Sun for

13   Java, testifies to the contrary.  And that is the purpose of

14   these designations.  If Mr. Schwartz was --

15            **THE COURT:**  But Mr. McNealy, he was allowed to give

16   the rebuttal testimony to that.  And it was of the same

17   character.  It was just platitudes, as opposed to real

18   written-down policies anywhere.

19            **MR. NORTON:**  Mr. Gupta's testimony is, and this

20   testimony was given last year --

21            **THE COURT:**  Repeat to me the three lines of

22   testimony, three lines -- or maybe four -- something that's

23   short and sweet, as opposed to that mishmash that you gave me,

24   that would be directly on point, and I'll reconsider.  But read

25   it to me now.

1           MR. NORTON:  Page 68, line 24, to Page 69, line 1.

2    Question, by Mr. Purcell:

3        "QUESTION:A licensee was required to pass the TCK,

4         even if they didn't want to use the Java brand; is

5         that right?

6        "ANSWER:Yes."

7           THE COURT:  All right.  I'll let you read that one

8    segment.

9           MR. NORTON:  Thank you, your Honor.

10          May I also read the foundation so the jury knows who

11   Mr. Gupta is?

12          THE COURT:  How long is that?

13          MR. NORTON:  It is from Page 5, Line 20 -- that is

14   six lines -- and 13 lines from Page 24.

15          THE COURT:  All right.  You can read that.

16          MR. NORTON:  Thank you, your Honor.

17          MR. PURCELL:  Through Line 25, actually, your Honor.

18          MR. NORTON:  Thank you.

19          Mr. Purcell is right.

20          THE COURT:  Is this going to be your last thing?

21          MR. NORTON:  No, we will then call Ms. Catz.

22          THE COURT:  Well, see how much time you have left.

23          MR. JACOBS:  And if we have time --

24          MR. NORTON:  I think, by our estimate, we have on the

25   order of 50, five zero, minutes.

```
 1                MR. PURCELL:  That's substantially more than our
 2   count, Judge.
 3                THE COURT:  I will tell you what you have left.  You
 4   have used by my clock 982 minutes.  So you've got 38 minutes
 5   left.
 6                MR. NORTON:  Thank you, your Honor.
 7                MR. PURCELL:  Your Honor, can we get a count for
 8   Google, as well?
 9                THE COURT:  Yes, I will give you that count.  You
10   have used 995 minutes.  So, at this point, Google has used more
11   time than Oracle, which is a first.
12                (Laughter.)
13                THE COURT:  Anything more?
14                MR. NORTON:  Not from us, your Honor.
15                MR. BABER:  Not from us, your Honor.
16                MR. VAN NEST:  Your Honor, I do have one
17   housekeeping --
18                THE COURT:  What is that?
19                MR. VAN NEST:  That is, I neglected to move into
20   evidence Trial Exhibit 43.1 during our case.  I spoke with
21   counsel.  All it is, is an 8-and-a-half-by-11 version of the --
22                THE COURT:  Is it agreed upon?
23                MR. JACOBS:  Yes, your Honor.
24                THE COURT:  43.1?
25                MR. VAN NEST:  43.1.
```

1            THE COURT:  All right.  In evidence.

2            (Trial Exhibit 43.1 received

3             in evidence)

4            THE COURT:  Let me raise with you something that

5    comes up in jury instructions that -- have you agreed upon a

6    stipulated index of the exhibits that will go into the jury

7    room to help them find things?

8            MR. JACOBS:  We have not, but we would be happy to.

9            THE COURT:  All right.  You need to do that if you

10   want it in there.  Otherwise, it's just a free-for-all, and

11   they run through it, trying to do it themselves.  The typical

12   thing would be the exhibit numbers in order with a

13   non-argumentative statement of what it is.

14            It can't be something like Oracle's confession.

15            (Laughter.)

16            THE COURT:  It has to be, you know, Oracle license

17   agreement or something like that.  But the thing is this:  I

18   know you all got a lot to do, here is the way a jury trial

19   works.

20            Whenever it is submitted to -- when the case goes in

21   to the jury, Dawn will very quickly want to send in to the jury

22   room the exhibits.  It usually takes a few minutes, 10 minutes

23   or less.  I also send in a written copy of the instructions,

24   that usually takes another 10 minutes, also the verdict form.

25            But lawyers sometimes forget the following, and that

PROCEEDINGS                                                    2274

1   is, the jury has no duty to even wait for the special verdict

2   form.  They have no duty to wait and read the exhibits.  They

3   can go into the jury room, take an immediate vote and say,

4   "We're ready to answer the -- render a verdict."

5           I had a case where it was like 17 minutes.  And the

6   first question that came out was, "Where is the verdict form?"

7           (Laughter.)

8           **THE COURT:**  So the reason I bring this up is that, if

9   you're thinking that there will be a luxurious leisurely

10  interval where you can bring back an index to the exhibits and

11  possibly give it to them the next morning, of course you can,

12  you can give it to them the next morning if they are still

13  deliberating, but they have the right to render a verdict as

14  soon as they want.  And if you haven't gotten your materials

15  together in time, that's too bad for the lawyers, I guess.

16          But you -- you must be aware that when the case goes

17  to them, the case is literally in their hands, including when

18  they make the decision.

19          So you -- I suspect in a case like this, you would

20  have some time, but not necessarily.  And so I would urge you

21  to get this index done ahead of time and not wait til the last

22  minute.

23          Okay.

24          **MR. BABER:**  Your Honor, I have an issue that just

25  occurred to me.  I think I marked for identification, and

PROCEEDINGS                                    2275

1  Dr. Astrachan testified about it -- and I think I offered it,

2  but I'm not sure -- Exhibit 3536, which was the chart that was

3  Dr. Astrachan's, the results of his analysis of the two

4  platforms.  I would move that into evidence.

5           **MR. JACOBS:**  That's a demonstrative only.

6           **THE COURT:**  It's a demonstrative thing.  That's an

7  argument piece.

8           Unless the other side had similar things put into

9  evidence.  If you did, I'm willing to let you both put in your

10 demonstrative items, but it would have to be kind of a -- both

11 sides get, you know, even treatment on that.  But normally

12 that's just a hearsay document.

13          **MR. BABER:**  Fair enough.

14          **THE COURT:**  All right.  But I do commend that idea to

15 you.  It's an idea only.  Not an order.  But you might each

16 want to think of a trade where each of you get your top three

17 illustrative documents to go into the jury room.  And if you

18 both agreed on that, I would be happy to let you do that, but

19 otherwise no illustrative documents go into the jury room.

20          See you in 15 minutes.

21          (Whereupon there was a recess in the proceedings

22           from 10:53 a.m. until 11:05 a.m.)

23          **THE COURT:**  Please be seated.  Ready to go?

24          **MR. JACOBS:**  Yes, sir.

25          **THE COURT:**  Let's bring back our jury.

```
 1                 When do you think you're going to finish today?

 2           MR. VAN NEST:  35 plus 28, don't you think?

 3           THE COURT:  That's what I think.

 4           MR. VAN NEST:  That's what I think, too.

 5           THE COURT:  So you're all going to use up every

 6   minute of your time?

 7                 (Laughter.)

 8           MR. VAN NEST:  I suspect that's true.

 9           THE COURT:  Don't want to leave anything on the

10   table, huh?

11           MR. VAN NEST:  We don't get this opportunity every

12   month, your Honor.

13           THE COURT:  I read in one of the papers that I had

14   only given you 17 hours.  That was not very true.  That was

15   just for Phase 1.  You have, what was the total, 35?

16           MR. VAN NEST:  17 plus --

17           THE COURT:  17 plus whatever else it is.  It's a huge

18   amount of time.

19                 Okay.  Let's bring -- are we ready?

20           MR. JACOBS:  Ready.  We're going to call

21   Dr. Mitchell.

22           THE CLERK:  All rise.

23                 (Jury enters courtroom at 11:07  a.m.)

24           THE COURT:  Okay, be seated.

25                 While you're settling in, I'll let you know, I do
```

PROCEEDINGS                                      2277

 1   think we're going to finish the evidence today and we're on

 2   track.  So please continue, as you are, to pay attention.

 3           Mr. Jacobs, your next witness, please.

 4           **MR. JACOBS:**  We call Dr. John Mitchell.

 5           **THE COURT:**  Dr. Mitchell.

 6           There is a note.  It says, "Please speak slowly."

 7           (Laughter.)

 8           **THE COURT:**  In this case I will let it stay there.

 9           All right.  Did we excuse Dr. Mitchell?

10           **MR. JACOBS:**  He's an expert, your Honor.

11           **THE COURT:**  In other words, do we have to re-swear

12   him?

13                          **JOHN MITCHELL,**

14   called as a witness for the Plaintiff herein, having been

15   previously sworn, resumed the stand and testified further as

16   follows:

17                     **DIRECT EXAMINATION**

18   **BY MR. JACOBS**

19   **Q.**   Dr. Mitchell, you were here during Dr. Astrachan's

20   testimony?

