IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>                                        / | No. C 10-03561 WHA<br><br>**ORDER REGARDING<br>PATENT PHASE** |

    Just to be clear, counsel shall be prepared to proceed with witnesses and exhibits for the patent phase on Monday morning.

**IT IS SO ORDERED.**

Dated: May 4, 2012.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE