1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
12 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
13 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
14 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
15 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
   |---|---|
22 | Plaintiff, | **ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES** |
23 | v. | |
24 | GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
   | | Judge: Honorable William H. Alsup |
25 | Defendant. | |

26

27

28

1  Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. 851) and the
2  parties' agreement to increase the number of witnesses on the list to ten (Dkt. 884), Oracle
3  America, Inc. hereby files and serves its current list of its anticipated next trial witnesses:
4      1.    Brady, Patrick (by video and/or live)
5      2.    Camargo, Rafael (by video)
6      3.    Kessler, Peter
7      4.    Lindholm, Tim
8      5.    McFadden, Andy
9      6.    Mitchell, John
10     7.    Morrill, Dan (by video)
11     8.    Poore, Noel
12     9.    Rubin, Andy (by video and/or live)
13     10.    Vandette, Bob

Dated: May 5, 2012

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ *Daniel P. Muino*

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES
CASE NO. CV 10-03561 WHA
sf-3142136