# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5    _____

 6   ORACLE AMERICA, INC.,   )

 7            Plaintiff,     )

 8       vs.                 ) No. CV 10-03561 WHA

 9   GOOGLE, INC.,           )

10            Defendant.     )

11   _____)

12

13               ATTORNEYS' EYES ONLY

14

15       Videotaped Deposition of ANDREW E. RUBIN,

16       taken at 333 Twin Dolphin Drive, Redwood

17       Shores, California, commencing at 9:31 a.m.,

18       Tuesday, April 5, 2011, before Leslie

19       Rockwood, RPR, CSR No. 3462.

20

21

22

23

24

25   PAGES 1 - 149
```

                                              Page 1

Attorneys' Eyes Only

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF ORACLE AMERICA, INC.:

 4

 5         BOIES SCHILLER & FLEXNER LLP

 6         BY:  STEVEN C. HOLTZMAN, ESQ.

 7              BEKO REBLITZ-RICHARDSON, ESQ.

 8         1999 Harrison Street, Suite 900

 9         Oakland, California 94612

10         (510) 874-1000

11         sholtzman@bsfllp.com

12         brichardon@bsfllp.com

13

14

15         MORRISON & FOERSTER LLP

16         BY:  MARC DAVID PETERS, ESQ., PH.D.

17         755 Page Mill Road

18         Palo Alto, California 94304-1018

19         (650) 813-5600

20         mdpeters@mofo.com

21

22

23

24

25
```

Page 2

Attorneys' Eyes Only

```
1    APPEARANCES OF COUNSEL (CONTINUED):

2

3    FOR THE DEFENDANT GOOGLE, INC.:

4

5         KING & SPALDING, LLP

6         BY:  BRUCE W. BABER, ESQ.

7         1180 Peachtree Street, NE

8         Atlanta, Georgia 30309-3521

9         (404) 572-4826

10        bbaber@kslaw.com

11

12        BY:  SCOTT T. WEINGAERTNER, ESQ.

13        1185 Avenue of the Americas

14        New York, New York 10036-4003

15        (212) 556-2227

16        sweingaertner@kslaw.com

17

18        BY:  STEVEN T. SNYDER, ESQ.

19        100 North Tryon Street, Suite 3900

20        Charlotte, North Carolina 28202

21        (704) 503-2630

22        ssnyder@kslaw.com

23

24

25
```

