| | |
|---|---|
| ROBERT A. VAN NEST (SBN 84065) | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| rvannest@kvn.com | sweingaertner@kslaw.com |
| CHRISTA M. ANDERSON (SBN 184325) | ROBERT F. PERRY |
| canderson@kvn.com | rperry@kslaw.com |
| KEKER & VAN NEST LLP | BRUCE W. BABER (*Pro Hac Vice*) |
| 633 Battery Street | bbaber@kslaw.com |
| San Francisco, CA 94111-1809 | KING & SPALDING LLP |
| Telephone: (415) 391-5400 | 1185 Avenue of the Americas |
| Facsimile: (415) 397-7188 | New York, NY 10036-4003 |
| | Telephone: (212) 556-2100 |
| | Facsimile: (212) 556-2222 |
| DONALD F. ZIMMER, JR. (SBN 112279) | IAN C. BALLON (SBN 141819) |
| fzimmer@kslaw.com | ballon@gtlaw.com |
| CHERYL A. SABNIS (SBN 224323) | HEATHER MEEKER (SBN 172148) |
| csabnis@kslaw.com | meekerh@gtlaw.com |
| KING & SPALDING LLP | GREENBERG TRAURIG, LLP |
| 101 Second Street – Suite 2300 | 1900 University Avenue |
| San Francisco, CA 94105 | East Palo Alto, CA 94303 |
| Telephone: (415) 318-1200 | Telephone: (650) 328-8500 |
| Facsimile: (415) 318-1300 | Facsimile: (650) 328-8508 |

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**DECLARATION OF TRUMAN FENTON IN SUPPORT OF MOTION IN LIMINE REGARDING THE COMPATIBILITY TESTING SUITE** |

I, Truman Fenton, hereby declare and state as follows:

1. I am an attorney with the law firm of King & Spalding LLP, which is counsel of record for Google Inc. I have personal knowledge of the facts set forth in this declaration unless otherwise noted, and, if called to do so, I could and would competently testify thereto.

2. Exhibit A, is a true and correct copy of proposed Joint Trial Exhibit 4011, U.S. Patent No. 6,061,520.

3. Exhibit B, is a true and correct copy of excerpts of the transcript of the Rule 30(b)(6) deposition of Patrick Brady.

4. Exhibit C, is a true and correct copy of excerpts of the Opening Expert Report of John C. Mitchell Regarding Patent Infringement.

5. Exhibit D, is a true and correct copy of excerpts of the transcript of the deposition of John Mitchell.

6. Exhibit E, is a true and correct copy of excerpts of Appendix A to the Opening Expert Report of John C. Mitchell Regarding Patent Infringement.

7. Exhibit F, is a true and correct copy of excerpts of the transcript of the Rule 30(b)(6) deposition of Daniel Morrill.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 6th day of May, 2012, in San Francisco, California.

Dated: May 6, 2012

_____
Truman Fenton