Highly Confidential - Attorneys' Eyes Only

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5    ------------------------

 6    ORACLE AMERICA, INC.,    )

 7            Plaintiff,       )

 8        vs.                  ) No. CV 10-03561 WHA

 9    GOOGLE, INC.,            )

10            Defendant.       )

11    ------------------------

12

13       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY --

14

15       Videotaped Federal Rule 30(b)(6), Topic 7,

16       deposition of PATRICK BRADY, taken at the Law

17       Offices of King & Spalding LLP, 333 Twin Dolphin

18       Drive, Redwood Shores, California, commencing at

19       9:36 a.m., Thursday, July 21, 2011, before

20       Leslie Rockwood, RPR, CSR No. 3462.

21

22

23

24

25    PAGES 1 - 133
```

Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only

```
 1        THURSDAY, JULY 21, 2011; REDWOOD SHORES, CALIFORNIA

 2                          9:36 A.M.

 3                          ---oOo---

 4            THE VIDEOGRAPHER:  Good morning.  We are on

 5   the record, Ladies and Gentlemen, at 9:36 a.m. on              09:36:33

 6   July 21st, 2011.  This is the videotaped deposition of

 7   Patrick Brady representing Google, Incorporated, pursuant

 8   to Federal Rule of Procedure 30(b)(6), Topic 7.

 9            My name is Benjamin Gerald, here with our

10   court reporter Leslie Rockwood.  We are here from              09:37:01

11   Veritext National Deposition and Litigation Services at

12   the request of counsel for the plaintiff.

13            This deposition is being held at 333 Twin

14   Dolphin Drive in the City of Redwood Shores, California.

15   The caption of this case is Oracle America, Incorporated,      09:37:25

16   versus Google, Incorporated.  Case Number is CV 10-03561

17   WHA.

18            Please note that audio and video recording

19   will take place unless all parties agree to go off the

20   record.  Microphones are sensitive and may pick up             09:37:58

21   whispers, private conversations and cellular

22   interference.

23            At this time will counsel and all present

24   please identify themselves for the record.

25            MR. MUINO:  Daniel Muino of Morrison &                09:38:08
```

```
 1   Foerster for the plaintiff Oracle America.
 2           MR. NORTON:  Fred Norton of Boies, Schiller &
 3   Flexner for plaintiff Oracle America.
 4           MR. KAMBER:  Matthias Kamber of Keker & Van
 5   Nest for Google, Inc.                                    09:38:22
 6           MR. HWANG:  Renny Hwang of Google.
 7           THE VIDEOGRAPHER:  Thank you.
 8           Will the reporter please swear in the
 9   witness.
10           THE REPORTER:  Raise your right hand, please.
11           You do solemnly state that the evidence you
12   shall give in this matter shall be the truth, the whole
13   truth and nothing but the truth so help you God.
14           THE WITNESS:  Yes.
15           THE REPORTER:  Thank you.
16           THE VIDEOGRAPHER:  Thank you.
17           Please proceed.
18                       EXAMINATION
19   BY MR. MUINO:
20       Q.  Good morning, Mr. Brady.                         09:38:40
21       A.  Good morning.
22       Q.  Can you please state your full name for the
23   record.
24       A.  Patrick Brady.
25       Q.  And what is your home address?                   09:38:46
```

Page 6

```
 1    Foerster for the plaintiff Oracle America.
 2              MR. NORTON:  Fred Norton of Boies, Schiller &
 3    Flexner for plaintiff Oracle America.
 4              MR. KAMBER:  Matthias Kamber of Keker & Van
 5    Nest for Google, Inc.                                    09:38:22
 6              MR. HWANG:  Renny Hwang of Google.
 7              THE VIDEOGRAPHER:  Thank you.
 8              Will the reporter please swear in the
 9    witness.
10              THE REPORTER:  Raise your right hand, please.
11              You do solemnly state that the evidence you
12    shall give in this matter shall be the truth, the whole
13    truth and nothing but the truth so help you God.
14              THE WITNESS:  Yes.
15              THE REPORTER:  Thank you.
16              THE VIDEOGRAPHER:  Thank you.
17              Please proceed.
18                         EXAMINATION
19    BY MR. MUINO:
20        Q.  Good morning, Mr. Brady.                         09:38:40
21        A.  Good morning.
22        Q.  Can you please state your full name for the
23    record.
24        A.  Patrick Brady.
25        Q.  And what is your home address?                   09:38:46
```

Page 6

