Highly Confidential - Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   _____
 6   ORACLE AMERICA, INC.,    )
 7          Plaintiff,        )
 8       vs.                  ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,            ) VOLUME I
10          Defendant.        )
11   _____)
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       Videotaped Patent Issues Deposition
16       of JOHN C. MITCHELL, Ph.D., taken at
17       755 Page Mill Road, Palo Alto, California,
18       commencing at 9:43 a.m., Tuesday,
19       September 6, 2011, before Leslie Rockwood,
20       RPR, CSR No. 3462.
21
22
23
24
25   PAGES 1 - 270
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1            THE REPORTER:  Would you raise your right
 2   hand, please.
 3            You do solemnly state that the evidence you
 4   shall give in this matter shall be the truth, the whole
 5   truth and nothing but the truth, so help you God.
 6            THE WITNESS:  I do.
 7            THE REPORTER:  Thank you.
 8            THE VIDEOGRAPHER:  You may proceed.
 9                      EXAMINATION
10   BY MR. PAIGE:                                     09:44:15
11       Q.   BY MR. PAIGE:  Good morning, Dr. Mitchell.
12       A.   Good morning.
13       Q.   I know you've been deposed before, and I know
14   you know the rules of the road pretty well so I'll skip
15   that.                                             09:44:24
16       A.   Okay.
17       Q.   And just ask you:  Is there any reason that
18   you couldn't give your best testimony here today?
19       A.   Not that I know of.
20       Q.   Are you taking any medication or anything   09:44:30
21   else that might impair your ability to give your best
22   testimony today?
23       A.   No, I'm not.
24       Q.   Okay.  Have you developed any opinions on
25   matters relating to this case that are not set forth in  09:44:37
```

Page 5

Highly Confidential - Attorneys' Eyes Only

```
 1        Q.  Have you read the code for the CTS?
 2        A.  I have read some of it.
 3        Q.  And from reading that code, can you tell me
 4   whether it tests for the presence of any code that you
 5   claim to be infringing in this matter?                    11:06:42
 6        A.  There is a more detailed explanation in my
 7   write-up of experiments I conducted that has to do with
 8   the security tests in particular.  I don't recall what
 9   else that write-up describes.
10            And if I remember correctly, it's a general     11:07:07
11   explanation of the kind of experiments I conducted.  So
12   there may be other things that I did that are not
13   directly repeated in detail in that portion of the
14   report.
15        Q.  Can you tell me whether the CTS test from       11:07:23
16   your review of the code tests for anything other than the
17   security patents that are relevant to your opinions on
18   infringement in this case?
19        A.  You know, I'm not going to be able to recall,
20   you know, some significant period of time after carrying  11:07:42
21   out those tests exactly what's covered.  My recollection
22   is that the CTS takes considerable time, at least hours,
23   maybe more than ten hours on some platforms to run, if I
24   remember correctly.  So I'm sure that it tests many
25   things.                                                   11:08:09
```

Errata Sheet
(Reporter: Leslie Rockwood, RPR, CSR No. 3462 with Veritext | 212-279-9424)

*Oracle America, Inc. v. Google, Inc.*
USDC ND of Cal. (SF) – No. CV 10-03561 WHA

Deposition of John Mitchell – September 6-7, 2011

I, John Mitchell, do hereby certify that I have read the foregoing transcript of my testimony, and further certify that it is a true and accurate record of my testimony (with the exception of the corrections listed below):

| Page | Line | Original Text | Corrected Text |
|---|---|---|---|
| 6 | 8 | I've done by best | I've done my best |
| 13 | 11-12 | I'm knowledgeable about it, and I don't – feel confident discussing those concepts. | I'm knowledgeable about it, and I feel confident discussing those concepts. |
| 19 | 12 | I knew professionally | I know professionally |
| 32 | 23 | way in which it is meant | way in which it is met |
| 35 | 5 | instruction, is when | instruction, when |
| 37 | 13 | Java C | javac |
| 51 | 6 | whether this addresses | whether this addresses the question you asked earlier or not. |
| 56 | 10-11 | I'm under oath not going to make | I'm under oath, so I'm not going to make |
| 59 | 10 | detail analysis | detailed analysis |
| 70 | 6 | had to decide – (answer cut off by Mr Paige) | had to decide – whether to build and supply Android phones, their decisions to do so depend on their assessment of developer success and end customer demand and therefore depend on the same factors. |
| 70 | 22 | and in the process – (answer cut off by Mr Paige) | and in the process – I have reached a conclusion and rationale for that conclusion as expressed in my report. |
| 72 | 5 | I have I expect made comments or analysis | I expect I have made comments or analysis |
| 75 | 3 | draw the library | draw the line |
| 103 | 12 | I did – I identify | I did identify |
| 166 | 18-19 | I answered that as best I can. | I answered that as best as I can. |
| 182 | 1 | Java C | javac |
| 208 | 14 | Gosselin's | Gosling's |
| 208 | 15 | Li Dong's | Li Gong's |
| 223 | 20 | a class file the result of compiling source code | a class file, the result of compiling source code, |
| 241 | 6 | look at difs | look at diffs |
| 263 | 14 | any kind of UR secure today pop-up | any kind of "you are secure today" pop-up |

| Page | Line | Original Text | Corrected Text |
|------|------|---------------|----------------|
| 275 | 22 | numbers that refer to as indices elements | numbers that refer to, as indices, elements |
| 289 | 12 | string valve | string value |
| 295 | 23-24 | refers to this as being in this example under interpretation and execution. | refers to this as being, in this example, under interpretation and execution. |
| 308 | 10 | REZ class | resClass |
| 309 | 18 | REZ class | resClass |
| 328 | 13 | I do do | I did do |
| 345 | 1-2 | versions of Android completing whatever binaries come as part of the SDK | versions of Android, completing whatever binaries come as part of the SDK |

DATED: _Oct 17, 2010_

_signature_
John Mitchell