Highly Confidential - Attorneys' Eyes Only

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   _____
 6   ORACLE AMERICA, INC.,    )
 7          Plaintiff,        )
 8      vs.                   ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,            )
10          Defendant.        )
11   _____)
12
13
14     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16
17      Videotaped Deposition of DANIEL MORRILL,
18      taken at 333 Twin Dolphin Drive, Suite
19      400, Redwood Shores, California, commencing
20      at 9:43 a.m., Tuesday, July 12, 2011,
21      before Leslie Rockwood, RPR, CSR No. 3462.
22
23
24
25   PAGES 1 - 248
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1              MS. TERAGUCHI:  Yuka Teraguchi of Morrison &
 2   Foerster for plaintiff Oracle America.
 3              MR. WEINGAERTNER:  Scott Weingaertner of
 4   King & Spalding for Google.
 5              MR. KAMBER:  Matthias Kamber of Keker & Van    09:41:11
 6   Nest for Google.
 7              MR. HWANG:  Renny Hwang of Google.
 8              THE VIDEOGRAPHER:  Thank you, Counsel.
 9              The witness will be sworn in and we may
10   proceed.                                                 09:41:21
11              THE REPORTER:  Would you raise your right
12   hand, please, Mr. Morrill.
13              You do solemnly state that the evidence you
14   shall give in this matter shall be the truth, the whole
15   truth and nothing but the truth, so help you God.
16              THE WITNESS:  I do.
17              THE REPORTER:  Thank you.
18                         EXAMINATION
19   BY MR. MUINO:
20         Q.   Good morning, Mr. Morrill.                    09:41:34
21         A.   Good morning.
22         Q.   Can you please state your full name for the
23   record.
24         A.   My full name is Daniel Lawrence Morrill.
25         Q.   And what is your home address?                09:41:43
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1          Q.  Did you draft that -- this paragraph?
 2          A.  I believe that this was one of the sections
 3   that was present when I began work with this document,
 4   but I believe that I substantially revised this section
 5   and probably wrote this text in its current form.            15:17:52
 6          Q.  Okay.  What does it mean for a device
 7   implementation to support the full Dalvik executable
 8   bytecode specification?
 9          A.  It means it includes a virtual machine that
10   can load and execute Dalvik bytecode as described in the    15:18:08
11   resources ten listed in the text.
12          Q.  Does it require that the Dalvik virtual
13   machine be included in the implementation?
14              MR. WEINGAERTNER:  Objection to form.
15              THE WITNESS:  It does not require that.          15:18:25
16          Q.  BY MR. MUINO:  Are you aware of any
17   Android-compatible devices that do not include the Dalvik
18   virtual machine?
19              MR. WEINGAERTNER:  Objection to form.
20              THE WITNESS:  I'm not by name.  However, I am    15:18:41
21   aware that there is a software company which makes a --
22   makes and markets a version or alternate implementation
23   of the Dalvik virtual machine known, I believe, as Dalvik
24   Turbo, is their brand name for it, and I believe that
25   company's name is Myriad.                                    15:19:02
```

Page 156

STATE OF CALIFORNIA ) ss:
COUNTY OF MARIN )

I, LESLIE ROCKWOOD, CSR No. 3462, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 15th day of July, 2011.

Leslie Rockwood

LESLIE ROCKWOOD, CSR. NO. 3462

# ERRATA SHEET
## Daniel Morrill
### Deposition date: July 12, 2011

I, DANIEL MORRILL, hereby certify that I have carefully read the foregoing transcript, and that the same is a true and correct transcription of my deposition, except:

| Page | Line | Change | Reason |
|---|---|---|---|
| 41 | 1 | "MI Touch 3g" should be "MyTouch 3G" | Incorrect Transcription |
| 51 | 1 | "Doug, Jeet" should be "Debajit" | Misheard/Incorrect Transcription |
| 57 | 7 | "shifts" should be "ships" | Misheard |
| 59 | 19 | "PBP" should be "PDP" | Misheard |
| 136 | 4 | "perspective" should be "prospective" | Misheard/Incorrect Transcription |
| 155 | 13 | "Chronos" should be "Khronos" | Incorrect Transcription |
| 226 | 22 | "real stuff" should be "RIL stuff" | Misheard/Incorrect Transcription |

Witness Signature: _____   Date: 15 August, 2011

```
 1          I declare under the penalty of perjury
 2   under the laws of the State of California that the
 3   foregoing is true and correct.
 4          Executed on  15 August, 2011 , 2011,
 5   at  Mountain View, California           .
 6
 7
 8
 9   _____
10          SIGNATURE OF THE WITNESS
11
```

Page 244