IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant.<br>――――――――――――――――――――― / | No. C 10-03561 WHA<br><br>**REMINDER TO BRING COPIES OF COLOR HANDOUTS** |

　　　The parties are reminded to bring twelve copies of the operative color-coded handouts for the jury and two copies for the Court.

**IT IS SO ORDERED.**

Dated: May 7, 2012.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE