UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 7, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies; Ken Kuwayti
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Michael Kwun; Bruce Baber
Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland                Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012           Further Trial: May 8, 2012 at 7:30 am


Trial Motions Heard:                                         Disposition

1.
2.
3.


Other:


Time in Trial: 2 hours 44 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

### EXHIBIT and WITNESS LIST

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Fred Norton; David Boies; Dorian Daley Steven Holtzman; Ken Kuwayti | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Michael Kwun Bruce Baber |
|---|---|---|
| **TRIAL DATE:** May 7, 2012 | **REPORTER(S):** Kathy Sullivan; Debra Pas | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:43 am | | | Outside the presence of the jury. Counsel argued motions in limine re witnesses Jonathan Schwartz and Timothy Lindholm. | |
| | | 9:10 am | | | Recess | |
| | | 9:30 am | | | Outside the presence of the jury. Court ruled on the proposed slides for use during opening statements. Plaintiff submitted deposition designations. Plaintiff Michael Jacobs moved in the following stipulated **exhibits: 32, 46.16, 46.17, 46.18, 46.19, 46.102, 46.103, 46.104, 47.16, 47.17, 47.18, 47.19, 47.20, 106, 107, 225, 262, 816, 1095, 46.1, 46.2, 46.3, 46.4, 46.5, 46.6, 46.7, 46.8, 46.9, 46.11, 46.12, 46.13, 46.14, 46.15, 46.29, 47.1, 47.2, 47.3, 47.4, 47.5, 47.6, 47.7, 47.8, 47.9, 47.10, 47.11, 47.12, 47.13, 47.15, 47.21, 47.22, 48, 57, 105, 112, 113, 735, 736, 737, 738, 739, 755, 756, 757, 758, 835, 443, 458, 459, 4011, 4013, 4015, 4018, and 4021.** | |
| | | 9:44 am | | | Recess | |
| | | 10:08 am | | | Outside the presence of the jury. Court and counsel discussed jury note #10. Two jurors appeared separately in court to respond to the jury note. | |
| | | 10:33 am | | | Reconvene...jury present | |
| | | | | | Court admonished the jury and advised them how long a patent last. | |
| | | 10:38 am | | | Recess | |
| | | 11:13 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury regarding note #11. Verdict Read. Question 1B not answered. Phase II will start after a short recess | |
| | | 11:22 am | | | Recess | |

|  |  |  |  | |  |
|---|---|---|---|---|---|
|  |  |  |  | Outside the presence of the jury. Defendant's motion for mistrial on question #1 shall be briefed by noon tomorrow; response due by noon May 10. |  |
|  | 11:36 am |  |  | Reconvene...jury present |  |
|  |  |  |  | Handouts given to jury |  |
|  | 11:40 am |  |  | Patent Video Played |  |
|  | 11:55 am |  |  | Court addressed the jury regarding patents and collected the handout |  |
|  | 12:01 pm |  |  | **Plaintiff's Opening Statement (Phase II)** |  |
|  | 12:46 pm |  |  | Recess until 5/8/12 at 7:30 am |  |