MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff* ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF ROMAN A. SWOOPES IN SUPPORT OF ORACLE'S OPPOSITION TO GOOGLE'S SECOND MOTION FOR JUDGMENT AS A MATTER OF LAW ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT** |

1    I, Roman A. Swoopes, declare as follows:

2    1.    I am an associate at Morrison & Foerster LLP and am counsel of record to Plaintiff Oracle America, Inc. ("Oracle"). I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

3    2.    The Court admitted Trial Exhibits 623 and 623.1 through 623.10 into evidence. The parties' joint exhibit list describes TX 623 as "Source code for Java 2 Standard Edition Version 5.0, DS0000001899." (ECF No. 923 at 28). TX 623.1 through 623.10 are printouts of source code files found within TX 623. Oracle's counsel met and conferred with Google's counsel, who agreed that TX 623 does, in fact, contain all accused source code materials.

4    3.    TX 623.4 is a printout of an Oracle source code file called AclImpl.java. TX 623.4 contains Java-language declarations for two classes. Line 19 of the TX 623.4, pasted below, contains the first line of a declaration for a class called AclImpl:

    public class AclImpl extends OwnerImpl implements Acl {

Line 340 of TX 623.4, pasted below, contains the first line of a declaration for a second class called AclEnumerator:

    final class AclEnumerator implements Enumeration {

4.    The descriptions of TX 623.2 through 623.8 from the parties' joint exhibit list (ECF No. 923 at 28) are as follows:

- 0623.2: \j2se\src\share\classes\sun\security\provider\certpath\PolicyNodeImpl.java
- 0623.3: \j2se\src\share\classes\sun\security\acl\AclEntryImpl.java
- 0623.4: \j2se\src\share\classes\sun\security\acl\AclImpl.java
- 0623.5: \j2se\src\share\classes\sun\security\acl\GroupImpl.java
- 0623.6: \j2se\src\share\classes\sun\security\acl\OwnerImpl.java
- 0623.7: \j2se\src\share\classes\sun\security\acl\PermissionImpl.java
- 0623.8: \j2se\src\share\classes\sun\security\acl\PrincipalImpl.java

5.    The source code files from which Oracle accuses Google of literally copying comments, CodeSource.java and CollectionCertStoreParameters.java, can be found within TX 623 and at sub-exhibits TX 623.9 and 623.10:

SWOOPES DECL ISO ORACLE'S OPPO. TO GOOGLE'S JMOL ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
Case No. CV-10-03651 WHA
pa-1527642

1

- 0623.9: \j2se\src\share\classes\java\security\CodeSource.java
- 0623.10: \j2se\src\share\classes\java\security\cert\CollectionCertStoreParameters.java

6. Each of the source code files listed in ¶¶ 4-4 above bears a notice that reads "Copyright 2004 Sun Microsystems, Inc. All rights reserved." Indeed, in the source code for the 37 accused packages, Oracle could only find one small segment of code written by Josh Bloch that was missing such a copyright notice.

7. The accused Android source code corresponding to the above files can be found in TX 1030 and in printed form at TX 1031-1040:

- 1030: Android Source Code (Version 2.2.3_R2, Froyo) downloaded on March 12, 2012
- 1031: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmonny\security\tests\support\cert\PolicyNodeImpl.java
- 1032: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\AclEntryImpl.java"
- 1033: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\AclImpl.java"
- 1034: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\GroupImpl.java
- 1035: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\OwnerImpl.java
- 1036: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\PermissionImpl.java

SWOOPES DECL ISO ORACLE'S OPPO. TO GOOGLE'S JMOL ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
Case No. CV-10-03651 WHA
pa-1527642

2

- 1037: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\PrincipalImpl.java
- 1038: Froyo: \dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\AclEnumerator.java
- 1039: Froyo: \dalvik\libcore\security\src\test\java\org\apache\harmony\security\tests\java\security\CodeSourceTest.java
- 1040: Froyo: \dalvik\libcore\security\src\test\java\tests\security\cert\CollectionCertStoreParametersTest.java

8. The Court admitted Trial Exhibit 897 into evidence. The parties' joint exhibit list describes TX 897 as "JDK 5u22 for Windows -- Binary Installation Package." (ECF No. 923 at 43).

