# Exhibit B

Highly Confidential - Attorneys' Eyes Only

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   --------------------------
 6   ORACLE AMERICA, INC.,      )
 7                 Plaintiff, )
 8          vs.                 ) No. CV 10-03561
 9   GOOGLE, INC.,              )
10                 Defendant. )
11   --------------------------
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      Videotaped Deposition of Andrew Rubin, taken at
16   633 Battery Street, San Francisco, California,
17   commencing at 9:39 a.m., Friday, April 27, 2012,
18   before Ashley Soevyn, CSR 12019.
19
20
21
22   Reported by:
23   Ashley Soevyn, CSR. 12019
24   Job No. 143660
25   PAGES 1 - 80
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1      Friday, April 27, 2012; San Francisco, California
 2                        ---oOo---
 3           THE VIDEOGRAPHER:  Good morning.  We are on
 4   the record.  The time is 9:39 a.m. on April 27th,        09:39:28
 5   2012.  This is the video-recorded deposition of
 6   Andrew Rubin.  My name is Aaron Watley here with our
 7   court reporter Ashley Soevyn.  We are here from
 8   Veritext National Deposition & Litigation Services
 9   at the request of counsel for plaintiff.
10           This deposition is being held at 710
11   Sansome Street, San Francisco, California.  Caption
12   of this case is Oracle America, Inc., versus Google,   09:39:57
13   Inc.
14           Please note that audio and video recording
15   will be taking place unless all parties have agreed
16   to go off the record.  Microphones are sensitive and
17   may pick up whispers, private conversations, and
18   cellular interference.  At this time, will counsel
19   and all present please identify themselves for the
20   record.
21           MS. RUTHERFORD:  Alanna Rutherford, Boies,
22   Schiller & Flexner for Oracle America.
23           MR. WEINGAERTNER:  Scott Weingaertner of
24   King & Spalding for Google.
25           THE VIDEOGRAPHER:  Thank you.  The witness
```

Highly Confidential - Attorneys' Eyes Only

```
 1    can be sworn in and we can proceed.
 2                    ANDREW RUBIN,
 3     the witness, having been duly sworn, testified as
 4                       follows:
 5
 6                      EXAMINATION
 7    BY MS. RUTHERFORD:
 8        Q.   Good morning, Mr. Rubin.
 9        A.   Good morning.
10        Q.   Could you just state your name and title
11    again for the record?
12        A.   Sure.  Andrew Rubin.  I am SVP of mobile
13    for Google.
14        Q.   Thank you.  When were you contacted by
15    Dr. Cox to assist him in his report
16    reinvestigations?
17        A.   Allan Cox and I had a brief conversation on   09:40:57
18    the phone probably about four, five days ago.
19        Q.   How long was that brief conversation?
20        A.   Probably less than 30 minutes.
21        Q.   Who else was on the line?
22        A.   There were other people, but I didn't -- I
23    didn't catch their names.
24        Q.   Do you know why you were contacted by
25    Dr. Cox?
```

| | | |
|---|---|---|
| 1 | A. I was there to, you know, answer his | 09:41:30 |
| 2 | questions and make sure that he was well-informed | |
| 3 | about how we manage our costs on Android. | |
| 4 | Q. Did you do anything to prepare for that | |
| 5 | phone call? | |
| 6 | A. Nothing other than refer to a spreadsheet, | |
| 7 | Excel, on the exhibit. | |
| 8 | Q. You are pointing to the document in front | |
| 9 | of you? | |
| 10 | A. Yeah, I haven't reviewed this document, but | |
| 11 | I have a P&L that we shared with him. And we both | 09:41:58 |
| 12 | had that on each side of the phone call. | |
| 13 | Q. Was there any follow up after that phone | |
| 14 | call? | |
| 15 | A. No. | |
| 16 | Q. So you were not contacted again in any | |
| 17 | way? | |
| 18 | A. No. | |
| 19 | Q. Did you have any discussions with anybody | |
| 20 | prior to your conversation with Dr. Cox to prepare | |
| 21 | for that conversation? | |
| 22 | MR. WEINGAERTNER: Going to object and | |
| 23 | instruct the witness not to answer questions | |
| 24 | regarding communications with counsel. | 09:42:29 |
| 25 | BY MS. RUTHERFORD: | |

Highly Confidential - Attorneys' Eyes Only

```
 1        Q.   Did you have any conversations with anybody
 2   aside from counsel --
 3        A.   No --
 4        Q.   -- in preparation for that call?
 5        A.   -- I didn't.
 6        Q.   Have you reviewed Dr. Cox's report?
 7        A.   I have not.
 8        Q.   Were you told why you were meeting with
 9   Dr. Cox, aside from any conversations you had with
10   counsel?
11        A.   Yes, to, you know, to document the cost
12   associated with developing Android.
13        Q.   Do you know Android senior financial Aditya  09:42:59
14   Agarwal?
15        A.   Yes, I do.
16        Q.   Do you work with him on a regular basis?
17        A.   Yes.
18        Q.   Do you believe that you're more fully able
19   to respond to the questions about Android's expenses
20   than Mr. Agarwal?
21             MR. WEINGAERTNER:  Objection, form.
22             THE WITNESS:  In certain areas.  My -- my
23   expertise is in the cost to develop Android, his
24   expertise is in finance and accounting.              09:43:25
25   BY MS. RUTHERFORD:
```

