# Exhibit C

Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,          )
 6            Plaintiff,            )
 7       vs.                        )   No. CV 10-03561 WHA
 8   GOOGLE, INC.,                  )
 9            Defendant.            )
10   _____)
11
12
13
14              -- ATTORNEYS' EYES ONLY --
15
16      Videotaped deposition of ADITYA KUMAR AGARWAL,
17      taken at the law offices of King & Spalding LLP,
18      333 Twin Dolphin Drive, Redwood Shores,
19      California, commencing at 9:31 a.m.,
20      Friday, April 8, 2011, before Leslie Rockwood,
21      RPR, CSR No. 3462.
22
23
24
25      PAGES 1 - 117
```

Page 1

```
 1   sell Nexus One anymore.
 2       Q.  Do you sell -- is there anything that exists
 3   in the hardware revenue category at the moment for
 4   Android?
 5       A.  If you look at historicals, yes.                10:13:22
 6       Q.  Could you explain what is included in the
 7   hardware revenue category?
 8       A.  Sales of Nexus One.
 9       Q.  That is all?
10       A.  Yes.                                            10:13:33
11       Q.  So when Nexus One was discontinued, there was
12   no longer any hardware revenue for Android?
13       A.  Yes.
14       Q.  That was where I was trying to get to.
15       A.  Thank you.                                      10:13:43
16       Q.  It wasn't so hard.
17           Does Google keep track of its profits per
18   Android phone?
19       A.  No, I don't recall.
20       Q.  You don't recall --                             10:14:12
21       A.  Uh-huh.
22       Q.  -- whether Google keeps track of its profits
23   for Android phones?
24       A.  Uh-huh.
25       Q.  Do you recall whether Google keeps track of    10:14:20
```

Page 37

```
 1    its profits on other mobile devices?
 2           A.   I don't know.
 3           Q.   Now, when you say you don't recall, are you
 4    saying you don't remember or you don't know?
 5           A.   I don't recall if I have done it or any other     10:14:36
 6    person has done it.
 7           Q.   What documents or databases would I need to
 8    look at to identify total revenues for Android?
 9           A.   The documents that have already been
10    generated as part of -- as part of this deposition.  The     10:14:59
11    P&L, for example.
12           Q.   So I'd look at the P&L.  Are there any other
13    documents that I would look at?
14           A.   No.
15           Q.   No?                                               10:15:09
16           A.   Yeah, no.
17           Q.   If I wanted to find the forecast for the
18    business, what would I look at?
19           A.   Same.  It's part of the P&L.
20           Q.   It's part of the P&L.                             10:15:26
21                It's not separately generate in any other
22    way?
23           A.   It's part of the P&L.
24           Q.   If I wanted to find the budget for Android,
25    what would I look at?                                         10:15:36
```

Page 38

Attorneys' Eyes Only

```
 1         A.  It's part of the P&L.
 2         Q.  So everything is in the P&L?
 3         A.  Yes.
 4         Q.  Is there something called a P&L archive?
 5         A.  I don't recall that.                              10:16:20
 6         Q.  Well, let's mark as Exhibit 16 -- okay.  Hold
 7   on a second.
 8             MS. RUTHERFORD:  I can't tell if -- these are
 9   just loose copies.  I can't tell where one ends and one
10   begins.                                                     10:16:47
11         Q.  While he's doing that, P&L stands for profit
12   and loss; correct?
13         A.  Yes.
14         Q.  Could you also explain what DTC stands for?
15         A.  Direct to consumer.                               10:17:04
16         Q.  Other than Nexus One, did you have any direct
17   to consumer products?
18         A.  No.
19             MS. RUTHERFORD:  We're marking as Exhibit 16
20   a document with the heading "P&L Archives," Bates          10:17:24
21   Number -- starting with GOOGLE-0003945 to 949.
22             (Exhibit 16 marked.)
23         Q.  BY MS. RUTHERFORD:  Now that you have this
24   document in front of you, do you recall what a P&L
25   archive is?                                                 10:18:02
```

