ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**DECLARATION OF RACHEL CLAFLIN REGARDING GOOGLE'S PRODUCTION OF ANDROID FINANCIAL DATA IN THIS LITIGATION** |

I, Rachel Claflin, hereby declare and state as follows:

1. I am a paralegal employed by Google Inc. I have personal knowledge of the facts set forth in this declaration, and, if called to do so, I could and would competently testify thereto.

2. I am the in-house Google paralegal assigned to this litigation. I was personally involved with the search for, collection of, and production of financial and damages-related documents throughout the discovery phase of this litigation. In this litigation, I have had primary, general responsibility for overseeing the search for and collection of documents from Google's internal custodial and non-custodial repositories. Part of my responsibility on this case has been to ensure that potentially relevant documents from Google's internal repositories are collected and forwarded directly to Google's outside counsel or to Google's document vendor so that the documents can be properly reviewed, processed and produced.

3. Many of the non-custodial financial and damages-related documents produced by Google were collected from Google's internal Android finance website, including the Android P&Ls bearing production numbers GOOGLE-00303710 and GOOGLE-00395614, the Android OC Quarterly Reviews bearing production numbers GOOGLE-00303725 - 756, GOOGLE-00395727 - 758, GOOGLE-00303867 - 884, GOOGLE-00395188 - 205, GOOGLE-00395147 - 170, and GOOGLE-00395207 - 248, the Android Financial Reviews bearing production numbers GOOGLE-0395669 - GOOGLE-0395682, GOOGLE-00395696 - GOOGLE-00395716, GOOGLE-00395717 - GOOGLE-00395726, and GOOGLE-00395683 - GOOGLE-00395695, and financial documents that include engineering and other expenses related to Android bearing production numbers GOOGLE-00395261 and GOOGLE-00396037. This internal Google website serves as a repository for Google's Android-related financial information and includes, for example, copies of Android P&L statements, Android OC Quarterly Review presentations and Android Finance Review presentations. I understand that Google first produced content

from this internal site on January 6, 2011 bearing production numbers GOOGLE-00303691 - 921. I understand that Google again produced content from this internal site on April 5, 2011 bearing production numbers GOOGLE-00395080 - 6318. The documents in these production ranges were collected from the Android finance website and forwarded to Google's outside document vendor for review by Google's outside attorneys prior to their production.

4. On September 29, 2011, after the close of fact discovery, Google provided its outside counsel with an updated Android P&L that included actual revenue and cost information through August 2011. This Android P&L was collected from Aditya Agarwal.

5. I understand that on April 26, 2012, Google produced an Android P&L to Oracle bearing production numbers GOOGLE-00-00002800 - GOOGLE-00-00002806. I understand that this Android P&L was used as an exhibit, marked TX1079, during the videotaped deposition of Andrew Rubin, taken on April 27, 2012, and that this Android P&L was discussed during an oral argument before this Court on May 3, 2012. *See* Exhibit A to the Declaration of Christopher C. Carnaval Regarding Google's Production of Android Financial Data in this Litigation, filed herewith. This Android P&L was collected from Aditya Agarwal.

6. In addition to Google's collection of non-custodial financial documents related to Android, Google also collected custodial records related to Android from specified custodians. After collecting these custodial documents, Google forwarded them to its outside document vendor for processing, attorney review and production.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 7th day of May, 2012, in Mountain View, California.

Dated: May 7, 2012

/s/ Rachel Claflin
Rachel Claflin