UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 8, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; David Boies; Andrew Temkin
Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Matthias Kamber; Eugene Paige; Scott Weingaertner; Christine Anderson
Dan Purcell; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland          Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012          Further Trial: May 9, 2012 at 7:30 am


Trial Motions Heard:                              Disposition

1. _____           _____
2. _____           _____
3. _____           _____


Other:



Time in Trial: 5 hours 45 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:**<br>Michael Jacobs; Dan Muino<br>Fred Norton; David Boies<br>Andrew Temkin | **DEFENSE ATTORNEY**:<br>Robert Van Nest; Matthias Kamber<br>Eugene Paige; Scott Weingaertner<br>Dan Purcell; Christine Anderson |
|---|---|---|
| **TRIAL DATE:**<br>May 8, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Plaintiff Michael Jacobs moved in the following stipulated **exhibits: 77, 79, 81, 82, 83, 85, 93, 286, 663, 2746, 2749, 2756, 2775, 2776, 89, 90, 91, 82, 94, 87, 388, 662, 310 and 426.** Defendant's moved in the following stipulated **exhibits: 2460, 2462, 2464, 2929, 2955, 3469 and 2072.** Defendant raised issue concerning reference made during plaintiff's openings statement. | |
| | | 8:00 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury regarding what is a method patent | |
| | | 8:09 am | | | **Defendant's Opening Statement** | |
| | | 8:49 am | | | Plaintiff's witness **Timothy Lindholm** sworn-in. Direct by Fred Norton | |
| 1 | | | x | x | Android GPS Key Strategic Decisions Around Open Source | |
| 321 | | | x | x | Email from Andy Rubin to Tim Lindholm re Project advisors | |
| 131 | | | x | x | Email from Tim Lindholm to Andy Rubin re Another thought on Sun motivation | |
| 325 | | | x | x | Email from Tim Lindholm to weekly@google.com re weekly | |
| 212 | | | x | x | Email from Tim Lindholm to Andy Rubin re Sun meeting | |
| 1042 | | | x | | Email to Tim Lindholm from Dave Sabota | |
| 1043 | | | x | | Email to Tim Lindholm from Google Calendar | |
| 25 | | | x | x | The Java Virtual Machine Specification First Edition | |
| | | 9:33 am | | | Recess | |
| | | 9:57 am | | | Reconvene...jury present | |
| | | | | | Cross Examination by Scott Weingaertner | |

| | | | | | |
|---|---|---|---|---|---|
| | | 10:00 am | | Witness Excused | |
| | | | | Plaintiff's witness **Robert Vandette** sworn-in. Direct by Fred Norton | |
| | | 10:17 am | | Cross Examination by Matthias Kamber | |
| | | | | Report | |
| | | 10:32 am | | Redirect | |
| | | 10:35 am | | Witness Excused | |
| | | | | Plaintiff's witness **Noel Poore** sworn-in. Direct by Fred Norton | |
| 669 | | | x | Summary and Report of Noel Poore | |
| | | 10:55 am | | Cross Examination by Gene Paige | |
| | | 11:07 am | | Redirect Examination | |
| | | 11:08 am | | Recross | |
| | | 11;10 am | | Witness Excused | |
| | | | | Recess | |
| | | 11:30 am | | Outside the presence of the jury. Parties raised issue regarding exhibits #2276 and 1176. Parties reached a stipulation re 104 and 105 patents, | |
| | | 11:40 am | | Reconvene...jury present | |
| | | | | Court read stipulation to the jury | |
| | | 11:42 am | | Video Deposition of **Rafael Camargo** - exhibit #1125 | |
| 749 | | | x | x | Android Compatibility Program | |
| 753 | | | x | x | Android Compatibility Program | |
| | | 11:54 am | | Plaintiff read Request for Admissions - exhibit #1111 | |
| | | 12:00 pm | | Video Deposition of **Daniel Morrill** - exhibit #1126 | |
| | | 12:15 pm | | Plaintiff addressed the jury re summary | |
| | | 12:16 pm | | Defendant addressed the jury re summary | |
| | | 12:19 pm | | Plaintiff's witness **Patrick Brady** sworn-in. Direct by Michael Jacobs | |
| 749 | | | x | x | Android Compatibility Program | |
| 347 | | | x | x | Email from Patrick Brady to Daria Kissner re question for board | |
| 662 | | | x | x | Anti-Fragmentation Agreement | |
| 77 | | | x | x | Open Handset Alliance Cooperative Marketing | |
| 2742 | | | x | | | |
| 83 | | | x | x | Mobile Application Distribution Agreement | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 363 | | | x | x | Email from Patrick Brady to Daniel Conrad | |
| | | 12:37 pm | | | Cross Examination | |
| | 749 | | x | x | Android Compatibility Program | |
| | | 12:44 pm | | | Witness Excused | |
| | | 12:45 pm | | | Plaintiff's witness **Andy Rubin** sworn-in. Direct by Michael Jacobs | |
| 2714 | | | x | x | Email from Andy Rubin to Vineet Gupta | |
| 616 | | | x | x | Email from Vineet Gupta to Alan Brenner | |
| 22 | | | x | x | Email from Karen Tsay to deal review@google.com | |
| 155 | | | x | x | Email from Greg Stein to Andy Rubin | |
| 116 | | | x | x | Android Project Overview | |
| 4 | | | x | | Email from Stephen Chauto Megan Smith | |
| 5 | | | x | | Email from Tim Lindholm to Andy Rubin re Java VM | |
| 20 | | | x | | Email from Steve Horowitz to Leslie hawthorn re Nedim | |
| | | 1:00 pm | | | Recess | |
| | | | | | Outside the presence of the jury. Court received exhibit #4. Rule 50 motion argument set for 5/9 at 1:45 pm. | |
| 4 | | Redact | x | x | Only cover and page 28 received into evidence | |
| | | 1:15 pm | | | Recess until 5/9/12 at 7:30 am | |