| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | MICHAEL A. JACOBS (Bar No. 111664) |
| 2 | mjacobs@mofo.com |
| | MARC DAVID PETERS (Bar No. 211725) |
| 3 | mdpeters@mofo.com |
| | DANIEL P. MUINO (Bar No. 209624) |
| 4 | dmuino@mofo.com |
| | 755 Page Mill Road, Palo Alto, CA  94304-1018 |
| 5 | Telephone: (650) 813-5600 / Facsimile: (650) 494-0792 |
| 6 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (Admitted *Pro Hac Vice*) |
| 7 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 8 | Telephone: (914) 749-8200 / Facsimile: (914) 749-8300 |
| | STEVEN C. HOLTZMAN (Bar No. 144177) |
| 9 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Suite 900, Oakland, CA  94612 |
| 10 | Telephone: (510) 874-1000 / Facsimile: (510) 874-1460 |
| 11 | ORACLE CORPORATION |
| | DORIAN DALEY (Bar No. 129049) |
| 12 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (Bar No. 95527) |
| 13 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (Bar No. 211600) |
| 14 | matthew.sarboraria@oracle.com |
| | 500 Oracle Parkway, Redwood City, CA  94065 |
| 15 | Telephone: (650) 506-5200 / Facsimile: (650) 506-7114 |
| 16 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES** |
| v. | |
| GOOGLE INC. | Dept.:  Courtroom 8, 19th Floor |
| Defendant. | Judge:  Honorable William H. Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. 851) and the parties' agreement to increase the number of witnesses on the list to ten (Dkt. 884), Oracle America, Inc. hereby files and serves its current list of its anticipated next trial witnesses.

1. Bornstein, Dan
2. McFadden, Andy
3. Mitchell, John
4. Rubin, Andy (live and video)
5. Sutphin, Brian

Dated: May 8, 2012

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ *Daniel P. Muino*

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.