| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - # 84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - # 184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| DANIEL PURCELL - # 191424 | 101 Second Street, Suite 2300 |
| dpurcell@kvn.com | San Francisco, CA  94105 |
| 633 Battery Street | Tel:  415.318.1200 |
| San Francisco, CA 94111-1809 | Fax: 415.318.1300 |
| Telephone:     415 391 5400 | |
| Facsimile:      415 397 7188 | |
| | |
| KING & SPALDING  LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER | ballon@gtlaw.com |
| (*Pro Hac Vice*) | HEATHER MEEKER - #172148 |
| sweingaertner@kslaw.com | meekerh@gtlaw.com |
| ROBERT F. PERRY | GREENBERG TRAURIG, LLP |
| rperry@kslaw.com | 1900 University Avenue |
| BRUCE W. BABER (Pro Hac Vice) | East Palo Alto, CA  94303 |
| 1185 Avenue of the Americas | Tel: 650.328.8500 |
| New York, NY 10036 | Fax: 650.328.8508 |
| Tel: 212.556.2100 | |
| Fax: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiff, | **GOOGLE INC.'S ROLLING LIST OF NEXT TEN WITNESSES** |
| v. | Dept.:      Courtroom 8, 19th Floor |
| GOOGLE INC., | Judge:      Hon. William Alsup |
| Defendant. | |

Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. No. 851) and the parties' agreement to increase the number of witnesses on the list to ten (Dkt. No. 884), Google Inc. hereby files and serves its current list of anticipated next ten trial witnesses:

1. David August
2. Dan Bornstein
3. Safra Catz
4. Alan Eustace
5. Vineet Gupta
6. Andy McFadden
7. Terence Parr
8. Noel Poore
9. Jonathan Schwartz
10. Hinkmond Wong

Dated:  May 8, 2012                                     KEKER & VAN NEST LLP

                                                        /s/ Robert A. Van Nest
                                                  By:      ROBERT A. VAN NEST

                                                        Attorneys for Defendant
                                                        GOOGLE INC.