IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER FOR COPIES OF EXPERT REPORTS** |
| GOOGLE INC., | |
| Defendant. / | |

Parties shall please lodge copies of all expert reports for upcoming witnesses.

**IT IS SO ORDERED.**

Dated: May 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE