KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF DAVID ZIMMER IN SUPPORT OF ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO MEREDITH DEARBORN'S DECLARATION IN SUPPORT OF ORACLE AMERICA, INC.'S MOTION TO EXCLUDE PORTIONS OF THE RULE 706 EXPERT REPORT OF DR. JAMES KEARL [DKT NO. 1036]**<br><br>Dept.:   Courtroom 8, 19th Floor<br>Judge:   Hon. William Alsup |

I, DAVID ZIMMER, declare as follows:

1. I am an associate with the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Oracle America, Inc.'s Administrative Motion to File Under Seal Exhibits to Meredith Dearborn's Declaration in Support of Oracle America, Inc.'s Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl [Dkt. No1036]. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Certain of the redacted portions of Oracle's Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James R. Kearl [Dkt. No. 1037] contain sensitive, non-public information about Google's financial management practices and methodologies. This includes the redacted material at: 4:9-10, 4:13-17, 4:21-23, 5:4-11, 5:15-23, 5:25-28, 6:1-14, 6:16-26, 7:10-11, and 7:13-18. Public release of this information would cause great and undue harm to Google. The Court has previously granted Google's request to seal this information. *See, e.g.*, Dkt. No. 1056. These selections should therefore be filed under seal.

3. Exhibit A to the Declaration of Meredith Dearborn In Support of Oracle America, Inc.'s Motion to Exclude Portions of the Rule 706 Expert Report of Dr. James Kearl ("Dearborn Decl.") [Dkt. No. 1038] contains a short selection from the Expert Report of Dr. Alan J. Cox. This selection includes Google's sensitive, non-public financial data, such as costs, revenues, and profits associated with Android. Public release of this information would cause great and undue harm to Google. The Court has previously granted Google's request to file under seal similar selections from Dr. Cox's report, *see, e.g.*, Dkt. No. 935, as well as this type of financial information more generally, *see, e.g.*, Dkt. No. 1056. This exhibit should therefore be filed under seal in its entirety.

4. Exhibit B to the Dearborn Decl. contains selections from the deposition of Andy Rubin regarding Google's accounting practices. Certain parts of Exhibit B contain sensitive, non-public information about Google's financial management practices and methodologies. This includes the material at 8:5-9:5, 10:20-12:9, 13:3-15:12, 16:8-25, 21:2-24, 22:7-10, 22:15-17, 22:24-24:25, 29:5-32:25, 49:1-56:25, 61:1-4, 61:13-64:16, and 73:1-76:1. Public release of this

1

1  information would cause great and undue harm to Google.  The Court has previously granted
2  Google's request to seal this information.  *See, e.g.*, Dkt. No. 1056.  These selections should
3  therefore be filed under seal.
4      I declare under penalty of perjury that the foregoing is true and correct and that this
5  declaration was executed at San Francisco, California on May 8, 2012.

By:   */s/ David Zimmer*
        DAVID ZIMMER

---

2
DECLARATION IN SUPPORT OF MOTION TO SEAL [DKT. NO. 1036]
Case No. 3:10-cv-03561 WHA

663157.01