IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **SPECIAL VERDICT FORM** |
| GOOGLE INC., | |
| Defendant. | |

**YOUR ANSWERS MUST BE UNANIMOUS.**

<u>Direct Infringement</u>

1.  Has Oracle proven by a preponderance of the evidence that Google directly infringes claims 11, 27, 29, 39, 40, and 41 of United States Patent Number RE38,104?

|  | Yes<br>(Infringing) | No<br>(Not Proven) |
|---|---|---|
| **CLAIM 11:** | _____ | _____ |
| **CLAIM 27:** | _____ | _____ |
| **CLAIM 29:** | _____ | _____ |
| **CLAIM 39:** | _____ | _____ |
| **CLAIM 40:** | _____ | _____ |
| **CLAIM 41:** | _____ | _____ |

2. Has Oracle proven by a preponderance of the evidence that Google directly infringes claims 1, 8, 12, and 20 of United States Patent Number 6,061,520?

|  | Yes (Infringing) | No (Not Proven) |
|---|---|---|
| **CLAIM 1:** | _____ | _____ |
| **CLAIM 8:** | _____ | _____ |
| **CLAIM 12:** | _____ | _____ |
| **CLAIM 20:** | _____ | _____ |

Indirect Infringement

3. Has Oracle proven by a preponderance of the evidence that Google has induced or contributed to any infringement of claims 11, 27, 29, 39, 40, and 41 of United States Patent Number RE38,104? (Answer this question only as to the claim(s) for which you found "yes" in Question No. 1)

|  | Yes (Infringing) | No (Not Proven) |
|---|---|---|
| **CLAIM 11:** | _____ | _____ |
| **CLAIM 27:** | _____ | _____ |
| **CLAIM 29:** | _____ | _____ |
| **CLAIM 39:** | _____ | _____ |
| **CLAIM 40:** | _____ | _____ |
| **CLAIM 41:** | _____ | _____ |

2

4. Has Oracle proven by a preponderance of the evidence that Google has induced or contributed to any infringement of claims 1, 8, 12, and 20 of United States Patent Number 6,061,520? (Answer this question only as to the claim(s) for which you found "yes" in Question No. 2)

|  | Yes<br>(Infringing) | No<br>(Not Proven) |
|---|---|---|
| **CLAIM 1:** | _____ | _____ |
| **CLAIM 8:** | _____ | _____ |
| **CLAIM 12:** | _____ | _____ |
| **CLAIM 20:** | _____ | _____ |

Dated:  May ___, 2012.

                                                              _____
                                                              FOREPERSON