IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**ORDER RE CHARGING CONFERENCE** |

    The judge forgot that he needs to be somewhere on Friday afternoon and that the Court day will be cut slightly short on Friday, and therefore the charging conference will have to be on Thursday as per the accompanying drafting instructions.

    **IT IS SO ORDERED.**

Dated: May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE