1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    KENNETH A. KUWAYTI (Bar No. 145384)
3   kkuwayti@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
4   mdpeters@mofo.com
    DANIEL P. MUINO (Bar No. 209624)
5   dmuino@mofo.com
    755 Page Mill Road, Palo Alto, CA 94304-1018
6   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

7   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (Admitted *Pro Hac Vice*)
8   dboies@bsfllp.com
    333 Main Street, Armonk, NY 10504
9   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
10  sholtzman@bsfllp.com
    1999 Harrison St., Suite 900, Oakland, CA 94612
11  Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

12  ORACLE CORPORATION
    DORIAN DALEY (Bar No. 129049)
13  dorian.daley@oracle.com
    DEBORAH K. MILLER (Bar No. 95527)
14  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (Bar No. 211600)
15  matthew.sarboraria@oracle.com
    500 Oracle Parkway, Redwood City, CA 94065
16  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.
18

19                  UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                   SAN FRANCISCO DIVISION

22  ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

23            Plaintiff,                    **ORACLE'S MARKUP OF COURT'S**
                                            **BACKGROUND SECTION**
24        v.

25  GOOGLE INC.
                                            Dept.: Courtroom 8, 19th Floor
26            Defendant.                    Judge: Honorable William H. Alsup

27

28

    ORACLE'S MARKUP OF COURT'S BACKGROUND SECTION
    CASE NO. CV 10-03561 WHA
    pa-1528046

1    Oracle respectfully submits this markup of the Court's proposed background section, after

2  having consulted with its technical staff.  Two versions are attached for the Court's convenience:

3  both redline and clear text.

4    The Court asked about the difference between statements and expressions.  This short

5  description explains the difference between the two:

6

7

8    An *expression* is a (typically) small piece of program text that instructs the computer to

9  calculate a single value (*e.g.*, 1 + 3, 2 * pi * r, Math.max(a, b)).  A *statement* can be just an

10  expression, or it can be a control structure that contains one or more expressions or other

11  statements.  For example, an "if" statement expresses a conditional action:

12    if (x > y)

13      System.out.println("greater");

14  This statement includes an expression (x > y) and another statement

15  (System.out.println("greater")).  It instructs the computer to compare the two variables x and y

16  and then print the word "greater" if x is indeed greater than y.  Statements are run in the sequence

17  written. Statements are what tell the computer to do work.

18

19

20

21

22

23

24

25

26

27

28

1    Java syntax includes *separators* (*e.g.*, {, }, :), *operators* (*e.g.*, +, -, \*, /, <, >), *literal values*

2    (*e.g.*, 123, 'x', "Foo"), and *keywords* (*e.g.*, if, then, else, while, return).  These carry precise

3    predefined meanings.  Java syntax also includes *identifiers (e.g.*, x, String, java.lang.Object),

4    which are used by developers to name specific values, fields, methods, and classes as described

5    below.  These are used to form statements, each statement being a single command executed by

6    the Java interpreterdirective to take some action.  Statements are run in the sequence written.

7    Statements are what tell the computer to do work.

8         A *declaration* is a type of statement.  It instructs the computer to recognize a name as a

9    variable or as a method or as a class and to reserve memory accordingly.  The word "declare" is

10   not used to precede a declaration.  A declaration is a line (or more) of code that, for example,

11   declares the variable pi to be 3.141592 or declares a class or method in its fully qualified form.

12        The next higher level of syntax is the method.  A method is a type of declaration.  A

13   method is a sequence of statements. Once defined, it can be invoked or "called" on" elsewhere in

14   the program.  A method is like a subroutine.  When a method is called upon, arguments are

15   usually passed over to the method. These are the inputs.  The output(s) from the method are

16   known as the return values(s).  An example is a method that receives two numbers as inputs and

17   returns the greater of the two as the output.  Another example is a method that receives an angle

18   expressed in degrees and returns the cosine of that angle.  Methods can be much more

19   complicated.  A method, for example, could receive the month and day and return the Earth's

20   declination to the sun for that month and day.

