| | |
|---|---|
| KEKER & VAN NEST LLP | KING & SPALDING LLP |
| ROBERT A. VAN NEST - # 84065 | DONALD F. ZIMMER, JR. - #112279 |
| rvannest@kvn.com | fzimmer@kslaw.com |
| CHRISTA M. ANDERSON - # 184325 | CHERYL A. SABNIS - #224323 |
| canderson@kvn.com | csabnis@kslaw.com |
| DANIEL PURCELL - # 191424 | 101 Second Street, Suite 2300 |
| dpurcell@kvn.com | San Francisco, CA 94105 |
| 633 Battery Street | Tel: 415.318.1200 |
| San Francisco, CA 94111-1809 | Fax: 415.318.1300 |
| Telephone: 415 391 5400 | |
| Facsimile: 415 397 7188 | |
| | |
| KING & SPALDING LLP | IAN C. BALLON - #141819 |
| SCOTT T. WEINGAERTNER | ballon@gtlaw.com |
| (*Pro Hac Vice*) | HEATHER MEEKER - #172148 |
| sweingaertner@kslaw.com | meekerh@gtlaw.com |
| ROBERT F. PERRY | GREENBERG TRAURIG, LLP |
| rperry@kslaw.com | 1900 University Avenue |
| BRUCE W. BABER (Pro Hac Vice) | East Palo Alto, CA 94303 |
| 1185 Avenue of the Americas | Tel: 650.328.8500 |
| New York, NY 10036 | Fax: 650.328.8508 |
| Tel: 212.556.2100 | |
| Fax: 212.556.2222 | |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiff, | **GOOGLE'S COMMENTS ON THE COURT'S DESCRIPTION OF JAVA LANGUAGE PRINCIPLES** |
| v. | |
| GOOGLE INC., | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Hon. William Alsup |

Google provides the following comments on the Court's draft description of Java language principles. All of Google's comments are in the nature of minor corrections to the Court's text or correction of typographical errors:

Page 1, line 1: "Java punctuation" should be changed to "Java syntax"

Page 1, lines 4-5: "each statement being a single command" should be changed to "each statement being one or more commands"

Page 1, line 17: "output(s)" should be changed to "output"; "are" should be changed to "is"; and "return(s)" should be changed to "return" – so the sentence should read "The output from the method is known as the return."

Page 2, line 11: "method body mut [sic] have" should be changed to "method body **must** have"

Page 2, line 17: "Java" should be changed to "J2SE"

Page 3, line 2: "patent class" should be changed to "parent class"

Page 3, line 11: the final curly bracket should be facing in the opposite direction – it should be a close bracket rather than an open bracket.

Google does not propose any additions to the Court's description.

Google has received through the CM-ECF system Oracle's suggested changes to the Court's draft. (Dkt. 1110). Google will review Oracle's suggestions and will be prepared to comment on them tomorrow morning.

Dated: May 9, 2012                                KEKER & VAN NEST LLP

                                                  /s/ Robert A. Van Nest
                                          By:     ROBERT A. VAN NEST

                                                  Attorneys for Defendant
                                                  GOOGLE INC.