MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S RESPONSE TO COURT'S REQUESTS FOR SOURCE CODE EXAMPLES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Oracle provides the following responses to the Court's request for source code examples.

## I.     METHOD SSO

For an example comparing the source code for two classes, Oracle directs the Court to the class javax.crypto.CipherInputstream.  *Compare* TX 623 at \licenseebundles\source-bundles\jdk_sec-1_5_0-src-scsl.zip\jce1.5.0-src\src\share\classes\javax\crypto\CipherInputStream.java *with* TX 46.23 (Android, pre-printed).

## II.    INTERFACE SSO

For an example comparing the source code for two interfaces, Oracle directs the Court to the interface javax.net.ssl.X509TrustManager.  *Compare* TX 623 at \licenseebundles\source-bundles\jdk_sec-1_5_0-src-scsl.zip\jsse1.5.0-src\src\share\javax\net\ssl\X509TrustManager.java *with* TX 46 at \GOOGLE-00-00000526\dalvik\libcore\x-net\src\main\java\javax\net\ssl\X509TrustManager.java.

## III.   FIELD SSO

For an example comparing the source code for two classes containing fields, Oracle points the court to the class java.nio.charset.CodingErrorAction.  *Compare* TX 623 at \licenseebundles\source-bundles\jdk-1_5_0-fcs-src-b64-windows-15_sep_2004.zip\j2se\src\share\classes\java\nio\charset\CodingErrorAction.java *with* TX 46 at \GOOGLE-00-00000526\dalvik\libcore\nio_char\src\main\java\java\nio\charset\CodingErrorAction.java.

Dated: May 10, 2012                             MORRISON & FOERSTER LLP

                                                By:  /s/ *Daniel P. Muino*

                                                     *Attorneys for Plaintiff*
                                                     ORACLE AMERICA, INC.