United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

        Plaintiff,

  v.

GOOGLE INC.,

        Defendant.

_____/

No. C 10-03561 WHA

**ORDER ON MOTIONS
FOR JUDGMENT AS A
MATTER OF LAW**

     For the reasons stated at the May 9 hearing, Oracle's motion for judgment as a matter of

law regarding fair use, API documentation, and comment-copied files is **DENIED**; Google's

motion for judgment as a matter of law regarding rangeCheck is **DENIED**.

     **IT IS SO ORDERED.**

Dated:  May 10, 2012.

                                      _____
                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE