KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **GOOGLE INC.'S PROPOSED ADDITIONAL LANGUAGE FOR PATENT JURY INSTRUCTION NUMBER 23** <br><br> Dept.:  Courtroom 8, 19th Floor <br> Judge:  Hon. William Alsup |

Pursuant to the Court's invitation at the charging conference, Google proposes that the Court add the following language to patent jury instruction number 23:

> To establish willful blindness, it is not enough under the law to show that there is merely a "known risk" that the induced acts are infringing, or that Google was only deliberately indifferent to that risk.

The proposed language comes directly from *Global-Tech Appliances, Inc. v. SEB S.A.*, 131 S. Ct. 2060 (2011), the case that recognized the possibility of willful blindness being applied to indirect infringement. Specifically, it is drawn from the following passage:

> The test applied by the Federal Circuit in this case departs from the proper willful blindness standard in two important respects. First, *it permits a finding of knowledge when there is merely a "known risk" that the induced acts are infringing*. Second, *in demanding only "deliberate indifference" to that risk*, the Federal Circuit's test does not require active efforts by an inducer to avoid knowing about the infringing nature of the activities.

*Id.* at 2071 (emphases added).

Dated: May 10, 2012                                KEKER & VAN NEST LLP

                                                    /s/ Robert A. Van Nest
                                        By:        ROBERT A. VAN NEST

                                                   Attorneys for Defendant
                                                   GOOGLE INC.