IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **SPECIAL VERDICT FORM** |
| GOOGLE INC., | |
| Defendant. | |

**YOUR ANSWERS MUST BE UNANIMOUS.**

Direct Infringement

1. Has Oracle proven by a preponderance of the evidence that Google directly infringes claims 11, 27, 29, 39, 40, and 41 of United States Patent Number RE38,104?

| | Yes<br>(Infringing) | No<br>(Not Proven) |
|---|---|---|
| **CLAIM 11:** | _____ | _____ |
| **CLAIM 27:** | _____ | _____ |
| **CLAIM 29:** | _____ | _____ |
| **CLAIM 39:** | _____ | _____ |
| **CLAIM 40:** | _____ | _____ |
| **CLAIM 41:** | _____ | _____ |

2. Has Oracle proven by a preponderance of the evidence that Google directly infringes claims 1 and 20 of United States Patent Number 6,061,520?

|  | Yes<br>(Infringing) | No<br>(Not Proven) |
|---|---|---|
| **CLAIM 1:** | _____ | _____ |
| **CLAIM 20:** | _____ | _____ |

Indirect Infringement

3. Has Oracle proven by a preponderance of the evidence that Google has induced or contributed to any infringement of claims 11, 27, 29, 39, 40, and 41 of United States Patent Number RE38,104?

|  | Yes<br>(Infringing) | No<br>(Not Proven) |
|---|---|---|
| **CLAIM 11:** | _____ | _____ |
| **CLAIM 27:** | _____ | _____ |
| **CLAIM 29:** | _____ | _____ |
| **CLAIM 39:** | _____ | _____ |
| **CLAIM 40:** | _____ | _____ |
| **CLAIM 41:** | _____ | _____ |

4. Has Oracle proven by a preponderance of the evidence that Google has induced or contributed to any infringement of claims 1 and 20 of United States Patent Number 6,061,520?

|  | Yes (Infringing) | No (Not Proven) |
|---|---|---|
| **CLAIM 1:** | _____ | _____ |
| **CLAIM 20:** | _____ | _____ |

Dated: May ___, 2012.

                                            _____
                                                        FOREPERSON

3