**United States District Court**
For the Northern District of California

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ORACLE AMERICA, INC.,

11            Plaintiff,                         No. C 10-03561 WHA

12      v.

13   GOOGLE, INC.,                               **ORDER GRANTING IN PART AND
                                                 DENYING IN PART MOTION TO SEAL**
14            Defendant.                         **(Dkt. No. 1036)**

15   _____/

16          Oracle moves to seal the exhibits to Meredith Dearborn's declaration in support of its

17   motion to exclude portions of the Rule 706 expert report of Dr. James Kearl as well as redacted

18   portions of that motion.  Google submits a supporting declaration identifying those portions

19   of the redacted material containing sensitive, non-public information (Dkt. No. 1104).

20          Exhibit A to the Dearborn declaration includes sensitive, non-public financial data

21   related to Android such as costs, revenues, and profits, as well as projections thereof.  The

22   Exhibit also contains non-public information about Google's financial management and financial

23   data storage.  Public disclosure of this confidential information would cause harm to Google and

24   place it at a competitive disadvantage.

25          Certain portions of Exhibit B to the Dearborn declaration also contain sensitive, non-

26   public information regarding Google's accounting practices, financial management, and storage

27   of financial data.  Public disclosure of this confidential information would cause harm to Google

28   and place it at a competitive disadvantage.

The identified portions of Oracle's motion to exclude portions of the Rule 706 expert report of Dr. James Kearl refer to Exhibits A and B as well as sensitive data contained therein. These materials are also appropriately identified as sensitive, non-public information pertaining to Google's financial management.

The request to seal is accordingly **GRANTED** as to all identified materials, and **DENIED** as to the remaining material in Exhibit B.

**IT IS SO ORDERED.**

Dated:  May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2