[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **JOINT RESPONSE TO COURT'S REQUEST FOR CHART OF ELEMENTS IN ACCUSED PACKAGES** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

The parties provide the following response to the Court's request for a chart showing the number of classes, interfaces and methods in the accused API packages. RT 3357:2-3358:25. The information in the chart attached as Exhibit A was generated by an automated analysis conducted by Oracle of the Java 2 Standard Edition Version 5 compiled class libraries and the Android Froyo compiled class libraries. While the number of API elements of various types can be counted in slightly different ways using different forms of the parties' works, the parties agree that the numbers in the chart fairly represent, for each of the 37 accused packages in Java 5.0 and Android Froyo, the number of (1) classes and interfaces in the package; and (2) methods declared within those classes and interfaces.

Other API elements—such as exceptions, fields, constructors, enums, errors, and annotation types—are not included, nor are methods declared within elements other than classes and interfaces. The chart therefore does not capture the presence in either Java or Android of these other elements or such methods.

In addition, only methods expressly declared in the classes and interfaces are included. *See* RT 3358:11-21. As a result, the chart also does not reflect, for a given package, methods that are inherited by a class in that package from a class in a different package.

Dated: May 12, 2012

MORRISON & FOERSTER LLP

By: /s/ *Michael A. Jacobs*
    Michael A. Jacobs

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 12, 2012 | KING & SPALDING LLP |
| 3 | | |
| 4 | | By: /s/ *Bruce W. Baber*<br>     Bruce W. Baber |
| 5 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 6 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 7 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 8 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 9 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 10 | | |
| 11 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 12 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 13 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 14 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300 |
| 15 | | |
| 16 | | GREENBERG TAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 17 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 18 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 19 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |
| 20 | | |
| 21 | | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065) |
| 22 | | rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325) |
| 23 | | canderson@kvn.com<br>DANIEL PURCELL (SBN 191424)<br>dpurcell@kvn.com |
| 24 | | 633 Battery Street<br>San Francisco, CA 94111 |
| 25 | | Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |
| 26 | | |
| 27 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 28 | | |

## ATTESTATION

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this **JOINT RESPONSE TO COURT'S REQUEST FOR CHART OF ELEMENTS IN ACCUSED PACKAGES**. In compliance with General Order 45, X.B., I hereby attest that Bruce W. Baber has concurred in this filing.

Date: May 12, 2012              /s/ *Michael A. Jacobs*
                                Michael A. Jacobs