# Exhibit A

| Package Name | J2SE 5 | | Android Froyo | |
| --- | --- | --- | --- | --- |
| | Classes plus Interfaces | Methods from Classes and Interfaces | Classes plus Interfaces | Methods from Classes and Interfaces |
| java.awt.font | 18 | 175 | 2 | 11 |
| java.beans | 35 | 209 | 5 | 23 |
| java.io | 62 | 569 | 62 | 570 |
| java.lang | 43 | 813 | 43 | 805 |
| java.lang.annotation | 1 | 4 | 1 | 4 |
| java.lang.ref | 5 | 9 | 5 | 8 |
| java.lang.reflect | 17 | 135 | 17 | 132 |
| java.net | 40 | 440 | 40 | 433 |
| java.nio | 10 | 236 | 10 | 236 |
| java.nio.channels | 20 | 112 | 20 | 112 |
| java.nio.channels.spi | 5 | 33 | 5 | 33 |
| java.nio.charset | 5 | 75 | 5 | 75 |
| java.nio.charset.spi | 1 | 2 | 1 | 2 |
| java.security | 62 | 362 | 62 | 358 |
| java.security.acl | 5 | 27 | 5 | 27 |
| java.security.cert | 35 | 267 | 35 | 267 |
| java.security.interfaces | 13 | 27 | 13 | 27 |
| java.security.spec | 25 | 75 | 25 | 75 |
| java.sql | 25 | 662 | 25 | 662 |
| java.text | 27 | 342 | 27 | 342 |
| java.util | 65 | 866 | 65 | 868 |
| java.util.jar | 10 | 43 | 10 | 44 |
| java.util.logging | 17 | 137 | 17 | 137 |
| java.util.prefs | 7 | 95 | 7 | 95 |
| java.util.regex | 3 | 48 | 3 | 49 |
| java.util.zip | 15 | 117 | 15 | 119 |
| javax.crypto | 18 | 166 | 18 | 166 |
| javax.crypto.interfaces | 4 | 6 | 4 | 6 |
| javax.crypto.spec | 15 | 44 | 15 | 44 |
| javax.net | 2 | 11 | 2 | 11 |
| javax.net.ssl | 29 | 184 | 29 | 184 |
| javax.security.auth | 7 | 33 | 5 | 27 |
| javax.security.auth.callback | 9 | 32 | 3 | 6 |
| javax.security.auth.login | 4 | 10 | 0 | 0 |
| javax.security.auth.x500 | 2 | 11 | 1 | 6 |
| javax.security.cert | 2 | 20 | 2 | 20 |
| javax.sql | 14 | 111 | 12 | 104 |
| **TOTAL** | **677** | **6508** | **616** | **6088** |

pa-1528430