| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER<br>(*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (Pro Hac Vice)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328.8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>      Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF DAVID ZIMMER IN SUPPORT OF GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT RE COPYRIGHT DAMAGES**<br><br>Dept.:    Courtroom 8, 19th Floor<br>Judge:  Hon. William Alsup |

I, David Zimmer, declare as follows:

1. I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google Inc.'s Motion for Summary Judgment Re Copyright Damages. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of Oracle America, Inc.'s Initial Disclosures, served on December 2, 2010.

3. Attached hereto as **Exhibit B** is a true and correct copy of Oracle America, Inc.'s Supplemental and Amended Initial Disclosures, served on June 3, 2011.

4. Attached hereto as **Exhibit C** is a true and correct copy of Oracle America, Inc.'s Second Amended Initial Disclosures, served on August 10, 2011.

5. Attached hereto as **Exhibit D** are true and correct copies of excerpted pages from Plaintiff's Responses and Objections to Defendant Google Inc.'s First Set of Interrogatories to Plaintiff Oracle America, Inc. (Nos. 1-10), served on January 6, 2011.

6. Attached hereto as **Exhibit E** are true and correct copies of excerpted pages from Plaintiff's Supplemental Responses to Defendant's Interrogatories, Set No. 1 (Interrogatory Nos. 1-10), served on April 25, 2011.

7. Attached hereto as **Exhibit F** are true and correct copies of excerpted pages from Plaintiff's Supplemental Responses to Defendant's Interrogatories, Set No. 1 (Interrogatory Nos. 1-10), served on July 29, 2011.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on May 12, 2012.

By: ___*/s David Zimmer*___
      DAVID ZIMMER