# Exhibit A

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**ORACLE AMERICA, INC.'S INITIAL DISCLOSURES**<br><br>Judge: Honorable William H. Alsup |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff Oracle America, Inc. ("Oracle") hereby makes its initial disclosures. Oracle has made a reasonable and good faith effort to make the initial disclosures provided herein, including providing general descriptions of documents, and identifying persons who may have knowledge of pertinent information, relating to the issues in this action. However, Oracle's investigation of its claims and defenses in this action is ongoing. Other potential witnesses and/or documents may be identified and become significant as discovery proceeds and as the case develops, and therefore, Oracle reserves the right to supplement these disclosures.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT ORACLE MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES (FED. R. CIV. P. 26(A)(1)(A)).

The persons Oracle believes are likely to have discoverable information that Oracle may use to support its claims and defenses are:

| Name, Address, Telephone | Subject |
|---|---|
| Greg Bollella<br>Contact through counsel for Oracle | Java development |
| Roger Calnan<br>Contact through counsel for Oracle | Java development and distribution |
| Andrew Carr<br>Contact through counsel for Oracle | Java distribution |
| Safra Catz<br>Contact through counsel for Oracle | Oracle's business; Oracle's acquisition of Sun; Java business models, business plans, and associated financial data; license discussions between Oracle and Google |
| Neal Civjan<br>Contact through counsel for Oracle | Java licensing and sales, including negotiations with Google |
| Patrick Curran<br>Contact through counsel for Oracle | Java standards, JCP, and open Java |
| Bill Daly<br>Contact through counsel for Oracle | Oracle financial data |
| Don Deutsch<br>Contact through counsel for Oracle | Java standards, JCP, and open Java, Java revenues and business |
| Larry Ellison<br>Contact through counsel for Oracle | History of Oracle; Oracle's business; Oracle's acquisition of Sun; Java business models and business plans; license discussions between Oracle and Google |
| Gustavo Galimberti<br>Contact through counsel for Oracle | Java development, Java licensing, Java distribution and support |

| Name, Address, Telephone | Subject |
|---|---|
| Craig Gering<br>Contact through counsel for Oracle | Java development, licensing, and testing |
| Ivgen Guner<br>Contact through counsel for Oracle | Oracle financial data |
| Vineet Gupta<br>Contact through counsel for Oracle | Java sales and licensing, including negotiations with Google |
| Steve Harris<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans |
| Jeannette Hung<br>Contact through counsel for Oracle | Java development |
| Thomas Kurian<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Jacob Lehrbaum<br>Contact through counsel for Oracle | Java licensing and copyrights |
| Matthew Mayerson<br>Contact through counsel for Oracle | Software distribution |
| Kerry McGuire<br>Contact through counsel for Oracle | Java business and revenues |
| John Pampuch<br>Contact through counsel for Oracle | Java VM technology |
| Bill Pittore<br>Contact through counsel for Oracle | Java VM development |
| Nandini Ramani<br>Contact through counsel for Oracle | Java Development |
| Mark Reinhold<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Hasan Rizvi<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Susan Roach<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Bill Shannon<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Param Singh<br>Contact through counsel for Oracle | Mobile Java development and business plan |
| Guy Steele<br>Contact through counsel for Oracle | Java development |
| Brian Sutphin<br>Contact through counsel for Oracle | Java licensing and business, including negotiations with Google, Java business plans |
| Lars Bak<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |

| Name, Address, Telephone | Subject |
| --- | --- |
| Nedim Fresko<br>121 Lincoln Way<br>San Francisco, CA 94122-2717 | Inventor of U.S. Patent Nos. 5,966,702 and 7,426,720 |
| Li Gong<br>Mozilla Foundation<br>650 Castro Street, Suite 300<br>Mountain View, CA 94041-2072<br>lgong@mozilla.com | Inventor of U.S. Patent Nos. 6,125,447 and 6,192,476 |
| James Gosling<br>75 Fox Hollow Lane<br>Redwood City, CA 94062-4158 | Inventor of U.S. Patent No. RE38,104 |
| Robert Griesemer<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |
| Richard Tuck<br>343 Hill Street<br>San Francisco, CA 94114-2916 | Inventor of U.S. Patent Nos. 5,966,702 and 6,061,520 |
| Frank Yellin<br>Google employee | Inventor of U.S. Patent No. 6,061,520 |
| Representatives of Google, including witnesses identified in Google's initial disclosure | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Joshua Bloch<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Dan Bornstein<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Bill Buzbee<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Eric Chu<br>Google employee | Java license negotiations between Google and Sun |
| Gregorz Czajkowski<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Tim Lindholm<br>Google employee | Java license negotiations between Google and Sun |
| Rich Miner<br>Google employee | Java license negotiations between Google and Sun |

| Name, Address, Telephone | Subject |
|---|---|
| Larry Page<br>Google employee | Knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |
| Andy Rubin<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, revenues, and license negotiations between Google and Oracle |
| Eric Schmidt<br>Google employee | Java development; knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |
| Representatives of manufacturers and distributors of Android devices | Android distribution, revenues, infringement |
| Alan Brenner<br>RIM/Blackberry employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Ethan Beard<br>Facebook employee | Java license negotiations between Google and Sun |
| Rich Green<br>Nokia employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |

**II. DOCUMENTS (FED. R. CIV. P. 26(A)(1)(B)).**

Oracle discloses and describes by category the following documents, electronically-stored information, data compilations and tangible things that are or may be in the possession, custody or control of Oracle that Oracle currently and reasonably believes it may use to support its claims or defenses:

1. U.S. Patent No. 6,125,447 and related files.
2. U.S. Patent No. 6,192,476 and related files.
3. U.S. Patent No. 5,966,702 and related files.
4. U.S. Patent No. 7,426,720 and related files.
5. U.S. Patent No. RE38,104 and related files.

