# Exhibit B

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S SUPPLEMENTAL AND AMENDED INITIAL DISCLOSURES** |
| v. | |
| GOOGLE, INC. | Judge: Honorable William H. Alsup |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and 26(e), Plaintiff Oracle America, Inc. ("Oracle") hereby provides these supplemental and amended initial disclosures. Oracle has made a reasonable and good faith effort to make the initial disclosures provided herein, including providing general descriptions of documents, and identifying persons who may have knowledge of pertinent information, relating to the issues in this action. However, Oracle's investigation of its claims and defenses in this action is ongoing. Other potential witnesses and/or documents may be identified and become significant as discovery proceeds and as the case develops, and therefore, Oracle reserves the right to supplement these disclosures.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT ORACLE MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES (FED. R. CIV. P. 26(a)(1)(A)(i)).

The persons Oracle believes are likely to have discoverable information that Oracle may use to support its claims and defenses are:

| Name, Address, Telephone | Subject |
|---|---|
| Greg Bollella<br>Contact through counsel for Oracle | Java development |
| Roger Calnan<br>Contact through counsel for Oracle | Java development and distribution |
| Andrew Carr<br>Contact through counsel for Oracle | Java distribution |
| Safra Catz<br>Contact through counsel for Oracle | Oracle's business; Oracle's acquisition of Sun; Java business models, business plans, and associated financial data; license discussions between Oracle and Google |
| Neal Civjan<br>Former Oracle employee | Java licensing and sales, including negotiations with Google |
| Patrick Curran<br>Contact through counsel for Oracle | Java standards, JCP, and open Java |
| Bill Daly<br>Contact through counsel for Oracle | Oracle financial data |
| Don Deutsch<br>Contact through counsel for Oracle | Java standards, JCP, and open Java, Java revenues and business |
| Larry Ellison<br>Contact through counsel for Oracle | History of Oracle; Oracle's business; Oracle's acquisition of Sun; Java business models and business plans; license discussions between Oracle and Google |
| Gustavo Galimberti<br>Contact through counsel for Oracle | Java development, Java licensing, Java distribution and support |
| Craig Gering<br>Former Oracle employee | Java development, licensing, and testing |

| Name, Address, Telephone | Subject |
|---|---|
| Ivgen Guner<br>Contact through counsel for Oracle | Oracle financial data |
| Vineet Gupta<br>Former Oracle employee | Java sales and licensing, including negotiations with Google |
| Steve Harris<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans |
| Jeannette Hung<br>Contact through counsel for Oracle | Java development |
| Thomas Kurian<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Jacob Lehrbaum<br>Contact through counsel for Oracle | Java licensing and copyrights |
| Matthew Mayerson<br>Contact through counsel for Oracle | Software distribution |
| Kerry McGuire<br>Contact through counsel for Oracle | Java business and revenues |
| John Pampuch<br>Contact through counsel for Oracle | Java VM technology |
| Bill Pittore<br>Contact through counsel for Oracle | Java VM development |
| Nandini Ramani<br>Contact through counsel for Oracle | Java Development |
| Mark Reinhold<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Hasan Rizvi<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Susan Roach<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Bill Shannon<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Param Singh<br>Contact through counsel for Oracle | Mobile Java development and business plan |
| Guy Steele<br>Contact through counsel for Oracle | Java development |
| Brian Sutphin<br>Contact through counsel for Oracle | Java licensing and business, including negotiations with Google, Java business plans |
| Ken Glueck<br>Contact through counsel for Oracle | License discussions between Oracle and Google; Java business models and business plans |
| Michael Pfefferlen<br>Contact through counsel for Oracle | Java sales and licensing, including negotiations with Google |

| Name, Address, Telephone | Subject |
|---|---|
| Adam Messinger<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans |
| Bhaskar Gorti<br>Contact through counsel for Oracle | Oracle's business |
| Jeet Kaul<br>Former Oracle employee | Java licensing and business |
| Kathleen Knopoff<br>Former Sun employee | Java licensing and business |
| Leo Cizek<br>Contact through counsel for Oracle | Java licensing and business, including negotiations with Google, Java business plans |
| Lino Persi<br>Contact through counsel for Oracle | Java licensing and business |
| Noel Poore<br>Contact through counsel for Oracle | Mobile Java development and business plan |
| Geoffrey Morton<br>Contact through counsel for Oracle | Java licensing and business |
| Ed Washington<br>Contact through counsel for Oracle | Java licensing and business |
| Govind Vedantham<br>Contact through counsel for Oracle | Java licensing and business |
| Martin Lister<br>Former Oracle Employee | Java licensing and business |
| Nachi Periakaruppan<br>Former Oracle Employee | Java licensing and business |
| Brian Faye<br>Contract through counsel for Oracle | Java licensing and business |
| Rajiv Mordani<br>Contact through counsel for Oracle | Java development |
| Joe (Huizhe) Wang<br>Contact through counsel for Oracle | Java development |
| Lars Bak<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |
| Nedim Fresko<br>121 Lincoln Way<br>San Francisco, CA 94122-2717 | Inventor of U.S. Patent Nos. 5,966,702 and 7,426,720 |
| Li Gong<br>Mozilla Foundation<br>650 Castro Street, Suite 300<br>Mountain View, CA 94041-2072<br>lgong@mozilla.com | Inventor of U.S. Patent Nos. 6,125,447 and 6,192,476 |
| James Gosling<br>Google employee | Inventor of U.S. Patent No. RE38,104 |
| Robert Griesemer<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |

