# Exhibit C

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. 3:10-cv-03561-WHA<br><br>**ORACLE AMERICA, INC.'S SECOND AMENDED INITIAL DISCLOSURES**<br><br>Judge:  Honorable William Alsup |

1

2      Pursuant to Federal Rule of Civil Procedure 26(a)(1) and 26(e), Plaintiff Oracle America,

3   Inc. ("Oracle") hereby provides these supplemental and amended initial disclosures.  Oracle has

4   made a reasonable and good faith effort to make the initial disclosures provided herein, including

5   providing general descriptions of documents, and identifying persons who may have knowledge

6   of pertinent information, relating to the issues in this action.  However, Oracle's investigation of

7   its claims and defenses in this action is ongoing.  Other potential witnesses and/or documents may

8   be identified and become significant as discovery proceeds and as the case develops, and

9   therefore, Oracle reserves the right to supplement these disclosures.

10  **I.      INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION
           THAT ORACLE MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES**
11         **(FED. R. CIV. P. 26(a)(1)(A)(i)).**

12      The persons Oracle believes are likely to have discoverable information that Oracle may

13  use to support its claims and defenses are:

14

| Name, Address, Telephone | Subject |
| --- | --- |
| Greg Bollella<br>Contact through counsel for Oracle | Java development |
| Roger Calnan<br>Contact through counsel for Oracle | Java development and distribution |
| Andrew Carr<br>Contact through counsel for Oracle | Java distribution |
| Safra Catz<br>Contact through counsel for Oracle | Oracle's business; Oracle's acquisition of Sun; Java business models, business plans, and associated financial data; license discussions between Oracle and Google |
| Neal Civjan<br>Former Oracle employee | Java licensing and sales, including negotiations with Google |
| Patrick Curran<br>Contact through counsel for Oracle | Java standards, JCP, and open Java |
| Bill Daly<br>Contact through counsel for Oracle | Oracle financial data |
| Don Deutsch<br>Contact through counsel for Oracle | Java standards, JCP, and open Java, Java revenues and business |
| Larry Ellison<br>Contact through counsel for Oracle | History of Oracle; Oracle's business; Oracle's acquisition of Sun; Java business models and business plans; license discussions between Oracle and Google |
| Gustavo Galimberti<br>Contact through counsel for Oracle | Java development, Java licensing, Java distribution and support |

1

2

| Name, Address, Telephone | Subject |
|---|---|
| Craig Gering<br>Former Oracle employee | Java development, licensing, and testing |
| Ivgen Guner<br>Contact through counsel for Oracle | Oracle financial data |
| Vineet Gupta<br>Former Oracle employee | Java sales and licensing, including negotiations with Google |
| Steve Harris<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans |
| Jeannette Hung<br>Contact through counsel for Oracle | Java development |
| Thomas Kurian<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Jacob Lehrbaum<br>Contact through counsel for Oracle | Java licensing and copyrights |
| Matthew Mayerson<br>Contact through counsel for Oracle | Software distribution |
| Kerry McGuire<br>Contact through counsel for Oracle | Java business and revenues |
| John Pampuch<br>Contact through counsel for Oracle | Java VM technology |
| Bill Pittore<br>Contact through counsel for Oracle | Java VM development |
| Nandini Ramani<br>Contact through counsel for Oracle | Java Development |
| Mark Reinhold<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Hasan Rizvi<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Susan Roach<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Bill Shannon<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Param Singh<br>Contact through counsel for Oracle | Mobile Java development and business plan |
| Guy Steele<br>Contact through counsel for Oracle | Java development |
| Brian Sutphin<br>Contact through counsel for Oracle | Java licensing and business, including negotiations with Google, Java business plans |

| Name, Address, Telephone | Subject |
|---|---|
| Ken Glueck<br>Contact through counsel for Oracle | License discussions between Oracle and Google; Java business models and business plans |
| Michael Pfefferlen<br>Contact through counsel for Oracle | Java sales and licensing, including negotiations with Google |
| Adam Messinger<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans |
| Bhaskar Gorti<br>Contact through counsel for Oracle | Oracle's business |
| Jeet Kaul<br>Former Oracle employee | Java licensing and business |
| Kathleen Knopoff<br>Former Sun employee | Java licensing and business |
| Leo Cizek<br>Contact through counsel for Oracle | Java licensing and business, including negotiations with Google, Java business plans |
| Lino Persi<br>Contact through counsel for Oracle | Java licensing and business |
| Noel Poore<br>Contact through counsel for Oracle | Mobile Java development and business plan |
| Geoffrey Morton<br>Contact through counsel for Oracle | Java licensing and business |
| Ed Washington<br>Contact through counsel for Oracle | Java licensing and business |
| Govind Vedantham<br>Contact through counsel for Oracle | Java licensing and business |
| Martin Lister<br>Former Oracle Employee | Java licensing and business |
| Nachi Periakaruppan<br>Former Oracle Employee | Java licensing and business |
| Brian Faye<br>Contract through counsel for Oracle | Java licensing and business |
| Rajiv Mordani<br>Contact through counsel for Oracle | Java development |
| Joe (Huizhe) Wang<br>Contact through counsel for Oracle | Java development |
| Lars Bak<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |
| Nedim Fresko<br>121 Lincoln Way<br>San Francisco, CA 94122-2717 | Inventor of U.S. Patent Nos. 5,966,702 and 7,426,720 |
| Li Gong<br>Mozilla Foundation<br>650 Castro Street, Suite 300<br>Mountain View, CA 94041-2072<br>lgong@mozilla.com | Inventor of U.S. Patent Nos. 6,125,447 and 6,192,476 |

