1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   KENNETH A. KUWAYTI (Bar No. 145384)
3  kkuwayti@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
4  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
5  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA 94304-1018
6  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

7  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
8  dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA 94612
11 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

12 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
13 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
14 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
15 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA 94065
16 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
18

19                     UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                          SAN FRANCISCO DIVISION

22 

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES
CASE NO. CV 10-03561 WHA
sf-3145405

Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. 851) and the parties' agreement to increase the number of witnesses on the list to ten (Dkt. 884), Oracle America, Inc. hereby files and serves its current list of its anticipated next trial witnesses.

1. Agarwal, Aditya
2. Gupta, Vineet (by video)
3. Lindholm, Tim
4. Mitchell, John
5. Page, Larry
6. Rubin, Andy
7. Schmidt, Eric

Dated: May 13, 2012

MICHAEL A. JACOBS
KENNETH A. KUWAYTI
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By: /s/ *Daniel P. Muino*

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.