[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>        Defendant. | CASE NO. CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT AND PHASE 3 ISSUES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

| | |
|---|---|
| 1 | |
| 2 | To simplify the proceedings in this matter, the parties hereby stipulate and agree to the following: |
| 3 | |
| 4 | Subject to Court approval, the issue of willfulness with respect to patent infringement will be submitted to the jury in Phase 2 of this trial.  Should Oracle introduce additional evidence relating to willfulness, Google will have the right to introduce additional responsive evidence. Both shall be subject to the time limits previously set for Phase 2. |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | **[PROPOSED] ORDER** |
| 10 | The foregoing stipulation is approved, and IT IS SO ORDERED. |
| 11 | |
| 12 | |
| 13 | Date: _____    _____ |
| 14 | Honorable William Alsup<br>Judge of the United States District Court |

STIPULATION RE: CASE MANAGEMENT AND PHASE 3 ISSUES
CASE NO. CV 10-03561 WHA

1

665249.02

Dated: May 13, 2012	KEKER & VAN NEST LLP

By:  */s/ Robert A. Van Nest*

KEKER & VAN NEST LLP
ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (Pro Hac Vice)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

Dated: May 13, 2012

BOIES, SCHILLER & FLEXNER LLP


By: /s/ Michael A. Jacobs

DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
FRED NORTON (Bar No. 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350


MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

**ATTESTATION**

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this STIPULATION RE CASE MANAGEMENT AND PHASE 3 ISSUES.  In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs has concurred in this filing.

Date:  May 13, 2012              */s/ Robert A. Van Nest*
                                        ROBERT A. VAN NEST