1  [counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | CASE NO. CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE CASE MANAGEMENT**<br>**AND PHASE 3 ISSUES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

1

2      To simplify the proceedings in this matter, the parties hereby stipulate and agree to the

3 following:

4      Subject to Court approval, the issue of willfulness with respect to patent infringement will

5 be submitted to the jury in Phase 2 of this trial.  Should Oracle introduce additional evidence

6 relating to willfulness, Google will have the right to introduce additional responsive evidence.

7 Both shall be subject to the time limits previously set for Phase 2.

8

9                                                 **[PROPOSED] ORDER**

10      The foregoing stipulation is approved, and IT IS SO ORDERED.

11

12 Date:   May 14, 2012.

13                                                Honorable William Alsup

14                                                Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: May 13, 2012                          KEKER & VAN NEST LLP


                                             By:  */s/ Robert A. Van Nest*


                                             KEKER & VAN NEST LLP
                                             ROBERT A. VAN NEST (SBN 84065)
                                             rvannest@kvn.com
                                             CHRISTA M. ANDERSON (SBN 184325)
                                             canderson@kvn.com
                                             DANIEL PURCELL (SBN 191424)
                                             dpurcell@kvn.com
                                             633 Battery Street
                                             San Francisco, CA 94111-1704
                                             Telephone: (415) 391-5400
                                             Facsimile: (415) 397-7188

                                             KING & SPALDING LLP
                                             SCOTT T. WEINGAERTNER (Pro Hac Vice)
                                             sweingaertner@kslaw.com
                                             ROBERT F. PERRY
                                             rperry@kslaw.com
                                             BRUCE W. BABER (Pro Hac Vice)
                                             bbaber@kslaw.com
                                             1185 Avenue of the Americas
                                             New York, NY 10036-4003
                                             Telephone:  (212) 556-2100
                                             Facsimile:   (212) 556-2222

                                             KING & SPALDING LLP
                                             DONALD F. ZIMMER, JR. (SBN 112279)
                                             fzimmer@kslaw.com
                                             CHERYL A. SABNIS (SBN 224323)
                                             csabnis@kslaw.com
                                             101 Second Street - Suite 2300
                                             San Francisco, CA 94105
                                             Telephone: (415) 318-1200
                                             Facsimile:  (415) 318-1300

                                             GREENBERG TRAURIG, LLP
                                             IAN C. BALLON (SBN 141819)
                                             ballon@gtlaw.com
                                             HEATHER MEEKER (SBN 172148)
                                             meekerh@gtlaw.com
                                             1900 University Avenue
                                             East Palo Alto, CA 94303
                                             Telephone: (650) 328-8500
                                             Facsimile: (650) 328-8508

                                             *Attorneys for Defendant*
                                             GOOGLE INC.

STIPULATION RE: CASE MANAGEMENT AND PHASE 3 ISSUES
CASE NO. CV 10-03561 WHA

2

665249.02

Dated: May 13, 2012	BOIES, SCHILLER & FLEXNER LLP

By: /s/ Michael A. Jacobs

DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
FRED NORTON (Bar No. 224725)
fnorton@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
ALANNA RUTHERFORD (Admitted *Pro Hac Vice*)
575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350


MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## ATTESTATION

I, Robert A. Van Nest, am the ECF User whose ID and password are being used to file this STIPULATION RE CASE MANAGEMENT AND PHASE 3 ISSUES. In compliance with General Order 45, X.B., I hereby attest that Michael Jacobs has concurred in this filing.

Date: May 13, 2012         */s/ Robert A. Van Nest*
                                            ROBERT A. VAN NEST