# Exhibit A

**ORACLE'S MAY 14, 2012 COPYRIGHT LIABILITY REPLY BRIEF**
**EXHIBIT A**

Methods and Fields Mentioned in the
Java Language Specification (third edition)
(excluding examples and commentary)


All methods and fields mentioned in the Java Language Specification (JLS) are listed below, indented under the names of their containing classes. All of the classes are in the java.lang API package.

The right-hand column shows the section number and page number of the first mention of the corresponding method or field.

The notation (-) is used when the parameter list of a method is not described in the JLS.

Very few of these methods and fields are described in any detail in the JLS. All methods and fields are fully specified in the API specifications.

Number of methods and fields listed here: 84

```
Boolean
  Boolean()                        18.1.1 (p. 497)
  booleanValue(-)                  5.1.7 (p. 86)
  toString()                       18.1.1 (p. 497)
Byte
  byteValue(-)                     5.1.7 (p. 86)
Character
  Character()                      18.1.1 (p. 497)
  charValue(-)                     5.1.7 (p. 86)
  isJavaIdentifierPart(int)        3.8 (p. 19)
  isJavaIdentifierStart(int)       3.8 (p. 19)
  toString()                       18.1.1 (p. 497)
Class
  defineClass(-)                   12.2 (p. 312)
  getClass(-)                      4.12.6 (p. 73)
  getName(-)                       4.12.6 (p. 73)
  newInstance(-)                   11.3 (p. 302)
Double
  Double()                         18.1.1 (p. 497)
  doubleToRawLongBits(-)           4.2.3 (p. 37)
  doubleValue(-)                   5.1.7 (p. 86)
  isNaN(-)                         5.1.7 (p. 86)
  longBitsToDouble(-)              3.10.2 (p. 24)
  toString()                       18.1.1 (p. 497)
  valueOf(-)                       3.10.2 (p. 24)
  NEGATIVE_INFINITY                3.10.2 (p. 24)
  NaN                              3.10.2 (p. 24)
  POSITIVE_INFINITY                3.10.2 (p. 24)
Enum
  equals(-)                        8.9 (p. 249)
Float
  Float()                          18.1.1 (p. 497)
  floatToRawIntBits(-)             4.2.3 (p. 37)
  floatValue(-)                    5.1.7 (p. 86)
  intBitsToFloat(-)                3.10.2 (p. 24)
```

1

| | |
|---|---|
| isNaN(-) | 5.1.7 (p. 86) |
| toString() | 18.1.1 (p. 497) |
| valueOf(-) | 3.10.2 (p. 24) |
| NEGATIVE_INFINITY | 3.10.2 (p. 24) |
| NaN | 3.10.2 (p. 24) |
| POSITIVE_INFINITY | 3.10.2 (p. 24) |
| Integer | |
| Integer() | 18.1.1 (p. 497) |
| intValue(-) | 5.1.7 (p. 86) |
| toString() | 18.1.1 (p. 497) |
| MAX_VALUE | 3.1.4 (p. 199) |
| Iterable | |
| iterator() | 14.14.2 (p. 387) |
| Long | |
| Long() | 18.1.1 (p. 497) |
| longValue(-) | 5.1.7 (p. 86) |
| toString() | 18.1.1 (p. 497) |
| Math | |
| max(-) | 15.20.1 (p. 503) |
| min(-) | 15.20.1 (p. 503) |
| Object | |
| clone() | 4.3.2 (p. 47) |
| equals(Object) | 4.3.2 (p. 47) |
| finalize() | 4.3.2 (p. 47) |
| getClass() | 4.3.2 (p. 47) |
| hashCode() | 4.3.2 (p. 47) |
| notify() | 4.3.2 (p. 47) |
| notifyAll() | 4.3.2 (p. 47) |
| toString() | 4.3.2 (p. 47) |
| toString(-) | 4.3.1 (p. 45) |
| wait() | 4.3.2 (p. 47) |
| wait(long) | 4.3.2 (p. 47) |
| wait(long, int) | 4.3.2 (p. 47) |
| Runtime | |
| exit(-) | 12.8 (p. 331) |
| Short | |
| shortValue(-) | 5.1.7 (p. 86) |
| String | |
| equals(-) | 15.21.3 (p. 507) |
| intern(-) | 3.10.5 (p. 28) |
| toCharArray(-) | 10.9 (p. 294) |
| toString() | 18.1.1 (p. 497) |
| System | |
| exit(-) | 12.8 (p. 331) |
| setErr(-) | 17.5.4 (p. 578) |
| setIn(-) | 17.5.4 (p. 578) |
| setOut(-) | 17.5.4 (p. 578) |
| err | 17.5.4 (p. 578) |
| in | 17.5.4 (p. 578) |
| out | 17.5.4 (p. 578) |
| Thread.State | |
| BLOCKED | 17.4.9 (p. 571) |
| WAITING | 17.4.9 (p. 571) |
| Thread | |
| getState(-) | 17.4.9 (p. 571) |
| interrupt(-) | 17.8.2 (p. 581) |

| | |
|---|---|
| interrupted(-) | 17.4.4 (p. 561) |
| isAlive() | 17.4.4 (p. 561) |
| isInterrupted(-) | 17.4.4 (p. 561) |
| join() | 17.4.4 (p. 561) |
| sleep(-) | 17.9 (p. 583) |
| start() | 17 (p. 553) |
| stop(-) | 11.1 (p. 298) |
| yield(-) | 17.9 (p. 583) |
| ThreadGroup | |
|   interrupt(-) | 17.8.2 (p. 581) |
|   stop(-) | 11.3.2 (p. 303) |
|   uncaughtException(-) | 11 (p. 297) |