[counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-03561-WHA |
| Plaintiff, | Honorable Judge William Alsup |
| v. | **STIPULATION AND [PROPOSED] ORDER RE INDIRECT PATENT INFRINGEMENT** |
| GOOGLE INC. | |
| Defendant. | |

1. The parties hereby stipulate and agree that if the jury finds that Google directly infringes any claims of either or both of the '104 and '520 patents, the verdict shall be treated as a verdict in favor of Oracle with respect to both its direct and indirect infringement claims relating to such directly infringed patent claims. The issues of indirect infringement (induced and contributory infringement) therefore need not be submitted to the jury.

2. The parties agree that this Stipulation does not constitute an admission that the use, by any entity other than Google, of Android or other technology infringes the '104 or '520 patents or any patents related to or claiming common priority benefit with those patents, and that this Stipulation may not be used to allege or to attempt to prove liability of any entity other than Google for infringement of such patents. The parties further agree that this Stipulation shall not expand the scope or number of specific handsets for which Oracle may be entitled to an award of damages, as previously limited by the Court.

## [PROPOSED] ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____

Honorable William Alsup
Judge, United States District Court

| | |
|---|---|
| DATED:  May 14, 2012 | KEKER & VAN NEST LLP |
| | By:  /s/ Robert A. Van Nest |
| | ROBERT A. VAN NEST (SBN 84065) |
| | rvannest@kvn.com |
| | CHRISTA M. ANDERSON (SBN 184325) |
| | canderson@kvn.com |
| | DANIEL PURCELL (SBN 191424) |
| | dpurcell@kvn.com |
| | KEKER & VAN NEST LLP |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| | |
| | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| | sweingaertner@kslaw.com |
| | ROBERT F. PERRY |
| | rperry@kslaw.com |
| | BRUCE W. BABER *(Pro Hac Vice)* |
| | bbaber@kslaw.com |
| | KING & SPALDING LLP |
| | 1185 Avenue of the Americas |
| | New York, NY 10036-4003 |
| | Telephone:  (212) 556-2100 |
| | Facsimile:   (212) 556-2222 |
| | |
| | Attorneys for Defendant |
| | GOOGLE INC. |

| | | |
|---|---|---|
| 1 | Dated: May 14, 2012 | MORRISON & FOERSTER LLP |
| 2 | | By: */s/ Michael A. Jacobs* |
| 3 | | |
| 4 | | MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 5 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 6 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 7 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 8 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 9 | | |
| 10 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 11 | | dboies@bsfllp.com<br>333 Main Street |
| 12 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 13 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 14 | | sholtzman@bsfllp.com |
| 15 | | FRED NORTON (Bar No. 224725)<br>fnorton@bsfllp.com |
| 16 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 17 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 18 | | |
| 19 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 20 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 21 | | deborah.miller@oracle.com |
| 22 | | MATTHEW M. SARBORARIA (Bar No. 211600)<br>matthew.sarboraria@oracle.com |
| 23 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 24 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 25 | | |
| 26 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 27 | | |
| 28 | | |

3
STIPULATION RE INDIRECT PATENT INFRINGEMENT
CIV. NO. CV 10-03561-WHA

**ATTESTATION**

I, Bruce W. Baber, am the ECF User whose ID and password are being used to file this STIPULATION RE INDIRECT PATENT INFRINGEMENT.  In compliance with General Order 45, X.B., I hereby attest that Robert Van Nest and Michael Jacobs have concurred in this filing.

Date:  May 14, 2012         */s/ Bruce W. Baber*
                                                    BRUCE W. BABER