United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

                                 /

No. C 10-03561 WHA

**SPECIAL VERDICT FORM**

**YOUR ANSWERS MUST BE UNANIMOUS.**

    1.    Has Oracle proven by a preponderance of the evidence that Google infringes claims 11, 27, 29, 39, 40, and 41 of United States Patent Number RE38,104?

|  | Yes (Infringing) | No (Not Proven) |
|---|---|---|
| **CLAIM 11:** | _____ | _____ |
| **CLAIM 27:** | _____ | _____ |
| **CLAIM 29:** | _____ | _____ |
| **CLAIM 39:** | _____ | _____ |
| **CLAIM 40:** | _____ | _____ |
| **CLAIM 41:** | _____ | _____ |

2. Has Oracle proven by a preponderance of the evidence that Google infringes claims 1 and 20 of United States Patent Number 6,061,520?

|  | Yes<br>(Infringing) | No<br>(Not Proven) |
|---|---|---|
| **CLAIM 1:** | _____ | _____ |
| **CLAIM 20:** | _____ | _____ |

3. Has Oracle proven by clear and convincing evidence that Google willfully infringed an asserted patent? (Answer this question only if you answered "Yes" to a prior question.)

|  | Yes<br>(Willful) | No<br>(Not Willful) |
|---|---|---|
| **FOR THE '104 PATENT:** | _____ | _____ |
| **FOR THE '520 PATENT:** | _____ | _____ |

Dated: May ___, 2012.

_____
FOREPERSON

2