KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

KING & SPALDING LLP
SCOTT T. WEINGAERTNER
(*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (Pro Hac Vice)
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Tel: 415.318.1200
Fax: 415.318.1300

IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> GOOGLE INC., <br><br>      Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **GOOGLE INC.'S ROLLING LIST OF NEXT TEN WITNESSES** <br><br> Dept.:   Courtroom 8, 19th Floor <br> Judge:   Hon. William Alsup |

GOOGLE INC.'S ROLLING LIST OF TEN WITNESSES
Case No. 3:10-CV-03561 WHA

665494.01

1   Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. No. 851) and the
2 parties' agreement to increase the number of witnesses on the list to ten (Dkt. No. 884), Google
3 Inc. hereby files and serves its current list of anticipated next ten trial witnesses:

   1.   Aditya Agarwal
   2.   Josh Bloch
   3.   Alan Cox
   4.   Hiroshi Lockheimer
   5.   Andy Rubin

Dated:  May 14, 2012                          KEKER & VAN NEST LLP

                                              /s/ Robert A. Van Nest
                                      By:     ROBERT A. VAN NEST

                                              Attorneys for Defendant
                                              GOOGLE INC.