1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
3   mdpeters@mofo.com
    DANIEL P. MUINO (Bar No. 209624)
4   dmuino@mofo.com
    755 Page Mill Road, Palo Alto, CA  94304-1018
5   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (Admitted *Pro Hac Vice*)
7   dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
8   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
9   sholtzman@bsfllp.com
    1999 Harrison St., Suite 900, Oakland, CA  94612
10  Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11  ORACLE CORPORATION
    DORIAN DALEY (Bar No. 129049)
12  dorian.daley@oracle.com
    DEBORAH K. MILLER (Bar No. 95527)
13  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (Bar No. 211600)
14  matthew.sarboraria@oracle.com
    500 Oracle Parkway, Redwood City, CA  94065
15  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

17

18                  UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

20                  SAN FRANCISCO DIVISION

21   ORACLE AMERICA, INC.                 Case No. CV 10-03561 WHA

22              Plaintiff,                **OUTLINE OF ORACLE AMERICA,
                                          INC.'S RULE 50(A) MOTION AT
23       v.                               THE CLOSE OF ALL EVIDENCE IN
                                          PHASE TWO**
24   GOOGLE INC.
                                          Dept.:  Courtroom 8, 19th Floor
25              Defendant.                Judge:  Honorable William H. Alsup

26

27

28

**I.      INTRODUCTION**

**II.     STATEMENT OF FACTS**

**III.    LEGAL STANDARD FOR JUDGMENT AS A MATTER OF LAW**

**IV.     NO REASONABLE JURY COULD FIND THAT GOOGLE DID NOT INFRINGE THE ASSERTED CLAIMS OF THE '104 PATENT**

      **A.      Android resolve.c infringes claims 11, 39, 40, and 41 of the '104 patent**

            **1.      Dalvik bytecode instructions contain symbolic references**

      **B.      Android dexopt infringes claims 27 and 29 of the '104 patent**

            **1.      Dalvik bytecode instructions contain symbolic references**

            **2.      Dexopt resolves symbolic references "dynamically rather than statically"**

            **3.      Under the correct claim construction, dexopt resolves symbolic references "dynamically rather than statically"**

**V.      NO REASONABLE JURY COULD FIND THAT GOOGLE DID NOT INFRINGE THE ASSERTED CLAIMS OF THE '520 PATENT**

      **A.      Android infringes claims 1 and 20 of the '520 patent**

            **1.      Android dx tool simulates execution of static array initialization**

**VI.     GOOGLE'S EQUITABLE DEFENSES FAIL**

      **A.      Google Has Not Shown that Equitable Estoppel Bars Oracle's Patent Infringement Claims**

      **B.      Google Has Not Shown that the Doctrine of Laches Applies to Oracle's Patent Infringement Claims**

      **C.      Google Has Not Shown that Oracle or Sun Waived Its Right to Assert Patent Infringement Claims**

      **D.      Google Has Not Shown that Oracle or Sun Gave It an Implied License to Use Oracle's Patents**

**VII.    ALTERNATIVE GOOGLE DEFENSES THAT GOOGLE PLED BUT DID NOT PRESENT TO THE JURY FAIL**

      **A.      Google Has Not Shown Patent Misuse**

      **B.      Google Has Not Shown Use By The United States**

      **C.      Google Has Not Shown that Oracle or Sun Gave It an Express License to Use Oracle's Patents**

1

          **D.**       **Google Has Not Shown that Oracle's Patent Infringement Claims Are Subject to the Doctrine of Unclean Hands**

2

    **VIII.**   **CONCLUSION**

3

4

5

6   Dated: May 15, 2012                       MICHAEL A. JACOBS
                                           MARC DAVID PETERS

7                                           DANIEL P. MUINO
                                         MORRISON & FOERSTER LLP

8

9                                         By:  /s/  Michael A. Jacobs

10

11                                         *Attorneys for Plaintiff*
                                         ORACLE AMERICA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OUTLINE OF ORACLE AMERICA, INC.'S RULE 50(A) MOTION FOR PHASE TWO
CASE NO. CV 10-03561 WHA
pa-1528467

2