MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

1  Pursuant to the Court's Order regarding rolling lists of witnesses (Dkt. 851) and the
2  parties' agreement to increase the number of witnesses on the list to ten (Dkt. 884), Oracle
3  America, Inc. hereby files and serves its current list of its anticipated next trial witnesses.

4      1.    Agarwal, Aditya
5      2.    Astrachan, Owen (by video)
6      3.    Bloch, Josh (by video)
7      4.    Gupta, Vineet (by video)
8      5.    Lindholm, Tim
9      6.    Mitchell, John
10     7.    Page, Larry
11     8.    Reinhold, Mark
12     9.    Rubin, Andy
13     10.   Schmidt, Eric

15  Dated: May 15, 2012

MICHAEL A. JACOBS
KENNETH A. KUWAYTI
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By:  /s/  *Daniel P. Muino*

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

ORACLE AMERICA, INC.'S ROLLING LIST OF NEXT TEN WITNESSES
CASE NO. CV 10-03561 WHA
sf-3146358

1