technique documented in this chapter is covered by U.S. Patent 5,367,685." TX 25 at 389. The '685 patent is the predecessor to the '104. *See* TX 4015 at 1. Google's argument that all claims of the '104 patent are broader than the claims of the '685 patent (ECF 311) means that the '104 would cover the technology described in the chapter as well.

Despite his concern that it was "dangerous" to proceed without knowing what Sun's intellectual property covered (TC 1128 at Rubin Dep. Tr. 16:4-16), Mr. Rubin never asked Mr. Lindholm—or anyone else on his team—to review any Sun patents or investigate whether Android technology might infringe one of Sun's patents. RT 3140:17-3141:1 (Rubin), 3027:11-3028:4 (Lindholm).

To counter this evidence, in its closing statement, Google trotted out the Jonathan Schwartz November 2007 blog post yet again, claiming it showed Sun had no concerns about Google's patent infringement. RT 4193:2-13 (Google closing). But Android's source code was not publicly released until October 21, 2008—*almost a full year later*. RT 1719:10-18 (Rubin). Google had not even finished developing the Android source code in November 2007, let alone publicly released it. *See* RT 1507:20-1508:18 (Schmidt). Mr. Schmidt's alleged conversations with Mr. Schwartz similarly took place in late 2007 and early 2008 (*id.* at 1537:3-18)—again, well before Google's source code was released and Sun could have known of Google's infringement.

When the source code was released, Sun was in discussions with Google over a license to Java. *See, e.g.,* TX 1058 (Oct. 7, 2008 Gupta email to Rubin) ("Many thanks for taking time to kick the discussion off yesterday"). These discussions continued. On November 24, 2008, Mr. Rubin wrote that Sun had asked him "to certify Android through the Java process and become licensees of Java." TX 1002. In February 2009, Brett Slatkin proposed to Eric Schmidt that Google buy the rights to Java and "solve all these lawsuits we're facing." TX 406 at 1. Schmidt wrote back "Certainly a clever idea. I'll ask our team to pursue." TX 406 at 1. The proposal was also forwarded to Tim Lindholm and Bob Lee, the lead Android core libraries developer. TX 326.