Volume 22

Pages 3887 - 4083

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

ORACLE AMERICA, INC.,          )
                               )
            Plaintiff,         )
                               )
  VS.                          )  No. C 10-3561 WHA
                               )
GOOGLE, INC.,                  )
                               )
            Defendant.         )  San Francisco, California
_____)  May 14, 2012

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**          MORRISON & FOERSTER
                            755 Page Mill Road
                            Palo Alto, California  94304
                    BY:  **MICHAEL A. JACOBS, ESQUIRE**
                         **KENNETH A. KUWAYTI, ESQUIRE**
                         **MARC DAVID PETERS, ESQUIRE**
                         **DANIEL P. MUINO, ESQUIRE**

                            BOIES, SCHILLER & FLEXNER
                            333 Main Street
                            Armonk, New York 10504
                    BY:  **DAVID BOIES, ESQUIRE**
                         **ALANNA RUTHERFORD, ESQUIRE**

(Appearances continued on next page)

Reported By: *Katherine Powell Sullivan, RPR, CRR, CSR #5812*
             *Debra L. Pas, RMR, CRR, CSR #11916*
             *Official Reporters - U.S. District Court*

**APPEARANCES (CONTINUED):**

**For Plaintiff:**

        BOIES, SCHILLER & FLEXNER
        1999 Harrison Street, Suite 900
        Oakland, California  94612
    BY:  **WILLIAM FRED NORTON, ESQUIRE**
        **STEVEN C. HOLTZMAN, ESQUIRE**

        ORACLE AMERICA, INC.
        500 Oracle Parkway
        Redwood Shores, California  94065
    BY:  **ANDREW C. TEMKIN, CORPORATE COUNSEL**
        **DORIAN DALEY, GENERAL COUNSEL**

**For Defendant:**

        KEKER & VAN NEST
        633 Battery Street
        San Francisco, California  94111-1809
    BY:  **ROBERT ADDY VAN NEST, ESQUIRE**
        **MATTHIAS ANDREAS KAMBER, ESQUIRE**
        **EUGENE MORRIS PAIGE, ESQUIRE**
        **CHRISTA MARTINE ANDERSON, ESQUIRE**
        **MICHAEL S. KWUN, ESQUIRE**

        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, New York 10036-4003
    BY:  **BRUCE W. BABER, ESQUIRE**
        **SCOTT T. WEINGAERTNER, ESQUIRE**

        GOOGLE, INC.
        1600 Amphitheatre Parkway
        Mountain View, California  94043
    BY:  **RENNY HWANG, LITIGATION COUNSEL**

**Also Present:**

        **SAFRA CATZ, President and CFO**
        Oracle Corporate Representative

        **CATHERINE LACAVERA**
        Google Corporate Representative

```
1                P R O C E E D I N G S

2   MAY 14, 2012                                    7:29 a.m.

3

4           (Proceedings held in open court, outside

5            the presence and hearing of the jury.)

6       THE COURT:  Good morning, please have a seat.

7           So stipulation -- I have a list here things here you

8   filed over the weekend.

9           Stipulation to try patent willfulness in Phase 2.

10  That seems okay with me, but I just want to make sure I

11  understand it before we jump off the cliff.  How will this

12  effect the evidence part?

13      MR. JACOBS:  We have a -- I think we have a little

14  evidentiary dispute about how it will affect the evidence.

15  That order that we agreed to says that only if we, in our case,

16  do more than Google anticipated the question of willfulness,

17  would they do more in their case.  And we had an exchange of

18  our plans and now at the last minute Google has proposed,

19  depending, I think, on how the instruction comes out on

20  willfulness, to put in evidence of the reexaminations before

21  this jury to prove non-willfulness.

22          We object.  There is an order from the Court on in

23  limine motions, on the use of reexaminations.  Willfulness was

24  going to be in this trial, whether in Phase 2 or Phase 3.  That

25  order still applies and the reexamination should not come in.
```

PROCEEDINGS 3890

```
 1            I will not argue in my closing the abandonment of
 2   invalidity defenses as evidence of willfulness.  I will be
 3   arguing the pattern of conduct by Google and the strength of
 4   our infringement case.  So I will not open the door in that
 5   sense to the reexamination argument.
 6            Otherwise, I think we are squared away on how the
 7   willfulness stipulation will effect the evidence.
 8            MR. VAN NEST:  Good morning, your Honor.  Mr. Jacobs
 9   is right.  There is just that one issue.  And my only
10   reservation is I would like to have some indication in whatever
11   willfulness instruction that you give that willfulness is to be
12   measured prior to the -- prior to the time the lawsuit was
13   filed.
14            I understand Mr. Jacobs isn't going to argue anything
15   about post-litigation conduct, and the only reason I raise it
16   at all is to defend myself if post-litigation conduct is going
17   to be an issue.  And so this relates to another issue that
18   we're discussing with respect to verdict form and jury
19   instructions, which I'll get to in a minute.
20            But my main point, I think Mr. Jacobs has satisfied
21   me that there is not going to be any argument that would
22   require me to put this in.  As long as there is some indication
23   in the willfulness instruction that it's to be evaluated, you
24   know, prior to the time of the lawsuit, then I'm fine with
25   that.
```

1              **MR. JACOBS:**  I don't want to mislead the Court or

2   Google's counsel.  We are proposing an instruction that has in

3   it the continuing conduct after they were put on notice, and I

4   will argue that the testimony from Mr. Rubin that no changes

5   were made after the notice of the July 20th, 2010 does go to

6   willfulness.  So there will be an issue for the Court to

7   resolve, I suspect.

8              The parties have been -- let me back up.  The parties

9   have been working on the willfulness instruction.  I think

10  we're quite close.  There are a couple of specific issues.

11  Maybe the right thing to do is tee up the issue in the form of

12  the instruction to the Court and then the evidentiary issue

13  that we're debating before you should settle out.

14             **MR. VAN NEST:**  I think it would.

15             **MR. JACOBS:**  Sorry?

16             **MR. VAN NEST:**  I think it would.

17             **MR. JACOBS:**  Yeah.

18             **THE COURT:**  I don't understand where this leaves us.

19  You two are disagreeing on whether or not post-complaint

20  conduct can be taken into account for willfulness?

21             **MR. VAN NEST:**  I'm not sure that we are, your Honor.

22  I know that post-notice conduct -- remember, that notice was

23  given on July 20th.  And so I acknowledge that between July 20

24  and August 12, when the lawsuit was filed, that's in play.

25             I'm not sure Mr. Jacobs is arguing that post-lawsuit

PROCEEDINGS

 1   conduct would be relevant.

 2           THE COURT:  All right.  Let's find out.  I thought I

 3   heard you say that you thought it was.

 4           MR. JACOBS:  Yes.  The instruction we'll propose --

 5           THE COURT:  What is the law on this though?

 6           MR. JACOBS:  It goes both ways, your Honor.  I think

 7   they will have cases to cite and we will as well.

 8           THE COURT:  What does *Seagate* say on this point?

 9           MR. JACOBS:  *Seagate* says that ordinarily conduct

10   before litigation is what's relevant.

11           THE COURT:  Well, why don't we go with what is

12   ordinary?

13           MR. JACOBS:  Because this is extraordinary, or so I

14   assert.  Because we have such a pattern of conduct here by

15   Google, and we have notice on July 20th, and then the

16   lawsuit -- and then the --

17           THE COURT:  But July 20th, on a gigantic thing like

18   this and three weeks later you expect them to be on top of all

19   of this?  I don't know.  Why is that he extraordinary?

20           MR. JACOBS:  Because there's an email a couple of

21   weeks later that says, "We need to take a license."

22           THE COURT:  Well, I don't know about that.

23           MR. JACOBS:  And because we have a pattern beforehand

24   of knowledge of the existence patents generally.  It's the

25   whole pattern of activity, your Honor.

PROCEEDINGS

1      **THE COURT:**  But the Lindholm email doesn't say, "My

2  God, look at this '520 patent."  "My God look at this '104

3  patent.  We're in such big trouble."  I bet you Mr. Lindholm

4  never heard of those two patents.

5          **MR. JACOBS:**  Well, recall that Mr. Lindholm --

6          **THE COURT:**  Hmm?

7          **MR. JACOBS:**  There is evidence on this point.

8          **THE COURT:**  Did he ever even hear of these two

9  patents?

10         **MR. JACOBS:**  Well, remember that he writes the

11 chapter of the book that has the '685 in it, which relates to

12 the '104.

13         **THE COURT:**  That part is true.  That is a point that

14 I had forgotten.

15             I don't know the answer to this.  This is a moving

16 target.  I don't think you have a stipulation yet.

17             Now, if you two want to stipulate that willfulness

18 for patent is in the case and it's up to me to decide this

19 other issue, that's okay.  But the way you pitched it, it's

20 your stipulation is contingent on how this comes out.

21         **MR. JACOBS:**  No, no.  We didn't intend that, your

22 Honor.  We both agree that this is a decision for you.  The

23 specific issue right now -- I guess, there are two specific

24 issues before you:  Will the instruction be limited to conduct

25 before the litigation was filed or non-conduct before the

1  litigation was filed?  And, relatedly, will Google be allowed

2  to introduce evidence -- there are several evidentiary

3  objections to what Google plans to do, including the fact that

4  Dr. August, who they plan to put the reexam in through, had

5  nothing in his report about the reexaminations.

6          So the related issue, though, is whether Google will

7  be allowed to put in evidence of the reexaminations to the

8  jury.  Their reason for doing so is to prove non-willfulness

9  after the litigation was filed.

10          I'm perfectly happy -- we're perfectly happy to have

11 you resolve those, as you would in the ordinary course, if

12 willfulness was in Phase 2, albeit with apologies for the

13 ordinary course being a bit -- being excite accelerated here

14 because of where we are in the sequence.

15          **THE COURT:**  Well, that was too long an answer.  So I

16 need to say this.  Will you both stipulate that willfulness on

17 the patent -- I need to back up.

18          Is there -- this is a preliminary question.  Is there

19 such a thing as willfulness indirect infringement or can it

20 only be for direct infringement?

21          **MR. VAN NEST:**  I think it's only for direct

22 infringement, your Honor.  But as we're going to mention in a

23 moment, that may not be relevant any more either.

24          But with respect to your stipulation request, yes.

25 The stipulation is unconditional to put patent willfulness in

1  Phase 2 and your Honor will resolve the jury instruction issue

2  and the evidence issue as you would in the ordinary course.

3  It's not conditional.

4          **THE COURT:**  And, also, resolve whether it applies to

5  indirect?

6          **MR. VAN NEST:**  That's right.

7          **THE COURT:**  So you are willing to put willfulness in

8  with some of these issues -- all of these issues still in play?

9          **MR. VAN NEST:**  Sure.

10          **THE COURT:**  How about the plaintiff?

11          **MR. JACOBS:**  Agreed, your Honor.

12          **THE COURT:**  All right.  Then it will go to the jury.

13  And I'll just have to decide -- in Phase 2.  I will have to

14  decide these other issues.

15          All right.  Well, I don't know whether -- I can see

16  these possibilities:  That it's measured only before the

17  litigation; it's measured after the litigation, or it's

18  measured only before the litigation, but you can consider

19  post-conduct -- post-filing conduct to shed light on pre-filing

20  mental attitude.

21          So that the Lindholm thing could be argued even

22  though it would be a slightly harder burden to prove because it

23  would have to reflect backwards on the time period before the

24  lawsuit.  So those are three different scenarios.

25          You need to brief that, I don't know the answer to

1   that.

2          **MR. JACOBS:**  Just to be clear, your Honor.  The

3   Lindholm email itself is before the lawsuit.

4          **THE COURT:**  I didn't know that.  When is it?

5          **MR. JACOBS:**  It's a couple of days before the lawsuit

6   is filed.

7          **THE COURT:**  Then why do you care whether or --

8          **MR. JACOBS:**  Because to say -- so the internal

9   deliberations at Google before the lawsuit are, "We need a

10  license."  The lawsuit is filed to say that you can't consider

11  the fact that they didn't negotiate a license or stop the

12  infringing conduct in the weeks and months subsequent to that

13  when the internal email said, "We need a license," is to impose

14  an artificial deadline, notwithstanding *Seagate's* language on

15  this analysis of Google's state of mind.

16         **THE COURT:**  You all need to brief it.  I don't -- so

17  how the instructions are going to read on that point, I'm not

18  quite sure.

19         Now, meanwhile my law clerk and I had come up with

20  some instructions.  Here.  Why don't we just hand out the -- it

21  doesn't take into account that timing issue, but we take into

22  account a number of other things.

23         (Whereupon document was tendered

24          to counsel.)

25         **MR. VAN NEST:**  This is a full set on the patent?

PROCEEDINGS

```
 1          THE COURT:  Yes.  It's a full set, but No. 24 --
 2   there are a couple of changes.  One deals with clear and
 3   convincing evidence standard now that we have willfulness in.
 4   The other deals with the willfulness instruction.  And then the
 5   special verdict form, I think the way we have it set up now,
 6   willfulness would cover both indirect and direct.  But I,
 7   myself, am not certain of that and I invite your views on it.
 8          Are we going to finish the evidence today?
 9          MR. JACOBS:  Yes, your Honor.  And we'll look quickly
10   at this form of instruction, but it may be that you, by this
11   proposal, just lanced the boil here on the dispute and we may
12   be able to move on quickly.
13          THE COURT:  I didn't mean to on the timing point.  If
14   I did that, it was inadvertent.  So I'm not ruling on that.
15          All right.  What else -- oh, there were many things.
16   So that's where we are on that one.  So I will -- I'm just
17   going to rule that you both had put the willfulness issue in
18   and it's up to me to decide about evidence.  So, you know,
19   these -- so this thing -- the form of your stipulation you have
20   abandoned, right?
21          MR. JACOBS:  Well, if --
22          THE COURT:  Because you're now -- now, if you're
23   going to go back and put in conditions on your stipulation --
24          MR. JACOBS:  There are no conditions on it, your
25   Honor.
```

```
 1          THE COURT:  It says in writing:  "Should Oracle

 2  introduce additional evidence relating to willfulness, Google

 3  will have the right..."  So --

 4          MR. JACOBS:  That was in agreement on our part that

 5  if we -- to assure Google that if we changed our willfulness

 6  plans, they could put in more evidence, but our willfulness

 7  haven't changed.  They are making no allegation that our plans

 8  have changed.

 9          THE COURT:  So you're saying they can't now put in

10  evidence on willfulness?

11          MR. JACOBS:  Of course, they can put in the evidence

12  on willfulness that was in the record already.  They can argue

13  the evidence on willfulness that was in the record already.

14  They can continue to develop their non-infringement defense.

15          The reexamination issue surfaced last night in an

16  email in which Google said, "Oh, we're going to put the

17  reexaminations before Dr. August."

18          THE COURT:  Well, is that the only thing that is in

19  dispute, is the agreed thing on relevance?

20          MR. VAN NEST:  Yes, your Honor.

21          THE COURT:  Or are there other issues?

22          MR. JACOBS:  No other issues that we're aware of.

23          MR. VAN NEST:  No, I don't believe so.

24          THE COURT:  How does reexam have to do with -- well,

25  all right.  I see how it works in.  You can say this.  The
```

1  argument would go like this.  If plaintiff wants to say, "Look

2  at all this time period when the litigation was underway and

3  they didn't change a thing, they just kept right on going,"

4  that leaves the false impression because we all know that the

5  PTO said it was subject to reexamination and threw the claims

6  out, at least temporarily, on '104 and '520.  Is that your

7  argument?

8              **MR. VAN NEST:**  Yes.

9              **THE COURT:**  What's wrong with that argument?

10             **MR. JACOBS:**  There is no validity challenge in this

11 trial.  And so the -- for purposes of this trial validity is

12 not at issue.

13             Neither party has put in evidence when -- on

14 validity.  When Google abandoned its invalidity defenses here,

15 we all focused on infringement.  So now to rifle shot the

16 question of reexamination and the PTO reexamination,

17 particularly when, in the case of the '520, it was -- it was --

18 the claims were confirmed.  And in the case of the '104

19 Mr. Van Nest got up and protested vigorously when I even

20 adverted to the fact that there had been a single reissue grant

21 on the '104.

22             Now, all of a sudden to throw the reexams in --

23             **THE COURT:**  Give me the history on the '104 before

24 the PTO on reexam.

25             **MR. JACOBS:**  The '104 patent was reissued twice:

1  Once in the exact lineage that's on the cover page of the '104

2  patent itself, and once in a sort of a side path that's in the

3  file history.  So that's the pre-history, previous to the

4  litigation.

5          So as of -- as of the beginning of the lawsuit, as of

6  the notice of the patents, what they were looking at was a

7  patent that had twice been reissued and confirmed by the Patent

8  Office.  What's happened so far is a preliminary rejection.

9  The Court ruled in the in limine motion that preliminary

10 rejections are probative of very little.

11         So then what we're relying on is the fact that they

12 initiated a reexamination and the reexamination petition was

13 granted, but we all know that's probative of very little.

14         The logic behind the Court's ruling on

15 reexaminations, as reflected in the opinion and our discussion,

16 was to try to explain all this to the jury, the reexamination

17 process, how much probative weight to give to various steps.

18 What to say to the jury about the significance of a preliminary

19 rejection is to create a kind of a mini trial about the status

20 of reexaminations that is outweighed by the lack of probative

21 value of those developments.

22         **THE COURT:**  After the preliminary rejection, what

23 happened?

24         **MR. JACOBS:**  So in the '104?  The case has been

25 interviewed and the -- there is an examiner's summary that has

1   been provided to Google, and we await next action by the

2   examiner.

3            **THE COURT:**  What do you have to add to that?

4            **MR. VAN NEST:**  Only this, your Honor.  That, again,

5   if the normal rule applies from *Seagate* and your conduct is

6   evaluated prior to the lawsuit, then this problem goes away.

7   I don't need to put this in if that's going to be the rule.  If

8   it's not, then I think the reexam goes to the objective prong

9   of willfulness because you have to have a reasonable belief

10  that you're infringing a valid patent.  And it would go to, you

11  know, the idea that if they are saying Google didn't do a

12  thing, well, in fact, the PTO declared the '104 invalid, which

13  is what it is right now.

14           **THE COURT:**  What happened on the '520?

15           **MR. VAN NEST:**  The '520 is through the PTO and it's

16  out -- it's done in the PTO.  So there is no issue on the '520.

17           Again, my view is that there is nothing extraordinary

18  about this.  They can argue the Lindholm email.  It's

19  pre-lawsuit, as Mr. Jacobs observes.  And I can argue that we

20  didn't have any notice prior to July 20, and that's three weeks

21  before they filed, and that's the way it should be and then the

22  reexam doesn't come into play at all.

23           **MR. JACOBS:**  One other fact that may be helpful.  The

24  reexaminations are not filed until the winter of 2011.  The

25  first one is in February of 2011.  So there is a considerable

1  period of time where nothing happens in the -- by way of Google

2  affirmative action in the Patent Office to seek an invalidity

3  finding.

4           **THE COURT:**  Well, but when did Google decide that it

5  would seek reexams?  Even though they didn't do it right away,

6  it probably took some time to evaluate that.

7           **MR. JACOBS:**  There is nothing in the record on that,

8  your Honor.  It would be Google's deliberate -- internal

9  deliberations that would --

10          **THE COURT:**  Well --

11          **MR. JACOBS:**  (Continuing) -- need to be exposed.

12          **THE COURT:**  All right.  Anything more anyone wants to

13  say on this general subject?

14          **MR. JACOBS:**  No, your Honor.

15          **THE COURT:**  Here is the answer.  This is going to be

16  a mess if we get into post complaint.  So no post complaint.

17  Period.

18          We're going to go with the ordinary rule under

19  *Seagate* and we will craft a sentence in the jury instruction

20  that tells them not to speculate about events that occurred

21  after the filing of the complaint and that the period for

22  proving willfulness is up to the date of the complaint.

23          And here is my reasoning.  When somebody gets sued in

24  a patent case, it's possible they want to assert invalidity.

25  It's possible that they are going to assert that in the PTO and

```
1   try to get the thing thrown out.  They don't have to do it on
2   both tracks.  And, so that's what Google did here.  They went
3   to the PTO to try to get this thrown out.  Maybe they had bad
4   faith, maybe they had good faith.  They had pretty good luck in
5   getting a lot of these invalidated in the PTO.
6           So if we go down that path, I think a lot more
7   evidence will come in.  Mr. Jacobs is right, that a preliminary
8   rejection does not prove much, but it proves -- whatever it
9   proves, it proves in the direction of Google and when you're
10  talking about subjective bad intent, every little bit helps.
11  And this would be an important factor for Google to have to
12  argue if we were going to allow post complaint conduct.
13          It's just not true that they didn't do anything.
14  They did do something.  They went to the PTO to try to get
15  things thrown out through reexam.
16          So the ruling is going to be, we measure things up to
17  the date of the filing of the complaint.  So I hope that solves
18  some of our problems.
19          MR. JACOBS:  I think that resolves the only issue we
20  were aware of going into this -- that has arisen as a result of
21  the willfulness stipulation.
22          THE COURT:  All right.  Good.
23          Now, now we go to your -- I'm just going to rule now
24  that willfulness is part of this Phase 2.  Please plan
25  accordingly.
```

 1          And you need to give me briefing on whether

 2   willfulness applies to direct as well as indirect.  Right now

 3   I've got it set up to apply to both.

 4          Oracle has a proposed change on dynamic static

 5   numeric, more claim construction.  And anything more that

 6   anyone want to say on this subject?

 7          **MR. JACOBS:**  Your Honor, the motion that we filed

 8   really started out as a renewal of the objection that we had

 9   had earlier made in the Markman context, and then we realized

10   that there is a chance to clean this up at this stage and avoid

11   possible legal error.

12          So it is in that context that we proposed that the

13   adverb be turned back into an adjective and that we not confuse

14   the jury as to when -- as to what is symbolic and numeric

15   references.

16          The other point I think -- Google's response

17   indicates they may or may not argue that a symbolic reference

18   cannot be a number because they -- in the first in the first

19   half of their opposition they say, "We're not going to argue

20   this," and then they say, "Dr. August is going to put in

21   testimony that in Java, at least at the source level, a

22   variable must be declared with letters and not numbers."

23          So I'm not sure whether that's alive issue or not,

24   but it would be worth exposing it and making sure we're -- that

25   there is clarity.

1          MR. KAMBER:  Your Honor, very briefly.  With respect

2   to the second issue about whether a number can be a symbolic

3   reference or a numeric reference, that's not Dr. August's

4   argument.  And he can address either on cross-examination, or

5   I'm happy to elicit on direct, whether sort of in the abstract

6   a number can be a symbolic or a numeric.  But Dr. August's

7   testimony was, I think, pretty clear on Friday that the reason

8   he's saying that there are no symbolic references in the

9   instructions is an index points to a -- the location of data.

10  It has nothing to do with the fact that it's a number versus it

11  being a string.  It has everything to do with the fact that it

12  satisfies or does not satisfy the Court's claim construction of

13  symbolic references.

14          With respect to -- sorry, your Honor.

15          THE COURT:  Go ahead.

16          MR. KAMBER:  With respect to the other issue about

17  the claim construction and the modifications, we simply think

18  this is far too late in the game to raise this issue.  It's

19  also inconsistent with the testimony of Dr. Mitchell, who

20  expressly talked about dynamic and static, and dynamic being

21  runtime.  And now they seem to want it to mean something else,

22  which I frankly don't understand.

23          MR. JACOBS:  On that last point, your Honor, I think

24  we're misunderstanding basic rules here of set theory.

25          Dr. Mitchell has argued that runtime meets the

1  definition of dynamically.  That's not the same as saying that

2  dynamically is limited to runtime.

3         **THE COURT:**  I'm going to postpone ruling on this for

4  now because let's get through the expert's testimony and I will

5  make a final ruling later on.

6         Next we go -- I'm going to take an easy one.  There

7  is one to admit interrogatory responses.  You can read the

8  entire interrogatory answer, and then if you want to, after

9  reading the entire answer, you want to focus the jury's

10 attention on one sentence or one paragraph, you can go back and

11 repeat that.

12        But how long is this entire answer?  Is it more than

13 a page?

14        **MR. BABER:**  I believe it's five or six pages, your

15 Honor.

16        **THE COURT:**  Well, then you can -- what's wrong

17 with -- why can't you just read the last paragraph as well as

18 what it is that you want to focus on?

19        **MR. NORTON:**  After excluding the objections, it's two

20 pages on.  But I think that if -- much of that information will

21 not be particularly meaningful to the jury.

22        **THE COURT:**  All right.  Well, then, but they want to

23 have their last paragraph read, right?  Why can't you read

24 that, too?

25        **MR. NORTON:**  The last paragraph?  I think reading the

1  last paragraph would not be a problem.  If the objection was

2  all about reading only the last paragraph of the interrogatory

3  response then that would resolve the issue.

4         **THE COURT:**  What's wrong with that?

5         **MR. PURCELL:**  We're fine with admitting the

6  objections.  We would like to have the entire interrogatory

7  response read --

8         **THE COURT:**  You can read the entire think in your

9  part.  They can read the part they want and then the rest of it

10  will come out of your time.  All right.  That's the answer on

11  that.

12         Motion to delay adjudication of copyright damages.

13  We don't have to actually resolve this today.

14         Motion for damages on copyright disgorgement.  That's

15  sort of related to that.

16         Then let's go to the last one.  Google's proposed

17  changes to jury instructions.  Didn't I reject most of your

18  arguments at the charging conference?

19         **MR. PURCELL:**  Your Honor, you did reject some of

20  them.  I believe with respect to instruction --

21         **THE COURT:**  What is the one that you've got the most

22  heartburn about?  Just give me your best shot.

23         **MR. PAIGE:**  Well, I'd give you my best shot on

24  Instruction 23, your Honor, but I've given it to you a few

25  times now.

 1              THE COURT:  What's the issue?  Remind me which one?

 2              MR. PAIGE:  It's the willful blindness instruction.

 3              THE COURT:  What do you object to?

 4              MR. PAIGE:  The entire thing; that it's not merited

 5  by the facts of the case.  But if it does go in, we think there

 6  needs to be more context given letting the jury know that this

 7  needs to go beyond negligence, deliberate indifference, and

 8  there must have been active and not passive acts taken to avoid

 9  learning of any patents.

10              THE COURT:  It says, "Google took deliberate actions

11  to avoid learning of that fact."  Isn't that the same thing

12  you're asking for?

13              MR. PURCELL:  I think it's part of it, your Honor.

14  It doesn't emphasize that deliberate actions can't just be, as

15  Oracle has said it would argue, not doing something.  Not

16  taking action is not a deliberate action, it's passive.

17              THE COURT:  If you deliberately make a decision

18  you're not going to do something --

19              MR. PAIGE:  That's not an active action, your Honor.

20              THE COURT:  Yes, it is.

21              MR. PAIGE:  No, it's not.

22              THE COURT:  Well, who says that it's not?

23              MR. PAIGE:  The decision not to do something, to take

24  no action, you know, if that's the case, there is no such thing

25  as passivity.  You have decided not to do whatever you haven't

1   done and that's not the law.

2          **THE COURT:**  Look, you have seen in the movies 100

3   times, you know, the -- some guy is about to tell them

4   something and they raise their hands and say, "I don't want to

5   know that.  Stop.  I don't want to know that.  Don't tell me

6   that.  If you tell me that, I would have to report you to the

7   FBI."

8          That's a deliberate action to avoid learning of a

9   fact.

10         **MR. PAIGE:**  I don't think the testimony that was

11  elicited from Mr. Rubin saying that he did not tell anyone to

12  go out and do this is saying, "Someone suggested to me I go out

13  and do this.  I said, no, no, no, don't do this.  I want to

14  find out something I don't want to know."  That's not what the

15  testimony was.

