UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 9, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paige; Scott Weingaertner
Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland            Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012        Further Trial: May 10, 2012 at 7:30 am


Trial Motions Heard:                                        Disposition

1.
2.
3.


Other:



Time in Trial: 7 hours 30 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Fred Norton; David Boies; Dorian Daley Steven Holtzman; Ken Kuwayti | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Michael Kwun Bruce Baber |
|---|---|---|
| **TRIAL DATE:** May 9, 2012 | **REPORTER(S):** Kathy Sullivan; Debra Pas | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 7:30 am |  |  | Outside the presence of the jury. Plaintiff provided demonstrative exhibits 1129 and 1130. **Exhibits 5 and 971 were received into evidence** |  |
|  |  | 7:54 am |  |  | Reconvene...jury present |  |
|  |  |  |  |  | Direct of Andy Rubin continued |  |
| 20 |  |  | x | x | Email from Steve Horowitz to Leslie Hawthorn re Nedim |  |
| 219 |  |  | x |  | Email from Andy Rubin to Alan Eustace re Hiroshi project |  |
|  |  | 7:56 am |  |  | Cross Examination by Christa Anderson |  |
|  | 155 |  | x | x | Email from Greg Stein to Andy Rubin re [Opensource-team] |  |
|  | 2714 |  | x | x | Email from Vineet Gupta to Andy Rubin re Re: Hy |  |
|  | 616 |  | x | x | Email from Vineet Gupta to Alan Brenner |  |
|  | 20 |  | x | x | Email from Steve Horowitz to Leslie Hawthorn re Nedim |  |
|  | 22 |  | x | x | Email from Karen Tsay to deal_review@google.com |  |
|  |  | 8:18 am |  |  | Redirect Examination |  |
| 230 |  |  | x | x | Email from Andy Rubin to Bob Lee |  |
|  |  | 8:27 am |  |  | Recross Examination |  |
|  |  | 8:30 am |  |  | Re-Redirect Examination |  |
|  |  | 8:31 am |  |  | Re-Recross Examination |  |
|  |  | 8:31 am |  |  | Witness Excused |  |
|  |  |  |  |  | Video Deposition of Andy Rubin |  |
| 155 |  |  | x | x | Email from Greg Stein to Andy Rubin re [Opensource-team] |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 230 | | | x | x | Email from Steve Horowitz to Leslie Hawthorn re Nedim | |
| | | 8:55 am | | | Plaintiff's witness **Andy McFadden** sworn-in.  Direct by Michael Jacobs | |
| 294 | | | x | x | McFadden PDB snippets | |
| 955 | | | x | x | Resume of Andrew T. McFadden | |
| 292 | | | x | x | Self-assessment from 1/1/07 through 8/31/07 | |
| 302 | | | x | x | Email from hr-help@google.com to Andrew McFadden | |
| 737 | | | x | x | Exhibit AB | |
| 735 | | | x | x | Exhibit Z | |
| 47.1 | | | x | x | Gingerbread:\dalvik\vm\analysis | |
| 301 | | | x | x | Email from Andy McFadden to Android-performance@google.com | |
| | | 9:22 am | | | Recess | |
| | | 9:47 am | | | Reconvene...jury present | |
| 46.14 | | | x | x | Froyo:\dalvik\vm\analysis | |
| 47.6 | | | x | x | Gingerbread:\dalvik\vm\oo\Resolve:c | |
| 739 | | | x | x | Exhibit AG | |
| 27 | | | x | x | All weekly snippets from Andy McFadden | |
| 258 | | | x | x | Email from Andy McFadden to Jason Parks | |
| | | 10:22 am | | | Cross Examination by Matthias Kamber | |
| | | 10:27 am | | | Redirect | |
| | | 10:30 am | | | Witness Excused | |
| | | 10:33 am | | | Plaintiff's witness **Brian Sutphin** sworn-in. Direct by Michael Jacobs | |
| | | 10:40 am | | | Cross Examination by Robert Van Nest | |
| | 971 | | x | x | Sun Microsystems, inc. For 10-K for the year ending 6/30/08 | |
| | | 10:49 am | | | Redirect Examination | |
| 971 | | | x | x | Sun Microsystems, inc. For 10-K for the year ending 6/30/08 | |
| | | 10:50 am | | | Witness Excused | |
| | | | | | Plaintiff's Witness **Professor John Mitchell** sworn-in. Direct by Michael Jacobs | |
| 4015 | | | x | x | Patent 104 | |
| | | 11:43 am | | | Recess | |
| | | 12:02 pm | | | Reconvene...jury present | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Direct of Professor John Mitchell continued | |
| | | 1:00 pm | | | Jury Recess until 5/10/12 | |
| | | | | | | |
| | | | | | | |
| | | 1:45 pm | | | Outside the presence of the jury. Court requested chart of methods that are expressly declared. Parties argued the rule 50 motions. | |
| | | 3:45 pm | | | Recess until 5/10/12 at 7:30 am | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |