UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 10, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
        Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
        Bruce Baber; Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland      Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012      Further Trial: May 11, 2012 at 7:30 am

Trial Motions Heard:                                   Disposition

1. 
2. 
3. 

Other:

Time in Trial: 6 hours 50 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| **JUDGE:**<br>WILLIAM H. ALSUP | **PLAINTIFF ATTORNEY:**<br>Michael Jacobs; Dan Muino<br>Andrew Temkin; Fred Norton<br>David Boies; Steven Holtzman | **DEFENSE ATTORNEY**:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Eugene Paige; Bruce Baber<br>Scott Weingaernter; Matthias Kamber |
|---|---|---|
| **TRIAL DATE:**<br>May 10, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Deposition designations given to the Court. Defense counsel Matthias Kamber moved in the following stipulated **exhibits: 128, 139, 201, 206, 208, 530, 531, 537, 582, 1058, 2078, 2081, 2308 and 3137.** | |
| | | 7:50 am | | | Reconvene....jury present | |
| | | | | | Direct of Professor John Mitchell continued | |
| | | 8;12 am | | | Cross Examination by Robert Van Nest | |
| | | 9:13 am | | | Recess | |
| | | 9:30 am | | | Reconvene...jury present | |
| | | | | | Cross Examination continued | |
| | | 9:51 am | | | Redirect examination | |
| | | | | | Witness Excused | |
| | | 10:15 am | | | Plaintiff's witness **Dan Bornstein** sworn-in by Court. Direct by Michael Jacobs | |
| 757 | | | x | x | Android Developers | |
| 32 | | | x | x | Google I/O 2008 Presentation slides | |
| 225 | | | x | x | Google Android Dalvik VM Internals presentation | |
| 1095 | | | x | x | Email to PBB from Dan Bornstein | |
| 46.16 | | | x | x | Froyo:\dalvik\dx\src\com\android | |
| 46.17 | | | x | x | Froyo:\dalvik\dx\src\com\android | |
| 1001 | | | x | x | Email from Dan Bornstein to Patrick Brady | |
| 47.24 | | | x | x | Gingerbread:\cts\tools\dx-tests | |
| 47.25 | | | x | x | Gingerbread:\cts\tools\dx-tests | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1094 | | | x | x | Email from David Turner to Ben Cheng | |
| | | 11;03 am | | | Recess | |
| | | 11:20 am | | | Reconvene...jury present | |
| | | | | | Cross Examination by Eugene Paige | |
| | 225 | | x | x | Google Android Dalvik VM Internals presentation | |
| | 46.16 | | x | x | Froyo:\dalvik\dx\src\com\android | |
| | 46.17 | | x | x | Froyo:\dalvik\dx\src\com\android | |
| | 47.24 | | x | x | Gingerbread:\cts\tools\dx-tests | |
| | 1095 | | x | x | Email to PBB from Dan Bornstein | |
| | 262 | | x | x | Email from bccheng to android-bugs@google.com | |
| | | 11:37 am | | | Redirect Examination | |
| 46.16 | | | x | x | Froyo:\dalvik\dx\src | |
| | | 11;41 am | | | Recross Examination | |
| | | 11:41 am | | | *Plaintiff REST* | |
| | | | | | Rule 50 motions deemed made. Argument will be held later. | |
| | | 11:42 am | | | Defendant's witness **Dan Bornstein** called. Direct by Eugene Paige | |
| | | 11:58 am | | | Cross Examination | |
| 735 | | | x | x | Exhibit Z | |
| | | 12:01 pm | | | Witness Excused | |
| | | | | | Defendant's witness **Andy McFadden** sworn-in. Direct by Matthias Kamber | |
| | 46.106 | | x | x | Froyo:\dalvik\vm | |
| | 737 | | x | x | Exhibit AB | |
| | 46.3 | | x | x | Froyo:\dalvik\vm | |
| | 46.6 | | x | x | Froyo:\dalvik\vm | |
| | 46.9 | | x | x | Froyo:\dalvik\vm | |
| | 46.12 | | x | x | Froyo:\dalvik\vm | |
| | | 12:50 pm | | | Jury Recess until 5/11/12 | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1:30 pm | | | Outside the presence of the jury. Charging Conference held | |
| 2:00 pm | | | Recess | |
| 3:16 pm | | | Outside the presence of the jury. Further Charging Conference held | |
| 4:16 pm | | | Recess until 5/11/12 at 7:30 am | |