UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 11, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paige; Scott Weingaertner
Bruce Baber; Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland        Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012        Further Trial: May 14, 2012 at 7:30 am


Trial Motions Heard:                                Disposition

1. _____        _____
2. _____        _____
3. _____        _____


Other:



Time in Trial: 4 hours 40 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | PLAINTIFF ATTORNEY:<br>Michael Jacobs; Dan Muino<br>Andrew Temkin; Fred Norton<br>David Boies; Steven Holtzman | DEFENSE ATTORNEY:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Eugene Paige<br>Scott Weingaernter<br>Matthias Kamber; Bruce Baber |
|---|---|---|
| **TRIAL DATE:**<br>May 11, 2012 | **REPORTER(S):**<br>Kathy Sullivan; Debra Pas | **CLERK**:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Court | |
| | | 7:49 am | | | Reconvene...jury present | |
| | | | | | Defendant's witness **Dan McFadden** continued | |
| | 753 | | x | x | Android Compatibility Program | |
| | 737 | | x | x | Dalvik VM Instruction Formats | |
| | 735 | | x | x | Bytecode for the Dalvik VM | |
| | | 8:17 am | | | Cross Examination | |
| 735 | | | x | x | Bytecode for the Dalvik VM | |
| 46.6 | | | x | x | Froyo:\dalvik\vm\oo\Resolve.c | |
| | | 8:38 am | | | Redirect Examination | |
| | 736 | | x | x | .dex -Dalik Executable Format | |
| | | 8:46 am | | | Recross Examination | |
| | | 8:49 am | | | Re-Redirect | |
| | | 8:50 am | | | Witness Excused | |
| | | | | | Deposition Video of defendant's witness **Vineet Gupta** | |
| | | 8:58 am | | | Defendant's witness **Professor Terrence Parr** sworn-in. Direct by Eugene Paige | |
| | 2672 | | x | x | Curriculum Vitae of Professor Parr | |
| | 4011 | | x | x | Patent 520 | |
| | | 9:12 am | | | Recess | |

| | | | | | |
|---|---|---|---|---|---|
| | 9:33 am | | | Outside the presence of the jury. Court and counsel discussed Phase III | |
| | 9:42 am | | | Reconvene...jury present | |
| | | | | Direct of Professor Parr continued | |
| 4011 | | x | x | Patent 520 | |
| 46.16 | | x | x | Froyo:\dalvik\dx\src\com\android | |
| 46.17 | | x | x | Froyo:\dalvik\dx\src\com\android | |
| 3543 | | x | | Chart drawn by Professor Parr | |
| | 10:20 am | | | Cross Examination by Michael Jacobs | |
| | 10:40 am | | | Redirect Examination | |
| | 10:43 am | | | Recross | |
| | 10:44 am | | | Witness Excused | |
| | | | | Defendant's witness **Dr. David August** sworn-in. Direct by Matthias Kamber | |
| | 11:20 am | | | Recess | |
| | 11:36 am | | | Reconvene...jury present | |
| | | | | Direct of Dr. David August continued | |
| 3544 | | x | | Chart marked by Dr. August | |
| | 12:10 pm | | | Jury Recess until 5/14/12 at 7:30 am | |