UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 14, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
Bruce Baber; Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland          Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012          Further Trial: May 15, 2012 at 7:30 am

Trial Motions Heard:                              Disposition

1.
2.
3.

Other:

Time in Trial: 5 hours 5 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Andrew Temkin; Fred Norton David Boies; Steven Holtzman | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Eugene Paige Scott Weingaernter; Bruce Baber Matthias Kamber |
|---|---|---|
| **TRIAL DATE:** May 14, 2012 | **REPORTER(S):** Kathy Sullivan; Debra Pas | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. Court and counsel discussed several issues | |
| | | 8:09 am | | | Reconvene...jury present | |
| | | | | | Direct of **Dr. David August** continued by Matthias Kamber | |
| | | | | | Dr. Mitchell's presentation | |
| | 46.106 | | x | x | Froyo:\dalvik\libde\InstrUtils.h | |
| | 735 | | x | x | Exhibit Z | |
| | | 9:04 am | | | Cross Examination by Michael Jacobs | |
| 4015 | | | x | x | Patent 104 | |
| | | 9:15 am | | | Recess | |
| | | 9:33 am | | | Outside the presence of the jury. Counsel gave a stipulation to the Court. | |
| | | 9:38 am | | | Reconvene...jury present | |
| | | | | | Cross Examination continued | |
| | | 10:22 am | | | Redirect Examination | |
| | | 10:37 am | | | Re Cross Examination | |
| | | 10:38 am | | | Witness Excused | |
| | | | | | ***Defendant REST*** | |
| | | 10:39 am | | | Plaintiff's Rebuttal Witness **Dr. John Mitchell** sworn-in. Direct by Michael Jacobs | |
| 1133 | | | x | | Poster board with markings by Dr. John Mitchell | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1132 | | | x | | Poster board with Field Resolution marks made by Dr. David August | |
| | | 11:10 am | | | Cross Examination by Robert Van Nest | |
| | | 11:30 am | | | Recess | |
| | | 11:48 am | | | Recess | |
| | | | | | Cross Examination continued | |
| | | 12:04 pm | | | Redirect Examination | |
| | | 12:10 pm | | | Witness Excused | |
| | | | | | *Plaintiff's REST* | |
| | | | | | *Defendant's REST* | |
| | | 12:12 pm | | | Jury Recess until 5/15 at 7:45 am | |
| | | | | | Outside the presence of the jury. Rule 50 Motions will be briefed. | |
| | | 12:20 pm | | | Jury Recess until 5/15/12 | |
| | | | | | | |
| | | | | | | |
| | | 1:00 pm | | | Outside the presence of the jury. Further Charging Conference held. | |
| | | 1:15 pm | | | Recess until 5/15/12 at 7:30 am | |

Case3:10-cv-03561-WHA Document1177 Filed05/14/12 Page3 of 3