UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

**The Honorable WILLIAM H. ALSUP**

Date: May 15, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
                        Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
                        Bruce Baber; Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk:  Dawn K. Toland                    Court Reporter: Kathy Sullivan; Debra Pas

Trial Began: April 16, 2012              Further Trial: May 16, 2012 at 8:00 am


Trial Motions Heard:                                        Disposition

1.  _____            _____
2.  _____            _____
3.  _____            _____


Other:




Time in Trial: 5 hours

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC.**  v.  **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | PLAINTIFF ATTORNEY:<br>Michael Jacobs; Dan Muino<br>Andrew Temkin; Fred Norton<br>David Boies; Steven Holtzman | DEFENSE ATTORNEY:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Eugene Paige<br>Scott Weingaernter; Bruce Baber<br>Matthias Kamber |
|---|---|---|
| TRIAL DATE:<br>May 15, 2012 | REPORTER(S):<br>Kathy Sullivan; Debra Pas | CLERK:<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Outside the presence of the jury. | |
| | | 7:40 am | | | Recess | |
| | | 8:24 am | | | Outside the presence of the jury.  Parties agree to discharge juror #2 | |
| | | 8:28 am | | | Reconvene...jury present | |
| | | | | | Preliminary Jury Instructions | |
| | | 8:36 am | | | *Plaintiff's Closing Argument* | |
| | | 9:45 am | | | Recess | |
| | | 10:04 am | | | Reconvene...jury present | |
| | | | | | *Defendant's Closing Argument* | |
| | | 11:12 am | | | Recess | |
| | | 11:35 am | | | Reconvene...jury present | |
| | | 11:36 am | | | *Plaintiff's Rebuttal Closing Argument* | |
| | | 11:42 am | | | Jury Instructions Read | |
| | | 11:56 am | | | Recess | |
| | | | | | Deliberations Began | |
| | | 12:00 pm | | | Recess | |
| | | 1:00 pm | | | Jury Recess until 5/16/12 | |
| | | | | | | |
| | | 1:30 pm | | | Outside the presence of the jury.  Motions argued. | |
| | | 2:00 pm | | | Recess until 5/16/12 at 8:00 am | |