UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 16, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
                    Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
                    Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland          Court Reporter: Kathy Sullivan

Trial Began: April 16, 2012        Further Trial: May 17, 2012 at 8:00 am


Trial Motions Heard:                                              Disposition

1.
2.
3.


Other:



Time in Trial: 34 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Andrew Temkin; Fred Norton David Boies; Steven Holtzman | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Eugene Paige Scott Weingaertner Matthias Kamber |
|---|---|---|
| **TRIAL DATE:** May 16, 2012 | **REPORTER(S):** Kathy Sullivan | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Deliberations continued | |
| | | 9:20 am | | | Outside the presence of the jury. Court signed the parties stipulation and order regarding Copyright Damages | |
| | | 9:36 am | | | Recess | |
| | | 12:27 pm | | | Outside the presence of the jury, Court and counsel addressed jury note #2. Court will respond in open court. | |
| | | 12:48 pm | | | Reconvene...jury present | |
| | | | | | Court addressed the jury | |
| | | 12:53 pm | | | Recess | |
| | | | | | Jury Deliberation continued | |
| | | 1:00 pm | | | Recess until 5/17/2012 at 8:00 am | |