UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL TRIAL MINUTES*

### Judge: WILLIAM ALSUP

**Date:** 05/17/2012

**Case No.** <u>10-03561 WHA</u>     **Case Name:** <u>ORACLE AMERICA, INC.</u> v. <u>GOOGLE INC.</u>

**Appearances:**

For Plaintiff(s): Michael Jacobs; Dan Muino; Fred Norton; David Boies; Andrew Temkin; Dorian Daley; Safra Catz (Corporate Representative)

For Defendant(s): Robert Van Nest; Matthias Kamber; Eugene Paige; Scott Weingaertner; Christine Anderson; Dan Purcell; Renny Hwang; Catherine Lacavera (Corporate Representative)

**Clerk:** <u>Tana Ingle</u>     **Court Reporter:** <u>Kathy Sullivan; Debra Pas</u>

**Time in Court:** 32 minutes

**Trial Began:** <u>04/16/2012</u>     **Further Trial:** <u>05/18/2012</u>

### **PROCEEDINGS**

See attached trial log

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **10-03561 WHA**     Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| **JUDGE:** WILLIAM ALSUP | **PLAINTIFF ATTORNEY:** Michael Jacobs; Dan Muino<br>Fred Norton; David Boies<br>Andrew Temkin | **DEFENSE ATTORNEY**: Robert Van Nest; Matthias Kamber<br>Eugene Paige; Scott Weingaertner<br>Dan Purcell; Christine Anderson |
|---|---|---|
| **TRIAL DATE:** 05/17/2012 | **REPORTER(S):** Kathy Sullivan; Debra Pas | **CLERK:** Tana Ingle |

| PLA NO. | DFT NO. | DATE OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Jury deliberations continue. |
| | | 12:35 p.m. | | | Court convened. Court and counsel discussed jury note #3 outside the presence of the jury. |
| | | 12:50 p.m. | | | Jury is now present. Court responded to jury note #3 in open court. |
| | | 12;53 p.m. | | | Deadline for response to judgment as matter of law motion was extended until midnight. |
| | | 12:55 p.m. | | | Court is in recess. |
| | | 1:50 p.m. | | | Court reconvened. Court and counsel discussed jury note #4 outside the presence of the jury. |
| | | 1:53 p.m. | | | Court is in recess. |
| | | 2:16 p.m. | | | Court reconvened. Court and counsel discussed jury note #5 outside the presence of the jury. |
| | | 2:19 p.m. | | | One juror appeared in court to respond to the jury note. |
| | | 2:24 p.m. | | | Jury is now present. Court responded to jury note #5 in open court. |
| | | 2:30 p.m. | | | Jury is admonished and excused for the day. Court is in recess for the day. Jury will return on Friday, 05/18/2012, at 8:00 a.m. to continue deliberations, and Counsel will return at 7:30 a.m. to address jury note #4. |