IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**REQUEST FOR MORE BRIEFING RE INTERFACES, EXCEPTIONS, AND INTEROPERABILITY**

1) By noon Wednesday, each side shall please state how many "interfaces" are included in the joint table supplied a week ago by counsel (Dkt. No. 1124). This can be on a total basis and need not be broken down by the 37 packages. Also please state how many "exceptions" were "thrown" and the extent to which they were duplicated by Google (again on a global basis). Each side should include one example of an "interface" and one example of a "throw" to illustrate the most salient points about these features (for a total of four examples). Please explain the salient point. All information must be in the trial record. Please include cites.

2) With respect to interoperability (*Sega* / *Sony*), please state the trial record evidence on:

    A) To what extent, if at all, have applications and programs written for the J2SE platform *before* Android arrived been able to run on Android?

    B) To what extent, if at all, have applications and programs written *after* Android arrived been able to run both on Android and J2SE?

  C) How, if at all, have Android and the replication of virtually all of the 37 packages promoted interoperability?

  D) To what extent was interoperability an actual motive of Google at the time the decision was made to replicate the 37 packages?

To the extent practical, please quote the testimony or exhibits in evidence so that the judge can make his own evaluation. Counsel may add argument but please quote the evidence.

Please answer both question 1 and 2 by Wednesday at noon in 12 pages or fewer. By Thursday at noon each side may reply in five pages or fewer.

**IT IS SO ORDERED.**

Dated: May 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2