UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 18, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland           Court Reporter: Kathy Sullivan

Trial Began: April 16, 2012     Further Trial: May 21, 2012 at 8:00 am

Trial Motions Heard:                                Disposition

1.
2.
3.

Other:

Time in Trial: 1 hour 10 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino<br>Andrew Temkin; Fred Norton<br>David Boies; Steven Holtzman | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson<br>Dan Purcell; Eugene Paige<br>Scott Weingaernter<br>Matthias Kamber |
|---|---|---|
| **TRIAL DATE:** May 18, 2012 | **REPORTER(S):** Kathy Sullivan | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 am | | | Court and counsel discussed matters outside the presence of the jury. | |
| | | 8:10 am | | | Recess | |
| | | 8:00 am | | | Deliberations continued | |
| | | 11:30 am | | | Reconvene... | |
| | | 12:00 pm | | | Recess | |
| | | | | | Deliberations continued | |
| | | 1:00 pm | | | Recess until 5/21/12 at 8:00 am | |