UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 21, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland            Court Reporter: Kathy Sullivan

Trial Began: April 16, 2012            Further Trial: May 22, 2012 at 8:00 am

Trial Motions Heard:                                            Disposition

1. _____            _____
2. _____            _____
3. _____            _____

Other:


Time in Trial: 55 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>WILLIAM H. ALSUP | PLAINTIFF ATTORNEY:<br>Michael Jacobs; Dan Muino<br>Andrew Temkin; Fred Norton<br>David Boies; Steven Holtzman | DEFENSE ATTORNEY:<br>Robert Van Nest; Christa Anderson<br>Dan Purcell; Eugene Paige<br>Scott Weingaernter<br>Matthias Kamber |
|---|---|---|
| **TRIAL DATE:**<br>May 21, 2012 | **REPORTER(S):**<br>Kathy Sullivan | **CLERK:**<br>Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Deliberations continued | |
| | | 9:34 am | | | Outside the presence of the jury. Court and counsel addressed a juror note(s). Response will be given in open court | |
| | | 9:35 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury | |
| | | 9:39 am | | | Recess | |
| | | | | | Deliberations continued | |
| | | 9:40 am | | | Court and counsel recessed | |
| | | 10:47 am | | | Outside the presence of the jury. Court and counsel addressed juror note(s). Response will be given in open court. | |
| | | 11:10 am | | | Reconvene..jury present | |
| | | | | | Court addressed the jury | |
| | | 11:18 am | | | Recess | |
| | | | | | Deliberations continued | |
| | | 11:20 am | | | Court and counsel recessed | |
| | | 12:57 pm | | | Outside the presence of the jury. Court and counsel addressed jury note(s). Response will be given in open court. | |
| | | 1:05 pm | | | Reconvene...jury present | |
| | | | | | Court addressed the jury | |
| | | 1:11 pm | | | Recess until 5/22/12 at 8:00 am | |