**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.
    /

No. C 10-03561 WHA

**REQUEST FOR BRIEFING ON** *SONY V. CONNECTIX*

In the reply briefs due tomorrow at noon, please address the following question: In *Sony Computer Entertainment, Inc. v. Connectix Corp.*, 203 F.3d 596 (9th Cir. 2000), what did the accused infringer Connectix ultimately duplicate to allow desktops to run Playstation games? For example, was it application binary interfaces (if so, be specific and use examples as to what this would have included)? Was it names that would have been in the source code of the Playstation BIOS?

**IT IS SO ORDERED.**

Dated: May 23, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE