E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,                           No. C 10-03561 WHA

        Plaintiff,

v.

                                  **SPECIAL VERDICT FORM**

GOOGLE INC.,

        Defendant.

_____/

**YOUR ANSWERS MUST BE UNANIMOUS.**

1.  Has Oracle proven by a preponderance of the evidence that Google infringes claim 11, 27, 29, 39, 40, or 41 of United States Patent Number RE38,104?

| | Yes (Infringing) | No (Not Proven) |
|---|---|---|
| **CLAIM 11:** | | ✓ |
| **CLAIM 27:** | | ✓ |
| **CLAIM 29:** | | ✓ |
| **CLAIM 39:** | | ✓ |
| **CLAIM 40:** | | ✓ |
| **CLAIM 41:** | | ✓ |

United States District Court
For the Northern District of California



United States District Court
For the Northern District of California

2.    Has Oracle proven by a preponderance of the evidence that Google infringes claim 1 or 20 of United States Patent Number 6,061,520?

|  | Yes (Infringing) | No (Not Proven) |
|---|---|---|
| **CLAIM 1:** | _____ | ✓ |
| **CLAIM 20:** | _____ | ✓ |

3.    Has Oracle proven by clear and convincing evidence that Google willfully infringed one or more claims of an asserted patent?  (Answer this question only if above you answered "Yes" to one or more claims of a *given* patent.)                              N/A

|  | Yes (Willful) | No (Not Proven) |
|---|---|---|
| **FOR THE '104 PATENT:** | _____ | _____ |
| **FOR THE '520 PATENT:** | _____ | _____ |

Dated:   May 23 , 2012.

