# EXHIBIT A

Ex. A: Interfaces in the 37 Java API Packages

| Package Name | J2SE 5 Interfaces | Android Froyo Interfaces |
|---|---|---|
| java.awt.font | 2 | 0 |
| java.beans | 9 | 1 |
| java.io | 12 | 12 |
| java.lang | 8 | 8 |
| java.lang.annotation | 1 | 1 |
| java.lang.ref | 0 | 0 |
| java.lang.reflect | 9 | 9 |
| java.net | 6 | 6 |
| java.nio | 0 | 0 |
| java.nio.channels | 7 | 7 |
| java.nio.channels.spi | 0 | 0 |
| java.nio.charset | 0 | 0 |
| java.nio.charset.spi | 0 | 0 |
| java.security | 12 | 12 |
| java.security.acl | 5 | 5 |
| java.security.cert | 8 | 8 |
| java.security.interfaces | 13 | 13 |
| java.security.spec | 3 | 3 |
| java.sql | 18 | 18 |
| java.text | 2 | 2 |
| java.util | 16 | 16 |
| java.util.jar | 2 | 2 |
| java.util.logging | 2 | 2 |
| java.util.prefs | 3 | 3 |
| java.util.regex | 1 | 1 |
| java.util.zip | 1 | 1 |
| javax.crypto | 1 | 1 |
| javax.crypto.interfaces | 4 | 4 |
| javax.crypto.spec | 0 | 0 |
| javax.net | 0 | 0 |
| javax.net.ssl | 10 | 10 |
| javax.security.auth | 2 | 1 |
| javax.security.auth.callback | 2 | 2 |
| javax.security.auth.login | 0 | 0 |
| javax.security.auth.x500 | 0 | 0 |
| javax.security.cert | 0 | 0 |
| javax.sql | 12 | 10 |
| **TOTAL** | **171** | **158** |