# EXHIBIT B

## Ex. B: Thrown Exceptions in the 37 Java API Packages

| Package Name | J2SE 5 Exceptions Thrown | Android Froyo Exceptions Thrown |
|---|---|---|
| java.awt.font | 1 | 1 |
| java.beans | 15 | 15 |
| java.io | 76 | 76 |
| java.lang | 45 | 45 |
| java.lang.annotation | 0 | 0 |
| java.lang.ref | 2 | 2 |
| java.lang.reflect | 50 | 50 |
| java.net | 86 | 86 |
| java.nio | 3 | 3 |
| java.nio.channels | 25 | 25 |
| java.nio.channels.spi | 13 | 13 |
| java.nio.charset | 4 | 4 |
| java.nio.charset.spi | 1 | 1 |
| java.security | 93 | 93 |
| java.security.acl | 6 | 6 |
| java.security.cert | 57 | 57 |
| java.security.interfaces | 1 | 1 |
| java.security.spec | 1 | 1 |
| java.sql | 400 | 400 |
| java.text | 3 | 3 |
| java.util | 10 | 10 |
| java.util.jar | 18 | 18 |
| java.util.logging | 18 | 18 |
| java.util.prefs | 14 | 14 |
| java.util.regex | 1 | 1 |
| java.util.zip | 14 | 14 |
| javax.crypto | 38 | 38 |
| javax.crypto.interfaces | 0 | 0 |
| javax.crypto.spec | 3 | 3 |
| javax.net | 3 | 3 |
| javax.net.ssl | 54 | 54 |
| javax.security.auth | 6 | 6 |
| javax.security.auth.callback | 3 | 3 |
| javax.security.auth.login | 3 | 3 |
| javax.security.auth.x500 | 1 | 1 |
| javax.security.cert | 10 | 10 |
| javax.sql | 179 | 179 |
| **TOTAL** | **1257** | **1257** |