# EXHIBIT E

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
 1  /*
 2   * Copyright (C) 2008 The Android Open Source Project
 3   *
 4   * Licensed under the Apache License, Version 2.0 (the "License");
 5   * you may not use this file except in compliance with the License.
 6   * You may obtain a copy of the License at
 7   *
 8   *      http://www.apache.org/licenses/LICENSE-2.0
 9   *
10   * Unless required by applicable law or agreed to in writing, software
11   * distributed under the License is distributed on an "AS IS" BASIS,
12   * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or
       implied.
13   * See the License for the specific language governing permissions and
14   * limitations under the License.
15   */
16
17  package java.util;
18
19  /**
20   * This is a near duplicate of {@link TimSort}, modified for use with
21   * arrays of objects that implement {@link Comparable}, instead of using
22   * explicit comparators.
23   *
24   * <p>If you are using an optimizing VM, you may find that
       ComparableTimSort
25   * offers no performance benefit over TimSort in conjunction with a
26   * comparator that simply returns {@code
       ((Comparable)first).compareTo(Second)}.
27   * If this is the case, you are better off deleting ComparableTimSort to
28   * eliminate the code duplication.  (See Arrays.java for details.)
29   */
30  class ComparableTimSort {
31      /**
32       * This is the minimum sized sequence that will be merged.  Shorter
33       * sequences will be lengthened by calling binarySort.  If the
           entire
34       * array is less than this length, no merges will be performed.
35       *
36       * This constant should be a power of two.  It was 64 in Tim Peter's
           C
37       * implementation, but 32 was empirically determined to work better
           in
38       * this implementation.  In the unlikely event that you set this
           constant
39       * to be a number that's not a power of two, you'll need to change
           the
40       * {@link #minRunLength} computation.
41       *
42       * If you decrease this constant, you must change the stackLen
43       * computation in the TimSort constructor, or you risk an
44       * ArrayOutOfBounds exception.  See listsort.txt for a discussion
45       * of the minimum stack length required as a function of the length
46       * of the array being sorted and the minimum merge sequence length.
47       */
48      private static final int MIN_MERGE = 32;
49
50      /**
51       * The array being sorted.
52       */
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL EXHIBIT 45.2

CASE NO. 10-03561 WHA
DATE ENTERED_____

BY_____
DEPUTY CLERK

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
 53        private final Object[] a;
 54
 55          /**
 56           * When we get into galloping mode, we stay there until both runs
               win less
 57           * often than MIN_GALLOP consecutive times.
 58           */
 59          private static final int  MIN_GALLOP = 7;
 60
 61          /**
 62           * This controls when we get *into* galloping mode.  It is
               initialized
 63           * to MIN_GALLOP.  The mergeLo and mergeHi methods nudge it higher
               for
 64           * random data, and lower for highly structured data.
 65           */
 66          private int minGallop = MIN_GALLOP;
 67
 68          /**
 69           * Maximum initial size of tmp array, which is used for merging.
               The array
 70           * can grow to accommodate demand.
 71           *
 72           * Unlike Tim's original C version, we do not allocate this much
               storage
 73           * when sorting smaller arrays.  This change was required for
               performance.
 74           */
 75          private static final int INITIAL_TMP_STORAGE_LENGTH = 256;
 76
 77          /**
 78           * Temp storage for merges.
 79           */
 80          private Object[] tmp;
 81
 82          /**
 83           * A stack of pending runs yet to be merged.  Run i starts at
 84           * address base[i] and extends for len[i] elements.  It's always
 85           * true (so long as the indices are in bounds) that:
 86           *
 87           *     runBase[i] + runLen[i] == runBase[i + 1]
 88           *
 89           * so we could cut the storage for this, but it's a minor amount,
 90           * and keeping all the info explicit simplifies the code.
 91           */
 92          private int stackSize = 0;  // Number of pending runs on stack
 93          private final int[] runBase;
 94          private final int[] runLen;
 95
 96          /**
 97           * Asserts have been placed in if-statements for performace.  To
               enable them,
 98           * set this field to true and enable them in VM with a command line
               flag.
 99           * If you modify this class, please do test the asserts!
100           */
101          private static final boolean DEBUG = false;
102
103          /**
104           * Creates a TimSort instance to maintain the state of an ongoing
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
            sort.
105         *
106         * @param a the array to be sorted
107         */
108        private ComparableTimSort(Object[] a) {
109            this.a = a;
110
111            // Allocate temp storage (which may be increased later if
               necessary)
112            int len = a.length;
113            @SuppressWarnings({"unchecked", "UnnecessaryLocalVariable"})
114            Object[] newArray = new Object[len < 2 *
               INITIAL_TMP_STORAGE_LENGTH ?
