# EXHIBIT E

**Overview** **Package** Class **Use** **Tree** **Deprecated** **Index** **Help**    *Java*<sup>TM</sup> *2 Platform*
**PREV CLASS**  **NEXT CLASS**                                   **FRAMES**  **NO FRAMES**   All Classes    *Standard Ed. 5.0*
SUMMARY: NESTED | FIELD | CONSTR | METHOD          DETAIL: FIELD | CONSTR | METHOD

**java.io**
# Class FileReader

java.lang.Object
  └ java.io.Reader
      └ java.io.InputStreamReader
          └ **java.io.FileReader**

**All Implemented Interfaces:**
   Closeable, Readable

---

public class **FileReader**
extends InputStreamReader

Convenience class for reading character files. The constructors of this class assume that the default character encoding and the default byte-buffer size are appropriate. To specify these values yourself, construct an InputStreamReader on a FileInputStream.

`FileReader` is meant for reading streams of characters. For reading streams of raw bytes, consider using a `FileInputStream`.

**Since:**
   JDK1.1
**See Also:**
   InputStreamReader, FileInputStream

---

## Field Summary

| **Fields inherited from class java.io.Reader** |
|---|
| lock |

## Constructor Summary

| |
|---|
| **FileReader**(File file)<br>        Creates a new `FileReader`, given the `File` to read from. |
| **FileReader**(FileDescriptor fd)<br>        Creates a new `FileReader`, given the `FileDescriptor` to read from. |
| **FileReader**(String fileName) |

Creates a new `FileReader`, given the name of the file to read from.

## Method Summary

**Methods inherited from class java.io.InputStreamReader**

close, getEncoding, read, read, ready

**Methods inherited from class java.io.Reader**

mark, markSupported, read, read, reset, skip

**Methods inherited from class java.lang.Object**

clone, equals, finalize, getClass, hashCode, notify, notifyAll, toString, wait, wait, wait

## Constructor Detail

### FileReader

```
public FileReader(String fileName)
           throws FileNotFoundException
```

Creates a new `FileReader`, given the name of the file to read from.

**Parameters:**
   `fileName` - the name of the file to read from
**Throws:**
   `FileNotFoundException` - if the named file does not exist, is a directory rather than a regular file, or for some other reason cannot be opened for reading.

### FileReader

```
public FileReader(File file)
           throws FileNotFoundException
```

Creates a new `FileReader`, given the `File` to read from.

**Parameters:**
   `file` - the `File` to read from
**Throws:**
   `FileNotFoundException` - if the file does not exist, is a directory rather than a regular file, or for some other reason cannot be opened for reading.

## FileReader

public **FileReader**(FileDescriptor fd)

> Creates a new `FileReader`, given the `FileDescriptor` to read from.
>
> **Parameters:**
> `fd` - the FileDescriptor to read from

---

| | |
|---|---|
| **Overview** **Package** Class **Use** **Tree** **Deprecated** **Index** **Help** | *Java*<sup>TM</sup> *2 Platform* |
| **PREV CLASS**  **NEXT CLASS**           **FRAMES**  **NO FRAMES**  **All Classes** | *Standard Ed. 5.0* |
| SUMMARY: NESTED \| FIELD \| CONSTR \| METHOD           DETAIL: FIELD \| CONSTR \| METHOD | |

Submit a bug or feature
For further API reference and developer documentation, see Java 2 SDK SE Developer Documentation. That documentation contains more detailed, developer-targeted descriptions, with conceptual overviews, definitions of terms, workarounds, and working code examples.

Copyright 2004 Sun Microsystems, Inc. All rights reserved. Use is subject to license terms. Also see the documentation redistribution policy.