UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___1___

Date___4|18|12___

Time___11:24 am___

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

ARE THE API's IN QUESTION STANDARD ORACLE API's?
ARE THERE ~~SECONDRY~~ COPYRIGHTS ON THESE API's IN QUESTION?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. __C10-03561 WHA__

Case Name: __ORACLE AMERICA, INC__ v. __GOOGLE INC__

NOTE FROM THE JURY

Note No. ___2___

Date_____

Time_____

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

Seems Sun was aware Apache had fragmented Java and was offering potentially non-compatible APIs, etc that others may have downloaded for future use. What formal Communication did Sun have (ie: revoke license? have Apache stop distributing? Contact those who acquired Apache to caution about use?) If not, why not? Ipso, when?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____3_____

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

— It was testified that Apache was "shelved" — when? why?

— what are/were terms of Apache license terms

— Did Google get Apache license? If so, when? when? (2006?)

— were 37 APIs available w/ Apache license?

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___4___

Date_____

Time_____

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

How (by what means) do the lawyers for one company obtain the private information or documents, i.e., meeting reports, personal emails, etc, with which they confront witnesses of the other company?

_____
Foreperson of the Jury
or Member of the Jury

What if one of us jury people were to be hit by a truck — or something less dramatic, but equally capable of keeping us from being here? Maybe what I'm really asking is this — why aren't there any alternates for this trial?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

1)  Can you explain the difference between
    a package and an API?
         (For ex. java.nio)

For later
2)  How does copywrite process work?  What can / cannot
    be copywrited & is this predetermined when copywrite
    is granted?  Does it expire?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date  4-25-12

Time_____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

- HOW MANY API's IN QUESTION ARE ALSO AVAILABLE
  THROUGH APACHE OPEN SOURCE?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No.

Date 4/26/12

Time 1:00pm

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

Prof Astrchan
   Did he say the
Specification says what code
to write in the implementation?
If so why would there be a
thing such as proprietary
code?

—————————————
Foreperson of the Jury
or Member of the Jury

# Jury Schedule

Tues. 8-1:00        May  1
Wed   8 - 4                2
Thu   8 - 4           3
Fri    8 - 1           4


Foreperson : Greg Thompson




April 30, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____1_____

Date _5/1/2012_

Time _9:30 am_

1. The Jury has reached a unanimous verdict (     )

or

2. The Jury or Juror has the following question:

For Q1.A Infringement -OF 37 Apis in question, are we able/permitted/restricted to determine availability of these 37 via non-license-required locations (i.e: Java[sun]oracle owned sites, or Apache, or other) and free-to-use|Not-to-use)? OR Is this for the judge to decide?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _2_____

Date_ 5/1/12____

Time_ 9:35____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

On page 16 of our instructions, the sentence beginning "Similarly
if Google ....." defines elements reserved for the judge to decide.
Does this restriction on the jury prevent us, in regard to deciding if
infringement took place, from considering whether the 37 API's are
accessible from other sources (not directly from Oracle/Java 2SE)
?

_Greg Thom_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. <u>**C10-03561 WHA**</u>

Case Name: <u>**ORACLE AMERICA, INC**</u> v. <u>**GOOGLE INC**</u>

<u>NOTE FROM THE JURY</u>

Note No. _3_

Date _5/2/12_

Time _8:15_

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question: On page 13 of our instructions, the first of the 4 fair use factors includes the terms "commercial nature" and "commercial use". In the given context, does commercial use/nature include so-called downstream revenue, ie. expected advertising revenue from use by third parties ( smart phone users)? Or, is the definition of commercial use limited in this case by virtue of Android being freely distributed, in other words it is not sold directly? Can we consider ~~both direct and~~ indirect revenue from the copyrighted work?

_Greg Thompson_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___4___

Date___5|2|12___

Time___8:22___

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

WHEN CONSIDERING THE PURPOSE & CHARACTER OF THE USE OF COPYRIGHTED WORKS, FOR THE PURPOSE OF FAIR USE, CAN WE CONSIDER INDIRECT COMMERCIAL USES?

_JULIE CHIU_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____5_____

Date_____5/2/12_____

Time_____1005_____

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

Please bring equipment
to play a dvd.

Thanks

Equipment will be
brought to you by 11 AM
The Judge
10:25

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. 6

Date 5/3/12

Time 1045

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

In # 28, when referring to "average audience" what is the average audience the general public or the audience of programmers using the code?

