UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. ____1____

Date___4|18|12___

Time___11:24 am___

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

ARE THE API's IN QUESTION STANDARD ORACLE API's ?
ARE THERE ~~SEPARATE~~ COPYRIGHTS ON THESE API's IN QUESTION?

_____
Foreperson of the Jury
or Member of the Jury

1193

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___2___

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

Seems Sun was aware Apache had fragmented. Java and was offering potentially non-compatible APIs, etc that Others may have downloaded for future use. What formal Communication did Sun here (ie revoke license? have Apache Stop distributing? Contact those who aquired Apache to Caution about use?) IF NOT, why NOT? IFSO, when?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. ____3____

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (     )

or

2)  The Jury or Juror has the following question:

_   It was testified that Apache was "shelved" — when? why?

_  What are/were terms of Apache license terms

—  Did Google get Apache license? If so, when? when? (2006?.)

— were 37 Apis available w/ Apache license?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____4_____

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

How (by what means) do the lawyers for one company obtain the private information or documents, i.e., meeting reports, personal emails, etc, with which they confront witnesses of the other company?

_____
Foreperson of the Jury
or Member of the Jury

What if one of us jury people were to be hit by a truck — or something less dramatic, but equally capable of keeping us from being here? Maybe what I'm really asking is this — why aren't there any alternates at this trial?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. _____

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

1) Can you explain the difference between a package and an API?
(For ex. java.nio)

For Later
2) How does copywrite process work? What can/cannot be copywrited & is this predetermined when copywrite is granted? Does it expire?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date __4-25-12__

Time_____

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

- HOW MANY API's IN QUESTION ARE ALSO AVAILABLE
  THROUGH APACHE OPEN SOURCE?

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date 4/26/12

Time 1:00pm

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

Prof Astrchan

Did he say the Specification says what code to write in the implementation? If so why would there be a thing such as proprietary code?

_____
Foreperson of the Jury
or Member of the Jury

# Jury Schedule

| | |
|---|---|
| Tues. 8-1:00 | May 1 |
| Wed 8 - 4 | 2 |
| Thu 8 - 4 | 3 |
| Fri 8 - 1 | 4 |

Foreperson : Greg Thompson

April 30, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. ____1____

Date __5/1/2012__

Time __9:30 am__

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

FOR Q&A  Infringement
  - OF 37 Apis in question, are we able/permitted/restricted
to determine availability of these 37 via non-license-required
locations (ie: Java(sun)oracle owned sites, or Apache, or other) and
free-to-use|Not-to-use)?  or Is this for the Judge to decide?

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___2_____

Date___5/1/12_____

Time___9:35_____


1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

On page 16 of our instructions, the sentence beginning "Similerly
if Google ....." defines elements reserved for the judge to decide.
Does this restriction on the jury prevent us, in regard to deciding if
infringement took place, from considering whether the 37 API's are
accessible from other sources (not directly from Oracle/Java 2SE)
?


Greg Thor

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _3_

Date_ 5/2/12_

Time_ 8:15_

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:  On page 13 of our instructions, the first of the 4 fair use factors includes the terms "commercial nature" and "commercial use". In the given context, does commercial use/nature include so-called downstream revenue, ie. expected advertising revenue from use by third parties ( smart phone users) ? Or, is the definition of commercial use limited in this case by virtue of Android being freely distributed, in other words it is not sold directly? Can we consider ~~both direct and~~ indirect revenue from the copyrighted work?

Greg Thomas

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___4___

Date___5|2|12___

Time___8:22___

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

WHEN CONSIDERING THE PURPOSE & CHARACTER OF THE USE OF COPYRIGHTED
WORKS, FOR THE PURPOSE OF FAIR USE, CAN WE CONSIDER INDIRECT
COMMERCIAL USES?

JULIE CHIU
_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

## NOTE FROM THE JURY

Note No. _____5_____

Date_____5/2/12_____

Time_____1005_____

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

Please bring equipment to play a dvd.

Thanks

Equipment will be brought to you by 11 AM

The judge

10:25

J Michals
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

## NOTE FROM THE JURY

Note No. __6__

Date __5/3/12__

Time __1045__

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

In # 28, when referring to "average audience" ~~whoch~~ is the average audience the general public or the audience of programmers using the code?

Jennifer Michals
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. 6

Date 5/3/12

Time 1045

*Answer: The average audience mean. Those who would be expected to read the copyrighted works.*

*The Judge*
*May 3*
*11:10 AM*

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

In #28, when referring to "average audience" whout

is the average audience the general public or the audience of programmers using the code?

Jennifer Nichols
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. _____7_____

Date _____5/2_____

Time _____2:00_____

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

To determine the transformative value of
the copyrighted work, can we consider
the ~~elems~~ non-copyrighted elements (the
elements that Google added to make
the Android platform) in deciding the
"purpose & character of the use" of
the SSO of the 37 APIs?

