| | |
|---|---|
| MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Ph: (650) 813-5600 / Fax: (650) 494-0792<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com<br>333 Main Street, Armonk, NY 10504<br>Ph: (914) 749-8200 / Fax: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Ph: (510) 874-1000 / Fax: (510) 874-1460<br><br>ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA<br>(Bar No. 211600)<br>matthew.sarboraria@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Ph: (650) 506-5200 / Fax: (650) 506-7114<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com<br>633 Battery Street, San Francisco, CA 94111<br>Ph: (415) 391-5400 / Fax: (415) 397-7188<br><br>KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas,<br>New York, NY 10036<br>Ph: (212) 556-2100 / Fax: (212) 556-2222<br>DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com<br>101 Second Street – Ste. 2300<br>San Francisco, CA 94105<br>Ph: (415) 318-1200 / Fax: (415) 318-1300<br><br>GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819)<br>ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148)<br>meekerh@gtlaw.com<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Ph: (650) 328-8500 / Fax: (650) 328-8508<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>              Plaintiff,<br><br>       v.<br><br>GOOGLE INC.<br><br>              Defendant. | Case No. CV 10-03561 WHA<br><br>**JOINT LIST OF ADMITTED TRIAL EXHIBITS – PHASE 1**<br><br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

JOINT LIST OF ADMITTED TRIAL EXHIBITS
CASE NO. CV 10-03561 WHA
pa-1528657

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 0001 | 7/26/2005 | Android GPS Key Strategic Decisions Around Open Source |
| 0002 | 7/26/2005 | Email from Andy Rubin to wmc@google.com et al. re FWD: GPS Notes (Android) 07.26.05 |
| 0003 | 7/29/2005 | Email from Andy Rubin to Tim Lindholm re Review, including notes on CLDC licensing discussions with Sun |
| 0006 | 9/6/2005 | Email from Andy Rubin to emg@google.com, including Android GPS presentation |
| 0007 | 10/11/2005 | Email from Tracey Cole to Andy Rubin, including email from Andy Rubin to Larry Page re Sun meeting |
| 0009 | 10/13/2005 | Email from Tim Lindholm to Andy Rubin and Rich Miner re One last thought on Sun |
| 0010 | 8/6/2010 | Email from Tim Lindholm to Andy Rubin et al. re Context for discussion: what we're really trying to do |
| 0011 | 3/7/2006 | Email from Rich Miner to Steve Horowitz re Sun doc |
| 0012 | 12/20/2005 | Email from Tim Lindholm to Andy Rubin re JCP Click-Through Licenses? |
| 0013 | 1/3/2006 | Email from Brian Swetland to Mathias Agopian re new java world |
| 0014 | 1/13/2006 | Email from Andy Rubin to Sergey Brin, copying Larry Page re Sun Microsystems |
| 0015 | 2/5/2006 | Email from Andy Rubin to Rich Miner re EMG Deal Review Agenda and Slides - Feb. 6, 2006 |
| 0016 | 2/9/2006 | Email from Vineet Gupta to Jonathan Schwartz |
| 0017 | 2/10/2006 | Email from Bill Coughran to Tim Lindholm re Travel for Android requested |
| 0018 | 3/24/2006 | Email from Greg Stein to Andy Rubin re the open J2ME project |
| 0021 | 4/13/2006 | Email from Andy Rubin to Dan Bornstein re What are we doing? |
| 0022 | 4/21/2006 | Email from Karen Tsay to deal_review@google.com re EMG Deal Review - April 24, 2005 |
| 0023 | 8/16/2006 | Email from Brian Swetland to Andy McFadden et al. re feedback welcome |
| 0025 | | The Java Virtual Machine Specification First Edition (Addison-Wesley 1997) |
| 0026 | 11/7/2007 | Email from Dan Bornstein to cjd@google.com re a medium-size code review (38578-p9) Scrub out a few more "j"s |
| 0029 | 3/24/2008 | Email from Andy Rubin to Dick Wall re [android-comms] Android presence at JavaOne |
| 0030 | 3/28/2007 | Noser Engineering AG Statement of Work |
| 0034 | 1/28/2008 | Email from Richard Miner to Leonidas Kontothanassis re presentation at BU |
| 0036 | | DVD containing Android CTS 1.6 |
| 0037 | | DVD containing Android CTS 2.1 |
| 0038 | | DVD containing Android CTS 2.2 |
| 0039 | | DVD containing Android CTS 2.3 |
| 0040 | | DVD containing Android SDK for Linux |
| 0041 | | DVD containing Android SDK for Mac |
| 0042 | | DVD containing Android SDK for Windows |
| 0043 | | Cupcake source code DVD |
