| | |
|---|---|
| MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com<br>MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018<br>Ph: (650) 813-5600 / Fax: (650) 494-0792<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*)<br>dboies@bsfllp.com<br>333 Main Street, Armonk, NY  10504<br>Ph: (914) 749-8200 / Fax: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612<br>Ph: (510) 874-1000 / Fax: (510) 874-1460<br><br>ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049)<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527)<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA<br>(Bar No. 211600)<br>matthew.sarboraria@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Ph: (650) 506-5200 / Fax: (650) 506-7114<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com<br>633 Battery Street, San Francisco, CA 94111<br>Ph: (415) 391-5400 / Fax: (415) 397-7188<br><br>KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas,<br>New York, NY 10036<br>Ph: (212) 556-2100 / Fax: (212) 556-2222<br>DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com<br>101 Second Street – Ste. 2300<br>San Francisco, CA 94105<br>Ph: (415) 318-1200 / Fax: (415) 318-1300<br><br>GREENBERG TAURIG, LLP<br>IAN C. BALLON (SBN 141819)<br>ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148)<br>meekerh@gtlaw.com<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Ph: (650) 328-8500 / Fax: (650) 328-8508<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>    Defendant. | Case No. CV 10-03561 WHA<br><br>**JOINT LIST OF ADMITTED TRIAL EXHIBITS – PHASE 2**<br><br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

JOINT EXHIBIT LIST (ADMITTED Phase 2)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 4 | 4/5/2005 | Excerpt of Android Inc. presentation |
| 5 | 8/5/2005 | Email from Tim Lindholm to Andy Rubin re Java VM for Android |
| 20 | 3/23/2006 | Email from Steve Horowitz to Leslie Hawthorn re Nedim |
| 27 | | All weekly snippets from Andy McFadden |
| 32 | | Google I/O 2008 Presentation slides entitled "Dalvik Virtual Machine Internals," presented by Dan Bornstein, available at http://sites.google.com/site/io/dalvik-vm-internals |
| 46.1 | | Froyo: \dalvik\vm\analysis\DexOptimize.h |
| 46.2 | | Froyo: \dalvik\vm\analysis\DexOptimize.c |
| 46.3 | | Froyo: \dalvik\vm\DvmDex.h |
| 46.4 | | Froyo: \dalvik\vm\DvmDex.c |
| 46.5 | | Froyo: \dalvik\vm\oo\Resolve.h |
| 46.6 | | Froyo: \dalvik\vm\oo\Resolve.c |
| 46.7 | | Froyo: \dalvik\libdex\DexFile.h |
| 46.8 | | Froyo: \dalvik\libdex\DexFile.c |
| 46.9 | | Froyo: \dalvik\vm\oo\Object.c |
| 46.11 | | Froyo: \dalvik\vm\interp\Interp.c |
| 46.12 | | Froyo: \dalvik\vm\mterp\out\InterpAsm-armv5te.S |
| 46.13 | | Froyo: \dalvik\vm\mterp\out\InterpAsm-x86.S |
| 46.14 | | Froyo: \dalvik\vm\analysis\ReduceConstants.c |
| 46.15 | | Froyo: \dalvik\vm\oo\Class.c |
| 46.16 | | Froyo: \dalvik\dx\src\com\android\dx\cf\code\Simulator.java |
| 46.17 | | Froyo: \dalvik\dx\src\com\android\dx\cf\code\BytecodeArray.java |
| 46.18 | | Froyo: \dalvik\dx\src\com\android\dx\command\dexer\Main.java |
| 46.19 | | Froyo: \dalvik\dx\src\com\android\dx\cf\code\RopperMachine.java |
| 46.29 | | Froyo: dalvik/vm/mterp/out/InterpC-x86.c |
| 46.102 | | Froyo: \dalvik\libcore\dx\src\com\android\dx\dex\cf\CfTranslator.java |
| 46.103 | | Froyo: \dalvik\libcore\dx\src\com\android\dx\cf\code\ExecutionStack.java |
| 46.104 | | Froyo: \dalvik\libcore\dx\src\com\android\dx\command\Main.java |
| 46.106 | | Froyo: \dalvik\libdex\InstrUtils.h |
| 47.1 | | Gingerbread: \dalvik\vm\analysis\Optimize.h |
| 47.2 | | Gingerbread: \dalvik\vm\analysis\Optimize.c |
| 47.3 | | Gingerbread: \dalvik\vm\DvmDex.h |
| 47.4 | | Gingerbread: \dalvik\vm\DvmDex.c |
| 47.5 | | Gingerbread: \dalvik\vm\oo\Resolve.h |
| 47.6 | | Gingerbread: \dalvik\vm\oo\Resolve.c |
| 47.7 | | Gingerbread: \dalvik\libdex\DexFile.h |
| 47.8 | | Gingerbread: \dalvik\libdex\DexFile.c |
| 47.9 | | Gingerbread: \dalvik\vm\oo\Object.c |
| 47.10 | | Gingerbread: \dalvik\vm\Intern.c |
| 47.11 | | Gingerbread: \dalvik\vm\interp\Interp.c |
| 47.12 | | Gingerbread: \dalvik\vm\mterp\out\InterpAsm-armv5te.S |
| 47.13 | | Gingerbread: \dalvik\vm\mterp\out\InterpAsm-x86.S |
| 47.15 | | Gingerbread: \dalvik\vm\oo\Class.c |
| 47.16 | | Gingerbread: \dalvik\dx\src\com\android\dx\cf\code\Simulator.java |
| 47.17 | | Gingerbread: \dalvik\dx\src\com\android\dx\cf\code\BytecodeArray.java |

