# EXHIBIT A

| Package Name | J2SE 5 throws | Android Froyo throws | Throws Common to Both |
|---|---|---|---|
| java.awt.font | 16 | 2 | 2 |
| java.beans | 41 | 4 | 4 |
| java.io | 409 | 412 | 409 |
| java.lang | 57 | 57 | 57 |
| java.lang.annotation | 0 | 0 | 0 |
| java.lang.ref | 6 | 6 | 6 |
| java.lang.reflect | 32 | 32 | 32 |
| java.net | 192 | 192 | 192 |
| java.nio | 12 | 12 | 12 |
| java.nio.channels | 78 | 78 | 78 |
| java.nio.channels.spi | 19 | 19 | 19 |
| java.nio.charset | 8 | 10 | 8 |
| java.nio.charset.spi | 1 | 1 | 1 |
| java.security | 172 | 170 | 169 |
| java.security.acl | 9 | 9 | 9 |
| java.security.cert | 104 | 100 | 100 |
| java.security.interfaces | 0 | 0 | 0 |
| java.security.spec | 22 | 22 | 22 |
| java.sql | 554 | 554 | 554 |
| java.text | 38 | 38 | 38 |
| java.util | 56 | 56 | 56 |
| java.util.jar | 30 | 30 | 30 |
| java.util.logging | 22 | 22 | 22 |
| java.util.prefs | 30 | 30 | 30 |
| java.util.regex | 2 | 2 | 2 |
| java.util.zip | 56 | 56 | 56 |
| javax.crypto | 88 | 79 | 73 |
| javax.crypto.interfaces | 0 | 0 | 0 |
| javax.crypto.spec | 18 | 18 | 18 |
| javax.net | 4 | 4 | 4 |
| javax.net.ssl | 89 | 88 | 88 |
| javax.security.auth | 9 | 7 | 7 |
| javax.security.auth.callback | 6 | 3 | 3 |
| javax.security.auth.login | 6 | 0 | 0 |
| javax.security.auth.x500 | 2 | 1 | 1 |
| javax.security.cert | 17 | 17 | 17 |
| javax.sql | 193 | 185 | 185 |
| **TOTAL** | **2400** | **2316** | **2304** |