UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 22, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland                Court Reporter: Kathy Sullivan

Trial Began: April 16, 2012          Further Trial: May 23, 2012 at 8:00 am


Trial Motions Heard:                                              Disposition

1. 
2. 
3. 


Other:


Time in Trial: 47 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino Andrew Temkin; Fred Norton David Boies; Steven Holtzman | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson Dan Purcell; Eugene Paige Scott Weingaernter Matthias Kamber |
|---|---|---|
| **TRIAL DATE:** May 22, 2012 | **REPORTER(S):** Kathy Sullivan | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Deliberations continued | |
| | | 9:20 am | | | Court and counsel met outside the presence of the jury. | |
| | | 9:29 am | | | Reconvene....jury present | |
| | | | | | Court addressed the jury in response to a note | |
| | | 9:32 am | | | Deliberations continued | |
| | | 9:34 am | | | Court and counsel recessed | |
| | | 10:56 am | | | Court and counsel met outside the presence of the jury | |
| | | 11:06 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury | |
| | | 11:13 am | | | Deliberation continued | |
| | | 11:16 am | | | Court and counsel recessed | |
| | | 11:47 am | | | Court and counsel met outside the presence of the jury | |
| | | 11:51 am | | | Reconvene...jury present | |
| | | | | | Court addressed the jury | |
| | | 11:54 am | | | Deliberations continued | |
| | | 12:00 am | | | Court and counsel recessed | |
| | | 1:00 pm | | | Recess until 5/23/12 at 8:00 am | |