UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

The Honorable WILLIAM H. ALSUP

Date: May 23, 2012

Case No.: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

Plaintiff's Counsel: Michael Jacobs; Dan Muino; Fred Norton; Andrew Temkin; David Boies
Steven Holtzman; Dorian Daley; Safra Catz (Corporate Representative)

Defendant's Counsel: Robert Van Nest; Christa Anderson; Dan Purcell; Eugene Paide; Scott Weingaertner
Matthias Kamber; Renny Hwang; Catherine Lacavera (Corporate Representative)

Clerk: Dawn K. Toland          Court Reporter: Kathy Sullivan

Trial Began: April 16, 2012     Trial Ended: May 23, 2012

Trial Motions Heard:                                    Disposition

1. _____           _____
2. _____           _____
3. _____           _____

Other:

Trial exhibits deposited in the Clerk's Office (5 boxes)

Time in Trial: 40 minutes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: **C10-03561 WHA**

Case Name: **ORACLE AMERICA, INC.** v. **GOOGLE INC.**

**EXHIBIT and WITNESS LIST**

| JUDGE: WILLIAM H. ALSUP | PLAINTIFF ATTORNEY: Michael Jacobs; Dan Muino  Andrew Temkin; Fred Norton  David Boies; Steven Holtzman | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson  Dan Purcell; Eugene Paige  Scott Weingaernter  Matthias Kamber |
|---|---|---|
| **TRIAL DATE:** May 23, 2012 | **REPORTER(S):** Kathy Sullivan | **CLERK:** Dawn Toland |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Deliberations continued | |
| | | 9:33 am | | | Court and counsel met outside the presence of the jury | |
| | | 10:09 am | | | Reconvene....jury present | |
| | | | | | Court addressed the jury re note | |
| | | 10:15 am | | | Deliberations continued | |
| | | 10:17 am | | | Recess | |
| | | 10:50 am | | | Court and counsel met outside the presence of the jury | |
| | | 10:53 am | | | Reconvene...jury present | |
| | | | | | **Jury Verdict Read. Jury polled**. | |
| | | 10:58 am | | | Side Bar | |
| | | 11:01 am | | | Resumed | |
| | | | | | Court thanked and discharged the jury | |
| | | 11:06 am | | | Adjourned | |