**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE OF CASE MANAGEMENT CONFERENCE** |
| GOOGLE INC., | |
| Defendant. / | |

    A case management conference will be held at **11 A.M. ON JUNE 21** to address what further proceedings are needed in the district court and any other issues counsel wish to raise. Please submit a joint report two days prior to the conference. In particular, discuss whether the amount of statutory damages for copyright infringement should be decided now or at a later date.

    John Cooper, counsel for Rule 706 expert Dr. James Kearl, is invited to attend to address contingent planning in the event of any future remand and the need in that event to re-activate Dr. Kearl's participation in a damages trial.

**IT IS SO ORDERED.**

Dated: May 31, 2012.

                                                                   WILLIAM ALSUP
                                                                  UNITED STATES DISTRICT JUDGE