United States District Court
Northern District of California



Case Number:   10-3561 WHA Oracle America v. Google

Date Filed:   5/25/2012

Document:

*Reporter Transcript:*
*Trial Exhibits:*   X 5 boxes (Ex.1-981, 984-3520, 4-4015, 4018, 3529-4027)
*Lodged Documents:*
*Sealed Documents:*
*Declaration(s):*
*Other:*

Location:

*Expando File (next to case file):*
*Overflow Shelf:*
*Vault*
*Other:*

**Document Number:**   Trial Exhibits   2 boxes Shelf 69
3 boxes Shelf 70