IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant.<br>———————————————————/ | No. C 10-03561 WHA<br><br>**ORDER REGARDING<br>DR. JAMES KEARL** |

　　　Prior to the June 21 case management conference, counsel shall please make sure that Dr. James Kearl is completely paid up.

Dated: June 5, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE