1  [counsel listed on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA (DMR) |
|---|---|
12  | Plaintiff, | **STIPULATION AND [PROPOSED]** |
   |   | **ORDER REGARDING CASE** |
13  | v. | **MANAGEMENT CONFERENCE** |
14  | GOOGLE INC. |  |
   |   | Dept.: Courtroom 9, 19th Floor |
15  | Defendant. | Judge: Honorable William H. Alsup |

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-03561 WHA (DMR)
sf-3154900

**STIPULATION**

WHEREAS, the Court has scheduled a case management conference on June 21, 2012, at 11 a.m.;

WHEREAS, lead counsel for Oracle has a conflicting obligation in another case on that day; and

WHEREAS, the parties are both available for a case management conference on June 20, 2012, at 11 a.m., which date and time the Deputy Clerk has indicated is available on the Court's calendar;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The case management conference scheduled for June 21, 2012, at 11 a.m. shall be rescheduled for June 20, 2012, at 11 a.m.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: June 5, 2012.

_____
Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | Dated: June 5, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Michael A. Jacobs |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664) |
| 5 | | mjacobs@mofo.com<br>KENNETH A. KUWAYTI (Bar No. 145384) |
| 6 | | kkuwayti@mofo.com<br>MARC DAVID PETERS (Bar No. 211725) |
| 7 | | mdpeters@mofo.com<br>DANIEL P. MUINO (Bar No. 209624) |
| 8 | | dmuino@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 9 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 10 | | |
| 11 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 12 | | dboies@bsfllp.com<br>333 Main Street<br>Armonk, NY  10504 |
| 13 | | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 |
| 14 | | STEVEN C. HOLTZMAN (Bar No. 144177)<br>sholtzman@bsfllp.com |
| 15 | | 1999 Harrison St., Suite 900<br>Oakland, CA  94612 |
| 16 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 17 | | |
| 18 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 19 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 20 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com<br>500 Oracle Parkway |
| 22 | | Redwood City, CA  94065<br>Telephone: (650) 506-5200 |
| 23 | | Facsimile: (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-03561 WHA (DMR)

2

sf-3154900

| | | |
|---|---|---|
| 1 | Dated: June 5, 2012 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By:  /s/ Robert A. Van Nest |
| 4 | | ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com |
| 5 | | CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com |
| 6 | | DANIEL PURCELL (SBN 191424)<br>dpurcell@kvn.com |
| 7 | | 710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 10 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 11 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 12 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 13 | | Telephone:  (212) 556-2100<br>Facsimile:   (212) 556-2222 |
| 14 | | |
| 15 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 16 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 17 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300 |
| 19 | | |
| 20 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 21 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 22 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 23 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500<br>Facsimile: (650) 328-8508 |
| 24 | | |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-03561 WHA (DMR)

3

sf-3154900

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.

Date: June 5, 2012           /s/ Michael A. Jacobs