[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA (DMR)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: June 20, 2012<br>Time: 11:00 a.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William Alsup |

Pursuant to the Court's May 31, 2012 Order (ECF 1204), Oracle America, Inc. and Google Inc. jointly submit this statement of issues to be covered at the case management conference on June 20, 2012.

### 1.     Statutory Damages for Copyright Infringement

The Court has asked "whether the amount of statutory damages for copyright infringement should be decided now or at a later date." (ECF 1204.) The parties are meeting and conferring regarding statutory damages and hope to present a stipulation resolving the issue at the conference.

### 2.     Issuance of Final Judgment

As all outstanding claims and counterclaims have now been resolved by the jury's verdicts and the Court's subsequent orders, the parties request that the Court enter final judgment in this matter. Attached hereto are two alternative forms of a proposed Final Judgment (with a placeholder for a statutory damages amount), reserving all rights to appeal any part of the judgment and subject to all prior agreements among the parties.

### 3.     Fees related to Dr. Iain Cockburn's third damages report

In a January 20, 2012 order, the Court directed Oracle to reimburse Google for "[a]ll attorney's fees, expert fees, and other expenses reasonably incurred by Google as a result of allowing a third damages study by Oracle." Jan. 20, 2012 Order [Dkt. 702] at 3, para. 8. After Dr. Cockburn served his third report, Google filed a further Daubert motion, which the Court heard on March 7, 2012. Following that hearing, the Court entered a March 13, 2012 order, [Dkt. 785], granting Google's motion in part and directing the parties to submit further briefs regarding "how Dr. Cockburn's report could calculate a reasonable royalty for each individual patent in light of the items stricken by this order." *Id.* at 19. The parties then drafted and submitted those further briefs on March 19, 2012. The sole issue in dispute between the parties is whether the fees and costs Google incurred in preparing and drafting its March 19, 2012 brief are recoverable under the January 20, 2012 order as fees and costs "reasonably incurred by Google as a result of allowing a third damages study by Oracle."

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. CV 10-03561 WHA (DMR)
sf-3158226
**Error! Unknown document property name.**

1

**4.      Fees related to Dr. Kearl's damages report**

The parties agree that, to the best of their knowledge, Dr. Kearl has been paid in full for his work to date on this matter aside from his most recent June 8, 2012 bill which is currently being processed for payment.

**5.      Taxable costs**

Google states that, as the prevailing party, it intends to seek its costs in this matter. Oracle will be prepared to address this issue at the conference.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. CV 10-03561 WHA (DMR)
sf-3158226
**Error! Unknown document property name.**

2

| | | |
|---|---|---|
| 1 | Dated: June 18, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Michael A. Jacobs |
| 4 | | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (Bar No. 111664)<br>mjacobs@mofo.com |
| 5 | | KENNETH A. KUWAYTI (Bar No. 145384)<br>kkuwayti@mofo.com |
| 6 | | MARC DAVID PETERS (Bar No. 211725)<br>mdpeters@mofo.com |
| 7 | | DANIEL P. MUINO (Bar No. 209624)<br>dmuino@mofo.com |
| 8 | | 755 Page Mill Road<br>Palo Alto, CA  94304-1018 |
| 9 | | Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 |
| 10 | | |
| 11 | | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) |
| 12 | | dboies@bsfllp.com<br>333 Main Street |
| 13 | | Armonk, NY  10504<br>Telephone: (914) 749-8200 |
| 14 | | Facsimile: (914) 749-8300<br>STEVEN C. HOLTZMAN (Bar No. 144177) |
| 15 | | sholtzman@bsfllp.com<br>1999 Harrison St., Suite 900 |
| 16 | | Oakland, CA  94612<br>Telephone: (510) 874-1000 |
| 17 | | Facsimile: (510) 874-1460 |
| 18 | | ORACLE CORPORATION<br>DORIAN DALEY (Bar No. 129049) |
| 19 | | dorian.daley@oracle.com<br>DEBORAH K. MILLER (Bar No. 95527) |
| 20 | | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (Bar No. 211600) |
| 21 | | matthew.sarboraria@oracle.com |
| 22 | | 500 Oracle Parkway<br>Redwood City, CA  94065 |
| 23 | | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 24 | | *Attorneys for Plaintiff* |
| 25 | | ORACLE AMERICA, INC. |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. CV 10-03561 WHA (DMR)
sf-3158226
**Error! Unknown document property name.**

3

| | | |
|---|---|---|
| 1 | Dated: June 18, 2012 | KEKER & VAN NEST, LLP |

By:  __/s/ Robert A. Van Nest__

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:   (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. CV 10-03561 WHA (DMR)
sf-3158226
**Error! Unknown document property name.**

4

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.

Date: June 18, 2012  /s/ *Michael A. Jacobs*