# EXHIBIT B

# GOOGLE'S PROPOSED FINAL JUDGMENT

1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION

10 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA (DMR)
11 | Plaintiff, | **[PROPOSED] FINAL JUDGMENT**
12 | v. |
13 | GOOGLE INC. | Dept.: Courtroom 9, 19th Floor
   |                | Judge: Honorable William Alsup
14 | Defendant. |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

FINAL JUDGMENT
CASE NO. CV 10-03561 WHA (DMR)
sf- 3158625
673132.04

Pursuant to Fed. R. Civ. P. 54, it is **ORDERED, ADJUDGED, AND DECREED** that:

1. Oracle's Claim for Infringement of U.S. Patent No. 6,125,447 (Count I) is dismissed with prejudice.

2. Oracle's Claim for Infringement of U.S. Patent No. 6,192,476 (Count II) is dismissed with prejudice.

3. Oracle's Claim for Infringement of U.S. Patent No. 5,966,702 (Count III) is dismissed with prejudice.

4. Oracle's Claim for Infringement of U.S. Patent No. 7,426,720 (Count IV) is dismissed with prejudice.

5. On Oracle's Claim for Infringement of U.S. Patent No. RE38,104 (Count V), judgment is entered for Google.

6. Oracle's Claim for Infringement of U.S. Patent No. 6,910,205 (Count VI) is dismissed with prejudice.

7. On Oracle's Claim for Infringement of U.S. Patent No. 6,061,520 (Count VII), judgment is entered for Google.

8. Oracle's Claim for Copyright Infringement (Count VIII) is dismissed with prejudice, except as follows:

    A. On the portion of Oracle's Claim for Copyright Infringement relating to the documentation for the accused 37 Java API packages, judgment is entered for Google.

    B. On the portion of Oracle's Claim for Copyright Infringement relating to the rangeCheck code in TimSort.java and ComparableTimSort.java, judgment is entered for Oracle.

    C. On the portion of Oracle's Claim for Copyright Infringement relating to the English-language comments in CodeSourceTest.java and CollectionCertStoreParametersTest.java, judgment is entered for Google.

      D.    On the portion of Oracle's Claim for Copyright Infringement relating to the eight decompiled files,[1] judgment is entered for Oracle.

9.    On Google's Counterclaim for Declaratory Judgment of Non-Infringement of the '104 Patent (Count One), judgment is entered for Google.

10.    On Google's Counterclaim for Declaratory Judgment of Non-Infringement of the '520 Patent (Count Five), judgment is entered for Google.

11.    Google's Counterclaims for Declaratory Judgment of Non-Infringement of the '702 (Count Three), '447 (Count Seven), '476 (Count Nine), '205 (Count Eleven), and '720 (Count Thirteen) Patents are dismissed as moot.

12.    Google's Counterclaims for Declaratory Judgment of Invalidity of the '104 (Count Two), '702 (Count Four), '520 (Count 6), '447 (Count Eight), '476 (Count Ten), '205 (Count 12), and '720 (Count Fourteen) Patents are dismissed as moot.

13.    Google's Counterclaim for Declaratory Judgment of Non-Infringement of the Asserted Copyrights (Count Fifteen) is dismissed as moot, except as follows:

      A.    On the portion of Google's Counterclaim for Declaratory Judgment of Non-Infringement of the Asserted Copyrights relating to the documentation for the accused 37 Java API packages, and on the portion relating to the English-language comments in CodeSourceTest.java and CollectionCertStoreParametersTest.java, judgment is entered for Google.

      B.    On the portion of Google's Counterclaim for Declaratory Judgment of Non-Infringement of the Asserted Copyrights relating to the rangeCheck code in TimSort.java and ComparableTimSort.java, and on the portion relating to the eight decompiled files, judgment is entered for Oracle.

14.    In accordance with 17 U.S.C. § 504(c), Oracle is hereby awarded statutory damages in the amount of _____ as to the rangeCheck function, which the Court has found

---

[1] Seven allegedly decompiled Java files appeared in eight Android files entitled: AclEntryImpl.java, AclImpl.java, GroupImpl.java, OwnerImpl.java, PermissionImpl.java, PrincipalImpl.java, PolicyNodeImpl.java, AclEnumerator.java.

to be innocent (Dkt. No. 1202 at 13-14), and in the amount of _____ as to the eight decompiled files, which were treated at trial as a single unit.  (Dkt. No. 1202 at 14).

15. Google, as the prevailing party, is awarded costs under Fed. R. Civ. P. 54(d)(1) and 17 U.S.C. § 505.

DATED this \_\_\_ day of June, 2012.          BY THE COURT:

By: _____
Hon. William Alsup
United States District Court Judge