1 [counsel listed on signature page]

2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA (DMR) |
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER REGARDING COPYRIGHT DAMAGES** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

**STIPULATION**

WHEREAS, the parties previously entered into a stipulation, approved by the Court (ECF 1159), regarding damages, if any, related to Google's infringement of Oracle's copyrights in connection with (1) the rangeCheck code in TimSort.java and ComparableTimSort.java, and (2) the eight decompiled files (seven "Impl.java" files and one "ACL" file) (collectively, the "Copied Materials");

WHEREAS, Section 3.C of the prior stipulation provides that the Court will set an amount of statutory damages for Google's infringement in connection with the Copied Materials if Oracle's copyright claim based on the accused 37 Java API packages (the "SSO Claim") is not submitted to a future jury; and

WHEREAS, the parties wish to modify the prior stipulation in certain respects to facilitate entry of a final, appealable judgment in this action;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The Court may enter an award of statutory damages under Section 3.C of the prior stipulation (ECF 1159) of $0, and can enter statutory damages of $0 in the final judgment in connection with the Copied Materials only.

2. Other than as stated above, this stipulation will not alter the terms of the prior stipulation (ECF 1159). For the avoidance of doubt, the parties reaffirm that paragraph 2 of the prior stipulation shall govern in the event that the SSO Claim or any portion thereof is ultimately submitted to a trier-of-fact for an assessment and award of monetary relief.

3. The amount of statutory damages set in Paragraph 1 shall not be used to support an argument that a party is or is not the "prevailing party" for purposes of allocating costs, nor shall it be used to support an argument that the award is outside the range permitted by 17 U.S.C. § 504(c).

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____    _____
                                    Honorable William Alsup
                                    Judge of the United States District Court

| | | |
|---|---|---|
| 1 | Dated: June 20, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Michael A. Jacobs |

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING COPYRIGHT DAMAGES
CASE NO. CV 10-03561 WHA (DMR)

3

sf-3160618

| | | |
|---|---|---|
| 1 | Dated: June 20, 2012 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By: __/s/ Robert A. Van Nest__ |
| 4 | | ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com |
| 5 | | CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com |
| 6 | | DANIEL PURCELL (SBN 191424)<br>dpurcell@kvn.com |
| 7 | | 710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 10 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 11 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 12 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 13 | | Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| 14 | | |
| 15 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 16 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 17 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 19 | | Facsimile: (415) 318-1300 |
| 20 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 21 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 22 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 23 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 24 | | Facsimile: (650) 328-8508 |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

SECOND STIPULATION AND [PROPOSED] ORDER REGARDING COPYRIGHT DAMAGES
CASE NO. CV 10-03561 WHA (DMR)

4

sf-3160618

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this SECOND STIPULATION AND [PROPOSED] ORDER REGARDING COPYRIGHT DAMAGES. In compliance with General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.

Date: June 20, 2012  /s/ Michael A. Jacobs