**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.
_____/

No. C 10-03561 WHA

**FINAL JUDGMENT**

    The pleadings in this action asserted the following: Oracle asserted infringement of seven patents, U.S. Patent Nos. 6,125,447; 6,192,476; 5,966,702; 7,426,720; RE38,104; 6,910,205; and 6,061,520. Oracle further asserted infringement of its copyrights in the code, documentation, specifications, libraries, and other materials that comprise the Java platform. Oracle alleged that the infringed elements included Java method and class names, definitions, organization, and parameters; the structure, organization and content of Java class libraries; and the content and organization of Java's documentation. In turn, Google asserted declaratory judgments of non-infringement and invalidity, and equitable defenses. Before trial, Oracle dismissed with prejudice all claims for relief based on the '447, '476, '702, '720, and '205 patents. During trial, Google abandoned claims for relief for invalidity declarations as to the '104 and '520 patents.

Based upon the verdicts by the jury and orders entered by the Court, it is now **ORDERED, ADJUDGED, AND DECREED** that:

With respect to Oracle's claim for relief and Google's counterclaim for declaratory judgment of non-infringement for the '520 and '104 patents, judgment is entered for Google and against Oracle. With respect to Google's counterclaims for declaratory judgment of invalidity for the '520 and '104 patents, judgment is entered for Oracle and against Google, such counterclaims having been abandoned during trial. With respect to the five remaining patents, claims for relief by Oracle were completely dismissed with prejudice by Oracle (and may not be resurrected except as indicated in the orders of May 3, 2011, and March 2, 2012, with respect to new products). In this regard, it is the intent of this judgment and order that general principles of merger of claims into the judgment and res judicata shall be applicable.

With respect to Oracle's claim for relief for copyright infringement, judgment is entered in favor of Google and against Oracle except as follows: the rangeCheck code in TimSort.java and ComparableTimSort.java, and the eight decompiled files (seven "Impl.java" files and one "ACL" file), as to which judgment for Oracle and against Google is entered in the amount of zero dollars (as per the parties' stipulation).

With respect to Google's equitable defenses, judgment is entered for Oracle and against Google as to waiver and implied license. As to equitable estoppel and laches, no ruling need be made due to mootness.

**IT IS SO ORDERED.**

Dated: June 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2