1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
3   mdpeters@mofo.com
    DANIEL P. MUINO (Bar No. 209624)
4   dmuino@mofo.com
    755 Page Mill Road, Palo Alto, CA  94304-1018
5   Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (Admitted *Pro Hac Vice*)
7   dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
8   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
9   sholtzman@bsfllp.com
    1999 Harrison St., Suite 900, Oakland, CA  94612
10  Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11  ORACLE CORPORATION
    DORIAN DALEY (Bar No. 129049)
12  dorian.daley@oracle.com
    DEBORAH K. MILLER (Bar No. 95527)
13  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (Bar No. 211600)
14  matthew.sarboraria@oracle.com
    500 Oracle Parkway, Redwood City, CA  94065
15  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER RE ORACLE AMERICA, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(B) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| | Date:    July 26, 2012<br>Time:   8:00 a.m.<br>Dept.:   Courtroom 8, 19th Floor<br>Judge:  Honorable William H. Alsup |

Before the Court is Oracle America, Inc.'s Motion for Judgment as a Matter of Law Under Rule 50(b) or, in the Alternative, For a New Trial.  The Court, having considered the papers filed in support of an in opposition to the motion, the arguments presented at the hearing, and other matters relevant to the determination of this motion, hereby **GRANTS** Oracle's motion for judgment as a matter of law under Rule 50(b) that:

(1) Oracle owns the asserted copyrighted works; (2) Google infringed Oracle's copyrights by copying comments in Oracle's CodeSource.java and CollectionCertStoreParameters.java files; (3) Google infringed Oracle's copyrights by copying from Java documentation into Android documentation; (4) Google's copying from the 37 Java API packages at issue in this action was not a fair use; (5) The material Google copied from the 37 Java API packages is copyrightable; (6) Google infringed Oracle's copyrights by creating an unauthorized derivative work; (7) Google infringed the asserted claims of the '104 patent; and (8) Google infringed the asserted claims of the '520 patent.

[In the alternative, the Court **GRANTS** Oracle's request for a new trial on the issues of: (1) Google's copying of comments in Oracle's CodeSource.java and CollectionCertStoreParameters.java files; (2) Google's copying from Java documentation into Android documentation; (3) Google's creation of an unauthorized derivative work; (4) the copyrightability of the 37 Java API packages at issue in this action; and (5) Google's infringement of the asserted claims of the '104 and '520 patents.

In addition, because the jury did not reach a verdict on Google's defense of fair use, Oracle is entitled to a new trial on that issue.]

IT IS SO ORDERED.

Dated: _____

Honorable William H. Alsup
United States District Court Judge

[PROPOSED] ORDER RE ORACLE'S MOTION FOR JMOL UNDER RULE 50(B) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL - CASE NO. CV 10-03561 WHA
pa-1538014

1