UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  June 20, 2012                                   Total Hearing Time: 25 minutes

Case No.  C10-03561 WHA

Title: ORACLE AMERICA, INC v. GOOGLE INC

Plaintiff Attorney(s): Michael Jacobs; Fred Norton; Andrew Temkin; Dan Muino; Marc Peters

Defense Attorney(s): Bob Van Nest; Bruce Baber; Christa Anderson
                    Scott Weingaertner; Renny Hwang

Deputy Clerk:  Dawn Toland                         Court Reporter: Deb Pas

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Court and parties thanked Mr. John Cooper for his services.  Parties resolved the fees, only remaining issue is the judgment.