IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| GOOGLE INC., | |
| Defendant. | |

Google moves to seal exhibits B and C to its bill of costs (Dkt. No. 1215). No opposition has been filed. Exhibits B and C contain invoices from third-party FTI, a provider of e-discovery services. These invoices contain information about FTI's personnel, pricing practices, and proprietary methodologies that would be harmful if shared with the public (Adams Decl. ¶¶ 4–6). Therefore, Google's motion to seal is **GRANTED**. Exhibits B and C shall be filed under seal.

**IT IS SO ORDERED.**

Dated: July 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE