IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL** |
| GOOGLE INC., | |
| Defendant. | |

Plaintiff Oracle America, Inc. moves for judgment as a matter of law under Rule 50(b), or in the alternative, for a new trial under Rule 59, on issues of patent and copyright infringement. Oracle's arguments are repetitive of its Rule 50(a) motions and rely on the same evidence. For reasons stated in prior orders (Dkt. Nos. 1119, 1165, 1201, 1202, 1203, 1211), Oracle's motion is **DENIED**. The hearing scheduled for July 26 is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE