KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
DONALD F. ZIMMER, JR. - #112279
fzimmer@kslaw.com
CHERYL A. SABNIS - #224323
csabnis@kslaw.com
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

KING & SPALDING LLP
SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

GREENBERG TRAURIG, LLP
IAN C. BALLON - #141819
ballon@gtlaw.com
HEATHER MEEKER - #172148
meekerh@gtlaw.com
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                            Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                            Defendant. | Case No. 3:10-cv-03561-WHA<br><br>Honorable Judge William Alsup<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR RULE 50(b) JUDGMENT AS A MATTER OF LAW ON PORTIONS OF COUNT VIII OF ORACLE'S AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |

Before this Court is Google Inc.'s Motion for Rule 50(b) Judgment as a Matter of Law on Portions of Count VIII of Oracle's Amended Complaint, or, in the Alternative, for a New Trial. Based on the motion, the memorandum of points and authorities in support thereof, the pleadings on file, any evidence or argument presented at a hearing, and any other relevant matter, Google's Motion for Rule 50(b) Judgment as a Matter of Law on Portions of Count VIII of Oracle's Amended Complaint is **GRANTED**.

[Alternatively, Google's Motion for a New Trial on Portions of Count VIII of Oracle's Amended Complaint is **GRANTED**]

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR RULE 50(b) JUDGMENT AS A MATTER OF LAW ON PORTIONS OF COUNT VIII OF ORACLE'S AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR A NEW TRIAL
CASE NO. 3:10-cv-03561 WHA