1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   KENNETH A. KUWAYTI (Bar No. 145384)
3  kkuwayti@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
4  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
5  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA 94304-1018
6  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

7  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
8  dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA 94612
11 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

12 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
13 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
14 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
15 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA 94065
16 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
18

19                      UNITED STATES DISTRICT COURT

20                     NORTHERN DISTRICT OF CALIFORNIA

21                          SAN FRANCISCO DIVISION

22 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **ORACLE ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DISCOVERY PRICING INFORMATION** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby requests permission to lodge portions of the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5:

1. Declaration of Vadim Bergelson in Support of Oracle's Objections to Google's Bill of Costs, including Exhibit 1 attached thereto.

2. Portions of Oracle's Objections to Google's Bill of Costs discussing specific pricing information from vendors FTI and SFL Data.

The above documents contain specific pricing information from third party discovery vendors FTI and SFL Data. The Court previously allowed Google to file materials discussing FTI's specific pricing information under seal, and Oracle brings this motion in accordance with the Court's order. See ECF No. 1218. Like FTI, SFL Data considers the pricing information in the documents listed above to be confidential. *See* Declaration of Benjamin Beck in support of Oracle's Administrative Motion to File Certain Discovery Pricing Information Under Seal. Google does not oppose the sealing of these documents.

Dated: July 23, 2012                    MORRISON & FOERSTER LLP

                                        By:  /s/ Daniel P. Muino
                                             Daniel P. Muino

                                        *Attorneys for Plaintiff*
                                        ORACLE AMERICA, INC.

ORACLE ADMIN MOTION TO FILE UNDER SEAL CERTAIN DISCOVERY PRICING INFORMATION
CASE NO. CV 10-03561 WHA
pa-1542893

1