1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF BENJAMIN BECK IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DISCOVERY PRICING INFORMATION**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Benjamin Beck, declare as follows:

1. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Certain Discovery Pricing Information. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently to the following.

2. SFL Data ("SFL") provides electronic discovery and project management services to corporate legal departments and law firms. I have been working at SFL since 2007, and my present title is Chief Client Officer. My job responsibilities include, among other things, negotiating pricing with SFL's clients.

3. I understand that an SFL pricing estimate is being submitted in support of Oracle's Objections to Google's Bill of Costs. SFL requests that this information remain under seal.

4. SFL considers its pricing information confidential and does not ordinarily distribute it without an obligation from the recipient not to disclose it to third parties. Disclosing SFL's pricing information would put SFL at a disadvantage to its competitors.

5. The task descriptions in the pricing estimate being submitted in this case, as well as the document's structure, reveal SFL's business methods and processes, which SFL considers proprietary. Disclosing this information would further disadvantage SFL competitively.

6. SFL thus respectfully requests that its pricing estimate, and the information contained within it, be filed under seal.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on July 23, 2012, in San Francisco, California.

_____
Benjamin Beck

1 | ATTESTATION OF FILER

2    I, Daniel P. Muino, have obtained Mr. Beck's concurrence to file this document on his

3 behalf.

MORRISON & FOERSTER LLP

4 Dated: July 23, 2012

By:  /s/ Daniel P. Muino
        Daniel P. Muino

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

BECK DECLARATION IN SUPPORT OF ORACLE MOTION TO FILE UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1542911

2