IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                                   /

No. C 10-03561 WHA

**ORDER FOR REPLY BRIEF**

By **NOON ON AUGUST 3**, Google may file a ten-page reply brief in response to Oracle's recent objections to the bill of costs (Dkt. No. 1225).

**IT IS SO ORDERED.**

Dated: July 26, 2012.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE