# EXHIBIT A

| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188<br><br>KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER<br>(*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (Pro Hac Vice)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300<br><br>IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328.8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Case No. 3:10-cv-03561 WHA<br><br>SUPPLEMENTAL DECLARATION OF<br>KRISTIN ZMRHAL IN SUPPORT OF<br>GOOGLE'S BILL OF COSTS<br><br>Dept.:　　Courtroom 8, 19th Floor<br>Judge:　　Hon. William Alsup |

I, Kristin Zmrhal, declare as follows:

1. I am a Project Manager of Discovery Support at Google Inc. ("Google"). I submit this supplemental declaration in support of Google's Bill of Costs. I managed Google's document collection and production in the above-captioned case. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. I have reviewed the invoices that Google received from its e-discovery vendor, FTI, for e-discovery expenses related to the above-captioned matter. FTI charged Google approximately $7.5 million for e-discovery-related costs in this matter.

3. I have reviewed Google's Bill of Costs and its Response to Oracle's Objections to Google's Bill of Costs. The e-discovery costs claimed therein were necessarily incurred as part of reproducing disclosure and formal discovery documents in this case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Mountain View, California on July 26, 2012.

By: _____
KRISTIN ZMRHAL

---

1

SUPPLEMENTAL ZMRHAL DECLARATION IN SUPPORT OF GOOGLE'S BILL OF COSTS
Case No. 3:10-CV-03561 WHA

682248.01