John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Rule 706 Expert, James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. C 10-3561 WHA <br><br> STATEMENT ON BEHALF OF DR. KEARL REGARDING RELATIONSHIPS WITH COMMENTATORS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This statement is filed on behalf of Dr. James R. Kearl, the economic expert appointed by this Court pursuant to Rule 706 of the Federal Rules of Evidence, Charles River Associates, Incorporated his supporting company and his counsel John L. Cooper and the law firm of Farella, Braun + Martel LLP in accordance with the Order of this Court dated August 7, 2012, docket number 1229. This statement certifies that none of the persons or entities on whose behalf this

/////

/////

/////

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

27152\3230670.1

STATEMENT ON BEHALF OF DR. KEARL RE RELATIONSHIPS WITH COMMENTATORS

statement is made has retained or paid any person or entity, including any authors, journalists, commentators or bloggers to publish in any manner any comment or analysis regarding the above captioned action.

Dated: August 8, 2012

FARELLA BRAUN + MARTEL LLP

By: /s/ John L. Cooper
John L. Cooper

Attorneys for Rule 706 Expert, James R. Kearl

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

27152\3230670.1

STATEMENT ON BEHALF OF DR. KEARL RE RELATIONSHIPS WITH COMMENTATORS