1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
3  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
4  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA  94304-1018
5  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

6  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
7  dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
8  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
9  sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA  94612
10 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

11 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
12 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
13 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
14 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA  94065
15 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

16 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |
| Defendant. | |

1  Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal
2  Certain Discovery Pricing Information.  Having considered the Motion, the declaration of
3  Benjamin Beck in support thereof, the pleadings on file, and any other relevant materials, the
4  Motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated:  August 9, 2012.

Honorable William H. Alsup
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. CV 10-03561 WHA
pa-1542895

1