MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA 94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S STATEMENT REGARDING FINANCIAL RELATIONSHIPS WITH COMMENTATORS**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1   Oracle welcomes the Court's August 7, 2012 Order, as it believes that much of the
2   copyright and fair use commentary that occurred outside of the courtroom before and during the
3   pendency and trial of this case was instigated by Google or its direct or indirect representatives.
4   Pursuant to the Court's Order, Oracle identifies the following authors, journalists,
5   commentators, or bloggers who have reported or commented on any issues in this case and who
6   have received money (other than normal subscription fees) from Oracle or its counsel during the
7   pendency of this action:
8   Oracle has retained Florian Mueller, author of the blog FOSS Patents,
9   www.fosspatents.com, as a consultant on competition-related matters, especially relating to
10  standards-essential patents.  Oracle notes that Mr. Mueller fully disclosed his relationship with
11  Oracle in a blog posting dated April 18, 2012; that Oracle retained him after he had begun writing
12  about this case; and that he was not retained to write about the case.  Mr. Mueller is a frequent
13  critic of Oracle and was a leading advocate against Oracle's acquisition of Sun Microsystems,
14  Inc., which led to Oracle's ownership of Sun's Java IP portfolio. A copy of Mr. Mueller's
15  disclosure is attached as Exhibit A at 5.
16  Certain Oracle employees may have blogged about issues relating to the case.  *See, e.g.*,
17  https://blogs.oracle.com/hinkmond/ (blogging about Java ME).  Oracle did not ask or approve any
18  of its employees to write about the case and does not track employee bloggers.
19  In view of the Order's reference to treatise writers, out of an abundance of caution, Oracle
20  notes that Stanford University Professor Paul Goldstein is Of Counsel to Morrison & Foerster and
21  is the author of the treatise *Goldstein on Copyright*.  Professor Goldstein has not commented on
22  this lawsuit.
23  In contrast, Oracle notes that Google maintains a network of direct and indirect
24  "influencers" to advance Google's intellectual property agenda.  This network is extensive,
25  including attorneys, lobbyists, trade associations, academics, and bloggers, and its focus extends
26  beyond pure intellectual property issues to competition/antitrust issues.  Oracle notes that
27  Google's extensive network of influencers has been the subject of recent press coverage.  *See,*
28  *e.g.*, Exhibits B and C.  Oracle believes that Google brought this extensive network of influencers

1   to help shape public perceptions concerning the positions it was advocating throughout this trial.
2   While it is Google's obligation by the Court's Order to disclose the full scope and details of this
3   network as it relates to this case or the issues in this case, Oracle notes just two prominent
4   examples:  Ed Black, President and Chief Executive Officer of the Computer and
5   Communications Industry Association, funded in large part by Google, has written specifically on
6   the issue of copyrightability of APIs.  *See, e.g.,* Exhibit D.  Jonathan Band was a co-author of the
7   book, "Interfaces on Trial 2.0," which Google cited in its April 3, 2012 copyright brief.  Band's
8   indirect relationship to Google through Google supported trade associations is discussed in the
9   August 10, 2012 Recorder article attached as Exhibit C.

11  Dated: August 17, 2012                           MORRISON & FOERSTER LLP
12                                                   By:   /s/  Michael A. Jacobs
13                                                         *Attorneys for Plaintiff*
                                                           ORACLE AMERICA, INC.

ORACLE'S STATEMENT REGARDING FINANCIAL RELATIONSHIPS WITH COMMENTATORS
CASE NO. CV 10-03561 WHA
sf-3184259

2