# EXHIBIT B



## U.S. Public Policy

# Transparency

## Standards of business conduct

Google's public policy team works in compliance with Google's Code of Conduct, which all Google employees must know and follow.

# Political contribution policies and criteria for assessing candidates

U.S. campaign finance law prohibits any company from making a direct contribution to a federal political candidate from its general corporate funds. Political Action Committees, or PACs, are a transparent and lawfully regulated system for employees to band together to support federal candidates.

We created Google NetPAC in late 2006 to support federal officeholders and candidates who share Google's goal of promoting the Internet as a free and open platform for communication and innovation, to the benefit of our users.

Since then, we've set up a PAC Advisory Committee of Googlers to assist the PAC in carrying out its mission.

We base our giving decisions on a number of factors, including – and most importantly – the policy stances of Members of Congress. We support candidates who have demonstrated a commitment to Google's public policy agenda, centered on policies to promote the continued openness and growth of the Internet. We also believe it is important to support policymakers representing the States and congressional districts where Google has operations and employees.

A PAC Board of Directors makes all final decisions on the donations made by Google NetPAC. An Advisory Group, made up of interested Googlers from across the company, has helped promote the PAC and provides input into the giving strategy and overall approach.

Separate from Google NetPAC, Google has a giving plan in California, where we contribute to candidates and campaigns in the state. We do this through corporate contributions, which is allowed under California law.

# Google NetPAC contributions

Information about Google NetPAC contributions is available below:

- Contributions to U.S. federal candidates and committees

# Contributions – California

Information about Google's contributions to candidates and campaigns in California is available below:

- Contributions to California candidates and campaigns

More information is available through the California Secretary of State website.

# Memberships and dues paid to political organizations

Google is a member of several national and state political organizations, including:

- Conference of Western Attorneys General (CWAG)
- Democratic Attorneys General Association (DAGA)
- Democratic Governors Association (DGA)
- Democratic Legislative Leadership Conference (DLLC)
- National Association of State Chief Information Officers (NASCIO)

- Republican Governors Association (RGA)
- Republican State Leadership Committee (RSLC)
- State Senate Leadership Conference

# Memberships and dues paid to trade associations

Google belongs to a number of trade associations and other organizations, representing a broad range of companies committed to issues that we care about, including:

- Bay Area Technology Council

- California Chamber of Commerce
- Consumer Electronics Association (CEA)
- Computer & Communications Industry Association (CCIA)
- Cloud Security Alliance
- Coalition for Patent Fairness
- Compete America
- Digital Due Process
- Digital Media Association (DiMA)
- Interactive Advertising Bureau (IAB)
- Internet Alliance
- NetCoalition

- National Cyber Security Alliance (NCSA)
- Open Internet Coalition
- Open Source for America (OSFA)
- San Francisco Chamber of Commerce
- Silicon Valley Leadership Group
- Software & Information Industry Association (SIIA)
- State Privacy and Security Coalition
- Task Force on American Innovation
- TechAmerica
- U.S. Chamber of Commerce
- Utah Technology Council
- VON Coalition

# Lobbying disclosure filings

Federal law requires Google to report information regarding federal lobbying activities engaged in by Google or on Google's behalf each quarter. These filings are provided below:

- 2011
  - Fourth quarter
  - Third quarter
  - Second quarter
  - First quarter
- 2010
  - Fourth quarter
  - Third quarter

Transparency – U.S. Public Policy – Google

- o Second quarter
- o First quarter
- 2009
  - o Fourth quarter
  - o Third quarter
  - o Second quarter
  - o First quarter

- 2008
  - o Fourth quarter
  - o Third quarter
  - o Second quarter
  - o First quarter
- 2007
  - o Year-end
  - o Mid-year

# Support for third-party groups

Our policy team contributes to a number of independent third-party organizations, either as general program support or by sponsoring their events. While we are not always aligned with these organizations on public policy, we are proud to contribute. These organizations include:

- AARP
- Ad Council
- American Enterprise Institute (AEI)
- Aspen Institute
- Berkman Center
- Brookings Institution
- Center for Democracy and Technology (CDT)
- Common Sense Media
- Competitive Enterprise Institute (CEI)
- Congressional Black Caucus Foundation
- Congressional Hispanic Caucus Institute
- ConnectSafely.org
- Consumer Federation of America
- Creative Commons
- Digital Dialogue Forum

- Digital Village Associates
- Family Online Safety Institute (FOSI)
- Freedom House
- Future of Music Coalition
- GetNetWise
- Heritage Foundation
- Human Rights Campaign

- iKeepSafe
- Information Technology and Innovation Foundation (ITIF)
- Internet Education Foundation
- Leadership Conference on Civil and Human Rights
- League of United Latin American Citizens (LULAC)
- Media Access Project
- National Association for the Advancement of Colored People (NAACP)
- National Association of Latino Elected and Appointed Officials (NALEO)
- National Center for Missing and Exploited Children (NCMEC)
- National Council of La Raza
- National Consumers League
- National Federation of Independent Businesses (NFIB)
- National Hispanic Media Coalition
- National Urban League
- OneWebDay
- Open Technology Initiative @ New America Foundation
- Progress and Freedom Foundation
- Progressive Policy Institute
- Public Knowledge
- Technology Policy Institute
- U.S. Hispanic Chamber of Commerce
- WiredSafety

# Google Policy Fellowship program

The Google Policy Fellowship program was inspired by Google's Summer of Code with a public policy twist.

The Google Policy Fellowship program offers undergraduate, graduate, and law students interested in Internet and technology policy the opportunity to spend the summer contributing to the

Transparency – U.S. Public Policy – Google

public dialogue on these issues, and exploring future academic and professional interests.

Fellows have the opportunity to work at public interest organizations at the forefront of debates on broadband and access policy, content regulation, copyright and trademark reform, consumer privacy, open government, and more. Participating organizations are based in either Washington, DC, San Francisco, CA, Ottawa or Toronto, Canada, and include:

- American Library Association
- Canadian Internet Policy and Public Interest Clinic
- Center for Democracy and Technology (CDT)
- Citizen Lab
- Competitive Enterprise Institute (CEI)
- Creative Commons
- Electronic Frontier Foundation
- Future of Music Coalition

- Internet Education Foundation
- Joint Center for Political and Economic Studies
- Media Access Project
- National Hispanic Media Coalition
- New America Foundation
- Progress and Freedom Foundation
- Public Knowledge
- TechFreedom
- Technology Policy Institute

To learn more, visit the Google Policy Fellowship website.