UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:   August 23, 2012                    Total Hearing Time: 6 minutes

Case No.   C10-03561 WHA

Title: ORACLE AMERICA, INC v. GOOGLE INC

Plaintiff Attorney(s): Michael Jacobs; Dan Muino; Roman Swoops; Ken Kuwayti; Andrew Temkin

Defense Attorney(s): Christa Anderon; Michael Kwun; Reid Mullen; Bob Van Nest; Renny Hwang

Deputy Clerk:  Dawn Toland                 Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Motion for Judgment as a Matter of Law - Taken Under Submission

2)   _____


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**