IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL**

Defendant Google Inc. moves for judgment as a matter of law under Rule 50(b), or in the alternative, for a new trial under Rule 59, on copyright issues regarding the rangeCheck function and decompiled files. Google's arguments are repetitive of its Rule 50(a) motion and rely on the same evidence. For reasons stated in the prior orders (Dkt. Nos. 1119, 1123), Google's motion is **DENIED**.

The Court takes this opportunity to state that it will take no further action regarding the subject of payments by the litigants to commentators and journalists and reassures both sides that no commentary has in any way influenced the Court's orders and ruling herein save and except for any treatise or article expressly cited in an order or ruling.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE