1  MORRISON & FOERSTER LLP
   MICHAEL A. JACOBS (Bar No. 111664)
2  mjacobs@mofo.com
   KENNETH A. KUWAYTI (Bar No. 145384)
3  kkuwayti@mofo.com
   MARC DAVID PETERS (Bar No. 211725)
4  mdpeters@mofo.com
   DANIEL P. MUINO (Bar No. 209624)
5  dmuino@mofo.com
   755 Page Mill Road, Palo Alto, CA 94304-1018
6  Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

7  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
8  dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
9  Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
   STEVEN C. HOLTZMAN (Bar No. 144177)
10 sholtzman@bsfllp.com
   1999 Harrison St., Suite 900, Oakland, CA 94612
11 Telephone: (510) 874-1000 / Facsimile: (510) 874-1460

12 ORACLE CORPORATION
   DORIAN DALEY (Bar No. 129049)
13 dorian.daley@oracle.com
   DEBORAH K. MILLER (Bar No. 95527)
14 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (Bar No. 211600)
15 matthew.sarboraria@oracle.com
   500 Oracle Parkway, Redwood City, CA 94065
16 Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

22 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **PLAINTIFF ORACLE AMERICA, INC.'S NOTICE OF APPEAL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

PLAINTIFF ORACLE AMERICA, INC.'S NOTICE OF APPEAL
CASE NO. CV 10-03561 WHA
pa-1554340

Notice is hereby given that Plaintiff Oracle America, Inc. ("Oracle") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment (Dkt. No. 1211) entered in this action on the 20th day of June, 2012, and from any and all other orders and rulings adverse to Oracle.

Dated: October 4, 2012          MORRISON & FOERSTER LLP

                                By:  /s/
                                     Michael A. Jacobs

                                *Attorneys for Plaintiff*
                                ORACLE AMERICA, INC.

PLAINTIFF ORACLE AMERICA, INC.'S NOTICE OF APPEAL
CASE NO. CV 10-03561 WHA
pa-1554340

1