**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 4, 2012

U.S. Court of Appeals
For the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**CASE NUMBER: CV 10-03561 WHA**

**CASE TITLE: ORACLE AMERICA, INC.-v-GOOGLE INC.**

USCA Case Number:

Dear Sir/Madam:

      Enclosed is the Docket Sheet, Notice of Appeal and Order being appealed in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Doug Merry
Case Systems Administrator

cc: Counsel of Record