AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

United States District Court for the Northern District of California

---

ORACLE AMERICA, INC.-v-GOOGLE INC.
Plaintiff(s)          Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent**

Docket No.  CV 10-03561 WHA          Date of Judgment/Order:  **6/20/2012**

Cross or related appeal? **No**   Date of Notice of Appeal:  **10/3/2012**

Appellant is:  (X)  Plaintiff     ()  Defendant     ()  Other (explain

---

DOCKET FEE STATUS:
   (X)  Paid     ()  Not Paid     Billed On:
U.S. Appeal?  Yes ()   No  (X)
In forma pauperis?
  ()  Granted     ()  Denied    ()  Revoked     ()  Pending    ()  Never requested

---

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

See Enclosed Docket Sheet

COURT REPORTER: See Enclosed Docket Sheet

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.