| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br>Tel:  415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING  LLP<br>SCOTT T. WEINGAERTNER<br>(*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (Pro Hac Vice)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA  94303<br>Tel: 650.328.8500<br>Fax: 650.328.8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>           Plaintiff,<br><br>       v.<br><br>GOOGLE INC.,<br><br>           Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**AMENDED NOTICE OF APPEAL**<br><br>Dept.:    Courtroom 8, 19th Floor<br>Judge:    Hon. William Alsup |

Case No. 3:10-CV-03561 WHA

697861.01

1  Notice is hereby given that Defendant, Google Inc. (hereinafter "Google"), appeals to the
2  United States Court of Appeals for the Federal Circuit from the Order Denying Motion for
3  Judgment as a Matter of Law and New Trial (Dkt. No. 1242) entered in this action on September
4  4, 2012.

Dated:  October 4, 2012               KEKER & VAN NEST LLP

                                      /s/ Steven A. Hirsch
                                By:      STEVEN A. HIRSCH

                                      Attorneys for Defendant
                                      GOOGLE INC.

697861.01

1

Case No. 3:10-CV-03561 WHA