| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | KING & SPALDING LLP<br>DONALD F. ZIMMER, JR. - #112279<br>fzimmer@kslaw.com<br>CHERYL A. SABNIS - #224323<br>csabnis@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.318.1200<br>Fax: 415.318.1300 |
| KING & SPALDING LLP<br>SCOTT T. WEINGAERTNER<br>(*Pro Hac Vice*)<br>sweingaertner@kslaw.com<br>ROBERT F. PERRY<br>rperry@kslaw.com<br>BRUCE W. BABER (Pro Hac Vice)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: 212.556.2100<br>Fax: 212.556.2222 | IAN C. BALLON - #141819<br>ballon@gtlaw.com<br>HEATHER MEEKER - #172148<br>meekerh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650.328.8500<br>Fax: 650.328.8508 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**NOTICE OF CROSS-APPEAL**<br><br>Dept.:     Courtroom 8, 19th Floor<br>Judge:     Hon. William Alsup |

Notice is hereby given that Defendant Google Inc. cross-appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment (Dkt. 1211) entered in this action on June 20, 2012, including, without limitation, the portion of that judgment entering judgment for Plaintiff Oracle America, Inc. on its claim for copyright infringement as to the rangeCheck code in TimSort.java and ComparableTimSort.java, and the eight decompiled files (seven "Impl.java" files and one "ACL" file).

This is a cross-appeal from Plaintiff's Notice of Appeal filed on October 3, 2012 (Dkt. 1243).

Dated: October 4, 2012

KEKER & VAN NEST LLP

By: /s/ Steven A. Hirsch
STEVEN A. HIRSCH

Attorneys for Defendant
GOOGLE INC.

1

Case No. 3:10-CV-03561 WHA

697865.01