AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

ORACLE AMERICA, INC.-v-GOOGLE INC.
Plaintiff(s)              Defendant(s)

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case:  Patent

Docket No.  CV 10-03561 WHA          Date of Judgment/Order:  6/20/2012

Cross or related appeal?  **Yes**  Date of Notice of Appeal:  **Appeal: 10/3/12; X-Appeal 10/4/12**

Appellant is:  (X) Plaintiff    (X) Defendant    () Other (explain

DOCKET FEE STATUS:
    (X) Paid    () Not Paid    Billed On:
    U.S. Appeal?  Yes ()  No (X)
    In forma pauperis?
     () Granted    () Denied    () Revoked     () Pending    (x) Never requested

COUNSEL
(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

See Docket Sheet

COURT REPORTER: See Docket Sheet

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.