

# USDC-CAND PAY.GOV APPLICATION FOR REFUND

| | |
|---|---|
| Today's Date | 10/04/2012 |
| Account Holder Name | Steven A. Hirsch |
| Account Holder Billing Address | 633 Battery Street |
| Account Holder Billing City | San Francisco |
| Account Holder Billing State | CA |
| Account Holder Billing Zip | 94111 |
| Requestor's Telephone Number | 415 391-5400 |
| Requestor's E-mail Address | SHirsch@kvn.com |
| Pay.gov Tracking ID (number) | 2586Q8S7 |
| Agency Tracking ID (number) | 0971-7176689 |
| Transaction Date | 10/04/2012 |
| Transaction Time | 4:08:34 PM |
| Transaction Amount (to be refunded) | 455.00 |
| Purpose of Payment/Fee | Filing of Notice of Appeal |
| Full Case Number (if applicable) | 3:10-cv-03561 WHA |
| Reason for Refund Request | Duplicate fee charged in error. See Pay.gov Tracking ID 2586Q9DD, Agency Tracking ID 0971-7176729, Transaction Date: Oct 4, 2012 4:11:42 PM for correct charge. |

- The information required above can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.
- For information on submitting this form to the court, see: https://ecf.cand.uscourts.gov/cand/faq/paygov.htm

| For U.S. District Court use only. | | |
|---|---|---|
| Refund Request | APPROVED: ✓ | DENIED: |
| Refund Approved By | *[signature]* | |
| Pay.gov Refund Tracking ID Refunded | 2588GQHH | |
| Agency Refund Tracking ID Number | 0971-7176689 | |
| Date Refund Processed | 10/9/12 | |
| Refund Processed By | *[signature]* | |
| Reason for Denial | | |
| Referred for OSC | | |

Clear Form