[counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE AMERICA, INC.

Plaintiff,

v.

GOOGLE INC.

Defendant.

Case No. CV 10-03561 WHA (DMR)

**STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL**

Dept.: Courtroom 9, 19th Floor
Judge: Honorable William H. Alsup

**STIPULATION**

WHEREAS, on September 4, 2012, the Court awarded costs to Google in the amount of $1,130,320 ("Costs Award") (ECF 1241 at 5);

WHEREAS, on October 3, 2012, Oracle filed a Notice of Appeal from the Final Judgment entered by the Court on June 20, 2012 (ECF 1211);

WHEREAS, Oracle desires to stay execution of the Costs Award pending appeal, pursuant to Fed. R. Civ. P. 62(d), and seeks a waiver of the requirement that it post a supersedeas bond; and

WHEREAS, Google is agreeable to staying execution of the Costs Award pending appeal and agrees to waive the requirement that Oracle post a supersedeas bond, provided that Oracle pay the Costs Award with post-judgment interest, provided the Costs Award has not been overturned, at the exhaustion of all appellate proceedings;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Pursuant to Fed. R. Civ. P. 62(d), execution of the costs awarded by this Court on September 4, 2012, shall be stayed pending appeal from the Final Judgment of June 20, 2012. By agreement of the parties, Oracle is not required to post a supersedeas bond.

2. Provided the Costs Award has not been overturned, at the exhaustion of all appellate proceedings Oracle shall pay that award with post-judgment interest.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: ______________________

______________________________________
Honorable William Alsup
Judge of the United States District Court

Dated: October 15, 2012

MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

Dated: October 15, 2012

KEKER & VAN NEST, LLP

By: /s/ Robert A. Van Nest

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
CHRISTA M. ANDERSON (SBN184325)
canderson@kvn.com
DANIEL PURCELL (SBN 191424)
dpurcell@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
BRUCE W. BABER (*Pro Hac Vice*)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

DONALD F. ZIMMER, JR. (SBN 112279)
fzimmer@kslaw.com
CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
KING & SPALDING LLP
101 Second Street - Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
ballon@gtlaw.com
HEATHER MEEKER (SBN 172148)
meekerh@gtlaw.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

*Attorneys for Defendant*
GOOGLE INC.

Case3:10-cv-03561-WHA Document1252 Filed10/15/12 Page6 of 6

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL. In compliance with General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.

Date: October 15, 2012 /s/ Michael A. Jacobs

STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL
CASE NO. CV 10-03561 WHA (DMR)
sf-3202204 5