1  [counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA (DMR) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

1 **STIPULATION**

2 WHEREAS, on September 4, 2012, the Court awarded costs to Google in the amount of

3 $1,130,320 ("Costs Award") (ECF 1241 at 5);

4 WHEREAS, on October 3, 2012, Oracle filed a Notice of Appeal from the Final Judgment

5 entered by the Court on June 20, 2012 (ECF 1211);

6 WHEREAS, Oracle desires to stay execution of the Costs Award pending appeal,

7 pursuant to Fed. R. Civ. P. 62(d), and seeks a waiver of the requirement that it post a supersedeas

8 bond; and

9 WHEREAS, Google is agreeable to staying execution of the Costs Award pending appeal

10 and agrees to waive the requirement that Oracle post a supersedeas bond, provided that Oracle

11 pay the Costs Award with post-judgment interest, provided the Costs Award has not been

12 overturned, at the exhaustion of all appellate proceedings;

13 NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows:

14 1. Pursuant to Fed. R. Civ. P. 62(d), execution of the costs awarded by this Court on

15 September 4, 2012, shall be stayed pending appeal from the Final Judgment of June 20, 2012. By

16 agreement of the parties, Oracle is not required to post a supersedeas bond.

17 2. Provided the Costs Award has not been overturned, at the exhaustion of all

18 appellate proceedings Oracle shall pay that award with post-judgment interest.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: October 15, 2012.

_____
Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| 1 | Dated: October 15, 2012 | MORRISON & FOERSTER LLP |

By:  /s/ Michael A. Jacobs

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY  10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

| | | |
|---|---|---|
| 1 | Dated: October 15, 2012 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By:  */s/ Robert A. Van Nest* |
| | | ROBERT A. VAN NEST (SBN 84065) |
| 4 | | rvannest@kvn.com |
| | | CHRISTA M. ANDERSON (SBN184325) |
| 5 | | canderson@kvn.com |
| | | DANIEL PURCELL (SBN 191424) |
| 6 | | dpurcell@kvn.com |
| | | 710 Sansome Street |
| 7 | | San Francisco, CA 94111-1704 |
| | | Telephone: (415) 391-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*) |
| | | sweingaertner@kslaw.com |
| 10 | | ROBERT F. PERRY |
| | | rperry@kslaw.com |
| 11 | | BRUCE W. BABER (*Pro Hac Vice*) |
| | | bbaber@kslaw.com |
| 12 | | 1185 Avenue of the Americas |
| | | New York, NY 10036-4003 |
| 13 | | Telephone:  (212) 556-2100 |
| | | Facsimile:   (212) 556-2222 |
| 14 | | |
| | | DONALD F. ZIMMER, JR. (SBN 112279) |
| 15 | | fzimmer@kslaw.com |
| | | CHERYL A. SABNIS (SBN 224323) |
| 16 | | csabnis@kslaw.com |
| | | KING & SPALDING LLP |
| 17 | | 101 Second Street - Suite 2300 |
| | | San Francisco, CA 94105 |
| 18 | | Telephone: (415) 318-1200 |
| | | Facsimile:  (415) 318-1300 |
| 19 | | |
| | | GREENBERG TRAURIG, LLP |
| 20 | | IAN C. BALLON (SBN 141819) |
| | | ballon@gtlaw.com |
| 21 | | HEATHER MEEKER (SBN 172148) |
| | | meekerh@gtlaw.com |
| 22 | | 1900 University Avenue |
| | | East Palo Alto, CA 94303 |
| 23 | | Telephone: (650) 328-8500 |
| | | Facsimile: (650) 328-8508 |
| 24 | | |
| | | *Attorneys for Defendant* |
| 25 | | GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL
CASE NO. CV 10-03561 WHA (DMR)

4

sf-3202204

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL. In compliance with General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.

Date: October 15, 2012             */s/ Michael A. Jacobs*