# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1021, 13-1022

## ORACLE AMERICA, INC.,
*Plaintiff - Appellant*

v.

## GOOGLE INC.,
*Defendant - Cross-Appellant*

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-3561 United States District Judge William H. Alsup

## MANDATE

In accordance with the judgment of this Court, entered May 09, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court