UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk of Court                                                                                                   415-522-2000

June 16, 2014

CASE NUMBER:   10-cv-03561-WHA

CASE TITLE: Oracle America, Inc. v. Google Inc.

DATE MANDATE FILED:  June 16, 2014

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Federal Circuit has been filed in the above captioned case.

Very truly yours,

RICHARD W. WIEKING, Clerk

_____
by:  D Merry
Case Systems Administrator
(415) 522-2000