| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street |
| 5 | San Francisco, California  94105-2669 |
| | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| 6 | |
| | PETER A. BICKS (*pro hac vice* pending) |
| 7 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice* pending) |
| 8 | lsimpson@orrick.com |
| | 51 West 52nd Street |
| 9 | New York, New York  10019-6142 |
| | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 10 | |
| | ORACLE CORPORATION |
| 11 | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 12 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 13 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 14 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 15 | 500 Oracle Parkway |
| | Redwood City, CA 94065 |
| 16 | Tel: 650.506.5200 / Fax: 650.506.7117 |

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY KAREN G. JOHNSON-MCKEWAN, ANNETTE L. HURST, AND GABRIEL M. RAMSEY** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

1   TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE of the appearance of attorneys Karen G. Johnson-McKewan (kjohnson-mckewan@orrick.com), Annette L. Hurst (ahurst@orrick.com), and Gabriel M. Ramsey (gramsey@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, California, 94105, as additional counsel of record in this action for Plaintiff Oracle America, Inc.

PLEASE ALSO TAKE NOTICE that attorneys Peter A. Bicks (pbicks@orrick.com) and Lisa T. Simpson (lsimpson@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York, 10019, will shortly apply for admission to practice in the Northern District of California on a *pro hac vice* basis in order to appear on behalf of Plaintiff Oracle America, Inc., in this action.

Dated: June 29, 2015

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP


By:   *Karen G. Johnson-McKewan*
      KAREN G. JOHNSON-MCKEWAN
      Attorneys for Plaintiff
      ORACLE AMERICA, INC.