| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street |
| 5 | San Francisco, California  94105-2669 |
| | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| 6 | |
| | PETER A. BICKS (*pro hac vice* pending) |
| 7 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice* pending) |
| 8 | lsimpson@orrick.com |
| | 51 West 52nd Street |
| 9 | New York, New York  10019-6142 |
| | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

NOTICE OF CHANGE OF ADDRESS
CV 10-03561 WHA

1   PLEASE TAKE NOTICE that effective immediately, the address and contact information

2   for Ruchika Agrawal, counsel for Oracle America, Inc., has changed to:

3   Ruchika Agrawal
    500 Oracle Parkway
4   Redwood City, CA 94065
    Tel: 650.506.5200
5   Fax: 650.506.7114
    ruchika.agrawal@oracle.com
6

7
    Dated: June 30, 2015                          RESPECTFULLY SUBMITTED,
8

9
                                                  By:  */s/ Ruchika Agrawal*
10                                                     RUCHIKA AGRAWAL
                                                       Attorney for Plaintiff
11                                                     ORACLE AMERICA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHSUSA:762552576.1                - 2 -                NOTICE OF CHANGE OF ADDRESS
                                                              CV 10-03561 WHA