Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | ) |
| | ) Case No: CV 10-03561-WHA |
| Plaintiff(s), | ) Order re |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| GOOGLE, INC., | ) **PRO HAC VICE** |
| | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |

I, Peter A. Bicks, an active member in good standing of the bar of the U.S. District Court, S.D. New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Oracle America, Inc. in the above-entitled action. My local co-counsel in this case is Karen G. Johnson-McKewan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
51 West 52nd Street
New York, NY 10019-6142

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
405 Howard Street
San Francisco, CA 94105-2669

MY TELEPHONE # OF RECORD:
(212) 506-3742

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 773-5917

MY EMAIL ADDRESS OF RECORD:
pbicks@orrick.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
kjohnson-mckewan@orrick.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PB7895.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

Peter A. Bicks
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Peter A. Bicks is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 2, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                        October 2012