Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff(s),

v.

GOOGLE, INC.,

    Defendant(s).

Case No: CV 10-03561-WHA

Order re **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Lisa T. Simpson, an active member in good standing of the bar of the U.S. District Court, S.D. New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Oracle America, Inc. in the above-entitled action. My local co-counsel in this case is Karen G. Johnson-McKewan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 51 West 52nd Street<br>New York, NY 10019-6142 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| MY TELEPHONE # OF RECORD:<br>(212) 906-1200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 773-5917 |
| MY EMAIL ADDRESS OF RECORD:<br>lsimpson@orrick.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kjohnson-mckewan@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: LS0694.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

           Lisa T. Simpson
           APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lisa T. Simpson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 2, 2015.

           /s/ William Alsup
           UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER            October 2012