IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER SETTING STATUS CONFERENCE**

    The parties shall appear for a status conference on **JULY 30, 2015 AT 11:00 A.M.** The parties shall file status reports at least **SEVEN CALENDAR DAYS** in advance of the hearing.

**IT IS SO ORDERED.**

Dated: July 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE