| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570)<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY (SBN 209218)<br>gramsey@orrick.com<br>405 Howard Street, San Francisco, CA  94105<br>Tel: 1.415.773.5700 / Fax: 1.415.773.5759<br>PETER A. BICKS (admitted *pro hac vice*)<br>pbicks@orrick.com<br>LISA T. SIMPSON (admitted *pro hac vice*)<br>lsimpson@orrick.com<br>51 West 52nd Street, New York, NY  10019<br>Tel: 1.212.506.5000 / Fax: 1.212.506.5151 | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (SBN 111664)<br>mjacobs@mofo.com<br>MARC DAVID PETERS (SBN 211725)<br>mdpeters@mofo.com<br>DANIEL P. MUINO (SBN 209624)<br>dmuino@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018<br>Tel: 650.813.5600 / Fax: 650.494.0792 |

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (admitted *pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>    Defendant. | Case No. CV 10-03561 WHA<br><br>**NOTICE OF CHANGE IN COUNSEL** |

NOTICE OF CHANGE IN COUNSEL
CASE NO. CV 10-03561 WHA
pa-1702351

1   PLEASE TAKE NOTICE that RUDOLPH KIM of Morrison & Foerster LLP and
2   MARK E. UNGERMAN, BENJAMIN A. PETERSEN, and ROMAN A. SWOOPES, formerly of
3   Morrison & Foerster LLP, hereby withdraw as attorney of record for Plaintiff ORACLE
4   AMERICA, INC. in this action.  Counsel of record for Plaintiff otherwise remains the same.

Dated: July 21, 2015

MICHAEL A. JACOBS
MARC DAVID PETERS
DANIEL P. MUINO
MORRISON & FOERSTER LLP

By:  /s/ Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

NOTICE OF CHANGE IN COUNSEL
CASE NO. CV 10-03561 WHA
pa-1702351

1