| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
|   | PETER A. BICKS (admitted *pro hac vice*) |
| 6 | pbicks@orrick.com |
|   | LISA T. SIMPSON (admitted *pro hac vice*) |
| 7 | lsimpson@orrick.com |
|   | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
|   | DAVID BOIES (admitted *pro hac vice*) |
| 10 | dboies@bsfllp.com |
|   | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
|   | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
|   | DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com |
|   | DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com |
|   | MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com |
|   | RUCHIKA AGRAWAL (SBN 246058) |
| 18 | ruchika.agrawal@oracle.com |
|   | 500 Oracle Parkway, Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |

NOTICE OF CHANGE IN COUNSEL
CASE NO. CV 10-03561 WHA

1     PLEASE TAKE NOTICE that Fred Norton is no longer practicing with the firm of Boies, Schiller & Flexner LLP, counsel for Plaintiff Oracle America, Inc. in this action, and thus withdraws as counsel of record.  Counsel of record for Plaintiff otherwise remains the same.

Dated: July 23, 2015                       BOIES, SCHILLER & FLEXNER LLP

                                       By:   /s/ Steven C. Holtzman
                                               Steven C. Holtzman

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.