1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   ORACLE AMERICA, INC.,
11           Plaintiff,                No. C 10-03561 WHA
12   v.
13   GOOGLE INC.,                 **REQUEST FOR**
                                       **SUPPLEMENTAL**
14          Defendant.            **JOINT STATEMENT**
15   ————————————————/
16       By **WEDNESDAY JULY 29, AT NOON**, the parties shall submit a joint statement **NOT TO**
17  **EXCEED TEN PAGES** setting forth their respective positions with regard to any dispute over what
18  issues remain in the case (such as willfulness or equitable defenses).
19
20      **IT IS SO ORDERED**
21
22  Dated:  July 24, 2015.
23                               WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**United States District Court**
For the Northern District of California