UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 7/30/15 | **Time:** 1 hour 33 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |

**Attorney for Plaintiff:** Peter Bicks; Annette Hurst; Steven Holtzman; Michael Jacobs; Karen Johnson-McKewan; Gabriel Ramsey; Lisa Simpson

General Counsel: Dorian Daly

**Attorney for Defendant:** Robert Van Nest; Christa Anderson; Renny Hwang; Reid Mullen; Eugene Paige; Daniel Purcell

**Attorney for Expert**
James Day

**Deputy Clerk:** Dawn Toland          **Court Reporter:** Lydia Zinn

PROCEEDINGS

Status Conference - HELD

Court set an 8/6 deadline for Oracle to file a motion to supplement and Google to file its motion to preclude re issue of willfulness, to be heard on a 35-day track. Dr. Kearl shall provide expert report and testimony from other case by 8/21. Any motions to disqualify Dr. Kearl shall be filed by 9/10.

Case is referred to Judge Grewal for mediation/settlement conference. Court is postponing setting a trial date and ruling on the equitable relief.

Fact Discovery Cutoff: 12/4/15
Expert Reports Due: 12/8/15
Oppositions Due: 1/7/16
Expert Discovery Cutoff: 1/21/16