**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ORACLE AMERICA, INC.,

11          Plaintiff,                              No. C 10-03561 WHA

12      v.

13   GOOGLE INC.,                                   **REQUEST FOR COMMENT**

14          Defendant.

15   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/

16          In the parties' briefs relating to any motions to disqualify Dr. Kearl, both sides shall also

17   address the advisability of expanding Dr. Kearl's role to include offering his views on the

18   methodologies of the parties' experts with regards to any future *Daubert* motions, including

19   proposals for how Dr. Kearl's reports expressing such views should be sequenced in any

20   *Daubert* briefing

21          By **AUGUST 21**, counsel for Dr. Kearl shall please submit a memorandum addressing this

22   topic **NOT TO EXCEED FIVE PAGES**, double-spaced with no footnotes or attachments.

23

24          **IT IS SO ORDERED.**

25

26   Dated:    August 4, 2015.

27                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
28