

JAMES L. DAY, JR.
jday@fbm.com
D 415.954.4414

August 5, 2015

*Via ECF*

The Honorable William H. Alsup
United States District Judge
United States District Court
Northern District of California
Courtroom 9, 19th Floor
San Francisco, CA  94102

      Re:    <u>Oracle America, Inc. v. Google Inc.</u>, No. 3:10-CV-03561-WHA (N.D. Cal.)

Your Honor:

      We write on behalf of the Court's Rule 706 expert, Dr. James Kearl, and in response to the Second Case Management Order issued by the Court on July 31, 2015.  In response to paragraph 8 of the Court's order, Dr. Kearl would like to request additional time such that his Rule 706 Report would be due on February 8, 2016.  This schedule would provide adequate time for Dr. Kearl to consider the party expert reports as well as expert depositions (which may occur as late as January 21, 2016).  Dr. Kearl can be prepared for deposition at any time after submitting his report.

                    Sincerely yours,

                    */s/ James L. Day*

JLD:ec

27152\4998049.1