```
 1   KEKER & VAN NEST LLP
     ROBERT A. VAN NEST - # 84065
 2   rvannest@kvn.com
     CHRISTA M. ANDERSON - # 184325
 3   canderson@kvn.com
     DANIEL PURCELL - # 191424
 4   dpurcell@kvn.com
     633 Battery Street
 5   San Francisco, CA 94111-1809
     Telephone:     (415) 391-5400
 6   Facsimile:     (415) 397-7188

 7   KING & SPALDING  LLP
     BRUCE W. BABER (pro hac vice)
 8   bbaber@kslaw.com
     1185 Avenue of the Americas
 9   New York, NY 10036
     Tel:    (212) 556-2100
10   Fax:    (212) 556-2222

11   Attorneys for Defendant
     GOOGLE INC.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO PRECLUDE SUBMISSION OF THE ISSUE OF WILLFULNESS TO THE JURY ABSENT AN ELECTION OF STATUTORY DAMAGES** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Date:     September 10, 2015<br>Time:     8:00 a.m.<br>Dept.    Courtroom 8, 19th Floor<br>Judge:   Hon. William Alsup |

---

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO PRECLUDE SUBMISSION OF THE
ISSUE OF WILLFULNESS TO THE JURY
Case No. CV 10-03561 WHA

966000

Before the Court is Defendant Google Inc.'s Motion to Preclude Submission of the Issue of Willfulness to the Jury Absent an Election of Statutory Damages. Having considered the Motion, the pleadings on file and any other relevant materials, the Court hereby **GRANTS** Google's Motion. The Court hereby **PRECLUDES** the submission of the issue of willfulness to the jury, unless and until Oracle elects to receive an award of statutory damages "instead of actual damages and profits" under 17 U.S.C. § 504(c)(a).

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE