KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>          Defendant. | Case No.  CV 10-03561 WHA<br><br>**NOTICE OF APPEARANCE BY EDWARD A. BAYLEY, KEKER & VAN NEST LLP**<br><br>Date:         September 10, 2015<br>Time:        8:00 a.m.<br>Dept.         Courtroom 8, 19th Floor<br>Judge:       Hon. William Alsup |

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of Edward A. Bayley (ebayley@kvn.com) of
3  the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111, as
4  additional counsel of record in this action for Defendant Google, Inc.

5  Dated: August 6, 2015                                          KEKER & VAN NEST LLP

                                                                  By:   /s/ *Edward A. Bayley*
                                                                  ROBERT A. VAN NEST
                                                                  CHRISTA M. ANDERSON
                                                                  DANIEL PURCELL

                                                                  Attorneys for Defendant
                                                                  GOOGLE INC.