IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

Oracle has filed a motion for leave to file a supplemental complaint. According to Oracle, Google does not oppose this motion. Good cause shown, Oracle's motion for leave to file a supplemental complaint is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 11, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE