| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( ) ACTION     ( ) APPEAL

| DOCKET NO:<br>10-cv-03561-WHA | DATE FILED:<br>August 12, 2015 | COURT NAME AND LOCATION<br>US District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|

| PLAINTIFF:<br>Oracle America, Inc. | DEFENDANT:<br>Google Inc. |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | Supplemental Complained filed 8/12/2015 enclosed | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED     INCLUDED BY:
( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED:<br>( ) Order   ( ) Judgment | WRITTEN OPINION ATTACHED:<br>( ) Yes  ( ) No | DATE RENDERED:<br>Aug 12, 2015 |
|---|---|---|
| Richard W. Wieking, Clerk | (by) Deputy Clerk, D. Merry | Date Rendered |

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy