IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE DEADLINE FOR DR. KEARL'S EXPERT REPORT**

    Dr. Kearl has requested an additional time to prepare his Rule 706 Report in order to provide adequate time to consider the parties' expert reports and depositions of their experts. Good cause shown, Dr. Kearl's report shall be due on **FEBRUARY 8, 2016**.

**IT IS SO ORDERED.**

Dated: August 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE