UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

Case No. 10-cv-03561-WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

YOU ARE NOTIFIED THAT the Motion to Preclude Submission (dkt. #1284) previously set for September 10, 2015 has been rescheduled for **September 17, 2015 at 8:00 A.M.**, before the Honorable William Alsup.

Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: August 17, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____

Dawn Toland, Deputy Clerk to the
Honorable WILLIAM ALSUP
415-522-2000