IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**REQUEST FOR INFORMATION ON WILLFULNESS EVIDENCE**

The Court would like to know what evidence either party intends to present to the jury on the issue of willfulness that would not be relevant to any other issues to be tried by the jury. The parties shall each submit summaries of any such evidence by **SEPTEMBER 1**.

**IT IS SO ORDERED.**

Dated: August 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE