ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>               Plaintiff,<br>     v.<br><br>GOOGLE INC.,<br><br>               Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1   Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of Exhibit V to the
2   Declaration of Gabriel M. Ramsey in Support of Oracle's Opposition to Motion to Preclude
3   Submission of Willfulness to Jury ("Ramsey Declaration") under seal pursuant to Civil Local
4   Rules 7-11 and 79-5.
5   The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
6   this case, ECF No. 68, states that when material has been designated as Confidential or Highly
7   Confidential – Attorneys' Eyes Only, a party may not file it in the public record, but must seek to
8   file it under seal pursuant to Civil Local Rule 79-5.  Stipulated Protective Order § 14.4, ECF No.
9   66.
10  Google Inc. ("Google") has designated Exhibit V to the Ramsey Declaration as "HIGHLY
11  CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.  Oracle met
12  and conferred with Google's counsel, but Google's counsel was unwilling to de-designate certain
13  portions of Exhibit V, which remain designated "HIGHLY CONFIDENTIAL – ATTORNEY'S
14  EYES ONLY" pursuant to the Protective Order.  *See* Declaration of Gabriel M. Ramsey in
15  Support of Oracle's Administrative Motion to File Under Seal ¶4.  Therefore, Oracle moves to
16  seal these portions of Exhibit V to the Ramsey Declaration pursuant to the Protective Order.
17  Oracle states no position as to whether disclosure of these materials would cause harm to
18  Google or any third parties.
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 1 -

ORACLE'S ADMIN. MOT. TO FILE UNDER SEAL
CV 10-03561 WHA

1  Dated: August 20, 2015

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By: /s/ Gabriel M. Ramsey
GABRIEL M. RAMSEY

Attorneys for Plaintiff
ORACLE AMERICA, INC.