1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON *pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
15  dorian.daley@oracle.com
    DEBORAH K. MILLER (SBN 95527)
16  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (SBN 211600)
17  matthew.sarboraria@oracle.com
    RUCHIKA AGRAWAL (SBN 246058)
18  ruchika.agrawal@oracle.com
    500 Oracle Parkway,
19  Redwood City, CA 94065
    Tel: 650.506.5200 / Fax: 650.506.7117

20  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

21              UNITED STATES DISTRICT COURT

22             NORTHERN DISTRICT OF CALIFORNIA

23                SAN FRANCISCO DIVISION

| | |
|---|---|
| 24  ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25              Plaintiff, | **DECL. OF GABRIEL M. RAMSEY IN SUPPORT OF ORACLE'S** |
|        v. | **ADMINISTRATIVE MOTION TO FILE** |
| 26  GOOGLE INC. | **UNDER SEAL** |
| 27              Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

28

I, Gabriel M. Ramsey, declare and state as follows:

1.      I am a member of the bar of the State of California, admitted to practice before this Court, and am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for Plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2.      I submit this declaration in support of Oracle's Administrative Motion to File Under Seal.

3.      Exhibit V to the Declaration of Gabriel M. Ramsey in Support of Oracle's Opposition to Motion to Preclude Submission of Willfulness to Jury was designated by Google Inc. ("Google") as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.

4.      Oracle met and conferred with Google's counsel to determine whether Google would be willing to de-designate Exhibit V so that it could be publicly filed.  Google's counsel was unwilling to de-designate certain portions of Exhibit V, which remain designated "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECL. OF GABRIEL M. RAMSEY
CV 10-03561 WHA

1          I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3          Executed this 20th day of August, 2015, at _____, CA.

*San Francisco*

                        _____

                        Gabriel M. Ramsey

DECL. OF GABRIEL M. RAMSEY
CV 10-03561 WHA