**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, California 92614. On August 20, 2015, I served the following document(s):

**DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the e-mail address(es) set forth below:

| | |
|---|---|
| Donald F. Zimmer, Jr.<br>Cheryl A. Sabnis<br>Joseph R. Wetzel<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA  94105<br><br>fzimmer@kslaw.com<br>csabnis@kslaw.com<br>jwetzel@kslaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. | Robert A. Van Nest<br>Christa M. Anderson<br>Daniel E. Purcell<br>Eugene M. Paige<br>Matthias A. Kamber<br>Michael S. Kwun<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br><br>rvannest@kvn.com<br>canderson@kvn.com<br>dpurcell@kvn.com<br>EMP@kvn.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |
| Brian C. Banner<br>SLAYDEN GRUBERT BEARD PLLC<br>823 Congress Avenue, Suite 525<br>Austin, TX  78701<br><br>bbanner@sgb-ip.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. | Bruce W. Baber<br>Christopher C. Carnaval<br>Mark H. Francis<br>Robert F. Perry<br>Scott T. Weingaertner<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY  10036-4003<br><br>bbaber@kslaw.com<br>ccarnaval@kslaw.com<br>mfrancis@kslaw.com<br>sweingaertner@kslaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |

<="" >

| | | |
|---|---|---|
| 1 | Dana K. Powers<br>GREENBERG TRAURIG LLP<br>153 Townsend Street, 8th Floor<br>San Francisco, CA  94107<br><br>powersdk@gtlaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. | Geoffrey M. Ezgar<br>KING & SPALDING LLP<br>601 S. California Avenue<br>Palo Alto, CA  94304<br><br>gezgar@kslaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Heather J. Meeker<br>Ian Ballon<br>Luis Villa IV<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br><br>meekerh@gtlaw.com<br>ballon@gtlaw.com<br>villalu@gtlaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. | Reid P. Mullen<br>Steven A. Hirsch<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br><br>shirsch@kvn.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC.<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Renny F. Hwang<br>Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View,  CA 94043<br><br>*Attorneys for Defendant*<br>GOOGLE INC. | Steven T. Snyder<br>KING SPALDING LLP<br>100 N. Tyron Street, Suite 3900<br>Charlotte, NC  28202<br><br>ssnyder@kslaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Truman H. Fenton<br>KING SPALDING LLP<br>401 Congress Avenue, Suite 3200<br>Austin, TX  78757<br><br>tfenton@kslaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. | Valerie W. Ho<br>Wendy M. Mantell<br>GREENBERG TRAURIG LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA  90404<br><br>hov@gtlaw.com<br>mantellw@gtlaw.com<br><br>*Attorneys for Defendant*<br>GOOGLE INC. |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE

1  Jennifer B. Bonneville
   Steptoe & Johnson LLP
2  633 W. Fifth Street, Suite 700
   Los Angeles, CA 90071
3
   jbonneville@steptoe.com
4
   *Attorneys for Third Party Defendant*
5  MOTOROLA MOBILITY, INC.

6
   I declare under penalty of perjury under the laws of the State of California that the above
7
   is true and correct.
8
   Executed on August 20, 2015, at Orange County, California.
9

10
                                                    */s/ Christina Von der Ahe*
11
                                                        Christina Von der Ahe

- 3 -
PROOF OF SERVICE