ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF GABRIEL M. RAMSEY IN SUPPORT OF ORACLE'S OPP. TO MOT. TO PRECLUDE SUBMISSION OF WILLFULNESS TO JURY**<br><br>Date: September 17, 2015 at 8:00 am<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Gabriel M. Ramsey, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for Plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Opposition to Motion to Preclude Submission of Willfulness to Jury.

3. Attached hereto as **Exhibit A** is a true and correct copy of Trial Exhibit 1, an internal Google presentation, marked GOOGLE-00-00001772-GOOGLE-00-00001781, dated July 26, 2005.

4. Attached hereto as **Exhibit B** is a true and correct copy of Trial Exhibit 7, e-mail correspondence, marked GOOGLE-01-00019527-GOOGLE-01-00019528, dated October 11, 2005.

5. Attached hereto as **Exhibit C** is a true and correct copy of Trial Exhibit 10, e-mail correspondence, marked GOOGLE-12-10000022, dated August 6, 2010.

6. Attached hereto as **Exhibit D** is a true and correct copy of Trial Exhibit 12, e-mail correspondence, marked GOOGLE-02-00077799, dated December 20, 2005.

7. Attached hereto as **Exhibit E** is a true and correct copy of Trial Exhibit 17, e-mail correspondence, marked GOOGLE-12-00006964, dated February 10, 2006.

8. Attached hereto as **Exhibit F** is a true and correct copy of Trial Exhibit 18, e-mail correspondence, marked GOOGLE-01-00018470-GOOGLE-01-00018471, dated March 24, 2006.

9. Attached hereto as **Exhibit G** is a true and correct copy of Trial Exhibit 23, e-mail correspondence, marked GOOGLE-04-00055098-GOOGLE-04-00055099, dated August 16, 2006.

10. Attached hereto as **Exhibit H** is a true and correct copy of Trial Exhibit 26, e-mail correspondence, marked GOOGLE-02-00052356, dated November 7, 2007.

1  11. Attached hereto as **Exhibit I** is a true and correct copy of Trial Exhibit 29, e-mail
2 correspondence, marked GOOGLE-01-00035931-GOOGLE-01-00035933, dated March 24,
3 2008.

4  12. Attached hereto as **Exhibit J** is a true and correct copy of Trial Exhibit 158, e-mail
5 correspondence with an attached presentation, marked GOOGLE-01-00025575-GOOGLE-01-
6 00025587, dated September 28, 2006.

7  13. Attached hereto as **Exhibit K** is a true and correct copy of Trial Exhibit 207, e-
8 mail correspondence, marked GOOGLE-01-00066909, dated May 10, 2007 - May 11, 2007.

9  14. Attached hereto as **Exhibit L** is a true and correct copy of Trial Exhibit 215, e-
10 mail correspondence, marked GOOGLE-01-00081881, dated June 1, 2006.

11  15. Attached hereto as **Exhibit M** is a true and correct copy of Trial Exhibit 230, e-
12 mail correspondence, marked GOOGLE-02-00020474- GOOGLE-02-00020475, dated August
13 11, 2007.

14  16. Attached hereto as **Exhibit N** is a true and correct copy of Trial Exhibit 233, e-
15 mail correspondence, marked GOOGLE-02-00039715, dated August 5, 2009.

16  17. Attached hereto as **Exhibit O** is a true and correct copy of Trial Exhibit 405, e-
17 mail correspondence, marked GOOGLE-27-00002479, dated May 30, 2008.

18  18. Attached hereto as **Exhibit P** is a true and correct copy of Trial Exhibit 1029, e-
19 mail correspondence, marked GOOGLE-02-00038403-GOOGLE-02-00038404, dated April 29,
20 2009.

21  19. Attached hereto as **Exhibit Q** is a true and correct copy of Trial Exhibit 3215,
22 Google Inc.'s Form 10-K for the fiscal year ended December 31, 2005.

23  20. Attached hereto as **Exhibit R** is a true and correct copy of an excerpt of Volume 5
24 of the Transcript of Jury Trial Proceedings from *Oracle America, Inc., v. Google Inc.*, Case No. C
25 10-3561 WHA, dated April 20, 2012.

26  21. Attached hereto as **Exhibit S** is a true and correct copy of an excerpt of Volume 6
27 of the Transcript of Jury Trial Proceedings from *Oracle America, Inc., v. Google Inc.*, Case No. C
28 10-3561 WHA, dated April 23, 2012.

- 2 -  DECL. OF GABRIEL M. RAMSEY
CV 10-03561 WHA

22. Attached hereto as **Exhibit T** is a true and correct copy of an excerpt of Volume 7 of the Transcript of Jury Trial Proceedings from *Oracle America, Inc., v. Google Inc.*, Case No. C 10-3561 WHA, dated April 24, 2012.

23. Attached hereto as **Exhibit U** is a true and correct copy of excerpts of Volume 10 of the Transcript of Jury Trial Proceedings from *Oracle America, Inc., v. Google Inc.*, Case No. C 10-3561 WHA, dated April 27, 2012.

24. Attached hereto as **Exhibit V** is a true and correct copy of a document titled "Mobile Strategy Summit – Notes" produced during discovery, marked GOOGLE-23-00000049-GOOGLE-23-00000057, dated November 4-5, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of August, 2015, at San Francisco, CA.

_____
Gabriel M. Ramsey