# EXHIBIT B

| | | |
|---|---|---|
| From: | Tracey Cole. | Sent:10/11/2005 8:32 PM. |
| To: [ - ] | Jenifer; Andy Rubin. | |
| Cc: [ - ] | LSA. | |
| Bcc: [ - ] | . | |
| Subject: | RE: Sun meeting. | |

thank you

_____

From: Jenifer [mailto:jaustin@google.com]
Sent: Tuesday, October 11, 2005 7:39 PM
To: Andy Rubin
Cc: LSA; Tracey Cole
Subject: Re: Sun meeting

Larry is going to try to stop by the end of the meeting on Thurs, but he doesn't need to meet in advance to prep.

Deepest condolences,
Jenifer

On 10/11/05, Andy Rubin <arubin@google.com> wrote:

Begin forwarded message:

From: Andy Rubin < arubin@google.com>
Date: October 11, 2005 2:30:52 PM PDT
To: Larry Page < page@google.com>
Subject: Sun meeting

Larry,

We have been having discussions with Sun regarding Android's Open Source VM strategy. Alen Brenner, who owns the P&L for J2ME @ Sun is coming over to basically tell us ll believe) that Sun doesn't want to work with us. Alan's big concern is that by open sourcing our J2ME VM we will make licensing "enforceability" impossible for Sun -- and he will lose revenue.

My proposal is that we take a license that specifically grants the right for us to Open Source our product. We'll pay Sun for the license and the TCK. Before we release our product to the open source community we'll make sure our JVM passes all TCK certification tests so that we don't create fragmentation. Before a product gets brought to market a manufacturer will have to be a Sun licensee, pay appropriate royalties, and pass the TCK again.

Sun has already permitted open source VM projects in non mobile areas -- areas where they didn't have a well defined revenue stream. Apache is an example.

Android is building a Java OS. We are making Java central to our solution because a) Java, as a programming language, has some advantages because it's the #1 choice for mobile development b) There exists documentation and tools c) carriers require managed code d) Java has a suitable security framework

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT  7
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00019527

Trial Exhibit 7, Page 1 of 2

If Sun doesn't want to work with us, we have two options:

1) Abandon our work and adopt MSFT CLR VM and C# language

- or -

2) Do Java anyway and defend our decision, perhaps making enemies along the way

As you can see, the alternatives are sub-optimal, so I'd like you to stop in our Alan meeting and essentially be the good cop. Let him know we love Sun, and want to find a way to do this Open Source thing.

I first looked to Eustace to help me, but he was out of office. Then Sergey -- out also.

Thoughts?

- andy

--
Jenifer Austin Office of the Founders. Google, Inc. office 650-253-6327.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-01-00019528