# EXHIBIT D

| | |
|---|---|
| From: Tim Lindholm. | Sent: 12/20/2005 10:40 AM. |
| To: [ - ]   Andy Rubin. | |
| Cc: [ - ]   Dan Bornstein. | |
| Bcc: [ - ]   . | |
| Subject:   Re: JCP Click-Through Licenses?. | |

I agree that if you are prepared to forego an independent implementation route then clicking through these licenses probably will not matter. I have no basis for an opinion of whether Google could do an independent implementation, but even if we were to do one today's spec licenses do grant a fair bit of latitude in downstream licensing.

Note that the JSR-202 draft license is eval-only, so it's only of short-term value anyhow.

-- Tim

Andy Rubin wrote:
> My reasoning is that either a) we'll partner with Sun as contemplated
> in our recent discussions or b) we'll take a license. I think a
> clean-room implementation is unlikely because of the teams prior
> knowledge, and it would be uncharacteristically aggressive of us to
> position ourselves against the industry.
>
> The only thing we give up is a little leverage in the discussions where
> the threat of a clean-room implementation is of some value.
>
>
>
> On Dec 20, 2005, at 10:12 AM, Dan Bornstein wrote:
>
>> Tim,
>>
>> What's your take on the advisability of clicking through to get JSR
>> documents? I find myself wanting to get the JSR-202 draft ("Java Class
>> File Specification") as well as the final version of JSR-139
>> (CLDC-1.1). Andy seems to think it's fine, but we both agree a second
>> opinion would be good to have.
>>
>> Thanks.
>>
>> -dan
>
>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 12**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-02-00077799