# EXHIBIT F

| | | |
|---|---|---|
| From: | Greg Stein. | Sent:3/24/2006 5:01 PM. |
| To: [ - ] | Andy Rubin. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: Confidential: the open J2ME project. | |

The APIs still allow compatible implementations. e.g. Apache
Geronimo's implementation of the J2EE specification.

Which "shared part" are you referring to? Let's assume they'll be able
to get the TCK. Then they build the J2ME. And it passes the TCK. What
would they need to take from Sun?

And what can we do to get you, et al, talking with them? It would be
great if we could trade info.

Thx,
-g

On 3/24/06, Andy Rubin <arubin@google.com> wrote:
> Ha. Wish them luck. Java.lang apis are copyrighted. And sun gets to say who they license the tck to, and forces you to take the "shared part" which taints any cleanroom implementation.
>
>
>
> -----Original Message-----
> From: Greg Stein <gstein@google.com>
> To: Andy Rubin <arubin@google.com>
> Sent: Fri Mar 24 14:22:14 2006
> Subject: Re: Confidential: the open J2ME project
>
> Oh, they have a plan for that. The ability to call it Java(tm) is
> "simply" a matter of passing the J2ME TCK, as I understand it.
>
>
> On 3/24/06, Andy Rubin <arubin@google.com> wrote:
> > I don't see how you can open java without sun, since they own the brand and ip.
> >
> > Happy to talk.
> >
> >
> >
> >
> > -----Original Message-----
> > From: Greg Stein <gstein@google.com>
> > To: Andy Rubin <arubin@google.com>
> > Sent: Fri Mar 24 14:08:29 2006
> > Subject: Confidential: the open J2ME project
> >
> > Andy,
> >
> > Chris DiBona said you're the right person to talk to about our J2ME
> > plans with Sun. I've recently become aware of a similar effort to
> > create an open source J2ME. The problem that I have right now is that
> > I can't tell Google about that, and I can't tell them about our
> > effort. IOW, without violating confidentiality *somewhere*, there is
> > no way for me to make the two parties aware of each others' efforts.
> >
> > I've asked them if I can at least mention a small amount to Google.
> > Waiting on that reply. Is there any hint or small amount of into that
> > I can give them so that we can open the door more?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 18**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00018470

```
> >
> > Thanks,
> > -g
> >
>
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00018471

Trial Exhibit 18, Page 2 of 2