# EXHIBIT H

| | |
|---|---|
| From: Dan Bornstein. | Sent: 11/7/2007 12:19 PM. |
| To: [ - ] cjd@google.com. | |
| Cc: [ - ] ahaberlach@google.com; reviewlog9@google.com. | |
| Bcc: [ - ] | |
| Subject: a medium-size code review (38578-p9) Scrub out a few more "j"s. TAKE FOR M3. | |

```
Hello cjd,

I'd like you to do a code review. Please execute
g4 -p 9 diff -c 38578

or point your web browser to
http://mondrian/38578-p9

to review the following code:

Change 38578 by danfuzz@danfuzz-might-explode on 2007/11/07 12:18:29 *pending*

Scrub out a few more "j"s.

TAKE FOR M3

BUG=911003
R=cjd
CC=ahaberlach
DELTA=45 (0 added, 0 deleted, 45 changed)
OCL=38578

Affected files ...

... //device/dalvik/libcore/android/src/main/native/android_app_TouchDex.cpp#10 edit
... //device/dalvik/libcore/logging/src/main/native/java_util_logging_Logger.cpp#3 edit
... //device/libs/java_runtime/AndroidRuntime.cpp#2 edit
... //device/libs/java_runtime/android_debug_JNITest.cpp#11 edit
... //device/libs/java_runtime/android_os_Config.cpp#7 edit
... //device/libs/java_runtime/android_os_Exec.cpp#6 edit
... //device/libs/java_runtime/android_os_SystemClock.cpp#19 edit
... //device/libs/java_runtime/android_os_ZygoteInit.cpp#2 edit
... //device/libs/java_runtime/android_util_Log.cpp#16 edit

45 delta lines: 0 added, 0 deleted, 45 changed

The issue description(s) relevant to this code can be found at:
http://b/issue?id=911003

or if you are using the old Bugs DB, at:
http://bugs.corp.google.com/show_bug.cgi?id=911003

Also consider running:
g4 -p 9 lint -c 38578

which verifies that the changelist doesn't introduce new style violations.

If you can't do the review, please let me know as soon as possible. During
your review, please ensure that all new code has corresponding unit tests and
that existing unit tests are updated appropriately. Visit
http://www/eng/code_review.html for more information.

This is a semiautomated message from "g4 mail". Complaints or suggestions?
Mail p4@google.com.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 26

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK