# EXHIBIT K

| | | | |
|---|---|---|---|
| From: | Eric Schmidt. | | Sent:5/11/2007 11:07 PM. |
| To: [ - ] | Andy Rubin. | | |
| Cc: [ - ] | . | | |
| Bcc: [ - ] | . | | |
| Subject: | RE: java phone. | | |

Ok, thanks.. Will look forward to it !

-----Original Message-----
From: Andy Rubin [mailto:arubin@google.com]
Sent: Thursday, May 10, 2007 10:32 AM
To: Eric Schmidt
Subject: Re: java phone

They have been calling me as well.

I don't see any way we can work together and not have it revert to arguments of control. I'm done with Sun (tail between my legs, you were right). They won't be happy when we release our stuff, but we now have a huge alignment with industry, and they are just beginning. While I'm not underestimating their abilities, when folks like DoCoMo tell us they want to dump Sun for us, I'm assuming we have something valuable and good. (DoCoMo is flying in next week).

On a separate note, I need to speak with you re: Korea. LG and Samsung are two of my most difficult partners, extremely aggressive when it comes to competition. They know about each other and have crossed the line several times re: our IP (the Dream design I showed you). We are currently in a small dispute with each, which I'm sure will be resolved diplomatically, but I need to brief you in more detail so you don't walk into a storm in korea.

On May 10, 2007, at 9:14 AM, Eric Schmidt wrote:

> Comments?
>
> -----Original Message-----
> From: Jonathan.Schwartz@sun.com [mailto:Jonathan.Schwartz@sun.com]
> On Behalf
> Of Jonathan Schwartz
> Sent: Thursday, May 10, 2007 6:52 AM
> To: Eric Schmidt
> Subject: java phone
>
> btw, we would, of course, love to work together... our intent isn't to
> deliver a phone, it's to help others do so.
>
> Jonathan
>
>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 207

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00066909

Trial Exhibit 207, Page 1 of 1