# EXHIBIT N

| | | |
|---|---|---|
| From: | Dan Bornstein. | Sent:8/5/2009 10:48 AM. |
| To: [ - ] | Jesse Wilson. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: How aggressive do we scrub the J word? | |

On Wed, Aug 5, 2009 at 8:26 AM, Jesse Wilson <jessewilson@google.com> wrote:
> I'm updating the prefs module to the latest Harmony, and I saw the following
> in the docs for Preferences:
>
> "Every J2SE implementation must provide a default implementation for every
> supported platform, and must also provide a means of replacing the default
> implementation.
>
> Since we're not a J2SE implementation, it seems slightly dubious to imply
> such in our docs. It also talks about "the JVM", but my instincts tell me
> that I should to correct it to "the VM".
> Please tell me to ignore this and that I'm being overly paranoid?

To date, while we have made a point of being very careful in what we
say in docs and code that we write, we haven't worried about this sort
of thing in imported code, under the theory that it is (e.g.) the
Harmony project that is making the statement and not us.

That said, it would certainly make our docs more consistent if we
omitted references to J2SE and preferred "VM" over "JVM." If the
Harmony guys would accept that sort of thing as a patch, and you are
sufficiently motivated to make the change, then please go ahead. But I
do think it's safe to ignore it.

Cheers,

-dan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 233

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK