# EXHIBIT P

| | | |
|---|---|---|
| From: | java-council@google.com. | Sent:4/29/2009 3:57 PM. |
| To: [ - ] | java-council@google.com. | |
| Cc: [ - ] | Martin Buchholz. | |
| Bcc: [ - ] | . | |
| Subject: | [java-council] Re: Java Sun/Google discussions with Leo Cizek. | |

No surprise that I think this is exactly what we should do.

Dan

On Wed, Apr 29, 2009 at 3:46 PM, Tim Lindholm <lindholm@google.com> wrote:

Actually, having said that I wonder whether this is too close to dangerous territory, and with too little chance of anything positive coming of it, for us to be messing around? We really don't want to inadvertently stir anything up for Android, and Leo has said pretty clearly that they don't have anything for us as regards security patches. I suspect we should step away, and only respond further if Sun chases after us.

-- Tim

On Wed, Apr 29, 2009 at 3:40 PM, Tim Lindholm <lindholm@google.com> wrote:

I guess this isn't surprising, although there's no way we're going to let Android get dragged into this other thing, or that any of us are in any position to work out a pan-Google Java reconciliation. But Vineet is a better contact than Leo in any case. In the past I have worked very closely with him so am always happy to talk to him again. That also provides an out in case things turn bad.

-- Tim

On Wed, Apr 29, 2009 at 3:34 PM, Martin Buchholz <martinrb@google.com> wrote:

I had a phone chat today with Leo Cizek at Sun to discuss
some kind of Google/Sun partnership/support agreement.

As expected, this does not look promising. Leo says
Sun has an inflexible licensing model
where OpenJDK never gets any support of any kind, and the
commercial version of the code does (and mostly Sun
is thinking of support for binaries). Also, Sun would want
any discussions with Google to involve other inter-company
issues, in particular Android, which I'm sure we would want
to keep separate. Android seems to be a big deal at Sun.
Leo suggested that his boss Vineet Gupta,
CTO for OEM Software Systems Engineering, should have
a chat with Tim Lindholm (Tim knows both of these guys)
and I agreed that would be a good idea.

Leo and I agreed that his part of Sun does not have an offering
for us and that a face-to-face meeting would be useless at this time,
but did not object to my suggestion we try to find
someone else at Sun to talk to.

Martin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1029**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-02-00038403

Trial Exhibit 1029, Page 1 of 2

--~--~---------~--~----~------------~-------~--~----~
You received this message because you are subscribed to the Google Groups "java-council" group.
To post to this group, send email to java-council@google.com
To unsubscribe from this group, send email to java-council+unsubscribe@google.com
For more options, visit this group at http://groups.google.com/a/google.com/group/java-council?hl=en
-~----------~----~----~----~------~----~------~--~---

Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-02-00038404

Trial Exhibit 1029, Page 2 of 2