# EXHIBIT R

Volume 5

Pages 904 - 1132

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

```
ORACLE AMERICA, INC.,            )
                                 )
            Plaintiff,           )
                                 )
  VS.                            )  No. C 10-3561 WHA
                                 )
GOOGLE, INC.,                    )
                                 )
            Defendant.           )  San Francisco, California
_____)  April 20, 2012
```

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES:**

**For Plaintiff:**        MORRISON & FOERSTER
                          755 Page Mill Road
                          Palo Alto, California  94304
                     BY:  **MICHAEL A. JACOBS, ESQUIRE**
                          **KENNETH A. KUWAYTI, ESQUIRE**
                          **MARC DAVID PETERS, ESQUIRE**
                          **DANIEL P. MUINO, ESQUIRE**


                          BOIES, SCHILLER & FLEXNER
                          333 Main Street
                          Armonk, New York 10504
                     BY:  **DAVID BOIES, ESQUIRE**
                          **ALANNA RUTHERFORD, ESQUIRE**


(Appearances continued on next page)



*Reported By: Katherine Powell Sullivan, RPR, CRR, CSR #5812*
            *Debra L. Pas, RMR, CRR, CSR #11916*
                *Official Reporters - U.S. District Court*

**APPEARANCES (CONTINUED):**

For Plaintiff:                BOIES, SCHILLER & FLEXNER
                             1999 Harrison Street, Suite 900
                             Oakland, California  94612
                        BY:  **WILLIAM FRED NORTON, ESQUIRE**
                             **STEVEN C. HOLTZMAN, ESQUIRE**


                             ORACLE AMERICA, INC.
                             500 Oracle Parkway
                             Redwood Shores, California  94065
                        BY:  **ANDREW C. TEMKIN, CORPORATE COUNSEL**
                             **DORIAN DALEY, GENERAL COUNSEL**


For Defendant:               KEKER & VAN NEST
                             633 Battery Street
                             San Francisco, California  94111-1809
                        BY:  **ROBERT ADDY VAN NEST, ESQUIRE**
                             **CHRISTA MARTINE ANDERSON, ESQUIRE**
                             **DANIEL PURCELL, ESQUIRE**
                             **MICHAEL S. KWUN, ESQUIRE**


                             KING & SPALDING LLP
                             1185 Avenue of the Americas
                             New York, New York 10036-4003
                        BY:  **BRUCE W. BABER, ESQUIRE**


                             GOOGLE, INC.
                             1600 Amphitheatre Parkway
                             Mountain View, California  94043
                        BY:  **RENNY HWANG, LITIGATION COUNSEL**


For Dr. Kearl:               FARELLA BRAUN & MARTEL LLP
                             235 Montgomery Street, 30th floor
                             San Francisco, California 94104
                        BY:  **JOHN L. COOPER, ESQUIRE**


Also Present:                **SAFRA CATZ, President and CFO**
                             Oracle Corporate Representative

                             **CATHERINE LACAVERA**
                             Google Corporate Representative


                             —   —   —

1    side?

2    **A.**    Andy Rubin, Brian Swetland and Dan Bornstein in person,

3    and a number of people called in.

4    **Q.**    Now, to what extent did Mr. Brenner participate in the

5    conversations at that meeting by phone?

6    **A.**    Well, he sort of led a large part of the discussion.

7    There were two things that were of concern to him.  One was

8    that he was trying to convince Andy Rubin that they should use

9    the Sun implementation of the particular technology.  This is

10   now CDC, as opposed to the technology used by Danger.  Sun had

11   it's own optimized implementation that Mr. Brenner was trying

12   to convince Andy Rubin to use.  That was one.

13            And then the second topic or issue on which he was

14   trying to change Mr. Rubin's mind, was to try and convince him

15   not to use Open Source for licensing to the proposed Google

16   customers.

17   **Q.**    Okay.  Now, on the first topic, Mr. Brenner's proposal

18   that Google use Sun's optimization of the implementation of the

19   Java technology, did Mr. Rubin -- what, if anything, did Mr.

20   Rubin say in response to that particular proposal?

21   **A.**    Well, he said there was two reasons why that could not

22   happen.  He said, first of all, that his engineers were fairly

23   well advanced in their own implementation, independent

24   implementation of CDC, number one, and basically it was too

25   far -- they were too far ahead to turn back.

 1              And the second reason was that there was --

 2    technically speaking, Sun's implementation wouldn't fit their

 3    requirements.

 4    **Q.**   Now, at that time when you were working in licensing for

 5    Sun in 2005, at that time did Sun permit companies to do

 6    independent implementations of its specifications?

 7    **A.**   Yes.  As had been done by Danger.

 8    **Q.**   To what extent did Sun impose requirements on those

 9    independent implementations of Java technology?

10              **MS. ANDERSON:**  Objection.  Overbroad, your Honor.

11              **THE COURT:**  Overruled.  Please answer.

