# EXHIBIT T

```
                                            Volume 7

                                            Pages 1397 - 1645

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

       BEFORE THE HONORABLE WILLIAM H. ALSUP

ORACLE AMERICA, INC.,            )
                                 )
           Plaintiff,            )
                                 )
  VS.                            )  No. C 10-3561 WHA
                                 )
GOOGLE, INC.,                    )
                                 )
           Defendant.            )  San Francisco, California
_____)  April 24, 2012


            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

APPEARANCES:

For Plaintiff:         MORRISON & FOERSTER
                       755 Page Mill Road
                       Palo Alto, California  94304
                  BY:  MICHAEL A. JACOBS, ESQUIRE
                       KENNETH A. KUWAYTI, ESQUIRE
                       MARC DAVID PETERS, ESQUIRE
                       DANIEL P. MUINO, ESQUIRE

                       BOIES, SCHILLER & FLEXNER
                       333 Main Street
                       Armonk, New York 10504
                  BY:  DAVID BOIES, ESQUIRE
                       ALANNA RUTHERFORD, ESQUIRE


(Appearances continued on next page)




Reported By: Katherine Powell Sullivan, RPR, CRR, CSR #5812
             Debra L. Pas, RMR, CRR, CSR #11916
                  Official Reporters - U.S. District Court
```

```
APPEARANCES (CONTINUED):

For Plaintiff:         BOIES, SCHILLER & FLEXNER
                       1999 Harrison Street, Suite 900
                       Oakland, California  94612
                  BY:  WILLIAM FRED NORTON, ESQUIRE
                       STEVEN C. HOLTZMAN, ESQUIRE

                       ORACLE AMERICA, INC.
                       500 Oracle Parkway
                       Redwood Shores, California  94065
                  BY:  ANDREW C. TEMKIN, CORPORATE COUNSEL
                       DORIAN DALEY, GENERAL COUNSEL


For Defendant:         KEKER & VAN NEST
                       633 Battery Street
                       San Francisco, California  94111-1809
                  BY:  ROBERT ADDY VAN NEST, ESQUIRE
                       CHRISTA MARTINE ANDERSON, ESQUIRE
                       DANIEL PURCELL, ESQUIRE
                       MICHAEL S. KWUN, ESQUIRE

                       KING & SPALDING LLP
                       1185 Avenue of the Americas
                       New York, New York 10036-4003
                  BY:  BRUCE W. BABER, ESQUIRE

                       GOOGLE, INC.
                       1600 Amphitheatre Parkway
                       Mountain View, California  94043
                  BY:  RENNY HWANG, LITIGATION COUNSEL


For Dr. Kearl:         FARELLA BRAUN & MARTEL LLP
                       235 Montgomery Street, 30th floor
                       San Francisco, California 94104
                  BY:  JOHN L. COOPER, ESQUIRE


Also Present:          SAFRA CATZ, President and CFO
                       Oracle Corporate Representative

                       CATHERINE LACAVERA
                       Google Corporate Representative

                                –  –  –
```

```
 1              "Requirements:  Google needs a TCK license."
 2          Do you see that?
 3   A.   I do.
 4   Q.   Did Mr. Rubin or anybody tell you that?
 5   A.   I don't recall.
 6   Q.   Let me go to Trial Exhibit 7.  Do you have that up there?
 7   Trial Exhibit 7?
 8   A.   Go ahead.
 9          (Document displayed)
10   Q.   And this is down at the bottom, an email from Andy Rubin
11   to Larry Page.
12   A.   Yes.
13   Q.   October 11th, 2005, where it says:
14              "My proposal is we take a license that
15              specifically grants the right for us to Open
16              Source our product."
17          Do you see that?
18   A.   Yes.
19   Q.   That's not a trademark license, is it, sir?
20   A.   Again, this was not a message or email trail I was on.
21          The TCK license would be a test and compatibility
22   license, which will allow you to state that you're compatible.
23   I don't know whether the TCK includes a copyright license or
24   not.
25   Q.   Do you know whether or not -- you know that one of the
```

1   kinds of licenses that Sun offered was a specification license;
2   did you know that?
3   **A.**   Again, I'm not familiar with the specific Sun licenses
4   that were available.
5   **Q.**   Did you know what the requirements of a Sun specification
6   license for Java or Java APIs were?
7   **A.**   Not in any detail.
8   **Q.**   Did you know that generally they required that the person
9   getting the license pass a TCK test?
10  **A.**   No, but I would have assumed that that was one of their
11  licensing requirements.
12  **Q.**   And you do know that Sun charged people for the TCKs,
13  correct?
14  **A.**   I don't know the details.
15  **Q.**   But you know enough about -- even without knowing any of
16  the details, do you know enough about the fact that is one of
17  the way that Sun has made money?
18  **A.**   Well, the exhibits which I see now imply that, so I'll
19  just say yes.
20  **Q.**   Now, there came a time when Google was sufficiently
21  worried about being sued that it thought about buying all the
22  rights to Java; correct, sir?
23  **A.**   Yes.
24  **Q.**   And this was in 2009, correct?
25  **A.**   If I could modify that.  I'm not sure what you meant by

1  "Google."  Did you mean the executives?
2  **Q.**   Yes, the executives at Google.
3  **A.**   Did you mean there was a proposal?
4  **Q.**   Well, there was a proposal, including to you as the CEO;
5  correct, sir?
6  **A.**   Yeah.
7  **Q.**   And you thought it was worth pursuing, correct?
8  **A.**   I'm always open to trying anything that -- to make
9  progress.
10 **Q.**   And you certainly didn't want to be sued over your use of
11 Java, correct?
12 **A.**   That's correct.
13 **Q.**   Let me ask you to look at Exhibit 406.
14          **MR. BOIES:**  May I approach, your Honor?
15             (Whereupon, document was tendered
16              to the witness.)
17          **THE WITNESS:**  Thank you.
18 **BY MR. BOIES:**
19 **Q.**   And this is in evidence.
20             (Document displayed)
21 **Q.**   And this is an email to you from a Brett Slatkin?
22 **A.**   Yes.
23 **Q.**   And this is in January of 2009, correct?
24 **A.**   Uh-huh.  Yes.
25 **Q.**   And it talks about a proposal to buy the full rights to

**CERTIFICATE OF REPORTERS**

We, KATHERINE POWELL SULLIVAN and DEBRA L. PAS, Official Reporters for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 10-3561 WHA, **Oracle America, Inc., vs. Google, Inc.**, were reported by us, certified shorthand reporters, and were thereafter transcribed under our direction into typewriting; that the foregoing is a full, complete and true record of said proceedings at the time of filing.


              /s/ Katherine Powell Sullivan
    _____

       Katherine Powell Sullivan, CSR #5812, RPR, CRR
                    U.S. Court Reporter



              /s/ Debra L. Pas
    _____

          Debra L. Pas, CSR #11916, RMR CRR


                Tuesday, April 24, 2012