# EXHIBIT V

Case 3:10-cv-03561-WHA   Document 1299-25   Filed 08/20/15   Page 2 of 10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 370**
CASE NO 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

# Mobile Strategy Summit - Notes
## November 4-5, 2010

## Day 1
### Opening [Henrique]
- Mobile is certainly technology disruptor; if we miss the "mobile window", we'll be out of business in 10 years
- Key is to replicate our historical success in desktop Search/AFS on mobile
- Achieve scale by leveraging mobile sales force as a specialist team -- specialist team empowers the broader sales force to sell
    - The search product and the pods will open doors and provide access to huge advertiser base
- Sales should feel comfortable lifting revenue forecasts, be aggressive w/ their projections

### Kick-Off [Karim]
- Strategic offsites on quarterly basis
    - Remind what we're about, where we're going, next products
- There will be failures along the way, so we can't be afraid of making them. We need to be realistic about failures on our way to [REDACTED]
- Empower your teams to make lots of executive decisions. Business moving, growing, and changing quickly.
- Will adopt metrics-based approach to driving and evaluating the business
- Strive to achieve operational excellence. Strategy is important, operational excellence is critical. Be prepared to be scrappy at times.
- Be bold! Don't look for incremental growth. Chase step-function increases.
- Objectives of this summit
    - Stay engaged in discussions
    - Voice disagreements
    - Manage by consensus -- even if you disagree, we all ask that you support the team's final decision
- Mobile will be ubiquitous -- will be the most important item for everyone in the future (payment, interaction, gaming)
- Collaboration is key -- mobile org must be entirely embedded into broader Google org
    - Regional mobile leaders need to feel and operate like they are part of the regional sales teams under Dennis, Philipp, Marco, and Daniel
- [REDACTED]
- [REDACTED]
- Marketing Investment Framework
    - may evolve over next few months
    - tight timeframe for expanding into markets
- Countries need to own mobile thought leadership
- Focus on internal communications: w/ each other, w/ pods, and w/ prod/eng

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-23-00000049

Trial Exhibit 370, Page 1 of 9

- Investment case
    - Huge opportunity in Japan. Market shifting towards HED and display.
    - High potential markets (display in China; redo Google search strategy in Korea)
    - Emerging markets

**Product Review [Paul F]**

- [redacted]
- HE quickly outpacing WAP
- [redacted]
- 4 Challenges
    - Display ad revenue optimization
        - Mobile technology differences (smaller screens, html5/flash) means many Google products don't work well.
        - Developers have similar problems to desktop (direct sales, yield mgmt, interest in rich media/brand)
        - Developers have different problems from desktop (ad mediation, revenue models, app promo)
        - **AI: Paul/Jason - What product suite is right for app developers? How do we execute / deeper dive?**
    - Mobile eCommerce unsolved
        - Commerce on mobile (web/apps) growing quickly -- Amazon + eBay >$2.5B, mobile transactions still difficult for consumers
        - Apps are creating new parallel internet
            - [redacted]
            - Paul building track conversions of activities deep w/in apps (tracks what happens after install); e.g., purchasing an item deep w/in an app
            - Targeting and ad selection problem is different
        - Position: we should focus on ads, not commerce. We're trying to make transactions as frictionless as possible
    - Real world commerce is unsolved
        - Holy grail = bringing targeting, interactivity, measurement, accountability
    - Mobile will completely connect eCommerce and real world commerce
        - Bricks-to-clicks as likey as clicks-to-bricks
- Approach to display
    - End goal: mobile as first class citizen on Google platform
    - Full speed ahead on integration to get benefit of core platform -- integration should focus on simplifying for advertisers, pubs, and sales
        - Pub front end will be XFP (while accounting for AdSense)
        - Adv front end will be AdWords
            - Key features from AdMob: targeting, format, measurement, reservations, workflow (all in phase 2)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-23-00000050

