1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     (415) 391-5400
6  Facsimile:     (415) 397-7188

7  KING & SPALDING  LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Telephone:     (212) 556-2100
10 Facsimile:     (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 ORACLE AMERICA, INC.,                    Case No.  CV 10-03561 WHA

           Plaintiffs,                      **GOOGLE'S STATEMENT REGARDING**
17                                          **ORACLE'S ADMINISTRATIVE MOTION**
                                            **TO SEAL (ECF NO. 1298)**
18         v.

19 GOOGLE INC.,

           Defendant.                       Dept.        Courtroom 8, 19th Fl.
20                                          Judge:       Hon. William Alsup

21

22

23

24

25

26

27

28

981699

1    Google hereby withdraws its confidentiality designation for the document attached as

2  Exhibit V to the Declaration of Gabriel M. Ramsey in Support of Oracle's Opposition to Motion

3  to Preclude Submission of Willfulness to Jury (ECF No. 1299).  Exhibit V, labeled GOOGLE-23-

4  00000049-57, is the subject of Oracle's pending Administrative Motion to Seal (ECF No. 1298).

5

6

7  Dated:  September 24, 2015                          KEKER & VAN NEST LLP

8
                                              By:    */s/ Robert A. Van Nest*
9                                                    ROBERT A. VAN NEST
                                                     CHRISTA M. ANDERSON
10                                                   DANIEL PURCELL

11                                                   Attorneys for Defendant
                                                     GOOGLE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          1

981699