IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Oracle has filed an administrative motion seeking to file under seal portions of an exhibit that Google had designated "HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY" (Dkt. No. 1298). Specifically, Oracle moved to file under seal Exhibit V to the declaration in support of its opposition to Google's Motion to Preclude Submission of Willfulness to Jury (Dkt. No. 1299-25). Google has withdrawn its confidentiality designation for that document (Dkt. No. 1300). Accordingly, Oracle's administrative motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 24, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE