**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, California 92614. On September 1, 2015, I served the following document(s):

**DECLARATION OF CHRISTINA VON DER AHE RAYBURN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF APPENDIX A TO ORACLE'S STATEMENT REGARDING WILLFULNESS EVIDENCE PER ECF NO. 1297**

**THE UNREDACTED VERSION OF APPENDIX A TO ORACLE'S STATEMENT REGARDING WILLFULNESS EVIDENCE PER ECF NO. 1297**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy, pursuant to Google's counsel's email dated August 24, 2015, to the following listserv:

DALVIK-KVN@kvn.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 1, 2015, at Orange County, California.

*/s/ Christina Von der Ahe Rayburn*
Christina Von der Ahe Rayburn