| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON *pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY 10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA 94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
| | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25 | Plaintiff, v. | **DECLARATION OF CHRISTINA VON DER AHE RAYBURN IN SUPPORT OF ORACLE'S STATEMENT REGARDING WILLFULNESS EVIDENCE PER ECF NO. 1297** |
| 26 | GOOGLE INC. | |
| 27 | Defendant. | |
| 28 | | |

DECL. OF
CHRISTINA VON DER AHE RAYBURN
CV 10-03561 WHA

I, Christina Von der Ahe Rayburn, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and am a senior associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for Plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Statement Regarding Willfulness Evidence per ECF No. 1297.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a portion of the final jury instructions issued in the case of *Williams v. Bridgeport Music, Inc.*, No. LA CV13-06004 JAK (AGRx) (C.D. Cal. Mar. 10, 2015). **Exhibit 1** reflects Jury Instruction No. 38 of those instructions, and can be found at ECF No. 322 on that case's docket.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a portion of the Joint [Proposed] Jury Instructions filed in *Williams v. Bridgeport Music, Inc.*, No. LA CV13-06004 JAK (AGRx) (C.D. Cal. Jan. 21, 2015), at ECF No. 223.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a portion of the Joint [Proposed] Jury Instructions filed in *Williams v. Bridgeport Music, Inc.*, No. LA CV13-06004 JAK (AGRx) (C.D. Cal. Jan. 21, 2015), at ECF No. 223-2, Exhibit 22.

6. Attached hereto as **Exhibit 4** is a true and correct copy of portions of the Amended Notice of Disputed Jury Instructions filed in *Williams v. Bridgeport Music, Inc.*, No. LA CV13-06004 JAK (AGRx) (C.D. Cal. Feb. 3, 2015), at ECF No. 244.

7. Attached hereto as **Exhibit 5** is a true and correct copy of to the Joint [Proposed] Jury Instructions filed in *Williams v. Bridgeport Music, Inc.*, No. LA CV13-06004 JAK (AGRx) (C.D. Cal. Jan. 21, 2015), at ECF No. 223-2, Exhibit 20.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Jury Instructions given in *Classic Concepts, Inc. v. Linen Source Inc.*, No. 04-cv-8088 GPS (MANx) (C.D. Cal. Aug. 23, 2007), available at ECF No. 216 on that case's docket, as well as on www.lexis.com at 2007 Jury Instr. LEXIS 2036.

1    9.    Attached hereto as **Exhibit 7** is a true and correct copy of the parties' jointly proposed jury instructions in *Pure Power Boot Camp, Inc. v. Warrior Fitness Boot Camp, LLC*, No. 08-cv-04810-THK (S.D.N.Y. Dec. 24, 2010), available at ECF No. 171-1 on that case's docket, as well as on www.lexis.com at 2010 Jury Instr. LEXIS 1405.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of September, 2015, at ___Irvine___, CA.


_____
Christina Von der Ahe Rayburn

- 2 -

DECL. OF
CHRISTINA VON DER AHE RAYBURN
CV 10-03561 WHA