KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiffs, | **GOOGLE'S STATEMENT REGARDING ORACLE'S ADMINISTRATIVE MOTION TO SEAL (ECF NO. 1305)** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.      Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

1  Google submits this statement in response to Oracle's Administrative Motion to File
2  Under Seal Appendix A to Oracle's Statement Regarding Willfulness (ECF No. 1305).  Appendix
3  A contains excerpts from several documents designated by Google as confidential or highly
4  confidential under the Protective Oder in this case.  Google states that it does not seek to seal any
5  of the material excerpted in Appendix A.  Google, however, maintains its confidentiality
6  designations for the underlying documents from which the material in Appendix A is excerpted,
7  and reserves all rights with respect to those documents including the right to object to their public
8  disclosure.

Dated:  September 4, 2015                                     KEKER & VAN NEST LLP

                                                   By:   */s/ Robert A. Van Nest*
                                                         ROBERT A. VAN NEST
                                                         CHRISTA M. ANDERSON
                                                         DANIEL PURCELL

                                                         Attorneys for Defendant
                                                         GOOGLE INC.