IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING ORACLE'S MOTION TO FILE UNDER SEAL**

Oracle has filed an administrative motion to file under seal Appendix A to its statement regarding willfulness evidence, which contains excerpts from several documents designated by Google as confidential or highly confidential under the Protective Order in this case. Google has filed a statement informing the Court that it does not seek to seal the excerpted material, though it maintains its confidentiality designations for the underlying documents. Accordingly, Oracle's sealing motion is **DENIED**. Oracle shall file the unredacted Appendix A on the public docket. This order is without prejudice to whether the non-excerpted portions of the underlying documents may ultimately be sealed.

**IT IS SO ORDERED.**

Dated: September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE