KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  CV 10-03561 WHA<br><br>**GOOGLE'S RESPONSE TO REQUEST FOR COMMENT (ECF NO. 1282)**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

## STATEMENT

In its August 4, 2015 Request for Comment, the Court invited Plaintiff Oracle America, Inc. ("Oracle") and Defendant Google Inc. ("Google") to "address the advisability of expanding Dr. Kearl's role to include offering his views on the methodologies of the parties' experts with regards to any future *Daubert* motions, including proposals for how Dr. Kearl's reports expressing such views should be sequenced in any *Daubert* briefing." ECF No. 1282.

Google does not object to the expansion of Dr. Kearl's role to include offering views on the methodologies of the parties' experts with regards to any future *Daubert* motions, provided that the parties and/or their expert(s) have an opportunity to respond to and address Dr. Kearl's views.

Dated: September 10, 2015                                        KEKER & VAN NEST LLP

                                                                 By:   /s/ Robert A. Van Nest
                                                                       ROBERT A. VAN NEST
                                                                       CHRISTA M. ANDERSON
                                                                       DANIEL PURCELL

                                                                       Attorneys for Defendant
                                                                       GOOGLE INC.