

ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiff,<br>   v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Pursuant to Civil Local Rules 7-11 and 79-5, plaintiff Oracle America, Inc. ("Oracle") hereby moves to file under seal the following:

- Portions of Oracle's Statement Regarding Dr. Kearl's Lack of Compliance with the Court's Order;
- The entirety of Exhibits 2-5 to the Declaration of Annette L. Hurst in Support of Oracle's Statement Regarding Dr. Kearl's Lack of Compliance with the Court's Order ("Hurst Declaration"); and
- Portions of Exhibit 6 to the Hurst Declaration.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5. Stipulated Protective Order § 14.4, ECF No. 66. The documents listed above reproduce, summarize, or quote certain documents marked as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. Therefore, Oracle moves to seal the documents listed above.

Pursuant to Civil Local Rule 79-5(e), Oracle is required to identify and serve the declaration supporting this Administrative Motion to Seal upon any party or non-party designating the material. No party or non-party has appeared to Oracle to assert these designations. Dr. Kearl has affirmatively disavowed any interest in the confidentiality of the material. However, Dr. Kearl is also the only non-party in this matter who is subject to the Court's order. Accordingly, Oracle is serving these materials on Dr. Kearl's counsel with the expectation that he will disseminate them to anyone who claims an interest herein and is thus responsible for designating the information.

Oracle states no position as to whether disclosure of these materials would cause harm to Dr. Kearl or any other party.

| | | |
|---|---|---|
| 1 | Dated: September 10, 2015 | KAREN G. JOHNSON-MCKEWAN<br>ANNETTE L. HURST<br>GABRIEL M. RAMSEY<br>PETER A. BICKS<br>LISA T. SIMPSON<br>Orrick, Herrington & Sutcliffe LLP |

By: */s/ Christina Von der Ahe Rayburn*
    CHRISTINA VON DER AHE
    RAYBURN

Attorneys for Plaintiff
ORACLE AMERICA, INC.

- 2 -

ORACLE'S ADMIN. MOT. TO FILE UNDER SEAL
CV 10-03561 WHA