| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON *pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
| | DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com |
| | 500 Oracle Parkway, |
| 18 | Redwood City, CA 94065 |
| | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 19 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF CHRISTINA VON DER AHE RAYBURN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

DECL. OF CHRISTINA VON DER AHE
RAYBURN
CV 10-03561 WHA

I, Christina Von der Ahe Rayburn, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a senior associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal.

3. The following documents summarize, quote from, or reproduce materials that have been marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" in the form that they were produced.

- Portions of Oracle's Statement Regarding Dr. Kearl's Lack of Compliance with the Court's Order;
- The entirety of Exhibits 2-5 to the Declaration of Annette L. Hurst in Support of Oracle's Statement Regarding Dr. Kearl's Lack of Compliance with the Court's Order ("Hurst Declaration"); and
- Portions of Exhibit 6 to the Hurst Declaration.

4. Pursuant to Civil Local Rule 79-5(e), Oracle is required to identify and serve this declaration upon any party or non-party designating the material. No party or non-party has appeared to Oracle to assert these designations. Dr. Kearl has affirmatively disavowed any interest in the confidentiality of the material. However, Dr. Kearl is also the only non-party in this matter who is subject to the Court's order. Accordingly, Oracle is serving these materials on Dr. Kearl's counsel with the expectation that he will disseminate them to anyone who claims an interest herein and is thus responsible for designating the information.

///

///

///

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct.
3   Executed this 10th day of September, 2015, at <u>Laguna Beach</u>, CA.

                                                  */s/ Christina Von der Ahe Rayburn*
                                                    Christina Von der Ahe Rayburn