ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br>　　v.<br>GOOGLE INC.<br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal. Having considered the Administrative Motion to File Under Seal, the Declaration of Christina Von der Ahe Rayburn in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated portions of the following documents should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Title of Document to Be Sealed | Entirety or Portion Thereof |
|---|---|
| Oracle's Statement Regarding Dr. Kearl's Lack of Compliance with the Court's Order | Portions thereof, including the redactions marked on the following page: 2:20-22 |
| Exhibit 2 to the Declaration of Annette L. Hurst in Support of Oracle's Statement Regarding Dr. Kearl's Lack of Compliance with the Court's Order ("Hurst Decl.") | Entirety |
| Exhibit 3 to Hurst Decl. | Entirety |
| Exhibit 4 to Hurst Decl. | Entirety |
| Exhibit 5 to Hurst Decl. | Entirety |
| Exhibit 6 to Hurst Decl. | Portions thereof, including the redactions marked on page 3. |

**IT IS SO ORDERED.**

Dated: _____

Honorable William H. Alsup
United States District Court Judge

- 1 -

[PROPOSED] ORDER
CV 10-03561 WHA