## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 51 W 52nd St., New York, New York 10019. On September 10, 2015, I served the following document(s):

**DECLARATION OF CHRISTINA VON DER AHE RAYBURN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF ORACLE'S STATEMENT REGARDING DR. KEARL'S LACK OF COMPLIANCE WITH THE COURT'S ORDER**

**THE UNREDACTED VERSION OF ORACLE'S STATEMENT REGARDING DR. KEARL'S LACK OF COMPLIANCE WITH THE COURT'S ORDER**

**THE UNDER SEAL VERSIONS OF EXHIBITS 2-5 TO THE DECLARATION OF ANNETTE L. HURST IN SUPPORT OF ORACLE'S STATEMENT REGARDING DR. KEARL'S LACK OF COMPLIANCE WITH THE COURT'S ORDER**

**THE REDACTED VERSION OF EXHIBIT 6 TO THE DECLARATION OF ANNETTE L. HURST IN SUPPORT OF ORACLE'S STATEMENT REGARDING DR. KEARL'S LACK OF COMPLIANCE WITH THE COURT'S ORDER**

**THE UNREDACTED VERSION OF EXHIBIT 6 TO THE DECLARATION OF ANNETTE L. HURST IN SUPPORT OF ORACLE'S STATEMENT REGARDING DR. KEARL'S LACK OF COMPLIANCE WITH THE COURT'S ORDER**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email address:

JCooper@fbm.com

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on September 10, 2015, at New York, New York.

*/s/ Matthew L. Bush*
Matthew L. Bush