# EXHIBIT 1

**From:** JCooper@fbm.com [mailto:JCooper@fbm.com]
**Sent:** Thursday, August 20, 2015 5:38 PM
**To:** Daniel Purcell; ahurst@orrick.com
**Subject:** Fwd: Dr. Kearl's report and testimony in Apple v. Samsung

Counsel:

These materials have been uploaded to the following ftp site.  The ftp access information is below. Please let me know if you have any questions.

**FTP Account Information**

Access via web browser:   http://webftp.quinnemanuel.com

Access via FTP client software:   ftp.quinnemanuel.com (Port: 22)

FTP Username:   ███

**Passwords**

FTP Password:   ███

ZIP File Password:   ███

John Cooper
Counsel for Dr. Kearl

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP