# EXHIBIT 2

# TENTATIVELY FILED UNDER SEAL