# EXHIBIT 3

# TENTATIVELY FILED UNDER SEAL