# Exhibit 4

# Tentatively Filed Under Seal