# EXHIBIT 5

# TENTATIVELY FILED UNDER SEAL