| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:   (415) 773-5700<br>Fax:   (415) 773-5759 | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON # 184325<br>canderson@kvn.com<br>DANIEL PURCELL # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, California 94111-1809<br>Tel:   (415) 391-5400<br>Fax:   (415) 397-7188 |
| PETER A. BICKS (*pro hac* vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac* vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:   (212) 506-5000<br>Fax:   (212) 506-5151 | KING & SPALDING LLP<br>BRUCE W. BABER (*pro hac* vice)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Tel:   (212) 556-2100<br>Fax:   (212) 556-2222<br><br>*Attorneys For Defendant*<br>GOOGLE, INC. |
| ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, California 94065<br>Tel:   (650) 506-5200<br>Fax:   (650) 506-7117 | |

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.  CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO PROTECTIVE ORDER**<br><br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:      Hon. William Alsup |

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO PROTECTIVE ORDER
Case No.  CV 10-03561 WHA

**STIPULATION**

WHEREAS, on December 14, 2010, Plaintiff Oracle America, Inc. and Defendant Google Inc. (collectively, "the Parties") submitted a Joint [Proposed] Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. ECF No. 66;

WHEREAS, the Court approved the Parties' Stipulated Protective Order, subject to certain conditions, on December 20, 2010.  ECF No. 68;

WHEREAS, the Parties would like to change one term of their Stipulated Protective Order;

NOW THEREFORE, the Parties AGREE AND STIPULATE that the 14-day period for objecting to disclosed Experts set forth in Section 7.4(b) of the Parties' Stipulated Protective Order shall be shortened to seven days.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____
Honorable William Alsup
Judge of the United States District Court

| | | |
|---|---|---|
| Dated: September 14, 2015 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | */s/ Annette L. Hurst*_____<br>KAREN G. JOHNSON-MCKEWAN<br>ANNETTE L. HURST<br>GABRIEL M. RAMSEY<br>PETER A. BICKS<br>LISA T. SIMPSON |
| | | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |
| Dated: September 14, 2015 | | KEKER & VAN NEST LLP |
| | By: | */s/ Robert A. Van Nest*_____<br>ROBERT A. VAN NEST<br>CHRISTA M. ANDERSON<br>DANIEL PURCELL |
| | | *Attorneys For Defendant*<br>GOOGLE, INC. |

**ATTESTATION OF CONCURRENCE**

I, Annette L. Hurst, the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order, hereby attest that Robert Van Nest has concurred in this filing.

Date: September 14, 2015        */s/ Annette L. Hurst*_____