IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE AMENDMENT TO PROTECTIVE ORDER**

    The parties have stipulated to an amendment to one term in the protective order that applies to this matter. Specifically, the parties seek to shorten the time to object to disclosed experts from fourteen days to seven days. Good cause shown, the parties' stipulation is **APPROVED**.

    **IT IS SO ORDERED.**

Dated: September 15, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE