UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: September 17, 2015                                  Judge: William Alsup

Time: 37 minutes

Case No.     **3:10-cv-03561-WHA**
Case Name   **Oracle America, Inc. v. Google Inc.**

Attorneys for Plaintiff:     Peter Bicks; Annette Hurst; Gabriel M. Ramsey

                                        Also present:  Matthew Sarboraria; Ruchika Agrawal

Attorneys for Defendant:    Robert Van Nest; Christa Anderson; Reid Mullen; Daniel Purcell

                                          Also present: Renny Hwang

For James R. Kearl - Rule 706 Expert: John Cooper

Deputy Clerk: William Noble                                      Court Reporter: Jo Ann Bryce

PROCEEDINGS

Motion to Preclude Submission of the Issue of Willfulness to the Jury Absent an Election of Statutory Damages (docket 1284)

RESULT OF HEARING

1. Motion hearing held.  Motion is under submission.
2. Counsel for James Kearl informed the Court he is attempting to resolve the issue of releasing of Dr. Kearl's unredacted report to the parties.