IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE DEADLINE FOR MOTION TO DISQUALIFY RULE 706 EXPERT**

    The deadline for either side to move to disqualify Dr. Kearl from acting as the Rule 706 expert in this case was initially set for September 10. On September 10, Oracle filed a statement explaining that it could not assess whether there was a basis for disqualifying Dr. Kearl due to his expert reports or testimony in *Apple v. Samsung*, because the reports and transcripts that were provided were heavily redacted. Counsel for Dr. Kearl has assured the Court that Dr. Kearl and Oracle could secure a protective order sufficient to allow for the disclosure of unredacted versions of those documents sometime this week.

    The deadline for any party to file a motion to disqualify Dr. Kearl shall be **OCTOBER 15**. It is the parties' burden to obtain the information necessary to make their respective decisions by that date.

**IT IS SO ORDERED.**

Dated:   September 21, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE