1  [COUNSEL LISTED ON FINAL PAGE]
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DIVISION
8
   ORACLE AMERICA, INC.,              Case No. CV 10-03561 WHA
9
              Plaintiff,              **STIPULATION AND [PROPOSED]
         v.                           ORDER RE *APPLE v. SAMSUNG*
10                                    MATERIALS**
   GOOGLE INC.,
11                                    Dept.: Courtroom 8, 19th Floor
              Defendant.              Judge: Honorable William H. Alsup
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   WHEREAS, the Court has ordered production of Rule 706 Expert Dr. James Kearl's reports and testimony from *Apple v. Samsung*, Case No. 12-cv-00630 (N.D. Cal.); and

WHEREAS, Dr. Kearl's reports and testimony were originally produced in this action in redacted form; and

WHEREAS, Oracle objected to the production of the materials in redacted form; and

WHEREAS, in order to report to the Court by September 24, 2015, Oracle, Google, and Dr. Kearl (through counsel) have met and conferred with non-parties Samsung and Apple regarding the production of Dr. Kearl's materials in unredacted form; and

WHEREAS, Oracle subpoenaed Dr. Kearl for unredacted versions of his materials at the request of Dr. Kearl's attorney in order to assist in resolution of this dispute; and

WHEREAS, Oracle, Google, Dr. Kearl and non-parties Samsung and Apple have reached an agreement regarding the form of production of Dr. Kearl's materials;

THEREFORE, it is hereby stipulated by and among counsel for Oracle, counsel for Google, counsel for Dr. Kearl, and counsel for non-parties Samsung and Apple as follows:

1. Dr. Kearl's documents labeled KEARL00001 to KEARL01965 first produced on August 20, 2015 in redacted form shall be produced again on or before October 2, 2015 in unredacted form, except that non-parties Samsung and Apple may redact the confidential information of other third parties only;

2. The production of the documents containing redactions of confidential information of third parties other than Samsung and Apple is without prejudice to Oracle's renewed request, once it has reviewed the otherwise unredacted documents, to seek such further information. Samsung and Apple preserve all rights to seek a protective order or other appropriate relief, whether before this Court or before another court, in the event Oracle renews its request for third party confidential information;

3. Non-parties Samsung and Apple may designate the confidential produced materials as HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY, and for purposes of this stipulation and these documents only, the Protective Order (ECF No. 68) in this case is hereby modified to eliminate the category of House Counsel receiving access to HIGHLY

1  CONFIDENTIAL materials.  Access to Dr. Kearl's documents to be produced on or before
2  October 2, 2015 with Samsung's confidential information unredacted and Apple's confidential
3  information unredacted shall be limited to five outside counsel for Oracle and five outside
4  counsel for Google in the above captioned case;

5      4.      The parties shall otherwise use the documents only for purposes of this case;

6      5.      The parties agree that Dr. Kearl's obligations under the Court's order dated July
7  31, 2015 (ECF No. 1277) and Oracle's subpoena dated September 18, 2015 are hereby discharged
8  by this Stipulation.

9  Dated: September 23, 2015            ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Annette L. Hurst*
ANNETTE L. HURST

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

Dated: September 23, 2015            KEKER & VAN NEST LLP

By: */s/ Robert A. Van Nest*
ROBERT A. VAN NEST

*Attorneys for Defendant*
GOOGLE INC.

Dated: September 23, 2015            FARELLA BRAUN + MARTEL LLP

By: */s/ John L. Cooper*
JOHN L. COOPER

*Attorney for*
Dr. James R. Kearl

| | | |
|---|---|---|
| Dated: September 23, 2015 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: | /s/ Michael Fazio |
| | | MICHAEL FAZIO |
| | | *Attorneys for* Samsung Electronics Co., Ltd. |
| Dated: September 23, 2015 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: | /s/ Peter Kolovos |
| | | PETER KOLOVOS |
| | | *Attorneys for* Apple Inc. |

**ATTESTATION OF CONCURRENCE**

I, Annette L. Hurst, the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order re *Apple v. Samsung* Materials, hereby attest that Robert Van Nest, John L. Cooper, Michael Fazio, and Peter Kolovos have concurred in this filing.

Dated: September 23, 2015            By: /s/ Annette L. Hurst

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____            _____
Honorable William Alsup
Judge of the United States District Court