1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Scott B. Kidman (Bar No. 119856)
   scottkidman@quinnemanuel.com
3  Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
5  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
6
   Attorneys for non-party SAMSUNG
7  ELECTRONICS CO., LTD.

8

9

10

11

12              UNITED STATES DISTRICT COURT

13       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14  ORACLE AMERICA, INC.,                  CASE NO. 10-CV-03561-WHA

15           Plaintiff,                    **NON-PARTY SAMSUNG ELECTRONICS CO., LTD.'S NOTICE REGARDING ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 1310)**
16       vs.

17  GOOGLE, INC.,

18           Defendant.

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that in connection with its statement regarding Dr. James Kearl's production of expert reports and his testimony from *Apple Inc. v. Samsung Elecs., Co., Ltd., et al.*, Case No. 12-cv-630-LHK (N.D. Cal.), Oracle America, Inc. has filed an administrative motion to file under seal redacted versions of reports and testimony that Dr. Kearl previously produced.   ECF Nos. 1310, 1311.   The Court has instructed Samsung to file a declaration in support of sealing the materials attached to Oracle's administrative motion.   ECF No. 1316.

The redacted versions of expert materials previously produced by Dr. Kearl and attached to Oracle's administrative motion exclude all confidential information, including Apple, Samsung and third-party confidential information.   While the materials were designated confidential out of an abundance of caution, Samsung does not maintain a claim of confidentiality over the redacted versions filed at ECF No. 1310 or Oracle's statement filed at ECF No. 1311.

DATED: September 24, 2015                         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Michael L. Fazio*
   Scott B. Kidman
   Michael L. Fazio

   Attorneys for non-party
   SAMSUNG ELECTRONICS CO., LTD.