IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE STIPULATION AND SEALING MOTION**

The parties, Dr. Kearl, Apple, and Samsung have filed a stipulation regarding the production of Dr. Kearl's reports and testimony in *Apple v. Samsung*, in order to prepare any motion to disqualify Dr. Kearl by the deadline of October 15 (Dkt. No. 1324). Good cause shown, the stipulation is **APPROVED**.

Oracle has moved to file under seal the redacted versions of Dr. Kearl's report and testimony that Samsung had previously provided to Oracle and that Samsung had designated as confidential (Dkt. No. 1310). Samsung has filed a declaration indicating that the materials were designated out of an abundance of caution and that it has no confidentiality interest in the redacted documents. Accordingly, Oracle's motion to file under seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE