# EXHIBIT 2
## (PART 11 OF 21)

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

Corrected Table 7e. '757 Infringement Read 5 Royalty



**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y000000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc. Calculations are based on a date of notice of July 21, 2011.  See APL630DEF-WH0000638573.pdf.
2. Royalty from Infringement Read 4 is estimated for units sold beginning November 14, 2011, the date iTunes Match debuted.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01188



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01189

Highly Confidential - Attorneys' Eyes Only

**Corrected Table 8a. Royalty for '757 by Product and Infringement Read**
*Date of Notice: July 21, 2011*
*Resident Adjustment: 24 hours*



**Sources:**
1. See Corrected Tables 8b - 8e.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc. We assume a date of notice of July 21, 2011 for Date of Notice 1 above. See APL630DEF-WH0000638573.pdf.
2. Royalty from Infringement Reads 2 and 5 is estimated for units sold beginning October 12, 2011, the date of iOS 5 release which enabled the functionality described in these reads. (http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html).
3. Royalty from Infringement Read 4 is estimated for units sold beginning November 14, 2011, the date iTunes Match debuted. (http://www.macrumors.com/2011/11/14/apple-launches-itunes-match-with-release-of-itunes-10-5-1/).
4. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by $e^{-0.1959}$ * Number of Quarters from Q1 FY 2013).
5. Data exclude "AS IS", "RFB", and "ADJ" units.
6. Projections are limited to sales of products currently available.
7. Infringement reads are defined as follows:
Infringement Read 1. Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers
Infringement Read 2. Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers
Infringement Read 3. Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers
Infringement Read 4. Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers
Infringement Read 5. Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices

Corrected Appendix D

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01190



Corrected Table 8b. '757 Infringement Reed 1 Royalty

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

Sources:
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

Notes:
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc. Calculations are based on a date of notice of July 21, 2011.  See APL630DEF-WH0000638573.pdf.
2. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
3. Data exclude "AS IS", "RFB", and "ADJ" units.
4. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01191



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          KEARL01192