# EXHIBIT 2
## (PART 13 OF 21)



Table 9c. '757 Infringement Read 2 Royalty

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

Sources:
1. [A] from https://itunes.apple.com/us/app/facetime/id414:3C78500?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

Notes:
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc. Calculations are based on a date of notice of July 21, 2011. See APL630DEF-WH00000638573.pdf.
2. Royalty from Infringement Read 4 is estimated for units sold beginning November 14, 2011, the date iTunes Match debuted.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01198

Highly Confidential - Attorneys' Eyes Only

Table 9d. '757 Infringement Read 4 Royalty



Corrected Appendix D

Sources:
1. [A]: from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B]: from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D]: from Table 20.
4. [E]: from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

Notes:
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc. Calculations are based on a date of notice of July 21, 2011.   See APL630DEF-WH0000638573.pdf.
2. Royalty from Infringement Read 4 is estimated for units sold beginning November 14, 2011, the date iTunes Match debuted.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS 3S", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01199

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

Table 9e. '757 Infringement Read 5 Royalty



Sources:
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

Notes:
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc. Calculations are based on a date of notice of July 21, 2011.  See APL630DEF-WH0000638573.pdf.
2. Royalty from Infringement Read 4 is estimated for units sold beginning November 14, 2011, the date iTunes Match debuted.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS_IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                                 KEARL01200



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01201



Highly Confidential - Attorneys' Eyes Only

Corrected Table 10a. Royalty for '757 by Product and Infringement Read
*Date of Notice: April 18, 2012*
*Resident Adjustment: 10 hours*

Sources:
1. See Corrected Tables 10b - 10e.

Notes:
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by $e^{\wedge}(-0.1959 *$ Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.
6. Infringement reads are defined as follows:
Infringement Read 1. Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers
Infringement Read 2. Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers
Infringement Read 3. Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers
Infringement Read 4. Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers
Infringement Read 5. Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices

Corrected Appendix D

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    KEARL01202