# EXHIBIT 2
## (PART 15 OF 21)



Corrected Table 11d. '757 Infringement Read 4 Royalty

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

Sources:
1. [A] from https://itunes.apple.com/us/app/facetime/id414307550?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

Notes:
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS:IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

Highly Confidential - Attorneys' Eyes Only

Corrected Table 11e. '757 Infringement Read 5 Royalty



Corrected Appendix D

**Sources:**
1. [A]: from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B]: from APLNDC630-Y00000006 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D]: from Table 20.
4. [E]: from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

Case 3:10-cv-03561-WHA   Document 1329-15   Filed 09/30/15   Page 4 of 9



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01213

Highly Confidential - Attorneys' Eyes Only

Corrected Table 12a. Royalty for '757 by Product and Infringement Read
Date of Notice: April 18, 2012
Resident Adjustment: 14 hours

Corrected Appendix D

**Sources:**
1. See Corrected Tables 12b - 12e.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by $e^{(-0.1959)}$ * Number of Quarters from Q1 FY
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.
6. Infringement reads are defined as follows:
Infringement Read 1. Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers
Infringement Read 2. Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers
Infringement Read 3. Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers
Infringement Read 4. Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers
Infringement Read 5. Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01214

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

**Corrected Table 12b. '757 Infringement Read 1 Royalty**



**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y000000008 - 10 and APLNDC630-Y000000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by $e^{(-0.1959 \cdot \text{Number of Quarters from Q1 FY 2013})}$.
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.



Corrected Table 12c: '757 Infringement Read 2 Royalty

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y0000000B - 10 and APLNDC630-Y00000043 - 78.
3. [C; and [D] from Table 20
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFR", and "ADJ" units.
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01216

Corrected Appendix D

Corrected Table 12d. '757 Infringement Read 4 Royalty

Highly Confidential - Attorneys' Eyes Only



**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by $e^{(-0.1959 \cdot \text{Number of Quarters from Q1 FY 2013})}$.
4. Data exclude "AS IS", "RFB", and "ADJ" units
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01217



Corrected Table 12e. '757 Infringement Read 5 Royalty

Highly Confidential - Attorneys' Eyes Only

Corrected Appendix D

**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307185?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                              KEARL01218