# EXHIBIT 2
## (PART 20 OF 21)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL01243

**Corrected Table 17a. Royalty for '757 by Product and Infringement Read**
***Date of Notice: April 18, 2012***
***Resident Adjustment: 24 hours***

**Sources:**
1. See Corrected Tables 17b - 17e.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims.
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Usage rate and relative value for computers and Apple TV is the minimum of the iPhone, iPad, and iPod adjustments.
6. Projections are limited to sales of products currently available.
7. Infringement reads are defined as follows:
Infringement Read 1. Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers
Infringement Read 2. Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers
Infringement Read 3. Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers
Infringement Read 4. Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers
Infringement Read 5. Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices



Highly Confidential - Attorneys' Eyes Only

**Corrected Table 17b. '757 Infringement Read 1 Royalty**

**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Corrected Table 17c. '757 Infringement Read 2 Royalty**

**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

Highly Confidential - Attorneys' Eyes Only

**Corrected Table 17d. '757 Infringement Read 4 Royalty**

[redacted]

**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.

Corrected Appendix D



**Corrected Table 17e. '757 Infringement Read 5 Royalty**

**Sources:**
1. [A] from https://itunes.apple.com/us/app/facetime/id414307850?mt=12&ls=1.
2. [B] from APLNDC630-Y00000008 - 10 and APLNDC630-Y00000043 - 78.
3. [C] and [D] from Table 20.
4. [E] from Expert Report of Dr. Sanjay Rao, Corrected Attachment F.

**Notes:**
1. Apple became aware of the '757 patent at least as early as April 2011 via ReQuest, Inc.
2. Date of notice is April 18, 2012, the date of filing the Samsung Counterclaims
3. Actual data runs through Q1 FY 2013. Units after this quarter are forecast by adjusting the last quarter of actual units by e^(-0.1959 * Number of Quarters from Q1 FY 2013).
4. Data exclude "AS IS", "RFB", and "ADJ" units.
5. Projections are limited to sales of products currently available.