# EXHIBIT 3
# (PART 1 OF 4)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00924



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                    KEARL00925



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00926



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00927



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
KEARL00928



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00929



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Table 11. Licenses with Single Functionality

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  KEARL00931



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    KEARL00933



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
KEARL00934



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00935



Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    KEARL00936



Table 12b. Survey Summaries re '239 (Mao Surveys Only)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00937



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00938



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                              KEARL00939



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          KEARL00940



Table 13b. Survey Summaries re '757 (Mac Surveys Only)

Highly Confidential - Attorneys' Eyes Only

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                      KEARL00941