# EXHIBIT 3
## (PART 2 OF 4)

Highly Confidential - Attorneys' Eyes Only

Table 14a. iPhone U.S. Profitability on a Per Unit Basis, Fiscal Quarters Q1 2011 - Q4 2012

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00942



Highly Confidential - Attorneys' Eyes Only

**Table 14b. iPad U.S. Profitability on a Per Unit Basis, Fiscal Quarters Q1 2011 - Q4 2012**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Highly Confidential - Attorneys' Eyes Only

Table 14c. iPod U.S. Profitability on a Per Unit Basis, Fiscal Quarters Q1 2011 - Q4 2012



Table 14d. MacBook Air U.S. Profitability on a Per Unit Basis, Fiscal Quarters Q1 2011 - Q4 2012

Highly Confidential - Attorneys' Eyes Only

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00945

Highly Confidential - Attorneys' Eyes Only

**Table 14e. MacBook Pro U.S. Profitability on a Per Unit Basis, Fiscal Quarters Q1 2011 - Q4 2012**





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Table 14f. iMac U.S. Profitability on a Per Unit Basis, Fiscal Quarters Q1 2011 - Q4 2012

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00947



Highly Confidential - Attorneys' Eyes Only

Table 14g. Mac Pro U.S. Profitability on a Per Unit Basis, Fiscal Quarters Q1 2011 - Q4 2012

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Highly Confidential - Attorney's Eyes Only

Table 15. Evidence of the Importance of FaceTime

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Highly Confidential - Attorney's Eyes Only

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00950

Highly Confidential - Attorney's Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Highly Confidential - Attorney's Eyes Only



4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00952




Highly Confidential - Attorney's Eyes Only

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00953

**Table 16. Relative Value Survey Results, '239**

| Infringement Read | iPhone 3G/3GS | iPhone 4/4S/5 | iPad | iPod Touch 4/5G |
|---|---|---|---|---|
| **Relative Value Score** | | | | |
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | n/a | 225.39 | 247.46 | 180.83 |
| Use FaceTime to make or receive video-calls over a cellular connection | n/a | 224.42 | 221.9 | 168.16 |
| Take video and transmit it to another device by email over a Wi-Fi connection | n/a | 230.73 | 232.21 | 177.44 |
| Take video and transmit it to another device by email over a cellular connection | n/a | 220.06 | 194.91 | 144.95 |
| Take video and transmit it to another device by text message | n/a | 250.43 | 200.57 | 168.49 |
| **Value Relative to the FaceTime Reads** | | | | |
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | n/a | 0.50 | 0.53 | 0.52 |
| Use FaceTime to make or receive video-calls over a cellular connection | n/a | 0.50 | 0.47 | 0.48 |
| Take video and transmit it to another device by email over a Wi-Fi connection | n/a | 0.51 | 0.49 | 0.51 |
| Take video and transmit it to another device by email over a cellular connection | n/a | 0.49 | 0.42 | 0.42 |
| Take video and transmit it to another device by text message | n/a | 0.56 | 0.43 | 0.48 |
| **Usage Rates** | | | | |
| Use FaceTime to make or receive video-calls over a Wi-Fi connection | n/a | 40.1% | 38.2% | 31.8% |
| Use FaceTime to make or receive video-calls over a cellular connection | n/a | 20.4% | 2.5% | n/a |
| Take video and transmit it to another device by email over a Wi-Fi connection | n/a | 29.4% | 17.7% | 21.6% |
| Take video and transmit it to another device by email over a cellular connection | n/a | 20.0% | 2.7% | n/a |
| Take video and transmit it to another device by text message | n/a | 24.1% | 10.6% | n/a |

**Source:**

1. Relative Value Scores from Expert Report of Sanjay Rao, Tables 2b, 3b, 4b, and 5b.
2. Usage Rates from Expert Report of Sanjay Rao, Attachment E.

**Notes:**

1. Value Relative to the FaceTime Reads is calculated by dividing each relative value by the sum of the following '239 Reads: "Use FaceTime to make or receive video-calls over a WiFi connection" and "Use FaceTime to make or receive video-calls over a cellular connection".



Highly Confidential - Attorneys' Eyes Only

**Table 17a. Royalty for '239 by Product and Infringement Read**
***Date of Notice: April 18, 2012***

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00955



Highly Confidential - Attorneys' Eyes Only

Table 17b. '239 Infringement Read 1 Royalty

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00956



Highly Confidential - Attorneys' Eyes Only

Table 17c. '239 Infringement Read 2 Royalty



Highly Confidential - Attorneys' Eyes Only

Table 17d. '239 Infringement Read 3 Royalty

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00958



Highly Confidential - Attorneys' Eyes Only

Table 17e. '239 Infringement Read 4 Royalty

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00959