# EXHIBIT 3
# (PART 3 OF 4)



Table 17f. '239 Infringement Read 5 Royalty

Highly Confidential - Attorneys' Eyes Only



Table 18. Royalty Evaluation Using Vellturo Methodology

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00961

Table 19. Evidence of the Importance of MultiMedia Syncing Features



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00962



Highly Confidential - Attorney's Eyes Only

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00963


Highly Confidential - Attorney's Eyes Only



3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      KEARL00964

Highly Confidential - Attorneys' Eyes Only

Table 20. Relative Value Survey Results, '757

| Infringement Read | iPhone 3G/3GS | iPhone 4/4S/5 | iPad | iPod Touch 4/5G |
|---|---|---|---|---|
| **Relative Value Score** | | | | |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers | 161.99 | 187.49 | 221.98 | 200.65 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers | 167.88 | 199.97 | 234.92 | 161.29 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers | 158.68 | 183.21 | 204.20 | 207.74 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers | 153.24 | 163.72 | 197.32 | 197.55 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices | 177.79 | 196.96 | 230.18 | 226.59 |
| **Value Relative to the FaceTime Reads** | | | | |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers | 0.36 | 0.42 | 0.47 | 0.57 |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers | 0.37 | 0.44 | 0.50 | 0.46 |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers | 0.35 | 0.41 | 0.44 | 0.60 |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers | 0.34 | 0.36 | 0.42 | 0.57 |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices | 0.40 | 0.44 | 0.49 | 0.65 |
| **Usage Rates** | | | | |
| Use iCloud to automatically download music or videos purchased on iTunes to two or more devices / computers | 18.0% | 30.2% | 36.0% | 38.3% |
| Use iCloud PhotoStream to sync photos between any combination of two or more devices / computers | 11.4% | 24.6% | 28.8% | 17.4% |
| Use iTunes Home Sharing to automatically transfer music or videos purchased on iTunes to any combination of three or more devices / computers | 12.3% | 16.8% | 21.7% | 32.6% |
| Use iTunes Match to sync music (NOT purchased on iTunes) between any combination of two or more devices/computers | 7.0% | 9.6% | 10.4% | 20.1% |
| Use iTunes Wi-Fi Sync to sync music, videos, photos or playlists between any computer using iTunes and any combination of two or more devices | 10.5% | 13.9% | 16.7% | 23.9% |

Source:
1. Relative Value Scores from Expert Report of Sanjay Rao, Tables 2b, 3b, 4b, and 5b.
2. Usage Rates from Expert Report of Sanjay Rao, Attachment E.
3. The Value Relative to FaceTime Reads for the 3G/3GS is estimated using the Relative Value Scores for Reads 1 and 2 of the iPhone 4/4S/5 since scores for the 3G/3GS are not available.

Notes:
1. Value Relative to the FaceTime Reads is calculated by dividing each relative value by the sum of the following '239 Reads: "Use FaceTime to make or receive video-calls over a WiFi connection" and "Use FaceTime to make or receive video-calls over a cellular connection".

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                         KEARL00965




Table 21a. Royalty for '757 by Product and Infringement Read
Date of Notice: July 21, 2011

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
KEARL00966

Table 21b. '757 Infringement Read 1 Royalty

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00967



Table 21c. '757 Infringement Read 2 Royalty

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00968



Table 21d. '757 Infringement Read 4 Royalty

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Table 21e. '757 Infringement Read 5 Royalty

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00970



Table 22a. Royalty for '757 by Product and Infringement Read
Date of Notice: April 18, 2012

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00971



Table 22b. '757 Infringement Read 1 Royalty

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00972



Table 22c. '757 Infringement Read 2 Royalty

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00973



Table 22d. '757 Infringement Read 4 Royalty

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00974



Table 22a. '757 Infringement Read 5 Royalty

Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00975

Highly Confidential - Attorneys' Eyes Only

Table 23. "Location" Adjustment

| Product | iPhone 3G/3GS | | | iPhone 4/4S/5 | | | iPad | | | iPod Touch 4/5G | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sample Size | Percent >= 8 hours | Number Sampled >= 8 hours | Sample Size | Percent >= 8 hours | Number Sampled >= 8 hours | Sample Size | Percent >= 8 hours | Number Sampled >= 8 hours | Sample Size | Percent >= 8 hours | Number Sampled >= 8 hours | Sample Size | Percent >= 8 hours | Number Sampled >= 8 hours |
| iPhone | 228 | 43.9% | 100 | 626 | 41.3% | 259 | 594 | 46.6% | 277 | 264 | 37.9% | 100 | 1712 | 43.0% | 736 |
| iPad | 228 | 55.6% | 127 | 626 | 39.8% | 249 | 594 | 39.9% | 237 | 264 | 36.8% | 97 | 1712 | 41.5% | 710 |
| iPod Touch | 228 | 42.9% | 98 | 626 | 25.9% | 162 | 594 | 35.1% | 209 | 264 | 33.7% | 89 | 1712 | 32.6% | 558 |

Sources:
1. Expert Report of Dr. Sanjay Rao, Attachment F.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00976

Highly Confidential - Attorneys' Eyes Only

Table 24. Relative Value Survey Results, '449

| Feature | iPhone 3G/3GS | iPhone 4/4S/5 | iPad | iPod Touch 4/5G |
|---|---|---|---|---|
| **Relative Value Score** | | | | |
| See the number of photos or videos in an album next to the album name in the Photos application | 183.42 | 192.70 | 192.10 | 169.07 |
| **Value Relative to the FaceTime Reads** | | | | |
| See the number of photos or videos in an album next to the album name in the Photos application | 0.41 | 0.43 | 0.41 | 0.48 |
| **Difference in Value (between iPhone/iPod Touch and iPad)** | | | | |
| See the number of photos or videos in an album next to the album name in the Photos application | 0.00 | 0.02 | n/a | 0.08 |
| **Usage Rates** | | | | |
| See the number of photos or videos in an album next to the album name in the Photos application | 14.9% | 23.0% | 14.5% | 26.5% |

Source:
1. Relative Value Scores from Expert Report of Sanjay Rao, Tables 2b, 3b, 4b, and 5b.
2. Usage Rates from Expert Report of Sanjay Rao, Attachment E.
3. The Value Relative to FaceTime Reads for the 3G/3GS is estimated using the Relative Value Scores for Reads 1 and 2 of the iPhone 4/4S/5 since scores for the 3G/3GS are not available.

Notes:
1. Value Relative to the FaceTime Reads is calculated by dividing each relative value by the sum of the following '239 Reads: "Use FaceTime to make or receive video-calls over a WiFi connection" and "Use FaceTime to make or receive video-calls over a cellular connection".
2. Difference in Value is the Value Relative to FaceTime Reads for the iPhones and iPod Touches less the Value Relative to FaceTime Reads for the iPad.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     KEARL00977