# EXHIBIT 3
## (PART 4 OF 4)

Highly Confidential - Attorneys' Eyes Only

**Table 25a. Royalty for '449 by Product and Infringement Read**
***Date of Notice: April 18, 2012***

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00978



Highly Confidential - Attorneys' Eyes Only

**Table 25b. '449 Infringement Read 1 Royalty**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00979

Highly Confidential - Attorneys' Eyes Only

Table 26a. Estimation of Royalty from '179 Patent

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00980



Highly Confidential - Attorneys' Eyes Only

Table 26b. Keyboard Use Estimation

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00981

**Table 26c. Keyboard Use Estimation**

| **Estimates Based on Language Spoken in the Home** | |
|---|---|
| **Total US Population** | 283,833,852 |
| **Speaks Japanese in the Home** | 466,409 |
| % Speaks Japanese in the Home | **0.16%** |
| **Speaks Chinese in the Home** | 2,656,309 |
| % Speaks Chinese in the Home | **0.94%** |

**Source:**
1. U.S. Census Bureau, 2006-2010 American Community Survey, Table B16001.

**Notes:**
1. Counts of people who speak foreign language in the home and speak English either "very well" or "less than very well".
2. Population limited to over the age of 5.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Highly Confidential - Attorneys' Eyes Only

Table 26d. Estimation of Royalty from '179 Patent



4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL00983

Highly Confidential - Attorneys' Eyes Only

Table 27. Lump Sum SEP Royalty Payment Summary

| Lump Sum SEP Royalties Owed to Samsung | |
|---|---|
| '596 Patent | '087 Patent |
| [redacted] | [redacted] |

Sources:

1. Table 30. Value of mbps Improvement Lump Sum Royalty Payment for the '596 Patent (4/18/2012-3/29/2014).
2. Table 32. Value of mbps Improvement Lump Sum Royalty Payment for the '087 Patent (9/13/2010-3/29/2014).

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00984

**Table 28. Value to Consumer for mbps Improvements**

| | Carrier | | | | | |
|---|---|---|---|---|---|---|
| | AT&T | | T-Mobile | Verizon | | BLS |
| Source | 1, 2/3, 4, 5 | 1, 2/3, 4 | 4, 8, 9 | 4, 5, 6, 7 | 4, 6, 7 | 10 |
| 2G Speed | | | 0.24 | | | 0.38 |
| 3G Speed | 2.83 | 2.83 | 3.70 | 1.05 | 1.05 | 3.00 |
| 4G Speed | 13.15 | 9.12 | | 9.61 | 7.35 | |
| 2G Price | | | $35.00 | | | |
| 3G Price | $65.00 | $65.00 | $45.00 | $60.00 | $60.00 | |
| 4G Price | $85.00 | $85.00 | | $100.00 | $100.00 | |
| **2G→3G: Value to Consumer for an Additional mbps Bandwidth** | | | **$2.89** | | | **$3.24** |
| **3G→4G: Value to Consumer for an Additional mbps Bandwidth** | **$1.94** | **$3.18** | | **$4.67** | **$6.35** | **$0.95** |

**Notes:**

1. Value to consumer for each mbps improvement is equal to the increase in price divided by the increase in speed.
2. BLS 2G→3G value is imputed by the predicted-price Box-Cox adjustment, while 3G→4G price is predicted using a semilogarithmic regression model.

**Sources:**

1. AT&T Data Plans, http://www.att.com/shop/wireless/data-plans.html#fbid=9-JFwUXFuu7?tab2.
2. "AT&T adding iPhone, 4G LTR/HSPA+ support to GoPhone starting tomorrow," http://www.engadget.com/2013/05/23/att-gophone-iphone-4g-lte-hspa-plus/.
3. "AT&T to offer new $65 GoPhone monthly plan starting October 7th," http://www.engadget.com/2012/10/01/atandt-to-offer-new-65-gophone-monthly-plan-starting-october-7th/.
4. "3G and 4G Wireless Speed Showdown: Which Networks Are Fastest?" http://www.pcworld.com/article/253808/3g_and_4g_wireless_speed_showdown_which_networks_are_fastest_.html.
5. "AT&T has fastest LTE service, T-Mobile off to strong start," http://www.techhive.com/article/2039452/atandt-has-fastest-lte-service-t-mobile-off-to-strong-start.html.
6. Verizon Data Plans, http://www.verizonwireless.com/wcms/consumer/shop/share-everything.html.
7. "Smartphone Options for the Budget-Minded," http://news.verizonwireless.com/news/2013/02/new-prepaid-smartphone-plans.html.
8. GoSmart Data Plans, https://www.gosmartmobile.com/compare-prepaid-cell-phone-plans.
9. T-Mobile 2G Overview, http://support.t-mobile.com/docs/DOC-4986.
10. "A hedonic model for Internet access service in the Consumer Price Index," http://www.bls.gov/opub/mlr/2008/07/art3full.pdf.

