# EXHIBIT 4



Highly Confidential -- Attorney's Eyes Only

Cholnoky_630DEF-00000093

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01405



Highly Confidential – Attorney's Eyes Only

Cholnoky_630DEF-00000094

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01406



Highly Confidential – Attorney's Eyes Only

Cholnoky_630DEF-00000095

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01407

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Highly Confidential – Attorney's Eyes Only

Cholnoky_630DEF-00000096

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01408



Highly Confidential – Attorney's Eyes Only

Cholnoky_630DEF-00000097

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEARL01409