# EXHIBIT 5

```
                                                                    1
 1                    UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3     - - - - - - - - - - - - - - - -X
 4     APPLE INC., a California          :
 5     Corporation,                      :
 6               Plaintiff,              :
 7     v.                                :
 8     SAMSUNG ELECTRONICS CO., LTD., a  :
 9     Korean corporation; SAMSUNG       : Civil Action No.
10     ELECTRONICS AMERICA, INC., a New  : 12-cv-00630-LHK(PSG)
11     York corporation; and SAMSUNG     :
12     TELECOMMUNICATIONS AMERICA, LLC,  :
13     A Delaware limited liability      :
14     Company,                          :
15               Defendants.             :
16     - - - - - - - - - - - - - - - -X
17     (Caption continued on next page)
18        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19      VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
20                    Salt Lake City, Utah
21                  Friday, October 4, 2013
22                        9:22 a.m.
23     Job No.:  44751
24     Pages:  1 - 307
25     Reported By:  Vickie Larsen, CSR/RMR
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                         KEARL00001

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

```
                                                              2
 1    (Caption continued from previous page)
 2    - - - - - - - - - - - - - - - -X
 3    SAMSUNG ELECTRONICS CO., LTD., a  :
 4    Korean corporation; SAMSUNG       :
 5    ELECTRONICS AMERICA, INC., a New  :
 6    York corporation; and SAMSUNG     :
 7    TELECOMMUNICATIONS AMERICA, LLC,  :
 8    A Delaware limited liability      :
 9    Company,                          :
10           Counterclaim-Plaintiffs,   :
11    V.                                :
12    APPLE INC., a California          :
13    Corporation,                      :
14           Counterclaim-Defendant.    :
15    - - - - - - - - - - - - - - - -X
16       Videotaped Deposition of JAMES R. KEARL, Ph.D.,
17    held at the offices of:
18
19              HILTON SALT LAKE CITY CENTER
20              255 South West Temple
21              Salt Lake City, Utah 84101
22              (801) 328-2000
23
24       Pursuant to notice, before Vickie Larsen, CSR, RMR,
25    and Notary Public in and for the State of Utah.
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                         KEARL00002

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

3

1      A P P E A R A N C E S

2   On behalf of Plaintiff and Counterclaim-Defendant

3   Apple Inc.:

4           Michael R. Heyison, Esquire

5           Joseph J. Mueller, Esquire

6           Russell Tonkovich, Esquire

7           WILMER CUTLER PICKERING HALE and DORR

8           60 State Street

9           Boston, Massachusetts 02109

10          (617) 526-6396

11

12  On behalf of Defendants and

13  Counterclaim-Plaintiffs Samsung parties:

14          Scott B. Kidman, Esquire

15          Alex Baxter, Esquire

16          Chris E. Price, Esquire

17          QUINN EMANUEL URQUHART & SULLIVAN

18          865 South Figueroa Street, 10th Floor

19          Los Angeles, California 90017

20          (213) 443-3000

21

22  Also Present:

23          Tyler Larsen (Videographer)

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              KEARL00003

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

4

C O N T E N T S

| EXAMINATION OF JAMES R. KEARL, Ph.D. | PAGE |
|---|---|
| By Mr. Heyison | 7 |
| By Mr. Mueller | 153 |
| By Mr. Kidman | 299 |
| By Mr. Heyison | 301 |

E X H I B I T S

(Attached to transcript)

| KEARL DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 1 | Expert Report of Dr. James R. Kearl | 12 |
| Exhibit 2 | Appendix to Dr. Kearl's report | 13 |
| EXhibit 3 | Errata to Corrected Expert Report of Dr. James R. Kearl | 13 |
| Exhibit 4 | Corrected Report of Dr. James R Kearl | 58 |
| Exhibit 5 | Category M document | 61 |
| Exhibit 6 | Expert Report of Sanjay K. Rao Response to Samsung's First Set of Interrogatories | 68 |
| Exhibit 7 | Apple Supplement | 150 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA    888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                       KEARL00004

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

5

E X H I B I T S

| KEARL DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 8 | Expert Rebuttal Report of Dr. James R Kearl | 190 |
| Exhibit 9 | Letter dated August 3, 2013, to Irving Williamson from Michael B.G. Froman | 204 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      KEARL00005

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

42

1  successful, correct?                                      10:19:22
2      A.    That's my understanding.                        10:19:23
3  [redacted]
[redacted]
...
10:20:25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

43

| Line | Text | Time |
|---|---|---|
| 1–13 | [redacted] | 10:21:14 |
| 14 | A.    Correct.  I'm happy to go to my report. | 10:21:15 |
| 15 | It's in Appendix A, so -- but it's not here. | 10:21:17 |
| 16 | Q.    So it's in Appendix A. | 10:21:21 |
| 17 | And what I'm trying to do is, see, I'm | 10:21:25 |
| 18 | trying to get the August 19 version of the report so I | 10:21:27 |
| 19 | can put it in front of you.  But since I don't have it | 10:21:30 |
| 20 | you see I'm a little bit -- it's a little difficult. | 10:21:34 |
| 21 | MR. KIDMAN:  We may have one.  At the | 10:21:40 |
| 22 | break we can look and see if we've got a clean copy of | 10:21:41 |
| 23 | one. | 10:21:45 |
| 24 | MR. HEYISON:  Okay.  That would be good. | 10:21:46 |
| 25 | I think Russ went to make a copy of it. | 10:21:48 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                            KEARL00043

