KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  CV 10-03561 WHA <br><br> **GOOGLE INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** <br><br><br> Dept.       Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

## SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. discloses the following:

1. Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more than 10% ownership of Google Inc.

Dated: October 6, 2015                                KEKER & VAN NEST LLP

                                           By:   /s/ Robert A. Van Nest
                                                  ROBERT A. VAN NEST
                                                  CHRISTA M. ANDERSON
                                                  DANIEL PURCELL

                                                  Attorneys for Defendant
                                                  GOOGLE INC.