KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  CV 10-03561 WHA<br><br>**GOOGLE INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

**SUPPLEMENTAL DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. discloses the following:

1. Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more than 10% ownership of Google Inc.

Dated:  October 6, 2015                                KEKER & VAN NEST LLP

                                                By:   /s/ Robert A. Van Nest
                                                      ROBERT A. VAN NEST
                                                      CHRISTA M. ANDERSON
                                                      DANIEL PURCELL

                                                      Attorneys for Defendant
                                                      GOOGLE INC.

994019.01