IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **THIRD CASE MANAGEMENT ORDER** |
| Defendant. | |

The second case management order in this case set **DECEMBER 8, 2015** as the deadline for opening expert reports for issues on which a party has the burden of proof. Opposition reports are due on **JANUARY 8, 2016**. There is no allowance for reply reports. A subsequent order set the deadline for Dr. Kearl's Rule 706 Report as **FEBRUARY 8, 2016**. Any motions directed to Dr. Kearl's report are due **28 CALENDAR DAYS** after his report is filed, to be heard on a normal 35-day calendar.

This order hereby **SETS** the deadline for any motions directed at the opposing party's expert reports as **28 CALENDAR DAYS** after that report is served, to be heard on a normal 35-day calendar.

This order also hereby **SETS** a final pretrial conference for **APRIL 27 AT 8:00 A.M.** The trial is tentatively set for **MAY 9**, subject to the possibility that two other cases with priority also set on that day will settle or plead out. In other words, the Court tentatively expects to bring the *Oracle v. Google* case to trial as soon as the trials previously set for May 9 are completed or

vacated due to settlements or pleas.  (There is no date in 2016 that the Court could set for *Oracle v. Google* as a "firm" trial date.)

Any objection to this schedule should be filed within **SEVEN CALENDAR DAYS** of this order.

**IT IS SO ORDERED.**

Dated:   October 6, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE