| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | KEKER & VAN NEST LLP |
| KAREN G. JOHNSON-MCKEWAN # 121570 | ROBERT A. VAN NEST - # 84065 |
| kjohnson-mckewan@orrick.com | rvannest@kvn.com |
| ANNETTE L. HURST # 148738 | CHRISTA M. ANDERSON - # 184325 |
| ahurst@orrick.com | canderson@kvn.com |
| GABRIEL M. RAMSEY # 209218 | DANIEL PURCELL - # 191424 |
| gramsey@orrick.com | dpurcell@kvn.com |
| 405 Howard Street | 633 Battery Street |
| San Francisco, California 94105-2669 | San Francisco, CA 94111-1809 |
| Tel: (415) 773-5700/Fax: (415) 773-5759 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| PETER A. BICKS (pro hac vice) | |
| pbicks@orrick.com | KING & SPALDING LLP |
| LISA T. SIMPSON (pro hac vice) | BRUCE W. BABER (pro hac vice) |
| lsimpson@orrick.com | bbaber@kslaw.com |
| 51 West 52nd Street | 1185 Avenue of the Americas |
| New York, New York 10019-6142 | New York, NY 10036 |
| Tel: (212) 506-5000/Fax: (212) 506-5151 | Tel: (212) 556-2100 |
| | Fax: (212) 556-2222 |
| ORACLE CORPORATION | |
| DORIAN DALEY # 129049 | Attorneys For Defendant |
| dorian.daley@oracle.com | GOOGLE, INC. |
| DEBORAH K. MILLER # 95527 | |
| deborah.miller@oracle.com | |
| MATTHEW M. SARBORARIA # 211600 | |
| matthew.sarboraria@oracle.com | |
| RUCHIKA AGRAWAL # 246058 | |
| ruchika.agrawal@oracle.com | |
| 500 Oracle Parkway | |
| Redwood City, CA 94065 | |
| Tel: (650) 506-5200/Fax: (650) 506-7117 | |

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |
| GOOGLE INC., | |
| Defendant. | **Dept.**: Courtroom 8, 19th Floor |
| | **Judge**: Hon. William H. Alsup |

**STIPULATION**

WHEREAS the Court issued a Third Case Management Order on October 6, 2015, ECF No. 1333, setting deadlines for expert reports, opposition reports, Dr. Kearl's Rule 706 Report, motions directed to Dr. Kearl's report, motions directed at the opposing party's expert reports, a final pretrial conference, and a tentative trial date;

WHEREAS the Court, in the Third Case Management Order, invited any objections to the schedule contained in the Third Case Management Order to be filed within seven calendar days of the Third Case Management Order;

WHEREAS, in response to the Court's Third Case Management Order, Plaintiff Oracle America, Inc. ("Oracle") and Defendant Google Inc. ("Google") (collectively, "the parties") conferred and are amenable to the final pretrial conference date, April 27, 2016 at 8:00 a.m., and the tentative trial date, May 9, 2016;

WHEREAS, the parties have agreed that modification of certain other dates set in the Court's Third Case Management Order, identified below, would address certain concerns of the parties regarding the current schedule; and

WHEREAS, given the structure of and burdens provided by the Copyright Act, the parties agree that three rounds of expert reports are appropriate. For example, Google bears the burden of proof in the disgorgement analysis regarding apportionment and deductible expenses; under the current schedule that report would come in the first round, but the parties agree it would make more sense in the second round after Google's expert has had a chance to review Oracle's expert report containing the revenue portion of the disgorgement analysis. A third round of reports will then provide Oracle an appropriate opportunity for rebuttal on apportionment and deductible expenses. Similarly, while Google bears the burden of proof on fair use, Oracle intends to serve expert reports addressing all fair use factors without regard to whether those opinions might technically be characterized as rebuttal, and both parties agree that each should have the opportunity to respond to the other's fair use reports—further necessitating three rounds of reports;

NOW, THEREFORE, the parties AGREE AND STIPULATE to the following

modifications to the current schedule, as reflected in the Court's Second and Third Case Management Orders:

| Event | Current Date | Proposed Date | Google Inc.'s Expert Report Topics | Oracle America, Inc.'s Expert Report Topics |
|---|---|---|---|---|
| Fact Discovery Cutoff | December 4, 2015 | December 16, 2015 | | |
| First Round of Party Expert Reports | December 8, 2015 | January 8, 2016 | Technical<br><br>Fair Use – All Factors | Technical<br><br>Actual & Statutory Damages – Revenues Portion of Disgorgement |
| Second Round of Party Expert Reports | January 8, 2016 | February 8, 2016 | Rebuttal to Technical Report, if Any<br><br>Disgorgement – Deductible Expenses & Apportionment | Rebuttal to Technical Report, if Any<br><br>Fair Use – All Factors (Not Limited to Rebuttal) |
| Third Round of Party Expert Reports | N/A | February 22, 2016 | Rebuttal to Fair Use Report | Rebuttal to Deductible Expenses & Apportionment Report |
| Deadline for Party Expert Depositions | January 21, 2016 | March 6, 2016 | | |
| Rule 706 Expert Report | February 8, 2016 | March 8, 2016 | | |
| Deadline to Depose Rule 706 Expert | February 22, 2016 | March 15, 2016 | | |
| Party Rebuttals to Rule 706 Report | N/A | March 21, 2016 | Rebuttal to Rule 706 Report, if Any | Rebuttal to Rule 706 Report, if Any |
| Deadline for *Daubert* Motions | 28 Days After Report | Filed by March 23, 2016 (set for hearing at 4/27 PTC) | | |

| | | |
|---|---|---|
| Dated: October 13, 2015 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | */s/ Annette L. Hurst*<br>ANNETTE L. HURST |
| | | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| Dated: October 13, 2015 | | Keker & Van Nest LLP |
| | By: | */s/ Robert A. Van Nest*<br>ROBERT A. VAN NEST |
| | | Attorneys For Defendant<br>GOOGLE, INC. |

**ATTESTATION OF CONCURRENCE**

I, Annette L. Hurst, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order re Case Schedule, hereby attest that Robert Van Nest has concurred in this filing.

Dated: ___October 13, 2015_____     By: __*/s/ Annette L. Hurst*_____

**[PROPOSED] ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____     _____
Honorable William H. Alsup
Judge of the United States District Court