ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **ORACLE'S OBJECTION TO TENTATIVE TRIAL DATE** <br><br> Dept.:  Courtroom 8, 19th Floor <br> Judge:  Honorable William H. Alsup |

On October 6, 2015 the Court entered its Third Case Management Order setting a trailing trial date for May 9, 2016. The Court gave the parties seven calendar days to object to that order. Oracle learned today (the day of the deadline) that it had been set for trial on May 23, 2016 in the *HP v. Oracle* case venued in Santa Clara County Superior Court, Judge Peter Kirwan presiding. The *HP v. Oracle* case is also a high-stakes case, and each of these cases will require the close attention of Oracle's senior executives such that overlapping or back-to-back trial dates in the two cases is impractical. Oracle's trial counsel learned of the conflict early this evening and unsuccessfully attempted to reach out to Google's counsel to meet and confer about a new trial date. Oracle will continue its efforts to meet and confer to find mutually acceptable dates to propose to the Court consistent with its schedule.

Dated: October 13, 2015

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP


By: */s/ Peter A. Bicks*
    PETER A. BICKS

Attorneys for Plaintiff
ORACLE AMERICA, INC.

- 1 -

ORACLE'S OBJECTION TO TENTATIVE TRIAL DATE
CV 10-03561 WHA