1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
6  Facsimile:    (415) 397-7188

7  KING & SPALDING  LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Tel:    (212) 556-2100
10 Fax:    (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15
   ORACLE AMERICA, INC.,                  Case No.  CV 10-03561 WHA
16
            Plaintiffs,                   **NOTICE OF APPEARANCE BY REID P.
17                                        MULLEN, KEKER & VAN NEST LLP**
       v.
18
   GOOGLE, INC.,
19
            Defendant.
20

21

22

23

24

25

26

27

28

998049.01

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Reid P. Mullen (Rmullen@kvn.com) of the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111, as additional counsel of record in this action for Defendant Google, Inc.

Dated:  October 14, 2015

KEKER & VAN NEST LLP


By:    /s/ Reid P. Mullen
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.