KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  CV 10-03561 WHA |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE BY ELIZABETH A. EGAN, KEKER & VAN NEST LLP** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Elizabeth A. Egan (BEgan@kvn.com) of the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111, as additional counsel of record in this action for Defendant Google, Inc.

Dated: October 14, 2015         KEKER & VAN NEST LLP

By: /s/ *Elizabeth A. Egan*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.

---

1

NOTICE OF APPEARANCE BY ELIZABETH A. EGAN, KEKER & VAN NEST LLP
Case No.  CV 10-03561 WHA

997926.01