KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:   (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **NOTICE OF APPEARANCE BY SARAH B. FAULKNER, KEKER & VAN NEST LLP** |

NOTICE OF APPEARANCE BY SARAH B. FAULKNER, KEKER & VAN NEST LLP
Case No. CV 10-03561 WHA

997947.01

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Sarah B. Faulkner (SFaulkner@kvn.com) of the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111, as additional counsel of record in this action for Defendant Google, Inc.

Dated: October 14, 2015                         KEKER & VAN NEST LLP

                                                By:  /s/ Sarah B. Faulkner
                                                     ROBERT A. VAN NEST
                                                     CHRISTA M. ANDERSON
                                                     DANIEL PURCELL

                                                     Attorneys for Defendant
                                                     GOOGLE INC.