ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiff Oracle America, Inc. ("Oracle")

2    hereby moves to file under seal portions of Oracle's Motion to Disqualify the Rule 706 Expert

3    ("Motion to Disqualify") and the entirety of Exhibit 5 to the Declaration of Peter A. Bicks in

4    Support of Oracle's Motion to Disqualify the Rule 706 Expert ("Bicks Declaration").

5    The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in

6    this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or

7    "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the

8    public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated

9    Protective Order § 14.4, ECF No. 66.

10    Apple Inc. and Samsung Electronics Co., Ltd. have designated certain documents

11    summarized, quoted, or reproduced in Oracle's Motion to Disqualify and Exhibit 5 to the Bicks

12    Declaration as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES

13    ONLY" pursuant to the Protective Order.  *See also* ECF 1324; ECF 1328.  Therefore, pursuant to

14    the Protective Order, Oracle moves to seal those portions of Oracle's Motion to Disqualify that

15    summarize, quote from, or reproduce those documents, as well as the entirety of Exhibit 5 to the

16    Bicks Declaration.

17    Oracle states no position as to whether disclosure of these materials would cause harm to

18    Apple Inc., Samsung Electronics Co., Ltd., or any other party.

19

20    Dated: October 15, 2015              KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST

21    GABRIEL M. RAMSEY
PETER A. BICKS

22    LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

23

24    By: */s/ Christina Von der Ahe Rayburn*

25    CHRISTINA VON DER AHE
RAYBURN

26    Attorneys for Plaintiff

27    ORACLE AMERICA, INC.

28

ORACLE'S ADMIN. MOT. TO FILE UNDER
SEAL
CV 10-03561 WHA