```
 1  ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
 2  kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
 3  ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
 4  gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
 5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (pro hac vice)
 6  pbicks@orrick.com
    LISA T. SIMPSON (pro hac vice)
 7  lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
 8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

 9  BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (pro hac vice)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

    ORACLE CORPORATION
14  DORIAN DALEY (SBN 129049)
    dorian.daley@oracle.com
15  DEBORAH K. MILLER (SBN 95527)
    deborah.miller@oracle.com
16  MATTHEW M. SARBORARIA (SBN 211600)
    matthew.sarboraria@oracle.com
17  500 Oracle Parkway,
    Redwood City, CA 94065
18  Tel: 650.506.5200 / Fax: 650.506.7117

19  Attorneys for Plaintiff
    ORACLE AMERICA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>              Plaintiff,<br>    v.<br>GOOGLE INC.<br><br>             Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF CHRISTINA VON DER AHE RAYBURN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

DECL. OF CHRISTINA VON DER AHE
RAYBURN
CV 10-03561 WHA

I, Christina Von der Ahe Rayburn, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a senior associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal.

3. Portions of Oracle's Motion to Disqualify the Rule 706 Expert and the entirety of Exhibit 5 to the Declaration of Peter A. Bicks in Support of Oracle's Motion to Disqualify the Rule 706 Expert summarize, quote from, or reproduce materials that have been designated by Apple Inc. and Samsung Electronics Co., Ltd. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. *See* ECF No. 66; *see also* ECF No. 1324; ECF No. 1328.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of October, 2015, at <u>Irvine</u>, CA.

*/s/ Christina Von der Ahe Rayburn*
Christina Von der Ahe Rayburn