## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 51 W 52nd St., New York, New York 10019. On October 15, 2015, I served the following document(s):

**DECLARATION OF CHRISTINA VON DER AHE RAYBURN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF ORACLE'S MOTION TO DISQUALIFY THE RULE 706 EXPERT**

**THE UNREDACTED VERSION OF ORACLE'S MOTION TO DISQUALIFY THE RULE 706 EXPERT**

**THE UNDER SEAL VERSION OF EXHIBIT 5 TO THE DECLARATION OF PETER A. BICKS IN SUPPORT OF ORACLE'S MOTION TO DISQUALIFY THE RULE 706 EXPERT**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email addresses:

michaelfazio@quinnemanuel.com; prashanthchennakesavan@quinnemanuel.com;

ElliotSiegel@quinnemanuel.com; shahinrezvani@quinnemanuel.com;

scottkidman@quinnemanuel.com; chrisprice@quinnemanuel.com;

peter.kolovos@wilmerhale.com; mark.selwyn@wilmerhale.com;

Andrew.Liao@wilmerhale.com; Liv.Herriot@wilmerhale.com; JCooper@fbm.com;

DALVIK-KVN@kvn.com;

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on October 15, 2015, at New York, New York.

*Matthew Bush*
Matthew L. Bush