| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570)<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY (SBN 209218)<br>gramsey@orrick.com<br>405 Howard Street, San Francisco, CA 94105<br>Tel: 1.415.773.5700 / Fax: 1.415.773.5759<br>PETER A. BICKS (*pro hac vice*)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice*)<br>lsimpson@orrick.com<br>51 West 52nd Street, New York, NY 10019<br>Tel: 1.212.506.5000 / Fax: 1.212.506.5151<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (*pro hac vice*)<br>dboies@bsfllp.com<br>333 Main Street, Armonk, NY 10504<br>Tel: 1.914.749.8200 / Fax: 1.914.749.8300<br>STEVEN C. HOLTZMAN (SBN 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Ste. 900, Oakland, CA 94612<br>Tel: 1.510.874.1000 / Fax: 1.510.874.1460<br><br>ORACLE CORPORATION<br>DORIAN DALEY (SBN 129049)<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER (SBN 95527)<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (SBN 211600)<br>matthew.sarboraria@oracle.com<br>500 Oracle Parkway,<br>Redwood City, CA 94065<br>Tel: 650.506.5200 / Fax: 650.506.7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br>   v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF PETER A. BICKS IN SUPPORT OF ORACLE'S MOTION TO DISQUALIFY THE RULE 706 EXPERT**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Peter A. Bicks, declare and state as follows:

1. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am a member of the bar of the State of New York and have been admitted *pro hac vice* in this action. I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Motion to Disqualify the Rule 706 Expert.

3. On September 10, 2015, Oracle submitted to this Court Dr. James Kearl's trial testimony in *Apple v. Samsung*, 12-CV-00630-LHK (N.D. Cal.) *See* ECF 1311-10, 1311-11.

4. Attached as **Exhibit 1** is a true and correct copy of the April 1, 2014 trial transcript from *Apple v. Samsung*. This transcript includes the opening statements from Apple and Samsung.

5. Attached as **Exhibit 2** is a true and correct copy of Exhibit 3010 in *Apple v. Samsung*. It is ECF 1920 in that case. This exhibit includes a transcript of a video deposition of James Maccoun.

6. Attached as **Exhibit 3** is a true and correct copy of an excerpt of the April 22, 2014 trial transcript from *Apple v. Samsung*. This excerpt indicates when James Maccoun's videotaped deposition was played to the jury.

7. Attached as **Exhibit 4** is a true and correct copy of the April 29, 2014 trial transcript from *Apple v. Samsung*. This transcript includes the closing arguments from Apple and Samsung.

8. Attached as **Exhibit 5** is a true and correct copy of excerpts from the Corrected Expert Report of Dr. James R. Kearl in *Apple v. Samsung* as produced by Quinn Emanuel.

///
///
///
///

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed this 15th day of October, 2015, at New York, New York.

                                                */s/ Peter A. Bicks*
                                                 Peter A. Bicks