# EXHIBIT 2

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

AvS 630

PLAINTIFF'S EXHIBIT NO. 3010
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)

*Apple Inc. v. Samsung Elecs.*

Date Admitted:_____ By:_____

## Maccoun, James - 8/16/2013

1 CLIP (RUNNING 00:15:22.134)

 Good morning, Mr. Maccoun. ...

| MACCOUN | 45 SEGMENTS (RUNNING 00:15:22.134) |

**1. PAGE 5:08 TO 5:09 (RUNNING 00:00:02.372)**

```
08    Q.  Good morning, Mr. Maccoun.
09    A.  Good morning.
```

**2. PAGE 5:19 TO 5:22 (RUNNING 00:00:11.103)**

```
19        Who are you currently employed by?
20    A.  I'm employed by Google Inc.
21    Q.  How long have you been employed by Google?
22    A.  Since 2011.
```
09:39

**3. PAGE 6:04 TO 6:05 (RUNNING 00:00:02.914)**

```
04    Q.  Are you an attorney?
05    A.  Yes, I am.
```
09:38

**4. PAGE 7:21 TO 7:24 (RUNNING 00:00:10.137)**

```
21    Q.  Do you understand that you are appearing today
22    as a corporate witness on behalf of Google to give
23    testimony in response to several of the topics in this
24    notice?
```

**5. PAGE 8:03 TO 8:04 (RUNNING 00:00:06.793)**

```
03        THE WITNESS:  I understand I'm here in response
04    to the -- this subpoena that I have in my hands.
```

**6. PAGE 13:09 TO 13:15 (RUNNING 00:00:23.233)**

```
09    Q.  I'm not sure that I understand your answer.  So
10    let me just ask you, Topic 28 asks for any agreement
11    with or request by Samsung to indemnify it for defense
12    costs and/or liability related to this litigation.  My
13    question to you is:  Is there any agreement with Samsung
14    to indemnify it for defense costs or liability related
15    to this litigation?
```
09:51

09:51

**7. PAGE 13:18 TO 13:21 (RUNNING 00:00:17.377)**

```
18        THE WITNESS:  There is a Mobile Applications
19    Development Agreement, and I understand that to be an
20    agreement between Google Inc. and Samsung relating to
21    indemnity and defense.
```
09:52

**8. PAGE 14:08 TO 14:11 (RUNNING 00:00:09.072)**

```
08        Pursuant to that agreement that you just
09    referred to, has Google agreed to indemnify Samsung for
10    any liability or defense costs associated with this
11    litigation?
```
09:52

**9. PAGE 14:16 TO 14:19 (RUNNING 00:00:35.986)**

```
16        THE WITNESS:  So I understand that Google is
17    defending Samsung and that this is reflected by emails.
18    The -- I think that's probably a good way to
19    characterize it.
```

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

## AvS 630

**10. PAGE 15:09 TO 15:14 (RUNNING 00:00:03.391)**

```
09            MR. STONE:  Would you please mark that as         09:55
10   Exhibit 2, please.
11            (Exhibit 2, Email string from Susan Kim to
12            Daniel.ko@samsung.com, 12/7/12,
13            GOOG-NDCAL630-00069118 - 124, marked for
14            identification.)
```

**11. PAGE 15:15 TO 15:18 (RUNNING 00:00:07.143)**

```
15   BY MR. STONE:                                              09:55
16       Q.  Mr. Maccoun, have you seen what's been marked
17   as Exhibit 2 before?
18       A.  Yes, I have.
```

**12. PAGE 17:19 TO 17:23 (RUNNING 00:00:03.920)**

```
19            MR. STONE:  Mark this as Exhibit 3, please.
20            (Exhibit 3, Letter to Andy Rubin from
21            JaeHyoung Kim, 4/5/12,
22            GOOG-NDCAL630-00065923 - 24, marked for
23            identification.)
```

**13. PAGE 17:24 TO 18:09 (RUNNING 00:00:38.443)**

```
24   BY MR. STONE:
25       Q.  Do you recognize what's been marked as.            09:59
00018:01  Exhibit 3, Mr. Maccoun?
02       A.  Yes, I do.
03       Q.  What is it?
04       A.  It's a letter from Samsung to Google.
05       Q.  And was this letter Samsung's initial request      09:59
06   to be indemnified for this litigation by Google?
07       A.  I'm not aware of any earlier request.
08       Q.  This is the first request that you're aware of;
09   is that correct?
```

