# EXHIBIT 3

Case 3:10-cv-03561-WHA  Document 1340-4  Filed 10/15/15  Page 2 of 6
Case5:12-cv-00630-LHK  Document1926  Filed06/18/14  Page196 of 295
2620

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4
 5
     APPLE INC., A CALIFORNIA        )  C-12-00630 LHK
 6   CORPORATION,                    )
                                     )  SAN JOSE, CALIFORNIA
 7              PLAINTIFF,           )
                                     )  APRIL 22, 2014
 8         VS.                       )
                                     )  VOLUME 11
 9   SAMSUNG ELECTRONICS CO., LTD.,  )
     A KOREAN BUSINESS ENTITY;       )  PAGES 2620-2873
10   SAMSUNG ELECTRONICS AMERICA,    )
     INC., A NEW YORK CORPORATION;   )
11   SAMSUNG TELECOMMUNICATIONS      )
     AMERICA, LLC, A DELAWARE        )
12   LIMITED LIABILITY COMPANY,      )
                                     )
13              DEFENDANTS.          )
     _____ )
14
15
16              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17              UNITED STATES DISTRICT JUDGE
18
19
20              APPEARANCES ON NEXT PAGE
21
22   OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
23
24
25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      A P P E A R A N C E S:
 3      FOR PLAINTIFF            MORRISON & FOERSTER
        APPLE:                   BY:  HAROLD J. MCELHINNY
 4                                    RACHEL KREVANS
                                 425 MARKET STREET
 5                               SAN FRANCISCO, CALIFORNIA  94105
 6
 7                               WILMER, CUTLER, PICKERING,
                                 HALE AND DORR
 8                               BY:  WILLIAM F. LEE
                                 60 STATE STREET
 9                               BOSTON, MASSACHUSETTS  02109
10                               BY:  MARK D. SELWYN
                                 950 PAGE MILL ROAD
11                               PALO ALTO, CALIFORNIA  94304
12
13      FOR SAMSUNG:             QUINN, EMANUEL, URQUHART & SULLIVAN
                                 BY:  JOHN B. QUINN
14                                    WILLIAM PRICE
                                 865 S. FIGUEROA STREET, FLOOR 10
15                               LOS ANGELES, CALIFORNIA  90017
16                               BY:  VICTORIA F. MAROULIS
                                      KEVIN B. JOHNSON
17                               555 TWIN DOLPHIN DRIVE
                                 SUITE 560
18                               REDWOOD SHORES, CALIFORNIA  94065
19
20
21
22
23
24
25
```

Case 3:10-cv-03561-WHA   Document 1340-4   Filed 10/15/15   Page 4 of 6
Case 5:12-cv-00630-LHK   Document 1926   Filed 06/18/14   Page 3 of 5
2622

INDEX OF WITNESSES

DEFENDANTS'

**KENNETH PARULSKI**
    DIRECT EXAM BY MR. JOHNSON (RES.)    P. 2624
    CROSS-EXAM BY MR. LEE    P. 2627

**SANJAY RAO**
    DIRECT EXAM BY MR. CEDERBERG    P. 2645
    CROSS-EXAM BY MR. LEE    P. 2553

**JAMES KEARL**
    DIRECT EXAM BY MR. CEDERBERG    P. 2656
    CROSS-EXAM BY MR. LEE    P. 2669
    REDIRECT EXAM BY MR. CEDERBERG    P. 2677

PLAINTIFFS'

**TIM MILLET**
    DIRECT EXAM BY MS. TALLON    P. 2687
    CROSS-EXAM BY MR. JOHNSON    P. 2701

**ROBERTO GARCIA**
    DIRECT EXAM BY MR. SELWYN    P. 2703

**TRACEY MAZUR**
    BY DECLARATION    P. 2716

**JAMES STORER**
    DIRECT EXAM BY MR. SELWYN    P. 2718
    CROSS-EXAM BY MR. JOHNSON    P. 2779

**JAMES MACCOUN**
    BY VIDEOTAPED DEPOSITION    P. 2785

**TODD MOWRY**
    FURTHER DIRECT EXAM BY MS. KREVANS    P. 2787

**MARK ALEXANDER SNOEREN**
    FURTHER DIRECT EXAM BY MS. KREVANS    P. 2812
    FURTHER CROSS-EXAM BY MR. PAK    P. 2850

**ANDREW COCKBURN**
    FURTHER REDIRECT EXAM BY MR. MCELHINNY    P. 2859

Case 3:10-cv-03561-WHA Document 1340-4 Filed 10/15/15 Page 5 of 6
Case 5:12-cv-00630-LHK Document 1928 Filed 06/13/14 Page 165 of 255

2784

