IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR INFORMATION** |
| GOOGLE INC., | |
| Defendant. | |

On October 6, a case management order tentatively scheduled the trial in this matter for May 9, 2016 (Dkt. No. 1333). Oracle objected to the tentative trial date because its senior executives will be involved in a trial in *HP v. Oracle* in Santa Clara County Superior Court, which is set for May 23, 2016 (Dkt. No. 1335). It appears that Oracle requested that trial date in a joint status conference statement filed on October 8 and that the trial date was set at a case management conference on October 13. By **TUESDAY OCTOBER 20 AT NOON**, Oracle shall inform the Court whether it has correctly read the docket in *HP v. Oracle* to show that Oracle requested the conflicting trial date after the trial date was tentatively set herein.

Dated: October 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE