IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING ON ORACLE'S MOTION TO DISQUALIFY DR. KEARL** |
| GOOGLE INC., | |
| Defendant. | |

Oracle has moved to disqualify Dr. Kearl (Dkt. No. 1340). The deadline for response briefs on that motion is **OCTOBER 29**. Both Google and Dr. Kearl should file response briefs and attend the hearing scheduled for **NOVEMBER 19**.

**IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE