1  MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California  94304
4  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100
5
   ATTORNEY FOR NON-PARTY APPLE INC.
6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 ORACLE AMERICA, INC.,                    Case No. 3:10-cv-03561-WHA

11          Plaintiff,                      **DECLARATION OF MARK D. SELWYN**

12     vs.

13 GOOGLE INC.,

14          Defendant.

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in *Apple Inc. v. Samsung Electronics Co., Ltd., et al.,* Case No. 12-cv-00630 (N.D. Cal.) (the "Apple-Samsung litigation").  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal (ECF No. 1339) filed in connection with Oracle's Notice of Motion and Motion to Disqualify the Rule 706 Expert ("Oracle's Motion to Disqualify").

3. Apple does not maintain a claim of confidentiality with respect to the portions filed under seal of page 5 of Oracle's Motion to Disqualify.

4. However, pages 5-10 of Exhibit 5 to the Declaration of Peter A. Bicks in Support of Oracle's Motion to Disqualify contain confidential Apple financial information.  Specifically, these pages reflect confidential unit sales information for Apple products at issue in the Apple-Samsung litigation, and therefore should be sealed.  The Federal Circuit has previously approved Apple's request to seal similar information.  *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, 727 F.3d 1214, 1223-29 (Fed. Cir. Aug. 23, 2013) (approving the sealing of, among other things, product-specific sales information).

5. Further, a lower standard of review applies to Oracle's sealing request because Oracle's Motion to Disqualify is not a dispositive motion and the confidential information at issue has little, if any, relevance to the above-captioned litigation.  *See id* at 1222-23.  This is especially true here, as the confidential information at issue is Apple's and Apple is not a party to the above-captioned litigation.  Accordingly, the relief requested by Apple is necessary and reasonably tailored to protect its confidential information.

6. For the foregoing reasons, Apple supports Oracle's Administrative Motion to File Under Seal with respect to pages 5-10 of Exhibit 5, and respectfully requests that the Court to seal those pages.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 19th day of October, 2015.

Dated:  October 19, 2015               /s/ Mark D. Selwyn
                                       Mark D. Selwyn

**ATTESTATION OF CONCURRENCE**

I, Peter A. Bicks, the ECF User whose ID and password are being used to file this declaration, hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: October 19, 2015          By: /s/ *Peter A. Bicks*_____