QUINN EMANUEL URQUHART & SULLIVAN, LLP
Scott B. Kidman (Bar No. 119856)
scottkidman@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for non-party SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiff,<br><br>       vs.<br><br>GOOGLE INC.,<br><br>              Defendants. | CASE NO. CV 10-03561 WHA<br><br>**SAMSUNG'S NOTICE REGARDING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 1339]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Oracle America Inc. ("Oracle") has filed an Administrative Motion to File Under Seal in connection with its Motion To Disqualify The Rule 706 Expert ("Motion to Disqualify") [Dkt. Nos. 1339, 1340].  Namely, Oracle has moved to filed under seal portions of the Motion to Disqualify and Exhibit 5 to the Declaration of Peter A. Bricks [Dkt. Nos. 1339-3, 1339-4].  Samsung Electronics Co., Ltd. ("Samsung") files this Notice to inform the Court that Samsung does not maintain a claim of confidentiality over any of the information present in the Motion to Disqualify or Exhibit 5 to the Declaration of Peter A. Bricks.

The document marked as Exhibit 5 was also designated confidential by non-party Apple Inc. ("Apple").  To the extent Apple maintains a claim of confidentiality over any portion of the Motion to Disqualify or Exhibit 5, Samsung anticipates that Apple will file a declaration in support of Oracle's Administrative Motion.

DATED: October 19, 2015             QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

                                     By  */s/ Michael L. Fazio*
                                        Scott B. Kidman
                                        Michael L. Fazio

                                        Attorneys for non-party SAMSUNG
                                        ELECTRONICS CO., LTD.

02198-51990/7317195.1

-1-   Case No. 12-CV-00630-LHK (PSG)
SAMSUNG'S NOTICE RE ORACLE'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 1339]