IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER GRANTING IN PART AND DENYING IN PART ORACLE'S SEALING MOTION**

    Oracle has moved to file under seal one sentence of its motion to disqualify Dr. Kearl and the entirety of Exhibit 5 to the declaration of Peter A. Bicks submitted in support of that motion. Those documents contain or otherwise reflect materials from the *Apple v. Samsung* case that were designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY" pursuant to the protective order in this matter by Apple or Samsung. Apple has filed a supporting declaration averring that pages 5–10 of Exhibit 5 reflect confidential unit sales and disclaiming confidentiality interests in the remaining materials sought to be sealed (Dkt. No. 1343). Samsung has filed a notice disclaiming any confidentiality interest in the materials, except to the extent asserted by Apple (Dkt. No. 1344). Good cause shown, Oracle may file pages 5–10 of Exhibit 5 of the Bicks declaration under seal. All other materials shall be filed on the public docket.

    **IT IS SO ORDERED.**

Dated: October 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE