KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>        v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  CV 10-03561 WHA<br><br>**GOOGLE'S RESPONSE TO ORACLE'S OBJECTION TO TENTATIVE TRIAL DATE**<br><br>Dept.         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

1   On October 13, 2015, the parties filed a joint stipulation reporting that they had "conferred and are amenable to the final pretrial conference date, April 27, 2016, at 8:00 a.m., and the tentative trial date, May 9, 2016." ECF No. 1334 at 1. Since that joint filing, Oracle has submitted an objection to the trial date (ECF No. 1335) and, as ordered by the Court, an explanation of that objection (ECF No. 1346).

In light of the filings over the week since the parties noted their agreement with the proposed May 9, 2016 trial date, Google reiterates that the May tentative trial date set by the Court is workable for both Google's counsel and its witnesses. Conversely, many of Google's witnesses have conflicts with a July trial date, and Google's lead counsel commences a jury trial before Judge Freeman on August 1, 2016.

Oracle's filing regarding its objection to the tentative trial date concedes that, aside from its Head of Litigation and General Counsel, "the in-house teams on the matters are otherwise distinct." ECF No. 1346 at 1. Neither that filing nor Oracle's original objection identify any actual conflicts for trial counsel or witnesses in the cases. Oracle does claim that both cases "require the close attention of Oracle's senior executives," ECF No. 1335 at 1, but fails to identify any witnesses who will be required to testify at trial in either or both cases. Nor are the trial dates necessarily in conflict; the trials are currently set to commence two weeks apart.

Thus, Google respectfully requests that the Court maintain the scheduled tentative trial date in this matter.

Dated: October 20, 2015                    KEKER & VAN NEST LLP

                                           By:  /s/ *Robert A. Van Nest*
                                                ROBERT A. VAN NEST
                                                CHRISTA M. ANDERSON
                                                DANIEL PURCELL

                                                Attorneys for Defendant
                                                GOOGLE INC.

1
GOOGLE'S RESPONSE TO ORACLE'S OBJECTION TO TENTATIVE TRIAL DATE
Case No. CV 10-03561 WHA

999252