KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.  CV 10-03561 WHA |
| Plaintiffs, | **NOTICE OF STIPULATION RE DEDUCTIONS** |
| v. | Dept.          Courtroom 8, 19th Fl. |
| GOOGLE INC., | Judge:         Hon. William Alsup |
| Defendant. | |

1  In its Order of September 18, 2015 on the subject of willfulness, the Court stated that "although this order finds a jury must render a verdict on willfulness in order to determine whether Google may deduct its income and excess profits taxes in the calculation of its profits, it is plausible that Google could obviate that particular issue by stipulating that it will not seek a deduction for its income or excess profit taxes . . . ." Dkt. 1321 at 12:10-14.

In light of the Court's September 18, 2015 Order, Defendant Google Inc. hereby stipulates that it will not seek a deduction for its income or excess profits taxes in the calculation of its profits in connection with the damages issues in this case, thereby obviating the need for a willfulness determination to assess whether or not Google is entitled to such deductions.

Dated: October 26, 2015                    KEKER & VAN NEST LLP

                                           By:  /s/ *Robert A. Van Nest*
                                                ROBERT A. VAN NEST
                                                CHRISTA M. ANDERSON
                                                DANIEL PURCELL

                                                Attorneys for Defendant
                                                GOOGLE INC.

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 26, 2015, I served the following document(s):

**NOTICE OF STIPULATION RE DEDUCTIONS**

☑   by **ELECTRONIC MAIL (PDF)**:  Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Karen G. Johnson-Mckewan
Annette L. Hurst
Gabriel M. Ramsey
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700 / Fax: 415.773.5759

Peter A. Bicks
Lisa T. Simpson
51 West 52nd Street
New York, NY 10019
Tel: 212.506.5000 / Fax: 212.506.5151

kjohnson-mckewan@orrick.com
ahurst@orrick.com
gramsey@orrick.com
pbicks@orrick.com
lsimpson@orrick.com

| | |
|---|---|
| David Boies | Attorneys for Plaintiff |
| Boies Schiller & Flexner LLP | ORACLE AMERICA, INC. |
| 333 Main Street | Oracle-Google@BSFLLP.com |
| Armonk, NY 10504 | |
| Tel: 914.749.8201 / Fax: 914.749.8300 | |
| dboies@bsfllp.com | |

Steven C. Holtzman

1
PROOF OF SERVICE
Case No. 3:10-cv-03561-WHA

982628.01

1999 Harrison St., Ste. 900
Oakland, CA 94612
Tel: 510.874.1000 / Fax: 510.874.1460
sholtzman@bsfllp.com

ORACLE CORPORATION
Dorian Daley
Deborah K. Miller
Matthew M. Sarboraria
Ruchika Agrawal
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

dorian.daley@oracle.com
deborah.miller@oracle.com
matthew.sarboraria@oracle.com
ruchika.agrawal@oracle.com

Executed on October 26, 2015, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                  /s/ *Bryant Cavers*
                                                  BRYANT CAVERS