IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **REQUEST FOR RESPONSE FROM RULE 706 EXPERT** |

The parties proposed a modified schedule for the expert reports in this case (Dkt. No. 1334). By **NOVEMBER 4 AT NOON**, Dr. Kearl shall please advise the Court whether he is amenable to the modified schedule, keeping in mind that he may be called on to review and comment on any *Daubert* motions.

Dated:  November 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE