

**JOHN L. COOPER**
jcooper@fbm.com
D 415.954.4410

November 2, 2015

*Via ECF*

The Honorable William H. Alsup
United States District Judge
United States District Court
Northern District of California
Courtroom 9, 19th Floor
San Francisco, CA  94102

      Re:    <u>Oracle America, Inc. v. Google Inc.</u>, No. 3:10-CV-03561-WHA (N.D. Cal.)

Your Honor:

      We write on behalf of the Court's Rule 706 expert, Dr. James Kearl, in response to the Order dated November 2, 2015 (Doc # 1354), to inform the Court and the parties that Dr. Kearl is agreeable to the schedule regarding expert reports as set forth in the Joint Stipulation and Order re Case Schedule dated October 13, 2015 (Doc #1334).

      Sincerely yours,

      */s/ John L. Cooper*

JLC:br
27152\5144867.1