IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>   Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**ORDER APPROVING MODIFIED SCHEDULE FOR EXPERT REPORTS** |

The parties proposed a modified schedule for discovery and the exchange of expert reports in this case (Dkt. No. 1334). Counsel for Dr. Kearl has confirmed that Dr. Kearl is agreeable to the proposed schedule (Dkt. No. 1355). The proposed schedule is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: November 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE