IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **SETS** a further meet-and-confer from **8:00–11:00 A.M. ON TUESDAY, NOVEMBER 10, 2015**, in the Court's jury room in the San Francisco federal courthouse. A hearing will be held at 11:00 a.m. The Court is informed that the parties have only met and conferred on some of the issues in plaintiff's letter dated November 2 and requests that the parties meet and confer over all issues raised in the letter prior to November 10. Google's response is due by noon on November 6.

    Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: November 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE