IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| GOOGLE INC., | |
| Defendant. | |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue this motion.

Dated:   November 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE