ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE RE: ECF NO. 1349**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1    Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its Response to
2 the Court's Order Re: Damages Studies ("Response") under seal pursuant to Civil Local Rules 7-
3 11 and 79-5.
4    The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
5 this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
6 "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
7 public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
8 Protective Order § 14.4, ECF No. 66.
9    Google Inc. ("Google") has designated certain data, summarized in a table contained in
10 Oracle's Response, as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S
11 EYES ONLY" pursuant to the Protective Order.  Therefore, Oracle moves to seal the portion of
12 its Response that summarizes that data pursuant to the Protective Order.
13    Oracle states no position as to whether disclosure of these materials would cause harm to
14 Google or any third parties.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | Dated: November 9, 2015 | KAREN G. JOHNSON-MCKEWAN |
| 2 | | ANNETTE L. HURST |
| | | GABRIEL M. RAMSEY |
| 3 | | PETER A. BICKS |
| | | LISA T. SIMPSON |
| 4 | | Orrick, Herrington & Sutcliffe LLP |

By:  */s/ Annette L. Hurst*
ANNETTE L. HURST

Attorneys for Plaintiff
ORACLE AMERICA, INC.