1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON *pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
    dorian.daley@oracle.com
15  DEBORAH K. MILLER (SBN 95527)
    deborah.miller@oracle.com
16  MATTHEW M. SARBORARIA (SBN 211600)
    matthew.sarboraria@oracle.com
17  RUCHIKA AGRAWAL (SBN 246058)
    ruchika.agrawal@oracle.com
18  500 Oracle Parkway,
    Redwood City, CA 94065
19  Tel: 650.506.5200 / Fax: 650.506.7117

20  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

21              UNITED STATES DISTRICT COURT

22             NORTHERN DISTRICT OF CALIFORNIA

23               SAN FRANCISCO DIVISION

24  ORACLE AMERICA, INC.              | Case No. CV 10-03561 WHA

25            Plaintiff,              | **DECLARATION OF ROBERT L.
       v.                            | URIARTE IN SUPPORT OF ORACLE'S
26  GOOGLE INC.                       | ADMINISTRATIVE MOTION TO FILE
                                      | UNDER SEAL**
            Defendant.
27                                    | Dept.: Courtroom 8, 19th Floor
                                      | Judge: Honorable William H. Alsup
28

                                          DECL. OF ROBERT L. URIARTE
                                          CV 10-03561 WHA

1    I, Robert L. Uriarte, declare and state as follows:

2        1.      I am a member of the bar of the State of California, admitted to practice before this

3    Court, and am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"),

4    attorneys of record for Plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events,

5    pleadings and discovery in this action and, if called upon as a witness, I could and would testify

6    competently to the matters stated herein of my own personal knowledge.

7        2.      I submit this declaration in support of Oracle's Administrative Motion to File

8    Under Seal.

9        3.      Portions of Oracle's Response to the Court's Order re: Damages Studies

10   summarize data that Google Inc. has designated as "CONFIDENTIAL" or "HIGHLY

11   CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

DECL. OF ROBERT L. URIARTE
CV 10-03561 WHA

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3     Executed this 9th day of November, 2015, at Redwood City, CA.

4

5

6

7

8   _____

Robert L. Uriarte

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF ROBERT L. URIARTE
CV 10-03561 WHA