IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER REFERRING FURTHER DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |
| Defendant. | |

With the exception of any follow-up to the dispute resolved at today's hearing, all discovery disputes in this action are hereby **REFERRED** to Judge Donna M. Ryu. Any motions must be filed such that follow-up discovery can be completed within the time allocated for discovery.

**IT IS SO ORDERED.**

Dated: November 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE