# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT



I, Catherine O'Hagan Wolfe, Clerk of the United States Court of Appeals for the Second Circuit, certify that

## MATTHEW LEE BUSH

of New York City, New York, is qualified and was admitted as an Attorney and Counselor of the United States Court of Appeals for the Second Circuit on the 16th day of September, 2015.

In testimony whereof, I subscribe my name and affix the seal of the United States Court of Appeals for the Second Circuit on the 16th day of September, 2015.

*Catherine O'Hagan Wolfe*

Clerk of Court

