CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>          AYANNA  LEWIS-GRUSS          </u>, Bar # <u>     AL9464     </u>

was duly admitted to practice in this Court on

<u>     MAY 2nd, 2006     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>     NOVEMBER 5th, 2015     </u>

<u>     Ruby J. Krajick     </u>           by  _[signature]_
Clerk                                              Deputy Clerk