# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** 11/10/15 | **Time:** 10 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |

**Attorney for Plaintiff:** Annette Hurst; Robert Uriate; Lisa Simpson; Gabriel Ramsey; Andrew Kim; Ruchika Agrawal (corporate counsel)

**Attorney for Defendant:** Daniel Purcell; Christa Anderson; Beth Egan

**Deputy Clerk:** Dawn Toland                                    **Court Reporter:** Pam Batalo

### PROCEEDINGS

Discovery Hearing - HELD

Parties met and conferred in the Court's jury room from 8:00 am to 10:30 am.  Court ruled on the unresolved dispute regarding the expense allocations.  Defendant shall produced the requested documents.