KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE, INC.,<br><br>　　　　　Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE RE: ECF NO. 1349**<br><br>Dept.　　Courtroom 8, 19th Fl.<br>Judge:　　Hon. William Alsup |

DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF ORACLE'S MOTION TO SEAL
RESPONSE RE ECF NO. 1349
Case No.  3:10-cv-03561 WHA

1004120

I, EDWARD A. BAYLEY, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Portions of Its Response RE: ECF No. 1349. Dkt. No. 1363. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. The redacted portions of Oracle's Response to Court's Order re Damages Studies, Dkt. No. 1364, contain Google's sensitive, non-public financial data, such as revenues associated with Android. This includes the redacted material at 2:11-16. Public disclosure of this information would cause great and undue harm to Google and place it at a competitive disadvantage. The Court has previously granted Google's requests to file under seal similar financial information. *See, e.g.*, Dkt. No. 935, Dkt. No. 1056, Dkt. No. 1122. These selections should therefore be filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of November, 2015 at San Francisco, California.

By:   */s/ Edward A. Bayley*
          EDWARD A. BAYLEY

1
DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF ORACLE'S MOTION TO SEAL RESPONSE RE ECF NO. 1349
Case No. 3:10-cv-03561 WHA

1004120