IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **ORDER GRANTING SEALING MOTION (DKT. NO. 1363)** |

   Oracle has moved to file under seal portions of its response regarding damages studies, which Google has designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY" pursuant to the protective order in this matter (Dkt. No. 1363). Google has filed a supporting declaration averring that the materials sought to be filed under seal contains sensitive non-public financial data.  Good cause shown, Oracle's sealing motion is **GRANTED**.

   **IT IS SO ORDERED.**

Dated: November 17, 2015.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE