UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oracle America, Inc.

Plaintiff(s),

v.

Google Inc.

Defendant(s).

Case No: CV 10-3561-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew L. Bush, an active member in good standing of the bar of U.S. Court of Appeals for the Second Circuit, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Oracle America, Inc. in the above-entitled action. My local co-counsel in this case is Karen G. Johnson-McKewan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 51 W 52nd St.<br>New York, NY  10019-6142 | 405 Howard Street<br>San Fransisco, CA  94105-2669 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 506-5108 | (415) 773-5917 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mbush@orrick.com | kjohnson-mckewan@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5183538.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/15

Matthew L. Bush
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Matthew L. Bush is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 17, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE