# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 11/19/15 | **Time:** 26 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |

**Attorney for Plaintiff:** Matthew Bush; Debra Miller; Peter Bicks; Annette Hurst
        Ruchika Agrawal

**Attorney for Defendant:** Daniel Purcell; Robert Van Nest; Winston Liaw; John Cooper

**Deputy Clerk:** Dawn Toland        **Court Reporter:** Kathy Sullivan

## PROCEEDINGS

Motion for Misc Relief Hearing - HELD - Taken Under Submission

Dr. James Kearl was present.