1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                UNITED STATES DISTRICT COURT

22                NORTHERN DISTRICT OF CALIFORNIA

23                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 24  ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25           Plaintiff, | **EXHIBIT TO JOINT LETTER REGARDING ORACLE'S MOTION TO COMPEL DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED** |
|        v. | |
| 26  GOOGLE INC. | |
| 27           Defendant. | |
| | Dept.: Courtroom  4 (Oakland) |
| 28 | Judge: Honorable Donna M. Ryu |

                                                      MANUAL FILING NOTIFICATION
                                                           CV 10-03561 WHA

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit to Joint Letter Regarding Oracle's Motion to Compel Documents Improperly Withheld as Privileged

This filing is in physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☒ Other (please describe): The attached document is a Microsoft Excel spreadsheet containing a significant amount of data in many cells across multiple sheets. If printed or converted to a PDF file, the document would span many pages and would be unwieldy to use.

Dated: November 24, 2015        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Peter A. Bicks
KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.