1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA 94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY 10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA 94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
20
   *Attorneys for Plaintiff*
21 ORACLE AMERICA, INC.

22                    UNITED STATES DISTRICT COURT

23                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN FRANCISCO DIVISION
24

25 ORACLE AMERICA, INC.,                        Case No. CV 10-03561 WHA

                    Plaintiff,                  **ADMINISTRATIVE MOTION TO FILE
26                                              UNDER SEAL PORTIONS OF JOINT
         v.                                     LETTER RE: ORACLE'S MOTION TO
27                                              COMPEL GOOGLE TO INCLUDE
   GOOGLE INC.,                                 ADDITIONAL ESI CUSTODIANS
28
                    Defendant.                  Dept.: Courtroom 4 (Oakland)
                                                Judge: Honorable Donna M. Ryu

                                                        ORACLE'S ADMIN. MOT. TO FILE UNDER
                                                                                      SEAL
                                                                         CV 10-03561 WHA

1  Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of the parties Joint
2  Letter Regarding Oracle's Motion to Compel Google to Include Additional ESI Custodians
3  ("Joint Letter") under seal pursuant to Civil Local Rules 7-11 and 79-5.
4  The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
5  this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
6  "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
7  public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
8  Protective Order § 14.4, ECF No. 66.
9  Google Inc. ("Google") has designated certain data discussed in the Joint Letter as
10 "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant
11 to the Protective Order.  Therefore, Oracle moves to seal the portion of the Joint Letter that
12 discusses that data pursuant to the Protective Order.
13 Oracle states no position as to whether disclosure of these materials would cause harm to
14 Google or any third parties.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | Dated: November 24, 2015 | KAREN G. JOHNSON-MCKEWAN |
| 2 | | ANNETTE L. HURST |
| | | GABRIEL M. RAMSEY |
| 3 | | PETER A. BICKS |
| | | LISA T. SIMPSON |
| 4 | | Orrick, Herrington & Sutcliffe LLP |

By:    */s/ Peter A. Bicks*
      PETER A. BICKS

Attorneys for Plaintiff
ORACLE AMERICA, INC.

- 2 -

ORACLE'S ADMIN. MOT. TO FILE UNDER SEAL
CV 10-03561 WHA