1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON *pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
15  dorian.daley@oracle.com
    DEBORAH K. MILLER (SBN 95527)
16  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (SBN 211600)
17  matthew.sarboraria@oracle.com
    RUCHIKA AGRAWAL (SBN 246058)
18  ruchika.agrawal@oracle.com
    500 Oracle Parkway,
19  Redwood City, CA 94065
    Tel: 650.506.5200 / Fax: 650.506.7117

20  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23                  SAN FRANCISCO DIVISION

24  ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

25              Plaintiff,                  **[PROPOSED] ORDER GRANTING
         v.                                 ORACLE'S ADMINISTRATIVE
26  GOOGLE INC.                             MOTION TO FILE UNDER SEAL**

27              Defendant.                  Dept.: Courtroom 4 (Oakland)
                                            Judge: Honorable Donna M. Ryu
28

                                            [PROPOSED] ORDER
                                            CV 10-03561 WHA

1    Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal.

2  Having considered the Administrative Motion to File Under Seal, the Declaration of Robert L.

3  Uriarte in support thereof, the pleadings on file, and any other relevant materials, the

4  Administrative Motion to File Under Seal is **GRANTED**.

5    **IT IS HEREBY ORDERED** that the portion of the parties' Joint Letter Regarding

6  Oracle's Motion to Compel Google to Include Additional ESI Custodians discussing Android

7  revenue be sealed and that counsel for Oracle America, Inc. may file same under seal.

8
      **IT IS SO ORDERED.**
9

10  Dated: _____

                                    _____
11
                                            Honorable Donna M. Ryu
12                                       United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          - 1 -                      [PROPOSED] ORDER
                                                     CV 10-03561 WHA