## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On November 24, 2015, I served the following document(s):

**DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF THE PARTIES JOINT LETTER RE: ORACLE'S MOTION TO COMPEL GOOGLE TO INCLUDE ESI CUSTODIANS**

**THE UNREDACTED VERSION OF THE PARTIES' JOINT LETTER RE: ORACLE'S MOTION TO COMPEL GOOGLE TO INCLUDE ESI CUSTODIANS**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to: DALVIK@kvn.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 24, 2015, at Menlo Park, California.

_____
Robert L. Uriarte