KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:   (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GOOGLE, INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT LETTER RE: ORACLE'S MOTION TO COMPEL GOOGLE TO INCLUDE ADDITIONAL ESI CUSTODIANS**<br><br>Judge:       Hon. Donna M. Ryu<br><br>Date Filed: August 12, 2010<br><br>Trial Date: May 9, 2016 |

DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF MOT. TO SEAL PORTIONS OF JOINT
LETTER RE ORACLE'S MOT. TO COMPEL GOOGLE TO INCLUDE ADD'L ESI CUSTODIANS
Case No.  3:10-cv-03561 WHA

1007798

I, EDWARD A. BAYLEY, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. In accordance with Local Rule 79-5(d)(1)(A), I submit this declaration in support of Google's Administrative Motion to File Under Seal Portions of Joint Letter Regarding Oracle's Motion to Compel Google to Include Additional ESI Custodians. Dkt. 1386. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. The redacted portion of the Joint Letter Regarding Oracle's Motion to Compel Google to Include Additional ESI Custodians contains Google's sensitive, non-public financial data. This includes the redacted material on page 2 of the Joint Letter (in the third paragraph of Oracle's statement) in the sentence beginning "There also is no question that . . . ." Public disclosure of this information would cause great and undue harm to Google and place it at a competitive disadvantage. The Court has previously granted Google's requests to file under seal similar financial information. *See, e.g.*, Dkt. No. 1375, Dkt. No. 935, Dkt. No. 1056, and Dkt. No. 1122. This portion of the Joint Letter should therefore be filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of November, 2015 at San Francisco, California.

By: */s/ Edward A. Bayley*
EDWARD A. BAYLEY

---

1
DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF MOT. TO SEAL PORTIONS OF JOINT LETTER RE ORACLE'S MOT. TO COMPEL GOOGLE TO INCLUDE ADD'L ESI CUSTODIANS
Case No. 3:10-cv-03561 WHA

1007798