1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA 94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY 10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA 94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
20
   *Attorneys for Plaintiff*
21 ORACLE AMERICA, INC.

22                    UNITED STATES DISTRICT COURT
23                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION

24 | ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
25 | Plaintiff, | **ADMINISTRATIVE MOTION TO SEAL MANUALLY FILED DOCUMENT** |
   | v. | |
26 | | Dept.: Courtroom 4 (Oakland) |
   | GOOGLE INC., | Judge: Honorable Donna M. Ryu |
27 | Defendant. | |
28

1     Plaintiff Oracle America, Inc. ("Oracle") hereby moves for an Order sealing the Exhibit to
2 the Parties' Joint Letter Regarding Oracle's Motion to Compel Production of Documents
3 Improperly Withheld by Google as Privileged, manually filed on November 24, 2015, pursuant to
4 Civil Local Rules 7-11 and 79-5.

5     The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
6 this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
7 "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," the filing party shall move for an
8 order sealing the material pursuant to Civil Local Rule 79-5. Stipulated Protective Order § 14.4,
9 ECF No. 66.

10     Google Inc. ("Google") has designated the data in the Exhibit as "CONFIDENTIAL" or
11 "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.
12 Therefore, Oracle moves to seal the Exhibit pursuant to the Protective Order.

13     Oracle states no position as to whether disclosure of these materials would cause harm to
14 Google or any third parties.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | Dated: November 30, 2015 | KAREN G. JOHNSON-MCKEWAN |
| 2 | | ANNETTE L. HURST |
| | | GABRIEL M. RAMSEY |
| 3 | | PETER A. BICKS |
| | | LISA T. SIMPSON |
| 4 | | Orrick, Herrington & Sutcliffe LLP |

By:  */s/ Peter A. Bicks*
     PETER A. BICKS

Attorneys for Plaintiff
ORACLE AMERICA, INC.