1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
20
   *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.
21
                    UNITED STATES DISTRICT COURT
22
                  NORTHERN DISTRICT OF CALIFORNIA
23
                     SAN FRANCISCO DIVISION
24
   ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA
25
                      Plaintiff,           **DECLARATION OF ROBERT L.**
                                           **URIARTE IN SUPPORT OF ORACLE'S**
26        v.                               **ADMINISTRATIVE MOTION TO**
                                           **SEAL MANUALLY FILED**
27 GOOGLE INC.                             **DOCUMENT**

                      Defendant.           Dept.: Courtroom 4 (Oakland)
28                                         Judge: Honorable Donna M. Ryu

                                                  DECL. OF ROBERT L. URIARTE
                                                       CV 10-03561 WHA

I, Robert L. Uriarte, declare and state as follows:

1.      I am a member of the bar of the State of California, admitted to practice before this Court, and am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for Plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2.      I submit this declaration in support of Oracle's Motion to Seal the Exhibit to the Parties' Joint Letter Regarding Oracle's Motion to Compel Production of Documents Improperly Withheld by Google as Privileged ("Exhibit"), manually filed on November 24, 2015.

3.      The Exhibit contains data that Google Inc. has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECL. OF ROBERT L. URIARTE
CV 10-03561 WHA

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3    Executed this 30th day of November, 2015, at Redwood City, CA.

4

5

6

7

8    _____

                         Robert L. Uriarte

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF ROBERT L. URIARTE
CV 10-03561 WHA