1 | KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
2 | rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
3 | canderson@kvn.com
DANIEL PURCELL - # 191424
4 | dpurcell@kvn.com
633 Battery Street
5 | San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
6 | Facsimile:     (415) 397-7188

7 | KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
8 | bbaber@kslaw.com
1185 Avenue of the Americas
9 | New York, NY 10036
Tel:     (212) 556-2100
10 | Fax:     (212) 556-2222

11 | Attorneys for Defendant
GOOGLE INC.

12 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DECLARATION OF REID P. MULLEN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO SEAL MANUALLY FILED DOCUMENT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Judge:     Hon. Donna M. Ryu |
| | Date Filed:  August 12, 2010 |
| | Trial Date:  May 9, 2016 |

1008211

I, Reid P. Mullen, declare as follows:

1. I am an associate in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case.  In accordance with Local Rule 79-5(d)(1)(A), I submit this declaration in support of Oracle's Administrative Motion to Seal Manually Filed Document.  Dkt. No. 1389.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The Exhibit to the Joint Letter Regarding Oracle's Motion to Compel Production of Documents Improperly Withheld by Google as Privileged, manually filed on November 24, 2015, is an excerpt of Google's privilege log for this case, which Google designated "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY."  Under the Protective Order, Oracle was obligated to file the Exhibit under seal because Google's privilege log contains confidential information regarding the date and general subject matter of privileged communications between Google and its counsel.  Google considers the timing, frequency, and subject matter of its communications with its counsel to be highly confidential information.  Under no circumstances does Google disclose any such information to the public during the normal course of business, or absent a direct court order.  Public disclosure of facts underlying Google's communications with its counsel would cause significant and undue harm to Google's business.  This Exhibit should therefore be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on November 30, 2015.


By: */s/ Reid P. Mullen*
    REID P. MULLEN

1
DECLARATION OF REID P. MULLEN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO SEAL MANUALLY FILED DOCUMENT
Case No.  3:10-cv-03561 WHA