

JOHN L. COOPER
jcooper@fbm.com
D 415.954.4410

December 1, 2015

*Via ECF*

The Honorable William H. Alsup
United States District Judge
United States District Court
Northern District of California
Courtroom 9, 19th Floor
San Francisco, CA  94102

      **Re:**    <u>**Oracle America, Inc. v. Google Inc., No. 3:10-CV-03561-WHA (N.D. Cal.)**</u>

Your Honor:

      We write on behalf of the Court's Rule 706 expert, Dr. James Kearl, in response to the November 24, 2015 Order Clarifying Assignment of Rule 706 Expert, (Doc. 1384). Professor Kearl has reviewed the November 24, 2015 Order (Doc. 1384) and has no comments or objections.

                                             Sincerely,

                                             */s/ John L. Cooper*

JLC:mb

27152\5173745.1