1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA 94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY 10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA 94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
20
   *Attorneys for Plaintiff*
21 ORACLE AMERICA, INC.

22                UNITED STATES DISTRICT COURT
23                NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

24

| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **COMMENT ON TENTATIVE ORDER CLARIFYING ASSIGNMENT OF RULE 706 EXPERT (ECF 1384)** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

Subject to Oracle America, Inc.'s ("Oracle") views on and objections to the Rule 706 expert, *see* ECF 1273, 1311, 1340, 1358, 1382, Oracle's comments to the Tentative Order (ECF 1384) are:

- **Paragraph 4:** Oracle requests that the order make clear that neither party is permitted to make ex parte substantive communications with Dr. Kearl, any of his assistants, or his counsel outside the presence of the other party. Substantive communications include communications regarding Dr. Kearl's role in the case, any witness or expert testimony, or any expert reports. All written substantive communications Dr. Kearl, his assistants, or his counsel has with either party shall copy the other party in the same instance. All verbal substantive communications Dr. Kearl, his assistants, or his counsel has with either party shall be in the presence of at least one attorney of record from each side.

- **Paragraph 5:** Oracle requests that the order make clear that any questioning by Mr. Cooper at a deposition will not affect the parties' time limits on depositions.

- **Paragraph 7:** Oracle believes it is premature to issue an order that "Dr. Kearl will testify at trial" given the Court's statements that it will wait until seeing the expert reports before making its final decision on whether Dr. Kearl will testify. *See* Nov. 19, 2015 Hr'g Tr. at 11-13; ECF 1383 at 9.

- **Paragraph 10:** While not expressly stated, Oracle assumes that notice to both parties will continue to be provided of any communications concerning this case between the Court and either the Rule 706 expert or his counsel. *See e.g. United States v. Craven*, 239 F.3d 91, 102 (1st Cir. 2001); *Fed. Trade Comm'n v. Enforma Nat. Products, Inc.*, 362 F.3d 1204, 1213 (9th Cir. 2004) (vacating preliminary injunction in part due to the lack of a record of ex parte communications between the district court and its Rule 706 expert).

| | |
|---|---|
| Dated: December 2, 2015 | KAREN G. JOHNSON-MCKEWAN<br>ANNETTE L. HURST<br>GABRIEL M. RAMSEY<br>PETER A. BICKS<br>LISA T. SIMPSON<br>Orrick, Herrington & Sutcliffe LLP |
| | By: */s/ Peter A. Bicks*<br>      PETER A. BICKS |
| | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |

- 2 -

COMMENT ON TENTATIVE ORDER
CV 10-03561 WHA