KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S COMMENT ON TENTATIVE ORDER CLARIFYING ASSIGNMENT OF RULE 706 EXPERT**<br><br>Judge:　　Hon. Donna M. Ryu<br><br>Date Filed: August 12, 2010<br><br>Trial Date: May 9, 2016 |

Google submits the following comment in response to Court's Tentative Order Clarifying Assignment of Rule 706 Expert (ECF 1384).  In paragraph 4 of the Tentative Order, *id*. at 3:4, the Court directs that "Oracle and Google will each have up to seven hours to question Dr. Kearl." The parties have already deposed Dr. Kearl once in this case, on March 26, 2012, regarding his previous expert report on patent and copyright damages.  That deposition was set for a single seven-hour session, with Oracle and Google agreeing to split the seven hours equally.  The deposition began at 9:37 a.m. and concluded at 2:46 p.m.  Accounting for periodic breaks during the examination and a somewhat longer break for lunch, the parties completed the deposition in only about four hours of time on the record.  Accordingly, in light of past experience, Google suggests that the Court modify its Tentative Order to provide that Oracle and Google shall each have three-and-a-half hours to question Dr. Kearl, which will permit the parties to complete the deposition in a single day.

Dated:  December 2, 2015

KEKER & VAN NEST LLP

By:  /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST

Attorneys for Defendant
GOOGLE INC.