## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL DISCOVERY HEARING MINUTE ORDER

| **Date:** 12/15/15 | **Time:** 20 mins. | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |

**Attorney for Plaintiff:** Annette L. Hurst and Deborah Kay Miller
**Attorney for Defendant:** Reid Patrick Mullen, Christa M. Anderson, and Elizabeth Ann Egan

**Deputy Clerk:** Ivy Lerma Garcia                    **FTR:** Not Recorded

**PROCEEDINGS**

1.  Joint Discovery Letter Brief  [Docket No. 1396]

    Telephonic hearing held re Oracle's motion for a protective order [Docket No. 1396].
    The IBM deposition shall go forward in Ottawa, Canada on December 21, 2015.

    The parties shall meet and confer regarding allocation of deposition time.  Oracle shall be
    provided sufficient opportunity to conduct cross-examination.

**Order to be prepared by:**
( )      Plaintiff                    ( )      Defendant                    ( )      Court