ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California  94105-2669
Tel:     (415) 773-5700/Fax:   (415) 773-5759

PETER A. BICKS (pro hac vice)
pbicks@orrick.com
LISA T. SIMPSON (pro hac vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York  10019-6142
Tel:     (212) 506-5000/Fax:   (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel:     (650) 506-5200/Fax:   (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222

Attorneys For Defendant
GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  CV 10-03561 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE THE DEPOSITIONS OF HENRIK STAHL AND HENRIQUE DE CASTRO**<br><br>**Dept.**:      Courtroom 8, 19th Floor<br>**Judge**:     Hon. William H. Alsup |

**STIPULATION**

WHEREAS Federal Rule of Civil Procedure 29 provides that the parties may stipulate to extend discovery;

WHEREAS Federal Rule of Civil Procedure 29(b) provides that Court approval is required to extend discovery, even where the parties have stipulated to the extension;

WHEREAS, fact discovery in this case closes on December 16, 2016 (Dkt. Nos. 1334, 1356);

WHEREAS, Defendant Google Inc. ("Google") desires to take the deposition of Henrik Stahl, Plaintiff Oracle America, Inc.'s ("Oracle") Vice President, Product Management, Internet of Things;

WHEREAS, Henrik Stahl lives in Stockholm, Sweden and is unable to travel to the United States for the remainder of 2015 for personal reasons;

WHEREAS, Oracle and Google (collectively, the "Parties") conferred and agreed, due to the witness' unavailability, that Henrik Stahl would be produced for deposition after the close of fact discovery on January 14, 2016 in New York;

WHEREAS, Oracle desires to take the deposition of Henrique de Castro, Google's former President, Global Media, Mobile & Platforms;

WHEREAS, on November 4, 2015, Oracle informed Google that it wanted to discuss dates for the deposition of Henrique de Castro and asked if Google would accept a deposition notice for Henrique de Castro or if Oracle would need to serve Henrique de Castro with a subpoena;

WHEREAS, on November 11, 2015, Google wrote it would poll Henrique de Castro for his availability and would get back to Oracle on dates as soon as possible;

WHEREAS, on November 24, 2015, Oracle notified Google that it was still awaiting deposition dates for, among others, Henrique de Castro;

WHEREAS, on November 25, 2015, Google said it had been unsuccessful in its efforts to secure a deposition date for Henrique de Castro and advised Oracle to try other alternatives (e.g., a subpoena);

1  WHEREAS, on November 25, 2015, Oracle requested that Google provide Oracle with Henrique de Castro's last known home address;

3  WHEREAS, on November 30, 2015, Google provided such information;

4  WHEREAS, service was unsuccessfully attempted at multiple potential addresses for Mr. de Castro on November 27, 2015, November 30, 2015, December 1, 2015, December 2, 2015, December 3, 2015, December 4, 2015, December 5, 2015, December 8, 2015, December 9, 2015, December 11, 2015, and December 12, 2015, including multi-hour "stakeouts" on December 5, 8, 9, and 12, 2015;

9  WHEREAS, Henrique de Castro was served with the subpoena on December 14, 2015;

10  WHEREAS, Mr. de Castro indicated that he was unavailable for deposition on the date noticed, December 16, which is the last day of discovery:

12  WHEREAS, the Parties conferred and agreed that Oracle would have until January 15, 2015 to complete Mr. de Castro's deposition;

14  WHEREAS, good cause exists for allowing the depositions of Henrik Stahl and Henrique de Castro after the close of fact discovery;

16  NOW, THEREFORE, the Parties AGREE AND STIPULATE that:

(i) Henrik Stahl's deposition will be held in New York on January 14, 2016; and

(ii) Oracle may take Henrique de Castro's deposition no later than January 15, 2016.

Dated:  December 16, 2015                BOIES, SCHILLER & FLEXNER LLP

By:  */s/ Steven Holtzman*
STEVEN HOLTZMAN
Attorneys for Plaintiff
ORACLE AMERICA, INC.

Dated:  December 16, 2015                Keker & Van Nest LLP

By:  */s/ Robert A. Van Nest*
ROBERT A. VAN NEST
Attorneys For Defendant
GOOGLE, INC.

**ATTESTATION OF CONCURRENCE**

I, Steven Holtzman, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding the Depositions of Henrik Stahl and Henrique de Castro, hereby attest that Robert Van Nest has concurred in this filing.

Dated:  December 16, 2015

By:  */s/ Steven Holtzman*
STEVEN HOLTZMAN

**[PROPOSED] ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date:  December 17, 2015.

_____
Honorable William H. Alsup
Judge of the United States District Court