ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1    This Court has read and considered Plaintiff Oracle America, Inc.'s Motion for Relief
2  from Non-Dispositive Pretrial Order of Magistrate Judge, any Opposition thereto and Reply in
3  support thereof, and any and all additional supporting papers.
4    Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS
5  HEREBY ORDERED THAT all Objections set forth in the Motion are SUSTAINED.
6    As to the first category of documents—i.e., the more than 10,000 documents withheld
7  with no attorney identified as recipient, author, copyee, custodian, or otherwise—Google is
8  hereby ordered to produce those documents within [__] days of this Order.
9    As to the second category of documents—i.e., the over 7,000 documents in which lawyers
10 are listed merely as copyees—Google is hereby ordered to produce those documents within [__]
11 days of this Order.  [Alternatively, Google is hereby ordered to produce those documents to this
12 Court for *in camera* review within [__] days of this Order.]
13    As to the third category of documents—i.e., documents that are included on the privilege
14 log because a recipient is an in-house lawyer with a predominantly business or public policy
15 role—Google is hereby ordered to produce those documents within [__] days of this Order.
16    As to the fourth category of documents—i.e., emails bearing a resemblance to the August
17 7, 2010 "Lindholm Email," including (but not limited to) log entries 36,460-64, 36,466-72,
18 36,481-22, and 36,490—Google is hereby ordered to produce those documents to this Court for *in*
19 *camera* review within [__] days of this Order.
20    IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 1 -   [PROPOSED] ORDER GRANTING RELIEF
FROM NON-DISPOSITIVE PRETRIAL
ORDER OF MAGISTRATE JUDGE