IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER SETTING HEARING ON DISCOVERY DISPUTE** |
| Defendant. | |

Oracle has filed a discovery letter that is a follow-up to the hearing that occurred before the undersigned on November 20. The Court hereby **SETS** a two-hour meet-and-confer from **8:00 A.M. TO 10:00 A.M. ON TUESDAY JANUARY 5, 2016** in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At **10:00 A.M.** the Court shall hear any outstanding issue(s) in Courtroom No. 8. Google's response is due by **NOON ON DECEMBER 30**.

**IT IS SO ORDERED.**

Dated: December 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE