1

2

3

4                                  UNITED STATES DISTRICT COURT

5                               NORTHERN DISTRICT OF CALIFORNIA

6

7      ORACLE AMERICA, INC.,                        Case No.  10-cv-03561-WHA   (DMR)

               Plaintiff,
8                                                   **NOTICE AND ORDER SETTING**
                                                    **HEARING ON JOINT DISCOVERY**
9          v.                                       **LETTER; ORDER DENYING**
                                                    **DISCOVERY LETTERS WITHOUT**
10     GOOGLE INC.,                                 **PREJUDICE**

               Defendant.
11
                                                    Re: Dkt. Nos. 1404, 1405, 1406, 1408
12

13

14     TO ALL PARTIES AND COUNSEL OF RECORD:

15            The court is in receipt of the parties' joint letter regarding their discovery dispute.  [Docket

16     No. 1404.]  You are hereby notified that a hearing regarding the dispute is set for January 14, 2016

17     at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For

18     courtroom number and floor information, please check the Court's on-line calendar at

       http://www.cand.uscourts.gov (click "Calendars – Judges' Weekly Calendars" link, then select
19
       Judge Ryu's calendar).  Lead counsel for the parties are ordered to appear at the hearing on
20
       January 14, 2016.  Following the hearing, lead counsel shall meet and confer in the courthouse
21
       regarding their discovery disputes, and shall be prepared to devote the entire day, if necessary, to
22
       resolving the disputes.
23
              The parties have filed three additional discovery letter briefs [Docket Nos. 1405, 1406, and
24
       1408] regarding Oracle's motion to compel Google to provide additional Rule 30(b)(6) deposition
25
       testimony, including two letters that were filed separately by the parties on December 24, 2015.
26
       The court denies these letters [Docket Nos. 1405, 1406, and 1408] without prejudice.  Both parties
27
       proposed compromises to resolve these discovery disputes.  The parties shall meet and confer
28

*United States District Court*
*Northern District of California*

regarding the disputes in these three letter briefs.  In the event that the parties are not able to resolve their disputes without judicial intervention, they shall file a joint letter brief no later than **January 4, 2016.**  The joint letter shall not exceed **five** pages (12-point font or greater; margins no less than one inch).  The parties may not incorporate the letters filed as Docket Nos. 1405, 1406, and 1408 by reference.  **Parties are expected to plan for and cooperate in preparing the joint letter so that each side has adequate time to address the arguments.**

      **IT IS SO ORDERED**.

Dated: December 30, 2015

_____
DONNA M. RYU
United States Magistrate Judge