IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **REQUEST FOR RESPONSE** |
| Defendant. | |

    Oracle filed a motion for relief from a non-dispositive pretrial order of Judge Ryu (Dkt. No. 1402). Google's response was due on December 31. No response was filed. By **JANUARY 5 AT NOON**, Google shall please respond to Oracle's motion.

    **IT IS SO ORDERED.**

Dated: January 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE