KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**GOOGLE'S STATEMENT RE DAMAGES PERIODS**<br><br>Judge:       Hon. William H. Alsup<br><br>Date Filed: August 12, 2010<br><br>Trial Date: May 9, 2016 |

1   Pursuant to this Court's October 26, 2015 Order re Damages Studies, Google states that, in its expert report on damages and before the jury, Google intends to address the fact that, on December 24, 2015, Google released new versions of the Android platform that are expressly licensed by Oracle for use by Google under the free, open source license provided by Oracle as part of its OpenJDK project.  Specifically, these newly-released versions of Android utilize the method headers (and the associated sequence, structure, and organization of those method headers) at issue in this litigation under the open source OpenJDK license from Oracle. Accordingly, and only to the extent that Oracle continues to accuse the new versions of Android released on December 24, 2015 in Oracle's own damages study, then any damages claim associated with the new versions expressly licensed by Oracle under OpenJDK would require a separate analysis of damages from earlier releases, which are not expressly licensed by Oracle under OpenJDK.

Dated:  January 4, 2015                                              KEKER & VAN NEST LLP

                                                                     By:  /s/ *Robert A. Van Nest*
                                                                          ROBERT A. VAN NEST

                                                                     Attorneys for Defendant
                                                                     GOOGLE INC.