ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER RE: MOTIONS TO COMPEL [DKT. 1403 AND 1413]** <br><br> Dept.  Courtroom 8, 19th Fl. <br> Judge: Hon. William Alsup |

STIPULATION AND [PROPOSED] ORDER RE: MOTIONS TO COMPEL

1   WHEREAS, pursuant to the Court's Order of December 24, 2015 (Dkt. 1407), on January 5, 2016 the parties met and conferred further regarding Oracle's Motion to Compel Compliance and for Sanctions (Dkt. 1403);

WHEREAS, during the parties' January 5, 2016 meet and confer, the parties agreed to a compromise designed to resolve both that Motion and another of Oracle's pending discovery motions, the Motion to Compel Deposition Topics 2-4 and 8 (Dkt. 1413); and

WHEREAS, Google states that it has agreed to this compromise in an effort to informally resolve discovery disputes without agreeing with the merits of Oracle's pending motions.

THEREFORE, it is hereby stipulated and agreed as follows:

1. Oracle withdraws its pending Motion to Compel as to the Deposition Topic 8 as discussed in Dkt. 1413 and this stipulation hereby resolves Oracle's pending motion to compel compliance and for sanctions (Dkt. 1403) and its pending motion to compel on Deposition Topics 2-4 (Dkt. 1413).

2. Google will produce the documents that are senior-executive level presentations that have been a subject of Oracle's pending Motion to Compel Compliance and for Sanctions (Dkt. 1403), as discussed by the parties. For those presentations to be produced that postdate 2013, Google may redact material that it contends to be non-relevant or otherwise protected from production, but Oracle reserves the right to contest any such redactions in a single additional motion to compel, and this opportunity to challenge the redactions is a condition of this stipulation. Google will complete production of the additional documents by January 15, 2016. In the event that a dispute arises regarding Google's redactions, the parties will promptly meet and confer, and any motion contesting the redactions must be filed by January 22, 2016.

2. After the documents discussed in paragraph 1 above are produced, Google will present the following two Rule 30(b)(6) witnesses to testify regarding financial information, as well as information within the scope of Topics 2, 3, and 4 of Oracle's Rule 30(b)(6) Deposition Notice to Google (dated November 2, 2015): (a) a financial witness will be produced to testify for up to 3.5 hours, and (ii) Jim Kolotourous from Google's Global Business Group will be produced to testify for up to 5 hours. Google will prepare the witnesses to testify consistent with

1  Judge Alsup's standing order regarding Rule 30(b)(6) deposition preparation, Dkt. 26 at § 23, but
2  Google does not represent that these witnesses have knowledge about the full scope of Topics 2
3  through 4.  Oracle withdraws its demand for additional 30(b)(6) testimony with respect to Topic
4  8.
5        3.    These additional depositions shall be completed by January 30, 2016, and any
6  further motion to compel regarding any asserted inadequacy of that testimony shall be filed by
7  February 8, 2016.

Dated:  January 6, 2015

          ANNETTE L. HURST
          Orrick, Herrington & Sutcliffe LLP

          By:       */s/ Annette L. Hurst*

          Attorneys for Plaintiff
          ORACLE AMERICA, INC.

Dated:  January 6, 2015

          CHRISTA ANDERSON
          Keker & Van Nest LLP

          By:       */s/ Christa Anderson*

          Attorneys for Defendant
          GOOGLE INC.

**[PROPOSED] ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: January 6, 2016.  _____
          Hon. William Alsup
          Judge of the United States District Court