# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 1/5/16 | **Time:** n/a | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |

**Attorney for Plaintiff:** Annette Hurst; Lisa Simpson; Robert Uriate; Ayanna Lewis-Gruss Ruchika Agrawal (corporate counsel)

**Attorney for Defendant:** Daniel Purcell; Christa Anderson

**Deputy Clerk:** Dawn Logan           **Court Reporter:** n/a

# PROCEEDINGS

Discovery Dispute - HELD

Parties met and conferred in the Court's jury room from 8:05 am to 9:45 am. Parties resolved the dispute. Nothing was placed on the record.