KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | Case No.  CV 10-03561 WHA<br><br>**NOTICE OF APPEARANCE BY MAYA KARWANDE, KEKER & VAN NEST LLP** |

1   TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE of the appearance of Maya Karwande (mkarwande@kvn.com)

3   of the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111,

4   as additional counsel of record in this action for Defendant Google, Inc.

6   Dated:  January 12, 2016                                KEKER & VAN NEST LLP

8                                          By:   /s/ *Maya Karwande*
                                                 ROBERT A. VAN NEST
9                                                CHRISTA M. ANDERSON
                                                 DANIEL PURCELL

11                                               Attorneys for Defendant
                                                 GOOGLE INC.

1018471.01