IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **NOTICE RE TRIAL DATE** |
| Defendant. | |

For the avoidance of any confusion, the parties are hereby notified that the trial remains scheduled for **MAY 9**, subject to the possibility that another case with priority also scheduled for trial on that day will settle or plead out. Oracle's objection, based on the fact that its senior executives (but not its trial counsel or its in-house legal team apart from its general counsel) will also need to focus on another trial scheduled for May 23 in Santa Clara County Superior Court, is **OVERRULED**.

Dated: January 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE