KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **REPLY TO ORACLE'S RESPONSE TO GOOGLE'S STATEMENT RE DAMAGES PERIOD** <br><br> Dept.     Courtroom 8, 19th Fl. <br> Judge:    Hon. William Alsup |

Google hereby submits this reply to Oracle's Response to Google's Statement re Damages Period for the purpose of correcting a factual misrepresentation made by Oracle to the Court related to Google's production of OpenJDK-based versions of Android.

In Oracle's Response, Oracle stated that "Google's production included no OpenJDK-based version of Android" (Dkt. 1415 at 1:24-25).  Oracle additionally stated that "Google refused to produce anything that it had not released[.]"  Dkt. 1415 at 1:20.  As this office has pointed out to Oracle's counsel, both statements misstate the status of Google's production of the OpenJDK-based Android source code.  Google produced the OpenJDK-based Android source code by making it available for inspection beginning on November 11, 2015 pursuant to paragraph 9(c) of the protective order in this case.  Dkt. 66, para. 9(c). ("Any source code produced in discovery shall be made available for inspection…").  There is no question that Oracle's team has reviewed the code multiple times at Keker & Van Nest's offices.  Several weeks after inspecting the OpenJDK-based Android source code on the source code computer, Oracle asked that this code be provided to Oracle on a hard drive.  Because the code had not yet been publicly released, Google declined to do so, and – pursuant to the parties' agreed-upon protective order – continued to produce the code for inspection on the source code computer at Keker & Van Nest's offices.

On January 8, 2016, counsel for Google notified Oracle of the above misstatements and requested that Oracle correct its pleading.  Counsel for Oracle declined to do so; therefore, Google respectfully submits this reply in order to correct the above misstatements.

Dated:  January 12, 2016                          KEKER & VAN NEST LLP

By:  */s/ Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.