IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER EXTENDING DEADLINE TO DEPOSE HENRIQUE DE CASTRO**

An order extended the deadline to depose Henrique de Castro, a former Google employee, to January 15 due to difficulties serving him with a subpoena (Dkt. No. 1401). On January 14, Oracle filed a stipulation seeking to further extend that deadline to February 29, citing delays in the production of documents relating to de Castro due to third-party notice requirements (Dkt. No. 1424). The parties have represented that Google will complete its production of documents relating to de Castro by January 29. The parties should have foreseen delays relating to third-party notice when they requested the first extension, and they should have requested this extension long before the deadline. There is no good cause for the requested six week extension. Oracle shall have until **FEBRUARY 11** to complete de Castro's deposition.

The deadline for motions to compel production has not and will not be extended.

**IT IS SO ORDERED.**

Dated:   January 15, 2016. 

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE