UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 1/14/16 | **Time:** 11:57-1:04 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |

**For Plaintiff:**
Annette Hurst
Robert Uriarte
Rudolph Kim

**For Defendant:**
Robert Van Nest
Maya Karwande

**Deputy Clerk:** Ivy Lerma Garcia			**Court Reporter:** Diane Skillman

PROCEEDINGS

1. Joint Discovery Letter Brief  [Docket No. 1404]

   The parties shall meet and confer and jointly submit a proposed order to the court consistent with the court's guidance at the hearing by January 19, 2016 at 9:00 a.m.

**Order to be prepared by:**
( )	Plaintiff		( )	Defendant		( )	Court

cc:  Chambers