

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA  94105-2669

tel  +1-415-773-5700
fax  +1-415-773-5759
WWW.ORRICK.COM

January 19, 2016

Annette L. Hurst
(415) 773-4585
ahurst@orrick.com

The Honorable Donna M. Ryu
United States Magistrate Judge
Northern District of California
1301 Clay Street, Courtroom 4, 3rd floor
Oakland, CA  94612

Re:   *Oracle America, Inc. v. Google Inc.*, Case No. 3:10-cv-03561-WHA (N.D. Cal.)- Oracle's Proposed Order re: ECF No. 1404

Dear Judge Ryu:

Pursuant to the Court's instructions, Oracle is submitting a proposed order regarding its Motion to Compel, ECF No. 1404.  The parties met and conferred but were unable to reach agreement on a form of order.  Oracle believes that there are three substantive points of disagreement regarding Oracle's form of proposed order, described below.  Google may also submit its own form of order.

**Time.**  Oracle has not included an arbitrary time range on the scope of the disclosure; the only time limit is that implied by the terms of each agreement.  Both parties have recognized that timing or timing windows could be a significant element of the analysis.  Google requested a limitation of 2002 through 2012.

**Other Payments**.  Oracle requests disclosure of other payments so that effective revenue share percentages can be calculated.

**Unit Volume Estimates**.  Oracle requests this information so that per-device royalty rates can be calculated.

Sincerely,

 /s/ *Annette L. Hurst*

Annette L. Hurst