KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA (DMR)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION RE THE COURT'S ORDER DENYING SEALING OF GOOGLE-APPLE INFORMATION, AND ADMINISTRATIVE MOTION TO SEAL ADDITIONAL GOOGLE FINANCIAL INFORMATION**<br><br>Dept.:　Courtroom 4, 3rd Floor (Oakland)<br>Judge:　Hon. Donna M. Ryu |

Before the Court is Defendant Google Inc.'s Administrative Motion for Leave to file a Motion for Reconsideration of the portion of the of the Court's January 19, 2016 Order (Dkt. No. 1434) denying Google's request to seal portions of the January 14, 2016 hearing transcript and Google's Administrative Motion to Seal Additional Google Financial Information (collectively, the "Motion").  Having considered the Motion, the Declaration of Edward A. Bayley and attached exhibit in support thereof, any pleadings on file and any other relevant materials that have been submitted for consideration, the Court hereby **GRANTS** Google's Motion.

**IT IS HEREBY ORDERED** that Google's Motion for Leave to File a Motion for Reconsideration shall be allowed, and the following portions of the January 14, 2016 hearing containing information designated "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" be redacted and sealed:  page 4, lines 10-13; page 6, lines 19-20; page 29, lines 24-25.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE