KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA (DMR) <br><br> **DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF GOOGLE'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF GOOGLE-APPLE INFORMATION** <br><br> Dept.    Courtroom 4, 3rd Floor (Oakland) <br> Judge:   Hon. Donna M. Ryu |

DECLARATION OF EDWARD A. BAYLEY
Case No. 3:10-cv-03561 WHA (DMR)

1021431

I, EDWARD A. BAYLEY, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying Sealing of Google-Apple Information. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2.     During the January 14, 2016 discovery hearing, Oracle's counsel disclosed confidential financial terms of an agreement between Google and non-party Apple Inc. January 14, 2016 Tr. at 29:24-25. This information was derived from deposition testimony that Google has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order that governs this case. Dkt. No. 66. Oracle did not provide any advance notice to Google that it intended to disclose this highly confidential information at the hearing.

3.     Google considers this information to be extremely confidential and has always treated it as such. Public disclosure of the Apple-related financial information could severely and adversely impact Google's ability to negotiate, *inter alia*, similar terms with other third parties in connection with similar agreements now or in the future. At the time the Court issued its prior order denying Google's oral motion to seal [Dkt. No. 1434], Google had not yet filed a written motion to seal the highly confidential information related to the Apple-Google agreement.

4.     Apple also considers this information to be extremely confidential. I understand that Apple has submitted a declaration from Leslie Fithian, Senior Director of the Software Products Legal Team at Apple. Dkt. No. 1439 ("Fithian Decl."). As explained in the Fithian Declaration, Apple considers this information confidential and commercially sensitive, and disclosing this information to the public would pose a serious risk of competitive harm to Apple. *Id.* at ¶¶ 4-6. At the time the Court issued its prior order denying Google's oral motion to seal [Dkt. No. 1434], Apple had not yet submitted the Fithian Declaration.

5.     On January 19, 2016 at 11:49 a.m., counsel for Google sent a letter to counsel for Oracle by email asking Oracle to join Google's formal request to the Court to seal the above-

described portions of the January 14, 2016 hearing transcript.  Google's counsel reached out to Oracle's counsel again on January 20, 2016.  Oracle has not responded to Google's correspondence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of January, 2016 at San Francisco, California.

By: _____
Edward A. Bayley