KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  CV 10-03561 WHA (DMR)<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF GOOGLE-APPLE INFORMATION**<br><br>Dept.:       Courtroom 4, 3rd Floor (Oakland)<br>Judge:      Hon. Donna M. Ryu |

1   Before the Court is Defendant Google Inc.'s Motion for Leave to file a Motion for
2   Reconsideration re the Court's Order Denying Sealing of Google-Apple information ("the
3   Motion").  Having considered the Motion, the Declaration of Edward A. Bayley, Declaration of
4   Leslie Fithian [Dkt. No. 1439], any pleadings on file and any other relevant materials that have
5   been submitted for consideration, the Court hereby **GRANTS** Google's Motion.
6   **IT IS HEREBY ORDERED** that Google's Motion for Leave to File a Motion for
7   Reconsideration shall be allowed.  Alternatively, the following portions of the January 14, 2016
8   hearing transcript containing information designated "HIGHLY CONFIDENTIAL-
9   ATTORNEYS' EYES ONLY" relating to the Google-Apple agreement shall be redacted and
10  sealed:  page 29, lines 24-25.
11  **IT IS SO ORDERED**.

Dated:

By: _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE