```
1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
6  Facsimile:    (415) 397-7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Tel:    (212) 556-2100
10 Fax:    (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 3:10-cv-03561 WHA (DMR)<br><br>**DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND SEAL PORTIONS OF THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT**<br><br>Date:    February 25, 2016<br>Time:    11:00 a.m.<br>Dept.    Courtroom 4, 3rd Floor (Oakland)<br>Judge:   Hon. Donna M. Ryu |
|---|---|

DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND
SEAL PORTIONS OF THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT
Case No. 3:10-cv-03561 WHA (DMR)

1021437

I, MAYA KARWANDE, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Motion to Redact and Seal Portions of the January 14, 2016 Discovery Hearing Transcript. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. During the January 14, 2016 discovery hearing on Oracle's Motion to Compel (Dkt. No. 1404) counsel for Oracle disclosed information regarding Google's sensitive, non-public revenues and profits associated with Android. January 14, 2016 Tr. at 4:10-13, 6:19-20. This information was derived from internal Google financial documents that Google has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order that governs this case. Dkt. No. 66. Oracle did not provide any advance notice to Google that it intended to disclose this highly confidential information at the hearing.

3. Google does not publicly allocate revenues or profits to Android separate and apart from Google's general business. Google considers that non-public financial data to be highly sensitive, and public disclosure of the information described herein could have significant negative effects on Google's business. Indeed, this Court has previously considered and granted Google's requests to file under seal the amount of Android-related revenues and profits. *See* Dkt. No. 1387. In addition, Judge Alsup has granted several other requests to file under seal similar financial information, including the revenues and profits associated with Android. *See, e.g.*, Dkt. No. 935, Dkt. No. 1056, Dkt. No. 1122, Dkt. No. 1375.

4. On January 19, 2016 at 11:49 a.m., counsel for Google sent a letter to counsel for Oracle by email asking Oracle to join Google's formal request to the Court to seal the above-described portions of the January 14, 2016 hearing transcript. Google's counsel reached out to Oracle's counsel again on January 20, 2016. Oracle has not responded to Google's correspondence.

I declare under penalty of perjury under the laws of the State of California that the

1

DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND SEAL PORTIONS OF THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT
Case No. 3:10-cv-03561 WHA (DMR)

1021437

foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of January, 2016 at San Francisco, California.

By: /s/ Maya Karwande
Maya Karwande

---

2
DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND
SEAL PORTIONS OF THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT
Case No. 3:10-cv-03561 WHA (DMR)

1021437