KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No.  CV 10-03561 WHA (DMR)<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO REDACT AND SEAL PORTIONS OF THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT**<br><br>Date:　　　February 25, 2016<br>Time:　　　11:00 a.m.<br>Dept.:　　　Courtroom 4, 3rd Floor (Oakland)<br>Judge:　　　Hon. Donna M. Ryu |

[PROPOSED] ORDER GRANTING GOOGLE'S  MOTION TO REDACT AND SEAL PORTIONS OF
THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT
Case No.  CV 10-03561 WHA (DMR)

1021448

1   Before the Court is Defendant Google Inc.'s Motion to Redact and Seal Portions of the
2   January 14, 2016 Discovery Hearing Transcript.  Having considered the Motion, the Declaration
3   of Maya Karwande in support thereof, any pleadings on file and any other relevant materials that
4   have been submitted for consideration, the Court hereby **GRANTS** Google's Motion.

5   **IT IS HEREBY ORDERED** that Google's Motion to Redact and Seal Portions of the
6   January 14, 2016 Hearing Transcript is granted, and the following portions of the January 14,
7   2016 hearing containing information designated "HIGHLY CONFIDENTIAL-ATTORNEYS'
8   EYES ONLY" be redacted and sealed:  page 4, lines 10-13; page 6, lines 19-20.

9   **IT IS SO ORDERED**.

Dated:

By: _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO REDACT AND SEAL PORTIONS OF
THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT
Case No.  CV 10-03561 WHA (DMR)

1021448