UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

    v.

GOOGLE INC.,

    Defendant.

Case No. 10-cv-03561-WHA   (DMR)

**ORDER SEALING HEARING TRANSCRIPT**

The transcript of the January 14, 2016 hearing shall be sealed pending the resolution of Defendant's motions to seal portions of the hearing transcript.

**IT IS SO ORDERED.**

Dated: January 22, 2016

Donna M. Ryu
United States Magistrate Judge