ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California  94105-2669
Tel:     (415) 773-5700
Fax:    (415) 773-5759

PETER A. BICKS (*pro hac* vice)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac* vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York  10019-6142
Tel:     (212) 506-5000
Fax:    (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, California 94065
Tel:     (650) 506-5200
Fax:    (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY DENISE M. MINGRONE** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Denise M. Mingrone (dmingrone@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, as additional counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: January 25, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Denise M. Mingrone*

DENISE M. MINGRONE
(SBN 135224)

ORRICK, HERRINGTON & SUTCLIFFE LLP
dmingrone@orrick.com
1000 Marsh Road
Menlo Park, CA  94025
Tel.: (650) 614-7400
Fax:  (650) 614-7401

Attorneys for Plaintiff
ORACLE AMERICA, INC.

1