ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California  94105-2669
Tel:     (415) 773-5700
Fax:    (415) 773-5759

PETER A. BICKS (*pro hac* vice)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac* vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York  10019-6142
Tel:     (212) 506-5000
Fax:    (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, California 94065
Tel:     (650) 506-5200
Fax:    (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                        Plaintiff,<br><br>         v.<br><br>GOOGLE INC.,<br><br>                        Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**NOTICE OF APPEARANCE OF RANDY LUSKEY** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Randy Luskey (rluskey@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105, as additional counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: January 25, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Randy Luskey*
KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.