| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN # 121570 |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST # 148738 |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY # 209218 |
| 4 | gramsey@orrick.com |
| | 405 Howard Street |
| 5 | San Francisco, California  94105-2669 |
| | Tel:     (415) 773-5700 |
| 6 | Fax:    (415) 773-5759 |
| 7 | PETER A. BICKS (*pro hac* vice) |
| | pbicks@orrick.com |
| 8 | LISA T. SIMPSON (*pro hac* vice) |
| | lsimpson@orrick.com |
| 9 | 51 West 52nd Street |
| | New York, New York  10019-6142 |
| 10 | Tel:     (212) 506-5000 |
| | Fax:    (212) 506-5151 |
| 11 | |
| | ORACLE CORPORATION |
| 12 | DORIAN DALEY # 129049 |
| | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER # 95527 |
| | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA # 211600 |
| | matthew.sarboraria@oracle.com |
| 15 | RUCHIKA AGRAWAL # 246058 |
| | ruchika.agrawal@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, California 94065 |
| 17 | Tel:     (650) 506-5200 |
| | Fax:    (650) 506-7117 |
| 18 | |
| | *Attorneys for Plaintiff* |
| 19 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE BY VICKIE L. FEEMAN** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of attorney Vickie L. Feeman

3  (vfeeman@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road,

4  Menlo Park, CA 94025, as additional counsel of record in this action for Plaintiff Oracle

5  America, Inc.

6

7  Dated: January 25, 2016          KAREN G. JOHNSON-MCKEWAN
                                    ANNETTE L. HURST
8                                   GABRIEL M. RAMSEY
                                    PETER A. BICKS
9                                   LISA T. SIMPSON
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
10

11
                                    By: */s/ Vickie L. Feeman*
12                                  VICKIE L. FEEMAN
                                    (SBN 177487)
13
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
14                                  vfeeman@orrick.com
                                    1000 Marsh Road
15                                  Menlo Park, CA  94025
                                    Tel.: (650) 614-7400
16                                  Fax:  (650) 614-7401

17                                  Attorneys for Plaintiff
                                    ORACLE AMERICA, INC.
18

19

20

21

22

23

24

25

26

27

28
                                    1
                NOTICE OF APPEARANCE BY VICKIE L. FEEMAN
                        CASE NO. CV 10-03561 WHA