| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN # 121570 |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST # 148738 |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY # 209218 |
| 4 | gramsey@orrick.com |
| | 405 Howard Street |
| 5 | San Francisco, California 94105-2669 |
| | Tel:    (415) 773-5700 |
| 6 | Fax:   (415) 773-5759 |
| 7 | PETER A. BICKS (*pro hac* vice) |
| | pbicks@orrick.com |
| 8 | LISA T. SIMPSON (*pro hac* vice) |
| | lsimpson@orrick.com |
| 9 | 51 West 52nd Street |
| | New York, New York 10019-6142 |
| 10 | Tel:    (212) 506-5000 |
| | Fax:   (212) 506-5151 |
| 11 | |
| | ORACLE CORPORATION |
| 12 | DORIAN DALEY # 129049 |
| | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER # 95527 |
| | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA # 211600 |
| | matthew.sarboraria@oracle.com |
| 15 | RUCHIKA AGRAWAL # 246058 |
| | ruchika.agrawal@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, California 94065 |
| 17 | Tel:    (650) 506-5200 |
| | Fax:   (650) 506-7117 |
| 18 | |
| | *Attorneys for Plaintiff* |
| 19 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE AMERICA, INC. | | Case No. CV 10-03561 WHA |
| | Plaintiff, | **NOTICE OF APPEARANCE BY ALYSSA M. CARIDIS** |
| | v. | |
| GOOGLE INC. | | |
| | Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Alyssa M. Caridis (acaridis@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 777 S. Figueroa Street, 32nd Floor, Los Angeles, California 90017, as additional counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: January 26, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Alyssa M. Caridis*

Alyssa M. Caridis
(SBN 260103)

ORRICK, HERRINGTON & SUTCLIFFE LLP
acaridis@orrick.com
777 South Figueroa Street
Suite 3200
Los Angeles, California  90017
Tel: 213.612.2372
Fax: 213.612.2499

Attorneys for Plaintiff
ORACLE AMERICA, INC.