UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.  10-cv-03561-WHA   (DMR)<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF GOOGLE-APPLE INFORMATION**<br><br>Re: Dkt. No. 1440 |

Before the Court is Defendant Google Inc.'s Motion for Leave to file a Motion for Reconsideration re the Court's Order Denying Sealing of Google-Apple information [Docket No. 1440]. Having considered the Motion, the Declaration of Edward A. Bayley, and the Declaration of Leslie Fithian [Dkt. No. 1439] the Court hereby **GRANTS** Google's Motion.

Google may file its motion for reconsideration, which shall not exceed five pages, by January 29, 2016. Oracle's response, if any, shall not exceed four pages and shall be filed by February 4, 2016. Google may file a reply, not to exceed three pages, by February 8, 2016.

**IT IS SO ORDERED.**

Dated: January 26, 2016

Donna M. Ryu
United States Magistrate Judge