KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.    Courtroom 8, 19th Fl.<br>Judge:   Hon. William Alsup |

DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF GOOGLE INC.'S
MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS
Case No.  3:10-cv-03561 WHA

1022506.01

I, MATTHIAS KAMBER, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Motion to Strike Portion of Oracle's Expert Reports. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibits A-S from the July 29, 2011 Opening Expert Report of John C. Mitchell Regarding Copyright.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email string between Christa Anderson and Annette Hurst.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the expert report of Mr. Robert Zeidman.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the expert report of Dr. Doug Schmidt.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the expert report of Dr. Chris Kemerer.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a January 14, 2016 letter from Eugene M. Paige to Annette Hurst.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a January 21, 2016 email from Eugene M. Paige to counsel for Oracle.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a January 22, 2016 letter from Andrew Silverman to Eugene M. Paige.

10. On November 5, 2015, Dan Purcell and I, on behalf of Google, had a conference call with at least Annette Hurst and Ayanna Lewis-Gruss, on behalf of Oracle, to meet and confer in accordance with the Court's October 26, 2015 Order Re Damage Studies. [ECF No. 1349.] During that call Oracle never suggested that it might seek damages related to additional copyrighted works, which—because the copyrights for Java SE 6 and 7 post-date earlier versions of Android—would have called for different damages periods. To the contrary, the parties agreed

1

DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF GOOGLE INC.'S
MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS
Case No. 3:10-cv-03561 WHA

1022506.01

1  that the case presented a single, unified damages phase, as reflected in both parties' responses to

2  the Court's Order.  [ECF Nos. 1362, 1364.]

3  Dated:  January 27, 2016                                      KEKER & VAN NEST LLP

4                                                        By:    /s/  Matthias A. Kamber
                                                                ROBERT A. VAN NEST
5                                                               CHRISTA M. ANDERSON
                                                                DANIEL PURCELL
6
                                                                Attorneys for Defendant
7                                                               GOOGLE INC.

2
DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF GOOGLE INC.'S
MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS
Case No.  3:10-cv-03561 WHA

1022506.01