# EXHIBIT 7

# Raina M. Abaya

| | |
|---|---|
| **From:** | Gene Paige |
| **Sent:** | Thursday, January 21, 2016 1:35 PM |
| **To:** | Oracle/Google-OHS Only (Oracle/Google@orrick.com) |
| **Cc:** | DALVIK-KVN |
| **Subject:** | FW: Oracle America, Inc. v. Google Inc. |
| **Attachments:** | 2016.1.14  A. Hurst, Esq.PDF |

Counsel:

      We have not yet received any response to the attached letter of January 14, which requested that Oracle withdraw the portions of its expert reports that purport to opine on infringement of Java SE 6 and SE 7, two copyrighted works that were not the subject of the infringement verdict reinstated by the Federal Circuit.  Please let us know whether Oracle intends to withdraw the identified portions of its expert reports, or if Oracle wishes to meet and confer on the issue.  Unless we are able to resolve this issue by the close of business tomorrow, we will proceed to file a precis letter with Judge Alsup requesting permission to file a motion to strike those portions of the reports.

Regards,
Gene

---

**From:** Dot de Arco Fox
**Sent:** Thursday, January 14, 2016 3:13 PM
**To:** 'ahurst@orrick.com'
**Cc:** Gene Paige; 'oracle/google@orrick.com'; DALVIK-KVN
**Subject:** Oracle America, Inc. v. Google Inc.

Dear Ms. Hurst,

Attached is correspondence dated January 14, 2016 from Gene Paige.

Sincerely,
*Dot*

**Dot de Arco Fox**
Legal Secretary to Eugene M. Paige

**KEKER & VAN NEST**

415 676 2283 direct   |   dfox@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com