KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **[PROPOSED] ORDER IN SUPPORT OF GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS** <br><br><br> Dept.      Courtroom 8, 19th Fl. <br> Judge:     Hon. William Alsup |

[PROPOSED] ORDER IN SUPPORT OF GOOGLE INC.'S
MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS
Case No. 3:10-cv-03561 WHA

1022519.01

1    Before the Court is Defendant Google Inc.'s Motion to Strike Portions of Oracle's Expert
2    Reports.  Having considered the Motion, the pleadings on file and any other relevant materials,
3    the Court hereby **GRANTS** Google's Motion to Strike the following portions of Oracle's expert
4    reports in their entirety, unless otherwise indicated below:

- Dr. Chris Kemerer:  ¶¶ 47-50, 188 (references to Java SE 6 and SE 7 in bullet 1), 208 (references to Java SE 6 and SE 7), 218 and Appendix G (columns 6.0, 7.0, 8.0).
- Dr. Douglas Schmidt: ¶¶ 97-106.
- Mr. Robert Zeidman:  ¶¶ 45, 73 (references to Java SE 6 and SE 7), 106 (all text after "Java SE 5"), 120-125, 146 and Exhibits V and W.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER IN SUPPORT OF GOOGLE INC.'S
MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS
Case No.  3:10-cv-03561 WHA

1022519.01