KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**ADMINISTRATIVE MOTION TO SEAL EXCERPTS OF ORACLE EXPERT REPORTS CITED IN GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |
|---|---|

Defendant Google Inc. ("Google") hereby moves for an Order sealing certain exhibits cited in Google Inc.'s Motion to Strike Portions of Oracle's Expert Reports, manually filed on January 27, 2016, pursuant to Civil Local Rules 7-11 and 79-5.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," the filing party shall move for an order sealing the material pursuant to Civil Local Rule 79-5.  Stipulated Protective Order § 14.4, ECF No. 66.

Plaintiff Oracle America, Inc. ("Oracle") has designated certain portions excerpted in Exhibits 4 and 5 to the Declaration of Matthias Kamber in Support of Google Inc.'s Motion to Strike Portions of Oracle's Expert Reports ("Kamber Declaration")  as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. Google therefore moves to seal Exhibits 4 and 5 of the Kamber Declaration pursuant to the Protective Order.

Google states no position as to whether disclosure of these materials would cause harm to Oracle or any third parties.

Dated:  January 27, 2016                                KEKER & VAN NEST LLP

                                                        By:    /s/ Robert A. Van Nest
                                                               ROBERT A. VAN NEST
                                                               CHRISTA M. ANDERSON
                                                               DANIEL PURCELL

                                                               Attorneys for Defendant
                                                               GOOGLE INC.