KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **GOOGLE'S RESPONSE TO REQUEST FOR RESPONSE RE SUPPLEMENTAL ANSWER (ECF NO. 1453)** <br><br> Dept.         Courtroom 8, 19th Fl. <br> Judge:        Hon. William Alsup |

Pursuant to the Court's order regarding Google's precis request to file a motion for leave to file a supplemental answer (ECF No. 1453), Google hereby provides the following response:

Taking as accurate the representation in Oracle's response to Google's precis request that "Oracle has not yet (if ever) accused any [] version of Android" that includes source code based on OpenJDK (ECF No. 1451 at 2), Google's request to file a supplemental answer to include a license defense based on OpenJDK is currently moot.  Google reserves the right to re-file its request for leave, or otherwise assert its license defense based on OpenJDK, in any and all future proceedings, including without limitation in any post-trial proceedings in this litigation, in any injunction proceedings in this litigation, or in any other litigation, as appropriate under the circumstances.

Dated:  January 27, 2016                                        KEKER & VAN NEST LLP

                                                    By:   */s/ Robert A. Van Nest*
                                                          ROBERT A. VAN NEST
                                                          CHRISTA M. ANDERSON
                                                          DANIEL PURCELL

                                                          Attorneys for Defendant
                                                          GOOGLE INC.