IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING AS MOOT GOOGLE'S PRÉCIS REQUEST FOR LEAVE TO FILE SUPPLEMENTAL ANSWER**

Google filed a précis request, seeking leave to file a supplemental answer to include an additional license defense that applies "to the extent Oracle accuses versions of Android using OpenJDK-based code" (Dkt. No. 1443 at 2). Oracle responded that it has not accused any version of Android containing the OpenJDK code (Dkt. No. 1451 at 2). Google has informed the Court that Oracle's response moots its proposed license defense (Dkt. No. 1456). Accordingly, Google's précis request is **DENIED AS MOOT**. This is without prejudice to the possibility that Google may raise this license defense in this case or another case if Oracle ever accuses the versions of Android that use OpenJDK-based code.

**IT IS SO ORDERED.**

Dated: January 27, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE