IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　/ | No. C 10-03561 WHA<br><br>**NOTICE RE GOOGLE'S PRÉCIS REQUEST SEEKING LEAVE TO FILE A MOTION FOR CIVIL CONTEMPT** |

　　　Google's proposed motion for contempt will be postponed until after the trial. In the meantime, all counsel will be expected to fully comply with all protective orders. If there is another recurrence of this problem, then the Court may possibly allow a contempt motion before the end of trial.

　　　This order does not address whether or not the motion will ultimately be heard before Judge Alsup or Judge Ryu.

Dated: January 28, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE