KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE AMERICA, INC.,

Plaintiffs,

v.

GOOGLE, INC.,

Defendant.

Case No. 3:10-cv-03561 WHA (DMR)

**DECLARATION OF RENNY HWANG IN SUPPORT OF GOOGLE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF CONFIDENTIAL GOOGLE-APPLE INFORMATION**

Dept. Courtroom 4, 3rd Floor (Oakland)
Judge: Hon. Donna M. Ryu
Date: March 8, 2016
Time: 11:00 a.m.

DECLARATION OF RENNY HWANG IN SUPPORT OF GOOGLE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF CONFIDENTIAL GOOGLE-APPLE INFORMATION
Case No. 3:10-cv-03561 WHA (DMR)

I, RENNY HWANG, declare as follows:

1. I am an attorney employed by Google Inc. ("Google"), where I have served as senior litigation counsel for the last six years. My job responsibilities include, but are not limited to, supervising our outside counsel in connection with litigation matters (such as this one), as wel as familiarizing myself with the areas of Google's businesses and documentation concerning thos businesses as they relate to litigation matters under my supervision. I submit this declaration in support of Google's Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying Sealing of Google-Apple Information. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I have reviewed the transcript of the January 14, 2016 discovery hearing. On page 29: lines 24-25 of the transcript Oracle's counsel disclosed information which purportedly reflect confidential financial terms of an agreement between Google and non-party Apple Inc. This information was derived from deposition testimony that Google has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order that governs this case. Dkt. No. 66.

3. Google considers this information to be extremely confidential and commercially sensitive and has always treated it as such. This information is subject to stringent confidentiality requirements contained within the relevant agreement. Indeed, Google places strict limits on whc has access to the terms of this agreement to ensure its confidentiality is retained. Also, Google does not disclose this information to the public. Public disclosure of this information could severely and adversely impact Google's ability to negotiate, among other things, similar terms with other third parties in connection with similar agreements now or in the future.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 29th day of January, 2016 at Mountain View, California.

By: ______________________
Renny Hwang

1

DECLARATION OF RENNY HWANG IN SUPPORT OF GOOGLE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF GOOGLE-APPLE INFORMATION