1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:   (415) 391-5400
6  Facsimile:    (415) 397-7188

7  KING & SPALDING  LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Tel:   (212) 556-2100
10 Fax:  (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

| ORACLE AMERICA, INC., | Case No.  CV 10-03561 WHA (DMR) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF CONFIDENTIAL GOOGLE-APPLE INFORMATION** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Dept.:   Courtroom 4, 3rd Floor (Oakland)<br>Judge:   Hon. Donna M. Ryu |

Before the Court is Defendant Google Inc.'s Motion for Reconsideration of the Court's Order Denying Sealing of Confidential Google-Apple information ("the Motion"). Having considered the Motion, the Declaration of Maya Karwande, the Declaration of Renny Hwang, the Declaration of Leslie Fithian [Dkt. No. 1439], any pleadings on file and any other relevant materials that have been submitted for consideration, the Court hereby **GRANTS** Google's Motion.

**IT IS HEREBY ORDERED** that Google's Motion is granted and the following portions of the January 14, 2016 hearing transcript containing information designated "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" relating to the Google-Apple agreement shall be redacted and sealed:  page 29, lines 24-25.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE