| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN # 121570 |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST # 148738 |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY # 209218 |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street |
| 5 | San Francisco, California  94105-2669 |
|   | Tel:     (415) 773-5700 |
| 6 | Fax:    (415) 773-5759 |
| 7 | PETER A. BICKS (*pro hac* vice) |
|   | pbicks@orrick.com |
| 8 | LISA T. SIMPSON (*pro hac* vice) |
|   | lsimpson@orrick.com |
| 9 | 51 West 52nd Street |
|   | New York, New York  10019-6142 |
| 10 | Tel:     (212) 506-5000 |
|   | Fax:    (212) 506-5151 |
| 11 | |
|   | ORACLE CORPORATION |
| 12 | DORIAN DALEY # 129049 |
|   | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER # 95527 |
|   | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA # 211600 |
|   | matthew.sarboraria@oracle.com |
| 15 | RUCHIKA AGRAWAL # 246058 |
|   | ruchika.agrawal@oracle.com |
| 16 | 500 Oracle Parkway |
|   | Redwood City, California 94065 |
| 17 | Tel:     (650) 506-5200 |
|   | Fax:    (650) 506-7117 |
| 18 | |
|   | *Attorneys for Plaintiff* |
| 19 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 3:10-cv-10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY ROBERT P. VARIAN** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |

NOTICE OF APPEARANCE BY ROBERT P. VARIAN
CASE NO. CV 10-03561 WHA

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Robert P. Varian (rvarian@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105, as additional counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: February 1, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Robert P. Varian*

ROBERT P. VARIAN
(SBN 107459)

ORRICK, HERRINGTON & SUTCLIFFE LLP
rvarian@orrick.com
405 Howard Street,
San Francisco, CA  94105
Tel.: (415) 773-5700
Fax:  (415) 773-5759

Attorneys for Plaintiff
ORACLE AMERICA, INC.