ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>             Plaintiff,<br><br>      v.<br><br>GOOGLE INC.<br><br>             Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF MATTHEW L. BUSH IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  I, Matthew L. Bush, declare and state as follows:

2  1.  I am a member of the bar of the State of New York, admitted to practice before
3  this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"),
4  attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events,
5  pleadings and discovery in this action and, if called upon as a witness, I could and would testify
6  competently to the matters stated herein of my own personal knowledge.

7  2.  I submit this declaration in support of Oracle's Administrative Motion to File
8  Under Seal.

9  3.  The following portions of Exhibit 4 to the Declaration of Gabriel M. Ramsey in
10 Support of Oracle's Opposition to Google's Motion to Strike Portions of Oracle's Expert Reports
11 ("Ramsey Declaration") summarize, quote from, or reproduce materials that have been designated
12 by Google Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES
13 ONLY" pursuant to the Protective Order:

| | | |
|---|---|---|
| Page 4 | Page 26 ¶ 89 | Page 49 ¶ 167 |
| Page 11 ¶ 27 | Page 27 ¶ 90 | Page 49 ¶ 168 n. 85 |
| Page 11 ¶ 28 n. 13 | Page 27 ¶ 91 | Page 51 ¶ 173 |
| Page 12 ¶ 34 | Page 27 ¶ 92 | Page 52-53 ¶ 180 |
| Page 18 ¶ 56 | Pages 28-29 ¶ 93 | Page 53 ¶ 182 |
| Page 18 ¶ 59 | Page 35 ¶ 111 | Page 56 ¶ 193 |
| Page 18 ¶ 60 | Page 35 ¶ 112 | Page 56 ¶ 197 |
| Page 22 ¶ 73 | Page 36 ¶ 112 | Page 57 ¶ 198 |
| Page 24-25 ¶ 79 | Page 36 ¶ 114 | Pages 57-59 ¶¶ 202-207 |
| Page 25 ¶ 81 | Page 38 ¶ 117 | Page 60 ¶ 209 n. 102 |
| Pages 25-26 ¶ 85 | Page 38 ¶ 118 | Page 61 ¶ 211 n. 105 |
| Page 26 ¶ 87 | Page 38-39 ¶ 121 | Page 64 |
| Page 26 ¶ 88 | Page 48 ¶ 165 | Appendices H, K, N and O |

27  4.  Exhibits 13 and 14 to the Ramsey Declaration summarize, quote from, or
28

1  reproduce materials that have been designated by Google Inc. as "CONFIDENTIAL" or
2  "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.

5       I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.
7       Executed this 1st day of February, 2016, at New York, NY.

                                         */s/ Matthew L. Bush*
                                              Matthew L. Bush