ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>             Plaintiff,<br><br>       v.<br><br>GOOGLE INC.<br><br>             Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF ANDREW TEMKIN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

DECL. OF ANDREW TEMKIN
CV 10-03561 WHA

I, Andrew Temkin, declare and state as follows:

1. I am an attorney employed by Oracle America, Inc. ("Oracle"). My current title is Senior Corporate Counsel. One of my responsibilities is supervising Oracle's outside counsel with respect to litigation matters, including Oracle's lawsuit against Google. I am familiar with Oracle's policies and business practices, including what information Oracle considers confidential and does not disclose to the public.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. Oracle's Java licensing negotiations and internal discussions regarding those negotiations are confidential. Java licensing negotiations are commonly entered into only after non-disclosure agreements have been signed and the commercial licenses themselves typically contain confidentiality requirements. Oracle does not generally disclose information contained in the negotiations or internal discussions regarding these negotiations to the public. Disclosure to the public and to Oracle's competitors could harm Oracle (and possibly also third parties). Harm to Oracle could include, among other things, an adverse impact on Oracle's ability to negotiate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of February, 2016, at Redwood Shores, CA.

Andrew Temkin

- 1 -

DECL. OF ANDREW TEMKIN
CV 10-03561 WHA