1

ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)

2

kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)

3

ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)

4

gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105

5

Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)

6

pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)

7

lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019

8

Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)

10

dboies@bsfllp.com
333 Main Street, Armonk, NY  10504

11

Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)

12

sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612

13

Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)

15

dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)

16

deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)

17

matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)

18

ruchika.agrawal@oracle.com
500 Oracle Parkway,

19

Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

20

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

21

UNITED STATES DISTRICT COURT

22

NORTHERN DISTRICT OF CALIFORNIA

23

SAN FRANCISCO DIVISION

24

ORACLE AMERICA, INC.

               Plaintiff,

25

      v.

26

GOOGLE INC.

               Defendant.

27

28

Case No. CV 10-03561 WHA

**[PROPOSED] ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Dept.: Courtroom 8, 19th Floor
Judge: Honorable William H. Alsup

1    Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal.

2    Having considered the Administrative Motion to File Under Seal, the Declarations of Matthew L.

3    Bush and Andrew Temkin in support thereof, the pleadings on file, and any other relevant

4    materials, the Administrative Motion to File Under Seal is **GRANTED**.

5       **IT IS HEREBY ORDERED** that the designated portions of the following documents

6    should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Title of Document to Be Sealed | Entirety or Portion Thereof |
|---|---|
| Exhibit 4 to the Declaration of Gabriel M. Ramsey in Support of Oracle's Opposition to Google's Motion to Strike Portions of Oracle's Expert Reports ("Ramsey Declaration") | Portions thereof, including the redactions marked on pages 11, 12, 18, 22, 24, 25, 26, 27, 28, 29, 35, 36, 38, 39, 48, 49, 50, 51, 52, 53, 56, 57, 58, 59, 60, 61, 64, 160, 212, 216, 217, 219, 220, and 221 |
| Exhibit 13 to the Ramsey Declaration | Entirety |
| Exhibit 14 to the Ramsey Declaration | Entirety |

   **IT IS SO ORDERED.**

Dated: _____

                                          Honorable William H. Alsup
                                          United States District Judge

                          - 1 -                    [PROPOSED] ORDER
                                                   CV 10-03561 WHA