**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 51 W 52nd St., New York, New York 10019. On February 1, 2016, I served the following document(s):

>   **DECLARATION OF MATTHEW L. BUSH IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
>
>   **DECLARATION OF ANDREW TEMKIN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
>
>   **THE REDACTED VERSION OF EXHIBIT 2 TO THE DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF ORACLE'S OPPOSITION TO GOOGLE'S MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS ("RAMSEY DECLARATION")**
>
>   **THE UNREDACTED VERSION OF EXHIBIT 2 TO THE RAMSEY DECLARATION**
>
>   **THE UNDER SEAL VERSIONS OF EXHIBITS 13 AND 14 TO THE RAMSEY DECLARATION**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email addresses:

>   DALVIK-KVN@kvn.com;

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on February 1, 2016, at New York, New York.


>                                         */s/ Matthew L. Bush*
>                                              Matthew L. Bush