# EXHIBIT 6

**Registration #:** TX0008125950
**Service Request #:** 1-2708779491

Morrison & Foerster LLP
Jennifer Lee Taylor
425 Market Street
San Francisco, CA 94105 United States

OAGOOGLE3000000504



OAGOOGLE30000000505

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-125-950**

Effective Date of Registration:
November 04, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Java Standard Edition 7 |
| **Previous or Alternate Title:** | Java 7 |
| | Java Platform Standard Edition |
| | Java 2 Platform |
| | Java Development Kit 7 |
| | JDK 7 |
| | Java SE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | July 28, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Oracle America, Inc.
  **Author Created:** New and revised computer code and supporting documentation
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Christian Wimmer
  **Author Created:** Computer code
  **Work made for hire:** No
  **Domiciled in:** United States
  **Anonymous:** Yes

- **Author:** Christos Zoulas
  **Author Created:** Computer code
  **Work made for hire:** No
  **Domiciled in:** United States
  **Anonymous:** Yes

- **Author:** Clemens Eisserer

OAGOOGLE3000000506

     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** Austria
       **Anonymous:** Yes

-            **Author:** Constantino Cerbo
     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** Germany
       **Anonymous:** Yes

-            **Author:** Damjan Jovanovic
     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** South Africa
       **Anonymous:** Yes

-            **Author:** Dan Munkton
     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** United Kingdom
       **Anonymous:** Yes

-            **Author:** Davide Angelocola
     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** Italy
       **Anonymous:** Yes

-            **Author:** Edward Nevill
     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** United Kingdom
       **Anonymous:** Yes

-            **Author:** Florian Brunner
     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** Switzerland
       **Anonymous:** Yes

-            **Author:** Jon Bentley
     **Author Created:** Computer code
  **Work made for hire:** No
     **Domiciled in:** United States
       **Anonymous:** Yes

-            **Author:** Advanced Micro Devices, Inc.
     **Author Created:** Computer code
  **Work made for hire:** Yes
     **Domiciled in:** United States

-            **Author:** Keith Randall



|  |  |
|---:|:---|
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | United States |
| Anonymous: | Yes |
| • Author: | Mahmood Ali |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | United States |
| Anonymous: | Yes |
| • Author: | Mario Torre |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | Italy |
| Anonymous: | Yes |
| • Author: | Mark Mahieu |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | United Kingdom |
| Anonymous: | Yes |
| • Author: | Martin von Gagern |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | Germany |
| Anonymous: | Yes |
| • Author: | Matt Papi |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | United States |
| Anonymous: | Yes |
| • Author: | Matthias Vilose |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | Germany |
| Anonymous: | Yes |
| • Author: | Michael Bailey |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | United States |
| Anonymous: | Yes |
| • Author: | Michael Ernst |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | United States |
| Anonymous: | Yes |

OAGOOGLE3000000508

- **Author:** Peter Runge
  **Author Created:** Computer code
  **Work made for hire:** No
  **Domiciled in:** Australia
  **Anonymous:** Yes

- **Author:** International Business Machines Corporation
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Roman Kennke
  **Author Created:** Computer code
  **Work made for hire:** No
  **Domiciled in:** Germany
  **Anonymous:** Yes

- **Author:** Sebastian Sickelmann
  **Author Created:** Computer code
  **Work made for hire:** No
  **Domiciled in:** Germany
  **Anonymous:** Yes

- **Author:** Suenaga Yasumasa
  **Author Created:** Computer code
  **Work made for hire:** No
  **Domiciled in:** Japan
  **Anonymous:** Yes

- **Author:** Softwired AG
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** Switzerland

- **Author:** Red Hat, Inc.
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Google Inc.
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** SAP AG
  **Author Created:** Computer code
  **Work made for hire:** Yes
  **Domiciled in:** Germany

- **Author:** Doug Lea
  **Author Created:** Computer code
  **Work made for hire:** No
  **Domiciled in:** United States



|  |  |
|---:|:---|
| Anonymous: | Yes |
| • Author: | Chenghuan Jia |
| Author Created: | Computer code |
| Work made for hire: | No |
| Domiciled in: | United States |
| Anonymous: | Yes |

## Copyright Claimant

|  |  |
|---:|:---|
| Copyright Claimant: | Oracle America, Inc. |
|  | 500 Oracle Parkway, Redwood Shores, CA, 94065, United States |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

|  |  |
|---:|:---|
| Material excluded from this claim: | Previous version(s) of this program and licensed-in components |
| Previous registration and year: | TX 6-848-555, 2008 |
|  | TX 6-196-514, 2005 |
| New material included in claim: | New and revised computer code and supporting documentation |

## Certification

|  |  |
|---:|:---|
| Name: | Marilyn Tiki Dare |
| Date: | November 04, 2015 |
| Applicant's Tracking Number: | 15489-5000.700 |

|  |  |
|---:|:---|
| Correspondence: | Yes |

Page 5 of 5

OAGOOGLE3000000510



OAGOOGLE3000000511