# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-848-555**

**Effective date of
registration:**

May 20, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Java Standard Edition 6 |
| **Previous or Alternative Title:** | Java Platform Standard Edition |
| | Java 2 Platform |
| | Java Development Kit 6 |
| | JDK 6 |
| | Java SE |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | December 7, 2006 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Sun Microsystems, Inc. |
| **Author Created:** | New and revised computer code and supporting documentation and manuals |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| ■ **Author:** | BEA Systems, Inc. |
| **Author Created:** | Computer code and Documentation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | Yes |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 659**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

|                      |                                |
|----------------------|--------------------------------|
| **Author:**          | Johannes Kepler University Linz |
| **Author Created:**  | Computer code                  |
| **Work made for hire:** | Yes                         |
| **Domiciled in:**    | Austria                        |
| **Anonymous:**       | Yes                            |
| **Author:**          | Spire Systems, Inc.            |
| **Author Created:**  | Computer code                  |
| **Work made for hire:** | Yes                         |
| **Domiciled in:**    | United States                  |
| **Anonymous:**       | Yes                            |
| **Author:**          | Advansoft, Inc.                |
| **Author Created:**  | Computer code                  |
| **Work made for hire:** | Yes                         |
| **Domiciled in:**    | United States                  |
| **Anonymous:**       | Yes                            |
| **Author:**          | The Carl Group                 |
| **Author Created:**  | Computer code                  |
| **Work made for hire:** | Yes                         |
| **Domiciled in:**    | United States                  |
| **Anonymous:**       | Yes                            |
| **Author:**          | Doug Lea                       |
| **Author Created:**  | Computer code                  |
| **Work made for hire:** | No                          |
| **Domiciled in:**    | United States                  |
| **Anonymous:**       | Yes                            |
| **Author:**          | Josh Bloch                     |
| **Author Created:**  | Computer code                  |
| **Work made for hire:** | No                          |
| **Domiciled in:**    | United States                  |
| **Anonymous:**       | Yes                            |
| **Author:**          | International Business Machines |
| **Author Created:**  | Computer code and Documentation |
| **Work made for hire:** | Yes                         |
| **Domiciled in:**    | United States                  |
| **Anonymous:**       | Yes                            |

OAGOOGLE0500008809

Trial Exhibit 659, Page 2 of 4

## Copyright claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Sun Microsystems, Inc. |
|  | 4150 Network Circle, Santa Clara, CA, 95054, United States |
| **Transfer Statement:** | by written agreement |

## Limitation of copyright claim

| | | |
|---|---|---|
| **Material excluded from this claim:** | Prior works by claimant and licensed-in components | |
| **Previous registration and year:** | TX 6-066-538 | 2004 |
| | TX 6-196-514 | 2005 |
| **New material included in claim:** | New and revised computer code and supporting documentation and manuals | |

## Certification

|  |  |
|---|---|
| **Name:** | Yolanda M. Harris, Project Manager, Information Protection & Copyrights, Sun Microsystems, Inc. |
| **Date:** | May 20, 2008 |

**Correspondence:** Yes

OAGOOGLE0500008810

Trial Exhibit 659, Page 3 of 4

IPN#:

**Registration #:**   TX0006848555

**Service Request #:**   1-62157582

Fenwick & West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041-2008  United States

OAGOOGLE0500008811