# EXHIBIT 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL EXHIBIT 464

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6–196–514**



EFFECTIVE DATE OF REGISTRATION

| 64 | 20 | 2005 |
|----|----|------|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

## 1
**TITLE OF THIS WORK ▼**

Java 2 Standard Edition 1.4

**PREVIOUS OR ALTERNATIVE TITLES ▼**
J2SE 1.4, Java 2 Platform, Standard Edition, v 1.4, Java 2 Standard Edition Software Development Kit 1.4, SDK 1.4

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     **Title of Collective Work ▼**

| If published in a periodical or serial give | Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |
|---|---|---|---|---|

## 2
**a**

**NAME OF AUTHOR ▼**
Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**b**
**NAME OF AUTHOR ▼**
(SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 2002 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February  Day ▶ 13  Year ▶ 2002
United States ◄ Nation

## 4
See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement

APPLICATION RECEIVED
APR 2 0 2005
ONE DEPOSIT RECEIVED
APR 2 0 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.      Sign the form at line 8

DO NOT WRITE HERE

OAGOOGLE0000114637

*Amended by C O  Authority of Susanne Morales
from phone call on 07/26/2005

| EXAMINED BY | _jx_ | FORM TX |
|---|---|---|
| CHECKED BY | ✓ | |
| ☐ CORRESPONDENCE<br>  Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No  If your answer is 'Yes' why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give **Previous Registration Number** ▶

(See Form TX/CON for
Previous Registrations)

**Year of Registration** ▶

**5**

---

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**6**

**a**

**b**

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**Name** ▼                                        **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View  CA 94041

**b**

Area code and daytime telephone number ▶  (650) 335 7182        Fax number ▶  (650) 938 5200

Email ▶  igonzalez@fenwick com

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of  Sun Microsystems  Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Marilyn E  Glaubensklee, Assistant General Counsel              Date ▶  4/15/05

Handwritten signature (X) ▼

x _Marilyn E Glaubensklee_

---

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | **Name ▼**<br>Susanne S  Morales  Paralegal / Fenwick & West LLP | Complete all necessary spaces<br>Sign your application in space 8 | **9** |
|---|---|---|---|
| | **Number/Street/Apt ▼**<br>801 California Street | 1 Application form<br>2 Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3 Deposit material | |
| | **City/State/ZIP ▼**<br>Mountain View, CA 94041 | Library of Congress<br>Copyright Office  TX<br>101 Independence Avenue  S E<br>Washington  D C  20559-6222 | |

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

OAGOOGLE0000114638

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form TX /CON**
UNITED STATES COPYRIGHT OFFICE

**TX 6-196-514**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|----|----|----|----|----|----|----|----|----|----|

**EFFECTIVE DATE OF REGISTRATION**

04          20          2005
(Month)     (Day)       (Year)

CONTINUATION SHEET RECEIVED
APR 20 2005

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE SR TX and VA only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page _3_ of _4_ pages

DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work.
- TITLE (Give the title as given under the heading "Title of this Work  in Space 1 of the basic form )

  Java 2 Standard Edition 1.4

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  Sun Microsystems, Inc , 4150 Network Circle, Santa Clara, CA 95054

---

**B**
Continuation
of Space 2

**d**

**NAME OF AUTHOR ▼**
(SEE SPACE C)

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No     If the answer to either of these questions is
Pseudonymous?  ☐ Yes ☐ No     "Yes, see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No     If the answer to either of these questions is
Pseudonymous?  ☐ Yes ☐ No     "Yes, see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No     If the answer to either of these questions is
Pseudonymous?  ☐ Yes ☐ No     "Yes, see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the*

Trial Exhibit 464, Page 3 of 5

OAGOOGLE0000114639

**CONTINUATION OF** (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C**
Continuation
of other
Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudo-nymous | Nature of Contribution |
|---|---|---|---|---|---|
| CNS Publishing Inc | Yes | United States | Yes | No | Text of Documentation Illustrations |
| Mary Dageforde dba Dageforde Consulting | Yes | United States | Yes | No | Text of Documentation |
| Chet Haase | No | United States | Yes | No | Computer code |
| PrO Unlimited, Inc | Yes | United States | Yes | No | Computer code  Text of Documentation |
| Select Appointments (Holdings) PLC dba New Boston Systems Accountant s Inc AccountPros | Yes | United States | Yes | No | Computer code |
| Warewolf Technologies Inc | Yes | United States | Yes | No | Computer code |
| ZAO Elbrus MCST | Yes | Russia | Yes | No | Computer code |

☑ **Space 5**

| Previous Registration No | Year of Registration |
|---|---|
| TX 5 271 787 | 2000 |
| TX 5 316 757 | 2000 |
| TX 5-316-758 | 2000 |
| TX 5-359 984 | 2001 |
| TX 5 359 985 | 2001 |
| TX 5 359 986 | 2001 |
| TX 5 359 987 | 2001 |
| TX 5 392 885 | 2001 |

**D**

Certificate will be mailed in window envelope to this address

Name ▼
Susanne S  Morales, Paralegal / Fenwick & West LLP

Number/Street/Apt ▼
801 California Street

City/State/ZIP ▼
Mountain View, CA 94041

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit Material

Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000

OAGOOGLE0000114640



Library of Congress
United States Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return if not delivered within 5 days



34041+1330-01 C053



OAGOOGLE00000114641