# EXHIBIT 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-066-538**

EFFECTIVE DATE OF REGISTRATION

12 / 20 / 2004
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1 TITLE OF THIS WORK ▼**
Java 2 Standard Edition, Version 5.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**
J2SE 5 0, Java 2 Platform, Standard Edition, Version 5.0

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a NAME OF AUTHOR ▼**
Sun Microsystems, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised computer code and accompanying documentation and manuals

**NOTE** Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b NAME OF AUTHOR ▼**
(SEE FORM TX/CON FOR ADDITIONAL AUTHORS)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given  ◀ Year  in all cases
2004

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published
Month ▶ September   Day ▶ 30   Year ▶ 2004
United States  ◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Sun Microsystems, Inc
4150 Network Circle
Santa Clara, CA 95054

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By written agreement

APPLICATION RECEIVED
DEC 20 2004
ONE DEPOSIT RECEIVED
DEC 20 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 475**

CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

| EXAMINED BY  SM | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶    (SEE FORM TX/CON FOR PREVIOUS REGISTRATIONS)    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Prior works by claimant and licensed-in components

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised computer code and accompanying documentation and manuals

**6** a  b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                    Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Ines Gonzalez, Esq
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Area code and daytime telephone number ▶ (650) 335-7182      Fax number ▶ (650) 938-5200
Email ▶ igonzalez@fenwick com

**b**

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sun Microsystems, Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Marilyn E Glaubensklee, Assistant General Counsel                    Date ▶ 12/17/04

Handwritten signature (X) ▼
X ___Marilyn E Glaubensklee___

| Certificate will be mailed in window envelope to this address | Name ▼  Susanne S Morales, Paralegal / Fenwick & West LLP |
|---|---|
| | Number/Street/Apt ▼  801 California Street |
| | City/State/ZIP ▼  Mountain View, CA 94041 |

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559 6222

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

OAGOOGLE0000114969

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
- Space B is a continuation of Space 2 on the basic application
- Space B is not applicable to Short Forms
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA

Form **TX** /CON
UNITED STATES COPYRIGHT OFFICE

R **TX 6-066-538**

PA | PAU | SE | SEG | SEU | SR | SRU | (TX) | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

12   20   2004
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
DEC 20 2004

Page **3** of **4** pages

DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET   This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

  Java 2 Standard Edition, Version 5 0

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)

  Sun Microsystems, Inc, 4150 Network Circle, Santa Clara, CA 95054

## B — Continuation of Space 2

**d** NAME OF AUTHOR ▼
(SEE SPACE C)

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the

**CONTINUATION OF** (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6   ☑ Space 2b

**C** Continuation of other Spaces

| Name of Author | Work for Hire | Domicile | Anonymous | Pseudonymous | Nature of Contribution |
|---|---|---|---|---|---|
| Comsys | Yes | United States | Yes | Yes | Computer code and Text of documentation |
| PrOUnlimited, Inc | Yes | United States | Yes | Yes | Text of documentation |
| TelTech International Corp | Yes | United States | Yes | Yes | Computer code |
| The Carl Group | Yes | United States | Yes | Yes | Text of documentation |
| ZAO Elbrus MCST | Yes | United States | Yes | Yes | Computer code and Text of documentation |

☑ **Space 5**

| Previous Registration No | Year of Registration |
|---|---|
| TX 5-271-787 | 2000 |
| TX 5-316-757 | 2000 |
| TX 5-316-758 | 2000 |
| TX 5-359-984 | 2001 |
| TX 5-359-985 | 2001 |
| TX 5-359-986 | 2001 |
| TX 5-359-987 | 2001 |
| TX 5-392-885 | 2000 |

Certificate will be mailed in window envelope to this address

Name ▼ Susanne S Morales, Paralegal / Fenwick & West LLP
Number/Street/Apt ▼ 801 California Street
City/State/ZIP ▼ Mountain View, CA 94041

**D**

YOU MUST:
Complete all necessary spaces
Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material
MAIL TO:
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559 6000

Fees are subject to change
For current fees check the Copyright Office website at www copyright gov write to the Copyright Office  or call (202) 707 3000

OAGOOGLE0000114971

Trial Exhibit 475, Page 4 of 5

THE LIBRARY OF CONGRESS
COPYRIGHT OFFICE
101 Independence Ave., S.E.
Washington, D.C. 20559-6000

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return if not delivered in 5 days

U.S. OFFICIAL MAIL
U.S. POSTAGE
0.37

94041-1990 53

OAGOOGLE0000114972

Trial Exhibit 475, Page 5 of 5