# EXHIBIT 10

ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br><br>**PLAINTIFF'S INTERROGATORIES TO GOOGLE INC., SET FIVE** |

1  response to an interrogatory pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, YOU

2  shall provide a list identifying for each such document produced (1) the interrogatory to which

3  the document(s) is responsive and (2) the production number(s) of such documents identified for

4  each response.

5       5.     In the event that YOU withhold any requested information responsive to these

6  interrogatories on the grounds of a claim of attorney/client privilege, work product immunity, or

7  some other privilege or immunity, provide a privilege log with sufficient detail to enable the

8  claim of privilege or immunity to be adjudicated, including: (a) all persons making or receiving

9  the privileged or protected communication; (b) the steps taken to ensure the confidentiality of the

10  communication, including affirmation that no unauthorized persons have received the

11  communication; (c) the date of the communication; and (d) the subject matter of the

12  communication.

13       6.     The interrogatories are to be considered as continuing and YOU must provide, by

14  way of supplementary answers, such additional information as YOU may hereafter obtain, which

15  will supplement or otherwise modify any answers to the interrogatories.

16       7.     Please take notice that these instructions are submitted for the purposes of

17  discovery and are not to be taken as waiving any objections which may be made at trial to the

18  introduction of evidence on subjects covered by these interrogatories or as an admission at the

19  trial of the relevance or materiality of any of the matters covered by these interrogatories.

20  **INTERROGATORIES**

21  **INTERROGATORY NO. 26**

22       For each VERSION of ANDROID developed or released by GOOGLE since October 27,

23  2010, identify all ANDROID code that contains or replicates code from the 37 JAVA API

24  PACKAGES, including any DECLARING CODE or any other code contained in the JAVA

25  PLATFORM.

26  **INTERROGATORY NO. 27**

27       For any software developed or released by GOOGLE since October 27, 2010, identify all

28  code from such software that contains or replicates code from the 37 JAVA API PACKAGES,

1  including any DECLARING CODE or any other code contained in the JAVA PLATFORM.

2  **INTERROGATORY NO. 28**

3       For each VERSION of ANDROID developed or released by GOOGLE since October 27,

4  2010, identify all ANDROID  code that contains or replicates the SSO of the 37 JAVA API

5  PACKAGES.

6  **INTERROGATORY NO. 29**

7       For any software based on or derived from ANDROID since October 27, 2010, identify

8  all code from such software that contains or replicates the SSO of the 37 JAVA API PACKAGES.

9  **INTERROGATORY NO. 30**

10       Identify any evidence that supports GOOGLE'S laches or equitable estoppel defenses that

11  was not admitted in evidence during the 2012 trial in this action or submitted or referenced by

12  GOOGLE in connection with court filings discussing GOOGLE'S equitable defenses, including

13  without limitation "Google's 4/5/2011 Copyright Liability Trial Brief," "Google, Inc.'s Proposed

14  Findings of Fact and Conclusions of Law Regarding Issues of Fact and Law that Must Be

15  Decided by the Court," "Google's Opposition to Oracle's Rule 50(a) Motion at the Close of

16  Phase I Evidence," "Google's Memorandum Regarding Laches," the parties' "Supplemental Joint

17  Statement Per ECF No. 1274," and any other submissions by GOOGLE discussing laches or

18  equitable estoppel.

19  **INTERROGATORY NO. 31**

20       For each year from 2010 to present and separately for each month, detail  the actual and

21  projected unit sales, revenues, gross profits, and operating profits directly or indirectly derived

22  from or related to ANDROID, including without limitation sales of ANDROID devices;

23  application developers' registration fees; application transaction fees; Android Market, Android

24  Checkout, or Google Play application downloads or other transactions; any fees paid to and

25  payments made to Google by ANDROID partners, including members of the Open Handset

26  Alliance; sales of any other product or service sold, licensed, downloaded, or otherwise offered in

27  connection with ANDROID; in-app billing on ANDROID devices; advertising on or through

28  ANDROID devices; sales, revenues, and profits derived from any other product or service sold,

PLAINTIFF'S INTERROGATORIES TO
GOOGLE, INC., SET FIVE
CV 10-03561 WHA

1

2   Dated: August 21, 2015

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP


By:   _/s/ Lisa T. Simpson_
       LISA T. SIMPSON
      Attorneys for Plaintiff
     ORACLE AMERICA, INC.

