# EXHIBIT 13

## TENTATIVELY FILED UNDER SEAL