# EXHIBIT 14

## TENTATIVELY FILED UNDER SEAL