# EXHIBIT 15

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:   (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No.  CV 10-03561 WHA<br><br>**DEFENDANT GOOGLE INC.'S EIGHTH SET OF INTERROGATORIES TO PLAINTIFF ORACLE AMERICA, INC. (NO. 38)**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

## INTERROGATORIES

**INTERROGATORY NO. 38:**

Identify all facts Relating to your contention in response to Google's Interrogatory No. 23 that "Google's use has continued over time, even after the initiation of this lawsuit and after the Federal Circuit's opinion, to selectively take and use more of Oracle's copyrighted material from the Java API Packages and from newer versions of Java."

Dated: November 16, 2015                    KEKER & VAN NEST LLP

                                   By:   /s/ *Robert A. Van Nest*
                                         ROBERT A. VAN NEST
                                         CHRISTA M. ANDERSON
                                         DANIEL PURCELL

                                         Attorneys for Defendant
                                         GOOGLE INC.

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 16, 2015, I served the following document(s):

**DEFENDANT GOOGLE INC.'S EIGHTH SET OF INTERROGATORIES TO PLAINTIFF ORACLE AMERICA, INC. (NO. 38)**

☑ by **ELECTRONIC MAIL (PDF)**: Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Karen G. Johnson-Mckewan
Annette L. Hurst
Gabriel M. Ramsey
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700 / Fax: 415.773.5759

Peter A. Bicks (*Pro Hac Vice*)
Lisa T. Simpson *pro hac vice*)
51 West 52nd Street
New York, NY 10019
Tel: 212.506.5000 / Fax: 212.506.5151

kjohnson-mckewan@orrick.com
ahurst@orrick.com
gramsey@orrick.com
pbicks@orrick.com
lsimpson@orrick.com
Oracle/Google@orrick.com

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Tel: 914.749.8201 / Fax: 914.749.8300
dboies@bsfllp.com

Steven C. Holtzman
1999 Harrison St., Ste. 900
Oakland, CA 94612
Tel: 510.874.1000 / Fax: 510.874.1460
sholtzman@bsfllp.com

1  ORACLE CORPORATION
   Dorian Daley
2  Deborah K. Miller
   Matthew M. Sarboraria
3  Ruchika Agrawal
   500 Oracle Parkway,
4  Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
5

6  dorian.daley@oracle.com
   deborah.miller@oracle.com
7  matthew.sarboraria@oracle.com
   ruchika.agrawal@oracle.com

8

9  Executed on November 16, 2015, at San Francisco, California.

10  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

11

12
                                              /s/  *Edward A. Bayley*
13                                            Edward A. Bayley

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

GOOGLE'S EIGHTH SET OF INTERROGATORIES TO ORACLE AMERICA, INC.
Case No.  CV 10-03561 WHA

1006370