# EXHIBIT 16

ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street
San Francisco, California  94105-2669
Telephone: 1-415-773-5700 / Fax:     1-415-773-5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

Attorneys for Plaintiff
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S RESPONSES AND OBJECTIONS TO GOOGLE'S EIGHTH SET OF INTERROGATORIES (NO. 38)**<br>Dept:    Courtroom 8, 19th Floor<br>Judge:   Hon. William Alsup |

1   PROPOUNDING PARTY:       Defendant GOOGLE INC.

2   RESPONDING PARTY:       Plaintiff ORACLE AMERICA, INC.

3   SET NO.:             Eight (No. 38)

4       Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and the parties'

5   stipulation, Plaintiff Oracle America, Inc. ("Oracle") hereby submits the following responses and

6   objections to Defendant Google Inc.'s ("Google") Eighth Set of Interrogatories.

7                **RESPONSES TO INTERROGATORIES**

8   **INTERROGATORY NO. 1:**

9       Identify all facts Relating to your contention in response to Google's Interrogatory No. 23

10   that "Google's use has continued over time, even after the initiation of this lawsuit and after the

11   Federal Circuit's opinion, to selectively take and use more of Oracle's copyrighted material from

12   the Java API Packages and from newer versions of Java."

13   **RESPONSE TO INTERROGATORY NO. 38:**

14       Oracle's infringement contentions are subject to ongoing discovery and expert analysis.

15   Accordingly, Oracle objects to this interrogatory as premature. Accordingly, Oracle's response

16   will be based on the information reasonably available to it at this time and Oracle will supplement

17   its response as appropriate under the Federal Rules of Civil Procedure. Subject to these

18   objections, Oracle responds as follows:

19       The jury has found infringement as to the code and structure sequence and organization of

20   the 37 Java API packages, Oracle's copyrights in Java SE 5.0 were found to be infringed by

21   Android, including version 2.2 (Froyo). Oracle owns many copyrights in the code,

22   documentation, specifications, libraries, and other materials that comprise the Java platform. As

23   new versions of the Java platform were developed and the materials revised, the copyrights were

24   registered with the United States Copyright Office, including TX0004416302; TX0004326014;

25   TX0004616088; TX0005271787; TX0005316757; TX0005316758; TX0005359984;

26   TX0005359985; TX0005359986; TX0005359987; TX0005392885; TX0006066538;

27   TX0006143306; TX0006196514; TX0006848555; TX0008124604; TX0008125959;

28   TX0008124610; TX0008125950 and TX0008125958. Google has infringed Oracle's copyrights.

Android Application Programmer Interface (API) package specifications and corresponding Android code (for all Android versions and whether or not from the Apache Harmony project and including source, bytecode, and object) that correspond to Oracle's Java API specifications are unauthorized copying or making a derivative work, and Google's unauthorized copying and distribution of them is copyright infringement.  A comparison of Android's API package specifications (available at http://developer.android.com/reference/ and related subpages) with Oracle's copyrighted Java API package specifications (for example, available at http://docs.oracle.com/javase/8/docs/api/, http://docs.oracle.com/javase/7/docs/api/, http://docs.oracle.com/javase/6/docs/api/, http://docs.oracle.com/javase/1.5.0/docs/api/, http://download.oracle.com/javase/1.4.2/docs/api/, and http://download.oracle.com/javase/1.3/docs/api/)[1] demonstrates that the following Android package specifications and corresponding code are derived from or substantially similar to Oracle's copyrighted Java API package specifications:

1.      java.awt.font

2.      java.beans

3.      java.io

4.      java.lang

5.      java.lang.annotation

6.      java.lang.ref

7.      java.lang.reflect

8.      java.net

9.      java.nio

10.     java.nio.channels

11.     java.nio.channels.spi

12.     java.nio.charset

13.     java.nio.charset.spi

---

[1] Oracle's copyright infringement claim applies to all versions of Oracle's Java API specifications and implementations from which Android derives, which include J2SE 1.2, J2SE 1.3, J2SE 1.4, and J2SE 5.0, Java SE 6, Java SE 7, and Java SE 8.

