**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **NOTICE RE TUTORIAL** |
| Defendant. | |

The Court hereby **SETS** a tutorial for **8:00 A.M. ON WEDNESDAY, FEBRUARY 24**. Each side will please give a **TWENTY MINUTE** opening statement designed to summarize the opening statements expected to be given at trial. The opening statements are to be followed by a tutorial on the technology. Time permitting, each side should also plan to summarize one motion *in limine* that it intends to bring against the other. The motion *in limine* will be verbalized and discussed, but not decided. The purpose of all of the foregoing is to reorient the judge in the facts and circumstances in the case. The hearing shall last between **NINETY** and **ONE HUNDRED TWENTY MINUTES**.

Dated:   February 2, 2016.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE