IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **FURTHER NOTICE RE TUTORIAL** |
| Defendant. | |

For the hearing on February 24, each side may use up to five slides. Otherwise, no briefs, booklets, declarations, or anything else should be provided to the Court.

Dated: February 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE