IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **CLARIFICATION** |
| Defendant. | |

The limit of five slides covers the entire hearing scheduled for February 24, not just the tutorial part of the hearing.

Dated:   February 3, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE