# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 2/2/16 | **Time:** 2 hours | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Lydia Zinn | |

**Attorney for Plaintiff:** Annette Hurst, Nathan Shaffer; Ruchika Agrawal
Deborah Miller (in-house)

**Attorney for Defendant:** Christa Martine Anderson; Eugene Paige; Matthias Kamber

# PROCEEDINGS

Motion to Strike - Taken Under Submission

**PRETRIAL SCHEDULE:**

**Notes:**