KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

I, EDWARD A. BAYLEY, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. In accordance with Local Rule 79-5(d)(1)(A), I submit this declaration in support of Oracle's Administrative Motion to File Under Seal. Dkt. 1464. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. The redacted portions of page 12, ¶ 34, page 18, ¶¶ 56, 59, 60, and Appendix O of Exhibit 4 to the Declaration of Gabriel M. Ramsey in Support of Oracle's Opposition to Google's Motion to Strike Portions of Oracle's Expert Reports ("Ramsey Declaration") summarize, quote from, or otherwise reproduce portions of non-public Google source code. Those summaries, quotations, and reproductions of non-public Google source code contain highly confidential and sensitive information regarding the structure, function, and operations of Google products, and services. Google's non-public source code is a trade secret, and Google has consistently sought to maintain this non-public information as confidential and secret. Disclosure of the redacted information would create a serious risk of substantial harm to Google, as disclosure of trade secret information regarding Google source code would seriously undermine Google's competitive position in the marketplace and undermine the security of Google's products and services.

3. Appendix O of Exhibit 4 to the Ramsey Declaration contains non-public information purportedly reflecting the interpretation and enforcement of a confidential agreement between Google and non-party Samsung Electronics Co. Google considers this information to be highly-confidential and has always treated as such. Google does not disclose this information to the public. Public disclosure of this information could severely impact Google's ability to negotiate, among other things, similar agreements with other third parties now or in the future.

4. Both Figure 8 at page 36 as well as the redacted portions of page 36, ¶112 and page 38, ¶ 118, purports to summarize, quote from, or otherwise reproduce non-public information disclosed by Google in this action regarding the number of Android device

activations over time.  Google considers this information to be highly-confidential and has always treated as such.  Google does not disclose this information to the public.  Disclosure of the redacted information would create a serious risk of substantial harm to Google could seriously undermine Google's competitive position in the marketplace and could severely impact Google's ability to, among other things, negotiate agreements with other third parties now or in the future.

5. The above portions of the Exhibit 4 of the Ramsey Declaration should therefore be filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of February, 2016 at San Francisco, California.

By:     */s/ Edward A. Bayley*
       EDWARD A. BAYLEY