IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,            No. C 10-03561 WHA

    Plaintiff,

  v.

GOOGLE INC.,            **ORDER RE SEALING MOTIONS**

    Defendant.

/

    Google seeks leave to file under seal portions of a declaration (and exhibits there to) filed in support of its motion to strike that Oracle designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY" (Dkt. No. 1455).  Oracle has not filed a declaration supporting its designations as required by Civil L.R. 79-5(e)(1).  Oracle has until **FEBRUARY 10 AT NOON** to file a supporting declaration.

    Oracle seeks leave to file under seal portions of a declaration (and exhibits thereto) filed in support of its response to Google's motion to strike that Google designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY" (Dkt. No. 1464).  Google filed a declaration averring that the items that Oracle seeks to seal include confidential and trade secret information such as source code, agreements with suppliers, and internal market data.  Oracle's sealing motion is hereby **GRANTED.**

    **IT IS SO ORDERED.**

Dated:  February 8, 2016.                               _____
                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE