| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570)<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY (SBN 209218)<br>gramsey@orrick.com<br>405 Howard St., San Francisco, CA 94105<br>Tel: 1.415.773.5700 / Fax: 1.415. 773.5759<br>PETER A. BICKS (admitted *pro hac vice*)<br>pbicks@orrick.com<br>LISA T. SIMPSON (admitted *pro hac vice*)<br>lsimpson@orrick.com<br>51 West 52nd St., New York, NY 10019<br>Tel: 1.212.506.5000 / Fax: 1.212.506.5151<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (admitted *pro hac vice*)<br>dboies@bsfllp.com<br>333 Main St., Armonk, NY 10504<br>Tel: 1.914.749.8200 / Fax: 1.914.749.8300<br>STEVEN C. HOLTZMAN (SBN 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Ste. 900, Oakland, CA 94612<br>Tel: 1.510.874.1000 / Fax: 1.510.874.1460<br><br>ORACLE CORPORATION<br>DORIAN DALEY (SBN 129049)<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER (SBN 95527)<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (SBN 211600)<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL (SBN 246058)<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway, Redwood City, CA 94065<br>Tel: 650.506.5200 / Fax: 650.506.7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON (SBN 184325)<br>canderson@kvn.com<br>DANIEL PURCELL (SBN 191424)<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel: 1.415. 391.5400 / Fax: 1.415. 397.7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (admitted *pro hac vice*)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas, New York, NY 10036<br>Tel: 1.212. 556.2100 / Fax: 1.212. 556.2222<br><br>*Attorneys For Defendant*<br>GOOGLE, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No.  CV 10-03561 WHA<br><br>**STIPULATION FOR ADMISSION OF CERTAIN DOCUMENTS**<br><br>**Dept.**:    Courtroom 8, 19th Floor<br>**Judge**:   Hon. William H. Alsup |

**STIPULATION**

WHEREAS, Google has agreed to the admission of certain documents and not to call former Google employee Mr. Henrique de Castro as a witness at trial in exchange for Oracle not deposing Mr. de Castro and not calling Mr. de Castro as a witness at trial;

NOW, THEREFORE, the Parties AGREE AND STIPULATE that:

(i)   If Oracle offers any of the following documents, identified here by beginning Bates number, into evidence at trial, Google agrees not to object on any ground to the document's or documents' admission:

   i. GOOGLE-23-00000049
   ii. GOOGLE-32-00022164
   iii. GOOG-00585384
   iv. GOOGLE-62-00006813
   v. GOOG-00585682 and attachment GOOG-00585684
   vi. GOOG-00308992
   vii. GOOG-00599571 and attachment GOOG-00599572.R[1]
   viii. GOOG-00599603
   ix. GOOG-00601939 and attachment GOOG-00601945

(ii)  Both Oracle and Google agree not to depose Mr. de Castro and not to call him as a witness at the trial currently scheduled for May 9, 2016.

(iii) Oracle and Google agree that any disagreement about Google's redactions or Google's withholding of documents for privilege is independent of and not addressed by this stipulation and, to the extent any right exists, it is not waived by virtue of this stipulation.

(iv)  Google believes that it has produced or logged as privileged all responsive documents from Mr. de Castro's custodial files.  Although it is not anticipated, should any other additional relevant de Castro documents be identified and produced, the parties will discuss whether to add any of those additional

---

[1] This Bates number refers to the fully un-redacted version of this document.

documents to this stipulation, and any other relief that may be warranted, at that time.

Dated:  February 5, 2016               BOIES, SCHILLER & FLEXNER LLP

By:   */s/ Steven Holtzman*
      STEVEN HOLTZMAN
      Attorneys for Plaintiff
      ORACLE AMERICA, INC.

Dated:  February 5, 2016               Keker & Van Nest LLP

By:   */s/ Matthias Kamber*
      MATTHIAS KAMBER
      Attorneys For Defendant
      GOOGLE, INC.

**ATTESTATION OF CONCURRENCE**

I, Steven Holtzman, the ECF User whose ID and password are being used to file this Joint Stipulation For Admission of Certain Documents, hereby attest that Matthias Kamber has concurred in this filing.

Dated:  February 5, 2015

By:  _/s/ Steven Holtzman_
STEVEN HOLTZMAN