WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA  92101-8103
Phone (619) 231-4844
Fax (619) 231-6710

EIMER STAHL LLP
Nathan P. Eimer (*pro hac vice* pending)
neimer@eimerstahl.com
Pamela R. Hanebutt (*pro hac vice* pending)
phanebutt@eimerstahl.com
Susan M. Razzano (*pro hac vice* pending)
srazzano@eimerstahl.com
Ameri R. Klafeta (SBN 225859)
aklafeta@eimerstahl.com
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Counsel for Non-Party LG Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **NOTICE OF APPEARANCE BY JOHN H. L'ESTRANGE, JR., NATHAN P. EIMER, PAMELA R. HANEBUTT, SUSAN M. RAZZANO, AND AMERI R. KLAFETA FOR NON-PARTY LG ELECTRONICS, INC.** <br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William Alsup |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE of the appearances of (1) John H. L'Estrange
3   (jlestrange@wlelaw.com), of the law firm Wright, L'Estrange & Ergastolo, 402 West Broadway,
4   Suite 1800, San Diego, CA 92101; (2) Nathan P. Eimer (neimer@eimerstahl.com); (3) Pamela R.
5   Hanebutt (phanebutt@eimerstahl.com); (4) Susan M. Razzano (srazzano@eimerstahl.com); and (5)
6   Ameri R. Klafeta (aklafeta@eimerstahl.com), all of the law firm of Eimer Stahl LLP, 224 South
7   Michigan Avenue, Suite 1100, Chicago, IL 60604, as counsel of record in this action for Non-Party
8   LG Electronics, Inc.

10  Dated:  February 8, 2016                    Respectfully Submitted,

11                                              By:  /s/Ameri R. Klafeta
                                                    Ameri R. Klafeta
12                                                  aklafeta@eimerstahl.com

13                                                  One of the Attorneys for
                                                    Non-Party LG Electronics, Inc.

**NOTICE OF APPEARANCE BY JOHN H. L'ESTRANGE, JR., NATHAN P. EIMER, PAMELA R. HANEBUTT, SUSAN M. RAZZANO, AND AMERI R. KLAFETA FOR NON-PARTY LG ELECTRONICS, INC.** – Case No. 3:10-cv-03561 WHA                                                                                                2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　/s/Ameri R. Klafeta
　　　　　　　　　　　　　　　　　　　　Ameri R. Klafeta
　　　　　　　　　　　　　　　　　　　　aklafeta@eimerstahl.com

　　　　　　　　　　　　　　　　　　　　One of the Attorneys for
　　　　　　　　　　　　　　　　　　　　Non-Party LG Electronics, Inc.