WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
402 W. Broadway, Suite 1800
San Diego, CA 92101-8103
Phone: (619) 231-4844
Fax: (619) 231-6710

EIMER STAHL LLP
Nathan P. Eimer (*pro hac vic*e pending)
neimer@eimerstahl.com
Pamela R. Hanebutt (*pro hac vic*e pending)
phanebutt@eimerstahl.com
Susan M. Razzano (*pro hac vic*e pending)
srazzano@eimerstahl.com
Ameri R. Klafeta (SBN 225859)
aklafeta@eimerstahl.com
224 S. Michigan Avenue
Suite 1100
Chicago, IL  60604
Phone:  (312) 660-7600
Fax:  (312) 692-1718

*Counsel for Non-Party LG Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **DECLARATION OF AMERI R. KLAFETA IN SUPPORT OF NON-PARTY LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR PROTECTIVE ORDER** <br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William Alsup |

I, AMERI R. KLAFETA, declare as follows:

1. I am of counsel at EIMER STAHL LLP and counsel to Non-Party LG Electronics, Inc. ("LG"). I am duly licensed to practice law in the State of California. I submit this declaration in support of LG's Motion to Change Time to File Motion for Protective Order. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. On January 7, 2016, Non-Party LG received notice from Defendant Google Inc. ("Google") that Google intended to produce in connection with this litigation certain LG documents in its possession relating to the Android open source software stack. At the time, Google did not identify the LG documents it intended to produce. On January 26, 2016, Google finally provided copies of all LG documents it intends to produce. Four of the documents Google intends to produce are not responsive to the request for production, irrelevant, not proportional to the needs of the case, and highly confidential. LG intends to seek a protective order preventing the production of these documents.

3. As a non-party to the litigation and a foreign corporation, it has taken LG a significant amount of time to review the filings, documents and correspondence necessary to gain an understanding of this long-running, complex litigation. LG needs additional time to meet and confer with the parties in this litigation regarding production of the requested documents. In addition, LG's Korea offices are closed for the Lunar New Year, and the individuals LG needs to consult in order to file the Motion for Protective Order are on holiday and thus unavailable.

4. On the morning of February 8, 2016, counsel for LG contacted counsel for Plaintiff and Defendant to determine whether they have any objection to the requested extension, but has not yet received their decision.

5. If the Court does not grant the Motion for Extension, LG will suffer substantial harm. The four documents contain highly sensitive commercial information, and LG will be seriously harmed with respect to its competitors and customers if the documents are produced.

6. LG has not sought any prior time modifications in this litigation.

**DECLARATION OF AMERI R. KLAFETA IN SUPPORT OF NON-PARTY LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR PROTECTIVE ORDER** CASE NO.: 3:10-cv-03561 WHA                                                                                                                                                          2

7. As a non-party to the litigation, it is unknown to LG how the time modification will affect the schedule for the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of February 2016, at Chicago, Illinois.

By:   /s/ Ameri R. Klafeta
Ameri R. Klafeta
One of the Attorneys for Non-Party LG Electronics, Inc.

**DECLARATION OF AMERI R. KLAFETA IN SUPPORT OF NON-PARTY LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR PROTECTIVE ORDER** CASE NO.: 3:10-cv-03561 WHA     3