WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
402 W. Broadway, Suite 1800
San Diego, CA 92101-8103
Phone: (619) 231-4844
Fax: (619) 231-6710

EIMER STAHL LLP
Nathan P. Eimer (*pro hac vic*e pending)
neimer@eimerstahl.com
Pamela R. Hanebutt (*pro hac vic*e pending)
phanebutt@eimerstahl.com
Susan M. Razzano (*pro hac vic*e pending)
srazzano@eimerstahl.com
Ameri R. Klafeta (SBN 225859)
aklafeta@eimerstahl.com
224 S. Michigan Avenue
Suite 1100
Chicago, IL  60604
Phone:  (312) 660-7600
Fax:  (312) 692-1718

*Counsel for Non-Party LG Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| GOOGLE INC., | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William Alsup |

**[PROPOSED] ORDER GRANTING NON-PARTY LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR PROTECTIVE ORDER**  CASE NO.: 3:10-cv-03561 WHA                                                                                                                                                1

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      This matter, having come before this Court, and good cause having been shown:

3  **IT IS HEREBY ORDERED:**

4      Non-Party LG Electronics, Inc. may file its Motion for Protective Order objecting to

5  Defendant Google Inc.'s production of LG Electronics, Inc.'s confidential information by

6  February 23, 2016.  Google shall withhold production of the four documents at issue until

7  resolution of the Motion for Protective Order.

8

9

10  Dated: _____          _____
                                                         Honorable William Alsup

11                                                           Judge of the United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING NON-PARTY LG ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE MOTION FOR PROTECTIVE ORDER**   CASE NO.: 3:10-cv-03561-WHA     2