Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.

          v.

GOOGLE INC.

Case No: 3:10-cv-03561 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Pamela R. Hanebutt, an active member in good standing of the bar of U.S. District Court, N.D. Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LG Electronics, Inc. in the above-entitled action. My local co-counsel in this case is John H. L'Estrange, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604 | 402 West Broadway, Suite 1800<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 660-7600 | (619) 231-4844 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| phanebutt@eimerstahl.com | jlestrange@wlelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6188004.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/08/16

Pamela R. Hanebutt
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Pamela R. Hanebutt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                            October 2012

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Pamela Reasor Hanebutt

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Pamela Reasor Hanebutt was duly admitted to practice in said Court on (12/19/1984) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/08/2016 )

Thomas G. Bruton , Clerk,

By: David A. Jozwiak
Deputy Clerk