IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant. | No. C 10-03561 WHA<br><br>**REQUEST FOR RESPONSE** |

Non-party LG Electronics, Inc., seeks to extend the deadline to file a motion for a protective order objecting to Google's intended production of four documents to Oracle (Dkt. No. 1484). LG states that it received notice of Google's intent to produce certain documents that LG considered highly confidential on January 7, 2016. Google identified the specific documents at issue on January 26. LG retained counsel to address this matter on February 5. Pursuant to the protective order in this action, LG's motion for a protective order is due on February 9. LG seeks to extend that deadline to February 23 because its counsel needs additional time to get caught up on the complexity in this matter.

By **NOON ON FEBRUARY 10,** both sides should please state whether the production of LG's documents was part of fact discovery (which closed December 4) or expert discovery (which closed January 21). In either case, Google should please explain why it only informed LG of which documents it intended to produce after both discovery periods had closed. Both sides shall also state whether they oppose LG's request for an extension. Finally, LG should

please state why it did not retain counsel immediately after receiving notice that Google would be producing documents LG considered highly confidential.

LG's motion shall not be due until, at the earliest, the date on which the Court rules on its motion for an extension. LG's motion for a protective order should be directed at Judge Ryu.

Dated: February 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE