Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC. | ) Case No: 3:10-cv-03561 WHA |
| v. | ) **APPLICATION FOR** |
| GOOGLE INC. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| | ) (CIVIL LOCAL RULE 11-3) |

I, Susan M. Razzano, an active member in good standing of the bar of U.S. District Court, N.D. Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: LG Electronics, Inc. in the above-entitled action. My local co-counsel in this case is John H. L'Estrange, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 224 South Michigan Avenue, Suite 1100 Chicago, IL 60604 | 402 West Broadway, Suite 1800 San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 660-7600 | (619) 231-4844 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| srazzano@eimerstahl.com | jlestrange@wlelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6290533.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/08/16                                                                 Susan M. Razzano
                                                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Susan M. Razzano is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 9, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE