ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br>　v.<br>GOOGLE INC.<br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S STATEMENT REGARDING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL (ECF NOS. 1455 &1481)**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Oracle America, Inc. ("Oracle") files this statement in response to Google Inc.'s
2  Administrative Motion to Seal Excerpts of Oracle Expert Reports Cited in Google Inc.'s Motion
3  to Strike Portions of Oracle's Expert Reports (ECF No. 1455) and the Court's February 8, 2016
4  Order re Sealing Motions (ECF No. 1481).

5  Exhibits 4 and 5 attached to the Declaration of Matthias Kamber in Support of Google
6  Inc.'s Motion to Strike Portions of Oracle's Expert Reports (ECF No. 1454-1) ("Kamber Decl.")
7  are excerpted portions from the Expert Report of Professor Douglas C. Schmidt, Ph.D. (dated
8  January 8, 2016) and the Expert Report of Chris F. Kemerer, Ph.D. (dated January 8, 2016),
9  respectively. These reports were designated by Oracle as "HIGHLY CONFIDENTIAL –
10  ATTORNEY'S EYES ONLY" pursuant to the Protective Order in this case.

11  Oracle states that it does not seek to seal those excerpted portions of the reports attached
12  as Exhibits 4 and 5 to the Kamber Decl. Oracle, however, reserves its rights with regard to
13  confidentiality designations for the underlying materials referenced therein.

Dated: February 10, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
VICKIE L. FEEMAN
Orrick, Herrington & Sutcliffe LLP


By:  */s/ Vickie L. Feeman*
      VICKIE L. FEEMAN

Attorneys for Plaintiff
ORACLE AMERICA, INC.

- 1 -

ORACLE'S STATEMENT REGARDING
GOOGLE'S ADMIN. MOTION TO SEAL
(ECF NOS. 1455 & 1481)
CV 10-03561 WHA