IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER DENYING SEALING MOTION**

Google has moved to file under seal excerpts of Oracle's expert reports cited in its motion to strike (Dkt. No. 1455). Although Oracle designated the reports "HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY" pursuant to the protective order in this action, Oracle states that it does not seek to seal the excerpted portions of the reports (Dkt. No. 1494). Google's sealing motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: February 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE