# Exhibit 1



January 7, 2016

Via certified mail
and email with attachments

Sung Jin Kang, Director / and/or General Counsel, Legal Department
LG Electronics, Inc.
2540 N. First St. Suite 300
San Jose, CA 95131
United States

      Re:    Oracle America v. Google Inc., Case No. 10-3561-WHA (U.S. Dist. Ct., N.D. Cal.)

Dear Sung Jin Kang / and/or General Counsel, Legal Department:

Google is a defendant in the above-captioned case pending in the United States District Court for the Northern District of California. In connection with this action, Google is required to produce documents to Oracle, described in the enclosed discovery requests, primarily regarding the Android open source software stack and related products. Certain of these documents may contain your confidential information as defined by the documents themselves and/or your Non-Disclosure Agreement(s) with Google.

Pursuant to the non-disclosure provisions of such documents and/or your Non-Disclosure Agreement(s) with Google, and, as required by the enclosed governing protective order in this matter, we hereby provide you with 14 days' notice and the opportunity to object – should you deem it necessary to do so – to the production of the documents. The documents subject to production are available for inspection during this 14 day time period upon request. Absent any objection, within 14 days of receipt of this notice, copies of the documents will be produced to opposing counsel for Oracle with a designation of "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the governing protective order, enclosed for your review.

Should you choose to object, **Section 11(c) of the protective order requires that you then file a timely motion for a protective order** to prevent production of the documents. Please note that Google does not have authority to withhold production of the documents based only on your objection. If you object and plan to file a timely motion for a protective order, please notify us of the date on which you intend to file the motion.



If you have any questions or concerns regarding the above, please contact Google's outside counsel in this matter:

Bruce Baber
King & Spalding
1180 Peachtree Street, NE, Atlanta, GA 30309
404-572-4826
bbaber@kslaw.com

Sincerely,

Meghan Landrum
Enclosures