# Exhibit 3

| | |
|---|---|
| **From:** | Reid P. Mullen <RMullen@kvn.com> |
| **Sent:** | Monday, January 11, 2016 6:33 PM |
| **To:** | 'Wayne Jeung' |
| **Cc:** | jinbok.kim@lge.com; noel.lim@lge.com; hakmin1.kim@lge.com; '이종화'; jonghah.park@lge.com |
| **Subject:** | RE: Oracle America v. Google, Inc., Case No. 10-3561-WHA - 3rd party notice and consent letter |
| **Attachments:** | image003.png |

Hi Wayne – I would be happy to do so.  We will gather the documents and send them to you shortly.  Thanks again.


Reid




_____


Reid P. Mullen
Attorney at Law


Keker & Van Nest Logo


415 773 6694 direct   |   <http://kvn.com/Utilities/vCard.ashx?PostingId=208> vCard   |   rmullen@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   <http://www.kvn.com/> kvn.com



From: Wayne Jeung [mailto:wayne.jeung@lge.com]
Sent: Monday, January 11, 2016 4:29 PM
To: Reid P. Mullen

Cc: jinbok.kim@lge.com; noel.lim@lge.com; hakmin1.kim@lge.com; '이종화'; jonghah.park@lge.com
Subject: RE: Oracle America v. Google, Inc., Case No. 10-3561-WHA - 3rd party notice and consent letter



Reid,



Thank you for the note.  Can you provide me with a copy of the documents that Google is planning to produce?

1

Best regards,

Wayne Jeung
Legal Counsel
Business Unit Legal Team 2 | Legal Division LG Electronics Inc.
Seoul, Korea
(t) 82.2.3777.3686

wayne.jeung@lge.com


This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.


From: Reid P. Mullen [mailto:RMullen@kvn.com]
Sent: Tuesday, January 12, 2016 1:50 AM
To: 'Wayne Jeung'
Cc: jinbok.kim@lge.com;  <mailto:noel.lim@lge.com> noel.lim@lge.com; hakmin1.kim@lge.com; '이종화'; jonghah.park@lge.com
Subject: RE: Oracle America v. Google, Inc., Case No. 10-3561-WHA - 3rd party notice and consent letter


Hi Wayne – Thank you for your email.  The Court did not formally extend the discovery deadline.  However, after our last conversation, Google discovered additional documents that may be subject to similar agreements with LG, and therefore we wanted to provide you with that additional notice. I would be happy to discuss further if you have any questions.  Please let me know.  Thanks again.


Reid


From: Wayne Jeung [mailto:wayne.jeung@lge.com]
Sent: Sunday, January 10, 2016 10:52 PM
To: Reid P. Mullen
Cc: jinbok.kim@lge.com;  <mailto:noel.lim@lge.com> noel.lim@lge.com; hakmin1.kim@lge.com; '이종화'; jonghah.park@lge.com
Subject: RE: Oracle America v. Google, Inc., Case No. 10-3561-WHA - 3rd party notice and consent letter


Mr. Mullen,

Notwithstanding the email that I sent to you and Mr. Baber earlier, I wanted to reach out to you individually given our past communications.

I am sure you will recall that we had a brief telephone conversation last month wherein you advised me that there was a December 17, 2015 discovery cut-off date in the above-referenced case, so I am curious as to why Google is still engaged in the production of documents and responding to what appears to be a new set of Requests for Production (Set No. 10)?  Specifically, I'd like to know if the Court extended the December 17, 2015 discovery cut-off date.  If so, and to the extent that you can disclose how any extension of the discovery cut-off date came about, I would appreciate if you could provide me with an update.

Look forward to hearing from you.

Best regards,

Wayne Jeung
Legal Counsel
Business Unit Legal Team 2 | Legal Division LG Electronics Inc.
Seoul, Korea
(t) 82.2.3777.3686

wayne.jeung@lge.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

From: Wayne Jeung [mailto:wayne.jeung@lge.com]
Sent: Tuesday, December 15, 2015 10:31 AM
To: rmullen@kvn.com

Cc: jinbok.kim@lge.com; 임병록/부장/북미소송팀(noel.lim@lge.com); hakmin1.kim@lge.com
Subject: Oracle America v. Google, Inc., Case No. 10-3561-WHA - 3rd party notice and consent letter

Dear Mr. Mullen,

I write to you in response to your letter dated December 1, 2015, wherein you identified certain documents that Google intends on producing in the Oracle America v. Google, Inc., matter, to advise you that LG Electronics, Inc. will not to object to the production of the documents you identified in your letter to the extent that these documents are produced with the designation of "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the governing Protective Order.


Also, I would appreciate it if you could keep me apprised of any changes to the current December 17, 2015 discovery cut-off date in the above-referenced case.


Thank you.


Best regards,

Wayne Jeung
Legal Counsel
Foreign Litigation Team | Legal Division LG Electronics Inc.
Seoul, Korea
(t) 82.2.3777.3686

wayne.jeung@lge.com


This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.