# Exhibit 4

| | |
|---|---|
| **From:** | Baber, Bruce <BBaber@KSLAW.com> |
| **Sent:** | Wednesday, January 27, 2016 5:20 PM |
| **To:** | Wayne Jeung |
| **Subject:** | RE: Oracle America v. Google, Inc. lawsuit (Case NO. 10-3561-WHA) |

Wayne -

You are correct that the first twelve documents were the subject of an earlier notice in December.  They were not produced at that time but are being produced now.

As is typical in cases like this, the production of documents and other discovery activities are continuing, as the parties try to wrap up loose ends.

And just for clarity and so there is no misunderstanding, you received all of the "new" documents, i.e., the ones with the "PLA" prefixes, on January 25, with the exception of the one additional document (named "PLA005_02577973.pdf") that you received for the first time on January 26.

Bruce


Bruce W. Baber
King & Spalding LLP
212-827-4079  (New York)
404-572-4826  (Atlanta)



From: Wayne Jeung [mailto:wayne.jeung@lge.com]
Sent: Wednesday, January 27, 2016 2:14 AM
To: Baber, Bruce
Subject: RE: Oracle America v. Google, Inc. lawsuit (Case NO. 10-3561-WHA)


Hi Bruce,

1

Thank you for the note.  I was able to access the FTP site and download all
22 documents.


I just had a few questions about the documents.


1.     Do you know if the first 12 documents (numbered as documents 1 -12
but excluding the protective order numbered 0) were already produced to Oracle?  I ask because there were communications late last year between myself and Mr. Mullen regarding these 12 documents and it was my understanding that these documents have already been produced.  In other words, can you confirm that the only new documents that are going to be produced to Oracle in this round of production are the "PLA" documents contained in the second FTP link you sent me?

2.     Also, "PLA007_03398019" and "PLA005_02356726" (Master Purchase
Agreement MPA) and "PLA004_02615454" and "PLA004_02615473" (2013 MADA) appear to be the same documents.  Is there a reason why these documents are being produced twice?


Also, it was my understanding, from earlier discussions with Mr. Mullen, that the discovery cut-off date was December 17, 2015 so why is LG being provided with notice that more of its documents are being produced beyond the discovery cut-off date?  Can you give me an understanding of how we got to this point procedurally?


Finally, I note that we received a full version of the documents to be produced on January 26, which makes our deadline to file an objection with the Court February 9 (14 days pursuant to s. 11(c) of the Protective Order).
Please let me know if you think my understanding is mistaken.


Thank you again for your assistance and I look forward to hearing back from you regarding these points.


Best regards,

Wayne Jeung
Legal Counsel
Business Unit Legal Team 2 | Legal Division LG Electronics Inc.
Seoul, Korea
(t) 82.2.3777.3686

wayne.jeung@lge.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

From: Baber, Bruce [mailto:BBaber@KSLAW.com]
Sent: Wednesday, January 27, 2016 10:21 AM
To: Wayne Jeung
Subject: RE: Oracle America v. Google, Inc. lawsuit (Case NO. 10-3561-WHA)


Wayne -


There are a total of 22 documents, contained in two zip files on the FTP site.  It appears that you are missing two documents, one named "3 2012 AFA LG Amendment 1 to AFA - fully exec 052912.pdf" and one named "PLA005_02577973.pdf."  The first one was attached to my message of 12:08 pm U.S. Eastern time yesterday that you appear to have received; an additional copy is attached.  The second is the largest one and has generated undeliverable messages both times I have tried to send it.  I am attaching a reduced size version of that document as well, to see if that will go through.


Once you enter your e-mail address on the FTP site, the system will generate and e-mail to you a validation code and a link to access the documents.  All
22 of the documents are there, in two separate zip files.


Bruce


Bruce W. Baber
King & Spalding LLP
212-827-4079  (New York)
404-572-4826  (Atlanta)




From: Wayne Jeung [mailto:wayne.jeung@lge.com]
Sent: Tuesday, January 26, 2016 7:45 PM
To: Baber, Bruce
Subject: RE: Oracle America v. Google, Inc. lawsuit (Case NO. 10-3561-WHA)

3

Bruce,

Thank you for your emails.  So far I have received the following documents:

1. 0 66 2010.12.17 Stipulated Protective Order

2. 1 2010 AFA LGAFA Signed

3. 2 2011 AFA LG AFA - fully exec012811

4. 2012 AFA LG Amendment 2 to AFA - fully exec

5. 2011 MADA LG MADA - fully exec012811

6. 2009 MADA LGE-Goog MADA (fully executed)2009

7. 2014 MADA Amend 2014-02-17.-255BMobile_Digital Content_255DAndroid-NA.LGElectronicsINC..205756CustomerSigned_LegalStampedContract (1)

8. 2013 MADA LG MADA - fully executed 2013 (OCR)

9. 2013 MADA Amend 2014-12-12._255B Chrome_Mobile_255Android-NA.LGElectronicsInc..258716.CustomerSigned_LegalStamped Contract (1)

10. 2013 Revenue Share fegadns_140344_LG_06022013

11. 2014 Revenue Share FEGCHROME_205757_LGElectronicsInc_04112014

12. 2010 MADA LG Amendment 1to MADA - fully exec

13. PLA001_00443034_Redacted

14. PLA001_05024526_Redacted

15. PLA004_02615454

16. PLA004_02615473

17. PLA005_02356723

18. PLA005_02578065

19. PLA007_03398019

4

20.  PLA005_02577855


There were a total of 20 documents attached to three different emails.
Please confirm that there aren't any documents other than the 20 that I received.  Also, the links provided to access the FTP files require a validation code.  Can you provide this validation code to me?


For the sake of clarity, I will assume that LG's 14 day deadline to file an objection with the Court will not begin to run until you either confirm that there will be no production outside of the 20 documents referenced above, or you provide me with a validation code to the FTP site.  Please let me know if my assumption is mistaken.


Look forward to hearing back from you.


Thank you.


Best regards,

Wayne Jeung
Legal Counsel
Business Unit Legal Team 2 | Legal Division LG Electronics Inc.
Seoul, Korea
(t) 82.2.3777.3686

wayne.jeung@lge.com


This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.


From: Baber, Bruce [mailto:BBaber@KSLAW.com]
Sent: Tuesday, January 26, 2016 3:51 AM
To: Wayne Jeung (wayne.jeung@lge.com)
Subject: FW: Oracle America v. Google, Inc. lawsuit (Case NO. 10-3561-WHA)


Wayne -

Further to my earlier messages, below are links to two FTP files from which you should be able to access all of the documents that I have tried to send you by e-mail:


First group:
<https://sendfiles.kvn.com/link/4BER4H6HIvuinM3IxZOvjC>
https://sendfiles.kvn.com/link/4BER4H6HIvuinM3IxZOvjC


Second group:
<https://sendfiles.kvn.com/link/EmsQ1HNvpjuDJmaADYFzN2>
https://sendfiles.kvn.com/link/EmsQ1HNvpjuDJmaADYFzN2


Please let me know if you have any problems reviewing the documents.


Bruce


Bruce W. Baber
King & Spalding LLP
212-827-4079  (New York)
404-572-4826  (Atlanta)




_____


King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.