| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (#121570)<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (#148738)<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY (#209218)<br>gramsey@orrick.com<br>405 Howard Street, San Francisco, CA 94105<br>Tel: 1.415.773.5700 / Fax: 1.415.773.5759<br>PETER A. BICKS (*pro hac vice*)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice*)<br>lsimpson@orrick.com<br>51 West 52nd Street, New York, NY 10019<br>Tel: 1.212.506.5000 / Fax: 1.212.506.5151 | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (*pro hac vice*)<br>dboies@bsfllp.com<br>333 Main Street, Armonk, NY 10504<br>Tel: 1.914.749.8200 / Fax: 1.914.749.8300<br>STEVEN C. HOLTZMAN (#144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Ste. 900,<br>Oakland, CA 94612<br>Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |

ORACLE CORPORATION
DORIAN DALEY (#129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (#95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (#211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (#246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway, Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA, INC.'S RESPONSE TO THE COURT'S FEBRUARY 9, 2016 REQUEST FOR RESPONSE (DKT. 1490)**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1 | Based on discussions with counsel for Google and LG, Oracle understands that LG's motion concerns four documents that Google identified as responsive to requests for production served by Oracle on September 8, 2015 and/or November 2, 2015, during fact discovery.

On December 14, 2015, Google informed Oracle that it would need to provide notice to third parties in connection with the production of certain documents responsive to Oracle's requests, which would provide third parties with fourteen days to seek a protective order. Oracle first heard from LG regarding its intent to seek a protective order on February 8, 2016.

Oracle believes that these four documents may be relevant in connection with the expert reports due on February 22, 2016. Oracle therefore opposes LG's request for an extension to February 23, 2016. Oracle has no reason to believe that there are any grounds for a protective order or any further delay in producing these responsive documents.

Dated: February 10, 2016

BOIES, SCHILLER & FLEXNER LLP

By: _/s/ Steven C. Holtzman_
STEVEN C. HOLTZMAN
*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

---

1

ORACLE AMERICA, INC.'S RESPONSE TO THE COURT'S FEBRUARY 9, 2016 REQUEST
CASE NO. CV 10-03561 WHA