IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>                                  / | No. C 10-03561 WHA<br><br>**ORDER DENYING ORACLE'S PRÉCIS REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT** |

     As stated at the hearing held on February 2, 2016, Oracle's précis request to file a motion for summary judgment regarding Google's equitable defenses is **DENIED**. This is without prejudice to a Rule 50 motion or its equivalent at the end of the trial.

     **IT IS SO ORDERED.**

Dated:  February 11, 2016.

                                                         WILLIAM ALSUP<br>
                                                         UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California