1    KEKER & VAN NEST LLP
     ROBERT A. VAN NEST - # 84065
2    rvannest@kvn.com
     CHRISTA M. ANDERSON - # 184325
3    canderson@kvn.com
     DANIEL PURCELL - # 191424
4    dpurcell@kvn.com
     633 Battery Street
5    San Francisco, CA 94111-1809
     Telephone:     (415) 391-5400
6    Facsimile:     (415) 397-7188

7    KING & SPALDING LLP
     BRUCE W. BABER (pro hac vice)
8    bbaber@kslaw.com
     1185 Avenue of the Americas
9    New York, NY 10036
     Telephone:     (212) 556-2100
10   Facsimile:     (212) 556-2222

11   Attorneys for Defendant
     GOOGLE INC.

12                       UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16   ORACLE AMERICA, INC.,                 Case No.  3:10-cv-03561 WHA (DMR)

17            Plaintiffs,                   **STIPULATION AND [PROPOSED]
                                            ORDER RE: HEARING DKT. NOS. 1441
18        v.                                & 1462 ON MARCH 10, 2016**

19   GOOGLE INC.,

20            Defendant.                    Dept.          Courtroom 4 (Oakland)
                                            Judge:         Hon. Donna M. Ryu
21

22

23

24

25

26

27

28

1

**<u>STIPULATION</u>**

2      WHEREAS, Google Inc.'s Motion to Redact and Seal Portions of the January 14, 2016

3   Discovery Hearing Transcript [Dkt. No. 1441] is currently noticed for hearing on February 25,

4   2016 and Google's Motion for Reconsideration of the Court's Order Denying Sealing of

5   Confidential Google-Apple Information [Dkt. No. 1462] is currently noticed for hearing on

6   March 8, 2016;

7      WHEREAS, these motions involve similar issues related to requests to seal portions of the

8   January 14, 2016 discovery hearing transcript;

9      WHEREAS, in light of scheduling conflicts, and in an efforts to consolidate these two

10   related hearings into one, the parties jointly request that the Court move the hearing on Google's

11   Motion to Redact and Seal Portions of the January 14, 2016 Discovery Hearing Transcript [Dkt.

12   No. 1441] and Google's Motion for Reconsideration of the Court's Order Denying Sealing of

13   Confidential Google-Apple Information [Dkt. No. 1462] to March 10, 2016;

14      WHEREAS, pursuant to Civil Local Rule 6-2 the parties stipulate to move the hearing on

15   Dkt. Nos. 1441 and 1462 to March 10, 2016 at 11:00 a.m., and this stipulated request is

16   accompanied by a declaration setting forth the reasons for the requested change in time, previous

17   time modifications, and the effect the requested time modification would have on the case

18   schedule;

19      THEREFORE, subject to the Court's approval, it is hereby stipulated and agreed as

20   follows:

21      Google's Motion to Redact and Seal Portions of the January 14, 2016 Discovery Hearing

22   Transcript [Dkt. No. 1441] and Google's Motion for Reconsideration of the Court's Order

23   Denying Sealing of Confidential Google-Apple Information [Dkt. No. 1462] will be heard on

24   March 10, 2016 at 11:00 a.m.

25   Dated: February 11, 2016                                    Keker & Van Nest LLP

26                                                  By:   /s/ *Robert A. Van Nest*
                                                          ROBERT A. VAN NEST
27
                                                          Attorneys for Defendant
28                                                          GOOGLE INC.

1

Dated: February 11, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ *Robert P. Varian*
ROBERT P. VARIAN

Attorneys for Plaintiff
ORACLE AMERICA, INC.

## ATTESTATION OF CONCURRENCE

I, Robert Van Nest, the ECF User whose ID and password are being used to file this

Stipulation Re: Hearing Dkt. Nos. 1441 & 1462 on March 10, 2016, hereby attest that Robert P.

Varian concurs in this filing.

Dated: February 11, 2016

By:   /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

By:   _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: HEARING DKT. NOS. 1441 & 1462 ON MARCH 10, 2016
CASE NO.  3:10-CV-03561 WHA (DMR)
1031170.01