KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA (DMR) <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF THE JOINT STIPULATION RE: HEARING DKT. NOS. 1441 & 1462 ON MARCH 10, 2016** <br><br> Dept.    Courtroom 4, 3rd Floor (Oakland) <br> Judge:   Hon. Donna M. Ryu |

1026578

I, MAYA KARWANDE, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action.  Pursuant to Civil Local Rule 6-2, I submit this declaration in support of Google's and Oracle Inc.'s ("Oracle") Joint Stipulation Re Hearing Dkt. Nos. 1441 and 1462 on March 10, 2016.  I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2.      Google's Motion to Redact and Seal Portions of the January 14, 2016 Discovery Hearing Transcript [Dkt. No. 1441] is currently noticed for hearing on February 25, 2016. Google's Motion for Reconsideration of the Court's Order Denying Sealing of Confidential Google-Apple Information [Dkt. No. 1462] is currently noticed for hearing on March 8, 2016. Both motions involve similar issues related to requests to seal portions of the January 14, 2016 discovery hearing transcript.  It is my understanding that both counsel for Google and counsel for Oracle have scheduling conflicts on the dates currently noticed for hearing these motions.

3.      Pursuant to Local Rule 6-2(a)(2), I have reviewed the docket entries in this matter to determine previous time modifications in this case, whether by stipulation or Court order. Attached hereto as Appendix A is a list of these time modifications.

4.      It is my understanding that the requested change in hearing date for Dkt. Nos. 1441 and 1462 will have no impact on the schedule of the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.


Executed on this 11 day of February, 2016 at San Francisco, California.



By: _____
    Maya Karwande

1

1026578

# APPENDIX A

Pursuant to Local Rule 6-2(a)(2), the following is a list of all previous time modifications in the case, whether by stipulation or Court order:

- On August 25, 2010, Google filed a stipulation extending the deadline to file its responsive pleading from September 3, 2010 to October 4, 2010. Dkt. 9.

- On July 28, 2011, Oracle filed a stipulation extending fact discovery cut-off and due dates for expert reports. Dkt. 246. The order was entered on August 1, 2011. Dkt. 257.

- On August 18, 2011, Oracle filed a motion extending time to file their response to Google's request to file a motion for summary judgment on Oracle's infringement allegations under 35 U.S.C. § 271(c) . Dkt. 321. The motion was granted that same day. Dkt. 322.

- On August 22, 2011, Google filed a stipulation extending due dates for expert rebuttal and reply reports on patent-related issues. Dkt. 348. The order was entered on August 29, 2011. Dkt. 364.

- On September 1, 2011, Oracle filed a stipulation extending the cut-off for the deposition of Motorola Mobility, Inc., Dipchand Nishar, and Timothy Lindholm.  Dkt. 378.  The order was entered that same day.  Dkt. 381.

- On September 2, 2011, the Court shortened the briefing schedule for Google's motion to strike. Dkt. 385.

- On September 15, 2011, Oracle filed a stipulation extending the non-damages expert discovery cut-off for the deposition of David August. Dkt. 432. The order was entered on September 16, 2011. Dkt. 437.

- On October 5, 2011, Google filed a stipulation extending time to file certain pre-trial materials. Dkt. 487. The order was entered on October 6, 2011. Dkt. 488.

- On October 12, 2011, Oracle filed a stipulation extending time to file jury instructions, verdict forms, and trial briefs. Dkt. 516. The order was entered that same day. Dkt. 517.

- On October 28, 2011, John Cooper on behalf of Dr. James Kearl filed a request to extension of time to file Rule 706 expert report. Dkt. 754. The order was entered that same day. Dkt. 575.

- On November 17, 2011, Google filed a stipulation extending time for depositions of Timothy Bray and John Rizzo. Dkt. 623. The order was entered on November 18, 2011. Dkt. 624.

- On December 27, 2011, the Court extended the due date for Dr. James Kearl's expert report. Dkt. 658.

- On April 23, 2012, Google filed a Motion for Extension of Time to File Motion for Administrative Relief to Extend Deadline for Filing Under Seal. Dkt. 966. That motion was granted on April 25, 2015. Dkt. 973.

- On October 13, 2015, Oracle filed a stipulation extending the deadlines in the Third Case Management Order. Dkt. 1334. The order was entered on November 3, 2015.  Dkt. 1356.

2

DECLARATION OF MAYA KARWANDE IN SUPPORT OF THE JOINT STIPULATION RE:
HEARING DKT. NOS. 1441 & 1462 ON MARCH 10, 2016
Case No.  3:10-cv-03561 WHA (DMR)

- On December 16, 2015, Oracle filed a stipulation extending the deadline to take the depositions of Henrik Stahl and Henrique De Castro.  The order was entered on December 17, 2015.  Dkt. 1401.

- On January 14, 2016, Oracle filed a stipulation extending the deadline to depose Henrique De Castro.  Dkt. 1424.  The order was entered on January 15, 2016.  Dkt. 1429.

3

DECLARATION OF MAYA KARWANDE IN SUPPORT OF THE JOINT STIPULATION RE:
HEARING DKT. NOS. 1441 & 1462 ON MARCH 10, 2016
Case No.  3:10-cv-03561 WHA (DMR)