IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. / | No. C 10-03561 WHA <br><br> **FOLLOW-UP ORDER ON COMMENTS ON TENTATIVE TRIAL PLAN** |

1. With regard to the timing of motions *in limine*, please use the thirty-five day schedule. Reply briefs will be allowed, but limited to five pages (no exhibits or declarations).

2. No précis is required for the six motions *in limine*, but the Court reserves the discretion to postpone ruling on any premature motions.

3. Both sides may have one motion *in limine* that exceeds the ten-page limit, but the extra pages must come out of the overall fifty-page limit. If a motion *in limine* is directed at an expert report, then the entire expert report with exhibits must be submitted and none of these pages will count against the one-hundred-page limit for supporting material.

4. By **TUESDAY, FEBRUARY 23 AT NOON**, each side shall submit to the other a list of twenty-five exhibits admitted in evidence at the 2012 trial that the submitting party wishes to have admitted without objection in the upcoming trial. Within **ONE WEEK** thereafter, both sides shall meet in person (not by email or telephone) and agree upon the extent to which the twenty-five exhibits proposed by each side may be admitted

without restriction and submit a proposed stipulation. The Court has a hard time believing that more than twenty-five exhibits per side are worth troubling over.

5. Marshmallow shall be added to the named versions of Android to be in play at the trial.

6. We will continue to bifurcate the trial. The Court will consider reallocating the twelve and seven hour time limits at the final pretrial conference.

7. Oracle is incorrect in stating that in the damages stage only the parties' damages experts will be presented. Percipient testimony and exhibits may also be presented. Dr. Kearl may also testify (although this decision will be made closer to the actual event).

8. The Court agrees that the equitable defenses phase should also include consideration of Oracle's equitable remedies, including its request for an injunction.

**IT IS SO ORDERED.**

Dated: February 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE