KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE EXPERT SCHEDULE** |
| v. | |
| GOOGLE INC., | Dept.         Courtroom 8, 19th Floor |
| Defendant. | Judge:        Hon. William Alsup |

**STIPULATION**

WHEREAS, the Court issued a Third Case Management Order on October 6, 2015, ECF No. 1333, setting deadlines for expert reports, opposition expert reports, party expert depositions, Dr. Kearl's Rule 706 Report, Dr. Kearl's deposition, motions directed at Dr. Kearl's report, motions directed at an opposing party's expert reports, a final pretrial conference, and a tentative trial date;

WHEREAS, the Court issued an Order Approving a Modified Schedule for Expert Reports on November 3, 2015, ECF No. 1356, that approved a modified schedule for discovery and expert reports as stipulated by the parties and agreed to by Dr. Kearl, ECF Nos. 1334, 1354 & 1356, and this schedule set deadlines for first round party expert reports, second round party expert reports, third round party expert reports, party expert depositions, Dr. Kearl's Rule 706 expert report, Dr. Kearl's deposition, party rebuttals to Dr. Kearl's Rule 706 report, and *Daubert* motions;

WHEREAS, the Court has indicated that it will not entertain summary judgment motions, ECF No. 1500 & February 2, 2016 Hr'g. Tr. at 20-21 & 32-33;

WHEREAS, given the large volume of material in the second round of party expert reports, the parties agree that it would be appropriate to extend the deadlines for party expert reports, Dr. Kearl's Rule 706 report, rebuttals to Dr. Kearl's report, and corresponding depositions;

WHEREAS, pursuant to the Court's Follow-up Order on Comments on Tentative Trial Plan, ECF No. 1506, the deadline to file *Daubert* motions is March 23, 2016, and under the parties proposed modification the deadline to depose Dr. Kearl is March 25, 2016, the parties agree it is appropriate to extend the deadline to file motions related to Dr. Kearl's report while maintaining the date for any reply brief on such a motion at two weeks prior to the hearing;

WHEREAS, Dr. Kearl, and his counsel, Mr. Cooper, are agreeable to the proposed expert schedule modifications;

WHEREAS, pursuant to Civil Local Rule 6-2 the parties stipulate to the proposed modification to the case schedule, and this stipulated request is accompanied by a declaration

setting forth the reasons for the requested changes in time, previous time modifications, and the effect the requested time modification would have on the case schedule;

THEREFORE, subject to the Court's approval, the parties AGREE and STIPULATE to the following modifications to the current schedule, as reflected in the Court's Third Case Management Order, Order Approving Modified Schedule for Expert Reports, and Follow-up Order on Comments on Tentative Trial Plan:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Third Round of Party Expert Reports | February 22, 2016 | February 29, 2016 |
| Deadline for Party Expert Depositions | March 6, 2016 | March 16, 2016 |
| Rule 706 Expert Report | March 8, 2016 | March 18, 2016 |
| Deadline to Depose Rule 706 Expert | March 15, 2016 | March 25, 2016 |
| Party Rebuttals to Rule 706 Report | March 21, 2016 | March 28, 2016 |
| Deadline for *Daubert* Motions Directed at Party Experts | Filed by March 23, 2016 (set for hearing at 4/27 PTC) | March 23, 2016 |
| Deadline for *Daubert* Motions Related to Rule 706 Expert | March 23, 2016 | March 30, 2016 |
| Deadline for *Daubert* Oppositions Related to Rule 706 Expert | April 6, 2016 | April 8, 2016 |
| Deadline for *Daubert* Replies to Oppositions to Motions Related to Rule 706 Expert | April 13, 2016 | April 13, 2016 |

Dated: February 17, 2016                          KEKER & VAN NEST LLP

                                            By:  /s/ *Robert A. Van Nest*
                                                 ROBERT A. VAN NEST

                                                 Attorneys for Defendant
                                                 GOOGLE INC.

Dated: February17, 2016                           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By:  /s/ *Annette L. Hurst*
                                                 ANNETTE L. HURST

                                                 Attorneys for Plaintiff
                                                 ORACLE AMERICA, INC.

**ATTESTATION OF CONCURRENCE**

I, Robert A. Van Nest, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Expert Schedule, hereby attest that Annette L. Hurst concurs in this filing.

Dated: February 17, 2016

                                            By:  /s/ *Robert A. Van Nest*
                                                 ROBERT A. VAN NEST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

                                            By:  _____
                                                 HON. WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE