KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**EXHIBITS 4 AND 5 RE EXCERPTS OF ORACLE EXPERT REPORTS CITED IN GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS**<br><br>Dept.　　Courtroom 8, 19th Fl.<br>Judge:　　Hon. William Alsup |

EXHIBITS 4 AND 5 RE EXCERPTS OF ORACLE EXPERT REPORTS CITED IN GOOGLE INC.'S
MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS
Case No.  3:10-cv-03561 WHA (DMR)

1031877.01

Pursuant to Civil Local Rule 79-5(f)(2) and the Court's Order [ECF No. 1495] denying Google Inc.'s Administrative Motion to Seal Excerpts of Oracle Expert Reports Cited in Google's Motion to Strike Portions of Oracle's Expert Reports [ECF No. 1455], Google submits for public filing unredacted versions of Exhibits 4 and 5 to Google's Motion to Strike Oracle's Expert Reports [ECF No. 1454] which were previously submitted for under seal submission.

Dated: February 17, 2016                                KEKER & VAN NEST LLP

                                                        By: /s/ *Robert A. Van Nest*
                                                            ROBERT A. VAN NEST
                                                            CHRISTA M. ANDERSON
                                                            DANIEL PURCELL

                                                            Attorneys for Defendant
                                                            GOOGLE INC.

1
EXHIBITS 4 AND 5 RE EXCERPTS OF ORACLE EXPERT REPORTS CITED IN GOOGLE INC.'S
MOTION TO STRIKE PORTIONS OF ORACLE'S EXPERT REPORTS
Case No. 3:10-cv-03561 WHA (DMR)

1031877.01