UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.  10-cv-03561-WHA   (DMR)<br>**ORDER VACATING HEARINGS ON GOOGLE'S MOTION TO REDACT AND SEAL PORTIONS OF THE JANUARY 14, 2016 DISCOVERY HEARING TRANSCRIPT AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SEALING OF GOOGLE-APPLE INFORMATION**<br><br>Re: Dkt. Nos. 1441, 1462 |

The court has received Google's Motion to Redact and Seal Portions of the January 14, 2016 Discovery Hearing Transcript [Dkt. No. 1441] and Google's Motion for Reconsideration of the Court's Order Denying Sealing of Confidential Google-Apple Information [Dkt. No. 1462] and finds that the matters are appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly, the February 25, 2016 and March 8, 2016 hearings on the motions are hereby VACATED.  The court will issue a written order on the motions.

The parties' stipulation to hear both motions on March 10, 2016 [Dkt No. 1502] is denied as moot.

**IT IS SO ORDERED**.

Dated: February 19, 2016

_____
DONNA M. RYU
United States Magistrate Judge