ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br>     v.<br>GOOGLE INC.<br>            Defendant. | Case No. CV 10-03561 WHA<br>**JOINT SUPPLEMENTAL RESPONSE TO THE TENTATIVE TRIAL PLAN (ECF NO. 1488)**<br>Trial: May 9, 2016 at 8:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Attached hereto as Exhibit A is a copy of Oracle America, Inc.'s and Google Inc.'s agreed
2  upon jury questionnaire for the Court's consideration.

3  Dated: February 19, 2016                                  ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                       By:   /s/ Peter A. Bicks
                                                             PETER A. BICKS

                                                             Attorneys For Plaintiff
                                                             ORACLE AMERICA, INC.

9  Dated: February 19, 2016                                  KEKER & VAN NEST LLP

                                                       By:   /s/ Christa M. Anderson
                                                             CHRISTA M. ANDERSON

                                                             Attorneys For Defendant
                                                             GOOGLE INC.

## ATTESTATION OF CONCURRENCE

I, Peter A. Bicks, the ECF User whose ID and password are being used to file this Joint Supplemental Response to the Tentative Trial Plan (ECF No. 1488), hereby attest that Christa M. Anderson has concurred in this filing.

Date: February 19, 2016                                      /s/ Peter A. Bicks
                                                             Peter A. Bicks

# EXHIBIT A

Juror Number: _____   Print All Answers Neatly in the Spaces Provided:

1. Full Name: _____
   First    Middle    Last
2. Gender: ❑ Female   ❑ Male
3. Date of birth: _____  Age: _____
4. Your first language, if not English: _____
5. City and area/neighborhood where you live, and for how long:

6. **Highest** level of education you have **completed**:
   ❑ Grade _____          ❑ Associate of Arts degree
   ❑ High school/GED       ❑ Bachelor's degree
   ❑ Some college classes  ❑ Master's degree
   ❑ Technical/Vocational  ❑ Doctorate, M.D. or J.D.

   Major(s): _____

   Licenses/certifications: _____

7. Current employment status: (Check all that apply.)
   ❑ Employed full-time  ❑ Employed part-time  ❑ Unemployed
   ❑ Self-employed       ❑ Full-time student   ❑ Disabled
   ❑ Homemaker           ❑ Retired since (year: _____)

8. Current marital status: (Check all that apply.)
   ❑ Single, never married    ❑ Engaged
   ❑ Married (____ years)     ❑ Partnered (____ years)
   ❑ Divorced/separated (____ years)  ❑ Widowed (____ years)

9. Your current (or, if unemployed or retired, your most recent):
   Occupation: _____
   Employer: _____
   For how long? _____

10. Your spouse's/significant other's current (or most recent):
    Occupation: _____
    Employer: _____
    For how long? _____

11. Do you or a family member or close friend have any training or experience in any of the following: (Check all that apply.)
    ❑ Law / The courts
    ❑ Computer programming
    ❑ Software development or open source software
    ❑ Intellectual property / Copyrights / Patents
    ❑ Accounting / Finance
    ❑ Licensing Agreements
    ❑ Dispute resolution / Mediation
    ❑ Supervisory or management responsibilities, or evaluating the performance of others

    If yes to any, explain:

13. Have you or someone close to you ever:
    a. Been involved in any lawsuit  ❑ Yes  ❑ No
    b. Worked for a company that was harmed by a competitor that copied its ideas or inventions?  ❑ Yes  ❑ No
    c. Worked for a company accused of harming a competitor by copying its ideas or inventions?  ❑ Yes  ❑ No
    d. Ever felt that you had an important idea or invention stolen from you?  ❑ Yes  ❑ No
    e. Ever been accused of stealing an important idea or invention?  ❑ Yes  ❑ No
    f. Invented something or applied for a copyright, trademark, or patent?  ❑ Yes  ❑ No
    g. Signed a confidentiality or non-disclosure agreement?  ❑ Yes  ❑ No
    h. Been involved in a dispute over an idea or invention?  ❑ Yes  ❑ No
    i. Been involved in a dispute related to a patent, trademark, or copyright?  ❑ Yes  ❑ No
    j. Been involved in a dispute over software, technology, or licensing?  ❑ Yes  ❑ No

    If yes to any, explain:

12. Have you ever had any prior jury service?
    ❑ Yes (When? _____)  ❑ No
    If Yes:

    Was that service: ❑ Civil, ____ times  ❑ Criminal, ____ times
    Did all of the juries reach a verdict?  ❑ Yes  ❑ No
    Were you ever the foreperson?  ❑ Yes, ____ time(s)  ❑ No
    How would you describe your jury service?
    ❑ Positive  ❑ Negative  ❑ Mixed both positive and negative

1

| | |
|---|---|
| 14. What type(s) of mobile device(s) do you regularly use? (Check all that apply)<br>❏ Apple iPhone or other IOS device   ❏ Android device<br>❏ Windows / Microsoft   ❏ BlackBerry<br>❏ Other (specify): _____ | 15. How much do you follow news about technology, software, the tech industry, and tech products?<br>❏ Very much   ❏ Moderately<br>❏ Only a little   ❏ Not at all |
| 16. How familiar are you with computer software/programming?<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all | 17. How familiar are you with the term "open source?"<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all |
| 18. How familiar are you with the Android software platform?<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all | 19. How familiar are you with the Java software platform?<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all |
| 20. How often do you use Oracle products, such as Oracle Database, PeopleSoft, Enterprise Manager, or the Java Platform?  ❏ Daily   ❏ A few times per week<br>❏ A few times per month   ❏ A few times per year   ❏ Never | 21. How often do you use Google products or services, such as Google Search, Gmail or Google Maps?<br>❏ Daily  ❏ A few times per week  ❏ A few times per month<br>❏ A few times per year   ❏ Never |
| 22. Do you know anyone who has ever worked for Oracle?<br>❏ Yes   ❏ No   If yes, explain: | 23. Do you know anyone who has ever worked for Google?<br>❏ Yes   ❏ No   If yes, explain: |
| 24. Do you have any opinions about Oracle, or any of its executives, such as Larry Ellison?  (Check all that apply.)<br>❏ Yes, positive   ❏ Yes, negative   ❏ No<br>If yes, explain: | 25. Do you have any opinions about Google, or any of its executives, such as Larry Page?  (Check all that apply.)<br>❏ Yes, positive   ❏ Yes, negative   ❏ No<br>If yes, explain: |
| 26. Have you ever paid license fees or worked for an organization that paid license fees for the use of any computer software, programming, or code?<br>❏ Yes   ❏ No   If yes, explain: | 27. Do you have any opinions about the United States Patent and Trademark Office or the United States Copyright Office?<br>❏ Yes   ❏ No   If yes, explain: |
| 28. Without talking to anyone else or looking anything up (which is not permitted by order of this Court): Have you read or heard anything about Oracle pursuing a lawsuit against Google?  ❏ Yes   ❏ No   If yes, explain: | 29. Have you formed any opinions about this lawsuit?<br>❏ Yes   ❏ No   If yes, explain: |
| 30. Describe anything not covered by this questionnaire that might affect your ability to be a fair and impartial juror: | 31. Describe any ethical, religious, political, or other beliefs that may affect your jury service or prevent you from serving as a juror: |

*I swear that all the foregoing is true and correct.*

SIGNATURE: _____       DATE: _____