# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 2/24/16 | **Time:** 2 hours 40 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Debra Pas | |

**Attorney for Plaintiff:** Peter Bicks; Annette Hurst; Gabriel Ramsey; Lisa Simpson

**Attorney for Defendant:** Robert Van Nest; Christa Anderson; Michael Kwan; Eugene Paige Reid Mullen; Maya Karwande; Edward Bayley

**Attorney for Dr. Kurl:** John Cooper

## PROCEEDINGS

Tutorial - HELD - Taken Under Submission

Each side made opening statements prior to the tutorial. Defendant withdraws the objection to disclosures to Dr. Toubia.