IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br> | No. C 10-03561 WHA<br><br>**FURTHER REQUEST FOR INFORMATION** |

    Also on Monday, February 29th, please advise the Court in the same filing regarding the questionnaire whether you expect to conduct social media searches or other investigations on venire members while voir dire is underway.  Please also state your view on whether any such searches and investigations should be allowed.

Dated:   February 28, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE