# APPENDIX A

1. Full Name: _____
   First          Middle          Last
2. Gender: ❏ Female ❏ Male
3. Date of birth: _____ Age: _____
4. Your first language, if not English: _____
5. City and area/neighborhood where you live, and for how long:

6. **Highest** level of education you have **completed**:
   ❏ Grade _____
   ❏ High school/GED
   ❏ Some college classes
   ❏ Technical/Vocational
   ❏ Associate of Arts degree
   ❏ Bachelor's degree
   ❏ Master's degree
   ❏ Doctorate, M.D. or J.D.

   Major(s): _____

   Licenses/certifications: _____

7. Current employment status: (Check all that apply.)
   ❏ Employed full-time ❏ Employed part-time ❏ Unemployed
   ❏ Self-employed ❏ Full-time student ❏ Disabled
   ❏ Homemaker ❏ Retired since (year: _____)

8. Current marital status: (Check all that apply.)
   ❏ Single, never married ❏ Engaged
   ❏ Married (____ years) ❏ Partnered (____ years)
   ❏ Divorced/separated (____ years) ❏ Widowed (____ years)

9. Your current (or, if unemployed or retired, your most recent):
   Occupation: _____
   Employer: _____
   For how long? _____

10. Your spouse's/significant other's current (or most recent):
    Occupation: _____
    Employer: _____
    For how long? _____

11. Do you or a family member or close friend have any training or experience in any of the following: (Check all that apply.)
    ❏ Law / The courts
    ❏ Computer programming
    ❏ Software development or open source software
    ❏ Intellectual property / Copyrights / Patents
    ❏ Accounting / Finance
    ❏ Licensing Agreements
    ❏ Dispute resolution / Mediation
    ❏ Supervisory or management responsibilities, or evaluating the performance of others

    <u>If yes to any</u>, explain:

13. Have you or someone close to you ever:

    | | | Yes | No |
    |---|---|---|---|
    | a. | Been involved in any lawsuit | ❏ Yes | ❏ No |
    | b. | Worked for a company that was harmed by a competitor that copied its ideas or inventions? | ❏ Yes | ❏ No |
    | c. | Worked for a company accused of harming a competitor by copying its ideas or inventions? | ❏ Yes | ❏ No |
    | d. | Ever felt that you had an important idea or invention stolen from you? | ❏ Yes | ❏ No |
    | e. | Ever been accused of stealing an important idea or invention? | ❏ Yes | ❏ No |
    | f. | Invented something or applied for a copyright, trademark, or patent? | ❏ Yes | ❏ No |
    | g. | Signed a confidentiality or non-disclosure agreement? | ❏ Yes | ❏ No |
    | h. | Been involved in a dispute over an idea or invention? | ❏ Yes | ❏ No |
    | i. | Been involved in a dispute related to a patent, trademark, or copyright? | ❏ Yes | ❏ No |
    | j. | Been involved in a dispute over software, technology, or licensing? | ❏ Yes | ❏ No |

    <u>If yes to any</u>, explain:

12. Have you ever had any prior jury service?
    ❏ Yes (When? _____) ❏ No
    <u>If Yes</u>:

    Was that service: ❏ Civil, ____ times ❏ Criminal, ____ times
    Did all of the juries reach a verdict? ❏ Yes ❏ No
    Were you ever the foreperson? ❏ Yes, ____ time(s) ❏ No
    How would you describe your jury service?
    ❏ Positive ❏ Negative ❏ Mixed both positive and negative

1

| | |
|---|---|
| 14. What type(s) of mobile device(s) do you regularly use? (Check all that apply)<br>❏ Apple iPhone or other IOS device   ❏ Android device<br>❏ Windows / Microsoft   ❏ BlackBerry<br>❏ Other (specify): _____ | 15. How much do you follow news about technology, software, the tech industry, and tech products?<br>❏ Very much   ❏ Moderately<br>❏ Only a little   ❏ Not at all |
| 16. How familiar are you with computer software/programming?<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all | 17. How familiar are you with the term "open source?"<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all |
| 18. How familiar are you with the Android software platform?<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all | 19. How familiar are you with the Java software platform?<br>❏ Very familiar   ❏ Somewhat familiar<br>❏ Not very familiar   ❏ Not familiar at all |
| 20. How often do you use Oracle products, such as Oracle Database, PeopleSoft, Enterprise Manager, or the Java Platform?  ❏ Daily   ❏ A few times per week<br>❏ A few times per month   ❏ A few times per year   ❏ Never | 21. How often do you use Google products or services, such as Google Search, Gmail or Google Maps?<br>❏ Daily  ❏ A few times per week  ❏ A few times per month<br>❏ A few times per year   ❏ Never |
| 22. Do you know anyone who has ever worked for Oracle?<br>❏ Yes   ❏ No   If yes, explain: | 23. Do you know anyone who has ever worked for Google?<br>❏ Yes   ❏ No   If yes, explain: |
| 24. Do you have any opinions about Oracle, or any of its executives, such as Larry Ellison?  (Check all that apply.)<br>❏ Yes, positive   ❏ Yes, negative   ❏ No<br>If yes, explain: | 25. Do you have any opinions about Google, or any of its executives, such as Larry Page?  (Check all that apply.)<br>❏ Yes, positive   ❏ Yes, negative   ❏ No<br>If yes, explain: |
| 26. Have you ever paid license fees or worked for an organization that paid license fees for the use of any computer software, programming, or code?<br>❏ Yes   ❏ No   If yes, explain: | 27. Do you have any opinions about the United States Patent and Trademark Office or the United States Copyright Office?<br>❏ Yes   ❏ No   If yes, explain: |
| 28. Without talking to anyone else or looking anything up (which is not permitted by order of this Court): Have you read or heard anything about Oracle pursuing a lawsuit against Google?  ❏ Yes   ❏ No   If yes, explain: | 29. Have you formed any opinions about this lawsuit?<br>❏ Yes   ❏ No   If yes, explain: |
| 30. Describe anything not covered by this questionnaire that might affect your ability to be a fair and impartial juror: | 31. Describe any ethical, religious, political, or other beliefs that may affect your jury service or prevent you from serving as a juror: |

*I swear that all the foregoing is true and correct.*

SIGNATURE: _____   DATE: _____

2