# APPENDIX B


**Juror Number**

# United States District Court
## Northern District of California

Thank you for completing the enclosed questionnaire and returning it to the Court.  This questionnaire is part of the jury selection process, and it will speed up the process of jury selection and help it proceed as quickly and easily as possible when you come to court.  Please take as much time as you need to complete this questionnaire.

The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror. If you feel that any question requires an answer that is too sensitive to be included in a public record or to discuss in public, please answer the question and then write PRIVATE next to the question. You will have an opportunity to explain your answer in private.

**From this moment forward, and through the entire time you are involved with this case, you are ordered not to discuss this case with anyone; do not allow anyone to discuss the case with you.  The only information you may tell anyone is that you are in a jury pool for a trial and the time requirements of that trial.  You are also ordered not to read, listen to, or watch any news, Internet, or other media accounts of this case, past or present.**

**You may not do any research about the parties or subject matter involved in this case.**

**You are further ORDERED not to email, text, tweet, or blog about this case or any of the issues, parties, or attorneys involved in this case.** Do not use any search engines, such as Yahoo or Google, to obtain or share information about the parties, attorneys, or issues in this case.  Do not visit any Internet chat rooms or use any social media sites or apps, like Twitter, Snapchat, or Facebook, or any other sites on the World Wide Web that might in any way contain information relating to the issues, attorneys, or parties in this case.

**Please initial in the following box to show you read and understand this prohibition:**  **INITIALS**

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important that you say so. Because this questionnaire is part of the jury selection process, you must fill out this questionnaire by yourself, without any assistance from others.

Please answer the questions as accurately, fully, and honestly as possible, and remember to sign your questionnaire. Keep in mind that there are no "right" or "wrong" answers—only complete or incomplete ones.  All answers are given under oath and under penalty of perjury.

Please use a black pen rather than a pencil or colored pen.

PLEASE DO NOT WRITE ON THE BACK OF ANY PAGE, AS THESE QUESTIONNAIRES WILL BE COPIED.

Thank you for your time, patience, and cooperation.