| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Tel:   (415) 773-5700/Fax:  (415) 773-5759<br><br>PETER A. BICKS (*pro hac vice* pending)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice* pending)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Tel:   (212) 506-5000/Fax:  (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:   (650) 506-5200/Fax:  (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 556-2100<br>Fax: (212_ 556-2222<br><br>Attorneys For Defendant<br>GOOGLE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                Plaintiffs,<br><br>        v.<br><br>GOOGLE, INC.,<br><br>                Defendant. | Case No.  CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE ADMITTED EXHIBITS**<br><br>Dept.       Courtroom 8, 19th Floor<br>Judge:      Hon. William Alsup |

## **STIPULATION**

WHEREAS, pursuant to the Court's Follow-Up Order on Comments on Tentative Trial Plan [ECF No. 1506], the parties submitted to each other lists of twenty-five exhibits admitted in evidence at the 2012 trial that the submitting party wishes to have admitted without objection in the upcoming trial;

WHEREAS, the parties met and conferred in person regarding these lists on February 29, 2016;

WHEREAS, the parties have agreed that the following exhibits that were admitted at the 2012 trial can be admitted into evidence without objection at the upcoming trial;

TX 1

TX 6

TX 7

TX 11

TX 12

TX 15

TX 18

TX 21

TX 23

TX 29

TX 125

TX 154

TX 207

TX 405

TX 573

TX 624

TX 1061

TX 2002

TX 2008

1

| | |
|---|---|
| 1 | TX 2009 |
| 2 | TX 2010 |
| 3 | TX 2019 |
| 4 | TX 2021 |
| 5 | TX 2026 |
| 6 | TX 2042 |
| 7 | TX 2044 |
| 8 | TX 2052 |
| 9 | TX 2061 |
| 10 | TX 2199 |
| 11 | TX 2237 |
| 12 | TX 2564 |
| 13 | TX 3103 |

THEREFORE, subject to the Court's approval, the parties AGREE and STIPULATE that the foregoing exhibits can be admitted into evidence without objection during this trial.

Dated: March 1, 2016                    Keker & Van Nest LLP

                                        By:   /s/ *Robert A. Van Nest*
                                              ROBERT A. VAN NEST

                                        Attorneys for Defendant
                                        GOOGLE INC.

Dated: March 1, 2016                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By:   /s/ *Annette L. Hurst*
                                              ANNETTE L. HURST

                                        Attorneys for Plaintiff
                                        ORACLE AMERICA, INC.

## ATTESTATION OF CONCURRENCE

I, Robert Van Nest, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Expert Schedule, hereby attest that Annette L. Hurst concurs in this filing.

Dated: March 1, 2016

By:    /s/ *Robert A. Van Nest*
         ROBERT A. VAN NEST

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

By: _____
    HON. WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE