| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:     (415) 773-5700/Fax:   (415) 773-5759<br><br>PETER A. BICKS (*pro hac vice* pending)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice* pending)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:     (212) 506-5000/Fax:   (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:     (650) 506-5200/Fax:   (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) 397-7188<br><br>KING & SPALDING  LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel:  (212) 556-2100<br>Fax:  (212_ 556-2222<br><br>Attorneys For Defendant<br>GOOGLE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>GOOGLE, INC.,<br><br>                    Defendant. | Case No.  CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE ADMITTED EXHIBITS**<br><br>Dept.         Courtroom 8, 19th Floor<br>Judge:        Hon. William Alsup |

# **STIPULATION**

WHEREAS, pursuant to the Court's Follow-Up Order on Comments on Tentative Trial Plan [ECF No. 1506], the parties submitted to each other lists of twenty-five exhibits admitted in evidence at the 2012 trial that the submitting party wishes to have admitted without objection in the upcoming trial;

WHEREAS, the parties met and conferred in person regarding these lists on February 29, 2016;

WHEREAS, the parties have agreed that the following exhibits that were admitted at the 2012 trial can be admitted into evidence without objection at the upcoming trial;

TX 1

TX 6

TX 7

TX 11

TX 12

TX 15

TX 18

TX 21

TX 23

TX 29

TX 125

TX 154

TX 207

TX 405

TX 573

TX 624

TX 1061

TX 2002

TX 2008

1

1  TX 2009
2  TX 2010
3  TX 2019
4  TX 2021
5  TX 2026
6  TX 2042
7  TX 2044
8  TX 2052
9  TX 2061
10 TX 2199
11 TX 2237
12 TX 2564
13 TX 3103

THEREFORE, subject to the Court's approval, the parties AGREE and STIPULATE that the foregoing exhibits can be admitted into evidence without objection during this trial.

Dated: March 1, 2016                    Keker & Van Nest LLP

                                        By:  /s/ *Robert A. Van Nest*
                                             ROBERT A. VAN NEST

                                        Attorneys for Defendant
                                        GOOGLE INC.

Dated: March 1, 2016                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By:  /s/ *Annette L. Hurst*
                                             ANNETTE L. HURST

                                        Attorneys for Plaintiff
                                        ORACLE AMERICA, INC.

**ATTESTATION OF CONCURRENCE**

I, Robert Van Nest, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Expert Schedule, hereby attest that Annette L. Hurst concurs in this filing.

Dated: March 1, 2016

By: /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 1, 2016.

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING ADMITTED EXHIBITS
Case No. 3:10-cv-03561 WHA

1035190.01