1 | WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
402 W. Broadway, Suite 1800
San Diego, CA 92101-8103
Phone: (619) 231-4844
Fax: (619) 231-6710

EIMER STAHL LLP
Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Pamela R. Hanebutt (*pro hac vice*)
phanebutt@eimerstahl.com
Susan M. Razzano (*pro hac vice*)
srazzano@eimerstahl.com
Ameri R. Klafeta (SBN 225859)
aklafeta@eimerstahl.com
224 S. Michigan Avenue
Suite 1100
Chicago, IL  60604
Phone:  (312) 660-7600
Fax:  (312) 692-1718

*Counsel for Non-Party LG Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | ) | Case No. 3:10-cv-03561 WHA |
|---|---|---|
| Plaintiff, | ) | **MOTION FOR LEAVE TO WITHDRAW APPEARANCES FILED ON BEHALF OF NON-PARTY LG ELECTRONICS, INC. AND FOR TERMINATION OF ELECTRONIC NOTICES** |
| vs. | ) | |
| GOOGLE INC., | ) | |
| Defendant. | ) | Dept.: Courtroom 8, 19th Floor |
| | ) | Judge: Honorable William Alsup |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCES FILED ON BEHALF OF NON-PARTY LG ELECTRONICS, INC. AND FOR TERMINATION OF ELECTRONIC NOTICES**
CASE NO. 3:10-cv-03561 WHA                                                                                                                    1

1  Pursuant to Local Rule 11-5 of the Rules for the Northern District of California, John H.
2  L'Estrange, Jr., Nathan P. Eimer, Susan M. Razzano, Ameri R. Klafeta, and Pamela R. Hanebutt
3  hereby request leave to withdraw their appearances filed on behalf of non-party LG Electronics,
4  Inc. ("LG") and to terminate CM/ECF notices in this case to LG.  Appearances were filed in this
5  case on behalf of non-party LG for the limited purpose of filing a motion for protective order as to
6  certain confidential LG documents that Google intended to produce to Oracle (Dkt. No. 1484).
7  Magistrate Judge Ryu resolved the motion by Order dated February 19, 2016 (Dkt. No. 1510).  As a
8  non-party, LG and its counsel no longer wish to receive notice of activity in this case.  Advance
9  notice of this motion was given to the parties and neither has objected.

Dated: March 2, 2016                        EIMER STAHL LLP

                                            By:    /s/ Nathan P. Eimer
                                                   Nathan P. Eimer (*pro hac vice*)
                                                   neimer@eimerstahl.com
                                                   One of the Attorneys for
                                                   Non-Party LG Electronics, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

/s/ Nathan P. Eimer
Nathan P. Eimer

**MOTION FOR LEAVE TO WITHDRAW APPEARANCES FILED ON BEHALF OF NON-PARTY LG ELECTRONICS, INC. AND FOR TERMINATION OF ELECTRONIC NOTICES**
CASE NO. 3:10-cv-03561 WHA                                                                                           3