IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **FURTHER REQUEST FOR INFORMATION RE SOCIAL MEDIA INVESTIGATIONS** |

As part of the response due on Tuesday, each side shall please state specifically the extent to which counsel is permitted to access Twitter accounts of prospective jurors, including reviewing publicly available tweets, or signing on to the site to view the accounts that any prospective juror follows (once the prospective juror's name is used), or asking someone that follows a prospective juror's private account to disclose the contents of that account. Also state the extent to which counsel may ask Facebook friends or LinkedIn connections of prospective jurors to access their more private levels of postings or to provide a list of any prospective juror's connections on those networks.

**IT IS SO ORDERED.**

Dated: March 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE