IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **REQUEST RE EXPECTED TRIAL LENGTH** |

In the event the Court's calendar is clear to start the trial on May 9, the Court intends to pre-screen jurors for four weeks of availability (from jury selection through the verdict). By **NOON ON MARCH 17, 2016**, the parties are requested to advise as to the expected length of trial and whether pre-screening jurors for four weeks will be sufficient. By the same date, counsel will also please advise as to whether they will stipulate that the Court may exercise discretion in excusing potential jurors for hardships without needing to consult counsel.

Dated: March 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE