KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANT GOOGLE INC.'S RESPONSE TO REQUEST RE EXPECTED TRIAL LENGTH (ECF NO. 1534)** |
| GOOGLE INC., | |
| Defendant. | Dept.       Courtroom 8, 19th Fl.<br>Judge:      Hon. William Alsup |

Pursuant to the Court's request, Defendant Google Inc. ("Google") respectfully submits the following comments concerning the Request Re Expected Trial Length dated March 14, 2016 (ECF No. 1534).

Google estimates that both Phase One and Phase Two of the jury trial—as outlined in the Court's Tentative Trial Plan dated February 8, 2016 (ECF No. 1488)—will be completed in approximately two to three weeks. Accordingly, Google respectfully submits that pre-screening the jurors for no more than three weeks should be sufficient based on the expected length of trial.

In response to the Court's additional inquiry, Google does not object to the Court exercising its discretion in excusing potential jurors for hardship without needing to consult counsel.

Dated: March 17, 2016                                       KEKER & VAN NEST LLP

                                                By:   /s/ *Robert A. Van Nest*
                                                      ROBERT A. VAN NEST
                                                      CHRISTA M. ANDERSON
                                                      DANIEL PURCELL

                                                      Attorneys for Defendant
                                                      GOOGLE INC.