IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **REQUEST FOR RESPONSE** |
| Defendant. | |

By **TUESDAY MARCH 22, AT NOON**, Google will please respond to Oracle's latest argument regarding bifurcation.

Dated:   March 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE