IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **REQUEST FOR RESPONSE** |
| Defendant. | |

Oracle is hereby requested to respond to Google's contention that "Oracle simply misrepresents what Google's experts have said" regarding alleged inconsistencies between the respective positions taken by Google's experts on fair use and damages (Dkt. No. 1543 at 2). Oracle's response shall include as attachments the reports in question and shall set forth the quotations demonstrating the specific inconsistencies alleged and pincites for the quoted language. The response is due by **FRIDAY, MARCH 25 AT NOON**. Oracle's response shall not include any replies to any other issues.

**IT IS SO ORDERED.**

Dated: March 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE