| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN # 121570 |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST # 148738 |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY # 209218 |
| 4 | gramsey@orrick.com |
| | 405 Howard Street |
| 5 | San Francisco, California  94105-2669 |
| | Tel:     (415) 773-5700 |
| 6 | Fax:     (415) 773-5759 |
| 7 | PETER A. BICKS (*pro hac* vice) |
| | pbicks@orrick.com |
| 8 | LISA T. SIMPSON (*pro hac* vice) |
| | lsimpson@orrick.com |
| 9 | 51 West 52nd Street |
| | New York, New York  10019-6142 |
| 10 | Tel:     (212) 506-5000 |
| | Fax:     (212) 506-5151 |
| 11 | |
| | ORACLE CORPORATION |
| 12 | DORIAN DALEY # 129049 |
| | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER # 95527 |
| | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA # 211600 |
| | matthew.sarboraria@oracle.com |
| 15 | RUCHIKA AGRAWAL # 246058 |
| | ruchika.agrawal@oracle.com |
| 16 | 500 Oracle Parkway |
| | Redwood City, California 94065 |
| 17 | Tel:     (650) 506-5200 |
| | Fax:     (650) 506-7117 |
| 18 | |
| | *Attorneys for Plaintiff* |
| 19 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY ANDREW D. SILVERMAN** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Andrew D. Silverman (asilverman@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York, 10019, as additional counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: March 22, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Andrew D. Silverman*

ANDREW D. SILVERMAN
(SBN 246539)
ORRICK, HERRINGTON & SUTCLIFFE LLP
asilverman@orrick.com
51 West 52nd Street
New York, New York  10019-6142
Tel:    (212) 506-5000
Fax:    (212) 506-5151

Attorneys for Plaintiff
ORACLE AMERICA, INC.