| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE'S RESPONSE TO ECF NO. 1542** |
| v. | Dept.: Courtroom 8, 19th Floor |
| GOOGLE INC. | Judge: Honorable William H. Alsup |
| Defendant. | |

On March 21, 2016, the Court issued an order requesting further information regarding passive logged-out review of jurors' Facebook profiles. The Court's March 21 order provides:

> In its most recent brief on social media searches, Oracle indicated that it only intends to conduct passive Internet searches of the jurors for public social media posts in order to monitor for potential misconduct, such as posting commentary about the case and that its investigators would not log in to any social media sites while monitoring the jurors' online activity (Dkt. No.1537 at 1). As the Court understands it, however, Facebook users' "timelines" and lists of "friends" are not available to Internet users without Facebook accounts (or users who have logged out of their Facebook accounts). This limitation applies regardless of the user's privacy settings. By WEDNESDAY, MARCH 23 AT NOON, Oracle will please clarify how it intends to use passive logged-out review of jurors' Facebook profiles to monitor any juror misconduct throughout the course of the trial.

ECF No. 1542.

Facebook permits users to configure their privacy settings so that timeline posts, photographs, and other user information are viewable by persons who are not logged into Facebook. Oracle's proposal is that the parties be permitted to conduct passive searches for such public information only by persons who are not logged into Facebook.

Dated: March 23, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Peter A. Bicks*
PETER A. BICKS

Attorneys for Plaintiff
ORACLE AMERICA, INC.