IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER CLARIFYING BRIEFING SCHEDULE ON MOTIONS *IN LIMINE*** |
| Defendant. / | |

The parties have filed a joint letter seeking clarification regarding the timeline for filing motions in *limine* (Dkt. No. 1546). All motions should be *filed* thirty-five days prior to the final pretrial conference rather than collated and filed only once all briefing is complete. Similarly, all oppositions and replies should be filed as they come due.

**IT IS SO ORDERED.**

Dated: March 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE