```
 1  ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
 2  kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
 3  ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
 4  gramsey@orrick.com
    405 Howard Street, San Francisco, CA 94105
 5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (pro hac vice)
 6  pbicks@orrick.com
    LISA T. SIMPSON (pro hac vice)
 7  lsimpson@orrick.com
    51 West 52nd Street, New York, NY 10019
 8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

 9  BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (pro hac vice)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY 10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA 94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
15  dorian.daley@oracle.com
    DEBORAH K. MILLER (SBN 95527)
16  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (SBN 211600)
17  matthew.sarboraria@oracle.com
    RUCHIKA AGRAWAL (SBN 246058)
18  ruchika.agrawal@oracle.com
    500 Oracle Parkway,
19  Redwood City, CA 94065
    Tel: 650.506.5200 / Fax: 650.506.7117
20
    Attorneys for Plaintiff
21  ORACLE AMERICA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>          Plaintiff, <br>     v. <br><br> GOOGLE INC., <br><br>          Defendant. | Case No. CV 10-03561 WHA <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL MANUALLY FILED EXHIBITS TO DECLARATION OF ANDREW D. SILVERMAN** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file under seal the manually filed portions of Exhibit 9 to the Declaration of Andrew D. Silverman in Support of Oracle's Motions In Limine pursuant to Civil Local Rules 7-11 and 79-5.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5. Stipulated Protective Order § 14.4, ECF No. 66.

Oracle understands that Google Inc. ("Google") has designated the February 8, 2016 Expert Report of Dr. Itamar Simonson ("Report") and supporting materials thereto as "CONFIDENTIAL" pursuant to the Protective Order. Accordingly, Oracle moves to seal the manually filed portions of Exhibit 9 to the Declaration of Andrew D. Silverman, which comprise exhibits to D, G, and I to Dr. Simonson's Report, pursuant to the Protective Order.

Oracle states no position as to whether disclosure of these materials would cause harm to Google or any third parties.

Dated: March 23, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By: /s/ Annette Hurst

Attorneys for Plaintiff
ORACLE AMERICA, INC.