1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA 94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY 10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA 94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S MOTION IN LIMINE # 1 RE: OPENJDK**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Motion *In Limine* #1.  Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated portions of Oracle's Motion *In Limine* #1 should be sealed and that counsel for Oracle America, Inc. may file the following portions of its Motion under seal:

| Page(s) | Text to be Sealed |
|---|---|
| 3 | Text within the parenthetical found at line 19 to line 21 |
| 3 | Text found between lines 23 and 26 |
| 4 | Text within the two parentheticals found at lines 10 through 14 |
| 4 | The first seven words of line 16 |
| 4 | Text within the three quotations found at lines 16 through 19 |
| 4 | Text found within the parenthetical found at line 22 |
| 5 | Text found at line 22 between the words "was" and "and" |
| 5-6 | Text found at page 5, line 24 through page 6, line 1 between the words "Google" and "Ex. 25" |
| 6 | The text found at line 2 through line 3 between the words "Google" and "*Id.*" |
| 6 | The text found within the quotation marks in footnote 10 |
| 10 | The text found at lines 7 through 9 between the words "not" and "*Supra*;" |
| 10 | The text found at lines 10 through 11 between the words "regarding" and "and;" |
| 10 | The text found at line 12 between the words "or" and "*See*" |

**IT IS SO ORDERED.**

Dated: _____

                                      Honorable. William Alsup
                                 United States District Court Judge