| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY 10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA 94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
| | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ORACLE'S MOTION IN LIMINE #1 TO EXCLUDE EVIDENCE OF OPENJDK, INCLUDING EXPERT TESTIMONY THEREOF** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

1   This Court has read and considered Plaintiff Oracle America, Inc.'s Motion in Limine #1
2   To Exclude Evidence Of OpenJDK, Including Expert Testimony Thereof, and any Opposition
3   thereto and Reply in support thereof, and any and all additional supporting papers.
4   Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS
5   HEREBY ORDERED THAT Oracle's Motion is GRANTED.
6   All evidence, testimony, and opinions (including expert opinions) about OpenJDK that is
7   premised upon the notion that Google could have used OpenJDK for Android in 2007 or any time
8   thereafter is excluded from the trial under Federal Rules of Evidence 402, 403, 702, 703, and
9   *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), as irrelevant, unreliable,
10  prejudicial, confusing, misleading, and unduly consumptive of trial time.  Exemplary examples of
11  excluded evidence, argument, expert opinion, and testimony include: (1) any suggestion that
12  Android could have used or been based on OpenJDK; (2) any mention of a counterfactual
13  scenario involving OpenJDK, such as OpenJDK as a non-infringing alternative to Google's use of
14  the 37 Java API packages; (3) any evidence of Google's recent actions or purported plans to use
15  OpenJDK in Android, such as Google's Christmas Eve 2015 publication of Android source code;
16  and (4) any evidence or argument that because Google could have adopted OpenJDK, Google did
17  not harm the market for the commercial version of the Java SE platform.  Excluded and stricken
18  materials also include the expert reports, opinions, and testimony of Mr. Andrew Hall.  Mr. Hall's
19  reports, opinions, and testimony are excluded for the same reasons as the above-excluded
20  evidence, testimony, and opinions regarding OpenJDK as well as under Federal Rules of
21  Evidence 402, 403, 702, and 703 as irrelevant and prejudicial, involving matters for which expert
22  opinion is improper, and pertaining to technical matters for which Mr. Hall is not qualified as an
23  expert.
24  IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING ORACLE'S
MOTION IN LIMINE #1 TO EXCLUDE EVIDENCE
OF OPENJDK, INCLUDING EXPERT TESTIMONY