| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
|   | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
|   | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
|   | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
|   | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
|    | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
|    | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
|    | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
|    | DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com |
|    | DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com |
|    | MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com |
|    | RUCHIKA AGRAWAL (SBN 246058) |
| 18 | ruchika.agrawal@oracle.com |
|    | 500 Oracle Parkway, |
| 19 | Redwood City, CA 94065 |
|    | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | |
|    | *Attorneys for Plaintiff* |
| 21 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE AMERICA, INC., | | Case No. CV 10-03561 WHA |
| | Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S MOTION IN LIMINE #3 REGARDING DR. ASTRACHAN** |
| v. | | |
| GOOGLE INC., | | |
| | Defendant. | Hearing:  April 27, 2016, 8:00 a.m. |
| | | Dept.: Courtroom 8, 19th Floor |
| | | Judge: Honorable William H. Alsup |

1   Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its Motion *In Limine* #3 Regarding Dr. Astrachan ("Motion") under seal pursuant to Civil Local Rules 7-11 and 79-5.

4   The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5. Stipulated Protective Order § 14.4, ECF No. 66.

9   Google Inc. ("Google") has designated certain materials discussed in Oracle's Motion as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. Therefore, Oracle moves to seal the portions of its Motion that discuss this designated material pursuant to the Protective Order.

13  Oracle states no position as to whether disclosure of these materials would cause harm to Google or any third parties.

Dated: March 23, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By:   */s/ Andrew D. Silverman*

Attorneys for Plaintiff
ORACLE AMERICA, INC.