ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION IN LIMINE #3 REGARDING DR. ASTRACHAN**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1   This Court has read and considered Plaintiff Oracle America, Inc.'s Motion in Limine #3
2   Regarding Dr. Astrachan, as well as any Opposition thereto and Reply in support thereof, and any
3   and all additional supporting papers.
4   Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS
5   HEREBY ORDERED THAT Oracle's Motion is GRANTED.
6   Dr. Astrachan's analysis, opinions, and conclusions are stricken and his testimony on
7   those matters identified in Oracle's motion are excluded under Federal Rules of Evidence 402,
8   403, 702, 703, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its
9   progeny.
10   Specifically, Dr. Astrachan's opinions and conclusions related to the fair use factor one
11   sub-issues of transformative and commercial use, and his testimony on the same, are hereby
12   excluded as legally irrelevant and prejudicial as they are inconsistent with applicable law,
13   including the appellate opinion of the Federal Circuit in this case, and because Dr. Astrachan, as a
14   computer scientist, offers opinions on economic and commercial issues that he is not qualified to
15   render. Dr. Astrachan is Defendant Google's only expert witness on fair use factor one, therefore
16   this Order excluding Dr. Astrachan's opinions and testimony, along with Google's admissions
17   and the Federal Circuit's decision on factor one, precludes Google from offering evidence or
18   testimony at trial that its use of Java SE is not commercial and not transformative.
19   Dr. Astrachan's analysis, opinions, and conclusions that Google was forced to copy the
20   declaring code or the structure, sequence, and organization of the 37 Java API packages in order
21   to access the functionality of the Java programming language, and his testimony on the same, are
22   excluded as irrelevant, prejudicial, and contrary to the appellate opinion of the Federal Circuit and
23   Google's prior admissions in this case.
24   Dr. Astrachan's analysis, opinions, and conclusions related to fair use factor four, the
25   effect on the potential market for or the value of Java SE, and his testimony on the same, are
26   hereby excluded as unreliable and prejudicial because Dr. Astrachan, a computer scientist, is not
27   qualified to render opinions on economic and commercial issues, and he applies no discernible,
28   repeatable, or generally accepted methodology.

1
2    IT IS SO ORDERED.
3
4                                              _____
                                               THE HONORABLE WILLIAM ALSUP
5                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28