1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON *pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
    dorian.daley@oracle.com
15  DEBORAH K. MILLER (SBN 95527)
    deborah.miller@oracle.com
16  MATTHEW M. SARBORARIA (SBN 211600)
    matthew.sarboraria@oracle.com
17  RUCHIKA AGRAWAL (SBN 246058)
    ruchika.agrawal@oracle.com
18  500 Oracle Parkway,
    Redwood City, CA 94065
19  Tel: 650.506.5200 / Fax: 650.506.7117

20  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

21                     UNITED STATES DISTRICT COURT

22                    NORTHERN DISTRICT OF CALIFORNIA

23                         SAN FRANCISCO DIVISION

24  ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

25              Plaintiff,                  **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S MOTION IN LIMINE # 4 REGARDING DR. LEONARD**
         v.
26  GOOGLE INC.

27              Defendant.                  Dept.: Courtroom 8, 19th Floor
                                            Judge: Honorable William Alsup
28

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Motion *In Limine* #4 Regading Google's Damages Expert Dr. Leonard. Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated portions of Oracle's Motion *In Limine* #4 should be sealed and that counsel for Oracle America, Inc. may file the following portions of its Motion under seal:

| Page(s) | Text to be Sealed |
|---|---|
| 5 | The dollar value on line 25. |
| 7 | The dollar value on line 7. |
| 7 | The percentage value that appears on line 20. |
| 9 | The phrase beginning on line 18 after "Google's" and ending on line 19 before the word "*See*." |
| 10 | The dollar value on line 12. |
| 10 | The dollar value on line 21. |

**IT IS SO ORDERED.**

Dated: _____

                                            Honorable. William Alsup
                                       United States District Court Judge