ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br>  v.<br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION IN LIMINE #4 REGARDING GOOGLE'S DAMAGES EXPERT, DR. LEONARD**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1   This Court has read and considered Plaintiff Oracle America, Inc.'s Motion in Limine #4
2   Regarding Google's Damages Expert, Dr. Leonard, and any Opposition thereto and Reply in
3   support thereof, and any and all additional supporting papers.

4   Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS
5   HEREBY ORDERED THAT Oracle's Motion is GRANTED.

6   Portions of Dr. Leonard's analysis, opinions, and conclusions are stricken and his
7   testimony on those matters excluded under Federal Rules of Evidence 402, 403, 702, 703, and
8   *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny because they
9   are legally irrelevant, erroneous, unreliable, prejudicial, based on flawed methodology, and (in
10  some instances) rely on information and estimates of information that Google refused to produce
11  in discovery.

12  Specifically, Dr. Leonard's analysis, opinions, conclusions, and testimony regarding the
13  causal nexus and apportionment elements of infringer's profits (disgorgement) are excluded in
14  their entirety. Dr. Leonard's causal nexus and "bottom up" apportionment opinions as well as
15  portions of his expense deductions opinions are based on counterfactual non-infringing
16  alternatives that are legally irrelevant and prejudicial. Dr. Leonard's "bottom up" apportionment
17  analyses are independently excluded as unreliable, prejudicial, and premised on information and
18  estimates of information that Google refused to produce in discovery.

19  Dr. Leonard's "top down" apportionment approaches (the line-per-line valuations) are
20  excluded as legally irrelevant, unreliable, and based on technical information for which Dr.
21  Leonard is not qualified to opine.

22  Finally, Dr. Leonard's deduction for traffic acquisition costs ("TAC") is excluded is
23  irrelevant, erroneous, and unreliable.

24  IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING ORACLE'S
MOTION IN LIMINE #4 REGARDING GOOGLE'S
DAMAGES EXPERT, DR. LEONARD