KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 5 RE LINDHOLM EMAIL**<br><br>Hearing:     April 27, 2016<br>Dept.         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

1  Before the Court is Defendant Google Inc.'s Motion *in limine* seeking an order mandating that, to the extent that Oracle seeks to offer the Lindholm email (Trial Exhibit 10) in evidence, Google may offer evidence concerning the pre-lawsuit negotiation that led to this exchange.

Having considered the Motion, the pleadings on file and any other relevant materials, the Court hereby **GRANTS** Google's Motion.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S
MOTION IN LIMINE NO. 5 RE LINDHOLM EMAIL
Case No.  CV 10-03561 WHA

1045291