1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21              UNITED STATES DISTRICT COURT

22             NORTHERN DISTRICT OF CALIFORNIA

23                 SAN FRANCISCO DIVISION

24 ORACLE AMERICA, INC.                    Case No. CV 10-03561 WHA

25              Plaintiff,                 **DECLARATION OF ANDREW D.
                                           SILVERMAN IN SUPPORT OF
          v.                               ADMINISTRATIVE MOTION TO FILE
26 GOOGLE INC.                             UNDER SEAL MOTION IN LIMINE #5
                                           RE: DR. SIMONSON**
              Defendant.
27                                         Dept.: Courtroom 8, 19th Floor
                                           Judge: Honorable William H. Alsup
28

                                          DECL. OF ANDREW D. SILVERMAN RE:
                                          ADMIN MOT. TO FILE UNDER SEAL RE:
                                          ORACLE'S MOTION IN LIMINE #5
                                          CV 10-03561 WHA

I, Andrew D. Silverman, declare and state as follows:

1.     I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2.     I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Portions of Oracle's Motion *In Limine* #5 to Exclude Google's Survey Expert, Dr. Simonson.

3.     The following portions of Oracle's motion summarize, quote from, or reproduce materials that have been designated by Google Inc. as "CONFIDENTIAL" pursuant to the Protective Order:

- Page 1, line 6 starting with the word following "packages." through the next to last word on line 10 of the same page.

- Page 1, line 16 starting with the word after "not" through the word preceding "Dr."

- Page 2, line 14 starting with the word following "APIs as" through the word preceding "*See*" on line 15.

- Page 3, line 24 starting with the word following "developers" through the word preceding "But" on page 3, line 1.

- Page 3, line 9 starting with the word following "was" through the word preceding "Ex. 9" on line 10.

- Page 3, line 11 stating with the word following "conclude that" through the last word on line 13.

- Page 3, line 20 starting with the first word through the word preceding "But."

- Page 3, line 21 starting with the word following "*respondents*" through the word preceding "Ex. 11."

DECL. OF ANDREW D. SILVERMAN RE:
ADMIN MOT. TO FILE UNDER SEAL RE:
ORACLE'S MOTION IN LIMINE #5
CV 10-03561 WHA

- Page 3, line 22, starting with the word following "respondents" through the last word on line 23.

- Page 3, line 24, starting with the word following "***one***" through the word preceding "Ex. 11" on line 25.

- Page 3, n.2 starting with the word following "who" through the word preceding "However;" and the quotations; and starting with the first word the last line of the footnote on page 3 through the end of that sentence.

- Page 4, line 1 starting with the word after "in fact" through the next to last word of line 1.

- Page 4, line 2 starting with the sixth word through the word preceding "Ex. 9" on line 4.

- Page 4, line 5 starting with the seventh word on line 5 through the partial word at the beginning of line 9.

- Page 4, line 9 beginning with the word following "respondents did" through the fourth word on line 10.

- Page 4, line 10, starting with the next to last full word through the word preceding "The survey" on line 11.

- Page 4, n.2 starting with the word following "question about" through the word preceding "Ex" on the same line.

- Page 4, n.2 starting with the next to last full word on the second line through the sixth full word on the third line.

- Page 4, n.2 starting with the word following "18 respondents" on the fourth line through the word preceding "only *one*" on the fifth line.

- Page 4, n.2 starting with the word in quotes on the fifth line through the third word on the sixth line.

- Page 5, line 10 starting with the third word through the sixth word.

- The phrase in quotes starting on Page 5, line 11 and continuing onto line 12.

1
- Page 5, line 12 starting with the single word in quotes through the eighth word on
2
line 17.
3
- Page 5, line 18 starting with the ninth word through the fourth word on line 21.
4
- Page 6, line 1 starting with the word following "measure" through the word
5
preceding "Ex. 9" on line 2.
6
- Page 6, line 22 starting with the next to last full word through the fifth full word on
7
line 23.
8
4.      I declare under penalty of perjury under the laws of the United States that the
9
foregoing is true and correct.
10
Executed this 23rd day of March, 2016, at New York, NY.
11
*/s/ Andrew D. Silverman*
12
Andrew D. Silverman
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF ANDREW D. SILVERMAN RE:
ADMIN MOT. TO FILE UNDER SEAL RE:
ORACLE'S MOTION IN LIMINE #5
CV 10-03561 WHA