1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                      UNITED STATES DISTRICT COURT

22                     NORTHERN DISTRICT OF CALIFORNIA

23                          SAN FRANCISCO DIVISION

24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
25 | Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S MOTION IN LIMINE # 5 RE: DR. SIMONSON** |
   | v. | |
26 | GOOGLE INC. | |
27 | Defendant. | Dept.: Courtroom 8, 19th Floor
Judge: Honorable William Alsup |
28

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Motion *In Limine* #5 Regarding Dr. Simonson. Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated portions of Oracle's Motion *In Limine* #5 should be sealed and that counsel for Oracle America, Inc. may file the following portions of its Motion under seal:

| Page(s) | Text to be Sealed |
|---|---|
| 1 | Text found at line 6 starting with the word following "packages" through the next to last word on line 10 of the same page |
| 1 | Text found at line 16 starting with the word after "not" through the word preceding "Dr." |
| 2 | Text found at line 14 starting with the word following "APIs as" through the word preceding "See" on line 15 |
| 3 | Text found at line 24 starting with the word following "developers" through the word preceding "But" on page 3, line 1. |
| 3 | Text found at line 9 starting with the word following "was" through the word preceding "Ex. 9" on line 10 |
| 3 | Text found at line 11 stating with the word following "conclude that" through the last word on line 13 |
| 3 | Text found at line 20 starting with the first word through the word preceding "But." |
| 3 | Text found at line 21 starting with the word following "respondents" through the word preceding "Ex. 11." |
| 3 | Text found at line 22, starting with the word following "respondents" through the last word on line 23 |

- 1 -

[PROPOSED] ORDER
CV 10-03561 WHA

| | | |
|---|---|---|
| | 3 | Text found at line 24, starting with the word following "*one*" through the word preceding "Ex. 11" on line 25 |
| | 3 | Text found in footnote 2 starting with the word following "who" through the word preceding "However;" and the quotations |
| | 4 | Text found at line 1 starting with the word after "in fact" through the next to last word of line 1 |
| | 4 | Text found at line 2 starting with the sixth word through the word preceding "Ex. 9" on line 4 |
| | 4 | Text found at line 5 starting with the seventh word on line 5 through the partial word at the beginning of line 9. |
| | 4 | Text found at line 9 beginning with the word following "respondents did" through the fourth word on line 10. |
| | 4 | Text found at line 10, starting with the next to last full word through the word preceding "The survey" on line 11. |
| | 4 | Text found in footnote 2 starting with the word following "question about" through the word preceding "Ex" on the same line |
| | 4 | Text found in footnote 2 starting with the next to last full word on the second line through the sixth full word on the third line |
| | 4 | Text found in footnote 2 starting with the word following "18 respondents" on the fourth line through the word preceding "only *one*" on the fifth line |
| | 4 | Text found in footnote 2 starting with the word in quotes on the fifth line through the third word on the sixth line |
| | 5 | Text found at line 10 starting with the third word through the sixth word. |
| | 5 | Text found in quotes starting on Page 5, line 11 and continuing onto line 12 |
| | 5 | Text found at line 12 starting with the single word in quotes through the eighth word on line 17 |
| | 5 | Text found at line 18 starting with the ninth word through the fourth word on |

| | |
|---|---|
| | line 21 |
| 6 | Text found at line 1 starting with the word following "measure" through the word preceding "Ex. 9" on line 2 |
| 6 | Text found at line 22 starting with the next to last full word through the fifth full word on line 23 |

**IT IS SO ORDERED.**

Dated: _____

                                             Honorable. William Alsup
                                             United States District Court Judge