KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE CERTAIN TESTIMONY FROM EXPERT REPORT OF DR. CHRIS F. KEMERER** <br><br> Hearing:     April 27, 2016 <br> Dept.         Courtroom 8, 19th Fl. <br> Judge:       Hon. William Alsup |

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 1 TO
EXCLUDE CERTAIN TESTIMONY FROM EXPERT REPORT OF DR. CHRIS F. KEMERER
Case No. CV 10-03561 WHA

1045286

1    Before the Court is Defendant Google Inc.'s Motion to exclude all evidence, opinion and
2    argument offered by Oracle America, Inc. ("Oracle") in reliance on and regarding (1) the
3    purported "centrality" and "stability" analyses described in the expert reports of Dr. Chris F.
4    Kemerer (used to support his purported opinions that the APIs at issue were highly central to Java
5    and Android, and that those APIs were more stable than others), and (2) the confusing and
6    misleading use of the term "API" to discuss products and services not at issue in this case.
7    Having considered the Motion, the pleadings on file and any other relevant materials, the
8    Court hereby **GRANTS** Google's Motion.

10   **IT IS SO ORDERED**.

11   Dated:

13                                              By: _____
                                                    HON. WILLIAM ALSUP
14                                                  UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 1 TO
EXCLUDE CERTAIN TESTIMONY FROM EXPERT REPORT OF DR. CHRIS F. KEMERER
Case No.  CV 10-03561 WHA

1045286