KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 3 RE IRRELEVANT TESTIMONY INTENDED TO SUGGEST VIOLATION OF PRIVACY OR ANTITRUST LAWS**<br><br>Hearing:      April 27, 2016<br>Dept.           Courtroom 8, 19th Fl.<br>Judge:         Hon. William Alsup |

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 3
RE IRRELEVANT TESTIMONY INTENDED TO SUGGEST
VIOLATION OF PRIVACY OR ANTITRUST LAWS
Case No.  CV 10-03561 WHA

1045289

1. Before the Court is Defendant Google Inc.'s Motion to preclude Oracle from introducing at trial improper and irrelevant evidence or argument incorrectly insinuating that Google is violating the jurors' privacy rights, privacy laws, and antitrust laws. This includes evidence or argument reflected in Oracle's expert reports relating to: (1) Google's purported collection, use and sale of user data; and (2) purported attempts by Google to "control" or "dominate" markets.

Having considered the Motion, the pleadings on file and any other relevant materials, the Court hereby **GRANTS** Google's Motion.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 3
RE IRRELEVANT TESTIMONY INTENDED TO SUGGEST
VIOLATION OF PRIVACY OR ANTITRUST LAWS
Case No.  CV 10-03561 WHA

1045289