KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:   (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 2 RE NEW PRODUCTS** <br><br> Hearing:   April 27, 2016 <br> Dept.       Courtroom 8, 19th Fl. <br> Judge:     Hon. William Alsup |

1  Before the Court is Defendant Google Inc.'s Motion to exclude all evidence and argument during the jury trial regarding new products that will not be in play at the retrial pursuant to this Court's February 5, 2016 Order. *See* ECF No. 1479.

Having considered the Motion, the pleadings on file and any other relevant materials, the Court hereby **GRANTS** Google's Motion.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE