KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF RENNY HWANG IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS**<br><br>Dept.         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

DECL. OF RENNY HWANG IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE
MOTION TO SEAL MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS
Case No.  3:10-cv-03561 WHA

1041969

1    I, RENNY HWANG, declare as follows:

2    1. I am an attorney employed by Google Inc. ("Google"), where I have served as
3    senior litigation counsel for the last six years. My job responsibilities include, but are not limited
4    to, supervising our outside counsel in connection with litigation matters (such as this one), as well
5    as familiarizing myself with the areas of Google's businesses and documentation concerning
6    those businesses as they related to litigation matters under my supervision. I submit this
7    declaration in support of Google's Motion to Seal Motions in Limine and Corresponding
8    Exhibits. I have knowledge of the facts set forth herein, and if called upon as a witness, I could
9    testify to them competently under oath.

10   2. I have reviewed the materials listed in Google's Motion to Seal Motions in Limine
11   and Corresponding Exhibits. The materials listed contain Google's extremely confidential and
12   commercially sensitive financial information. Google does not publically allocate revenue or
13   profits to Android separate and apart from Google's general business. Google considers that non-
14   public financial data to be highly sensitive, and public disclosure of the information described
15   herein could have significant negative effects on Google's business.

16   3. In addition, the materials listed in Google's Motion to Seal Motions in Limine and
17   Corresponding Exhibits contain sensitive information related to Google's agreement with third
18   parties. Google has always treated it as such. The information within the agreements is subject to
19   stringent confidentiality requirements contained within the relevant agreement. Indeed, Google
20   places strict limits on who has access to the terms of these agreements to ensure confidentiality is
21   retained. Also, Google does not disclose this information to the public. Public disclosure of this
22   information could severely and adversely impact Google's ability to negotiate, among other
23   things, similar terms with other third parties in connection with similar agreements now or in the
24   future.

25   //
26   //
27   //
28   //

1

DECL.OF RENNY HWANG IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE
MOTION TO SEAL MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS
Case No. 3:10-cv-03561 WHA

1041969

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of March, 2016 at San Francisco, California.

By: *Renny Hwang*
RENNY HWANG

ATTESTATION OF FILER

I, Robert A. Van Nest, have obtained Renny Hwang's concurrence to file this document on his behalf.

Dated:  March 23, 2016                                   KEKER & VAN NEST LLP

By: /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.

2
DECL.OF RENNY HWANG IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE
MOTION TO SEAL MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS
Case No.  3:10-cv-03561 WHA

1041969