```
 1  KEKER & VAN NEST LLP
    ROBERT A. VAN NEST - # 84065
 2  rvannest@kvn.com
    CHRISTA M. ANDERSON - # 184325
 3  canderson@kvn.com
    DANIEL PURCELL - # 191424
 4  dpurcell@kvn.com
    633 Battery Street
 5  San Francisco, CA 94111-1809
    Telephone:     (415) 391-5400
 6  Facsimile:     (415) 397-7188

 7  KING & SPALDING  LLP
    BRUCE W. BABER (pro hac vice)
 8  bbaber@kslaw.com
    1185 Avenue of the Americas
 9  New York, NY 10036
    Telephone:     (212) 556-2100
10  Facsimile:     (212) 556-2222

11  Attorneys for Defendant
    GOOGLE INC.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATION MOTION TO SEAL MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Dept.     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATION MOTION TO SEAL MOTIONS IN
LIMINE AND CORRESPONDING EXHIBITS
Case No.  3:10-cv-03561 WHA

1045296.01

1   **IT IS HEREBY ORDERED** that the designed portions of the following documents
2   should be sealed and that counsel for Google Inc. may file the following under seal:

| Title of Document to be Seal | Entirety or Portion Thereof |
|---|---|
| January 8, 2016 Report of James E. Malackowski (Bayley Decl. Ex. F) | GOOGLE:  ¶ 38; ¶ 51; ¶ 118; ¶ 132; ¶¶1 53-158; ¶ 163; ¶ 173; ¶ 216; ¶¶ 249-50; ¶ 255; ¶ 256; ¶ 258; ¶ 260; ¶ 263; ¶ 267; ¶¶ 274-276; ¶ 282; ¶ 284; ¶ 286; ¶ 288; ¶ 290; ¶¶ 292-294; ¶¶ 300-303; ¶ 305; ¶ 307; ¶¶ 315-316; and FIGS. 3, 31-32, 36, 40-41, 43-44, 45, 46, and 47, p. 92 (ex. 7); p. 93 (ex. 7.1), p. 94 (ex. 8), p. 95 (ex. 8.1).<br><br>ORACLE:  ¶33, FN 53, ¶ 191, ¶ 193, ¶195-196, ¶197, Figure 26, ¶ 199, Figure 27, ¶ 203, Figure 28, ¶ 212, ¶ 213. Ex, p 84-85, ex. 12.1, ex. 12.2, ex. 12.4, 12.6, ex. 12.9. |
| February 29, 2016 Expert Report of James E. Malackowski (Bayley Decl. Ex. G) | GOOGLE: ¶67; ¶69; ¶73; ¶¶79-80; ¶83; ¶¶85-86;¶ 90; ¶¶92-94; fn. 85; fn. 88; ¶¶97-99; ¶107; ¶¶274-279; FIG. 12; ¶¶281-284; ¶¶291-293; ¶298; ¶¶302-304; FIG 13; p. 162-180 (ex. 7-8.1); p. 202-206 (ex. 14-14.2).<br><br>ORACLE: ¶59; ¶155; ¶173; ¶¶175-76; ¶183; ¶188; ¶191; ¶192; ¶196; FIG. 9; ¶198; ¶¶200-201; ¶203; ¶¶206-207; ¶¶210-212; FIG 11; ¶¶213-215; ¶217; ¶¶219-221; ¶153; ¶¶187-198 (ex. 12-12.10). |
| March 16, 2016 Depo. Testimony (Karwande | GOOGLE: 93:3, 93:35.6, 93:9, 232:6, 232:12, |

1

[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATION MOTION TO SEAL MOTIONS IN
LIMINE AND CORRESPONDING EXHIBITS
Case No.  3:10-cv-03561 WHA (DMR)

1045296.01

| | | |
|---|---|---|
| 1 2 3 | Decl. Ex. 6) | 232:19, 232:22, 233:7, 343:4, 343:6, 348:7 ORACLE: entire transcript designated Oracle HC-AEO |
