KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S MOTIONS IN LIMINE NOS. 1-6** <br><br> Hearing:    April 27, 2016 <br> Dept.        Courtroom 8, 19th Fl. <br> Judge:       Hon. William Alsup |

1  I, MAYA KARWANDE, declare as follows:

2  1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. In accordance with Local Rule 79-5(d)(1)(A), I submit this declaration in support of Google's Motions in Liminie. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Chris Kemerer, taken March 3, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Adam B. Jaffe, taken March 10, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Douglas Schmidt, taken March 4, 2016.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Expert Report of Ian Cockburn, dated February 3, 2012.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Opening Expert Report of Dr. Owen Astrachan on Technical Issues Relating to Fair Use, dated January 8, 2016.

7. Attached hereto as **Exhibit 6** excerpts from the deposition of James Malackowski, taken March 17, 2016.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an email from Tim Lindholm to Andy Rubin and benlee@google.com, sent August 6, 2010, Trial Exhibit 10.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the Corrected Expert Report of Dr. Gregory K. Leonard, dated March 10, 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Mike Ringhofer, taken December 2, 2016.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Terrance Barr to Nicholas Williams, sent November 14, 2007, marked as deposition exhibit 1371.

1

DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S
MOTIONS IN LIMINE NOS. 1-6
Case No. 3:10-cv-03561 WHA

1042102

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition of Henrik Stahl, taken January 14, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of March, 2016 at San Francisco, California.

By:  */s/ Maya Karwande*
     Maya Karwande