# EXHIBIT 1

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

   _____

5                                 )

   ORACLE AMERICA, INC.,          )

6                                 )

          Plaintiff,              )

7                                 )

      vs.                         )Case No.:

8                                 )3:10-cv-03561-WHA

   GOOGLE, INC.,                  )

9                                 )

          Defendant.              )

10 _____)

11

12

13

14     VIDEOTAPED DEPOSITION OF CHRIS KEMERER, Ph.D.

15             San Francisco, California

16             Thursday, March 3, 2016

17                  Volume 1

18

19

20

21

22

23  Reported by:

    RACHEL FERRIER, CSR No. 6948

24

25  Job No. CS2265292

1   works for the client Oracle, but I believe they were

2   retained by Orrick, the law firm.  Actually, I don't

3   really honestly know the exact contractual relationship,

4   but that would be my -- my supposition.

5       Q   Do you know the names of these people who work on

6   the technical support team that you used to prepare your

7   reports?

8       A   In many cases, yes.

9       Q   Who are the people that were assisting you in

10  preparing your report?

11      A   Well, again, it might be a long list.  I don't

12  want to -- I may leave out people and also some of the

13  work -- in fact, most of the work was not done in my

14  physical presence, so I can't say with certainty always

15  who did what tasks.  I know people I've met with and I

16  know people I've spoken with on the phone and so forth,

17  but I won't be able to necessarily identify a specific

18  individual for a task.

19      Q   Well, what I would like to know is your best

20  recollection of who helped you --

21      A   Mm-hmm.

22      Q   -- write your opinions in this case, so can you

23  give me your best recollection?

24      A   Okay.  But let me back up and -- you have

25  characterized it as helping me write my opinions.

Page 20

1          I've written my own opinions, but I have had

2    support for some of the factual underpinnings of my

3    opinion, and that's -- those are the kinds of tasks I

4    directed others to do.

5       Q    I would be happy to rephrase my question.

6          Please give me your best recollection of the

7    people who assisted you in any way in preparing your

8    opinions in this case.

9       A    And your question -- by "best recollection," sort

10   of names of individuals?

11      Q    Yes.

12      A    Okay.  Let's see.  To begin with, there is sort

13   of -- I don't know what his actual title is, but maybe

14   sort of engagement manager or something, Jeff Marowits.

15   I've had conversations with him.

16          There is someone who I would characterize as sort

17   of a project manager, Rohit Chatterjee.  I had most,

18   actually, probably my dealings with him in terms of my

19   request for work.

20          And then I met with -- boy, a number of members

21   of his team.  I won't get all the last names, I'm sorry,

22   but, let's see, Anon and Mo and Mai [phonetic].  Sorry,

23   I'm trying not to forget people, and also, like I said,

24   sometimes I -- I may not actually know everyone who

25   contributed to the work, but I mean, those are -- those

1   are three people that I certainly have had meetings with

2   and I -- I remember.

3       Q    Had you ever worked with any of the people you

4   just named before you worked on the reports in this

5   case?

6       A    No, I have not.

7       Q    Had you ever heard of any of these people before

8   you worked on the matter in this case?

9       A    I've had conversations with Jeff Marowits before

10  and not related to this matter, but the other

11  individuals, no.

12      Q    Are the individuals you identified affiliated

13  with any other organization besides having been retained

14  by Orrick?

15      A    I'm not sure I understand that question.

16      Q    Do you have an understanding as to whether or not

17  the individuals you identified are affiliated with any

18  other organization besides being affiliated with Orrick

19  as having been retained by them?

20      A    Yes.  My -- they work for a firm called Keystone

21  Strategy.

22      Q    And what is that?

23      A    I understand it to be a litigation support firm,

24  or perhaps they do other things as well, but that's the

25  context in which I know them.

Page 22

1    Q   All right.  Can you tell me anything about the

2    background of the people you named who helped you on

3    your report besides their names and their titles, which

4    you have told me?

