# EXHIBIT 2

# DOCUMENT SOUGHT TO BE SEALED