# EXHIBIT 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
    _____
 5                                  )
    ORACLE AMERICA, INC.,           )
 6                                  )
            Plaintiff,              )
 7                                  )
         vs.                        )Case No.:
 8                                  )3:10-cv-03561-WHA
    GOOGLE, INC.,                   )
 9                                  )
            Defendant.              )
10  _____)
11
12
13
14    VIDEOTAPED DEPOSITION OF DOUGLAS SCHMIDT, Ph.D.
15               San Francisco, California
16                Friday, March 4, 2016
17                      Volume 1
18
19
20
21
22
23  Reported by:
    RACHEL FERRIER, CSR No. 6948
24
25  Job No. CS2265293
```

1  place that I worked with experts was from a place called
2  Keystone.
3    Q   And who -- who are these experts that you worked
4  with from Keystone?
5    A   So I don't remember everybody's name, but there
6  were a few people.  Rohit Chatterdee -- Chatterjee is
7  one, and Greg Richards is another, and Anon -- I never
8  can remember his last name -- he was one.
9    Q   Were there any more besides those three?
10   A   Those -- those are the main ones I worked with.
11   Q   Craig Richardson, you said?
12   A   No.  Greg Richards.
13   Q   Oh, Greg Richards.  Thank you.
14       And you said the team of experts that you worked
15  with came -- well, my understanding is there were other
16  experts besides those from Keystone; is that correct?
17       MR. RAMSEY:  Objection; form.
18       THE WITNESS:  I don't quite understand the
19  question.
20       MR. KAMBER:  Sure.
21   Q   I -- I thought you said before that you met with
22  different teams of experts and that one of those teams
23  was from Keystone?
24   A   Oh, I don't know where all the experts were from.
25   Q   What other -- besides the three names that you

Page 11

1  just provided me from Keystone, did you meet with any
2  other experts in preparation for your deposition today?
3      A   In preparation for the deposition today.  So I
4  think there was one other person from Keystone.
5      Q   But you don't remember that person's name?
6      A   No.
7      Q   Have you been working with Keystone throughout
8  this -- your involvement in this litigation?
9      A   So my involvement in the litigation started
10 around the end of November in 2015, and they are the
11 ones who hired me.
12     Q   Have you worked with any of the Keystone folks
13 before?
14     A   No.
15     Q   And what were these -- what was this team of
16 experts from Keystone doing for -- to help you for
17 purposes of this litigation?
18     A   So, as you can imagine, there's a lot of
19 different things that went into my various reports, and
20 so they helped out with some of the aspects, under my
21 direction, in order to be able to do certain things like
22 create tables or be able to do various kinds of
23 experiments and so on, under my direction.
24     Q   With respect to the experiments that were done --
25 well, I guess, perhaps, as we go through your report, we

Page 14

1  materials considered from any of the three reports?
2      A   Yes.
3      Q   Which documents?
4      A   So I went through the expert reports from some of
5  the Google experts and read various documents that they
6  cited in their reports.
7      Q   Did you review the reply reports provided by
8  Google's experts?
9      A   I reviewed several of them, one in particular.
10     Q   Which one?
11     A   The one by Dr. Astrachan.
12     Q   Did you review Mr. Hall's reply report?
13     A   No.
14     Q   Having reviewed Dr. Astrachan's reply report,
15 does it change your opinions in any way?
16     A   The opinions in my report?
17     Q   Yes.
18     A   I've done some additional investigation based on
19 some of the material in his report, but it hasn't
20 changed my opinions.
21     Q   What investigation have you done in response to
22 seeing Dr. Astrachan's reply report?
23     A   I looked more carefully at the relationship
24 between Java SE and Java ME.
25     Q   And what -- what, in particular, did you look at

Page 15

1  with respect to the relationship between Java SE and
2  Java ME?
3      A   The degree of overlap between the declaring code.
4      Q   What degree of overlap did you find in terms of
5  declaring code between Java SE and Java ME?
6      A   So for the 37 copied API packages in question in
7  the case, it's my understanding that there's roughly 800
8  classes and interfaces.  I think the exact number might
9  be something like 792, but it's -- it's around that --
10 that number.
11         And so I went and looked at Java ME and looked at
12 the number of classes that were in this so-called
13 connected device configuration, or the CDC, and found
14 that there was a large amount of overlap between the
15 declaring code that was in the 37 API packages and
16 what's in Java ME CDC.
17     Q   When you say a large degree of overlap, can you
18 be more specific in terms of the -- the quantification?
19     A   Sure.
20         So there's roughly 200 -- 300, 296-ish classes
21 and interfaces that are part of the Java ME CDC, and of
22 those number, I believe it's something on the order of
23 290, 291 are the same classes and interfaces that are in
24 the 37 copied API packages.  And of the 291, it's --
25 it's my understanding, after analyzing the declaring

Page 16

1    code similarities, that there's roughly 277 of those --
2    of the classes with the same declaring code as -- as in
3    the 37 copied API packages, roughly, give or take.
4         Q   Based on the analysis that you did, are the --
5    are these classes in Java ME organized by way of the
6    same structure, sequence, and organization as in
7    Java SE?
8         A   Yes.  The declaring code of the two is -- is the
9    same.
10        Q   So the -- to -- to shorthand this, the SSO of the
11   declaring code that you found to be in common between
12   Java SE and Java ME is the same?
13        A   That's my understanding, yeah, based on the
14   analysis that I did.
15        Q   And did you do that analysis, or was it done for
16   you by somebody from Keystone?
17        A   So I did it in conjunction with someone at
18   Keystone.
19        Q   Who at Keystone did -- helped you with that
20   analysis?
21        A   I believe that was Anon.
22        Q   Have you spoken with any Oracle employees in
23   connection with this case?
24        A   Yes.
25        Q   Which Oracle employees?

Page 329

```
 4      I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6        That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14        I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney or any of the parties.
17        IN WITNESS WHEREOF, I have this date subscribed
18   my name.
19
20   Dated:  March 7, 2016
21
22                    _____
23
24                    RACHEL FERRIER
25                    CSR No. 6948
```