# EXHIBIT 6

# DOCUMENT SOUGHT TO BE SEALED