1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
20
   *Attorneys for Plaintiff*
21 ORACLE AMERICA, INC.

22                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
23
                      SAN FRANCISCO DIVISION
24

25 | ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
   |---|---|
   |           Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO SILVERMAN DECL. IN SUPPORT OF ORACLE'S MOTIONS IN LIMINE** |

26         v.

   GOOGLE INC.,

27            Defendant. | Hearing:  April 27, 2016, 8:00 a.m. |
                         | Dept.: Courtroom 8, 19th Floor |
28                       | Judge: Honorable William H. Alsup |

                                        ADMIN. MOT. TO SEAL EXHIBITS ISO
                                          ORACLE'S MOTIONS IN LIMINE
                                               CV 10-03561 WHA

1    Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file certain Exhibits to the

2    Declaration of Andrew D. Silverman in support of Oracle's Motions *In Limine* under seal

3    pursuant to Civil Local Rules 7-11 and 79-5.

4    The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in

5    this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or

6    "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the

7    public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated

8    Protective Order § 14.4, ECF No. 66.

9    Google Inc. ("Google") has designated certain materials comprising or discussed in

10   Exhibits to the Declaration of Andrew Silverman in Support of Oracle's Motions *In Limine* as

11   "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant

12   to the Protective Order.  Therefore, Oracle moves to seal the portions of its Motion that discuss

13   these Google-designated materials pursuant to the Protective Order.

14   In addition, Oracle moves to seal limited portions of the Expert Report of Dr. Gregory

15   Leonard, attached to the Declaration of Andrew D. Silverman in Support of Oracle's Motions In

16   Limine as Exhibit 4.  Exhibit 4 discusses recent revenue and profit information for Oracle's Java

17   specific lines of business.  Oracle's requested order is narrowly tailored to reach only specific

18   revenue and profit figures that are two-years old or less.  As set forth in the Declaration of

19   Deborah K. Miller, the limited information Oracle seeks to seal is competitively sensitive

20   information that Oracle maintains in confidence.  Oracle respectfully submits that the risk of

21   competitive injury to Oracle constitutes a compelling reason to grant Oracle the narrowly tailored

22   relief requested.  *See, e.g., Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1181 (9th

23   Cir. 2006) (setting standard); *Finjan, Inc. v. Proofpoint, Inc.,* 2016 U.S. Dist. LEXIS 15825, at *5

24   (N.D. Cal. Feb. 9, 2016) (granting motion to seal confidential revenue data) (citing *inter alia*

25   *Nixon v. Warner Communications, Inc.,* 435 U.S. 589, 598, 98 S. Ct. 1306, 55 L. Ed. 2d 570

26   (1978) (holding access to court records has been denied when it includes "sources of business

27   information that might harm a litigant's competitive standing.").

28   Exhibit 4 to the Silverman Declaration contains information that has been designated

ADMIN. MOT. TO SEAL EXHIBITS ISO
ORACLE'S MOTIONS IN LIMINE
CV 10-03561 WHA

1   "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by both parties.  Oracle has

2   provided a proposed public copy of Exhibit 4 with only Oracle's confidential information

3   redacted.  Should Google obtain relief pursuant to L.R. 79-5, and to the extent that Oracle's

4   present motion to seal is granted, Oracle respectfully requests that the parties be given the

5   opportunity to prepare and file a single public version of Exhibit 4 that redacts both parties

6   confidential information.

7
    Dated:  March 23, 2016                         KAREN G. JOHNSON-MCKEWAN
8                                                   ANNETTE L. HURST
                                                    GABRIEL M. RAMSEY
9                                                   PETER A. BICKS
                                                    LISA T. SIMPSON
10                                                  Orrick, Herrington & Sutcliffe LLP

11

12                                                  By:    /s/ Andrew D. Silverman

13

14                                                  Attorneys for Plaintiff
                                                    ORACLE AMERICA, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE'S ADMIN. MOT. TO FILE UNDER
                                                    SEAL RE: LEONARD MOTION
                                                    CV 10-03561 WHA