ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF ANDREW D. SILVERMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF ORACLE'S MOTIONS IN LIMINE**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

DECL. OF ANDREW D. SILVERMAN RE:
ADMIN MOT. TO FILE UNDER SEAL RE:
EXHIBITS TO MOTIONS IN LIMINE
CV 10-03561 WHA

1   I, Andrew D. Silverman, declare and state as follows:

2   1.      I am a member of the bars of the States of California, New York, and the District

3   of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick,

4   Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc.

5   ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called

6   upon as a witness, I could and would testify competently to the matters stated herein of my own

7   personal knowledge.

8   2.      I submit this declaration in support of Oracle's Administrative Motion to File

9   Under Seal Exhibits in Support of Oracle's Motions *In Limine*.

10   3.      The following exhibits have been designated by Google Inc. as containin

11   information that is "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS EYES

12   ONLY" pursuant to the Protective Order:

13   - Exhibit 1

14   - Exhibit 2

15   - Exhibit 3

16   - Exhibit 4

17   - Exhibit 5

18   - Exhibit 7

19   - Exhibit 9

20   - Exhibit 10

21   - Exhibit 11

22   - Exhibit 12

23   - Exhibit 13

24   - Exhibit 14

25   - Exhibit 15

26   - Exhibit 16

27   - Exhibit 17

28

- 1 -

1    • Exhibit 18

2    • Exhibit 19

3    • Exhibit 20

4    • Exhibit 21

5    • Exhibit 22

6    • Exhibit 25

7    • Exhibit 29

8    • Exhibit 30

9    • Exhibit 31

10    4.    As set forth in the Declaration of Debora K. Miller, Exhibit 4 to the Declaration of

11    Andrew D. Silverman contains competitively sensitive Oracle information.

12    5.    I declare under penalty of perjury under the laws of the United States that the

13    foregoing is true and correct.

14    Executed this 23rd day of March, 2016, at New York, NY.

15                                         */s/ Andrew D. Silverman*

16                                         Andrew D. Silverman

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF ANDREW D. SILVERMAN RE:
ADMIN MOT. TO FILE UNDER SEAL RE:
EXHIBITS TO MOTIONS IN LIMINE
CV 10-03561 WHA