| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
|   | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
|   | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
|   | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
|   | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
|   | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
|   | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
|   | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
|   | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
|   | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
|   | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
|   | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
|   | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25 | Plaintiff, v. | **DECLARATION OF DEBORAH K. MILLER RE ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO SILVERMAN DECLARATION** |
| 26 | GOOGLE INC. | |
| 27 | Defendant. | Hearing:  April 27, 2016, 8:00 a.m. |
| 28 | | Dept.: Courtroom 8, 19th Floor |
| | | Judge: Honorable William H. Alsup |

DECL. OF DEBORAH K. MILLER
CV 10-03561 WHA

I, Deborah K. Miller, declare and state as follows:

1.  I am an attorney employed by Oracle America, Inc. ("Oracle").  My current title is Vice President, Associate General Counsel.  One of my responsibilities is supervising Oracle's outside counsel with respect to litigation matters, including Oracle's lawsuit against Google.  I am familiar with Oracle's policies and business practices, including what information Oracle considers confidential and does not disclose to the public.

2.  I submit this declaration in support of Oracle's Administrative Motion to File Under Seal.  I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3.  I have reviewed paragraphs 271, 272, 274, 278, 279, and Exhibits 4a, 4b, 4c, 4d, and 4e of the Expert Report of Dr. Gregory K. Leonard [Corrected] dated March 10, 2016.  These portions of Dr. Leonard's report discuss Oracle revenue and profit information for specific lines of Java business, including information from the past two years.

4.  Oracle's profit and revenue information for specific lines of Java business are highly confidential and have always been treated as such.  Oracle does not disclose this information to the public and restricts knowledge of this information within Oracle to a subset of persons who need the information for their business operations.  Disclosure to the public and to Oracle's competitors of this information could harm Oracle.  Harm to Oracle could include, among other things, an adverse impact on Oracle's ability to negotiate licenses for Java products.  Oracle submits that the risk of competitive harm that would be created by public disclosure of recent profit and revenue data for specific lines of Java business amounts to a compelling reason to seal the limited portions of Dr. Leonard's report that are subject to Oracle's Administrative Motion to Seal.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge.

1 | Executed this 23rd day of March, 2016, at San Francisco, CA.

*/s/ Deborah K. Miller*
Deborah K. Miller