1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA 94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY 10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA 94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                        SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br>    v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF ORACLE'S MOTIONS IN LIMINE**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

1  Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal
2  Certain Exhibits Supporting Oracle's Motions *In Limine*.  Having considered the Administrative
3  Motion to File Under Seal, the Declaration of Andrew D. Silverman in support thereof, the
4  pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal
5  is **GRANTED**.
6  **IT IS HEREBY ORDERED** that the designated Exhibits to the Silverman Declaration in
7  Support of Oracle's Motions *In Limine* should be sealed and that counsel for Oracle America, Inc.
8  may file the following portions of its Motion under seal:

| Exhibit | Text to be Sealed |
|---|---|
| Exhibit 1 | The entirety of the exhibit. |
| Exhibit 2 | The entirety of the exhibit. |
| Exhibit 3 | The entirety of the exhibit. |
| Exhibit 4 | The entirety of the exhibit. |
| Exhibit 5 | The entirety of the exhibit. |
| Exhibit 7 | The entirety of the exhibit. |
| Exhibit 9 | The entirety of the exhibit. |
| Exhibit 10 | The entirety of the exhibit. |
| Exhibit 11 | The entirety of the exhibit. |
| Exhibit 12 | The entirety of the exhibit. |
| Exhibit 14 | The entirety of the exhibit. |
| Exhibit 15 | The entirety of the exhibit. |
| Exhibit 16 | The entirety of the exhibit. |
| Exhibit 17 | The entirety of the exhibit. |
| Exhibit 18 | The entirety of the exhibit. |
| Exhibit 19 | The entirety of the exhibit. |
| Exhibit 20 | The entirety of the exhibit. |
| Exhibit 21 | The entirety of the exhibit. |

- 1 -

[PROPOSED] ORDER
CV 10-03561 WHA

- 2 -

| | |
|---|---|
| Exhibit 22 | The entirety of the exhibit. |
| Exhibit 25 | The entirety of the exhibit. |
| Exhibit 29 | The entirety of the exhibit. |
| Exhibit 30 | The entirety of the exhibit. |
| Exhibit 31 | The entirety of the exhibit. |

**IT IS SO ORDERED.**

Dated: _____

                                      Honorable William Alsup
                                  United States District Court Judge