# EXHIBIT A
# PARTS 1 THROUGH 2

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED