# EXHIBIT B

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED