# EXHIBIT C

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED