# EXHIBIT D

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED