# EXHIBIT F

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED