# EXHIBIT G
# PARTS 1 THROUGH 6

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED