KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 6 TO EXCLUDE PORTIONS OF EXPERT REPORT AND TESTIMONY OF JAMES MALACKOWSKI**<br><br>Hearing:      April 27, 2016<br>Dept.          Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 6 TO
EXCLUDE PORTIONS OF EXPERT REPORT AND TESTIMONY OF JAMES MALACKOWSKI
Case No.  CV 10-03561 WHA

1045293

Before the Court is Defendant Google Inc.'s Motion pursuant to Federal Rules of Evidence 401, 403 and 702, as well as case law interpreting those rules, for an order excluding in limine certain portions of the damages expert report and testimony of James Malackowski submitted by Oracle America, Inc. ("Oracle") in this case. Having considered the Motion, the pleadings on file and any other relevant materials, the Court hereby **GRANTS** Google's Motion and hereby excludes: (1) the expert testimony and report of Mr. Malackowski as to the causal nexus between the alleged infringement and Android-related advertising revenues; (2) the expert testimony and report of Mr. Malackowski as to his analysis of apportionment, including under the legal theory of commingling; (3) the expert testimony and report of Mr. Malackowski as to Oracle's actual damages suffered in lost Java ME licensing revenues; and (4) the expert testimony and report of Mr. Malackowski as to his opinion concerning Oracle's actual damages related to Project Acadia.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 6 TO EXCLUDE PORTIONS OF EXPERT REPORT AND TESTIMONY OF JAMES MALACKOWSKI
Case No.  CV 10-03561 WHA

1045293