# EXHIBIT TENTATIVELY FILED UNDER SEAL