# EXHIBIT 26

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   ORACLE AMERICA, INC.
 5        Plaintiff,
 6            vs.                  Case No. 3:10-cv-03561-WHA
 7   GOOGLE, INC.,
 8        Defendants.
     _____
 9
10
11
12
13       VIDEO DEPOSITION OF ITAMAR SIMONSON, Ph.D.
14                 San Francisco, California
15                 Tuesday, March 8, 2016
16                         Volume I
17
18
19
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO.  2241705
25   PAGES 1 - 202
```

Page 1

```
 1       Q.   Do you recall why you submitted it to the
 2  Journal of Marketing Science?
 3       A.   I don't.
 4       Q.   So the -- the next one down, The
 5  "Preference Influencing in Choice," do you remember
 6  how long it took to get that article accepted into
 7  the Journal of Marketing Research?
 8       A.   I don't.
 9       Q.   Do you recall why you submitted that
10  article to the Journal of Marketing Research?
11       A.   No.  I mean, I -- without the -- the
12  topic was suitable for
13  Journal of Marketing Research.
14       Q.   But you don't recall today the reasons
15  why you selected that journal over other journals?
16       A.   I wouldn't go that far.  I mean, the
17  choice is between Journal of Marketing Research and
18  Journal of Consumer Research.  These are the two
19  premier journals relating to consumer
20  decision-making.
21            I mean, they cover many other topics,
22  but -- so it was our choice between these two and
23  for -- for a reason that I do not recall right now,
24  I do not remember why we made that choice.  It --
25  it could have gone either way.
                                                Page 18
```

```
 1       Q.   So I notice that the -- the last one on
 2  the list here from 2007 was called "Racial
 3  Preferences in Dating."
 4            Do you recall why you decided to do a --
 5  an article on racial preferences in dating?
 6       A.   It was part of a project that had to do
 7  with mate selection, where we used studies
 8  involving speed dating.  And there was another
 9  article that I think we published earlier or
10  maybe -- yes, in 2006, which we sent to another
11  economic journal.
12            And the reason we sent it to that -- I
13  don't know if you care why we sent it -- the one in
14  2006 to this quarterly Journal of Economics, but I
15  can explain.  But I can explain -- I forget,
16  what -- what did you ask about the racial
17  preferences in -- in dating?
18       Q.   So my question had been, do you recall
19  why you choose to do an article on that topic?
20       A.   We thought it was interesting.
21       Q.   Okay.
22       A.   We -- I'm interested in choices that
23  people make, and selecting a mate is one of the
24  most important choices we make in our lives.
25       Q.   And these articles listed on your CV, do
                                                Page 19
```

```
 1  you consider these articles to be important to your
 2  career as an academic?
 3            MR. PURCELL:  Object to the form.
 4            THE DEPONENT:  You know, like other
 5  articles, they're -- yeah, they're important.
 6       Q.   (By Ms. Feeman)  And do you recall how long
 7  it took for the article "Racial Preferences in Dating"
 8  to get accepted by the Review of Economic Studies?
 9       A.   I do not recall.
10       Q.   Do you recall why you selected the
11  Review of Economic Studies as the publication for
12  the article?
13       A.   Because we thought that that project was
14  suitable for an economic journal, as opposed to,
15  say, a marketing journal or a psychology journal.
16  And I can explain to you the reasons.  And this was
17  a good journal and we decided to select that one.
18       Q.   Do you recall why you chose it over the
19  Quarterly Journal of Economics?
20       A.   Well, we already published one in the
21  Quarterly -- Quarterly Journal of Economics so we
22  decided to send this part of the project to this
23  other journal.
24            And I should say, I wouldn't regard
25  myself as a economist, even though I do have a BA
                                                Page 20
```

```
 1  degree in economics.  But I wouldn't say I'm an
 2  economist.  So I consulted my coauthors on the
 3  selection of the journals for these two articles
 4  related to mate selection.
 5            MS. FEEMAN:  I'd now like to mark as
 6  Exhibit 5135 what was attached as Exhibit B to your
 7  expert report.
 8            (Exhibit 5135 was marked for identification by
 9  the court reporter and is attached hereto.)
10       Q.   (By Ms. Feeman)  Dr. Simonson, do you
11  recognize Exhibit 5135?
12       A.   It appears to be Exhibit B to my report.
13       Q.   And what is Exhibit B?
14       A.   It's a list of cases in which I testified
15  as an expert at trial, "(including written expert
16  reports submitted to the court) or by Deposition in
17  the Past Four Years."
18       Q.   And so is this a comprehensive list of --
19  of every case in which you've testified either at
20  trial or deposition in four years?
21       A.   Yes, with a couple of exceptions.  I
22  think where you see the no deposition or trial
23  testimony is listed.
24            So, for example, in the Gucci, that's
25  Case No. 2, the court mentioned my name in her
                                                Page 21
```

**Page 127**

