# EXHIBIT 27

CONFIDENTIAL

Page 1

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4  ORACLE AMERICA, INC.
5      Plaintiff,
6        vs.            Case No. 3:10-cv-03561-WHA
7  GOOGLE, INC.,
8      Defendants.

13  VIDEO DEPOSITION OF OLIVIER TOUBIA, Ph.D.
14  San Francisco, California
15  Thursday, March 10, 2016
16  Volume I

22  REPORTED BY:
23  REBECCA L. ROMANO, RPR, CSR No. 12546
24  JOB NO. 2265295
25  PAGES 1 - 238

1  analysis.
2      Q.  So even if the changes from the pre-test
3  to the final survey are minimal, the pre-test
4  results still need to be excluded?
5      A.  I would say so, yes.
6      Q.  Okay.  So in your paper or in your
7  report, you recite -- let's see -- it's
8  footnote 100 --
9      A.  Uh-huh.
10     Q.  -- to "The Practice of Survey Research:
11 Theory and Applications."
12         Have you reviewed that citation recently
13 or paper recently?
14     A.  I have reviewed it recently.  I haven't
15 memorized the entire article.
16     Q.  So in that paper, the author suggests
17 that inclusion of a pre-test survey -- or survey
18 results, rather, can be okay in some situations.
19         Do you -- do you remember reading that?
20     A.  No, I don't.
21     Q.  Okay.  I don't know if I have that with
22 me, actually.  We may have to talk about it later.
23         But assuming that the article does, in
24 fact, say that, is it your opinion that that
25 portion of the article is wrong?

1      A.  There is a significant debate today in
2  social sciences and also in hard sciences about
3  replication and -- and reporting of -- of results.
4         And there is, in particular -- there has
5  been concerns in the recent past of researchers
6  strategically manipulating the sample size to
7  achieve desired -- desired results.
8         People have lost -- lost their -- lost
9  their jobs on this and their reputation.  This is
10 something that is taken very seriously today in
11 academia.
12        And any level that could allow
13 researchers to decide after the fact whether or not
14 to include certain respondents in the analysis,
15 presumably based on seeing the results from -- from
16 these respondents, all that would include
17 increasing the sample size and see all desired
18 results would be achieved is something that is
19 frowned upon today in academia.
20        And so this is one of the issues with --
21 in deciding after the fact whether or not to
22 include pre-test respondents is -- one of the
23 issues is the concern that this gives the
24 researcher the ability to decide after the fact
25 whether or not to include the respondents, which

1  might be done in a way that serves the -- the --
2  the researcher.
3      Q.  So -- but in regard to your concern, what
4  if a researcher excluded the pre-test survey
5  results and then changed the questions so as to get
6  a favorable result in the next round?
7         Isn't the same concern present with
8  excluding or including pre-test survey results?
9      A.  This is a different concern.
10     Q.  How is it different?
11     A.  Because in one case the researcher would,
12 you know, decide on -- on who to include in the
13 sample size based on the results.  In the other
14 case the researcher would change the -- the
15 instruments based on the pre-test.
16        If the -- if the change from the pre-test
17 to the main survey is very large, then this becomes
18 also an issue.  And that's -- relates to the issue
19 of -- of publication bias and reporting bias, in
20 which some researchers might run ten studies and
21 only report three of them which provide results.
22        That's -- that also is factory to them.
23        So if -- if a researcher were to
24 dramatically change the survey after the pre-test
25 to run effectively another survey, that could

1  possibly be also an issue.
2         Usually, pre-test are used to confirm
3  that a survey is well written and the instructions
4  are clear and to make minor changes to the survey.
5      Q.  And that's what Dr. Simonson did.  He
6  used the pre-test and made two minor changes after.
7      A.  That is correct.
8      Q.  And in your opinion, even though the
9  changes were minor, you believed the pre-test
10 results should have been excluded.
11     A.  That is correct.
12     Q.  And that opinion applies to any survey
13 across the board; is that correct?
14     A.  If I review an article for -- for an
15 academic journal and I see that the pre-test was
16 included, as a matter of principle, I would be very
17 concerned.
18        There would have to be very compelling
19 arguments for doing the pre-test.  And it is hard
20 for me to see -- to think of an argument that would
21 convince me that the pre-test should be included,
22 unless it was decided from the beginning, before
23 the pre-test was run, that the pre-test would be
24 included in the final sample.
25     Q.  And do you have any -- are there any