KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| GOOGLE INC., | Hearing          April 27, 2016<br>Dept.              Courtroom 8, 19th Fl.<br>Judge:             Hon. William Alsup |
| Defendant. | |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On March 23, 2016, I served the following document(s):

1. **MIL# 4 -- DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 4 TO STRIKE MARKET HARM TESTIMONY FROM EXPERT REPORT OF DR. ADAM JAFFE**

2. **MIL# 6 -- DEFENDANT GOOGLE INC.'S MOTION IN LIMINE NO. 6 TO EXCLUDE PORTIONS OF EXPERT REPORT AND TESTIMONY OF JAMES MALACKOWSKI**

3. **EXHIBITS A, B, C, D, F, AND G TO THE DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF GOOGLE INC.'S MOTION IN LIMINE NOS. 1-6**

4. **EXHIBIT NOS. 2, 6,9, 10, 11 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S MOTION IN LIMINE NOS. 1-6**

☑ by **ELECTRONIC MAIL (PDF)**: Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Karen G. Johnson-Mckewan
Annette L. Hurst
Gabriel M. Ramsey
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700 / Fax: 415.773.5759

Peter A. Bicks
Lisa T. Simpson
51 West 52nd Street
New York, NY 10019
Tel: 212.506.5000 / Fax: 212.506.5151

kjohnson-mckewan@orrick.com
ahurst@orrick.com
gramsey@orrick.com
pbicks@orrick.com
lsimpson@orrick.com


David Boies
Boies Schiller & Flexner LLP

1

PROOF OF SERVICE
Case No. 3:10-cv-03561 WHA

1045240.01

333 Main Street
Armonk, NY 10504
Tel: 914.749.8201 / Fax: 914.749.8300
dboies@bsfllp.com

Attorneys for Plaintiff
ORACLE AMERICA, INC.
Oracle-Google@BSFLLP.com

Steven C. Holtzman
1999 Harrison St., Ste. 900
Oakland, CA 94612
Tel: 510.874.1000 / Fax: 510.874.1460
sholtzman@bsfllp.com

ORACLE CORPORATION
Dorian Daley
Deborah K. Miller
Matthew M. Sarboraria
Ruchika Agrawal
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

dorian.daley@oracle.com
deborah.miller@oracle.com
matthew.sarboraria@oracle.com
ruchika.agrawal@oracle.com

Executed on March 23, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Alisa Thompson