ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S RESPONSE TO ECF NO. 1548**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Oracle responds to the Court's Request for Further Clarification as follows:

Oracle will not conduct any logged-in Facebook searches whatsoever. Oracle proposes to conduct Facebook-related searches, if any, using public Internet search engines only. An example is depicted below:



First, the person conducting the search would, while not logged into Facebook, enter the search subject's name and the search term "Facebook" into a public Internet search engine such as Yahoo:



- 1 -

ORACLE'S RESPONSE RE: ECF NO. 1548
CV 10-03561 WHA

Second, the person conducting the search would click on search results returned by the public search engine that appear to be potentially relevant to the search query in order to view public information only. In some cases, depending on how the user has configured their account, timeline and other information may be visible:



In other cases, less information is publicly available as depicted in the example below:

- 2 -

Oracle's Response re: ECF no. 1548
CV 10-03561 WHA

1     Under no circumstances will any searches be conducted by persons logged into Facebook.

Dated: March 23, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Peter A. Bicks*
      PETER A. BICKS

Attorneys for Plaintiff
ORACLE AMERICA, INC.