# EXHIBIT G
# PART 5 OF 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



"Patent Markets", American Intellectual Property Law Association, 2007 Mid-Winter Institute, New Orleans, January 24-27, 2007.

"Assessing the Real Value of Your IP Portfolio" and "Growing IP Impact on Public and Semi-Public Markets", The 5th Annual Summit on Monetizing, Financing & Securitizing IP, New York, January 30-31, 2007.

"Ocean's 300", Moderator, World Intellectual Property Review 2007, pp. 16-20.

"The Intellectual Property Marketplace: Emerging Transaction and Investment Vehicles", Co-author with Cardoza, Gray and Conroy, *The Licensing Journal*, Aspen Publishers, Vol. 27, No. 2, pages 1 - 11, February 2007.

"The Importance of Emerging Intellectual Property Market Opportunities to the City of Chicago", Keynote Speaker, Notre Dame Club of Chicago Meeting, Chicago, March 8, 2007.

"The Intellectual Property Marketplace", Harvard Business School Club of New York, New York, April 12, 2007.

Keynote Address, BRICs & Mortar: Technological Drivers in Booming Economies of Brazil, Russia, India and China, Northwestern University Journal of Technology & Intellectual Property Second Annual Symposium, Chicago, April 13, 2007.

"Innovation Measurement:  The Economic Impact of Patent Value", Co-author with Barney, Cardoza, Walker and Gray, Submission to United States Department of Commerce Economics and Statistics Administration, Pursuant to Notice in the Federal Register, Vol. 72, No. 71, 18627, May 11, 2007.

"Objective Patent Valuation", Business Meeting, Association of Corporate Patent Counsel, Newport, Rhode Island, June 27, 2007.

"Intellectual Property Exchange Chicago", a two day symposium presented by The National Knowledge & Intellectual Property Management Taskforce and The Center for Applied Innovation, Moderator and Speaker, July 17 – 18, 2007, Chicago.

"Start-up Stories: Tales from the Front Line", TiE Midwest, August 1, 2007, Chicago.

Keynote Address, Notre Dame Financial Executives Alumni Conference, September 21, 2007, South Bend, Indiana.

"The Birth of an IP Marketplace", Missouri Bar Association Seminar, November 2, 2007, St. Louis, Missouri.

"Market Forces and IP", The Giles S. Rich American Inn of Court, Howard University, January 17, 2008.



"Market for Technology:  Challenges and Opportunities", Panel Discussion on Impediments to Technology Markets, Duke University's Fuqua School of Business, February 20, 2008.

"IP Markets – An Intangible Walk Down Wall Street", Keynote Address, Securities Industry and Financial Markets Association, March 11, 2008, New York.

"Patent Valuation, Is there One or Many?", Mini-Plenary Session of the High Tech Sector, The Licensing Executives Society International Annual Meeting, May 7, 2008, Chicago.

"What is Patent Quality – A Merchant Banc's Perspective", with Jonathan A. Barney, *les Nouvelles*, June 2008, p. 123 – 134.

"Intangibles in the Firm and Financial Markets", *Intangible Assets: Measuring and Enhancing Their Contribution to Corporate Value and Economic Growth*, The National Academies, Washington DC, June 23, 2008.

"Developing IP Markets:  Opportunity for the Financial Services Industry", Keynote Address, The 5th Annual Patents & The Financial Services Industry Symposium, New York, July 29, 2008.

"New Trends in Monetizing IP Rights:  Trolls, Licensing and Securitization", *Managing Intellectual Property* Webinar, September 3, 2008.

"Magnificent Mile – Shopping for the Ideal IP Expert", DRI Intellectual Property Litigation Seminar, September 4-5, 2008, Chicago.

From Assets to Profits: Competing for IP Value and Return. Contributing Author, Edited by Bruce Berman, John Wiley & Sons, November 2008.

Ocean Tomo:  The New Kid on the (Auction) Block is All Grown Up, Institute for Law and Technology, 46th Annual Conference on Intellectual Property Law, November 10 – 11, 2008, Plano, Texas.

Federal Trade Commission:  The Evolving Intellectual Property Marketplace, Keynote Address, Public Hearings, April 17, 2009, Washington, DC.

"Protecting and Commercializing New Ideas", CoreNet Global Chicago Chapter Meeting, Chicago, May 13, 2009.

"The Future of the IP Marketplace", Moderator and Plenary Speaker, IP Markets 2009, Chicago, July 23, 2009.

"Staying Ahead of the Curve – Strategic Intelligence, Value Assessments and Monetization in a Highly Competitive Economy", The 6th Annual Patents & The Financial Services Industry Conference, New York City, July 28-29, 2009.

"Helping Companies in a Down Economy: Strategic Planning for Identifying and Valuing Your IP", American Bar Association Annual Meeting, Chicago, July 31, 2009.



"Managing IP During Uncertain Times", NanoBusiness Alliance Conference, Chicago, September 8, 2010.

National Economic Framework for Intellectual Property Based Commerce, A Research Report by the National Knowledge & Intellectual Property Management Taskforce, Net Worth Press, 2009.

"The Role of IP in Tough Economic Times and How to Use it to Your Advantage:  Corporate Recovery and Restructuring", Licensing Executives Society Annual Meeting, San Francisco, October 19, 2009.

"Global IP Market Development", 11th Annual Utah IP Summit, Salt Lake City, February 13, 2010.

"Law, Economics, Business and Policy Implications for Innovation and Competition of Diverse Business Models for Using Patents", Stanford University Hoover Institution Annual Conference, Stanford, California, June 25, 2010.

"Establishing an Objective Value of IP", IPO Annual Meeting, Atlanta, September 14, 2010.

"Intellectual Property and the Marketplace:  Hot Topics Impacting the Role of Patents, Trademarks and Copyrights in Today's Business World", Vedder Price Illinois Continuing Legal Education Forum, Chicago, October 6, 2010.

"IP Essentials for the Chief Executive Officer", Illinois Technology Association, Chairman's Dinner Keynote Speaker, Chicago, October 20, 2010.

"Valuation of IP in Emerging Market Platforms", 2010 IP Damages Institute, CalCPA Education Foundation, Los Angeles, November 8, 2010.

"Shifting Sands:  What is Discoverable and Admissible for Damages, Willfulness and Other Purposes", Intellectual Property Owners Association CLE Roundtable, Washington, DC, March 21, 2011.

"Intellectual Property: From Asset to Asset Class", Intellectual Property Strategies for the 21st Century Corporation, Bryer, Lebson & Asbell Editors, John Wiley & Sons, Inc., 2011.

"The Next Big Think in Monetizing IP: A Natural Progression to Exchange-Traded Units", Ian D. McClure co-author, *LANDSLIDE*, A Publication of the ABA Section of Intellectual Property Law, Volume 3, Number 5, May/June 2011, pp. 32-37.

"Risk Management Strategies to Defend Against Patent Trolls and the New Trend in Patent Royalty Trusts", 2011 Congress on Patent Strategies for the Financial Services Industry, New York, September 19-20, 2011.

"Patent Quality and its Impact on Valuation", Licensing Executives Society United States and Canada, Inc., Annual Meeting, San Diego, October 17, 2011.



Introduction, "LESI Global Technology Impact Forum (GTIF) Creates Tech Transfer Platform", *les Nouvelles*, Journal of the Licensing Executives Society International, Volume XLVII No. 2, June 2012.

Panelist, "IP Monetization", McDermott Will & Emery 2012 Intellectual Property Symposium, Chicago, June 14, 2012.

Keynote Address, Northwestern Law Fifth Annual Conference on Entrepreneurship and Innovation, Chicago, June 14, 2012.

"IP Market Development", 38th Annual Intellectual Property Law Summer Institute, Sponsored by the Intellectual Property Law Section of the State Bar of Michigan, Traverse City, Michigan, July 21, 2012.

"An Investors' Perspective on IP", CenterForce IP Strategy Summit, New York City, New York, November 13, 2012.

"Investing in IP", DealFlow Media Webinar, January 10, 2013.

"Evolving IP Marketplace", American Intellectual Property Law Association, Mid-Winter Meeting, Tampa, Florida, February 1, 2013.  Includes paper: *New Emphasis on the Analytical Approach of Apportionment In Determination of a Reasonable Royalty* by James E. Malackowski, Justin Lewis and Robert Mazur.

"An Inventor's Walk Down Wall Street", PatCon 3 at Illinois Institute of Technology Chicago-Kent School of Law, Chicago, April 12, 2013.

*Report on Judge Rader Comments at the 2013 LESI Annual Conference*, LES Global News, Vol. XLVIII No. 2, June 2013.

"Strategic Insights", Plenary Panel Discussion, IPBC 2013, IP Business Congress, Boston, June 9, 2013.

"IP and Antitrust", Panel Discussion, McDermott 2013 IP Symposium, June 13, 2013, Chicago.

*IP Investments and Markets* Presented by the Center for Applied Innovation, Panelist on IP Marketplace, Chicago, June 25-26, 2013.

*Capturing Innovation*, Irish Entrepreneurs:  An Affiliate Group of the Notre Dame Club of Chicago, Chicago, September 5, 2013.

*Preventing the Napsterization of 3D Printing:  Areas for Industry Collaboration and Transparency*, Inside 3D Printing Conference and Expo, San Jose, California, September 18, 2013.

*The Latest Thinking about Non-Practicing Entities*, 2013 AIPLA Annual Meeting, Washington, DC, October 25, 2013.



*Challenges and Opportunities in Asia*, Think Asia, Think Hong Kong: IP, Technology & China/U.S. Opportunities, The Hong Kong Business Association of the Midwest, Chicago, November 19, 2013.

*Rationalizing Remedies,* The 2013 Patent Institute presented by Cravath Swain & Moore, New York, December 5, 2013.

*Special Address: Looking to the Future of the Intellectual Property Marketplace – Where Will We Be in 2020?,* Best Practices in Patent Monetization, Law Seminars International, San Francisco, March 6-7, 2014.

*Reinventing Finance: Funding Innovation Beyond Silicon Valley*, Forbes Reinventing America Summit, Chicago, March 27-28, 2014.

*IP Pricing – Current Issues for Markets and Courts*, Georgia State University / Licensing Executives Society Joint Meeting, Atlanta, May 28, 2014.

*The Growing Global 3DP IP Market & How Much Is At Stake*, 3D Printing Politics, Washington D.C., September 17, 2014.

*The Changing Role of the Expert*, 2014 IP Institute presented by the Engleberg Center on Innovation Law & Policy at New York University and Cravath, Swaine & Moore, LLP, New York, December 4, 2104.

"Intellectual Property Exchange", Dallas Chapter Meeting of the Licensing Executives Society (USA & Canada), Inc., Dallas, January 22, 2015.

"Actavis, Valuation, and Fairness Opinions", 2015 Generic Pharmaceutical Association Annual Meeting, Miami, February 9-11, 2015.

Patent Damages Roundtable, USC Gould School of Law 2015 Intellectual Property Institute, Los Angeles, March 23, 2015.

"Intellectual Property Impact on M&A", Transaction Advisors Midwest Symposium, Chicago, September 17, 2015

"The Changing Landscape of Patent Value and Patent Risks", 2016 Berkeley Law / Cleary Gottlieb M&A-IP-Antitrust Conference, Berkeley Center for Law, Business and the Economy, San Francisco, January 29, 2016.

| | |
|---|---|
| **INTERNATIONAL SPEECHES AND PUBLICATIONS** | "Taxation Issues when Licensing with the U.S.", Licensing Executives Society International, South Africa Conference, January 28, 1996. |
| | "Intellectual Property Damages: Advanced Case Studies", Licensing Executives Society Annual Meeting, Puerto Rico, September 30, 1996. |
| | "License Agreement Royalty Audits: Untapped Riches Or Fool's Gold?", Licensing Executives Society Annual Meeting, Puerto Rico, October 1, 1996 |



"Valuation of IPR", Conference on Appeals Related to Intellectual Property, Bucharest, Romania, November 20, 1997.

"Avaliacao e Contabilizacao de Propriedade Intellectual – Metodologia e Aspectos Fiscais", XIX Seminario Nacional de Propriedade Intellectual, Rio de Janeiro, Brazil, August 16, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Sao Paolo, Brazil, August 18, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Curitiba, Brazil, August 20, 1999.

"IP Valuation Trends", Licensing Add-on Seminar, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 21, 2000.

"Intellectual Property from a Board Room Window", Plenary Session II LESI Strategies, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 23, 2000.

"Due Diligence in an Intellectual Capital Focused Investment", LES Annual Conference Add-on Session, Toronto, September 14, 2000.

"What's New in Intellectual Property Asset Management", Panel Discussion, 8th Annual Intellectual Property Law Institute, State Bar of Georgia,  Puerto Vallarta Mexico,  November 15, 2002.

"Les brevets en tant qu'actifs economiques: comment les exploiter au mieux" and "Brevets et financement: couvrir les couts, trouver des investisseurs", Un System Du Brevet Competitif Pour L'Europe,  sponsored by the European Patent Office, Brussels, May 3-4, 2006.

"What is Patent Quality?", Co-author with Jonathan A. Barney, Paper Presented to the Colloquium on a Comprehensive Approach to Patent Quality, Federation Internationale Des Conseils En propriete Industrielle, Amsterdam, June 8-9, 2007.

"Fostering Innovation with Seed Money and Venture Capital", Licensing Executives Society International Annual Conference, Zurich, June 19, 2007.

"Legal Problems Arising from Auctioning of IPR", Bi-Annual International Forum, Association Internationale Pour La Protection De La Propriete Intellectuelle, October 6, 2007.

"IP Auctions", Plenary Address, The Licensing Executives Society Annual Meeting, October 16, 2007, Vancouver, Canada.

"IP Valuation for IPO's", Warsaw Stock Exchange Executive Conference, June 27, 2008, Warsaw, Poland.



"IP As A Business Tool", Licensing Executives Society International Conference, January 29-30, 2009, New Delhi, India.

"Global IP Market Development", Keynote Address, The Licensing Executives Society Australia and New Zealand, April 2-4, 2009, Camberra, Australia.

"Global IP Market Development", The Licensing Executives Society Philippines, June 8, 2009, Manila, Philippines.
Entwicklung einer Infrastruktur im Blickpunkt, Der Intellectual Property Exchange, *IP Manager: Journal for the Knowledge Economy*, 01/2009.

"Global IP Market View", Division des Analyses Economiques et des Statistiques, Organization de Cooperation et de Developpement Economiques, January 8, 2010, Paris, France.

"Global IP Market View", BusinessEurope Patents Working Group Meeting, The Confederation of European Business a.l.a.b.l., January 28, 2010, Brussels, Belgium.

"Global IP Market View", Inaugural Annual Conference, LES Turkey, January 29, 2010, Istanbul, Turkey.

"Commercialization Strategies for Industrial Property Assets", LES Brazil Annual Congress, January 28, 2011, Rio de Janeiro, Brazil.

"Developing Commercial IP Markets", LES Arab Countries and Abu Dhabi Higher Colleges of Technology Seminar, October 12, 2011, Abu Dhabi, UAE.

"Asian IP Market Development", LES Asia Pacific Meeting, LES Singapore, November 9-10, 2011, Singapore.

"Patent Auctions & Technology in an Emerging Global Economy", LES Philippines, November 16, 2011, Manila.

"Tech Transfer for Humanitarian Purpose", LESI Annual Conference, April 2, 2012, Auckland.

Moderator, "New Challenges in ICT: How to Compete Using IP Assets", LES Pan European Meeting, Rome, June 12, 2012.

Workshop Panelist, "Accelerate Licensing & Avoid Litigation: Effective Use of Transparency, Investors & Risk Management Tools", LES Pan European Meeting, Rome, June 12, 2012.

Keynote Speech, "Research Trends Around the Globe on Licensing", LES Asia Pacific Regional Conference, Tokyo, Japan, September 3, 2012.

"Investing in IP and Developing IP Monetization and Risk Markets: U.S. Perspective", LES Scandinavia Annual Meeting, Helsinki, Finland, September 12, 2012.



"El Mercado Global De Tecnologia", LESI Innovation Tour, LES Mexico and Asociacion Mexicana de Directivos de la Investigation Aplicada y el Desarrollo Tecnologico, A.C., Mexico City, Mexico, September 21, 2012.

Research Handbook on Intellectual Property Licensing, Forward, Jacques de Werra, University of Geneva, Editor, Edward Elgar Publishing, 2012.

"Markets for Humanitarian Technology Transfer" and "Adoption by Resolution of LESI IP Business Principles", LESI Global Technology Impact Forum, Geneva, Switzerland, January 22, 2013.

Forward, Research Handbook on Intellectual Property Licensing. Edited by Jacques de Werra, Edward Elgar Publishing Limited, 2013.

"IP Market Development" / "Simplicity in Global IP Valuation", LESI Annual Conference, Rio de Janeiro, Brazil, April 10, 2013.

"Collaboration for IP Based Accounting and Reporting", LESI Global Technology Impact Forum, Geneva, Switzerland, January 20-21, 2014.

"IP Licensing and Intermediaries", LES Asia-Pacific Regional Conference, Seoul, Korea, November 4-6, 2014.

| | |
|---|---|
| **TELEVISION, RADIO AND EDITORIAL** | Bloomberg Morning Call with Brian Sullivan, "Patent Auctions", March 3, 2006. |
| | CNBC Closing Bell, "Patents for Purchase", Interview with Maria Bartilomo, April 4, 2006. |
| | CNBC On the Money, "Patents for Sale", Interview and Report by Scott Wapner, April 7, 2006. |
| | Bloomberg Morning Call with Brian Sullivan, "Ocean Tomo 300 Index" and "Fall Intellectual Property Auction", September 13, 2006. |
| | CBS WBBM-AM News Radio with Andy Giersher, Noon Business Hour, "New Stock Market Index", December 2, 2006 plus repeats. |
| | Bloomberg Evening *Market Pulse* with Pimm Fox, "Stock Selections with Strong Patents", January 9, 2007. |
| | Judge, *Everyday Edisons: Ordinary People, Extraordinary Ideas*, a Public Broadcasting System documentary series, 2nd Season, to be aired 2008. |
| | Bloomberg Final Word with Brian Sullivan, "Changes in IP Laws Affect Stock Price", March 10, 2008. |
| | FOX Business National, "Investing in Patents", June 5, 2008. |



"It's the auto technology, Congress", *The Detroit News*, detnews.com, December 2, 2008.

FOX Business National, "Capturing Value from IP During a Recession", January 12, 2009.

FOX Business National, "The Value of Technology and Patents in a Chrysler Bankruptcy", May 1, 2009.

FOX Business National, "Exchange Looks to Value Patents", October 5, 2009.

TV Tokyo, "IP Markets, October 4, 2010.

FOX Business National, "Patent Litigation Trends", October 4, 2010.

CNBC Street Signs, "Patent-Palooza", July 26, 2011.

CNBC Street Signs, "Patent Battleground", August 15, 2011.

CNBC Street Signs, "IPXI: Trading Patents in 2012", December 14, 2011.

CEO IntroNet, May 16, 2012.

CNBC Street Signs, "Research In Motion's Patent Portfolio, May 30, 2012.

Crain's Chicago Business, Chicago Business Video, "Preview of the Eureka Index", April 25, 2013.

CNBC Street Signs, "Valuing Intangible Assets", August 5, 2013.

