# EXHIBIT G
# PART 6 OF 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF GOOGLE'S ANNUAL ADWORDS TAC PERCENTAGE - 2011 TO 2014 [1]**

Exhibit 7.4 (Created February 29, 2016)

| Month | AdWords Revenue | AdWords TAC | % TAC |
|---|---|---|---|
| January-11 | ▉ | ▉ | ▉ |
| February-11 | ▉ | ▉ | ▉ |
| March-11 | ▉ | ▉ | ▉ |
| April-11 | ▉ | ▉ | ▉ |
| May-11 | ▉ | ▉ | ▉ |
| June-11 | ▉ | ▉ | ▉ |
| July-11 | ▉ | ▉ | ▉ |
| August-11 | ▉ | ▉ | ▉ |
| September-11 | ▉ | ▉ | ▉ |
| October-11 | ▉ | ▉ | ▉ |
| November-11 | ▉ | ▉ | ▉ |
| December-11 | ▉ | ▉ | ▉ |
| Total/Average-11 | ▉ | ▉ | ▉ |
| January-12 | ▉ | ▉ | ▉ |
| February-12 | ▉ | ▉ | ▉ |
| March-12 | ▉ | ▉ | ▉ |
| April-12 | ▉ | ▉ | ▉ |
| May-12 | ▉ | ▉ | ▉ |
| June-12 | ▉ | ▉ | ▉ |
| July-12 | ▉ | ▉ | ▉ |
| August-12 | ▉ | ▉ | ▉ |
| September-12 | ▉ | ▉ | ▉ |
| October-12 | ▉ | ▉ | ▉ |
| November-12 | ▉ | ▉ | ▉ |
| December-12 | ▉ | ▉ | ▉ |
| Total/Average-12 | ▉ | ▉ | ▉ |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF GOOGLE'S ANNUAL ADWORDS TAC PERCENTAGE - 2011 TO 2014 [1]**

Exhibit 7.4 (Created February 29, 2016)

| Month | AdWords Revenue | AdWords TAC | % TAC |
|---|---|---|---|
| January-13 | | | |
| February-13 | | | |
| March-13 | | | |
| April-13 | | | |
| May-13 | | | |
| June-13 | | | |
| July-13 | | | |
| August-13 | | | |
| September-13 | | | |
| October-13 | | | |
| November-13 | | | |
| December-13 | | | |
| Total/Average-13 | | | |
| | | | |
| January-14 | | | |
| February-14 | | | |
| March-14 | | | |
| April-14 | | | |
| May-14 | | | |
| June-14 | | | |
| July-14 | | | |
| August-14 | | | |
| September-14 | | | |
| October-14 | | | |
| November-14 | | | |
| December-14 | | | |
| Total/Average-14 | | | |

**Notes:**

[1] GOOG-00022380.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF GOOGLE'S ANNUAL DISPLAY TAC PERCENTAGE - 2008 TO 2014 [1]**
Exhibit 7.5 (Created February 29, 2016)

| Month | Display Revenue | Display TAC | % TAC |
|---|---|---|---|
| January-08 | ▬ | ▬ | ▬ |
| February-08 | ▬ | ▬ | ▬ |
| March-08 | ▬ | ▬ | ▬ |
| April-08 | ▬ | ▬ | ▬ |
| May-08 | ▬ | ▬ | ▬ |
| June-08 | ▬ | ▬ | ▬ |
| July-08 | ▬ | ▬ | ▬ |
| August-08 | ▬ | ▬ | ▬ |
| September-08 | ▬ | ▬ | ▬ |
| October-08 | ▬ | ▬ | ▬ |
| November-08 | ▬ | ▬ | ▬ |
| December-08 | ▬ | ▬ | ▬ |
| Total/Average-08 | ▬ | ▬ | ▬ |
| January-09 | ▬ | ▬ | ▬ |
| February-09 | ▬ | ▬ | ▬ |
| March-09 | ▬ | ▬ | ▬ |
| April-09 | ▬ | ▬ | ▬ |
| May-09 | ▬ | ▬ | ▬ |
| June-09 | ▬ | ▬ | ▬ |
| July-09 | ▬ | ▬ | ▬ |
| August-09 | ▬ | ▬ | ▬ |
| September-09 | ▬ | ▬ | ▬ |
| October-09 | ▬ | ▬ | ▬ |
| November-09 | ▬ | ▬ | ▬ |
| December-09 | ▬ | ▬ | ▬ |
| Total/Average-09 | ▬ | ▬ | ▬ |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF GOOGLE'S ANNUAL DISPLAY TAC PERCENTAGE - 2008 TO 2014 [1]**

Exhibit 7.5 (Created February 29, 2016)

| Month | Display Revenue | Display TAC | % TAC |
|---|---|---|---|
| January-10 | | | |
| February-10 | | | |
| March-10 | | | |
| April-10 | | | |
| May-10 | | | |
| June-10 | | | |
| July-10 | | | |
| August-10 | | | |
| September-10 | | | |
| October-10 | | | |
| November-10 | | | |
| December-10 | | | |
| Total/Average-10 | | | |
| January-11 | | | |
| February-11 | | | |
| March-11 | | | |
| April-11 | | | |
| May-11 | | | |
| June-11 | | | |
| July-11 | | | |
| August-11 | | | |
| September-11 | | | |
| October-11 | | | |
| November-11 | | | |
| December-11 | | | |
| Total/Average-11 | | | |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF GOOGLE'S ANNUAL DISPLAY TAC PERCENTAGE - 2008 TO 2014 [1]**

Exhibit 7.5 (Created February 29, 2016)

| Month | Display Revenue | Display TAC | % TAC |
|-------|-----------------|-------------|-------|
| January-12 | | | |
| February-12 | | | |
| March-12 | | | |
| April-12 | | | |
| May-12 | | | |
| June-12 | | | |
| July-12 | | | |
| August-12 | | | |
| September-12 | | | |
| October-12 | | | |
| November-12 | | | |
| December-12 | | | |
| Total/Average-12 | | | |
| January-13 | | | |
| February-13 | | | |
| March-13 | | | |
| April-13 | | | |
| May-13 | | | |
| June-13 | | | |
| July-13 | | | |
| August-13 | | | |
| September-13 | | | |
| October-13 | | | |
| November-13 | | | |
| December-13 | | | |
| Total/Average-13 | | | |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF GOOGLE'S ANNUAL DISPLAY TAC PERCENTAGE - 2008 TO 2014 [1]**
Exhibit 7.5 (Created February 29, 2016)

| Month | Display Revenue | Display TAC | % TAC |
|---|---|---|---|
| January-14 | | | |
| February-14 | | | |
| March-14 | | | |
| April-14 | | | |
| May-14 | | | |
| June-14 | | | |
| July-14 | | | |
| August-14 | | | |
| September-14 | | | |
| October-14 | | | |
| November-14 | | | |
| December-14 | | | |
| Total/Average-14 | | | |

**Notes:**

[1] GOOG-00022383.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**WEIGHTED AVERAGE TAC PAID TO "NON-ANDROID MOBILE OPERATING SYSTEM PARTNERS" [1]**

Exhibit 7.6 (Created February 29, 2016)



| Non-Android Mobile Operating System Partner | Year | Total Gross Revenue Earned by Google Under Agreement | % of Search Revenue Google Shares with the Partner | Weighted Average % Paid to Partner |
|---|---|---|---|---|

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**WEIGHTED AVERAGE TAC PAID TO "NON-ANDROID MOBILE OPERATING SYSTEM PARTNERS" [1]**

Exhibit 7.6 (Created February 29, 2016)

| Non-Android Mobile Operating System Partner | Year | Total Gross Revenue Earned by Google Under Agreement | % of Search Revenue Google Shares with the Partner | Weighted Average % Paid to Partner |
|---|---|---|---|---|



**Notes:**

[1]  Case No. CV 10-03561 WHA, Response to Docket No. 1436, entitled:

   "Google Search Distribution Agreements with Non-Android Mobile Operating System Partners."

