KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF GOOGLE INC.'S MOTIONS IN LIMINE NOS. 1-6** <br><br> Hearing:   April 27, 2016 <br> Dept.       Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

I, EDWARD A. BAYLEY, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. In accordance with Local Rule 79-5(d)(1)(A), I submit this declaration in support of Google's Motions in Limine.

2. Attached here to as **Exhibit A** is a true and correct copy of the Corrected Expert Report of Professor Adam Jaffe and exhibits, dated February 8, 2016.

3. Attached here to as **Exhibit B** is a true and correct copy of the Reply Expert Report of Professor Adam Jaffe and exhibits, dated February 29, 2016.

4. Attached here to as **Exhibit C** is a true and correct copy of the Expert Report of Chris F. Kemerer and exhibits, dated January 8, 2016

5. Attached here to as **Exhibit D** is a true and correct copy of the Expert Report of Chris. F. Kemerer regarding Fair Use and Rebuttal to Google's Opening Expert Reports and exhibits, dated February 8, 2016.

6. Attached here to as **Exhibit E** is a true and correct copy of the Reply Expert Report of Chris F. Kemerer and exhibits, dated February 29, 2016.

7. Attached here to as **Exhibit F** is a true and correct copy of the Corrected Expert Report of James E. Malackowski and exhibits, dated January 8, 2016.

8. Attached here to as **Exhibit G** is a true and correct copy of the Responsive Expert Report of James E. Malackowski and exhibits, dated February 29, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of March, 2016 at San Francisco, California.

By: _/s/ Edward A. Bayley_
EDWARD A. BAYLEY