| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
|   | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
|   | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
|   | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
|   | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
|    | 333 Main Street, Armonk, NY 10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
|    | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
|    | 1999 Harrison St., Ste. 900, Oakland, CA 94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
|    | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
|    | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
|    | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
|    | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
|    | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
|    | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
|    | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF MOTION TO SEAL PORTIONS OF ORACLE'S RESPONSE TO ECF NO. 1544** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

I, Robert L. Uriarte, declare and state as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Portions of Oracle's Response to ECF No. 1544.

3. The following portions to the brief supporting Oracle's Response to ECF No. 1544 contain, quote from, or repeat information that has been designated by Google Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order:

- The text in the quotation beginning on Page 2, Line 10 and ending on Line 11.
- The text in the quotation beginning on Page 2, Line 11 and ending on line 13.
- The text in the quotation beginning on Page 3, Line 10 and ending on line 11.
- The text in the quotation on Page 4, Line 8.
- The text in the quotation beginning on Page 4, Line 10 and ending on Line 13.
- The text beginning with the parenthetical quotation on Page 4, Line 16 through the last word on Line 24.
- The text in the parenthetical quotation beginning on Page 6, Line 10 and ending on Line 14.
- The quoted word on Page 6, Line 20.
- The quoted word on Page 6, Line 21.
- The text beginning with the first word following "demanded" on Page 6, Line 24 through the last word on Line 25.

4. The following Exhibits to the Declaration of Robert L. Uriarte in Support of Oracle's Response to ECF No. 1544 contain materials that have been designated by Google Inc.

- 1 -

DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF MOTION TO SEAL PORTIONS OF ORACLE'S RESPONSE TO ECF 1544
CV 10-03561 WHA

as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order:

- Exhibit 2, which is a true and correct copy of the relevant excerpts of the Deposition of Joshua Bloch, dated July 8, 2011.
- Exhibit 3, which is a true and correct copy of the relevant excerpts of the First Expert Report of Dr. Owen Astrachan and corresponding exhibits, dated January 8, 2016.
- Exhibit 4, which is a true and correct copy of the relevant excerpts of the First Expert Report of Dr. Gregory Leonard (Corrected) and corresponding exhibits, dated March 10, 2016.
- Exhibit 5, which is a true and correct copy of the relevant excerpts of the deposition transcript of Dr. Gregory Leonard, dated March 11, 2016.
- Exhibit 6, which is a true and correct copy of the relevant excerpts of the First Expert Report of Dr. Adam Jaffe, dated February 8, 2016.
- Exhibit 7, which is a true and correct copy of the Second Expert Report of Dr. Gregory Leonard and corresponding exhibits, dated February 29, 2016.
- Exhibit 8, which is a true and correct copy of the relevant excerpts of the Deposition of Andy Rubin, dated July 27, 2011.
- Exhibit 9, which is a true and correct copy of the relevant excerpts of the Deposition of Urs Hoelzle, dated November 24, 2015.
- Exhibit 10, which is a true and correct copy of an email from Urs Hoelzle to Andy Rubin, dated September 24, 2006.

5.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of March, 2016 at Menlo Park, CA.

Robert L. Uriarte