1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                        SAN FRANCISCO DIVISION

24 ORACLE AMERICA, INC.              Case No. CV 10-03561 WHA

25          Plaintiff,                **[PROPOSED] ORDER GRANTING
        v.                            ADMINISTRATIVE MOTION TO
26                                    FILE UNDER SEAL PORTIONS OF
   GOOGLE INC.                        ORACLE'S RESPONSE TO ECF NO.
                                      1544**
27          Defendant.
                                      Dept.: Courtroom 8, 19th Floor
28                                    Judge: Honorable William Alsup

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Portions of Oracle's Response to ECF No. 1544.  Having considered the Administrative Motion to File Under Seal, the Declaration of Robert L. Uriarte in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated Portions of Oracle's Response to ECF No. 1544 should be sealed and that counsel for Oracle America, Inc. may file the following portions of its Motion under seal:

| Page | Text to be Sealed |
|---|---|
| 2 | The text in the quotation beginning on Page 2, Line 10 and ending on Line 11. |
| 2 | The text in the quotation beginning on Page 2, Line 11 and ending on line 13. |
| 3 | The text in the quotation beginning on Page 3, Line 10 and ending on line 11. |
| 4 | The text in the quotation on Page 4, Line 8. |
| 4 | The text in the quotation beginning on Page 4, Line 10 and ending on Line 13. |
| 4 | The text beginning with the parenthetical quotation on Page 4, Line 16 through the last word on Line 24. |
| 6 | The text in the parenthetical quotation beginning on Page 6, Line 10 and ending on Line 14. |
| 6 | The quoted word on Page 6, Line 20. |
| 6 | The quoted word on Page 6, Line 21. |
| 6 | The text beginning with the first word following "demanded" on Page 6, Line 24 through the last word on Line 25. |

| Exhibit | Text to be Sealed |
|---|---|
| Exhibit 2 | The entirety of the exhibit. |
| Exhibit 3 | The entirety of the exhibit. |
| Exhibit 4 | The entirety of the exhibit. |
| Exhibit 5 | The entirety of the exhibit. |

| | |
|---|---|
| Exhibit 6 | The entirety of the exhibit. |
| Exhibit 7 | The entirety of the exhibit. |
| Exhibit 8 | The entirety of the exhibit. |
| Exhibit 9 | The entirety of the exhibit. |
| Exhibit 10 | The entirety of the exhibit. |

**IT IS SO ORDERED.**

Dated: _____

                                            Honorable William Alsup
                                      United States District Court Judge