1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ROBERT L. URIARTE IN SUPPORT OF ORACLE'S RESPONSE TO ECF NO. 1544**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Robert L. Uriarte, declare and state as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Response to ECF No. 1544.

3. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excerpts of the second deposition transcript of Dr. Owen Astrachan, dated March 14, 2016.

4. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts of the Deposition of Joshua Bloch, dated July 8, 2011, which is filed tentatively under seal pursuant to the protective order.

5. Attached hereto as Exhibit 3 is a true and correct copy of the relevant excerpts of the First Expert Report of Dr. Owen Astrachan and corresponding exhibits, dated January 8, 2016, which is filed tentatively under seal pursuant to the protective order. The entire report was filed as Exhibit 1 to the Oracle's Administrative Motion to File Under Seal Portions of Oracle's Motions in Limine, ECF No. 1563-4.

6. Attached hereto as Exhibit 4 is a true and correct copy of the relevant excerpts of the First Expert Report of Dr. Gregory Leonard (Corrected) and corresponding exhibits, dated March 10, 2016, which is filed tentatively under seal pursuant to the protective order. The entire report was filed as Exhibit 4 to the Oracle's Administrative Motion to File Under Seal Portions of Oracle's Motions in Limine, ECF No. 1563-7

7. Attached hereto as Exhibit 5 is a true and correct copy of the relevant excerpts of the deposition transcript of Dr. Gregory Leonard, dated March 11, 2016, which is filed tentatively under seal pursuant to the protective order.

8. Attached hereto as Exhibit 6 is a true and correct copy of the relevant excerpts of the First Expert Report of Dr. Adam Jaffe, dated February 8, 2016, which is filed tentatively under seal pursuant to the protective order. The entire report was filed as Exhibit A to the Bayley

1  Declaration In Support of Google Inc.'s Motions in Limine Nos. 1-6, ECF No. 1571-1.

2      9. Attached hereto as Exhibit 7 is a true and correct copy of the Second Expert Report of Dr. Gregory Leonard and corresponding exhibits, dated February 29, 2016, which is filed tentatively under seal pursuant to the protective order. The entire report was filed as Exhibit 5 to the Oracle's Administrative Motion to File Under Seal Portions of Oracle's Motions in Limine, ECF No. 1563-8

    10. Attached hereto as Exhibit 8 is a true and correct copy of the relevant excerpts of the Deposition of Andy Rubin, dated July 27, 2011, which is filed tentatively under seal pursuant to the protective order.

    11. Attached hereto as Exhibit 9 is a true and correct copy of the relevant excerpts of the Deposition of Urs Hoelzle, dated November 24, 2015, which is filed tentatively under seal pursuant to the protective order.

    12. Attached hereto as Exhibit 10 is a true and correct copy of an email from Urs Hoelzle to Andy Rubin, dated September 24, 2006, previously marked as Exhibit 5008 to the Hoelzle Deposition, which is filed tentatively under seal pursuant to the protective order.

    13. Should the Court wish to consult the first report of James E. Malackowski dated January 8, 2016, it was filed as Exhibit F to the Bayley Declaration in Support of Google Inc.'s Motions in Limine Nos. 1-6, ECF No. 1571-7.

    14. Should the Court wish to consult the first report of James E. Malackowski dated February 29, 2016, it was filed as Exhibit G to the Bayley Declaration in Support of Google Inc.'s Motions in Limine Nos. 1-6, ECF No. 1571-8.

    I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

    Executed this 25th day of March, 2016, at Menlo Park, CA.

_____
Robert L. Uriarte