# EXHIBIT 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   ORACLE AMERICA, INC.

6        Plaintiff,

7            vs.        No. 3:10-cv-03561-WHA

8   GOOGLE, INC.,

9        Defendant.

10  _____

11

12

13

14       VIDEOTAPED DEPOSITION OF OWEN ASTRACHAN, Ph.D.

15            San Francisco, California

16            Monday, March 14, 2016

17                  Volume I

18

19

20

21  REPORTED BY:

22  REBECCA L. ROMANO, RPR, CSR No. 12546

23  JOB NO. 2241710

24

25  PAGES 1 - 184

                                        Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   ORACLE AMERICA, INC.

 6        Plaintiff,

 7             vs.        No. 3:10-cv-03561-WHA

 8   GOOGLE, INC.,

 9        Defendant.

10   _____

11

12

13

14        VIDEOTAPED DEPOSITION OF OWEN ASTRACHAN,

15   Ph.D., taken on behalf of the Plaintiff, at

16   405 Howard Street, 10th Floor, San Francisco,

17   California, commencing at 10:05 a.m., Monday,

18   March 14, 2016, before Rebecca L. Romano,

19   Certified Shorthand Reporter No. 12546

20

21

22

23

24

25

                                          Page  2
```

```
 1   APPEARANCES OF COUNSEL

 2

 3   For the Plaintiff:

 4        ORRICK, HERRINGTON & SUTCLIFFE, LLP

 5        BY:  ANNETTE L. HURST

 6        BY:  GABRIEL M. RAMSEY

 7        BY:  NATHAN SHAFFER

 8        Attorneys at Law

 9        The Orrick Building

10        405 Howard Street

11        San Francisco, California 94105-2669

12        (415) 773-4585

13        ahurst@orrick.com

14        gramsey@orrick.com

15        nshaffer@orrick.com

16   and

17        BY:  ALYSSA CARIDIS

18        Attorney at Law

19        777 South Figueroa Street

20        Suite 3200

21        Los Angeles, California 90017-5855

22        (213) 629-2020

23        acaridis@orrick.com

24

25
```

Veritext Legal Solutions
866 299-5127

```
1    APPEARANCES OF COUNSEL (CONTINUED)

2

3   For the Plaintiff:

4         ORRICK, HERRINGTON & SUTCLIFFE, LLP

5         BY:  JEFFREY L. COX

6         Attorney at Law

7         701 5th Avenue

8         Suite 5000

9         Seattle, Washington 98104-7097

10        (206) 839-4416

11        jcox@orrick.com

12

13  For the Defendant:

14        KEKER & VAN NEST LLP

15        BY:  MATTHIAS A. KAMBER

16        Attorney at Law

17        633 Battery Street

18        San Francisco, California 94111

19        (415) 773-6697

20        mkamber@kvn.com

21

22  ALSO PRESENT:

23        Brandon Miller, Videographer

24        Douglas Schmidt, Ph.D.

25
```

```
 1                         INDEX

 2

 3   DEPONENT                              EXAMINATION

 4   OWEN ASTRACHAN, Ph.D.                        PAGE

 5   VOLUME I

 6        BY MS. HURST                              8

 7

 8

 9

10                       EXHIBITS

11   NUMBER                                      PAGE

12                    DESCRIPTION

13   Exhibit 5156    Intellectual Property for

14                   CS Students, 1 Page;          34

15

16   Exhibit 5157    ACM Code of Ethics and

17                   Professional Conduct,

18                   9 Pages;                      51

19

20   Exhibit 5158    Definition, 1 Page;          66

21

22   Exhibit 5159    Web Printout Sun Developer

23                   Network, 2 Pages;            103

24

25

                                            Page 5
```

```
1                    EXHIBITS (cont'd)

