KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF REID P. MULLEN IN SUPPORT OF GOOGLE INC.'S ADMINISTRATION MOTION TO SEAL MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS [CORRECTED]**<br><br>Dept.　　　Courtroom 8, 19th Fl.<br>Judge:　　Hon. William Alsup |

DECLARATION OF REID P. MULLEN IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO
SEAL MOTIONS IN LIMINE [CORRECTED]
Case No.  3:10-cv-03561 WHA

1045823

I, Reid P. Mullen, declare as follows:

1. I am a partner in the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Motions in Limine and Corresponding Exhibits. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The following portions of the motions *in limine*, and supporting materials attached to the Declaration of Maya Karwande in Support of Google's Motions in Limine ("Karwande Decl.") and the Declaration of Edward A. Bayley in Support of Google's Motions in Limine ("Bayley Decl."), filed by Google on March 23, 2016, summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

**1. Google Motions in Limine**

**A.** Google's Motion in Limine 4 to Exclude Market Harm Testimony from Expert Report of Dr. Adam Jaffe: 3:7-9; 4:23-26, 5:4-6; 6:3-9

**B.** Google's Motion in Limine 6 to Exclude Portions of Expert Report and Testimony of James Malackowski: 24:24, 24:26-27, 25:10-12.

**2. Declaration of Edward A. Bayley**

A. Reports of Mr. James Malackowski

    a. January 8, 2016 Report (Bayley Decl. Ex. F)

        i. Bayley Decl. Ex. F: ¶33, FN 53, ¶ 191, ¶ 193, ¶195-196, ¶197, Figure 26, ¶ 199, Figure 27, ¶ 203, Figure 28, ¶ 212, ¶ 213, Ex. 3, ex. 12.1, ex. 12.2, ex. 12.4, 12.6, ex. 12.9.

    b. February 29, 2016 Report (Bayley Decl. Ex. G)

        i. Bayley Decl. Ex. G:  ¶ 59, ¶ 155, ¶173, ¶175-176, ¶ 183, ¶ 188, ¶ 191, ¶ 192, ¶ 196, figure 9, ¶ 198, ¶ 200-201, ¶ 203, ¶ 206-207, ¶ 210-212, Figure 11, ¶ 213-215, ¶217, ¶ 219-221, Ex. 3, Ex. 12-12.10)

1

DECLARATION OF REID P. MULLEN IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL MOTIONS IN LIMINE [CORRECTED]
Case No.  3:10-cv-03561 WHA

1045823

**B. Testimony and Reports of Adam Jaffe, PhD**

   a. February 8, 2016 Report (Bayley Decl. Ex. A)

      i. Bayley Decl., Ex. A: ¶58, fn 35, ¶ 61, ¶62, figure 23, ¶ 125-126, ¶ 296, ¶ 299, ¶ 301, fn 411, fn 412, figure 50, ¶ 309, table 7, table 8, fn 444, fn 448, fn 450, fn 452, fn 456, fn 460, ¶ 353, fn 486, ¶ 355, ¶ 356, ¶ 363, fn 506, fn 507, ¶ 370, figure 71, ¶ 373, ¶375, ¶ 383, ¶ 388, ¶ 394, ¶ 400, ¶ 402-403, ¶417-418, fn 598, ¶ 421, ¶ 424, Ex 6, Ex 22

**C. Testimony and Reports of Chris F. Kemerer, PhD**

   **a. January 8, 2016 Report (Bayley Decl. Ex. C)**

      i. Bayley Decl., Ex. C at ¶ 168, Fn 87, ¶213, ¶218

   **b. February 8, 2016 Report (Bayley Decl. Ex. D)**

      i. Bayley Decl., Ex. D at Fn 149, Fn 150, Fn 153, ¶ 204, Fn165, Fn170, Fn171, ¶249, Fn238, Fn240

  **3. Declaration of Maya Karwande**

**Exhibit 2**: the deposition transcript of Adam B. Jaffe, taken March 10, 2016

**Exhibit 3:** the deposition of Douglas Schmidt, taken March 4, 2016

**Exhibit 6:** excerpts from the deposition of James Malackowski, taken March 17, 2016.

**Exhibit 9**: excerpts from the deposition of Mike Ringhofer, taken December 2, 2016.

**Exhibit 10** is a true and correct copy of an email from Terrance Barr to Nicholas Williams, sent November 14, 2007, marked as deposition exhibit 1371

**Exhibit 11** is a true and correct copy of excerpts from the deposition of Henrik Stahl, taken January 14, 2016.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on March 23, 2016.

                              By:  */s/ Reid P. Mullen*
                                       REID P. MULLEN

2

DECLARATION OF REID P. MULLEN IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL MOTIONS IN LIMINE [CORRECTED]
Case No. 3:10-cv-03561 WHA

1045823