| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF ERRATA TO ORACLE'S MOTION IN LIMINE #4, ECF NOS. 1554-3, 1554-4** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

1    PLEASE TAKE NOTICE of the following Errata to Oracle's Motion in Limine #4, ECF
2  Nos. 1554-3 and 1554-4 at page 8, lines 2-8 to correct typographical errors:
3    "In one iteration, Dr. Leonard takes the total number of lines of code Google copied
4  (12,774), divides by the total number of lines in Android (~~1.53~~15.3 million), and multiplies that
5  percentage by what Dr. Leonard claims are Android's profits.  Ex. 4 (Op. Rpt. Leonard) ¶¶ 198,
6  200.  In another iteration, Dr. Leonard uses as the denominator the number of lines of code in
7  Android (~~1.53~~15.3 million) plus those in Google's primary search code base (1.7 million) plus
8  those in Google's primary ads code bases (48.5 million) and multiplies that percentage by what
9  Dr. Leonard claims are Android's profits.  Ex. 4 (Op. Rpt. Leonard) ¶ 202."

Dated: March 28, 2016                     Respectfully submitted,

                                          Orrick, Herrington & Sutcliffe LLP

                                          By: */s/ Annette L. Hurst*
                                               Annette L. Hurst

                                          Counsel for ORACLE AMERICA, INC.