1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON (*pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
15  dorian.daley@oracle.com
    DEBORAH K. MILLER (SBN 95527)
16  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (SBN 211600)
17  matthew.sarboraria@oracle.com
    RUCHIKA AGRAWAL (SBN 246058)
18  ruchika.agrawal@oracle.com
    500 Oracle Parkway,
19  Redwood City, CA 94065
    Tel: 650.506.5200 / Fax: 650.506.7117
20
    *Attorneys for Plaintiff*
21  ORACLE AMERICA, INC.

                        UNITED STATES DISTRICT COURT
22
                      NORTHERN DISTRICT OF CALIFORNIA
23
                          SAN FRANCISCO DIVISION
24

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF ANDREW TEMKIN RE: GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NOS. 1560, 1575)** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

25

26

27

28

I, Andrew Temkin, declare and state as follows:

1.      I am an attorney employed by Oracle America, Inc. ("Oracle").  My current title is Senior Corporate Counsel.  One of my responsibilities is supervising Oracle's outside counsel with respect to litigation matters, including Oracle's lawsuit against Google.  I am familiar with Oracle's policies and business practices, including what information Oracle considers confidential and does not disclose to the public.

2.      I submit this declaration pursuant to Civil Local Rule 79-5(e) in connection with Google's Administrative Motion to File Under Seal, ECF No. 1560.  I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

**January 8, 2016 Malackowski Report, Bayley Decl. Exhibit F (ECF No. 1560-12)**

3.      The last sentence of Paragraph 191 of Dr. Malackowski's January 8, 2016 report discusses the amount of revenue earned by Oracle in connection with the current and preceding Java-related licensing agreements between Oracle and Samsung.  The amount of money paid by Samsung to Oracle is information Oracle considers highly confidential and Oracle has always treated this information as such.  Oracle does not disclose this information to the public and restricts knowledge of this information within Oracle to a subset of persons who need the information for their business operations.  Disclosure to the public and to Oracle's competitors of the amount of money paid by Samsung to Oracle could harm Oracle.  Harm to Oracle could include, among other things, an adverse impact on Oracle's ability to negotiate licenses for Java products because other Oracle partners may use the Samsung payment information as leverage against Oracle during negotiations.  Oracle submits that the risk of competitive harm that would be created by public disclosure of this information amounts to a compelling reason to grant Oracle the narrow sealing order requested herein.

4.      Figures 24 and 25 of Dr. Malackowski's January 8, 2016 report reflect actual Java ME licensing revenue for each year from 2009 through 2015.  Oracle's annual revenue information for specific lines of Java business is confidential and has always been treated as such.  Oracle does not disclose annual revenue information for Java ME to the public and restricts

DECL. OF ANDREW TEMKIN
CV 10-03561 WHA

knowledge of this information within Oracle to a subset of persons who need the information for their business operations.  Disclosure to the public and to Oracle's competitors of recent annual revenue information could harm Oracle by giving competitors insight into competitive information that would otherwise remain confidential.  I understand that the Court has expressed the view that information that is more than two years old will generally not be subject to sealing.  Accordingly, Oracle requests that that the actual and lost revenue data for 2014 and 2015 reflected in Figures 24 and 25 remain under seal.  Oracle submits that the risk of competitive harm that would be created by public disclosure of this information amounts to a compelling reason to grant Oracle the narrow sealing order requested herein.

5.      Figures 26 and 27 of Dr. Malackowski's January 8, 2016 report reflect Oracle's Java ME revenues, incremental licensing expenses, and expenses as a percentage of revenue for each year from 2011 to 2015 and 2009 to 2015, respectively.  Figure 28 also reflects Oracle's annual Java ME incremental licensing expenses.  Oracle does not disclose annual incremental licensing expenses or expenses as a percentage of revenue for Java ME to the public and restricts knowledge of this information within Oracle to a subset of persons who need the information for their business operations.  Disclosure to the public and to Oracle's competitors of this information could harm Oracle by giving competitors insight into competitive information that would otherwise remain confidential and by impacting Oracle's ability to negotiate licenses for Java products.  Oracle requests that the data in Figures 26, 27, and 28 for 2014 and 2015 remain under seal.  Oracle submits that the risk of competitive harm that would be created by public disclosure of this information amounts to a compelling reason to grant Oracle the narrow sealing order requested herein.

6.      Exhibit 12 to Dr. Malackowski's January 8, 2016 report reflects Oracle's Java ME incremental licensing expenses for each year from 2009 to 2015.  As discussed above, this information is treated as highly confidential by Oracle, and public dissemination of this information could cause competitive harm to Oracle.  Oracle requests that the data in Exhibit 12 for 2014 and 2015 remain under seal.  Oracle submits that the risk of competitive harm that would be created by public disclosure of this information amounts to a compelling reason to grant

Oracle the narrow sealing order requested herein.