21   **A.**   Yes.

22   **Q.**   And you heard him describe the implementation of the code

23   in the core libraries in Android as completely different from

24   the code in the corresponding core libraries in Java; do you

25   recall that?

1  **A.**   Yes, I heard that.

2  **Q.**   And what is your opinion on that question, sir?

3  **A.**   The code may be written differently, it is written to the

4  same specification.  That means it's designed to perform the

5  same actions, given the same input, and produce the same

6  output, and, therefore, has the same functionality and intended

7  behavior for that reason.

8  **Q.**   And what about the Structure, Sequence and Organization of

9  the code in the Android core libraries as compared with the

10  Java core libraries?

11  **A.**   The code is organized according to the API, that is the

12  package structure, the organization of classes within packages,

13  the organizations of methods within classes, the

14  interrelationships, the subclass hierarchy, the relationship

15  between classes and interfaces.  All of that is dictated by the

16  API and represented and repeated in the code.

17  **Q.**   So let's take a look at a slide just to illustrate that

18  one more time, Dr. Mitchell; 19, please.

19           (Document displayed)

20           **MR. JACOBS:**  And why don't you just do the

21  highlighting, Mr. Lee?

22           **THE CLERK:**  Before you show it to the jury, I have

23  Exhibit 19 as not admitted.

24           **MR. JACOBS:**  It's a demonstrative.

25           **THE CLERK:**  I have it as an email.

1          MR. JACOBS:  I'm sorry, Slide 19.

2          THE COURT:  Is Dawn supposed to be calling something

3   up, or is the technician calling it up?

4          THE CLERK:  I was trying to make sure that I was

5   pulling up something that was going to be okay to show to the

6   jury, so I was confirming with Mr. Jacobs what it was.

7          THE COURT:  It looks like it's a demonstrative,

8   right?

9          MR. JACOBS:  That's correct.

10          THE COURT:  It can be shown to the jury.

11          (Document displayed)

12   BY MR. JACOBS

13   Q.   And this demonstrative has a portion of Trial

14   Exhibit 610.2 on the left and 46.22 on the right.

15          What is this showing us, Professor Mitchell?

16   A.   I used this before.  This shows on the left the web

17   display of the Oracle Java API, and on the right half the

18   Google Android code.  The highlighted portions show the

19   structure in sequence and the organization of the API

20   represented in the Google Android code through code

21   declarations that express that organization.

22   Q.   And this is just one page out of how many, Dr. Mitchell?

23   A.   There are thousands of pages, if you were to print the

24   API; many, many more thousands if you were to print the code.

25   There are 37 packages at issue, 400 classes, 5,000 or more

Case 3:10-cv-03561-WHA   Document 1065   Filed 05/04/12   Page 153 of 205

1    methods.  So this is, just really, it's not even the tip of the

2    iceberg.  It's a little bit of snow at the top of the iceberg

3    or something like that.

4  **Q.**   And snow at the iceberg in terms of what, sir?

5  **A.**   In terms of the number of declarations and the amount of

6    structure and organization represented in the API.

7  **Q.**   Do you recall the examination of Dr. Astrachan on the

8    question of a stub implementation, I think it was called?  Do

9    you recall that?

10 **A.**   Yes, I do.

11 **Q.**   And is the stub implementation an accurate depiction of

12   the similarity between the Android code and the Java

13   documentation, or the Android code and the Java code?

14 **A.**   I'm really not sure what stub has to do with this.  A stub

15   is a term that refers to, for example, methods without further

16   implementing code that performs the actions associated with a

17   method.

18 **Q.**   And what are we looking at here, in looking at this

19   correspondence?

20 **A.**   These are the declarations that, in the -- on the right,

21   these are the declarations that, in the source code file, are

22   followed by additional executable code.

23 **Q.**   And what is this -- so what is this illustrating for the

24   jury?

25 **A.**   This illustrates the package hierarchy in the first line,

1  the membership of classes in packages in the second line.  The

2  second -- it's actually a few lines as displayed here, but the

3  second declaration, the declaration of IntBuffer class,

4  IntBuffer is a subclass of Buffer.  It shows that it implements

5  or is related to the comparable interface from a different

6  package.  And then because of the placement of the declaration

7  of the allocate method, that declaration is by structure here,

8  a method within the IntBuffer Class, within the java.nio

9  package, among the 37 packages at issue.

10 **Q.**   Let's take a look at another one of these.  I'm going to

11 give you a hard copy, Dr. Mitchell, so you don't have to look

12 at the screen.

13 **A.**    Thank you.

14          (Whereupon, document was tendered

15           to the witness.)

16 **Q.**   Now, on the left again we have 610.2, and on the right, I

17 can't read the exhibit number, but we'll get that in a second.

18          Can you tell us what that is showing us,

19 Dr. Mitchell?

20 **A.**    This is a similar display with a little more information

21 about the APO specification on the left, and the implementing

22 code on the right.  The API specification on the left explains

23 the meaning of the declarations, and the code on the right

24 implements that meaning or achieves the -- meets the

25 specification through its behavior when compiled and executed.

1    For example, the first box at the top on the left

2    talks about a constructor, which is a -- like a Method, but

3    something that creates new objects of a class.  And the

4    specification says, create a new one.  Create a new

5    ProtectionDomain with a given code source and permissions.

6    "Given" in this context means passed as parameters to the

7    constructor.

8         On the right, the code implementing that constructor

9    takes a code source and permissions as parameters and then does

10   something with them to place their values in the new

11   ProtectionDomain object that's created by this constructor.

12   **Q.**   What is this showing that relates to the question of the

13   stub implementation?

14   **A.**   A stub implementation would just take out the code on the

15   right.  The actual implementation has executable code that's

16   described by the specification.

17   **Q.**   And what's that telling us about how to think about the

18   level of copying that occurred during the development of

19   Android?

20   **A.**   The declarations on the left are literally copied into the

21   code, and that represents not just the names, but where they

22   related as far as the hierarchy of packages, classes, methods,

23   but also the interrelationships between classes and interfaces

24   and methods in one package and another.  And in addition, the

25   English specification corresponds to the actual executable code

1    in the implementation because the library here meets its

2    specification.

3    **Q.**    Now, you also heard some discussion through the trial of

4    the filing cabinet analogy?

5    **A.**    Yes, I did.

6    **Q.**    The file cabinet is over there, and Google was arguing

7    that you can analogize the filing cabinet to Allocation

8    Programming Interfaces.   What do you think of that analogy?

9    **A.**    The file cabinet reminds me of a file system.   I don't

10   think it really captures the depth and complexity of the API,

11   because although we do have packages containing classes,

12   classes contain methods, that's just the beginning.   The

13   classes implement interfaces.   Classes are related in a

14   subclass hierarchy.   That subclass hierarchy can span different

15   packages, and the packages are hierarchical.

16          There is additional structure that's not represented

17   that's important, both to programmers who build things using

18   the API and to implementers of the API that are critical and

19   part of the complex design and not really captured by the old

20   gray or tan, or whatever color it is, file cabinet over there.

21   **Q.**    Before we leave slide 20 that's on the screen, the exhibit

22   on the right is 46.20.   But I would now like to put on the

23   screen a demonstrative, Slide 1.

24          (Document displayed)

25   **Q.**    What is this slide illustrating, Dr. Mitchell?

1  A.   This slide gives some of the hierarchical structure.  It

2  shows Classes and Subclasses.  And then under Classes the lists

3  of Methods and the parameter types and return types of some of

4  those Methods.

5          I think there's some indication here about also

6  inheritance of Methods, which is another important way that the

7  subclass hierarchy is related to the list of Methods that

8  belong to each Class.

9  Q.   And what are we actually looking at here?  Is this

10 java.nio?

11 A.   This is a piece of that.  I believe these are the buffer

12 kind of classes across the bottom that I believe come from

13 there.  I don't -- it's a little bit -- java.nio is on the

14 slide here, indicating that some of these Classes are from

15 that, I believe.

16          (Whereupon, document was tendered

17           to the witness.)

18 Q.   And so what would it take to make the filing cabinet

19 analogy align with this sets of hierarchical structural

20 relationships that are illustrated on this slide?

21 A.   Well, I mean, one option is toss that and speak of it in

22 its own terms, which I think makes the most sense to me, as a

23 computer scientist.

24 Q.   What would those terms be?

25 A.   The important things are the package, class, method,

1    hierarchical relationship, all of the things that we saw when

2    we looked at the poster, all the different kind of lines there

3    and indications.

4            The relationship between classes and interfaces is

5    extremely important for people building software that uses a

6    library, because when you know an interface that is implemented

7    by a number of classes, you can write code that operates on all

8    objects that support that interface and then write that -- use

9    that code you've written once on many different classes of

10   objects.  It gives you a lot of efficiency and reusability in

11   terms of programming.