Veritext National Deposition & Litigation Services
866 299-5127

Attorneys' Eyes Only

```
 1    APPEARANCES OF COUNSEL (Continued):

 2

 3         RENNY HWANG, ESQ.

 4         GOOGLE ASSOCIATE LITIGATION COUNSEL

 5         1600 Ampitheatre Parkway

 6         Mountain View, California 94043

 7         (650) 253-2551

 8         rennyhwang@google.com

 9

10

11    ALSO PRESENT:

12

13         ALEXEI DIAS, VIDEOGRAPHER

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  4

Attorneys' Eyes Only

1           MR. SNYDER:   Steve Snyder, King & Spalding,

2    for Google.

3           MR. HWANG:   Renny Hwang for Google.

4           THE VIDEOGRAPHER:   Thank you.   The witness

5    will be sworn in, and we can proceed.                    09:32:13

6           THE REPORTER:   Would you raise your right

7    hand, please.

8           You do solemnly state that the evidence you

9    shall give in this matter shall be the truth, the whole

10   truth and nothing but the truth, so help you God.

11          THE WITNESS:   Yes.

12          THE REPORTER:   Thank you.

13                   EXAMINATION

14   BY MR. HOLTZMAN:

15          Q.   Good morning.   Could you please state your    09:32:26

16   full name and spell your last name for the record.

17          A.   Sure.   It's Andrew Edward Rubin, R-U-B-I-N.

18          Q.   Have you ever had your deposition taken

19   before?

20          A.   Yes.                                           09:32:37

21          Q.   How many times?

22          A.   Probably about four times.

23          Q.   Okay.   Let me just very quickly then cover a

24   few basic ground rules.   I'll be asking questions today.

25   If at any time you don't understand a question I ask, let    09:32:48

1         Q.  And you over time were personally involved in

2    discussions with Sun on behalf of Google with regard to

3    Android; correct?

4         A.  Yes, I led the discussions with Sun regarding

5    Android.                                              09:38:08

6         Q.  And you have been personally involved in

7    discussions with Oracle regarding Android on behalf of

8    Google; correct?

9         A.  Yes.  Again, I led those discussions as well.

10        ~~Q.  Okay.  So between -- when was the first time~~    ~~09:38:18~~

11   ~~you had a discussion with either Sun or Oracle regarding~~

12   ~~what became Android?~~

13        ~~A.  Sure.  The discussions, I think, were --~~

14   ~~probably the earliest discussions were -- can you ask the~~

15   ~~question again?  Sorry.~~                                  ~~09:38:38~~

16        ~~Q.  When was the first time -- I can rephrase it.~~

17             When was the first time you had a discussion

18   with Sun regarding what became Android?

19        A.  When Android was a start-up company, probably

20   in about 2000 -- either late 2004 or early 2005.       09:38:49

21        Q.  Okay.  Actually, let me come back to that

22   because I want to explore that separately.

23             Between 2005, when you started at Google, and

24   now, about how many discussions, in person or by phone,

25   did you participate in with anyone from Sun or Oracle   09:39:09

                                                        Page 12

1    relating to what became Android?

2          A.  Sure.  So the early discussions were directly

3    with Sun.  The subject matter discussed was about a Sun

4    product.  So Oracle didn't come into the picture until

5    they acquired Sun.  So the early discussions in -- I        09:39:26

6    think -- I'm vague on the actual dates.

7          Q.  Okay.

8          A.  But -- but you asked several questions.  So

9    the discussions were probably in late 2005, early 2006,

10   is when they started or really kind of heated up.          09:39:41

11   Because, again, I was in discussions when we were a

12   start-up company before the acquisition.

13              But the second part of your question was how

14   many discussions did we have in that time frame, and it

15   was a handful.  It was probably about five or six from     09:39:56

16   the 2005 to 2006 time frame.

17         Q.  Okay.  And after that, when was the next time

18   that you had discussions with anybody from Sun, if at

19   all?

20         A.  Again, vague on the precise dates, but in        09:40:06

21   the -- in around the 2008 time frame, which was around

22   the time Android launched, we entered into another round

23   of discussions after Sun approached us.

24         ~~Q.  Okay.  So I'm sorry, so Android launched in~~

25   ~~2008?~~                                                  09:40:22

                                                       Page 13

Attorneys' Eyes Only

1    security mechanism or the security model; is that

2    correct?

3            A.  Yes.  And those are the two, to my

4    recollection.

5            Q.  That's fine.  Did you ever think that issues      09:56:51

6    relating to patent infringement contributed to the end of

7    those negotiations in -- this would have been in 2006.

8            A.  No, I did not.

9            Q.  Did you ever say that you negotiated with Sun

10   and decided to walk away after Sun threatened Google with      09:57:22

11   patent violations?

12           A.  Huh-uh, no.  Sorry, can you ask the question

13   again?

14           Q.  Did you ever say that you negotiated with

15   Sun?  I'm sorry.  Yes.  I'm sorry.  Strike that and start      09:57:35

16   again.

17           Did you ever say that you negotiated with Sun

18   and decided to walk away after Sun threatened Google with

19   patent violations?

20           A.  Did I ever say it?  Not to my knowledge, no.      09:57:47

21           MR. HOLTZMAN:  Okay.  I'll ask the court

22   reporter to mark as Oracle Deposition Exhibit Number 3 a

23   two-page document Bates Numbered Google 0200020474.

24           2
             (Exhibit 3 marked.)

25           Q.  BY MR. HOLTZMAN:  Do you recognize Oracle      09:58:55

Page 26

```
1    Exhibit 3?      2

2           A.  I'm refreshing my memory now.  Okay.

3           Q.  So what is it?

4           A.  It looks like an email thread between two of

5    my engineers or three of my engineers and myself.       09:59:29

6           Q.  And the three engineers are Bob Lee, Brian

7    Swetland, and Dan Bornstein; is that correct?

8           A.  Correct.

9           Q.  And what's the date of that email?

10          A.  It was originally -- it appears originally    09:59:43

11   August 11th, 2007.

12          Q.  And so there are two emails represented in

13   this document; correct?

14          A.  It's an email string.

15          Q.  String.  Fair enough.  That's fine.  That's   09:59:55

16   fine.  And I'm interested -- I just wanted to ask you

17   about the top email here.  That's an email from you;

18   correct?

19          A.  Yes.

20          Q.  And if you go down to the last paragraph       10:00:04

21   before your name, Andy?