```
 1    point there was tests written for those API's by a third
 2    party.  I couldn't say for sure if that was -- if those
 3    were included in this version of CTS or if they're in the
 4    now current version of CTS.
 5            Q.  BY MR. MUINO:  Are you familiar with an API        12:05:04
 6    package called java.security?
 7            A.  I've heard of that API package before, yes.
 8            Q.  Do you know if that API package is tested
 9    under the CTS?
10            A.  I do not.                                          12:05:16
11            MR. KAMBER:  Objection to form.
12            Q.  BY MR. MUINO:  With respect to the last row
13    on this page, anyway, of this table, it says, "Dalvik VM
14    tests."  And the description says, "The tests focus on
15    testing the Dalvik VM."                                        12:05:33
16            Do you see that?
17            A.  I do.
18            Q.  Do you know what those tests covered?
19            A.  I don't know specifically.  These are --
20    generally, these are also black box tests.  So we -- my       12:05:45
21    understanding of these tests is that they send in Dalvik
22    executable bytecode both, you know, valid and invalid,
23    and make sure that whatever virtual machine is executing,
24    that DEX bytecode responds according to how we would
25    expect them to respond.                                        12:06:09
```

```
 1              So again, black box testing, but passing in,
 2   you know, bytecode expecting a response or a, you know,
 3   certain failure.
 4         Q.  Can you explain what you mean when you say
 5   "black box testing"?                                       12:06:23
 6         A.  So the purpose of the CTS, we've written the
 7   CTS because we know that OEMs make extensive
 8   modifications to the platform.  If they didn't or if they
 9   were prevented from doing so in some way, we wouldn't
10   need the CTS; right?  You don't need to test it if the    12:06:41
11   same information is compatible with itself.
12              So black box testing makes the assumption
13   that they're making changes under the hood.  And that --
14   we need to ensure that applications that would be written
15   with the Android SDK could run -- could execute on these  12:06:55
16   varying implementations of Android.
17              So from a black box testing, what I mean by
18   that is you have no knowledge, and you assume no
19   knowledge, of the internal workings of a system, but you
20   pass at inputs and you test the outputs.  I hope that     12:07:15
21   answers it.
22         Q.  If a device did not have a Dalvik Virtual
23   Machine, can it pass the Dalvik Virtual Machine test?
24              MR. KAMBER:  Objection to form, improper
25   hypothetical.                                              12:07:31
```

Page 91

```
 1              THE WITNESS:  I think -- you know, when we
 2   say -- it's tough to say when we say "the Dalvik Virtual
 3   Machine."  So if -- what is required by these tests is
 4   that you have a virtual machine.  Or I suppose you could
 5   design actual assembly machine code that would be able to    12:07:49
 6   interpret DEX bytecode, Dalvik executive bytecode.  I
 7   don't think there is one implementation of the Dalvik
 8   Virtual Machine.  And I think you could have a different
 9   virtual machine that was capable of running this DEX
10   bytecode.  And I would assume that you could pass a CTS      12:08:10
11   here.
12              It's much the same way in that we have media
13   framework API's.  And we have a default or upstream
14   implementation of a media framework called Stagefright.
15   But many of our partners swap out that version and put in    12:08:25
16   some commercial version or an internally-developed
17   version that passes CTS.  That's kind of the point of a
18   CTS is to make sure that, you know, the inputs and
19   outputs are expected but that you can swap in different
20   components.                                                  12:08:47
21         Q.   BY MR. MUINO:  Are you aware of any OEMs that
22   modified their Android devices to replace the Dalvik
23   Virtual Machine with another virtual machine and the
24   device passed the Dalvik Virtual Machine's tests of the
25   CTS?                                                         12:09:02
```

Page 92

Highly Confidential - Attorneys' Eyes Only

```
1        I declare under the penalty of perjury
2   under the laws of the State of California that the
3   foregoing is true and correct.
4        Executed on  September 1st  , 2011,
5   at  Mountain View  ,  CA  .
```

_____

SIGNATURE OF THE WITNESS

Page 130

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4            I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6            That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9            That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16            I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20            IN WITNESS WHEREOF, I have subscribed my name
21   this 26th day of July, 2011.
22
23
24                    /s/ Leslie Rockwood
25                    LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 131

## ERRATA SHEET
## Patrick Brady - TOPIC 7
## Deposition date: July 21, 2011

I, PATRICK BRADY, hereby certify that I have carefully read the foregoing transcript, and that the same is a true and correct transcription of my deposition, except:

| Page | Line | Change | Reason |
|---|---|---|---|
| 46 | 14 | "adjustment time compiler" should read "AOT compiler" | Transcription error |
| 47 | 23 | "duel core processor" should read "dual-core processor" | Spelling |
| 65 | 14 | "skew" should read "SKU" | Spelling |
| 72 | 13 | "Goggle" should be "Google" | Transcription error |
| 75 | 6 | "Java in the name set" should be "java in the namespace" | Misheard |
| 85 | 15 | "Android" should be "droid" | Misheard |
| 91 | 11 | "information" should be "implementation" | Misheard |
| 93 | 10 | "understand" should be "understanding" | Misheard |
| 99 | 8 | "dexopt implementation" should be "DEX optimixation" | Misheard |
| 120 | 21 | "Is it – the high quality" should be "is it high quality" | Misheard |
| 120 | 25 | "better than not up-stirring" should be "better to not upstream" | Misheard |

Witness Signature: _[signed]_     Date: Sept. 1, 2011