9. TX 897 contains files, embedded inside of an archive called "rt.jar," with the following paths and names:

- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\provider\certpath\PolicyNodeImpl.class
- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\acl\AclEnumerator.class
- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\acl\AclImpl.class
- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\acl\GroupImpl.class
- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\acl\OwnerImpl.class

SWOOPES DECL ISO ORACLE'S OPPO. TO GOOGLE'S JMOL ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
Case No. CV-10-03651 WHA
pa-1527642

3

- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\acl\PermissionImpl.class
- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\acl\PrincipalImpl.class
- \Oracle v Google Oracle 5.0.22 files\Oracle v Google Oracle 5.0.22 files\rt.jar\sun\security\acl\AclEntryImpl.class

10. The Court admitted Trial Exhibits 896.1 through 896.8 into evidence. The descriptions of TX 896.1 through TX 896.8 from the parties' joint exhibit list (ECF No. 923 at 43) are indicated below:

- 0896.1: rt(JavaSERuntime5.0u22).zip\rt\sun\security\provider\certpath\PolicyNodeImpl.jad
- 0896.2: \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\AclEntryImpl.jad
- 0896.3: \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\AclImpl.jad
- 0896.4: \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\GroupImpl.jad
- 0896.5: \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\OwnerImpl.jad
- 0896.6: \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\PermissionImpl.jad
- 0896.7: \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\PrincipalImpl.jad
- 0896.8: \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\AclEnumerator.jad

11. The Court admitted Trial Exhibit 1076 into evidence. TX 1076 contains an installation file "jdk-1_5_0-windows-i586.exe," which, when executed, installs the Java Standard Edition Development Kit version 5 on a Windows computer.

12. The installation of the Java Development Kit creates a file called rt.jar within a subfolder of the installation folder on the Windows computer on which it is installed.

13. The rt.jar archive file generated from running jdk-1_5_0-windows-i586.exe contains files with the following relative paths and names:

- \rt.jar\sun\security\provider\certpath\PolicyNodeImpl.class
- \rt.jar\sun\security\acl\AclEnumerator.class

SWOOPES DECL ISO ORACLE'S OPPO. TO GOOGLE'S JMOL ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
Case No. CV-10-03651 WHA
pa-1527642

4

- \rt.jar\sun\security\acl\AclImpl.class
- \rt.jar\sun\security\acl\GroupImpl.class
- \rt.jar\sun\security\acl\OwnerImpl.class
- \rt.jar\sun\security\acl\PermissionImpl.class
- \rt.jar\sun\security\acl\PrincipalImpl.class
- \rt.jar\sun\security\acl\AclEntryImpl.class

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 7, 2012 at San Francisco, California.

*/s/ Roman A. Swoopes*
Roman A. Swoopes

SWOOPES DECL ISO ORACLE'S OPPO. TO GOOGLE'S JMOL ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
Case No. CV-10-03651 WHA
pa-1527642

5

**GENERAL ORDER 45 ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file DECLARATION OF ROMAN A. SWOOPES IN SUPPORT OF ORACLE AMERICA, INC.'S OPPOSITION TO GOOGLE'S SECOND MOTION JUDGMENT AS A MATTER OF LAW ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Roman A. Swoopes has concurred in this filing.

Dated: May 7, 2012      */s/ Michael A. Jacobs*
                        MICHAEL A. JACOBS

SWOOPES DECL ISO ORACLE'S OPPO. TO GOOGLE'S JMOL ON COUNT VIII OF ORACLE'S AMENDED COMPLAINT
Case No. CV-10-03651 WHA
pa-1527642

6