```
 1   uncertain and vague on the date at which I -- I had
 2   a conversation with Mr. Cox.                              11:15:01
 3            MS. RUTHERFORD:  Uh-huh.
 4            THE WITNESS:  During the break I actually
 5   had a chance to get my cell phone and look at my
 6   calendar, and that was in mid-April, it wasn't five
 7   days ago.
 8            MS. RUTHERFORD:  That's okay.  Do you know
 9   approximately what date?
10            THE WITNESS:  It was in -- I think it was
11   probably around April 13th.  I'm terrible with
12   dates.
13   BY MS. RUTHERFORD:
14       Q.   Were you on your cell phone at the time?
15       A.   What's that?
16       Q.   During the phone conversation, were you on
17   your cell phone?                                          11:15:30
18       A.   No, I used the calendar method, so I could
19   see when we scheduled the appointment with him.
20            MS. RUTHERFORD:  I Understand.  Thank you
21   for that clarification.  I think we're done.
22            MR. WEINGAERTNER:  Okay.  Let me take a
23   minute or two to see whether I have any and we can
24   wrap up.
25            MS. RUTHERFORD:  Okay.
```

Highly Confidential - Attorneys' Eyes Only

1    MR. WEINGAERTNER:  Thank you.
2    THE VIDEOGRAPHER:  The time is 11:15 a.m.
3    and we are off the record.
4               (Recess taken.)
5    THE VIDEOGRAPHER:  The time is 11:19 a.m.,   11:19:32
6    and we are back on the record.
7                   CROSS-EXAMINATION
8    BY MR. WEINGAERTNER:
9        Q.   Mr. Rubin just a couple of quick questions.
10   Is the accounting information that's reflected in
11   the Android profit and loss document that's been
12   marked Trial Exhibit 1079, is that routinely updated
13   every quarter by Google?
14       A.   It is.  We do reports like this every
15   quarter and they get given to me at the end of the
16   quarter, when the reports are generated.          11:19:57
17       Q.   And is it updated by your accounting
18   department and reviewed by you in the ordinary
19   course of business?
20       A.   Yes, it is.
21       Q.   On a regular basis?
22       A.   Yes, quarterly.
23       Q.   And does the information in Trial Exhibit
24   1079, the Android profit and loss information,
25   accurately encompass Android's financial data for

```
 1   the time period shown in the documentation?
 2       A.   Yes, I believe so, to the -- you know, for
 3   the time period shown absolutely.  As I mentioned
 4   previously, before 2008 we didn't have procedures to
 5   generate these reports.
 6           MR. WEINGAERTNER:  Very good.  No further       11:20:31
 7   questions.
 8           MS. RUTHERFORD:  I just have one.
 9                   REDIRECT EXAMINATION
10   BY MS. RUTHERFORD:
11       Q.   You just answered that Trial Exhibit 1079
12   accurately encompasses financial data for Android.
13   What is -- what's the basis for your answer to that
14   question?
15       A.   That the system is in place at Google, take
16   information from the actual business unit and put it
17   into the system.  The finance team's responsibility
18   is to make sure that that information is accurately
19   represented and then the software outputs these       11:20:59
20   reports quarterly.
21       Q.   So who inputs the information from the
22   Android business unit?
23       A.   Well, it depends what information it is.
24   Obviously if it's purchasing related or head count
25   related, those are the responsibility of the -- for
```

Page 72

Highly Confidential - Attorneys' Eyes Only

```
 1   example, head count would be the responsibility --
 2   new head count would be the responsibility of the HR
 3   team.  Purchase orders would be the responsibility
 4   of the person entering the purchase order.          11:21:29
 5          Essentially, the way we track everything is
 6   we just have a cost center.  And when something gets
 7   done, it gets assigned to a cost center person
 8   inputting data.
 9      Q.   Things like rental of office space are
10   included in that cost center, correct?
11          MR. WEINGAERTNER:  Objection to form.
12          THE WITNESS:  I don't know.
13   BY MS. RUTHERFORD:
14      Q.   Okay.  But you know that benefits are
15   included in that cost center, correct?
16      A.   I believe so.
17          MR. WEINGAERTNER:  Objection to form.
18   BY MS. RUTHERFORD:
19      Q.   And items purchased in the ordinary course  11:21:59
20   of business are included in the cost center?
21      A.   When an item is purchased it's -- it's
22   entered into the system with a cost center number
23   that represents the costs center's provided purchase
24   order.
25      Q.   Is it also accurate to say you don't know
```