```
 1          A.   Yes.
 2          Q.   What is it?
 3          A.   Archives of P&L.
 4          Q.   Is it a website that Google maintains with
 5   the profit and loss statements in it?                    10:18:12
 6          A.   It's a website that Android finance
 7   maintains.
 8          Q.   And is it your job, among others, to post the
 9   profit and loss statements to the P&L archives?
10          A.   I have done so in the past.                  10:18:29
11          Q.   In fact, on Exhibit 16, it says that you
12   posted this particular item; correct?
13          A.   I posted it on November 2nd, 2009.
14          Q.   How often is the P&L archives updated?
15          A.   Well, as you can see, this is -- hasn't --   10:18:55
16   nothing has been put in here 2010, 2011.  So we don't
17   manage this page anymore.
18          Q.   You don't manage the page.  When you say
19   "we," are you referring to Android finance?
20          A.   That's right.                                10:19:09
21          Q.   Who manages the page?
22          A.   Android finance.
23          Q.   Well, you just said, "We don't manage this
24   page anymore," so --
25          A.   We don't update this page anymore.           10:19:20
```

Page 40

```
 1          Q.   So the archives are dormant; correct?

 2          A.   Archives are dormant.

 3          Q.   No one maintains it currently?

 4          A.   No one updates it currently.

 5          Q.   So how do you maintain your profit and loss     10:19:32

 6   statements for Android?

 7          A.   It's also part of our website, not part of

 8   the P&L archive section.  And that document has already

 9   been generated.

10          Q.   So there's a separate Android finance website   10:19:50

11   in which you maintain the profit and loss statements?

12          A.   Not a separate website.  A certain section of

13   the website.

14          Q.   Okay.  There's a separate Android finance

15   section of a website in which the profit and loss          10:20:04

16   statements are maintained?

17          A.   Separate section within the Android finance

18   website where P&L is currently updated.

19          Q.   Now, this Android finance website, what else

20   is maintained on that website?                              10:20:23

21          A.   Anything to do with Android finance.  It

22   could be budgets, P&L, or any other document that we have

23   to share between our Android finance team related to --

24   related to budgets and planning.

25          Q.   How often are profit and loss statements        10:20:49
```

Page 41

Attorneys' Eyes Only

```
 1    generated by Android finance?

 2         A.   Once a quarter.

 3         Q.   How often -- how frequently are projections

 4    generated by Android finance?

 5         A.   Same.                                              10:21:04

 6         Q.   Is that the same for budgets?  Once a

 7    quarter?

 8         A.   Yes.

 9         Q.   Are you familiar with something called the

10    Android dashboards?                                          10:21:21

11         A.   I don't recall, no.

12              MS. RUTHERFORD:  I'd like to mark as Exhibit

13    17 GOOGLE-00395895 to 896.

14              (Exhibit 17 marked.)

15         Q.   BY MS. RUTHERFORD:  Are you familiar with          10:21:46

16    this document, which appears to be a printout from a web

17    page that lists all Android dashboards?

18         A.   I'm familiar with this page, yes.

19         Q.   And who maintains this page?

20         A.   Android finance team.                              10:22:18

21         Q.   Is this where I would go to find the most

22    up-to-date information on ads revenue and Android

23    devices?

24         A.   You would refer to the P&L.

25         Q.   If I wanted to find out what the 2010              10:22:36
```

```
 1    planning was for Android, would I refer to the Android

 2    dashboards?

 3         A.   When you say "2010 planning," you mean

 4    specifically 2010 Android head count apps?

 5         Q.   Okay.  Let's start with that.              10:22:58

 6              The 2010 Android head count apps, is this the

 7    place I would go to find it?

 8         A.   For looking at Android head count apps 2010,

 9    yes.

10         Q.   Is there another place I would also go to    10:23:11

11    find any other 2010 planning data that I was looking for?

12         A.   You will find it as part of P&L.

13         Q.   So the next line down from 2010 planning is

14    P&L.  But it only says P&L head count and gives a link.

15    Is there -- I would have to go to a separate page to find  10:23:30

16    the actual P&L?

17         A.   No.  This is -- you will still find all head

18    count related expenses as part of our P&L -- Android P&L.

19         Q.   I understand.  The question was, if I wanted

20    something other than head count, would I have to go to a  10:23:48

21    separate page?