21        A method declaration consists of the method header and the method body.  (At the trial,

22   however, witnesses sometimes referred to the method header as the method declaration or the

23   method signature, even though that was not technically correct, and so the Court will use the three

24   synonymously to match the evidencesignature of the method (discussed below) as the

25   declaration.)  A method declaration defines the entire routine to be followed when the method is

26   called.  A method call is a line of other code somewhere else in the program that calls up (or

27   invokes) the method and specifies the arguments to be passed to the method for crunching.  The

28   return is returned for use as the program marches on after the method call.

1   A method header, also called a method signature, consists of the name of the method and

2   the number and types of formal parameters to the method, if any.  More specifically, the a method

3   signature header will contain the name of the method; the number, order, type and name of the

4   parameters used by the method; the type of value returned by the method; the checked exceptions

5   that the method can throw; and various method modifiers that provide additional information

6   about the method.

7   A method body is a block of code that implements the method.  If a method is declared to

8   have a return type, then the method body must have a return statement and the statement must be

9   followed by include the expression to be returned when that line of code is reached.  During trial,

10   many witnesses referred to the method body as the "implementation."  It is the method body that

11   does the heavy lifting, namely the actual work of taking the inputs, crunching them, and returning

12   an answer.  (This part was not copied from Java by Google.)

13   A class is another type of declaration After a method, the next higher level of syntax is the

14   class.  A class defines may include a collection of fields that hold data values and methods that

15   operate on those values.  Classes are a fundamental structural element in the Java programming

16   language.  All Java programs are written as aone or more classes.  All Java statements appear

17   within methods and all methods are implemented within classes.  To write a Java program, it

18   must be placed in a class.

19   A class definition declaration includes the name of the class and other modifiers

20   functional important information that define the class.  The body of the class includes fields and

21   methods, constructors and initializers.  Classes can have subclasses that inherit the functionality

22   of the class itself while adding specialized functionality for the subclass.  When a new subclass is

23   defined, the definition declaration uses the word "extends" to alert the computer compiler that the

24   fields and methods of the patent parent class are inherited extended automatically into the new

25   subclass so that only the additional fields or methods new and specialized codes for the subclass

26   need be stateddeclared.

27   An interface is a special type of class, which is used to relate similar classes more flexibly

28   than allowed by the strict subclass/superclass hierarchy.  An interface contains method

1   declarations, but the declarations do not have bodies.  If a class is declared to "implement" an

2   interface, then for each method in the interface the class must either declare that method or inherit

3   it from a superclass; a class can implement more than one interface.

4        Classes and interfaces can be grouped into packages in the same way we all group files

5   into folders on our computers.

6        Here is a simple example that illustrates methods, classes and packages.

7        Package java.lang;

8        public class Math {

9             public static int max (int x, int y) {

10                  if (x > y) return x ;

11                  else return y ;

12             }

13        {}

14        A typical program would have more than one method in a class. All Java programs must

15   have a at least one class. All programs, however, need not have packages, which are merely

16   convenient ways to organize the classes.

17        To invoke this method from a program, the following could be included in the program:

18        int a= Math.max (2, 3);

19

20

21

22

23

24

25

26

27

28

1    Java syntax includes *separators* (*e.g.*, {, }, ;), *operators* (*e.g.*, +, -, \*, /, <, >), *literal values*

2    (*e.g.*, 123, 'x', "Foo"), and *keywords* (*e.g.*, if, then, else, while, return).  These carry precise

3    predefined meanings.  Java syntax also includes *identifiers* (*e.g.*, x, String, java.lang.Object),

4    which are used by developers to name specific values, fields, methods, and classes as described

5    below.  These are used to form statements, each statement being a single directive to take some

6    action.  Statements are run in the sequence written. Statements are what tell the computer to do

7    work.