6. U.S. Patent No. 6,910,205 and related files.

7. U.S. Patent No. 6,061,520 and related files.

8. U.S. Certificate of Copyright Registration for J2SE 1.4, the copyrighted work, and related files.

9. U.S. Certificate of Copyright Registration for J2SE 5.0, the copyrighted work, and related files.

10. U.S. Certificate of Supplemental Copyright Registration for J2SE 5.0 and related files.

11. Documents evidencing the conception, development, reduction to practice, and design of the inventions claimed by the patents at issue.

12. Documents relating to the history and development of the Java platform.

13. Java releases and related documentation.

14. Documents evidencing sales, distribution, deployment, and use of Java products.

15. Java-related contracts, licenses, and pricing models.

16. Sun and Oracle Java business plans and financial results.

17. Documents evidencing Google's knowledge of the Sun patent portfolio, including documents relating to licensing of the Java IP rights by Google and Google's participation in the Java Community Process.

18. Android releases and related documentation.

19. Google marketing, advertising, and press releases, and statements regarding Android, Android devices, Android distribution and deployment, and revenues attributable to Android.

20. Public and third-party reports, releases, and statements regarding the distribution and deployment of Android devices, and the impact of Android and Android devices on the use, distribution, and deployment of the Java platform and Java devices.

21. Documents relating to each type and category of damages described in Section III below, including license fees, revenue from and profitability of Java and related Oracle businesses, and Oracle's and Google's business models for the relevant lines of business.

The above documents are maintained primarily at one or more Oracle locations in California (Santa Clara, Redwood Shores, and Menlo Park) and Broomfield, Colorado, depending on the location of the various individuals identified above.

## III. INITIAL DISCLOSURES REGARDING COMPUTATION OF DAMAGES (FED. R. CIV. P. 26(A)(1)(C)).

Oracle has not completed its calculation for monetary damages as it will require expert evaluation of information in Google's possession. When available, documents and information will be provided in conformity with Fed. R. Civ. P. 26(a)(2) and/or any relevant Orders entered by the Court.

Based on information currently available to Oracle, Oracle seeks compensation for all damages caused by Google's infringing activities, including recovery of profits Oracle would have made without the infringement, disgorgement of profits made by Google that are attributable to the infringement, and/or award of the fair market value of a license for the rights infringed. Such compensation may include at least (1) harm to the profits of Oracle's Java business caused by Google's infringing activities, including lost license fees; (2) harm to Oracle's business model and strategy relating to Java and the importance of minimizing "forks" in Java; (3) harm to Oracle's reputation and goodwill; (4) harm to Oracle profits from the sales or licenses of other software or hardware products reasonably related to or stemming from Oracle's Java business; (5) the amount a willing buyer would have been reasonably required to pay a willing seller in a hypothetical negotiation for a license to the infringed intellectual property at the time of the infringement; and/or (6) all Google profits directly or indirectly attributable to the infringement, including profits from advertising, search and other revenue through use of the Android platform on mobile devices. Because Google's infringement has been willful and intentional, Oracle is entitled to recover treble damages, pursuant to 35 U.S.C. § 284.

Oracle is entitled to actual damages for Google's use of Oracle's copyrighted works, together with Google's profits attributable to the infringement, computed by subtracting from Google's gross revenue any deductions established by Google for deductible expenses or the elements of profit attributable to factors other than the infringed work. 17 U.S.C. § 504(b). Regarding Google's revenue from its Android business, Google's CEO Eric Schmidt has said "Trust me that revenue is large enough to pay for all of the Android activities and a whole bunch more." Google will disclose information regarding its revenues and expenses attributable to Android during discovery. At a minimum, Oracle is entitled to statutory damages, pursuant to 17 U.S.C. § 504(c).

In addition, Oracle is entitled to recover the costs of suit, prejudgment interest, and attorney's fees under 35 U.S.C. § 285. These costs, expenses and further relief cannot be computed until the conclusion of this suit.

## IV. INITIAL DISCLOSURES REGARDING INSURANCE (FED. R. CIV. P. 26(A)(1)(D)).

Oracle is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in this action or to indemnify or reimburse for payments made to satisfy any judgment.

Dated: December 2, 2010

MICHAEL A. JACOBS
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By: /s/ Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 2, 2010, I served a copy of:

**ORACLE AMERICA, INC.'S INITIAL DISCLOSURES**

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Robert F. Perry
Scott T. Weingaertner
Bruce W. Baber
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003

RPerry@kslaw.com
SWeingaertner@kslaw.com

Fax: 212.556.2222

Donald F. Zimmer, Jr.
Cheryl Z. Sabnis
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105

fzimmer@kslaw.com
csabnis@kslaw.com

Fax: 415.318.1300

Joseph R. Wetzel
GREENBERG TRAURIG LLP
153 Townsend Street, 8th Floor
San Francisco, CA 94107

wetzelj@gtlaw.com

Fax: 415.707.2010

Timothy T. Scott
Geoffrey M. Ezgar
Leo Spooner III
KING & SPALDING, LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065

TScott@kslaw.com
GEzgar@kslaw.com
LSpooner@kslaw.com

Fax: 650.590.1900

Ian C. Ballon
Heather Meeker (*App for Admission to ND Cal to be filed*)
GREENBERG TRAURIG LLP
1900 University Avenue
East Palo Alto, CA 94303

ballon@gtlaw.com
meekerh@gtlaw.com

Fax: 650.328.8508

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 2nd day of December, 2010.

| Richard S. Ballinger | /s/ Richard S. Ballinger |
|---|---|
| (typed) | (signature) |