| Name, Address, Telephone | Subject |
|---|---|
| Richard Tuck<br>343 Hill Street<br>San Francisco, CA 94114-2916 | Inventor of U.S. Patent Nos. 5,966,702 and 6,061,520 |
| Frank Yellin<br>Google employee | Inventor of U.S. Patent No. 6,061,520 |
| Representatives of Google, including witnesses identified in Google's initial disclosure and individuals included in Google's custodial collection | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Joshua Bloch<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Dan Bornstein<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Bill Buzbee<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Eric Chu<br>Google employee | Java license negotiations between Google and Sun |
| Gregorz Czajkowski<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Tim Lindholm<br>Google employee | Java license negotiations between Google and Sun |
| Rich Miner<br>Google employee | Java license negotiations between Google and Sun |
| Larry Page<br>Google employee | Knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |
| Andy Rubin<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, revenues, and license negotiations between Google and Oracle |

| Name, Address, Telephone | Subject |
|---|---|
| Eric Schmidt<br>Google employee | Java development; knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |
| Representatives of manufacturers and distributors of Android devices | Android distribution, revenues, infringement |
| Alan Brenner<br>RIM/Blackberry employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Ethan Beard<br>Facebook employee | Java license negotiations between Google and Sun |
| Rich Green<br>Nokia employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Individuals identified by Google in response to Oracle's interrogatory as having been involved in the development of Android | Android development |

**II.     DOCUMENTS (FED. R. CIV. P. 26(a)(1)(A)(ii)).**

Oracle discloses and describes by category the following documents, electronically-stored information, data compilations and tangible things that are or may be in the possession, custody or control of Oracle that Oracle currently and reasonably believes it may use to support its claims or defenses:

1. U.S. Patent No. 6,125,447 and related files.
2. U.S. Patent No. 6,192,476 and related files.
3. U.S. Patent No. 5,966,702 and related files.
4. U.S. Patent No. 7,426,720 and related files.
5. U.S. Patent No. RE38,104 and related files.
6. U.S. Patent No. 6,910,205 and related files.
7. U.S. Patent No. 6,061,520 and related files.
8. U.S. Certificate of Copyright Registration for J2SE 1.4, the copyrighted work, and related files.

9. U.S. Certificate of Copyright Registration for J2SE 5.0, the copyrighted work, and related files.
10. U.S. Certificate of Supplemental Copyright Registration for J2SE 5.0 and related files.
11. Documents evidencing the conception, development, reduction to practice, and design of the inventions claimed by the patents at issue.
12. Documents relating to the history and development of the Java platform.
13. Java releases and related documentation.
14. Documents evidencing sales, distribution, deployment, and use of Java products.
15. Java-related contracts, licenses, and pricing models.
16. Sun and Oracle Java business plans and financial results.
17. Documents evidencing Google's knowledge of the Sun patent portfolio, including documents relating to licensing of the Java IP rights by Google and Google's participation in the Java Community Process.
18. Android releases and related documentation.
19. Google marketing, advertising, and press releases, and statements regarding Android, Android devices, Android distribution and deployment, and revenues attributable to Android.
20. Public and third-party reports, releases, and statements regarding the distribution and deployment of Android devices, and the impact of Android and Android devices on the use, distribution, and deployment of the Java platform and Java devices.
21. Documents relating to each type and category of damages described in Section III below, including license fees, revenue from and profitability of Java and related Oracle businesses, and Oracle's and Google's business models for the relevant lines of business.

The above documents are maintained primarily at one or more Oracle locations in California (Santa Clara, Redwood Shores, and Menlo Park) and Broomfield, Colorado, depending on the location of the various individuals identified above.  Oracle has otherwise produced and is continuing to produce documents that Oracle reasonably believes it may use to support its claims or defenses.

### III. INITIAL DISCLOSURES REGARDING COMPUTATION OF DAMAGES (FED. R. CIV. P. 26(a)(1)(A)(iii)).

Oracle provided Google's counsel with a damages expert report, subject to possible supplementation, and Oracle has otherwise provided information regarding the computation of damages in response to Google's interrogatories, and Oracle incorporates both by reference into these amended disclosures. As noted previously, Oracle has not completed its calculation for monetary damages as it will require expert evaluation of information in Google's possession and further supplementation after further productions of documents by Google.  Oracle otherwise incorporates by reference its initial disclosures.