| Name, Address, Telephone | Subject |
|---|---|
| James Gosling<br>Google employee | Inventor of U.S. Patent No. RE38,104 |
| Robert Griesemer<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |
| Richard Tuck<br>343 Hill Street<br>San Francisco, CA 94114-2916 | Inventor of U.S. Patent Nos. 5,966,702 and 6,061,520 |
| Frank Yellin<br>Google employee | Inventor of U.S. Patent No. 6,061,520 |
| Representatives of Google, including witnesses identified in Google's initial and Second Amended Disclosures and individuals included in Google's custodial collection | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Joshua Bloch<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Dan Bornstein<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Bill Buzbee<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Eric Chu<br>Google employee | Java license negotiations between Google and Sun |
| Gregorz Czajkowski<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Tim Lindholm<br>Google employee | Java license negotiations between Google and Sun |
| Rich Miner<br>Google employee | Java license negotiations between Google and Sun |
| Larry Page<br>Google employee | Knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |

| Name, Address, Telephone | Subject |
|---|---|
| Andy Rubin<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, revenues, and license negotiations between Google and Oracle |
| Eric Schmidt<br>Google employee | Java development; knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |
| Representatives of manufacturers and distributors of Android devices | Android distribution, revenues, infringement |
| Alan Brenner<br>RIM/Blackberry employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Ethan Beard<br>Facebook employee | Java license negotiations between Google and Sun |
| Rich Green<br>Nokia employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Individuals identified by Google in response to Oracle's interrogatory as having been involved in the development of Android | Android development |
| Other former employees of Sun and Oracle as referenced in Google's Disclosures, including but not limited to:<br><br>Noreen Krall<br>Scott McNealy | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google; the patents-in-suit; the asserted copyrights; and issues related thereto |
| Individuals identified as custodians of documents by any party in response to discovery requests or by third party in response to a subpoena in this action. | Issues raised by the documents in question. |
| All persons to be identified as expert witnesses pursuant to and at the time required by this Court's orders regarding disclosure of such witnesses. | To be disclosed in accordance with the Court's rules regarding expert disclosure. |
| All persons noticed for deposition and deposed by either Oracle or Google in this litigation. | Issues within the scope of the examination of the witness in his/her deposition. |

## II.     DOCUMENTS (FED. R. CIV. P. 26(a)(1)(A)(ii)).

Oracle discloses and describes by category the following documents, electronically-stored information, data compilations and tangible things that are or may be in the possession, custody or control of Oracle that Oracle currently and reasonably believes it may use to support its claims or defenses:

1.    U.S. Patent No. 6,125,447 and related files.

2.    U.S. Patent No. 6,192,476 and related files.

3.    U.S. Patent No. 5,966,702 and related files.

4.    U.S. Patent No. 7,426,720 and related files.

5.    U.S. Patent No. RE38,104 and related files.

6.    U.S. Patent No. 6,910,205 and related files.

7.    U.S. Patent No. 6,061,520 and related files.

8.    U.S. Certificate of Copyright Registration for J2SE 1.4, the copyrighted work, and related files.

9.    U.S. Certificate of Copyright Registration for J2SE 5.0, the copyrighted work, and related files.

10.   U.S. Certificate of Supplemental Copyright Registration for J2SE 5.0 and related files.

11.   Documents evidencing the conception, development, reduction to practice, and design of the inventions claimed by the patents at issue.

12.   Documents relating to the history and development of the Java platform.

13.   Java releases and related documentation.

14.   Documents evidencing sales, distribution, deployment, and use of Java products.

15.   Documents offered as exhibits at deposition.

16.   Java-related contracts, licenses, and pricing models.

17.   Sun and Oracle Java business plans and financial results.

18. Documents evidencing Google's knowledge of the Sun patent portfolio, including documents relating to licensing of the Java IP rights by Google and Google's participation in the Java Community Process.

19. Android releases and related documentation.

20. Google marketing, advertising, and press releases, and statements regarding Android, Android devices, Android distribution and deployment, and revenues attributable to Android.

21. Public and third-party reports, releases, and statements regarding the distribution and deployment of Android devices, and the impact of Android and Android devices on the use, distribution, and deployment of the Java platform and Java devices.

22. Documents relating to each type and category of damages described in Section III below, including license fees, revenue from and profitability of Java and related Oracle businesses, and Oracle's and Google's business models for the relevant lines of business.