16         **THE COURT:**  Why isn't that a good jury argument for

17  you?

18         **MR. PURCELL:**  I think it is a good jury argument for

19  us, your Honor.  It shouldn't have to be made at all because

20  it's not supported by the law.

21         **THE COURT:**  Well, what I have said here in the

22  instruction is a correct statement of the law.  Your point is

23  that the record is insufficient to demonstrate any of this.

24  That's a Rule 50 motion.  That's not a quarrel with the

25  instructions.

1              **MR. PAIGE:**  Well, your Honor, I think cases like

2    *Apeldyn* show that the facts of this case are insufficient to go

3    to the jury.  It is a Rule 50 issue.  It's a summary judgment

4    issue.  It's something that should not be going to the jury in

5    the first place.

6              I would just note as well that in Model Rule 3-9 it

7    does have enhanced language of the sort we're talking about

8    here.

9              **THE COURT:**  Thank you.

10             **MR. PAIGE:**  Your Honor, just -- Instructions 19 and

11   20.  You did not reject our contention that mobile service

12   providers are not in the case.  You had asked Oracle to go back

13   and look and see where that was in the case.  We still haven't

14   seen, as far as I know, any evidence that mobile service

15   providers are in the case, so that's another issue.  But I

16   think perhaps that will be obviated by --

17             **THE COURT:**  I don't know what you're talking about.

18   What are you talking about?

19             **MR. PAIGE:**  Instructions 19 and 20, your Honor.  We

20   had objected to the inclusion of mobile service providers as a

21   potential direct infringer for indirect infringement.

22             **MR. JACOBS:**  There is a simple answer to that, your

23   Honor.  Mr. Rubin testified that the Droid was made available

24   through Verizon.  There is evidence in the record.

25             **THE COURT:**  All of these motions are denied without

1   prejudice to Rule 50.

2          Yes.

3          **MR. COOPER:**  Your Honor, John Cooper on behalf of

4   Dr. Kearl.  If I might be heard?

5          Your Honor said that you were not going to address

6   the question of Oracle --

7          **THE COURT:**  Maybe we should, since you're here and

8   he's here.

9          **MR. COOPER:**  Yes.  Dr. Kearl is here and Dr. Cockburn

10  is in the courtroom as well.

11         **THE COURT:**  Who?

12         **MR. COOPER:**  Dr. Cockburn, Oracle's expert.  So we

13  would like some direction, if possible.

14         **THE COURT:**  Well, all right.  I will give you the

15  answer to this, unless somebody wants to be heard on it?

16         (No response.)

17         **THE COURT:**  No one ask rising to the occasion.

18         Did you wish to be heard, Mr. Cooper?

19         **MR. COOPER:**  No.  We would just like some direction,

20  your Honor.

21         **THE COURT:**  Well, if liability is established for any

22  of the patents, then we're going to have a damages Phase 3 on

23  patents.  And in any event, we're going to have a damages phase

24  on the decompiled and the rangeCheck.

25         We are not going to have a damages phase on the main

1  copyright issue because liability has not by established for

2  that.  The Court totally rejects Oracle's argument that it

3  has -- I don't even understand the argument, but I don't -- you

4  didn't want to argue it, so I'm quite clear on this.

5          You've got a favorable verdict on question three.

6  The time to stand and deliver on damages is Phase 3.  If you

7  don't want -- if you don't want that or you want to go with --

8  I don't care.  You're going to have the opportunity.  You put

9  in your proof on Phase 3 on decompiled and rangeCheck, nothing

10 else, because no liability has been shown.

11         If you don't want to do that, that's your choice, but

12 that's the way it's going to be on damages.  But we're not

13 going to get into the disgorgement on the main issue of 39

14 packages in the API because liability has not been proven on

15 that yet.

16         If the day ever comes when that is established, then

17 we will have a separate -- a new trial on that issue.  So we're

18 going to have a damages phase on any patents on which

19 infringement is shown, and we will have a damages phase on

20 decompiled as well as rangeCheck.

21         There is a motion for summary judgment that is

22 directed at the copyright disgorgement on the rangeCheck and

23 decompiled.  That is more properly brought as a Rule 50 motion

24 after all the evidence is put into the record.

25         So I will say this.  I have already said it.  There

1   is no way that the law should allow a disgorgement theory in

2   the billions or hundreds of millions of dollars over rangeCheck

3   or decompile, but Mr. Jacobs was trying to make it sound like I

4   was cutting off his day in court.  I am going to let him stand

5   before the jury and present all of that evidence if he thinks

6   that that will improve his case on other issues.

7           I question that, but it's my tentative view that

8   there is no way the law would permit such an extreme,

9   super-extreme, hyper-extreme proposition.

10          So does that help you, Mr. Cooper?

11          **MR. COOPER:**  Yes.  Thank you very much.

12          **THE COURT:**  All right.  Thank you.

13          It's now time to bring back Professor August and to

14   resume with the jury.  Let's see if the jury is here.

15          (Jury enters courtroom at 8:07 a.m.)

16          **THE COURT:**  Welcome back and be seated, please.  Hope

17   you all enjoyed Mother's Day weekend.

18          So the lawyers tell me that we will finish the

19   evidence today.  Whether we get to the closing arguments or

20   not, I'm not sure.  We'll see.

21          You will remember when we broke on Friday that we had

22   Professor August -- is that right August, like the month of

23   August.

24          **THE WITNESS:**  Just like the month, your Honor.

25          **THE COURT:**  He was on the stand testifying to things

 1  such as what we see still see over there on that little diagram

 2  and we have not finished his direct examination and then there

 3  will be cross-examination of him.

 4         I just want to get you back into the frame of mind

 5  where we were when we broke.  Everyone got your notepads ready?

 6  You look like you're in great shape.  Good.

 7         Counsel, you may continue on.

 8         **MR. KAMBER:**  Thank you, your Honor.

 9                       **DAVID AUGUST,**

10  called as a witness for the Defendant herein, having been

11  previously sworn, resumed the stand and testified further as

12  follows:

13                 **DIRECT EXAMINATION RESUMED**

14  **BY MR. KAMBER:**

15  **Q.**   Good morning, Professor August.

16  **A.**   Good morning.

17  **Q.**   Let's see if we can't sort of pick up where we left off or

18  tried to, and let's pull up the claim construction of "symbolic

19  reference."  It's slide 29 from your presentation.

20         (Document displayed)

21  **Q.**   What is this?

22  **A.**   This is the claim construction for "symbolic reference."

23  **Q.**   Applying this claim construction, what is your opinion

24  whether dexopt and Resolve.c infringe of '104 patent?

25  **A.**   It's my opinion that dexopt and Resolve.c do not infringe

1    the '104 patent.

2    **Q.**    Why not?

3    **A.**    Well, for at least the reason that they don't operate on

4    instructions that contain symbolic references.

5    **Q.**    And that reason -- does that reasoning apply equally to

6    dexopt and Resolve.c?

7    **A.**    Yes, it does.

8    **Q.**    I want to pull up Mr. McFadden's demonstrative.  We have

9    reproduced it on this board here.

10             (Demonstrative displayed)

11   **Q.**    I don't know what's easier for you.  If you want to stand

12   at the board and explain the references or just point to the

13   board from the stand, but I would like to have you walk

14   throughput the instructions and the other parts of the data in

15   the dexopt and explain whether a reference qualifies as a

16   symbolic reference under the Court's construction or as a

17   numeric reference?

18   **A.**    Yeah.  I'd like to come down.

19             (Witness steps down.)

20             **THE COURT:**  Would it help to use the pointer?

21             **MR. VAN NEST:**  I had it last, your Honor.  It's right

22   here.

23             (Whereupon, the pointer was tendered

24              to the witness.)

25             **THE COURT:**  This way you won't block the jury's view.

AUGUST - DIRECT / KAMBER

```
 1   And why won't you tilt it more towards the jury and less

 2   towards me.  I can still see it.  I want to make sure the jury

 3   can see it.

 4           Can everyone over there see it?

 5           (Jury nodding affirmatively.)

 6           THE COURT:  All right.  Great.  Go ahead.

 7   BY MR. KAMBER:

 8   Q.  Let's start with the Instruction stream, Dr. August.  What

 9   do we see in the Instruction stream on that demonstrative

10   exhibit?

11   A.  Here we see the instructions divided by dashed lines.  And

12   if you will recall from last time, the instructions contained

13   an OpCode.  In this case the first instruction 52.  And one

14   more zero, more operands.  In this case we have a single

15   operand, 01.

16   Q.  What is that single operand 01?

17   A.  Well, let's employ the Court's claim construction to

18   figure out what this is.  Okay.  So on the screen we still have

19   the claim construction.  Look at this.  We see that it's "a

20   reference that identifies data."  So that's the first part.  A

21   reference that identifies data.  So far so good.

22           So we have to ask the question:  Does it do so "by a

23   name other than numeric memory location?"  Looking at this, we

24   see that 01 actually refers to the location of the data 01.

25   This entry (indicating) is at memory location 01, so this is
```

 1  referring to the data by numeric memory location.

 2         So looking at the construction, we see that it

 3  doesn't apply.  So this is not a symbolic reference by the

 4  Court's construction.

 5  Q.   When you say it's entry 01, where is that entry located,

 6  Dr. August?

 7  A.   This 01 (indicating) is a reference located in the

 8  Instruction stream.

 9  Q.   Where does the reference point to?

10  A.   It points to an entry in the Field ID table in the data

11  portion of the program.

12  Q.   Let's move to the Field ID data portion of the program at

13  that entry, at that location 01.  Does the data there qualify

14  as a symbolic reference?

15  A.   Well, here we have a two-part question.  There are two

16  pieces of data.  The yellow and the -- I guess magenta.  So we

17  could -- we have to ask the question on each piece of data

18  individually.

19         I'll start with the 02.  So going back to the claim

20  construction.  "...a reference that identifies data..."  So

21  this does identify data.  That's the data that it identifies

22  (indicating).  So that's okay.

23         "...by a name other than numeric memory location..."

24  Well, 02 is the location of that data.  So it's not "other than

25   numeric memory location."  It's actually the memory location.

1    So it's not a symbolic reference.  Right there is not a

2    symbolic reference (indicating).

3    Q.   What about the 76 that's in the Field ID table, the type

4    there?

5    A.   This 76 also refers to data.  So it is a -- it's a

6    reference.  It refers to data, "a reference that identifies

7    data."

8            So let's see if it does so "by a name other than

9    numeric memory location."  76 is the location of the table of

10   the data to which it refers.  So it actually is the numeric

11   memory location.  So it's not "other than numeric memory

12   location," so it's not a symbolic reference.

13   Q.   Let me back up for just a moment.  The 01 in the

14   Instruction stream, to what extent is that ever referred to as

15   an index?

16   A.   Yes.  This is an index into the Field ID table.  It tells

17   you the location of the entry within the Field ID table.

18   Q.   We saw some documents that refer to "field@CCCC."  Is that

19   an index?

20   A.   That is an index and, in fact, this operand would be

21   described in those documents as "field@CCCC."  The "@" is to

22   indicate that it's at a location within the Field table, CCCC

23   being the number 01.

24   Q.   In that Field ID table the references you were just

25   discussing, 02 and 76, at the entry labeled 01.  Are those

1    indexes?

2    **A.**    Those are also indexes into a String ID table; the first

3    one being the index 02, the second one being the index 76.

4    **Q.**    Thank you.

5            So now we're in the String ID table at location, the

6    entry two, and there is a piece of data there, correct?

7    **A.**    Correct.

8    **Q.**    Does that piece of data qualify or is that a symbolic

9    reference?

10   **A.**    So we -- we know it's a reference.  It's referring to some

11   more data.  So it is "a reference that identifies data."

12            How does it do that?  We can look at it and see that

13   08 is the location of the data.  So it's not referring to the

14   data "by name other than numeric memory location."  It's

15   referring to the data by its memory location, so it's not a

16   symbolic reference.

17   **Q.**    What is that 08 called?  Is it an index?

18   **A.**    Well, in this case, in the String data table because the

19   entries are one byte, we say that this is the offset.

20   **Q.**    What's the distinction between an "index" and an "offset"?

21   **A.**    They are both locations.  "Offset" may be used more

22   commonly when you want to talk about how many bytes into the

23   table you wish to traverse to find the location or refer to the

24   location.

25            "Index" might be used more commonly for table that

1    have larger-sized entries.

2    **Q.**    Now, at entry 76 in the String ID table, there is a '104.

3    Is that a symbolic reference?

4    **A.**    No.  This is a numeric reference.  It doesn't fit the

5    construction.  It is "a reference that identifies data" --

6    specifically that data (indicating) -- but not "by a name other

7    than numeric memory location."  It actually says that the

8    location is '104.  You can find the data at '104.

9    **Q.**    Now, let's move to the String data at entry 8.  There is

10   the string "fun," correct?

11   **A.**    That's correct.

12   **Q.**    Is that string a symbolic reference under the Court's

13   claim construction?

14   **A.**    Well, let's see.  So fun is "a reference that identifies

15   data."  The data is not shown on this board, but I know from

16   looking at the code that fun does refer to data somewhere with

17   the name "fun."  So it is a reference.

18            Again, it identifies data "by a name other than the

19   numeric memory location."  "Fun" is not a numeric memory

20   location.  To find the numeric memory location for if fun, we

21   need to resolve.  We need to go through some process that

22   returns the location that this symbol refers to.  So it

23   satisfies both the first and the second parts.  So we continue.

24            "The reference that identifies data by a name

25            other than the numeric memory location of the

 1                  data and that is resolved dynamically rather

 2                  than statically."

 3                  In Resolve.c, I know, again, from looking at the

 4   code, that this is resolved dynamically rather than statically.

 5   So it does qualify under the Court's instruction, claim

 6   instruction as a symbolic reference.

 7   Q.   What about in the context of dexopt?  Would that symbol

 8   qualify as a symbolic reference under the Court's claim

 9   construction?

10   A.   Not if it's resolved statically.  If it's resolved

11   statically, then it doesn't meet the last part, "resolved

12   dynamically reason statically."

13                  Dexopt is a static linking process, so it operates on

14   the code statically rather than dynamically.

15   Q.   Now, were you here for Dr. Mitchell's testimony?

16   A.   Yes, I was.

17   Q.   Did you hear him explain that the various different

18   references that were being used in Resolve.c and dexopt were

19   symbolic references rather than numeric references?

20   A.   Yes.  It's my understanding that Dr. Mitchell is saying

21   that this is a symbolic reference; that these are also all

22   symbolic references, rather than numeric memory locations.

23   Q.   So how do you explain the difference in your opinion?  I

24   believe you just said these are numeric references and --

25   excuse me -- Dr. Mitchell calls them symbolic references.

1  **A.**   I believe Dr. Mitchell was applying the Court's claim

2  construction in a way other than what we've just done together,

3  the step that I'm applying here.

4  **Q.**   Thank you, Dr. August.  I think you can go back to the

5  stand.

6           (Witness resumes stand.)

7  **Q.**   Let's talk about Resolve.c specifically.  Did you review

8  the code for Resolve.c?

9  **A.**   Yes, I did.

10 **Q.**   And let's pull up the next slide, Slide 30.

11           (Document displayed)

12 **Q.**   Did you review these functions in the Resolve.c code file?

13 **A.**   Yes, I reviewed all of them.

14 **Q.**   And what are these functions that we see on the left-hand

15 side of the screen that reads dvmResolveClass,

16 dvmResolveMethod?

17 **A.**   These -- would you like me to read them all or just

18 describe generally what it is?

19 **Q.**   Just describe generally to the jury what this is, what

20 these functions are.

21 **A.**   Generally these are the methods -- the functions, rather,

22 that take numeric references from the instruction, goes through

23 the process we just went through generally, and along the way

24 may resolve a symbolic reference in the data, just like "fun"

25 over there.

1  **Q.**   Did you review dvmResolveClass, dvmResolveMethod,

2  dvmResolveInterfaceMethod, dvmResolveInstField,

3  dvmResolveStaticField and dvmResolveString in arriving at your

4  opinions?

5  **A.**   Yes, I did.

6  **Q.**   And are you aware that Dr. Mitchell accuses these

7  functions in Resolve.c of infringing the '104 patent?

8  **A.**   Yes.

9  **Q.**   Do you agree with Dr. Mitchell?

10  **A.**   No, I don't.

11  **Q.**   Why not?

12  **A.**   They operate on  -- generally, they operate on

13  instructions that do not contain symbolic references.  And the

14  way that you can tell by look at the functions is the argument.

15  This argument is another word for operand.  So that would be

16  the 01 in the instruction.

17          In each case we see that the functions are taking an

18  index from the instruction.  Each of those indexes are numeric

19  references, not symbolic references.

20  **Q.**   Just so the jury is clear, where are the indexes that are

21  the arguments into those functions for Resolve.c on this board?

22  **A.**   It would be the 01 in the instruction 52 01.

23  **Q.**   In the Instruction stream?

24  **A.**   Yes.  This would be the "@CCCC" in the instructions.

25  **Q.**   Thank you.

```
 1              Now, I'd like to show you an exhibit that the jury

 2   has seen before.

 3              MR. KAMBER:  May I approach, your Honor?

 4              THE COURT:  You may.

 5              (Whereupon, document was tendered

 6               to the witness.)

 7   BY MR. KAMBER:

 8   Q.   This is Trial Exhibit 737.

 9              (Document displayed)

10   Q.   This is a document entitled "Dalvik VM Instruction

11   Formats."  Are you familiar with this document?

12   A.   Yeah.  This is included with the code, the Android code,

13   this document.

14   Q.   I would like to -- and it says at the beginning:

15              "This document lists the instruction formats

16              used by Dalvik bytecode and is meant to be

17              used in conjunction with the bytecode

18              reference document."

19              Correct?

20   A.   Yes, I see that.

21   Q.   I would like to draw your attention to the second page.

22   There's a section entitled "Syntax."

23              Does this document tell you anything about the --

24   what composes an instruction in Dalvik bytecode?

25   A.   Yes.  So syntax, this is referring to the syntax or what
```

 1   makes up an instruction.

 2   **Q.**   Where do we see that, Dr. August?

 3   **A.**   It says:

 4             "Each instruction starts with the named

 5             OpCode and is optionally followed by one or

 6             more arguments themselves separated with

 7             commas."

 8   **Q.**   Is that in this first paragraph?

 9   **A.**   That's right.  The second sentence.

10   **Q.**   Thank you.

11             (Document highlighted)

12   **Q.**   And what does that mean to you?

13   **A.**   It's describing instructions, as I understand

14   instructions.

15   **Q.**   So there are OpCodes and operands, is that correct?

16   **A.**   That's right.  Just like the instructions in the board.

17   **Q.**   Are "operands 'also referred to as "arguments" here?

18   **A.**   Yes.  Those terms are used interchangeably.

19   **Q.**   Let's talk about the Paragraph 2 from the bottom here.  It

20   starts:

21             "Arguments which indicate a literal constant

22             pool index have the form "kind@x."

23             Do you see that?

24   **A.**   Yes, I do.

25   **Q.**   What is this paragraph generally talking about,

1  Dr. August?

2  **A.**   It's talking about the arguments in a certain set of

3  instructions, the arguments being indexes into certain constant

4  pools, and those arguments are indexes numeric memory

5  locations.

6  **Q.**   What types of indexes are there as arguments in Dalvik

7  bytecode?

8  **A.**   Well, here it lists four kinds:  String pool index, Type

9  pool index, Field pool index, and Method pool index.

10 **Q.**   Those are the arguments we were just discussing with

11 respect to the inputs to the functionality in Resolve.c, is

12 that correct?

13 **A.**   That's correct.

14 **Q.**   Now, let's turn to the third page briefly.  There is "The

15 Formats" at the top.  Do you see that Dr. August?

16 **A.**   I do.

17 **Q.**   About halfway down the page there is an OpCode format

18 "B|A|Op CCCC," and then an OpCode for 22c.

19         What does this show regarding the format that the

20 OpCodes and instructions in the operands in the instruction

21 stream take in Dalvik bytecode?

22 **A.**   There are a limited number of shapes that the instructions

23 can take, and one of those shapes or formats is what's numbered

24 or named the 22c format.  And as we see, that format includes

25 Op, which is the OpCode, the action to be performed, and three

1   arguments or operands, vA, vB, types at CCCC, or there is a

2   variant here, which is "field@CCCC."  Because that last

3   argument is an index either way, it conforms to the same 22c

4   format or shape.

5   **Q.**   To what extent --

6           **MR. KAMBER:**  You can take is that down.  Thank you.

7   **BY MR. KAMBER:**

8   **Q.**   To what extent have you seen comments in the code

9   referring to symbolic references in resolution in Dalvik?

10  **A.**   It's in numerous locations within the code.  References to

11  resolution, yes.

12  **Q.**   Do those comments suggest to you that the '104 patent may

13  be infringed by Dalvik?

14  **A.**   No, it does not.

15  **Q.**   Why not?

16  **A.**   Because resolution does not occur on symbolic references

17  contained in the instructions.  It occurs on symbolic

18  references contained in the data.

19  **Q.**   Did you see Dr. Mitchell's slides regarding these

20  comments?

21  **A.**   I did.

22          **MR. KAMBER:**  Let's pull up one of them.  I believe

23  it's Dr. Mitchell's version three, Slide 19, please.

24          (Document displayed)

25

**BY MR. KAMBER:**

**Q.**    Now, Dr. Mitchell presented this slide in his testimony, correct?

**A.**    Yes.

**Q.**    And do these comments in the code suggest anything to you about whether the '104 patent is infringed?

**A.**    It doesn't say that symbolic references in instructions, contained in instructions are resolved.  It merely talks about resolution being symbolic references, converted into pointers; just resolution that we see elsewhere, for example, in the data section.

**Q.**    In your opinion, is there resolution occurring on symbolic references in Dalvik?

**A.**    Yes.  There is resolution.  There is symbolic references. Symbolic references need to be resolved, absolutely.

**Q.**    Are there symbolic references ever in instructions?

**A.**    No.  I have looked at all the instruction formats.  I have looked at all the implementation of the instructions and I can say with certainty that the instructions do not contain symbolic references.

**Q.**    Let's take a look at another slide that Dr. Mitchell presented.

              **MR. KAMBER:**  Slide 21, please.

              (Document displayed)

1   BY MR. KAMBER:

2   Q.    And here there is some commentaries.  This is from the

3   file Resolve.c.  I believe its TX 47.6.  It starts at line 18:

4              "Resolve classes, methods, fields, and

5              strings."

6              Do you see that?

7   A.    Yes, I do.

8   Q.    Are those the arguments that we were just talking about

9   that are inputs into are the Resolve.c functions that are

10  accused of infringing?

11  A.    No.  The arguments that we were looking at are the indexes

12  into tables.  So in the example on the board, resolving the

13  field in this case, because this is field resolution, would be

14  the resolving of fun.  So that's referring to the resolution of

15  fun in the String data pool.

16  Q.    Does this commentary in the code suggest to you that there

17  are symbolic references in the instructions in Dalvik bytecode?

18  A.    No, it doesn't suggest that.

19  Q.    Now, let's -- if you have your claim charts still, let's

20  take a look at Claim 11 on the claim chart.  We'll pull up a

21  version here as well.

22             (Document displayed)

23  Q.    Dr. August, what is your opinion regarding whether or not

24  Resolve.c infringes Claim 11 of the '104 patent?

25  A.    It is my opinion that Resolve.c does not infringe Claim 11

1  of the '104 patent.

2  Q.   Why not?

3  A.   Claim 11 requires that instructions contain symbolic

4  references.  Dalvik and Android instructions do not contain

5  symbolic references.

6  Q.   So that first part of that limitation that's underlined in

7  red in Claim 11, you think that that -- it's your opinion that

8  that's not met, is that correct?

9  A.   That's correct.  That's what I'm saying.

10 Q.   And does that impact these other underlined claim

11 elements?

12 A.   Yes.  You see down below:

13           "...said instructions containing one or more

14           symbolic references."

15           The instructions don't contain symbolic references as

16 we've seen.

17 Q.   Let's move on to Claim 39, slightly different format, but

18 generally the same idea.

19 A.   Correct.  That's correct.

20 Q.   What's your opinion as to whether Claim 39 is infringed by

21 the Resolve.c functionality in Dalvik?

22 A.   It's my opinion that Claim 39 is not infringed by

23 Resolve.c functionality.

24 Q.   Why not?

25 A.   For a very similar reason.  The claim requires a symbolic

```
 1   field reference contained in the instruction.  So there's a

 2   little more to the first part.

 3            "Each instruction to determine whether it

 4            contains a symbolic field reference."

 5            And down below it says:

 6            "...operation when the instruction contains a

 7            symbolic field reference."

 8            Symbolic field reference is a type of symbolic

 9   reference.  It's actually the type we went through on the

10   board.  Android doesn't contain symbolic references of any

11   kind, let alone symbolic field references.  So there is no

12   infringement.

13   Q.   Let's move on to Claim 40, and I think we can do these a

14   little faster.

15            With respect to Claim 40, what is injury opinion

16   regarding whether Resolve.c functionality infringes this claim?

17   A.   My opinion is that the Resolve.c functionality does not

18   infringe Claim 40 of the '104 patent for the same reason as

19   claim -- reasons as Claim 39.

20   Q.   Finally, Claim 41 of the '104 patent.  What is your

21   opinion regarding whether this claim is infringed by the

22   Resolve.c functionality in Dalvik?

23   A.   It's my opinion that the Resolve.c functionality in Dalvik

24   does not infringe Claim 41.  Again, because the instructions do

25   not contain symbolic references.
```

AUGUST - DIRECT / KAMBER

 1   Q.   So let's change gears a little bit and talk about dexopt.

 2          Dexopt is the other infringement theory that

 3   Dr. Mitchell provided in the courtroom, correct?

 4   A.   I remember that.

 5   Q.   Now, do you believe that the dexopt functionality in

 6   Android infringes the '104 patent?

 7   A.   No, I don't.

 8   Q.   Specifically, do you believe that it infringes Claims 27

 9   and 29 that are asserted against dexopt?

10   A.   It's my opinion that dexopt does not infringe Claims 27

11   and 29 of the '104 patent.

12   Q.   Why is that your opinion?

13   A.   Well, there are two reasons.  The first reason is the same

14   reason that we have been discussing.  The instructions don't

15   contain symbolic references.  Those claims require that those

16   instructions contain symbolic references, so that's not met.

17   Q.   So let's talk about that for a moment.  Does the

18   documentation related to dexopt suggest to you that the -- that

19   there are no symbolic references in the instructions upon which

20   dexopt operates?

21   A.   Yeah.  It makes that suggestion.

22          MR. KAMBER:  Let's pull up Slide 44 from Dr.

23   Mitchell's presentation.

24          (Document displayed)

25

1  BY MR. KAMBER:

2  Q.    This is related to dexopt, correct?

3  A.    Yes.

4  Q.    And at the top it notes:

5         "Rewrite an IGET/IPUT instruction.  These all

6         have the form:  Op, vA vB, field@CCCC."

7         Do you see that?

8  A.    Yes.  This looks like the format 22c that we were looking

9  at in the prior document.

10 Q.    To what extent does dexopt relate to the functionality of

11 rewriting an IGET/IPUT instruction?

12 A.    Dexopt is going to take instructions of this format and

13 rewrite them as another instruction that has a similar format,

14 but is slightly different.  Dexopt is the process that makes

15 that rewriting.

16 Q.    And here there is a reference to -- I believe this

17 highlighting was on Dr. Mitchell's slide -- to:

18         "CCCC is the field reference constant pool

19         offset."

20         Do you see that?

21 A.    Yes.

22 Q.    What is that referring to?

23 A.    That's referring to the CCCC in the, on Line 622.  It's

24 saying that CCCC in that op -- that instruction format is a

25 constant pool offset, a location.