_____
FOREPERSON

MIME-Version:1.0
From:ECF-CAND@cand.uscourts.gov
To:efiling
Bcc:
--Case Participants: Ruchika Agrawal (fsagapolu@mofo.com, ragrawal@mofo.com), Christa M. Anderson
(canderson@kvn.com, chernandez@kvn.com, efiling@kvn.com, gpadilla@kvn.com, jshih@kvn.com,
rdarling@kvn.com, rmagat@kvn.com, scole@kvn.com, vfujisawa@kvn.com), Bruce W. Baber (bbaber@kslaw.com,
rennyhwang@google.com), Ian Ballon (ballon@gtlaw.com, kolbers@gtlaw.com), Brian Christopher Banner
(bbanner@kslaw.com), David Boies (dboies@bsfllp.com), Jennifer Brenda Bonneville
(jbonneville@steptoe.com), Christopher C. Carnaval (ccarnaval@kslaw.com, csplaine@kslaw.com,
kbell@kslaw.com, kdonovan@kslaw.com), John L. Cooper (brestivo@fbm.com, calendar@fbm.com,
jcooper@fbm.com), Dorian Estelle Daley (dorian.daley@oracle.com), Meredith Richardson Dearborn
(irivera@bsfllp.com, mdearborn@bsfllp.com), Geoffrey M. Ezgar (gezgar@kslaw.com), Truman Haymaker Fenton
(tfenton@kslaw.com), Mark H. Francis (mfrancis@kslaw.com), Valerie Wing Ho (hov@gtlaw.com,
lalitdock@gtlaw.com, secondom@gtlaw.com, solorzanom@gtlaw.com), Steven Christopher Holtzman
(cduong@bsfllp.com, dnasca@bsfllp.com, irivera@bsfllp.com, jchavez@bsfllp.com, jlipton@bsfllp.com,
sbuack@bsfllp.com, sholtzman@bsfllp.com, sjones@bsfllp.com, sphan@bsfllp.com), Renny F Hwang
(rennyhwang@google.com), Michael A. Jacobs (andrew.temkin@oracle.com, cknisely@mofo.com,
matthew.sarboraria@oracle.com, mjacobs@mofo.com), Matthias Andreas Kamber (efiling@kvn.com, mxk@kvn.com,
plemos@kvn.com, rmullen@kvn.com), Rudolph Kim (llontayao@mofo.com, rudykim@mofo.com), Kenneth Alexander
Kuwayti (bgomez@mofo.com, kkuwayti@mofo.com, sszpajda@mofo.com), Michael S Kwun (mkwun@kvn.com,
rcirelli@kvn.com), Wendy Michelle Mantell (mantellw@gtlaw.com, rincona@gtlaw.com), Heather Janine Meeker
(meekerh@gtlaw.com), Deborah Kay Miller (deborah.miller@oracle.com), Daniel Pierre Muino
(andrew.temkin@oracle.com, christinachen@mofo.com, dmuino@mofo.com, lisaflores@mofo.com, mekas@mofo.com,
npan@mofo.com, psvilik@mofo.com), Reid Patrick Mullen (dzimmer@kvn.com, efiling@kvn.com, pal@kvn.com,
rmullen@kvn.com), William Fred Norton, Jr (fnorton@bsfllp.com, irivera@bsfllp.com), Eugene Morris Paige
(ccrane@kvn.com, dfox@kvn.com, efiling@kvn.com, emp@kvn.com), Robert F. Perry (csplaine@kslaw.com,
rperry@kslaw.com), Marc David Peters (lsova@mofo.com, mdpeters@mofo.com, msmoot@mofo.com), Benjamin
Andrew Petersen (bgomez@mofo.com, bpetersen@mofo.com), Dana K Powers (powersdk@gtlaw.com), Daniel Edward
Purcell (dpurcell@kvn.com, dzimmer@kvn.com, efiling@kvn.com, jwinars@kvn.com), Beko Osiris Ra Reblitz-
Richardson (brichardson@bsfllp.com), Alanna Rutherford (arutherford@bsfllp.com), Cheryl A. Sabnis
(csabnis@kslaw.com, ksparker@kslaw.com, rmiller@kslaw.com), Matthew M. Sarboraria
(matthew.sarboraria@oracle.com), Steven T Snyder (ssnyder@kslaw.com), Roman A Swoopes
(rswoopes@mofo.com), Yuka Teraguchi (yteraguchi@mofo.com), Mark Edward Ungerman (mungerman@mofo.com),
Robert Addy Van Nest (efiling@kvn.com, llind@kvn.com, rvannest@kvn.com, scole@kvn.com), Luis Villa, IV
(villalu@gtlaw.com), Scott T. Weingaertner (jschmidt@kslaw.com, sweingaertner@kslaw.com), Joseph Richard
Wetzel (mckinneyc@gtlaw.com, sfolitdock@gtlaw.com, wetzelj@gtlaw.com), Donald Frederick Zimmer, Jr
(balee@kslaw.com, fzimmer@kslaw.com), John Lee Cooper (jcooper@fbm.com), Motorola Mobility, Inc.
(jbonneville@steptoe.com), Magistrate Judge Laurel Beeler (david_berger@cand.uscourts.gov), Magistrate
Judge Donna M. Ryu (jonathan_beardsley@cand.uscourts.gov)
--Non Case Participants: Brandon Bailey (bbailey@mercurynews.com), Eric B. Fastiff (efastiff@lchb.com),
Karen Gullo (kgullo@bloomberg.net), Courtney Hoffman (dan.levine@thomsonreuters.com),
jon.stempel@thomsonreuters.com), Ginny LaRoe (glaroe@alm.com), Pamela Anne MacLean
(pmaclean@pacbell.net), Chris Marshall (sanfran@courthousenews.com), Amy Miller (amiller@alm.com), Rory
S. Miller (rorymiller@quinnemanuel.com), Florian Mueller (florian.mueller.de82319@gmail.com,
florian.mueller@live.com), James Niccolai (james_niccolai@idg.com), Kenneth D A Pillay (ken@pillay.com),
Leigh Poitinger (sjohnson@mercurynews.com), Jill Redhage (jill_redhage@dailyjournal.com), Scott David
Stein (sstein@sidley.com), COURT STAFF fullerlynn (lynn_fuller@cand.uscourts.gov)
--No Notice Sent:

Message-Id:<8614997@cand.uscourts.gov>
Subject:Activity in Case 3:10-cv-03561-WHA Oracle America, Inc. v. Google Inc. Jury Verdict
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### California Northern District

#### Notice of Electronic Filing

The following transaction was entered on 5/23/2012 at 11:01 AM and filed on 5/23/2012
**Case Name:**      Oracle America, Inc. v. Google Inc.

**Case Number:**    3:10-cv-03561-WHA
**Filer:**
**Document Number:** 1190

**Docket Text:**
JURY VERDICT (Phase II). (dt, COURT STAFF) (Filed on 5/23/2012)

**3:10-cv-03561-WHA Notice has been electronically mailed to:**

Alanna Rutherford    arutherford@bsfllp.com

Beko Osiris Ra Reblitz-Richardson    brichardson@bsfllp.com

Benjamin Andrew Petersen    bpetersen@mofo.com, bgomez@mofo.com

Brian Christopher Banner    bbanner@kslaw.com

Bruce W. Baber    bbaber@kslaw.com, rennyhwang@google.com

Cheryl A. Sabnis    csabnis@kslaw.com, ksparker@kslaw.com, rmiller@kslaw.com

Christa M. Anderson    canderson@kvn.com, chernandez@kvn.com, efiling@kvn.com, gpadilla@kvn.com, jshih@kvn.com, rdarling@kvn.com, rmagat@kvn.com, scole@kvn.com, vfujisawa@kvn.com