115                                          len >>> 1 :
                                             INITIAL_TMP_STORAGE_LENGTH];
116            tmp = newArray;
117
118            /*
119             * Allocate runs-to-be-merged stack (which cannot be expanded).
               The
120             * stack length requirements are described in listsort.txt.  The
               C
121             * version always uses the same stack length (85), but this was
122             * measured to be too expensive when sorting "mid-sized" arrays
               (e.g.,
123             * 100 elements) in Java.  Therefore, we use smaller (but
               sufficiently
124             * large) stack lengths for smaller arrays.  The "magic numbers"
               in the
125             * computation below must be changed if MIN_MERGE is decreased.
               See
126             * the MIN_MERGE declaration above for more information.
127             */
128            int stackLen = (len <    120  ?  5 :
129                            len <   1542  ? 10 :
130                            len < 119151  ? 19 : 40);
131            runBase = new int[stackLen];
132            runLen  = new int[stackLen];
133        }
134
135        /*
136         * The next two methods (which are package private and static)
               constitute
137         * the entire API of this class.  Each of these methods obeys the
               contract
138         * of the public method with the same signature in java.util.Arrays.
139         */
140
141        static void sort(Object[] a) {
142            sort(a, 0, a.length);
143        }
144
145        static void sort(Object[] a, int lo, int hi) {
146            rangeCheck(a.length, lo, hi);
147            int nRemaining  = hi - lo;
148            if (nRemaining < 2)
149                return;  // Arrays of size 0 and 1 are always sorted
150
151            // If array is small, do a "mini-TimSort" with no merges
152            if (nRemaining < MIN_MERGE) {
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
153                int initRunLen = countRunAndMakeAscending(a, lo, hi);
154                binarySort(a, lo, hi, lo + initRunLen);
155                return;
156            }
157
158            /**
159             * March over the array once, left to right, finding natural runs,
160             * extending short natural runs to minRun elements, and merging runs
161             * to maintain stack invariant.
162             */
163            ComparableTimSort ts = new ComparableTimSort(a);
164            int minRun = minRunLength(nRemaining);
165            do {
166                // Identify next run
167                int runLen = countRunAndMakeAscending(a, lo, hi);
168
169                // If run is short, extend to min(minRun, nRemaining)
170                if (runLen < minRun) {
171                    int force = nRemaining <= minRun ? nRemaining : minRun;
172                    binarySort(a, lo, lo + force, lo + runLen);
173                    runLen = force;
174                }
175
176                // Push run onto pending-run stack, and maybe merge
177                ts.pushRun(lo, runLen);
178                ts.mergeCollapse();
179
180                // Advance to find next run
181                lo += runLen;
182                nRemaining -= runLen;
183            } while (nRemaining != 0);
184
185            // Merge all remaining runs to complete sort
186            if (DEBUG) assert lo == hi;
187            ts.mergeForceCollapse();
188            if (DEBUG) assert ts.stackSize == 1;
189        }
190
191        /**
192         * Sorts the specified portion of the specified array using a binary
193         * insertion sort.  This is the best method for sorting small numbers
194         * of elements.  It requires O(n log n) compares, but O(n^2) data
195         * movement (worst case).
196         *
197         * If the initial part of the specified range is already sorted,
198         * this method can take advantage of it: the method assumes that the
199         * elements from index {@code lo}, inclusive, to {@code start},
200         * exclusive are already sorted.
201         *
202         * @param a the array in which a range is to be sorted
203         * @param lo the index of the first element in the range to be sorted
204         * @param hi the index after the last element in the range to be sorted
205         * @param start the index of the first element in the range that is
206         *        not already known to be sorted (@code lo <= start <= hi}
207         */
```

G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java

```
208        @SuppressWarnings("fallthrough")
209        private static void binarySort(Object[] a, int lo, int hi, int start) {
210            if (DEBUG) assert lo <= start && start <= hi;
211            if (start == lo)
212                start++;
213            for ( ; start < hi; start++) {
214                @SuppressWarnings("unchecked")
215                Comparable<Object> pivot = (Comparable) a[start];
216
217                // Set left (and right) to the index where a[start] (pivot) belongs
218                int left = lo;
219                int right = start;
220                if (DEBUG) assert left <= right;
221                /*
222                 * Invariants:
223                 *   pivot >= all in [lo, left).
224                 *   pivot <  all in [right, start).