Jennifer Michals

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. <u>**C10-03561 WHA**</u>

Case Name: <u>**ORACLE AMERICA, INC**</u>  v.  <u>**GOOGLE INC**</u>

<u>NOTE FROM THE JURY</u>

Note No. 6

Date 5/3/12

Time 1045

*Answer:*
*The average audience*
*means those who would*
*be expected to read the*
*copyrighted works.*

*The judge*
*May 3*
*11:10 AM*

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

*In # 28, when referring to*
*"average audience" which*
*is the average audience*
*the general public or*
*the audience of programmers*
*using the code?*

Jennifer Michals

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. __C10-03561 WHA__

Case Name: __ORACLE AMERICA, INC__ v. __GOOGLE INC__

NOTE FROM THE JURY

Note No. ___7___

Date___5 / 2___

Time___2:00___

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

To determine the transformative value of
the copyrighted work, can we consider
the ~~eleme~~ non-copyrighted elements (the
elements that Google added to make
the Android platform) in deciding the
"purpose & character of the use" of
the SSO of the 37 APIs?

Megan Gallo
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. __C10-03561 WHA__

Case Name: __ORACLE AMERICA, INC__ v. __GOOGLE INC__

NOTE FROM THE JURY

Note No. ___7___

Date ___5/2___

Time ___2:00___

In evaluating the transformative value, you may consider the NON-copyrighted elements but only insofar as they shed light on the actual purpose + the character of the use of the copyrighted work used in the accused work, of course. Please remember to consider all of the factors set forth in #26. The Judge 5-3-12 2:40 pm

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

To determine the transformative value of the copyrighted work, can we consider the ~~elems~~ non-copyrighted elements (the elements that Google added to make the Android platform) in deciding the "purpose & character of the use" of the SSO of the 37 APIs?

_Megan Gallo_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___8___

Date___5/2___

Time___2:20___

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

What happens if we can't reach unanimous an decision 🖋 & people are not budging?

_Megan Gallo_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC** v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____8_____

Date___5/4/12___

Time___11:45___

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

After extensive and thorough review of all evidence
and input from fellow jurors, we have reached verdicts
(unanimous) for all questions on the Special Verdict Form,
except for one.  As to this remaining question, the jury
appears to be at impasse, unable to unanimously agree on
the answer.  Please advise of next step.
( We are done for today)

_____Greg Thomp_____
Foreperson of the Jury
or Member of the Jury

# Jury Schedule

Monday 5/7    8 to 1 pm

Tuesday 5/8   8 to 4 pm
→ if needed

Greg Thay

✳ Also, please provide more "Note from Jury" forms.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _10_

Date _7 May 2012_

Time_____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

One of the Jurers has indicated
he/she has had conversations regarding
this trial (patents/copyrights) over
the weekend.

_____
Foreperson of the Jury
or Member of the Jury

Ronald Rutherford.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. __11__

Date __5/7/12__

Time __11:05__

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

*Impasse has been reached on the one issue that can not be decided.*

_Greg Thompson_
✓Foreperson of the Jury
or Member of the Jury

Please provide more
notebooks for Phase 2.

Greg Thorpe

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

Jury Schedule

today — out at 1:00

Wed 5/16       8:00 to 1:00

Thu 5/17       8:00 to 4:00

Fri 5/18       8:00 to 1:00

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. ____1____

Date____5/15____

Time____12:35____

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

Our Exhibit list seems to be for Phase 1 only.
Please provide the Phase 2 list

_Greg Thorp_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _2_

Date _5/16_

Time _Noon_

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

In paragraph 14 of ~~our instructions~~ Final Charge to Jury, we are to first decide the meaning of the patent claims. We are examining the question of what is meant by "instructions containing one or more symbolic references...". Is the interpretation of "containing" open to inclusion of a process, i.e. the symbolic reference resolution? Alternately, is "containing" more strictly defined to refer to the literal contents, e.g 52 and 01 ?

Greg Thompson

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _3_

Date_ 5/17 _

Time_ 12:25 _

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

We are attempting to determine the scope of meaning of the term
"simulating execution of the byte codes,..." in Patent 520.

Is the existence of an example of the Android code not functioning
("Punting") when formatted in a normal simulated execution setting,
permitted to be taken as evidence

that Android's array initialization diverges from the patented array

initialization?