_Megan Gallo_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. <u>C10-03561 WHA</u>

Case Name: <u>ORACLE AMERICA, INC</u> v. <u>GOOGLE INC</u>

<u>NOTE FROM THE JURY</u>

Note No. _____7_____

Date _____5/2_____

Time _____2:00_____

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

In evaluating the transformative value,
you may consider the non-copyrighted
elements but only insofar as they shed
light on the actual purpose & the
character of the use & the part of the
copyrighted work used in the
accused work, of course, all
please remember to consider
of the factors set forth
in #26   The Judge
   6-3-12
   2 pm

To determine the transformative value of
the copyrighted work, can we consider
the ~~elems~~ non-copyrighted elements (the
elements that Google added to make
the Android platform) in deciding the
"purpose & character of the use" of
the SSO of the 37 APIs?

_Megan Gallo_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. __8__

Date __5/2__

Time __2:20__

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

What happens if we can't reach unanimous a decision ~~and~~ & people are not budging?

Megan Galco
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. _____8_____

Date____5/4/12____

Time____11:45____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

After extensive and thorough review of all evidence
and input from fellow jurors, we have reached verdicts
(unanimous) for all questions of the Special Verdict Form,
except for one.  As to this remaining question, the jury
appears to be at impasse, unable to unanimously agree on
the answer.  Please advise of next step.
(We are done for today)

_Greg Thomp___

Foreperson of the Jury
or Member of the Jury

# Jury Schedule

Monday 5/7      8 to 1 pm

Tuesday 5/8     8 to 4 pm
→ if needed

Greg Thompson

✳ Also, please provide more "Note from
        Jury" forms.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

## NOTE FROM THE JURY

Note No. _10_

Date _7 May 2012_

Time_____

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:

One of the Jurers has indicated
he/she has had conversations regarding
this trial (patents/copyrights) over
the weekend.

_____
Foreperson of the Jury
or Member of the Jury

Ronald Rutherford.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No.  11

Date  5 / 7 / 12

Time  11 : 05

1.  The Jury has reached a unanimous verdict (      )

or

2.  The Jury or Juror has the following question:

Impasse has been reached on the one issue
that can not be decided.

Greg Thompson
✓Foreperson of the Jury
or Member of the Jury

Please provide more notebooks for Phase 2.

Greg Thorpe

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date_____

Time_____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

Jury Schedule

today — out at 1:00
Wed 5/16        8:00 to 1:00
Thu 5/17        8:00 to 4:00
Fri 5/18        8:00 to 1:00

_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

## NOTE FROM THE JURY

Note No. ____1____

Date____5/15____

Time__12:35____

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

Our Exhibit list seems to be for Phase 1 only.

Please provide the Phase 2 list

_Greg Thoy_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___2___

Date___5/16___

Time___Noon___

1. The Jury has reached a unanimous verdict (   )

or

2. The Jury or Juror has the following question:

In paragraph 14 of ~~our instructions~~ Final Charge to Jury, we are to first decide the meaning of the patent claims. We are examining the question of what is meant by " instructions containing one or more symbolic references...". Is the interpretation of "Containing" open to inclusion of a process, ie. the symbolic reference resolution? Alternately, is "Containing" more strictly defined to refer to the literal contents, e.g 52 and 01 ?

_Greg Thorpe_

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _3_

Date _5/17_

Time _12:25_

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

We are attempting to determine the scope of meaning of the term
"simulating execution of the byte codes...." in Patent 520.

Is the existence of an example of the Android code not functioning
when formatted in a normal simulated execution setting,
("Punting") permitted to be taken as evidence
that Android's array initialization diverges from the patented array
initialization?

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. _4_

Date _5/17_

Time _1:40_

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

We request that the transcript of a portion of Dr.
Mitchell's testimony be read to us. The testimony concerns the
topic of Pattern Matching vs Simulated Execution and occured
late on May 9th and again early on May 10th

_Greg Thay_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

<u>NOTE FROM THE JURY</u>

Note No. _45_

Date_5 | 17_

Time_205 pm_

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

I'm sick. ~~Unanswer~~

Can I get a sick day without being discharged? Sorry.

Jennifer Michals

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC** v. **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___6___

Date___5/18___

Time___10:25___

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

We request to be read a portion of Dr. Parr's testimony.
From direct examination we'd like to hear the part about defining
simulat~~ion~~ed execution and ~~that~~ dextool's use of of that.
Additionally from cross-exam as to when & how simulated execution
is used and it's relation to parsing.

_____
Foreperson of the Jury
or Member of the Jury

1

May 18, 2012

I'd like to know why the vote
by the jury must be unanimous.
Why wouldn't a majority-one way
or the other- be sufficient? to ~~come~~
~~conclude~~ decide any given question?