| 0043.1 | | Android Platform Diagram (frameworks/base/docs/html/images/system-architecture.jpg) |
| 0044 | | Donut source code DVD |
| 0045 | | Eclair source code DVD |
| 0045.1 | | Éclair: \dalvik\libcore\luni\src\main\java\java\util\TimSort.java |
| 0045.2 | | Éclair: \dalvik\libcore\luni\src\main\java\java\util\ComparableTimSort.java |
| 0045.3 | | Éclair: \dalvik\libcore\security\src\main\java\java\security\ProtectionDomain.java |
| 0046 | | Froyo source code DVD |
| 0046.20 | | Froyo: \dalvik\libcore\security\src\main\java\java\security\ProtectionDomain.java |
| 0046.21 | | Froyo: \dalvik\libcore\nio\src\main\java\java\nio\Buffer.java |

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 0046.22 | | Froyo: \dalvik\libcore\nio\src\main\java\java\nio\IntBuffer.java |
| 0046.23 | | Froyo: \dalvik\libcore\crypto\src\main\java\javax\crypto\CipherInputStream.java |
| 0046.24 | | Froyo: \dalvik\libcore\luni\src\main\java\java\net\URLClassLoader.java |
| 0046.25 | | Froyo: \dalvik\libcore\luni\src\main\java\java\util\StringTokenizer.java |
| 0046.26 | | Froyo: \dalvik\libcore\security\src\main\java\java\security\cert\CertStore.java |
| 0046.27 | | Froyo: \dalvik\libcore\luni\src\main\java\java\util\TimSort.java |
| 0046.28 | | Froyo: \dalvik\libcore\luni\src\main\java\java\util\ComparableTimSort.java |
| 0047 | | Gingerbread source code DVD |
| 0047.101 | | Gingerbread: libcore\luni\src\main\java\java\lang\Math.java |
| 0051 | | Package Index for Android APIs |
| 0053 | | Open Source Contributors to Dalvik |
| 0054 | | Dalvik, Core Library OKRs from Q3 2009 to Q2 2010 |
| 0065 | | Dalvik, Core Library OKRs from Q3 2009 to Q4 2010 |
| 0070 | 4/4/2008 | CTS Statement of Work from Noser Engineering |
| 0074 | 1/29/2008 | Code Integration Statement of Work to Google from Noser Engineering AG |
| 0104 | | Google Buganizer Issue 1168987 Remove j-word from everywhere |
| 0125 | 10/26/2005 | Email from Tim Lindholm to Andy Rubin re Anything useful in yesterday's Sun meeting? -eom. |
| 0131 | 11/9/2005 | Email from Tim Lindholm to Andy Rubin re Another thought on Sun motivation |
| 0140 | 2/10/2006 | Email from Bill Coughran to Tim Lindholm and Andy Rubin re Travel for Android requested, Sun license |
| 0147 | 7/24/2006 | Email from Urs Hoelzie to Andy Rubin re Skelmir |
| 0149 | 5/31/2006 | Email from Brian Swetland to Andy Rubin and Dan Bornstein re interesting |
| 0151 | 1/17/2007 | Email from Steve Horowitz to Andy Rubin re GPS Notes, including Android GPS |
| 0154 | 11/12/2006 | Email from Jason Harinstein to Andy Rubin re Java News from Sun |
| 0157 | 6/12/2006 | Email from Dan Bornstein to Android Engineering re String split |
| 0158 | 9/28/2006 | Email from Andyt@google.com to tangjianfeng@chinamobile.com re Materials on Google Open handset OS, including Android Open Handset Platform |
| 0161 | 6/21/2006 | Email from Jason Harington to Andy Rubin re Project Guava Update |
| 0165 | 11/18/2007 | Email from Richard Miner to Anthony House et al. re Fwd: Future of Mobile |
| 0172 | 5/7/2009 | Email from Andy Rubin to Dan Bornstein re HTML5 + aligning java @ google |
| 0180 | 11/14/2007 | Email from Erin Fors to Michael Kirkland, Barry Schnitt and Andy Rubin re New question on Android Java |
| 0183 | 10/26/2008 | Email from Eric Schmidt to Andy Rubin re Do you have time for a call? |
| 0203 | 9/29/2008 | Email from Andy Rubin to jtebbitt@google.com re Fwd: Sun slides for OC deal review o 9/29/08, including presentation on Deal Review Sun Microsystems Toolbar Distribution Renewal |
| 0205 | 2/8/2006 | Email from Scott McNealy to Eric Schmidt re Potential Sun Google partnership in the Mobile Java and OS Space |
| 0207 | 5/11/2007 | Email from Eric Schmidt to Andy Rubin re java phone |
| 0212 | 1/30/2006 | Email from Tim Lindholm to Andy Rubin re Sun meeting |
| 0213 | 4/5/2006 | Email from Tim Lindholm to Andy Rubin re Comments on collab/ license agreement |
| 0214 | 5/14/2006 | Email from Eric Schmidt to Andy Rubin re sun deal |
| 0215 | 6/1/2006 | Email from Chris Desalvo to Andy Rubin re Java class libraries |
| 0216 | 1/15/2007 | Email from Eric Schmidt to Andy Rubin et al. re Android GPS |
| 0217 | 11/21/2007 | Email from Dave Burke to Andy Rubin re Future of Mobile conference |