JOINT EXHIBIT LIST (ADMITTED Phase 2)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 47.18 | | Gingerbread: \dalvik\dx\src\com\android\dx\command\dexer\Main.java |
| 47.19 | | Gingerbread: \dalvik\dx\src\com\android\dx\cf\code\RopperMachine.java |
| 47.20 | | Gingerbread: \dalvik\dx\src\com\android\dx\dex\cf\CfTranslator.java |
| 47.21 | | Gingerbread: \dalvik\vm\mterp\out\InterpC-portdbg.c |
| 47.22 | | Gingerbread: \dalvik\vm\mterp\out\InterpC-portstd.c |
| 47.24 | | Gingerbread: \cts\tools\dx-tests\src\dxc\junit\opcodes\newarray\Test_newarray.java |
| 47.25 | | Gingerbread: \cts\tools\dx-tests\src\dxc\junit\opcodes\iastore\Test_iastore.java |
| 48 | | Dalvik Porting Guide |
| 57 | | Android Developer website: What is Android?, available at http://developer.android.com/guide/basics/what-is-android.html |
| 77 | 7/19/2007 | Open Handset Alliance Cooperative Marketing Agreement between Google Inc. and High Tech Computer Corp. |
| 79 | 9/19/2007 | Open Handset Alliance Cooperative Marketing Agreement between Google Inc. and Motorola Inc. |
| 81 | 9/27/2007 | Open Handset Alliance Cooperative Marketing Agreement between Google Inc. and Samsung Electronics Co., Ltd. |
| 82 | 4/1/2009 | Mobile Application Distribution Agreement (Android) between Google Ireland Ltd. and Samsung Electronics Co., Ltd. |
| 83 | 3/1/2009 | Mobile Application Distribution Agreement (Android) between Google Inc. and HTC Corporation |
| 85 | 5/1/2009 | Mobile Application Distribution Agreement between Google Inc. and Motorola, Inc. |
| 87 | 7/11/2008 | Software Development License Agreement between Google Inc. and High Tech Computer Corporation ("HTC") and Aplix Cooperation |
| 89 | 7/1/2009 | Google Pointer Agreement between Google Ireland Ltd. and HTC Corporation |
| 90 | 1/15/2010 | Amendment No. 5 to Google Pointer Distribution Agreement between Google Ireland Ltd. and Samsung Electronics Co., Ltd. |
| 91 | 10/20/2009 | Amendment No. 4 to Google Pointer Distribution Agreement between Google Ireland Ltd. and Samsung Electronics Co., Ltd. |
| 93 | 11/10/2009 | Amendment Two to the Mobile Application Distribution Agreement between Google Ireland Ltd. and Samsung Electronics Co., Ltd. |
| 94 | 11/17/2006 | Google Pointer Distribution Agreement between Google Ireland Ltd. and Samsung Electronics Co., Ltd. |
| 105 | | Android 1.5 Cupcake: Dalvik Optimization and Verification with dexopt |
| 106 | | Android 1.5 Cupcake source code: BytecodeArray.java |
| 107 | | Android 1.5 Cupcake source code: Simulator.java |
| 112 | | Android 1.5 Cupcake source code: DexOptimize.c |
| 113 | | Android 1.5 Cupcake source code: Resolve.c |
| 128 | 1/19/2006 | Email from Vineet Gupta to Andy Rubin re Confidential Sun Google Proposal including presentation on Google/Sun "Open Source Java Linux Mobile Platform" |
| 139 | 2/6/2006 | Email from Vineet Gupta to Andy Rubin re Sun Confidential: Proposal Next Rev.., including presentation "Open Source Java Linux Mobile Platform" |
| 155 | 11/12/2006 | Email from Greg Stein to Andy Rubin re [Opensource-team] Fwd: Java News from Sun |
| 201 | 3/16/2006 | Email from Vineet Gupta to Andy Rubin re CONFIDENTIAL: Sun Google Collaboration, including draft Collaboration Development and License Agreement |
| 206 | 4/10/2006 | Email from Vineet Gupta to Andy Rubin re CONFIDENTIAL: Current Proposal on Table |