12    **A.**   Basically the requirement that Sun stipulated for

13    customers making commercial use of their own independent

14    implementations were the same as for customers that used Sun's

15    source code.  That is, number one, they had to achieve

16    compatibility and, number two, they had to have a commercial

17    use license in place specifying royalties.

18    **BY MR. NORTON:**

19    **Q.**   Now, after that December meeting, did you continue to have

20    any role in the discussions between Sun and Google concerning

21    Java licensing for Android?

22    **A.**   No.

23    **Q.**   After December 2005, did you have any other discussions

24    with anyone from Google regarding Android?

25    **A.**   Yes.  In, I think, April of 2009, I had a discussion where

1   the person from Google wanted to discuss Java Standard Edition.

2   But I brought up the subject of Android, and we discussed that,

3   as well.

4   **Q.**   So what was the name of the person whom you spoke to, who

5   worked for Google?

6   **A.**   Martin Buccholz.

7   **Q.**   And what was the reason that you found yourself speaking

8   to Mr. Buccholz?

9   **A.**   Mr. Buccholz had contacted a colleague of mine, indicating

10  that he wanted to discuss with the correct person at Sun the

11  possibility of Google's licensing the source code to Java

12  Standard Edition so that they could get access to a particular

13  type of support.  Getting, like, advance notice on security bug

14  fixes.

15  **Q.**   Before you actually spoke to Mr. Buccholz, to what -- what

16  did you do, if anything, to prepare for that call?

17  **A.**   I met with Vineet Gupta, forwarding the e-mail trail that

18  had been forwarded to me, and met with Vineet Gupta to take his

19  advice.

20  **Q.**   And what did you -- what did you decide to do as a result

21  of speaking to Mr. Gupta, with respect to your phone call with

22  Mr. Buccholz?

23  **A.**   When I called Mr. Buccholz -- this was a conference call,

24  by the way -- I had a colleague on that line with me, as well,

25  a systems engineer from Sun.

```
 1          I explained that Sun would be very interested in
 2   looking into the possibility of doing a source license
 3   agreement covering Java SE and providing just the type of
 4   support that they were requesting.
 5          But I said that there would be something that would
 6   have to be fixed, first, which is the fact that regarding
 7   Android there was no commercial use license; and, as we
 8   understood it, Android was shipping an incompatible version of
 9   Java, commercially.
10   Q.   What did Mr. Buccholz say in response?
11   A.   Said, well, we don't need a commercial use license
12   agreement.  The Android group didn't use any Sun Java source
13   code.  They just used the Java specifications.  Plural,
14   specifications.
15   Q.   And are you certain Mr. Buccholz said the Android
16   engineers had used the specifications?
17   A.   Yes, because I immediately summarized the wording in an
18   e-mail to Vineet Gupta.
19          MR. NORTON:  No further questions.
20          THE COURT:  Cross-examination.
21          MS. ANDERSON:  Thank you, Your Honor.
22                       CROSS EXAMINATION
23   BY MS. ANDERSON:
24   Q.   It's just good afternoon, Mr. Cizek.
25   A.   Good afternoon.
```

1   Q.    I have to check.

2          We met before, once before.  I'm Christa Anderson,

3   counsel for Google.  Good to see you.

4          You testified earlier that you've been with Sun and

5   then Oracle, now, for about 12 years.  Is that right?

6   A.    (No audible response.)

7   Q.    During all the years you have worked at Sun and now

8   Oracle, you have worked in, basically, the same role, as

9   account manager.  True?

10  A.    Yes.

11  Q.    And as an account manager, you have been involved in,

12  primarily, licensing discussions regarding licensing aspects of

13  the Java platform, true?

14  A.    Yes.

15  Q.    Among the platforms that you've licensed over the years

16  are Java ME, as we've been calling it, Java SE, and Java EE; is

17  that correct?

18  A.    Yes.

19  Q.    And Java ME is Java Micro Edition, true?

20  A.    (No audible response.)

21  Q.    And if you would, for the court reporter --

22          (Reporter interrupts.)

23  A.    Oh.  I said yes.

24  Q.    Java ME is the platform that you seek to license for

25  smaller devices, true?

**CERTIFICATE OF REPORTERS**

We, KATHERINE POWELL SULLIVAN and DEBRA L. PAS,

Official Reporters for the United States Court, Northern

District of California, hereby certify that the foregoing

proceedings in C 10-3561 WHA, **Oracle America, Inc.**, **vs. Google,**

**Inc.**, were reported by us, certified shorthand reporters, and

were thereafter transcribed under our direction into

typewriting; that the foregoing is a full, complete and true

record of said proceedings at the time of filing.


_____
                /s/ Katherine Powell Sullivan


         Katherine Powell Sullivan, CSR #5812, RPR, CRR
                    U.S. Court Reporter



_____
                /s/ Debra L. Pas

           Debra L. Pas, CSR #11916, RMR CRR



                Friday, April 20, 2012