Trial Exhibit 370, Page 2 of 9

- ■Still shooting for end of Q2, but date can change.
- ■Be prepared that the product will not have all the features at first launch. Instead, product be rolled out over time (not a one-day drop). Features will be prioritized and gradually released.
- ■We should start preparing sales teams for the first launch in Q2 -- mobile display needs to be trained and have experience w/ the system
- ■AdMob eng will continue to go nuts w/ AdMob innovation; allows Product to innovate and build new features into MobSense while focusing on product integration
- ■Desktop Display product team also building; we can adopt the features
  - AdWords vs. DFA
  - Signing up for AdWords account on mobile platform -- may make sense for Local, small mom-and-pops who are unsophisticated
- Local -- What are we doing on Offers? Will launch hyperlocal in 2011. Surojit can update.
- Video -- we should prioritize for this

### AdMob Metrics Report [Rikard]
- Approvals still pending. [redacted]

### Breakout: Publisher Acquisitions and Retention [Jeff Merkel]
- Apps can be split into game/utilities vs. major media segments
- AFMA / AdMob = bulk of traffic in games/utilities, these are pan-regional. Does that continue to be the major consumption over next 1-2 years? Or does the major media segment grow faster?
- Macro trend: most in-demand publishers will bring inventory sales in-house
  - Should we start signing 5-year deals w/ publishers? And at what cost?
  - Once they in-house, pubs will unlikely come back to Google
  - What can we do to prevent this?
- 15% GDN viewed on mobile phone are desktop ads, bad experience for users (low conversion rates)
- Pricing is also a lever, minimum guarantees
- Don't make this a zero-sum game for publishers (challenge in pre-DCLK years). Define an end-to-end value proposition that offers full suite of tools and ad networks.
  - We won NYTimes and Pandora even though they had a sales force
    - ■They couldn't fill their own inventory. These pubs will still want some way of filling their unfilled inventory
    - ■We offered them an end-to-end solution. They kept their highly targeted (verticalized) placements (e.g., Sports)
    - ■If we generate higher RPMs, that can also be competitive
- Big bet: strategy around O&O, hedge against changing pub world, wasn't too successful on desktop but maybe it's different in mobile
- **AI: Jeff's group -- come back w/ an end-to-end strategy and performance metrics**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-23-00000051

Trial Exhibit 370, Page 3 of 9

**Breakout: Winning in Display [Jason]**
- Advertiser pyramid (from top to bottom)
  - Premium brand (includes video) - Apple's been aggressive here
    - Need to scope more, get data set (e.g., margins)
  - Brand (includes video) - agency heavy
  - Brand response - tracking challenge
  - DR: Ad DR and App Install
- DR will follow w/ our relationships on desktop
- How do we adapt to the way the rest of the org is prioritizing and investing?
  - Mobile is limited by org's focus.  If the pod is DR focused, but we're Prem Brand focused, then we we're limited.
    - Maybe we can shift the paradigm and create a mobile sales team and have the pods serve as the specialists to us
- **AI: Jason's group - come back to Global Mobile Sync w/ timeline and ETAs**

**Breakout: Emerging Markets [Mahesh]**
*Framework for understanding emerging markets:*
- Start w/ cluster markets and bucket metrics.  Then leverage OMS example framework:
  1. Market opportunity (ads, desktop, mobile, infrastructure)
     a. Size of the prize -- what is the opportunity that Google can drive through big-bet investments?  Allows us to prioritize between different, but attractive markets
  2. Product/feature adoption
  3. Existing Google sales presence
     a. Team NAL and revenue coverage
     b. Team pitch activity
  4. Inventory
- Deep dive into each cluster: granular markets and metrics
- Arrive at unique combinations --> unique execution strategies for each market, country portfolio allocation
- Have conversations w/ country managers; get buy-in from country mgrs and empower w/ them with higher ambitions; devise engagement models to scale

*Big Bets / Creative Ideas for Execution in Emerging Markets:*
- Inventory: giving away or subsidizing android devices, helping build mobile publisher sites or apps, paying app developers, training app developers, Facebook Zero approach in SEA (de facto internet experience), SMS
- Advertisers: giving away or subsidizing ads, build out advertiser websites, local business-to-business effort, Boost $10 flat rate for showing ads, have cheap labor sell (e.g., India),
- Users: building wireless economy