**Table 29.** **Incremental Improvements in Bandwidth Consumption Calculated by Dr. Paul Min for the '596 Patent**

| Frequency of Transmitting Scheduling Information | Effective Uplink Bandwidth Consumed |
|---|---|
| Every 2 TTIs | 15 kbps |
| Every 4 TTIs | 7.5 kbps |
| Every 8 TTIs | 3.75 kbps |
| Every 16 TTIs | 1.875 kbps |
| Every 32 TTIs | 0.9375 kbps |
| Every 50 TTIs | 0.6 kbps |
| Midpoint: | 7.8 kbps |
| Average: | 4.9 kbps |
| Minimum: | 0.6 kbps |
| Maximum: | 15.0 kbps |

**Notes:**
1. TTI stands for "Time Transmission Interval."

**Sources:**
1. Expert Report of Paul S. Min, p. 392.

**Table 30. Value of mbps Improvement Lump Sum Royalty Payment for the '596 Patent (4/18/2012-3/29/2014)**

| Value to Consumer for Each mbps Improvement | $0.[redacted] |
|---|---|
| Samsung SEP Improves mbps by: | [redacted] |
| Average Handset Replacement Rate (months) | [redacted] |
| Average Customer Valuation of per Unit mbps Improvement Attributed to Samsung | [redacted] |
| Hypothetical Negotiation Split (70 / 30) | [redacted] |
| Expected Negotiated Royalty Per Unit | [redacted] |
| [redacted] d [redacted] | [redacted]7,659[redacted] |
| **Total iPhone and iPad Lump Sum Royalty Payment** | [redacted] |

**Notes:**

1. iPhone lump sum excludes the original iPhone, the iPhone 3G, the iPhone 3GS and iPhones operating on CDMA networks. All sales of other iPhones are included (4/18/2012 - 3/29/2014).
2. iPad lump sum excludes the original iPad and iPads that are Wi-Fi only or operating on CDMA networks. All sales of other iPads are included (4/18/2012 - 3/29/2014).

**Sources:**

1. "Entner: Handset replacement cycles haven't changed in two years, but why?" www.fiercewireless.com/story/entner-handset-replacement-cycles-havent-changed-two-years-why/2013-03-18?utm_source=rss&utm_medium=rss.
2. "A hedonic model for Internet access service in the Consumer Price Index," http://www.bls.gov/opub/mlr/2008/07/art3full.pdf.
3. Table 34. Royalty Base of the '087 and '596 Accused Products.
4. Table 29. Incremental Improvements in Bandwidth Consumption Calculated by Dr. Paul Min for the '596 Patent.

**Table 31. Incremental Savings in Bandwidth Consumption Calculated by Dr. Paul Min for the '087 Patent**

| Average Uplink Data Rate | Network Utilization | Fraction of Non-Scheduled Transmission | Collision Probability | Wasted Bandwidth |
|---|---|---|---|---|
| 2 mbps | 90% | 20% | 2.60% | 0.052 mbps |
| | | 30% | 5.00% | 0.100 mbps |
| | | 40% | 7.60% | 0.152 mbps |
| | 80% | 20% | 1.30% | 0.026 mbps |
| | | 30% | 1.90% | 0.038 mbps |
| | | 40% | 2.60% | 0.052 mbps |
| | 70% | 20% | 1.30% | 0.026 mbps |
| | | 30% | 1.90% | 0.038 mbps |
| | | 40% | 2.40% | 0.048 mbps |
| 4 mbps | 90% | 20% | 2.60% | 0.104 mbps |
| | | 30% | 5.00% | 0.200 mbps |
| | | 40% | 7.60% | 0.304 mbps |
| | 80% | 20% | 1.30% | 0.052 mbps |
| | | 30% | 1.90% | 0.076 mbps |
| | | 40% | 2.60% | 0.104 mbps |
| | 70% | 20% | 1.30% | 0.052 mbps |
| | | 30% | 1.90% | 0.076 mbps |
| | | 40% | 2.40% | 0.096 mbps |
| | | | Midpoint: | 0.165 mbps |
| | | | Average: | 0.089 mbps |
| | | | Minimum: | 0.026 mbps |
| | | | Maximum: | 0.304 mbps |

**Sources:**
1. Expert Report of Paul S. Min, p. 388.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Highly Confidential - Attorneys' Eyes Only

**Table 32. Value of mbps Savings Lump Sum Royalty Payment for the '087 Patent (9/13/2010-3/29/2014)**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Highly Confidential - Attorneys' Eyes Only

Table 33. Reviewed SEP License Agreements

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00990



Highly Confidential - Attorneys' Eyes Only
2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00991



Highly Confidential - Attorneys' Eyes Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00992



Highly Confidential - Attorneys' Eyes Only

Table 34. Royalty Base of the '087 and '696 Accused Products

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY KEARL00993