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

44

| | | |
|---|---|---|
| 1 | ▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬ ▬▬ | ▬▬ |
| | ▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬▬▬▬▬▬▬▬▬▬ | 10:22:03 |
| 6 | A.  Again, you're asking for me to recall | 10:22:09 |
| 7 | from memory things that are in my report.  And I'm | 10:22:11 |
| 8 | happy to cite to them, but I don't remember the | 10:22:14 |
| 9 | specifics. | 10:22:19 |
| 10 | ▬▬ ▬▬▬ ▬▬ ▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:22:23 |
| 12 | A.  I don't remember.  I mean, I'm happy to | 10:22:26 |
| 13 | take your representation that you're reciting the | 10:22:31 |
| 14 | history that I gave correctly, but I -- I don't have | 10:22:33 |
| 15 | it in front of me.  So you -- you're asking me for a | 10:22:36 |
| 16 | memory test here.  I don't have this in mind. | 10:22:40 |
| 17 | ▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬ ▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬ ▬▬▬ ▬▬▬▬▬▬ | ▬▬ |
| | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬ ▬▬▬▬▬▬ ▬▬▬▬▬ | ▬▬ |
| | ▬▬ ▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ |
| | ▬▬ ▬▬▬▬▬▬▬▬▬▬ | 10:23:16 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA    888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                KEARL00044

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

45

|  |  |  |
|---|---|---|
| 1 | ████████████████████████ | ███ |
|   | ████████ | ███ |
|   | █████████████ | ███ |
|   | ████████████████████ | ███ |
|   | █████████████████████ | ███ |
|   | ████████████████ | 10:23:33 |
| 7 | Q. Okay. And, well, we know -- you do know | 10:23:35 |
| 8 | that LG is a company that makes smart phones, correct? | 10:23:38 |
| 9 | A. Yes. | 10:23:42 |
| 10 | Q. And you do know that Intel is the largest | 10:23:42 |
| 11 | chip maker in the world, correct? | 10:23:46 |
| 12 | A. Of certain kinds of chips. | 10:23:48 |
| 13 | Q. Yes. | 10:23:51 |
| 14 | A. Not all chips. | 10:23:52 |
| 15 | Q. Okay. They're the largest maker of CPUs | 10:23:53 |
| 16 | in the world, correct? | 10:23:57 |
| 17 | A. That I don't know. | 10:23:58 |
| 18 | ████████████████████████ |  |
|   | ██████████ |  |
|   | ████ | 10:24:09 |
| 21 | Q. Okay. And Samsung purchased the '239 | 10:24:10 |
| 22 | patent and one other patent, the '716 patent, correct? | 10:24:15 |
| 23 | A. Yes. | 10:24:21 |
| 24 | Q. Okay. And they did that in September | 10:24:22 |
| 25 | 2011? | 10:24:25 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                      KEARL00045