**14. PAGE 18:11 TO 18:12 (RUNNING 00:00:03.169)**

```
11            THE WITNESS:  This is the first request that
12   I'm aware of, yes.
```

**15. PAGE 19:09 TO 19:13 (RUNNING 00:00:16.410)**

```
09       Q.  What is the Mobile Application Distribution
10   Agreement?  I guess you referred to it as the M-A-D-A or   10:01
11   MADA.
12       A.  It's an agreement between Google and Samsung.
13       Q.  What's the purpose of the agreement?
```

**16. PAGE 19:18 TO 19:25 (RUNNING 00:00:25.126)**

```
18            THE WITNESS:  Well, I suppose it had a variety
19   of purposes.  But one of them is to provide
20   applications -- for Google to provide applications to      10:01
21   Samsung.  But there were other purposes that are set
22   forth in the agreement.
23   BY MR. STONE:
24       Q.  And I take it one provision of the agreement
25   relates to indemnification of Samsung by Google?           10:02
```

**17. PAGE 20:03 TO 20:05 (RUNNING 00:00:06.131)**

```
03            THE WITNESS:  So I recall that the MADA does
04   have provisions relating to defense and indemnification.
05   BY MR. STONE:                                              10:02
```

**18. PAGE 20:06 TO 20:07 (RUNNING 00:00:03.410)**

```
06       Q.  And the same is true for the Strategic
```

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

## AvS 630

```
                07    Marketing Agreement?
```

**19. PAGE 20:10 TO 20:15 (RUNNING 00:00:19.798)**

```
        10              THE WITNESS:  Well, I -- it would be helpful to       10:02
        11    see it.  But in general, I seem to recall that the
        12    Strategic Marketing Agreement simply incorporated the
        13    provisions of the MADA -- or stated something to the
        14    effect that the MADA would be similarly used.  Something
        15    like that.                                                      10:02
```

**20. PAGE 20:16 TO 20:21 (RUNNING 00:00:03.767)**

```
        16              MR. STONE:  Would you please mark this as
        17    Exhibit 4.
        18              (Exhibit 4, Letter to JaeHyoung Kim and
        19              Seong-Woo Kim from Allen Lo, 5/21/12,
        20              GOOG-NDCAL630-00065935 - 37, marked for
        21              identification.)
```

**21. PAGE 20:22 TO 21:07 (RUNNING 00:00:48.844)**

```
        22              MR. STONE:  Exhibit 3, which we were just
        23    looking at, was dated April 5th.  And it was a letter of
        24    JaeHyoung Kim of Samsung to Mr. Andy Rubin of Google.
        25              Exhibit 4 is a letter from Allen Lo of Google,       10:03
   00021:01   Deputy General Counsel Patents and Patent Litigation, to
        02    JaeHyoung Kim.  And it's dated May 21, 2012.  Subject
        03    is:  "Apple litigation alleged patent infringement."
        04         Q.   Have you seen this exhibit before?
        05         A.   Yes, I have.                                          10:04
        06         Q.   Is this Google's response to Samsung's request
        07    for indemnification, dated April 5th, 2012?
```

**22. PAGE 21:10 TO 21:12 (RUNNING 00:00:07.987)**

```
        10              THE WITNESS:  The document does state, in the         10:04
        11    first sentence, that it's a response to the letter of
        12    April 5th, 2012.
```

**23. PAGE 21:14 TO 21:16 (RUNNING 00:00:08.833)**

```
        14         Q.   Okay.  In this letter, did Google agree to
        15    indemnify Samsung for any of the claims in the                  10:04
        16    litigation?
```

**24. PAGE 21:21 TO 22:01 (RUNNING 00:00:17.135)**

```
        21              THE WITNESS:  So as I read it, Google's
        22    essentially offering to defend Samsung to the MADA and
        23    does offer to defend some -- some claims.
        24    BY MR. STONE:
        25         Q.   Which claims does Google offer to defend in           10:05
   00022:01   this letter?
```

**25. PAGE 22:02 TO 22:04 (RUNNING 00:00:11.362)**

```
        02         A.   It seems to be stated in this last full
        03    paragraph of the second page that -- more or less, the
        04    parameters.
```