```
1              THE PARTIES HAVE AGREED, WE UNDERSTAND THAT YOUR HONOR HAS

2     AN INSTRUCTION, AND THIS COVERS THE SAME MATERIAL AND WE'RE

3     AGREED THAT YOU -- THAT THE INSTRUCTION MAY BE APPROPRIATE EVEN

4     BEFORE THE INTERROGATORY.

5              THE COURT:  AT THIS TIME?

6              MR. MCELHINNY:  YES, YOUR HONOR.

7              THE COURT:  OKAY.  EVIDENCE THAT A PARTY IS

8     INDEMNIFIED IS NOT ADMISSIBLE TO PROVE THAT THE PARTY IS

9     LIABLE, BUT IS ADMISSIBLE FOR ANOTHER PURPOSE, SUCH AS PROVING

10    A WITNESS'S BIAS.

11             OKAY.  TIME IS 1:58.

12             GO AHEAD, PLEASE.

13             MR. MCELHINNY:  AT THIS POINT, I'M GOING TO READ

14    SAMSUNG'S SWORN ANSWER TO APPLE'S INTERROGATORY -- APPLE'S

15    INTERROGATORY, THIRD SET OF INTERROGATORIES, ANSWER NUMBER 32.

16             THE DATE OF THIS ANSWER WAS SEPTEMBER 24, 2012.

17             QUESTION:  "TO THE EXTENT SAMSUNG CLAIMS TO BE INDEMNIFIED

18    OR OTHERWISE COMPENSATED IN CONNECTION WITH THIS LAWSUIT BY ANY

19    THIRD PARTY, IDENTIFY THAT THIRD PARTY, STATE THE FULL BASIS

20    FOR THE ALLEGED INDEMNIFICATION, AND DESCRIBE THE SCOPE OF THE

21    ALLEGED INDEMNIFICATION."

22             AFTER AN OBJECTION, THE ANSWER IS:  "SUBJECT TO AND

23    WITHOUT WAIVING THE FOREGOING GENERAL AND SPECIFIC OBJECTIONS,

24    SAMSUNG RESPONDS AS FOLLOWS:  SAMSUNG IS NOT CURRENTLY SEEKING

25    INDEMNIFICATION FROM ANY THIRD PARTY."
```

Case 3:10-cv-03561-WHA Document 1340-4 Filed 10/15/15 Page 6 of 6
Case 5:12-cv-00630-LHK Document 1928 Filed 06/13/14 Page 166 of 255
2785

|     |     |
| --- | --- |
| 1   | AGAIN, DATED SEPTEMBER 24TH, 2012. |
| 2   | THE COURT: ALL RIGHT. |
| 3   | MR. MCELHINNY: AT THIS POINT, YOUR HONOR, WE WOULD |
| 4   | LIKE TO PLAY THE DEPOSITION CLIP OF A MR. JAMES MACCOUN. |
| 5   | MR. MACCOUN, AT THE TIME OF HIS DEPOSITION, WAS A PATENT |
| 6   | COUNSEL AT GOOGLE. |
| 7   | **(THE VIDEOTAPED DEPOSITION OF JAMES MACCOUN WAS PLAYED IN** |
| 8   | **OPEN COURT OFF THE RECORD.)** |
| 9   | MR. MCELHINNY: AT THIS POINT, YOUR HONOR, I WOULD |
| 10  | LIKE TO LODGE PLAINTIFF'S EXHIBIT 3010 AS A DEPOSITION CLIP. |
| 11  | THE COURT: ALL RIGHT. THAT'S LODGED. |
| 12  | MR. MCELHINNY: AND I WOULD LIKE TO MOVE THE |
| 13  | ADMISSION OF PX 227, PX 228, AND PX 229, ALL OF WHICH ARE |
| 14  | SEALED EITHER IN THEIR ENTIRETY OR IN PART AT SAMSUNG'S |
| 15  | REQUEST. |
| 16  | MS. MAROULIS: NO FURTHER OBJECTION, YOUR HONOR. |
| 17  | THE COURT: OKAY. THOSE WILL BE ADMITTED. |
| 18  | (PLAINTIFF'S EXHIBITS 227, 228, AND 229 WERE ADMITTED IN |
| 19  | EVIDENCE.) |
| 20  | THE COURT: AND I'LL CLARIFY THE SEALING LATER. |
| 21  | MR. MCELHINNY: THANK YOU, YOUR HONOR. |
| 22  | THE COURT: ALL RIGHT. THE TIME IS 2:16. |
| 23  | DO YOU NEED A MINUTE TO GET YOUR NEXT WITNESS READY? |
| 24  | MS. KREVANS: WE DO, YOUR HONOR. |
| 25  | THE COURT: OKAY. ACTUALLY, IT'S 2:16. PERHAPS WE |