PLAINTIFF'S INTERROGATORIES TO
GOOGLE, INC., SET FIVE
CV 10-03561 WHA

1

## **PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.  On August 21, 2015, I served the following document(s):

**PLAINTIFF'S INTERROGATORIES TO GOOGLE, INC.,**
**SET FIVE**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the e-mail address(es) set forth below:

Donald F. Zimmer, Jr.
Cheryl A. Sabnis
Joseph R. Wetzel
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105

fzimmer@kslaw.com
csabnis@kslaw.com
jwetzel@kslaw.com

Steven T. Snyder
KING & SPALDING LLP
100 N. Tyron Street, Suite 3900
Charlotte, NC  28202

ssnyder@kslaw.com

Bruce W. Baber
Christopher C. Carnaval
Mark H. Francis
Robert F. Perry
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

bbaber@kslaw.com
ccarnaval@kslaw.com
mfrancis@kslaw.com
rperry@kslaw.com

*Attorneys for Defendant*
GOOGLE INC.

Robert A. Van Nest
Christa M. Anderson
Daniel E. Purcell
Eugene M. Paige
Matthias A. Kamber
Michael S. Kwun
Edward A. Bayley
Reid P. Mullen
Steven A. Hirsch
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809

rvannest@kvn.com
canderson@kvn.com
dpurcell@kvn.com
emp@kvn.com
ebayley@kvn.com
mxk@kvn.com
mkwun@kvn.vom
rmullen@kvn.com
shirsch@kvn.com

*Attorneys for Defendant*
GOOGLE INC.

Geoffrey M. Ezgar
KING & SPALDING LLP
601 S. California Avenue
Palo Alto, CA 94304

gezgar@kslaw.com

*Attorneys for Defendant*
GOOGLE INC.

1  Truman H. Fenton                          Valerie W. Ho
   KING & SPALDING LLP                       Wendy M. Mantell
2  410 Congres Ave., Ste. 3200               GREENBERG TRAURIG LLP
   Austin, TX 78757                          2450 Colorado Avenue, Suite 400E
3                                            Santa Monica, CA  90404

4  tfenton@kslaw.com
                                             hov@gtlaw.com
5  *Attorneys for Defendant*                 mantellw@gtlaw.com
   GOOGLE INC.
6                                            *Attorneys for Defendant*
   Brian C. Banner                           GOOGLE INC.
7  SLAYDEN GRUBERT BEARD PLLC
   823 Congress Avenue, Suite 525            Renny F. Hwang
8  Austin, TX  78701                         Google Inc.
                                             1600 Amphitheatre Parkway
9  bbanner@sgb-ip.com                        Mountain View,  CA 94043
                                             rennyhwang@google.com
10 *Attorneys for Defendant*
   GOOGLE INC.                               *Attorneys for Defendant*
11                                           GOOGLE INC.
   Dana K. Powers
12 GREENBERG TRAURIG LLP
   153 Townsend Street, 8th Floor
13 San Francisco, CA  94107

14 powersdk@gtlaw.com

15 *Attorneys for Defendant*
   GOOGLE INC.
16

17 Heather Janine Meeker
   Ian Ballon
18 Luis Villa, IV
   GREENBERG TRAURIG LLP
19 1900 University Avenue, 5th Floor
   East Palo Alto, CA  94303
20
   meekerh@gtlaw.com
21 ballon@gtlaw.com
   villalu@gtlaw.com
22
   *Attorneys for Defendant*
23 GOOGLE INC.

24

25

26

27

28

1    I declare under penalty of perjury under the laws of the State of California that the above

2    is true and correct.

3    Executed on August 21, 2015, at Covina, California.

4                                                          */s/ Robert L. Uriarte*

5    _____

     Robert L. Uriarte

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28