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

| | |
|---|---|
| 14. | java.security |
| 15. | java.security.acl |
| 16. | java.security.cert |
| 17. | java.security.interfaces |
| 18. | java.security.spec |
| 19. | java.sql |
| 20. | java.text |
| 21. | java.util |
| 22. | java.util.jar |
| 23. | java.util.logging |
| 24. | java.util.prefs |
| 25. | java.util.regex |
| 26. | java.util.zip |
| 27. | javax.crypto |
| 28. | javax.crypto.interfaces |
| 29. | javax.crypto.spec |
| 30. | javax.net |
| 31. | javax.net.ssl |
| 32. | javax.security.auth |
| 33. | javax.security.auth.callback |
| 34. | javax.security.auth.login |
| 35. | javax.security.auth.x500 |
| 36. | javax.security.cert |
| 37. | javax.sql |

Some Android package API specifications and corresponding code are substantially similar to selected portions of some of the Oracle Java API package specifications (*e.g.*, java.awt.font, java.beans) while other Android package API specifications and corresponding code are substantially similar to complete portions of other Oracle Java API package

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

1  specifications (*e.g.*, java.io, java.lang, java.net, java.nio, java.security, java.sql, java.text).

2  Exhibits A–E to Oracle's response to Google's Interrogatory No. 2 (served January 16, 2011) are

3  illustrative examples.[2]

4      Google's copying is evident not only by inspecting the API specifications reflecting

5  Oracle's code, but in the source code files from which the API specification documentation was

6  derived.  Google copied thousands of lines of declaring code for numerous classes, interfaces,

7  methods, and fields that appear in the .java files that comprise the 37 Java packages in the

8  Android API specification and corresponding code.  In addition, Google copied the structure,

9  sequence, and organization of the 37 Java packages in the Android API specification and

10  corresponding code.

11      Google continues to copy newer Java code from newer versions of Java, such as Java SE

12  7, into newer versions of Android.  The additional copied code from newer versions of Java, such

13  as Java SE 7, has been taken by Google from numerous Java API packages, including

14  java.awt.font, java.io, java.lang, java.lang.ref, java.lang.reflect, java.net, java.nio,

15  java.nio.channels, java.nio.charset, java.security, java.sql, java.text, java.util, java.util.logging,

16  java.util.zip, javax.crypto, javax.crypto.spec, javax.net.ssl, javax.security.auth,

17  javax.security.auth.x500, and javax.sql.  Google details the changes it makes to the Java API

18  packages that it copied in an "Android API Differences Report," which "shows additions,

19  modifications, and removals for packages, classes, methods, and fields" in Android.  *See, e.g.*,

20  https://developer.android.com/sdk/api_diff/9/changes.html,

21  https://developer.android.com/sdk/api_diff/11/changes.html,

22  https://developer.android.com/sdk/api_diff/14/changes.html,

23  https://developer.android.com/sdk/api_diff/19/changes.html, and

24  https://developer.android.com/sdk/api_diff/21/changes.html.

25      Google also infringed Oracle's copyrights by copying code from the 37 Java API

26  packages for classes, methods, and fields that are not a part of the public Java API specification.

27

28  [2] The illustrative examples are taken from http://docs.oracle.com/javase/1.5.0/docs/api/ and http://developer.android.com/reference/packages.html.

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

- 4 -

1  *See, e.g.*, the declaration for private class CheckedMap<K, V> in Collections.java and the

2  declaration for the private method read in StringTokenizer.java.  This constitutes copying of

3  Oracle's implementing code from the 37 Java API Packages.

4          The Android source and class byte code (whether or not from the Apache Harmony

5  project) that purports to implement Oracle's Java API specifications is an unauthorized derivative

6  work, and Google's unauthorized copying and distribution of it is copyright infringement.  *See,*

7  *e.g.*, TX 738 ("What is Android?"  (formerly available at

8  http://developer.android.com/guide/basics/what-is-android.html ("Android includes a set of core

9  libraries that provides most of the functionality available in the core libraries of the Java