| 4 5 6 7 8 9 10 11 12 13 14 15 16 17 | February 8, 2016 Report of Dr. Jaffe (Bayley Decl. Ex. A) | GOOGLE: ¶ 12, ¶ 21, ¶25, FIG. 30, ¶ 197, ¶ 221, FIG. 39, n.299, ¶ 224, n.321, ¶ 234-235, n.328, FIG. 43, ¶ 240, ¶ 244, ¶ 246, ¶ 249, ¶ 255, ¶ 258, FIG. 47, tbl. 6, FIG. 48, ¶ 267, ¶ 269, ¶ 272, FIG. 49, ¶ 273, ¶ 274, FIG. FIG. 61, ¶ 339, ¶ 340, ¶385, ¶ 389, Exs. 8-9, Exs. 11-16. ORACLE: ¶58, fn 35, ¶ 61, ¶62, figure 23, ¶ 125-126, ¶ 296, ¶ 299, ¶ 301, fn 411, fn 412, figure 50, ¶ 309, table 7, table 8, fn 444, fn 448, fn 450, fn 452, fn 456, fn 460, ¶ 353, fn 486, ¶ 355, ¶ 356, ¶ 363, fn 506, fn 507, ¶ 370, figure 71, ¶ 373, ¶375, ¶ 383, ¶ 388, ¶ 394, ¶ 400, ¶ 402-403, ¶417-418, fn 598, ¶ 421, ¶ 424, Ex 6, Ex 22 |
| 18 19 | February 29, 2016 Report of Dr. Jaffe (Bayley Decl. Ex. B) | GOOGLE: ¶ 36, ¶ 37, ¶ 56 |
| 20 21 22 | January 8, 2016 Report of Dr. Chris Kemerer (Bayley Decl. Ex. C) | GOOGLE:  pp. 216-217. ORACLE:  fn. 149, fn. 150, fn. 153; ¶204; fn. 165, fn. 170, fn. 171; ¶249; fns. 238; fn. 240 |
| 23 24 | February 8, 2016 Report of Dr. Chris Kemerer (Bayley Decl. Ex. D) | GOOGLE: ¶¶ 208-209 |
| 25 26 27 | Defendant Google Inc.'s Motion in Limine No. 4 to Strike Market Harm Testimony from Expert Report of Dr. Adam Jaffe | GOOGLE: 3:7-10, 4:23-26, 5:3-6, 6:2-9 ORACLE: 3:7-9; 5:4-6; 6:3-9 |

28

2
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATION MOTION TO SEAL MOTIONS IN
LIMINE AND CORRESPONDING EXHIBITS
Case No.  3:10-cv-03561 WHA (DMR)

1045296.01

| | |
|---|---|
| Defendant Google Inc.'s Motion in Limine No. 6 to exclude Portions of Expert Report and Testimony of James Malackowski | GOOGLE: 1:11-12, 1:26-27, 2:3, 2:15, 4:19, 4:21, 6:2, 6:5, 6 n.2, 15:19, 16:14-16, 20:13, 24:24, 24L26-27, 25:1, 25:7, 25:11-12 ORACLE: 24:24, 26-27, 25:1. |
| Karwande Decl. Ex. 2 (deposition transcript of Adam B. Jaffe, taken March 10, 2016). | Entire exhibit designated Oracle HC-AEO |
| Karwande Decl. Ex. 3 (deposition transcript of Douglas Schmidt, taken March 4, 2016). | Entire exhibit designated Oracle HC-AEO |
| Karwande Decl. Ex. 6 (excerpts from the deposition of James Malackowski, taken March 17, 2016). | Entire exhibit designated Oracle HC-AEO |
| Karwande Decl. Ex. 9 (excerpts from the deposition of Mike Ringhofer, taken December 2, 2016.) | Entire exhibit designated Oracle HC-AEO |
| Karwande Decl. Ex. 10 (EX 1371) | Entire exhibit designated Oracle HC-AEO |
| Karwande Decl. Ex. 11 (excerpts from the deposition of Henrik Stahl, taken January 14, 2016.). | Entire exhibit designated Oracle HC-AEO |

**IT IS SO ORDERED.**

Dated: _____

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATION MOTION TO SEAL MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS
Case No.  3:10-cv-03561 WHA (DMR)

1045296.01