5    A   I know a little bit about their educational

6    background that has just come up in conversations.

7         For example, Mo went to Carnegie Mellon

8    University, where I also have a degree from and have

9    taught at, and he's met with me in Pittsburgh, and we

10   had a conversation because he was familiar with

11   Pittsburgh, having been there as a student, so I know a

12   little about his background.

13        Let's see.  Anon, I believe, went to McGill

14   University in Montreal, Canada.

15        That might be the extent of it.  If I've heard

16   other things, I've -- again, I didn't remember them.

17   Q   All right.  Beyond the assistance that you

18   attained from the technical support team that had been

19   retained by Orrick, did you get any other assistance in

20   preparing your opinions in this matter?

21        MR. RAMSEY:  Objection to the form.

22        THE WITNESS:  Well, as I -- I believe I've been

23   clear in my reports, in -- in instances I do also rely

24   on the opinions of other experts who have also written

25   their own reports in this case.

1  software engineering tools and also looking at the

2  adoption -- early adoption of object-oriented

3  programming.

4          So that's been -- again, of the four, it's my

5  most recent; although, again, "recent" is 20 years now.

6      Q   And, specifically, the use of the term

7  "diffusion" --

8      A   Oh, I'm sorry.

9      Q   -- how are you using it --

10     A   Sorry.  Sorry.  It's probably asking a professor

11 about their research and you tend to get the lecture,

12 sorry.

13         So diffusion is -- typically find that it's

14 the -- the -- the propagation of some new technology

15 through a population.  All right?  So it can -- it

16 gets -- in the literature, it gets applied quite broadly

17 to lots of things.

18         Here, I'm interested in, for example, you know,

19 new technologies being adopted in a market, because,

20 again, I teach in a business school, so the focus there

21 is -- you know, the -- the population is a -- is a

22 market as opposed to a -- some other kind of network.

23     Q   Okay.  Excellent.

24         Are you a computer programmer?

25     A   I don't consider myself one, no.  Although, I

1    have managed computer programmers.  I had computer

2    programmers working for me when I worked at American

3    Management Systems.

4       Q    Have you ever programmed software?

5       A    Oh, yes.

6       Q    When did you do that?

7       A    All through my school, and, you know, really left

8    it to others to do since then.

9       Q    When you say all through school, what school are

10    you referring to?

11       A    Primarily undergraduate.

12       Q    And when did you graduate from undergraduate?

13       A    1979.

14       Q    So is it fair to say that whatever programming

15    you did, you stopped doing around 1979?

16       A    As my primary activity, yes; although, obviously,

17    I, you know, have worked with software and looked at

18    software that -- written by other people quite

19    extensively, because that's what software engineering

20    measurement and modeling is all about.

21       Q    But, specifically, you, yourself, you haven't

22    engaged in programming in any significant way since

23    1979; is that true?

24            MR. RAMSEY:  Objection; form.

25            THE WITNESS:  That's fair, yes.

1   BY MS. ANDERSON:

2       Q    Of the programming you did perform up until 1979,

3   did any of it involve programming in Java?

4       A    No.  That would be impossible, since Java was

5   developed after that point in time.

6       Q    What languages were you programming in up until

7   1979?

8       A    Well, let's see.  There would be FORTRAN, PL/1,

9   APL, ALGOL.  Those are some that come to mind.

10      Q    Okay.  Do you consider yourself to be a person

11  with expertise in econometrics?

12      A    Yes.  I've actually done a fair number of

13  published papers that use econometric modeling

14  techniques.

15      Q    So you consider yourself to be an expert in

16  econometrics?

17      A    Again, I am someone who uses econometrics in the

18  service of the problems I'm interested in, which are the

19  ones before we have just talked about.

20      Q    How are you defining "econometrics"?

21      A    The use of statistical techniques as applied to

22  economic modeling.