```
 1  them exams?
 2       A.   No.
 3       Q.   No.
 4       A.   I mean, it depends.  I mean, in the --
 5  when I was teaching the core marketing class, which
 6  is the introductory marketing class, we did give
 7  them an exam.
 8       Q.   When's the last time you taught that
 9  class?
10       A.   Ten years ago.
11       Q.   And do you ever notice that your
12  students, when they took those exams, recalled
13  materials with a different level of precision?
14       A.   No.
15            MR. PURCELL:  Object to the form.
16            THE DEPONENT:  The exam was a particular
17  case study.  So they are given -- they had a total
18  of, say, four hours.  They were given a case study.
19  They were reading and analyzing that case study,
20  say, for an hour and a half.  And then they
21  answered, say, three, four questions about that
22  case study.  And they had the case study in front
23  of them.  There was no issue of recall.
24       Q.   (By Ms. Feeman)  So they didn't need to -- in
25  order to do the case study, to recall what they had
```

**Page 128**

```
 1  learned in the class?
 2       A.   Well, hopefully, they learned the general
 3  principles which they could apply.  It's not --
 4  you know, at that level, it's not something where
 5  you've just memorized some things and -- and then
 6  you repeat them, or you're tested about them in the
 7  exam just to see if you memorized the textbook or
 8  whatever.
 9       Q.   So in -- in your survey in this case, one
10  of the things that you were trying to do was to --
11  to test whether, for example, business concerns,
12  money concerns, caused developers to choose to
13  develop on a platform; is that correct?
14       A.   Business concerns?
15       Q.   Yes.
16       A.   What do you mean by that?
17       Q.   Okay.  One of the things that you were
18  trying to test in this case was whether the number
19  of users or devices that were being used by a
20  platform would cause developers to choose to
21  develop for that platform; is that correct?
22       A.   Yes, using open-ended question.  Yes.
23       Q.   Okay.  And -- and another thing that you
24  were trying to test was whether a given programming
25  language and familiarity with that programming
```

**Page 129**

```
 1  language would cause developers to choose to
 2  develop for a platform, correct?
 3       A.   Yes.
 4       Q.   So when you first set out to conduct this
 5  study, how did you define the universe of
 6  developers that you were trying to -- to sample?
 7       A.   People who -- or firms -- that develop
 8  mobile applications.
 9       Q.   So did you have any more details in
10  your -- your universe other than that?
11       A.   No.
12       Q.   And did you actually define that universe
13  somewhere in your report?
14       A.   I mean, I describe them -- that's -- if
15  you look at the screening criteria, the questions
16  we talked about, that defines the universe.
17       Q.   And can you point -- point me to that,
18  please.
19       A.   Sure.
20            I mean, that's -- if you -- you can look
21  at the tables.  You can look at questions QA2,
22  going all the way to -- to QA5.
23       Q.   Okay.  So -- so do I take it that -- that
24  there's not a description set forth in the body of
25  your report, it's by looking at the questions that
```

**Page 130**

```
 1  we understand what the universe is?
 2       A.   No, there is a description of the
 3  screening criteria and that is how you
 4  operationalize the universe.  That's -- and that --
 5  that description is included in my report.
 6       Q.   Okay.  Could you please point me to where
 7  it is in your report.
 8       A.   Sure.
 9            If you look at page 9 and you look under
10  the heading "Survey Universe," all the way to "Main
11  Questionnaire."
12       Q.   So I see here the -- the screening
13  criteria, which would actually define the sample of
14  152, correct?
15       A.   Right.  Uh-huh.  Yes.
16       Q.   But -- but I don't see where the
17  description is of the universe from which those 152
18  were selected, if you could point me to that,
19  please.
20       A.   No, but that's not so.  The screening
21  criteria are determined first.  It's not as if I'm
22  going to some number, say, 150, and say, okay, tell
23  me about yourself.  And now I say, okay.  Based on
24  what they told me, that's the universe.  No, it
25  works the other way.
```

**Page 180**