Chicago Tribune Blue Sky Innovation, "Why Robots Roam the Halls…", July 16, 2014.

| | |
|---|---|
| **EXPERT TESTIMONY** | 01 Communique Laboratory, Inc. v. Citrix Systems, Inc. & Citrix Online, LLC Civil Action 1:06-CV-0253 (N.D. Ohio) United States District Court for the District of Massachusetts Deposition Testimony |
| | Advanced Micro Devices, Inc. and ATI Technologies, ULC v. Samsung Electronics Co. Ltd. et al. No. CV-08-0986-SI United States District Court for the Northern District of California San Francisco Division Deposition Testimony |
| | Advanced Technology Materials, Inc. v. Praxair, Inc., Civil Action No.03 CV 5161 (RO) United States District Court for the Southern District of New York Deposition Testimony |



A.I.T. Industries, Inc., f/k/a Photocentron, Inc. v. Yordan Vurich and Opti-Vue, Inc.
Civil Action No.94-C-5196
Deposition Testimony

Allan Stimmel v. Eugene Weiner, Kurt Gutfreund and M & L International, Inc.
Civil Action No. 89 C 6510 (ACW)
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd., et. al.
Civil Action No. 04-2355
United States District Court for the District of New Jersey
Deposition Testimony

Analog Devices, Inc. v. Christopher Michalski, Kiran Karnik and Maxim Integrated Products, Inc.
Case 01 CVS 10614
State of North Carolina Superior Court Division, County of Guilford
Deposition Testimony

Andrx Pharmaceuticals, LLC v. GlaxoSmithKline, PLC and SmithKline Beecham Corporation
Case No. 05-23264-CIV-Graham/O'Sullivan
United States District Court for the Southern District of Florida
Deposition Testimony

Applied Medical Resources Corporation v. Gaya Limited
AAA Case No. 50 133T00316 06
Arbitration Testimony

Arthur Takeall v. PepsiCo, Inc.
Civil Action S92-766
United States District Court for the District of Maryland
Deposition Testimony

Ashley Furniture Industries v. Laura Ashley Holdings Plc and Laura Ashley, Inc.
AAA File No. 51 133 Y 01056 08
American Arbitration Association
Arbitration and Deposition Testimony

Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products Company and Texaco Refining & Marketing, Inc. v. Unocal Corporation and Union Oil Company of California and  Union Oil Company of California v. Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products Company and Texaco Refining & Marketing, Inc.
Civil Action No. CV-95-2379 KMW(JRx)
Trial and Deposition Testimony



Avery Dennison Corp. et al v. FLEXcon Company, Inc.
Civil Action No. 96-C 4820
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Aylus Networks, Inc. vs. Apple, Inc.
Case No. 3:13-cv-4700
United States District Court for the Northern District of California
Deposition Testimony

Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC
Case No. 11 Civ 1594 (GBD)
United States District Court for the Southern District of New York
Deposition Testimony

Bayer Pharma AG, Bayer Intellectual Property GMBH and Bayer Healthcare
Pharmaceuticals, Inc. v. Watson Laboratories, Inc.
Civil Action No 12-517-GMS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Beloit Corp v. Voith, Inc. & J.M. Voith GmbH
Civil Action No. 92 C 0168 C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Board of Trustees of the Leland Stanford Junior University and Litton Systems,
Inc. v. Tyco International LTD., Tyco International, Inc., Tyco
Telecommunications, Inc, Tyco Networks, Inc., Lucent Technologies, Inc.,
Agere Systems, Inc., JDS Uniphase Corporation, Ciena Corporation, Pirelli
S.p.A., Ericsson, Inc., Telefonaktiebolaget Lm Ericsson and Ericsson
Microelectronics Ab, Optoelectronic Products.
Case No. Cv-00-10584-TJH (RCx)
United States District Court for the Central District of California – Western
California
Deposition Testimony

Bracco Diagnostics, Inc. v. Amersham Health Inc., Amersham Health AS,
Amersham plc and Amersham Health Inc. v. Bracco Diagnostics, Inc.
Civil Action No. 03-6025
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Brian D. Zdeb, et al v. Baxter International, Inc.
Civil Action No. 91-L-8726
Appellate Court of Illinois, First District, Sixth Division
Trial and Deposition Testimony

Briggs & Stratton Corporation v. Kohler Company
Case No. 05-C-0025-C
United States District Court for the Western District of Wisconsin



Deposition Testimony

Bristol-Myers Squibb Company v. Apotex Inc. and Apotex Corp.
Civil Action No. 3:10-cv-05810 (MLC)
United States District Court for District of New Jersey
Deposition Testimony

Brocade Communications Systems, Inc. and Foundry Networks, LLC v. A10
Networks, Inc. et al.
Case No. 10-cv-03428 LHK
United States District Court for the Northern District of California San Jose
Division
Trial and Deposition Testimony

Callpod, Inc. v. GN Netcom, Inc. et al.
Case No. 06-CV-4961
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

CareFusion 303 v. Sigma International
Case No 10cv0442 DMS (WMC)
United States District Court for the Northern District of California
Trial and Deposition Testimony

Carter Bryant v. Mattel, Inc. and Consolidated Actions
United States District Court for the Central District of California Southern
Division
Case No. CV 04-9049-DOC (RNBx)
Consolidated with Nos. CV 04-9059 and CV 05-2727
Trial and Deposition Testimony

Catalina Marketing Corp. v. Advanced Promotion Technologies, Inc.
Civil Action No. CV 93-4741 WJR (Sx)
Deposition Testimony

Caterpillar Inc. v. International Truck & Engine Corp., Siemens Diesel Systems
Technology, LLC, Sturman Industries, Inc., Sturman Engine Systems, LLC,
Oded E. Sturman and Carol K. Sturman
United States District Court for the District of South Carolina, Columbia
Division
Case No. 3:03-1739-17
Deposition Testimony

CEATS, Inc. v. Continental Airlines, Inc., AeroSvit Airlines, CJSC, Air China,
Ltd., Air Europa Lineas Aereas, SAU, AirTran Airways, Inc., Alaska Airlines,
Inc., Horizon Air Industries, Inc., All Nippon Airways Co., Ltd., Aerovias Del
Contenente Americano SA, Brendan Airways, LLC, Caribbean Airlines, Ltd.,
Delta Air Lines, Inc., EgyptAir Airlines, Co., Frontier Airlines, Inc., JetBlue
Airways Corporation, Malaysia Airline System Berhad, Qatar Airways
Company QCSC, Alia Royal Jordanian, PLC, TAM, SA, Thai Airways
International Public Co., Ltd., United Air Lines, Inc., US Airways, Inc., Virgin
America, Inc.



Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

CEATS, Inc. v. Granada Theater, Live Nation Worldwide, Inc., Ticketmaster, LLC, Tickets.com, Inc., Ticket Software, LLC, Ticket Network, Inc., TicketsNow.com, Inc., TNow Entertainment Group, Inc., Concur Technologies, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

Cheetah Omni, LLC v. Alcatel-Lucent USA Inc., et al. (on behalf of Tellabs North America, Inc.)
Case No. 6:11CV390
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.
Civil Action No. 04-293
United States District Court for the District of Delaware
Deposition Testimony

Comair Rotron, Inc. v. Matsushita Electric Corporation of America, et al. - New Jersey Action
Civil Action No. 85-4308 (HLS)
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Lenovo (United States) et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:09-cv-00399-LED
Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Cisco Systems, Inc.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:11-cv-00343-LED
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. MediaTek Inc., et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:12-cv-578-LED
Deposition Testimony

Computer Generated Solutions, Inc. v. Peter Loral, Loral Incorporated, PJK, Inc. and Belle Loral, LLC
Civil Action No. 97 Civ. 6298 (MBM)
Deposition Testimony



Construction Technology, Inc. v. Cybermation, Inc. et al.
Civil Action No. 91 Civ. 7474 (JSM)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Cordis Corporation v. SciMed Life Systems, Inc.
Case No. CV 4-96-261
United States Court for the District of Minnesota
Deposition Testimony

CoStar Realty Information, Inc. v. Civix-DDI, LLC and Civix-DDI, LLC v.
LoopNet, Inc.
Case No. 1:12-cv-04968 (consolidated with 07091 and 08632)
United States District Court for the Northeastern District of Illinois Eastern
Division
Deposition Testimony

C.R. Bard v. M3 Systems
Civil Action No. 93 C-4788
Trial Testimony

Curtis Amplatz and Carina Royalty, LLC v. AGA Medical Corporation
Court File No. 27-CV-10-27664
State of Minnesota District Court, County of Hennepin, Fourth Judicial District
Trial Testimony

DaiNippon Screen Mfg., Co. Ltd. *et al.* v. Scitex Corp. Ltd. *et al.*
Case No. C 96-3296 FMS
United States District Court for the Northern District of California
Arbitration and Deposition Testimony

Digital-Vending Services International, Inc. v. The University of Phoenix, Inc.
et al.
Civil Action No. 2:09-cv-00555
United States District Court for the Eastern District of Virginia
Deposition Testimony

Design Solange, Ltd., Inc. v. Lane Bryant, Inc.
Civil Action No. 94 CIV 1299 (JFK)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

DTS, Inc. and DTS Licensing Ltd. v. Nero AG and Nero Inc.
Case No. 2:14-cv-09791-RGK-PJW
United States District Court for the Central District of California
Deposition Testimony

Durel Corporation v. Osram Sylvania, Inc.
Civil Action No. 95-1750 PHx (EHC)
United States District Court for the District of Arizona
Trial and Deposition Testimony



Dynetix Design Solutions, Inc. v. Synopsys, Inc. and Does 1-50
Case No. 5:11-cv-05973-PSG
United States District Court for the Northern District of California
Deposition Testimony

Dyson, Inc. v. Bissell Homecare, Inc.
Case No. 10-cv-08126
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Edward K. Isbey, Jr. v. Cooper Companies, Inc.
Civil Action No. 89-CVS-3776
Supreme Court of North Carolina
Deposition Testimony

Ellison v. The Chicago Heart Association
Civil Action No. 92-K-706
Deposition Testimony

Emblaze Ltd. v. Apple Inc.
Civil Action No. 45:11-cv-01079-SBA (PSG)
United States District Court for the Northern District of California San Jose
Division
Trial and Deposition Testimony

Enterasys Networks, Inc. v. Extreme Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Escada Beaute, et al. v. The Limited Inc. et al.
Civil Action No. 92-CIV-7530 (LLS)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Esquel Enterprises, Ltd., v. TAL Apparel Limited and TALTECH Limited
Civil Action No. C04-974Z
United States District Court for the Western District of Washington at Seattle
Deposition Testimony

Express, LLC v. Fetish Group, Inc.
Civil Action No. CV05-2931 SWV (JTLx)
United States District Court for the Central District of California Western
Division
Deposition Testimony

Extreme Networks, Inc. v. Enterasys Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony



Fairchild Semiconductor Corporation and System General Corporation v. Power
Integrations, Inc.
Civil Action No. 12-00540
United States District Court for the District of Delaware
Trial and Deposition Testimony

Faye Fish Estate et al. v. Beech Aircraft et al.
Civil Action No. 631333
Deposition Testimony

FidoPharm, Inc. & Omnipharm, Ltd. v. Cheminova, Inc. A/S
AAA Case No. 50 503 T 00266 12
American Arbitration Association
Hearing Testimony

Footstar, Inc. et al v. Kmart Corporation
Chapter 11 Case No. 04-22350 (ASH)
United States Bankruptcy Court for the Southern District of New York
Deposition Testimony

Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.
Case No.: CV07-02-962
United States District Court for the Central District for the State of California
Deposition Testimony

Fractus, S.A. v. Samsung Electronics Co. Ltd.; et al (including LG Electronics,
Inc. and related parties)
Civil Action No. 6:09cv203
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Fujitsu Ltd. v. Tellabs, Inc. et al.
Case No. 1:09-cv-04530
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

General Mills, Inc. and General Mills IP Holdings II, LLC v. Fage Dairy
Industry, S.A., Fage USA Dairy Industry, Inc. and Fage USA Holdings, Inc.
United States District Court for the Northern District of New York
Deposition Testimony

Georgia-Pacific Corp. v. United States Gypsum Co. and L&W Supply Co.
Civil Action No. 94-989-RRM
United States District Court for the District of Delaware
Trial Testimony

Gibson Guitar Corp. v. Heritage Guitar, Inc. and Lasar Music Corp.
Civil Action No. 3-90-0009
Deposition Testimony

Gilberto Arvelo v. American International Insurance
Civil Action No. 93-1287



United States District Court for the District of Puerto Rico
Deposition Testimony

Government Employees Insurance Company v. Google, Inc. and Overture
Services, Inc.
United States District Court, Eastern District of Virginia, Alexandria Division
Civil Action No: 1:04cv507
Deposition Testimony

Group One v. Hallmark
Civil Action No. 97-1224-CV-W-1
United States District Court for the Western District of Missouri, Western
Division
Deposition Testimony

GSI Technology, Inc. v. United Memories, Inc. and Integrated Silicon Solution,
Inc.
Case No. 13-CV-1081-PSG
United States District Court for the Northern District of California, San Jose
Division
Trial and Deposition Testimony

Hitachi, Ltd. v. Samsung Display Devices Co., Ltd. and Samsung Display
Devices Co., Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics
America Inc. and Office Depot
Civil Action No. 97-1988-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Hoechst Celanese Corporation v. Chase Plastic Services and Kevin P. Chase
Civil Action No. 94-75361
Trial and Deposition Testimony

Hoechst Celanese Corporation v. Nylon Engineering Resins, Inc.
Civil Action No. 94-346-CIV-FTM-24D
United States District Court for the Middle District of Florida
Trial Testimony

iHance, Inc. v. Eloqua Limited and Eloqua Corporation
Case No. 2;11-CV-257-MSD-TEM
United States District Court for the Eastern District of Virginia Norfolk Division
Deposition Testimony

Immunocept, LLC, Patrice Anne Lee, and James Reese Matson v. Fullbright &
Jaworski, LLP
Cause No. A 05 CA 334 SS
United States District Court of Texas, Austin Division
Deposition Testimony

In Re Gabapentin Patent Litigation
MDL Docket No. 1384 (FSH)
Master Civil Action No. 00-2931 (FSH)



On behalf of Defendants Teva Pharmaceutical Industries Ltd. and IVAX
Corporation and related parties
United States District Court for the District of New Jersey
Deposition Testimony

In Re Nortel Networks Inc. et al. and
In the Matter of the Companies' Creditors Arrangement Act
Case No. 09-10138 (KG) and R.S.C. 1985, c. C-36
United States Bankruptcy Court for the District of Delaware and the Ontario
Superior Court of Justice
Trial and Deposition Testimony

In the Matter of Arbitration Between Open Text, Inc., Claimant, and State
Employee's Credit Union, Respondent
JAMS Arbitration No. 1400015026
Arbitration Testimony

In the Matter of Certain Electronic Devices with Graphics Data Processing
Systems, Components Thereof, and Associated Software
Investigation No. 337-TA-813
On behalf of Respondent Apple Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Semiconductor Chips with Minimized Chip Package
Size and Products Containing Same (III)
Investigation No. 337-TA-630
On behalf of Respondents Acer, Nanya and Powerchip
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Short-Wavelength Light Emitting Diodes, Laser Diodes,
and Products Containing Same
Investigation No. 337-TA-640
On behalf of Respondent Panasonic
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wiper Blades
Investigation No. 337-TA-816
On behalf of Respondents
United States International Trade Commission
Hearing (written) and Deposition Testimony

InLine Connection, Corp v. AOL Time Warner, Inc. and American Online, Inc
Civil Action 02-272
United States District Court for the District of Delaware
Deposition Testimony

InLine Connection, Corp v. Earthlink, Inc.
Civil Action 02-477
United States District Court for the District of Delaware



Deposition Testimony

Innovention Toys, LLC v. MGA Entertainment, Inc., Wal-Mart Stores, Inc. and
Toys 'R Us, Inc.
Civil Action No. 07-6510
United States District Court for the Eastern District of Louisiana
Trial and Deposition Testimony

InterDigital Technology Corporation v. Motorola, Inc.
Civil Action No. 94-73
United States District Court for the District of Delaware
Trial and Deposition Testimony

Invensas Corporation v. Renesas Electronics Corporation and Renesas
Electronics America, Inc.
Case No. 11-cv-00448-GMS
United States District Court for the District of Delaware
Deposition Testimony

Invention Capital Partners v. Phoenix Technologies Ltd., Marlin Equity
Partners, et. al
Case No: 113CV242491
Superior Court of the State of California County of Santa Clara
Deposition Testimony

Isogon Corporation v. Amdahl Corporation
Civil Action No. 97 CIV 6219 (SAS)
United States District Court for the Southern District of New York
Deposition Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0902C
United States District Court for the Western District of Wisconsin
Trial Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0905C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Jamdat Mobile, Inc. v. JAMSTER International Sarl, Ltd; JAMBA! GMBH; and
Verisign, Inc.
Civil Action No. CV05-3945 PA (FMOx)
Deposition Testimony

Jenner & Block LLP v. Parallel Networks, LLC and EpicRealm Licensing LP
JAMS Arbitration No. 1310019934
Arbitration and Deposition Testimony

John W. Evans, et al. v. General Motors Corporation
Docket # X06-CV-94-0156090S
Superior Court of Connecticut Judicial District of Waterbury



Deposition Testimony

Joy Recovery Technology Corp. v. The Penn Central Corp. and Carol Cable
Company, Inc., aka General Cable Industries, Inc.
Civil Action No. 93 C 0992
Deposition Testimony

K-Tube Corp. v. Sterling Stainless Tube Corp. et al.
Case No. CV 90 1653 JLQ (M)
Trial and Deposition Testimony

Kay-Cee Enterprises, Inc. v. Amoco Oil Company
Civil Action No. 97-2406 (JWL)
United States District Court for the District of Kansas
Trail and Deposition Testimony

Kennecott Corporation v. Kyocera International
Civil Action No. 80-0516 R (M)
United States District Court for the Southern District of California
Deposition Testimony

Kimberly-Clark Corporation v. Cardinal Health 200, LLC
Civil Action No. 1:10 CV-0034-CAP
United States District Court Northern District of Georgia, Atlanta Division
Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc., Richard Weston,
Medela AG, Medela, Inc., and Patient Care Systems, Inc.
Civil Action SA-03-CA-0832-RG
United States District Court Western District of Texas San Antonio Division
Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc. and Smith &
Nephew, Inc.
Case No. SA:08-CV-00102-WRF
United States District Court Western District of Texas San Antonio Division
Preliminary Injunction Hearing, Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical
Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest
University Health Sciences v. Convatec, Inc., Boehringer Wound Systems, LLC
and Boehringer Technologies, LP
Civil Action No. 1:08-CV-00918-WO-LPA
United States District Court for the Middle District of North Carolina
Deposition Testimony

Kruse Technology Partnership v. Caterpillar, Inc.
Case No. CV 04-10435
United States District Court for the Central District of California
Deposition Testimony



Keurig, Inc. v. Kraft Foods Global, Inc., Tassimo Corp., and Kraft Foods Inc.
C.A. No. 07-17 (GMS)
United States District Court for the District of Delaware
Deposition Testimony

Leo Pharma A/S v. Tolmar, Inc. et al.
United States District Court for District of Delaware
C.A. No. 10-269 (SLR)
Deposition Testimony

Lincoln Electric Company, et al. v. National Standard, LLC
No. 1:09-cv-01886-DCN
United States District Court of Ohio Eastern Division
Deposition Testimony

LNP Engineering Plastics, Inc. and Kawasaki Chemical Holding Co., Inc. v.
Miller Waste Mills, Inc. trading as RTP Company
Civil Action No. 96-462 (RRM)
United States District Court for the District of Delaware
Trial Testimony

Lucent Technologies Inc. v. Extreme Networks, Inc.
Civil Action No. 03-508 (JJF)
United States District Court for the District of Delaware
Trial and Deposition Testimony