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**GROSS PROFIT OF OTHER ANDROID REVENUE**
Exhibit 7.7 (Created February 29, 2016)

| *(in millions)* | **Amount** |
|---|---|
| Total Apps Revenue | |
| Total Digital Content Revenue | |
| Total Hardware Revenue | |
| | |
| Total Other Android Revenue | |
| | |
| Less: Apps Cost of Sales | |
| Less: Digital Content Cost of Sales | |
| Less: Hardware Cost of Sales | |
| Less:  Infrastructure and Other Cost of Sales | |
| | |
| Gross Profit of Other Android Revenue | |

**Notes:**

[1]  Revised Exhibit 7.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**ANDROID TOTAL REVENUE FROM 2008 TO 2015**
Exhibit 8

| (in millions) | 2008 [1] | 2009 [2] | 2010 [3] | 2011 [4] | 2012 [4] | 2013 [4] | 2014 [4] | 2015 [4] | Total |
|---|---|---|---|---|---|---|---|---|---|
| Ads [5] | $0.7 | $15.7 | $120.1 | $569.4 | $2,152.4 | ▮ | ▮ | ▮ | ▮ |
| App Sales | n/a | 1.1 | 8.0 | 36.2 | 136.1 | ▮ | ▮ | ▮ | ▮ |
| Digital Content | n/a | 0.0 | 0.0 | 14.8 | 105.8 | ▮ | ▮ | ▮ | ▮ |
| Hardware | n/a | 0.0 | 115.2 | 0.0 | 303.5 | ▮ | ▮ | ▮ | ▮ |
| Total | $0.7 | $16.8 | $243.3 | $620.4 | $2,697.8 | ▮ | ▮ | ▮ | ▮ |

**Notes:**

[1] Android OC Quarterly Review - Q1 2009, GOOGLE-00303725 at 739.

[2] Android OC Quarterly Review - Q4 2010, October 12, 2010, GOOGLE-01-00053552 at 556.

[3] Android OC Quarterly Review - Q1 2011, May 03, 2011, GOOGLE-77-00053555 at 562.

[4] Android Profit and Loss, GOOG-00103813.

[5] Revised Exhibit 8.1 (Revised February 29, 2016).  2015 Ad Revenue is annualized based on six months ending June 30, 2015.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**ANDROID AD REVENUE FROM 2008 TO 2015**
Revised Exhibit 8.1 (Revised February 29, 2016)

| *(in millions)* | 2008 [1] | 2009 [2] | 2010 [3] | 2011 [4] | 2012 [5] | 2013 [5] | 2014 [5] | 2015 [5] [6] | Total |
|---|---|---|---|---|---|---|---|---|---|
| Search (AdWords) | $0.7 | $11.9 | $80.9 | $437.9 | $1,444.9 | ■ | ■ | ■ | ■ |
| AdSense | - | 0.0 | 6.8 | 43.2 | 238.6 | ■ | ■ | ■ | ■ |
| Display | - | 3.8 | 32.4 | 88.3 | 468.9 | ■ | ■ | ■ | ■ |
| Total Ad Revenue | $0.7 | $15.7 | $120.1 | $569.4 | $2,152.4 | ■ | ■ | ■ | ■ |

**Notes:**

[1]  Android OC Quarterly Review - Q1 2009, GOOGLE-00303725 at 739; Leonard Exhibit 1c.

[2]  Android OC Quarterly Review - Q4 2010, October 12, 2010, GOOGLE-01-00053552 at 556; Leonard Exhibit 1c

[3]  Android OC Quarterly Review - Q1 2011, May 03, 2011, GOOGLE-77-00053555 at 562; Leonard Exhibit 1c.

[4]  GOOG-00132625, tabs "1. Final - Legal" and "2. Final -Backup" (Cell AI9); Leonard Exhibit 1c.

[5]  Android Ad Revenues, GOOG-00022386.

[6]  2015 Ad revenue is annualized based on six months ending June 30, 2015.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**ANDROID DEVICE WORLDWIDE ANNUAL UNIT SALES**

Revised Exhibit 9  (Revised February 29, 2016)

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Android Phones | - | 6,798,400 [1] | 67,224,500 [1] | 219,440,200 [2] | 451,621,000 [3] | 761,288,000 [4] | 1,004,675,000 [4] | 1,160,213,400 [5] | 3,671,260,500 |
| Android Tablets | - | - | 2,786,000 [6] | 18,030,000 [6] | 53,341,250 [7] | 120,961,445 [7] | 154,700,000 [8] | 139,800,000 [9] | 489,618,695 |
| Total Android Units | - | 6,798,400 | 70,010,500 | 237,470,200 | 504,962,250 | 882,249,445 | 1,159,375,000 | 1,300,013,400 | 4,160,879,195 |

**Notes:**

[1] http://www.cnet.com/news/gartner-android-ranks-2nd-in-global-smartphones/.

[2] http://www.pcworld.com/article/228218/Gartner_Android_Dominates_Smartphone_Sales_Worldwide.html;
http://www.computerweekly.com/news/2240105329/Worldwide-smartphone-sales-grow-74-in-second-quarter-of-2011-says-Gartner; http://www.winrumors.com/gartner-windows-phone-sales-flat-in-q3-2011/;
http://www.gartner.com/newsroom/id/1924314.

[3] http://www.gartner.com/newsroom/id/2665715.

[4] http://www.gartner.com/newsroom/id/2996817.

[5] http://www.gartner.com/newsroom/id/3061917; http://www.gartner.com/newsroom/id/3115517;
http://www.gartner.com/newsroom/id/3169417; and
http://www.gsmarena.com/gartner_samsung_retains_smartphone_leadership_in_2015_with_over_20_market_share-news-16723.php.

[6] http://cluster006.ovh.net/~nobeysco/nobeyscoweb/?q=node/948.

[7] http://the-digital-reader.com/2014/03/03/gartner-estimates-195-million-tablets-produced-2013-22-million-fewer-idcs-estimate/.

[8] http://venturebeat.com/2015/03/12/idc-tablet-shipment-growth-slows-to-a-crawl-will-grow-just-2-in-2015/.