2    NUMBER                                        PAGE

3                     DESCRIPTION

4    Exhibit 5160   Pentium Wikipedia

5                    Web Printout, 13 Pages;        106

6

7    Exhibit 5161   Intel Web Printout,

8                    1 Page;                        108

9

10   Exhibit 5162   Comparison of Smartphones,

11                   16 Pages;                      109

12

13   Exhibit 5163   Java SE 8 Document,

14                   6 Pages;                       135

15

16   Exhibit 5164   Opening Report of

17                   Dr. Owen Astrachan;            180

18

19   Exhibit 5165   Rebuttal Expert Report

20                   of Dr. Owen Astrachan;         181

21

22   Exhibit 5166  Reply Expert Report of

23                   Dr. Owen Astrachan.            181

24

25

                                            Page 6
```

```
1                    PREVIOUSLY MARKED EXHIBITS

2    NUMBER                                        PAGE

3

4    Exhibit 608                                     15

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1      San Francisco, California; Monday, March 14, 2016
 2                          10:05 a.m.
 3                          ---o0o---
 4
 5            THE VIDEOGRAPHER:  Good morning.  On the
 6    record at 10:05 a.m., on March 14th, 2016, and this
 7    is the video-recorded deposition of
 8    Dr. Owen Astrachan.  My name is Brandon Miller,
 9    here with court reporter, Rebecca Romano.  We are
10    here from Veritext Legal Solutions.  The deposition
11    is being held at 405 Howard Street, 10th Floor,
12    San Francisco, California, 94105.  The caption of
13    this case is Oracle America, Inc. versus
14    Google, Inc., Case No. C10-03561-WHA.
15            Please note that audio-video recording
16    will take place unless all parties agree to go off
17    the record.  Microphones are sensitive.  They pick
18    up whispers, private conversations, and cellular
19    interference.
20            I am not related to any party in this
21    action, nor am I financially interested in the
22    outcome in any way.
23            At this time will counsel please
24    introduce themselves.
25            MS. HURST:  Yes.  Annette Hurst for
```

Page 8

1    Oracle.  And with me are my colleagues, Jeff Cox,

2    Gabe Ramsey, Alyssa Caridis, Nathan Shaffer.  Also

3    present is Douglas Schmidt.

4            MR. KAMBER:  Matthias Kamber, of

5    Keker & Van Nest, on behalf of the defendant,

6    Google, Inc.

7            THE VIDEOGRAPHER:  Thank you.

8            You may now swear in the witness.

9            THE REPORTER:  If you could raise your

10   right hand for me, please.

11           THE DEPONENT:  (Complies.)

12           THE REPORTER:  You do solemnly state,

13   under penalty of perjury, that the testimony you

14   are about to give in this deposition shall be the

15   truth, the whole truth and nothing but the truth?

16           THE DEPONENT:  I do.

17

18

19

20

21

22

23

24

25   /////

                                          Page  9

1          Did you see those?

2     A.   I did see those.

3     Q.   And are you able today to identify any

4  flaws in any of those scripts?

5     A.   I am not able to identify flaws in the

6  R scripts in Dr. Kemerer's report.

7     Q.   Did you attempt to do any page-rank

8  analysis of your own on the Android API?

9     A.   I -- I did not try to do page-rank

10 analysis of the Android API, no.

11     Q.   Did you do any page-rank analysis of the

12 Java API?

13     A.   I did not do page-rank analysis of the

14 Java API either, no.

15     Q.   Have you performed any comparison of

16 Java SE with Java ME in order to determine any

17 degree of overlap between them?

18     A.   I -- I have read the APIs for Java ME and

19 Java SE, and I mentioned briefly in one of my

20 reports aspects of the overlap.  So I would say,

21 yes, I have analyzed those to some extent.

22     Q.   All right.  Can you identify how many

23 classes and interfaces in ME and SE are the same?

24     A.   There -- most of the -- most of Java ME

25 is a subset of something in Java SE.

                                        Page 101

1          Q.   Now, earlier we were talking about

2    Moore's Law, and you mentioned that it was -- I

3    think every two years you get a doubling.

4               And is it every two years that you get a

5    doubling in processing power or speed?

6          A.   Speed, speed of processor.

7          Q.   Speed.

8               Are you aware, generally, of any

9    processor speed -- recommended processor speed

10   specification or configuration for use in

11   connection with Java SE 5?

12         A.   I understand the question to be, have I

13   read of or am I aware of how fast a processor needs

14   to be to adequately run Java SE; is that a --

15         Q.   Yeah.

16         A.   -- reasonable interpretation?

17         Q.   And in particular, Version 5.  So let's

18   go back and -- you know, for a moment in time to

19   when Java SE 5 was first released and, you know,

20   think of what processor would have been necessary

21   at that time to adequately run Java SE 5.

22         A.   I'm not aware of Sun or Oracle providing

23   recommend recommendations for processor speed.  I

24   am cognizant of, in an academic setting for

25   certain, folks that had older computers were often

                                              Page 102

1    I, Rebecca L. Romano, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3    That the foregoing proceedings were taken before me

4  at the time and place herein set forth; that any

5  witnesses in the foregoing proceedings, prior to

6  testifying, were administered an oath; that a record of

7  the proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is true record of the

10  testimony given.

11    Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [ ] was [X] was not requested.

15    I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or any party to this action.

18    IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20    Dated:  March 15, 2016

21

22

23

24    Rebecca L. Romano, RPR,

25    CSR. No 12546

Page 184