7.      Exhibit 12. 1 to Dr. Malackowski's January 8, 2016 report reflects calculations of Oracle's incremental expenses for each year from 2009 to 2015.  This is information that Oracle does not disclose to the public, and Oracle restricts knowledge of this information within Oracle to a subset of persons who need the information for their business operations.  Disclosure to the public and to Oracle's competitors of this information could harm Oracle by giving competitors insight into competitive information that would otherwise remain confidential.  Oracle requests that the incremental expense data in Exhibit 12.1 for 2014 and 2015 remain under seal.  Oracle submits that the risk of competitive harm that would be created by public disclosure of this information amounts to a compelling reason to grant Oracle the narrow sealing order requested herein.

8.      Exhibit 12.2 to Dr. Malackowski's January 8, 2016 report reflects Oracle's actual Java ME licensing revenues for each year from 2009 through 2015.  For the reasons discussed above, Oracle requests that the data in Exhibit 12.2 for 2014 and 2015 remain under seal.

9.      Exhibit 12.4 to Dr. Malackowski's January 8, 2016 report reflects Oracle's licensing revenues for Java ME and Embedded ME and Java ME year over year growth for each year from 2009 through 2015.  For the reasons discussed above, Oracle requests that the data in Exhibit 12.4 for 2014 and 2015 remain under seal.

10.     Exhibit 12.6 to Dr. Malackowski's January 8, 2016 report reflects Oracle's licensing revenues and expenses for specific Java lines of business for each year from 2009 through 2015.  As discussed above, revenue and expense information for specific Java business lines is highly confidential.  Oracle requests that the data in Exhibit 12.6 for 2014 and 2015 remain under seal.

11.     Exhibit 12.9 reflects Oracle's Java licensing operating costs from 2013 to 2015. Oracle's Java licensing operating costs is information that Oracle does not disclose to the public, and Oracle restricts knowledge of this information within Oracle to a subset of persons who need the information for their business operations.  Disclosure to the public and to Oracle's competitors of this information could harm Oracle by giving competitors insight into competitive

DECL. OF ANDREW TEMKIN
CV 10-03561 WHA

1   information that would otherwise remain confidential and by impacting Oracle's ability to

2   negotiate licenses for Java products.  Oracle requests that the data in Exhibit 12.9 for 2014 and

3   2015 remain under seal.  Oracle submits that the risk of competitive harm that would be created

4   by public disclosure of this information amounts to a compelling reason to grant Oracle the

5   narrow sealing order requested herein.

6   **February 29, 2016 Malackowski Report, Bayley Decl. Ex. G (ECF No. 1560-13**)

7        12.    Exhibits 12 through 12.10 to Dr. Malackowski's February 29, 2016 report are the

8   same as exhibits 12 through 12.10 to Dr. Malackowski's January 8, 2016 report.  For the reasons

9   explained above, Oracle requests that the data for 2014 and 2015 reflected in Exhibits 12, 12.1,

10  12.2, 12.4, 12.6, and 12.9 remain under seal.

11  **February 8, 2016 Jaffe Report, Bayley Decl. Ex. A (ECF No. 1560-7 and 1560-8)**

12       13.    The following portions of Dr. Jaffe's February 8, 2016 report discuss revenues

13  earned by Oracle pursuant to its current and preceding license agreements with Samsung.   As

14  discussed above, the amount of money Oracle received under its current and preceding Java-

15  related license agreements with Samsung is confidential, and Oracle requests that this information

16  remain under seal:

17  • The first bullet point of paragraph 301

18  • The first row of information in Table 7 (page 143)

19  • The dollar amounts found in the sixth quote beginning with the words "So Samsung" and

20    ending with the word "Android" on page 1 of Exhibit 22

21       14.    Page 13 and the first bulleted statement on page 14 of Exhibit 22 of Dr. Jaffe's

22  February 8, 2016 report reflect 2015 and 2016 revenue estimates for various Internet of Things

23  sectors.  These revenue estimates are based on, among other factors, confidential Oracle business

24  information.  Oracle does not disclose these types of revenue estimates to the public and restricts

25  knowledge of this information within Oracle to a subset of persons who need the information for

26  their business operations.  Disclosure to the public and to Oracle's competitors of this information

27  could harm Oracle by giving competitors insight into competitive information that would

28  otherwise remain confidential and by impacting Oracle's ability to negotiate licenses for Java

DECL. OF ANDREW TEMKIN
CV 10-03561 WHA

products.  Oracle submits that the risk of competitive harm that would be created by public disclosure of this information amounts to a compelling reason to grant Oracle the narrow sealing order requested herein.

**Ringhofer December 2, 2015 Deposition Excerpts, Karwande Decl. Ex. 9 (ECF No. 1560-4)**

15.     Lines 12-19 on page 69 of the December 2, 2015 deposition transcript of Mr. Michael Ringhofer discuss the specific amounts of payments by Samsung to Oracle in connection with licensing agreements between Oracle and Samsung.  As discussed above, the amount of money owed to Oracle under its current and preceding Java-related license agreements with Samsung is confidential, and Oracle requests that this information remain under seal.

1        I declare under penalty of perjury under the laws of the State of California and the United

2   States of America that the foregoing is true and correct to the best of my knowledge.

3        Executed this 28rd day of March, 2016, at San Francisco, CA.

4

5

6                                                              Andrew Temkin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28