12           Some other relationships are the package hierarchy.

13   Some packages are sub-packages of others.  When you look at one

14   Package, it can have Classes in it that are defined in another

15   Package.  We saw these also colored icons indicating that kind

16   of relationship.  Another relationship is when a Method has

17   parameters, that means it requires data in, in order to produce

18   data out.  Those parameters have types that are Classes that

19   might be defined in another Package.

20           And so all that --

21   Q.   Let me interrupt you.

22   A.   Sure.

23   Q.   Are we talking now about implementing code or Application

24   Programming Interface elements?

25   A.   These are all -- sorry if I went on a little longer.

1  These are all properties and interesting characteristics of

2  APIs.

3  **Q.**   And so when we're looking at this slide with all these

4  words and stuff on it, are we looking at API implements

5  implementing code?

6  **A.**   These are all API elements.  The API contains more than is

7  on this slide, but the information on this slide is all

8  captured in the -- from the API.

9  **Q.**   And so to comply with this Application Programming

10 Interface partial specification, what do you know about

11 Android's Structure, Sequence and Organization as it relates to

12 the Structure, Sequence and Organization shown on this slide?

13 **A.**   It's the same.  It's the same API to the extent the APIs

14 correspond and they are, as I described earlier, very, very

15 similar and only differ in very small parts for the

16 37 packages.

17 **Q.**   Now, the question of compatibility.  I think this is,

18 needs some clarification.  You heard some back-and-forth, both

19 with Google's counsel and with me, from Dr. Astrachan about

20 when this code would, quote, run on Android and a Java

21 Platform.

22         Can you explain to the jury, is Android -- is the

23 Android Platform or the -- let me start over again.

24         Are the Android class libraries compatible with the

25 Java class libraries?

1   **A.**   I think the point that was illustrated by this code and

2   Dr. Astrachan's description of it is that, for a given piece of

3   code such as this Class that he wrote with a marker, it may run

4   on both platforms if the only things it requires are things

5   that are common to the two.

6            And so that would be generally true about any

7   program.   If what it requires is the same on both platforms, it

8   would run on both.

9   **Q.**   Just be clear about run, because we talked about that

10  also, right?

11  **A.**   There is some issue about how you get things started, and

12  that's different on the two systems.

13  **Q.**   And what about the question of bytecode format?

14  **A.**   The process of taking the source code and producing

15  something that runs on the Java Platform and producing

16  something that runs on the Android Platform is different.

17  **Q.**   And so will an Android application that's been through

18  that process run on a Java Platform if the portion of the

19  application programming interface that is common to the two, as

20  illustrated by this application, is present?

21  **A.**   I mean, the bytecode literally won't run because they are

22  different bytecode architectures.

23  **Q.**   So in sum, what would you say about the compatibility of

24  the Android Platform core libraries and the Java core

25  libraries; are they compatible, incompatible, partially

1  compatible?

2  **A.**    They overlap in concept.  Beyond the 37 packages, at a

3  point at which they overlap, they are different and

4  incompatible, and the way in which things are prepared to run

5  and execute is different.

6  **Q.**    And could one -- could the Android developers having

7  created their own APIs for all but 61 of the classes in the

8  37 packages and still be able to use the Java programming

9  language?

10  **A.**    Yeah, sure.  I don't see any reason why not.  Anyone can

11  take and build new APIs for old concepts or for new concepts.

12  That doesn't seem to be an issue at all.

13  **Q.**    Thank you, Dr. Mitchell.

14          **THE COURT:**  May I just ask one question?

15          How many classes did you say, 61?

16          **THE WITNESS:**  I think he said 61.

17          **THE COURT:**  Of the 37, how many -- how many packages

18  do the 61 fall into?

19          **THE WITNESS:**  I think they are within three.  They

20  could be within two.  Almost all of them are in java.lang and

21  then some piece of that.  There is one that's in java.io.  I

22  think it's serializable, and I don't remember if there is

23  another one that comes from another package or not.  The bulk

24  of them are in java.lang.

25          **THE COURT:**  Okay.  Thank you.

1          All right.  Mr. Baber?

2          **MR. BABER:**  Thank you, your Honor.

3                     <u>CROSS EXAMINATION</u>

4  **BY MR. BABER**

5  **Q.**   Good morning, Dr. Mitchell.

6  **A.**   Good morning.

7  **Q.**   I want to start right where Dr. Jacobs left off.  And you

8  were telling him that there was no reason to use these packages

9  in Android; is that right?  They could have just written their

10  own.

11  **A.**   There are two parts to your question.  Certainly, there is

12  a reason why someone would want to use the same APIs and

13  packages.  It's also possible that someone could, or a group

14  could easily have, with their -- with the capacity of this

15  Google team, could have written something different.

16  **Q.**   And what's the reason why you would want to use the same

17  API specifications?

18  **A.**   These are well-known.  They are the result of a

19  considerable amount of effort designing clear, usable APIs.

20  They have stood the test of time.  A large community of

21  programmers have found them to be useful.  And these 37

22  Packages, and the hundreds of Classes and thousands of Methods

23  in them, are known and used in existing code.

24  **Q.**   Well, they are just not well-known.  Many programmers who

25  have been programming in Java for a long time, they have a lot

1    of these Method signatures memorized; don't they, Professor?

2    **A.**    Computer geeks are good at memorizing that kind of stuff,

3    yes.

4    **Q.**    Do you consider Professor Astrachan to being a computer

5    geek?

6    **A.**    I don't mean that in a derogatory way.

7             (Laughter.)

8    **A.**    As a compliment, I would say yes.

9    **Q.**    Well, Professor Astrachan used -- how many methods did

10   Professor Astrachan use in the program that he wrote this

11   morning?

12   **A.**    I think he used the four that are circled in red.  At

13   least, that's what I remember him saying.

14   **Q.**    As far as you know, did he get them all correct?

15   **A.**    It's not the clearest handwriting, but they look about

16   right.  Let's say that.

17   **Q.**    Okay.  And you just said there is a reason to use the same

18   API spec, which is because these names are known to

19   programmers, correct?

20   **A.**    That's one reason, that they are attractive.

21   **Q.**    And programmers expect to have these functionalities

22   available to them when they are writing in the Java programming

23   language; isn't that right, the functionalities?

24   **A.**    I can't speak to anyone's expectation on a new platform,

25   but --

1  Q.   How about Java, Dr. Mitchell.  Let's talk about writing in

2  the Java language.  When a programmer is writing a new program

3  in the Java language, he or she expects to have available APIs

4  that will perform all the functions that are in these

5  37 packages; isn't that right?

6  A.   I think if you said write something in Java, that might be

7  the default assumption, but if you explain more about the

8  context, someone would happily --

9  Q.   And, in fact --

10          MR. JACOBS:  Can we let the witness finish his

11  answer.

12          THE COURT:  Yes.  Please let the witness finish.

13          Had you finished your answer?

14          THE WITNESS:  I have now, yes.

15          MR. BABER:  I apologize, Dr. Mitchell.  Just trying

16  to watch the clock.

17  BY MR. BABER

18  Q.   If, instead of using the specifications for the packages

19  as they are in the Java Platform, and as programmers know them,

20  if instead you had written completely new APIs, would

21  programmers be able to access these functionalities using the

22  names that they have memorized and have used for years?

23  A.   The new APIs use different names, then the old names would

24  not work.

25  Q.   So it's true, is it not, Dr. Mitchell, that if you wrote

1   completely new APIs, experienced programmers who wanted to

2   access well-known functions that are contained in these

3   37 packages would have to learn completely new names and

4   wouldn't be able to use what they have been using for years;

5   isn't that right?

6   A.   They would have to adapt to the new API.  And whatever the

7   new API gave them, that would be the programming context.

8   Q.   Okay.  Now, you talked about Dr. Astrachan's program down

9   there that he wrote.  And do you recall his testimony about the

10  entry point for the platform; that there might be a slight

11  difference between the Java Platform and the Android platform,

12  as to how you first communicate with a program that someone has

13  written?

14  A.   Yes, I do.

15  Q.   And you agree with what he said about that?

16  A.   I believe so, yes.

17  Q.   So is there anything you would do to Dr. Astrachan's

18  program?  If somebody said, "We need this to be executable,

19  compilable on Android," would you do anything to it, other than

20  change that word "main," to use the appropriate protocol entry

21  point for Android?

22  A.   I think the source code is fine, module of that change.

23  There are other steps you would follow with that code that are

24  different.

25  Q.   So as to the -- as to the three lines of code that

1  Dr. Astrachan wrote -- where he said give it the address, go

2  get it and read it -- you would expect that code to work on the

3  Java Platform, correct?

4  **A.**   Yes.

5  **Q.**   And you would expect it to work on the Android platform,

6  correct, because it uses the same specifications?

7  **A.**   If it uses the same API, and the code meets the same

8  specifications you would expect the same outcome.

9  **Q.**   So as to those four APIs, as to those four method

10  signatures that Professor Astrachan used in his program, for

11  those four at least, the Java Platform and the Android platform

12  are compatible, aren't they?