22          A.  Uh-huh.

23          Q.  Just read that.

24          A.  I'm sorry, which paragraph does that start

25   with?                                                     10:00:18
```

Page 27

1          Q.   Where it says "tricky no"?

2          A.   It says:  "Why would we want to do anything

3     to support this behavior?  We want to distance ourselves

4     as much as possible from Sun."

5          Q.   All right.  And then you have a P.S. after        10:00:27

6     that.  Could you read that.

7          A.   "We negotiated nine months with Sun and

8     decided to walk away after they threatened to sue us over

9     patent violations."

10         Q.   Okay.  Now, the reference to negotiating nine    10:00:38

11    months with Sun, what does that refer to?

12         A.   I imagine that refers to the time frame that

13    we were discussing, between 2005 and 2006.

14         Q.   And then when you say you decided to walk

15    away after they threatened to sue us over patent            10:00:57

16    violations, what were you referring to there?

17         A.   Well, during our discussions -- I mean, first

18    of all, this -- let me put this in context.  This was a

19    message that I had -- that I had sent in reaction to two

20    strings that my engineers had sent me in this email         10:01:15

21    thread, and what they're -- what they were bringing to my

22    attention was some public statements Sun was making and

23    what the -- what the community, the Java community's

24    reaction was to Sun's TCK licensing announcement.  And I

25    don't recall exactly what the announcement was, but this    10:01:41

                                                        Page 28

1    thread started out with a public community rumor, I would

2    say.

3          Q.   Okay.  So I got that background, let me go

4    back now to the question.

5          A.   And my response was, to my engineers, was        10:01:58

6    basically to -- as a manager, to provide some guidance to

7    them on basically getting them to move on and understand

8    that we were no longer -- there was no longer really an

9    opportunity to partner with Sun.

10          In my discussions with Sun, I don't believe        10:02:15

11    Sun ever threatened to sue us over patent violations.  I

12    think I was choosing those words to help my engineering

13    team move along and, you know, continue their development

14    effort on other technologies.

15          During this -- the discussions, by the way, I        10:02:35

16    mean, in normal business discussions, I think there's --

17    I think there's a line where when you're in a partnership

18    discussion you don't say, you know, "do this or we're

19    going to sue you," but I do think you make statements and

20    vague assertations on the consequences or the evolution        10:02:55

21    of the partnership in cases the companies agree to

22    disagree.

23          I did feel during the Sun discussions that

24    there was a threat that Sun would pursue legal action

25    if -- if -- even if the legal action was frivolous, in        10:03:20

Page 29

1    order to successfully complete the partnership.

2         ~~Does that make sense?~~

3         ~~Q.  I think so.  Let me see if I can drill down~~

4    ~~on that a little bit.~~

5         ~~First of all, you referred to even if the~~          10:03:35

6    ~~action was frivolous.  Is that your characterization?~~

7         ~~A.  Yes, completely my characterization.~~

8         ~~Q.  You're not saying that Sun threatened or~~

9    ~~implied that it might assert frivolous claims, in its~~

10   ~~words, against Google; correct?~~                         10:03:50

11        ~~A.  You know, again, I'm really not qualified to~~

12   ~~determine what's frivolous or not.~~

13        Q.  Sure.  Okay.  So I just want to go back, and

14   I just want to make sure I understand.  When you wrote

15   here that Sun threatened to sue us or sue Google over     10:04:03

16   patent violations, what did you mean?

17        A.  It was probably more along the lines of our

18   business discussions had concluded.  They concluded for

19   the two reasons that I stated to you, the security

20   control and the third-party developer ecosystem control.  10:04:17

21   As the -- as the discussions concluded, it was implied,

22   probably is the best way to say, that Sun would or could,

23   I should say, choose a legal solution to bring the

24   partnership back together.

25        ~~Q.  And what in your understanding was the nature~~   10:04:49

Page 30

1   ~~machine technology, and that virtual machine technology~~

2   ~~virtually executed machine instructions that were defined~~

3   ~~by Sun.~~

4          ~~I was, you know, as an accelerator interested~~

5   ~~in Sun open sourcing their virtual machine technology as~~      ~~12:26:17~~

6   ~~well, but we never reached a conclusion on whether that~~

7   ~~was possible or not.~~

8          ~~Q.   What was it about the Sun virtual machine~~

9   ~~that would serve as an accelerator?~~

10         ~~A.   It was implemented.   It was actually a~~          ~~12:26:33~~

11  ~~shipping product.~~

12         Q.   Now, going back to the question about patent

13  rights, did you have any discussion with Sun about

14  whether there were any patents relating to the Sun

15  virtual machine?                                          12:26:45

16         A.   You know, I do recall some discussions around

17  patents.  One of the ideas of partnering with Sun was to

18  basically -- you know, if Google set out -- you know, if

19  Android set out as a start-up company, then -- to build

20  an open platform, then became part of Google, and the     12:27:02

21  role that Google was to basically continue to build the

22  open platform, there was a notion of a partnership where

23  we could actually license both technology,

24  implementation, and patents, where the patents would be

25  used to protect the open platform.                        12:27:22

                                                      Page 111

Attorneys' Eyes Only