22         A.   No.

23         Q.   No.

24              I could get there through this link on this

25    page?                                                   10:24:00
```

Page 43

Attorneys' Eyes Only

```
 1          A.   Sorry.  Can you repeat that?
 2          Q.   Sticking with this document, Exhibit 17 --
 3          A.   Uh-huh.
 4          Q.   -- there's a listing -- a heading that says
 5   P&L.                                                          10:24:11
 6          A.   Uh-huh.
 7          Q.   And then the only document linked to the
 8   Android dashboard is P&L head count.  Would I have to go
 9   to a separate page to find the rest of the profit and
10   loss statement that --                                        10:24:23
11          A.   You will find all items on the P&L as part of
12   the Android P&L.
13          Q.   I understand that.
14               Where would I go to find the Android P&L?
15          A.   It's part of -- part of our website.  It's        10:24:36
16   part of the main page of our website, actually.
17          Q.   The main page of the Android finance website?
18          A.   That's right.
19          Q.   Who else contributes, other than you, to the
20   Android finance website?                                      10:24:48
21          A.   Android finance team, me and Nicole Dalton.
22          Q.   That is it?
23          A.   Yes.
24          Q.   In the past, has there been anyone else who
25   contributes to that page?                                     10:24:58
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1              A.   I don't recall.
 2              Q.   How far back does the data on the Android
 3    web -- finance website go?
 4              A.   I don't recall.
 5              Q.   You don't recall.                              10:25:20
 6              Is there data from 2008 on the Android
 7    finance page?
 8              A.   I don't recall.
 9              Q.   Is there data from 2009 on the Android
10    finance page?                                                 10:25:34
11              A.   Yes, there is.
12              Q.   Is there data from 2007 on the Android
13    finance page?
14              A.   I don't recall that far back.
15              Q.   The court reporter's going to hand you what's  10:25:56
16    marked as Exhibit 18.  It also appears to be a printout
17    from the homepage of a website.  And it's -- but the top
18    line says, "Home.  This site is your portal to all work
19    done/supported by the Android finance team."
20              (Exhibit 18 marked.)                                10:26:19
21              Q.   BY MS. RUTHERFORD:  Staying with the first
22    page of the document for a moment, could you explain what
23    the quarterly OC Presos are?
24              A.   I don't see anything as quarterly OC presses.
25              Q.   Right under the first sentence of the          10:26:41
```

Page 45

```
 1   document.
 2          A.   You mean quarterly OC reviews?
 3          Q.   No.  It actually says, "Quarterly OC Presos."
 4               MS. RUTHERFORD:  Does he have the same --
 5               THE WITNESS:  Oh, Presos.  Oh, yes.            10:26:56
 6          Q.   BY MS. RUTHERFORD:  So could you explain what
 7   that is?
 8          A.   We have a quarterly meeting with our
 9   management committee called OC.  And this website
10   contains representations from those quarterly sessions as  10:27:12
11   well.
12          Q.   What does OC stand for?
13          A.   Operating committee.
14          Q.   It's the operating -- is that the operating
15   committee for Android?                                     10:27:23
16          A.   I don't know if this is different for Android
17   versus other Google.
18          Q.   You don't know whether those two are
19   distinct?
20          A.   Yes.  I don't know.                            10:27:34
21          Q.   Okay.  The next bullet is, "Weekly ad revenue
22   dashboards."  Could you explain what that is?
23          A.   This is something we did in the past.  We
24   used to have weekly dashboards on ads revenues.
25          Q.   What is a dashboard?                           10:27:53
```

Page 46

```
 1           A.   Telling about -- telling about the weekly
 2   status of what our ads revenues are looking like.  What
 3   our ads revenues are looking like.
 4           Q.   And then the next bullet is, "Monthly Android
 5   P&L."                                                       10:28:14
 6           A.   Uh-huh.
 7           Q.   So does Android update its profit and loss
 8   statements monthly?
 9           A.   Only quarterly.  But the P&L is broken down
10   into months.                                                10:28:23
11           Q.   Okay.
12                MS. RUTHERFORD:  I don't believe we've ever
13   seen a monthly version of the P&L.  So if those have not
14   been produced, we'd ask that you produce them at this
15   time.
16           Q.   The next bullet is --
17                MR. BABER:  Your request is noted.
18           Q.   BY MS. RUTHERFORD:  -- "Monthly budget versus
19   actual reports."
20           A.   Uh-huh.                                        10:28:41
21           Q.   So every month you -- you do a -- you show
22   the budget over the actuals?
23           A.   Only for engineering Android.
24           Q.   Only for engineering Android?
25           A.   Uh-huh.                                        10:28:55
```

Page 47