8    A *declaration* instructs the computer to recognize a name as a variable or as a method or

9    as a class and to reserve memory accordingly.  The word "declare" is not used to precede a

10   declaration.  A declaration is a line (or more) of code that, for example, declares the variable pi to

11   be 3.141592 or declares a class or method.

12   A method is a type of declaration.  A method is a sequence of statements. Once defined, it

13   can be invoked or "called on" elsewhere in the program.  A method is like a subroutine.  When a

14   method is called upon, arguments are usually passed over to the method. These are the inputs.

15   The output from the method are known as the return value.  An example is a method that receives

16   two numbers as inputs and returns the greater of the two as the output.  Another example is a

17   method that receives an angle expressed in degrees and returns the cosine of that angle.  Methods

18   can be much more complicated.  A method, for example, could receive the month and day and

19   return the Earth's declination to the sun for that month and day.

20   A method declaration consists of the method header and the method body.  (At the trial,

21   however, witnesses sometimes referred to the method header as the method declaration or the

22   method signature, even though that was not technically correct, and so the Court will use the three

23   synonymously to match the evidence.)  A method declaration defines the entire routine to be

24   followed when the method is called.  A method call is a line of other code somewhere else in the

25   program that calls up (or invokes) the method and specifies the arguments to be passed to the

26   method for crunching.  The return is returned for use as the program marches on after the method

27   call.

28

1    A method signature consists of the name of the method and the number and types of

2    formal parameters to the method, if any.  More specifically, a method header will contain the

3    name of the method; the number, order, type and name of the parameters used by the method; the

4    type of value returned by the method; the checked exceptions that the method can throw; and

5    various method modifiers that provide additional information about the method.

6    A method body is a block of code that implements the method.  If a method is declared to

7    have a return type, then the method body must have a return statement and the statement must

8    include the expression to be returned when that line of code is reached.  During trial, many

9    witnesses referred to the method body as the "implementation."  It is the method body that does

10   the heavy lifting, namely the actual work of taking the inputs, crunching them, and returning an

11   answer.  (This part was not copied from Java by Google.)

12   A class is another type of declaration .  A class may include a collection of fields that hold

13   data values and methods that operate on those values.  Classes are a fundamental structural

14   element in the Java programming language.  All Java programs are written as one or more

15   classes.  Java statements appear within methods and all methods are implemented within classes.

16   To write a Java program, it must be placed in a class.

17   A class declaration includes the name of the class and other modifiers information that

18   define the class.  The body of the class includes fields and methods, constructors and initializers.

19   Classes can have subclasses that inherit the functionality of the class itself while adding

20   functionality for the subclass.  When a new subclass is defined, the declaration uses the word

21   "extends" to alert the compiler that the fields and methods of the parent class are inherited

22   automatically into the new subclass so that only the additional fields or methods for the subclass

23   need bedeclared.

24   An interface is a special type of class, which is used to relate similar classes more flexibly

25   than allowed by the strict subclass/superclass hierarchy.  An interface contains method

26   declarations, but the declarations do not have bodies.  If a class is declared to "implement" an

27   interface, then for each method in the interface the class must either declare that method or inherit

28

1    it from a superclass; a class can implement more than one interface.Classes and interfaces can be

2    grouped into packages in the same way we all group files into folders on our computers.

3         Here is a simple example that illustrates methods, classes and packages.

4         Package java.lang;

5         public class Math {

6             public static int max (int x, int y) {

7               if (x > y) return x ;

8               else return y ;

9             }

10         }

11         A typical program would have more than one method in a class. All Java programs must

12    have at least one class. All programs, however, need not have packages, which are merely

13    convenient ways to organize the classes.

14         To invoke this method from a program, the following could be included in the program:

15         int a= Math.max (2, 3);

16

17

18

19         Respectfully submitted,

20

21    Dated: May 9, 2012                     MORRISON & FOERSTER LLP

22                                     By:  /s/ Michael A. Jacobs

23

24                                   *Attorneys for Plaintiff*
ORACLE AMERICA, INC.

25

26

27

28