### IV. INITIAL DISCLOSURES REGARDING INSURANCE (FED. R. CIV. P. 26(a)(1)(A)(iv)).

Oracle is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in this action or to indemnify or reimburse for payments made to satisfy any judgment.

Dated: June 3, 2011
DAVID BOIES
STEVEN C. HOLTZMAN
BOIES, SCHILLER & FLEXNER LLP

By:  /s/ STEVEN C. HOLTZMAN

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Boies, Schiller & Flexner LLP whose address is 1999 Harrison Street, Suite 900, Oakland, California 94612. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 3, 2011, I served a copy of:

**ORACLE AMERICA, INC.'S SUPPLEMENTAL AND AMENDED INITIAL DISCLOSURES**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Boies, Schiller & Flexner LLP's facsimile transmission telephone number 510.874.1460 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Boies, Schiller & Flexner LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Boies, Schiller & Flexner LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Boies, Schiller & Flexner LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California 94612 in accordance with Boies, Schiller & Flexner LLP's ordinary business practices.

I am readily familiar with Boies, Schiller & Flexner LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Boies, Schiller & Flexner LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Boies, Schiller & Flexner LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 1999 Harrison Street, Suite 900, Oakland, California 94612 in accordance with Boies, Schiller & Flexner LLP's ordinary business practices.

I am readily familiar with Boies, Schiller & Flexner LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Boies, Schiller & Flexner LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Boies, Schiller & Flexner LLP for collection.

| | |
|---|---|
| ☐ | **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Boies, Schiller & Flexner LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below. |

I am readily familiar with Boies, Schiller & Flexner LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Boies, Schiller & Flexner LLP's business practice the document(s) described above will be taken from Boies, Schiller & Flexner LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Boies, Schiller & Flexner LLP's mailroom.

| | |
|---|---|
| X | **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Boies, Schiller & Flexner LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b). |

| | |
|---|---|
| Robert F. Perry<br>Scott T. Weingaertner<br>Bruce W. Baber<br>Mark H. Francis<br>Christopher C. Carnaval<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br><br>RPerry@kslaw.com<br>SWeingaertner@kslaw.com<br>bbaber@kslaw.com<br>mfrancis@kslaw.com<br>ccarnaval@kslaw.com<br><br>Google-Oracle-Service-OutsideCounsel@kslaw.com<br><br>Fax:     212.556.2222 | Timothy T. Scott<br>Geoffrey M. Ezgar<br>Leo Spooner III<br>KING & SPALDING, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA  94065<br><br>TScott@kslaw.com<br>GEzgar@kslaw.com<br>LSpooner@kslaw.com<br><br>Fax:     650.590.1900 |
| Donald F. Zimmer, Jr.<br>Cheryl Z. Sabnis<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br><br>fzimmer@kslaw.com<br>csabnis@kslaw.com<br><br>Fax: 415.318.1300 | Steven Snyder<br>KING & SPALDING LLP<br>100 N. Tryon Street, Suite 3900<br>Charlotte, NC 28202<br><br>ssnyder@kslaw.com<br><br>Fax:     704.503.2622 |

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1418284

2

| | |
|---|---|
| Brian Banner<br>King & Spalding LLP<br>401 Congress Avenue<br>Suite 3200<br>Austin, TX  78701<br><br>bbanner@kslaw.com<br><br>Fax.  512.457.2100 | Renny F. Hwang<br>GOOGLE INC.<br>1600 Amphitheatre Parkway<br>Mountain View, CA  94043<br><br>rennyhwang@google.com<br><br>Fax:    650.618.1806 |
| Ian C. Ballon<br>Heather Meeker<br>GREENBERG TAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br><br>ballon@gtlaw.com<br>meekerh@gtlaw.com<br><br>Fax:    650.328.8508 | Joseph R. Wetzel<br>Dana K. Powers<br>GREENBERG TAURIG, LLP<br>153 Townsend Street, 8th Floor<br>San Francisco, CA  94107<br><br>wetzelj@gtlaw.com<br>powersdk@gtlaw.com<br><br>Fax: 415.707.2010 |
| Valerie W. Ho<br>GREENBERG TAURIG LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404<br><br>hov@gtlaw.com<br><br>Fax: 310.586.7800 | Robert A. Van Nest<br>Christa M. Anderson<br>Michael S. Kwun<br>Daniel Purcell<br>Eugene M. Paige<br>Matthias A. Kamber<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>rvannest@kvn.com<br>canderson@kvn.com<br>mkwun@kvn.com<br>dpurcell@kvn.com<br>epaige@kvn.com<br>mkamber@kvn.com<br><br>Fax: 415.397.7188 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Oakland, California, this 3rd day of June, 2011.

_____       *Sheilah T. Buack* _____
     Sheilah Buack                                                                              (signature)
         (typed)

CERTIFICATE OF SERVICE
CASE NO. CV 10-03561 WHA
pa-1418284

3