The above documents are maintained primarily at one or more Oracle locations in California (Santa Clara, Redwood Shores, and Menlo Park) and Broomfield, Colorado, depending on the location of the various individuals identified above.  Oracle has otherwise produced and is continuing to produce documents that Oracle reasonably believes it may use to support its claims or defenses.

**III.   INITIAL DISCLOSURES REGARDING COMPUTATION OF DAMAGES (FED. R. CIV. P. 26(a)(1)(A)(iii)).**

Based on Court order (Dkt. No. 230), a revised and/or new damages expert report will provided on September 12, 2011, subject to possible supplementation thereafter.  Oracle has otherwise provided information regarding the computation of damages in response to Google's interrogatories, and Oracle incorporates both by reference into these amended disclosures. As noted previously, Oracle has not completed its calculation for monetary damages as it will require expert evaluation of information in Google's possession and further supplementation after further

productions of documents by Google.  Oracle otherwise incorporates by reference its initial disclosures.

## IV.     INITIAL DISCLOSURES REGARDING INSURANCE (FED. R. CIV. P. 26(a)(1)(A)(iv)).

Oracle is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in this action or to indemnify or reimburse for payments made to satisfy any judgment.

Dated: August 10, 2011                      BOIES, SCHILLER & FLEXNER LLP


                                            By: */s/ Alanna Rutherford*
                                                 Alanna Rutherford

                                                 *Attorneys for Plaintiff*
                                                 ORACLE AMERICA, INC.

1

2

**CERTIFICATE OF SERVICE**

3

      I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

4

5

      I further declare that on August 10, 2011, I served a copy of:

6

7

      **ORACLE AMERICA, INC.'S SECOND AMENDED INITIAL DISCLOSURES**

8

9

      **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

10

11

12

Robert F. Perry
Scott T. Weingaertner
Bruce W. Baber
Mark H. Francis
Christopher C. Carnaval
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-4003

RPerry@kslaw.com
SWeingaertner@kslaw.com
bbaber@kslaw.com
mfrancis@kslaw.com
ccarnaval@kslaw.com

Google-Oracle-Service-OutsideCounsel@kslaw.com

Fax:    212.556.2222

13

14

15

16

17

18

19

20

21

Timothy T. Scott
Geoffrey M. Ezgar
Leo Spooner III
KING & SPALDING, LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065

TScott@kslaw.com
GEzgar@kslaw.com
LSpooner@kslaw.com

Fax:    650.590.1900

22

Donald F. Zimmer, Jr.
Cheryl Z. Sabnis
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105

fzimmer@kslaw.com
csabnis@kslaw.com

Fax: 415.318.1300

23

24

25

26

Steven Snyder
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202

ssnyder@kslaw.com

Fax:    704.503.2622

27

28

1

2   Brian Banner                                    Renny F. Hwang
    King & Spalding LLP                             GOOGLE INC.
3   401 Congress Avenue                             1600 Amphitheatre Parkway
    Suite 3200                                      Mountain View, CA  94043
4   Austin, TX  78701

5   bbanner@kslaw.com                               rennyhwang@google.com

6   Fax.  512.457.2100                              Fax:    650.618.1806

7   Ian C. Ballon                                   Joseph R. Wetzel
    Heather Meeker                                  Dana K. Powers
8   GREENBERG TRAURIG LLP                           GREENBERG TRAURIG, LLP
    1900 University Avenue, 5th Floor               153 Townsend Street, 8th Floor
9   East Palo Alto, CA  94303                       San Francisco, CA  94107

10  ballon@gtlaw.com                                wetzelj@gtlaw.com
    meekerh@gtlaw.com                               powersdk@gtlaw.com
11
    Fax:    650.328.8508                            Fax:  415.707.2010
12
    Valerie W. Ho                                   Robert A. Van Nest
13  GREENBERG TRAURIG LLP                           Christa M. Anderson
    2450 Colorado Avenue, Suite 400E                Michael S. Kwun
14  Santa Monica, CA  90404                         Daniel Purcell
                                                    Eugene M. Paige
15  hov@gtlaw.com                                   Matthias A. Kamber
                                                    KEKER & VAN NEST LLP
16  Fax: 310.586.7800                               633 Battery Street
                                                    San Francisco, CA  94111-1809
17  Wendy M. Mantell                                rvannest@kvn.com
    GREENBERG TRAURIG LLP                           canderson@kvn.com
18  2450 Colorado Avenue, Suite 400 East            mkwun@kvn.com
    Santa Monica, CA  90404                         dpurcell@kvn.com
19                                                  epaige@kvn.com
    mantellw@gtlaw.com                              mkamber@kvn.com
20
    Fax: 310.586.7800                               dalvik-kvn@kvn.com
21
                                                    Fax:  415.397.7188
22
            I declare under penalty of perjury that the foregoing is true and correct.
23
            Executed at Palo Alto, California, this 10th day of August, 2011.
24

25

26

27  _____          _____
         Yuka Teraguchi                            /s/ Yuka Teraguchi
28            (typed)                                  (signature)