 1  Q.   Where is that "field@CCCC" on Mr. McFadden's

 2  demonstrative?

 3  A.   It's under the Field ID.  So CCCC would come from the

 4  instruction and point to an entry in the Field ID table.

 5  Q.   Now, this documentation, this source code commentary

 6  continues on.

 7           "For a non-volatile field we want to replace

 8           the OpCode with quick Opc and replace CCCC

 9           with the byte offset from the start of the

10           object."

11           Do you see that?

12  A.   I do.

13  Q.   Can you decipher that for the jury please?

14  A.   This is saying it's taking an instruction that looks just

15  like we went through on the board, replacing it with a similar

16  instruction, with an operand that's not a reference to the

17  Field ID table, but a -- which is a location.  It's replacing

18  it with another location that is a location into -- or an

19  offset into an object.

20  Q.   Now, let's look at Slide 48 from Dr. Mitchell's

21  presentation.  This is from TX 47.13's.

22           (Document displayed)

23  Q.   At the top here we see a line 5966, ".L_OP IGET_QUICK."

24  A.   Yes.

25  Q.   What is this?

1   **A.**   This is a code that is executed when the IGET_quick

2   instruction is encountered in the instruction stream.

3   **Q.**   Here there is a reference on line 5969 it says, "Op vA,

4   vB, offset@CCCC."

5           Do you see that?

6   **A.**   Yes.

7   **Q.**   What is that referring to?

8   **A.**   That was the offset into the object that I was just

9   describing.  This is the -- this is the instruction that's

10  produced by the rewriting process in dexopt.

11          "Offset@CCCC" is a location.  Again, the "@" sign is

12  a good reminder that we're talking about locations, numeric

13  memory locations.  This is the offset into the object.

14  **Q.**   So with respect to this dexopt functionality known as

15  quickening bytecodes, how does this instruction start and how

16  does it end?

17  **A.**   Can you repeat the question?

18  **Q.**   Sure.  Let me try to rephrase it.

19          With respect to the argument that goes into these

20  OpCodes, how are the arguments changing, if at all, in the

21  process, in the dexopt process of rewriting the operand?

22  **A.**   The dexopt process will go through the instructions.  When

23  it finds an IGET instruction or it wants to quicken the IGET,

24  it will take the -- in this case the 01, 52 01, the 01, a

25  numeric memory location, go through the process that we went

1    through on the board, do resolution when it gets to that "fun."

2           The result of that resolution is an offset.  It will

3    take that offset, write it into the instruction at the same

4    location as the index that got us to the Field ID table, and

5    change the instruction from an IGET to an IGET_quick.

6           So it's converting an instruction with an index to an

7    instruction with an offset, both memory locations.

8    **Q.**   When you say it's converting the OpCode, what exactly on

9    this diagram is it rewriting?

10   **A.**   So it would change the 52, the OpCode, from -- 52 means

11   IGET.  It would replace that with another number, which I could

12   look up for you, but it's another number, a larger number.

13   Generally that means IGET_quick so that the virtual machine

14   understands that it has to interpret the operand slightly

15   differently.

16   **Q.**   Is it rewriting the argument, the "field@CCCC" from the

17   original instruction set?

18   **A.**   Yes.  It also rewrites that.

19   **Q.**   What does it rewrite it to?

20   **A.**   It takes that index into the Field ID table, and numeric

21   memory location, and replaces it with an offset into the object

22   that the IGET_quick is going to operate on.  And that offset,

23   also a location, is placed inside the instruction, replacing

24   the index.  An offset replaces the index.

25   **Q.**   We were just looking before at TX 737.

```
 1              (Document displayed)

 2   Q.   Can you pull that out again please, Dr. August?

 3              (Witness complied.)

 4   Q.   Does this documentation regarding the format of the Dalvik

 5   VM instructions refer to this quickened bytecode format?

 6   A.   Yes.   The -- I'm on a different page, sorry.   Where are

 7   you referring to?

 8   Q.   Page three specifically.

 9   A.   Okay.   That's where I was.

10   Q.   In the middle of the page we were looking at that OpCode

11   22c before?

12   A.   That's right.

13   Q.   And there is an OpCode below that marked 22cs.   Do you see

14   that?

15   A.   Yes.

16   Q.   Does this relate at all to the dexopt functionality in

17   Dalvik?

18   A.   Yes.   This is the process, the rewriting process that I

19   was describing earlier.   The 22c is read by dexopt, that

20   instruction, with a -- in this case the "field@CCCC" is "01."

21   Dexopt goes through a process, produces a field offset, and

22   will rewrite that 52 01 instruction into a format 22cs

23   instruction, which instead of containing a "field@CCCC" numeric

24   memory location has a "fieldoff@CCCC" numeric memory location.

25   In both cases there are no symbolic references in the
```

 1  instruction.

 2  **Q.**    Let's take a look at something similar, Trial Exhibit

 3  46.106.  Do you have that that in front you, Dr. August?

 4  **A.**    Yes.

 5            (Document displayed)

 6  **Q.**    This is a file noted at the top "Dalvik lib

 7  dex/instutils.h."  Do you see that?

 8  **A.**    Yes.

 9  **Q.**    What is the purpose of the file in the source code?

10  **A.**    This is actual source code enumerating the instruction

11  formats of the instructions.  So if you wanted to understand

12  all the possible formats of instructions in the Dalvik Virtual

13  Machine, you could go here as a starting point.

14  **Q.**    Now, on line 27 there is a reference to:

15            "Dalvik-defined instruction formats."

16            Do you see that?

17  **A.**    Yes.

18  **Q.**    And further down does this document contain the different

19  formats for the Dalvik instructions?

20  **A.**    Yeah.  So the formats start with Line 41, and it continues

21  onto the next page, to about 72.  The formats we were just

22  talking about are Lines 57 and 58.

23  **Q.**    Let's take a look at those very briefly.  Line 57 refers

24  to "Kfmt22c" and then has some comments on the right-hand side.

25  Do you see that?

1  **A.**   That's right.  Everything after the slash slash is a

2  comment.  It's not executed.

3  **Q.**   Now, that "Op vA, vB thing@CCCC" what does that refer to?

4  **A.**   That's an index into a constant pool table.  Could be as

5  in the case of the board, "field@CCCC."  It's just a

6  placeholder for whatever that thing happens to be.

7  **Q.**   And then there is that format directed below it on Line

8  58, "Kfmt22cs."  And what do the comments say about that

9  bytecode format?

10  **A.**   Here it's written a little bit differently.  Rather than

11  "fieldoffset@CCCC," the programmer put some spaces in there,

12  but this is the field offset that I was talking about earlier,

13  the offset into the object that is used in the rewritten

14  instruction, the IGET_quick, for example.

15  **Q.**   So just to summarize, what do these documents relating to

16  dexopt suggest to you, if anything, regarding whether or not

17  the instructions in Dalvik bytecode contain symbolic

18  references?

19  **A.**   Line 57 suggests that the instruction contains an index, a

20  numeric memory location, not a symbolic reference.

21         Line 58 suggests that the instruction formats format

22  at 22cs contain a field offset, CCCC; a numeric location not a

23  symbolic reference.

24  **Q.**   You mentioned at the beginning of the discussion of dexopt

25  that there were two reasons why it's your opinion that dexopt

1  doesn't infringe.  What is the second reason?

2  **A.**   The claim construction requires that resolution occurred

3  dynamically rather than statically, and dexopt is not a dynamic

4  process.

5  **Q.**   Pardon me, Dr. August.  I just want to pull up the claim

6  construction very briefly.  I believe it's Slide 29 from your

7  slide deck.

8            **MR. JACOBS:**  Your Honor, can I have a standing

9  objection in light of what we discussed earlier to this line of

10  questioning?

11            **THE COURT:**  All right.  Sustain the objection.

12  **BY MR. KAMBER:**

13  **Q.**   So let's look at this claim construction.  I believe you

14  mentioned something about that dexopt is static rather than

15  dynamic; is that correct?

16  **A.**   That's right.

17  **Q.**   Now, why do you characterize dexopt as being -- doing

18  resolution statically rather than dynamically?

19  **A.**   Dexopt is doing static linking.  Dexopt runs and must run

20  before the program executes.  So that's static.

21  **Q.**   You just used the term "linking."  We've been talking a

22  lot about resolution.

23            Can you explain whether there is any connection

24  between linking and resolution?

25  **A.**   Yes.  As we saw last time -- we didn't go through it

 1   today, but when we got to the "fun" in the string data we had

 2   to do some resolution.

 3          The resolution process that we did last time involved

 4   doing a search to find a corresponding "fun."  So we needed to

 5   link "fun," as it's referenced here, with "fun" where the

 6   location of that field is defined.  So we need to resolve or

 7   link.  So resolution -- or linking is one form of resolution.

 8   **Q.**   Now, did you -- in forming your opinion on this, did you

 9   consider Mr. Bornstein's characterization of dexopt?

10   **A.**   Yes, I did.

11   **Q.**   And did you consider -- let's pull up -- there's TX 32,

12   and particularly slide 35 of that document.  And this slide

13   refers to "install-time work."

14          Do you see that, Dr. August?

15   **A.**   Yes, I do.

16   **Q.**   And then it refers to static linking; do you see that?

17   **A.**   Yes.

18   **Q.**   Does this inform your opinion regarding whether or not

19   dexopt does resolution statically versus dynamically?

20   **A.**   It's consistent with my examination of the code.

21          Static linking is the kind of resolution that's

22   happening in dexopt.  Dexopt occurs before the program

23   executes.  Dexopt is -- the dexopt process does install-time

24   work.  When the -- as we talked about last time, when the

25   application arrives on the phone, dexopt operates on that

1    application, performing static linking, doing the -- the

2    resolution.

3    Q.    Are you familiar with the video where Mr. Bornstein is

4    presenting this particular slide regarding dexopt?

5    A.    Yes.

6    Q.    And what does Mr. Bornstein say in that video regarding

7    whether or not this is -- there is a static operation for

8    resolving symbolic references?

9    A.    I believe he says that -- talks about it as a static

10   linking process, and that this is install-time work.

11   Q.    Now, let's move away from the slides for a moment and talk

12   about the documentation.  Let's take a look at TX 735, that I

13   believe you have up on the stand with you, as well.  And let's

14   start -- this is a document titled, "Bytecode for the Dalvik

15   VM," correct?

16   A.    That's correct.

17   Q.    Are you familiar with this document?

18   A.    Yes.

19   Q.    Now, towards the bottom of the first page there's a

20   reference.  It says:

21              "When installed on a running system, some

22              instructions may be altered, changing their

23              format, as an install-time static linking

24              optimization."

25              Do you see that?

1  **A.**   I do.

2  **Q.**   How, if at all, does this inform your opinion regarding

3  dexopt and when it runs?

4  **A.**   Again, this is consistent with my understanding and

5  examination of the code.

6         Dexopt occurs at install time, when the application

7  is installed.  The application is installed before it is

8  executed.  Before it is executed.

9  **Q.**   To what extent is this consistent with your opinion that

10  it's a static optimization?

11  **A.**   Well, it's install time.  It's a static linking

12  optimization.

13  **Q.**   Now, let's turn to page 6, Dr. August.  There's a

14  reference here.  It's talking about bytecode format 22c,

15  instance ops.  And on the right-hand side there's a note.  It

16  says:

17         "These opcodes are reasonable candidates for

18         static linking, altering the field argument

19         to be a more direct offset."

20         Do you see that?

21  **A.**   Yeah.

22  **Q.**   Is that what we were just talking about with respect to

23  dexopt and the type of functionality that it has?

24  **A.**   Yeah.  Dexopt is taking advantage of these reasonable

25  candidates for static linking and performing the static linking

```
 1  on those instructions.

 2  Q.   Let's go back to TX 737, that we've been looking at.  This

 3  is a document, again, related to the Dalvik VM instruction

 4  formats.  And on the first page, towards the bottom, it says:

 5          "Suggested static linking formats have an

 6          additional 's' suffix."

 7          Do you see that?

 8  A.   I do.

 9  Q.   And let's turn back to page 3, and those bytecode formats

10  we were just looking at.  It says "22cs."  Do you see that on

11  page 3?

12  A.   I do.

13          MR. KAMBER:  Let's pull that up on the screen so the

14  jury can see it, as well.

15          (Document displayed.)

16  BY MR. KAMBER:

17  Q.   So we were looking at the instruction sequence 22c before,

18  and there's also a reference here to "22cs."  Do you see that?

19  A.   Yeah.

20  Q.   Based on this documentation, do you understand this to be

21  relating to the static linking format?

22  A.   Yeah.  So the 22c instruction, having gone through the

23  static linking process, is converted to a 22cs.  The "s"

24  indicates there has been a static linking applied.  The 22c

25  becomes a 22cs.  Statically.
```

```
 1  Q.   Thank you, Dr. August.

 2            On the right-hand side there's a comment here.  Says:

 3            "Suggested format for statically linked field

 4            access instructions of format 22c."

 5            Do you see that?

 6  A.   I do.

 7  Q.   What does that tell you?

 8  A.   That's dex- -- dexopt is taking advantage of this

 9  suggestion.  It's performing the static linking.

10  Q.   Let's talk about the documentation specifically for

11  dexopt.  That's TX 739.  Starts, "Dalvik optimization and

12  verification with dexopt."

13            Do you see that?

14  A.   Yes.

15  Q.   Are you familiar with this document?

16  A.   Yeah.  It's in the code.

17  Q.   Now, there's -- on the first page, towards the bottom,

18  there's a reference in the bullet point, last bullet point on

19  the page:

20            "Optimizations that require rewriting

21            bytecode must be done ahead of time."

22            Do you see that?

23  A.   Yes.

24  Q.   What is that referring to?

25  A.   For a variety of technical reasons, the virtual machine is
```

 1   unhappy or would not work properly if instructions are modified

 2   during execution.

 3           So the optimizations that change the instructions

 4   have to occur before the program is executed, before it is

 5   dynamically executed.

 6   **Q.**   On the bottom of page 3, continuing on to page 4, there's

 7   a section titled "Optimization."

 8           There's been some discussion about this particular

 9   paragraph with various witnesses.  It refers, generally, to

10   some optimizations, correct?

11   **A.**   Yes.

12   **Q.**   And it ends:

13           "Some of these require information only

14           available at runtime.  Others can be inferred

15           statically when certain assumptions are

16           made."

17           Do you see that?

18   **A.**   Yes, I do.

19   **Q.**   And it continues on:

20           "The Dalvik optimizer does the following."

21           Do you see that?

22   **A.**   Yes.

23   **Q.**   Does the Dalvik optimizer do optimizations that require

24   information only available at runtime, or does it do the

25   optimizations that can be inferred statically when certain

1  assumptions are made?

2  **A.**    No, it only does the -- those that can be entered

3  statically when certain assumptions are made.

4        This is just a little background information about

5  the design philosophy of dexopt.  The choice was made not to do

6  optimizations that require information available only at

7  runtime, for a variety of reasons.

8        So this is to suggest that the dexopt only operates

9  on the code with inferred -- with information inferred

10  statically.

11  **Q.**  So let's pull out the claim charts again.  And we'll look

12  at Claims 27 and 29 now.  Those are the claims that are accused

13  of infringing the -- for which dexopt is accused of infringing

14  the '104 Patent, correct?

15  **A.**    That's correct.

16  **Q.**  So we have it here on the screen, as well, Claim 27.

17        What is your opinion as to whether dexopt infringes

18  Claim 27 of the '104 Patent?

19  **A.**    It's my opinion that dexopt does not infringe Claim 27 of

20  the '104 Patent, for two reasons.

21  **Q.**    What are the two reasons?

22  **A.**    The first reason is that the -- as we've talked about, the

23  instructions do not contain symbolic references.  The second

24  reason is that the resolution is not occurring dynamically.  So

25  it doesn't meet the Court's claim construction of a symbolic

1  reference anywhere.

2  **Q.**   Now let's take a look at Claim 29.

3       What is your opinion as to whether dexopt infringes

4  Claim 29 of the '104 Patent?

5  **A.**   It's my opinion that dexopt does not infringe Claim 29 of

6  the '104 Patent for the same two reasons.

7  **Q.**   So we're in the home stretch.  I just want to cover two

8  things, briefly, Dr. August.

9       The '104 Patent is a reissue patent, correct?

10 **A.**   That's my understanding.

11 **Q.**   Okay.  And perhaps we can pull up TX 4015.  This TX 4015

12 is the '104 Patent, correct?

13 **A.**   Yes.

14 **Q.**   And on the front of the patent it refers to -- let me see

15 if I can find it here.  Down a little bit.  Here it is.  Thank

16 you.

17       It's the reissue of Patent No. 5,367,685, correct?

18 **A.**   That's correct.

19 **Q.**   Are the original claims of the '685 reflected in the '104

20 Patent?

21       **MR. JACOBS:**  Your Honor, objection.  Report.

22       **THE COURT:**  Is this in the report?

23       **MR. KAMBER:**  Your Honor -- well, it is not in the

24 report, but I would ask for a sidebar because I can explain why

25 we're trying to use this.

1          THE COURT:  I understand why you're trying to use it.

2    If it's not in the report, I don't see how you can do that.

3          MR. KAMBER:  Well, the allegations regarding

4    Mr. Lindholm and the '685 Patent didn't surface until this

5    trial, and we would like the witness to be able to respond to

6    the issue about the '685 Patent and how it differs or is the

7    same as the '104 Patent.

8          THE COURT:  Is '685 in evidence?

9          MR. KAMBER:  The '685 is in evidence.  It is.  It's

10   been stipulated.

11         THE COURT:  In the closing argument just show the

12   jury the claims under '685, and compare them to the claims

13   under '104.

14         But that's the most this witness could do anyway,

15   correct?  If it's not in the report, you can't go into it.

16   BY MR. KAMBER:

17   Q.   Let's finish by talking about the report from

18   Mr. Vandette.  Are you familiar with that report?

19   A.   Yes, I am.

20   Q.   Now, are you familiar with performance benchmarking,

21   generally?

22   A.   Yeah, I do quite a bit of it in my course of work.

23   Q.   Now, can you draw any conclusions from the benchmarking

24   that Mr. Vandette did regarding the impact of this accused

25   functionality Resolve.c and dexopt on the performance of

1    Android, generally?

2    **A.**    I think there are three issues with those results, if

3    you're trying to understand the impact on Android generally.

4            The first issue is that the measurements were

5    performed on the virtual machine.  The virtual machine is not

6    always running.  So -- but the reports were -- the results were

7    reported as if that virtual machine was always running.  So the

8    results are overstated.

9    **Q.**    Can I just pause you there for a moment.  What do you mean

10   by the virtual machine isn't always running?

11   **A.**    Well, there are other ways to execute applications:

12   Native code.  The just-in-time compiler, which compiles the

13   bytecode instructions to native code.  And during those

14   operations, the virtual machine's performance is not an issue.

15   **Q.**    Now, you mentioned there were three reasons, and I cut you

16   off.

17           What are the other two reasons that you think that

18   the benchmarking regarding the impact of this functionality

19   isn't indicative of a real-world impact on Android?

20   **A.**    Benchmarks used are not the same as the applications that

21   users use.

22           If you have access to the applications that users

23   use, and you want to understand the impact that the

24   optimizations have on the user, use the applications.  The

25   benchmarks are, at best, an approximation of that.

1  Q.   What's the third reason that you take issue with

2  Mr. Vandette's analysis?

3  A.   Mr. Van Nest deactivated part of Android that's not

4  accused here.

5  Q.   Which part?

6  A.   The just-in-time compiler.  This is an issue because the

7  just-in-time compiler compensates for limitations or

8  inefficiencies in the virtual machine.

9        So if we're talking about optimizations, generally

10 about -- on the virtual machine, I don't think it's fair to

11 turn off a component of Android that compensates for

12 inefficiencies in the virtual machine and then report those

13 results.

14 Q.   Is the just-in-time compiler accused of infringing the

15 '104 Patent?

16 A.   No, it's not.

17 Q.   And can you just briefly explain to the jury, what does a

18 just-in-time compiler do?

19 A.   The just-in-time compiler observes the instructions as

20 they're being, at least initially, executed by the virtual

21 machine.

22        If it sees that some instructions are executed

23 frequently, it will stop the virtual machine, grab those

24 instructions, and convert them to native code so that they can

25 run without the virtual machine.

```
 1          So this is one of the ways in which the virtual
 2   machine is turned off so that code can execute natively more
 3   efficiently.  Native code is almost always faster than
 4   interpreted code.
 5   Q.   What would be the impact, if any, of turning off the
 6   just-in-time compiler in order to do the benchmarking test that
 7   Mr. Vandette did regarding the Resolve.c and dexopt
 8   functionality?
 9   A.   Well, the just-in-time compiler can give you significant
10   performance improvements.  And those performance improvements
11   are taken away if you turn off the just-in-time compiler.
12          MR. KAMBER:  Thank you, Dr. August.
13          Pass the witness, Your Honor.
14          THE COURT:  All right.  We'll start on the
15   cross-exam, and then take a break in about 15 minutes.
16                    CROSS EXAMINATION
17   BY MR. JACOBS:
18   Q.   Good morning, Dr. August.
19   A.   Good morning.
20   Q.   Want to be sure we have exactly what your testimony is on
21   one of those central issues.
22          Dr. August, what is the meaning of "52 01"?
23   A.   So the 52 is the opcode.  That's the type of the action
24   that that instruction is performing.  And the 01 is a
25   modification on that action.
```

1  Q.    And that opcode is what, sir?

2  A.    That's an IGET.

3  Q.    And what is the meaning of IGET 01?

4  A.    IGET 01 means to take the index in the instruction, find

5  the field ID entry, the string ID table entry, the symbolic

6  reference, resolve the symbolic reference to an offset, take

7  that offset, apply it to an instance object, look in the

8  instance object, get a piece of information, and place that

9  information in another location, called the register.

10  Q.    You didn't show that instance object on your chart; did

11  you, Dr. August?

12  A.    It wasn't on that chart.

13  Q.    We changed "fun" to "y," at the request of the judge, but

14  you'll --

15  A.    "Y" is very wise.

16  Q.    That doesn't change anything in the analysis, does it;

17  correct, sir?

18  A.    No, it does not.

19  Q.    Let's unpack what you just said.  52 is IGET?

20  A.    That's the opcode, yes.

21  Q.    And 01, there's -- over here there's a field object,

22  right, sir, diagrammatically (indicating)?

23  A.    Well, there's an instance object.

24  Q.    An instance object.  Okay.

25  A.    Actually --

1  Q.   What IGET 01 does is recover the value of a field from the

2  instance object; correct, sir?

3  A.   The -- going through the process I described, it goes to

4  the field ID table, the string ID table, string data, resolves

5  the reference, then uses the result of that resolution, which

6  is just an offset --

7  Q.   Finish your answer.   Sorry.

8  A.   That offset is then used to go into the instance object.

9  This, of course, is only possible in the Resolve.c

10  functionality because the instance object doesn't exist during

11  dexopt time.

12  Q.   So, again, in a nutshell, sir, the meaning of 52 01, IGET

13  01, is to obtain the value of a field from the instance object

14  and place it in a register; true, sir?

15  A.   That's the --

16  Q.   I'm not talking about the process.   I'm talking about

17  ultimate meaning.

18  A.   That's the last step of the process.

19          MR. KAMBER:   Object, Your Honor.   Vague, "meaning."

20          THE WITNESS:   That's the last step in the process,

21  yes.

22  BY MR. JACOBS:

23  Q.   What should I draw in here to illustrate the instance

24  object?

25  A.   You could put some entries in the instance object, and you

1  could label those entries with locations, offsets.

2  **Q.**  Does 01 uniquely represent the value of a field in the

3  instance object?

4  **A.**  No, it doesn't.

5  **Q.**  So 01 could get you randomly to fields in the instance

6  object?

7  **A.**  I didn't suggest that it got you there randomly.  But if

8  you have a second dexopt file that's referring to the same

9  instance object, it may be that the IGET instruction is 52 08.

10  So you can't use the operand in the instruction as a

11  representation because there's no matching that can happen, no

12  resolution.

13  **Q.**  Does 52 01 get you to a value -- a specific value in the

14  instance object?

15  **A.**  In the context of the data, it does.  The data gives

16  meaning to or at least the -- allows you to follow a path to

17  get you to the -- to the appropriate offset in the instance

18  object.

19  **Q.**  Does the 01 represent the -- does 01 actually contain the

20  offset in the instance object?

21  **A.**  01 is not the offset into the instance object.

22  **Q.**  Now, just to clean up a few other things.  You labeled

23  this "data," but this is actually the constant pool; true, sir?

24  **A.**  Constant pool is data.

25  **Q.**  But it's the constant pool; true, sir?

1  **A.**    Yes.

2  **Q.**    And the data that the IGET instruction is interested in

3  obtaining, the purpose of the IGET instruction is to obtain

4  data from an instance object; true, sir?

5  **A.**    Yes, as the last step.

6  **Q.**    And, again, the 01 is not a numerical value in the

7  instance object of the data; is it, sir?

8  **A.**    No.  It's a location in the field ID table, an index.

9  **Q.**    And it specifies a value of a field in the instance

10 object; true, sir?

11 **A.**    It gives you the first step in a seven- or eight-step

12 process that will allow you to find that offset.

13 **Q.**    It specifies the value of the field in the instance object

14 that the IGET instruction is seeking to obtain; true, sir?

15 **A.**    I don't know what you mean by "specifies."

16 **Q.**    Okay.  Well, let's see what -- I think we've taken that to

17 a helpful point.

18         You were here when Dr. Mitchell testified?

19 **A.**    Yes.

20 **Q.**    You were here when Dan Bornstein testified?

21 **A.**    Yes.

22 **Q.**    And he was the technical lead for Dalvik; in fact, the

23 person who had the idea for Dalvik?

24 **A.**    Yes.

25 **Q.**    And when Mr. Bornstein was testifying, you didn't detect

1  any inaccuracies in his testimony?

2  **A.**    I don't recall any at the moment.

3  **Q.**    And the same with Andy McFadden, you heard him testify;

4  true, sir?

5  **A.**    Yes.

6  **Q.**    You didn't detect -- true or false, you detected no

7  inaccuracies in his testimony?

8  **A.**    True.

9  **Q.**    You're familiar with the '104 Patent.  You've studied it

10  at length.

11  **A.**    Yes.

12         **MR. JACOBS:**  Let's look at Figure 1A of the '104

13  Patent, please, Exhibit 4015.

14         (Document displayed.)

15  **BY MR. JACOBS:**

16  **Q.**    Now, what's illustrated here is a load operation?

17  **A.**    That's correct.

18  **Q.**    And the operand of the load op- -- of the load instruction

19  is "2"?

20  **A.**    I see that.

21  **Q.**    "2" is not the data being obtained; true, sir?

22  **A.**    That's true.

23  **Q.**    The "2" in "load 2" is a numeric memory location; true,

24  sir?

25  **A.**    That is true.

1  Q.    So in Figure 1A, the data that is being obtained by the

2  load instruction is the actual data in the data object; true,

3  sir?

4  A.    True.

5  Q.    And that data is the value 17; true, sir?

6  A.    Yes.

7  Q.    So if we look at 1A, we look at -- we have an object in

8  there called a "data object."  And the value that's being

9  recovered is the value 17; true, sir?

10 A.    That's true.

11 Q.    Now let's look at Figure 1B.  Here's another load

12 instruction; true, sir?

13 A.    Yes.

14 Q.    And the operand of this load instruction is "y"; true,

15 sir?

16 A.    That's correct.

17 Q.    The "y" in "load y" is a symbolic reference?

18 A.    That's correct.

19 Q.    "y" is not the actual data being obtained by the load

20 instruction?