Christopher C. Carnaval    ccarnaval@kslaw.com, CSplaine@kslaw.com, KBell@kslaw.com, KDonovan@kslaw.com

Dana K Powers    powersdk@gtlaw.com

Daniel Edward Purcell    dpurcell@kvn.com, dzimmer@kvn.com, efiling@kvn.com, jwinars@kvn.com

Daniel Pierre Muino    dmuino@mofo.com, andrew.temkin@oracle.com, christinachen@mofo.com, lisaflores@mofo.com, mekas@mofo.com, npan@mofo.com, psvilik@mofo.com

David Boies    dboies@bsfllp.com

Deborah Kay Miller    deborah.miller@oracle.com

Donald Frederick Zimmer , Jr    fzimmer@kslaw.com, balee@kslaw.com

Dorian Estelle Daley    dorian.daley@oracle.com

Eugene Morris Paige    EMP@kvn.com, ccrane@kvn.com, dfox@kvn.com, efiling@kvn.com

Geoffrey M. Ezgar    gezgar@kslaw.com

Heather Janine Meeker    meekerh@gtlaw.com

Ian Ballon    ballon@gtlaw.com, kolbers@gtlaw.com

Jennifer Brenda Bonneville    jbonneville@steptoe.com

John L. Cooper    jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com

Joseph Richard Wetzel    wetzelj@gtlaw.com, mckinneyc@gtlaw.com, SFOLitDock@gtlaw.com

Kenneth Alexander Kuwayti    KKuwayti@mofo.com, BGomez@mofo.com, Sszpajda@mofo.com

Luis Villa , IV    villalu@gtlaw.com

Marc David Peters    mdpeters@mofo.com, lsova@mofo.com, msmoot@mofo.com

Mark Edward Ungerman    mungerman@mofo.com

Mark H. Francis    mfrancis@kslaw.com

Matthew M. Sarboraria    matthew.sarboraria@oracle.com

Matthias Andreas Kamber    mxk@kvn.com, efiling@kvn.com, plemos@kvn.com, rmullen@kvn.com

Meredith Richardson Dearborn    mdearborn@bsfllp.com, irivera@bsfllp.com

Michael A. Jacobs    mjacobs@mofo.com, andrew.temkin@oracle.com, cknisely@mofo.com, matthew.sarboraria@oracle.com

Michael S Kwun    mkwun@kvn.com, rcirelli@kvn.com

Reid Patrick Mullen    rmullen@kvn.com, dzimmer@kvn.com, efiling@kvn.com, pal@kvn.com

Renny F Hwang    rennyhwang@google.com

Robert Addy Van Nest    rvannest@kvn.com, efiling@kvn.com, llind@kvn.com, scole@kvn.com

Robert F. Perry    rperry@kslaw.com, csplaine@kslaw.com

Roman A Swoopes    rswoopes@mofo.com

Ruchika Agrawal    RAgrawal@mofo.com, fsagapolu@mofo.com

Rudolph Kim    rudykim@mofo.com, llontayao@mofo.com

Scott T. Weingaertner    sweingaertner@kslaw.com, jschmidt@kslaw.com

Steven Christopher Holtzman    sholtzman@bsfllp.com, cduong@bsfllp.com, dnasca@bsfllp.com, irivera@bsfllp.com, jchavez@bsfllp.com, jlipton@bsfllp.com, sbuack@bsfllp.com, sjones@bsfllp.com, sphan@bsfllp.com

Steven T Snyder    ssnyder@kslaw.com

Truman Haymaker Fenton    tfenton@kslaw.com

Valerie Wing Ho    hov@gtlaw.com, lalitdock@gtlaw.com, secondom@gtlaw.com, solorzanom@gtlaw.com

Wendy Michelle Mantell    mantellw@gtlaw.com, rincona@gtlaw.com

William Fred Norton , Jr    fnorton@bsfllp.com, irivera@bsfllp.com

Yuka Teraguchi    YTeraguchi@mofo.com

**3:10-cv-03561-WHA Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\Trials\Trial Oracle v. Google\C10-3561 Verdict.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/23/2012] [FileNumber=8614995-0]

[780cdcc097949decbb57d79d4cdcecbcbb632430ea629abcc486f9a93b1eca585f424
9857d1dbd79e23d73da775169dc7e4140b58256c2b737fdc4d47bec4e34]]