225                 */
226                while (left < right) {
227                    int mid = (left + right) >>> 1;
228                    if (pivot.compareTo(a[mid]) < 0)
229                        right = mid;
230                    else
231                        left = mid + 1;
232                }
233                if (DEBUG) assert left == right;
234
235                /*
236                 * The invariants still hold: pivot >= all in [lo, left) and
237                 * pivot < all in [left, start), so pivot belongs at left.  Note
238                 * that if there are elements equal to pivot, left points to the
239                 * first slot after them -- that's why this sort is stable.
240                 * Slide elements over to make room to make room for pivot.
241                 */
242                int n = start - left;  // The number of elements to move
243                // Switch is just an optimization for arraycopy in default case
244                switch(n) {
245                    case 2:  a[left + 2] = a[left + 1];
246                    case 1:  a[left + 1] = a[left];
247                             break;
248                    default: System.arraycopy(a, left, a, left + 1, n);
249                }
250                a[left] = pivot;
251            }
252        }
253
254        /**
255         * Returns the length of the run beginning at the specified position in
256         * the specified array and reverses the run if it is descending (ensuring
257         * that the run will always be ascending when the method returns).
258         *
259         * A run is the longest ascending sequence with:
260         *
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
261          *     a[lo] <= a[lo + 1] <= a[lo + 2] <= ...
262          *
263          * or the longest descending sequence with:
264          *
265          *     a[lo] >  a[lo + 1] >  a[lo + 2] >  ...
266          *
267          * For its intended use in a stable mergesort, the strictness of the
268          * definition of "descending" is needed so that the call can safely
269          * reverse a descending sequence without violating stability.
270          *
271          * @param a the array in which a run is to be counted and possibly
               reversed
272          * @param lo index of the first element in the run
273          * @param hi index after the last element that may be contained in
               the run.
274          *          It is required that @code{lo < hi}.
275          * @return  the length of the run beginning at the specified
               position in
276          *          the specified array
277          */
278         @SuppressWarnings("unchecked")
279         private static int countRunAndMakeAscending(Object[] a, int lo, int
            hi) {
280             if (DEBUG) assert lo < hi;
281             int runHi = lo + 1;
282             if (runHi == hi)
283                 return 1;
284
285             // Find end of run, and reverse range if descending
286             if (((Comparable) a[runHi++]).compareTo(a[lo]) < 0) { //
                Descending
287                 while(runHi < hi && ((Comparable)
                    a[runHi]).compareTo(a[runHi - 1]) < 0)
288                     runHi++;
289                 reverseRange(a, lo, runHi);
290             } else {                                    // Ascending
291                 while (runHi < hi && ((Comparable)
                    a[runHi]).compareTo(a[runHi - 1]) >= 0)
292                     runHi++;
293             }
294
295             return runHi - lo;
296         }
297
298         /**
299          * Reverse the specified range of the specified array.
300          *
301          * @param a the array in which a range is to be reversed
302          * @param lo the index of the first element in the range to be
               reversed
303          * @param hi the index after the last element in the range to be
               reversed
304          */
305         private static void reverseRange(Object[] a, int lo, int hi) {
306             hi--;
307             while (lo < hi) {
308                 Object t = a[lo];
309                 a[lo++] = a[hi];
310                 a[hi--] = t;
311             }
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
312         }
313
314         /**
315          * Returns the minimum acceptable run length for an array of the specified
316          * length. Natural runs shorter than this will be extended with
317          * {@link #binarySort}.
318          *
319          * Roughly speaking, the computation is:
320          *
321          *  If n < MIN_MERGE, return n (it's too small to bother with fancy stuff).
322          *  Else if n is an exact power of 2, return MIN_MERGE/2.
323          *  Else return an int k, MIN_MERGE/2 <= k <= MIN_MERGE, such that n/k
324          *   is close to, but strictly less than, an exact power of 2.
325          *
326          * For the rationale, see listsort.txt.
327          *
328          * @param n the length of the array to be sorted
329          * @return the length of the minimum run to be merged
330          */
331         private static int minRunLength(int n) {
332             if (DEBUG) assert n >= 0;
333             int r = 0;      // Becomes 1 if any 1 bits are shifted off
334             while (n >= MIN_MERGE) {
335                 r |= (n & 1);
336                 n >>= 1;
337             }
338             return n + r;
339         }
340
341         /**
342          * Pushes the specified run onto the pending-run stack.