_Greg Thomp_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _4_

Date _5/17_

Time _1:40_

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

We request that the transcript of a portion of Dr.
Mitchell's testimony be read to us. The testimony concerns the
topic of Pattern Matching vs Simulated Execution and occured
late on May 9th and again early on May 10th

_Greg May_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _45_

Date _5/17_

Time _205 pm_

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

I'm sick. ~~Unreadable~~
Can I get a sick day without
being discharged? Sorry.

_Jennifer Michals_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No.  _6_

Date  _5/18_

Time  _10:25_

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

We request to be read a portion of Dr. Parr's testimony.
from direct examination we'd like to hear the part about defining
simulated execution and ~~what~~ dextool's use of of that.

Additionally from cross-exam as to when & how simulated execution
is used and it's relation to parsing.

_Greg Thomp____

Foreperson of the Jury
or Member of the Jury

May 18, 2012

I'd like to know why the vote by the jury must be unanimous. Why wouldn't a majority one way or the other be sufficient to decide any given question?

Elisabeth Hostynek

Jury Hours

Monday  5/21          8 - 1

Greg Thmyn

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. _____

Date ___5/21___

Time ___9:10___

1.  The Jury has reached a unanimous verdict (   )

or

2.  The Jury or Juror has the following question:

Can we please have question
# 2 ~~[crossed out]~~ and the
answer to re-read?
(regarding what the instructions
can refer to in the 104
Patent)

_Megan_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC** v.  **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. _____

Date  __5/21/12__

Time  __10:10 AM__

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

*in the instructions*

Can a determined numeric reference become a symbolic reference because of what happens downstream?

__Julie Chiu__
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. __C10-03561 WHA__

Case Name: __ORACLE AMERICA, INC__ v. __GOOGLE INC__

NOTE FROM THE JURY

Note No. _____

Date__5/21__

Time__10:15__

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

Regarding the symbolic reference issue in the 104 claims,
we have this question.
Does the resolution of symbolic references need to happen immediately
ie. at the field ID table position in the demonstration?
Or can the instruction ~~be a~~ be considered contain a symbolic reference by virtue
of linking of numeric references that occur first followed by
resolution, such as the set-up in the demo with string ID table,
string data + class columns?

Greg Thompson
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date  5/21/12

Time  10:32 AM

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

For the purposes of determining claim language of the 520 patent, is "stack" synonimous with "memory"? If so, is the definition of "memory" confined to stack?

Julie Chiu
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC** v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date___ 5 / 2 1 ___

Time___ 1 2 : 4 5 ___

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

If all other claim limitations are met,
is it true that the DVM would be
infringing the 104 patent via any Resolution
of a symbolic reference anywhere in
the data fields (as depicted in the
demonstrative)

_____
Foreperson of the Jury
or Member of the Jury

Jury Schedule — today leaving
now, 1:15

| Tuesday 5/22 | 8 – 1 |
| Wednesday 5/23 | 8 – 1 |

Greg Thomp

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. __C10-03561 WHA__

Case Name: __ORACLE AMERICA, INC__ v. __GOOGLE INC__

NOTE FROM THE JURY

Note No. _____

Date __5/22__

Time __8:57AM__

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:  ~~the~~ claims

For the purpose of patent 104, do ~~es~~ ~~the~~ cover ~~a~~ symbolic
resolution, in the data fields?
                    ^anywhere

__Julie Chiu__
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date ___S / 22___

Time ___10:35___

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

In the symbolic reference definition, if
we find a reference that identifies
data by a numeric memory location
of the data, does the existence of an
initial numeric reference preclude the
existence of a symbolic reference?

_____Greg_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date __5/23__

Time __9:30__

1.  The Jury has reached a unanimous verdict (   )

or

2.  The Jury or Juror has the following question:

Understanding that the 520 issue concerns patent protection for an array initialization feature, we have a question on the legal interpretation of the words "simulating execution of the code" as found in the claim language.

Does that wording refer to looking at the actual static initialization of the array, for purposes of determining the existence or non-existence of simulated execution?

_Greg Thoyy_

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

## NOTE FROM THE JURY

Note No. _____

Date ___5/23/12___

Time ___10:45___

1.  The Jury has reached a unanimous verdict ( ⨯ )

or

2.  The Jury or Juror has the following question:

_Greg Thompson_
Foreperson of the Jury
or Member of the Jury