Elisabeth
Hostjnek

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date_____

Time_____


1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:


_____
Foreperson of the Jury
or Member of the Jury

Jury Hours

Monday 5/21          8 - 1

Greg Thayer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

**NOTE FROM THE JURY**

Note No. _____

Date _5/21_

Time _9:10_

1.  The Jury has reached a unanimous verdict (      )

or

2.  The Jury or Juror has the following question:

Can we please have question
# 2 ~~xxxxxxxxx~~ and the
answer to re-read?
(regarding what the instructions
can refer to in the 104
Patent)

Megan
_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date  5/21/12

Time  10:10 AM

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

in the instructions

Can a determined numeric reference become a symbolic reference because of what happens downstream?

Julie Chiu
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. ___?___

Date___5/21___

Time___10:15___

1. The Jury has reached a unanimous verdict (    )

or

2. The Jury or Juror has the following question:

Regarding the symbolic reference issue in the 104 claims,
we have this question.
Does the resolution of symbolic references need to happen immediately
ie. at the field ID table position in the demonstration?
      be considered contain
Or can the instruction to be a symbolic reference by virtue
of linking of numeric references that occur first followed by
resolution, such as the set-up in the demo with string ID table,
string data & class columns?

_Greg Thomy_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name:  **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date  5/21/12

Time  10:32 AM

1.  The Jury has reached a unanimous verdict (      )

or

2.  The Jury or Juror has the following question:

For the purposes of determining claim language of the 520 patent, is "stack" synonimous with "memory"? If so, is the definition of "memory" confined to stack?

Julie Chiu

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

## NOTE FROM THE JURY

Note No. _____

Date  5 / 2 )

Time  1 2 : 45

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

If all other claim limitations are met,
is it true that the DVM would be
Infringing the 104 patent via any Resolution
of a symbolic reference anywhere in
the data fields (as depicted in the
demonstrative)

_____
Megan
Foreperson of the Jury
or Member of the Jury

Jury Schedule — today leaving
now, 1:15

Tuesday 5/22          8 – 1
Wednesday 5/23       8 – 1

Greg Thoms

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date  5/22

Time  8:57 AM

1.  The Jury has reached a unanimous verdict (     )

or

2.  The Jury or Juror has the following question:   the claims

For the purpose of patent 104, do ~~they~~ cover ~~the~~ a symbolic
resolution anywhere in the data fields?

_Julie Chiu_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date  5 / 22

Time  10:35

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

In the symbolic reference definition, if
we find a reference that identifies
data by a numeric memory location
of the data, does the existence of an
initial numeric reference preclude the
existence of a symbolic reference?

_____Greg_____
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date____5/23____

Time___9:30___

1.  The Jury has reached a unanimous verdict (    )

or

2.  The Jury or Juror has the following question:

Understanding that the 520 issue concerns patent protection for an array initialization feature, we have a question on the legal interpretation of the words "simulating execution of the code" as found in the claim language.

Does that wording refer to looking at the actual static initialization of the array, for purposes of determining the existence or non-existence of simulated execution?

_Greg Thompson_
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No.  **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC**  v.  **GOOGLE INC**

NOTE FROM THE JURY

Note No. _____

Date_____5/23/12_____

Time____10:45____

1.  The Jury has reached a unanimous verdict ( X )

or

2.  The Jury or Juror has the following question:

Foreperson of the Jury
or Member of the Jury

**Trial Documents**
3:10-cv-03561-WHA Oracle
America, Inc. v. Google Inc.
ADRMOP,AO279,E-
Filing,PRVADR,REFDIS,REFSET
-PSG

### U.S. District Court

### California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 5/23/2012 at 1:36 PM and filed on 5/23/2012
**Case Name:**   Oracle America, Inc. v. Google Inc.
**Case Number:**   3:10-cv-03561-WHA
**Filer:**
**Document Number:** 1193

**Docket Text:**
**Jury Notes - Phase I and Phase II (4/18/12 - 5/23/12) (dt, COURT STAFF) (Filed on 5/23/2012)**

**3:10-cv-03561-WHA Notice has been electronically mailed to:**

Alanna Rutherford   arutherford@bsfllp.com

Beko Osiris Ra Reblitz-Richardson   brichardson@bsfllp.com

Benjamin Andrew Petersen   bpetersen@mofo.com, bgomez@mofo.com

Brian Christopher Banner   bbanner@kslaw.com

Bruce W. Baber   bbaber@kslaw.com, rennyhwang@google.com

Cheryl A. Sabnis   csabnis@kslaw.com, ksparker@kslaw.com, rmiller@kslaw.com

Christa M. Anderson   canderson@kvn.com, chernandez@kvn.com, efiling@kvn.com, gpadilla@kvn.com, jshih@kvn.com, rdarling@kvn.com, rmagat@kvn.com, scole@kvn.com, vfujisawa@kvn.com