| 0221 | 8/18/2010 | Email from Andy Rubin to Louis Perrochon re On the good stuff (Android and iPhones) |

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 0222 | 7/25/2005 | Email from Tim Lindholm to Andy Rubin re Tuesday GPS |
| 0223 | 7/17/2007 | Email from Larry Page to Andy Rubin re [android-team] GPS |
| 0230 | 8/11/2007 | Email from Andy Rubin to Bob Lee re [jc-user] New OpenJDK Community Technology Compatibility Kit License (TCK) |
| 0233 | 8/5/2009 | Email from Dan Bornstein to Jesse Wilson re How aggressive do we scrub the J word? |
| 0234 | 4/6/2009 | Email from mondrian@google.com to Bob Lee re a small code review: 143557-p9 Expose the flush functionality in deflater |
| 0238 | 1/22/2008 | Email from Eric Chu to Joerg Pleumann re Android article |
| 0245 | 5/23/2008 | Email from Dan Morrill to Justin Mattson re [android-advocates] Re: [android-advocates-team] CNET, "Google carves an Android path through open-source world" |
| 0251 | 6/25/2007 | Email from Dan Morrill to Dan Bornstein re Android JRE Coverage |
| 0270 | 6/17/2010 | Email from Dan Bornstein to titzer@google.com re Dalvik IP issues |
| 0272 | 12/11/2006 | Email from hr-help@google.com to Dan Bornstein re Googlee Perf Confirmation |
| 0273 | 11/14/2007 | Email from Andy Rubin to Dan Bornstein re ASF joining OHA? |
| 0278 | 4/6/2007 | Android Project Software Functional Requirements Document for Release 1.0 Version 0.99 - April 6, 2007 |
| 0281 | 1/7/2009 | Email from Bob Lee to Hiroshi Lockheimer re Nosers in 2009 |
| 0298 | 1/3/2006 | Email from Brian Swetland to Mathias Agopian re new java world |
| 0314 | 8/5/2005 | Email from Robert Griesemer to Brian Swetland re Java VM for Android |
| 0317 | 7/15/2005 | Email from Andy Rubin to Tim Lindholm re Let's meet! |
| 0318 | 7/15/2005 | Email from Tim Lindholm re Android notes |
| 0321 | 8/9/2005 | Email from Andy Rubin to Tim Lindholm re Project advisors |
| 0325 | 12/12/2005 | Email from Tim Lindholm to weekly@google.com re weekly |
| 0326 | 2/20/2009 | Email from Bob Lee to Tim Lindholm re Open Source Java |
| 0330 | 11/13/2006 | Email from Tim Lindholm to Matt Frantz re Fwd: Java is free :-) |
| 0359 | 8/11/2009 | Chat log between Dan Bornstein and Jesse Wilson |
| 0382 | 11/16/2007 | Email from Andy Rubin to Eric Chu re Google folks being quoted |
| 0383 | 11/6/2007 | Email from Richard Miner to Dave Burke re Q&A |
| 0384 | 10/22/2008 | Email from Richard Miner to Patrick Brady re here u go, including presentation on Android An Open mobile platform |
| 0387 | 11/9/2006 | Email from Richard Miner to David Thevenon re pres, including presentation on The Google Phone |
| 0389 | 8/1/2006 | Email from Richard Miner to Andy Rubin re JVM |
| 0401 | 11/7/2006 | Email from Nick Sears to emg@google.com et al. re Mobile Strategy Meeting Notes |
| 0405 | 5/30/2008 | Email from Eric Schmidt to Bob Lee re It was great chatting wth you yesterday |
| 0406 | 1/29/2009 | Email from Eric Schmidt to Brett Slatkin re How about we buy Java from Sun? |
| 0416 | 9/6/2006 | Email from Steve Horowitz to Richard Miner re todo list |
| 0431 | 10/12/2010 | Email from Cathay Bi to Alan Eagle re BOD question |
| 0433 | 7/17/2007 | Android GPS - Meeting notes |
| 0435 | 4/27/2006 | Email from Jonathan Schwartz to Eric Schmidt re (SPAM: 6.58) Java/Linux Mobile Platform |
| 0438 | 4/19/2007 | Email from Andy Rubin to Alan Eustace re Noser agreement |
| 0450 | 12/24/1997 | Certificate of Registration, Java Development Kit Version 1.0 alpha 2, TX0004576685 |
| 0451 | 5/7/1998 | Certificate of Registration, Java Development Kit Version 1.1.3, TX0004648509 |
| 0452 | 8/3/2000 | Certificate of Registration, Java 2 Standard Edition Version 1.3 (Microsoft Windows Edition), TX0005271787 |
| 0453 | 12/14/2000 | Certificate of Registration, Java 2 Standard Edition Version 1.3 (Solaris for SPARC Edition), TX0005316758 |

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 0454 | 12/14/2000 | Certificate of Registration, Java 2 Standard Edition Version 1.3 (Linux Edition), TX0005392885 |
| 0455 | 12/14/2000 | Certificate of Registration, Java 2 Standard Edition Version 1.3 (Solaris for Intel/x86 Edition), TX0005316757 |