2

JOINT EXHIBIT LIST (ADMITTED Phase 2)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 208 | 10/29/2007 | Email from Vineet Gupta to Andy Rubin re IMPT: Ref JavaME |
| 225 | 5/28/2008 | Google Android Dalvik VM Internals presentation - Dan Bornstein |
| 258 | 5/2/2007 | Email from Andy McFadden to Jason Parks and android-dalvik@google.com re [dalvik] Optimized stuff |
| 262 | 4/16/2008 | Email from bccheng to android-bugs@google.com et al. re [Issue 1069696] vm should implement fill-array-data |
| 286 | 1/1/2011 | Mobile Application Distribution Agreement (Android) between Google Inc. and HTC Corporation |
| 292 | | Self-assessment from January 1, 2007 through August 31, 2007 |
| 294 | 5/5/2008 | McFadden PDB snippets from July 18, 2005 to May 5, 2008 |
| 301 | 10/9/2008 | Email from Andy McFadden to Android-performance@google.com re The Dalvik resolved-constant cache |
| 302 | 12/11/2006 | Email from hr-help@google.com to Andrew McFadden re Googlee Perf Confirmation |
| 310 | 7/11/2008 | Email from Mario Queiroz to eumg@ et al. re Fwd: PM All Hands Notes and Docs (video coming soon!) including strategy memos |
| 347 | 9/28/2010 | Email from Patrick Brady to Daria Kissner re question for board/earnings materials |
| 363 | 6/12/2009 | Email from Patrick Brady to Daniel Conrad re Fwd: Android Strategy and Partnerships preso, including Android Strategy and Partnerships Overview |
| 388 | 4/22/2008 | Email from Jeff Warren to Richard Miner re Google/Android Motorola Source Code Agreement, including Android License Agreement between Google Inc. and Motorola, Inc. |
| 426 | 12/20/2010 | Email from execute@google.com re Dec 2010 Prod and Eng Memo |
| 443 | 11/22/1994 | Certified U.S. Patent No. 5,367,685 (Gosling) |
| 458 | 12/22/1992 | Certified File History of U.S. Patent No. 5,367,685 (Gosling) |
| 459 | 11/21/1996 | Certified File History of U.S. Patent No. RE36,204 (Gosling) |
| 530 | 10/1/2008 | Email from Vineet Gupta to Jeet Kaul and Eric Klein re Google Android discussion Opportunity |
| 531 | 4/29/2009 | Email from Leo Cizek to Vineet Gupta and Tom Harris re M Buccholz at Google |
| 537 | 8/2/2007 | Email from Vineet Gupta to Lino Persi re Google's Mobility Push |
| 582 | 2/17/2006 | Email from Jonathan Schwartz to Scott McNealy et al. re google (Sun/Google meeting with Page) |
| 616 | 2/12/2006 | Email from Vineet Gupta to Alan Brenner re [Fwd: Re: Meetings room and current status...] |
| 662 | 1/1/2011 | Anti-Fragmentation Agreement between Google Inc. and Samsung Electronics Co., Ltd. |
| 663 | 12/23/2009 | Amendment One to the Mobile Application Distribution Agreement between Google Ireland Ltd. and Samsung Electronics Co., Ltd. |
| 735 | | Bytecode for the Dalvik VM |
| 736 | | .dex - Dalvik Executable Format |
| 737 | | Dalvik VM Instruction Formats |
| 738 | | Android Developers - What is Android? |
| 739 | | Dalvik Optimization and Verification with dexopt |
| 755 | 10/4/2011 | Android Developers, Building and Running from Eclipse with ADT, available at http://developer.android.com/guide/developing/building/building-eclipse.html |