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-23-00000052

- **AI: Mahesh's group - create the market prioritization framework, agree on granular metrics, and come up w/ execution strategies.  Report timeline and ETAs to next Global Mobile Sync.**

**Business Plans**
- DSO Americas Display
    - Key priorities: align w/ pods, vertically aligned, focus on right accounts for DSO
        - Rules of engagement close to finish line; Laura, Shachar, Jason, Slinger, Igor will finalize the RoE together.  In a couple weeks, we will be able to communicate broadly to mobile teams and pods.
    - Challenges
        - AdMob not on standard contracts yet; new contracts need to be circled back to clients, frustrating for pods
        - Retention will be a challenge as external poaching is ramping up
            - Start programmatic training program to ramp people up on complex projects in anticipation of attrition
    - Training
        - Interim - informal training; vertical lead to vertical lead dialogue
        - Training mDisplay team on YT, GDN, and Google front end
        - Should we be centralizing the planning for training?
        - Do we want to do full training of the 2,000-org on AdMob even though MobSense will launch in 2 qtrs?
        - **AI: Laura will own training (search + display) at a global level, will be the training interface**
    - Marketing is key for a 1:many approach
        - Should we do an Agency roadshow, especially now that mDisplay is vertically aligned and less focused on agencies?
    - **AI: Igor - Rules of engagement for supporting mobile pureplays**
    - Feedback and response on investment case
        - Not enough initiatives on agencies: although vertically organized, the team will connect w/ agency team
        - Chasing premium brand, do we have enough resources: need to scope that opportunity first
- Americas DSO Display Partnerships
    - Market skewed towards app developer community for mobile (different from desktop side)
    - Segment pubs by app developers and traditional media companies
        - Extend lead in app developers
        - Build premium content network (trad media companies)
        - Build video ad network
    - Challenges
        - Identify the rising stars.  How do you find the "Angry Birds" before they hit inflection point?
            - Reduce barrier to getting apps on Android

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY         Oracle America v. Google, 3:10-cv-03561-WHA         GOOGLE-23-00000053

- - - Developer outreach
    - Nelson's team takes a shotgun approach vs. Chris's sniper approach
  - How do you manage the lifecycle of apps?
  - **AI: Chris - Build a plan for each of the challenges**
  - We should consider O&O properties
- AdSense Online Global
  - Specialist model w/ AdSense Online; leverage them to go after pubs
  - Cast a wide net approach; if a pub grows quickly and shows high potential, punt to Chris's team
  - Avg run-rate of leads is declining
  - Should we have a focus on iPad apps? Or should we remain device agnostic?
  - Experiment w/ high scale 1:1 outreach
  - Lots of resource flexibility in the AdSense Online world. Have 7 dedicated to mobile, but if there's a larger opportunity, then we can leverage/borrow from the rest of AdSense org.
  - AFMA: impressions / acquired pubs have declined significantly
    - partially driven by AdMob acquisition, pubs unclear about product and direction
- Americas DSO Search
  - Anecdote
    - an Americas vertical is asking for their own mobile HC -- implies we need to be more engrained in pods?
    - NY Times and BBC seeing mobile as huge rev opportunity
  - [redacted]
  - Challenges
    - [redacted]
      - Purple ads and sitelinks drove recent uptick
  - We need to understand cannibalization.
    - Anecdotally some cannibalization, but not significant. We don't see an corresponding decline in desktop queries that offsets mobile query growth
    - Hal Varian's team also reviewing
  - Sharpshooter is an excel-based tool. Just extended to EMEA.
    - Looks at previous quarter data and identify accounts w/ potential
    - **AI: Mahesh/Sales Ops - Need to circulate this tool broadly.**
  - Beta test Google Goggles w/ Tron Legacy movie print ad