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

```
                                                              60
1    the break.  But looking at Samsung's purchase of the      10:54:51
2    '757 patent.                                              10:54:58
3              So the '757 patent was assigned to a            10:55:05
4    company called Request, correct?                          10:55:09
5         A.   Yes.                                            10:55:11
6    ████████████████████████████████████████████████          ████████
     ██████████████████████████████                            ████████
     ██████████████████████████████████████                    ████████
     ██████████████████████████████████████████                ████████
     ████████████████████████████████████████████████████████  ████████
     ██████████████████████████████████████████                ████████
     ████                                                      ████████
     ██████████████████████████████████████████████████        ████████
     ████████████████████████████████████████████████████████  ████████
     ████████████████████████████████████████████████████████  ████████
     ████████  ████                                            ████████
     ██████████████████████████████████████████████            ████████
     ████████████████████████████████████████████████████████  ████████
     ████████████████████████████████████████████              ████████
     ██████████████████████████████                            ████████
     ████████████████████████████████████████████████████      ████████
     ████████████████████████████  ██████████████████████      ████████
     ██████  ██████████████████████████████████                ████████
     ████████████████████████████████████████████████████████  ████████
     ██████████████████████████                                10:56:17
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

61

| # | | Time |
|---|---|---|
| 1 | A. Yes. | 10:56:18 |
| 2 | Q. Okay. I've just -- I need to get a | 10:56:18 |
| 3 | document. Excuse me. Just give me one minute. | 10:56:26 |
| 4 | Why don't we -- can we go off the record | 10:56:34 |
| 5 | for a sec? | 10:56:38 |
| 6 | THE VIDEOGRAPHER: We're going off the | 10:56:39 |
| 7 | record. The time is 10:56. | 10:56:41 |
| 8 | (There was a break taken.) | 10:57:15 |
| 9 | THE VIDEOGRAPHER: We are going on the | 10:58:52 |
| 10 | record. The time is 10:59. | 10:59:06 |
| 11 | (Exhibit 5 was marked for identification.) | 10:59:20 |
| 12 | MR. HEYISON: So I've -- we've marked as | 10:59:22 |
| 13 | Exhibit 5 what is Cholnoky Exhibit 3. | 10:59:24 |
| 14 | MR. KIDMAN: Do you happen to have an | 10:59:32 |
| 15 | extra? | 10:59:34 |
| 16 | MR. HEYISON: I'm sorry, yeah. | 10:59:34 |
| 17 | Q. Okay. Have you seen this document | 10:59:45 |
| 18 | before, Doctor? | 10:59:47 |
| 19 | A. I don't recall. | 10:59:49 |
| 20 | Q. Okay. | 10:59:51 |
| 21 | A. If it's cited in my materials I've | 10:59:53 |
| 22 | considered then I have. | 10:59:57 |
| 23 | Q. Okay. So, Doctor, this -- if you look on | 10:59:58 |
| 24 | the second page of this document, ██████████ | |
| | ██ ████████████████████████████████ | 11:00:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    KEARL00061

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

62

| | | |
|---|---|---|
| 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:00:28 |
| 3 | A.   Correct. | 11:00:29 |
| 4 | Q.   Okay. And you can't remember, sitting | 11:00:30 |
| 5 | here today, whether you considered this Exhibit 5 in | 11:00:35 |
| 6 | connection with preparation of your report, correct? | 11:00:40 |
| 7 | A.   Well, let me -- let me clarify. If it's | 11:00:43 |
| 8 | -- to just tell you sort of the style in which the | 11:00:49 |
| 9 | report is written. | 11:00:51 |
| 10 | If it's listed in the materials | 11:00:52 |
| 11 | considered, then we had access to it. And I don't | 11:00:55 |
| 12 | remember whether I read it or not. | 11:00:57 |
| 13 | If it's in the footnotes, then in fact I | 11:00:58 |
| 14 | reviewed it personally. So all documents cited in the | 11:01:00 |
| 15 | footnotes I've seen and I -- we could go through. I | 11:01:04 |
| 16 | don't know whether this is cited in the footnotes or | 11:01:08 |
| 17 | not. | 11:01:09 |
| 18 | Q.   But sitting here today, this document | 11:01:10 |
| 19 | doesn't ring a bell as something you've seen before? | 11:01:13 |
| 20 | A.   No. I mean, I remember -- or recall that | 11:01:16 |
| 21 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 11:01:40 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    KEARL00062

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

63

[Page content redacted]

11:03:03

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

64

1   A.   [REDACTED]

[lines 2–17 redacted]

18            MR. KIDMAN: Assumes facts.   11:03:49
19       Q.   BY MR. HEYISON: If you want to take a   11:03:52
20   look at your report, please, go ahead.   11:03:53
21   [REDACTED]
[lines 22–25 redacted]   11:04:15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JAMES R. KEARL, Ph.D.
CONDUCTED ON FRIDAY, OCTOBER 4, 2013

65

| # | Content | Time |
|---|---|---|
| 1 | ▬ ▬▬▬▬▬▬ ▬▬▬▬▬▬▬ | ▬ |
| 2 | ▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
| 3 | ▬ ▬▬▬▬▬▬▬▬▬▬ | ▬ |
| 4 | ▬▬▬▬▬▬▬▬▬▬ | ▬ |
| 5 | ▬ ▬▬▬ | ▬ |
| 6 | ▬ ▬▬▬▬▬▬▬▬▬▬ | ▬ |
| 7 | ▬▬▬ | ▬ |
| 8 | ▬▬▬▬▬▬▬ | ▬ |
| 9 | ▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
| 10 | ▬ ▬▬▬▬ | ▬ |
| 11 | ▬ ▬▬ ▬▬▬ | ▬ |
| 12 | ▬▬▬▬▬▬▬▬▬ | ▬ |
| 13 | ▬▬▬▬▬▬▬▬▬ | ▬ |
| 14 | ▬▬▬▬▬▬▬▬ | ▬ |
| 15 | ▬ ▬▬▬ | ▬ |
| 16 | ▬ ▬▬ ▬▬▬▬▬ | ▬ |
| ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | 11:05:41 |
| 18 | A.    I don't remember. | 11:05:44 |
| 19 | Q.    ▬▬▬ ▬▬▬▬▬▬ | ▬ |
| ▬ | ▬▬▬▬▬▬ | ▬ |
| ▬ | ▬ ▬▬ | ▬ |
| ▬ | ▬ ▬▬▬▬▬▬ | ▬ |
| ▬ | ▬▬▬▬▬▬▬ | ▬ |
| ▬ | ▬▬▬▬▬▬▬ | ▬ |
| ▬ | ▬▬▬▬▬▬ | 11:06:18 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    KEARL00065