**26. PAGE 22:05 TO 22:16 (RUNNING 00:00:59.466)**

```
        05         Q.   Are you referring to the sentence that states:       10:06
        06    "We believe that Apple's allegations in Apple Inc.
        07    Versus Samsung Electronics Company Limited, et al., Case
        08    Number 511CV00630LHK, regarding asserted U.S. Patent
        09    Number" -- and then it refers to the '959 patent and the
        10    '604 patent -- "may fall within this obligation"?              10:07
        11         A.   Yeah, but I believe that, more or less, is the
        12    essence of this.
```

Case Clip(s) Detailed Report
Monday, April 21, 2014, 9:18:17 PM

## AvS 630

|  |  |
|---|---|
| 13    Q.  So is it your understanding that in this<br>14 letter, Google's offering to indemnify Samsung for the<br>15 claims made with respect to those two patents but not to<br>16 any other claims in litigation? | 10:07 |

**27. PAGE 22:18 TO 22:20 (RUNNING 00:00:22.839)**

|  |  |
|---|---|
| 18    THE WITNESS:  So I believe that there is -- in<br>19 the December -- December 5th email, there may be<br>20 additional claims that Google is offering to defend. | 10:08 |

**28. PAGE 27:16 TO 27:20 (RUNNING 00:00:17.036)**

|  |  |
|---|---|
| 16    Q.  So Google is offering to defend and indemnify<br>17 Samsung with respect to the claims regarding the '959<br>18 and '604 patents and is requesting that Samsung tender<br>19 the defense of those claims to it?  Is that what you<br>20 understand this letter is doing? | 10:19 |

**29. PAGE 27:22 TO 28:02 (RUNNING 00:00:33.019)**

|  |  |
|---|---|
| 22    THE WITNESS:  So Google is asking Samsung to<br>23 tender the defense so that Google can defend Samsung.<br>24 And that's really what I see this sentence saying.<br>25 BY MR. STONE:<br>00028:01    Q.  When you say "tender the defense," what does<br>02 that mean, to tender the defense? | 10:19 |

**30. PAGE 28:06 TO 28:07 (RUNNING 00:00:03.596)**

|  |  |
|---|---|
| 06    THE WITNESS:  This is a requirement that's set<br>07 forth in the MADA. |  |

**31. PAGE 28:09 TO 28:09 (RUNNING 00:00:01.763)**

|  |  |
|---|---|
| 09    Q.  And what is that requirement? |  |

**32. PAGE 28:15 TO 28:18 (RUNNING 00:00:25.201)**

|  |  |
|---|---|
| 15    THE WITNESS:  And so I understand it to be a<br>16 legal term of art, more or less, allowing the indemnitor<br>17 to control the litigation and defense.  That's more or<br>18 less a summary of the idea. | 10:20 |

**33. PAGE 32:18 TO 33:21 (RUNNING 00:02:27.411)**

|  |  |
|---|---|
| 18    Q.  Mr. Maccoun, I'd like to turn back to what was<br>19 previously marked as Exhibit 2 to your deposition,<br>20 Exhibit 2, which is the December email.  Do you have<br>21 that?<br>22    A.  I do (indicating).<br>23    Q.  On the second page, there is an email in the<br>24 middle from Susan Kim of Google, dated December 5th,<br>25 2012, re:  Google indemnification for Samsung.<br>00033:01    Do you see that?<br>02    A.  Yes.<br>03    Q.  That's an email to Daniel Ko of Samsung; is<br>04 that correct?<br>05    A.  It appears to be.  It's -- I see his name in<br>06 another email.<br>07    Q.  Okay.<br>08    A.  I see his last name in another email, which is<br>09 part of a set.<br>10    Q.  Okay.  And do you understand this email to set<br>11 forth the terms of indemnification for Samsung for this<br>12 litigation that Google has offered?<br>13    A.  So the -- the terms are set forth in the MADA.<br>14 But this is something which is Google offering to do in<br>15 relationship to the MADA.<br>16    Q.  In connection with the indemnification | 10:31<br><br><br><br>10:31<br><br><br>10:32<br><br><br><br>10:32<br><br><br><br>10:33 |

**Case Clip(s) Detailed Report**
Monday, April 21, 2014, 9:18:17 PM

## AvS 630

```
            17  provision in the MADA, in this litigation Google is
            18  offering to indemnify Samsung as set forth in this
            19  email; correct?
            20       A.  So Google's offering to defend and indemnify,           10:33
            21  as set forth in this email, pursuant to the MADA.
```