10  programming language."))); Package Index (available at

11  http://developer.android.com/reference/packages.html), including those API packages listed

12  above, and subsidiary webpages; and source code and documentation files available in:[3]

13  For Android 2.2 ("Froyo"):

14          • dalvik\libcore\security\src\main\java\java\security;

15          • dalvik\libcore\security\src\main\java\javax\security\cert;

16          • dalvik\libcore\security\src\main\java\org\apache\harmony\security;

17          • dalvik\libcore\luni\src\main\java\java;

18          • dalvik\libcore\luni\src\main\java\org\apache\harmony\luni;

19          • dalvik\libcore\luni-kernel\src\main\java\java\lang;

20          • dalvik\libcore\luni-kernel\src\main\java\org\apache\harmony\kernel;

21          • dalvik\libcore\luni-kernel\src\main\java\org\apache\harmony\lang;

22          • dalvik\libcore\nio\src\main\java\java.

23  For Android 2.3 ("Gingerbread"):

24          • libcore\luni\src\main\java\java\security;

25          • libcore\luni\src\main\java\javax\security\cert;

26          • libcore\luni\src\main\java\org\apache\harmony\security;

27

28  _____

[3] Google continues to modify the source code available through https://source.android.com/.

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

1   • libcore\luni\src\main\java\java;

2   • libcore\luni\src\main\java\org\apache\harmony\luni;

3   • libcore\luni\src\main\java\java\lang;

4   • libcore\luni\src\main\java\org\apache\harmony\kernel;

5   • libcore\luni\src\main\java\org\apache\harmony\lang;

6   • libcore\luni\src\main\java\java\nio.

7   For Android 4.0.3 ("Ice Cream Sandwich"):

8   • \libcore\luni\src\main\java\java\ and subdirectories; and

9   • \libcore\luni\src\main\java\javax\ and subdirectories.

10  For Android 4.0.4 ("Ice Cream Sandwich"):

11  • \libcore\luni\src\main\java\java\ and subdirectories; and

12  • \libcore\luni\src\main\java\javax\ and subdirectories.

13  For Android 4.1.1 ("Jelly Bean"):

14  • \libcore\luni\src\main\java\java\ and subdirectories; and

15  • \libcore\luni\src\main\java\javax\ and subdirectories.

16  For Android 4.1.2 ("Jelly Bean"):

17  • \libcore\luni\src\main\java\java\ and subdirectories; and

18  • \libcore\luni\src\main\java\javax\ and subdirectories.

19  For Android 4.2 ("Jelly Bean"):

20  • \libcore\luni\src\main\java\java\ and subdirectories; and

21  • \libcore\luni\src\main\java\javax\ and subdirectories.

22  For Android 4.2.2 ("Jelly Bean"):

23  • \libcore\luni\src\main\java\java\ and subdirectories; and

24  • \libcore\luni\src\main\java\javax\ and subdirectories.

25  For Android 4.3 ("Jelly Bean"):

26  • \libcore\luni\src\main\java\java\ and subdirectories; and

27  • \libcore\luni\src\main\java\javax\ and subdirectories.

28  For Android 4.4 ("KitKat"):

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

1    • \libcore\luni\src\main\java\java\ and subdirectories; and

2    • \libcore\luni\src\main\java\javax\ and subdirectories.

3    For Android 4.4.2 ("KitKat"):

4    • \libcore\luni\src\main\java\java\ and subdirectories; and

5    • \libcore\luni\src\main\java\javax\ and subdirectories.

6    For Android 4.4.3 ("KitKat"):

7    • \libcore\luni\src\main\java\java\ and subdirectories; and

8    • \libcore\luni\src\main\java\javax\ and subdirectories.

9    For Android 4.4.4 ("KitKat"):

10   • \libcore\luni\src\main\java\java\ and subdirectories; and

11   • \libcore\luni\src\main\java\javax\ and subdirectories.

12   For Android 5.0.0 ("Lollipop"):

13   • \libcore\luni\src\main\java\java\ and subdirectories; and

14   • \libcore\luni\src\main\java\javax\ and subdirectories.