23      Q    Do you have training in the field of

24  econometrics?

25      A    Yes.  It was covered in my graduate school at

1    Q    When was the last time you prepared such a parser

2    script?

3    A    I don't believe I've ever prepared a PHP parser

4    script.

5    Q    Let's talk about Appendix G.

6         What is this?

7    A    All right.  Appendix G, labeled "Evolution of

8    Java API Packages," this is a list of Java API packages,

9    and matrix shows in which versions did particular

10   packages appear in.

11   Q    Who prepared Appendix G?

12   A    My research support staff.

13   Q    Again, that's a technical support team you

14   identified earlier; correct?

15   A    Yes, it is.

16   Q    All right.  Let's turn to Appendix H.

17        What is Appendix H?

18   A    Appendix H, labeled "37 Packages Compared to

19   Google Lists of Desired Packages," it's a three-column

20   table.  The first column labeled "37 Java Packages

21   Ultimately Copied," that's my understanding.  These are

22   the Java API packages that are at issue in this case.

23   And the other two columns are lists that came from

24   Google documents about packages that they were

25   interested in.

1    Number of Method Changes," is a computer programming --

2    excuse me, computer program written in the R language,

3    and similar to the PHP scripts earlier, it's a script,

4    essentially, collect and prepare data for use in my

5    analysis of the stability methods changes.

6        Q    And did your technical support team prepare

7    Appendix Q?

8        A    My technical support team wrote Appendix Q under

9    my direction, yes.

10       Q    Okay.  Is it fair to say you have never written a

11   script in the R language?

12       A    That would be fair, yes.

13       Q    Let's turn to Appendix R, which starts on

14   page 260.

15            What is Appendix R?

16       A    Appendix R, labeled "Fragmentation Chart," is a

17   table with the list of APIs where the APIs that were

18   copied -- in this case, it says they are listed in

19   green, and in the color version of this, the dark cells

20   in the matrix are the copied packages.

21       Q    Okay.  Did your technical support team prepare

22   this appendix?

23       A    At my direction, yes, they did.

24       Q    Okay.  And then, if you could, let's just quickly

25   do this as well for Exhibit 1441, just so we know what

1          MR. RAMSEY:  Objection; form.

2          THE WITNESS:  Okay.  Again, in different context,

3    I think it ends up having different meanings.  In

4    particular -- you know, you have to give me the context

5    and then I can give you a better answer.

6    BY MS. ANDERSON:

7    Q    Do you have an understanding as to whether API is

8    used in any other context besides the allegation by

9    Oracle that Google has copied some aspect of certain

10   APIs?

11   A    Yes.  As I discuss in a later report, there is a

12   whole API economy business model that has other things

13   having -- that are different than how we have been

14   describing APIs in the context of this lawsuit.

15   Q    Tell me, what is your understanding of the

16   meaning or meanings of the term "API," as you sit here

17   today?

18   A    The most relevant meaning here, I use the term

19   "API" to refer to the declaring code and the structure,

20   sequence, and organization of the application

21   programming interfaces in Java.

22   Q    What other meanings are you familiar with for the

23   term "API"?

24          MR. RAMSEY:  Objection; form.

25          THE WITNESS:  In my second report, there is a

1   whole notion of APIs as tools to access resources that

2   are -- and it's used in a much broader context.

3   BY MS. ANDERSON:

4       Q    What do you mean by that, "used in a much broader

5   context"?

6       A    That it means that the broader definition, the

7   idea that it's -- it's the mechanism by which you access

8   some other resource.

9       Q    What do you mean by "other resource"?

10      A    It could be a variety of things.

11      Q    Like what?

12      A    Could be data.

13      Q    What else?

14      A    Could be an operating system.

15      Q    What else?

16      A    Those are two examples that come to mind.

17      Q    Could it include a service?

18           MR. RAMSEY:  Objection; form.

19           THE WITNESS:  I don't know.  I would have to

20   think about that.