```
 1  eliminate those 23 respondents.
 2      Q.   Why would it have been a mistake?
 3      A.   Because --
 4           MR. PURCELL:  Object to the form.
 5           THE DEPONENT:  -- you -- you -- when you
 6  have data from respondents that's relevant, you
 7  don't get rid of data.  That's one of those rules,
 8  number one.
 9      Q.   (By Ms. Feeman)  So even though you reworded
10  question 8 -- I know you say it's insubstantial, but it
11  was significant enough to cause you to issue a new
12  survey -- you still think that -- that it's appropriate
13  to include the 23 respondents?
14           MR. PURCELL:  Object to the form.
15           THE DEPONENT:  No, I did not issue a
16  whole new survey.  I made a couple of minor
17  changes.  The overwhelming majority of the survey
18  was the same.
19      Q.   (By Ms. Feeman)  Have you ever done that
20  before, where you had a survey, made a couple of minor
21  changes, completed the survey and then kept all the
22  respondents together?
23      A.   Of course.  Many times.
24      Q.   Can you give me an example of one?
25      A.   Could you --
```

**Page 181**

```
 1      Q.   Could you give an example of one --
 2      A.   I -- I can't think of -- but that's --
 3  that's the normal.  In fact, had I gotten rid of
 4  those 23, you'd be sitting here and saying, well,
 5  what didn't you like about those 23 that you
 6  decided to get rid of them.
 7      Q.   Do you know if your results would have
 8  changed if you had not included those 23
 9  respondents?
10      A.   They would not have.
11      Q.   You undertook that analysis?
12      A.   I -- I just looked and there was
13  absolute -- very similar for the first 23 and the
14  subsequent respondents.
15      Q.   How did you -- did you code separately to
16  do that review?
17      A.   I looked -- I received the 23, looked at
18  them, looked at those responses.  I had a couple of
19  days to do that over New Year's Day.  I looked at
20  that and I said that's fine.  And I mentioned those
21  couple of minor changes and I said they should
22  continue.
23      Q.   So if you could tell that the results of
24  the 23 people and the results of the 152 are
25  substantially the same, just by glancing at them,
```

**Page 182**

```
 1  why did you need to code the surveys?
 2           MR. PURCELL:  Object to the form.
 3           THE DEPONENT:  I'm not sure I understand
 4  the question.
 5      Q.   (By Ms. Feeman)  I said, if you could look at
 6  the 23 and the 152 and tell that the results were not
 7  going to change, just by looking at them, then why did
 8  you need to go through the coding process?
 9           MR. PURCELL:  Object to the form.
10           THE DEPONENT:  I guess I was not clear.
11  When -- when did I say that I decided it -- it
12  wasn't going to change -- change.  I -- I don't
13  know that.
14      Q.   (By Ms. Feeman)  Okay.
15      A.   I said in hindsight, it was not
16  different.
17      Q.   But I'm -- when I asked how you knew --
18  because I had asked if the results would have
19  changed if you didn't include the 23, you said no.
20  I said, "How do you know that?"  You said, "Because
21  I looked at the results of the 23 and I looked at
22  the total results, and I could tell they didn't
23  change."
24           I said, "Well, did you code them
25  separately and look at them?"  You said "No."
```

**Page 183**

```
 1           So I'm asking, how could you tell by just
 2  glancing at the 23 and the 152 that the results
 3  were not going to change?
 4           MR. PURCELL:  Object to the form.
 5           THE DEPONENT:  Still I think we are
 6  miscommunicating.
 7           The 23 were not coded separately.  I just
 8  had the -- the full set of responses for each of
 9  the 23 respondents.  I looked at that and made
10  those couple of minor changes.
11           Looking at the overall results later,
12  when I had all 152, I can tell you now that the 23
13  are similar to the other respondents.
14      Q.   (By Ms. Feeman)  So I believe you referred to
15  question 8 as a benchmark question; is that correct?
16      A.   Which one?
17      Q.   Question 8.
18      A.   I -- I guess you can call it -- I don't
19  know if I'd call it a benchmark question.  I'd say
20  that -- I guess it could be -- I could and I might
21  have referred to it as a benchmark question.
22           But, yeah, essentially, just -- I wanted
23  just to make sure that -- that depending on the
24  specifics of the question, we don't find that
25  everybody is saying, oh, 10, 10, 10, I can do
```