Lunar Corp. & The UAB Research Foundation v. EG&G Astrophysics Research
Corp.
Civil Action No. 96-C-199-S
Trial Testimony

Matsushita Electric Industrial Co., Ltd. v. MediaTek, Inc., Oppo Digital., and
Micro-Star International Computer Corp.
Case No. C05-03148 MMC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

McKinley v. Zdeb
Civil Action No. 99-S-1178
United States District Court for the District of Colorado
Fact Deposition Testimony

Medgraph, Inc. v. Medtronic, Inc.
Case No. 6:09-cv-06610-DGL-MWP
United States District Court for the Western District of New York
Rochester Division
Deposition Testimony

Medtronic Xomed, Inc. v. Gryus ENT LLC
Case No.: 3:04CV400-J-32 MCR



United States District Court for the Middle District of Florida
Jacksonville Division
Deposition Testimony

MEI, Inc. v. JCM American Corp & Japan Cash Machine Co. Ltd.
United States District Court for the District of New Jersey
Civil Action No. 09-00351
Deposition Testimony

Message Phone, Inc. v. SVI Systems, Inc. and Tharaldson Properties
Civil Action No. 379CV-1813H
Trial Testimony

MGA Entertainment, Inc. and Isaac Larian v. Hartford Insurance Company of
the Midwest, Harford Fire Insurance Company, The Hartford Financial Services
Group and Does 1 through 10.
Case No. CV 08-0457 DOC (RNBx)
United States District Court for the Central District of California Southern
Division
Deposition Testimony

Military Professional Services, Inc. v. BancOhio National Bank
Civil Action No. 91-5032
Deposition Testimony

Minebea Co., Ltd., Precision Motors Deutsche Minebea GmbH, and Nippon
Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Papst
Licensing Verwaltungsgesellschaft MIT Beschrankter Haftung
Civil Action No. 97-CV-590 (PLF)
Trial and Deposition Testimony

Mitek Surgical Products, Inc. v. Arthrex, Inc.
Case No. 1:96CV 0087S
United States District Court for the District of Utah, Central Division
Deposition Testimony

Mitsubishi Electric Corp., Koninklijke Philips N.V., Thomson Licensing, GE
Technology Development, Inc. Panasonic Corporation and Sony Corporation v.
Sceptre, Inc.
Case No. 2:14-cv-04994-ODW-AJW
United States District Court for the Central District of California
Deposition Testimony

Money Suite Company v. Insurance Answer Center, LLC; Answer Financial,
Inc.; AllState Insurance Company; Esurance Insurance Services, Inc.
United States District Court Central District of California Southern Division
Deposition Testimony

Motorola, Inc. v. InterDigital Technology Corporation
Civil Action No. 93-488
United States District Court for the District of Delaware
Trial and Deposition Testimony



Nellcor Puritan Bennett, LLC v. CAS Medical Systems, Inc.
Case No. 2:11-CV-15697
United States District Court for the Eastern District of Michigan Southern
Division
Deposition Testimony

Netlist, Inc. v. Diablo Technologies, Inc.
Civil Action No. 4:13-CV-05962-YGR
United States District Court for the Central District of California Oakland
Division
Trial Testimony

Nomadix, Inc. v. Hewlett-Packard Company, et al.
Civil Action No. CV09-08441 DDP(VBKx)
United States District Court for the Central District of California Western
Division
Deposition Testimony

Nomix Corporation v. Quikrete Companies, Inc.
Civil Action No. H88-463-AHN
Trial and Deposition Testimony

Orthofix, Inc., et al v. EBI Medical Systems, Inc., et al.
Civil Action No. 95-6035 (SMO)
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Pharmacia & Upjohn Company, LLC v. Sicor Inc. and Sicor Pharmaceuticals,
Inc.
Civil Action No. 04-833 (KAJ)
United States District Court for the District of Delaware
Deposition Testimony

Picker International, Inc. v. Mayo Foundation, et al.
Case No. 95-CV-2028
United States District Court for the Northern District of Ohio, Eastern Division
Trial and Deposition Testimony

Penda Corporation v. United States of America and Cadillac Products, Inc.
Case No. 473-89-C
United States Court of Federal Claims
Trial and Deposition Testimony

Peter Daou and James Boyce v. Arianna Huffington, Kenneth Lerer and
TheHuffingtonPost.com, Inc.
Index No. 651997/2010
Supreme Court of the State of New York, County of New York
Deposition Testimony

Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., Fairchild
Semiconductor Corporation and System General Corporation



Case No. 3:09-cv-05235-MMC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Powertech Technology, Inc. v. Tessera, Inc.
Case No. CV10-00945EMC
United States District Court for the Northern District of California
Deposition Testimony

Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced
Technology Materials, Inc.
Civil Action No. 03-1158-SLR
United States District Court District of Delaware
Deposition Testimony

Prism Technologies, LLC v. AT&T Mobility, LLC
Civil Action No. 8:12-cv-122-LES-TDT
United States District Court of Nebraska
Deposition Testimony

Prism Technologies, LLC v. T-Mobile USA, Inc.
Civil Action No. 8:12-cv-00124
United States District Court of Nebraska
Trial and Deposition Testimony

Prism Technologies, LLC v. Sprint Spectrum L.P. d/b/a/ Sprint PCS
Civil Action No. 8:12-cv-123-LES-TDT
United States District Court of Nebraska
Trial and Deposition Testimony

The Procter & Gamble Company v. Paragon Trade Brands, Inc.
Civil Action No. 94-16-LON
United States District Court for the District of Delaware
Trial and Deposition Testimony

QR Spex, Inc. and Thomas G. Swab v. Motorola, Inc. and Frog Design, Inc.
Civil Action No 03-6284 JFW (FMOx)
United States District Court for the Central District of California
Deposition Testimony

Qualcomm, Inc. v. InterDigital Communications Corporation
Case No. 93-1091G (LSP)
Deposition Testimony

Quickie, LLC v. Medtronic, Inc.
Civil Action No. 02 CV 1157 (GEL)
United States District Court for the Southern District of New York
Deposition Testimony

Radware, LTD, and Radware, Inc. v. F5 Networks, Inc.
Civil Action No. 5:13-cv-02024 RMW



United States District Court for the Southern District of California San Jose
Division
Deposition Testimony

Remcor v. Scotsman/Booth
Civil Action No. 93 C 1822
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Remcor v. Servend
Civil Action No. 93 C 1823
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Rensselaer Polytechnic Institute and Dynamic Advances, LLC v. Apple Inc.
Case No 1:13-cv-00633 (DNH/DEP)
United States District Court for the Northern District of New York
Deposition Testimony

Research Corporation Technologies, Inc. v. Hewlett-Packard Company
Civil Action No. CIV 95-490-TUC-JMR
United States District Court for the District of Arizona
Deposition Testimony

Robert E. Morley, Jr. and REM Holdings 3, LLC v. Square, Inc., Jack Dorsey
and James McKelvey, Jr.
No. 4:14-cv-00172-CDP
United States District Court for the Eastern District of Missouri
Deposition Testimony

Rommy Hunt Revson v. The Limited, Inc. et al.
Civil Action No. 90-3840 (MGC)
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Ameren Corporation; Union
Electric Company; Central Illinois Public Service Company; Cilcorp, Inc.;
Central Illinois Light Company
Case No. 07-4955 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. AOL, LLC, CompuServe
Interactive Services and Netscape Communications Corporation
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Cablevision Systems Corporation
et. al.
Case No. 2:07-ML-01816 / 02314 RGK-FFM



United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Charter Communications, Inc.;
Charter Communications Holding Company, LLC; Charter Communications
Operating, LLC; and Charter Communications Entertainment I, LLC
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. CIGNA Corporation, CIGNA
Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug of
Pennsylvania, LLC and Tel-Drug, Inc.
CV 07-2192 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Comcast Corporation, Sirius-XM
Radio, Inc., et al.
NO. 2:07-ML-01816-C RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. DHL Holdings (USA) Inc., DHL
Express (USA), Inc., and Sky Courier, Inc.
Case No. 07-ml-01816-B RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Fifth Third Bankcorp, Fifth Third
Bank, Fifth Third Bank (Central Ohio)
Case No. 07-4960 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Time Warner Cable Inc., Time
Warner NY Cable LLC and Time Warner Entertainment Company, L.P.
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. United States Cellular
Corporation, TDS Telecommunications Corporation and TDS Metrocom, LLC
Case No.07-ML-01816-B-RGK (FFMX)
United States District Court for the Central District of California
Deposition Testimony

Rosetta Stone Ltd. v. Google Inc.
Civil Action No. 1:09 CV 736 GBL / JFA
United States District Court for the Eastern District of Virginia
Deposition Testimony



RWM Kinetic Enterprises, Inc. and Thomas J. Ring v. Kinetic Concepts, Inc. and KCI Therapeutic Services, Inc.
Case No. SA-96-CA-603-OG
United States District Court for the Western District of Texas San Antonio Division
Trial Testimony

Saxon Innovations, LLC v. Nokia Corp, et al. (including Samsung Electronics, Co. and related parties)
Civil Action No. 6:07-cv-490-LED-JDL
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd., S-LCD Corporation, Samsung Electronics America, Inc. Samsung Telecommunications America, LLC
Civil Action No. 3:09-cv-00001
United States District Court for the Western District of Wisconsin
Deposition Testimony

Silicon Image, Inc. v. Analogix Semiconductor, Inc.
Case No. C 07-00635 JCS
United States District Court for the Northern District of California, San Francisco Division
Deposition Testimony

Site Microsurgical Systems v. The Cooper Companies
Civil Action S92-766
Deposition Testimony

SmartPhone Technologies, LLC v. Research In Motion Corp. et. al (on behalf LG Electronics, Inc. and LG Electronics USA, Inc.)
Civil Action No. 6:10cv74-LED
United States District Court Eastern District of Texas Tyler Division
Deposition Testimony

St. Clair Intellectual Property Consultants v. Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., Fujifilm America, Inc., et al.
Civil Action No. 03-241 JJF
United States District Court for the District of Delaware
Trial and Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV44
United States District Court of Texas Sherman Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV45
United States District Court of Texas Sherman Division
Deposition Testimony



Takata Corp. v. Allied Signal, Inc. and Breed Technologies, Inc.
Civil Action CV-95-1750
Deposition Testimony

Technol Medical Products, Inc., et al v. Robert Busse & Co., Inc.
Civil Action No. 3:94-CV-2284-X
Deposition Testimony

Tekmira Pharmaceuticals Corporation and Protiva Pharmaceuticals, Inc. v.
Alnylam Pharmaceuticals, Inc. and AlCana Technologies, Inc.
Civil Action No. 11-1010-BLS2
Massachusetts Superior Court for Suffolk County
Deposition Testimony

Tessera, Inc. v. Advanced Micro Devices, Inc. et al.
Case No. 4:05-cv-04063-CW
United States District Court for Northern District of California Oakland Division
Deposition Testimony

Tessera, Inc. v. UTAC (Taiwan) Corporation
Case No.: 5:10-cv-04435-EJD
United States District Court for Northern District of California San Jose
Division
Deposition Testimony

Therma-Tru Corporation v. Caradon Peachtree, Inc.
Civil Action No. 95-CV-75534-DT
Deposition Testimony

Toro Company v. MTD Products Inc., MTD Consumer Group Inc., and Cub
Cadet LLC
Civil Action No 10-cv-007-JNE-TNL
United States District Court for the District of Minnesota
Deposition Testimony

Ultratec, Inc. and CapTel, Inc. v. Sorenson Communications, Inc. and
CaptionCall, LLC
Case No.: 3:14-cv-66-BBC
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Unwired Planet, LLC v. Apple, Inc.
Case No. 3:13-cv-4134-VC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Valmet Paper Machinery, Inc. and Valmet-Charlotte, Inc. v. Beloit Corporation
Civil Action No. 93-C-587-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony



Verinata Health, Inc. and the Board of Trustees of the Leland Stanford Junior
University v. Sequenom, Inc. and Sequenom Center for Molecular Medicine,
LLC.
Case No. 3:12-cv-00865-SI
Deposition Testimony

Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies
AG and Infineon Technologies North America Corporation
Case No. C 08-05129 CRB
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Wang Laboratories, Inc. v. America Online, Inc. and Netscape Communications
Corporation
Civil Action No. 97-1628-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Wang Laboratories, Inc. v. FileNet Corporation
Civil Action No. 94-12141-RCL
Deposition Testimony

Waukesha Cherry-Burrell v. Wrightech Corporation
Civil Action No. 96-CV-00384
Deposition Testimony

Zenith Electronics LLC, Panasonic Corporation, U.S., Philips Corporation, and
the Trustees of Columbia University in the City of New York v. Sceptre, Inc.
Case No. 9:13-CV-80567
United States District Court for the Central District of California
Deposition Testimony

Zenith Electronics LLC v. Vizio, Inc.; Westinghouse Digital Electronics LLC, et
al.
No. 5:06CV246-DF
United States District Court for the Eastern District of Texas
Texarkana Division
Deposition Testimony

ZiiLabs Inc., Ltd. V. Samsung Electronics Co. Ltd (and related Samsung parties)
and Apple Inc.
Case No. 2:14-cv-00203
United States District Court for the Eastern District of Texas Marshall Division
Deposition Testimony

**PATENTS**      Inventor, United States Patent No. 5,752,186, Access Free Wireless Telephony
Fulfillment Service System, May 12, 1998.



Inventor, United States Patent No. 5,867,780, Access Free Wireless Telephony Fulfillment Service System, February 2, 1999.

Inventor, United States Patent No. 6,397,057, System and Method of Providing Advertising Information to a Subscriber Through a Wireless Device, May 28, 2002.

Inventor, United States Patent No. 6,411,803, System and Method of Providing Service Information to a Subscriber Through a Wireless Device, June 25, 2002.

Inventor, United States Patent No. 6,769,767, Eyewear with Exchangeable Temples Housing a Transceiver Forming Ad Hoc Networks with Other Devices, August 3, 2004.

Inventor, United States Patent No. 6,839,556, System and Method of Providing Information to a Subscriber through a Wireless Device, January 4, 2005.

Inventor, United States Patent No. 6,911,172, Method of Manufacturing Eyewear, June 28, 2005.

Inventor, United States Patent No. 6,929,365, Eyewear with Exchangeable Temples Housing Bluetooth Enable Apparatus, August 16, 2005.

Inventor, United States Patent No. 7,181,200, Method of Providing Information to a Telephony Subscriber, February 20, 2007.

Inventor, United States Patent No. 7,353,202, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 1, 2008.

Inventor, United States Patent No. 7,769,685, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, August 3, 2010.

Inventor, United States Patent No. 7,813,716, Method of Providing Information to a Telephony Subscriber, October 12, 2010.

Inventor, United States Patent No. 7,885,897, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, February 8, 2011.

Inventor, United States Patent No. 7,930,231, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 19, 2011.

Inventor, United States Patent No. 7,987,142, Intellectual Property Trading Exchange, July 26, 2011.

Inventor, United States Patent No. 8,041,341, System of Providing Information to a Telephony Subscriber, October 18, 2011.



Inventor, United States Patent No. 8,180,711, Intellectual Property Trading Exchange, May 15, 2012.

Inventor, United States Patent No. 8,255,932, System and Method for Managing Intellectual Property-Based Risks, January 15, 2013.

Inventor, United States Patent No. 8,515,851, Method and System for Generating an Index of Securities, August 20, 2013.

Inventor, United States Patent No. 8,554,687, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, October 8, 2013.

Inventor, United States Patent No. 8,694,419, Methods and Systems for Utilizing Intellectual Property Assets and Rights, April 8, 2014.

Inventor, United States Patent No. 8,787,878, System of Providing Information to a Telephony Subscriber, July 22, 2014.

Inventor, United States Patent No. 8,831,985, Financial Instrument Based on Content and Methods for Valuation, September 9, 2014.

Inventor, United States Patent No. 8,880,031, System of Providing Information to a Telephony Subscriber, November 4, 2014.

Inventor, United States Patent No. 9,058,628, Marketplace for Trading Intangible Asset Derivatives and a Method for Trading Intangible Asset Derivatives, June 16, 2015.

**CONTACT**

James E. Malackowski
Chairman and Chief Executive Officer
Ocean Tomo, LLC
200 West Madison
37th Floor
Chicago, Illinois  60606

312-327-4410 Direct
312-327-4401 Facsimile
312-560-8500 Personal
jmalackowski@oceantomo.com

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relativity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many
of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considered comprehensive.