[9] http://www.idc.com/getdoc.jsp?containerId=prUS25867215; 2015 amounts provided as forecast for the entire year.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SMARTPHONE DEVICE WORLDWIDE ANNUAL UNIT SALES BY VENDOR**

Revised Exhibit 10  (Revised February 29, 2016)

| Units | 2003 [1] | 2004 [1] | 2005 [2] | 2006 [2] | 2007 [3] | 2008 [3] | 2009 [4] |
|---|---|---|---|---|---|---|---|
| Palm One | 4,171,690 | 3,726,172 | 2,773,025 | 1,970,031 | - | - | - |
| Hewlett-Packard | 2,270,086 | 2,664,151 | 2,267,178 | 1,721,531 | - | - | - |
| RIM | 604,521 | 2,178,000 | 3,193,000 | 3,510,927 | 11,767,700 | 23,149,000 | 36,445,233 |
| Mio Technology | - | - | 714,528 | 1,515,496 | - | - | - |
| Dell | 582,020 | 693,126 | - | - | - | - | - |
| Sony Ericsson | 1,404,289 | 480,648 | - | - | - | - | 4,925,031 |
| Sharp | - | - | 536,540 | 1,428,318 | 6,885,300 | 5,234,200 | - |
| Nokia | - | - | - | - | 60,465,000 | 60,920,500 | 66,980,427 |
| Apple | - | - | - | - | 3,302,600 | 11,417,500 | 24,625,157 |
| HTC | - | - | - | - | 3,718,500 | 5,895,400 | 8,865,057 |
| Samsung | - | - | - | - | - | - | 6,895,044 |
| TCL Comm | - | - | - | - | - | - | - |
| Lenovo | - | - | - | - | - | - | - |
| LG Electronics | - | - | - | - | - | - | 3,940,025 |
| ZTE | - | - | - | - | - | - | - |
| Huawei | - | - | - | - | - | - | - |
| Motorola | - | - | - | - | - | - | 6,895,044 |
| Yulong | - | - | - | - | - | - | - |
| Xiaomi | - | - | - | - | - | - | - |
| Other | 2,490,435 | 2,544,422 | 5,497,869 | 7,596,989 | 36,176,600 | 32,671,400 | 12,805,082 |
| Total | 11,523,041 | 12,286,519 | 14,982,140 | 17,743,292 | 122,315,600 | 139,287,900 | 172,376,100 |
| Cumulative | 11,523,041 | 23,809,560 | 38,791,700 | 56,534,992 | 178,850,592 | 318,138,492 | 490,514,592 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SMARTPHONE DEVICE WORLDWIDE ANNUAL UNIT SALES BY VENDOR**

Revised Exhibit 10  (Revised February 29, 2016)

| Units | 2010 [4] | 2011 [5] | 2012 [6] | 2013 [7] | 2014 [7] | 2015 [8] | Total |
|---|---|---|---|---|---|---|---|
| Palm One | - | - | - | - | - | - | 12,640,918 |
| Hewlett-Packard | - | - | - | - | - | - | 8,922,946 |
| RIM | 47,782,003 | 49,159,250 | - | - | - | - | 177,789,634 |
| Mio Technology | - | - | - | - | - | - | 2,230,024 |
| Dell | - | - | - | - | - | - | 1,275,146 |
| Sony Ericsson | 9,954,584 | - | - | - | - | - | 16,764,552 |
| Sharp | - | - | - | - | - | - | 14,084,358 |
| Nokia | 99,545,839 | 74,364,189 | - | - | - | - | 362,275,955 |
| Apple | 47,782,003 | 89,660,316 | 130,133,200 | 150,786,000 | 191,426,000 | 225,850,600 | 874,983,375 |
| HTC | 24,886,460 | 41,847,894 | - | - | - | - | 85,213,310 |
| Samsung | 23,891,001 | 90,429,932 | 205,767,100 | 299,795,000 | 307,597,000 | 320,219,700 | 1,254,594,777 |
| TCL Comm | - | - | - | - | - | - | - |
| Lenovo | - | - | 21,698,500 | 57,424,000 | 81,416,000 | 72,748,200 | 233,286,700 |
| LG Electronics | 6,968,209 | - | 25,814,100 | 46,432,000 | 57,661,000 | - | 140,815,334 |
| ZTE | - | - | - | - | - | - | - |
| Huawei | - | - | 27,168,700 | 46,609,000 | 68,081,000 | 104,094,700 | 245,953,400 |
| Motorola | 13,936,417 | - | - | - | - | - | 20,831,461 |
| Yulong | - | - | - | - | - | - | - |
| Xiaomi | - | - | - | - | - | 65,618,600 | 65,618,600 |
| Other | 21,900,085 | 127,275,319 | 269,526,600 | 368,675,000 | 538,710,000 | 635,368,500 | 2,061,238,301 |
| Total | 296,646,600 | 472,736,900 | 680,108,200 | 969,721,000 | 1,244,890,000 | 1,423,900,300 | 5,578,517,592 |
| Cumulative | 787,161,192 | 1,259,898,092 | 1,940,006,292 | 2,909,727,292 | 4,154,617,292 | 5,578,517,592 | |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SMARTPHONE DEVICE WORLDWIDE ANNUAL UNIT SALES BY VENDOR**

Revised Exhibit 10  (Revised February 29, 2016)

**Notes:**

[1] http://www.palminfocenter.com/news/7613/gartner-worldwide-pda-shipments-grew-7-in-2004/.

[2] http://www.gartner.com/newsroom/id/500898.

[3] http://www.gartner.com/newsroom/id/910112.

[4] Units from http://www.quirksmode.org/blog/archives/2011/02/smartphone_sale.html multiplied by 98.5% in 2009 and 99.5% in 2010 in order to reconcile the differences in unit totals between the 'by vendor' and 'by operating system' data in exhibits 10 and 11. [Total Units from Revised Exhibit 11  (Revised February 29, 2016) / Total Units from source].

[5] Units from http://www.idc.com/getdoc.jsp?containerId=prUS23299912 multiplied by 96.2% in order to reconcile the differences in unit totals between the 'by vendor' and 'by operating system' data in exhibits 10 and 11. [Total Units from Revised Exhibit 11  (Revised February 29, 2016) / Total Units from source].

[6] http://www.gartner.com/newsroom/id/2665715.

[7] http://www.gartner.com/newsroom/id/2996817.

[8] http://www.gsmarena.com/gartner_samsung_retains_smartphone_leadership_in_2015_with_over_20_market_share-news-16723.php.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SMARTPHONE DEVICE WORLDWIDE ANNUAL UNIT SALES BY OPERATING SYSTEM**
Revised Exhibit 11  (Revised February 29, 2016)

| Units | 2003 [1] | 2004 [1] | 2005 [2] | 2006 [2] | 2007 [3] | 2008 [3] | 2009 [4] |
|---|---|---|---|---|---|---|---|
| Windows CE | 4,344,186 | 5,283,203 | 7,173,005 | 9,954,082 | 14,698,000 | 16,498,100 | 15,031,000 |
| Palm OS | 5,761,521 | 4,460,006 | 2,960,795 | 2,074,765 | 1,762,700 | 2,507,200 | - |
| RIM | - | - | 3,193,000 | 3,510,927 | 11,767,700 | 23,149,000 | 34,346,600 |
| Symbian | - | - | 1,010,000 | 950,100 | 77,684,000 | 72,933,500 | 80,878,300 |
| iOS | - | - | - | - | 3,302,600 | 11,417,500 | 24,889,700 |
| Android | - | - | - | - | - | - | 6,798,400 |
| Other | 1,417,334 | 2,543,309 | 645,340 | 1,253,418 | 13,100,700 | 12,782,600 | 10,432,100 |
| Total | 11,523,041 | 12,286,519 | 14,982,140 | 17,743,292 | 122,315,600 | 139,287,900 | 172,376,100 |