13  **A.**   Yes, that sounds like a great definition of "compatible"

14  to me.

15  **Q.**   Thanks.

16         Mr. Jacobs also asked you about the information in

17  the source code --

18         **THE COURT:**   Do you need some water over there?

19         **JUROR LEE:**   No (indicating).

20         **THE COURT:**   You have got it.

21         How about a cough drop?  You have got it?

22         **JUROR LEE:**   Yes.

23         **THE WITNESS:**   Makes me thirsty.

24         **THE COURT:**   All right.  You tell me when you're ready

25  to go.

```
 1              JUROR LEE:  I'm good.

 2              THE COURT:  You're good.

 3         Okay.  Continue on.

 4              MR. BABER:  Could we have 610.1 back on the screen,

 5    please?

 6         (Document displayed)

 7    BY MR. BABER

 8    Q.   I'm sorry, 6102 -- 623, I'm sorry.

 9         (Document displayed)

10              MR. BABER:  I'm sorry, I want 610.2.

11         (Brief pause.)

12              MR. BABER:  I want the one Mr. Jacobs used with the

13    witness that had ProtectionDomain on the left and the right.

14    I believe that is 610.2.

15         (Document displayed)

16    BY MR. BABER

17    Q.   Do you recall just testifying with Mr. Jacobs about this

18    exhibit, Dr. Mitchell?

19    A.   Yes, I do.

20    Q.   Okay.  I want to go back.

21              You're familiar with this chart that Dr. Bloch

22    prepared when he was here in the courtroom?

23    A.   Yes, our favorite math function for the week.

24    Q.   Yes, certainly my favorite.

25              Now, on Dr. Bloch's file that he created, it's
```

1  correct, is it not, that everything above -- above here

2  (indicating), that's the specification, correct?

3  **A.**    That is a portion of the API specification above that

4  horizontal line.

5  **Q.**    And what's missing is the English language words that

6  describe what this method does, correct?  That would also be

7  part of the specification?

8  **A.**    Yes.

9  **Q.**    Okay.

10  **A.**    Basically.

11  **Q.**    Okay.  Everything above here is dictated by the

12  specification, correct?  It has to be this way in order to

13  implement the specification for this method.

14  **A.**    Yes.

15  **Q.**    And everything below here (indicating) is the code that

16  implements it, correct?

17  **A.**    Yes.  According to the English description to satisfy the

18  specification.

19  **Q.**    Okay.  So what we have on this chart are two things:  We

20  have what's being implemented, and then we have the

21  implementation, correct?

22  **A.**    That's one way to look at it.

23  **Q.**    And when Dr. Astrachan talked about the implementing code

24  in Android, in the 37 packages, he was referring to the parts

25  at the bottom; isn't that right?  Isn't this the implementing

1    code in all those files?

2    **A.**    That's the way I understood what he said.  I don't know if

3    that's what he meant or not.

4    **Q.**    Okay.  But when you talked to Mr. Jacobs and you looked at

5    the elements that are shown on 610 -- I'm sorry, whichever

6    exhibit we have here.  It's -- what's on the screen.  Those

7    elements, they are all part of what's up here, right

8    (indicating), on the top?  That's part of what's being

9    implemented.

10   **A.**    Yes.  It's also source code.

11   **Q.**    It's in the source code file, but is it part of the

12   implementing code down here, Dr. Mitchell?

13   **A.**    Not according to Dr. Astrachan's use, as you characterized

14   it.

15          **THE COURT:**  What about according to your use?  I

16   thought I understood you to say that the implementing code

17   could be different, right?

18          **THE WITNESS:**  Yes.  I think maybe the issue is

19   whether we consider the declaration to be part of the

20   implementing code or not.

21          **THE COURT:**  All right.  Well, putting aside the

22   declaration, all the rest of it could be written in multiple

23   different ways, right?

24          **THE WITNESS:**  Yes.

25          **THE COURT:**  All right.

1   BY MR. BABER

2   Q.   And just so we're clear, Dr. Mitchell, the parts that you

3   talked about with Mr. Jacobs that are shown on the screen,

4   those are not part of the implementing code if you exclude the

5   declaration, correct?

6   A.   Yes.

7   Q.   Okay.  So do you disagree with Dr. Astrachan that, as to

8   the implementing code in Android, it is completely different

9   from the implementing code in the Java Platform?

10  A.   Yes, I disagree.

11  Q.   Why do you disagree?

12          THE COURT:  Wait, wait, wait.  He says he disagrees.

13          MR. BABER:  I'm going to ask him, your Honor.

14          THE COURT:  Go ahead.

15  BY MR. BABER

16  Q.   Why do you disagree, Dr. Mitchell?

17  A.   For one thing, I would consider the implementing code to

18  contain the declarations.  You don't --

19  Q.   Dr. Mitchell, in my question I asked you to assume that

20  the implementing code does not include the declarations.  It's

21  only the things below this line.

22          MR. JACOBS:  Your Honor, actually in the question

23  that he asked, he didn't state that assumption.  It could have

24  been taken out of context.

25          THE COURT:  The question is:  Putting aside the

1   declarations, would all of the rest of the implementations be

2   different in those 37, do you agree with that part?

3          **MR. JACOBS:**  Different or completely different?  I'm

4   sorry.

5          **THE COURT:**  Different.

6          **THE WITNESS:**  They are different.  I agree on that.

7   **BY MR. BABER**

8   **Q.**   Well, there are no lines of code that are the same, is

9   that right, Dr. Mitchell?  If you exclude the declarations, if

10  you exclude any part of the specifications and you're looking

11  only at the implementing code, there are no lines of code that

12  are the same; isn't that right?

13  **A.**   I didn't really go through line-by-line.  I would be

14  really surprised if you couldn't find two lines that were the

15  same in so much code.

16  **Q.**   Well, Dr. Mitchell, in your testimony earlier in the

17  trial, you identified the nine lines of rangeCheck code,

18  correct?  You had found those amidst the 300,000 line-by-line

19  lines of code, correct?

20  **A.**   Yes.

21  **Q.**   And you understand those are not out of Android, they are

22  not in the current release of Android?

23  **A.**   That may be.

24  **Q.**   Okay.  If they are, assume with me that the rangeCheck

25  code is out of Android now, and assume with me that those eight

1  test files are also out of Android, wouldn't it be the case,

2  Dr. Mitchell, that sitting here today you can not identify a

3  single line of code out of the 300,000 lines in the packages

4  that would be the same from one platform to the other?

5  **A.**   I mean, I'd wager that --

6          **MR. BABER:**  Your Honor, the question is a "yes" or

7  "no."

8          **THE COURT:**  Either you can identify for us, and if

9  the answer is yes, then the next question counsel will ask you

10 is okay, what is that line of code.

11         So either you can identify one or you can't.

12         **THE WITNESS:**  I can't, from recall, identify one for

13 you.

14 **BY MR. BABER**

15 **Q.**   Thank you, Doctor.

16         You testified, and so did Professor Astrachan, about

17 the stub implementations, correct?

18 **A.**   Yes.

19 **Q.**   Okay.  That's not a new concept, right?  Stub

20 implementations are well-known in the programming field, aren't

21 they?

22 **A.**   Stubs are well-known.

23 **Q.**   Okay.  And you said that you can do a stub for a method,

24 correct?  And that would be -- just so we're clear, it would be

25 everything from the specification, but nothing down below

1    (indicating).  That would be a stub, right?

2    **A.**    That's what's called a stub, yes.

3    **Q.**    And you can do a stub for a method, but you could also do

4    a stub for a class, couldn't you?

5    **A.**    I guess.  It would be a class without a implementation.

6    **Q.**    Okay.  And the stub would have every characteristic of the

7    specifications and of the design of the package, correct?

8    **A.**    No.

9    **Q.**    Well, what would be missing?

10   **A.**    The specification includes a description of what the

11   methods are supposed to do, and that's missing from a stub.  It

12   does nothing.

13   **Q.**    Putting aside the English language words that describe as

14   to the computer code, as to the Java programming language code,

15   would the stub implementation include everything that you have

16   identified that contribute to the structure and arrangement of

17   those packages?

18   **A.**    If I understood your question correctly, yes.

19   **Q.**    So it would show for each method what class it's in and

20   what package it's in, correct?

21   **A.**    Yes.

22   **Q.**    And the method signatures?

23   **A.**    Yes.

24   **Q.**    And all the characteristics, what goes in, what comes out?

25   **A.**    That's indicated but not achieved.

1    Q.   Okay.  And you heard Professor Astrachan's testimony about

2    how many lines of code it would take to create a complete stub

3    implementation of the 37 packages, didn't you?

4    A.   Yes.

5    Q.   Do you agree with his analysis?

6    A.   It's a reasonable number.  7,000 lines was the number he

7    gave, I think.

8    Q.   And I have used my calculator since Professor Astrachan

9    was up, and if it is 7,000 lines, out of the 292,988 lines in

10   those 37 packages, that would be approximately 2.4 percent,

11   correct?  Does that sound about right?