```
 1              So I think there was some discussions,

 2    especially in the 2008 meetings, where Sun would -- would

 3    basically assign some patents to Google to help protect

 4    Android in the open market should somebody come along and

 5    try to sue.                                           12:27:43

 6              Q.  To what extent did that provide value to

 7    Google or would that have provided value to Google?

 8              A.  Well, if Google's investing its resources in

 9    building an open platform, it makes sense to invest some

10    in protecting the open platform once it comes out so we    12:28:01

11    make sure that, you know, that platform survives.

12              Q.  Okay.  Now, you understood from your

13    discussions with Sun that Sun offered licenses governing

14    the use of Sun copyrights; correct?

15              A.  I viewed the license -- in the conversations  12:28:17

16    with Sun, it was relayed to me that Sun licenses

17    technology and the technology comes for a price.

18              Q.  Okay.  And you didn't unpack whether that

19    technology what's, involved there is copyrights or

20    patents or trademarks or whatever?                    12:28:36

21              A.  I just viewed it as a bundle.  And again, I'm

22    not a lawyer so it's hard to dissect that stuff.  It's --

23    you know, it's a middle-ware component of a platform, and

24    in my view, for a price, it could accelerate our whole

25    effort.                                               12:28:49
```

Page 112

Attorneys' Eyes Only

```
 1              Q.   Okay.  Now, let's move past the 2005, 2006
 2     time frame.  You'll have to remind me, what was the next
 3     period of time where you had discussions with Sun?
 4              A.   It was immediately prior to the Oracle
 5     acquisition of Sun.  I don't remember specifically the      12:33:41
 6     date.  My sense is it was either 2008 -- mid to late 2008
 7     or early 2009 and -- yeah, that was the time frame.
 8              Q.   Okay.  And who initiated those discussions?
 9              A.   The Sun representatives.
10              Q.   Do you remember who from Sun?                  12:34:00
11              A.   It was Vineet, Eric, who I believe was their
12     then CTO.  The company had kind of gone through some
13     changes, and one other person, but basically it was the
14     technology owners of Java and Vineet, who as you know,
15     was the salesperson.                                        12:34:24
16              Q.   And who from Google participated in those
17     discussions?
18              A.   Myself, primarily, and there was one other
19     person probably related to -- that's interesting.  I'm
20     imagining, you know, I know the meeting room we sat in,     12:34:42
21     and I know there were four of us -- five of us.  Somebody
22     else from Google's side.  It was either -- I'm sorry, I
23     don't know.  I don't remember.
24              Q.   Okay.  And what was the subject of that
25     discussion?                                                 12:34:57
```

Page 115

1      Q.  Do you recall anybody from Sun putting a

2      number on that value to them?

3      A.  Yeah, I'm sure numbers were thrown around in

4      the meeting.  I don't remember what it was.

5      Q.  Okay.  So after those -- that series of        12:38:59

6      meetings, however many it was, when was the next time you

7      had any communication with Sun or Oracle, I guess, about

8      Android or anything relating to it?

9      A.  I don't know.  I mean, there were probably

10     some intermediate emails after those kind of intense, you   12:39:13

11     know, handful of discussions.  Ultimately we passed, but

12     you keep the relationship going.  You know, we lived

13     across town from each other kind of thing.  You see each

14     other around.  You want to be friendly.

15     When the Oracle acquisition got announced,         12:39:27

16     I'm sure there was some email exchanges, congratulations,

17     you know, and then -- and then, a time after the

18     acquisition in 2010, we were approached by Oracle to

19     revive discussions around the partnership.

20     Q.  Who at Oracle approached who from Google?       12:39:50

21     A.  It was Ellison reaching out, I believe, to

22     Eric and also Larry, and I forget if Ellison reached out

23     first to Eric and then to Larry.

24     Q.  Okay.  Let me make sure we have the names

25     straight here.  We have Larry Ellison on the Oracle side,   12:40:08

Page 119

1    ~~WWW.google.com when they want to do a search for~~

2    ~~something.~~

3            ~~Q.   Is that the only metric you have for~~

4    ~~measuring the number of Android-enabled devices?~~

5            ~~A.   That's one.   I think another one is how many~~      13:13:30

6    ~~people use Gmail, how many people view YouTube videos.~~

7    ~~So again, these are independent services that are kind of~~

8    ~~tied together to Google's back end, and Google's back end~~

9    ~~is the destination.   And when a packet lands -- when an~~

10   ~~IP packet lands on our, you know, back end, we know it.~~      13:13:47

11           ~~Q.   And you know that's coming from an Android~~

12   ~~device?~~

13           ~~A.   Generally speaking, yes.~~

14           Q.   Okay.   Now, you mentioned earlier that

15   after -- I think you said you had two meetings at Google      13:13:58

16   with Mr. Kurian; correct?

17           A.   Uh-huh.   Two or maybe three, but I believe --

18   I'm vague.   Definitely two.   I'm not sure three.

19           Q.   Okay.   Then you said you had another meeting

20   at Oracle; correct?                                            13:14:13

21           A.   Correct.

22           Q.   And who attended that meeting?

23           A.   Just myself.

24           Q.   From Google, just you?

25           A.   Yes.

Page 138