```
 1         Q.  So that would not include other operating
 2   expenses; is that correct?
 3         A.  That would only include engineering expenses.
 4         Q.  Okay.  And then there's a -- seems to be a
 5   bucket in the last bullet point that says, "Other finance    10:29:10
 6   reports and links."
 7         A.  Uh-huh.
 8         Q.  Could you explain what would be included in
 9   those "Other Finance Reports" category?
10         A.  An example would be the section on Android        10:29:20
11   Market that you see as part of that page.
12         Q.  What is included in Android Market?
13         A.  Sales of paid applications on Android Market.
14         Q.  And how do you break down those sales -- or
15   how do you report those sales?                               10:29:53
16         A.  We just look at the sales of paid
17   applications on Android Market and look at just -- we can
18   only look at the share that we get.
19         Q.  You -- what do you mean by you can only look
20   at the share that you get?                                   10:30:10
21         A.  Because we only get to keep -- we only get to
22   account for the share that we get on paid applications
23   off of Android Market.  We don't get to keep anything
24   that we give away to developers and/or other partners.
25         Q.  So just to be clear, what you just said was       10:30:34
```

Page 48

```
 1   if I looked on the Android Market section of the Android

 2   finance website, what I would find is the share of the

 3   application revenue that Android keeps and no other

 4   information?

 5        A.   No.  You will find other information.  But        10:30:53

 6   the most relevant metric that we look at as part of those

 7   dashboards is Google's share from sales of paid

 8   applications on Android Market.

 9        Q.   What other information would I see on that --

10   on the Android Market accounting?                            10:31:15

11        A.   Android Market accounting?

12        Q.   On the Android Market financing dashboard.

13        A.   You will also look -- you'll also -- you will

14   also be able to get information on the number of paid

15   transactions in a given time period.  I don't recall what   10:31:32

16   else.

17        Q.   Could you tell me what "number of paid

18   transactions" means?

19        A.   Number of transaction from a paid -- of paid

20   applications on Android Market.                              10:31:56

21        Q.   I believe you said earlier that Google makes

22   forecasts or projections for the Android business

23   quarterly; is that correct?

24        A.   We do forecasts for Android quarterly.

25        Q.   How accurate have those calculations been?         10:32:19
```

Page 49

Attorneys' Eyes Only

```
 1           A.   I haven't looked at and done analysis on
 2   those -- done analysis on those projections as to how
 3   accurate they have been.
 4           Q.   Do you know whether Ms. Dalton has done
 5   analysis on the accuracy of those forecasts?              10:32:36
 6           A.   No, I don't believe so.
 7           Q.   Who is responsible for generating those
 8   forecasts?
 9           A.   We are.  And we also work with a central team
10   who typically depends on our inputs to generate those     10:32:52
11   projections.
12           Q.   When you say "we are responsible for
13   generating the forecasts," are you referring to you and
14   Ms. Dalton?
15           A.   Yes.                                         10:33:04
16           Q.   And when you refer to the "central team," who
17   are you referring to?
18           A.   I'm referring to a team under one of our
19   finance directors.  They're the ones who are responsible
20   to give us these P&Ls on a quarterly basis.  And then     10:33:19
21   they depend on us to give them insights into the business
22   and question -- if we have questions on any of these
23   numbers, we go to them.  But they're the ones who use a
24   consistent methodology to generate P&L on a quarterly
25   basis.                                                    10:33:41
```

```
 1         Q.  Who is on the central team?
 2         A.  We usually work with a person named
 3    Danielle Romain.
 4         Q.  Could you spell the last name for the court
 5    reporter, please?                                          10:33:59
 6         A.  R-o-m-a-i-n.
 7         Q.  And you said that the central team that
 8    includes Mr. Romain --
 9         A.  Sorry.  Correction, Ms. Romain.
10         Q.  Oh, Miss Romain.  Sorry.                          10:34:11
11             -- uses a consistent methodology to generate
12    the profit and loss statement.  Can you explain what that
13    methodology is?
14         A.  Actually, I -- I don't know what the
15    methodology is.  They use a way of allocating engineering  10:34:28
16    expenses, for example, sales expenses, for example, to
17    Android.  And then we get that information from her.
18         Q.  Is this methodology consistent across Google,
19    Inc.?
20         A.  I only see Android's portion.  So I don't         10:34:48
21    know if -- I will not be able to comment on the other
22    areas.
23         Q.  When you say it's a consistent methodology,
24    do you mean consistently used in the business of Android?
25         A.  Consistently used for Android P&L.                10:34:59
```

Page 51