21 A.    "y" is a reference followed to get the data being loaded.

22 Q.    The actual --

23 A.    Resolved.

24 Q.    Sorry.

25 A.    It's the symbol that needs resolution to get you to slot

1   2.

2   **Q.**   The actual data to be obtained by the load instruction is

3   the value "17," true?

4   **A.**   The data loaded will be "17," yes.

5   **Q.**   The actual data to be obtained as a result of execution of

6   "load y" will be "17"?

7            **MR. KAMBER:**  Objection.  Vague, "actual data."

8            **THE COURT:**  Do you understand what "actual data"

9   means?

10           **THE WITNESS:**  Well, there's actual data in a number

11  of locations.  In this case, the -- the symbolic reference is

12  as we talked about --

13           **MR. JACOBS:**  I withdraw the question, Your Honor.

14  **BY MR. JACOBS:**

15  **Q.**   The data in the data object that is being retrieved is the

16  value "17"; true, sir?

17  **A.**   That's correct.

18  **Q.**   But the actual -- but the value of 17 -- sorry.  In order

19  to do that, the numeric memory location corresponding to the

20  symbolic reference "y" must first be determined; true, sir?

21  **A.**   That's right.  You need to know that it's slot 2, to get

22  to the 17.

23  **Q.**   But the value "17" in the data object is not used to make

24  that determination; true, sir?

25  **A.**   The value itself is not -- the "17" is not used to find

1    the location itself.

2    **Q.**   So the data in the data object that is being obtained by

3    the load instruction is not any of the information used to

4    determine the correspondence between symbolic references and

5    numeric memory locations in Figure 1A and 1B; true, sir?

6    **A.**   Can you repeat the question?

7    **Q.**   Uh-huh.  The data in the data object being obtained by the

8    load instruction is not any of the information that is used to

9    determine the correspondence between the symbolic references

10   and numeric memory locations; true, sir?

11   **A.**   It actually may be the case that the "y" is in the data

12   object as part of the search to resolve the symbolic reference.

13   **Q.**   But the "17" is the data in the data object; true, sir?

14   **A.**   It may also be the "y."

15   **Q.**   Well, let's cut to the chase on this.

16        In both Figure 1A and 1B, both load instructions are

17   getting the value "17" out of the data object; true, sir?

18   **A.**   As the final step.

19   **Q.**   The system in Figure 1A refers to the data using a numeric

20   memory location slot 2?

21   **A.**   That's correct.

22   **Q.**   And the system in 1B refers to the data using a symbolic

23   reference "y"?

24   **A.**   Yes.

25   **Q.**   And so -- and when we're obtaining data within the meaning

1  of Claim 11 of the '104 Patent, the data that we're obtaining

2  is the value "17" in the data object; true, sir?

3  **A.**   Yes.  The load "y" will ultimately obtain "17."

4  **Q.**   So the value of the data being obtained through the load

5  instruction is the data object value "17"?

6  **A.**   Yes.

7              **THE COURT:**  If this is a good time to break --

8              **MR. JACOBS:**  Yes.

9              **THE COURT:**  -- we will right now.

10              Remember, 15 minutes.  Please remember the

11  admonition.

12              **THE CLERK:**  All rise.

13              (Jury out at 9:16 a.m.)

14              **THE COURT:**  Please be seated.

15              Any issues for the judge?

16              **MR. JACOBS:**  Not from us, Your Honor.

17              **MR. VAN NEST:**  I don't believe so, Your Honor.

18              **THE COURT:**  Is this your last witness?

19              **MR. VAN NEST:**  He is.

20              **THE COURT:**  And how much longer on cross?

21              **MR. JACOBS:**  Probably about half an hour, 40 minutes,

22  Your Honor.

23              **THE COURT:**  Will there be a rebuttal case?

24              **MR. JACOBS:**  Yes.

25              **THE COURT:**  And how long will that be?

PROCEEDINGS

```
 1          MR. JACOBS:  Maybe 45 minutes, an hour.

 2          THE COURT:  Any surrebuttal case?

 3          MR. VAN NEST:  I think there will be cross of the

 4  rebuttal case, but I don't expect any surrebuttal.  We would

 5  reserve on that, Your Honor.

 6          THE COURT:  We'll see if we have time for the

 7  closings today, or not.  I don't want to say yes or no on that

 8  yet.

 9          So we will take our 15 minutes right now.

10          MR. VAN NEST:  Thank you, Your Honor.

11          (Recess taken from 9:17 to 9:31 a.m.)

12          THE COURT:  All right.  Back to work.  Please be

13  seated.

14          MR. JACOBS:  We wanted to ask you, Your Honor, if we

15  could take a minute to report some progress.

16          THE COURT:  Great.

17          MR. JACOBS:  This one, there is a condition on.

18          THE COURT:  All right.

19          MR. JACOBS:  We have:  Subject to the condition, we

20  have agreed to make indirect infringement follow automatically

21  from a finding of direct infringement, so that the jury would

22  not have to decide indirect infringement, inducement or

23  contributory.

24          The court will recall there are a fair line of

25  instructions on that.  There's a whole set of questions on the
```

 1  verdict form.  And, so, this would substantially streamline the

 2  decisions the jury needs to make.  This would be similar to the

 3  way we treated, for the jury purposes, indirect infringement in

 4  the copyright case.

 5          The one condition is this:  We'll both need to

 6  reconfigure our closings.  The way the clock might work, I may

 7  be disadvantaged by that because I might -- if we literally

 8  went to 1:00 o'clock, I might have to do the closing today.

 9  Google would have a chance overnight to reconfigure.

10          So the idea would be that we could both do our

11  closings tomorrow, with reconfigured closings based on this

12  stipulation.

13          **THE COURT:**  The condition is that closings would be

14  tomorrow?

15          **MR. JACOBS:**  Correct.  And Google agrees to this

16  approach.

17          **THE COURT:**  All right.  We'll do that.

18          So your stipulation to eliminate indirect

19  infringement is out.  That means -- let me make sure I

20  understand it -- indirect infringement is out of the

21  instructions and out of the verdict form?

22          **MR. VAN NEST:**  That's right, Your Honor.

23          **MR. JACOBS:**  Yes.  I can read --

24          **THE COURT:**  Read the exact stipulation.

25          **MR. JACOBS:**  (As read:)

1              "The parties hereby stipulate and agree that

2              if Google is found to directly infringe

3              either/or both of the '104 and '520 Patents,

4              the Court shall enter a judgment in favor of

5              Oracle with respect to both its direct and

6              indirect infringement claims of the

7              directly-infringed patents.

8              "The issues of indirect infringement, induced

9              and contributory infringement, therefore,

10             need not be submitted to the jury."

11        And then there's additional language about how this

12    not constituting an admission, et cetera.

13        **THE COURT:**  All right.  Well, how could it not be an

14    admission, then?

15        **MR. JACOBS:**  Actually, let me read it.

16             "The parties agree that this stipulation does

17             not constitute an admission that the use by

18             any entity of Android or other technology

19             infringes the '104 or '520 Patents or any

20             patents related to or claiming common

21             priority benefit with those patents, and that

22             this stipulation may not be used to allege or

23             to attempt to prove liability of any entity

24             for infringement of such patents."

25        I suppose, on reading it, other than -- any entity

PROCEEDINGS

 1  other than Google.

 2          MR. VAN NEST:  That's right.

 3          MR. JACOBS:  (As read:)

 4          "... any entity other than Google for

 5          infringement of such patents.

 6          "The parties further agree that this

 7          stipulation shall not expand the scope or

 8          number of specific handsets for which Oracle

 9          may be entitled to an award of damages, as

10          previously limited by the Court."

11          THE COURT:  So if the jury was to find infringement,

12  we then go to the damages phase.  And does the jury then assume

13  that for the patents for which there was liability established,

14  that the damages include the handsets for those manufacturers?

15          MR. JACOBS:  Yes, Your Honor.

16          THE COURT:  Correct?

17          MR. VAN NEST:  They would assume that indirect

18  infringement was found as well, yes.

19          THE COURT:  Well, all right.  But -- all right.

20  Well, but let's be clear.  It's not just an assumption.  It

21  would be liability at that point.

22          MR. VAN NEST:  That's right.

23          THE COURT:  For Google but not for the handset

24  manufacturers.

25          MR. VAN NEST:  That's right.

1          **MR. JACOBS:**  Could we have a quick sidebar, Your

2  Honor?  We'll be able to help you out.

3          **MR. VAN NEST:**  I'm not sure we need that.

4          **THE COURT:**  Something the witness can't hear?  Or is

5  it something that the public can't hear?

6          **MR. VAN NEST:**  The latter.  But I don't think we

7  actually need to come to sidebar.  The answer to your question

8  is, yes, this would eliminate putting the indirect liability,

9  indirect infringement issues to the jury.

10          If they return a verdict of direct infringement, Your

11  Honor would enter a judgment of indirect infringement as well,

12  and the jury would have that judgment as the basis for

13  whatever --

14          **THE COURT:**  Well, but, you understand the judgment

15  comes later.  You're using it as -- a figure as a term of art.

16  The judgment comes at the end of the case.  What you would mean

17  is it would be like if a verdict was entered.

18          **MR. VAN NEST:**  Right.

19          **THE COURT:**  It would be treated as if the jury had

20  found not only direct but indirect.  And that would be the

21  verdict going into Phase Three.  That's what you mean.

22          **MR. VAN NEST:**  That's what I mean.

23          **MR. JACOBS:**  And that's what -- that's what we mean,

24  Your Honor.

25          **THE COURT:**  All right.  Well, I think I understand

PROCEEDINGS                                    3967

```
 1  your arrangement.  So while this would be totally binding on

 2  Google, it would not be binding on Motorola or anyone else

 3  because they are not present and they have their right to their

 4  day in court.

 5           MR. VAN NEST:  Exactly right.

 6           MR. JACOBS:  Yes.

 7           THE COURT:  Is there anything more to be said right

 8  now?

 9           MR. VAN NEST:  No.

10           MR. JACOBS:  No.  We can submit this, Your Honor, or

11  we can clean it up.

12           THE COURT:  I suggest that you clean it up.  But, you

13  have said it on the record, and I think there is a binding

14  stipulation on the record.

15           MR. VAN NEST:  We agree with that, Your Honor.

16           MR. JACOBS:  We agree, too, Your Honor.

17           THE COURT:  So try to clean it up.  But failing that,

18  it's on the record.

19           All right.  Can we now bring the jury back and

20  continue?

21           MR. VAN NEST:  I believe so.

22           (Jury enters at 9:38 a.m.)

23           THE COURT:  Please be seated.  Let's have everyone

24  make themselves comfortable and get your notepads ready.  All

25  set over there?
```

PROCEEDINGS                    3968

```
 1              (Jurors affirm.)

 2              THE COURT:  Please go ahead.

 3   BY MR. JACOBS:

 4   Q.   All right.  Let's do this again, and make sure we get it

 5   clearly, Dr. August.

 6              IGET is a Dalvik bytecode instruction?

 7   A.   Correct.

 8   Q.   Dalvik Virtual Machine executes IGET instructions?

 9   A.   That's correct.

10   Q.   The IGET instruction finds the instance of an object and

11   retrieves the data from a specified field?

12   A.   Yes.

13   Q.   And the object that we've depicted here on this chart is

14   the instance object; true, sir?

15   A.   True.

16   Q.   The IGET instruction obtains the actual field data out of

17   an object; true, sir?

18              MR. KAMBER:  Objection.  Form.  "Actual data," vague.

19              MR. JACOBS:  Mr. Lee, can I have Mr. McFadden's

20   testimony at page 3751 -- 3759, line 21 to 3706, line 4.

21              (Transcript displayed.)

22   BY MR. JACOBS:

23   Q.   So I was asking Mr. McFadden about this.  And Mr. McFadden

24   wrote the code; true, sir?

25   A.   True.
```

1  Q.   And I asked him, at 3759, line 21.  Line 21:

2           "So the IGET instruction, the role of the

3           IGET instruction is to obtain actual field

4           data from an object; true, sir?"

5           Mr. McFadden answered:  "True."

6           **"QUESTION:**  And what the IGET instruction

7           does is obtain actual field data from an

8           object and store it in a Dalvik register?"

9           And Mr. McFadden answered:  "Yes."

10          And then I asked him again:

11          **"QUESTION:**  So that IGET stores the actual

12          field data into the register; true, sir?

13          "Yes."

14          Do you agree or disagree with Mr. McFadden, sir?

15 A.   I agree.

16 Q.   Now, just to get the terminology right, in the very first

17 part of your testimony yesterday you used a term "non-reference

18 data."  Do you recall that?

19 A.   Yes.

20 Q.   And then we didn't hear much more about it.  But I take it

21 that actual field data that Mr. McFadden was referring to is

22 non-reference data in your analysis; is that true, sir

23 (indicating)?

24 A.   It may be.

25 Q.   Is the value of this field non-reference data

1  (indicating)?

2  A.   It may be.

3  Q.   And what are the conditions?

4  A.   Well, for example, if it were an integer it would be --

5  integer treated as an integer, it would be non-reference data.

6  Q.   And what would be the conditions it would not be

7  non-reference data?

8  A.   Could be a pointer to an object.  That would be a

9  reference.

10  Q.   In terms of actual field data, the language that

11  Mr. McFadden used or agreed with, is that the same as

12  non-reference data, or not?

13  A.   Depends on the type of the field.

14  Q.   All right.  So let's go with Mr. McFadden's language then.

15        And I'm writing up on this chart "actual field data,"

16  to point to the values in the instance object.

17        Now, the IGET instruction has an operand, the field

18  index; true, sir?

19  A.   Yeah, an index into the field ID table, yes.

20  Q.   And you heard Mr. McFadden testify Friday that the field

21  index in the IGET instruction is not the numerical memory

22  location of the actual field data in an object; true, sir?

23  A.   That's true.

24  Q.   Let's just get that again.  You agree with Mr. McFadden

25  that the field index in the IGET instruction is not the

1  numerical memory location of the actual field data in an

2  object; true, sir?

3  **A.**    True.

4  **Q.**    And if we look at the drawing, now, that we've put in

5  front of the jury with the instance object and the actual field

6  data, the instance object in this drawing corresponds to the

7  data object in the '105 [sic] patent; true, sir?

8  **A.**    These are different estimates.  The patents figure didn't

9  have the Dalvik Virtual Machine in mind.

10  **Q.**    But the object from which the actual field data has been

11  retrieved in the patent is called a data object; true, sir?

12  **A.**    That's correct.

13  **Q.**    So if we put "'104 Patent" down here, we call this a data

14  object.  The actual field values are like the 17 in the data

15  object; true, sir?

16  **A.**    The -- the values in the object are like the 17, yes.

17  **Q.**    And 01 is not the numerical memory location of actual

18  field data in the instance object?

19  **A.**    That's right.  There's no arrow that directly connects 01

20  to the first field in the instance object.

21  **Q.**    Now, in this illustration, the slide that became -- the

22  slide 20, that I put up on this board here, the -- only one of

23  the three IGET operands is illustrated; true, sir?

24  **A.**    That's right.

25  **Q.**    The third operand, in field@CCCC in that format, that's

1  the 01; right, sir?

2  A.   That's right.

3  Q.   And the operand 01 specifies the field from which IGET

4  retrieves the actual data value, in this example, "17"; true,

5  sir?

6  A.   It specifies the entry corresponding to that field in the

7  field ID table, through an index.

8  Q.   So you disagree.  You're saying that the 01 does not

9  specify an actual field data?

10  A.   It's not that I disagree.  I'm just clarifying the point.

11  Q.   52 01 in this illustration retrieves actual field data 17;

12  true, sir?

13  A.   In this example, on the last step, it retrieves the field

14  data from 17, and places it into a register.

15  Q.   Now, you testified that Dalvik bytecodes do not contain

16  symbolic references at all; true, sir?

17  A.   That's true.

18  Q.   And in your report you explained why that is your opinion,

19  at paragraph 105.  You should have your report --

20  A.   I would like to have a copy of that.

21  Q.   Uhm?

22  A.   I would like to have a couple of that, if I may.

23  Q.   Yeah.

24        MR. JACOBS:  May I, Your Honor?

25        THE COURT:  Sure.

1            THE WITNESS:  What paragraph?

2            MR. JACOBS:  105.

3            (Document displayed.)

4    BY MR. JACOBS:

5    Q.   Now, you said in the middle there, you said that:

6            "Dalvik Virtual Machine does not define an

7            instruction format that contains a symbolic

8            reference (e.g. a string representing the

9            name of the reference) as an operand."

10           Do you see that there?

11   A.   I see it.

12   Q.   What you were saying was -- and we learned this from

13   several witnesses -- the way these instructions work, you can't

14   put "y" or "fun" as such in the instruction stream; true, sir?

15   A.   That's true.

16   Q.   And that's because the designers of Java actually decided

17   that the operands should be a fixed length; true, sir?

18   A.   That's true.

19   Q.   And, in fact, just as an aside, what you've described here

20   as the structure of the dex format is, in all relevant

21   respects, the same as the structure of the output of a Java

22   compiler; true, sir?

23   A.   As it relates to numeric and symbolic references, that is

24   correct.

25   Q.   And so if your testimony is correct that there are never

1  symbolic references in a dex file output by the dx tool, the

2  same would be true of a Java file output by a Java compiler?

3  **A.**    Subject to what happens in the dx tool, but with --

4  excluding that, potentially.

5  **Q.**    The format is the same of the instructions in -- as

6  illustrated on slide 20 of your presentation, and the output of

7  a Java compiler?

8  **A.**    No.   The instruction formats are different.   For one,

9  there are many more -- there are register references in the

10  Dalvik Virtual Machine, for example.

11  **Q.**    That the operands are fixed length is true for both; true,

12  sir?

13  **A.**    That's true.

14  **Q.**    True for a dex file and true for a -- true for a dot-class

15  file?

16  **A.**    I believe so.

17  **Q.**    And so if what's going on is that because -- you say

18  there's no symbolic references because you can't have a "y" or

19  a "fun" in the instruction stream; true, sir?

20  **A.**    That's not why.   That's not the reason I'm giving.

21  **Q.**    Let's look at what you put in your report.   You said:

22           "In other words the Dalvik Virtual Machine

23           does not define an instruction format that

24           contains a symbolic reference as an operand."

25           Do you see that?

1  **A.**    I see that.

2  **Q.**    So you're saying if you follow the Dalvik Virtual Machine

3  rules, there is no instruction format that contains a symbolic

4  reference; true, sir?

5  **A.**    Yes.

6  **Q.**    Thus -- you go on:

7             "Thus, it would be impossible to construct a

8             Dalvik bytecode instruction that contains a

9             symbolic reference."

10            Do you see that, sir?

11 **A.**    That's true.

12 **Q.**    And you stand by that?

13 **A.**    I do.

14 **Q.**    And the same would be true for a Java bytecode

15 instruction; true, sir?

16 **A.**    Again, subject to any changes that happened in the dx

17 tool.

18 **Q.**    Well, I'm sorry, sir.  This is the Dalvik Virtual Machine,

19 so this is after the dx tool; isn't it, sir?

20 **A.**    Right.  So it's saying that the Dalvik Virtual Machine

21 does not contain an instruction format containing a symbolic

22 reference.

23            And if you don't have an instruction format that

24 contains a symbolic reference, you can't have an instruction

25 that contains a symbolic reference.

1  **Q.**    That's your logic, right?

2  **A.**    The second part follows from the first.

3  **Q.**    And the same would be true for the format of the output of

4  a Java compiler; true, sir?

5  **A.**    That's a -- a different analysis.

6  **Q.**    Well, is it your testimony that there are symbolic

7  references in the instruction stream output by a Java compiler?

8  **A.**    I didn't testify to that.

9  **Q.**    Is it your testimony?

10  **A.**    Oh.  Yes, I believe that the javac compiler does not

11  output symbolic references in the instruction stream.

12  **Q.**    I'm sorry, I didn't hear what you said.  "Does not

13  output"?

14  **A.**    That's correct.

15  **Q.**    So by your testimony, the '104 Patent, to the extent it

16  doesn't apply to dex code in Dalvik, it doesn't apply to Java;

17  true, sir?

18        **MR. KAMBER:**  Objection, Your Honor.  The parties have

19  an agreement regarding the use stipulation.  This is not

20  relevant testimony in light of that stipulation.

21        **MR. JACOBS:**  It's a technical point.

22        **MR. KAMBER:**  We were told that Oracle would not be

23  going into subject matter of practice of the '104 Patent.

24  There is no evidence that the '104 Patent is practiced by Java.

25        **MR. JACOBS:**  It's a technical point, Your Honor,

 1  comparing the instruction format of the two systems,

 2  particularly when --

 3          **THE COURT:**  It doesn't -- for infringement purposes,

 4  it makes no difference what Java does.  That's like comparing

 5  the patent owner's product to the accused product.

 6          For patent infringement purposes, what matters is

 7  what happens comparison between the claim language and the

 8  accused product.

 9          So the objection is sustained.

10  **BY MR. JACOBS:**

11  **Q.**   Looking again at your report, sir, you said:

12          "It would be impossible to construct a Dalvik

13          bytecode instruction that contains a symbolic

14          reference."

15          True, sir?

16  **A.**   That's true.

17  **Q.**   And that is your testimony?

18  **A.**   That is true, yes.

19  **Q.**   Now, you agree that Dalvik instructions contain references

20  to strings, methods, classes, and fields; true, sir?

21  **A.**   They contain references to entries in the constant pool

22  tables.

23  **Q.**   And is it your testimony, sir, that those cannot be

24  symbolic references?

25  **A.**   Uhm, as we went through before, they are actual locations,

 1  numeric memory locations.

 2  **Q.**   Now, in your slide, you show 52, which corresponds to the

 3  IGET instruction; right, sir?

 4  **A.**   That's the opcode for IGET.

 5  **Q.**   And there are three operands:  VA, VB, and field@CCCC.

 6  True?

 7  **A.**   True.

 8  **Q.**   Now, you just showed one operand in order to make it

 9  simpler for us; right, sir?

10  **A.**   Yes.

11  **Q.**   The operand you showed, which is "01," that corresponds to

12  field@CCCC; true, sir?

13  **A.**   That is true.

14  **Q.**   And that's what you're referring to in paragraph 105 of

15  your report as a numeric index; true, sir?

16  **A.**   That's right.

17  **Q.**   And so just to clarify this on the -- where's blue?  There

18  it is.

19          The field@CCCC, that corresponds to 01; true, sir?

20  **A.**   In that figure, yes.

21  **Q.**   And the 01 that -- you're saying that's a number; true,

22  sir?

23  **A.**   It's not just a number.  It's also a numeric reference, a

24  memory location.

25  **Q.**   But it's in the Dalvik instructions; you agree with that?

1   A.    Oh, yeah.

2   Q.    Because the way your understanding in the Dalvik

3   instructions, it has to be in the -- what you call the

4   instruction stream; true, sir?

5   A.    The insn portion.

6   Q.    The insn is specified in the Dalvik data format; true,

7   sir?

8   A.    That's right.  It may be insns.

9   Q.    I think it is, actually.

10  A.    Yeah.

11  Q.    Now, you heard Mr. Bornstein testify about Dalvik.

12  A.    Yes, I did.

13  Q.    And you agree that Mr. Bornstein knows what he's talking

14  about when it comes to Dalvik?

15  A.    Sure.

16  Q.    And you heard that Mr. -- you heard Mr. Bornstein testify

17  that none of those three objects -- sorry, operands, not VA,

18  not VB, and not field@CCCC, is the memory location of the value

19  of the field; true, sir?

20  A.    The value of the field in the instance object, yes.

21  Q.    And so Mr. Bornstein made it very clear that the -- that

22  although -- that the IGET instruction gets the value of a field

23  and stores it in the register VA; true, sir?

24  A.    Repeat the question.

25  Q.    The IGET instruction gets the value of a field, the

1  instance field, and stores it in the register VA?

2  **A.**    Yes, in the last step.

3  **Q.**    And VA is not the numeric memory location of the value of

4  the field; true, sir?

5  **A.**    VA will be the value, the actual -- ultimately, will be

6  the value of the field.

7  **Q.**    VA is the destination, is the register; true, sir?

8  **A.**    VA refers to a destination register, true.

9  **Q.**    Where the ultimate -- where the actual field data will be

10  stored; true, sir?

11  **A.**    Where the field data will be stored.

12  **Q.**    And VB, that's not the numeric memory location of the

13  value of the field; true, sir?

14  **A.**    It's a reference to a register that contains the base of

15  the instance object.

16  **Q.**    After the value is obtained from the instance object;

17  true, sir?

18  **A.**    False.

19  **Q.**    Well, let's see.  Mr. Bornstein said, VA is the

20  destination register.

21          You agree with that?

22  **A.**    Yes.

23  **Q.**    And he agreed that it's not the numeric memory location of

24  the value of the field.  And you agree with that?

25  **A.**    I do.

1    Q.   And VB is not the numeric memory location of the value of

2    the field?

3    A.   Yeah.  As I described, VB is a register reference.  That

4    register contains the base address of the instance object.

5    Q.   And field@CCCC is not the numeric memory location of the

6    value of the instance field; true, sir?

7    A.   That's also true.

8    Q.   Now, you heard Mr. McFadden testify last week about

9    Dalvik?

10   A.   I did.

11   Q.   And you agree that Mr. McFadden knows what he's talking

12   about when it comes to Dalvik?

13   A.   I did.

14   Q.   And you heard Mr. McFadden testify that none of the three

15   operands VA, VB, and not field@CCCC, none of those is the

16   memory location of the value of the field; true, sir?

17   A.   That is true.

18   Q.   So, in fact, you would agree that the IGET instruction

19   never contains the numerical memory location of the actual

20   field data that it is supposed to get; correct, sir?

21   A.   Contains -- the operands themselves do not contain that

22   location.  That's correct.

23   Q.   Let me just get it crisply.  True or false, the Dalvik

24   IGET instruction never contains the numeric memory location of

25   the actual field data that it is supposed to get and ultimately

1    store in a Dalvik register?

2    **A.**    That's correct.

3    **Q.**    You agree that the IGET instruction finds the instance of

4    the object and retrieves the data from the specified field;

5    true, sir?

6    **A.**    Actually, the instance object is given to it as a value in

7    one of the registers.  It doesn't -- it -- if you mean "find"

8    as in it accesses the register in the second operand, then the

9    answer would be: correct.

10   **Q.**    Well, let's see if we can state this more simply.

11             **MR. JACOBS:**  Can I have Mr. McFadden's testimony at

12   3221 lines 2 to 7.

13             (Transcript displayed.)

14             **MR. JACOBS:**  I asked him:

15             "Can you explain what the iget instruction

16             is?"

17             He answers:

18             "That is the instance field get instruction.

19             What that means is there is an object

20             somewhere and you need to get a piece of data

21             out of it.  The data is stored in fields.  So

22             what this instruction does is it finds the

23             instance of the object and retrieves the data

24             from the specified field."

25

1   BY MR. JACOBS:

2   Q.   Do you agree with his answer, sir?

3   A.   Yeah, it is a reasonable summary of the eight steps.

4   The -- again, with the clarification I made earlier about finds

5   the instance of the object.

6           The instance of the object is given to it in a

7   register.  And if you mean that accessing that register is part

8   of a finding process rather than a resolution process, then --

9   then this is correct.

10  Q.   Do you agree that what the IGET instruction does is find

11  the instance of the object and retrieve the data from the

12  specified field?

13  A.   I agree.

14  Q.   Now let's look at the Court's claim construction.

15           MR. JACOBS:  Can we have Mitchell slide 17, please.

16           (Document displayed.)

17  BY MR. JACOBS:

18  Q.   So here's the Court's definition of a symbolic reference.

19  The jury has seen this now many times, as have you and I,

20  Dr. August.

21           "A reference that identifies data by a name

22           other than the numeric memory location of the

23           data."