343          *
344          * @param runBase index of the first element in the run
345          * @param runLen  the number of elements in the run
346          */
347         private void pushRun(int runBase, int runLen) {
348             this.runBase[stackSize] = runBase;
349             this.runLen[stackSize] = runLen;
350             stackSize++;
351         }
352
353         /**
354          * Examines the stack of runs waiting to be merged and merges adjacent runs
355          * until the stack invariants are reestablished:
356          *
357          *     1. runLen[i - 3] > runLen[i - 2] + runLen[i - 1]
358          *     2. runLen[i - 2] > runLen[i - 1]
359          *
360          * This method is called each time a new run is pushed onto the stack,
361          * so the invariants are guaranteed to hold for i < stackSize upon
362          * entry to the method.
363          */
364         private void mergeCollapse() {
365             while (stackSize > 1) {
366                 int n = stackSize - 2;
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
367                 if (n > 0 && runLen[n-1] <= runLen[n] + runLen[n+1]) {
368                     if (runLen[n - 1] < runLen[n + 1])
369                         n--;
370                     mergeAt(n);
371                 } else if (runLen[n] <= runLen[n + 1]) {
372                     mergeAt(n);
373                 } else {
374                     break; // Invariant is established
375                 }
376             }
377         }
378
379         /**
380          * Merges all runs on the stack until only one remains.  This method is
381          * called once, to complete the sort.
382          */
383         private void mergeForceCollapse() {
384             while (stackSize > 1) {
385                 int n = stackSize - 2;
386                 if (n > 0 && runLen[n - 1] < runLen[n + 1])
387                     n--;
388                 mergeAt(n);
389             }
390         }
391
392         /**
393          * Merges the two runs at stack indices i and i+1.  Run i must be
394          * the penultimate or antepenultimate run on the stack.  In other words,
395          * i must be equal to stackSize-2 or stackSize-3.
396          *
397          * @param i stack index of the first of the two runs to merge
398          */
399         @SuppressWarnings("unchecked")
400         private void mergeAt(int i) {
401             if (DEBUG) assert stackSize >= 2;
402             if (DEBUG) assert i >= 0;
403             if (DEBUG) assert i == stackSize - 2 || i == stackSize - 3;
404
405             int base1 = runBase[i];
406             int len1 = runLen[i];
407             int base2 = runBase[i + 1];
408             int len2 = runLen[i + 1];
409             if (DEBUG) assert len1 > 0 && len2 > 0;
410             if (DEBUG) assert base1 + len1 == base2;
411
412             /*
413              * Record the length of the combined runs; if i is the 3rd-last
414              * run now, also slide over the last run (which isn't involved
415              * in this merge).  The current run (i+1) goes away in any case.
416              */
417             runLen[i] = len1 + len2;
418             if (i == stackSize - 3) {
419                 runBase[i + 1] = runBase[i + 2];
420                 runLen[i + 1] = runLen[i + 2];
421             }
422             stackSize--;
423
424             /*
```

G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java

```
425             * Find where the first element of run2 goes in run1. Prior
                elements
426             * in run1 can be ignored (because they're already in place).
427             */
428            int k = gallopRight((Comparable<Object>) a[base2], a, base1,
               len1, 0);
429            if (DEBUG) assert k >= 0;
430            base1 += k;
431            len1 -= k;
432            if (len1 == 0)
433                return;
434
435            /*
436             * Find where the last element of run1 goes in run2. Subsequent
                elements
437             * in run2 can be ignored (because they're already in place).
438             */
439            len2 = gallopLeft((Comparable<Object>) a[base1 + len1 - 1], a,
440                    base2, len2, len2 - 1);
441            if (DEBUG) assert len2 >= 0;
442            if (len2 == 0)
443                return;
444
445            // Merge remaining runs, using tmp array with min(len1, len2)
               elements
446            if (len1 <= len2)
447                mergeLo(base1, len1, base2, len2);
448            else
449                mergeHi(base1, len1, base2, len2);
450        }
451
452        /**
453         * Locates the position at which to insert the specified key into
            the
454         * specified sorted range; if the range contains an element equal to
            key,
455         * returns the index of the leftmost equal element.
456         *
457         * @param key the key whose insertion point to search for
458         * @param a the array in which to search
459         * @param base the index of the first element in the range
460         * @param len the length of the range; must be > 0
461         * @param hint the index at which to begin the search, 0 <= hint <
            n.
462         *    The closer hint is to the result, the faster this method will
            run.
463         * @return the int k,  0 <= k <= n such that a[b + k - 1] < key <=
            a[b + k],
464         *    pretending that a[b - 1] is minus infinity and a[b + n] is
            infinity.