Christopher C. Carnaval   ccarnaval@kslaw.com, CSplaine@kslaw.com, KBell@kslaw.com, KDonovan@kslaw.com

Dana K Powers   powersdk@gtlaw.com

Daniel Edward Purcell   dpurcell@kvn.com, dzimmer@kvn.com, efiling@kvn.com, jwinars@kvn.com

Daniel Pierre Muino   dmuino@mofo.com, andrew.temkin@oracle.com, christinachen@mofo.com, lisaflores@mofo.com, mekas@mofo.com, npan@mofo.com, psvilik@mofo.com

David Boies   dboies@bsfllp.com

Deborah Kay Miller   deborah.miller@oracle.com

Donald Frederick Zimmer , Jr   fzimmer@kslaw.com, balee@kslaw.com

Dorian Estelle Daley   dorian.daley@oracle.com

Eugene Morris Paige   EMP@kvn.com, ccrane@kvn.com, dfox@kvn.com, efiling@kvn.com

Geoffrey M. Ezgar   gezgar@kslaw.com

Heather Janine Meeker   meekerh@gtlaw.com

Ian Ballon   ballon@gtlaw.com, kolbers@gtlaw.com

Jennifer Brenda Bonneville    jbonneville@steptoe.com

John L. Cooper    jcooper@fbm.com, brestivo@fbm.com, calendar@fbm.com

Joseph Richard Wetzel    wetzelj@gtlaw.com, mckinneyc@gtlaw.com, SFOLitDock@gtlaw.com

Kenneth Alexander Kuwayti    KKuwayti@mofo.com, BGomez@mofo.com, Sszpajda@mofo.com

Luis Villa , IV    villalu@gtlaw.com

Marc David Peters    mdpeters@mofo.com, lsova@mofo.com, msmoot@mofo.com

Mark Edward Ungerman    mungerman@mofo.com

Mark H. Francis    mfrancis@kslaw.com

Matthew M. Sarboraria    matthew.sarboraria@oracle.com

Matthias Andreas Kamber    mxk@kvn.com, efiling@kvn.com, plemos@kvn.com, rmullen@kvn.com

Meredith Richardson Dearborn    mdearborn@bsfllp.com, irivera@bsfllp.com

Michael A. Jacobs    mjacobs@mofo.com, andrew.temkin@oracle.com, cknisely@mofo.com, matthew.sarboraria@oracle.com

Michael S Kwun    mkwun@kvn.com, rcirelli@kvn.com

Reid Patrick Mullen    rmullen@kvn.com, dzimmer@kvn.com, efiling@kvn.com, pal@kvn.com

Renny F Hwang    rennyhwang@google.com

Robert Addy Van Nest    rvannest@kvn.com, efiling@kvn.com, llind@kvn.com, scole@kvn.com

Robert F. Perry    rperry@kslaw.com, csplaine@kslaw.com

Roman A Swoopes    rswoopes@mofo.com

Ruchika Agrawal    RAgrawal@mofo.com, fsagapolu@mofo.com

Rudolph Kim    rudykim@mofo.com, llontayao@mofo.com

Scott T. Weingaertner    sweingaertner@kslaw.com, jschmidt@kslaw.com

Steven Christopher Holtzman    sholtzman@bsfllp.com, cduong@bsfllp.com, dnasca@bsfllp.com, irivera@bsfllp.com, jchavez@bsfllp.com, jlipton@bsfllp.com, sbuack@bsfllp.com, sjones@bsfllp.com, sphan@bsfllp.com

Steven T Snyder    ssnyder@kslaw.com

Truman Haymaker Fenton    tfenton@kslaw.com

Valerie Wing Ho    hov@gtlaw.com, lalitdock@gtlaw.com, secondom@gtlaw.com, solorzanom@gtlaw.com

Wendy Michelle Mantell    mantellw@gtlaw.com, rincona@gtlaw.com

William Fred Norton , Jr    fnorton@bsfllp.com, irivera@bsfllp.com

Yuka Teraguchi    YTeraguchi@mofo.com

**3:10-cv-03561-WHA Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:CMECF.widgit.ProcessingWindowDestroy() STRONG>Main Document**

**Original filename:O:\ScanCanon19\20120523132623.pdf**
**Electronic document Stamp:**
**[STAMP CANDStamp_ID=977336130 [Date=5/23/2012] [FileNumber=8615817-0]**

[6f76a65d50b36eb2e2dcde4abb46f4d4f1481d3807d18cc73c713a9e2e09a525e4501
8b8197eed95e5b49e8708a4c707c3e176981b11d5676b7a5fb3a22637ad]]