| 0460 | 3/20/2001 | Certificate of Registration, Java 2 Standard Edition Version 1.2 (Solaris for Intel/x86 Edition), TX0005359984 |
| 0461 | 3/20/2001 | Certificate of Registration, Java 2 Standard Edition Version 1.2 (Linux Edition), TX0005359985 |
| 0462 | 3/20/2001 | Certificate of Registration, Java 2 Standard Edition Version 1.2 (Solaris for SPARC Edition), TX0005359986 |
| 0463 | 3/20/2001 | Certificate of Registration, Java 2 Standard Edition Version 1.2 (Microsoft Windows Edition), TX0005359987 |
| 0464 | 4/20/2005 | Certificate of Registration, Java 2 Standard Edition 1.4, TX0006196514 |
| 0465 | 8/1/2000 | Labor Agreement - Louis Martin |
| 0466 | 11/30/2000 | Labor Agreement - Mary Dageford |
| 0467 | 10/11/1999 | Labor Agreement - Chet Haase |
| 0468 | 5/10/2000 | Labor Agreement - Warewolf Technologies, Inc. |
| 0469 | 8/16/2000 | Labor Agreement - Scott Hommel |
| 0470 | 7/1/2004 | Labor Agreement - Elbrus MCST |
| 0471 | 8/31/2002 | Labor Agreement - MCST |
| 0472 | 2/1/1999 | Labor Agreement - Select Appointments (Holdings), PLC |
| 0475 | 12/20/2004 | Certificate of Registration, Java 2 Standard Edition, Version 5.0, TX0006066538 |
| 0476 | 2/2/2005 | Certificate of Registration, Java 2 Standard Edition, Version 5.0, TX0006143306 (supplementary registration) |
| 0477 | 12/22/1999 | Labor Agreement - PrO Unlimited, Inc. |
| 0478 | 8/10/2000 | Labor Agreement - Scott Hommel |
| 0479 | 11/25/2002 | Labor Agreement - Maydene Fisher |
| 0480 | 6/9/1997 | Labor Agreement - Eric Armstrong |
| 0481 | 2/1/2002 | Labor Agreement - Jamie Ho |
| 0482 | 10/1/1998 | Labor Agreement - Carl Group, Inc. |
| 0483 | 12/16/2004 | Labor Agreement - Comsys |
| 0484 | 8/1/2002 | Labor Agreement - Comsys / Venturi Partners |
| 0485 | 8/15/1997 | Labor Agreement - Michael Bronson |
| 0486 | 8/5/2004 | Labor Agreement - PrO Unlimited, Inc. |
| 0487 | 3/1/2000 | Labor Agreement - Teltech International Corp. |
| 0488 | 9/1/2002 | Labor Agreement - ZAO Elbrus MCST |
| 0509 | 3/17/1998 | Certificate of Registration, Java Development Kit Version 1.2 Beta 2, TX0004616088 |
| 0510 | 11/22/1996 | Certificate of Registration, Sun Microsystems Inc., The Java Language Specification, TX0004416302 |
| 0511 | 5/12/1998 | Certificate of Registration, Sun Microsystems, Inc., The Java Language Specification, TX0004648609 |
| 0513 | 6/23/1998 | Certificate of Registration, Java Development Kit Version 1.0 Alpha, TXu 835-277 |
| 0518 | 2/24/1999 | Certificate of Registration, Java Development Kit Version 1.0 alpha 2, TX0004825238 |
| 0520 | 5/12/1998 | Certificate of Registration, Java Development Kit Version 1.0.2, TX0004648608 |
| 0521 | 12/24/1997 | Certificate of Registration, Java Development Kit Version 1.0.2, TX0004576686 |
| 0523 | 5/7/1998 | Certificate of Registration, Java Development Kit Version 1.1, TX0004648508 |
| 0524 | 12/24/1997 | Certificate of Registration, Java Development Kit Version 1.1, TX0004576687 |
| 0526 | 3/24/1999 | Certificate of Registration, Java Development Kit Version 1.2 Beta 2, TX0004847506 |
| 0538 | 10/29/2007 | Email from Vineet Gupta to Andy Rubin re IMPT: RefJavaME |

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 0563 | 3/8/2007 | Email from Jonathan Schwartz to Scott McNealy re plane |
| 0565 | 9/24/2007 | Email from Lino Persi to Leo Cizek re Google's Mobility Push |
| 0573 | 6/25/2010 | Email from Federico Chab to Hasan Rizvi re Can you call me on my cell 650-868-8932 ASAP thx eom, including presentation on Java Business Model Overview |
| 0595 | 12/16/1996 | Certificate of Registration, Sun Microsystems Inc., The Java Virtual Machine Specification, TX0004238283 |
| 0596 | 3/20/1998 | Certificate of Registration, Ken Arnold and James Gosling, The Java Programming Language, TX0004686210 |
| 0597 | 5/30/1996 | Certificate of Registration, Ken Arnold, The Java Programming Language, TX0004311801 |
| 0598 | 3/20/1998 | Certificate of Registration, The Java Application Programming Interface, Volume 1 Core Packages, TX0004686209 (supplementary registration) |
| 0599 | 6/28/1996 | Certificate of Registration, The Java Application Programming Interface, Volume 1 Core Packages, TX0004326014 |