3

JOINT EXHIBIT LIST (ADMITTED Phase 2)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 756 | 10/4/2011 | Android Developers, Building and Running from the Command Line, available at http://developer.android.com/guide/developing/building/building-cmdline.html |
| 757 | 9/25/2011 | Android Developers, Building and Running, available at http://developer.android.com/guide/developing/building/index.html |
| 758 | 10/4/2011 | Android Developers, Introduction, available at http://developer.android.com/guide/developing/index.html |
| 816 | 2008 | Google I/O 2008 Video entitled "Dalvik Virtual Machine Internals," by presented Dan Bornstein, available at http://developer.android.com/videos/index.html#v=ptjedOZEXPM |
| 835 | 9/1/2011 | Android Developers: Using the Android Emulator, available at http://developer.android.com/guide/developing/devices/emulator.html |
| 955 | 5/2/2011 | Resume of Andrew T. McFadden |
| 971 | 6/30/2008 | Sun Microsystems, Inc. Form 10-K for the year ending June 30, 2008, available at http://www.sec.gov/Archives/edgar/data/709519/000119312508187118 /d10k.htm |
| 1001 | 7/19/2008 | Email from Dan Bornstein to Patrick Brady re Beta Delivery and Invoices |
| 1058 | 10/7/2008 | email from Vineet Gupta to Andy Rubin, et al. Rej Google/Sun - Android/JavaFX discussion. |
| 1094 | 10/25/1999 | Email from David Turner to Ben Cheng re [dalvik] Re; Some question about dexopt. |
| 1095 | 12/19/2005 | Email from Dan Bornstein to PDB Snippets re Snippet Reminder |
| 1116 | 4/1/2009 | Email from Andy Rubin to Alan Eustace re Forgot one thing |
| 2072 | 5/8/2006 | E-mail From: Vineet Gupta - vineet.gupta@sun.com ; To: Rich Green - rich.green@sun.com , Alan Brenner - alan.brenner@sun.com , Jonathan Schwartz - jonathan.schwartz@sun.com , Joe Heel - joe.heel@sun.com ; Re: Re: Hi Jonathan ! - Google GC advising to hold off meetings until patent issues resolved |
| 2078 | 4/27/2006 | E-mail From: Vineet Gupta - vineet.gupta@sun.com ; To: Jonathan Schwartz - jonathan.schwartz@sun.com , Joe Heel - joe.heel@sun.com ; Re: Armstrong - Current deal terms |
| 2081 | 2/8/2006 | E-mail From: Vineet Gupta - vineet.gupta@sun.com ; To: Andy Rubin - andy.rubin@google.com ; Re: Sun Confidential: Sun financial proposal |
| 2308 | 3/26/2006 | E-mail From: Andy Rubin ; To: Vineet Gupta Cc: Matt Marquis; Re: Confidential: Sun Google Collaboration Attach: Draft Agreement |
| 2460 | 10/29/2010 | E-mail From: Hinkmond Wong; To: Dean Long; Cc: Chris Plummer; Re: Re: dalvik-cache |
| 2462 | 9/29/2010 | E-mail From: John Muhlner; To: Hinkmond Wong; Re: Re: Open Source Java ME scores big: Android port of Java ME CDC/CVM and MIDP Attach: ATT91384.gif, ATT91381.gif |
| 2464 | 10/26/2010 | E-mail From: Noel Poore; To: Oren Poleg; Re: Re: dalvik-cache |
| 2672 | | Terrence John Parr, Ph.D. - Curriculum Vitae |
| 2714 | 2/6/2006 | Email From: Vineet Gupta; To: Andy Rubin; Re: Re: Hey |
| 2746 | 4/1/2009 | Mobile Application Distribution Agreement (Android) between Google Ireland Ltd and Samsung Electronics Co Ltd. |
| 2749 | 3/1/2009 | Mobile Application Distribution Agreement (Android) between Google Inc. and HTC Corporation |
| 2756 | 5/1/2009 | Mobile Application Distribution Agreement (Android) between Google Inc. and Motorola Inc |