# Day 2
**Business Plans**
- NACE DSO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-23-00000054

Trial Exhibit 370, Page 6 of 9

- Should NACE adopt a Lighthouse strategy? Focus on getting 1-2 accounts w/in a vertical to spend above a threshold. Then replicate that success across the vertical.
- Depth vs. breadth in advertiser engagement may work better w/ display and less w/ search?
- **AI: Regional Leads - What are the 2-3 criteria that dictate how we assign accounts to our mobile NAL (should be different for search and display)?**
    - Will be iterative over the next couple quarters. Will be a learning.
- How do we interact w/ Ben's team in NACE and Barry in US?
    - **AI: Roxanna and Shachar -- Rules of Engagement and Accounts Scorecard for Display (Igor/Bruce to support)**
- **AI: Jason -- Finalizing and disseminating Rules of Engagement with agency teams; working w/ Penry and agency teams**
- [REDACTED]
- How will NACE leverage resources to cover verticals in each country?
    - Small countries: 1 rep to multiple verticals
    - Larger countries: verticalize in large countries
- [Global] We feed best ads in HED (Android, iPhone) [browser capability], not to other "smartphones" (Blackberry)

- APAC DSO
    - **AI: Cheryl - unblock local billing barrier**
        - Advertisers need to spend in USD, which is not scalable (work w/ Finance)
        - Can't really invest in these markets if we can't bill in local currencies
        - Separately, expatriating money needs to be resolved
    - How do we transform our position in Japan, China, and Korea?
        - **AI: Jeff/Sales Ops/Karim - specific strategies for JP Display, CN, KR**
        - Should we think about breaking away from our functional paradigm and building a SWAT team focused specifically on these markets?
- DCS
    - How do we service between DSO and DCS? How do we handle lead gens?
    - **AI: Andy -- Connect w/ Claire/Richard to agree on how to manage accts that may be mobile-important but not online-important**
    - How do we determnine which top AdMob accts to support? Criteria should include spend and level of maintenance (i.e., our ROI)
    - **AI: Andy/Regional leads -- What are the high potential accts for mobile (Groupon), how do we engage them on AdMob, where do these resources come from?**

**Operational Breakouts**
- Thought leadership [Rikard]
    - How can we stand out in mobile? What does our brand stand for? Where is the mobile industry going?
    - Make the thought leadership easy for country managers to disseminate and for competitors to "steal"/evangelize

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-23-00000055

Trial Exhibit 370, Page 7 of 9

- - - **AI: Rikard - scope workstream and communicate timeline for strategy/tactics/metrics at Global Mobile Sync**
  - Training plan and KPIs [Karim]
    - Spreadsheet columns include
      - Content (admob specific, thought leadership)
      - Format (video, f2f)
      - Teams to train
      - Timing
      - Metrics
      - Ownership
    - **AI: Karim/Laura - scope workstream and communicate timeline for strategy/tactics/metrics at Global Mobile Sync**
  - Working closely w/ Android [Michael S]
    - Mobile org needs to focus on 3 areas
    - Learning about Android platform: how do we best engage w/ that team? how do we learn how to best work with them?
    - Developing apps: integrated SDK, platforms and ad mediation
    - Post development / growing apps: manage your listing, sponsored links
    - **AI: Slinger - scope workstream and communicate timeline for strategy/tactics/metrics at Global Mobile Sync**
  - Communication [Ian]
    - Framework for right amount of information in timely manner
      - How do we share info among Product, BD, sales, and finance
    - Communication w/ entire sales org (pods, display teams, etc.)
      - Quarterly/monthly email from Karim to Nstaff org
    - Communication w/ mobile org
      - Monthly all-hands
      - Global and regional weekly email communication
    - Communication among leads
      - Global Mobile Sync - find a time that's EMEA and JAPAC friendly
      - Include regional leads on important decisions (if not by scheduling a meeting, at least notify by email)
    - **AI: Ian - scope workstream and communicate timeline for strategy/tactics/metrics at Global Mobile Sync**

**Mobile Metrics**
- **AI: Jennie - add HE-specific data as a second trendline to the impressions graphs**

**Wrap Up**
- Circulate notes and attachments in a site
- 3-4 slide presentation to share broadly - key priorities from this offsite
- Breakouts -- timelines, next steps

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-23-00000056

- **AI: Bruce/Igor - send out survey to attendees to solicit feedback on this summit; are we covering the right topics, optimizing times, having the relevant discussions, enough action?**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY            Oracle America v. Google, 3:10-cv-03561-WHA            GOOGLE-23-00000057

Trial Exhibit 370, Page 9 of 9