**34. PAGE 33:22 TO 34:05 (RUNNING 00:00:34.710)**

```
            22       Q.  Okay.  The first paragraph of this email says,
            23  "For the '959 and '604 patents, Google will indemnify
            24  Samsung for Apple's allegations against the Quick Search
            25  Box."
   00034:01          Is that your understanding, that Google is
            02  offering to indemnify Samsung for the allegations in
            03  this case regarding the Quick Search Box?
            04       A.  So this is an offer that Google made.  I have
            05  no reason to believe that that has changed.                      10:34
```

**35. PAGE 34:16 TO 34:18 (RUNNING 00:00:10.667)**

```
            16       Q.  Okay.  Has Samsung tendered to Google the
            17  defense of the claims against the Quick Search Box with
            18  respect to the '959 and '604 patents?
```

**36. PAGE 34:20 TO 34:20 (RUNNING 00:00:02.414)**

```
            20            THE WITNESS:  So far as I know, it has.               10:35
```

**37. PAGE 34:22 TO 35:06 (RUNNING 00:00:50.638)**

```
            22       Q.  Well, if you turn to the next page of the
            23  exhibit, the one ending in Bates Number 120, this is an
            24  email, dated November 25th, 2012, from Daniel Ko at
            25  Samsung to Susan Kim and Chester Day of Google; correct?        10:36
   00035:01          Do you see that?
            02       A.  Yes, I do.
            03       Q.  And Mr. Ko of Samsung writes in this email
            04  that -- he's summarizing what Samsung and Google agreed
            05  so far regarding the Google's indemnification in this           10:36
            06  case; is that right?
```

**38. PAGE 35:09 TO 35:11 (RUNNING 00:00:14.238)**

```
            09            THE WITNESS:  So there is a sentence which
            10  states:  "I summarized what Samsung and Google agreed so        10:36
            11  far regarding the Google indemnification."
```

**39. PAGE 36:12 TO 36:14 (RUNNING 00:00:08.573)**

```
            12       Q.  Do you understand that Google has control and
            13  authority over the defense of the '959 and '604 patents
            14  in this litigation?
```

**40. PAGE 36:18 TO 36:19 (RUNNING 00:00:03.412)**

```
            18            THE WITNESS:  I have no reason to believe
            19  that's not the case.
```

**41. PAGE 37:17 TO 37:20 (RUNNING 00:00:16.045)**

```
            17       Q.  To prepare for your deposition today, did you
            18  make any inquiry into whether Google has tendered the
            19  defense of any of the claims in this litigation pursuant
            20  to the MADA indemnification provision?                          10:41
```

**42. PAGE 37:24 TO 38:04 (RUNNING 00:00:17.036)**

```
            24            THE WITNESS:  So I believe that, generally
            25  speaking, Samsung has made a tender and that Google is          10:41
   00038:01  defending with respect to those two patents.  But I
            02  don't have specific knowledge.
```

**Case Clip(s) Detailed Report**
Monday, April 21, 2014, 9:18:17 PM

## AvS 630

```
03            And in answer to your question, I did not make
04      a specific inquiry into that.
```

**43. PAGE 40:04 TO 40:14 (RUNNING 00:00:56.989)**

```
04            Q.  Okay.  Paragraph 3 of Susan Kim's December 5,      10:45
05      2012, email relates to the '414 patent.  It states:
06      "Google will indemnify Samsung for Apple's allegations
07      against Gmail pursuant to the terms of the MADAs."
08            Is it your understanding that Google has
09      offered to indemnify Samsung for Apple's allegations
10      against Gmail with respect to the '414 patent?         10:45
11            A.  So I -- I understand that this email offered
12      that and -- basically to defend and, if necessary,
13      indemnify.  I don't have any reason to believe that's
14      changed.
```

**44. PAGE 46:08 TO 46:12 (RUNNING 00:00:28.225)**

```
08            Q.  With respect to paragraphs 1, 2 and 3 in
09      Susan Kim's December 5th email related to the '959,
10      '604, '502, and '414 patents, each of those paragraphs      10:57
11      states:  "Google will indemnify Samsung for certain of
12      Apple's allegations."
```

**45. PAGE 46:15 TO 46:18 (RUNNING 00:00:25.000)**

```
15            THE WITNESS:  So I see it as a general term         10:58
16      relating to providing a defense against claims, and then
17      can mean other things depending on the outcome of
18      litigation.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:15:22.134) |