15   For Android 5.1.0 ("Lollipop"):

16   • \libcore\luni\src\main\java\java\ and subdirectories; and

17   • \libcore\luni\src\main\java\javax\ and subdirectories.

18   For Android 5.1.1 ("Lollipop"):

19   • \libcore\luni\src\main\java\java\ and subdirectories; and

20   • \libcore\luni\src\main\java\javax\ and subdirectories.

21   For Android 6.0.0 ("Marshmallow"):

22   • \libcore\luni\src\main\java\java\ and subdirectories; and

23   • \libcore\luni\src\main\java\javax\ and subdirectories.

24        Google has created and distributed infringing works written in native code, in addition to

25   Java code, that derive from Oracle's copyrighted works.  For example, Google makes and

26   distributes dalvik\vm\native\java_lang_Class.c, which is based on Oracle's java.lang.Class

27   specification.  Other examples include:

28        • dalvik\vm\native\java_lang_Object.c

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

1    • dalvik\vm\native\java_lang_reflect_AccessibleObject.c;

2    • dalvik\vm\native\java_lang_reflect_Array.c;

3    • dalvik\vm\native\java_lang_reflect_Constructor.c;

4    • dalvik\vm\native\java_lang_reflect_Field.c;

5    • dalvik\vm\native\java_lang_reflect_Method.c;

6    • dalvik\vm\native\java_lang_reflect_Proxy.c;

7    • dalvik\vm\native\java_lang_Runtime.c;

8    • dalvik\vm\native\java_lang_String.c;

9    • dalvik\vm\native\java_lang_System.c;

10   • dalvik\vm\native\java_lang_Throwable.c;

11   • dalvik\vm\native\java_lang_VMClassLoader.c;

12   • dalvik\vm\native\java_lang_VMThread.c; and

13   • dalvik\vm\native\java_security_AccessController.c.

14   *See also, e.g.*, source code files in libcore\luni\src\main\native; libcore\luni-

15   kernel\src\main\native.

16   Google's Android videos directly reference inclusion of Java libraries in Android, *e.g.*:

17   • Google Presentation, entitled "Android: Securing a Mobile Platform from the

18   Ground Up," presented by Rich Cannings (Google's Android Team) at the Usenix 18th Security

19   Symposium (Aug. 12, 2010), available at https://www.usenix.org/legacy/events/sec09/tech/.

20   • Google I/O 2010 Video, entitled "A JIT Compiler for Android's Dalvik VM,"

21   presented by Ben Cheng and Bill Buzbee (Google's Android Team), available at

22   https://www.youtube.com/watch?v=Ls0tM-c4Vfo.

23   • Google I/O 2008 Video, entitled "Dalvik Virtual Machine Internals," presented by

24   Dan Bornstein (Google Android Project), available at

25   https://www.youtube.com/watch?v=ptjedOZEXPM.

26   Moreover, Google claims that Android incorporates a subset of Apache Harmony, which

27   it asserts is "an implementation of Sun's Java." (*See, e.g.*, Google's Amended Counterclaims

28   ¶¶ 6-7, 13.)

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

Google has distributed by way of Android and Android-related websites source, bytecode, and object code derived from or substantially similar to Oracle's source code or to decompiled Oracle object code, including:

- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclEntryImpl.java
- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclImpl.java
- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/GroupImpl.java
- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/OwnerImpl.java
- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/PermissionImpl.java
- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/PrincipalImpl.java
- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/cert/PolicyNodeImpl.java
- /dalvik/libcore/support/src/test/java/org/apache/harmony/security/tests/support/acl/AclEnumerator.java (which was obtained by decompiling Oracle's /sun/security/acl/AclEnumerator.class)
- /dalvik/libcore/luni/src/main/java/java/util/TimSort.java contains a method, rangeCheck, copied from Oracle's java/util/Arrays.java
- /dalvik/libcore/luni/src/main/java/java/util/ComparableTimSort.java contains a method, rangeCheck, copied from Oracle's java/util/Arrays.java
- /dalvik/libcore/security/src/test/java/org/apache/harmony/security/tests/java/security/CodeSourceTest.java contains comments copied from Oracle's /java/security/CodeSource.java

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH SET OF INTERROGATORIES
CV 10-03561 WHA

- /dalvik/libcore/security/src/test/java/tests/security/cert/CollectionCertStoreParameters Test.java contains comments copied from Oracle's /java/security/cert/CollectionCertStoreParameters.java
- \libcore\luni\src\main\java\java\ and subdirectories; and
- \libcore\luni\src\main\java\javax\ and subdirectories.