21   BY MS. ANDERSON:

22      Q    Have you heard the phrase "software as a

23   service"?

24      A    I have.

25      Q    What does that mean?

1   analysis, using standard tools that are available

2   commercially.

3      Q   Describe to me an overview of the methodology

4   that was performed in connection with running PageRank

5   analysis in these different aspects that you studied.

6          MR. RAMSEY:  Objection; form.

7          THE WITNESS:  So at a high-level, PageRank is a

8   tool to analyze network, so first you have to be able to

9   represent the thing you are interested in as a network,

10  and so, in this case, we are looking at software, and we

11  want to think about the components as being, you know,

12  interconnected nodes and network, and so we have to

13  collect data on the software in terms of what their

14  connections are.  And then there's, again, commercially

15  available tool to compute the PageRank values, and

16  earlier today you had me point out the raw data values

17  that I provided in the appendix, and those reflect the

18  centrality of the nodes in the network, in this case

19  these classes.

20  BY MS. ANDERSON:

21     Q   With respect to the PageRank analyses performed

22  in connection with your opinions in this case, did you,

23  personally, conduct those analyses?

24         MR. RAMSEY:  Objection; form.

25         THE WITNESS:  They are my analyses, yes.

Page 92

1    BY MS. ANDERSON:

2       Q   Did you, personally, conduct them?

3           MR. RAMSEY:  Objection; form.

4           THE WITNESS:  I conducted them with the

5    assistance of my research team.

6    BY MS. ANDERSON:

7       Q   Did the technical support team perform these

8    analyses themselves?

9           MR. RAMSEY:  Objection; form.

10          THE WITNESS:  The analyses are mine.  My

11   technical support team ran the tools.

12   BY MS. ANDERSON:

13      Q   Okay.  What tools are you referring to?

14      A   These are the tools listed here in the report,

15   for example, NetworkX.

16      Q   Any other tools used by the technical support

17   team in conducting the PageRank analyses?

18      A   In other places, we describe the tool Understand,

19   which is also a commercially available tool for code

20   analysis.

21      Q   Any other tools used in connection with this

22   analysis?

23      A   The custom-written scripts, the PHP and R

24   scripts, are also tools used to support the analysis.

25      Q   Any other tools used to conduct the analysis?

Page 93

1     A    We use Excel to show the results.

2     Q    Have you given me a full list of tools used in

3   conducting the analyses concerning PageRank in your

4   opinions?

5     A    Off the top of my head, yes, I believe that's

6   correct.

7     Q    All right.  Who selected the use of NetworkX?

8     A    I did in consultation with my technical support

9   team.

10    Q    Prior to this case, had you ever used NetworkX?

11    A    I had not.

12    Q    Prior to this case, had you ever used Understand?

13    A    Prior to this case, I had not.

14    Q    Prior to this case, had you ever used, PageRank?

15    A    Prior to this case, no.

16    Q    Did the technical support team suggest to you the

17   use of NetworkX, Understand, or PageRank in connection

18   with this case?

19    A    We discussed a variety of options, but, yes,

20   those were the options that seemed to be the best suited

21   for this task.

22    Q    And those were suggested to you by your technical

23   support team; correct?

24         MR. RAMSEY:  Objection; form.

25         THE WITNESS:  After they completed a review of

Page 94

1    available tools that I asked them to do.

2    BY MS. ANDERSON:

3        Q    Prior to this case, had you ever heard of

4    NetworkX?

5        A    I'm not certain.

6        Q    Prior to this case, had you ever heard of

7    understand?

8        A    Not certain about that either.

9        Q    Prior to this case, had you ever heard of

10   PageRank?

11       A    Oh, yes.  Everybody knows PageRank.

12       Q    Okay.  And in what context had you heard about

13   PageRank before?

14       A    I think everyone understands that PageRank,

15   developed by Google, is the underpinnings of the Google

16   search engine.