**Documents Produced by Google**

| | | | |
|---|---|---|---|
| GOOG-00273854 - GOOG-00273874 | GOOGLE-22-00072075 | GOOGLE-26-00023560 - GOOGLE-26-00023578 | GOOGLE-37-00023782 - GOOGLE-37-00023785 |
| GOOG-00276658 - GOOG-00276675 | GOOGLE-22-00072076 - GOOGLE-22-00072145 | GOOGLE-26-00023579 - GOOGLE-26-00023597 | GOOGLE-38-00010714 - GOOGLE-38-00010720 |
| GOOG-00352702 - GOOG-00352724 | GOOGLE-22-00073879 | GOOGLE-26-00023598 - GOOGLE-26-00023615 | GOOGLE-38-00020572 - GOOGLE-38-00020573 |
| GOOG-00577366 - GOOG-00577445 | GOOGLE-22-00073880 - GOOGLE-22-00073949 | GOOGLE-26-00023653 - GOOGLE-26-00023667 | GOOGLE-38-00025643 - GOOGLE-38-00025646 |
| GOOG-10004337 - GOOG-10004341 | GOOGLE-22-00122688 | GOOGLE-26-00023709 - GOOGLE-26-00023728 | GOOGLE-38-00127518 |
| GOOGLE-01-00000289 - GOOGLE-01-00000348 | GOOGLE-22-00122689 - GOOGLE-22-00122758 | GOOGLE-26-00024432 - GOOGLE-26-00024438 | GOOGLE-49-00033133 - GOOGLE-49-00033144 |
| GOOGLE-00003255 - GOOGLE-00003256 | GOOGLE-22-00124382 - GOOGLE-22-00124384 | GOOGLE-26-00024751 - GOOGLE-26-00024765 | GOOGLE-49-00033349 - GOOGLE-49-00033356 |
| GOOGLE-00003257 - GOOGLE-00003265 | GOOGLE-22-00124385 - GOOGLE-22-00124390 | GOOGLE-26-00025152 - GOOGLE-26-00025158 | GOOGLE-52-00000299 - GOOGLE-52-00000312 |
| GOOGLE-00003266 | GOOGLE-22-00275936 - GOOGLE-22-00275946 | GOOGLE-26-00025769 - GOOGLE-26-00025772 | GOOGLE-52-00000365 - GOOGLE-52-00000381 |
| GOOGLE-00003267 - GOOGLE-00003270 | GOOGLE-22-00280859 - GOOGLE-22-00280977 | GOOGLE-26-00030777 | GOOGLE-52-00000382 - GOOGLE-52-00000395 |
| GOOGLE-00003271 - GOOGLE-00003290 | GOOGLE-22-00481881 - GOOGLE-22-00481884 | GOOGLE-26-00030778 | GOOGLE-52-00000660 - GOOGLE-52-00000670 |
| GOOGLE-01-00004974 - GOOGLE-01-00004978 | GOOGLE-24-00010061 | GOOGLE-26-00031558 - GOOGLE-26-00031559 | GOOGLE-52-00000677 - GOOGLE-52-00000696 |
| GOOGLE-01-00018140 - GOOGLE-01-00018148 | GOOGLE-24-00010459 | GOOGLE-26-00040640 - GOOGLE-26-00040658 | GOOGLE-52-00032514 - GOOGLE-52-00032532 |
| GOOGLE-01-00023872 | GOOGLE-24-00010460 - GOOGLE-24-00010538 | GOOGLE-27-00000046 - GOOGLE-27-00000063 | GOOGLE-52-00034183 - GOOGLE-52-00034194 |
| GOOGLE-01-00025454 - GOOGLE-01-00025457 | GOOGLE-24-00013098 | GOOGLE-27-00000235 - GOOGLE-27-00000256 | GOOGLE-52-00035803 - GOOGLE-52-00035816 |
| GOOGLE-01-00025575 - GOOGLE-01-00025587 | GOOGLE-24-00013099 - GOOGLE-24-00013150 | GOOGLE-27-00000777 - GOOGLE-27-00000800 | GOOGLE-52-00036196 - GOOGLE-52-00036213 |
| GOOGLE-01-00026302 | GOOGLE-24-00015100 | GOOGLE-27-00000993 - GOOGLE-27-00001008 | GOOGLE-56-00016991 |
| GOOGLE-01-00063681 - GOOGLE-01-00063684 | GOOGLE-24-00015101 - GOOGLE-24-00015156 | GOOGLE-27-00001796 - GOOGLE-27-00001813 | GOOGLE-56-00017329 |
| GOOGLE-01-00066236 | GOOGLE-24-00015412 | GOOGLE-27-00002001 - GOOGLE-27-00002025 | GOOGLE-56-00017330 - GOOGLE-56-00017400 |
| GOOGLE-01-00066237 - GOOGLE-01-00066261 | GOOGLE-24-00015413 - GOOGLE-24-00015464 | GOOGLE-27-00002651 - GOOGLE-27-00002680 | GOOGLE-56-00017401 |
| GOOGLE-01-00066262 - GOOGLE-01-00066286 | GOOGLE-24-00019557 | GOOGLE-27-00002813 - GOOGLE-27-00002834 | GOOGLE-56-00018958 - GOOGLE-56-00018959 |
| GOOGLE-01-00090929 | GOOGLE-24-00019558 - GOOGLE-24-00019613 | GOOGLE-27-00002878 - GOOGLE-27-00002901 | GOOGLE-56-00018960 - GOOGLE-56-00018963 |
| GOOGLE-01-00131959 - GOOGLE-01-00131962 | GOOGLE-24-00147890 | GOOGLE-27-00003030 - GOOGLE-27-00003053 | GOOGLE-58-00005019 - GOOGLE-58-00005032 |
| GOOGLE-01-00148180 - GOOGLE-01-00148182 | GOOGLE-24-00147891 - GOOGLE-24-00147969 | GOOGLE-27-00003083 - GOOGLE-27-00003102 | GOOGLE-58-00021289 - GOOGLE-58-00021312 |
| GOOGLE-02-00076017 | GOOGLE-24-00152155 | GOOGLE-27-00003103 - GOOGLE-27-00003123 | GOOGLE-58-00021470 - GOOGLE-58-00021501 |
| GOOGLE-02-00079838 | GOOGLE-24-00152227 - GOOGLE-24-00152268 | GOOGLE-27-00003146 - GOOGLE-27-00003169 | GOOGLE-58-00021617 - GOOGLE-58-00021633 |
| GOOGLE-02-00089698 - GOOGLE-02-00089699 | GOOGLE-24-00206924 - GOOGLE-24-00207000 | GOOGLE-27-00003353 - GOOGLE-27-00003374 | GOOGLE-58-00021654 - GOOGLE-58-00021672 |
| GOOGLE-02-00104265 - GOOGLE-02-00104266 | GOOGLE-26-00003295 - GOOGLE-26-00003314 | GOOGLE-27-00003484 - GOOGLE-27-00003533 | GOOGLE-58-00022023 - GOOGLE-58-00022044 |
| GOOGLE-02-00384174 | GOOGLE-26-00003315 - GOOGLE-26-00003337 | GOOGLE-27-00003534 - GOOGLE-27-00003535 | GOOGLE-58-00022522 - GOOGLE-58-00022545 |
| GOOGLE-02-00390219 | GOOGLE-26-00003470 - GOOGLE-26-00003486 | GOOGLE-27-00003536 - GOOGLE-27-00003541 | GOOGLE-58-00025039 - GOOGLE-58-00025060 |
| GOOGLE-03-00067083 - GOOGLE-03-00067084 | GOOGLE-26-00003554 - GOOGLE-26-00003576 | GOOGLE-27-00003542 | GOOGLE-58-00025523 - GOOGLE-58-00025551 |
| GOOGLE-03-00067085 - GOOGLE-03-00067154 | GOOGLE-26-00003869 - GOOGLE-26-00003890 | GOOGLE-27-00003543 - GOOGLE-27-00003548 | GOOGLE-58-00025762 - GOOGLE-58-00025781 |
| GOOGLE-03-00139330 | GOOGLE-26-00003891 - GOOGLE-26-00003913 | GOOGLE-27-00003549 - GOOGLE-27-00003550 | GOOGLE-58-00027822 - GOOGLE-58-00027844 |
| GOOGLE-03-00139402 - GOOGLE-03-00139443 | GOOGLE-26-00004278 - GOOGLE-26-00004297 | GOOGLE-27-00003551 - GOOGLE-27-00003554 | GOOGLE-58-00027871 - GOOGLE-58-00027891 |
| GOOGLE-03-00146537 | GOOGLE-26-00004562 - GOOGLE-26-00004579 | GOOGLE-27-00003561 - GOOGLE-27-00003884 | GOOGLE-58-00032027 - GOOGLE-58-00032043 |
| GOOGLE-03-00146539 - GOOGLE-03-00146558 | GOOGLE-26-00004603 - GOOGLE-26-00004720 | GOOGLE-27-00004094 - GOOGLE-27-00004117 | GOOGLE-58-00037731 - GOOGLE-58-00037746 |
| GOOGLE-03-00147536 | GOOGLE-26-00004886 - GOOGLE-26-00004903 | GOOGLE-27-00004193 - GOOGLE-27-00004216 | GOOGLE-58-00037832 - GOOGLE-58-00037844 |
| GOOGLE-03-00147537 - GOOGLE-03-00147556 | GOOGLE-26-00004952 - GOOGLE-26-00004974 | GOOGLE-27-00004476 - GOOGLE-27-00004499 | GOOGLE-58-00038081 - GOOGLE-58-00038094 |
| GOOGLE-03-00250009 - GOOGLE-03-00250010 | GOOGLE-26-00005409 - GOOGLE-26-00005433 | GOOGLE-27-00004664 - GOOGLE-27-00004688 | GOOGLE-58-00047591 - GOOGLE-58-00047606 |
| GOOGLE-03-00250011 - GOOGLE-03-00250012 | GOOGLE-26-00005459 - GOOGLE-26-00005481 | GOOGLE-27-00004736 - GOOGLE-27-00004759 | GOOGLE-59-00014897 |
| GOOGLE-12-00003871 - GOOGLE-12-00003892 | GOOGLE-26-00005505 - GOOGLE-26-00005528 | GOOGLE-27-00006703 - GOOGLE-27-00006725 | GOOGLE-59-00014898 - GOOGLE-59-00014972 |
| GOOGLE-12-00134317 - GOOGLE-12-00134319 | GOOGLE-26-00005904 | GOOGLE-27-00006737 - GOOGLE-27-00006762 | GOOGLE-66-00002933 |
| GOOGLE-14-00025664 | GOOGLE-26-00005905 - GOOGLE-26-00005912 | GOOGLE-27-00007772 - GOOGLE-27-00007789 | GOOGLE-66-00004127 - GOOGLE-66-00004130 |
| GOOGLE-17-00030539 - GOOGLE-17-00030540 | GOOGLE-26-00006162 - GOOGLE-26-00006169 | GOOGLE-27-00008067 - GOOGLE-27-00008077 | GOOGLE-66-00004237 - GOOGLE-66-00004243 |
| GOOGLE-17-00030541 - GOOGLE-17-00030607 | GOOGLE-26-00006275 - GOOGLE-26-00006300 | GOOGLE-27-00008384 - GOOGLE-27-00008386 | GOOGLE-66-00005053 - GOOGLE-66-00005070 |
| GOOGLE-17-00113234 | GOOGLE-26-00006666 - GOOGLE-26-00006691 | GOOGLE-27-00009337 - GOOGLE-27-00009343 | GOOGLE-81-00007446 |
| GOOGLE-17-00679499 | GOOGLE-26-00010176 - GOOGLE-26-00010183 | GOOGLE-29-00002087 | GOOGLE-81-00007497 - GOOGLE-81-00007573 |
| GOOGLE-17-00679500 - GOOGLE-17-00679509 | GOOGLE-26-00010386 - GOOGLE-26-00010405 | GOOGLE-29-00002088 - GOOGLE-29-00002131 | |
| GOOGLE-22-00051822 - GOOGLE-22-00051823 | GOOGLE-26-00010444 - GOOGLE-26-00010455 | GOOGLE-30-00101210 - GOOGLE-30-00101275 | |
| GOOGLE-22-00051824 - GOOGLE-22-00051893 | GOOGLE-26-00023539 - GOOGLE-26-00023557 | GOOGLE-30-00130040 - GOOGLE-30-00130050 | |

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relativity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considered comprehensive.

**Documents Produced by Oracle**

| | |
|---|---|
| OAGOOGLE0000021991 | OAGOOGLE2000003717 |
| OAGOOGLE0000034595 | OAGOOGLE2000003718 |
| OAGOOGLE0000034596 | OAGOOGLE2000003719 |
| OAGOOGLE0000034597 | OAGOOGLE2000003720 |
| OAGOOGLE0000034598 | OAGOOGLE2000003721 |
| OAGOOGLE0000034599 | OAGOOGLE2000004051 |
| OAGOOGLE0000034600 | OAGOOGLE2000166381 - OAGOOGLE2000166617 |
| OAGOOGLE0000034601 | OAGOOGLE2000166618 |
| OAGOOGLE0000034602 | OAGOOGLE2000166619 |
| OAGOOGLE0000115272 - OAGOOGLE0000115290 | OAGOOGLE2000166620 |
| OAGOOGLE0000191668 | OAGOOGLE2000166621 |
| OAGOOGLE0000207699 - OAGOOGLE0000207700 | OAGOOGLE2000166622 - OAGOOGLE2000166720 |
| OAGOOGLE0000609523 - OAGOOGLE0000609529 | OAGOOGLE2000166739 |
| OAGOOGLE0000835968 | OAGOOGLE2000166740 - OAGOOGLE2000166756 |
| OAGOOGLE0000835969 - OAGOOGLE0000835978 | OAGOOGLE2000166757 |
| OAGOOGLE0001049230 - OAGOOGLE0001049234 | OAGOOGLE2000166758 - OAGOOGLE2000166772 |
| OAGOOGLE0001342929 - OAGOOGLE0001342934 | OAGOOGLE2000166773 |
| OAGOOGLE0003997531 - OAGOOGLE0003997532 | OAGOOGLE2000166774 - OAGOOGLE2000166785 |
| OAGOOGLE0004260166 - OAGOOGLE0004260187 | OAGOOGLE2000166786 - OAGOOGLE2000166797 |
| OAGOOGLE0004381807 | OAGOOGLE2000166798 |
| | OAGOOGLE2000166799 - OAGOOGLE2000166819 |
| OAGOOGLE0007356222 - OAGOOGLE0007356223 | OAGOOGLE2000166818 |
| OAGOOGLE0010533477 - OAGOOGLE0010533492 | OAGOOGLE2000166819 |
| OAGOOGLE0011726508 - OAGOOGLE0011726539 | OAGOOGLE2000166820 - OAGOOGLE2000166836 |
| OAGOOGLE0012956691 - OAGOOGLE0012956693 | OAGOOGLE2000166837 |
| OAGOOGLE0013561757 - OAGOOGLE0013561786 | OAGOOGLE2000166838 - OAGOOGLE2000166852 |
| OAGOOGLE0014551785 - OAGOOGLE0014551796 | OAGOOGLE2000166853 |
| OAGOOGLE0017187388 | OAGOOGLE2000166854 - OAGOOGLE2000166865 |
| OAGOOGLE0100003473 - OAGOOGLE0100003508 | OAGOOGLE2000166866 - OAGOOGLE2000166877 |
| OAGOOGLE0100022356 - OAGOOGLE0100022360 | OAGOOGLE2000166878 |
| OAGOOGLE0100022362 - OAGOOGLE0100022371 | OAGOOGLE2000166879 - OAGOOGLE2000166897 |
| OAGOOGLE0100022372 - OAGOOGLE0100022375 | OAGOOGLE2000166898 |
| OAGOOGLE0100022381 | OAGOOGLE2000179296 - OAGOOGLE2000179312 |
| OAGOOGLE0100022394 - OAGOOGLE0100022398 | OAGOOGLE2000179313 |
| OAGOOGLE0100038465 - OAGOOGLE0100038476 | OAGOOGLE2000179314 - OAGOOGLE2000179331 |
| OAGOOGLE0100046448 - OAGOOGLE0100046453 | OAGOOGLE2000179332 |
| OAGOOGLE0100049911 - OAGOOGLE0100049914 | OAGOOGLE2000179333 - OAGOOGLE2000179351 |
| OAGOOGLE0100050310 - OAGOOGLE0100050321 | OAGOOGLE2000179352 |
| OAGOOGLE0100072596 - OAGOOGLE0100072598 | OAGOOGLE2000180989 |
| OAGOOGLE0100405426 - OAGOOGLE0100405428 | OAGOOGLE2000180990 |
| OAGOOGLE0100412584 - OAGOOGLE0100412600 | OAGOOGLE2000462635 - OAGOOGLE2000462638 |
| OAGOOGLE0100628653 - OAGOOGLE0100628674 | OAGOOGLE3000000021 - OAGOOGLE3000000024 |
| OAGOOGLE0102011116 - OAGOOGLE0102011126 | OAGOOGLE3000000496 - OAGOOGLE0000000499 |
| OAGOOGLE0102289092 - OAGOOGLE0102289121 | OAGOOGLE3000000500 - OAGOOGLE0000000503 |
| OAGOOGLE0102341461 - OAGOOGLE0102341469 | OAGOOGLE3000000504 - OAGOOGLE0000000511 |
| OAGOOGLE0102403193 - OAGOOGLE0102403217 | OAGOOGLE3000000512 - OAGOOGLE0000000517 |
| OAGOOGLE2000003709 | OAGOOGLE3000000518 - OAGOOGLE0000000523 |
| OAGOOGLE2000003710 | |
| OAGOOGLE2000003713 | |
| OAGOOGLE2000003715 | |
| OAGOOGLE2000003716 | |

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| Depositions |
| --- |

Deposition of Jonathan Gold, January 29, 2016 with Exhibits
Deposition of Henrik Stahl, January 14, 2016, with Exhibits
Deposition of Felix Lin, December 14, 2015, with Exhibits
Deposition of Felix Lin, December 18, 2015, with Exhibits

| Expert Reports |
| --- |

Expert Report of Chris F. Kemerer, Ph.D., January 8, 2016
Expert Report of Professor Douglas C. Schmidt, Ph.D., January 8, 2016
Expert Report of Robert Zeidman, January 8, 2016
Opening Expert Report of Dr. Owen Astrachan on Technical Issues Relating to Fair Use, January 8, 2016
Opening Expert Report of Roderic G. Cattell, Ph.D., January 8, 2016
Opening Expert Report of Andrew Hall, January 8, 2016
Rebuttal Expert Report of Dr. Owen Astrachan, February 8, 2016
Rebuttal Expert Report of Andrew Hall, February 8, 2016
Expert Report of Dr. Gregory K. Leonard, February 8, 2016
Expert Report of Dr. Itamar Simonson, February 8, 2016
Expert Report of Professor Adam Jaffe, Ph.D., February 8, 2016
Expert Report of Chris F. Kemerer, Ph.D. Regarding Fair Use and Rebuttal to Google's Opening Expert Reports, February 8, 2016
Rebuttal Expert Report of Gwyn Firth Murray, February 8, 2016
Expert Report of Professor Douglas C. Schmidt, Ph.D. Regarding Fair Use and Rebuttal to Google's Opening Expert Reports, February 8, 2016
Reply Expert Report of Chris F. Kemerer, Ph.D., February 29, 2016
Reply Expert Report of Professor Adam Jaffe, Ph.D., February 29, 2016
Reply Expert Report of Professor Douglas C. Schmidt, Ph.D., February 29, 2016

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| Trial Exhibits | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0002 | 0046.14 | 0047.2 | 0063 | 0098 | 0135 | 0174 | 0214 |
| 0004 | 0046.15 | 0047.20 | 0064 | 0099 | 0136 | 0175 | 0216 |
| 0005 | 0046.16 | 0047.21 | 0065 | 0100 | 0137 | 0176 | 0218 |
| 0006 | 0046.17 | 0047.22 | 0066 | 0101 | 0138 | 0177 | 0219 |
| 0009 | 0046.18 | 0047.23 | 0067 | 0102 | 0139 | 0178 | 0220 |
| 0011 | 0046.19 | 0047.24 | 0068 | 0103 | 0140 | 0179 | 0221 |
| 0014 | 0046.2 | 0047.25 | 0069 | 0105 | 0141 | 0180 | 0222 |
| 0015 | 0046.20 | 0047.26 | 0070 | 0106 | 0142 | 0181 | 0223 |
| 0016 | 0046.21 | 0047.27 | 0071 | 0107 | 0143 | 0182 | 0224 |
| 0019 | 0046.22 | 0047.28 | 0072 | 0108 | 0144 | 0183 | 0225 |
| 0020 | 0046.23 | 0047.29 | 0073 | 0109 | 0145 | 0184 | 0226 |
| 0025 | 0046.24 | 0047.3 | 0074 | 0110 | 0146 | 0185 | 0227 |
| 0030 | 0046.25 | 0047.30 | 0075 | 0111 | 0147 | 0186 | 0228 |
| 0032 | 0046.26 | 0047.4 | 0076 | 0112 | 0148 | 0187 | 0229 |
| 0034 | 0046.27 | 0047.5 | 0077 | 0113 | 0149 | 0188 | 0231 |
| 0035 | 0046.28 | 0047.6 | 0078 | 0114 | 0150 | 0189 | 0232 |
| 0036 | 0046.29 | 0047.7 | 0079 | 0115 | 0151 | 0190 | 0233 |
| 0037 | 0046.3 | 0047.8 | 0080 | 0116 | 0152 | 0191 | 0235 |
| 0038 | 0046.4 | 0047.9 | 0081 | 0117 | 0153 | 0192 | 0236 |
| 0039 | 0046.5 | 0047 | 0082 | 0118 | 0155 | 0193 | 0237 |
| 0040 | 0046.6 | 0048 | 0083 | 0119 | 0156 | 0194 | 0238 |
| 0041 | 0046.7 | 0049 | 0084 | 0120 | 0159 | 0195 | 0239 |
| 0042 | 0046.8 | 0050 | 0085 | 0121 | 0160 | 0197 | 0240 |
| 0043.1 | 0046.9 | 0051 | 0086 | 0122 | 0161 | 0198 | 0241 |
| 0043 | 0046 | 0052 | 0087 | 0123 | 0162 | 0199 | 0242 |
| 0044 | 0047.1 | 0053 | 0088 | 0124 | 0163 | 0200 | 0243 |
| 0045.1 | 0047.10 | 0054 | 0089 | 0126 | 0164 | 0202 | 0244 |
| 0045.2 | 0047.11 | 0055 | 0090 | 0127 | 0166 | 0203 | 0245 |
| 0045.3 | 0047.12 | 0056 | 0091 | 0128 | 0167 | 0204 | 0246 |
| 0045 | 0047.13 | 0057 | 0092 | 0129 | 0168 | 0205 | 0247 |
| 0046.1 | 0047.15 | 0058 | 0093 | 0130 | 0169 | 0208 | 0248 |
| 0046.10 | 0047.16 | 0059 | 0094 | 0131 | 0170 | 0209 | 0249 |
| 0046.11 | 0047.17 | 0060 | 0095 | 0132 | 0171 | 0211 | 0250 |
| 0046.12 | 0047.18 | 0061 | 0096 | 0133 | 0172 | 0212 | 0251 |
| 0046.13 | 0047.19 | 0062 | 0097 | 0134 | 0173 | 0213 | 0252 |