| Units | 2010 [4] | 2011 [5] | 2012 [6] | 2013 [7] | 2014 [7] | 2015 [8] | Total |
|---|---|---|---|---|---|---|---|
| Windows CE | 12,378,200 | 9,843,400 | 16,940,700 | 30,714,000 | 35,133,000 | 26,738,000 | 204,728,877 |
| Palm OS | - | - | - | - | - | - | 19,526,987 |
| RIM | 47,451,600 | 51,541,900 | 34,210,300 | 18,606,000 | 7,911,000 | 4,361,900 | 240,049,927 |
| Symbian | 111,576,700 | 88,410,200 | - | - | - | - | 433,442,800 |
| iOS | 46,598,300 | 89,263,300 | 130,133,200 | 150,786,000 | 191,426,000 | 225,850,900 | 873,667,500 |
| Android | 67,224,500 | 219,440,200 | 451,621,000 | 761,288,000 | 1,004,675,000 | 1,160,213,400 | 3,671,260,500 |
| Other | 11,417,400 | 14,238,000 | 47,203,000 | 8,327,000 | 5,745,000 | 6,736,100 | 135,841,301 |
| Total | 296,646,600 | 472,736,900 | 680,108,200 | 969,721,000 | 1,244,890,000 | 1,423,900,300 | 5,578,517,592 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SMARTPHONE DEVICE WORLDWIDE ANNUAL UNIT SALES BY OPERATING SYSTEM**

Revised Exhibit 11  (Revised February 29, 2016)

**Notes:**

[1]  Market Share from http://www.palminfocenter.com/news/7613/gartner-worldwide-pda-shipments-grew-7-in-2004/ multiplied by Total Units from Revised Exhibit 10  (Revised February 29, 2016).

[2]  http://www.gartner.com/newsroom/id/500898.

[3]  http://www.gartner.com/newsroom/id/910112.

[4]  http://www.cnet.com/news/gartner-android-ranks-2nd-in-global-smartphones/.

[5]  http://www.pcworld.com/article/228218/Gartner_Android_Dominates_Smartphone_Sales_Worldwide.html;
http://www.computerweekly.com/news/2240105329/Worldwide-smartphone-sales-grow-74-in-second-quarter-of-2011-says-Gartner;
http://www.winrumors.com/gartner-windows-phone-sales-flat-in-q3-2011/; http://www.gartner.com/newsroom/id/1924314.

[6]  http://www.gartner.com/newsroom/id/2665715.

[7]  http://www.gartner.com/newsroom/id/2996817.

[8]  http://www.gartner.com/newsroom/id/3061917; http://www.gartner.com/newsroom/id/3115517; http://www.gartner.com/newsroom/id/3169417; and
http://www.gsmarena.com/gartner_samsung_retains_smartphone_leadership_in_2015_with_over_20_market_share-news-16723.php; Other includes 2.2 million units to reconcile to Exhibit 10.

[9]  The 2015 unit total was adjusted by 1,000 units in order to reconcile unit totals to the 'by vendor' data in Exhibit 10.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF JAVA ME LICENSING LOST PROFITS, 2009-2015**
Exhibit 12

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Lost Java ME Licensing Revenue | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| [2] Incremental Expenses | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| Lost Java ME Licensing Profits | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

**Notes:**

[1] Exhibit 12.2.
[2] Exhibit 12.1.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF INCREMENTAL EXPENSES**
Exhibit 12.1

|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Lost Java ME Revenue | | | | | | | | |
| [2] Incremental COGS | | | | | | | | |
| [2] Incremental Sales Expense | | | | | | | | |
| [3] Incremental Expense % Total | | | | | | | | |
| Incremental Expenses | | | | | | | | |



**Notes:**

[1]  Exhibit 12.2.
[2]  Exhibit 12.7, Applied 2006 COGS and Sales percentages to years 2009 and 2010.
[3]  Exhibit 12.6.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**CALCULATION OF LOST JAVA ME LICENSING REVENUE**
Exhibit 12.2



| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|

**Notes:**

[1]  Exhibit 12.3.
[2]  Exhibit 12.4.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**JAVA ME LICENSING REVENUE FORECASTS**
Exhibit 12.3

| (in thousands) | 2009 [1] | 2010 [1] | 2011 [2] | 2012 [2] | 2013 [2] | 2014 [2] | 2015 [2] | Total |
|---|---|---|---|---|---|---|---|---|



**Notes:**

[1]  OAGOOGLE0100164541.

[2]  For 2011 forward, I applied the 2009-2010 growth rate to project licensing revenue.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**ACTUAL JAVA ME LICENSING REVENUE, 2009-2015**
Exhibit 12.4

| | 2009 [1] | 2010 [1] | 2011 [2] | 2012 [2] | 2013 [2] | 2014 [2] | 2015 [2] | Total |
|---|---|---|---|---|---|---|---|---|



**Notes:**

[1]  OAGOOGLE0000702509, tab 'Mapping'.

[2]  OAGOOGLE2000003713, tab 'Lic Revenue by Product'.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SUMMARY OF ORACLE JAVA ME LICENSING FORECASTS, 2009-2015**

Exhibit 12.5

| | | | | October 8 2010 Forecast | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *(in thousands)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 [5] | Total |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SUMMARY OF ORACLE JAVA ME LICENSING FORECASTS, 2009-2015**

Exhibit 12.5

| (in thousands) | 2009 | 2010 | 2011 | January 8 2011 Forecast 2012 | 2013 | 2014 | 2015 [5] | Total |
|---|---|---|---|---|---|---|---|---|



**Notes:**

[1]  OAGOOGLE0100164541.

    See "Strategic Forecast" scenario, at p. 3, for 2009-2010 forecasts. I have assumed that Java ME means licensing and possibly access fee revenue.

[2]  OAGOOGLE0000702509.

[3]  OAGOOGLE0000702677.

[4]  OAGOOGLE0002809491.

[5]  2015 estimated using growth rate from 2013 to 2014.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**ORACLE JAVA FINANCIALS, 2011-2015 [1]**

Exhibit 12.6

| *(in thousands)* | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|



**Notes:**

[1] OAGOOGLE2000003713.

*Oracle America, Inc. v. Google, Inc.*
**SUN MICROSYSTEMS, INC. 2006 JAVA ME PROFIT & LOSS [1]**
Exhibit 12.7

| | Q1 | Q2 | Q3 | Q4 | 2006 |
|---|---|---|---|---|---|



**Notes:**

[1]  OAGOOGLE0005039944 - 962, at 946.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**JAVA CLIENT P&L/FORECAST, 2007-2014 [1]**

Exhibit 12.8

| (in millions) | Actual 2007 | Actual 2008 | Forecast 2009 | Forecast 2010 | Forecast 2011 | Forecast 2012 | Forecast 2013 | Forecast 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|



**Notes:**

[1]  OAGOOGLE0003973858.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF JAVA LICENSING OPERATING COSTS, 2013-2015 [1]**
Exhibit 12.9

| *(in thousands)* | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|



**Notes:**

[1]  OAGOOGLE2000003715, tab 'OPEX and License Trend by Qtr'.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**JAVA ME MARGINS, 2005-2011 [1]**
Exhibit 12.10



**Notes:**

[1]  OAGOOGLE0100167800.