12   A.   Sounds about right.  Two to three percent.

13   Q.   But out of all 166 packages in the Java API, those 7,000

14   lines would be one-quarter of one percent; isn't that right?

15   A.   I believe your calculator, yes.

16   Q.   Okay.  And you heard Dr. Reinhold's testimony a little

17   while ago.  He said, well, it might be a little more than

18   7,000, it might be 10,000?

19   A.   Could be.

20   Q.   And if it was 10,000, it would still be on the same order

21   of magnitude, right, about three and a half percent compared to

22   the 37 packages, and about one-third of one percent compared to

23   the whole 166 packages; isn't that right?

24   A.   Okay.

25   Q.   Well, one last thing very quickly I want to ask you,

1    Dr. Mitchell, is:  For all of these 37 packages, it's true, is

2    it not, that the source code tells us which version of the Java

3    Platform that file first appeared in?

4    **A.**   I don't recall that, but it may.

5    **Q.**   Okay.  Do you recall at the top of each file there's

6    usually a copyright header, and there is a note that says

7    "since," and it might say "since 1.2," or it might say "since

8    1.4".  Do you recall that?

9    **A.**   Yes.

10   **Q.**   If it says, for example, "since 1.2," that means that that

11   file has been in there since Java Version 1.2; isn't that

12   right?

13              **MR. JACOBS:**  Objection, lacks foundation, your Honor.

14              **MR. BABER:**  Your Honor --

15              **THE COURT:**  If you don't know, just say, "I don't

16   know."

17              **THE WITNESS:**  Yeah, I mean, I don't know how accurate

18   those are.

19   **BY MR. BABER**

20   **Q.**   But that is what they are supposed to indicate, though,

21   right; you understand that?

22              **MR. JACOBS:**  Same objection.

23              **THE WITNESS:**  That's a plausible reading as you have

24   described this.

25

```
 1  BY MR. BABER
 2  Q.   Do you have any other -- you're an expert in the computer
 3  science field; correct, Doctor?
 4  A.   Yes.
 5  Q.   And when you see an indication in a source code file that
 6  says since something, what other explanation would you have for
 7  why that would be there, other than to indicate when that file
 8  first entered that system?
 9  A.   That seems like the straightforward reading, but I haven't
10  looked into those indications to see if they are correct and
11  accurate at all.
12  Q.   Sir, last question, or two.
13       (Laughter.)
14  Q.   The arrays.java file has been in the Java Platform for a
15  long time; isn't that right?
16  A.   Maybe.
17  Q.   The file that rangeCheck is in?
18  A.   Yes.
19  Q.   All right.  And if the source code file for that file says
20  it's been in the platform from a version prior to 5.0, you
21  wouldn't -- you wouldn't know when it was added, correct?
22       THE COURT:  That's incomprehensible.
23       MR. BABER:  Okay.  Never mind.  No more questions,
24  your Honor.
25       THE COURT:  Well, you can ask the question, but the
```

1   way you phrased it, doesn't make sense.

2          Okay.  Thank you.

3          **MR. BABER:**  I think -- let me... I'm good.  No more

4   questions, your Honor.

5          **THE COURT:**  No more questions.  Thank you.

6                <u>**FURTHER REDIRECT EXAMINATION**</u>

7   **BY MR. JACOBS**

8   **Q.**   So from the standpoint of Structure, Sequence and

9   Organization, Dr. Mitchell, what's the significance of the

10  7,000 lines that Mr. Baber was asking you about?

11  **A.**   Those 7,000 lines of code express that Structure, Sequence

12  and Organization.

13  **Q.**   Thank you.

14         **THE COURT:**  Anything more?

15         **MR. BABER:**  Nothing, your Honor.

16         **THE COURT:**  Dr. Mitchell, thank you.  You can have a

17  seat.

18         (Witness excused.)

19         **THE COURT:**  And now anything more?

20         **MR. JACOBS:**  Yes, your Honor, we would like to move

21  into evidence 3215, Google's Form 10-K from 2005, and like to

22  publish to the jury page --

23         **MR. VAN NEST:**  Whoa, whoa, whoa.  We have never

24  discussed this previously, your Honor.  I'm not sure it's

25  disclosed for any witness.

MITCHELL - FURTHER REDIRECT EXAMINATION / JACOBS        2305

```
 1          MR. JACOBS:  It's not for a witness.  And we did
 2   email them last night and asked them if they would agree to it
 3   coming in.  In fact, they agreed to it.
 4          MR. VAN NEST:  This is normally handled with the
 5   housekeeping in the morning, your Honor.  And that's why -- and
 6   I would appreciate an opportunity to take a look.
 7          THE COURT:  Well, take a moment and see what the
 8   email says.
 9          MR. VAN NEST:  Fair enough, thank you.
10          THE COURT:  3215 is received.
11          (Trial Exhibit 3215 received in evidence)
12          THE COURT:  You may publish what you would like.
13          MR. JACOBS:  Page 65.
14          (Document displayed)
15           The section:
16          "More individuals are using non-PC devices to
17       access the internet, and versions of our WebSearch
18       technology developed for these services [sic] may not
19       be widely adopted by users of these devices."
20          THE COURT:  You said "services," but you meant
21   "devices"; "developed for these devices."
22          MR. JACOBS:  Thank you, your Honor.
23          THE COURT:  All right.  Next.
24          MR. NORTON:  Your Honor, at this time we will offer
25   deposition testimony from Vineet Gupta.
```

```
 1              THE COURT:  All right.  Are you just going to read
 2   it?
 3              MR. NORTON:  I am, your Honor.
 4              THE COURT:  Please use the right format, but go right
 5   ahead.
 6              MR. NORTON:  This is the deposition of Vineet Gupta
 7   on July 26.
 8   WHEREUPON:
 9                        VINEET GUPTA,
10   called as a witness for the Plaintiff herein, testified via
11   deposition read in open court by Mr. Norton in the presence and
12   hearing of the jury.
13              By Mr. Purcell:
14         "QUESTION:Good morning.  Could you state your name
15          for the record?
16         "ANSWER:It's Vineet Gupta.
17         "QUESTION:And, Mr. Gupta, thank you for your time
18          today.  Are you a former employee of Sun
19          Microsystems?
20         "ANSWER:Yes.
21         "QUESTION:At what point during your time at Sun did
22          you become part of the team that you just described
23          that developed Sun's overall licensing strategy for
24          Java?
25         "ANSWER:Don't ask me, too old.  I couldn't remember.
```

1    It's just -- you know, when you've lived it fifteen

2    years, hard to tell time.  And it's been really,

3    wouldn't know.  Just wouldn't know.

4    **"QUESTION:**Could you say that it was before 2005?

5    **"ANSWER:**Yeah, I think so.

6    **"QUESTION:**Okay.  So from 2005 onward?

7    **"ANSWER:**At least.

8    **"QUESTION:**You were part of the team responsible for

9    developing Sun's overall Java licensing strategy?

10   **"ANSWER:**I would say.  Could be.  Yes.

11   **"QUESTION:**A licensee was required to pass the TCK,

12   even if they didn't want to use the Java brand; is

13   that right?

14   **"ANSWER:**Yes."

15         **THE COURT:**  Thank you.  Anything more?

16         **MR. NORTON:**  We call Ms. Catz.

17         **THE COURT:**  Ms. Catz.

18         Ms. Catz, welcome.  Please raise your right hand.

19                        **SAFRA CATZ**,

20   called as a witness for the Plaintiff herein, having been first

21   duly sworn, was examined and testified as follows:

22         **THE WITNESS:**  I do.

23         **THE CLERK:**  Okay.

24         **THE COURT:**  Okay.  All right.  You know the drill.

25   You have been here.  So you've got to speak right into that

GUPTA - DEPOSITION                                      2308

```
 1  mic.  Thank you.

 2           Go ahead, Mr. Norton.

 3                    DIRECT EXAMINATION

 4  BY MR. NORTON

 5  Q.   Good morning, Ms. Catz.

 6  A.   Good morning.

 7  Q.   Where are you employed?

 8  A.   I'm employed at Oracle Corporation.

 9  Q.   And how long have you been employed there?

10  A.   Since 1999.

11  Q.   And what is your title today at Oracle?

12  A.   I'm president, I'm chief financial officer, and I'm on the

13  board of directors.

14  Q.   And can you explain what it is, what your responsibilities

15  are as the president and chief financial officer of Oracle?

16  A.   I run worldwide operations and the entire finance

17  organization, so the financial aspects of Oracle.

18  Q.   Now, in your job at Oracle, are you familiar with

19  something called the Apache Harmony project?

20  A.   I am.

21  Q.   To what extent, if any, did Oracle provide any financial

22  or technical support to the Harmony project?

23  A.   We never supplied any financial resources, technical

24  resources, or anything to the Harmony project.

25  Q.   Now, to what extent, if any, did Oracle ever use anything
```

1   from the Harmony project?

2   **A.**    We never used anything from the Harmony project.