```
 1              Q.  And who attended from Oracle?

 2              A.  A whole bunch of people that I don't recall

 3    their names.  I think it was pretty much all the product

 4    owners and the various business owners at Oracle.

 5    Mr. Kurian was there as well, as well as their general     13:14:32

 6    counsel.

 7              Q.  Okay.  Oracle general counsel?

 8              A.  Yes.

 9              Q.  About how long did that meeting last?

10              A.  It was relatively short, 40 minutes,         13:14:42

11    45 minutes.

12              Q.  And what was discussed during that meeting?

13              A.  Well, so the -- so the two teams couldn't

14    agree on Oracle's ask, which was, you know, the realm of

15    100 million a year plus, you know, search REV share and    13:15:00

16    things like that.  And so this meeting was basically, I

17    think, a last ditch effort for Oracle to engage with

18    Google in a partnership.

19              And Oracle surprised me by having their --

20    their general counsel there.  And the statement was made   13:15:27

21    that they had prepared a lawsuit against us for copyright

22    and patent infringement and that they were willing to

23    issue the lawsuit against us unless we could come to

24    terms on the financial amount.

25              Q.  How did you respond?                         13:15:45
```

Page 139

1          I declare under the penalty of perjury

2   under the laws of the State of California that the

3   foregoing is true and correct.

4          Executed on _____May 11_____, 2011,

5   at _1625 Charleston Road_, _Mountain View CA 94043_

6

7

8

9

10

11   _____

12               SIGNATURE OF THE WITNESS

13

14

15

16

17

18

19

20

21

22

23

24

25

**ERRATA SHEET**
**Andrew E. Rubin**
**Deposition date:  April 5, 2011**

I, Andrew E. Rubin, hereby certify that I have carefully read the foregoing transcript, and that the same is a true and correct transcription of my deposition, except:

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 16 | 21 | "Eustas" should be "Eustace" | Spelling error |
| 37 | 17 | Eustas" should be "Eustace" | Spelling error |
| 52 | 11 | "Nashar" should be "Nishar" | Spelling error |
| 52 | 21 | "Nashar" should be "Nishar" | Spelling error |
| 52 | 25 | "Nashar" should be "Nishar" | Spelling error |
| 85 | 5 | "in the TCk" should be "to the TCK" | Clarity |
| 142 | 10 | "Eustas" should be "Eustace" | Spelling error |
| 142 | 12 | "Eustas" should be "Eustace" | Spelling error |
| 143 | 2 | "Eustas" should be "Eustace" | Spelling error |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Witness Signature: _____   Date: _5-11-11_

Attorneys' Eyes Only

```
 1    STATE OF CALIFORNIA     ) ss:

 2    COUNTY OF MARIN         )

 3

 4            I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

 5    certify:

 6            That the foregoing deposition testimony was

 7    taken before me at the time and place therein set forth

 8    and at which time the witness was administered the oath;

 9            That testimony of the witness and all

10    objections made by counsel at the time of the examination

11    were recorded stenographically by me, and were thereafter

12    transcribed under my direction and supervision, and that

13    the foregoing pages contain a full, true and accurate

14    record of all proceedings and testimony to the best of my

15    skill and ability.

16            I further certify that I am neither counsel

17    for any party to said action, nor am I related to any

18    party to said action, nor am I in any way interested in

19    the outcome thereof.

20            IN WITNESS WHEREOF, I have subscribed my name

21    this 12th day of April, 2011.

22

23

24    Leslie Rockwood

25            LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 146