```
 1          Q.  -- they seem to mostly align for the quarters
 2   that are there --
 3          A.  Uh-huh.
 4          Q.  -- with the exception of -- for the second
 5   quarter of 2010, which is off by 1.1 million in the          11:50:17
 6   search ad revenue, if you look at the two together.
 7          MR. BABER:  I'm sorry.  What's the second one
 8   you want to look at together?
 9          MS. RUTHERFORD:  Exhibit 20.  The profit and
10   loss statement.                                              11:50:29
11          THE WITNESS:  And which page are you looking
12   at?
13          Q.  BY MS. RUTHERFORD:  Q2.  So that would be on
14   the second page of the profit and loss statement report.
15          A.  Uh-huh.  Uh-huh.                                  11:50:40
16          Q.  The -- if you -- until then, if you look at
17   the two together, they largely align, with the exception
18   of how many decimal points they go out, until you get to
19   the second quarter of 2010, in which there's a little
20   over $1 million difference in this search ad revenue.        11:50:59
21          Do you know what accounts for the difference
22   here?
23          A.  Sure.  These documents would be a different
24   point in time.  This one that I'm looking at, Android
25   Earnings Report, is as of 15 July, time frame, as the        11:51:10
```

Page 93

```
 1   date says on this.  This (indicating), I don't know what
 2   the as-of date is.  Probably a little more recent than
 3   the earnings report.  In which case -- in which case, Q2
 4   2010 numbers of 13.68 millions of search ads revenues,
 5   they could have been -- this could have been -- I don't        11:51:37
 6   know if this Q2 2010 column here is a forecast.  This,
 7   for sure, is actuals.  Like, 12 million in search ads
 8   revenues for Q2 2010.
 9         Q.  Well, otherwise, they seem to align.  It's
10   just that one line that's off.  You don't know why that's     11:51:54
11   off?
12         A.  Yeah.  I don't know why that specific line
13   item is off.  So it basically is a function of a snapshot
14   taken in point in time.
15         Q.  Is there a delay in the reporting of ad            11:52:07
16   revenues -- search ad revenues that may account for the
17   difference?
18         A.  I don't know.
19         Q.  If I wanted to make sure I was looking at the
20   most accurate data, would I look at the profit and loss       11:52:22
21   statement as opposed to the earnings report?
22         A.  You will look at the profit and loss
23   statement.
24         Q.  Who receives the Android earnings reports?
25         A.  Mostly Andy and some other members in his           11:52:33
```

Page 94

```
 1    management team.
 2         Q.   And when you say "Andy," you're referring to
 3    Andy Rubin; correct?
 4         A.   That is right.
 5         Q.   Now, going back to Exhibit 22, which is the        11:52:51
 6    Android Earnings Report, on the bottom it says, "Android
 7    versus Apple trends as of the second quarter 2010."
 8         A.   Uh-huh.
 9         Q.   And then on the next page, it says,
10    "Percentage of total ad revenues."                           11:53:02
11              Could you explain what it means by search
12    ads:  Android 56 percent, Apple 67 percent?
13         A.   So let me speak on behalf of -- for Android.
14    For Android, looking at total ads revenues and looking at
15    what percentage comes from search ads, that's 56 percent.   11:53:23
16         Q.   So 56 percent of Android's search revenues
17    comes -- revenues come from search ads?
18         A.   Fifty-six percent of total Android ads
19    revenues come from search ads.
20         Q.   Okay.  And so similarly, 67 percent of            11:53:45
21    Apple's search revenues comes from search ads?
22         A.   Not search revenues, total revenues.
23         Q.   Sorry.  Total -- I apologize.  That was my
24    misstatement.
25              Sixty-seven percent of Apple's total revenues     11:54:01
```

Page 95