24           We know that 01 is in the instructions, right,

25  Dr. August?  You agree with that, 01 is in insns?

1    **A.**    That's correct.

2    **Q.**    And so it is in the instructions within the meaning of the

3    Court's claim construction order?

4    **A.**    That's right.

5    **Q.**    And we know that 01 is the -- we know that 01 refers to

6    data; true, sir?

7    **A.**    Yes.  Data in the field --

8    **Q.**    Just --

9    **A.**    True.

10   **Q.**    Give me a yes or no.

11            And we know that 01 is the same as field@CCCC; true,

12   sir?

13   **A.**    That's correct.

14   **Q.**    And we know that the field@CCCC is not the numeric memory

15   location of the value of the field in the instance object;

16   true, sir?

17   **A.**    That is true.

18   **Q.**    And so with respect to the actual field data over here in

19   the instance object, the field index is a symbolic reference;

20   true, sir (indicating)?

21   **A.**    That's false.

22   **Q.**    It doesn't specify the numeric memory location of the

23   actual field data; does it, sir?

24   **A.**    No, it doesn't.

25   **Q.**    And the definition by the Court's construction is.

1                "A reference that identifies data by a name

2                other than the numeric memory location of the

3                data."

4                True, sir?

5   A.    That's true.

6   Q.    And, so, if the data is the actual field data that the

7   IGET instruction is seeking to obtain, then 01 is a symbolic

8   reference; true, sir?

9   A.    The -- the data referred to by the field@CCCC operand is

10  the entry in the field ID table.  That's the data.

11               If you redefine what "data" means, you bring some

12  additional limitation or modification, then you're redefining

13  what the data -- it's clear that the field@CCCC reference is

14  referring to the field ID table.  That's the data that it

15  refers to.

16  Q.    We looked at the '104 Patent and we saw that the value

17  that was being retrieved by the resolution process and by slot

18  2 at was a value in the data object; true, sir?

19  A.    True.

20  Q.    And -- but it's your testimony that the data that is being

21  referred to in the Court's claim construction is the -- what

22  you've referred to as the data, which is the constant pool;

23  true, sir?

24  A.    True.

25  Q.    Now, you submitted in your report in paragraph 70 --

1          **MR. JACOBS:**  Can we have paragraph 70 of

2  Dr. Mitchell's report up, please.

3          (Document displayed.)

4          **THE WITNESS:**  Can I have some context for this?

5          **MR. JACOBS:**  This isn't the right one.

6          **THE WITNESS:**  Oh.

7          **MR. JACOBS:**  I'm sorry.  Start over.

8  BY MR. JACOBS:

9  **Q.**   You heard Andy McFadden testify about how dexopt rewrites

10 the IGET instruction into an IGET_QUICK instruction; true, sir?

11 **A.**   True.

12 **Q.**   And this is in dexopt; true, sir?

13 **A.**   That's correct.

14 **Q.**   And you agree that dexopt rewrites instructions?

15 **A.**   Dexopt rewrites instructions.

16 **Q.**   And what -- it rewrites the IGET instruction to replace it

17 with an IGET_QUICK instruction; true, sir?

18 **A.**   That's true.

19 **Q.**   In fact, what it does is it replaces field@CCCC.  It

20 replaces it with a byte offset; true, sir?

21 **A.**   That's true.

22 **Q.**   And the byte offset is a numeric reference; true, sir?

23 **A.**   That's true.

24 **Q.**   The byte offset is a numeric reference to the actual field

25 data in an object; true, sir?

```
 1   A.    That's correct.

 2   Q.    So it's your testimony that dexopt rewrites the IGET

 3   instruction, shown here as 52, into an IGET_QUICK instruction,

 4   and that the IGET_QUICK instruction contains a numeric

 5   reference; true, sir?

 6   A.    True.

 7   Q.    Do you agree that a dex file has symbolic references to

 8   methods and fields when it arrives on a device?

 9   A.    The dex file does, yes.

10          MR. JACOBS:  Can I have slide 30 of his dec.

11          (Document displayed.)

12   BY MR. JACOBS:

13   Q.    So these are the functions that you listed for -- these

14   are the dvmResolve functions that you listed; true, sir?

15   A.    I listed these, yes.

16   Q.    And these are part of the Dalvik VM; true, sir?

17   A.    True.

18   Q.    And these are functions in Resolve.c?

19   A.    True.

20   Q.    Do you agree that Dalvik VM resolves symbolic references

21   dynamically?

22   A.    It does.

23   Q.    Now, you were here when Dan Bornstein testified that

24   dexopt was part of the Dalvik Virtual Machine; true, sir?  You

25   were here when he testified to that.
```

1    **A.**    Yes.

2    **Q.**    And do you agree that dexopt is part of the Dalvik Virtual

3    Machine?

4    **A.**    In that it shares the same code.

5    **Q.**    And dexopt loads the application dex file into the Dalvik

6    VM; true, sir?

7    **A.**    No.

8    **Q.**    That was a no?  Is that what you said?

9    **A.**    Dexopt processes the file that is placed on the device.

10   **Q.**    Dexopt processes the dex file when the Dalvik Virtual

11   Machine is running; true, sir?

12   **A.**    Not for the same program.

13   **Q.**    That wasn't what I asked.

14            Does dexopt process the dex files when the Dalvik

15   Virtual Machine is running?

16   **A.**    Not -- sometimes.

17   **Q.**    Well, let's see what Mr. McFadden said on this point.

18            **MR. JACOBS:**  Can I have transcript at 3246, line 2:

19            **"QUESTION:**  And so the dexopt loads the dex

20            file, the application dex file into the

21            Dalvik VM, correct?"

22            Mr. McFadden said:  "Yes."

23            I asked him:

24            "And so it processes -- dexopt processes the

25            dex files when the Dalvik Virtual Machine is

 1                    running?"

 2              He said:  "Yes."

 3              Do you agree or disagree with his testimony?

 4    A.   I agree.  I'm just being more specific that it's

 5    sometimes.

 6    Q.   And:

 7              "In fact" -- I said to him -- "you described

 8              dexopt in this document as really just a

 9              backdoor into the VM."

10              Correct, sir?

11    A.   That's how he describes it in the documentation, yes.

12    Q.   Do you disagree with that characterization in the

13    documentation?

14    A.   No.

15    Q.   And dexopt loads the file into the Dalvik Virtual Machine,

16    true?

17    A.   Dexopt loads the file into dexopt.

18    Q.   It loads it into the Dalvik VM; true, sir?

19    A.   If you mean the code that composes the VM as it's a part

20    of dexopt, sure.

21    Q.   And Dalvik -- and dexopt processes the dex files when the

22    Dalvik Virtual Machine is running; true, sir?

23    A.   Sometimes.

24    Q.   So do you agree that dexopt resolves symbolic references?

25    A.   No.

```
 1   Q.   Were you here when Mr. Bornstein testified that dexopt

 2   will resolve symbolic references in many cases?

 3   A.   Yes.

 4   Q.   And he said -- and I want to run this by you and see if

 5   you agree or disagree with it.  I questioned him, at 3579

 6   lines, 2 to 8:

 7             "So when you wrote 'when a dex file arrives

 8             on' -- when you said, 'when a dex file

 9             arrives on a device it will have symbolic

10             references to methods and fields, but

11             afterwards it might just be a simple integer

12             vtable offset,' you meant to be conveying

13             that, in many cases, the symbolic reference

14             will be resolved by dexopt?

15             "ANSWER:  That's right."

16             Do you disagree with Mr. Bornstein?

17   A.   He's not applying the Court's construction here.  He's

18   using the ordinary meaning of the words.

19   Q.   The ordinary meaning of "symbolic reference"?

20   A.   Well, the -- the part that described a symbolic reference

21   as being resolved dynamically rather than statically is not

22   something he has in mind in this question -- in this answer.

23   Q.   Because he was using symbolic references the way one

24   ordinarily would; true, sir?

25   A.   Outside the context of the '104 Patent, you might use
```

 1  symbolic reference in that way.

 2  Q.    You weren't suggesting he was using the phrase improperly;

 3  were you, sir?

 4  A.    No.

 5  Q.    Let's talk for a minute about performance testing.

 6          You reviewed Mr. Vandette's report that describes the

 7  performance testing he performed with respect to the '104

 8  Patent; true, sir?

 9  A.    Yes.

10  Q.    You offered some criticisms of his work in your own

11  report?

12  A.    That's correct.

13  Q.    You wrote that Mr. Vandette should have done some things

14  differently?

15  A.    Yes, generally.

16  Q.    You didn't do those things yourself; true, sir?

17  A.    That's true.

18  Q.    And you did no performance testing of Android before

19  preparing your own report?

20  A.    That's correct.

21  Q.    And Google -- despite all its resources, Google didn't

22  provide you with any test results obtained by Google for you to

23  consider for your report; did it?

24  A.    No, it did not.

25  Q.    So there is no experimental data of your own in your

1  report that would confirm or contradict Mr. Vandette's test

2  results?

3  **A.**   It's not -- the data wasn't the question.  It was the

4  methodology that I questioned.

5  **Q.**   But you have no experimental data; true, sir?

6  **A.**   That's true.

7  **Q.**   Now, Mr. Vandette used CaffeineMark and SyMark benchmarks.

8  Do you recall that?

9  **A.**   Yes.

10 **Q.**   Do you agree that CaffeineMark is a standard benchmark

11 accepted in the industry?

12 **A.**   It's accepted for certain purposes.

13 **Q.**   It's a standard benchmark; true, sir?

14 **A.**   What do you mean by "standard"?

15 **Q.**   It's used across the industry.  It wasn't specially

16 selected uniquely by Mr. Vandette for purposes of his report?

17 **A.**   That's correct.

18 **Q.**   And the same for SyMark; true, sir?

19 **A.**   Correct.  True.

20 **Q.**   And, in fact, Google uses both of those to evaluate Dalvik

21 performance; true, sir?

22 **A.**   I've seen references to that, yes.

23 **Q.**   Now, you studied Android when you began your work on

24 your -- on this report?

25 **A.**   That's correct.

1  Q.   You studied -- you learned that Android is on the -- or

2  maybe you knew before, that Android is on a Google website for

3  download?

4  A.   Yes, I knew that.

5  Q.   And that it's downloaded to people who want to use

6  Android, and then they can install it on their devices; true,

7  sir?

8  A.   You mean developers?

9  Q.   Developers or companies that want to install Dalvik on a

10  device.

11  A.   Sure, it's available for them.

12  Q.   I just want to go back and make sure the jury understands

13  exactly what's going on here.

14        52 01 IGET field@CCCC, where CCCC here is 01

15  (indicating), what this instruction does is retrieve the actual

16  field data from the instance object and place it in a register;

17  true, sir?

18  A.   In a last step, yes, that's true.

19  Q.   And 52 01, the 01 does not specify the numerical location

20  of that actual field data in memory; true, sir?

21  A.   The 01 is a reference to an entry in the field ID table.

22  Q.   01 is not the numeric memory location -- let's have the

23  Court's claim construction up one more time.

24        (Document displayed.)

25  Q.   01 is not a reference that identifies the data, the actual

 1   field data in the instance object by a numeric memory location

 2   of the data; true, sir?

 3   A.   Am I supposed to be relating that to the claim

 4   construction?  That's not what it says.

 5   Q.   Well, it defines a -- it defines a symbolic reference as

 6   something other than data that is referred to by other than

 7   a -- by a numeric memory location; true, sir?

 8   A.   Would you repeat the question.

 9   Q.   Sure.  You see the Court's claim construction, symbolic

10   reference.  You see that?

11   A.   Yes.

12   Q.   "a reference that identifies data by a name other than the

13   numeric memory location of the data."  Do you see that, sir?

14   A.   Yes.

15   Q.   Now, you agree that a number can be a name, for present

16   purposes; true, sir?  In general.

17   A.   In general, yes.

18   Q.   So it's not the fact that it's a number, in your view,

19   that means it's not a symbolic reference; true, sir?

20   A.   No.  As you saw when I went through the analysis, I wasn't

21   considering the fact that it was a number.

22   Q.   And --

23   A.   It just so happens -- sorry.

24   Q.   If the data that is being referred to in the claims of the

25   '104 Patent is the actual field data, then 01 is a symbolic

 1  reference; true, sir?

 2  **A.**    Say that again.

 3  **Q.**    Well, let's just take it part by part.  It's a reference,

 4  right?  01 is a reference to something?

 5  **A.**    Yes.  It's a reference to an entry in the field ID table.

 6  **Q.**    It's a reference; true, sir?

 7  **A.**    It's a reference.

 8  **Q.**    And if -- and identifies data; true, sir?

 9  **A.**    It does identify data.

10  **Q.**    And if the data that we're discussing in this construction

11  is the data in the actual field data -- hold that thought --

12  the data that we're discussing is the data in the instance

13  object, the actual field data, then this reference, 01,

14  identifies that data by a name other than the numeric memory

15  location of the data; true, sir (indicating)?

16         **MR. KAMBER:**  Objection.  This is outside the Court's

17  claim construction order.

18         **THE COURT:**  Overruled.  Please answer.

19         **THE WITNESS:**  Yeah, the -- the -- the reference

20  identifies data.  The data that it identifies is in the field

21  ID table.

22         If you say that it identifies something that it

23  doesn't refer to, then you're not applying the Court's

24  construction.

25

AUGUST - CROSS EXAMINATION / JACOBS                    3996

**BY MR. JACOBS:**

**Q.**    Stay with me for a minute.  We just have to do it this
way.

               "A reference that identifies data by a name

               other than the numeric memory location of the

               data."

               Do you see that?

**A.**    I see that.

**Q.**    Let's just take that clause for a minute and simplify it.
We'll go up to the comma.  Do you see that?

**A.**    Sorry?

**Q.**    We'll go up to the comma, and we'll stop.

**A.**    Okay.

**Q.**    And we'll just focus on the first half of this definition.
Do you see that?

**A.**    Yes.  That sounds good.

**Q.**    Because you agree that in the bytecode interpreter in
Resolve.c there's no dynamic static issue; true, sir?

**A.**    That's correct.

**Q.**    So let's just focus on -- and you also agree, by the way,
that if 01 qualifies a symbolic reference in -- as a symbolic
reference in Dalvik, then setting aside the dynamic issue it
would qualify as a symbolic reference in dexopt; true, sir?

**A.**    Setting aside the -- you're saying, assume that the
operand is a symbolic reference, and ignore the second part of

1  the claim construction, then it would be a symbolic reference

2  in both dexopt and Resolve.c.

3  Q.   That's my question.

4  A.   Is that the question?  Then the answer is yes.

5  Q.   Okay.  Now, just assume with me that the data that is

6  being referred to in the claims and, hence, in this claim

7  construction, is actual field data in the instance object.

8  Okay?  Are you with me?

9  A.   Yes.

10 Q.   This 01 does identify that data; true, sir?

11 A.   No.  It refers to the field ID table entry.

12 Q.   Even though 52 01 will retrieve the actual field data from

13 the instance object, your testimony is 01 doesn't refer to the

14 actual field data in the instance object?

15 A.   That's correct.

16 Q.   If it does refer to the data within the meaning of the

17 claim construction, you agree that it does so without

18 identifying a specific memory location of the instance object;

19 true, sir?

20 A.   Are we -- do we still have the earlier assumption in

21 place?

22 Q.   Yes.

23 A.   I just want to make sure I've got them all lined up.

24         (Laughter)

25 Q.   Let's write them on here.  Let's write them on here.

 1              This is the data.  So red is assumptions.  This is

 2    the data.  And 01 identifies that data.  Okay.  With me so far?

 3    **A.**    Yeah.

 4    **Q.**    You don't think it identifies the data; true, sir?

 5    **A.**    With the assumptions in place?

 6    **Q.**    No.  You're challenging that assumption, true, sir; aren't

 7    you?

 8    **A.**    Yeah.

 9    **Q.**    And so when Mr. McFadden testified about how this all

10    works, do you disagree with him?

11    **A.**    No.

12    **Q.**    Well, let's look at his testimony one more time, at 3760.

13    And we were looking at this very slide.  And I asked him:

14              "Looking at slide 20, we have an IGET

15              instruction with a '01' as the field index.

16              The IGET instruction doesn't obtain the

17              number '01' and store '01' in a Dalvik

18              register; true, sir?"

19              Mr. McFadden answered:  "True."

20              "The IGET instruction doesn't obtain the

21              number '2'" -- we were looking at the field

22              ID table (indicating) -- "doesn't obtain the

23              number '2,' shown here under field ID, or

24              '76' from the string ID table, and store '2'

25              or '76' in a Dalvik register; does it?"

1              **"ANSWER:**  It does not.

2              "The IGET instruction doesn't obtain the name

3              'fun' and store that in a Dalvik VM register;

4              does it?"

5              Recall that we had "fun" over here where "y" is now.

6              He said:

7              "True."

8              "It doesn't obtain the name 'byte' and store

9              that in a Dalvik Virtual Machine register;

10             does it?

11             "No," he said.

12             "The actual data that is obtained by the IGET

13             instruction and stored is the value of the

14             field named 'fun' in an object; true?"

15             I asked him.  And he answered:

16             "True."

17  **A.**    There's a little trick here.  In the earlier questions

18  you're talking about what's actually stored in the virtual

19  machine register.

20             But all those things that he said weren't stored in

21  the virtual machine register were actually accessed and

22  referred to and manipulated by the instruction.

23  **Q.**    But what 52 01 does is retrieve an actual field data --

24  and, uniquely, it doesn't go all over memory, it ends up at a

25  particular data location through resolution, and puts the value

```
 1   of that field in a register; true, sir?

 2   A.    Repeat the question.

 3              MR. JACOBS:  Can you read it back.

 4              (The reporter read the pending question.)

 5              THE WITNESS:  That is true.

 6              MR. JACOBS:  Thank you, sir.

 7              THE COURT:  Is that it?

 8              MR. JACOBS:  Yep.

 9              THE COURT:  All right.  Thank you.

10                      REDIRECT EXAMINATION

11   BY MR. KAMBER:

12   Q.    I don't want to take up too much time, Mr. August, but I

13   want to go back to a few issues.

14              MR. KAMBER:  Can we pull up the claim construction?

15   I believe it's slide 29 of Dr. August's presentation.

16              (Document displayed.)

17   BY MR. KAMBER:

18   Q.    The claim construction reads:

19              "A reference that identifies data by a name

20              other than the numeric memory location of the

21              data, and that is resolved dynamically rather

22              than statically."

23              Correct?

24   A.    That's correct.

25   Q.    Does the construction read as follows?
```

1                    "A reference that identifies the actual field

2                    data in the instance object by a name other

3                    than the numeric memory location of the

4                    actual field data in the instance object and

5                    that is resolved dynamically rather than

6                    statically"?

7   **A.**    It doesn't say that, and it doesn't mean that.

8   **Q.**    Okay.  Now, data -- this refers to data, correct,

9   Dr. August?

10  **A.**    That's correct.

11  **Q.**    To what extent is this data (indicating)?

12  **A.**    That is data.

13  **Q.**    How is it data?

14  **A.**    It's information.  It's actual -- in this case, as we

15  talked about earlier, it's a numeric reference data.  But it's

16  data.

17  **Q.**    To what extent is this "08" in the string ID table data?

18  **A.**    That's data, as well.  In this case, it's data of the type

19  "numeric reference."

20  **Q.**    To what extent is this "y" in entry 8 of the string data

21  column data (indicating)?

22  **A.**    It's data.  It's data of the type "string" or the symbolic

23  reference.

24  **Q.**    Does the entry in the string ID table refer -- well, does

25  the entry in the string ID table, this "08," refer to data by a

1  name other than the numeric memory location of the data?

2  **A.**   No.   It's a numeric reference.   It's the -- refers to the

3  data by its actual location.   There it's 08, in the string data

4  table 08.

5  **Q.**   Now, there's been a lot of talk about the actual value of

6  the -- excuse me.   I want to get the phrase right.   The actual

7  field data in the instance object.   You've heard reference to

8  that, correct?

9  **A.**   Yes.

10 **Q.**   So let's talk about this instance object for a moment.

11         This entry at slot 18, this is an offset, correct,

12 Dr. August (indicating)?

13 **A.**   That's correct.

14 **Q.**   What can be in this instance object by way of data?

15 **A.**   Well, it could be a symbolic reference.   It could be a

16 numeric reference.   Or it could be other non-reference data.

17 **Q.**   So the example being shown with the 17, from Figures 1A

18 and 1B, do you recall that?

19 **A.**   Yes.

20 **Q.**   Does that 17 tell you whether it's non-reference data or

21 reference data?

22 **A.**   Just by the virtue of it being 17 doesn't say whether it's

23 reference data or non-reference data.

24 **Q.**   Could the 17 be a numeric reference, like an index or an

25 offset?

1  **A.**    It could be.

2  **Q.**    Could the 17 be the actual data 17?

3  **A.**    It could be.

4          Now, I just want to clarify that in the patent

5  description, it does create an example with two points, "x" and

6  "y."  And if you understand that part of the description of the

7  figure, then you -- then it's in that case.

8          So if they rewrote the description to say that "x"

9  and "y" are used to find other data, then it would be

10 potentially a symbolic or numeric reference.

11 **Q.**    Let's talk about in Dalvik.  Is the data at these entries

12 always non-reference data, as we talked about in your technical

13 tutorial?

14 **A.**    No, it's not.

15 **Q.**    How do you know that?

16 **A.**    Because I write programs.  And you can write programs that

17 contain references in instances of objects.

18 **Q.**    Can the data in the instance object be a string of

19 characters?

20 **A.**    It could be.

21 **Q.**    In the example of test1 from Dr. Mitchell's code, where --

22 and if you remember correctly, Dr. Mitchell wrote a -- perhaps

23 we can pull up a slide.  I believe it's slide --

24 **A.**    That would be helpful.

25 **Q.**    -- 4 from Dr. Mitchell's presentation.

1          **MR. JACOBS:** Let's just get this up because I think

2    this might help orient us.  Actually, let me take this down.

3          (Document displayed.)

4    **BY MR. KAMBER:**

5    **Q.**  Here there's Java source code, correct, Dr. August?

6    **A.**  Yes.

7    **Q.**  And was test1 referred to as HelloWorld?

8    **A.**  It's a variable.

9    **Q.**  Test1 --

10   **A.**  Field.  It's referring to a location that will hold or

11   refer to HelloWorld, the string.

12   **Q.**  To what extent is test1 a name?

13   **A.**  Well, it's a name given by the programmer so that there is

14   some meaning in the programmer's mind about what kind of data

15   is being referred to.

16   **Q.**  Now, in this instance object, if the data is here "test1,"

17   the name, or let's say "y," for example, in your world "y"

18   equals HelloWorld, and the "y" is resolved to a location in the

19   instance object, what would be located at the instance with

20   the -- would the string "HelloWorld" be located as data in that

21   instance object?

22   **A.**  So the code would be a little bit different, but "Hello

23   World," actually -- the string would actually exist within the

24   String data table.  So the data "Hello World," literally the

25   letters H-E-L-L-O and so on, would actually be in the constant

1    pool where this word "data" was crossed out.

2    Q.    Let's just say it was 120 -- my handwriting is terrible.

3    So I apologize to the jury -- and it says "Hello World."

4          How does the program get to that actual data with the

5    name "Test 1" or "y"?

6    A.    Well, it would use a reference in the instruction, a

7    numeric reference in the instruction, which is a memory

8    location to the String ID table and it could get to the data

9    that way.

10   Q.    So, say, 77?

11   A.    Sure.

12   Q.    And let's imagine that this is 120 here (drawing on

13   demonstrative.)  Have I drawn that accurately, Dr. August?

14   A.    Yeah.

15   Q.    Now, how does it -- what does it do with the 120 once it

16   arrives at this string?

17   A.    So this is -- just to be clear, this is not field

18   resolution.  This is something else.

19          But it will arrive at the literal string data through

20   a numeric reference, another numeric reference, another numeric

21   reference, and get to the string data, the actual letters

22   "H-E-L-L-O," and so on.

23   Q.    Can there be references from the instance object into the

24   string data table?

25   A.    Indirectly, yes.

AUGUST - REDIRECT EXAMINATION / KAMBER        4006

1    Q.   Through other numeric references?

2    A.   Yes.

3    Q.   Let's talk about dexopt for a moment.  There was some

4    questioning about dexopt and whether it processes files while

5    the virtual machine is running.

6         Can you explain -- I think there may have been some

7    confusion.  Can you explain whether and how the virtual machine

8    is running while dexopt is processing Dalvik bytecode and

9    optimizing it?

10   A.   The virtual machine may be doing other things as it

11   relates to other programs.  The -- when your device is on, many

12   things are running.  But as it relates to the program being

13   installed, dexopt must start and complete first before the

14   virtual machine can -- the interpreter in particular, can

15   interpreter the code.

16        In fact, there may be some time between the

17   installation and the execution of the program.  When you have a

18   phone you may download a program and then sometime later run

19   the program.  There are two different parts.

20        MR. KAMBER:  Let's pull up TX 739, please, just a

21   moment.

22        (Document displayed)

23   BY MR. KAMBER:

24   Q.   There was reference to -- Mr. Jacobs asked you some

25   questions about this back door into the VM.  Do you recall

1   that?

2   **A.**   Yes, I do.

3   **Q.**   It's page three of the document.  There is a section

4   discussing dexopt at the top there.

5           **MR. KAMBER:**  Can we highlight that, please.

6           (Document highlighted)

7   **BY MR. KAMBER:**

8   **Q.**   And in the second paragraph it says:

9           "The solution is to invoke a program called

10          dexopt which is really just a back door into

11          the VM."

12          Do you see that?

13  **A.**   I see it.

14  **Q.**   And what do you understand that reference "a back door

15  into the VM" to mean?

16  **A.**   Well, the VM has a lot of code.  In some sense it's a

17  library and you can think of that library of code as having an

18  API.  And the dexopt program is much smaller because it can

19  leverage the code that's in the VM library.

20          Likewise, the interpreter can be much smaller because

21  it can leverage the code through an API to the VM library.

22  **Q.**   The jury is all too familiar with APIs, Dr. August.

23  **A.**   I understand.

24  **Q.**   This paragraph goes on and it says:

25          "On completion, the process exits, freeing

Case 3:10-cv-03561-WHA   Document 1171   Filed 05/18/12   Page 122 of 198

1        all resources."

2        What do you understand that to be referring to?

3  **A.**   So not only does dexopt not execute the program

4  dynamically, but dexopt itself terminates, stops its own

5  execution so the program might be executing.  The dexopt might

6  be executing.

7        In this case dexopt -- the program is not yet

8  executed, so it's still static.  Dexopt is also a program, but

9  it's not the program we're installing.  That runs for a little

10  bit and then terminates, completely finishes its execution and

11  it no longer runs.

12  **Q.**   Again, is it your opinion -- or to what extent is it your

13  opinion that dexopt is a static rather than dynamic

14  optimization?

15  **A.**   Everything that dexopt does is before the first execution

16  of the program.

17  **Q.**   Now, dexopt -- does dexopt resolve symbolic references?

18  **A.**   Not -- no.

19  **Q.**   Why do you say no?

20  **A.**   Because it operates statically rather than dynamically.

21  **Q.**   So it doesn't meet the definition of a symbolic reference

22  in that instance?

23  **A.**   That's correct.

24  **Q.**   Under the court claim construction?

25  **A.**   Under the Court's claim construction, yes.

1  **Q.**   Now, there's some question finally, last questions, about

2  whether the "01," or now it's a "77," refers uniquely to an

3  entry in the -- or some data in the instance object or that

4  it's "specifically," I believe is another term that Mr. Jacobs

5  used.  Do you recall that?