465         *    In other words, key belongs at index b + k; or in other words,
466         *    the first k elements of a should precede key, and the last n -
            k
467         *    should follow it.
468         */
469        private static int gallopLeft(Comparable<Object> key, Object[] a,
470                int base, int len, int hint) {
471            if (DEBUG) assert len > 0 && hint >= 0 && hint < len;
472
473            int lastOfs = 0;
```

G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java

```
474            int ofs = 1;
475            if (key.compareTo(a[base + hint]) > 0) {
476                // Gallop right until a[base+hint+lastOfs] < key <=
                   a[base+hint+ofs]
477                int maxOfs = len - hint;
478                while (ofs < maxOfs && key.compareTo(a[base + hint + ofs]) >
                   0) {
479                    lastOfs = ofs;
480                    ofs = (ofs << 1) + 1;
481                    if (ofs <= 0)   // int overflow
482                        ofs = maxOfs;
483                }
484                if (ofs > maxOfs)
485                    ofs = maxOfs;
486
487                // Make offsets relative to base
488                lastOfs += hint;
489                ofs += hint;
490            } else { // key <= a[base + hint]
491                // Gallop left until a[base+hint-ofs] < key <=
                   a[base+hint-lastOfs]
492                final int maxOfs = hint + 1;
493                while (ofs < maxOfs && key.compareTo(a[base + hint - ofs])
                   <= 0) {
494                    lastOfs = ofs;
495                    ofs = (ofs << 1) + 1;
496                    if (ofs <= 0)   // int overflow
497                        ofs = maxOfs;
498                }
499                if (ofs > maxOfs)
500                    ofs = maxOfs;
501
502                // Make offsets relative to base
503                int tmp = lastOfs;
504                lastOfs = hint - ofs;
505                ofs = hint - tmp;
506            }
507            if (DEBUG) assert -1 <= lastOfs && lastOfs < ofs && ofs <= len;
508
509            /*
510             * Now a[base+lastOfs] < key <= a[base+ofs], so key belongs
                  somewhere
511             * to the right of lastOfs but no farther right than ofs.  Do a
                  binary
512             * search, with invariant a[base + lastOfs - 1] < key <= a[base
                  + ofs].
513             */
514            lastOfs++;
515            while (lastOfs < ofs) {
516                int m = lastOfs + ((ofs - lastOfs) >>> 1);
517
518                if (key.compareTo(a[base + m]) > 0)
519                    lastOfs = m + 1;  // a[base + m] < key
520                else
521                    ofs = m;          // key <= a[base + m]
522            }
523            if (DEBUG) assert lastOfs == ofs;    // so a[base + ofs - 1] <
                   key <= a[base + ofs]
524            return ofs;
525        }
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
526
527        /**
528         * Like gallopLeft, except that if the range contains an element
                equal to
529         * key, gallopRight returns the index after the rightmost equal
                element.
530         *
531         * @param key the key whose insertion point to search for
532         * @param a the array in which to search
533         * @param base the index of the first element in the range
534         * @param len the length of the range; must be > 0
535         * @param hint the index at which to begin the search, 0 <= hint <
                n.
536         *    The closer hint is to the result, the faster this method will
                run.
537         * @return the int k,  0 <= k <= n such that a[b + k - 1] <= key <
                a[b + k]
538         */
539        private static int gallopRight(Comparable<Object> key, Object[] a,
540                 int base, int len, int hint) {
541            if (DEBUG) assert len > 0 && hint >= 0 && hint < len;
542
543            int ofs = 1;
544            int lastOfs = 0;
545            if (key.compareTo(a[base + hint]) < 0) {
546                // Gallop left until a[b+hint - ofs] <= key < a[b+hint -
                   lastOfs]
547                int maxOfs = hint + 1;
548                while (ofs < maxOfs && key.compareTo(a[base + hint - ofs]) <
                   0) {
549                    lastOfs = ofs;
550                    ofs = (ofs << 1) + 1;
551                    if (ofs <= 0)   // int overflow
552                        ofs = maxOfs;
553                }
554                if (ofs > maxOfs)
555                    ofs = maxOfs;
556
557                // Make offsets relative to b
558                int tmp = lastOfs;
559                lastOfs = hint - ofs;
560                ofs = hint - tmp;
561            } else { // a[b + hint] <= key
562                // Gallop right until a[b+hint + lastOfs] <= key < a[b+hint
                   + ofs]
563                int maxOfs = len - hint;
564                while (ofs < maxOfs && key.compareTo(a[base + hint + ofs])
                   >= 0) {
565                    lastOfs = ofs;
566                    ofs = (ofs << 1) + 1;
567                    if (ofs <= 0)   // int overflow
568                        ofs = maxOfs;
569                }
570                if (ofs > maxOfs)
571                    ofs = maxOfs;
572
573                // Make offsets relative to b
574                lastOfs += hint;
575                ofs += hint;
576            }
```

Page 11 of 17

G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java

```
577             if (DEBUG) assert -1 <= lastOfs && lastOfs < ofs && ofs <= len;
578
579         /*
580          * Now a[b + lastOfs] <= key < a[b + ofs], so key belongs somewhere to
581          * the right of lastOfs but no farther right than ofs.  Do a binary
582          * search, with invariant a[b + lastOfs - 1] <= key < a[b + ofs].