| 0601 | 3/20/1998 | Certificate of Registration,The Java Application Programming Interface, Volume 2 Window Toolkit and Applets, TX0004686211 (supplementary registration) |
| 0602 | 6/28/1996 | Certificate of Registration, The Java Application Programming Interface, Volume 2 Window Toolkit and Applets, TX0004326009 |
| 0603 | 6/23/1998 | Certificate of Registration, Java Development Kit Version 1.0, TX0004679495 |
| 0606 | 4/20/2005 | Deposit copy of Java 2 Standard Edition Version 1.4, TX0006196514 |
| 0607 | 12/20/2004 | Deposit copy of Java 2 Standard Edition, Version 5.0, TX0006066538 |
| 0610.1 | 8/25/2004 | Java 2 Platform Standard Edition Development Kit 5.0 Specification (license.html) |
| 0610.2 | | Java 2 Platform Standard Edition 5.0 API Specification (jdk-1_5_0-doc) |
| 0612 | 11/22/2005 | Email from David Marr to Mary Lytle et al. re Google Meeting Confirmation |
| 0617 | 9/22/2005 | Email from Leo Cizek to Matthew Marquis re Time-sensitive: Google - Java ME proposal |
| 0618 | 3/26/2006 | Email from Andy Rubin to Vineet Gupta re CONFIDENTIAL: Sun Google Collaboration |
| 0619 | 3/29/2006 | Email from Andy Rubin to Vineet Gupta re Revised agreement, including redlined agreement |
| 0622 | | Source code for Java 2 Standard Edition Version 1.4, DS0000001897 |
| 0623 | | Source code for Java 2 Standard Edition Version 5.0, DS0000001899 |
| 0623.1 | | \j2se\src\share\classes\java\util\Arrays.java |
| 0623.2 | | \j2se\src\share\classes\sun\security\provider\certpath\PolicyNodeImpl.java |
| 0623.3 | | \j2se\src\share\classes\sun\security\acl\AclEntryImpl.java |
| 0623.4 | | \j2se\src\share\classes\sun\security\acl\AclImpl.java |
| 0623.5 | | \j2se\src\share\classes\sun\security\acl\GroupImpl.java |
| 0623.6 | | \j2se\src\share\classes\sun\security\acl\OwnerImpl.java |
| 0623.7 | | \j2se\src\share\classes\sun\security\acl\PermissionImpl.java |
| 0623.8 | | \j2se\src\share\classes\sun\security\acl\PrincipalImpl.java |
| 0623.9 | | \j2se\src\share\classes\java\security\CodeSource.java |
| 0623.10 | | \j2se\src\share\classes\java\security\cert\CollectionCertStoreParameters.java |
| 0623.101 | | \src\java\lang\Math.java |
| 0624 | 12/12/2005-12/16/2005 | Javapolis Presentation: How to Design a Good API and Why it Matters |
| 0659 | 5/20/2008 | Certificate of Registration, Java Standard Edition 6, TX0006848555 |
| 0687 | 7/29/2011 | Exhibit A of the Opening Expert Report of John C. Mitchell Regarding Copyright |
| 0729 | 7/29/2011 | Exhibit 2 of the Opening Expert Report of Marc Visnick Regarding Copyright |
| 0741 | 9/1/2011 | "Installing the SDK," available at http://developer.android.com/sdk/installing.html |
| 0748 | 2010 | Android Compatibility Program, Android 2.1 Compatibility Definition |

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 0749 | 2010 | Android Compatibility Program, Android 2.2 Compatibility Definition |
| 0751 | 2010 | Android Compatibility Program, Android 2.3 Compatibility Definition |
| 0752 | | Android Compatibility Program, Android Compatibility Definition: Android 1.6 |
| 0753 | | Android Compatibility Program, Compatibility Test Suite (CTS) Framework User Manuel, Android 1.6, CTS r4 |
| 0767 | 6/28/2011 | Android API Documentation, available at http://developer.android.com/reference/packages.html |
| 0770 | 1/13/2011 | Android Open Source Project: Git Repository modification "Remove pointless tests" by Dan Bornstein (projects/platform/libcore.git/commit) |
| 0771 | 1/14/2011 | Android Open Source Project: Git: Clean up/out some comments (projects / platform/libcore.git / commit) |
| 0773 | 10/30/2010 | Android Open Source Project: projects / platform/libcore.git / commitdiff |
| 0794 | | Demostrative re rangeCheck functions from Timsort.java and Arrays.java |
| 0862 | 9/1/2011 | Android Open Source Project: Frequently Asked Questions, available at http://source.android.com/faqs.html |
| 0896.1 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\provider\certpath\PolicyNodeImpl.jad |
| 0896.2 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\AclEntryImpl.jad |
| 0896.3 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\AclImpl.jad |
| 0896.4 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\GroupImpl.jad |
| 0896.5 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\OwnerImpl.jad |