4

JOINT EXHIBIT LIST (ADMITTED Phase 2)

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 2775 | 1/1/2011 | Mobile Application Distribution Agreement (Android) between Google Inc. and Samsung Electronics Co Ltd. |
| 2776 | 1/1/2011 | Mobile Application Distribution Agreement (Android) between Google Inc. and HTC Corporation |
| 2929 | 10/25/2010 | Email from Riaz Aimandi to Anki Nelaturu RE RuntimeROMizer and thoughts |
| 2955 | 7/23/2009 | Email string from Limor Bergman to Noel Poore re: El Cobra – getting to first base |
| 2956 | | Undated El Cobra presentation by Oren Poleg, Noel Poore, Omer Pomerantz, and Eran Davidov |
| 3137 | 4/13/2006 | Email from Vineet Gupta to Alan Brenner, Eric Chu, and Ann McLaughlin RE Current Proposal on Table – Google Counter Proposal |
| 3138 | 4/18/2006 | Email from Vineet Gupta to Neal Civjan RE Current Armstrong Biz Status – Neal please review with attachment |
| 3153 | 2/8/2006 | Email from Vineet Gupta to Neal Civjan RE Currently scheduled meetings for Project Armstrong |
| 3154 | 4/19/2006 | Email from Vineet Gupta to Andy Rubin RE Sun Google Collaboration with attachment |
| 3469 | 1/1/2012 | Hinkmond Wong's Weblog: Happy 2012! Java ME growth accelerates past Android - webcache_googleusercontent_con/search?q=cache:jW0SH8gBeYJ:blogs |
| 4011 | 5/9/2000 | Certified U.S. Patent No. 6,061,520 (Frank Yellin et al.) |
| 4013 | 4/27/1999 | Certified U.S. Patent No. RE36,204 (James Gosling) |
| 4015 | 4/29/2003 | Certified U.S. Patent No. RE38,104 (James Gosling) |
| 4018 | 3/3/1999 | Certified File History of U.S. Patent No. RE38,104 (James Gosling) |
| 4021 | 4/7/1998 | Certified File History of U.S. Patent No. 6,061,520 (Frank Yellin et al.) |