Pursuant to Fed. R. Civ. P. 33(d), Oracle directs Google to Google's production of code for Android, App Runtime for Chrome ("ARC"), and Brillo.  Additional supporting evidence of Google's copyright infringement can be found at, *e.g.*, GOOGLE-00296156-75; GOOGLE-00296453-60; GOOGLE-00296959-61; GOOGLE-00296500-03; GOOGLE-00296507; GOOGLE-00297265; GOOGLE-00297033-38, GOOGLE-00297252-57, GOOGLE-00297361-65 and similar questionnaires signed by other developers; GOOGLE-00296203-07; GOOGLE-00296498-99; GOOGLE-00296523-24; GOOGLE-00296525-26; GOOGLE-00297075-76; GOOGLE-00392221-24; GOOGLE-00392197; GOOGLE-00392204-12; GOOGLE-00392198-203; GOOGLE-00392213-16; GOOGLE-00392183-94; GOOGLE-00392181-82; GOOGLE-00392178-80; GOOGLE-02-00081462; GOOGLE-03-00075095; GOOGLE-01-00029843-45; GOOGLE-01-00026813; GOOGLE-02-00018744; GOOGLE-01-00025454; GOOGLE-01-00023889.

Discovery is ongoing, and Oracle has not yet completed its investigation of the documents and facts relevant to the claims and defenses asserted in this action.  Accordingly, Oracle's responses are based on the information reasonably available at this time and Oracle will supplement this response as appropriate under the Federal Rules of Civil Procedure.  The information provided in this supplemental response is subject to theories and additional factual support to be set forth in any expert reports.  In light of the date specified by the Court for disclosure of affirmative expert reports on infringement, Oracle notes that because significant evidence relating to Oracle's infringement claims—including, for example, code—is in Google's possession, timely production of information and documents relating to damages by Google will be necessary in order for Oracle's experts to be able to provide detailed analysis of infringement in their initial reports.

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

1

2

3

4    Dated:  December 16, 2015                    KAREN G. JOHNSON-MCKEWAN
                                                  ANNETTE L. HURST
5                                                 GABRIEL M. RAMSEY
                                                  PETER A. BICKS
6                                                 LISA T. SIMPSON
                                                  Orrick, Herrington & Sutcliffe LLP
7

8
                                                  By:  ___/s/ Gabriel M. Ramsey_____
9                                                           Gabriel M. Ramsey
                                                          Attorneys for Plaintiff
10                                                        ORACLE AMERICA, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE'S RESPONSE TO GOOGLE'S EIGHTH
SET OF INTERROGATORIES
CV 10-03561 WHA

1

## PROOF OF SERVICE

2

3          I am over the age of eighteen years and not a party to the within-entitled action.  My

4     business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA

5     94025.  On December 16, 2015, I served the following document(s):

6          **ORACLE'S RESPONSES AND OBJECTIONS TO**
           **GOOGLE'S EIGHTH SET OF INTERROGATORIES (NO.**
7          **38)**

8     on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by

9     electronically mailing a true and correct copy, pursuant to Google's counsel's email dated August

10    24, 2015, to the following listserv:

11         DALVIK-KVN@kvn.com

12         I declare under penalty of perjury under the laws of the State of California and the United

13    States that the above is true and correct.

14         Executed on December 16, 2015 at Redwood City, California

15

16                                             */s/     Robert L. Uriarte*
                                                    **Robert L. Uriarte**
17

18

19

20

21

22

23

24

25

26

27

28