17       Q    What was the role of Understand in connection

18   with your opinions in this case?

19            MR. RAMSEY:  Objection; form.

20            THE WITNESS:  I view it as a data collection

21   tool.

22   BY MS. ANDERSON:

23       Q    What kind of data did Understand collect?

24       A    Collects data about -- it actually shows up in

25   various places.  We are talking about it in the context

Page 95

1    of PageRank, but I think it also is part of the other

2    software analyses.

3         Basically it's a -- something that allows you to

4    pull raw data and then put it in some other

5    representation so that you can do analysis on it.

6    Q    What was the role of Understand in connection

7    with this case?

8    A    Again, as a tool for pulling raw data and putting

9    it in raw data for analysis.

10   Q    Can you be more specific about what Understand

11   did in connection with this case.

12   A    Yes.  You -- you -- you have software that it

13   reads, and then it generates output, which is a

14   different representation of that software, and a

15   representation that is more amenable to analysis than

16   the raw source code.

17   Q    Can you be more specific in defining what

18   Understand did in connection with this case?

19        MR. RAMSEY:  Objection; form.

20        THE WITNESS:  No.

21   BY MS. ANDERSON:

22   Q    What role did NetworkX have in connection with

23   the analysis in this case?

24   A    NetworkX is the tool used to do the PageRank

25   calculation.

Page 105

1    done the necessary analysis that would support such

2    conclusions.

3       Q    Do you have an understanding -- strike that.

4            Can you explain to me how a particular instance

5    variable would be weighted when it's run through

6    Understand as was used in the analysis reflected in your

7    opinions?

8            MR. RAMSEY:  Objection; form.

9            THE WITNESS:  I'm sorry, so we are no longer

10   talking about the Romanian paper?

11           MS. ANDERSON:  You can set aside Exhibit 1443 for

12   now.

13           THE WITNESS:  Sorry, can you repeat the question,

14   because I was -- I was looking for it in the context of

15   what we were talking about.

16           MS. ANDERSON:  No problem.

17      Q    Do you have enough familiarity with Understand to

18   explain to me how a particular instance variable would

19   be weighted?

20      A    No.

21      Q    As part of the analysis that was performed in

22   connection with your centrality opinions, did your

23   methodology adjust in any way for classes that are not

24   used?

25           MR. RAMSEY:  Objection; form.

Page 106

1    BY MS. ANDERSON:

2        Q    For example, legacy code?

3        A    I don't know.

4        Q    All right.  Let's take a look at your rebuttal

5    opinion, paragraph 51, and that's Exhibit 1440.

6        A    I'm sorry, paragraph 50 or page --

7        Q    Paragraph 51 --

8        A    -- 51 --

9        Q    -- and appears --

10       A    Thank you.

11       Q    -- on page 20 of your rebuttal report under the

12   heading "Qualitative Centrality of the Java APIs to

13   Java SE 5."

14       A    If you give me a minute --

15       Q    Sure?

16       A    -- let me read this.

17            Okay.  I'm sorry.  I see the paragraph you have

18   pointed me to.

19       Q    Thank you.

20            In the second -- actually, strike that.

21            In the third sentence of paragraph 51 where you

22   state, quote:  As discussed in the rebuttal report of

23   Dr. Schmidt at Section 8-B, upon which I rely, the Java

24   APIs are a fundamental portion of the Java SE platform

25   and provide developers important capabilities, end

Page 114

1    Q   Would you provide an overview of the opinions you

2    have expressed on the subject of stability as relates to

3    the 37 Java APIs at issue in this case?

4    A   Yes, I will.

5        Again, in thinking about the -- the questions of

6    the substance and -- and value of the copied APIs, I

7    believe that the historical record shows that -- and my

8    own experience and understanding of markets for

9    software shows that one important characteristic for a

10   software platform is that it be stable, and the first

11   source of this are Google's own managers -- and I've

12   provided these quotes in my reports -- where, in

13   describing their plans for the development of Android,

14   they note that stability is critical.