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| | | | | Trial Exhibits | | | |
|---|---|---|---|---|---|---|---|
| 0253 | 0289 | 0325 | 0362 | 0400 | 0437 | 0472 | 0507 |
| 0254 | 0290 | 0327 | 0363 | 0401 | 0438 | 0473 | 0508 |
| 0255 | 0291 | 0328 | 0364 | 0402 | 0439 | 0474 | 0509 |
| 0256 | 0292 | 0329 | 0365 | 0403 | 0440 | 0475 | 0510 |
| 0257 | 0293 | 0330 | 0366 | 0404 | 0441 | 0476 | 0511 |
| 0258 | 0294 | 0331 | 0367 | 0406 | 0442 | 0477 | 0512 |
| 0259 | 0295 | 0332 | 0368 | 0407 | 0443 | 0478 | 0513 |
| 0260 | 0296 | 0333 | 0369 | 0408 | 0444 | 0479 | 0514 |
| 0261 | 0298 | 0334 | 0371 | 0409 | 0445 | 0480 | 0515 |
| 0262 | 0299 | 0335 | 0372 | 0410 | 0446 | 0481 | 0516 |
| 0263 | 0300 | 0336 | 0373 | 0411 | 0447 | 0482 | 0517 |
| 0264 | 0301 | 0337 | 0374 | 0412 | 0448 | 0483 | 0518 |
| 0265 | 0302 | 0338 | 0375 | 0413 | 0449 | 0484 | 0519 |
| 0266 | 0303 | 0339 | 0376 | 0414 | 0450 | 0485 | 0520 |
| 0267 | 0304 | 0340 | 0377 | 0415 | 0451 | 0486 | 0521 |
| 0268 | 0305 | 0342 | 0378 | 0416 | 0452 | 0487 | 0522 |
| 0270 | 0306 | 0343 | 0379 | 0417 | 0453 | 0488 | 0523 |
| 0271 | 0307 | 0344 | 0380 | 0418 | 0454 | 0489 | 0524 |
| 0272 | 0308 | 0345 | 0381 | 0419 | 0455 | 0490 | 0525 |
| 0273 | 0309 | 0346 | 0383 | 0420 | 0456 | 0491 | 0526 |
| 0274 | 0310 | 0347 | 0384 | 0421 | 0457 | 0492 | 0527 |
| 0275 | 0311 | 0348 | 0385 | 0422 | 0458 | 0493 | 0528 |
| 0276 | 0312 | 0349 | 0386 | 0423 | 0459 | 0494 | 0529 |
| 0277 | 0313 | 0350 | 0388 | 0424 | 0460 | 0495 | 0532 |
| 0278 | 0314 | 0351 | 0389 | 0425 | 0461 | 0496 | 0533 |
| 0279 | 0315 | 0352 | 0390 | 0426 | 0462 | 0497 | 0534 |
| 0280 | 0316 | 0353 | 0391 | 0427 | 0463 | 0498 | 0535 |
| 0281 | 0317 | 0354 | 0392 | 0428 | 0464 | 0499 | 0536 |
| 0282 | 0318 | 0355 | 0393 | 0429 | 0465 | 0500 | 0537 |
| 0283 | 0319 | 0356 | 0394 | 0430 | 0466 | 0501 | 0538 |
| 0284 | 0320 | 0357 | 0395 | 0432 | 0467 | 0502 | 0539 |
| 0285 | 0321 | 0358 | 0396 | 0433 | 0468 | 0503 | 0540 |
| 0286 | 0322 | 0359 | 0397 | 0434 | 0469 | 0504 | 0541 |
| 0287 | 0323 | 0360 | 0398 | 0435 | 0470 | 0505 | 0542 |
| 0288 | 0324 | 0361 | 0399 | 0436 | 0471 | 0506 | 0543 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| | | | | Trial Exhibits | | | |
|---|---|---|---|---|---|---|---|
| 0544 | 0580 | 0613 | 0638 | 0673 | 0708 | 0743 | 0778 |
| 0545 | 0581 | 0614 | 0639 | 0674 | 0709 | 0744 | 0779 |
| 0546 | 0582 | 0615 | 0640 | 0675 | 0710 | 0745 | 0780 |
| 0547 | 0583 | 0616 | 0641 | 0676 | 0711 | 0746 | 0781 |
| 0548 | 0584 | 0617 | 0642 | 0677 | 0712 | 0747 | 0782 |
| 0549 | 0585 | 0620 | 0643 | 0678 | 0713 | 0748 | 0783 |
| 0550 | 0586 | 0621 | 0644 | 0679 | 0714 | 0749 | 0784 |
| 0551 | 0587 | 0622 | 0645 | 0680 | 0715 | 0750 | 0785 |
| 0552 | 0588 | 0623.1 | 0646 | 0681 | 0716 | 0751 | 0786 |
| 0553 | 0589 | 0623.10 | 0647 | 0682 | 0717 | 0752 | 0787 |
| 0554 | 0590 | 0623.101 | 0648 | 0683 | 0718 | 0753 | 0788 |
| 0555 | 0591 | 0623.102 | 0649 | 0684 | 0719 | 0754 | 0789 |
| 0556 | 0592 | 0623.2 | 0650 | 0685 | 0720 | 0755 | 0790 |
| 0557 | 0593 | 0623.3 | 0651 | 0686 | 0721 | 0756 | 0791 |
| 0558 | 0594 | 0623.4 | 0652 | 0687 | 0722 | 0757 | 0792 |
| 0559 | 0595 | 0623.5 | 0653 | 0688 | 0723 | 0758 | 0793 |
| 0560 | 0596 | 0623.6 | 0654 | 0689 | 0724 | 0759 | 0794 |
| 0561 | 0597 | 0623.7 | 0655 | 0690 | 0725 | 0760 | 0795 |
| 0562 | 0598 | 0623.8 | 0656 | 0691 | 0726 | 0761 | 0796 |
| 0563 | 0599 | 0623.9 | 0657 | 0692 | 0727 | 0762 | 0797 |
| 0564 | 0600 | 0623 | 0658 | 0693 | 0728 | 0763 | 0798 |
| 0566 | 0601 | 0624 | 0659 | 0694 | 0729 | 0764 | 0799 |
| 0567 | 0602 | 0625 | 0660 | 0695 | 0730 | 0765 | 0800 |
| 0568 | 0603 | 0626 | 0661 | 0696 | 0731 | 0766 | 0801 |
| 0569 | 0604 | 0627 | 0662 | 0697 | 0732 | 0767 | 0802 |
| 0570 | 0605 | 0628 | 0663 | 0698 | 0733 | 0768 | 0803 |
| 0571 | 0606 | 0629 | 0664 | 0699 | 0734 | 0769 | 0804 |
| 0572 | 0607 | 0630 | 0665 | 0700 | 0735 | 0770 | 0805 |
| 0573 | 0608 | 0631 | 0666 | 0701 | 0736 | 0771 | 0806 |
| 0574 | 0609 | 0632 | 0667 | 0702 | 0737 | 0772 | 0807 |
| 0575 | 0610.2 | 0633 | 0668 | 0703 | 0738 | 0773 | 0808 |
| 0576 | 0610 | 0634 | 0669 | 0704 | 0739 | 0774 | 0809 |
| 0577 | 0611.1 | 0635 | 0670 | 0705 | 0740 | 0775 | 0810 |
| 0578 | 0611 | 0636 | 0671 | 0706 | 0741 | 0776 | 0811 |
| 0579 | 0612 | 0637 | 0672 | 0707 | 0742 | 0777 | 0812 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| | | | | Trial Exhibits | | | |
|---|---|---|---|---|---|---|---|
| 0813 | 0848 | 0883 | 0910 | 0946 | 0977 | 1012 | 1053 |
| 0814 | 0849 | 0884 | 0911 | 0947 | 0978 | 1013 | 1054 |
| 0815 | 0850 | 0885 | 0912 | 0948 | 0979 | 1014 | 1055 |
| 0816 | 0851 | 0886 | 0913 | 0949 | 0980 | 1015 | 1057 |
| 0817 | 0852 | 0887 | 0914 | 0950 | 0981 | 1016 | 1058 |
| 0818 | 0853 | 0888 | 0915 | 0951 | 0982 | 1017 | 1059 |
| 0819 | 0854 | 0889 | 0916 | 0952 | 0983 | 1018 | 1060 |
| 0820 | 0855 | 0890 | 0918 | 0953 | 0984 | 1019 | 1062 |
| 0821 | 0856 | 0891 | 0919 | 0954 | 0985 | 1020 | 1063 |
| 0822 | 0857 | 0892 | 0920 | 0955 | 0986 | 1021 | 1064 |
| 0823 | 0858 | 0893 | 0921 | 0956 | 0987 | 1022 | 1065 |
| 0824 | 0859 | 0894 | 0922 | 0957 | 0988 | 1023 | 1066 |
| 0825 | 0860 | 0895 | 0923 | 0958.1 | 0989 | 1024 | 1067 |
| 0826 | 0861 | 0896.1 | 0924 | 0958.2 | 0990 | 1025 | 1068 |
| 0827 | 0862 | 0896.2 | 0925 | 0958.3 | 0991 | 1027 | 1069 |
| 0828 | 0863 | 0896.3 | 0926 | 0958.4 | 0992 | 1028 | 1070 |
| 0829 | 0864 | 0896.4 | 0927 | 0958 | 0993 | 1030 | 1071 |
| 0830 | 0865 | 0896.5 | 0928 | 0959 | 0994 | 1031 | 1072 |
| 0831 | 0866 | 0896.6 | 0929 | 0960 | 0995 | 1032 | 1073 |
| 0832 | 0867 | 0896.7 | 0930 | 0961 | 0996 | 1033 | 1075 |
| 0833 | 0868 | 0896.8 | 0931 | 0962 | 0997 | 1034 | 1076 |
| 0834 | 0869 | 0896 | 0932 | 0963 | 0998 | 1035 | 1077 |
| 0835 | 0870 | 0897 | 0933 | 0964 | 0999 | 1036 | 1078 |
| 0836 | 0871 | 0898 | 0934 | 0965 | 1000 | 1037 | 1079 |
| 0837 | 0872 | 0899 | 0935 | 0966 | 1001 | 1038 | 1081 |
| 0838 | 0873 | 0900 | 0936 | 0967 | 1002 | 1039 | 1090 |
| 0839 | 0874 | 0901 | 0937 | 0968 | 1003 | 1040 | 1091 |
| 0840 | 0875 | 0902 | 0938 | 0969 | 1004 | 1041 | 1092 |
| 0841 | 0876 | 0903 | 0939 | 0970 | 1005 | 1042 | 1093 |
| 0842 | 0877 | 0904 | 0940 | 0971 | 1006 | 1043 | 1094 |
| 0843 | 0878 | 0905 | 0941 | 0972 | 1007 | 1044 | 1095 |
| 0844 | 0879 | 0906 | 0942 | 0973 | 1008 | 1046 | 1096 |
| 0845 | 0880 | 0907 | 0943 | 0974 | 1009 | 1048 | 1097 |
| 0846 | 0881 | 0908 | 0944 | 0975 | 1010 | 1049 | 1098 |
| 0847 | 0882 | 0909 | 0945 | 0976 | 1011 | 1052 | 1099 |

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| | | | | Trial Exhibits | | | |
|---|---|---|---|---|---|---|---|
| 1100 | 1206 | 2023 | 2058 | 2093 | 2128 | 2163 | 2199 |
| 1101 | 1208.1 | 2024 | 2059 | 2094 | 2129 | 2164 | 2200 |
| 1102 | 1210 | 2025 | 2060 | 2095 | 2130 | 2165 | 2201 |
| 1103 | 1211 | 2026 | 2061 | 2096 | 2131 | 2166 | 2203 |
| 1104 | 1212 | 2027 | 2062 | 2097 | 2132 | 2167 | 2204 |
| 1105 | 1213 | 2028 | 2063 | 2098 | 2133 | 2168 | 2205 |
| 1106 | 1214.1 | 2029 | 2064 | 2099 | 2134 | 2169 | 2206 |
| 1107 | 1214 | 2030 | 2065 | 2100 | 2135 | 2170 | 2207 |
| 1108 | 1215 | 2031 | 2066 | 2101 | 2136 | 2171 | 2208 |
| 1109 | 1216 | 2032 | 2067 | 2102 | 2137 | 2172 | 2209 |
| 1110 | 1217 | 2033 | 2068 | 2103 | 2138 | 2173 | 2210 |
| 1111 | 1218 | 2034 | 2069 | 2104 | 2139 | 2174 | 2211 |
| 1112 | 1219 | 2035 | 2070 | 2105 | 2140 | 2175 | 2212 |
| 1113 | 2000 | 2036 | 2071 | 2106 | 2141 | 2176 | 2213 |
| 1114 | 2001 | 2037 | 2072 | 2107 | 2142 | 2177 | 2214 |
| 1115 | 2002 | 2038 | 2073 | 2108 | 2143 | 2178 | 2215 |
| 1116 | 2003 | 2039 | 2074 | 2109 | 2144 | 2179 | 2216 |
| 1117 | 2004 | 2040 | 2075 | 2110 | 2145 | 2180 | 2217 |
| 1118 | 2005 | 2041 | 2076 | 2111 | 2146 | 2181 | 2218 |
| 1119 | 2006 | 2042 | 2077 | 2112 | 2147 | 2182 | 2219 |
| 1120 | 2007 | 2043 | 2078 | 2113 | 2148 | 2183 | 2220 |
| 1125 | 2008 | 2044 | 2079 | 2114 | 2149 | 2184 | 2221 |
| 1126 | 2010 | 2045 | 2080 | 2115 | 2150 | 2185 | 2222 |
| 1127 | 2011 | 2046 | 2081 | 2116 | 2151 | 2186 | 2223 |
| 1128 | 2012 | 2047 | 2082 | 2117 | 2152 | 2187 | 2224 |
| 1129 | 2013 | 2048 | 2083 | 2118 | 2153 | 2188 | 2225 |
| 1130 | 2014 | 2049 | 2084 | 2119 | 2154 | 2189 | 2226 |
| 1131 | 2015 | 2050 | 2085 | 2120 | 2155 | 2190 | 2227 |
| 1132 | 2016 | 2051 | 2086 | 2121 | 2156 | 2191 | 2228 |
| 1133 | 2017 | 2052 | 2087 | 2122 | 2157 | 2192 | 2229 |
| 1201 | 2018 | 2053 | 2088 | 2123 | 2158 | 2193 | 2230 |
| 1202 | 2019 | 2054 | 2089 | 2124 | 2159 | 2194 | 2231 |
| 1203.1 | 2020 | 2055 | 2090 | 2125 | 2160 | 2196 | 2232 |
| 1204 | 2021 | 2056 | 2091 | 2126 | 2161 | 2197 | 2233 |
| 1205 | 2022 | 2057 | 2092 | 2127 | 2162 | 2198 | 2234 |

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| Trial Exhibits | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2235 | 2270 | 2305 | 2340 | 2377 | 2412 | 2447 | 2482 |
| 2236 | 2271 | 2306 | 2341 | 2378 | 2413 | 2448 | 2483 |
| 2237 | 2272 | 2307 | 2342 | 2379 | 2414 | 2449 | 2484 |
| 2238 | 2273 | 2308 | 2343 | 2380 | 2415 | 2450 | 2485 |
| 2239 | 2274 | 2309 | 2344 | 2381 | 2416 | 2451 | 2486 |
| 2240 | 2275 | 2310 | 2345 | 2382 | 2417 | 2452 | 2487 |
| 2241 | 2276 | 2311 | 2346 | 2383 | 2418 | 2453 | 2488 |
| 2242 | 2277 | 2312 | 2348 | 2384 | 2419 | 2454 | 2489 |
| 2243 | 2278 | 2313 | 2349 | 2385 | 2420 | 2455 | 2490 |
| 2244 | 2279 | 2314 | 2350 | 2386 | 2421 | 2456 | 2491 |
| 2245 | 2280 | 2315 | 2351 | 2387 | 2422 | 2457 | 2492 |
| 2246 | 2281 | 2316 | 2352 | 2388 | 2423 | 2458 | 2493 |
| 2247 | 2282 | 2317 | 2353 | 2389 | 2424 | 2459 | 2494 |
| 2248 | 2283 | 2318 | 2354 | 2390 | 2425 | 2460 | 2495 |
| 2249 | 2284 | 2319 | 2355 | 2391 | 2426 | 2461 | 2496 |
| 2250 | 2285 | 2320 | 2356 | 2392 | 2427 | 2462 | 2497 |
| 2251 | 2286 | 2321 | 2357 | 2393 | 2428 | 2463 | 2498 |
| 2252 | 2287 | 2322 | 2358 | 2394 | 2429 | 2464 | 2499 |
| 2253 | 2288 | 2323 | 2359 | 2395 | 2430 | 2465 | 2500 |
| 2254 | 2289 | 2324 | 2360 | 2396 | 2431 | 2466 | 2501 |
| 2255 | 2290 | 2325 | 2361 | 2397 | 2432 | 2467 | 2502 |
| 2256 | 2291 | 2326 | 2362 | 2398 | 2433 | 2468 | 2503 |
| 2257 | 2292 | 2327 | 2363 | 2399 | 2434 | 2469 | 2504 |
| 2258 | 2293 | 2328 | 2364 | 2400 | 2435 | 2470 | 2505 |
| 2259 | 2294 | 2329 | 2365 | 2401 | 2436 | 2471 | 2506 |
| 2260 | 2295 | 2330 | 2366 | 2402 | 2437 | 2472 | 2507 |
| 2261 | 2296 | 2331 | 2367 | 2403 | 2438 | 2473 | 2508 |
| 2262 | 2297 | 2332 | 2368 | 2404 | 2439 | 2474 | 2509 |
| 2263 | 2298 | 2333 | 2369 | 2405 | 2440 | 2475 | 2510 |
| 2264 | 2299 | 2334 | 2370 | 2406 | 2441 | 2476 | 2511 |
| 2265 | 2300 | 2335 | 2372 | 2407 | 2442 | 2477 | 2512 |
| 2266 | 2301 | 2336 | 2373 | 2408 | 2443 | 2478 | 2513 |
| 2267 | 2302 | 2337 | 2374 | 2409 | 2444 | 2479 | 2514 |
| 2268 | 2303 | 2338 | 2375 | 2410 | 2445 | 2480 | 2515 |
| 2269 | 2304 | 2339 | 2376 | 2411 | 2446 | 2481 | 2516 |