[2]  The data for 2011 only covers the first two months of the year.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**WORLDWIDE AND U.S. AVERAGE QUARTERLY ANDROID ACTIVE DEVICES, 2011 TO Q3 2015 [1]**

Exhibit 13

| 2011 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | n/a | 34,992,314 | 46,532,375 | 65,362,805 |
| 7 Day Active | n/a | 39,765,306 | 53,137,135 | 75,183,084 |
| 30 Day Active | n/a | 43,861,343 | 59,043,833 | 83,439,479 |
| U.S. | | | | |
| 1 Day Active | n/a | 33,438,657 | 38,218,747 | 43,927,623 |
| 7 Day Active | n/a | 35,345,233 | 40,643,609 | 47,391,673 |
| 30 Day Active | n/a | 38,213,405 | 44,346,758 | 51,831,126 |

| 2012 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | 92,873,866 | 119,842,961 | 159,626,230 | 210,592,088 |
| 7 Day Active | 106,314,674 | 137,733,862 | 185,162,807 | 243,188,891 |
| 30 Day Active | 118,149,476 | 153,590,819 | 208,481,616 | 271,752,550 |
| U.S. | | | | |
| 1 Day Active | 51,887,807 | 56,122,314 | 61,244,147 | 66,580,660 |
| 7 Day Active | 55,761,712 | 60,620,460 | 66,412,093 | 72,368,792 |
| 30 Day Active | 61,288,888 | 66,939,863 | 73,781,260 | 80,533,480 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**WORLDWIDE AND U.S. AVERAGE QUARTERLY ANDROID ACTIVE DEVICES, 2011 TO Q3 2015 [1]**
Exhibit 13

| 2013 | Q1 | Q2 | Q3 | Q4 |
|------|-----|-----|-----|-----|
| Worldwide | | | | |
|    1 Day Active | 273,008,213 | 327,418,816 | 389,229,940 | 462,970,777 |
|    7 Day Active | 315,358,630 | 379,862,824 | 454,640,556 | 540,439,669 |
|    30 Day Active | 352,417,625 | 425,955,145 | 513,855,987 | 609,728,349 |
| U.S. | | | | |
|    1 Day Active | 74,186,714 | 79,154,177 | 84,086,912 | 89,630,226 |
|    7 Day Active | 80,798,867 | 86,481,545 | 92,101,347 | 98,096,607 |
|    30 Day Active | 90,182,817 | 96,623,684 | 103,506,196 | 109,462,499 |

| 2014 | Q1 | Q2 | Q3 | Q4 |
|------|-----|-----|-----|-----|
| Worldwide | | | | |
|    1 Day Active | 549,718,992 | 623,311,089 | 698,794,200 | 777,210,624 |
|    7 Day Active | 644,423,936 | 732,828,044 | 825,638,442 | 920,308,003 |
|    30 Day Active | 729,626,040 | 832,458,580 | 944,999,606 | 1,052,499,975 |
| U.S. | | | | |
|    1 Day Active | 99,336,915 | 103,794,363 | 107,189,544 | 113,277,086 |
|    7 Day Active | 109,400,723 | 115,014,584 | 118,818,874 | 125,216,654 |
|    30 Day Active | 122,891,172 | 130,686,992 | 134,773,832 | 141,489,790 |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**WORLDWIDE AND U.S. AVERAGE QUARTERLY ANDROID ACTIVE DEVICES, 2011 TO Q3 2015 [1]**

Exhibit 13

| 2015 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | 819,679,543 | 882,831,753 | 935,564,392 | n/a |
| 7 Day Active | 982,791,460 | 1,067,157,974 | 1,128,226,129 | n/a |
| 30 Day Active | 1,145,798,487 | 1,227,717,446 | 1,313,689,665 | n/a |
| U.S. | | | | |
| 1 Day Active | 121,790,857 | 124,487,408 | 128,122,166 | n/a |
| 7 Day Active | 135,166,407 | 138,511,580 | 143,030,896 | n/a |
| 30 Day Active | 153,394,387 | 157,579,560 | 164,020,710 | n/a |

**Notes:**

[1]  GOOG-00022382, all figures are quarterly averages.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**COMPARATIVE ANALYSIS: SEARCH TAC PAID TO "DISTRIBUTION PARTNERS"**

Exhibit 14

| *(in millions)* | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| Google Total AdWords TAC [1] | ███ | ███ | ███ | ███ |
| TAC Paid to "Non-Android Mobile O.S. Partners" [2] | ███ | ███ | ███ | ███ |
| Google Total TAC Paid to Distribution Partners [3] | 1,517.0 | 2,165.0 | 2,965.0 | 3,633.0 |

**Notes:**

[1] Exhibit 7.4 (Created February 29, 2016).

[2] Exhibit 14.1 + Exhibit 14.2.

[3] Google 2013 Form 10-K, p. 61; Google 2014 Form 10-K, p. 52.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**COMPARATIVE ANALYSIS: SEARCH TAC PAID TO "DISTRIBUTION PARTNERS" - MOBILE DEVICES**

Exhibit 14.1

| Partner | Year | Google Reported Mobile Revenue | % Paid to Provider | % Retained by Google | Imputed Total Shared Revenue | TAC Payments to Non-Android Partners |
|---------|------|-------------------------------|--------------------|--------------------|-----------------------------|--------------------------------------|



Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**COMPARATIVE ANALYSIS: SEARCH TAC PAID TO "DISTRIBUTION PARTNERS" - MOBILE DEVICES**
Exhibit 14.1

| Partner | Year | Google Reported Mobile Revenue | % Paid to Provider | % Retained by Google | Imputed Total Shared Revenue | TAC Payments to Non-Android Partners |
|---------|------|--------------------------------|--------------------|----------------------|------------------------------|--------------------------------------|

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**COMPARATIVE ANALYSIS: SEARCH TAC PAID TO "DISTRIBUTION PARTNERS" - MOBILE DEVICES**

Exhibit 14.1



| Partner | Year | Google Reported Mobile Revenue | % Paid to Provider | % Retained by Google | Imputed Total Shared Revenue | TAC Payments to Non-Android Partners |
|---|---|---|---|---|---|---|

**<u>Notes:</u>**

[1]  Case No. CV 10-03561 WHA, Response to Docket No. 1436, entitled:

    "Google Search Distribution Agreements with Non-Android Mobile Operating System Partners."

*Oracle America, Inc. v. Google, Inc.*

**COMPARATIVE ANALYSIS: SEARCH TAC PAID TO "DISTRIBUTION PARTNERS" - NON-MOBILE (DESKTOP) [1]**

Exhibit 14.2

| Partner | Year | Google Reported Desktop Revenue | % Paid to Provider | % Retained by Google | Imputed Total Shared Revenue | TAC Payments to Non-Android Partners |
|---------|------|--------------------------------|--------------------|--------------------|------------------------------|--------------------------------------|



**Notes:**

[1]  Case No. CV 10-03561 WHA, Response to Docket No. 1436, entitled:

   "Google Search Distribution Agreements with Non-Android Mobile Operating System Partners."