3   **Q.**    To what extent, if any, did Oracle ever consider using

4   anything from the Harmony project?

5   **A.**    We never considered it from a -- we didn't need to.  We

6   had our own independent implementation, and we had a license

7   from Sun for our own implementation.

8   **Q.**    During the trial we've heard claims by Google that Oracle

9   filed this lawsuit only to take advantage of Google's

10  innovation where Oracle had failed to succeed with Java.

11  **A.**    Oh, that couldn't be furtherer from the truth.  We never

12  wanted to be in this litigation with Google.

13  **Q.**    Well, what did you do, if anything, before bringing this

14  lawsuit against Google?

15  **A.**    We reached out to Google a number of times trying to get

16  this matter resolved with them.  We met with them.  You know, a

17  number of us met with them at different times.

18  **Q.**    Were you involved in any of those meetings?

19  **A.**    Yeah.  I was informed about the other meetings, but I was

20  actually involved with one with Alan Eustace, Andy Rubin's boss

21  at the time.

22  **Q.**    Can you explain what it was you were trying to accomplish

23  by meeting with Google -- approximately when were these

24  meetings taking place?

25  **A.**    Well, we actually acquired Sun in -- in January of 2010.

1   And so after that the -- the meeting I went to Alan Eustace was

2   almost two years ago now, so June of -- June of 2010 --

3   **Q.**   And what were you trying to accomplish --

4   **A.**   (Continuing) -- May maybe.  May, June, something like

5   that.

6   **Q.**   And in these meetings around May, June, 2010, what was it

7   that you were trying to accomplish by meeting with Google?

8   **A.**   Well, we had really two objectives.  One was to bring

9   Android on into Java compatibility.  That was very, very

10  critical.  The other part was to get Android licensed and

11  paying for the intellectual property.

12  **Q.**   Now, focusing on the meeting that you had with

13  Mr. Eustace, to what extent, if at all, did you express

14  Oracle's position at that meeting on Java licensing for

15  Android?

16  **A.**   I was actually at that meeting with Thomas Kurian.  So it

17  was the two of us with Alan, and we laid out really a full --

18            **MS. ANDERSON:**  Objection, your Honor, hearsay.

19            **THE WITNESS:**  Oh.  Oh, I can say --

20            **THE COURT:**  The -- is that your only objection?

21            **MS. ANDERSON:**  It sounded like, your Honor, the

22  witness was about to discuss what Oracle representatives were

23  saying, which is the basis for the hearsay objection, your

24  Honor.

25            **THE COURT:**  What is the point of this testimony?

```
 1              MR. NORTON:  Your Honor, in opening and in

 2   questioning, counsel for Google has asserted that the reason

 3   that Oracle brought this lawsuit was solely to make up for its

 4   failure to compete.  And that's simply not -- what I hope to

 5   elicit from the witness is what Oracle's motivations were, and,

 6   also, what the statements were that were made by Google

 7   representatives to the witness, but I need to lay the

 8   foundation for those statements.

 9              THE COURT:  Is that your objection, is hearsay?

10              MS. ANDERSON:  So far, your Honor, yes.

11              THE COURT:  All right.  That will be overruled.  That

12   objection -- the witness is entitled to prove up the contents

13   of a communication or transaction at which she was present.

14              But I want to say to the jury something.  This case

15   should not be decided based upon who was or was not holding out

16   for more money or less money or whatever the terms were on

17   settlement.  That has nothing to do with what you are going to

18   decide in this case, nothing.

19              On every single issue, you've got to decide under the

20   law who is right and who is wrong.  It may be you go one way on

21   some questions and you go another way on the others.  And it

22   does not matter which, which side was reasonable in

23   negotiations or not.

24              Let me give you an example.  Let's say you have an

25   automobile accident in which one side wants a lot of money and
```

1    the other side refuses to pay a lot of money.  That is

2    irrelevant.  The jury decides that case based on who was right

3    or wrong at the traffic intersection and decides the amount of

4    damages based upon the actual injuries.  And it does not matter

5    that one side held out for their day in court or not.  So I

6    want you to know this is irrelevant testimony.

7              The only reason I'm letting this in is because there

8    has been a suggestion made that greed is at work here.  That

9    doesn't matter.  A party has a right to have their day in court

10   and to have a fair verdict under the law.  And you, the jury,

11   are going to decide the case based on the law, not on

12   personalities, not on celebrity witnesses.  You're going to go

13   into the jury room, and you're going to decide this case based

14   on the law, as it exists under the copyright statute, and the

15   evidence that's actually been presented here.

16             So if one side in this negotiation we're about to

17   hear about was reasonable or unreasonable, well, that's

18   irrelevant.  And it's irrelevant -- the motives of the parties

19   here are irrelevant to your decision.  What matters are their

20   legal rights.  And if somebody wants to stand up in court and

21   say, "I'm going to exercise my rights," good for them.  They

22   may be wrong.  They may be right.  It's up to you to decide

23   that.

24             Now, I want to say to you lawyers, I'm going to let

25   you finish this up because you're right, that suggestion has

```
 1  been made.  You can finish the point you were trying to make.
 2  But I want the jury to understand how little it has to do with
 3  this case.
 4            Ms. Anderson, what do you have to say to that?
 5            MS. ANDERSON:  Thank you, your Honor.  I just have
 6  one more point to make.  I do not know precisely what the
 7  witness is about to testify to, but my understanding of this
 8  particular conversation would not involve any particular
 9  numerical references.  If there were to be such testimony, I
10  would object on 403.  But that is not my understanding, your
11  Honor.
12            THE COURT:  Well, Mr. Norton ought to know me by now.
13  If I find something I think is out of bounds, Mr. Norton,
14  really out of bounds, you should not even go there.
15            MR. NORTON:  I have no intention of coming close to
16  the boundaries.
17            THE COURT:  You go ahead and put in the rest of this
18  conversation.  I've eaten up the rest of your time remaining.
19  You go ahead and I'll extend your time event.
20            MR. NORTON:  I think I have a few moments in any
21  event, but thank you, your Honor.
22  BY MR. NORTON
23  Q.   So to what extent, if at all, did you press Oracle's
24  position to Mr. Eustace at the meeting in June of 2010?
25  A.   I did.  I told him that Android needed to be licensed
```

1  because of our intellectual property, and that they needed to

2  become compatible.

3  Q.   And did Mr. Eustace have a response?

4  A.   He -- he asked -- he asked specifically, what IP?

5           And I said the lawyers would follow up with their

6  lawyers on that.  And we made a -- a financial proposal, and he

7  was supposed to respond back to us in a little while.

8  Q.   And to what extent, if at all, at that meeting was it

9  discussed whether Google would remove Java altogether from

10  Android?

11  A.   Yeah.  He said he -- that they could take Java out of

12  Android.  And I said that's what they would have to do then.

13           MR. NORTON:  May I approach?

14           THE COURT:  Go ahead.

15           (Whereupon, document was tendered

16            to the witness.)

17  BY MR. NORTON

18  Q.   Ms. Catz, I've handed you Exhibit 1074.  Do you recognize

19  this document?

20  A.   Yes.  This is the email that Mr. Eustace sent me after I

21  asked him to send me an email.

22           MR. NORTON:  We move the admission 1074.

23           MS. ANDERSON:  No objection, your Honor.

24           THE COURT:  Thank you.  Received in evidence.

25

```
 1              (Trial Exhibit 1074 received

 2               in evidence)

 3   BY MR. NORTON

 4   Q.    Now, Mr. Eustace's email to you dated June 28, 2010, he

 5   writes, "Safra."

 6              And at the beginning of his email he says:

 7   "I have discussed your proposals with Google engineers,

 8   lawyers, founders, and executives, and they are not

 9   acceptable."

10              And then he gives a reason:

11              "We will not pay for code that we are not using,

12         or license IP that we strongly believe we are not

13         violating and that you refuse to enumerate."

14              And he goes on to say:

15   "Google engineers spent considerable time and effort building

16   from scratch open source alternatives to closed systems."

17              Now, other than the reasons stated there, did

18   Mr. Eustace ever give you any other reasons as to why Google

19   believed it did not need a license to Java for Android?

20   A.    No, this is -- these are the reasons he gave me in this

21   email.

22   Q.    And in all of your communications with Mr. Eustace to what

23   extent, if any, did he ever say Google doesn't need a license

24   to Java because Java is free to use?

25   A.    He never said that.
```

1  Q.   In all of your communications with Mr. Eustace, did he

2  ever say Google does not need a license because Jonathan

3  Schwartz said it was okay, "We approve of Android"?

4  A.   No, he didn't say that either.

5  Q.   Okay.  Did Mr. Eustace express in any of your

6  communications, if at all, that Google did not need a license

7  for Java because someone else at Sun or Oracle had approved of

8  Java and Android?

9  A.   No, he never said that.

10 Q.   And in your communications with Mr. Eustace, did he ever

11 say that, to any extent, did he ever say that Google did not

12 need a license for Java because their use of Java was a fair

13 use?