6  **A.**   Yes.

7  **Q.**   Why do you say that this "01" or "77," "field@CCCC" in the

8  instruction stream does not uniquely identify data in an

9  instance object?

10  **A.**   Well, you need to also have the base of the object.  You

11  need to have the value that's in the second operand register.

12  **Q.**   If there were another program that is on the device that

13  refers to, for example, "y" in the string data, would it also

14  have to use the number "01" in order to refer to "y"?

15  **A.**   No.  The programmer uses names like "current time," "y,"

16  or "fun" in different parts of the code so that they can talk

17  about the same thing.  That's what the linking process is -- is

18  bringing the names -- you use "y" over here, you use "y" over

19  here, you want to use the same "y."

20          If you compile those two parts of the program

21  separately, one program may say 52 01, while the other

22  program -- or other part of the program may say 52 08.  That 01

23  in one program and that 08 in the other program can't be used

24  to understand that they are talking about the same thing if, in

25  fact, they are both accessing or ultimately accessing "y."

1          So the operand does not -- that index does not

2     uniquely identify across all programs the data that we're

3     looking for.

4     Q.   So in the case of that one particular part of the program,

5     you would have to chase the "01" through to the "y," correct?

6     A.   That's right.

7     Q.   And in the other part of the program you might be chasing

8     an "08" through to the "01"?

9     A.   Right.  And they may both through some step in the process

10    get to the same symbol, the "y," and at that point you know

11    that both programs, or both halves of the same program, are

12    talking about the same thing.

13          MR. KAMBER:  No further questions, your Honor.

14                     RECROSS EXAMINATION

15    BY MR. JACOBS:

16    Q.   All right.  Let's see if we can clarify what we meant.

17          THE COURT:  Oh, no.  Wait a minute.  How many times

18    are we going to go through this?

19          MR. JACOBS:  Just one, your Honor.

20          THE COURT:  How long is this?

21          MR. JACOBS:  Five minutes.

22          THE COURT:  You have five minutes.

23          THE WITNESS:

24          MR. JACOBS:  ALL RIGHT.

25

1  BY MR. JACOBS:

2  Q.   "Field@CCCC" you left out the "vA" and "vB;" right sir?

3  A.   Yes.

4  Q.   But with "vB" you know exactly which data objects "CCCC"

5  is located in; true, sir.

6  A.   Only in Resolve.c, at runtime.

7  Q.   In Resolve.c you know exactly where it is?  With that --

8  A.   Again --

9  Q.   Sorry.

10  A.   Again, if you follow the reference to the Field ID table

11  and so on, you do the resolution, you take the value in the --

12  put it all together, yes, you find the data in that field.

13  Q.   And the fact that multiple -- that different parts of the

14  code might reference the same variable, that's what you were

15  dealing with in responding to Google's counsel's questions just

16  now, right?

17  A.   Right.  That is the "y" that actually identifies the data,

18  not the index in the instruction.

19  Q.   But "vA," "vB," "CCCC" specifies an actual field data

20  value; true, sir?

21  A.   No.

22  Q.   It specifies -- it doesn't take you into random memory

23  locations; does it, sir?

24  A.   It takes you into the Field ID table.

25  Q.   Ultimately after IGET is resolved, it takes you to a

```
 1  unique location in the instance object?

 2  A.   Right.  The instruction --

 3  Q.   Thank you.  Thank you.

 4           No further questions, your Honor.

 5           THE COURT:  All right.  May the witness step down?

 6           MR. KAMBER:  He may, your Honor.  We may have to

 7  recall him in surrebuttal, if necessary.

 8           THE COURT:  All right.  For now you're free to step

 9  down and you're welcome to stay.

10           THE WITNESS:  Thank you.

11           THE COURT:  And watch, of course.

12           (Laughter.)

13           (Witness steps down.)

14           THE COURT:  So on Oracle's side, next witness.

15           MR. JACOBS:  I think Google --

16           THE COURT:  I'm sorry.  Google's side, next witness.

17           MR. VAN NEST:  Your Honor, at this time Google rests.

18           THE COURT:  All right.  Well, another milestone has

19  been reached.

20           Does Oracle wish to present any rebuttal case?

21           MR. JACOBS:  Yes, your Honor.  We wish to call Dr.

22  Mitchell in rebuttal.

23           THE COURT:  All right.  Dr. Mitchell, will please

24  return to the stand.

25           Was he discharged last time or is he still under
```

 1   oath?  We'll reswear him.

 2          Dr. Mitchell, welcome back.  Please raise your right

 3   hand.

 4                         __JOHN MITCHELL__,

 5   called as a witness for the Plaintiff herein, having been first

 6   duly sworn, was examined and testified as follows:

 7   **A.**   I do.

 8          **THE CLERK:**  Okay.

 9                      __DIRECT EXAMINATION__

10   **BY MR. JACOBS:**

11   **Q.**   Welcome, Dr. Mitchell.

12   **A.**   Thank you.

13   **Q.**   On Friday the Court asked Dr. August what the difference

14   was between you -- you and Dr. August about symbolic

15   references.  Do you recall that colloquy?

16   **A.**   Yes.

17   **Q.**   Did Dr. August fairly characterize your opinion?

18   **A.**   No.

19   **Q.**   Professor, Dr. August said:

20          "As I understood it, Dr. Mitchell is trying

21          to get the symbolic reference from the String

22          data table into the instruction."

23          So he was saying that you were trying to get this

24   "fun" or "y" over here into the instruction (indicating); do

25   you recall that?

1  **A.**    Yes, I do.

2  **Q.**    Is that what you were trying to do?

3  **A.**    No.  It's perfectly happy right where it.

4  **Q.**    And do Dalvik -- do Android Dalvik instructions contain

5  symbolic references?

6  **A.**    Yes.

7  **Q.**    What in the Dalvik instructions is a symbolic reference?

8  What is contained in Dalvik instructions that is a symbolic

9  reference?

10  **A.**    Field index.

11  **Q.**    But those are numbers?

12  **A.**    That's right.

13  **Q.**    Does it matter?

14  **A.**    Not at all.

15  **Q.**    Can a number be a symbolic reference?

16  **A.**    Yes.

17  **Q.**    How do you know?

18  **A.**    Court's claim construction.

19  **Q.**    Let's put it up, please.

20          (Document displayed)

21  **Q.**    What about the Court's claim construction indicates to you

22  that a number can be a symbolic reference?

23  **A.**    There is certainly nothing to prevent that.  A number is a

24  perfectly good name.

25  **Q.**    You understand from the last testimony that Dr. August

1  agrees or disagrees with you on that point?

2  **A.**   My understanding from this morning is that he agrees on

3  that point.

4  **Q.**   Now, let's look at the claim language again from the

5  handouts.  Look at Claim 11.

6           You had divided that up in your testimony up into

7  four parts, and the last part was:

8                "Obtaining data in accordance to said

9                numerical references."

10          Do you recall that?

11 **A.**   Yes.  I think that was part D in an A, B, C, D analysis

12 that I gave.

13 **Q.**   Now, Mr. McFadden testified that a Dalvik IGET instruction

14 finds the instance of the object and retrieves data from the

15 specified field; do you recall his testimony?

16 **A.**   Yes, I do.

17 **Q.**   In your opinion, what data is being obtained by a Dalvik

18 IGET instruction, keeping in mind the claim language of

19 Claim 11:

20                "Obtaining data in accordance to said numeric

21                references"?

22 **A.**   So the IGET instruction is meant to get the value stored

23 in a field of an instance object.

24 **Q.**   To what extent is the data being obtained by the IGET

25 instruction -- again, with reference to the last clause of

1    Claim 11.

2              To what extent is the data being obtained by the IGET

3    instruction found anywhere in the dex file?

4    **A.**    That data is not in the dex file.  The dex file is really

5    the program coming from the developer's environment.  As the

6    program runs, it creates data.

7              The data that's referred to here in Claim 11 is the

8    data created and manipulated by the program.  That's outside

9    the blue and green slide in illustration.  The "instance Op"

10   you have drawn over on the right.

11   **Q.**   So let's just clarify one thing that we didn't have on the

12   poster before.

13             The dex file, what does that consist of in this

14   depiction?

15   **A.**    Okay.  The dex file includes Column 1, the -- all the way

16   on the left.  It's drawn in blue here.  The instructions are

17   contained, that list of OpCodes and operands is contained in

18   the dex file.

19             And then among the four columns in green, the first

20   one is not in the dex file.  This Resolved Field table doesn't

21   really belong there in this picture.  It's someplace else.  But

22   the other three columns, those are part of the dex file.

23             And there's some other columns not shown here, but

24   these three are in the dex file.

25   **Q.**   So the data being obtained by the IGET instruction --

1  again, looking at the last clause of Claim 11 -- is that data

2  that is being obtained in the dex file?

3  **A.**   The data -- that data is not in the dex file, no.

4  **Q.**   On this depiction here in this poster, where is that data

5  again?

6  **A.**   In the white area outside the original slide.

7  **Q.**   Over here (indicating)?

8  **A.**   Yes, that's exactly.

9  **Q.**   And we have labeled it?

10 **A.**   "Instance object."  That means it's an object created as

11 an instance of a class.  An object in programming, programs

12 create objects using the class.  Class is defined by

13 programmers.

14 **Q.**   In the IGET instruction, what specifies which field in the

15 object that the data is to be retrieved from?

16 **A.**   The third operand.  This simplified illustration, as I

17 think Professor August also acknowledged, only shows the third

18 operand to IGET.  There are two others.

19          The third one is this Field index, sometimes written

20 as "field@" and then a number.  The number can be written in

21 hexadecimal.  That's kind of confusing.  It's numbers zero

22 through nine, plus numbers A, B, C, D, E, F.  And then we write

23 them in this example using ordinary digits; 0001, for example.

24 **Q.**   Is the Field index in a Dalvik instruction a symbolic

25 reference or a numeric reference to the data that is being

 1  obtained?

 2  **A.**   So it's a symbolic reference, according to the Court's

 3  construction.

 4  **Q.**   And why is that?

 5  **A.**   We could walk through the construction if you would like.

 6  **Q.**   Let's go back to the construction.

 7         (Document displayed)

 8  **A.**   I'll start at the beginning.

 9  **Q.**   Yes.

10  **A.**   It's a reference that identifies data.  That's the first

11  part.  If it didn't identify data, you would have nothing that

12  you could get in an IGET.  So it identifies data.

13         It's a name.  01 is the example name here.  That name

14  is not the numeric memory location of the data.  If it were, we

15  wouldn't have to resolve it.  We wouldn't be having this

16  discussion in the first place.

17         So it's a name other than the numeric memory location

18  and it's resolved dynamically rather than statically.  To get

19  the numeric memory location, that numeric memory location is

20  needed for the IGET to do what it's supposed to do.  If it

21  didn't do that, programs wouldn't run correctly and we

22  wouldn't -- also wouldn't be here.

23  **Q.**   Dr. Mitchell, we're going to get a poster of Resolve.c to

24  put up.  Let's get started on it.

25         What's the -- what's the issue on infringement of the

1  '104 patent with respect to Resolve.c and its stated

2  functionality?

3  **A.**   As far as I can tell, the only contested issue here is

4  whether the field indexes and instructions are symbolic

5  references or not.  And that in the end just seems to turn on

6  what we mean by data, according to the last bit of testimony

7  from Professor August.

8  **Q.**   What do you understand this poster to be depicting, Dr.

9  Mitchell?

10  **A.**   This poster shows kind of a snapshot of a dex file and

11  some arrows indicating some portion of a resolution process.

12  **Q.**   And this is -- is this Resolve.c?

13  **A.**   I think that's what this slide -- this was a slide from

14  Mr. McFadden, perhaps, first?  I don't recall.  There was also

15  some slides in Google's opening that were of this form.

16       I believe this was intended to be used to describe

17  Resolve.c.  There's the Resolve Field data table, which is used

18  in explaining Resolve.c.

19  **Q.**   And a similar slide I used with Dr. August, but let's take

20  a fresh start at it just to -- because there was writing in

21  various places.

22       Are there some things on this that you need to

23  correct?

24  **A.**   I think --

25       **MR. JACOBS:**  Can I ask Dr. Mitchell to come down?

 1            THE COURT:  Yes, of course.

 2  A.   It's always good to get up and stand in front of a room,

 3  so...

 4            (Witness steps down.)

 5            THE COURT:  Remember to keep your voice -- please

 6  keep your voice loud and clear for the entire jury.

 7            THE WITNESS:  All right.  I will try to speak up.

 8            So do you want me to --

 9  BY MR. JACOBS:

10  Q.   I want you to correct the -- make it more accurate for

11  purposes of the analysis of the issues in the '104?

12  A.   I think the first thing that's confusing is this word

13  "Data" because as we're seeing the entire issue about

14  infringement and the interpretation of the claim construction,

15  it boils down to where we see the data in this way that the

16  claim is stated.  This is really the "Constant Pool."  That's

17  the way everyone has talked about it.

18            And, also, I've just separated this Resolved Fields

19  table.  This is something that is created as the Dalvik Virtual

20  Machine runs as it does the resolution process.  This is a data

21  structure in memory.  It's not in the Dalvik dex file at all,

22  so that's a good start.

23  Q.   And say a little more about the constant pool.  How do you

24  get a constant pool?

25  A.   The constant pool comes from the source code.  Source code

1    is compiled to produce a Java bytecode file.  The Java bytecode

2    file, the Java bytecode format has constant pools also.

3            The dx tool transforms the Java bytecode into Dalvik

4    dex bytecode and in doing it so reformulates or reformats the

5    constant pool in certain ways.

6    **Q.**    Sorry.  Could you write an example program that would help

7    us understand where the constant pool is coming from?

8    **A.**    Sure.  There are lots of different programs that might

9    work.  Here is a short one that helps us understand what's

10   going on here.

11           So I'll -- I don't know if I can write big enough

12   given the space here, but let's write a class point.  So I'm

13   going to use regular high school geometry.  I don't know

14   whether you enjoyed high school geometry or not.  I happened

15   to, but...  You know, that's just me.

16           The reason why this is important in computing is we

17   all use screens and screens have things drawn on them.  And the

18   way the computers draw things on screens is using "x" and "y"

19   coordinates and geometry here.  So I have the points with an

20   "x" and "y" coordinate.

21           And since this, the type of "y" here is a byte,

22   ordinarily we want to use integers, which are bigger than

23   bytes.  But byte is an integer, so it's perfectly good for

24   talking about "x" and "y" points.

25           So let's have a byte field "x," a byte field "y," and

1  then to do something, I'll write a method.  "Void" just means

2  this method doesn't return a value.  It just does something.

3          And then let's try moving up.  So in this "x" "y"

4  coordinate, a point will move up if you change its "y"

5  position.  So we could move up by saying "y = y + 1."

6          Then you could have other stuff in the class, but I

7  think that's enough for us to have a good discussion and make

8  sense of what's going on here just to have that much.

9          So here is a class with at least two fields and one

10 method that uses one of the fields.  It adds one to the number

11 "y," so it has to get the value of this field, add one to it,

12 and put the value back in this field.  Otherwise, the point

13 doesn't move on the screen and you're not going to have much

14 fun playing the computer game or whatever it is that uses this

15 class.

16 **Q.**   So what happens on compilation?

17 **A.**   So this, the Java compiler from Oracle, compiles this into

18 Java bytecode.  And the dx tool produces Dalvik bytecode from

19 that.

20 **Q.**   And how does it translate into the instructions and the --

21 **A.**   See, if we're talking about IGET, let me just tell you

22 about the IGET that comes out of this.  The instance field "y"

23 is used here, and the program has to get this instance field

24 value in order to add one to it.  So this particular part of it

25 can turn into some IGET.

1          I feel like I'm not drawing big enough, but there is

2     only so much space here.

3          And this has some arguments, the "vA" and "vB" that

4     we talked about, but the thing that matters here is it has --

5     the third thing is a "field@" -- let me just draw a "01."  You

6     could also write "0001," but if you put a bunch of zeroes in

7     front of a number, it's still the same number.

8     Q.   What's the relationship between the "y" in the source code

9     program and that "field@01"?

10    A.   "Field@01" is really the Dalvik instruction's version of

11    this field named "y" (indicating).  So everywhere in the

12    program that used "y," that the programmer wrote "y," the

13    compiler and the dx tool turned that into "field 01."  So this

14    is really the symbolic name reference "field 01" in the

15    bytecode program corresponding to the programmer's favorite

16    name here "y," for the "x" "y" coordinate of a point.

17    Q.   So, so far we have been talking about a source code

18    program and running it through a compiler in the dx tool?

19    A.   Right.

20    Q.   What happens now when it's actually located -- loaded onto

21    a virtual machine on an Android phone?

22    A.   Right.  So the class by itself is designed to be used by

23    another program that creates points and moves them around on

24    the screen and draws it, et cetera, does stuff like that.  So

25    as that executes, another piece of code will call the

1    instructor for point and create an instance object.

2           So there is actually going to be a data object over

3    here created (indicating), and there might be more in this than

4    "x" and "y" methods.  But just to put these in here, let's

5    suppose we have a point to match the other examples.  And I

6    won't confuse you by changing things too much at "23" and "17."

7    So if you want it right here (indicating), would have "23" and

8    "17" in the actual data object created by the program that

9    runs.

10          And then I believe Mr. McFadden had some offsets for

11   these that was "48" here.  I will try to use the same thing

12   just to make it simple, try not to change too much.  So "x"

13   might be before that at "47."

14   Q.   So now let's go back to the IGET instruction --

15   A.   Okay.

16   Q.   (Continuing) -- with OpCode 52.

17          How does that relate to our -- to loading the program

18   and executing it?

19   A.   So this shows the execution of this IGET instruction.  So

20   this is IGET.  That's its OpCode.  And this is the field

21   (indicating).  Write it that way "field@01" to show you what's

22   going on.

23   Q.   Does the reference "01" -- so you regard "01" as a

24   symbolic are numeric reference?

25   A.   Symbolic reference.

1  **Q.**    All right.  Does the symbolic reference "01" need to be

2  resolved to execute the IGET instruction?

3  **A.**    Right.  What the programmer wrote is get the value over

4  here to this object, add one to it, and do something else with

5  it.

6         So in order for that to happen, we have to find where

7  that actual data is in the object using this symbolic

8  reference.  So the symbolic reference is resolved.  There are a

9  number of steps here.  You've heard it three or four times, so

10 let me save you the trouble of going through it.

11        There is a process that looks up information here and

12 then does some kind of a search.  There was an animation of a

13 linear search.  Let's skip all that.

14        But ultimately what's found as the resolution of this

15 symbolic reference is this actual numerical reference, actual

16 numeric location "48."  So when that happens, that finishes,

17 there is a little structure built in memory here that has a few

18 parts.  But the important part for us is it ends up with that

19 memory location "48" in it.  And that's what's used by the

20 Dalvik Virtual Machine to then get this data value and operate

21 on it and continue execution of the program.

22 **Q.**    So what does the Dalvik Virtual Machine do with the memory

23 location after determining it?

24        **MR. JACOBS:**    And maybe we could have the claim

25 language up, Claim 11?

```
 1              (Document displayed)
 2   A.    So it obtains the data, "17," according to this numerical
 3   reference, "48."
 4   BY MR. JACOBS:
 5   Q.    And then what happens as a result of -- of the patented
 6   technique of -- that makes things more efficient?  What happens
 7   next time around?
 8   A.    So, the first time around this is resolved, and the
 9   numerical reference is stored.  And then the next time this
10   instruction gets executed, the virtual machine looks in this
11   table to see, Do I need to go through this whole search process
12   again?  That was expensive.  Took a few steps.  Took a bunch of
13   our time to try to understand it.  Answer, no, because it's
14   already stored here, so you can just read it right off here.
15              That works for this particular instruction, and any
16   other one that uses the same symbolic reference "Field 01" in
17   it.  So everything speeds up because you've stored the result
18   of this process.
19   Q.    So let's go over -- now that you've done that, let's go
20   over the definition of symbolic reference again.  And dynamic
21   is not disputed for Resolve.c, so you can just focus on the
22   rest of the language.
23   A.    Right.  So I could write it out or just summarize it, but
24   basically you have a reference.  I will just do it because I
25   want to fill it in here.
```

 1            So it's a reference that identifies data, all right?

 2   So this is a reference.  It identifies data "17" by name.  And

 3   then the last part is other than the numeric location of the

 4   data.  Okay?

 5   Q.   And so fill in the -- how do you fill in the parentheses

 6   now?

 7   A.   Okay.  So the data, this is "17."  Should be clear, that's

 8   where our point is.  The name is this symbolic reference "01."

 9   And the numeric location -- I left out memory.  Numeric memory

10   location is "48" of the data.  So the big complicated thing

11   here is "01" not equal to "48."

12   Q.   And what does that prove?

13   A.   That the name "01" is a name other than the numeric memory

14   location of the data.

15   Q.   And, therefore, within the meaning of the claims, it's

16   a --

17   A.   It's a symbolic reference, not a numeric reference.  If it

18   was a numeric reference, it wrote just be "48."

19   Q.   Let's do this one more time.

20            Maybe leave this poster up, but can you just explain

21   what would happen with dexopt as opposed to Resolve.c.

22   A.   In dexopt the resolution process basically is saying,

23   you're using the same Dalvik VM code of an instance of that

24   executing.

25            The difference is this IGET instruction gets

1   rewritten and the symbolic name gets rewritten to a numeric

2   reference.  So the "IGET 52" would become, I think "242" is the

3   OpCode for a quick version of IGET.  And the quick version of

4   IGET requires as an operand the numeric memory location rather

5   than the symbolic reference.  So we would rewrite "01" to "48."

6   **Q.**   And is there any difference in characterizing "01"

7   under -- in Resolve.c in terms of whether it symbolically

8   refers, as opposed to numerically refers, when talking about

9   dexopt?

10  **A.**   It's the same dex file.  It comes from the same source

11  program.  It's executed in the same way.  All the references

12  have the same meaning, whether dexopt is optimizing them or

13  they are run through this process implemented in Resolve.c.

14  **Q.**   And in dexopt is it your opinion that that is done

15  dynamically?

16  **A.**   Yes.  It's the dynamic process of going through all this

17  chasing these links and searching and so on.

18          It's also dynamic as a portion of the Dalvik Virtual

19  Machine and through dexopt.

20          In the case of things like classes loaded into

21  memory, things are resolved.  The memory location of the class

22  depends on the runtime environment, what code has been loaded

23  and so on.  So it's all dependent on information that is known

24  at runtime and not known independent of the platform or the

25  code or the version of things that are loaded.

1  **Q.**   Explain that last point one more time.

2          You're talking about the runtime versus independent

3  of the platform?

4  **A.**   So, if you and I had different phones and we had different

5  versions of the software, resided in different places, things

6  such as a class name "resolve by dexopt" would resolve the

7  different locations on our two phones.

8  **Q.**   Okay.  You may return to the stand.

9          (Witness resumes stand.)

10         **MR. JACOBS:**  Your Honor, I hope to put 1133 on this

11  poster.

12         **THE COURT:**  Now, it's only for illustration, correct?

13         **MR. JACOBS:**  Yes.

14         **THE COURT:**  So it will not go into the jury room.  If

15  anybody on the jury thinks they want to copy down anything up

16  there, they should do so.  But it will not be in the jury room

17  with you.

18         (Trial Exhibit 1133 marked

19          for identification)

20         **MR. JACOBS:**  And we marked up the poster from

21  Dr. August's exam with 1132.

22         **THE COURT:**  Fine.

23         (Trial Exhibit 1132 marked

24          for identification.)

25         **THE WITNESS:**  I don't have anything against Professor

1  August, but I'm going to not share his water glass.

2         **THE COURT:**  We are trying to economize here.

3         (Laughter.)

4         (Brief pause.)

5  **BY MR. JACOBS:**

6  **Q.**  Dr. Mitchell, I need to just go over for a minute this

7  question of your first report, and then your reply report, and

8  just clarify for the jury the error that you learned about in

9  the first report in your representation.  Do you recall that

10  testimony with Mr. Van Nest?

11  **A.**  Yes, I do.

12  **Q.**  So which report were you being examined about the first

13  time you were on the stand?

14  **A.**  I was being asked simply about my initial report, my --

15  what's called my opening expert report.

16  **Q.**  Now, you had a second report that covered '104

17  infringement issues?

18  **A.**  Yes, I did.

19  **Q.**  And did you write in your second report about whether

20  Dalvik instructions contain symbolic references?

21  **A.**  Yes, I did.

22  **Q.**  And where did you do that?

23  **A.**  I believe it's Paragraph 31, if I remember.

24  **Q.**  And what did you assert there about whether Dalvik

25  contained symbolic reference, Dalvik instructions contained

1   symbolic references.

2   **A.**    Well, the paragraph goes on for a little bit.  Would you

3   like me to just read the last part of that?

4   **Q.**    The portion that's relevant to the question of what your

5   opinion is on this question.

6   **A.**    Well, the last sentence might be a good place to start, if

7   you like.

8   **Q.**    Yes.

9   **A.**    (As read)

10              "Moreover, as I explained in my Opening

11              Patent Infringement Report" -- that's the

12              report we talked about earlier -- "the

13              numeric index contained in a dex bytecode

14              instruction may represent a string and, in

15              any event, gets resolved to the actual

16              location of the Method, Field, Class or

17              String being resolved.  Where the Court

18              construed "resolving" to mean "at least

19              determining the numerical memory location

20              reference that corresponds to the symbolic

21              reference."

22   **Q.**    Now was this report written before or after your

23   deposition in which you were asked about the passage in your

24   opening report?

25   **A.**    I think it was written before the deposition.

1  Q.   Now, let's talk briefly about the '520 patent.

2            What's your understanding of the main point of

3  argument on this patent between Oracle and Google?

4  A.   I think the issue is just whether this process, which

5  everyone seems to understand similarly, is properly called

6  simulation or not.

7  Q.   And what's your opinion, sir?

8  A.   I believed that it is.  I believe the dx tool simulates

9  bytecode in order to perform the steps outlined and described

10 in detail in the '520 patent.

11 Q.   And they call it pattern matching?

12 A.   Yes.

13 Q.   How does that bear on the question of whether it's

14 simulation?

15 A.   I don't really see the issue there.  It's possible for

16 someone to do pattern matching as a portion of simulation.  So

17 simply labeling it as pattern matching is not contradictory to

18 it also being simulation.

19           I think as I read the code and I understand how it

20 proceeds, the process is properly called simulation.  Google

21 engineers called it simulation.  Seems like a good description

22 to me.

23 Q.   Then there was testimony about the fact that in Android

24 there is no stack operations.  What's the relevance of that to

25 whether Android simulates for purposes of the '520 patent?

1  **A.**   I don't really see why stack is required.  A simulation of

2  a program isn't true execution of the program.  We know that to

3  execute Java bytecodes properly, it's normal to use a stack.

4  But simulation is not full execution.  It's something simpler.

5  And if it's possible to simulate more simply without using a

6  stack, that's perfectly fine.  It's more efficient.  The

7  simulation uses an array to keep track of things and that looks

8  just fine.  Looks like a good simulation to me.

9  **Q.**   So, notwithstanding Google's argument that it uses in its

10  simulation routine some form of pattern matching, what is your

11  opinion whether the '520 patent is infringed?

12  **A.**   I believe it's infringed.  I believe the implementation of

13  the dx tool meets all of the limitations of the asserted

14  claims.

15  **Q.**   Thank you, Dr. Mitchell.

16         **THE COURT:**  Cross examination.

17                    <u>**CROSS EXAMINATION**</u>

18  **BY MR. VAN NEST:**

19  **Q.**   Good morning, Dr. Mitchell.

20  **A.**   Good morning.

21  **Q.**   I take it between your first report and your second report

22  you had access to additional information in connection with the

23  case?