583          */
584         lastOfs++;
585         while (lastOfs < ofs) {
586             int m = lastOfs + ((ofs - lastOfs) >>> 1);
587
588             if (key.compareTo(a[base + m]) < 0)
589                 ofs = m;          // key < a[b + m]
590             else
591                 lastOfs = m + 1;  // a[b + m] <= key
592         }
593         if (DEBUG) assert lastOfs == ofs;    // so a[b + ofs - 1] <= key < a[b + ofs]
594         return ofs;
595     }
596
597     /**
598      * Merges two adjacent runs in place, in a stable fashion.  The first
599      * element of the first run must be greater than the first element of the
600      * second run (a[base1] > a[base2]), and the last element of the first run
601      * (a[base1 + len1-1]) must be greater than all elements of the second run.
602      *
603      * For performance, this method should be called only when len1 <= len2;
604      * its twin, mergeHi should be called if len1 >= len2.  (Either method
605      * may be called if len1 == len2.)
606      *
607      * @param base1 index of first element in first run to be merged
608      * @param len1  length of first run to be merged (must be > 0)
609      * @param base2 index of first element in second run to be merged
610      *        (must be aBase + aLen)
611      * @param len2  length of second run to be merged (must be > 0)
612      */
613     @SuppressWarnings("unchecked")
614     private void mergeLo(int base1, int len1, int base2, int len2) {
615         if (DEBUG) assert len1 > 0 && len2 > 0 && base1 + len1 == base2;
616
617         // Copy first run into temp array
618         Object[] a = this.a; // For performance
619         Object[] tmp = ensureCapacity(len1);
620         System.arraycopy(a, base1, tmp, 0, len1);
621
622         int cursor1 = 0;       // Indexes into tmp array
623         int cursor2 = base2;   // Indexes int a
624         int dest = base1;      // Indexes int a
625
626         // Move first element of second run and deal with degenerate
```

G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\ComparableTimSort.java

```
                cases
627             a[dest++] = a[cursor2++];
628             if (--len2 == 0) {
629                 System.arraycopy(tmp, cursor1, a, dest, len1);
630                 return;
631             }
632             if (len1 == 1) {
633                 System.arraycopy(a, cursor2, a, dest, len2);
634                 a[dest + len2] = tmp[cursor1]; // Last elt of run 1 to end of merge
635                 return;
636             }
637
638             int minGallop = this.minGallop;  // Use local variable for performance
639         outer:
640             while (true) {
641                 int count1 = 0; // Number of times in a row that first run won
642                 int count2 = 0; // Number of times in a row that second run won
643
644                 /*
645                  * Do the straightforward thing until (if ever) one run starts
646                  * winning consistently.
647                  */
648                 do {
649                     if (DEBUG) assert len1 > 1 && len2 > 0;
650                     if (((Comparable) a[cursor2]).compareTo(tmp[cursor1]) < 0) {
651                         a[dest++] = a[cursor2++];
652                         count2++;
653                         count1 = 0;
654                         if (--len2 == 0)
655                             break outer;
656                     } else {
657                         a[dest++] = tmp[cursor1++];
658                         count1++;
659                         count2 = 0;
660                         if (--len1 == 1)
661                             break outer;
662                     }
663                 } while ((count1 | count2) < minGallop);
664
665                 /*
666                  * One run is winning so consistently that galloping may be a
667                  * huge win. So try that, and continue galloping until (if ever)
668                  * neither run appears to be winning consistently anymore.