| 0896.6 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\PermissionImpl.jad |
| 0896.7 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\PrincipalImpl.jad |
| 0896.8 | | \rt(JavaSERuntime5.0u22).zip\rt\sun\security\acl\AclEnumerator.jad |
| 0897 | | JDK 5u22 for Windows -- Binary Installation Package |
| 0917 | 4/10/2007 | Open Letter to Sun Microsystems, available at http://www.apache.org/jcp/sunopenletter.html |
| 0965 | | Source code for Java Standard Edition 6, DS0000001901 |
| 0980 | 1996 | The Java Application Programming Interface, Volume 1 (Addison-Wesley 1996) |
| 0981 | 1996 | The Java Application Programming Interface, Volume 2 (Addison-Wesley 1996) |
| 0984 | 2005 | The Java Language Specification Third Edition (Addison-Wesley 2005) |
| 0987 | 1999 | The Java Virtual Machine Specification Second Edition (Addison-Wesley 1999) |
| 1002 | 11/24/2008 | Email from Tim Lindholm to Andy Rubin re Android and JavaOne |
| 1026 | 8/26/2003 | SCSL between Sun Microsystems, Inc. and Danger, Inc. |
| 1028 | | Poster - The Java Class Libraries, Java 2 Platform, SE 5.0 |
| 1029 | 4/29/2009 | Email from java-council@google.com re Java Sun/Google discussions with Leo Cizek |
| 1030 | | Android Source Code (Version 2.2.3_R2, Froyo) |
| 1031 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmonny\security\tests\support\cert\PolicyNodeImpl.java |
| 1032 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\AclEntryImpl.java |
| 1033 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\AclImpl.java |
| 1034 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\GroupImpl.java |
| 1035 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\OwnerImpl.java |
| 1036 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\PermissionImpl.java |
| 1037 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\PrincipalImpl.java |

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 1038 | | Froyo:\dalvik\libcore\support\src\test\java\org\apache\harmony\security\tests\support\acl\AclEnumerator.java |
| 1039 | | Froyo:\dalvik\libcore\security\src\test\java\org\apache\harmony\security\tests\java\security\CodeSourceTest.java |
| 1040 | | Froyo:\dalvik\libcore\security\src\test\java\tests\security\cert\CollectionCertStoreParametersTest.java |
| 1044 | 1/27/2009 | Email From Eric Chu to Andy Rubin Re: Josh Bloch |
| 1045 | 12/9/2010 | The ASF Resigns From the JCP Executive Committee  at https://blogs.apache.org/foundation/date/20101209 |
| 1047 | 2012 | Apache FAQ available at http://www.apache.org/jcp/sunopenletterfaq.html |
| 1048 | 11/15/2007 | Article, "Sun concerned Google's Android will fracture Java" available at http://www.zdnetasia.com/sun-concerned-googles-android-will-fracture-java_print-62034418.htm |
| 1050 | 6/20/2007 | Email from Chris DiBona to Andy Rubin re  re Next Steps re: Response to Apache-Sun Dispute. |
| 1051 | 6/20/2007 | Email from Andy Rubin to Chris DiBona re  re Next Steps re: Response to Apache-Sun Dispute. |
| 1055 | 11/12/2007 | Email from Jonathan Schwartz re Google & SDK Announcment |
| 1056 | 3/26/2008 | Email from Jonathan Schwartz re no doubt you saw… |
| 1060 | 1/27/2009 | Email from Eric Chu to Andy Rubin RE Josh Bloch. |
| 1061 | 10/5/2010 | Email from Aditya Agarwal to Nicole Dalton re OCQ deck - quick help needed.  Including Android OC Quarterly Review - Q2 2010.  Dated 7/12/2010 |
| 1062 | | Classes and Interfaces Mentioned in the Java Language Specification (third edition) (excluding examples and commentary), prepared by Mark Reinhold |
| 1063 | | Classes and Interfaces Known to the Java Language Compiler (as of Java SE 5), prepared by Mark Reinhold |
| 1072 | | Accused API Packages and Files in Android |
| 1074 | 6/28/2010 | Email from Safra Catz to Dorian Daily, copying Thomas Kurian, Edward Screven, Larry Ellison re   , including att117816 |
| 1076 | Oct. 2004 | CD - Getting Started with J2SE 5.0 -Let your ideas run wild |
| 1077 | Oct. 2004 | Photo copy of CD & packaging - Getting Started with J2SE 5.0 -Let your ideas run wild |
| 1078 | 12/20/2004 | Letter from Fenwick & West LLP to Register of Copyrights re Request for Registration of Copyright in Computer Program (Java 2 Standard Edition, Version 5.0) |