15       One of the quotes -- it says something like, If

16   it's not stable, we will fail, capital F, capital A,

17   capital I, capital L.  And there's some other, in the

18   same vein, notion that, again, the idea of stability

19   being important and, of course, I think, find that

20   completely intuitive.  I think all else being equal, you

21   would always prefer to write to a stable platform as

22   opposed to one that's going to be changing and possibly

23   breaking your own code as a software developer.

24       So in pursuing this idea, I instructed my team to

25   conduct empirical work looking at the code and, in

Page 139

1    A    No.  I don't have training in the particular

2    language, but I certainly have the education to do the

3    work.

4    Q    Is it correct that you do not have the background

5    needed to, as you sit here today, program in the

6    languages in which the scripts were written to perform

7    the analysis of stability that supports your opinions?

8         MR. RAMSEY:  Objection; form.

9         THE WITNESS:  No.  I certainly have the

10   educational background to do so.  What I would need

11   would be the specific language training.

12   BY MS. ANDERSON:

13   Q    So that's because you don't have training in any

14   of the languages used to write the scripts; is that

15   right?

16        MR. RAMSEY:  Objection; form.

17        THE WITNESS:  I believe I've said that.

18   BY MS. ANDERSON:

19   Q    So you agree with me?

20   A    I agree that I have not done training in the

21   languages that these scripts are written in.

22   Q    Thank you.

23        And with respect to the analyses of stability

24   that you have done for this case, how would you

25   characterize that stability analysis in terms of a

1    Q    35, Appendix dog.

2    A    All right.   Okay.   I have that now.

3    Q    All right.   So Appendix D is one of the scripts

4    that was used to calculate package change across Android

5    versions; right?

6    A    Yes.

7    Q    And drawing your attention to the lines of the

8    script that start on line 30 and go to line 229?

9    A    All right.

10   Q    Okay.   What are the items in this list?

11   A    Again, I don't have training in R, so I'm not

12   going to be able to answer questions about this script.

13   Q    Do you -- but do you recognize the names in this

14   list that are appearing at lines 30 to 229?  Do they --

15   A    Oh, the -- the names in -- in the double

16   quotations, yes.

17   Q    And what is this list of items from line 30 to

18   229?

19   A    These appear to be API names.

20   Q    All right.   And there are about 200 listed there;

21   correct?

22   A    Yes, I'd say so.

23   Q    How were these specific 200 API packages selected

24   for study as part of your analysis?

25   A    I honestly don't recall.

Page 179

1    Q    Did you ever know?

2    A    I may have at one point.

3    Q    Who would know?

4    A    I don't know the answer to that question either.

5    Q    Do you know whether anyone checked to see what

6    was in the source code repository for each API level in

7    preparing this list?

8    A    No, I don't know that.

9    Q    Do you know whether Android always had no more

10   than 200 packages?

11   A    No, I don't.

12   Q    Do you know whether there were additional Android

13   packages that were not counted in the analysis that is

14   reflected in Appendix D?

15   A    I don't know that, no.

16   Q    For the questions that I just asked you where you

17   said "I don't know," who would you ask to find that out?

18   A    I would ask someone from the technical support

19   team to find out who was the author of this particular

20   script.

21   Q    Drawing your attention to -- back to page 31 and

22   32 of your opening report where you talk about, in

23   paragraph 102, that there are 64 packages, let's take a

24   look at that.

25   A    Yes, I'm on 31 of the first report.  Sorry --

Page 217

```
 1
 2
 3
 4        I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6        That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14        I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney or any of the parties.
17        IN WITNESS WHEREOF, I have this date subscribed
18   my name.
19
20   Dated:  March 4, 2016
21
22                          _____
23                          _____
24                          RACHEL FERRIER
25                          CSR No. 6948
```