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| | | | | Trial Exhibits | | | |
|---|---|---|---|---|---|---|---|
| 2517 | 2552 | 2587 | 2622 | 2657 | 2694 | 2724 | 2759 |
| 2518 | 2553 | 2588 | 2623 | 2658 | 2695 | 2725 | 2760 |
| 2519 | 2554 | 2589 | 2624 | 2659 | 2696 | 2726 | 2761 |
| 2520 | 2555 | 2590 | 2625 | 2660 | 2697 | 2727 | 2762 |
| 2521 | 2556 | 2591 | 2626 | 2661 | 2698 | 2728 | 2763 |
| 2522 | 2557 | 2592 | 2627 | 2662 | 2699 | 2729 | 2764 |
| 2523 | 2558 | 2593 | 2628 | 2663 | 2700 | 2730 | 2766 |
| 2524 | 2559 | 2594 | 2629 | 2664 | 2701 | 2731 | 2767 |
| 2525 | 2560 | 2595 | 2630 | 2665 | 2702 | 2732 | 2768 |
| 2526 | 2561 | 2596 | 2631 | 2666 | 2703 | 2733 | 2769 |
| 2527 | 2562 | 2597 | 2632 | 2667 | 2704 | 2734 | 2770 |
| 2528 | 2563 | 2598 | 2633 | 2668 | 2705 | 2735 | 2771 |
| 2529 | 2564 | 2599 | 2634 | 2669 | 2706 | 2736 | 2772 |
| 2530 | 2565 | 2600 | 2635 | 2670 | 2708 | 2737 | 2773 |
| 2531 | 2566 | 2601 | 2636 | 2671 | 2709 | 2738 | 2774 |
| 2532 | 2567 | 2602 | 2637 | 2672 | 2710 | 2739 | 2775 |
| 2533 | 2568 | 2603 | 2638 | 2673 | 2711 | 2740 | 2776 |
| 2534 | 2569 | 2604 | 2639 | 2674 | 2712 | 2741 | 2777 |
| 2535 | 2570 | 2605 | 2640 | 2675 | 2713 | 2742 | 2778 |
| 2536 | 2571 | 2606 | 2641 | 2676 | 2714 | 2743 | 2779 |
| 2537 | 2572 | 2607 | 2642 | 2677 | 2715 | 2744 | 2780 |
| 2538 | 2573 | 2608 | 2643 | 2678 | 2716 | 2745 | 2781 |
| 2539 | 2574 | 2609 | 2644 | 2679 | 2717 | 2746 | 2782 |
| 2540 | 2575 | 2610 | 2645 | 2680 | 2718.1 | 2747 | 2783 |
| 2541 | 2576 | 2611 | 2646 | 2681 | 2718.2 | 2748 | 2784 |
| 2542 | 2577 | 2612 | 2647 | 2682 | 2718.3 | 2749 | 2785 |
| 2543 | 2578 | 2613 | 2648 | 2683 | 2718.4 | 2750 | 2786 |
| 2544 | 2579 | 2614 | 2649 | 2684 | 2718.5 | 2751 | 2787 |
| 2545 | 2580 | 2615 | 2650 | 2685 | 2718.6 | 2752 | 2788 |
| 2546 | 2581 | 2616 | 2651 | 2688 | 2718 | 2753 | 2789 |
| 2547 | 2582 | 2617 | 2652 | 2689 | 2719 | 2754 | 2790 |
| 2548 | 2583 | 2618 | 2653 | 2690 | 2720 | 2755 | 2791 |
| 2549 | 2584 | 2619 | 2654 | 2691 | 2721 | 2756 | 2792 |
| 2550 | 2585 | 2620 | 2655 | 2692 | 2722 | 2757 | 2793 |
| 2551 | 2586 | 2621 | 2656 | 2693 | 2723 | 2758 | 2794 |

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| Trial Exhibits | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2795 | 2829 | 2864 | 2898 | 2932 | 2966 | 3001 | 3037 |
| 2796 | 2830 | 2865 | 2899 | 2933 | 2967 | 3002 | 3038 |
| 2797 | 2831 | 2866 | 2900 | 2934 | 2968 | 3003 | 3039 |
| 2798 | 2832 | 2867 | 2901 | 2935 | 2969 | 3004 | 3040 |
| 2799 | 2833 | 2868 | 2902 | 2936 | 2970 | 3005 | 3041 |
| 2800 | 2834 | 2869 | 2903 | 2937 | 2971 | 3006 | 3042 |
| 2801 | 2835 | 2870 | 2904 | 2938 | 2972 | 3007 | 3043 |
| 2802 | 2836 | 2871 | 2905 | 2939.1 | 2973 | 3008 | 3044 |
| 2803 | 2837 | 2872 | 2906 | 2939 | 2974 | 3009 | 3045 |
| 2804.1 | 2838 | 2873 | 2907 | 2940 | 2975 | 3010 | 3046 |
| 2804 | 2839 | 2874 | 2908 | 2941 | 2976 | 3011 | 3047 |
| 2805 | 2840 | 2875 | 2909 | 2942 | 2977 | 3012 | 3048 |
| 2806 | 2841 | 2876 | 2910 | 2943 | 2978 | 3013 | 3049 |
| 2807 | 2842 | 2877 | 2911 | 2944 | 2979 | 3014 | 3050 |
| 2808 | 2843 | 2878 | 2912 | 2945 | 2980 | 3015 | 3051 |
| 2809 | 2844 | 2879.01 | 2913 | 2946 | 2981 | 3016 | 3052 |
| 2810 | 2845 | 2879 | 2914 | 2947 | 2982 | 3017 | 3053 |
| 2811 | 2846 | 2880 | 2915 | 2948 | 2983 | 3018 | 3054 |
| 2812 | 2847 | 2881 | 2916 | 2949 | 2984 | 3019 | 3055 |
| 2813 | 2848 | 2882 | 2917 | 2950 | 2985 | 3020 | 3056 |
| 2814 | 2849 | 2883 | 2918 | 2951 | 2986 | 3021 | 3057 |
| 2815 | 2850 | 2884 | 2919 | 2952 | 2987 | 3022 | 3058 |
| 2816 | 2851 | 2885 | 2920 | 2953 | 2988 | 3023 | 3059 |
| 2817 | 2852 | 2886 | 2921 | 2954 | 2989 | 3024 | 3060 |
| 2818 | 2853 | 2887 | 2922 | 2955 | 2990 | 3025 | 3061 |
| 2819 | 2854 | 2888 | 2923 | 2956 | 2991 | 3026 | 3062 |
| 2820 | 2855 | 2889 | 2924 | 2957 | 2992 | 3027 | 3063 |
| 2821 | 2856 | 2890 | 2925.1 | 2958 | 2993 | 3028 | 3064 |
| 2822 | 2857 | 2891 | 2925 | 2959 | 2994 | 3029 | 3065 |
| 2823 | 2858 | 2892 | 2926 | 2960 | 2995 | 3031 | 3066 |
| 2824 | 2859 | 2893 | 2927 | 2961 | 2996 | 3032 | 3067 |
| 2825 | 2860 | 2894 | 2928 | 2962 | 2997 | 3033 | 3068 |
| 2826 | 2861 | 2895 | 2929 | 2963 | 2998 | 3034 | 3069 |
| 2827 | 2862 | 2896 | 2930 | 2964 | 2999 | 3035 | 3070 |
| 2828 | 2863 | 2897 | 2931 | 2965 | 3000 | 3036 | 3071 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| Trial Exhibits | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3072 | 3107 | 3142 | 3177 | 3212 | 3253 | 3288 | 3326 |
| 3073 | 3108 | 3143 | 3178 | 3213 | 3254 | 3289 | 3327 |
| 3074 | 3109 | 3144 | 3179 | 3214 | 3255 | 3290 | 3328 |
| 3075 | 3110 | 3145 | 3180 | 3216 | 3256 | 3291 | 3329 |
| 3076 | 3111 | 3146 | 3181 | 3217 | 3257 | 3292 | 3330 |
| 3077 | 3112 | 3147 | 3182 | 3218 | 3258 | 3293 | 3331 |
| 3078 | 3113 | 3148 | 3183 | 3219 | 3259 | 3294 | 3332 |
| 3079 | 3114 | 3149 | 3184 | 3220 | 3260 | 3295 | 3333 |
| 3080 | 3115 | 3150 | 3185 | 3221 | 3261 | 3296 | 3334 |
| 3081 | 3116 | 3151 | 3186 | 3222 | 3262 | 3297 | 3335 |
| 3082 | 3117 | 3152 | 3187 | 3223 | 3263 | 3298 | 3336 |
| 3083 | 3118 | 3153 | 3188 | 3224 | 3264 | 3299 | 3337 |
| 3084 | 3119 | 3154 | 3189 | 3225 | 3265 | 3300 | 3338 |
| 3085 | 3120 | 3155 | 3190 | 3226 | 3266 | 3301 | 3339 |
| 3086 | 3121 | 3156 | 3191 | 3227 | 3267 | 3302 | 3340 |
| 3087 | 3122 | 3157 | 3192 | 3228 | 3268 | 3303 | 3341 |
| 3088 | 3123 | 3158 | 3193 | 3229 | 3269 | 3304 | 3342 |
| 3089 | 3124 | 3159 | 3194 | 3230 | 3270 | 3305 | 3343 |
| 3090 | 3125 | 3160 | 3195 | 3231 | 3271 | 3306 | 3344 |
| 3091 | 3126 | 3161 | 3196 | 3232 | 3272 | 3307 | 3345 |
| 3092 | 3127 | 3162 | 3197 | 3233 | 3273 | 3308 | 3346 |
| 3093 | 3128 | 3163 | 3198 | 3234 | 3274 | 3309 | 3347 |
| 3094 | 3129 | 3164 | 3199 | 3235 | 3275 | 3310 | 3348 |
| 3095 | 3130 | 3165 | 3200 | 3236 | 3276 | 3311 | 3349 |
| 3096 | 3131 | 3166 | 3201 | 3238 | 3277 | 3312 | 3350 |
| 3097 | 3132 | 3167 | 3202 | 3239 | 3278 | 3313 | 3351 |
| 3098 | 3133 | 3168 | 3203 | 3240 | 3279 | 3314 | 3352 |
| 3099 | 3134 | 3169 | 3204 | 3241 | 3280 | 3315 | 3356 |
| 3100 | 3135 | 3170 | 3205 | 3242 | 3281 | 3316 | 3357 |
| 3101 | 3136 | 3171 | 3206 | 3247 | 3282 | 3320 | 3360 |
| 3102 | 3137 | 3172 | 3207 | 3248 | 3283 | 3321 | 3361 |
| 3103 | 3138 | 3173 | 3208 | 3249 | 3284 | 3322 | 3365 |
| 3104 | 3139 | 3174 | 3209 | 3250 | 3285 | 3323 | 3366 |
| 3105 | 3140 | 3175 | 3210 | 3251 | 3286 | 3324 | 3367 |
| 3106 | 3141 | 3176 | 3211 | 3252 | 3287 | 3325 | 3368 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

| Trial Exhibits | | | | | |
|---|---|---|---|---|---|
| 3369 | 3405 | 3443 | 3481 | 3516 | 4007 |
| 3370 | 3406 | 3444 | 3482 | 3517 | 4008 |
| 3371 | 3407 | 3445 | 3483 | 3518 | 4009 |
| 3372 | 3408 | 3446 | 3484 | 3519 | 4010 |
| 3373 | 3409 | 3447 | 3485 | 3520 | 4011 |
| 3374 | 3410 | 3448 | 3486 | 3521 | 4012 |
| 3375 | 3411 | 3450 | 3487 | 3522 | 4013 |
| 3376 | 3412 | 3451 | 3488 | 3523 | 4014 |
| 3377 | 3413 | 3452 | 3489 | 3524 | 4015 |
| 3379 | 3416 | 3453 | 3490 | 3525 | 4016 |
| 3380 | 3418 | 3454 | 3491 | 3526 | 4017 |
| 3381 | 3419 | 3455 | 3492 | 3527 | 4018 |
| 3382 | 3420 | 3456 | 3493 | 3528 | 4019 |
| 3383 | 3421 | 3457 | 3494 | 3529 | 4020 |
| 3384 | 3422 | 3458 | 3495 | 3530 | 4021 |
| 3385 | 3423 | 3459 | 3496 | 3531 | 4022 |
| 3386 | 3424 | 3460 | 3497 | 3532 | 4023 |
| 3387 | 3425 | 3461 | 3498 | 3533 | 4024 |
| 3388 | 3426 | 3462 | 3499 | 3536 | 4025 |
| 3389 | 3427 | 3463 | 3500 | 3537 | 4026 |
| 3390 | 3428 | 3465 | 3501 | 3538 | 4027 |
| 3391 | 3429 | 3467 | 3502 | 3539 | 4028 |
| 3392 | 3430 | 3468 | 3503 | 3540 | 4029 |
| 3393 | 3431 | 3469 | 3504 | 3542 | 4030 |
| 3394 | 3432 | 3470 | 3505 | 3543 | 4031 |
| 3395 | 3433 | 3471 | 3506 | 3544 | 4032 |
| 3396 | 3434 | 3472 | 3507 | 3545 | 4033 |
| 3397 | 3435 | 3473 | 3508 | 3546 | 4034 |
| 3398 | 3436 | 3474 | 3509 | 4000 | 4035 |
| 3399 | 3437 | 3475 | 3510 | 4001 | |
| 3400 | 3438 | 3476 | 3511 | 4002 | |
| 3401 | 3439 | 3477 | 3512 | 4003 | |
| 3402 | 3440 | 3478 | 3513 | 4004 | |
| 3403 | 3441 | 3479 | 3514 | 4005 | |
| 3404 | 3442 | 3480 | 3515 | 4006 | |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

---

### ECF Filings & Discovery

---

Notice of Final Charge to the Jury (Phase One) and Special Verdict Form, April 30, 2012

Order re Copyrightability of Certain Replicated Elements of the Java Application Programming Interface, May 31, 2012

Order Re: Willfulness and Bifurcation, September 18, 2015

Order Re: Motion to Compel [Dkt. 1404], Docket No. 1436, January 20, 2016

Charts produced pursuant to Order re: Motion to Compel [Dkt. 1404], January 20, 2016

Order Re: Google's Motion to Strike, Docket No. 1479, February 5, 2016

---

### Case Law

---

Brocade Communications Systems, Inc. v. A10 Networks, Inc., 2013 WL 831528 (N.D.Cal).

Computer Associates Int'l, Inc. v. Altai, Inc., 775 F.Supp. 544 (E.D.N.Y. 1991)

Computer Associates Int'l, Inc. v. Altai, Inc., 982 F.2d 693 (2nd Cir. 1992)

---

### Other Produced Documents

---

Email from Daniel Purcell to Annette Hurst, November 8, 2015.

Memo on Exhibits 2c, 2g, 2h, 3b and Footnote 277, and 3d.3, February 23, 2016

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Public**

App Annie Market Intelligence Data 2012-2013

App Annie Market Intelligence Data 2012-2015

comScore_Edgeworth_Mobile Metrix_q113&q115

AppAnnie Daily DNA Data

IDC WW Mobile Phone Tracker_FinalHistoricalPivot_2015Q3_Edgeworth Economics

ITG Monthly Mobile Handset Report - USA - December 2015 - Custom

U S Census Bureau, Population Division, https://www.census gov/population/projections/data/national/2014/summarytables html

U S Census Bureau, Population Division, http://factfinder census gov/faces/tableservices/jsf/pages/productview xhtml?src=bkmk

"Nokia 2006 Annual Report" https://bib kuleuven be/files/ebib/jaarverslagen/NOKIA_2006 pdf

"Tech's 'Frightful 5'Will Dominate Digital Life for Foreseeable Future," http://www nytimes com/2016/01/21/technology/techs-frightful-5-will-dominate-digital-life-for-foreseeable-future html?_r=0

"The Price Gap Between iOS and Android is Widening," Statista, Felix Richter, June 1, 2014, https://www statista com/ chart/1903/average-selling-price-of-android-and-ios-smartphones/

"Boom in the Bust," March 5, 2009, www economist com/node/13234981

"Essays on the Economics of the Smartphone and Application Industry," Min Jung Kim, 2013

"Estimating discrete-choice models of product differentiation," Steven T Berry, 1994

"Feature phone and smartphone shipments worldwide from 2008 – 2020," The Statistics Portal, www statista com

"Is Recession Positively Impacting the Wireless Industry," March 3, 2009, www mobilemarketer com

"Nokia 2005 Corporate Responsibility Report," http://company nokia com/sites/default/files/download/nokia-cr-report-2005-pdf pdf

"Smartphone sales buck the recession," March 26, 2009, Infonetics Research, www infonetics com

"Smartphone Users Worldwide will Total 1 75 Billion in 2014," January 16, 2014, www emarketer com

"The 10-yr story: Java and the Networked World," R Srinivas, The Financial Express, https://web archive org/web/20070611050431/http://www financialexpress com/fe_full_story php?content_id=86910

"The biggest opportunity in mobile right now isn't on smartphones," July 23, 2013, Quartz, http://qz com/106979/the-biggest-opportunity-in-mobile-right-now-isnt-on-smartphones/

"The Mobile Economy," 2015, GSMA, www gsma com

"Why did everyone abandon the feature phone market?" April 1, 2014, Emerging UX

February 2009 Macquarie Capital Equity Research Report

Forensic & Valuation Services Practice Aid – Calculating Intellectual Property Infringement Damages, AICPA, 2013

Google 2015 Form 10-K

http://allthingsd com/20101214/d-dive-into-mobile-the-full-interview-video-of-google-androids-andy-rubin/

http://arstechnica com/security/2013/01/critical-java-vulnerabilities-confirmed-in-latest-version/

http://arstechnica com/uncategorized/2007/11/why-google-chose-the-apache-software-license-over-gplv2/

http://developer android com/tools/sdk/ndk/index html

http://docs oracle com/javase/6/docs/api/

http://finance yahoo com/news/look-much-apple-google-destroyed-203207630 html;_ylt=AwrC0CP2DdVWkngAQQfQtDMD;_ylu=X3oDMTByOHZyb21tBGNvbG8DYmYxBHBvcwMxBHZ0aWQDBHNlYwNzcg--

http://n4bb com/memory-leaks-dark-blackberry-7/

http://openjdk java net/faq/

http://qz com/106979/the-biggest-opportunity-in-mobile-right-now-isnt-on-smartphones/

http://qz com/418769/theres-still-plenty-of-money-in-dumb-phones/

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Public**

http://readwrite com/2014/01/14/tablet-developers-now-target-android-but-wheres-the-money
http://static2 uk businessinsider com/image/5627bf70dd08951f328b4598-1200/ jpg
http://tech co/android-ios-development-2015-04
http://venturebeat com/2015/12/29/google-confirms-next-android-version-wont-use-oracles-proprietary-java-apis/
http://www aicpa org/about/missionandhistory/pages/missionhistory aspx
http://www aicpa org/publications/accountingauditing/techpractaids/pages/technicalpracticeaids aspx
http://www bloomberg com/bw/stories/2007-02-27/nokia-tops-in-2006-smartphone-salesbusinessweek-business-news-stock-market-and-financial-advice
http://www businessweek com/pdfs/2005/0531_globalbrand pdf
http://www cnbc com/id/32653203
http://www cnet com/news/android-and-the-future-of-feature-phones/
http://www cnet com/news/google-amps-up-the-media-experience-live-blog/
http://www cnet com/news/iphone-6s-plus-in-short-supply-due-to-production-issues-says-analyst/#!
http://www cnet com/news/why-oracle-not-sun-sued-google-over-java/
http://www coderanch com/t/507541/java/java/long-good-Java
http://www developereconomics com/report/q3-2013-the-multi-platform-developer/
http://www digitaltrends com/mobile/blackberrys-app-world-can-it-ever-catch-up-to-apple-android/
http://www eweek com/c/a/IT-Infrastructure/Sun-Microsystems-Fujitsu-Rolling-out-New-SPARCbased-Server-System
http://www forbes com/2008/10/20/sun-earnings-loss-tech-enter-cx_ag_1020sun html
http://www formotus com/14018/blog-mobility/figuring-the-costs-of-custom-mobile-business-app-development
http://www foxnews com/story/2008/09/09/blackberry-maker-snags-half-us-smartphone-market html
http://www foxnews com/story/2008/09/09/blackberry-maker-snags-half-us-smartphone-market html
http://www ilsistemista net/index php/linux-a-unix/37-openjdk-vs-oraclejvm-a-look-at-java-performance-under-redhat-6-3-with-specjvm2008 html
http://www informationweek com/smartphone-consumer-demand-growing/d/d-id/1090441
http://www morningstar com/earnings/printtranscript aspx?id=18282869
http://www nbcnews com/id/27716152/ns/business-us_business/t/sun-microsystems-cut-workers/# VqVrH_krLIU
http://www nytimes com/2008/10/31/technology/companies/31sun html
http://www openhandsetalliance com/android_faq html
http://www oracle com/technetwork/java/javase/jdk-8-readme-2095712 html
http://www pcmag com/article2/0,2817,2366762,00 asp
http://www pewinternet org/2015/10/29/the-demographics-of-device-ownership/
http://www philstar com:8080/telecoms/2013/04/06/927330/asha-blurring-lines-between-feature-phones-smartphones
http://www sec gov/Archives/edgar/data/709519/000119312509183969/dex992 htm
http://www statista com/statistics/276623/number-of-apps-available-in-leading-app-stores/
http://www techrepublic com/blog/australian-technology/blackberry-java-devs-need-to-change/
http://www theglobeandmail com/report-on-business/the-inside-story-of-why-blackberry-is-failing/article14563602/?page=all
http://www theguardian com/technology/2014/jan/13/smartphone-explosion-2014-india-us-china-firefoxos-android
http://www tiobe com/index php/content/paperinfo/tpci/index html