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**
Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-24-00147891 | The Google Phone | Google, T-Mobile | Nov-06 | Slide 6: Mobile Applications: J2ME |
| | | | | Slide 33: Baseline Features - support for J2ME, CDC1 1, MIDP and JSRs |
| | | | | Slide 39: Supporting Java is the best way to harness developers: |
| | | | | The wireless industry has adopted Java, and the carriers require its support |
| | | | | Strategy: Leverage Java for its existing base of developers  Build a useful app framework (not J2ME) |
| | | | | Support J2ME apps in compatibility mode  Provide an opT-Mobileized JVM (Dalvik) |
| | | | | Slide 40: Runtime includes: Core Java Libs, Java Virtual Machine |
| | | | | Slide 49: Graphics architecture – Applications (Java/C++), Java API |
| | | | | Slide 56: Application level Java interface to telephony sub-system |
| | | | | Slide 59: Runs standard Java  class/ jar files |
| | | | | Slide 60: Standard Java class libraries |
| | | | | Slide 68: Content Providers - Java API for application access to SQLite backend |
| | | | | Slide 71: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |
| | | | | Slide 73: Java application framework and model implemented and sufficient for app development |
| | | | | Slide 77: Time frame |
| GOOGLE-24-00010460 | Google Powered Phone | Google, Sprint | Apr-07 | Slide 9: Platform references JVM |
| | | | | Slide 31: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |
| | | | | Slide 42: Promotional rate plan pricing for Google to incentivize carriers |
| | | | | Slide 43: Price protection |
| | | | | Slide 48: JVM for middleware and apps |
| | | | | Slide 49: Android Advantages – powerful, simple Java application framework |
| | | | | Slide 50: Runtime includes: Core Java Libs, Java Virtual Machine |
| | | | | Slide 55: Graphics architecture – Applications (Java/C++), Java API |
| | | | | Slide 61: Media Framework: Advanced framework with simple Java API layer |
| | | | | Slide 63: Application level Java interface to telephony sub-system |
| | | | | Slide 65: Runs standard Java  class/ jar files |
| | | | | Slide 66: Standard Java class libraries |
| | | | | Slide 73: Java API for application access to SQLite backend |
| | | | | Slide 77: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |
| GOOGLE-24-00015101 | A Google Enabled Phone | Google, Telefonica | 9-May-07 | Slide 5: Platform references JVM |
| | | | | Slide 7: Google enabled phone proposition – low acquisition cost, high end data customers |
| | | | | Slide 18: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |
| | | | | Slide 25: JVM for middleware and apps |
| | | | | Slide 26: Android Advantages – powerful, simple Java application framework |
| | | | | Slide 27: Runtime includes: Core Java Libs, Java Virtual Machine |
| | | | | Slide 32: Graphics architecture – Applications (Java/C++), Java API |
| | | | | Slide 38: Media Framework: Advanced framework with simple Java API layer |
| | | | | Slide 40: Application level Java interface to telephony sub-system |
| | | | | Slide 42: Runs standard Java  class/ jar files |
| | | | | Slide 43: Standard Java class libraries |
| | | | | Slide 50: Java API for application access to SQLite backend |
| | | | | Slide 54: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**
Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-24-00015413 | A Google Enabled Phone | Google, Orange | 10-May-07 | Slide 5: Platform references JVM |
| | | | | Slide 7: Google enabled phone proposition – low acquisition cost, high end data customers |
| | | | | Slide 18: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |
| | | | | Slide 25: JVM for middleware and apps |
| | | | | Slide 26: Android Advantages – powerful, simple Java application framework |
| | | | | Slide 27: Runtime includes: Core Java Libs, Java Virtual Machine |
| | | | | Slide 32: Graphics architecture – Applications (Java/C++), Java API |
| | | | | Slide 38: Media Framework: Advanced framework with simple Java API layer |
| | | | | Slide 40: Application level Java interface to telephony sub-system |
| | | | | Slide 42: Runs standard Java  class/ jar files |
| | | | | Slide 43: Standard Java class libraries |
| | | | | Slide 50: Java API for application access to SQLite backend |
| GOOGLE-24-00019558 | A Google Enabled Phone | Google, Vodafone | Jan-07 | Slide 2: Release 1 product; Release 2 opportunity – VF customization; LiMo and Google Alliance |
| | | | | Slide 6: Platform includes JVM |
| | | | | Slide 7: VF knows mobile; Google knows the internet |
| | | | | Slide 8: VF customer in exchange for Google's handset and integrated services – low acquisition cost, high end data customers |
| | | | | Slide 12: Market launch components |
| | | | | Slide 17: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |
| | | | | Slide 25: JVM for middleware and apps |
| | | | | Slide 26: Android Advantages – powerful, simple Java application framework |
| | | | | Slide 27: Runtime includes: Core Java Libs, Java Virtual Machine |
| | | | | Slide 32: Graphics architecture – Applications (Java/C++), Java API |
| | | | | Slide 38: Media Framework: Advanced framework with simple Java API layer |
| | | | | Slide 40: Application level Java interface to telephony sub-system |
| | | | | Slide 42: Runs standard Java  class/ jar files |
| | | | | Slide 43: Standard Java class libraries |
| | | | | Slide 50: Content Providers - Java API for application access to SQLite backend |
| | | | | Slide 54: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**
Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-24-00206924 | The Google Phone | Google, Sprint | Dec-06 | Slide 5: 200 million PC's sold each year; 1 billion mobile phones |
| | | | | Slide 10: Platform including JVM |
| | | | | Slides 18-24: Sprint content integration, partnership economics; reduce price of handset/data service and increase internet penetration of consumer segment |
| | | | | Slide 29: Developer tools - Eclipse, Native/Java IDE and debugging; Java debugging |
| | | | | Slide 39: Promotional rate plan |
| | | | | Slide 46: Project Android - Java virtual machine for middleware and apps |
| | | | | Slide 47: Android Advantages - Powerful, simple Java Application Framework |
| | | | | Slide 48: Runtime includes: Core Java Libs, Java Virtual Machine |
| | | | | Slide 53: Graphics architecture – Applications (Java/C++), Java API |
| | | | | Slide 61: Telephony Manager - Application level Java interface to telephony sub-system |
| | | | | Slide 63: Dalvik Runtime - Runs standards Java class/ jar files |
| | | | | Slide 64: Application Framework: Standard Java class libraries |
| | | | | Slide 71: Content Providers - Java API for application access to SQLite backend |
| | | | | Slide 75: Developer Tools - Eclipse, Native/Java IDE and debugging; Java debugging |
| GOOGLE-59-00014898 | The Google Phone | Google, Cingular | Dec-06 | Slide 6: Seamless Experience Between Device, UI & Applications: JVM in Platform |
| | | | | Slide 17: Developer tools – Eclipse, Native/Java IDE and debugging; Java debugging |
| | | | | Slide 44: Project Android: JVM for Middleware and apps |
| | | | | Slide 45: Android Advantages: Powerful, simple Java Application Framework |
| | | | | Slide 46: Android Stack: Core Java Libraries, JVM |
| | | | | Slide 51: Graphics Architecture: Java Applications, Java API |
| | | | | Slide 59: Telephony Manager - Application level Java interface to telephony sub-system |
| | | | | Slide 61: Runs standards Java class/ jar files |
| | | | | Slide 62: Application Framework: Standard Java class libraries |
| | | | | Slide 69: Content Providers - Java API for application access to SQLite backend |
| | | | | Slide 73: Developer Tools - Eclipse, Native/Java IDE and debugging; Java debugging |
| GOOGLE-01-00025576 | Open Handset Platform | Google, China Mobile | 28-Sep-06 | Slide 6: Telephony API's support multiple semiconductor architectures |
| | | | | Slide 7: Google & [Open Handset] Alliance will make the integrated Java/Linux Mobile platform available through an open source distribution; The Java platform will be CDC based with the ability to run all the midlet-base content |
| | | | | Slide 9: Supporting Java is the best way to harness developers – integrate class libraries and other technology from Skelmir acquisition to accelerate effort |
| | | | | Slide 11: Pitch to China Mobile – Google invites China Mobile to be one of the first carriers to embrace an open OS and make a significant impact on the mobile industry … |
| | | | | Slide 12: Google handset OS architecture including Core Java Libraries and JVM |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**
Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-29-00002088 | Open Handset Distribution | Google, DoCoMo | 9-Apr-07 | Slide 4: Java Application Framework "Blazingly fast Java implementation"<br>Slide 5: Android Stack: Core Java Libraries, JVM<br>Slide 6: Open platform allows thousands of Java developer to easily create unique applications<br>Slide 20: Project Android: JVM for Middleware and apps<br>Slide 21: Android Stack: Core Java Libraries, JVM<br>Slide 26: Graphics architecture – Applications (Java/C++), Java API<br>Slide 32: Media Framework - Advanced framework with simple Java API layer<br>Slide 34: Telephony Manager - Application level Java interface to telephony sub-system<br>Slide 36: Runs standards Java  class/ jar files<br>Slide 37: Application Framework: Standard Java class libraries<br>Slide 44: Content Providers - Java API for application access to SQLite backend |
| GOOGLE-56-00018960 | Google Project | Google, Samsung | | Samsung sent Google a Questionnaire expressing concern for Java support:<br>Page 2: How to test Java Runtime?<br>Page 4: We need to have a technical session regarding the software architecture: Windows system, multimedia framework, Dalvik JVM, and other subjects on Resource isolation/management mechanism, multiple VM mechanism, JIT mechanism, and Java libraries |
| GOOGLE-24-00152227 | Project Android | Google, LG | | Slide 2: Project Android: Java virtual machine for middleware and apps<br>Slide 3: Android Advantages: Powerful, simple Java Application Framework<br>Slide 7: Android stack with Core Java libraries and Java virtual machine<br>Slide 13: Graphics Architecture with Java API<br>Slide 20: Telephony Manager: Application level Java interface to telephony sub-system<br>Slide 23: Dalvik Runtime: Runs standard Java class/ jar files<br>Slide 33: Content Providers - Java API for application access to SQLite backend<br>Slide 42: Developer Tools - Eclipse, Native/Java IDE and debugging; Java debugging |
| GOOGLE-24-00013099 | Android: BenQ Technical Overview | Google, BenQ | 2006 | BenQ – Taiwanese consumer electronics company<br>Slide 7: Java J2ME and CDC1 1; JSRs listed<br>Slide 13: Supporting Java is the best way to harness Java developers<br>Slide 14: Android Architecture - Core Java libraries and JVM<br>Slide 23: Graphics Architecture with Java API<br>Slide 30: Telephony Manager: Application level Java interface to telephony sub-system<br>Slide 33: Dalvik Runtime: Runs standard Java class/ jar files<br>Slide 34: Application Framework: Standard Java class libraries<br>Slide 42: Content Providers - Java API for application access to SQLite backend<br>Slide 45: Developer Tools - Eclipse, Native/Java IDE and debugging; Java debugging<br>Slide 47: Platform Status – reference to JVM and Java application framework<br>Slide 51: Schedule |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**

Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-03-00067085 | Android Project: Software Functional Requirements Document for Release 1 0 | Google, HTC | 6-Apr-07 | Page 20: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 32: 7 2 Platform - The Dalvik runtime will support a subset of the core library APIs present in Java Platform, Standard Edition (J2SE) 1 5 |
| | | | | Page 33: 7 5 1 Debugging - The Java Debug Wire Protocol (JDWP) is a protocol used for communication between a debugger and the JVM; 7 5 2 JNI - The JNI is a programming framework that allows Java code running in the JVM to call and be called by native code written in other languages, such as C, C++, and assembly |
| | | | | Page 34: MIDP |
| | | | | Page 35: The application framework will be written in the Java language, running under Dalvik runtime |
| GOOGLE-17-00030541 | Android Project: Software Functional Requirements Document for Release 1 0 | Google | 10-Sep-08 | Page 21: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 33: 7 1 Overview and 7 2 Platform – list of all supported J2SE libraries |
| | | | | Additional APIs, JNI – programming framework that allows Java code running in the JVM to be called by native code written in other languages, such as C, C++ and assembly |
| | | | | Page 34: MIDP |
| | | | | Page 35: The application framework will be written in the Java language, running under Dalvik runtime |
| GOOGLE-22-00072076 | Android Project: Software Functional Requirements Document for Release 1 0 | Google, Asus | 6-Apr-07 | Page 20: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 32: 7 1 Overview and 7 2 Platform – list of all supported J2SE libraries |
| | | | | Page 33: Additional APIs, JNI – programming framework that allows Java code running in the JVM to be called by native code written in other languages, such as C, C++ and assembly |
| | | | | Page 34: MIDP |
| | | | | Page 35: The application framework will be written in the Java language, running under Dalvik runtime |
| GOOGLE-22-00073880 | Android Project: Software Functional Requirements Document for Release 1 0 | Google, Marvell | 6-Apr-07 | Page 20: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 32: 7 1 Overview and 7 2 Platform – list of all supported J2SE libraries |
| | | | | Page 33: Additional APIs, JNI – programming framework that allows Java code running in the JVM to be called by native code written in other languages, such as C, C++ and assembly |
| | | | | Page 34: MIDP |
| | | | | Page 35: The application framework will be written in the Java language, running under Dalvik runtime |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**

Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-22-00122689 | Android Project: Software Functional Requirements Document for Release 1 0 | Google, STK | 6-Apr-07 | Page 20: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 32: 7 1 Overview and 7 2 Platform – list of all supported J2SE libraries<br>Page 33: Additional APIs, JNI – programming framework that allows Java code running in the JVM to be called by native code written in other languages, such as C, C++ and assembly<br>Page 34: MIDP<br>Page 35: The application framework will be written in the Java language, running under Dalvik runtime |
| GOOGLE-22-00124385 | Android Project: Software Functional Requirements Document for Release 1 0 | Google, HTC | 6-Apr-07 | Page 20: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 32: 7 1 Overview and 7 2 Platform – list of all supported J2SE libraries<br>Page 33: Additional APIs, JNI – programming framework that allows Java code running in the JVM to be called by native code written in other languages, such as C, C++ and assembly<br>Page 34: MIDP<br>Page 35: The application framework will be written in the Java language, running under Dalvik runtime |
| GOOGLE-56-00017330 | Android Project: Software Functional Requirements Document for Release 1 0 | Google, T-Mobile | 7-May-07 | Page 20: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 32: 7 1 Overview and 7 2 Platform – list of all supported J2SE libraries<br>Page 33: Additional APIs, JNI – programming framework that allows Java code running in the JVM to be called by native code written in other languages, such as C, C++ and assembly<br>Page 34: MIDP<br>Page 35: The application framework will be written in the Java language, running under Dalvik runtime |
| GOOGLE-22-00051824 | Android Project: Software Functional Requirements Document for Release 1 0 | Google, Borqs | 6-Apr-07 | Page 20: 4 1 2 – Since the product is built using native (C/C++) and managed (Java) code, there are two separate methods of debugging |
| | | | | Page 32: 7 1 Overview and 7 2 Platform – list of all supported J2SE libraries<br>Page 33: Additional APIs, JNI – programming framework that allows Java code running in the JVM to be called by native code written in other languages, such as C, C++ and assembly<br>Page 34: MIDP<br>Page 35: The application framework will be written in the Java language, running under Dalvik runtime |
| GOOGLE-01-00066237 | Project Android | Google, LG | | Slide 4: Java virtual machine for middleware and apps<br>Slide 5: Powerful, simple Java Application Framework<br>Slide 9: Android stack with Core Java libraries and Java virtual machine<br>Slide 15: Graphics Architecture with Java API<br>Slide 22: Telephony Manager: Application level Java interface to telephony sub-system<br>Slide 25: Dalvik Runtime: Runs standard Java class/ jar files |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**

Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-01-00066262 | Project Android | Google, LG | | Slide 4: Project Android: Java virtual machine for middleware and apps<br>Slide 5: Android Advantages: Powerful, simple Java Application Framework<br>Slide 9: Android stack with Core Java libraries and Java virtual machine<br>Slide 15: Graphics Architecture with Java API<br>Slide 22: Telephony Manager: Application level Java interface to telephony sub-system<br>Slide 25: Dalvik Runtime: Runs standard Java class/ jar files |
| GOOGLE-03-00139402 | Project Android | Google, Asian OEM | 2006 | Slide 2: Project Android: Java virtual machine for middleware and apps<br>Slide 3: Android Advantages: Powerful, simple Java Application Framework<br>Slide 7: Android stack with Core Java libraries and Java virtual machine<br>Slide 13: Graphics Architecture with Java API<br>Slide 20: Telephony Manager: Application level Java interface to telephony sub-system<br>Slide 23: Dalvik Runtime: Runs standard Java class/ jar files<br>Slide 25: Application Framework - Standard Java class libraries, MIDP 2 0 support<br>Slide 33: Content Providers - Java API for application access to SQLite backend<br>Slide 42: Developer Tools - Eclipse, Native/Java IDE and debugging; Java debugging |
| GOOGLE-03-00146539 | Project Android Qualcomm Meeting | Google, Qualcomm | 27-Mar-07 | Slide 2: Project Android: Java virtual machine for middleware and apps<br>Slide 3: Powerful, simple Java Application Framework<br>Slide 4: Android stack with Core Java libraries and Java virtual machine<br>Slide 9: Graphics Architecture with Java API<br>Slide 16: Telephony Manager: Application level Java interface to telephony sub-system<br>Slide 20: Dalvik Runtime: Java compatible, capable of hosting other languages; runs standard Java class/ jar files |
| GOOGLE-03-00147537 | Project Android Software Overview | Google, Qualcomm | May-07 | Slide 2: Project Android: Java virtual machine for middleware and apps<br>Slide 3: Powerful, simple Java Application Framework<br>Slide 4: Android stack with Core Java libraries and Java virtual machine<br>Slide 9: Graphics Architecture with Java API<br>Slide 16: Telephony Manager: Application level Java interface to telephony sub-system<br>Slide 20: Dalvik Runtime: Java compatible, capable of hosting other languages; runs standard Java class/ jar files |

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SUMMARY OF GOOGLE PRESENTATIONS TO OEMS AND CARRIERS IN WHICH JAVA IS MENTIONED**

Exhibit 15

| Bates Number | Title | Parties | Date | Java Related Aspects of Document |
|---|---|---|---|---|
| GOOGLE-81-00007497 | Android Strategy Review | Google | | Slide 3: ARM optimized JVM; Java application framework and model implemented and sufficient for app development |
| | | | | Slide 9: Open source the entire stack only after the first devices show up in the market; send a strong signal to the industry that they now have everything they need to build devices as-good-as or better than the ones just released |
| | | | | Slide 10: Partnership choosing – a) pay partner, b) find another who values platform, c) pick a strong partner who needs Google |
| | | | | Slide 19: Schedule, timing pressure |
| | | | | Slide 29: Android Architecture: Core Java Libraries and JVM |
| | | | | Slide 31: Platform Technical Overview - Powerful, simple Java Application Framework |
| | | | | Slide 39: Graphics Architecture - Java applications, Java API |
| | | | | Slide 46: Telephony - Application level Java interface to telephony sub-system |
| | | | | Slide 49: Dalvik Runtime - Java compatible, capable of hosting other languages; Runs standard Java class/ jar files |
| | | | | Slide 50: Application Framework - Standard Java class libraries |
| | | | | Slide 58: Content Providers - Java API for application access to SQLite backend |
| | | | | Slide 61: Developer Tools - Eclipse, Native/Java IDE and debugging; Java debugging |
| GOOGLE-17-00679502 | Android | Google, Satyam | | Slide 6: Android runtime modified to remove "Java" reference in core libraries |
| GOOGLE-01-00148180 | [LarGe][MoM]CC of W719 | Google | 8-May-07 | Hiroshi and Andy Rubin exchange: LG is interested in Java compatibility so they can support Vodafone and Vodafone live requirements (JSRs) |
| GOOGLE-38-00010714 | Large Meeting Notes from LGE | Google, LG | 20-Jul-06 | Page 4: Google is persuading carriers that Google is not a competitor; Google's main goal is to make even market share among Yahoo, MS and Google; Google agreed not to open platform before first release with LGE |
| | | | | Page 6: Schedule |
| | | | | Page 7: "Please, confirm the Java issue  What will be the Java license issue without Sun? LGE needs more detail information about JSR support list" |
| GOOGLE-56-00017329 | Android Functional Requirements | Google | 10-May-07 | FRD cover email that Andy sent to T-Mobile in order to add T-Mobile functionality to baseline FRD |
| GOOGLE-56-00017401 | Android Functional Requirements | Google, T-Mobile | 25-Apr-07 | T-Mobile discussion with Samsung; asking about Google services and relevant support |
| GOOGLE-29-00002087 | Presentation for DoCoMo | Google | 9-Apr-07 | Cover email for pitch deck to get DoCoMo onboard |
| GOOGLE-22-00072075 | Question About Multiple PDP Contexts | Google, Asus | 11-Apr-08 | Request from ASUSTeK for Google support for multiple PDP contexts |
| GOOGLE-22-00124382 | Dream Application Data Sheet | Google, HTC | 16-Oct-07 | HTC wants to know what applications will bundled into Dream |

Highly Confidential - Attorneys' Eyes Only