14 A.   No, he didn't say anything more than this email.

15 Q.   Now, after receiving Mr. Eustace's email and before filing

16 the lawsuit, did you make any further efforts to resolve the

17 dispute?

18 A.   After -- say that again?

19 Q.   Sure.  After this June 28, 2010 email, and before filing

20 the lawsuit, did you take any further steps to resolve the

21 dispute with Google?

22 A.   I think there were a few more conversations between

23 executives.

24 Q.   And were those successful?

25 A.   No.  That's why we're here.

1  Q.   All right.  And I just want to turn back a little bit in

2  time to the period after Oracle acquired Sun.

3         Now, after Oracle agreed to acquire Sun in 2009, did

4  you have any communications with Jonathan Schwartz about the

5  Sun acquisition?

6  A.   I had a few.

7         MR. NORTON:  May I approach?

8         THE COURT:  Yes.

9         (Whereupon, document was tendered

10          to the witness.)

11        THE COURT:  I believe you're coming up on three

12 minutes to go.

13        MR. NORTON:  That's about what I need.  Thank you,

14 your Honor.

15 BY MR. NORTON

16 Q.   The witness has Exhibit 2362, which is already in

17 evidence.

18        (Document displayed)

19 Q.   Now, is this an email that you received from Mr. Schwartz?

20 A.   Yes.

21 Q.   Now, before and after Oracle's acquisition of Sun, did Mr.

22 Schwartz ever suggest to you that Sun had approved of Google's

23 use of Java in Android?

24 A.   No.

25        MS. ANDERSON:  Objection, hearsay, your Honor.

1          **THE COURT:**  Just a moment.

2          **MS. ANDERSON:**  These are representatives of the same

3   company.

4          **THE COURT:**  Sustained.  That also, under Rule 403,

5   that the jury will disregard that last question and answer.

6   **BY MR. NORTON**

7   **Q.**  If I can draw your attention to 2362, Mr. Schwartz's

8   email?

9   **A.**  I see it.

10  **Q.**  Is there a reference in that email to the battles with

11  Adobe Flash and Google Android?

12  **A.**  Yes.

13  **Q.**  Is that in Mr. Schwartz's email to you and Mr. Ellison in

14  2009?

15  **A.**  Yes.

16          **MR. NORTON:**  No further questions.

17                       <u>CROSS EXAMINATION</u>

18  **BY MS. ANDERSON**

19  **Q.**  Good afternoon, Ms. Catz.

20  **A.**  Hi.

21  **Q.**  I'm Christa Anderson for Google.  And you may have the

22  privilege of being one of the last witnesses in this case.

23          Just to begin, you were never employed by Sun

24  Microsystems, correct?

25  **A.**  Correct.

1  Q.   You were never a representative of Sun during any of the

2  communications between Google and Sun, correct?

3  A.   Correct.

4  Q.   All right.  And you have no personal knowledge whatsoever

5  of anything Sun representatives told Google prior to Oracle's

6  acquisition of Sun, right?

7  A.   Correct.

8  Q.   But you are aware, in general, regarding the Java business

9  at Oracle, true?

10  A.   Yes.

11  Q.   And you're generally familiar with the income that Oracle

12  has been generating from the Java business, true?

13  A.   Yes.

14  Q.   And you know Mr. Risvi, since you have been sitting here

15  throughout the trial, correct?

16        MR. NORTON:  Objection, scope.

17        THE COURT:  Well, it may be outside the scope, but

18  let's see where it's going.  So far overruled.

19        MS. ANDERSON:  Thank you, your Honor.

20  BY MS. ANDERSON

21  Q.   You agree --

22        THE COURT:  What's the answer to that question?

23        THE WITNESS:  Yes, I know Hasan.

24        MS. ANDERSON:  Thank you.

25

1   BY MS. ANDERSON

2   Q.   And you agree with Mr. Risvi that the Java business -- the

3   Java client business has, in fact, been on the increase about

4   10 percent a year?

5           MR. NORTON:  Objection, scope.

6           THE COURT:  Sustained.

7           MS. ANDERSON:  Thank you.

8   BY MS. ANDERSON

9   Q.   Since the point in time that Oracle acquired Sun, you are

10  aware that Oracle has asserted certain rights against Google in

11  this case, correct?

12  A.   Yes.

13  Q.   And you know, because you have been sitting here and heard

14  Mr. Schwartz, that during the period of time that Mr. Schwartz

15  was CEO, he reported that he treated the APIs and the Java

16  language as freely available for use, correct?

17  A.   He --

18          THE COURT:  You're asking her to tell us what a prior

19  witness in the trial said?

20          MS. ANDERSON:  Yes.  Yes, correct, your Honor.

21          THE COURT:  Is there any objection to that?

22          (Laughter.)

23          MR. NORTON:  Yes, your Honor.

24          THE COURT:  Objection is sustained.

25          MS. ANDERSON:  Thank you, your Honor.

1  **BY MS. ANDERSON**

2  **Q.**   Ms. Catz, you don't have any reason to dispute

3  Mr. Schwartz's testimony about what his view was of the

4  policies and practices of Sun prior to the acquisition by

5  Oracle, do you; you weren't there, right?

6           **MR. NORTON:**  Objection.

7           **THE COURT:**  Those are two different questions.  She

8  could have gone back and read a lot of emails and have good

9  reason to dispute that or not.  On the other hand, she wasn't

10 there and could not have first-hand knowledge.  You asked two

11 separate questions.

12 **BY MS. ANDERSON**

13 **Q.**   Isn't it true, Ms. Catz, that you have no personal

14 knowledge to dispute the fact that Mr. Schwartz's reported

15 policy, as CEO of Sun prior to the acquisition, was to treat

16 APIs in the Java language as freely available for use, correct?

17 **A.**   I almost lost track of your question.

18          **THE COURT:**  She is asking if you have any first-hand

19 knowledge of anything that happened at Sun.

20          And I take it the answer is no, because you never

21 worked at Sun.

22          **THE WITNESS:**  Correct.  I was not there.

23          **THE COURT:**  That's a non-starter question.  That's an

24 argument.

25          **MS. ANDERSON:**  Thank you, your Honor.

1    BY MS. ANDERSON

2    Q.    But you do know that, upon Oracle's acquisition, Oracle

3    sought to assert rights in APIs; is that right?

4    A.    We talked about our intellectual property to the different

5    parts of Java, yes.

6    Q.    And that happened after Oracle thought about and decided

7    not to pursue a Java Phone, right?

8    A.    It's after we looked at a Java Phone idea.

9    Q.    Right.  And Oracle never pursued that, correct?

10   A.    No, we did not.

11   Q.    Did not pursue it; is that right?

12   A.    It's pretty hard to compete with free.

13   Q.    Right.  And at some point in time, you testified earlier,

14   that Oracle went to Google and started to demand licensing in

15   relation to Java; is that right?

16   A.    That's right.

17   Q.    That was your testimony just a few minutes before,

18   correct?

19   A.    We -- we did.

20   Q.    And in Exhibit 1074, which was shown to you by your

21   counsel, that was the response from Google, right?

22         MS. ANDERSON:  Could we please have that up on the

23   screen, Ben?

24         (Document displayed)

25

1  BY MS. ANDERSON

2  Q.    Drawing your attention to that first paragraph,

3  Mr. Eustace, a representative of Google, told you that google

4  would not pay for those that it wasn't using; is that right?

5  A.    That's what he wrote in that email.

6  Q.    And he told you he wasn't going to pay for a license to IP

7  that he believed Google was not violating, right?

8  A.    That's what he wrote.

9  Q.    All right.  And freely available software is not something

10 that Oracle has a right to, correct?

11 A.    Freely available software?

12 Q.    Yes.

13 A.    Is not something we have a right to?

14 Q.    Do you agree with that statement?

15 A.    I think you're -- I'm not sure I get your question.

16       Do we not have a right to freely available software?

17 We have a right to freely available software as much as any

18 other company has a right to freely available software.

19 Q.    Thank you.

20       And just very briefly, you testified that you are the

21 president of Oracle currently, correct?

22 A.    I'm the president of Oracle Corporation.  It's the parent

23 company of Oracle America in this case.

24 Q.    And your compensation is on the order of tens of millions

25 of dollars annually, correct?

```
 1  A.    Yes, I am the true American dream.  Coming as an immigrant
 2  to how far I've come is an absolute miracle.
 3  Q.    And, in fact, today, you have approximately 18 million
 4  shares of either stock or options in Oracle, correct?
 5  A.    Yes.
 6  Q.    The only person with more shares and interest in the
 7  financial success of Oracle is Mr. Ellison, correct?
 8  A.    That's correct.
 9             MS. ANDERSON:  No further questions.  Thank you.
10             THE COURT:  All right.
11             MR. NORTON:  I have one question, your Honor.
12             THE WITNESS:  What if I realized that was not
13  correct?
14             THE COURT:  Go ahead and fix it up.
15             THE WITNESS:  I don't think that's true, actually.
16  I think there are a number of folks who have significantly more
17  Oracle shares personally than I do.  I just may be, as far as
18  employees -- no -- probably as far as employees, but
19  non-employees have a lot more than I do.
20             MS. ANDERSON:  Thank you, ma'am.
21             THE COURT:  Mr. Norton, you can have one question.
22             MR. NORTON:  Thank you.
23
24
25
```

1                    **FURTHER DIRECT EXAMINATION**

2   **BY MR. NORTON**

3   **Q.**    Your discussions with Google concerning enforcing Oracle's

4   intellectual property rights in Java, to what extent did that

5   have anything to do with Oracle's efforts or investigations of

6   having its own Java Phone?