24  **A.**   That may be.  I had many months and kept looking at more

25  things.  And I don't recall what I might have had access to

1  between one and the other, but it's possible that I did.

2  **Q.**   As a matter of fact, after your first report, you received

3  the entirety of Dr. August's report, correct?

4  **A.**   Yes.

5  **Q.**   And so before you wrote your reply report, that you called

6  your second report here in discussion with Mr. Jacobs, you had

7  access to all of what Dr. August's opinions were, right?

8  **A.**   No.

9  **Q.**   Well, you had his report?

10 **A.**   Yes.

11 **Q.**   You reviewed his report?

12 **A.**   Yes.

13 **Q.**   You saw what his report said?

14 **A.**   Yes.

15 **Q.**   And so the second report that you told Mr. Jacobs about,

16 that was written only after you had reviewed Dr. August's

17 report, correct?

18 **A.**   I believe so, yes.

19 **Q.**   Now, we've seen quite a bit of this exhibit this morning,

20 but I want to spend just a little bit more time on it.

21         I take it you have previously said that this operand

22 here is in the instructions, right?

23 **A.**   Yes.

24 **Q.**   And I think you said last week, and again today, you

25 identified that as an index.

MITCHELL - CROSS EXAMINATION / VAN NEST                4035

1  **A.**    Yes.  It's field index.

2  **Q.**    So it's an index into the Field table, which is set forth

3  right here in the middle of the slide (indicating), correct?

4  **A.**    Yes.  A simplified version of it is illustrated there.

5  **Q.**    And it's a reference to a location in the Field table,

6  right?

7  **A.**    It's an index to that array, yes.

8  **Q.**    In other words, the one that refers to a location in the

9  Field ID table, right?

10 **A.**    No.

11 **Q.**    This is an index (indicating).  This "01" in the

12 instructions is an index to the Field table, correct?

13 **A.**    Yes.

14 **Q.**    And the "01" is referring to a lotion in the Field ID

15 table?

16 **A.**    Yes.

17 **Q.**    Now, you talked also last week about class indexes in the

18 instructions, correct?

19 **A.**    Yes.

20 **Q.**    And a class index, that's also an index into a table?

21 **A.**    Yes.

22 **Q.**    It works in much the same way as this field index we just

23 saw works, correct?

24 **A.**    Yes.

25 **Q.**    You also talked last week about a method index, correct?

1  A.   Yes.

2  Q.   And a method index, that's an index into a Method table,

3  right?

4  A.   Yes.

5  Q.   Now, that works in much the same way as the class index

6  and field index, correct?

7  A.   Yes, fundamentally.

8  Q.   The operand that is used provides a location in either the

9  Field table or the Class table or the Method table, right?

10 A.   Yes.

11 Q.   I think you talked last week about a string index.  String

12 index being in instructions, correct?

13 A.   Yes.

14 Q.   And a string index, that's also an index to a location in

15 a string table, such as the string table here on Mr. McFadden's

16 exhibit; correct?

17 A.   Yes.

18 Q.   So those are all indexes to locations in tables, right?

19 A.   Yes.

20 Q.   Now, in your opening report you repeatedly referred to

21 these indexes in the instructions as numerical references,

22 correct?

23 A.   The only example I can think of that is the paragraph and

24 paragraphs that we talked about before that I have explained

25 here and in my deposition contain an error that I've corrected.

1   **Q.**   Have you looked carefully through your report since you

2   were here last week?

3   **A.**   Moderately.

4   **Q.**   Did you go back to check to see whether in a number of

5   different paragraphs you used the words "numerical reference"

6   to refer to indexes like the field index and the class index?

7   Did you do that since you were here on Friday?

8   **A.**   Not at great length, no.

9           **MR. VAN NEST:**   So could we put up Paragraph 269 from

10  Dr. Mitchell's first report?

11          (Document displayed)

12  **BY MR. VAN NEST:**

13  **Q.**   So we have Paragraph 269 for your on the screen for you,

14  Dr. Mitchell?

15  **A.**   Yes.

16  **Q.**   And this is the one we talked about last week in which you

17  conceded that in your first report, before you had seen Dr.

18  August's opinion, you referred to "class indexes" as "numerical

19  references."

20          **MR. VAN NEST:**   Can we underline that, please?

21          (Document underlined)

22  **BY MR. VAN NEST:**

23  **Q.**   Right?

24  **A.**   I'm not sure what you're asking.  The sentence says

25  exactly what it says here.

1  Q.   Okay.  And the sentence, as we established last week,

2  refers to class indexes as numerical references, right?

3  A.   It can be understood that way, yes.

4  Q.   And you're now -- you've now testified that was just a

5  mistake, right?

6  A.   Yes.

7           MR. VAN NEST:  Could we have Paragraph 272?

8           (Document displayed)

9  BY MR. VAN NEST:

10 Q.   Is Paragraph 272 a paragraph in your report, a few

11 paragraphs below the one we just looked at?

12           Could we underline "numerical references (methodRef

13 or methodIdx)."

14           MR. VAN NEST:  Can we underline that?

15           (Document underlined.)

16 BY MR. VAN NEST:

17 Q.   This is something you wrote in your first report before

18 you saw Dr. August's opinions, correct?

19 A.   Yes.  I believe that is the paragraph you asked me about

20 before.

21 Q.   And this is another paragraph in which you referred to an

22 "index" as a "numerical reference," correct?

23 A.   Well, there's "methodRef" and "methodIdx."  That's two

24 different things here.

25 Q.   Well, "methodIdx" -- we established last week "methodIdx,"

1  that means method index, right?

2  **A.**    Yes.

3  **Q.**    And you referred to that in your report as a "numerical

4  reference," right?

5  **A.**    Apparently, yes.

6  **Q.**    And that's also a reference in instructions?

7  **A.**    Yes.

8  **Q.**    So that's a second example of looking at the instructions

9  in the Dalvik bytecode and an index and calling it a "numerical

10 reference," right?

11 **A.**    Yes.

12 **Q.**    Now, is that a mistake, also?

13 **A.**    Yes.

14 **Q.**    Let's go on to Paragraph 293.

15          (Document displayed)

16 **Q.**    Paragraph 293, again, was written in your original report

17 before you saw any of the opinions from Dr. August, correct?

18 **A.**    That is correct, about the time.

19 **Q.**    And can we underline in the second line "numerical

20 references string Idx."

21          You wrote that, Dr. Mitchell, right?

22 **A.**    Yes, yes.

23 **Q.**    And "string Idx" in this particular example, that's

24 actually in the Dalvik bytecode instructions, correct?

25 **A.**    Yes.

1  Q.   So this is yet a third example of an index found in the

2  Dalvik bytecode instructions that you called a numerical

3  reference in your report?

4  A.   It's basically the same example.

5  Q.   Well, we have now established that you called a class

6  index a numerical reference, a method index a numerical

7  reference, a string index a numerical reference; and all three

8  of those are found in the instructions in Dalvik, right?

9  A.   Yes.

10 Q.   Now, you also in your report traced through some of the

11 same operations that Mr. McFadden did in this exhibit --

12        MR. VAN NEST:  Which, your Honor, I apologize.  We

13 have now market Trial Exhibit 3547.

14        (Trial Exhibit 3547 marked

15         for identification)

16 BY MR. VAN NEST:

17 Q.   (Continuing) -- right?

18 A.   I'm sorry.  I've lost the question.

19 Q.   I'm sorry, Dr. Mitchell.  That's my fault.

20        Your report looked not only at indexes in

21 instructions -- in other words, over here on the left -- but it

22 looked at references contained in tables like the Field table,

23 the String table, and String Data table.  You looked at those,

24 too, correct?

25 A.   Yeah, my report covers the operation of the Dalvik Virtual

 1  Machine and Resolve.c.

 2  **Q.**   And almost every time that you saw an index like the

 3  indexes that are in the Dalvik instructions, you called it a

 4  "numerical reference;" right, Dr. Mitchell?

 5  **A.**   I don't recall that.

 6  **Q.**   Let's go to Paragraph 284.

 7          (Document displayed)

 8  **Q.**   284 is a paragraph in your opening report; correct, Dr.

 9  Mitchell?

10  **A.**   Yes.

11  **Q.**   And could we underline on the third line of the page

12  there, "Numerical reference (Field ID with specified index)."

13          Do you see that language, sir?

14  **A.**   Yes.

15  **Q.**   That's another example of you're referring to a "field

16  index" as a "numerical reference," correct?

17  **A.**   No.  This is something different.

18  **Q.**   Now, Field ID, that means something other than index?

19  **A.**   Yes.  ID and Idx are two different things in the source

20  code.

21  **Q.**   What's the specified index you're referring to there?

22  **A.**   If you look at the -- if I remember correctly, this or

23  another paragraph like this is followed by code that contains a

24  comment, Field ID with a specified index.  And that explains

25  what this means.

1  Q.   You certainly would agree with me that someone reading

2  this could take away from it that you were referring to a

3  Field ID with specified index as a numerical reference, right?

4  A.   That's -- could be one reading.  What I meant is "Field ID

5  comma" would be another way of separating it, with the

6  specified index.  The Field ID comes from an index and the

7  Field ID is a pointer into the Dalvik Virtual Machine.

8  Q.   So you should have put a comma after "Field ID"?

9  A.   Apparently that would have clarified it, but I don't think

10 it's wrong as it is.

11 Q.   But someone reading it could certainly assume that you

12 called the field index a numerical reference in Paragraph 284,

13 right?

14 A.   No.  This is Field ID, not Field Idx.

15 Q.   But the specified index, that's a field index?

16 A.   I believe there is an index that's an input to the method

17 that this is referring to.  That's separate from the Field ID.

18 Q.   Now, you used the term "numerical reference" to refer to

19 method ID with specified index, correct?

20 A.   That may be.

21 Q.   And here you used "numerical reference" to refer to

22 Field Id with specified index, correct?

23 A.   Yes, as we've discussed.

24 Q.   Can you think of any example anywhere in your report where

25 you called an index anything other than a "numerical

1    reference"?

2    **A.**    I believe there are some paragraphs, yes.

3    **Q.**    Now, the testimony that you gave last week and this week

4    and the information that Mr. Jacobs reviewed with you in your

5    report, you would agree with me, Dr. Mitchell, all of that was

6    done only after you had a chance to review, read, study and

7    analyze Dr. August's report, right?

8    **A.**    After.  I'm not sure what you mean by "only," but

9    temporally, yes.

10   **Q.**    I guess my question was:  The changes that you made -- in

11   other words, calling an index a symbolic reference -- that

12   didn't happen until after you had reviewed Dr. August's report

13   and analyzed it?

14   **A.**    No.  That's not my recollection of this.

15            **THE COURT:**  Do we have the date of the two reports,

16   Dr. August's report and of the reply report?

17            **MR. VAN NEST:**  We do, your Honor.

18            **THE COURT:**  Well --

19            **MR. VAN NEST:**  I don't think there is a dispute about

20   that.  I think -- I think the witness has acknowledged.

21   **BY MR. VAN NEST:**

22   **Q.**    You wrote your reply report after you saw Dr. August,

23   report?

24   **A.**    Yes.

25   **Q.**    So your opening report, that's before you saw Dr. August's

```
 1  report, correct?

 2  A.    Yes.

 3  Q.    Then you saw Dr. August's report?

 4  A.    Yes.

 5  Q.    And then you wrote your reply report after you saw Dr.

 6  August's report?

 7  A.    Yes.

 8  Q.    Okay.

 9            MR. VAN NEST:  Thank you, your Honor, for clearing

10  that up.

11            Could we put Slide 4 up from Dr. Mitchell's testimony

12  last week?

13            THE COURT:  We're going to take a break after you

14  finish Slide 4, but let's finish slide four.

15            MR. VAN NEST:  It may take a few minutes, your Honor,

16  but I'm happy to go either way.

17            (Document displayed)

18  BY MR. VAN NEST:

19  Q.    This is Slide 4.  This is one of the slide you showed the

20  jury on Friday?

21  A.    Yes.

22  Q.    Actually, I think it was Thursday.

23  A.    Whatever it is...

24  Q.    In this example the word "Test 1" in the top, that's in

25  the Java source code that's written by the program developer,
```

1   right?

2   **A.**   Yeah.  Actually, this is source code that I wrote.

3   **Q.**   So you wrote that.  That's the equivalent of what a

4   programmer would write in creating a program, right?

5   **A.**   A programmer could.  I did.

6   **Q.**   And "Test 1," you considered that -- you've highlighted

7   that.  That you consider a symbolic reference?

8   **A.**   Well, it's a source code symbolic name.

9   **Q.**   But that's what you were identifying as a symbolic

10  reference last week, wasn't it?

11  **A.**   Could be.

12  **Q.**   Could be or was?

13  **A.**   I don't recall exactly what I said.  It's a symbolic name

14  chosen by a programmer to be meaningful and memorable and make

15  it easy to write code.

16  **Q.**   Okay.  And then that symbolic name as part of the source

17  code is compiled by a Java compiler into the Java bytecode

18  that's in the middle of the picture, right?

19  **A.**   Yes.

20  **Q.**   Now, you said on your examination Java compiler from

21  Oracle, but lots of people make Java compilers, right?

22  **A.**   I don't recall all of them, but it's possible for other

23  companies to make --

24  **Q.**   Doesn't IBM make one?

25  **A.**   They may.

 1  Q.    Doesn't GNU make one?

 2  A.    There is a GNU Java compiler.  I believe so.

 3  Q.    So this is no -- there is no limitation on the Java

 4  compiler.  Anybody can build and use a Java compiler, right?

 5  A.    I don't know what the legal status is, but I know there

 6  exists other compilers than the ones you've mentioned, for

 7  example.

 8  Q.    So the "Test 1" in the Java bytecode, that's a symbolic

 9  reference as you've shown it here in the Java bytecode,

10  correct?

11  A.    I'm not sure what you mean.

12  Q.    Well, it symbolizes "Hello World," right?  It's a symbolic

13  reference to "Hello World"?

14  A.    What are you referring to in this --

15  Q.    Once the source code has been compiled into Java bytecode,

16  "Test 1" is still there and it's a symbolic name for "Hello

17  World," right?

18  A.    Not this occurrence.

19  Q.    What is it?

20  A.    A comment.

21  Q.    It's a what?

22  A.    Comment.

23  Q.    Well, is "Test 1" a symbolic reference in your example

24  here or not?

25        MR. JACOBS:  The question is really quite vague.

1    A.    I don't think what you're asking makes -- I don't

2    understand how you are asking this.

3    **BY MR. VAN NEST:**

4    Q.    Well, let's go to the -- then, I take it, the Java

5    bytecode that's compiled into Android dex code, that's at the

6    they bottom, right?

7    A.    Transformed.

8    Q.    Transformed.  Well, it's run through the dx tool and it

9    becomes Dalvik code, right?

10   A.    Yes.

11   Q.    It becomes a dex file, correct?

12   A.    Yes.

13   Q.    And that's what you're illustrating here.  You're showing

14   the dx tool in the middle and Android dex code at the bottom,

15   right?

16   A.    Yes.

17   Q.    And "Test 1" is still there?

18   A.    Yes.

19   Q.    Is "Test 1" a symbolic reference in this example or not?

20   A.    Not right here, I don't think.

21   Q.    What is it?

22   A.    I mean, that's a part -- what is it?  It's comment,

23   annotation.

24   Q.    Now, in the bottom here you actually have a series of

25   indexes there on the left, right?  "0000" that's an index into

 1   the Field table, correct?

 2   **A.**    No.

 3   **Q.**    What is it?

 4   **A.**    It's a class index.

 5   **Q.**    Okay.  It's an index into the Class field, right?

 6   **A.**    Yes.

 7   **Q.**    Is that in the instructions?

 8   **A.**    This is in the FieldIds array.

 9   **Q.**    So it's not in the instructions.

10   **A.**    Could you clarify?

11   **Q.**    Well, I'm asking you.  Is the class index reference there

12   on the left, is that in the bytecode instructions or is it just

13   in the dex file?

14   **A.**    Depends how you define that.  This is not an insns.  It is

15   in FieldIds as the slide shows.

16   **Q.**    So this slide really isn't intended to reference symbolic

17   references, numeric references.  This is a general description

18   of the compilation of code from source code to Java bytecode to

19   Dalvik bytecode, correct?

20   **A.**    No.

21   **Q.**    Are you illustrating something here with respect to

22   numeric references and symbolic references, Dr. Mitchell, or

23   not?

24   **A.**    Yes.  This is a portion of an illustration of that.

25   **Q.**    All right.  Where is the symbolic reference in this

1    picture?

2    **A.**    Another 0.

3    **Q.**    Another 0?

4    **A.**    Yes.

5    **Q.**    Is that what you said?

6    **A.**    Yes.

7    **Q.**    So the symbolic reference, is that the 0 next to "Hello

8    World!"?

9    **A.**    That is an indication that this is -- this is field@0000

10   **Q.**    All right.  So field@0000, that's an index, correct?

11   **A.**    Yes.

12   **Q.**    It's an index into the field ID table --

13   **A.**    Yes.

14   **Q.**    -- right?

15           It's a location in the field ID table where data may

16   be stored, right?

17   **A.**    No.

18   **Q.**    Well, put it this way:  Field@0000 is a location in a

19   field table just like all the other indexes we looked at this

20   morning, right?

21   **A.**    Yes.

22           **MR. VAN NEST:**  This would be a good time to break,

23   Your Honor.

24           **THE COURT:**  Fifteen minutes.  Remember the

25   admonition, please.

```
 1                (Jury out at 11:32 a.m.)

 2            THE COURT:  Be seated.  Any issues for the Court?

 3            MR. VAN NEST:  I don't believe we have any, Your

 4     Honor.

 5            MR. JACOBS:  No, Your Honor.

 6            (Recess taken from 11:32 to 11:47 a.m.)

 7            THE COURT:  We've got to finish this today.

 8            MR. VAN NEST:  Oh, we will.

 9            THE COURT:  We have an hour and ten minutes.

10            MR. VAN NEST:  We will.

11            THE COURT:  We must finish this today.  I'm going to

12     bring the jury in.  Are you ready?

13            MR. VAN NEST:  I'm on track for the same thing.

14            THE COURT:  We need a witness and the jury.

15            MR. VAN NEST:  Our witness isn't here.

16            MR. NORTON:  Here he comes, Your Honor.

17            THE COURT:  We're ready.

18            THE CLERK:  All rise.

19            (Jury enters at 11:48 a.m.)

20            THE COURT:  Welcome back and please be seated.

21            Please, go ahead.

22            MR. VAN NEST:  Thank you, Your Honor.

23     BY MR. VAN NEST:

24     Q.   Dr. Mitchell, I want to review just one or two more

25     paragraphs of your opening report.
```

1              Is it the case that some of the references that you

2    analyzed in your opening report were references not in

3    instructions but found elsewhere, in other tables?

4    **A.**   Could be.  I don't recall specifically.

5    **Q.**   All right.  Did you analyze the field ID and specified

6    index in tables -- in places other than in the instructions?

7    **A.**   Uhm, I believe so.

8              **MR. VAN NEST:**  And could we have paragraph 289 up,

9    please.

10             (Document displayed.)

11   **BY MR. VAN NEST:**

12   **Q.**   This is a paragraph we didn't look at before the break.

13   Is this an example --

14             **MR. VAN NEST:**  Could we underline in the third line:

15             "... the numerical reference (FieldId with

16             the specified index)."

17   **BY MR. VAN NEST:**

18   **Q.**   Is this an example of you're analyzing a field ID with

19   specified index outside the dex code instructions?

20   **A.**   I'm not quite sure what you're asking.

21   **Q.**   Well, you're analyzing "fieldId with specified index,"

22   correct?

23   **A.**   I believe "fieldId with specified index" is a comment in

24   the code.

25   **Q.**   And you're referring to that as a numerical reference here

1  in paragraph 289?

2  **A.**   I believe this is referring to "fieldId" as a numerical

3  reference, yes.

4  **Q.**   And "with specified index" is that a mistake to have that

5  in the paren, or you should have had a comma, or what?

6  **A.**   I think this is similar to the previous sentence in which

7  I suggested a comma.  On the other hand, it is a direct quote

8  from the code, which is what it is referring to.

9  **Q.**   But you referred to it as a numerical reference, not a

10  symbolic reference, right?

11  **A.**   I'm not sure what you mean by "it" there.

12  **Q.**   "FieldId with the specified index."  You referred to that

13  as a numerical reference, correct?

14  **A.**   No.

15  **Q.**   What are you referring to as a numerical reference, just

16  the fieldId?

17  **A.**   Yes.

18  **Q.**   You intended to leave "the specified index" out of the

19  paren altogether?

20  **A.**   No.

21  **Q.**   Could someone read that as a reference to fieldId with

22  specified index as a numerical reference, Dr. Mitchell?

23  **A.**   Maybe, if he didn't look at the code or the rest of the

24  report.

25  **Q.**   Now, you also did this with respect to the method ID,

1    paragraph 273.

2            MR. VAN NEST:  Could we have that up, please.  I'm

3    sorry, paragraph 273.

4            (Document displayed.)

5    BY MR. VAN NEST:

6    Q.   This is another paragraph in your opening report,

7    Dr. Mitchell?

8    A.   I think so.

9    Q.   Again, here is the bottom of the page.

10           MR. VAN NEST:  That's right.  Could we underline "the

11   numerical reference (MethodID with specified index)."

12   Q.   Same thing here.  You're referring to, in the paren,

13   "MethodID with specified index" as a numerical reference,

14   correct?

15   A.   No.

16   Q.   Could someone read that as a reference to MethodID with

17   specified index as a numerical reference?

18           MR. JACOBS:  Your Honor, this is about the fifth time

19   that this call-for-speculation question has been asked.  I

20   object.

21           THE COURT:  Overruled.  Please answer.

22           THE WITNESS:  I suppose someone could.  It's not what

23   I meant.

24   BY MR. VAN NEST:

25   Q.   And you did the same thing again, in paragraph 279.

MITCHELL - CROSS EXAMINATION / VAN NEST                4054

 1  Correct?  Let's take a look paragraph 279.

 2  A.   I don't recall.  But if you show it to me and that's what

 3  it says, that's what it says.

 4  Q.   Let's take a look at paragraph 279.

 5         (Document displayed.)

 6         MR. VAN NEST:  There it is.  Can we bring it up.

 7  BY MR. VAN NEST:

 8  Q.   Again, there we see the same language, Dr. Mitchell:

 9         "... the numerical reference (MethodID with

10         specified index)."

11         Correct?

12  A.   That's the same language, yes.

13  Q.   Let's turn, briefly, to the '520 Patent.

14         MR. VAN NEST:  And could we put the claim up on the

15  screen.  This is on our juror's handout, with Claim 1.

16         (Document displayed.)

17  BY MR. VAN NEST:

18  Q.   So this is a method claim, is it, Dr. Mitchell?

19  A.   Yes.

20  Q.   It's a method.  And in analyzing a method claim, in order

21  to establish infringement, the accused code must perform each

22  step in the method, correct?

23  A.   Yes.

24  Q.   So it's -- it's not enough to show, for example, that with

25  the same input you'd get the same output from a piece of code.

1   You have to show that every step in the method outlined here in

2   Claim 1 is actually being performed by the code in dx tool,

3   right?

4   A.   Yes.  Or in some way by the system that's being accused.

5   Q.   All right.  And what you're accusing is the dx tool,

6   right, code inside the dx tool?

7   A.   I believe that's a portion of it.  But I'm not sure that's

8   the whole thing.

9   Q.   And the disputed limitation is "simulating execution of

10  the bytecodes of the clinit method against a memory," et

11  cetera, correct?

12  A.   Yes.

13  Q.   Now, I think you said last week and again this morning

14  that you understand that in the dx tool there is pattern

15  matching going on.  Right?

16  A.   There's a portion of the code that has a comment referring

17  to a pattern.  So matching in that sense.

18  Q.   Okay.  And you've looked at the code --

19  A.   Yes.

20  Q.   -- correct?

21         Fair to characterize the executable code as pattern

22  matching?

23  A.   Not -- not exactly.

24  Q.   There are patterns that appear in the dex bytecode that's

25  being analyzed, correct?

1    A.    Uhm, there is a repeating pattern of four instructions.

2    Q.    Right.

3          MR. VAN NEST:   Could we have Dr. Mitchell's revised

4    slide 55 up, please.

5          (Document displayed.)

6    BY MR. VAN NEST:

7    Q.    This is a slide I think you showed us last week,

8    Dr. Mitchell.  Is that right?

9    A.    Yes.

10   Q.    And this is illustrating bytecode in -- being executed --

11   or pre-execution?

12   A.    I knew just simply bytecode.

13         MR. VAN NEST:   And could we highlight lines 3 through

14   6, just those four.  And pull that -- I guess can we make it

15   bigger or no?

16         (Document displayed.)

17   BY MR. VAN NEST:

18   Q.    Is this the pattern you were referring to?  Dup, iconst_0,

19   iconst_1, iastore, is that the pattern you mentioned a minute

20   ago?

21   A.    Not literally.

22   Q.    Excuse me?

23   A.    Not literally.

24   Q.    Is it a pattern?

25   A.    This actually is not a very good pattern.

1  Q.   Well, it's a repeating sequence, isn't it?  Doesn't it

2  repeat throughout this particular exhibit?

3  A.   No.

4            MR. VAN NEST:   Could we show lines 7 through 10.

5            (Document displayed.)

6  BY MR. VAN NEST:

7  Q.   We have another example of dup, iconst.  Here it's

8  iconst_1, iconst_2, and iastore.

9            Is that a sequence like the sequence we just looked

10 at?

11 A.   It's like.  It's not the same bytecode, which is what I

12 understood you to mean.  It's not the same instructions, not

13 the same opcodes.

14 Q.   But it appears to be a repeating sequence, like the one we

15 just saw, that starts with dup, iconst, iconst and iastore,

16 correct?

17 A.   At that level of description, yes.

18 Q.   And this same sequence appears several other times just

19 within slide 55, right?

20           11 through 14 is an example.  15 through 18 is an

21 example.  Correct?

22 A.   Yeah, I think iconst only goes up to 5, so it's not going

23 to repeat too much.

24 Q.   But this is certainly subject to pattern matching, right?

25 A.   I'm not sure what you mean.

1  Q.    Could be analyzed using pattern matching; couldn't it?

2  A.    Potentially.

3  Q.    Now, in a Java bytecode system, instructions operate by

4  pushing and popping and replacing values from the top of an

5  operand stack; don't they?

6  A.    Yes.

7  Q.    Okay.  And in the dx tool, there is a file called

8  "simulator," that you spent quite a bit of time talking about,

9  correct?

10  A.    Yes.

11          MR. VAN NEST:  Can I approach the witness, Your

12  Honor, with Trial Exhibit 46.16?

13  BY MR. VAN NEST:

14  Q.    Is that the simulator code that you were referencing last

15  week?

16          (Document displayed.)

17  A.    Yes, looks like it.

18  Q.    All right.  So this is the class within the dx tool that

19  is the simulator class that you've been discussing as

20  simulation, right?

21  A.    Yes.

22  Q.    And this instruction or this set of code does refer in the

23  executable code to getting the stack, right?  If you look at

24  line 227.

25          MR. VAN NEST:  Could I have 46.16, at line 227,

1   please.

2             (Document displayed.)

3   **BY MR. VAN NEST:**

4   **Q.**   There's references in the code itself to get the stack.

5   Do you see that reference there?

6   **A.**   Yes.

7   **Q.**   And there are a number references, for example, line 234,

8   line 232, where the code itself talks about getting the stack.

9   **A.**   There's a stack here, yes.

10  **Q.**   And that's consistent with how a Java compiler executes

11  bytecode, right?

12  **A.**   No.