669                  */
670                 do {
671                     if (DEBUG) assert len1 > 1 && len2 > 0;
672                     count1 = gallopRight((Comparable) a[cursor2], tmp, cursor1, len1, 0);
673                     if (count1 != 0) {
674                         System.arraycopy(tmp, cursor1, a, dest, count1);
675                         dest += count1;
676                         cursor1 += count1;
```

G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java

```
677                        len1 -= count1;
678                        if (len1 <= 1)  // len1 == 1 || len1 == 0
679                            break outer;
680                    }
681                    a[dest++] = a[cursor2++];
682                    if (--len2 == 0)
683                        break outer;
684
685                    count2 = gallopLeft((Comparable) tmp[cursor1], a,
                       cursor2, len2, 0);
686                    if (count2 != 0) {
687                        System.arraycopy(a, cursor2, a, dest, count2);
688                        dest += count2;
689                        cursor2 += count2;
690                        len2 -= count2;
691                        if (len2 == 0)
692                            break outer;
693                    }
694                    a[dest++] = tmp[cursor1++];
695                    if (--len1 == 1)
696                        break outer;
697                    minGallop--;
698                } while (count1 >= MIN_GALLOP | count2 >= MIN_GALLOP);
699                if (minGallop < 0)
700                    minGallop = 0;
701                minGallop += 2;  // Penalize for leaving gallop mode
702            }  // End of "outer" loop
703            this.minGallop = minGallop < 1 ? 1 : minGallop;  // Write back
               to field
704
705            if (len1 == 1) {
706                if (DEBUG) assert len2 > 0;
707                System.arraycopy(a, cursor2, a, dest, len2);
708                a[dest + len2] = tmp[cursor1]; //  Last elt of run 1 to end
                   of merge
709            } else if (len1 == 0) {
710                throw new IllegalArgumentException(
711                    "Comparison method violates its general contract!");
712            } else {
713                if (DEBUG) assert len2 == 0;
714                if (DEBUG) assert len1 > 1;
715                System.arraycopy(tmp, cursor1, a, dest, len1);
716            }
717        }
718
719        /**
720         * Like mergeLo, except that this method should be called only if
721         * len1 >= len2; mergeLo should be called if len1 <= len2.  (Either
            method
722         * may be called if len1 == len2.)
723         *
724         * @param base1 index of first element in first run to be merged
725         * @param len1  length of first run to be merged (must be > 0)
726         * @param base2 index of first element in second run to be merged
727         *        (must be aBase + aLen)
728         * @param len2  length of second run to be merged (must be > 0)
729         */
730        @SuppressWarnings("unchecked")
731        private void mergeHi(int base1, int len1, int base2, int len2) {
732            if (DEBUG) assert len1 > 0 && len2 > 0 && base1 + len1 == base2;
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
733
734              // Copy second run into temp array
735              Object[] a = this.a; // For performance
736              Object[] tmp = ensureCapacity(len2);
737              System.arraycopy(a, base2, tmp, 0, len2);
738
739              int cursor1 = base1 + len1 - 1;  // Indexes into a
740              int cursor2 = len2 - 1;          // Indexes into tmp array
741              int dest = base2 + len2 - 1;     // Indexes into a
742
743              // Move last element of first run and deal with degenerate cases
744              a[dest--] = a[cursor1--];
745              if (--len1 == 0) {
746                  System.arraycopy(tmp, 0, a, dest - (len2 - 1), len2);
747                  return;
748              }
749              if (len2 == 1) {
750                  dest -= len1;
751                  cursor1 -= len1;
752                  System.arraycopy(a, cursor1 + 1, a, dest + 1, len1);
753                  a[dest] = tmp[cursor2];
754                  return;
755              }
756
757              int minGallop = this.minGallop;  // Use local variable for
                 performance
758          outer:
759              while (true) {
760                  int count1 = 0; // Number of times in a row that first run
                     won
761                  int count2 = 0; // Number of times in a row that second run
                     won
762
763                  /*
764                   * Do the straightforward thing until (if ever) one run
765                   * appears to win consistently.
766                   */
767                  do {
768                      if (DEBUG) assert len1 > 0 && len2 > 1;
769                      if (((Comparable) tmp[cursor2]).compareTo(a[cursor1]) <
                         0) {
770                          a[dest--] = a[cursor1--];
771                          count1++;
772                          count2 = 0;
773                          if (--len1 == 0)
774                              break outer;
775                      } else {
776                          a[dest--] = tmp[cursor2--];
777                          count2++;
778                          count1 = 0;
779                          if (--len2 == 1)
780                              break outer;
781                      }
782                  } while ((count1 | count2) < minGallop);
783
784                  /*
785                   * One run is winning so consistently that galloping may be
                     a
786                   * huge win. So try that, and continue galloping until (if
                     ever)
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
787                  * neither run appears to be winning consistently anymore.