| 1081 | 4/20/2005 | Letter from Fenwick & West LLP to Register of Copyrights re Request for Registration in Computer Program (Java 2 Standard Edition 1.4) |
| 1082 | 4/29/1997 | License Agreement between Taligent, Inc. & Sun |
| 1083 | | Java Specification Participation Agreement between J. Saremi and Sun Microsystems |
| 1084 | 4/6/2001 | Java Specification Participation Agreement between K. Knudsen and Sun Microsystems |
| 1085 | 12/8/2002 | Java Specification Participation Agreement between O. Lefevre and Sun Microsystems |
| 1086 | 10/1/2002 | Java Specification Participation Agreement between InnoTek Systems and Sun Microsystems |
| 1087 | 12/15/1998 | Java Specification Participation Agreement between Symsoft AB and Sun Microsystems |
| 1088 | 5/5/1999 | Java Specification Participation Agreement between Exabyte Corp and Sun Microsystems |
| 1089 | 6/22/1999 | Java Specification Participation Agreement between Ancor Communications, Inc. and Sun Microsystems |
| 2001 | 8/5/2005 | E-mail; From:  Vineet Gupta - vineet.gupta@sun.com; To:  Leo Cizek -leo.cizek@sun.com; Re: RE: [Fwd]: Re: Java (JTWT) licensing issues |

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 2002 | 9/22/2005 | E-mail; From:  Vineet Gupta - vineet.gupta@sun.com; To:  Lino Persi - lino.persi@sun.com; Leo Cizek - leo.cizek@sun.com; Re:  [Fwd: Re: Next steps] |
| 2004 | 10/27/2005 | E-mail; From:  Vineet Gupta - vineet.gupta@sun.com ; To:  Andy Rubin - arubin@google.com ;Re:  Google/Sun Next steps? |
| 2006 | 11/21/2005 | E-mail; From:  Leo Cizek; To:  Andy Rubin,  Tracey Cole; Re: Urgent: Sun-Google meeting re- CLDC Hotspot |
| 2008 | | Contact Report (ACT Contact Mgmt Systm); Leo Cizek (Oracle, Corp); Andy Rubin (Google, Inc) Notes:  Note the history change for notes dated   08/19/05 and Google/Sun mtg date |
| 2009 | 3/17/2007 | E-mail; From: Vineet Gupta - vineet.gupta@sun.com; To:  Leo Cizek - leo.cizek@sun.com; Re:  Re: Google phone - it's for real |
| 2010 | 4/2/2007 | E-mail; From:  Vineet Gupta - vineet.gupta@sun.com ; To:  Leo Cizek - leo.cizek@sun.com; Lino Persi - lino.persi@sun.com ; Re:  Re: [Fwd: Re: Google phone - it's for real | The Register |
| 2013 | | Monetization Proposal - Google-Sun Negotiations |
| 2016 | | Contact Report (ACT Contact Mgmt System)  ; Leo Cizek (Oracle, Corp)  et al; Notes |
| 2019 | 10/25/2008 | E-mail:; From:  Leo Cizek - leo.cizek@sun.com ; To:  Jacob Lehrbaum - Cc: Tom Harris - tom.harris@sun.com ; Re:  Google re Java FX Mobile - conf call w Google |
| 2021 | 11/11/2007 | E-mail; From:  Dov Zandman ; To:  Tom Harris - tom.harris@sun.com ; Re:  Re: Google - OpenSocial |
| 2026 | 5/22/2008 | E-mail; From:  Leo Cizek ; To:  Jacob Lehrbaum ; Re:  Re: [Fwd: Google - Java FX Tech Talk July 11] - Tech Talk w. Paul Roybal, Google & Sched for a Sun Internal Call |
| 2040 | 4/20/2009 | Press Release; Title:  Oracle Agrees to Acquire Sun Microsystems |
| 2041 | | Form: DEFA14A Sun Microsystems Inc. |
| 2042 | 5/22/2009 | E-mail; From:  Lawrence Ellison; To:  Scott McNealy |
| 2043 | 5/26/2009 | E-mail; From:  James Gosling; To:  Scott McNealy |
| 2044 | 6/25/2009 | E-mail; From:  Thomas Kurian; To:  Douglas Kehring, et al. |
| 2052 | 3/18/2009 | PowerPoint; Author:  Craig  Gering, SR Dir. Mobile & Embedded, SUN Title:  Java in Wireless Business Review |
| 2053 | 10/4/2006 | E-mail; From:  Lawrence Rau - Lawrence.rau@sun.com ; To:  Craig Gering - craig.gering@sun.com ;   Alan Brenner - alan.brenner@sun.com ; Re:  LG and SavaJe |
| 2054 | 1/22/2008 | E-mail; From:  Craig Gering - gering@sun.com ; To:  Jeet Kaul - jeet.kaul@sun.com |
| 2059 | 10/12/2008 | E-mail; From:  Craig Gering - craig.gering@sun.com ; To:  Omer Pomerantz; Re:  Re: Write-up on initial Android analysis |
| 2060 | 12/17/2008 | E-mail; From:  Craig Gering - craig.gering@sun.com ; To:  Eric Klein; Re:  Re: Sundroid Project |
| 2061 | 1/21/2009 | E-mail; From:  Craig Gering - craig.gering@sun.com ; To:  Vineet Gupta - vineet.gupta@sun.com ; Re:  Re: [Fwd: Android Response] |
| 2070 | 10/23/2008 | E-mail; From:  Vineet Gupta - vineet.gupta@sun.com ; To:  Jonathan Schwartz - jis@sun.com ; Re:  Re: STATUS: MS TB Side. -- call to Eric S. at G |
| 2110 | 12/9/2008 | E-mail; From:  Hasan Rizvi ; To:  Adam Messinger -   ; Re:  More FYIs |