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Public**

http://www.uniformlaws.org/shared/docs/trade%20secrets/utsa_final_85.pdf
http://www.visionmobile.com/blog/2009/07/feature-phones-and-the-rtos-the-ignored-85-of-the-market/
http://www.wsj.com/articles/SB124022726514434703
http://www.zdnet.com/article/android-you-have-serious-security-problems/
http://www.zdnet.com/article/iphone-5s-reportedly-in-short-supply-for-fridays-launch/
https://blogs.oracle.com/jrose/entry/with_android_and_dalvik_at
https://blogs.oracle.com/jtc/entry/comparing_arm_linux_jvms_revisited
https://developer.blackberry.com/devzone/develop/platform_choice/index.html
https://fortune.com/2015/11/03/activision-blizzard-king-digital/
https://software.intel.com/en-us/android/articles/tips-for-optimizing-android-application-memory-usage
https://spin.atomicobject.com/2010/11/22/the-cost-of-building-blackberry-apps/
https://web.archive.org/web/20070402155851/http://www.sun.com/software/opensource/java/faq.jsp#b4
https://www.atlassian.com/landing/software-testing/
https://www.fitzsim.org/blog/?p=17
https://www.macroaxis.com/invest/ratio/KING--Number-of-Employees
https://www.quora.com/Is-developing-apps-for-BlackBerry-OS-more-challenging-than-developing-apps-for-iOS-and-Android#
https://www.reddit.com/r/Clojure/comments/1v9a86/openjdk_vs_oracle_jdk/
https://www.statista.com/ chart/1903/average-selling-price-of-android-and-ios-smartphones/
developers-what-java-can-do-on-mobile-devices-part-3/
June 20, 2011 Equity Research Report on RIM, Macquarie
Litigation Services Handbook, The Role of the Financial Expert, 5th Edition
http://windows.microsoft.com/en-us/windows-10/getstarted-take-your-reading-with-you>

Exhibit 3

## Oracle Timeline of Selected Events

**Mid-nineties**   Sun develops the Java platform for computer programming and releases it.  At that time, the API included seven packages of pre-written programs.[1]

**1996**   At the first-ever JavaOne developer conference, more than 6,000 attendees gather to learn more about Java technology.  According to Sun, "[w]ith a broad range of Java-related product announcements from Sun and other companies and an exhibit hall filled with more than 160 businesses displaying Java products and services, it appears that a whole new industry is growing around a language launched just a year earlier."[2]

**1997**   "With approximately 400,000 developers working in Java, it is now the #2 programming language in the world.  More than 10,000 developers flock to the second annual JavaOne developer conference, where Sun announces improved security and compatibility for Java and a range of licensees who plan to take Java beyond the desktop in futuristic devices such as smartcards."[3]

**1999**   **"**Sun announces a redefined architecture for the Java platform that makes it simpler for software developers, service providers, and device manufacturers to target specific markets.  According to Sun, "[w]ith the introduction of Java 2 Platform, Standard Edition (J2SE) for desktop and workstation devices; Java 2 Platform, Enterprise Edition (J2EE) for heavy-duty server systems; and Java 2 Platform, Micro Edition (J2ME) for consumer devices, it's now easier to capitalize on the Java platform for a growing range of opportunities."[4]

**2004**   According to Sun, "[a]t the JavaOne developer conference, the big debate is whether Java should be open sourced.  Currently, Sun requires that projects officially based on Java be certified as compatible with the Java specification; amendments to Java must go through Java Community Process (JCP) procedures."

"Open source advocates seek a freer path for Java.  During a panel discussion at JavaOne, representatives from IBM and the Apache Software Foundation endorse an open source model for Java, while Java creator and Sun Fellow James Gosling, along with Sun Vice President and Fellow Rob Gingell and Red Monk Analyst James Governor oppose the move.  Gosling warns that allowing multiple, open source implementations of Java technologies could yield the incompatibilities that happened with Unix and is happening again with Linux distributions."[5]

---

[1] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java; Trial Testimony of Mark Reinhold, Trial Transcript Vol. 3, April 18, 2012, p. 631.

[2] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[3] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[4] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[5] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

Highly Confidential - Attorneys' Eyes Only

2005 Java celebrates its tenth anniversary with huge celebrations at the JavaOne developer conference and at Sun headquarters.  Sun estimates Java now drives more than $100 billion of business annually.  It counts more than 4.5 million Java developers, 2.5 billion Java-enabled devices, and 1 billion Java technology-enabled smart cards.  Analyst firm Ovum estimates that 708 million Java-enabled handsets were circulating by June 2005.[6]

Jul 11, 2005 Google acquires Android Inc.[7] as part of its mobile strategy.  At the time, Android was a 22-month old start up based in Palo Alto, California.  The acquisition "brings to Google a wealth of talent, including co-founder Andy Rubin, who previously started mobile-device maker Danger Inc."[8]

2005-2006 Shortly after Google acquired Android, Inc.,[9] Sun and Google engage in a series of negotiations, which Sun referred to as "Project Armstrong."[10]

**Sep 2005 -** Sun sends Google draft agreements for standard Java ME licenses; Google indicates it is seeking an approach that would allow an open-source implementation.[11]

**Oct 11, 2005 –** "In October 2005, following "discussions with Sun regarding Android's Open Source VM strategy," Google's then Senior Vice President, Andy Rubin, remarked in an e-mail, "If Sun doesn't want to work with us, we have two options:  1) Abandon our work and adopt MSFT CLR VM and C# language – or – 2) Do Java anyway and defend our decision, perhaps making enemies along the way."[12]

In addition, Andy Rubin writes to Larry Page that Alan Brenner of Sun was concerned that "by open sourcing our J2ME VM we will make licensing 'enforceability' impossible for Sun – and he will lose revenue."[13]

**Jan 2006 –** Andy Rubin tells Sergey Brin and Larry Page that, in connection with the Android deal, Sun was "prepared to walk away from a $100M annual J2ME licensing business into an open source business model."[14]  In other words, Google knew that Sun actually expected to lose hundreds of millions of dollars per year in turning to an open-source business model by licensing Java for use in Android.[15]

**Jan 2006 –** "Google internally discussed a possible co-development partnership deal under which Java technology would become an open-source part of the Android platform.  The deal was projected to cost Google $25-50 million, plus a negotiable share of revenue from

[6] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[7] Trial Exhibit 1061 at 131; see also, GOOGLE-01-00056184 – 202 at 195; Deposition of Andrew Rubin, April 5, 2011, p. 20.

[8] "Google Buys Android for Its Mobile Arsenal", Bloomberg Businessweek, August 16, 2005.

[9] Deposition of Andrew Rubin, April 5, 2011, pp. 12-13.

[10] Project Armstrong: Business Model, February 2006, OAGOOGLE0100166874 – 899.

[11] Email exchange between Leo Cizek and Andy Rubin, September 19, 2005, OAGOOGLE0100167795 - 798 at 797.

[12] GOOGLE-01-00019527-528 at 528; Deposition of Andrew Rubin, April 5, 2011, p. 20.

[13] Email between Andy Rubin and Larry Page, October 11, 2005, GOOGLE-01-00019527 – 528 at 527.

[14] Email from Andy Rubin to Sergey Brin, et al., January 13, 2006, GOOGLE-26-00007930.

[15] Email from Eric Chu to Alan Brenner, et al., November 21, 2005, OAGOOGLE0100072597; Deposition of Eric Chu, April 28, 2011, p. 50.

Highly Confidential - Attorneys' Eyes Only

"platform-enabled mobile ads." The record however, contains no evidence that Google actually proposed this idea to Sun."[16]

**Feb. 8, 2006 –** The first formal financial proposal made by Sun to Google – proposes "$20 Million per year for 3 year" and "10% of revenue generated by Google on handsets running 'Open Source Java Linux Mobile Platform' or derivatives with a cap of $25 Million a year (when and if google monetizes – then this becomes effective. We added the cap as per Rich's request . . .)"[17] Google rejected Sun's offer.[18]

**Apr. 27, 2006 –** Email from Jonathan Schwartz of Sun to Eric Schmidt of Google indicating that "[m]y team has alerted me that our negotiations to jointly create a Java-Linux mobile platform are at an impasse."[19]

| | |
|---|---|
| **Jan. 2007** | Apple introduces the iPhone. |
| **Apr. 2007** | Sun acquires SavaJe, a Java-based smartphone platform, ████████████.[20] |
| **June 2007** | The iPhone is first available for sale. |
| **Nov. 2007** | Google publicly announces the Android platform.[21] |
| **2008** | Google and Sun engage in additional discussions regarding a license.[22] |
| **Nov. 2008** | Google releases Android and launches the Android phone.[23] |
| **Mar. 2009** | Larry Ellison sends Sun's Board of Directors an offer to acquire certain pieces of Sun's business.[24] |
| **Apr. 19 2009** | Oracle and Sun enter into the 2010 Sun/Oracle Merger.[25] |
| **Jan. 2010** | Oracle acquires Sun and renames it Oracle America, Inc.[26] |
| **May 2010** | Google TV, Google's first attempt to create a TV platform based on Android, is announced on several devices, such as Sony Internet TV and the Logitech Revue, a set-top box device.[27] |

[16] Order Granting In Part Motion to Strike Damages Report of Plaintiff Expert Iain Cockburn, July 22, 2011, p. 3.

[17] Email from Vineet Gupta to Andy Rubin, February 8, 2006, OAGOOGLE0000357494.

[18] OAGOOGLE0000358110 ..

[19] Email from Jonathan Schwartz to Eric Schmidt, et al., April 27, 2006, GOOGLE-66-00000274.

[20] OAGOOGLE0000424812 – 813 at 812; OAGOOGLE0002304236-243 at 237.

[21] Order Granting In Part Motion to Strike Damages Report of Plaintiff Expert Iain Cockburn, July 22, 2011, p. 3.

[22] Deposition of Andrew Rubin, April 5, 2011, p. 14.

[23] Deposition of Andrew Rubin, April 5, 2011, p. 14. (But see, T-Mobile Unveils the T-Mobile G1 – the First Phone Powered by Android, http://www.t-mobile.com/company/PressReleases_Article.aspx?assetName=Prs_Prs_20080923 which indicates October 2008).

[24] OAGOOGLE0000140115-130.

[25] Sun 2009 Form 10-K, p. 3.

[26] http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=34903

[27] https://googleblog.blogspot.com/2010/05/announcing-google-tv-tv-meets-web-web.html; http://www.engadget.com/2010/06/18/logitech-revue-gets-official-google-tv-companion-box-coming-thi/; http://www.sony.net/SonyInfo/News/Press/201005/10-0521BE/.

**Aug 6, 2010**    Rubin receives an internal (Google) email stating that the technical alternatives to using Java for Android "all suck" and stating "We conclude that we need to negotiate a license for Java under the terms we need."[28]

**Aug 12, 2010**    Oracle files its initial complaint in this action.[29]

**Oct. 28, 2010**    According to the Supplemental Complaint, from this date "Google has continued to infringe Oracle's copyrights in the Java platform.  Since then, Google has released seven versions of Android:

- Gingerbread (released December 2010);
- Honeycomb (released February 2011);
- Ice Cream Sandwich (released October 2011);
- Jelly Bean (released July 2012)
- KitKat (released October 2013); and
- Lollipop (released November 2014)."[30]
- Marshmallow (released October 5, 2015).[31]

"These six named Android releases comprise approximately 40 major and minor releases of Android. . . . As with the previous versions of Android, these six Android releases copy thousands of lines of source code from the Java platform, as well as the structure, sequence and organization ("SSO") of that platform as reflected in the asserted 37 Java API packages."[32]

According to the Supplemental Complaint:

- Android will still not work without these Java API packages."[33]
- Since Oracle filed the Amended Complaint in October 2010, Android has become the most widely used mobile platform in the world.[34]
- There are over one billion active monthly Android users and more than 8,000 different devices running versions of Android.[35]
- Users have downloaded more than 50 billion applications from Google Play on a catalog of more than 1.5 million apps.[36]

---

[28] Trial Exhibit 10 – GOOGLE-12-10000022; GOOGLE-12-00039565; Deposition of Tim Lindholm,  September 7, 2011, p. 102.

[29] Complaint for Patent and Copyright Infringement, August 12, 2010.

[30] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 1.

[31] http://www.pocket-lint.com/news/134946-when-is-android-6-0-marshmallow-coming-to-my-phone.

[32] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 1.

[33] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 1.

[34] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 2.

[35] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 3.

[36] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 3.

Highly Confidential - Attorneys' Eyes Only

- Android use is also up as measured by advertising. By some accounts, Android is now the top mobile advertising platform as measured by total advertising revenue and by traffic.[37]

| | |
|---|---|
| **Oct 2010** | Google TV devices launch.[38] |
| **May 2011** | Android hits 100 million activated Android devices.[39] |
| **May 2011** | Google announces Android@Home, "a software framework for Android that allows programmers to interact with various connected appliances such as light bulbs, thermostats, washing machines and more," at Google I/O.[40] |
| **Apr. 16, 2012** | Trial begins in the matter of *Oracle v. Google*. The jury and court hear testimony from 24 witnesses.[41] |
| **May 7, 2012** | The jury returned a verdict finding that Google infringed Oracle's copyrights for the 37 asserted Java API packages and in the nine lines of the rangeCheck code. The jury deadlocked on Google's fair use defense.[42] |
| **May 31, 2012** | U.S. District Court for the Northern District of California issues preliminary decision finding "that the replicated elements of the Java API packages – including the declarations and their structure, sequence, and organization-were not copyrightable."[43] |
| **Jun 20, 2012** | The U.S. District Court for the Northern District of California enters final judgment in favor of Google and against Oracle on its claim for copyright infringement, except with respect to the rangeCheck function and the eight decompiled files.[44] |
| **2012** | Android cumulative activations exceed 500 million.[45] |
| **2013** | Android cumulative activations exceed 1 billion.[46] |
| **May 9, 2014** | The United States Court of Appeals for the Federal Circuit ("CAFC") issues opinion concluding "that the declaring code and the structure, sequence, and organization of the API packages are entitled to copyright protection."[47] The CAFC reversed the U.S. District Court |

---

[37] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 3, (reporting Android has three times the market share of mobile ad traffic as compared to its nearest competitor, iOS).

[38] http://www.engadget.com/2010/10/06/logitech-revue-with-google-tv-details-299-for-keyboard-box-i/; http://www.cnet.com/products/sony-nsz-gt1-google-tv/; http://www.theverge.com/products/nsx-24gt1/2024; http://www.theverge.com/products/nsx-40gt1/2018; http://www.theverge.com/products/nsx-32gt1/2021; http://www.theverge.com/products/nsx-46gt1/2013.

[39] https://googleblog.blogspot.com/2011/05/android-momentum-mobile-and-more-at.html.

[40] http://www.pcworld.com/article/227611/Google_Envisions_Automated_Home_with_Android_Home.html.

[41] *Oracle America, Inc. v. Google Inc.,* 750 F.3d 1339, 1351 (Fed. Cir. 2014).

[42] *Oracle America, Inc. v. Google Inc.,* 750 F.3d 1339, 1352 (Fed. Cir. 2014).

[43] *Oracle America, Inc. v. Google Inc.,* 750 F.3d 1339, 1352 (Fed. Cir. 2014).

[44] *Oracle America, Inc. v. Google Inc.,* 750 F.3d 1339, 1348 (Fed. Cir. 2014).

[45] GOOG-00022382.

[46] GOOG-00022382.

[47] *Oracle America, Inc. v. Google Inc.,* 750 F.3d 1339 at 1348 (Fed. Cir. 2014).

for the Northern District of California with instructions to reinstate the jury's infringement finding as to the 37 Java packages.  The CAFC also granted "Oracle's motion for JMOL as to the eight decompiled Java files that Google copied into Android," and denied "Google's motion for JMOL with respect to the rangeCheck function."[48]

| | |
|---|---|
| **Oct. 2014** | Android TV, Google's successor Android-based platform to Google TV, is announced on the Nexus Player, a set-top box device.[49] |
| **2014** | Android cumulative activations exceed 2 billion.[50] |

---

[48] *Oracle America, Inc. v. Google Inc.,* 750 F.3d 1339 at 1348 (Fed. Cir. 2014).

[49] Nexus Player is Google's first Android TV device, http://www.theverge.com/2014/10/15/6982375/google-nexus-player-android-tv-set-top-box-announced.