7   **A.**    Oh, it had nothing to do with the Java Phone.

8              **MR. NORTON:**  Thank you.

9              **THE COURT:**  Ms. Catz, you may step down, thank you.

10             (Witness excused.)

11             **THE COURT:**  Does Oracle rest its rebuttal case?

12             **MR. NORTON:**  We do, we rest.

13             **THE COURT:**  Is there any surrebuttal case?

14             **MR. VAN NEST:**  No, your Honor.

15             **THE COURT:**  All right.  We have now reached the end

16  of the road on the evidence for Phase 1.  So, just as we have

17  said, lawyers did a great job.  It's not even close to

18  1:00 o'clock, and the evidence for this part is done.  So what

19  is left?

20             Well, let me give you a little heads-up on how that

21  part works.  The next thing is to have the closing statements,

22  and that is going to take about three hours altogether,

23  counting both sides.  And that's reasonable, because think of

24  all of the things that they need to go back over and cover.

25             And, in addition, I have to tell you what the law is.

1   And I'm working hard on that in consulting with the lawyers

2   about what the law, exactly how we trim it down to just the

3   parts that you need to do your work.  And I need to meet with

4   the lawyers and will be meeting with the lawyers this afternoon

5   on that subject, and then over the weekend they will be

6   preparing their closings, and then we will have the closings on

7   Monday.

8          Then the case will go to you that day.  There is a

9   small chance, I would put it around one out of four, that on

10  Sunday we will need to get in touch with you to tell you to

11  slip one day and take Monday off and come in Tuesday.  I don't

12  think that's going to happen.  I think we will go forward on

13  Monday.  But in the off-chance that we need to reach you to

14  postpone you by one day -- in that event you would just take

15  Monday off and go to work or your normal place of work, or stay

16  at home or go fishing or whatever you would like to do.  But I

17  need to be able to get in touch with you.

18         So, Dawn, would you go back with the jurors when we

19  take our recess here and make sure we have a phone number in

20  the unlikely event we need to do that?

21         I don't know whether that's going to be necessary.

22  I rather doubt it.  I think we're going to go ahead on Monday

23  as planned, but since there are items I need to go over with

24  the lawyers to make sure we're ready to go, then I can't be

25  100 percent on that.  I'm only 75 percent on that right now.

```
 1              So you must remember the admonitions.  Even though
 2   you've heard all the evidence for this part, you cannot go do
 3   homework or research or look things up on the internet, or let
 4   anyone talk with you about this case.  You must continue to
 5   keep an open mind because you will be hearing these arguments
 6   and you don't yet know exactly what the particulars are of the
 7   law.  So you've got to wait until you hear all of that.  And
 8   then it will be your duty to talk, talk, talk to each other and
 9   to come to an unanimous verdict.
10              Anything more that the lawyers want me to say before
11   we send the jury home for the weekend?
12              MR. VAN NEST:  I don't believe so, your Honor.
13              MR. JACOBS:  No, your Honor.
14              THE COURT:  All right.  So, please.  Dawn will go
15   back with you to make sure she has got all the right phone
16   numbers.  And you all have a wonderful weekend and stay in good
17   health.  Thank you.
18              THE CLERK:  All rise.
19              (Jury exits courtroom at 12:11 p.m.)
20              THE COURT:  Okay.  Be seated.
21              Any issues for the Court?
22              MR. JACOBS:  We will be seeing you at?
23              THE COURT:  Let's move that up.  Let's move it to,
24   instead of 2:15, we gain 45 minutes here, why don't we say
25   1:45.  We'll start at 1:45.
```

PROCEEDINGS                                      2328

```
 1                MR. JACOBS:  Will do, your Honor, thanks.

 2                THE COURT:  Can you do that?

 3                MR. VAN NEST:  Yes.

 4                THE COURT:  So you all have an hour and a half for

 5    lunch.  And --

 6                MR. VAN NEST:  Your Honor, would it be possible to

 7    start at 2:00?

 8                THE COURT:  All right.  If you really, if you really

 9    were counting on it, okay.  We'll start at 2:00.  See you then.

10           (Whereupon there was a recess in the proceedings

11            from 12:12 p.m. until 2:02 p.m.)

12           (Charging conference bound under

13            separate cover.)

14                              - - - -

15

16

17

18

19

20

21

22

23

24

25
```

# E X H I B I T S

| TRIAL EXHIBITS | IDEN | VOL. | EVID | VOL. |
|---|---|---|---|---|
| 465, 466, 467, 468, 469 | | | 2138 | 10 |
| 470, 471, 472, 477, 478 | | | 2138 | 10 |
| 479, 480, 481, 482, 483 | | | 2138 | 10 |
| 484, 485, 486, 487, 488 | | | 2138 | 10 |
| 623.101 | | | 2157 | 10 |
| 47.101 | | | 2158 | 10 |
| 1082 | | | 2233 | 10 |
| 1076 | | | 2238 | 10 |
| 1083, 1084, 1085, 1086 | | | 2254 | 10 |
| 1087, and 1088 | | | 2254 | 10 |
| 1089 | | | 2254 | 10 |
| 1078 | | | 2266 | 10 |
| 1081 | | | 2266 | 10 |
| 1077 | | | 2267 | 10 |
| 43.1 | | | 2273 | 10 |
| 3215 | | | 2305 | 10 |
| 1074 | | | 2315 | 10 |

- - -

<u>I   N   D   E   X</u>

| **DEFENDANT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **ASTRACHAN, OWEN** | | |
| (PREVIOUSLY SWORN) | 2150 | 10 |
| Direct Examination Resumed by Mr. Baber | 2150 | 10 |
| Cross Examination by Mr. Jacobs | 2208 | 10 |
| Redirect Examination by Mr. Baber | 2220 | 10 |
| Recross Examination Resumed by Mr. Jacobs | 2223 | 10 |
| Further Redirect examination by Mr. Baber | 2224 | 10 |

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **AGARWAL, ADITYA** | | |
| Video Deposition played | 2226 | 10 |
| | | |
| **REINHOLD, MARK** | | |
| (PREVIOUSLY SWORN) | | |
| Direct Examination by Mr. Jacobs | 2227 | 10 |
| Voir Dire by Mr. Baber | 2235 | 10 |
| Direct Examination Resumed by Mr. Jacobs | 2239 | 10 |
| Cross Examination by Mr. Baber | 2240 | 10 |
| Redirect Examination by Mr. Jacobs | 2253 | 10 |
| Further Recross Examination by Mr. Baber | 2255 | 10 |
| | | |
| **DARE, TIKI** | | |
| (SWORN) | 2256 | 10 |
| Direct Examination by Mr. Jacobs | 2257 | 10 |
| Voir Dire by Mr. Baber | 2260 | 10 |
| Direct Examination Resumed by Mr. Jacobs | 2261 | 10 |
| Voir Dire by Mr. Baber | 2263 | 10 |
| Direct Examination Resumed by Mr. Jacobs | 2264 | 10 |
| | | |
| **MITCHELL, JOHN** | | |
| (PREVIOUSLY SWORN) | 2277 | 10 |
| Direct Examination by Mr. Jacobs | 2277 | 10 |
| Cross Examination by Mr. Baber | 2289 | 10 |
| Further Redirect Examination by Mr. Jacobs | 2304 | 10 |

## I N D E X

### PLAINTIFF'S REBUTTAL CASE

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **GUPTA, VINEET** | | |
| Deposition Read by Mr. Norton | 2306 | 10 |
| | | |
| **CATZ, SAFRA** | | |
| (SWORN) | 2307 | 10 |
| Direct Examination by Mr. Norton | 2308 | 10 |
| Cross Examination by Ms. Anderson | 2318 | 10 |
| Further Direct Examination by Mr. Norton | 2325 | 10 |

- - - -

### CERTIFICATE OF REPORTER

DEBRA L. PAS, Official Reporter for the United States Court, Northern District of California, hereby certifies that the foregoing proceedings in C 10-3561 WHA, **Oracle America, Inc., vs. Google, Inc.,** were reported by her, certified shorthand reporter, and were thereafter transcribed under her direction into typewriting; that the foregoing is a full, complete and true record of said proceedings at the time of filing.

_____
/s/ Debra L. Pas

Debra L. Pas, CSR #11916, RMR CRR

Friday, April 27, 2012