13  **Q.**   Here, you're getting the stack and using the stack?

14  **A.**   Is that a question?

15  **Q.**   Yes, sir.

16  **A.**   What are you asking?

17  **Q.**   Well, let me put it this way:  Throughout the code for the

18  simulator class there are references to getting the stack, as

19  we see here in line 227 and line 234, right?

20  **A.**   Yes.

21  **Q.**   And there are references, for example, line 233, to

22  popping?

23            **MR. VAN NEST:**  Could we highlight line 233.

24  **Q.**   To popping, right?

25  **A.**   The pop there is not directly applied to the stack.  At

1  least not literally in the code.

2  **Q.**   Now, you've looked through the code in the method called

3  "parseNewarray" in the dx tool, correct?

4  **A.**   Yes.

5  **Q.**   That's one of the methods you accuse of infringing the

6  '520 Patent, right?

7  **A.**   I believe it's called by simulate, and then that's --

8  **Q.**   But it's in a different -- as we established last week,

9  it's in a different class?

10          **MR. JACOBS:**  I'm sorry, Your Honor.  Dr. Mitchell is

11  being over-spoken by Google's counsel.

12          **MR. VAN NEST:**  I'm sorry.

13          **THE COURT:**  Yes.  He had not finished his answer.

14          Do you want to finish your answer?

15          **THE WITNESS:**  I don't recall what I didn't finish.

16          **THE COURT:**  All right.  Next question.

17  **BY MR. VAN NEST:**

18  **Q.**   The parseNewarray is in a completely different class from

19  the simulator class that you have in front of you on the stand,

20  correct?

21  **A.**   Yes.

22  **Q.**   And it's a different set of code from the code in the

23  simulator class, right?

24  **A.**   Different file, different code, yes.

25  **Q.**   Different file, different code.

1              And you've analyzed that code, as well, correct?

2  **A.**    Yes.

3  **Q.**    That code is in Trial Exhibit 46.17, right?

4  **A.**    Maybe.

5              **MR. VAN NEST:**  May I approach the witness, Your

6  Honor?

7              **THE COURT:**  Yes.

8  **BY MR. VAN NEST:**

9  **Q.**    That is the code for parseNewarray in a different class

10  from the simulator class, right?

11              Just for the record, Dr. Mitchell, this is, I

12  believe, TX 46.17.

13  **A.**    Yes.

14  **Q.**    So that's a different set of code in a different file,

15  which is called "parseNewarray" --

16  **A.**    Yes.

17  **Q.**    -- correct?

18              Now, in the executable code in that file, there is no

19  reference to getting a stack; is there?

20  **A.**    You mean source code?

21  **Q.**    In the executable source code.  Not in the comments.

22              There's no reference to getting a stack or popping or

23  pushing anywhere in 46.17; is there?

24  **A.**    I don't see it, no.

25  **Q.**    And, in fact, it's a completely different set of code than

1  the code you identified in simulator class, TX 46.16?

2  **A.**    Yeah, sure.  You have two different files of code.  One

3  calls the other, but they are different files.

4  **Q.**    Now, have you been able to determine whether any other

5  file in the dx tool calls the parseNewarray?

6  **A.**    Uhm, I think you asked me that before.  It wasn't part of

7  my -- I didn't see that as important to look into.

8  **Q.**    So you can't tell us whether any other class, including

9  classes that don't have anything to do with simulation, call on

10  parseNewarray as part of their operation; is that right?

11  **A.**    I didn't look into classes that don't do simulation.  But,

12  I understand there may be other calls to this code.

13  **Q.**    And you understand there may be other calls to this code

14  from classes that have nothing, whatsoever, to do with

15  simulation, right?

16  **A.**    Sure.  Could be.

17              **MR. VAN NEST:**  I have nothing further, Your Honor.

18              **THE COURT:**  Redirect.

19                          **REDIRECT EXAMINATION**

20  BY MR. JACOBS:

21  **Q.**  Professor Mitchell, you were asked about the errors in

22  your report, many of which were covered last week.  I'd like to

23  turn you to volume 2 of your report, page 38 to 40.

24              **MR. VAN NEST:**  Excuse me, Your Honor.  Volume 2, is

25  that the opening report or the reply report?

```
 1            MR. JACOBS:  The opening report.

 2            (Document displayed.)

 3   BY MR. JACOBS:

 4   Q.   The overview section there, do you see that, Dr. Mitchell,

 5   on page 38 of 100, April 1, 2011?  Volume 2.

 6   A.   Okay.  Is there --

 7   Q.   Exhibit A, 104, supplemental.

 8   A.   Okay.  Got it.  And which page number, please?

 9   Q.   38.

10            Now, was this an attachment to your report?

11   A.   Yes.

12   Q.   And what were you citing here in order to make your point

13   about what was a symbolic and a numeric reference, under

14   "Overview"?

15   A.   This citation here is to a source code file, a C file

16   called "ReduceConstants.c."  And at the beginning of that file

17   is a description of the basic scheme and setup here.

18            I believe that Mr. McFadden may have written this,

19   and was asked about this earlier.

20   Q.   And what does it say about what you are classifying as a

21   symbolic or a numerical reference?

22            THE COURT:  Read it --

23            THE WITNESS:  Would you like me to read it?

24            THE COURT:  It's not on the screen.

25            MR. JACOBS:  Not yet.
```

```
 1          I'm sorry.  Let's put it on there as a prior
 2   consistent statement.  Do you have it?  Can I have the Elmo,
 3   please.
 4          THE COURT:  Can the jury see that?  All right.  Good.
 5   Go ahead.  Answer the question.
 6          THE WITNESS:  There's a pretty good, long
 7   explanation.  It covers a number of important points.
 8          It talks about the indexes and how they are used.
 9   And there's an example of an invoke virtual instruction, which
10   is similar to the IGET in that it contains a symbolic
11   reference.  And there's an explanation of how that's resolved
12   here.
13          Would you like me to read part of it, or ask another
14   question?
15   BY MR. JACOBS:
16   Q.  What does this say about what your opinion was in your
17   report, visible to the other side of this lawsuit, about
18   whether -- what was a symbolic reference versus numeric
19   reference (indicating)?
20          MR. VAN NEST:  Objection.  Leading.
21          THE COURT:  No.  It's a "what" question.  Overruled.
22          Please answer.
23          THE WITNESS:  This is -- this is part of my report.
24   This explains clearly that these indexes are symbolic
25   references.
```

1  **BY MR. JACOBS:**

2  **Q.**   If we turn now to paragraph 283, of the first volume of

3  your report.

4           (Document displayed.)

5  **Q.**   Why don't you read paragraph 283 aloud, Dr. Mitchell.

6  **A.**   (As read:)

7           "Next, the function 'dvmResolveInstField'

8           determines or resolves symbolic references

9           (instance fields) to numerical references

10          ('pFieldID') and obtains data in accordance

11          to the numerical reference (the field,

12          'resField')."

13 **Q.**   Is that consistent with the opinions you've expressed in

14 this trial about what is a numerical and symbolic reference?

15 **A.**   Yes.

16 **Q.**   And then if you turn to paragraph 252, what does 252 tell

17 us about your opinions at that time, about what was a field

18 index -- what was a symbolic reference versus a numeric

19 reference?

20 **A.**   Yeah, this is correct, and completely in line and similar

21 to what I explained using the poster just an hour or so ago.

22 This says that:

23          "Optimize.c ... resolves the field index in

24          the constant pool to (among other things) a

25          byte offset of the field in the object."

1          That says the field index is a symbolic reference.

2   It's resolved to get a numeric reference.  The byte offset in

3   the field in the object.

4   **Q.**   Now turn to paragraph 250.

5   **A.**   250 set some context.  Maybe I'll just read it, if that's

6   okay.

7   **Q.**   Please.

8   **A.**   (As read:)

9          "To be clear, Android Optimize.c line 196

10         identifies integer field fetch instructions

11         in a switch statement and Android Optimize.c

12         line 201 shows a decision to change the

13         integer field fetch instruction to the

14         corresponding quick instruction.  In this

15         process, a symbolic reference is resolved to

16         a numerical reference."

17         Symbolic reference is the field index.  The numerical

18   reference is the actual address inserted in the quick

19   instruction, just as I explained earlier today.

20   **Q.**   And that opinion was expressed before or after you

21   received Dr. August's report in this litigation?

22   **A.**   This is before, well before that.

23         **MR. JACOBS:**  Thank you.  No further questions.

24         **THE COURT:**  Okay.

25         **MR. VAN NEST:**  I have nothing further, Your Honor.

1          THE COURT:  All right.  Thank you, Professor

2    Mitchell.  You may step down.

3          THE WITNESS:  Thank you.

4          MR. JACOBS:  Your Honor, our rebuttal case, we rest.

5          THE COURT:  All right.  Does Google have any

6    surrebuttal?

7          MR. VAN NEST:  Could I have just a moment, Your

8    Honor?

9          THE COURT:  All right.

10          MR. JACOBS:  While they're talking, Your Honor, are

11    Rule 50 motions reserved?

12          THE COURT:  We need to discuss that with other

13    counsel.

14          MR. VAN NEST:  Your Honor, Google rests also.

15          THE COURT:  All right.  We have reached another

16    milestone, which means no more evidence.  And that means that

17    you've now heard all the evidence that will be before you for

18    this phase of the case.

19          Now, everything that you learned in the first phase

20    you can use, as well.  So it's like 1 plus 1 equals 2.  And you

21    can use all of that.  But, of course, the overwhelming majority

22    of the evidence that you -- that is directed to this phase has

23    been in this phase.

24          So it's too late to start the closing arguments.

25    We're going to do that first thing in the morning.  I'm going

 1  to send you home.

 2          Please come back, and then I'll give you -- it will

 3  be the same drill.  I'll give you instructions.  Well, I'll do

 4  most of it at the end.

 5          The lawyers will argue, this time, one hour and 15

 6  minutes per side.  Plaintiff will get to split its one hour and

 7  15 minutes because they have the burden of proof.

 8          And then it will go to you, my guess is, by sometime

 9  between 11:00 and noon tomorrow, for your deliberations.

10          But, in the meantime, no deliberations.  No talking

11  about the case.  No homework about the case.  Please keep an

12  open mind.  We'll see you back here at the normal time.  Thank

13  you.

14          **THE CLERK:**  All rise.

15          (Jury out at 12:12 p.m.)

16          **THE COURT:**  Please be seated.

17          So what was your point about Rule 50?

18          **MR. JACOBS:**  What schedule would you like what on,

19  Your Honor?  Since we're at that moment.

20          **THE COURT:**  Well, technically speaking, at the end of

21  the defense case no Rule 50 motion was made.  Nonetheless, I

22  will let you do it.  I think you probably assumed you would be

23  able to do it later, since that was given to Google.

24          So Rule 50 motions, when do you want to make them?  I

25  think both sides have Rule 50 motions, probably.  I don't know.

1           **MR. JACOBS:**  So last time the procedure was to submit

2    you an outline, to the Court an outline of our motion, and then

3    brief it on a subsequent schedule.  That seemed to work quite

4    well.

5           **THE COURT:**  All right.  Let's get the outline

6    tomorrow and then have the actual brief due -- so the outline

7    is due tomorrow morning, 7:30.  The brief is due 5:00 p.m. on

8    the 16th.  Oppositions due 5:00 p.m. on the 17th.

9           **MR. JACOBS:**  Thank you, Your Honor.

10          **THE COURT:**  For both sides.

11          **MR. VAN NEST:**  I'm sorry, Your Honor.  The brief is

12   due the 16th at 5:00.  And the reply is due the 17th at 5:00?

13          **THE COURT:**  Or the opposition is.

14          **MR. VAN NEST:**  The opposition is due -- I think you

15   said the 17th.

16          **THE COURT:**  Is what I meant.

17          **MR. VAN NEST:**  At 5:00.  So the next evening.

18          **THE COURT:**  That's correct.

19          Do you need more time?  Possibly I will give you more

20   time, if you need it.

21          **MR. VAN NEST:**  Could we have until 5:00 on the 18th?

22          **THE COURT:**  That would be Friday.

23          **MR. VAN NEST:**  All right.  I'll live with the 17th.

24   Then if I need more time I'll ask for it.  That's what we'll

25   try to do.

```
 1          THE COURT:  We'll shoot for that.

 2          Now, my law clerk will hand out to you the

 3   instructions.

 4          Now, we've adjusted these to take into account your

 5   stipulation on indirect infringement.  And you will notice that

 6   I have taken out all references to "direct infringement" and

 7   just left "infringement."  Because if you start talking about

 8   direct infringement people are going to start wondering, well,

 9   where do we get into the indirect part?

10          So I don't think you should have any problem with

11   this, but since there's only one type of infringement now on

12   the table I think we should just refer to it as "infringement."

13   Correct?

14          MR. JACOBS:  Fine, Your Honor.

15          MR. VAN NEST:  That's fine, Your Honor.

16          THE COURT:  All right.  So, otherwise, what I want to

17   do, since it's now 12:15, I want to give you until

18   1:00 o'clock.  Let's come back here at 1:00 o'clock, and I want

19   to give you one last opportunity to point out any

20   fundamentally-wrong thing, or anything you think is just a

21   oversight on my part.  In other words, something that would be

22   easy to correct.

23          But what I do not want to do is rehash and reargue

24   things that we've already beaten to death.  If you've already

25   argued something and lost it, accept your loss with good grace
```

1   and move on to the next stage.

2           But, if it is something that is a new thing that

3   comes out of the blue, I want to give you a chance to say

4   something about it.

5           So there's been enough changes, and this has been a

6   moving target, possibly there could be something unintended

7   there that I want to give you a chance to, you know, express

8   concern about.  And if it's unintended, I might -- you know,

9   you could be entirely right.  So, please, take a look at it.

10          Is that enough time, 45 minutes?

11          **MR. JACOBS:**  That's fine, Your Honor.

12          **MR. VAN NEST:**  I think that's fine, Your Honor.

13          **THE COURT:**  All right.  You know the other drill.

14  You need to be -- if you're going to have an index -- are we

15  going to have an index to send in with the documents like we

16  did last time?

17          You think about it.  I need to know whether I can

18  tell the jury there's going to be an index.  You need to make

19  sure the box is in good order, and the box of exhibits is ready

20  to go into the jury room whenever the jury goes in there to

21  deliberate.

22          You know this time they will have the drill down.

23  They will already have a foreperson.  We could have a verdict

24  in 20 minutes.  And that's their prerogative.  We could have --

25  it could take all week.

PROCEEDINGS                                    4072

```
 1              You know how it is.  Last time it took quite much
 2    longer than I thought it might.  But we don't know.  So we want
 3    to have everything teed up and ready to go in so that we --
 4    there won't be any snafus.
 5              MR. VAN NEST:  We can do an index, Your Honor.  We
 6    were successful last time, and I think we will be able to do
 7    that this time.  So we will get an index together and we'll get
 8    the exhibits together.  If we're going to do two hours of
 9    closing tomorrow, we should have them ready to go.
10              THE COURT:  No, it's not two hours.  It's an hour and
11    15 minutes per side.
12              MR. VAN NEST:  I was talking about, you know, in
13    total.  Two and a half in total.
14              THE COURT:  Two is not two and a half.
15              MR. VAN NEST:  No, it's not.  Did you think I was
16    trying to get a little time?
17              THE COURT:  I don't know what you were trying to do.
18    Two is not two and a half.  Fifteen minutes could make a great
19    deal of difference.
20              You all remember the basic ground rules.  Last time
21    you both said "I think" so many times that I didn't interrupt
22    you.  Remember your professional obligations on saying things
23    like "I think" and "I believe."  Both of you did it, so I guess
24    it balances out.
25              Anything else before we break?
```

PROCEEDINGS                                            4073

 1          MR. JACOBS:  Just one small thing, Your Honor.

 2          The jury -- I'm not sure if we covered this before.

 3  We have now stipulated away indirect infringement.

 4          The jury got told some things about indirect

 5  infringements in openings.  It would be helpful if you could

 6  explain to them that we have done our hard work to simplify the

 7  issues for them --

 8          THE COURT:  If you two agree on a single sentence

 9  that I can put into the instructions when we come back at

10  1:00 o'clock, that would take care of that.

11          MR. JACOBS:  Great.

12          THE COURT:  That's a legitimate point.  I think

13  something like that ought to be in there.  You two can agree on

14  a sentence.

15          MR. VAN NEST:  Just a single sentence on that, Your

16  Honor.

17          THE COURT:  That's all that's needed.

18          MR. VAN NEST:  That's fine.  We'll congratulate the

19  lawyers for their hard work --

20          (Laughter)

21          MR. VAN NEST:  -- in streamlining this case for the

22  jury's deliberation, and get it all into a single sentence.

23  Yes, we will.

24          THE COURT:  For the record, this time the plaintiff

25  left about 40 minutes on the table, in terms of time.  The

```
 1  defendant left, oh, more than two hours.  According to my

 2  notes, anyway.

 3          All right.  We will see you here at 1:00 o'clock.

 4  Thank you.

 5          (Whereupon there was a recess in the proceedings

 6           from 12:19 p.m. until 12:58 p.m

 7          THE COURT:  Okay, back to work.

 8          So we've handed to you before the break a revised

 9  version that attempted to capture the changes that would be

10  needed in light of your agreement on how to handle indirect

11  infringement.  So I wanted to give you a chance to see what we

12  have done to see if there's some unintended error.

13          Anything that you wish to raise?

14          MR. JACOBS:  We have nits separate from the question

15  you just posed, your Honor.

16          THE COURT:  Nits would be fine.  So, go ahead.

17          MR. JACOBS:  Paragraph 18 is the only one we see any

18  issue with at the nit level, and that's on Line 19.

19          "Consider events that occurred prior to the

20           filing of this lawsuit on August 12, 2010."

21          THE COURT:  Correct.

22          MR. JACOBS:  And on 26, 27, there is a reference to

23  Oracle having to persuade that Google acted despite -- "a high

24  likelihood that Google's actions infringed a valid and

25  enforceable patent."
```

1              It says "validity and enforceability" --

2         THE COURT:  That's true.

3         MR. JACOBS:  We propose to just delete those words.

4         THE COURT:  There is no evidence at all about

5    invalidity, so it's just going to be "a patent."

6         MR. JACOBS:  "A patent," exactly.  That would be our

7    proposal.

8              Just to note, I think we have agreed language to read

9    to the jury and we have our -- the issue that I believe you

10   reserved this morning on symbolic reference in Paragraph 11.

11        THE COURT:  All right.  Do you have nits on your

12   side?

13        MR. PAIGE:  Yes, your Honor.  We agree with the first

14   part of what they said in 18.  It should be "on" rather than

15   "in."

16             In Paragraph 8, Line 17 we think that it should be,

17   "Google denies it infringes" as opposed to "infringed."

18        THE COURT:  Wait a minute.  "Infringes," okay.  Yes.

19   All right.

20        MR. PAIGE:  And then on Page 5, Line 6 we suggest

21   inserting the words "of the".  So it reads:

22             "For the '104 patent all of the asserted

23             claims are independent claims."

24        THE COURT:  All right.

25        MR. PAIGE:  And those are our nits, your Honor.

 1          Let me consult with my colleagues about their

 2    proposed change to No. 18 that was just discussed.

 3          **THE COURT:**  Okay.  I didn't understand what you --

 4    you say you have some problem with No. 18?

 5          **MR. PAIGE:**  No.  The change to 18 that was just

 6    suggested, the removal of "valid and enforceable," let me just

 7    consult for a moment.

 8          **THE COURT:**  It will just be confusing if we leave

 9    that in since you don't have an invalidity case or an

10    enforceability case.

11          (Discussion held off the record

12           amongst counsel.)

13          **MR. PAIGE:**  We don't have a problem with the removal

14    of "valid and enforceable" from Lines 26 and 27 in 18, your

15    Honor.

16          **MR. JACOBS:**  Your Honor, we note that it also -- we

17    missed it last time, but it's on Lines 6 and 6 of Page 8.

18          **THE COURT:**  All right.  It will be excised there,

19    too.

20          **MR. JACOBS:**  Thank you.

21          **THE COURT:**  All right.  Give me the language you

22    agreed on and where would you like to place it.

23          **MR. KAMBER:**  I think I have that.

24          "You heard reference during opening

25           statements" --

```
 1              THE COURT:  Wait, wait.  Tell me where you want it to
 2  go.
 3              MR. PAIGE:  After -- I think we propose after
 4  Instruction 17, your Honor.
 5              THE COURT:  All right.  Okay.  I want to write it out
 6  slowly.  So give it to me slowly, please.
 7              MR. KAMBER:  (As read)
 8              "You heard reference during opening
 9              statements to something called" --
10              THE COURT:  Wait, wait, wait.
11              MR. KAMBER:  Sorry.
12              THE COURT:  You must be a speed writer.  "To"?
13              MR. KAMBER:  "...something called indirect
14  infringement."
15              THE COURT:  Hmm-hmm.
16              MR. KAMBER:  (As read)
17              "In order to simplify your work, the parties
18              have agreed that the only issue for you to
19              decide is whether Google infringes."
20              THE COURT:  And you have to say, "and if so, whether
21  it was willful."  Because otherwise when we get to the
22  willfulness part, they will think they don't have to decide
23  that.
24              MR. KAMBER:  Fair enough, your Honor.
25              THE COURT:  So, "whether Google infringes and if so,
```

1  whether it was willful?"

2          MR. KAMBER:  Yes, your Honor.  "And if so whether

3  that infringement was willful," or "if it was willful."

4  However you...

5          THE COURT:  Okay.  I will put that as part of 17.

6          Okay.  What else?

7          MR. PAIGE:  Your Honor, I think that the removal of a

8  number of instructions has obviated a number of our objections.

9          The only objection we will make for the record is to

10 Instruction 14, where the instruction says:

11          "Distributing or offering a product for free

12          constitutes a use or sale."

13          We understand you've decided that and we're not going

14 to argue it again, but wanted to preserve it for the record.

15          MR. JACOBS:  We understand the previous objections

16 are reserved, your Honor.  We won't repeat ourselves.

17          THE COURT:  Thank you.  All right.  What else?

18          MR. JACOBS:  Then that just leaves, I think, your

19 Honor's determination on "symbolic reference."

20          THE COURT:  I'm going to leave the claim construction

21 just as it is.  I think these are points that can be argued

22 from the record and the patents themselves and that you -- it

23 would be tilting the balance too much to weigh in on your

24 respective arguments on the existing claim construction.  So

25 we will not add to or subtract from the existing claim

```
 1   construction.
 2           Now, in the event that the jury were to ask a
 3   question on that, that would be a different problem.  I might
 4   have to do it in that circumstance.  I may not have to do it.
 5   So, so far they haven't asked for that, and I think it's best
 6   to leave the claim construction as is.
 7           Anything more?
 8           MR. JACOBS:  Nothing from us, your Honor.
 9           MR. KAMBER:  Nothing from us either, your Honor.
10           THE COURT:  So we will try to get you today a --
11   first, did you look at the special verdict form now?  I want to
12   make sure you are okay with that form.
13           MR. JACOBS:  We are fine, your Honor.
14           MR. KAMBER:  We're fine with it as well, your Honor.
15           MR. VAN NEST:  Give us a moment, your Honor.
16           (Discussion held off the record
17            amongst defense counsel.)
18           MR. JACOBS:  Actually, your Honor, I see one -- I
19   will wait for them.
20           (Brief pause.)
21           THE COURT:  Yes?
22           MR. JACOBS:  On the third question on willfulness, we
23   would propose as follows.
24           "Has Oracle proven by clear and convincing
25            evidence that Google willfully infringed one
```

```
1              or more claims of an asserted patent?"

2         THE COURT:  Well, any objection?

3         MR. KAMBER:  No, your Honor.

4         THE COURT:  No?  All right.  "...one or more claims

5  of a asserted patent."  Thank you.

6              That's it then, right?

7         MR. VAN NEST:  That's it.

8         MR. JACOBS:  Your Honor, I think this is just

9  catching things, your Honor.

10             "Has Oracle proven by a preponderance of the

11              evidence that Google infringes Claims 11, 27,

12              29, 39, 40 or 41 of the United States Patent

13              '104."

14             And the same with "Claims 1 or 20."

15             If they are thinking like computer programmers,

16  they --

17        THE COURT:  Yes.  Correct.

18        MR. JACOBS:  Thank you, your Honor.

19        MR. KAMBER:  No objection to that, your Honor.

20             One issue on three, it just seems somewhat

21  inconsistent.  We have on one "No, is not proven."  On two,

22  "No, is not proven."  And on three it's, "No, not willful."

23        THE COURT:  We're going to change "willful" in the

24  second to "not proven."  So it will be, "Yes, willful."  "No,

25  not proven."
```

PROCEEDINGS                                                    4081

```
 1              MR. JACOBS:  No objection, your Honor.

 2              THE COURT:  That's a good change.

 3              MR. BABER:  On the parenthetical on No. 3, your

 4    Honor, maybe say something to make sure they only answer this

 5    as to a patent which they found infringement.  In other words,

 6    they can't find infringement as to '104 and then answer

 7    willfulness of another patent.

 8              So it should be answer this question only for the

 9    patent or patents for which you answered "yes" to a prior

10    question.  If they find no infringement on one, they don't go

11    to three for that patent.

12              MR. JACOBS:  No objection, your Honor.

13              THE COURT:  I didn't get the way you phrased it, but

14    I have my own phrasing that captures the same thing.

15              All right.  We'll file this soon and good luck to

16    both sides tomorrow morning.

17              MR. JACOBS:  Thank you, your Honor.

18              MR. VAN NEST:  Thank you, your Honor.

19              (Whereupon at 1:10 p.m. further proceedings

20               in the above-entitled cause was adjourned

21               until Tuesday, May 15, 2012 at 7:30 a.m.)

22

23                              -   -   -   -

24

25
```

<pre>
 1                      I   N   D   E   X

 2

 3   DEFENDANT'S WITNESSES                    PAGE    VOL.

 4   AUGUST, DAVID
     (PREVIOUSLY SWORN)                       3914     22
 5   Direct Examination Resumed by Mr. Kamber 3914     22
     Cross Examination by Mr. Jacobs          3952     22
 6   Redirect Examination by Mr. Kamber       4000     22
     Recross Examination Resumed by Mr. Jacobs 4010    22
 7

 8                         -  -  -

 9

10   PLAINTIFF'S WITNESSES                    PAGE    VOL.

11   REBUTTAL CASE

12   MITCHELL, JOHN
     (SWORN)                                  4013     22
13   Direct Examination by Mr. Jacobs         4013     22
     Cross Examination by Mr. Van Nest        4033     22
14   Redirect Examination by Mr. Jacobs       4062     22

15

16                         -   -   -

17

18

19

20

21

22

23

24

25
</pre>

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | VOL. | EVID | VOL. |
|---|---|---|---|---|
| 1133 | 4029 | 22 | | |
| 3547 | 4040 | 22 | | |
| 1132 | | | 4029 | 22 |

— — —

*Katherine Powell Sullivan, CSR, CRR, RPR*
*Debra L. Pas, CSR, CRR, RMR*
*Official Reporters - US District Court - 415-794-6659*

### CERTIFICATE OF REPORTERS

We, KATHERINE POWELL SULLIVAN and DEBRA L. PAS, Official Reporters for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 10-3561 WHA, **Oracle America, Inc., vs. Google, Inc.,** were reported by us, certified shorthand reporters, and were thereafter transcribed under our direction into typewriting; that the foregoing is a full, complete and true record of said proceedings at the time of filing.


_____/s/ Katherine Powell Sullivan_____

Katherine Powell Sullivan, CSR #5812, RPR, CRR
U.S. Court Reporter



_____/s/ Debra L. Pas_____

Debra L. Pas, CSR #11916, RMR CRR



Monday, May 14, 2012