788                  */
789                 do {
790                     if (DEBUG) assert len1 > 0 && len2 > 1;
791                     count1 = len1 - gallopRight((Comparable) tmp[cursor2],
                        a, base1, len1, len1 - 1);
792                     if (count1 != 0) {
793                         dest -= count1;
794                         cursor1 -= count1;
795                         len1 -= count1;
796                         System.arraycopy(a, cursor1 + 1, a, dest + 1,
                            count1);
797                         if (len1 == 0)
798                             break outer;
799                     }
800                     a[dest--] = tmp[cursor2--];
801                     if (--len2 == 1)
802                         break outer;
803
804                     count2 = len2 - gallopLeft((Comparable) a[cursor1], tmp,
                        0, len2, len2 - 1);
805                     if (count2 != 0) {
806                         dest -= count2;
807                         cursor2 -= count2;
808                         len2 -= count2;
809                         System.arraycopy(tmp, cursor2 + 1, a, dest + 1,
                            count2);
810                         if (len2 <= 1)
811                             break outer; // len2 == 1 || len2 == 0
812                     }
813                     a[dest--] = a[cursor1--];
814                     if (--len1 == 0)
815                         break outer;
816                     minGallop--;
817                 } while (count1 >= MIN_GALLOP | count2 >= MIN_GALLOP);
818                 if (minGallop < 0)
819                     minGallop = 0;
820                 minGallop += 2;  // Penalize for leaving gallop mode
821             } // End of "outer" loop
822             this.minGallop = minGallop < 1 ? 1 : minGallop;  // Write back
                to field
823
824             if (len2 == 1) {
825                 if (DEBUG) assert len1 > 0;
826                 dest -= len1;
827                 cursor1 -= len1;
828                 System.arraycopy(a, cursor1 + 1, a, dest + 1, len1);
829                 a[dest] = tmp[cursor2];  // Move first elt of run2 to front
                    of merge
830             } else if (len2 == 0) {
831                 throw new IllegalArgumentException(
832                     "Comparison method violates its general contract!");
833             } else {
834                 if (DEBUG) assert len1 == 0;
835                 if (DEBUG) assert len2 > 0;
836                 System.arraycopy(tmp, 0, a, dest - (len2 - 1), len2);
837             }
838         }
839
840         /**
```

```
G:\eclair21 - GOOGLE-00-00000525\dalvik\libcore\luni\src\main\java\java\util\Com
parableTimSort.java
```

```
841         * Ensures that the external array tmp has at least the specified
842         * number of elements, increasing its size if necessary.  The size
843         * increases exponentially to ensure amortized linear time
            complexity.
844         *
845         * @param minCapacity the minimum required capacity of the tmp array
846         * @return tmp, whether or not it grew
847         */
848        private Object[]  ensureCapacity(int minCapacity) {
849            if (tmp.length < minCapacity) {
850                // Compute smallest power of 2 > minCapacity
851                int newSize = minCapacity;
852                newSize |= newSize >> 1;
853                newSize |= newSize >> 2;
854                newSize |= newSize >> 4;
855                newSize |= newSize >> 8;
856                newSize |= newSize >> 16;
857                newSize++;
858
859                if (newSize < 0) // Not bloody likely!
860                    newSize = minCapacity;
861                else
862                    newSize = Math.min(newSize, a.length >>> 1);
863
864                @SuppressWarnings({"unchecked", "UnnecessaryLocalVariable"})
865                Object[] newArray = new Object[newSize];
866                tmp = newArray;
867            }
868            return tmp;
869        }
870
871        /**
872         * Checks that fromIndex and toIndex are in range, and throws an
873         * appropriate exception if they aren't.
874         *
875         * @param arrayLen the length of the array
876         * @param fromIndex the index of the first element of the range
877         * @param toIndex the index after the last element of the range
878         * @throws IllegalArgumentException if fromIndex > toIndex
879         * @throws ArrayIndexOutOfBoundsException if fromIndex < 0
880         *         or toIndex > arrayLen
881         */
882        private static void rangeCheck(int arrayLen, int fromIndex, int
           toIndex) {
883            if (fromIndex > toIndex)
884                throw new IllegalArgumentException("fromIndex(" + fromIndex
                    +
885                           ") > toIndex(" + toIndex+")");
886            if (fromIndex < 0)
887                throw new ArrayIndexOutOfBoundsException(fromIndex);
888            if (toIndex > arrayLen)
889                throw new ArrayIndexOutOfBoundsException(toIndex);
890        }
891    }
```

Trial Exhibit 45.2, Page 17 of 17