| 2195 | 3/4/2008 | E-mail: (one return) From:  Jonathan Schwartz - jis@sun.com ; To:  John Fowler - jfowler@sun.com; Re:  Re: Google Summer of Code 2008 |
| 2199 | | PowerPoint; Author:  SUN ; Title:  OneJava Market Landscape Discussion |
| 2205 | 6/29/2009 | E-mail; From:  Martin Buchholz - martinrb at google.com ; To:  Sort Team; Re:  Timesort |
| 2223 | 6/23/2009 | PowerPoint; v0.7; Author:  Oracle ; Title:  Project Javelin, Strategy and Milestones |
| 2237 | | Oracle Acquisition of Sole Control Over Sun Microsystems |
| 2259 | | Java FAQ for JavaOne 2008 |
| 2301 | | Frequently Asked Questions - Android Open Source Project |

8

JOINT EXHIBIT LIST (ADMITTED Phase 1)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 2341 | 5/9/2007 | Press Release; Source: Physorg.com; Author: Ziff Davis Media; Title: Sun Reveals a Slew of Moves at JavaOne |
| 2347 | 6/22/2007 | Letter; From: Apache Software Foundation; To: Jonathan Schwartz, SUN CEO; Re: compatibility testing of ASF open source version of Java & licensing issues |
| 2352 | 11/5/2007 | Blog Entry; Source: Jonathan's Blog; Title: Congratulations Google, Red Hat and the Java Community |
| 2362 | 4/20/2009 | E-mail; From: Larry Ellison ; To: Jonathan Schwartz - ; Re: RE: btw |
| 2371 | 11/6/2007 | E-mail; From: Jonathan Schwartz; To: John Markoff - markoff@nytimes.com ; Re: Re: I don't get it? |
| 2372 | 5/8/2006 | E-mail; From: Vineet Gupta; To: Andy Rubin; Re: Re: FW: [Fwd: Re: Hi Jonathan!] -- meeting with Rich Green |
| 2524 | | Curriculum Vitae of Dr. Owen Astrachan |
| 2564 | | Gosling, J., The Java Language Specification, Addison-Wesley Publ., 1996 Sun Microsystems, Inc. |
| 2707 | 10/24/2008 | Presentation; Author: Patrick Curran & Conformance Council, SUN; Title: Compatibility is Optional |
| 2724 | | "The Feel of Java" - J. Gosling |
| 2765 | | Noser Engineering AG Professional Services Agreement and Statements of Work |
| 2800 | | Android 2.2 Compatibility Definition |
| 2801 | | Android Compatibility Program and Compatibility Test Suite (CTS) |
| 2802 | | Android Compatibility, http://source.android.com/compatibility |
| 2939 | | Video of Larry Ellison & Scott McNealy 2009 JavaOne Conference |
| 3030 | | Reinhold, Mark blog – available at http://blogs.sun.com/mr/entry/jdk7_m5 |
| 3103 | | Eric Klein - Android Demo – JavaOne – available at http://www.youtube.com/watch?v=sopao9Y7-GQ |
| 3215 | 12/31/2005 | GOOGLE SEC FORM 10-K |
| 3341 | | Weblog: source.android.com/compatibility/overview.html; Android Open Source Project; Compatibility Program Overview |
| 3342 | | Android Compatibility Program; Compatibility Test Suite (CTS) Framework User Manual; Android 1.6 CTS r4; Open Handset Alliance |
| 3343 | | Android Compatibility Program; Android Compatibility Definition: Android 1.6; Android 1.6 CTS r2 |
| 3344 | | Android 2.1 Compatibility Definition; 2010 |
| 3345 | | Android Compatibility Program; Android 2.2 Compatibility Definition; 2010 |
| 3346 | | Android Compatibility Program; Android 2.3 Compatibility Definition ; 2010 |
| 3347 | | Compatibility Test Suite; Android Open Source Project; How does the CTS work? |
| 3348 | | CTS Development / Android Open Source Project; CTS Development Initializing Your Repo Client |
| 3349 | | Android Compatibility Downloads ; Android Open Source Project |
| 3441 | 11/9/2007 | E-mail: From: Jonathan Schwartz To: Eric Schmidt Re: android |
| 3443 | 4/29/2006 | E-mail: From: Eric Schmidt To: Andy Rubin, Alan Eustace Re: RE: Sun deal |
| 3466 | 3/31/2008 | Email from Eric Schmidt to Jonathan Schwartz re update on android licensing |
| 3494 | 6/26/2009 | Email; From Dawn Chaffin to Octavian Tanase and Craig Gering re Presented at ME Core this past week, with attachment |
| 3508 | 10/5/2009 | Email: From Nachi Periakaruppan to Craig Gering re: meeting this week moved to Friday, with two presentations as attachments |
| 3520 | 8/7/2010 | Email from Glueck to Curran, cc'ing Rizvi Catz and Dasteel |
| 3529 | | Certified copy of registration and deposit materials for TX 6-066-538 |
| 3530 | | Certified copy of registration and deposit materials for TX 6-196-514 |
| 4027 | | The Java Language Specification First Edition (Addison-Wesley 1996) |