[50] GOOG-00022382.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUN MICROSYSTEMS, INC. R&D AS A PERCENT OF REVENUE**
Exhibit 4

| | Revenue | R&D | R&D as a Percent of Revenue |
|---|---|---|---|
| 1990 [1] | $2,466,000,000 | $302,000,000 | 12.2% |
| 1991 [1] | 3,221,000,000 | 356,000,000 | 11.1% |
| 1992 [1] | 3,589,000,000 | 382,000,000 | 10.6% |
| 1993 [1] | 4,309,000,000 | 445,000,000 | 10.3% |
| 1994 [1] | 4,690,000,000 | 455,000,000 | 9.7% |
| 1995 [2] | 5,901,885,000 | 562,895,000 | 9.5% |
| 1996 [2] | 7,094,751,000 | 653,044,000 | 9.2% |
| 1997 [2] | 8,598,346,000 | 825,968,000 | 9.6% |
| 1998 [3] | 9,862,000,000 | 1,029,000,000 | 10.4% |
| 1999 [3] | 11,806,000,000 | 1,280,000,000 | 10.8% |
| 2000 [4] | 15,721,000,000 | 1,630,000,000 | 10.4% |
| 2001 [4] | 18,250,000,000 | 2,016,000,000 | 11.0% |
| 2002 [4] | 12,496,000,000 | 1,832,000,000 | 14.7% |
| 2003 [4] | 11,434,000,000 | 1,837,000,000 | 16.1% |
| 2004 [4] | 11,185,000,000 | 1,926,000,000 | 17.2% |
| 2005 [5] | 11,070,000,000 | 1,785,000,000 | 16.1% |
| 2006 [5] | 13,068,000,000 | 2,046,000,000 | 15.7% |
| 2007 [5] | 13,873,000,000 | 2,008,000,000 | 14.5% |
| 2008 [5] | 13,880,000,000 | 1,834,000,000 | 13.2% |
| 2009 [5] | 11,449,000,000 | 1,648,000,000 | 14.4% |
| Total | $193,963,982,000 | $24,852,907,000 | 12.8% |

**Notes:**

[1] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1994, Exhibit 13, p. 1.
[2] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1997, Exhibit 11, p. 26.
[3] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2002, p. 21.
[4] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2004, p. 17.
[5] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2009, p. 25.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**ORACLE STATEMENT OF OPERATIONS**
Exhibit 5

| (in millions) | FY 2010 [1] | FY 2011 [1] | FY 2012 [1] | FY 2013 [2] | FY 2014 [2] | FY 2015 [2] |
|---|---|---|---|---|---|---|
| Revenues | | | | | | |
| New Software Licenses | $7,533 | $9,235 | $9,906 | $9,411 | $9,416 | $8,535 |
| Cloud Software as a Service and Platform as a Service | n/a | n/a | n/a | 910 | 1,121 | 1,485 |
| Cloud Infrastructure as a Service | n/a | n/a | n/a | 457 | 456 | 608 |
| Software License Updates and Product Support | 13,092 | 14,796 | 16,210 | 17,142 | 18,206 | 18,847 |
| Software and Cloud Revenues | $20,625 | $24,031 | $26,116 | $27,920 | $29,199 | $29,475 |
| Hardware Systems Products | $1,506 | $4,382 | $3,827 | $3,033 | $2,976 | $2,825 |
| Hardware Systems Support | 784 | 2,562 | 2,475 | 2,313 | 2,396 | 2,380 |
| Hardware Systems Revenues | $2,290 | $6,944 | $6,302 | $5,346 | $5,372 | $5,205 |
| Services Revenues | $3,905 | $4,647 | $4,703 | $3,914 | $3,704 | $3,546 |
| Total Revenues | $26,820 | $35,622 | $37,121 | $37,180 | $38,275 | $38,226 |
| Operating Expenses | | | | | | |
| Sales and Marketing | $5,080 | $6,579 | $7,127 | $7,062 | $7,567 | $7,655 |
| Cloud Software as a Service and Platform as a Service | n/a | n/a | n/a | 327 | 455 | 773 |
| Cloud Infrastructure as a Service | n/a | n/a | n/a | 304 | 308 | 344 |
| Software License Updates and Product Support | 1,063 | 1,264 | 1,226 | 1,175 | 1,162 | 1,199 |
| Hardware Systems Products | 880 | 2,057 | 1,843 | 1,501 | 1,521 | 1,471 |
| Hardware Systems Support | 423 | 1,259 | 1,046 | 890 | 836 | 816 |
| Services | 3,398 | 3,818 | 3,743 | 3,182 | 2,954 | 2,929 |
| Research and Development | 3,254 | 4,519 | 4,523 | 4,850 | 5,151 | 5,524 |
| General and Administrative | 911 | 970 | 1,126 | 1,072 | 1,038 | 1,077 |
| Amortization of Intangible Assets | 1,973 | 2,428 | 2,430 | 2,385 | 2,300 | 2,149 |
| Acquisition Related and Other | 154 | 208 | 56 | -604 | 41 | 211 |
| Restructuring | 622 | 487 | 295 | 352 | 183 | 207 |
| Total Operating Expenses | $17,758 | $23,589 | $23,415 | $22,496 | $23,516 | $24,355 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**ORACLE STATEMENT OF OPERATIONS**
Exhibit 5

| *(in millions)* | FY 2010 [1] | FY 2011 [1] | FY 2012 [1] | FY 2013 [2] | FY 2014 [2] | FY 2015 [2] |
|---|---|---|---|---|---|---|
| Operating Income | $9,062 | $12,033 | $13,706 | $14,684 | $14,759 | $13,871 |
| *Operating Income %* | *33.8%* | *33.8%* | *36.9%* | *39.5%* | *38.6%* | *36.3%* |
| Interest Expense | -754 | -808 | -766 | -797 | -914 | -1,143 |
| Non-Operating Income (Expense), Net | -65 | 186 | 22 | 11 | -141 | 106 |
| Income Before Provision for Income Taxes | $8,243 | $11,411 | $12,962 | $13,898 | $13,704 | $12,834 |
| Provision for Income Taxes | 2,108 | 2,864 | 2,981 | 2,973 | 2,749 | 2,896 |
| Net Income | $6,135 | $8,547 | $9,981 | $10,925 | $10,955 | $9,938 |
| *Net Income %* | *22.9%* | *24.0%* | *26.9%* | *29.4%* | *28.6%* | *26.0%* |

**Notes:**

[1]  Oracle Annual Report, 10-K for fiscal year ended May 31, 2012, p. 85.

[2]  Oracle Annual Report, 10-K for fiscal year ended May 31, 2015, p. 87.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**GOOGLE ANNUAL STATEMENTS OF INCOME**
Revised Exhibit 6  (Revised February 29, 2016)

| *(in millions)* | 2008 [1] | 2009 [2] | 2010 [2] | 2011 [2] | 2012 [3] | 2013 [4] | 2014 [4] | 2015 [4] |
|---|---|---|---|---|---|---|---|---|
| Advertising Revenues | | | | | | | | |
| Google Websites | $14,414 | $15,723 | $19,444 | $26,145 | $31,221 | $37,422 | $45,085 | $52,357 |
| Google Network Member's Websites [5] | 6,715 | 7,166 | 8,792 | 10,386 | 12,465 | 13,650 | 14,539 | 15,033 |
| Total Advertising Revenues | 21,129 | 22,889 | 28,236 | 36,531 | 43,686 | 51,072 | 59,624 | 67,390 |
| Other Revenues [6] | 667 | 762 | 1,085 | 1,374 | 2,353 | 4,447 | 6,377 | 7,599 |
| Total Revenue | $21,796 | $23,651 | $29,321 | $37,905 | $46,039 | $55,519 | $66,001 | $74,989 |
| Cost and Expenses | | | | | | | | |
| Cost of Revenues | $8,622 | $8,844 | $10,417 | $13,188 | $17,176 | $21,993 | $25,691 | $28,164 |
| Research & Development | 2,793 | 2,843 | 3,762 | 5,162 | 6,083 | 7,137 | 9,832 | 12,282 |
| Sales and Marketing | 1,946 | 1,984 | 2,799 | 4,589 | 5,465 | 6,554 | 8,131 | 9,047 |
| General and Administrative | 1,803 | 1,668 | 1,962 | 2,724 | 3,481 | 4,432 | 5,851 | 6,136 |
| Charge - Resolution of DOJ Investigation | - | - | - | 500 | - | - | - | - |
| Total Costs and Expenses | $ 15,164 | $ 15,339 | $ 18,940 | $ 26,163 | $ 32,205 | $ 40,116 | $ 49,505 | $ 55,629 |
| Income from Operations | $6,632 | $8,312 | $10,381 | $11,742 | $13,834 | $15,403 | $16,496 | $19,360 |
| Impairment of Equity Investments | -1,095 | - | - | - | - | - | - | - |
| Interest and Other Income, Net | 316 | 69 | 415 | 584 | 635 | 496 | 763 | 291 |
| Income from Continuing Ops Before I.T. | $5,854 | $8,381 | $10,796 | $12,326 | $14,469 | $15,899 | $17,259 | $19,651 |
| Provision for Income Taxes | 1,627 | 1,861 | 2,291 | 2,589 | 2,916 | 2,739 | 3,639 | 3,303 |
| Net Income from Continuing Operations | $4,227 | $6,520 | $8,505 | $9,737 | $11,553 | $13,160 | $13,620 | $16,348 |
| Net Income (Loss) from Discontinued Ops | - | - | - | - | -816 | -427 | 516 | - |
| Net Income | $4,227 | $6,520 | $8,505 | $9,737 | $10,737 | $12,733 | $14,136 | $16,348 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**GOOGLE ANNUAL STATEMENTS OF INCOME**
Revised Exhibit 6  (Revised February 29, 2016)

**Notes:**

[1]  Google Annual Report, 10-K for year ended December 31, 2008, pp. 42, 65.

[2]  Google Annual Report, 10-K for year ended December 31, 2011, pp. 30, 52.

[3]  Google Annual Report, 10-K for year ended December 31, 2014, pp. 23, 44.

[4]  Google Annual Report, 10-K for year ended December 31, 2015, pp. 25, 49.

[5]  Revenues from Google Network Members' Websites include revenues generated primarily through advertising programs including AdSense for Search, AdSense for Content, AdExchange, AdMob, and DoubleClick Bid Manager. Google Annual Report, 10-K for year ended December 31, 2014, p. 23.

[6]  Other Revenues are mostly attributable to digital content products, such as apps, music, and movies on the Google Play store. "Other Bets revenues" has been included in "Other Revenues".  I understand that Google reclassified certain 2013 and 2014 revenue related to DoubleClick ad serving software from Google Other Revenues to Advertising Revenues from Google Network Member's Websites.  See Google Annual Report, 10-K for year ended December 31, 2015, p. 25.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF ANDROID REPORTED OPERATING RESULTS**
Revised Exhibit 7  (Revised February 29, 2016)

| (in millions) | 2008 [1] | 2009 [2] | 2010 [3] | 2011 [4] | 2012 [4] | 2013 [4] | 2014 [4] | 2015 [4] | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Ad Revenue [5] | $0.7 | $15.7 | $120.1 | $569.4 | $2,152.4 | ██ | ██ | ██ | ██ |
| Apps | n/a | 1.1 | 8.0 | 36.2 | 136.1 | ██ | ██ | ██ | ██ |
| Digital Content | 0.0 | 0.0 | 0.0 | 14.8 | 105.8 | ██ | ██ | ██ | ██ |
| Hardware | 0.0 | 0.0 | 115.2 | 0.0 | 303.5 | ██ | ██ | ██ | ██ |
| Total Revenue | 0.7 | 16.8 | 243.3 | 620.4 | 2,697.8 | ██ | ██ | ██ | ██ |
| **Cost of Sales** | | | | | | | | | |
| Traffic Acquisition Costs [6] | $0.2 | $2.9 | $41.3 | $85.0 | $460.5 | ██ | ██ | ██ | ██ |
| Apps | 0.0 | 0.0 | 0.0 | 0.0 | 62.2 | ██ | ██ | ██ | ██ |
| Digital Content | 0.0 | 0.0 | 0.0 | 23.5 | 169.5 | ██ | ██ | ██ | ██ |
| Hardware | 0.0 | 0.0 | 109.9 | -0.2 | 340.6 | ██ | ██ | ██ | ██ |
| Infrastructure & Other COS | 0.2 | 0.8 | 4.3 | 67.9 | 95.0 | ██ | ██ | ██ | ██ |
| Total Cost of Sales | 0.4 | 3.7 | 155.5 | 176.2 | 1,127.7 | ██ | ██ | ██ | ██ |
| Gross Profit | $0.3 | $13.1 | $87.8 | $444.2 | $1,570.0 | ██ | ██ | ██ | ██ |
| **Direct Operating Expenses** | | | | | | | | | |
| Sales and Other | $0.9 | $3.2 | $5.2 | $16.3 | $37.3 | ██ | ██ | ██ | ██ |
| Marketing | 12.3 | 16.6 | 53.3 | 53.9 | 225.3 | ██ | ██ | ██ | ██ |
| Engineering (EngPM) | 86.3 | 43.1 | 107.7 | 192.3 | 380.4 | ██ | ██ | ██ | ██ |
| Legal | 1.0 | 2.1 | 32.2 | 160.5 | 113.7 | ██ | ██ | ██ | ██ [7] |
| Total Expenses | $100.5 | $65.0 | $198.4 | $423.0 | $756.7 | ██ | ██ | ██ | ██ |
| Product Contribution | -$100.2 | -$51.9 | -$110.6 | $21.2 | $813.3 | ██ | ██ | ██ | ██ |
| *Contribution Margin as % of Gross Rev* | | | *-45.5%* | *3.4%* | *30.1%* | ██ | ██ | ██ | ██ |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF ANDROID REPORTED OPERATING RESULTS**
Revised Exhibit 7  (Revised February 29, 2016)


**Notes:**

[1]  Android OC Quarterly Review - Q1 2009, GOOGLE-00303725 at 739.

[2]  Android OC Quarterly Review - Q4 2010, October 12, 2010, GOOGLE-01-00053552 at 556.

[3]  Android OC Quarterly Review - Q1 2011, May 03, 2011, GOOGLE-77-00053555 at 562.

[4]  GOOG-00103813 - Android Profit and Loss for years 2011 to 2015, Q4 2015 amounts are Google forecasts.

[5]  Exhibit 8.

[6]  For 2011 - 2015, see Exhibit 7.2.  Includes Traffic Acquisition Costs for AdSense and Display.

[7]  According to Dr. Leonard, "Total Android legal expenses include a conservative deduction of ████████ for legal expenses from the previous
      Google-Oracle litigation." (see Notes to Leonard Exhibit 1a.1).  Consistent with this disclosure, I have reduced total Legal Expense by ██████████.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF ANDROID ESTIMATED NETWORK MEMBER TRAFFIC ACQUISITION COSTS**

Revised Exhibit 7.1  (Revised February 29, 2016)

| *(in millions)* | 2011 [1] | 2012 [2] | 2013 [3] | 2014 [3] | 2015 [3] |
|---|---|---|---|---|---|
| Google Total Ad Revenue | $36,531.0 | $43,686.0 | $51,072.0 | $59,624.0 | $67,390.0 |
| Total Network Member TAC | $7,294.0 | $8,791.0 | $9,293.0 | $9,864.0 | $10,242.0 |
| Network Member TAC  as % of Ad Revenue | 20.0% | 20.1% | 18.2% | 16.5% | 15.2% |
| Android Total Ad Revenue [4] | $569.4 | $2,152.4 | ■■■■ | ■■■■ | ■■■■ |
| Android Network Member TAC | $113.7 | $433.1 | ■■■■ | ■■■■ | ■■■■ |

**Notes:**

[1]  Google Annual Report, 10-K for year ended December 31, 2011, p. 30 and 33.

[2]  Google Annual Report, 10-K for year ended December 31, 2014, p. 23 and 26.

[3]  Google Annual Report, 10-K for year ended December 31, 2015, p. 25 and 31.

[4]  Revised Exhibit 7  (Revised February 29, 2016).

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF ANDROID-RELATED ADSENSE AND DISPLAY TRAFFIC ACQUISITION COSTS**
Exhibit 7.2 (Created February 29, 2016)

| *(in millions)* | 2011 | 2012 | 2013 | 2014 | 2015 [4] |
|---|---|---|---|---|---|
| Android AdSense Ad Revenue [1] | $43.2 | $238.6 | ███ | ███ | ███ |
| AdSense TAC Percentage [2] | 70.7% | 71.1% | ███ | ███ | ███ |
| Android AdSense TAC | $30.5 | $169.6 | ███ | ███ | ███ |
| | | | | | |
| Android Display Ad Revenue [1] | $88.3 | $468.9 | ███ | ███ | ███ |
| Display TAC Percentage [3] | 61.6% | 62.0% | ███ | ███ | ███ |
| Android Display TAC | $54.4 | $290.9 | ███ | ███ | ███ |
| | | | | | |
| Total AdSense and Display TAC | $85.0 | $460.5 | ███ | ███ | ███ |

**Notes:**

[1]  Revised Exhibit 8.1 (Revised February 29, 2016).
[2]  Exhibit 7.3.
[3]  Exhibit 7.4.
[4]  2015 TAC percentages reflect 2014 figures.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF GOOGLE'S ANNUAL ADSENSE TAC PERCENTAGE - 2008 TO 2014 [1]**

Exhibit 7.3 (Created February 29, 2016)

| Month | AdSense Revenue | AdSense TAC | % TAC |
|---|---|---|---|
| January-08 | | | |
| February-08 | | | |
| March-08 | | | |
| April-08 | | | |
| May-08 | | | |
| June-08 | | | |
| July-08 | | | |
| August-08 | | | |
| September-08 | | | |
| October-08 | | | |
| November-08 | | | |
| December-08 | | | |
| Total/Average-08 | | | |
| | | | |
| January-09 | | | |
| February-09 | | | |
| March-09 | | | |
| April-09 | | | |
| May-09 | | | |
| June-09 | | | |
| July-09 | | | |
| August-09 | | | |
| September-09 | | | |
| October-09 | | | |
| November-09 | | | |
| December-09 | | | |
| Total/Average-09 | | | |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF GOOGLE'S ANNUAL ADSENSE TAC PERCENTAGE - 2008 TO 2014 [1]**
Exhibit 7.3 (Created February 29, 2016)

| Month | AdSense Revenue | AdSense TAC | % TAC |
|---|---|---|---|
| January-10 | | | |
| February-10 | | | |
| March-10 | | | |
| April-10 | | | |
| May-10 | | | |
| June-10 | | | |
| July-10 | | | |
| August-10 | | | |
| September-10 | | | |
| October-10 | | | |
| November-10 | | | |
| December-10 | | | |
| Total/Average-10 | | | |
| | | | |
| January-11 | | | |
| February-11 | | | |
| March-11 | | | |
| April-11 | | | |
| May-11 | | | |
| June-11 | | | |
| July-11 | | | |
| August-11 | | | |
| September-11 | | | |
| October-11 | | | |
| November-11 | | | |
| December-11 | | | |
| Total/Average-11 | | | |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF GOOGLE'S ANNUAL ADSENSE TAC PERCENTAGE - 2008 TO 2014 [1]**

Exhibit 7.3 (Created February 29, 2016)

| Month | AdSense Revenue | AdSense TAC | % TAC |
|---|---|---|---|
| January-12 | | | |
| February-12 | | | |
| March-12 | | | |
| April-12 | | | |
| May-12 | | | |
| June-12 | | | |
| July-12 | | | |
| August-12 | | | |
| September-12 | | | |
| October-12 | | | |
| November-12 | | | |
| December-12 | | | |
| Total/Average-12 | | | |
| | | | |
| January-13 | | | |
| February-13 | | | |
| March-13 | | | |
| April-13 | | | |
| May-13 | | | |
| June-13 | | | |
| July-13 | | | |
| August-13 | | | |
| September-13 | | | |
| October-13 | | | |
| November-13 | | | |
| December-13 | | | |
| Total/Average-13 | | | |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF GOOGLE'S ANNUAL ADSENSE TAC PERCENTAGE - 2008 TO 2014 [1]**
Exhibit 7.3 (Created February 29, 2016)

| Month | AdSense Revenue | AdSense TAC | % TAC |
|---|---|---|---|
| January-14 | | | |
| February-14 | | | |
| March-14 | | | |
| April-14 | | | |
| May-14 | | | |
| June-14 | | | |
| July-14 | | | |
| August-14 | | | |
| September-14 | | | |
| October-14 | | | |
| November-14 | | | |
| December-14 | | | |
| Total/Average-14 | | | |

**Notes:**

[1] GOOG-00022381.

Highly Confidential - Attorneys' Eyes Only