KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE AMERICA, INC.,

Plaintiffs,

v.

GOOGLE INC.,

Defendant.

Case No. 3:10-cv-03561 WHA (DMR)

CORRECTED EXHIBIT F TO DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF GOOGLE INC.'S MOTIONS IN LIMINE NOS. 1-6. PART 5 OF 5

Hearing: April 27, 2016
Dept. Courtroom 8, 19th Fl.
Judge: Hon. William Alsup



*Challenges and Opportunities in Asia*, Think Asia, Think Hong Kong: IP, Technology & China/U.S. Opportunities, The Hong Kong Business Association of the Midwest, Chicago, November 19, 2013.

*Rationalizing Remedies,* The 2013 Patent Institute presented by Cravath Swain & Moore, New York, December 5, 2013.

*Special Address: Looking to the Future of the Intellectual Property Marketplace – Where Will We Be in 2020?,* Best Practices in Patent Monetization, Law Seminars International, San Francisco, March 6-7, 2014.

*Reinventing Finance: Funding Innovation Beyond Silicon Valley*, Forbes Reinventing America Summit, Chicago, March 27-28, 2014.

*IP Pricing – Current Issues for Markets and Courts*, Georgia State University / Licensing Executives Society Joint Meeting, Atlanta, May 28, 2014.

*The Growing Global 3DP IP Market & How Much Is At Stake*, 3D Printing Politics, Washington D.C., September 17, 2014.

*The Changing Role of the Expert*, 2014 IP Institute presented by the Engleberg Center on Innovation Law & Policy at New York University and Cravath, Swaine & Moore, LLP, New York, December 4, 2104.

"Intellectual Property Exchange", Dallas Chapter Meeting of the Licensing Executives Society (USA & Canada), Inc., Dallas, January 22, 2015.

"Actavis, Valuation, and Fairness Opinions", 2015 Generic Pharmaceutical Association Annual Meeting, Miami, February 9-11, 2015.

Patent Damages Roundtable, USC Gould School of Law 2015 Intellectual Property Institute, Los Angeles, March 23, 2015.

"Intellectual Property Impact on M&A", Transaction Advisors Midwest Symposium, Chicago, September 17, 2015

---

**INTERNATIONAL SPEECHES AND PUBLICATIONS**

"Taxation Issues when Licensing with the U.S.", Licensing Executives Society International, South Africa Conference, January 28, 1996.

"Intellectual Property Damages: Advanced Case Studies", Licensing Executives Society Annual Meeting, Puerto Rico, September 30, 1996.

"License Agreement Royalty Audits: Untapped Riches Or Fool's Gold?", Licensing Executives Society Annual Meeting, Puerto Rico, October 1, 1996

"Valuation of IPR", Conference on Appeals Related to Intellectual Property, Bucharest, Romania, November 20, 1997.



"Avaliacao e Contabilizacao de Propriedade Intellectual – Metodologia e Aspectos Fiscais", XIX Seminario Nacional de Propriedade Intellectual, Rio de Janeiro, Brazil, August 16, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Sao Paolo, Brazil, August 18, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Curitiba, Brazil, August 20, 1999.

"IP Valuation Trends", Licensing Add-on Seminar, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 21, 2000.

"Intellectual Property from a Board Room Window", Plenary Session II LESI Strategies, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 23, 2000.

"Due Diligence in an Intellectual Capital Focused Investment", LES Annual Conference Add-on Session, Toronto, September 14, 2000.

"What's New in Intellectual Property Asset Management", Panel Discussion, 8th Annual Intellectual Property Law Institute, State Bar of Georgia, Puerto Vallarta Mexico, November 15, 2002.

"Les brevets en tant qu'actifs economiques: comment les exploiter au mieux" and "Brevets et financement: couvrir les couts, trouver des investisseurs", Un System Du Brevet Competitif Pour L'Europe, sponsored by the European Patent Office, Brussels, May 3-4, 2006.

"What is Patent Quality?", Co-author with Jonathan A. Barney, Paper Presented to the Colloquium on a Comprehensive Approach to Patent Quality, Federation Internationale Des Conseils En propriete Industrielle, Amsterdam, June 8-9, 2007.

"Fostering Innovation with Seed Money and Venture Capital", Licensing Executives Society International Annual Conference, Zurich, June 19, 2007.

"Legal Problems Arising from Auctioning of IPR", Bi-Annual International Forum, Association Internationale Pour La Protection De La Propriete Intellectuelle, October 6, 2007.

"IP Auctions", Plenary Address, The Licensing Executives Society Annual Meeting, October 16, 2007, Vancouver, Canada.

"IP Valuation for IPO's", Warsaw Stock Exchange Executive Conference, June 27, 2008, Warsaw, Poland.

"IP As A Business Tool", Licensing Executives Society International Conference, January 29-30, 2009, New Delhi, India.



"Global IP Market Development", Keynote Address, The Licensing Executives Society Australia and New Zealand, April 2-4, 2009, Camberra, Australia.

"Global IP Market Development", The Licensing Executives Society Philippines, June 8, 2009, Manila, Philippines.
Entwicklung einer Infrastruktur im Blickpunkt, Der Intellectual Property Exchange, *IP Manager: Journal for the Knowledge Economy*, 01/2009.

"Global IP Market View", Division des Analyses Economiques et des Statistiques, Organization de Cooperation et de Developpement Economiques, January 8, 2010, Paris, France.

"Global IP Market View", BusinessEurope Patents Working Group Meeting, The Confederation of European Business a.l.a.b.l., January 28, 2010, Brussels, Belgium.

"Global IP Market View", Inaugural Annual Conference, LES Turkey, January 29, 2010, Istanbul, Turkey.

"Commercialization Strategies for Industrial Property Assets", LES Brazil Annual Congress, January 28, 2011, Rio de Janeiro, Brazil.

"Developing Commercial IP Markets", LES Arab Countries and Abu Dhabi Higher Colleges of Technology Seminar, October 12, 2011, Abu Dhabi, UAE.

"Asian IP Market Development", LES Asia Pacific Meeting, LES Singapore, November 9-10, 2011, Singapore.

"Patent Auctions & Technology in an Emerging Global Economy", LES Philippines, November 16, 2011, Manila.

"Tech Transfer for Humanitarian Purpose", LESI Annual Conference, April 2, 2012, Auckland.

Moderator, "New Challenges in ICT: How to Compete Using IP Assets", LES Pan European Meeting, Rome, June 12, 2012.

Workshop Panelist, "Accelerate Licensing & Avoid Litigation: Effective Use of Transparency, Investors & Risk Management Tools", LES Pan European Meeting, Rome, June 12, 2012.

Keynote Speech, "Research Trends Around the Globe on Licensing", LES Asia Pacific Regional Conference, Tokyo, Japan, September 3, 2012.

"Investing in IP and Developing IP Monetization and Risk Markets: U.S. Perspective", LES Scandinavia Annual Meeting, Helsinki, Finland, September 12, 2012.

"El Mercado Global De Tecnologia", LESI Innovation Tour, LES Mexico and Asociacion Mexicana de Directivos de la Investigation Aplicada y el Desarrollo Tecnologico, A.C., Mexico City, Mexico, September 21, 2012.



Research Handbook on Intellectual Property Licensing, Forward, Jacques de Werra, University of Geneva, Editor, Edward Elgar Publishing, 2012.

"Markets for Humanitarian Technology Transfer" and "Adoption by Resolution of LESI IP Business Principles", LESI Global Technology Impact Forum, Geneva, Switzerland, January 22, 2013.

Forward, Research Handbook on Intellectual Property Licensing, Edited by Jacques de Werra, Edward Elgar Publishing Limited, 2013.

"IP Market Development" / "Simplicity in Global IP Valuation", LESI Annual Conference, Rio de Janeiro, Brazil, April 10, 2013.

"Collaboration for IP Based Accounting and Reporting", LESI Global Technology Impact Forum, Geneva, Switzerland, January 20-21, 2014.

"IP Licensing and Intermediaries", LES Asia-Pacific Regional Conference, Seoul, Korea, November 4-6, 2014.

---

**TELEVISION, RADIO AND EDITORIAL**

Bloomberg Morning Call with Brian Sullivan, "Patent Auctions", March 3, 2006.

CNBC Closing Bell, "Patents for Purchase", Interview with Maria Bartilomo, April 4, 2006.

CNBC On the Money, "Patents for Sale", Interview and Report by Scott Wapner, April 7, 2006.

Bloomberg Morning Call with Brian Sullivan, "Ocean Tomo 300 Index" and "Fall Intellectual Property Auction", September 13, 2006.

CBS WBBM-AM News Radio with Andy Giersher, Noon Business Hour, "New Stock Market Index", December 2, 2006 plus repeats.

Bloomberg Evening *Market Pulse* with Pimm Fox, "Stock Selections with Strong Patents", January 9, 2007.

Judge, *Everyday Edisons: Ordinary People, Extraordinary Ideas*, a Public Broadcasting System documentary series, 2nd Season, to be aired 2008.

Bloomberg Final Word with Brian Sullivan, "Changes in IP Laws Affect Stock Price", March 10, 2008.

FOX Business National, "Investing in Patents", June 5, 2008.

"It's the auto technology, Congress", *The Detroit News*, detnews.com, December 2, 2008.



FOX Business National, "Capturing Value from IP During a Recession", January 12, 2009.

FOX Business National, "The Value of Technology and Patents in a Chrysler Bankruptcy", May 1, 2009.

FOX Business National, "Exchange Looks to Value Patents", October 5, 2009.

TV Tokyo, "IP Markets, October 4, 2010.

FOX Business National, "Patent Litigation Trends", October 4, 2010.

CNBC Street Signs, "Patent-Palooza", July 26, 2011.

CNBC Street Signs, "Patent Battleground", August 15, 2011.

CNBC Street Signs, "IPXI: Trading Patents in 2012", December 14, 2011.

CEO IntroNet, May 16, 2012.

CNBC Street Signs, "Research In Motion's Patent Portfolio, May 30, 2012.

Crain's Chicago Business, Chicago Business Video, "Preview of the Eureka Index", April 25, 2013.

CNBC Street Signs, "Valuing Intangible Assets", August 5, 2013.

Chicago Tribune Blue Sky Innovation, "Why Robots Roam the Halls…", July 16, 2014.

---

**EXPERT TESTIMONY**

01 Communique Laboratory, Inc. v. Citrix Systems, Inc. & Citrix Online, LLC
Civil Action 1:06-CV-0253 (N.D. Ohio)
United States District Court for the District of Massachusetts
Deposition Testimony

Advanced Micro Devices, Inc. and ATI Technologies, ULC v. Samsung Electronics Co. Ltd. et al.
No. CV-08-0986-SI
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

Advanced Technology Materials, Inc. v. Praxair, Inc.,
Civil Action No.03 CV 5161 (RO)
United States District Court for the Southern District of New York
Deposition Testimony

A.I.T. Industries, Inc., f/k/a Photocentron, Inc. v. Yordan Vurich and Opti-Vue, Inc.
Civil Action No.94-C-5196
Deposition Testimony



Allan Stimmel v. Eugene Weiner, Kurt Gutfreund and M & L International, Inc.
Civil Action No. 89 C 6510 (ACW)
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva
Pharmaceuticals Industries Ltd., et. al.
Civil Action No. 04-2355
United States District Court for the District of New Jersey
Deposition Testimony

Analog Devices, Inc. v. Christopher Michalski, Kiran Karnik and Maxim
Integrated Products, Inc.
Case 01 CVS 10614
State of North Carolina Superior Court Division, County of Guilford
Deposition Testimony

Andrx Pharmaceuticals, LLC v. GlaxoSmithKline, PLC and SmithKline
Beecham Corporation
Case No. 05-23264-CIV-Graham/O'Sullivan
United States District Court for the Southern District of Florida
Deposition Testimony

Applied Medical Resources Corporation v. Gaya Limited
AAA Case No. 50 133T00316 06
Arbitration Testimony

Arthur Takeall v. PepsiCo, Inc.
Civil Action S92-766
United States District Court for the District of Maryland
Deposition Testimony

Ashley Furniture Industries v. Laura Ashley Holdings Plc and Laura Ashley, Inc.
AAA File No. 51 133 Y 01056 08
American Arbitration Association
Arbitration and Deposition Testimony

Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil
Oil Corporation, Shell Oil Products Company and Texaco Refining &
Marketing, Inc. v. Unocal Corporation and Union Oil Company of California
and  Union Oil Company of California v. Atlantic Richfield Company, Chevron
U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products
Company and Texaco Refining & Marketing, Inc.
Civil Action No. CV-95-2379 KMW(JRx)
Trial and Deposition Testimony

Avery Dennison Corp. et al v. FLEXcon Company, Inc.
Civil Action No. 96-C 4820
United States District Court for the Northern District of Illinois, Eastern
Division



Deposition Testimony

Aylus Networks, Inc. vs. Apple, Inc.
Case No. 3:13-cv-4700
United States District Court for the Northern District of California
Deposition Testimony

Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC
Case No. 11 Civ 1594 (GBD)
United States District Court for the Southern District of New York
Deposition Testimony

Bayer Pharma AG, Bayer Intellectual Property GMBH and Bayer Healthcare
Pharmaceuticals, Inc. v. Watson Laboratories, Inc.
Civil Action No 12-517-GMS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Beloit Corp v. Voith, Inc. & J.M. Voith GmbH
Civil Action No. 92 C 0168 C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Board of Trustees of the Leland Stanford Junior University and Litton Systems,
Inc. v. Tyco International LTD., Tyco International, Inc., Tyco
Telecommunications, Inc, Tyco Networks, Inc., Lucent Technologies, Inc.,
Agere Systems, Inc., JDS Uniphase Corporation, Ciena Corporation, Pirelli
S.p.A., Ericsson, Inc., Telefonaktiebolaget Lm Ericsson and Ericsson
Microelectronics Ab, Optoelectronic Products.
Case No. Cv-00-10584-TJH (RCx)
United States District Court for the Central District of California – Western
California
Deposition Testimony

Bracco Diagnostics, Inc. v. Amersham Health Inc., Amersham Health AS,
Amersham plc and Amersham Health Inc. v. Bracco Diagnostics, Inc.
Civil Action No. 03-6025
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Brian D. Zdeb, et al v. Baxter International, Inc.
Civil Action No. 91-L-8726
Appellate Court of Illinois, First District, Sixth Division
Trial and Deposition Testimony

Briggs & Stratton Corporation v. Kohler Company
Case No. 05-C-0025-C
United States District Court for the Western District of Wisconsin
Deposition Testimony

Bristol-Myers Squibb Company v. Apotex Inc. and Apotex Corp.
Civil Action No. 3:10-cv-05810 (MLC)



United States District Court for District of New Jersey
Deposition Testimony

Brocade Communications Systems, Inc. and Foundry Networks, LLC v. A10
Networks, Inc. et al.
Case No. 10-cv-03428 LHK
United States District Court for the Northern District of California San Jose
Division
Trial and Deposition Testimony

Callpod, Inc. v. GN Netcom, Inc. et al.
Case No. 06-CV-4961
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

CareFusion 303 v. Sigma International
Case No 10cv0442 DMS (WMC)
United States District Court for the Northern District of California
Trial and Deposition Testimony

Carter Bryant v. Mattel, Inc. and Consolidated Actions
United States District Court for the Central District of California Southern
Division
Case No. CV 04-9049-DOC (RNBx)
Consolidated with Nos. CV 04-9059 and CV 05-2727
Trial and Deposition Testimony

Catalina Marketing Corp. v. Advanced Promotion Technologies, Inc.
Civil Action No. CV 93-4741 WJR (Sx)
Deposition Testimony

Caterpillar Inc. v. International Truck & Engine Corp., Siemens Diesel Systems
Technology, LLC, Sturman Industries, Inc., Sturman Engine Systems, LLC,
Oded E. Sturman and Carol K. Sturman
United States District Court for the District of South Carolina, Columbia
Division
Case No. 3:03-1739-17
Deposition Testimony

CEATS, Inc. v. Continental Airlines, Inc., AeroSvit Airlines, CJSC, Air China,
Ltd., Air Europa Lineas Aereas, SAU, AirTran Airways, Inc., Alaska Airlines,
Inc., Horizon Air Industries, Inc., All Nippon Airways Co., Ltd., Aerovias Del
Contenente Americano SA, Brendan Airways, LLC, Caribbean Airlines, Ltd.,
Delta Air Lines, Inc., EgyptAir Airlines, Co., Frontier Airlines, Inc., JetBlue
Airways Corporation, Malaysia Airline System Berhad, Qatar Airways
Company QCSC, Alia Royal Jordanian, PLC, TAM, SA, Thai Airways
International Public Co., Ltd., United Air Lines, Inc., US Airways, Inc., Virgin
America, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony



CEATS, Inc. v. Granada Theater, Live Nation Worldwide, Inc., Ticketmaster, LLC, Tickets.com, Inc., Ticket Software, LLC, Ticket Network, Inc., TicketsNow.com, Inc., TNow Entertainment Group, Inc., Concur Technologies, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

Cheetah Omni, LLC v. Alcatel-Lucent USA Inc., et al. (on behalf of Tellabs North America, Inc.)
Case No.  6:11CV390
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.
Civil Action No. 04-293
United States District Court for the District of Delaware
Deposition Testimony

Comair Rotron, Inc. v. Matsushita Electric Corporation of America, et al. - New Jersey Action
Civil Action No. 85-4308 (HLS)
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Lenovo (United States) et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:09-cv-00399-LED
Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Cisco Systems, Inc.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:11-cv-00343-LED
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. MediaTek Inc., et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:12-cv-578-LED
Deposition Testimony

Computer Generated Solutions, Inc. v. Peter Loral, Loral Incorporated, PJK, Inc. and Belle Loral, LLC
Civil Action No. 97 Civ. 6298 (MBM)
Deposition Testimony

Construction Technology, Inc. v. Cybermation, Inc. et al.
Civil Action No. 91 Civ. 7474 (JSM)
United States District Court for the Southern District of New York
Trial and Deposition Testimony



Cordis Corporation v. SciMed Life Systems, Inc.
Case No. CV 4-96-261
United States Court for the District of Minnesota
Deposition Testimony

CoStar Realty Information, Inc. v. Civix-DDI, LLC and Civix-DDI, LLC v. LoopNet, Inc.
Case No. 1:12-cv-04968 (consolidated with 07091 and 08632)
United States District Court for the Northeastern District of Illinois Eastern Division
Deposition Testimony

C.R. Bard v. M3 Systems
Civil Action No. 93 C-4788
Trial Testimony

Curtis Amplatz and Carina Royalty, LLC v. AGA Medical Corporation
Court File No. 27-CV-10-27664
State of Minnesota District Court, County of Hennepin, Fourth Judicial District
Trial Testimony

DaiNippon Screen Mfg., Co. Ltd. *et al.* v. Scitex Corp. Ltd. *et al.*
Case No. C 96-3296 FMS
United States District Court for the Northern District of California
Arbitration and Deposition Testimony

Digital-Vending Services International, Inc. v. The University of Phoenix, Inc. et al.
Civil Action No. 2:09-cv-00555
United States District Court for the Eastern District of Virginia
Deposition Testimony

Design Solange, Ltd., Inc. v. Lane Bryant, Inc.
Civil Action No. 94 CIV 1299 (JFK)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Durel Corporation v. Osram Sylvania, Inc.
Civil Action No. 95-1750 PHx (EHC)
United States District Court for the District of Arizona
Trial and Deposition Testimony

Dynetix Design Solutions, Inc. v. Synopsys, Inc. and Does 1-50
Case No. 5:11-cv-05973-PSG
United States District Court for the Northern District of California
Deposition Testimony

Dyson, Inc. v. Bissell Homecare, Inc.
Case No. 10-cv-08126
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony



Edward K. Isbey, Jr. v. Cooper Companies, Inc.
Civil Action No. 89-CVS-3776
Supreme Court of North Carolina
Deposition Testimony

Ellison v. The Chicago Heart Association
Civil Action No. 92-K-706
Deposition Testimony

Emblaze Ltd. v. Apple Inc.
Civil Action No. 45:11-cv-01079-SBA (PSG)
United States District Court for the Northern District of California San Jose
Division
Trial and Deposition Testimony

Enterasys Networks, Inc. v. Extreme Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Escada Beaute, et al. v. The Limited Inc. et al.
Civil Action No. 92-CIV-7530 (LLS)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Esquel Enterprises, Ltd., v. TAL Apparel Limited and TALTECH Limited
Civil Action No. C04-974Z
United States District Court for the Western District of Washington at Seattle
Deposition Testimony

Express, LLC v. Fetish Group, Inc.
Civil Action No. CV05-2931 SWV (JTLx)
United States District Court for the Central District of California Western
Division
Deposition Testimony

Extreme Networks, Inc. v. Enterasys Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Fairchild Semiconductor Corporation and System General Corporation v. Power
Integrations, Inc.
Civil Action No. 12-00540
United States District Court for the District of Delaware
Trial and Deposition Testimony

Faye Fish Estate et al. v. Beech Aircraft et al.
Civil Action No. 631333
Deposition Testimony



FidoPharm, Inc. & Omnipharm, Ltd. v. Cheminova, Inc. A/S
AAA Case No. 50 503 T 00266 12
American Arbitration Association
Hearing Testimony

Footstar, Inc. et al v. Kmart Corporation
Chapter 11 Case No. 04-22350 (ASH)
United States Bankruptcy Court for the Southern District of New York
Deposition Testimony

Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.
Case No.: CV07-02-962
United States District Court for the Central District for the State of California
Deposition Testimony

Fractus, S.A. v. Samsung Electronics Co. Ltd.; et al (including LG Electronics,
Inc. and related parties)
Civil Action No. 6:09cv203
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Fujitsu Ltd. v. Tellabs, Inc. et al.
Case No. 1:09-cv-04530
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

General Mills, Inc. and General Mills IP Holdings II, LLC v. Fage Dairy
Industry, S.A., Fage USA Dairy Industry, Inc. and Fage USA Holdings, Inc.
United States District Court for the Northern District of New York
Deposition Testimony

Georgia-Pacific Corp. v. United States Gypsum Co. and L&W Supply Co.
Civil Action No. 94-989-RRM
United States District Court for the District of Delaware
Trial Testimony

Gibson Guitar Corp. v. Heritage Guitar, Inc. and Lasar Music Corp.
Civil Action No. 3-90-0009
Deposition Testimony

Gilberto Arvelo v. American International Insurance
Civil Action No. 93-1287
United States District Court for the District of Puerto Rico
Deposition Testimony

Government Employees Insurance Company v. Google, Inc. and Overture
Services, Inc.
United States District Court, Eastern District of Virginia, Alexandria Division
Civil Action No: 1:04cv507
Deposition Testimony

Group One v. Hallmark



Civil Action No. 97-1224-CV-W-1
United States District Court for the Western District of Missouri, Western
Division
Deposition Testimony

GSI Technology, Inc. v. United Memories, Inc. and Integrated Silicon Solution,
Inc.
Case No. 13-CV-1081-PSG
United States District Court for the Northern District of California, San Jose
Division
Trial and Deposition Testimony

Hitachi, Ltd. v. Samsung Display Devices Co., Ltd. and Samsung Display
Devices Co., Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics
America Inc. and Office Depot
Civil Action No. 97-1988-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Hoechst Celanese Corporation v. Chase Plastic Services and Kevin P. Chase
Civil Action No. 94-75361
Trial and Deposition Testimony

Hoechst Celanese Corporation v. Nylon Engineering Resins, Inc.
Civil Action No. 94-346-CIV-FTM-24D
United States District Court for the Middle District of Florida
Trial Testimony

iHance, Inc. v. Eloqua Limited and Eloqua Corporation
Case No. 2;11-CV-257-MSD-TEM
United States District Court for the Eastern District of Virginia Norfolk Division
Deposition Testimony

Immunocept, LLC, Patrice Anne Lee, and James Reese Matson v. Fullbright &
Jaworski, LLP
Cause No. A 05 CA 334 SS
United States District Court of Texas, Austin Division
Deposition Testimony

In Re Gabapentin Patent Litigation
MDL Docket No. 1384 (FSH)
Master Civil Action No. 00-2931 (FSH)
On behalf of Defendants Teva Pharmaceutical Industries Ltd. and IVAX
Corporation and related parties
United States District Court for the District of New Jersey
Deposition Testimony

In Re Nortel Networks Inc. et al. and
In the Matter of the Companies' Creditors Arrangement Act
Case No. 09-10138 (KG) and R.S.C. 1985, c. C-36
United States Bankruptcy Court for the District of Delaware and the Ontario
Superior Court of Justice



Trial and Deposition Testimony

In the Matter of Arbitration Between Open Text, Inc., Claimant, and State Employee's Credit Union, Respondent
JAMS Arbitration No. 1400015026
Arbitration Testimony

In the Matter of Certain Electronic Devices with Graphics Data Processing Systems, Components Thereof, and Associated Software
Investigation No. 337-TA-813
On behalf of Respondent Apple Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Semiconductor Chips with Minimized Chip Package Size and Products Containing Same (III)
Investigation No. 337-TA-630
On behalf of Respondents Acer, Nanya and Powerchip
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Short-Wavelength Light Emitting Diodes, Laser Diodes, and Products Containing Same
Investigation No. 337-TA-640
On behalf of Respondent Panasonic
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wiper Blades
Investigation No. 337-TA-816
On behalf of Respondents
United States International Trade Commission
Hearing (written) and Deposition Testimony

InLine Connection, Corp v. AOL Time Warner, Inc. and American Online, Inc
Civil Action 02-272
United States District Court for the District of Delaware
Deposition Testimony

InLine Connection, Corp v. Earthlink, Inc.
Civil Action 02-477
United States District Court for the District of Delaware
Deposition Testimony

Innovention Toys, LLC v. MGA Entertainment, Inc., Wal-Mart Stores, Inc. and Toys 'R Us, Inc.
Civil Action No. 07-6510
United States District Court for the Eastern District of Louisiana
Trial and Deposition Testimony

InterDigital Technology Corporation v. Motorola, Inc.
Civil Action No. 94-73



United States District Court for the District of Delaware
Trial and Deposition Testimony

Invensas Corporation v. Renesas Electronics Corporation and Renesas
Electronics America, Inc.
Case No. 11-cv-00448-GMS
United States District Court for the District of Delaware
Deposition Testimony

Invention Capital Partners v. Phoenix Technologies Ltd., Marlin Equity
Partners, et. al
Case No: 113CV242491
Superior Court of the State of California County of Santa Clara
Deposition Testimony

Isogon Corporation v. Amdahl Corporation
Civil Action No. 97 CIV 6219 (SAS)
United States District Court for the Southern District of New York
Deposition Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0902C
United States District Court for the Western District of Wisconsin
Trial Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0905C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Jamdat Mobile, Inc. v. JAMSTER International Sarl, Ltd; JAMBA! GMBH; and
Verisign, Inc.
Civil Action No. CV05-3945 PA (FMOx)
Deposition Testimony

Jenner & Block LLP v. Parallel Networks, LLC and EpicRealm Licensing LP
JAMS Arbitration No. 1310019934
Arbitration and Deposition Testimony

John W. Evans, et al. v. General Motors Corporation
Docket # X06-CV-94-0156090S
Superior Court of Connecticut Judicial District of Waterbury
Deposition Testimony

Joy Recovery Technology Corp. v. The Penn Central Corp. and Carol Cable
Company, Inc., aka General Cable Industries, Inc.
Civil Action No. 93 C 0992
Deposition Testimony

K-Tube Corp. v. Sterling Stainless Tube Corp. et al.
Case No. CV 90 1653 JLQ (M)
Trial and Deposition Testimony



Kay-Cee Enterprises, Inc. v. Amoco Oil Company
Civil Action No. 97-2406 (JWL)
United States District Court for the District of Kansas
Trail and Deposition Testimony

Kennecott Corporation v. Kyocera International
Civil Action No. 80-0516 R (M)
United States District Court for the Southern District of California
Deposition Testimony

Kimberly-Clark Corporation v. Cardinal Health 200, LLC
Civil Action No. 1:10 CV-0034-CAP
United States District Court Northern District of Georgia, Atlanta Division
Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc., Richard Weston,
Medela AG, Medela, Inc., and Patient Care Systems, Inc.
Civil Action SA-03-CA-0832-RG
United States District Court Western District of Texas San Antonio Division
Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc. and Smith &
Nephew, Inc.
Case No. SA:08-CV-00102-WRF
United States District Court Western District of Texas San Antonio Division
Preliminary Injunction Hearing, Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical
Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest
University Health Sciences v. Convatec, Inc., Boehringer Wound Systems, LLC
and Boehringer Technologies, LP
Civil Action No. 1:08-CV-00918-WO-LPA
United States District Court for the Middle District of North Carolina
Deposition Testimony

Kruse Technology Partnership v. Caterpillar, Inc.
Case No. CV 04-10435
United States District Court for the Central District of California
Deposition Testimony

Keurig, Inc. v. Kraft Foods Global, Inc., Tassimo Corp., and Kraft Foods Inc.
C.A. No. 07-17 (GMS)
United States District Court for the District of Delaware
Deposition Testimony

Leo Pharma A/S v. Tolmar, Inc. et al.
United States District Court for District of Delaware
C.A. No. 10-269 (SLR)
Deposition Testimony



Lincoln Electric Company, et al. v. National Standard, LLC
No. 1:09-cv-01886-DCN
United States District Court of Ohio Eastern Division
Deposition Testimony

LNP Engineering Plastics, Inc. and Kawasaki Chemical Holding Co., Inc. v.
Miller Waste Mills, Inc. trading as RTP Company
Civil Action No. 96-462 (RRM)
United States District Court for the District of Delaware
Trial Testimony

Lucent Technologies Inc. v. Extreme Networks, Inc.
Civil Action No. 03-508 (JJF)
United States District Court for the District of Delaware
Trial and Deposition Testimony

Lunar Corp. & The UAB Research Foundation v. EG&G Astrophysics Research
Corp.
Civil Action No. 96-C-199-S
Trial Testimony

Matsushita Electric Industrial Co., Ltd. v. MediaTek, Inc., Oppo Digital., and
Micro-Star International Computer Corp.
Case No. C05-03148 MMC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

McKinley v. Zdeb
Civil Action No. 99-S-1178
United States District Court for the District of Colorado
Fact Deposition Testimony

Medgraph, Inc. v. Medtronic, Inc.
Case No. 6:09-cv-06610-DGL-MWP
United States District Court for the Western District of New York
Rochester Division
Deposition Testimony

Medtronic Xomed, Inc. v. Gryus ENT LLC
Case No.: 3:04CV400-J-32 MCR
United States District Court for the Middle District of Florida
Jacksonville Division
Deposition Testimony

MEI, Inc. v. JCM American Corp & Japan Cash Machine Co. Ltd.
United States District Court for the District of New Jersey
Civil Action No. 09-00351
Deposition Testimony

Message Phone, Inc. v. SVI Systems, Inc. and Tharaldson Properties



Civil Action No. 379CV-1813H
Trial Testimony

MGA Entertainment, Inc. and Isaac Larian v. Hartford Insurance Company of
the Midwest, Harford Fire Insurance Company, The Hartford Financial Services
Group and Does 1 through 10.
Case No. CV 08-0457 DOC (RNBx)
United States District Court for the Central District of California Southern
Division
Deposition Testimony

Military Professional Services, Inc. v. BancOhio National Bank
Civil Action No. 91-5032
Deposition Testimony

Minebea Co., Ltd., Precision Motors Deutsche Minebea GmbH, and Nippon
Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Papst
Licensing Verwaltungsgesellschaft MIT Beschrankter Haftung
Civil Action No. 97-CV-590 (PLF)
Trial and Deposition Testimony

Mitek Surgical Products, Inc. v. Arthrex, Inc.
Case No. 1:96CV 0087S
United States District Court for the District of Utah, Central Division
Deposition Testimony

Mitsubishi Electric Corp., Koninklijke Philips N.V., Thomson Licensing, GE
Technology Development, Inc. Panasonic Corporation and Sony Corporation v.
Sceptre, Inc.
Case No. 2:14-cv-04994-ODW-AJW
United States District Court for the Central District of California
Deposition Testimony

Money Suite Company v. Insurance Answer Center, LLC; Answer Financial,
Inc.; AllState Insurance Company; Esurance Insurance Services, Inc.
United States District Court Central District of California Southern Division
Deposition Testimony

Motorola, Inc. v. InterDigital Technology Corporation
Civil Action No. 93-488
United States District Court for the District of Delaware
Trial and Deposition Testimony

Nellcor Puritan Bennett, LLC v. CAS Medical Systems, Inc.
Case No. 2:11-CV-15697
United States District Court for the Eastern District of Michigan Southern
Division
Deposition Testimony

Netlist, Inc. v. Diablo Technologies, Inc.
Civil Action No. 4:13-CV-05962-YGR



United States District Court for the Central District of California Oakland Division
Trial Testimony

Nomadix, Inc. v. Hewlett-Packard Company, et al.
Civil Action No. CV09-08441 DDP(VBKx)
United States District Court for the Central District of California Western Division
Deposition Testimony

Nomix Corporation v. Quikrete Companies, Inc.
Civil Action No. H88-463-AHN
Trial and Deposition Testimony

Orthofix, Inc., et al v. EBI Medical Systems, Inc., et al.
Civil Action No. 95-6035 (SMO)
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Pharmacia & Upjohn Company, LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.
Civil Action No. 04-833 (KAJ)
United States District Court for the District of Delaware
Deposition Testimony

Picker International, Inc. v. Mayo Foundation, et al.
Case No. 95-CV-2028
United States District Court for the Northern District of Ohio, Eastern Division
Trial and Deposition Testimony

Penda Corporation v. United States of America and Cadillac Products, Inc.
Case No. 473-89-C
United States Court of Federal Claims
Trial and Deposition Testimony

Peter Daou and James Boyce v. Arianna Huffington, Kenneth Lerer and TheHuffingtonPost.com, Inc.
Index No. 651997/2010
Supreme Court of the State of New York, County of New York
Deposition Testimony

Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corporation and System General Corporation
Case No. 3:09-cv-05235-MMC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Powertech Technology, Inc. v. Tessera, Inc.
Case No. CV10-00945EMC
United States District Court for the Northern District of California
Deposition Testimony



Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced
Technology Materials, Inc.
Civil Action No. 03-1158-SLR
United States District Court District of Delaware
Deposition Testimony

Prism Technologies, LLC v. AT&T Mobility, LLC
Civil Action No. 8:12-cv-122-LES-TDT
United States District Court of Nebraska
Deposition Testimony

Prism Technologies, LLC v. T-Mobile USA, Inc.
Civil Action No. 8:12-cv-00124
United States District Court of Nebraska
Trial and Deposition Testimony

Prism Technologies, LLC v. Sprint Spectrum L.P. d/b/a/ Sprint PCS
Civil Action No. 8:12-cv-123-LES-TDT
United States District Court of Nebraska
Trial and Deposition Testimony

The Procter & Gamble Company v. Paragon Trade Brands, Inc.
Civil Action No. 94-16-LON
United States District Court for the District of Delaware
Trial and Deposition Testimony

QR Spex, Inc. and Thomas G. Swab v. Motorola, Inc. and Frog Design, Inc.
Civil Action No 03-6284 JFW (FMOx)
United States District Court for the Central District of California
Deposition Testimony

Qualcomm, Inc. v. InterDigital Communications Corporation
Case No. 93-1091G (LSP)
Deposition Testimony

Quickie, LLC v. Medtronic, Inc.
Civil Action No. 02 CV 1157 (GEL)
United States District Court for the Southern District of New York
Deposition Testimony

Radware, LTD, and Radware, Inc. v. F5 Networks, Inc.
Civil Action No. 5:13-cv-02024 RMW
United States District Court for the Southern District of California San Jose
Division
Deposition Testimony

Remcor v. Scotsman/Booth
Civil Action No. 93 C 1822
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony



Remcor v. Servend
Civil Action No. 93 C 1823
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Rensselaer Polytechnic Institute and Dynamic Advances, LLC v. Apple Inc.
Case No 1:13-cv-00633 (DNH/DEP)
United States District Court for the Northern District of New York
Deposition Testimony

Research Corporation Technologies, Inc. v. Hewlett-Packard Company
Civil Action No. CIV 95-490-TUC-JMR
United States District Court for the District of Arizona
Deposition Testimony

Rommy Hunt Revson v. The Limited, Inc. et al.
Civil Action No. 90-3840 (MGC)
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Ameren Corporation; Union
Electric Company; Central Illinois Public Service Company; Cilcorp, Inc.;
Central Illinois Light Company
Case No. 07-4955 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. AOL, LLC, CompuServe
Interactive Services and Netscape Communications Corporation
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Cablevision Systems Corporation
et. al.
Case No. 2:07-ML-01816 / 02314 RGK-FFM
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Charter Communications, Inc.;
Charter Communications Holding Company, LLC; Charter Communications
Operating, LLC; and Charter Communications Entertainment I, LLC
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. CIGNA Corporation, CIGNA
Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug of
Pennsylvania, LLC and Tel-Drug, Inc.
CV 07-2192 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony



Ronald A. Katz Technology Licensing, LP v. Comcast Corporation, Sirius-XM
Radio, Inc., et al.
NO. 2:07-ML-01816-C RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. DHL Holdings (USA) Inc., DHL
Express (USA), Inc., and Sky Courier, Inc.
Case No. 07-ml-01816-B RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Fifth Third Bankcorp, Fifth Third
Bank, Fifth Third Bank (Central Ohio)
Case No. 07-4960 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Time Warner Cable Inc., Time
Warner NY Cable LLC and Time Warner Entertainment Company, L.P.
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. United States Cellular
Corporation, TDS Telecommunications Corporation and TDS Metrocom, LLC
Case No.07-ML-01816-B-RGK (FFMX)
United States District Court for the Central District of California
Deposition Testimony

Rosetta Stone Ltd. v. Google Inc.
Civil Action No. 1:09 CV 736 GBL / JFA
United States District Court for the Eastern District of Virginia
Deposition Testimony

RWM Kinetic Enterprises, Inc. and Thomas J. Ring v. Kinetic Concepts, Inc.
and KCI Therapeutic Services, Inc.
Case No. SA-96-CA-603-OG
United States District Court for the Western District of Texas San Antonio
Division
Trial Testimony

Saxon Innovations, LLC v. Nokia Corp, et al. (including Samsung Electronics,
Co. and related parties)
Civil Action No. 6:07-cv-490-LED-JDL
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd.,
S-LCD Corporation, Samsung Electronics America, Inc. Samsung
Telecommunications America, LLC



Civil Action No. 3:09-cv-00001
United States District Court for the Western District of Wisconsin
Deposition Testimony

Silicon Image, Inc. v. Analogix Semiconductor, Inc.
Case No. C 07-00635 JCS
United States District Court for the Northern District of California, San
Francisco Division
Deposition Testimony

Site Microsurgical Systems v. The Cooper Companies
Civil Action S92-766
Deposition Testimony

SmartPhone Technologies, LLC v. Research In Motion Corp. et. al (on behalf
LG Electronics, Inc. and LG Electronics USA, Inc.)
Civil Action No. 6:10cv74-LED
United States District Court Eastern District of Texas Tyler Division
Deposition Testimony

St. Clair Intellectual Property Consultants v. Fuji Photo Film Co., Ltd., Fuji
Photo Film U.S.A., Inc., Fujifilm America, Inc., et al.
Civil Action No. 03-241 JJF
United States District Court for the District of Delaware
Trial and Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV44
United States District Court of Texas Sherman Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV45
United States District Court of Texas Sherman Division
Deposition Testimony

Takata Corp. v. Allied Signal, Inc. and Breed Technologies, Inc.
Civil Action CV-95-1750
Deposition Testimony

Technol Medical Products, Inc., et al v. Robert Busse & Co., Inc.
Civil Action No. 3:94-CV-2284-X
Deposition Testimony

Tekmira Pharmaceuticals Corporation and Protiva Pharmaceuticals, Inc. v.
Alnylam Pharmaceuticals, Inc. and AlCana Technologies, Inc.
Civil Action No. 11-1010-BLS2
Massachusetts Superior Court for Suffolk County
Deposition Testimony

Tessera, Inc. v. Advanced Micro Devices, Inc. et al.
Case No. 4:05-cv-04063-CW



United States District Court for Northern District of California Oakland Division
Deposition Testimony

Tessera, Inc. v. UTAC (Taiwan) Corporation
Case No.: 5:10-cv-04435-EJD
United States District Court for Northern District of California San Jose Division
Deposition Testimony

Therma-Tru Corporation v. Caradon Peachtree, Inc.
Civil Action No. 95-CV-75534-DT
Deposition Testimony

Toro Company v. MTD Products Inc., MTD Consumer Group Inc., and Cub Cadet LLC
Civil Action No 10-cv-007-JNE-TNL
United States District Court for the District of Minnesota
Deposition Testimony

Ultratec, Inc. and CapTel, Inc. v. Sorenson Communications, Inc. and CaptionCall, LLC
Case No.: 3:14-cv-66-BBC
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Unwired Planet, LLC v. Apple, Inc.
Case No. 3:13-cv-4134-VC
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

Valmet Paper Machinery, Inc. and Valmet-Charlotte, Inc. v. Beloit Corporation
Civil Action No. 93-C-587-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Verinata Health, Inc. and the Board of Trustees of the Leland Stanford Junior University v. Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC.
Case No. 3:12-cv-00865-SI
Deposition Testimony

Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies AG and Infineon Technologies North America Corporation
Case No. C 08-05129 CRB
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

Wang Laboratories, Inc. v. America Online, Inc. and Netscape Communications Corporation
Civil Action No. 97-1628-A

United States District Court for the Eastern District of Virginia
Deposition Testimony

Wang Laboratories, Inc. v. FileNet Corporation
Civil Action No. 94-12141-RCL
Deposition Testimony

Waukesha Cherry-Burrell v. Wrightech Corporation
Civil Action No. 96-CV-00384
Deposition Testimony

Zenith Electronics LLC, Panasonic Corporation, U.S., Philips Corporation, and
the Trustees of Columbia University in the City of New York v. Sceptre, Inc.
Case No. 9:13-CV-80567
United States District Court for the Central District of California
Deposition Testimony

Zenith Electronics LLC v. Vizio, Inc.; Westinghouse Digital Electronics LLC, et
al.
No. 5:06CV246-DF
United States District Court for the Eastern District of Texas
Texarkana Division
Deposition Testimony

ZiiLabs Inc., Ltd. V. Samsung Electronics Co. Ltd (and related Samsung parties)
and Apple Inc.
Case No. 2:14-cv-00203
United States District Court for the Eastern District of Texas Marshall Division
Deposition Testimony

**PATENTS**

Inventor, United States Patent No. 5,752,186, Access Free Wireless Telephony
Fulfillment Service System, May 12, 1998.

Inventor, United States Patent No. 5,867,780, Access Free Wireless Telephony
Fulfillment Service System, February 2, 1999.

Inventor, United States Patent No. 6,397,057, System and Method of Providing
Advertising Information to a Subscriber Through a Wireless Device, May 28,
2002.

Inventor, United States Patent No. 6,411,803, System and Method of Providing
Service Information to a Subscriber Through a Wireless Device, June 25, 2002.

Inventor, United States Patent No. 6,769,767, Eyewear with Exchangeable
Temples Housing a Transceiver Forming Ad Hoc Networks with Other Devices,
August 3, 2004.

Inventor, United States Patent No. 6,839,556, System and Method of Providing
Information to a Subscriber through a Wireless Device, January 4, 2005.



Inventor, United States Patent No. 6,911,172, Method of Manufacturing Eyewear, June 28, 2005.

Inventor, United States Patent No. 6,929,365, Eyewear with Exchangeable Temples Housing Bluetooth Enable Apparatus, August 16, 2005.

Inventor, United States Patent No. 7,181,200, Method of Providing Information to a Telephony Subscriber, February 20, 2007.

Inventor, United States Patent No. 7,353,202, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 1, 2008.

Inventor, United States Patent No. 7,769,685, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, August 3, 2010.

Inventor, United States Patent No. 7,813,716, Method of Providing Information to a Telephony Subscriber, October 12, 2010.

Inventor, United States Patent No. 7,885,897, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, February 8, 2011.

Inventor, United States Patent No. 7,930,231, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 19, 2011.

Inventor, United States Patent No. 7,987,142, Intellectual Property Trading Exchange, July 26, 2011.

Inventor, United States Patent No. 8,041,341, System of Providing Information to a Telephony Subscriber, October 18, 2011.

Inventor, United States Patent No. 8,180,711, Intellectual Property Trading Exchange, May 15, 2012.

Inventor, United States Patent No. 8,255,932, System and Method for Managing Intellectual Property-Based Risks, January 15, 2013.

Inventor, United States Patent No. 8,515,851, Method and System for Generating an Index of Securities, August 20, 2013.

Inventor, United States Patent No. 8,554,687, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, October 8, 2013.

Inventor, United States Patent No. 8,694,419, Methods and Systems for Utilizing Intellectual Property Assets and Rights, April 8, 2014.

Inventor, United States Patent No. 8,787,878, System of Providing Information to a Telephony Subscriber, July 22, 2014.



Inventor, United States Patent No. 8,831,985, Financial Instrument Based on Content and Methods for Valuation, September 9, 2014.

Inventor, United States Patent No. 8,880,031, System of Providing Information to a Telephony Subscriber, November 4, 2014.

Inventor, United States Patent No. 9,058,628, Marketplace for Trading Intangible Asset Derivatives and a Method for Trading Intangible Asset Derivatives, June 16, 2015.

---

**CONTACT**

James E. Malackowski
Chairman and Chief Executive Officer
Ocean Tomo, LLC
200 West Madison
37th Floor
Chicago, Illinois  60606

312-327-4410 Direct
312-327-4401 Facsimile
312-560-8500 Personal
jmalackowski@oceantomo.com

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOG-00022379
GOOG-00022380
GOOG-00022381
GOOG-00022382
GOOG-00022383
GOOG-00022384
GOOG-00022385
GOOG-00022386
GOOG-00022387
GOOG-00022388
GOOG-00100278 - GOOG-00100300
GOOG-00100278 - GOOG-00100301
GOOG-00100302 - GOOG-00100310
GOOG-00100302 - GOOG-00100311
GOOG-00100312 - GOOG-00100330
GOOG-00100331 - GOOG-00100362
GOOG-00100363 - GOOG-00100387
GOOG-00100388
GOOG-00100389
GOOG-00100390
GOOG-00100391 - GOOG-00100408
GOOG-00100409 - GOOG-00100432
GOOG-00100518 - GOOG-00100523
GOOG-00100569 - GOOG-00100589
GOOG-00101618 - GOOG-00101625
GOOG-00101735 - GOOG-00101739
GOOG-00102120 - GOOG-00102138
GOOG-00103812
GOOG-00103813
GOOG-00103814
GOOG-00103815
GOOG-00103816
GOOG-00104049 - GOOG-00104050
GOOG-00104227 - GOOG-00104252
GOOG-00104442 - GOOG-00104480
GOOG-00130120 - GOOG-00130133
GOOG-00130302
GOOG-00130338 - GOOG-00130386
GOOG-00130683 - GOOG-00130691
GOOG-00130741 - GOOG-00130743
GOOG-00130744 - GOOG-00130745
GOOG-00130997 - GOOG-00131001
GOOG-00131217 - GOOG-00131253
GOOG-00131428 - GOOG-00131461
GOOG-00132217
GOOG-00132218 - GOOG-00132244
GOOG-00132245 - GOOG-00132266
GOOG-00132501 - GOOG-00132507
GOOG-00132508 - GOOG-00132534
GOOG-00132535
GOOG-00132625
GOOG-00132648
GOOG-00132649 - GOOG-00132663
GOOG-00132664 - GOOG-00132680
GOOG-00132945 - GOOG-00132946
GOOG-00132947
GOOG-00132948
GOOG-00132949
GOOG-00132950
GOOG-00132951
GOOG-00132952
GOOG-00132953
GOOG-00132954
GOOG-00132955 - GOOG-00132984
GOOG-00132985
GOOG-00133824
GOOG-00133825 - GOOG-00133856
GOOG-00133857
GOOG-00133858
GOOG-00133879
GOOG-00133880 - GOOG-00133930
GOOG-00133931 - GOOG-00133975
GOOG-00137821 - GOOG-00137823
GOOG-00138124 - GOOG-00138131
GOOG-00147485
GOOG-00147486
GOOG-00147487
GOOG-00147489
GOOG-00147490
GOOG-00147491 - GOOG-00147494
GOOG-00147498 - GOOG-00147499
GOOG-00147500 - GOOG-00147503
GOOG-00147504
GOOG-00147505 - GOOG-00147508
GOOG-00147509
GOOG-00147510
GOOG-00147511
GOOG-00147514
GOOG-00147515
GOOG-00147517
GOOG-00147518 - GOOG-00147521
GOOG-00147523
GOOG-00147524
GOOG-00147525 - GOOG-00147529
GOOG-00147532
GOOG-00147533
GOOG-00147535
GOOG-00147536
GOOG-00147537 - GOOG-00147538
GOOG-00147539
GOOG-00147542
GOOG-00147545
GOOG-00147546
GOOG-00147547
GOOG-00147548
GOOG-00147549 - GOOG-00147553
GOOG-00147554
GOOG-00147555
GOOG-00147556
GOOG-00147557
GOOG-00147558
GOOG-00147559
GOOG-00147560 - GOOG-00147568
GOOG-00147570
GOOG-00147571
GOOG-00147572
GOOG-00147574
GOOG-00147576
GOOG-00147577
GOOG-00147578 - GOOG-00147580
GOOG-00147581
GOOG-00147583
GOOG-00147584
GOOG-00147585
GOOG-00147586
GOOG-00147587
GOOG-00147588 - GOOG-00147590
GOOG-00147591
GOOG-00147593
GOOG-00147596
GOOG-00147597
GOOG-00147598
GOOG-00147599
GOOG-00147600
GOOG-00147601
GOOG-00147602
GOOG-00147603 - GOOG-00147605
GOOG-00147606
GOOG-00147607
GOOG-00147608
GOOG-00147609
GOOG-00147610
GOOG-00147611
GOOG-00147612
GOOG-00147613
GOOG-00147614
GOOG-00147615 - GOOG-00147617
GOOG-00147618
GOOG-00147619
GOOG-00147620
GOOG-00147621
GOOG-00147622
GOOG-00147623
GOOG-00147624
GOOG-00147625
GOOG-00147626
GOOG-00147627
GOOG-00147628
GOOG-00147630 - GOOG-00147631
GOOG-00147632
GOOG-00147633
GOOG-00147634
GOOG-00147635
GOOG-00147636
GOOG-00147637 - GOOG-00147641
GOOG-00147642
GOOG-00147643
GOOG-00147644 - GOOG-00147647
GOOG-00147648
GOOG-00147649
GOOG-00147650
GOOG-00147651
GOOG-00147654
GOOG-00147655 - GOOG-00147657
GOOG-00147658
GOOG-00147659 - GOOG-00147677
GOOG-00147678
GOOG-00147679 - GOOG-00147684
GOOG-00147685
GOOG-00147686 - GOOG-00147688
GOOG-00147689
GOOG-00147690
GOOG-00147691
GOOG-00147692
GOOG-00147693
GOOG-00147694
GOOG-00147695
GOOG-00147696
GOOG-00147697
GOOG-00147698 - GOOG-00147704
GOOG-00147705
GOOG-00147706 - GOOG-00147707
GOOG-00147708
GOOG-00147709 - GOOG-00147710
GOOG-00147711
GOOG-00147712 - GOOG-00147720

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOG-00147721
GOOG-00147723
GOOG-00147724
GOOG-00147725
GOOG-00147726
GOOG-00147727
GOOG-00147728
GOOG-00147729
GOOG-00147730 - GOOG-00147731
GOOG-00147732 - GOOG-00147733
GOOG-00147734 - GOOG-00147735
GOOG-00147736
GOOG-00147737
GOOG-00147738
GOOG-00147739
GOOG-00147740
GOOG-00147741
GOOG-00147742
GOOG-00147743
GOOG-00147744
GOOG-00147745
GOOG-00147746 - GOOG-00147747
GOOG-00147748
GOOG-00147749 - GOOG-00147755
GOOG-00147756 - GOOG-00147762
GOOG-00147763 - GOOG-00147769
GOOG-00147770 - GOOG-00147776
GOOG-00147777
GOOG-00147779 - GOOG-00147780
GOOG-00147781
GOOG-00147782
GOOG-00147783
GOOG-00147784
GOOG-00147785
GOOG-00147786
GOOG-00147787
GOOG-00147789
GOOG-00147790
GOOG-00147791 - GOOG-00147792
GOOG-00147793
GOOG-00147794
GOOG-00147795
GOOG-00147797
GOOG-00147798
GOOG-00147800
GOOG-00147801
GOOG-00147803
GOOG-00147805
GOOG-00147806
GOOG-00147807
GOOG-00147808
GOOG-00147809
GOOG-00147810
GOOG-00147811
GOOG-00147812
GOOG-00147814
GOOG-00147815
GOOG-00147816
GOOG-00147817
GOOG-00147818
GOOG-00147819
GOOG-00147821
GOOG-00147822
GOOG-00147823
GOOG-00147824
GOOG-00147825
GOOG-00147826
GOOG-00147828
GOOG-00147829
GOOG-00147830
GOOG-00147831
GOOG-00147832
GOOG-00147834
GOOG-00147835
GOOG-00147837 - GOOG-00147838
GOOG-00147839
GOOG-00147840
GOOG-00147841
GOOG-00147842
GOOG-00147844
GOOG-00147845
GOOG-00147846
GOOG-00147847
GOOG-00147849
GOOG-00147851
GOOG-00147852
GOOG-00147854
GOOG-00147855
GOOG-00147859
GOOG-00147860
GOOG-00147861
GOOG-00147862
GOOG-00147863
GOOG-00147864
GOOG-00147865
GOOG-00147866
GOOG-00147867 - GOOG-00147868
GOOG-00147869
GOOG-00147871
GOOG-00147872
GOOG-00147873
GOOG-00147875
GOOG-00147876
GOOG-00147877
GOOG-00147878
GOOG-00147879
GOOG-00147880
GOOG-00147881
GOOG-00147882 - GOOG-00147884
GOOG-00147885 - GOOG-00147886
GOOG-00147887
GOOG-00147888
GOOG-00147889
GOOG-00147890
GOOG-00147891 - GOOG-00147893
GOOG-00147894
GOOG-00147895
GOOG-00147896
GOOG-00147897
GOOG-00147898
GOOG-00147899
GOOG-00147900
GOOG-00147901 - GOOG-00147902
GOOG-00147903
GOOG-00147904
GOOG-00147905
GOOG-00147906
GOOG-00147907
GOOG-00147908
GOOG-00147909
GOOG-00147910
GOOG-00147911
GOOG-00147912
GOOG-00147914
GOOG-00147915
GOOG-00147916 - GOOG-00147918
GOOG-00147919
GOOG-00147920
GOOG-00147921
GOOG-00147922
GOOG-00147923
GOOG-00147924
GOOG-00147925
GOOG-00147926
GOOG-00147927
GOOG-00147928
GOOG-00147929
GOOG-00147930
GOOG-00147931
GOOG-00147932
GOOG-00147933
GOOG-00147934
GOOG-00147935
GOOG-00147936 - GOOG-00147937
GOOG-00147938
GOOG-00147939
GOOG-00147940
GOOG-00147941 - GOOG-00147943
GOOG-00147944
GOOG-00153871 - GOOG-00153889
GOOG-00185632 - GOOG-00185653
GOOG-00186606
GOOG-00186607
GOOG-00186665
GOOG-00186751
GOOG-00186863 - GOOG-00186873
GOOG-00186877 - GOOG-00186891
GOOG-00187625
GOOG-00188159
GOOG-00188797
GOOG-00188959
GOOG-00188962
GOOG-00191479
GOOG-00199349
GOOG-00209729 - GOOG-00209753
GOOG-00209729 - GOOG-00209754
GOOG-00209915 - GOOG-00209966
GOOG-00210248 - GOOG-00210270
GOOG-00211973 - GOOG-00212017
GOOG-00213694 - GOOG-00213723
GOOG-00216972 - GOOG-00217047
GOOG-00227826 - GOOG-00227827
GOOG-00227828 - GOOG-00227835
GOOG-00228774 - GOOG-00228778
GOOG-00231147 - GOOG-00231168
GOOG-00231200 - GOOG-00231208
GOOG-00250358 - GOOG-00250359
GOOG-00256944 - GOOG-00256950
GOOG-00268939 - GOOG-00268959
GOOG-00269779 - GOOG-00269804
GOOG-00271656 - GOOG-00271676
GOOG-00272276 - GOOG-00272298
GOOG-00272299 - GOOG-00272321
GOOG-00272457
GOOG-00273854 - GOOG-00273874
GOOG-00275390 - GOOG-00275410

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOG-00276658 - GOOG-00276675
GOOG-00277550 - GOOG-00277585
GOOG-00278535 - GOOG-00278536
GOOG-00278537 - GOOG-00278586
GOOG-00278858
GOOG-00278859 - GOOG-00278882
GOOG-00281674 - GOOG-00281677
GOOG-00283376
GOOG-00283627 - GOOG-00283629
GOOG-00284863
GOOG-00284864 - GOOG-00284885
GOOG-00290796 - GOOG-00290928
GOOG-00291451 - GOOG-00291454
GOOG-00321589 - GOOG-00321591
GOOG-00338296 - GOOG-00338297
GOOG-00347724 - GOOG-00347739
GOOG-00360213 - GOOG-00360259
GOOG-00371887 - GOOG-00371888
GOOG-00371968 - GOOG-00371969
GOOG-00373749 - GOOG-00373753
GOOG-00376192 - GOOG-00376193
GOOG-00377104
GOOG-00377185 - GOOG-00377197
GOOG-00378110 - GOOG-00378111
GOOG-00383830 - GOOG-00383831
GOOG-00386364 - GOOG-00386365
GOOG-00387484 - GOOG-00387520
GOOG-00387521 - GOOG-00387552
GOOG-00387553 - GOOG-00387591
GOOG-00388406 - GOOG-00388411
GOOG-00389652 - GOOG-00389654
GOOG-00390061 - GOOG-00390087
GOOG-00526515 - GOOG-00526519
GOOG-00548436 - GOOG-00548438
GOOG-00570589 - GOOG-00570729
GOOG-00570823 - GOOG-00570824
GOOG-00577366 - GOOG-00577445
GOOG-00577445 - GOOG-00577367
GOOG-00580439 - GOOG-00580534
GOOG-00580946 - GOOG-00580991
GOOG-10000001 - GOOG-10000019
GOOG-10000020 - GOOG-10000034
GOOG-10000035 - GOOG-10000049
GOOG-10000050 - GOOG-10000053
GOOG-10000054 - GOOG-10000057
GOOG-10000058 - GOOG-10000060
GOOG-10000061 - GOOG-10000063
GOOG-10000064 - GOOG-10000067
GOOGLE-00-00000060
GOOG-10000068 - GOOG-10000073
GOOG-10000074 - GOOG-10000077
GOOG-10000078 - GOOG-10000093
GOOG-10000094 - GOOG-10000105
GOOG-10000106 - GOOG-10000118
GOOG-10000119 - GOOG-10000132
GOOG-10000133 - GOOG-10000148
GOOG-10000149 - GOOG-10000152
GOOG-10000153 - GOOG-10000163
GOOG-10000164 - GOOG-10000168
GOOG-10000169 - GOOG-10000175
GOOG-10000176 - GOOG-10000203
GOOG-10000204 - GOOG-10000206
GOOG-10000207 - GOOG-10000216
GOOG-10000217 - GOOG-10000229
GOOG-10000230 - GOOG-10000232
GOOG-10000233 - GOOG-10000244
GOOG-10000245 - GOOG-10000248
GOOG-10000249 - GOOG-10000268
GOOG-10000269 - GOOG-10000281
GOOG-10000282 - GOOG-10000285
GOOG-10000286 - GOOG-10000288
GOOG-10000289 - GOOG-10000290
GOOG-10000291 - GOOG-10000308
GOOG-10000309 - GOOG-10000311
GOOG-10000312 - GOOG-10000315
GOOG-10000316 - GOOG-10000337
GOOG-10000338 - GOOG-10000349
GOOG-10000350 - GOOG-10000363
GOOG-10000364 - GOOG-10000366
GOOG-10000367 - GOOG-10000387
GOOG-10000388 - GOOG-10000389
GOOG-10000390 - GOOG-10000408
GOOG-10000409 - GOOG-10000429
GOOG-10000430 - GOOG-10000447
GOOG-10000448 - GOOG-10000462
GOOG-10000463 - GOOG-10000466
GOOG-10000467 - GOOG-10000482
GOOG-10000483 - GOOG-10000486
GOOG-10000487 - GOOG-10000501
GOOG-10000502 - GOOG-10000505
GOOG-10000506 - GOOG-10000532
GOOG-10000533 - GOOG-10000540
GOOG-10000541
GOOG-10000542 - GOOG-10000556
GOOG-10000557 - GOOG-10000568
GOOG-10000569 - GOOG-10000579
GOOG-10000580 - GOOG-10000583
GOOG-10000584 - GOOG-10000599
GOOG-10000600 - GOOG-10000603
GOOG-10000604 - GOOG-10000615
GOOG-10000616 - GOOG-10000630
GOOG-10000631 - GOOG-10000634
GOOG-10000635 - GOOG-10000638
GOOG-10000639 - GOOG-10000641
GOOG-10000642 - GOOG-10000651
GOOG-10000652 - GOOG-10000655
GOOG-10000656 - GOOG-10000658
GOOG-10000659 - GOOG-10000676
GOOG-10000677 - GOOG-10000696
GOOG-10000697 - GOOG-10000715
GOOG-10000716 - GOOG-10000733
GOOG-10000734 - GOOG-10000737
GOOG-10000738 - GOOG-10000755
GOOG-10000756 - GOOG-10000773
GOOG-10000774 - GOOG-10000785
GOOG-10000786 - GOOG-10000788
GOOG-10000789 - GOOG-10000800
GOOG-10000801 - GOOG-10000815
GOOG-10000816 - GOOG-10000819
GOOG-10000820 - GOOG-10000822
GOOG-10000823 - GOOG-10000833
GOOG-10000834 - GOOG-10000848
GOOG-10000849 - GOOG-10000854
GOOG-10000855 - GOOG-10000858
GOOG-10000859 - GOOG-10000875
GOOG-10000876 - GOOG-10000887
GOOG-10000888 - GOOG-10000897
GOOG-10000898 - GOOG-10000916
GOOG-10000917 - GOOG-10000920
GOOG-10000921 - GOOG-10000923
GOOG-10000924 - GOOG-10000926
GOOG-10000927 - GOOG-10000938
GOOG-10000939 - GOOG-10000941
GOOG-10000942 - GOOG-10000953
GOOG-10000954 - GOOG-10000965
GOOG-10000966 - GOOG-10000978
GOOG-10000979 - GOOG-10000990
GOOG-10000991 - GOOG-10000994
GOOG-10000995 - GOOG-10001018
GOOG-10001019 - GOOG-10001034
GOOG-10001035 - GOOG-10001037
GOOG-10001038 - GOOG-10001041
GOOG-10001042 - GOOG-10001053
GOOG-10001054 - GOOG-10001057
GOOG-10001058 - GOOG-10001072
GOOG-10001073 - GOOG-10001076
GOOG-10001077 - GOOG-10001080
GOOG-10001081 - GOOG-10001093
GOOG-10001094 - GOOG-10001096
GOOG-10001097 - GOOG-10001114
GOOG-10001115 - GOOG-10001123
GOOG-10001124 - GOOG-10001191
GOOG-10001192 - GOOG-10001267
GOOG-10001268 - GOOG-10001338
GOOG-10001339 - GOOG-10001411
GOOG-10001412 - GOOG-10001421
GOOG-10001422 - GOOG-10001431
GOOG-10001432 - GOOG-10001446
GOOG-10001447 - GOOG-10001468
GOOG-10001469 - GOOG-10001488
GOOG-10001489 - GOOG-10001510
GOOG-10001511 - GOOG-10001524
GOOGLE_SCAN189873
GOOGLE-00-00000001
GOOGLE-00-00000002
GOOGLE-00-00000003
GOOGLE-00-00000004
GOOGLE-00-00000005
GOOGLE-00-00000006
GOOGLE-00-00000007
GOOGLE-00-00000008
GOOGLE-00-00000009
GOOGLE-00-00000010
GOOGLE-00-00000011
GOOGLE-00-00000012
GOOGLE-00-00000013
GOOGLE-00-00000014
GOOGLE-00-00000015
GOOGLE-00-00000016
GOOGLE-00-00000017
GOOGLE-00-00000018
GOOGLE-00-00000019
GOOGLE-00-00000020
GOOGLE-00-00000021
GOOGLE-00-00000022
GOOGLE-00-00000023
GOOGLE-00-00000024
GOOGLE-00-00000025
GOOGLE-00-00000026
GOOGLE-00-00000027
GOOGLE-00-00000028
GOOGLE-00-00000029
GOOGLE-00-00000030
GOOGLE-00-00000031 - GOOGLE-00-00000036
GOOGLE-00-00000037 - GOOGLE-00-00000048
GOOGLE-00-00000049 - GOOGLE-00-00000059

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOGLE-00-00000061 - GOOGLE-00-00000072
GOOGLE-00-00000073
GOOGLE-00-00000074
GOOGLE-00-00000075
GOOGLE-00-00000076
GOOGLE-00-00000077
GOOGLE-00-00000268 - GOOGLE-00-00000288
GOOGLE-00-00000289 - GOOGLE-00-00000348
GOOGLE-00-00000379
GOOGLE-00-00000477
GOOGLE-00-00000489
GOOGLE-00-00000512
GOOGLE-00-00000693 - GOOGLE-00-00000720
GOOGLE-00-00000721 - GOOGLE-00-00000730
GOOGLE-00-00000731 - GOOGLE-00-00000742
GOOGLE-00-00001717
GOOGLE-00-00001772 - GOOGLE-00-00001781
GOOGLE-00-00002811 - GOOGLE-00-00002818
GOOGLE-00-00002819 - GOOGLE-00-00002825
GOOGLE-00-00002830 - GOOGLE-00-00002834
GOOGLE-00003255 - GOOGLE-00003278
GOOGLE-00006681 - GOOGLE-00006685
GOOGLE-00132165 - GOOGLE-00132167
GOOGLE-00296500 - GOOGLE-00296503
GOOGLE-00298438 - GOOGLE-00298484
GOOGLE-00300616 - GOOGLE-00300685
GOOGLE-00300616 - GOOGLE-00300690
GOOGLE-00300717
GOOGLE-00302662 - GOOGLE-00302664
GOOGLE-00302808 - GOOGLE-00302811
GOOGLE-00303100 - GOOGLE-00303101
GOOGLE-00303103 - GOOGLE-00303104
GOOGLE-00303105 - GOOGLE-00303109
GOOGLE-00303691
GOOGLE-00303692 - GOOGLE-00303701
GOOGLE-00303702 - GOOGLE-00303706
GOOGLE-00303707
GOOGLE-00303708
GOOGLE-00303709
GOOGLE-00303710
GOOGLE-00303711
GOOGLE-00303712
GOOGLE-00303713
GOOGLE-00303714
GOOGLE-00303715
GOOGLE-00303716
GOOGLE-00303717 - GOOGLE-00303721
GOOGLE-00303722
GOOGLE-00392765

GOOGLE-00303723
GOOGLE-00303724
GOOGLE-00303725 - GOOGLE-00303756
GOOGLE-00303725 - GOOGLE-00303774
GOOGLE-00303725 - GOOGLE-00303775
GOOGLE-00303725 - GOOGLE-00303807
GOOGLE-00303757
GOOGLE-00303758 - GOOGLE-00303773
GOOGLE-00303774
GOOGLE-00303775
GOOGLE-00303776 - GOOGLE-00303799
GOOGLE-00303800 - GOOGLE-00303810
GOOGLE-00303811 - GOOGLE-00303866
GOOGLE-00303867 - GOOGLE-00303884
GOOGLE-00303867 - GOOGLE-00303901
GOOGLE-00303885
GOOGLE-00303886
GOOGLE-00303887
GOOGLE-00303888
GOOGLE-00303889 - GOOGLE-00303892
GOOGLE-00303893
GOOGLE-00303894 - GOOGLE-00303914
GOOGLE-00303915
GOOGLE-00303916
GOOGLE-00303917
GOOGLE-00303918
GOOGLE-00303919
GOOGLE-00303920
GOOGLE-00303921
GOOGLE-00303922 - GOOGLE-00304003
GOOGLE-00303930
GOOGLE-00304035 - GOOGLE-00304038
GOOGLE-00304105 - GOOGLE-00304124
GOOGLE-00304281 - GOOGLE-00304357
GOOGLE-00304375 - GOOGLE-00304381
GOOGLE-00304382 - GOOGLE-00304391
GOOGLE-00304392 - GOOGLE-00304394
GOOGLE-00304395 - GOOGLE-00304398
GOOGLE-00304460 - GOOGLE-00304480
GOOGLE-00304508 - GOOGLE-00304512
GOOGLE-00304959
GOOGLE-00305018 - GOOGLE-00305020
GOOGLE-00305021
GOOGLE-00305022 - GOOGLE-00305029
GOOGLE-00305030
GOOGLE-00305031 - GOOGLE-00305047
GOOGLE-00305048 - GOOGLE-00305049
GOOGLE-00305050 - GOOGLE-00305051
GOOGLE-00305052 - GOOGLE-00305053

GOOGLE-00305054 - GOOGLE-00305057
GOOGLE-00305058 - GOOGLE-00305059
GOOGLE-00305060 - GOOGLE-00305061
GOOGLE-00305062 - GOOGLE-00305069
GOOGLE-00305070 - GOOGLE-00305071
GOOGLE-00305072 - GOOGLE-00305073
GOOGLE-00305074 - GOOGLE-00305075
GOOGLE-00305076 - GOOGLE-00305077
GOOGLE-00305078 - GOOGLE-00305081
GOOGLE-00305082 - GOOGLE-00305083
GOOGLE-00305084 - GOOGLE-00305085
GOOGLE-00305086 - GOOGLE-00305087
GOOGLE-00305088 - GOOGLE-00305089
GOOGLE-00305090 - GOOGLE-00305091
GOOGLE-00305092 - GOOGLE-00305093
GOOGLE-00305094 - GOOGLE-00305095
GOOGLE-00305096 - GOOGLE-00305097
GOOGLE-00305098 - GOOGLE-00305099
GOOGLE-00305100 - GOOGLE-00305101
GOOGLE-00305102 - GOOGLE-00305104
GOOGLE-00305105 - GOOGLE-00305107
GOOGLE-00305108 - GOOGLE-00305109
GOOGLE-00305110 - GOOGLE-00305111
GOOGLE-00305112 - GOOGLE-00305113
GOOGLE-00305114 - GOOGLE-00305115
GOOGLE-00305116 - GOOGLE-00305117
GOOGLE-00305118 - GOOGLE-00305121
GOOGLE-00305122 - GOOGLE-00305127
GOOGLE-00305128 - GOOGLE-00305129
GOOGLE-00305130 - GOOGLE-00305131
GOOGLE-00305132 - GOOGLE-00305133
GOOGLE-00305134 - GOOGLE-00305135
GOOGLE-00305136 - GOOGLE-00305137
GOOGLE-00305138 - GOOGLE-00305141
GOOGLE-00305142 - GOOGLE-00305143
GOOGLE-00305144 - GOOGLE-00305145
GOOGLE-00305146 - GOOGLE-00305147
GOOGLE-00305148 - GOOGLE-00305149
GOOGLE-00305150 - GOOGLE-00305151
GOOGLE-00305152 - GOOGLE-00305153
GOOGLE-00305154 - GOOGLE-00305155
GOOGLE-00305156 - GOOGLE-00305158
GOOGLE-00305159 - GOOGLE-00305160
GOOGLE-00305161 - GOOGLE-00305162
GOOGLE-00305163
GOOGLE-00305164
GOOGLE-00305165 - GOOGLE-00305167
GOOGLE-00305168 - GOOGLE-00305169
GOOGLE-00305170

GOOGLE-00305171 - GOOGLE-00305174
GOOGLE-00305175 - GOOGLE-00305189
GOOGLE-00305190 - GOOGLE-00305193
GOOGLE-00305194 - GOOGLE-00305195
GOOGLE-00305196 - GOOGLE-00305197
GOOGLE-00305198 - GOOGLE-00305204
GOOGLE-00305205
GOOGLE-00305206 - GOOGLE-00305208
GOOGLE-00305209 - GOOGLE-00305215
GOOGLE-00305216 - GOOGLE-00305221
GOOGLE-00305222 - GOOGLE-00305250
GOOGLE-00305251 - GOOGLE-00305253
GOOGLE-00305254 - GOOGLE-00305255
GOOGLE-00305256 - GOOGLE-00305257
GOOGLE-00305258 - GOOGLE-00305262
GOOGLE-00305263 - GOOGLE-00305264
GOOGLE-00305265 - GOOGLE-00305267
GOOGLE-00305595 - GOOGLE-00305769
GOOGLE-00320083 - GOOGLE-00320088
GOOGLE-00320116 - GOOGLE-00320121
GOOGLE-00320162 - GOOGLE-00320166
GOOGLE-00383073 - GOOGLE-00383093
GOOGLE-00386162 - GOOGLE-00386171
GOOGLE-00390213 - GOOGLE-00390225
GOOGLE-00390595 - GOOGLE-00390596
GOOGLE-00392183 - GOOGLE-00392194
GOOGLE-00392204 - GOOGLE-00392212
GOOGLE-00392213 - GOOGLE-00392216
GOOGLE-00392673 - GOOGLE-00392676
GOOGLE-00392677 - GOOGLE-00392680
GOOGLE-00392681 - GOOGLE-00392684
GOOGLE-00392685 - GOOGLE-00392689
GOOGLE-00392690 - GOOGLE-00392694
GOOGLE-00392695 - GOOGLE-00392698
GOOGLE-00392699 - GOOGLE-00392702
GOOGLE-00392703 - GOOGLE-00392706
GOOGLE-00392707 - GOOGLE-00392710
GOOGLE-00392711 - GOOGLE-00392714
GOOGLE-00392715 - GOOGLE-00392718
GOOGLE-00392719 - GOOGLE-00392722
GOOGLE-00392723 - GOOGLE-00392731
GOOGLE-00392732 - GOOGLE-00392735
GOOGLE-00392736 - GOOGLE-00392739
GOOGLE-00392740 - GOOGLE-00392743
GOOGLE-00392744 - GOOGLE-00392747
GOOGLE-00392748 - GOOGLE-00392751
GOOGLE-00392752 - GOOGLE-00392755
GOOGLE-00392756 - GOOGLE-00392759
GOOGLE-00392760 - GOOGLE-00392764

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOGLE-00392766 - GOOGLE-00392770
GOOGLE-00392771 - GOOGLE-00392774
GOOGLE-00392775 - GOOGLE-00392778
GOOGLE-00392779 - GOOGLE-00392782
GOOGLE-00392783 - GOOGLE-00392786
GOOGLE-00392787 - GOOGLE-00392790
GOOGLE-00392791 - GOOGLE-00392795
GOOGLE-00392796 - GOOGLE-00392800
GOOGLE-00392801 - GOOGLE-00392805
GOOGLE-00392806 - GOOGLE-00392809
GOOGLE-00392810 - GOOGLE-00392813
GOOGLE-00392814 - GOOGLE-00392817
GOOGLE-00392818 - GOOGLE-00392821
GOOGLE-00392822 - GOOGLE-00392825
GOOGLE-00392826 - GOOGLE-00392830
GOOGLE-00392831 - GOOGLE-00392835
GOOGLE-00392836 - GOOGLE-00392840
GOOGLE-00392841 - GOOGLE-00392844
GOOGLE-00392845 - GOOGLE-00392848
GOOGLE-00392849 - GOOGLE-00392852
GOOGLE-00392853 - GOOGLE-00392856
GOOGLE-00392857 - GOOGLE-00392860
GOOGLE-00392861 - GOOGLE-00392879
GOOGLE-00392880 - GOOGLE-00392889
GOOGLE-00392890 - GOOGLE-00392893
GOOGLE-00392894 - GOOGLE-00392896
GOOGLE-00392897 - GOOGLE-00392900
GOOGLE-00392901 - GOOGLE-00392904
GOOGLE-00392905 - GOOGLE-00392909
GOOGLE-00392910 - GOOGLE-00392913
GOOGLE-00392914 - GOOGLE-00392918
GOOGLE-00392919 - GOOGLE-00392923
GOOGLE-00392924 - GOOGLE-00392928
GOOGLE-00392929 - GOOGLE-00392933
GOOGLE-00392934 - GOOGLE-00392938
GOOGLE-00392939 - GOOGLE-00392951
GOOGLE-00392952 - GOOGLE-00392957
GOOGLE-00392958 - GOOGLE-00392961
GOOGLE-00392962 - GOOGLE-00392965
GOOGLE-00392966 - GOOGLE-00392969
GOOGLE-00392970 - GOOGLE-00392974
GOOGLE-00392975 - GOOGLE-00392979
GOOGLE-00392980 - GOOGLE-00392983
GOOGLE-00392984 - GOOGLE-00392987
GOOGLE-00392988 - GOOGLE-00392992
GOOGLE-00392993 - GOOGLE-00392997
GOOGLE-00392998 - GOOGLE-00393001
GOOGLE-00393002 - GOOGLE-00393005
GOOGLE-00396119 - GOOGLE-00396128
GOOGLE-00393006 - GOOGLE-00393009
GOOGLE-00393010 - GOOGLE-00393013
GOOGLE-00393014 - GOOGLE-00393018
GOOGLE-00393019 - GOOGLE-00393022
GOOGLE-00393023 - GOOGLE-00393026
GOOGLE-00393027 - GOOGLE-00393031
GOOGLE-00393036 - GOOGLE-00393039
GOOGLE-00393040 - GOOGLE-00393046
GOOGLE-00393047 - GOOGLE-00393054
GOOGLE-00393055 - GOOGLE-00393058
GOOGLE-00393059 - GOOGLE-00393063
GOOGLE-00393064 - GOOGLE-00393075
GOOGLE-00393086 - GOOGLE-00393099
GOOGLE-00393100 - GOOGLE-00393126
GOOGLE-00393127 - GOOGLE-00393140
GOOGLE-00393155 - GOOGLE-00393164
GOOGLE-00393175 - GOOGLE-00393186
GOOGLE-00393187 - GOOGLE-00393199
GOOGLE-00393210 - GOOGLE-00393222
GOOGLE-00393223 - GOOGLE-00393238
GOOGLE-00393249 - GOOGLE-00393258
GOOGLE-00393316 - GOOGLE-00393324
GOOGLE-00393343 - GOOGLE-00393357
GOOGLE-00393400 - GOOGLE-00393413
GOOGLE-00393414 - GOOGLE-00393445
GOOGLE-00393447 - GOOGLE-00393488
GOOGLE-00393489 - GOOGLE-00393610
GOOGLE-00395080 - GOOGLE-00395090
GOOGLE-00395091 - GOOGLE-00395146
GOOGLE-00395147 - GOOGLE-00395170
GOOGLE-00395171 - GOOGLE-00395187
GOOGLE-00395188 - GOOGLE-00395205
GOOGLE-00395188 - GOOGLE-00395210
GOOGLE-00395206
GOOGLE-00395207 - GOOGLE-00395248
GOOGLE-00395207 - GOOGLE-00395290
GOOGLE-00395249
GOOGLE-00395250
GOOGLE-00395251
GOOGLE-00395252 - GOOGLE-00395253
GOOGLE-00395254 - GOOGLE-00395258
GOOGLE-00395259
GOOGLE-00395260
GOOGLE-00395261
GOOGLE-00395262 - GOOGLE-00395272
GOOGLE-00395273 - GOOGLE-00395599
GOOGLE-00395600
GOOGLE-00395601
GOOGLE-00395602
GOOGLE-00395603
GOOGLE-00395604
GOOGLE-00395605
GOOGLE-00395606 - GOOGLE-00395612
GOOGLE-00395613
GOOGLE-00395614
GOOGLE-00395615
GOOGLE-00395616
GOOGLE-00395617 - GOOGLE-00395620
GOOGLE-00395621 - GOOGLE-00395625
GOOGLE-00395626 - GOOGLE-00395629
GOOGLE-00395630 - GOOGLE-00395636
GOOGLE-00395637 - GOOGLE-00395668
GOOGLE-00395669 - GOOGLE-00395682
GOOGLE-00395683 - GOOGLE-00395695
GOOGLE-00395696 - GOOGLE-00395716
GOOGLE-00395717 - GOOGLE-00395726
GOOGLE-00395727 - GOOGLE-00395758
GOOGLE-00395727 - GOOGLE-00395790
GOOGLE-00395759 - GOOGLE-00395776
GOOGLE-00395777
GOOGLE-00395778 - GOOGLE-00395782
GOOGLE-00395783
GOOGLE-00395784 - GOOGLE-00395787
GOOGLE-00395788 - GOOGLE-00395797
GOOGLE-00395798 - GOOGLE-00395821
GOOGLE-00395822
GOOGLE-00395823
GOOGLE-00395824 - GOOGLE-00395833
GOOGLE-00395834
GOOGLE-00395835
GOOGLE-00395836
GOOGLE-00395837
GOOGLE-00395838
GOOGLE-00395839 - GOOGLE-00395840
GOOGLE-00395841 - GOOGLE-00395869
GOOGLE-00395870 - GOOGLE-00395874
GOOGLE-00395875
GOOGLE-00395876
GOOGLE-00395877
GOOGLE-00395878 - GOOGLE-00395881
GOOGLE-00395882
GOOGLE-00395883 - GOOGLE-00395888
GOOGLE-00395889 - GOOGLE-00395894
GOOGLE-00395895 - GOOGLE-00395896
GOOGLE-00395897
GOOGLE-00395898
GOOGLE-00395899
GOOGLE-00395900
GOOGLE-00395901
GOOGLE-00395902 - GOOGLE-00395903
GOOGLE-00395904 - GOOGLE-00395906
GOOGLE-00395907 - GOOGLE-00395908
GOOGLE-00395909 - GOOGLE-00395913
GOOGLE-00395914 - GOOGLE-00395918
GOOGLE-00395919 - GOOGLE-00395940
GOOGLE-00395941
GOOGLE-00395942
GOOGLE-00395943 - GOOGLE-00395944
GOOGLE-00395945 - GOOGLE-00395949
GOOGLE-00395950 - GOOGLE-00395957
GOOGLE-00395958
GOOGLE-00395959
GOOGLE-00395960 - GOOGLE-00395980
GOOGLE-00395981
GOOGLE-00395982
GOOGLE-00395983
GOOGLE-00395984
GOOGLE-00395985
GOOGLE-00395986 - GOOGLE-00395987
GOOGLE-00395988
GOOGLE-00395989 - GOOGLE-00396007
GOOGLE-00396008 - GOOGLE-00396024
GOOGLE-00396025 - GOOGLE-00396027
GOOGLE-00396028
GOOGLE-00396029
GOOGLE-00396030 - GOOGLE-00396033
GOOGLE-00396034 - GOOGLE-00396036
GOOGLE-00396037
GOOGLE-00396038 - GOOGLE-00396047
GOOGLE-00396048 - GOOGLE-00396051
GOOGLE-00396052 - GOOGLE-00396056
GOOGLE-00396057
GOOGLE-00396058 - GOOGLE-00396059
GOOGLE-00396060 - GOOGLE-00396075
GOOGLE-00396076 - GOOGLE-00396079
GOOGLE-00396080
GOOGLE-00396081
GOOGLE-00396082
GOOGLE-00396083
GOOGLE-00396084 - GOOGLE-00396086
GOOGLE-00396087
GOOGLE-00396088 - GOOGLE-00396090
GOOGLE-00396091 - GOOGLE-00396093
GOOGLE-00396094
GOOGLE-00396095 - GOOGLE-00396098
GOOGLE-00396099 - GOOGLE-00396116
GOOGLE-00396117 - GOOGLE-00396118

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relativity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOGLE-00396129
GOOGLE-00396130 - GOOGLE-00396131
GOOGLE-00396132 - GOOGLE-00396145
GOOGLE-00396146
GOOGLE-00396147 - GOOGLE-00396149
GOOGLE-00396150 - GOOGLE-00396159
GOOGLE-00396160 - GOOGLE-00396177
GOOGLE-00396178 - GOOGLE-00396206
GOOGLE-00396207 - GOOGLE-00396212
GOOGLE-00396213 - GOOGLE-00396272
GOOGLE-00396273 - GOOGLE-00396275
GOOGLE-00396276 - GOOGLE-00396288
GOOGLE-00396289 - GOOGLE-00396292
GOOGLE-00396293 - GOOGLE-00396295
GOOGLE-00396296 - GOOGLE-00396307
GOOGLE-00396308
GOOGLE-00396309 - GOOGLE-00396311
GOOGLE-00396312
GOOGLE-00396313 - GOOGLE-00396315
GOOGLE-00396316 - GOOGLE-00396318
GOOGLE-00396319
GOOGLE-00408577 - GOOGLE-00408578
GOOGLE-01-00001252 - GOOGLE-01-00001253
GOOGLE-01-00004450 - GOOGLE-01-00004468
GOOGLE-01-00004469 - GOOGLE-01-00004545
GOOGLE-01-00004621
GOOGLE-01-00004623 - GOOGLE-01-00004640
GOOGLE-01-00004766 - GOOGLE-01-00004767
GOOGLE-01-00004804 - GOOGLE-01-00004806
GOOGLE-01-00004847 - GOOGLE-01-00004848
GOOGLE-01-00004974 - GOOGLE-01-00004978
GOOGLE-01-00004995 - GOOGLE-01-00005006
GOOGLE-01-00006208 - GOOGLE-01-00006311
GOOGLE-01-00006313 - GOOGLE-01-00006330
GOOGLE-01-00006708
GOOGLE-01-00007464
GOOGLE-01-00007465 - GOOGLE-01-00007484
GOOGLE-01-00012978 - GOOGLE-01-00012983
GOOGLE-01-00016596 - GOOGLE-01-00016615
GOOGLE-01-00016600
GOOGLE-01-00016636 - GOOGLE-01-00016653
GOOGLE-01-00016726 - GOOGLE-01-00016728
GOOGLE-01-00016729 - GOOGLE-01-00016732
GOOGLE-01-00016888 - GOOGLE-01-00016892
GOOGLE-01-00016915 - GOOGLE-01-00016918
GOOGLE-01-00017143 - GOOGLE-01-00017144
GOOGLE-01-00017154
GOOGLE-01-00017221
GOOGLE-01-00136577 - GOOGLE-01-00136578
GOOGLE-01-00017222 - GOOGLE-01-00017227
GOOGLE-01-00017250 - GOOGLE-01-00017251
GOOGLE-01-00017298
GOOGLE-01-00017299 - GOOGLE-01-00017365
GOOGLE-01-00017302
GOOGLE-01-00018140
GOOGLE-01-00018240 - GOOGLE-01-00018242
GOOGLE-01-00018428
GOOGLE-01-00018470 - GOOGLE-01-00018471
GOOGLE-01-00018538
GOOGLE-01-00018539 - GOOGLE-01-00018546
GOOGLE-01-00018836
GOOGLE-01-00019039 - GOOGLE-01-00019040
GOOGLE-01-00019368 - GOOGLE-01-00019398
GOOGLE-01-00019511 - GOOGLE-01-00019513
GOOGLE-01-00019527 - GOOGLE-01-00019528
GOOGLE-01-00019529 - GOOGLE-01-00019532
GOOGLE-01-00019536
GOOGLE-01-00019537 - GOOGLE-01-00019560
GOOGLE-01-00019561
GOOGLE-01-00020132 - GOOGLE-01-00020133
GOOGLE-01-00023102 - GOOGLE-01-00023104
GOOGLE-01-00023889 - GOOGLE-01-00023890
GOOGLE-01-00023931 - GOOGLE-01-00023932
GOOGLE-01-00023933 - GOOGLE-01-00023961
GOOGLE-01-00024599
GOOGLE-01-00024669 - GOOGLE-01-00024671
GOOGLE-01-00024672 - GOOGLE-01-00024674
GOOGLE-01-00024675 - GOOGLE-01-00024716
GOOGLE-01-00025329
GOOGLE-01-00025330 - GOOGLE-01-00025334
GOOGLE-01-00025375 - GOOGLE-01-00025433
GOOGLE-01-00025376 - GOOGLE-01-00025433
GOOGLE-01-00025454 - GOOGLE-01-00025457
GOOGLE-01-00025468 - GOOGLE-01-00025472
GOOGLE-01-00025505 - GOOGLE-01-00025506
GOOGLE-01-00025523
GOOGLE-01-00025575
GOOGLE-01-00025575 - GOOGLE-01-00025587
GOOGLE-01-00025576 - GOOGLE-01-00025587
GOOGLE-01-00025699
GOOGLE-01-00026169
GOOGLE-01-00026598 - GOOGLE-01-00026602
GOOGLE-01-00026813 - GOOGLE-01-00026814
GOOGLE-01-00027175 - GOOGLE-01-00027176
GOOGLE-01-00027566
GOOGLE-01-00028065 - GOOGLE-01-00028073
GOOGLE-01-00028402 - GOOGLE-01-00028405
GOOGLE-01-00028497
GOOGLE-01-00028522 - GOOGLE-01-00028523
GOOGLE-01-00029329 - GOOGLE-01-00029330
GOOGLE-01-00029331 - GOOGLE-01-00029332
GOOGLE-01-00030050 - GOOGLE-01-00030054
GOOGLE-01-00030157 - GOOGLE-01-00030164
GOOGLE-01-00030202 - GOOGLE-01-00030209
GOOGLE-01-00030890 - GOOGLE-01-00030891
GOOGLE-01-00030897 - GOOGLE-01-00030898
GOOGLE-01-00030965 - GOOGLE-01-00030966
GOOGLE-01-00031229
GOOGLE-01-00031263 - GOOGLE-01-00031269
GOOGLE-01-00031270 - GOOGLE-01-00031275
GOOGLE-01-00035931 - GOOGLE-01-00035932
GOOGLE-01-00035931 - GOOGLE-01-00035933
GOOGLE-01-00042216 - GOOGLE-01-00042227
GOOGLE-01-00042282 - GOOGLE-01-00042296
GOOGLE-01-00042467 - GOOGLE-01-00042471
GOOGLE-01-00044022 - GOOGLE-01-00044023
GOOGLE-01-00046006 - GOOGLE-01-00046010
GOOGLE-01-00046011 - GOOGLE-01-00046046
GOOGLE-01-00048156 - GOOGLE-01-00048163
GOOGLE-01-00048436 - GOOGLE-01-00048484
GOOGLE-01-00048486 - GOOGLE-01-00048505
GOOGLE-01-00048629 - GOOGLE-01-00048632
GOOGLE-01-00048633 - GOOGLE-01-00048653
GOOGLE-01-00048791
GOOGLE-01-00048876 - GOOGLE-01-00048899
GOOGLE-01-00048953 - GOOGLE-01-00048970
GOOGLE-01-00049780 - GOOGLE-01-00049784
GOOGLE-01-00049877
GOOGLE-01-00050232
GOOGLE-01-00050315 - GOOGLE-01-00050327
GOOGLE-01-00050348 - GOOGLE-01-00050354
GOOGLE-01-00050348 - GOOGLE-01-00050361
GOOGLE-01-00050588 - GOOGLE-01-00050592
GOOGLE-01-00051630 - GOOGLE-01-00051631
GOOGLE-01-00051633 - GOOGLE-01-00051634
GOOGLE-01-00051706 - GOOGLE-01-00051707
GOOGLE-01-00052293
GOOGLE-01-00053329 - GOOGLE-01-00053330
GOOGLE-01-00053346
GOOGLE-01-00053551
GOOGLE-01-00053552 - GOOGLE-01-00053591
GOOGLE-01-00053556
GOOGLE-01-00053585
GOOGLE-01-00054219
GOOGLE-01-00054673 - GOOGLE-01-00054674
GOOGLE-01-00056096 - GOOGLE-01-00056097
GOOGLE-01-00056098 - GOOGLE-01-00056105
GOOGLE-01-00056184 - GOOGLE-01-00056187
GOOGLE-01-00056184 - GOOGLE-01-00056202
GOOGLE-01-00056188 - GOOGLE-01-00056202
GOOGLE-01-00056539
GOOGLE-01-00056539 - GOOGLE-01-00056557
GOOGLE-01-00056540 - GOOGLE-01-00056557
GOOGLE-01-00056695 - GOOGLE-01-00056697
GOOGLE-01-00057655
GOOGLE-01-00057656 - GOOGLE-01-00057710
GOOGLE-01-00062031 - GOOGLE-01-00062032
GOOGLE-01-00062071
GOOGLE-01-00062071 - GOOGLE-01-00062088
GOOGLE-01-00062072 - GOOGLE-01-00062088
GOOGLE-01-00062208 - GOOGLE-01-00062215
GOOGLE-01-00062240 - GOOGLE-01-00062248
GOOGLE-01-00062454 - GOOGLE-01-00062472
GOOGLE-01-00063199
GOOGLE-01-00063571 - GOOGLE-01-00063573
GOOGLE-01-00063681 - GOOGLE-01-00063684
GOOGLE-01-00064091 - GOOGLE-01-00064093
GOOGLE-01-00064206
GOOGLE-01-00064207 - GOOGLE-01-00064231
GOOGLE-01-00065647 - GOOGLE-01-00065653
GOOGLE-01-00065655
GOOGLE-01-00065669
GOOGLE-01-00065722 - GOOGLE-01-00065723
GOOGLE-01-00066091 - GOOGLE-01-00066095
GOOGLE-01-00066909
GOOGLE-01-00072883 - GOOGLE-01-00072896
GOOGLE-01-00073281 - GOOGLE-01-00073282
GOOGLE-01-00075935 - GOOGLE-01-00075936
GOOGLE-01-00076949 - GOOGLE-01-00076951
GOOGLE-01-00080869
GOOGLE-01-00081161
GOOGLE-01-00081703 - GOOGLE-01-00081704
GOOGLE-01-00081724
GOOGLE-01-00081881
GOOGLE-01-00082216
GOOGLE-01-00082292 - GOOGLE-01-00082295
GOOGLE-01-00082299
GOOGLE-01-00084024
GOOGLE-01-00084746 - GOOGLE-01-00084748
GOOGLE-01-00090929
GOOGLE-01-00093736 - GOOGLE-01-00093756
GOOGLE-01-00098811 - GOOGLE-01-00098812
GOOGLE-01-00112859 - GOOGLE-01-00112861
GOOGLE-01-00131959 - GOOGLE-01-00131962
GOOGLE-01-00131963 - GOOGLE-01-00131965
GOOGLE-01-00134769

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOGLE-01-00137031 - GOOGLE-01-00137032
GOOGLE-01-00137301 - GOOGLE-01-00137305
GOOGLE-01-00148540
GOOGLE-02-00002849 - GOOGLE-02-00002855
GOOGLE-02-00004627 - GOOGLE-02-00004628
GOOGLE-02-00010504 - GOOGLE-02-00010510
GOOGLE-02-00020474 - GOOGLE-02-00020475
GOOGLE-02-00028118 - GOOGLE-02-00028121
GOOGLE-02-00038403 - GOOGLE-02-00038404
GOOGLE-02-00046845
GOOGLE-02-00052356
GOOGLE-02-00071475 - GOOGLE-02-00071479
GOOGLE-02-00071778 - GOOGLE-02-00071779
GOOGLE-02-00076017
GOOGLE-02-00077799
GOOGLE-02-00104269 - GOOGLE-02-00104270
GOOGLE-02-00111218
GOOGLE-02-00148897 - GOOGLE-02-00148898
GOOGLE-02-00185299
GOOGLE-02-00217616 - GOOGLE-02-00217618
GOOGLE-02-00219047 - GOOGLE-02-00219050
GOOGLE-02-00299367
GOOGLE-02-00380922
GOOGLE-02-00411591 - GOOGLE-02-00411593
GOOGLE-02-00411594
GOOGLE-02-00417120
GOOGLE-02-00449471
GOOGLE-03-00000270
GOOGLE-03-00000556 - GOOGLE-03-00000559
GOOGLE-03-00003270
GOOGLE-03-00048571
GOOGLE-03-00069135
GOOGLE-03-00069156 - GOOGLE-03-00069231
GOOGLE-03-00079688
GOOGLE-03-00143533 - GOOGLE-03-00143536
GOOGLE-03-00168213 - GOOGLE-03-00168214
GOOGLE-03-00276320 - GOOGLE-03-00276323
GOOGLE-03168864 - GOOGLE-03168878
GOOGLE-03168954 - GOOGLE-03168955
GOOGLE-03168956
GOOGLE-03169000 - GOOGLE-03169040
GOOGLE-03169117
GOOGLE-03169550 - GOOGLE-03169569
GOOGLE-03169550 - GOOGLE-03169603
GOOGLE-03169604 - GOOGLE-03169616
GOOGLE-03169617
GOOGLE-03169618
GOOGLE-03169619
GOOGLE-03349768 - GOOGLE-03349772
GOOGLE-03169620
GOOGLE-03169621
GOOGLE-03169622
GOOGLE-03169623
GOOGLE-03169624
GOOGLE-03169625
GOOGLE-03169626 - GOOGLE-03169628
GOOGLE-03169629
GOOGLE-03169630 - GOOGLE-03169711
GOOGLE-03169712 - GOOGLE-03169840
GOOGLE-03169841 - GOOGLE-03169896
GOOGLE-03169897 - GOOGLE-03169953
GOOGLE-03169954 - GOOGLE-03170011
GOOGLE-03170012 - GOOGLE-03170225
GOOGLE-03170226 - GOOGLE-03170385
GOOGLE-03170386 - GOOGLE-03170646
GOOGLE-03170647 - GOOGLE-03170736
GOOGLE-03170737 - GOOGLE-03170968
GOOGLE-03170969 - GOOGLE-03171171
GOOGLE-03171172 - GOOGLE-03171375
GOOGLE-03171376 - GOOGLE-03171461
GOOGLE-03171462 - GOOGLE-03171528
GOOGLE-03171529 - GOOGLE-03171539
GOOGLE-03171700 - GOOGLE-03171788
GOOGLE-03171789 - GOOGLE-03171824
GOOGLE-03171910 - GOOGLE-03171966
GOOGLE-03171967 - GOOGLE-03171974
GOOGLE-03172171 - GOOGLE-03172265
GOOGLE-03172266 - GOOGLE-03172346
GOOGLE-03172347 - GOOGLE-03172380
GOOGLE-03172381 - GOOGLE-03172609
GOOGLE-03172610 - GOOGLE-03172666
GOOGLE-03172667 - GOOGLE-03172728
GOOGLE-03172729 - GOOGLE-03172744
GOOGLE-03172786 - GOOGLE-03173262
GOOGLE-03173263
GOOGLE-03173264
GOOGLE-03173265
GOOGLE-03173266
GOOGLE-03173267
GOOGLE-03173268
GOOGLE-03173269
GOOGLE-03173270
GOOGLE-03173271
GOOGLE-03173272
GOOGLE-03173273
GOOGLE-03173274
GOOGLE-03173275
GOOGLE-03173276
GOOGLE-03173277
GOOGLE-03173278
GOOGLE-03173279
GOOGLE-03173280
GOOGLE-03173281
GOOGLE-03173282
GOOGLE-03173283
GOOGLE-03173284
GOOGLE-03173285
GOOGLE-03173286
GOOGLE-03173287
GOOGLE-03173288
GOOGLE-03173289
GOOGLE-03173290
GOOGLE-03173291
GOOGLE-03173292
GOOGLE-03173293
GOOGLE-03173294
GOOGLE-03173295
GOOGLE-03173296
GOOGLE-03173297
GOOGLE-03173298
GOOGLE-03173299
GOOGLE-03173300
GOOGLE-03173301
GOOGLE-03173302
GOOGLE-03173303
GOOGLE-03173304
GOOGLE-03173305
GOOGLE-03173306
GOOGLE-03173307
GOOGLE-03173308
GOOGLE-03173309
GOOGLE-03173310
GOOGLE-03173311
GOOGLE-03173312
GOOGLE-03173313
GOOGLE-03173314
GOOGLE-03173315
GOOGLE-03173316
GOOGLE-03173317
GOOGLE-03173318
GOOGLE-03173319
GOOGLE-03173320
GOOGLE-03173321
GOOGLE-03173322
GOOGLE-03173323
GOOGLE-03173324
GOOGLE-03173325
GOOGLE-03173326
GOOGLE-03173327
GOOGLE-03173328
GOOGLE-03173329
GOOGLE-03173330
GOOGLE-03173331
GOOGLE-03173332
GOOGLE-03173333
GOOGLE-03173334
GOOGLE-03173335
GOOGLE-03173336
GOOGLE-03173337
GOOGLE-03173338
GOOGLE-03173339
GOOGLE-03173340
GOOGLE-03173341
GOOGLE-03173342
GOOGLE-03173343
GOOGLE-03173344
GOOGLE-03173345
GOOGLE-03173346
GOOGLE-03173347
GOOGLE-03173348
GOOGLE-03173349
GOOGLE-03173350
GOOGLE-03173351
GOOGLE-03173352 - GOOGLE-03173355
GOOGLE-03173356
GOOGLE-03173357
GOOGLE-03173358
GOOGLE-03173359
GOOGLE-03173360
GOOGLE-03173361
GOOGLE-03173362
GOOGLE-03173363
GOOGLE-03173364
GOOGLE-03173365
GOOGLE-03173366
GOOGLE-03173367
GOOGLE-03173368
GOOGLE-03173369
GOOGLE-03173370
GOOGLE-03349735
GOOGLE-03349736 - GOOGLE-03349757
GOOGLE-03349758 - GOOGLE-03349759
GOOGLE-03349760 - GOOGLE-03349763
GOOGLE-03349764
GOOGLE-03349765
GOOGLE-03349766 - GOOGLE-03349767

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOGLE-03349773 - GOOGLE-03349774
GOOGLE-03349775 - GOOGLE-03349830
GOOGLE-03349831
GOOGLE-03349832 - GOOGLE-03349892
GOOGLE-03349893 - GOOGLE-03349949
GOOGLE-03349950 - GOOGLE-03350002
GOOGLE-03350003
GOOGLE-03350004
GOOGLE-03369807 - GOOGLE-03369953
GOOGLE-03370330
GOOGLE-03370331 - GOOGLE-03371484
GOOGLE-03371485
GOOGLE-03371486
GOOGLE-03371487 - GOOGLE-03371493
GOOGLE-03371494
GOOGLE-03371495
GOOGLE-03371496
GOOGLE-03371497
GOOGLE-03371498
GOOGLE-03371499
GOOGLE-03371500
GOOGLE-03371501
GOOGLE-03371502
GOOGLE-03371503 - GOOGLE-03371504
GOOGLE-03371505 - GOOGLE-03371539
GOOGLE-03371540 - GOOGLE-03371555
GOOGLE-03371632 - GOOGLE-03371644
GOOGLE-03371645 - GOOGLE-03371656
GOOGLE-03371657 - GOOGLE-03371668
GOOGLE-03374578 - GOOGLE-03374593
GOOGLE-03393373
GOOGLE-03393374 - GOOGLE-03393419
GOOGLE-03403114 - GOOGLE-03403138
GOOGLE-04-00003182 - GOOGLE-04-00003185
GOOGLE-04-00003629 - GOOGLE-04-00003636
GOOGLE-04-00010230 - GOOGLE-04-00010241
GOOGLE-04-00042517
GOOGLE-04-00042610 - GOOGLE-04-00042612
GOOGLE-04-00055098 - GOOGLE-04-00055099
GOOGLE-04-00055169 - GOOGLE-04-00055171
GOOGLE-04-00065981 - GOOGLE-04-00065983
GOOGLE-04-00082439
GOOGLE-05-00167679 - GOOGLE-05-00167688
GOOGLE-05-00167853 - GOOGLE-05-00167864
GOOGLE-07-00003752 - GOOGLE-07-00003756
GOOGLE-07-00087887
GOOGLE-09-00006128 - GOOGLE-09-00006129
GOOGLE-10-00045447 - GOOGLE-10-00045448
GOOGLE-26-00007442 - GOOGLE-26-00007509
GOOGLE-10-00045449 - GOOGLE-10-00045497
GOOGLE-10-00045498 - GOOGLE-10-00045530
GOOGLE-10-00045531 - GOOGLE-10-00045557
GOOGLE-10-00046409 - GOOGLE-10-00046410
GOOGLE-10-00046844 - GOOGLE-10-00046847
GOOGLE-12-00000115
GOOGLE-12-00000472 - GOOGLE-12-00000476
GOOGLE-12-00000473 - GOOGLE-12-00000476
GOOGLE-12-00000537 - GOOGLE-12-00000541
GOOGLE-12-00003871 - GOOGLE-12-00003881
GOOGLE-12-00006964
GOOGLE-12-00027267 - GOOGLE-12-00027269
GOOGLE-12-00037186 - GOOGLE-12-00037282
GOOGLE-12-00039565
GOOGLE-12-00044903
GOOGLE-12-00044940
GOOGLE-12-00044941 - GOOGLE-12-00044957
GOOGLE-12-00079180 - GOOGLE-12-00079181
GOOGLE-12-00079180 - GOOGLE-12-00079194
GOOGLE-12-00079182 - GOOGLE-12-00079194
GOOGLE-12-00080355
GOOGLE-12-00080356 - GOOGLE-12-00080367
GOOGLE-12-00134317 - GOOGLE-12-00134319
GOOGLE-12-100000001 - GOOGLE-12-100000011
GOOGLE-12-10000001 - GOOGLE-12-10000011
GOOGLE-12-10000011
GOOGLE-12-10000022
GOOGLE-13-00027147 - GOOGLE-13-00027149
GOOGLE-13-00173800 - GOOGLE-13-00173801
GOOGLE-14-00000940
GOOGLE-14-00001233
GOOGLE-14-00002301 - GOOGLE-14-00002302
GOOGLE-14-00003420 - GOOGLE-14-00003421
GOOGLE-14-00007061 - GOOGLE-14-00007062
GOOGLE-14-00024408 - GOOGLE-14-00024409
GOOGLE-14-00024972 - GOOGLE-14-00024974
GOOGLE-14-00027791
GOOGLE-14-00027831
GOOGLE-14-00029753
GOOGLE-14-00042243
GOOGLE-14-00042244 - GOOGLE-14-00042254
GOOGLE-14-00045584 - GOOGLE-14-00045585
GOOGLE-15-00087055 - GOOGLE-15-00087057
GOOGLE-15-00087058 - GOOGLE-15-00087062
GOOGLE-16-00110209 - GOOGLE-16-00110248
GOOGLE-17-00063063
GOOGLE-17-00066964
GOOGLE-17-00067104 - GOOGLE-17-00067105
GOOGLE-17-00069037 - GOOGLE-17-00069038
GOOGLE-17-00089404 - GOOGLE-17-00089408
GOOGLE-17-00095257 - GOOGLE-17-00095262
GOOGLE-17-00667983 - GOOGLE-17-00667986
GOOGLE-17-00738457 - GOOGLE-17-00738460
GOOGLE-21-00001369
GOOGLE-21-00003352
GOOGLE-21-00003353
GOOGLE-21-00005867 - GOOGLE-21-00005901
GOOGLE-21-00006051 - GOOGLE-21-00006072
GOOGLE-21-00008116 - GOOGLE-21-00008117
GOOGLE-21-00008116 - GOOGLE-21-00008139
GOOGLE-21-00008118 - GOOGLE-21-00008139
GOOGLE-21-00019274 - GOOGLE-21-00019309
GOOGLE-21-00019317 - GOOGLE-21-00019353
GOOGLE-21-00020084 - GOOGLE-21-00020085
GOOGLE-21-00020086 - GOOGLE-21-00020096
GOOGLE-22-000420
GOOGLE-22-00042069 - GOOGLE-22-00042103
GOOGLE-22-00060006
GOOGLE-22-00060006 - GOOGLE-22-00060044
GOOGLE-22-00060007 - GOOGLE-22-00060044
GOOGLE-22-00071003 - GOOGLE-22-00071052
GOOGLE-22-00113653
GOOGLE-22-00113654
GOOGLE-22-00122517 - GOOGLE-22-00122537
GOOGLE-22-00171913
GOOGLE-22-00171914 - GOOGLE-22-00171950
GOOGLE-22-00171914 - GOOGLE-22-00171951
GOOGLE-22-00171917 - GOOGLE-22-00171951
GOOGLE-22-00184742 - GOOGLE-22-00184745
GOOGLE-22-00226486
GOOGLE-22-00226487 - GOOGLE-22-00226522
GOOGLE-22-00331776 - GOOGLE-22-00331777
GOOGLE-2200339237 - GOOGLE-22000339238
GOOGLE-22-00339237 - GOOGLE-22-00339238
GOOGLE-22-00393336 - GOOGLE-22-00393337
GOOGLE-22-00399665 - GOOGLE-22-00399669
GOOGLE-22-00433254 - GOOGLE-22-00433265
GOOGLE-22-00451178 - GOOGLE-22-00451187
GOOGLE-22-00481881 - GOOGLE-22-00481884
GOOGLE-22-00520449 - GOOGLE-22-00520462
GOOGLE-23-00000001 - GOOGLE-23-00000027
GOOGLE-23-00000049 - GOOGLE-23-00000057
GOOGLE-23-00004498
GOOGLE-23-00025071 - GOOGLE-23-00025072
GOOGLE-23-00025902 - GOOGLE-23-00025913
GOOGLE-23-00026900 - GOOGLE-23-00026914
GOOGLE-24-00000001 - GOOGLE-24-00000002
GOOGLE-24-00010061
GOOGLE-24-00011104
GOOGLE-24-00011105 - GOOGLE-24-00011313
GOOGLE-24-00013701
GOOGLE-24-00013701 - GOOGLE-24-00013712
GOOGLE-24-00013702 - GOOGLE-24-00013712
GOOGLE-24-00013713
GOOGLE-24-00016512 - GOOGLE-24-00016514
GOOGLE-24-00017719
GOOGLE-24-00020259 - GOOGLE-24-00020260
GOOGLE-24-00020885 - GOOGLE-24-00020894
GOOGLE-24-00021705 - GOOGLE-24-00021737
GOOGLE-24-00034124 - GOOGLE-24-00034128
GOOGLE-24-00129517 - GOOGLE-24-00129527
GOOGLE-24-00147890 - GOOGLE-24-00147969
GOOGLE-24-00181688 - GOOGLE-24-00181707
GOOGLE-24-00198138
GOOGLE-25-00000730 - GOOGLE-25-00000731
GOOGLE-25-00029979 - GOOGLE-25-00029990
GOOGLE-25-00039558 - GOOGLE-25-00039559
GOOGLE-26-00003295 - GOOGLE-26-00003314
GOOGLE-26-00003315 - GOOGLE-26-00003337
GOOGLE-26-00003462 - GOOGLE-26-00003469
GOOGLE-26-00003470 - GOOGLE-26-00003486
GOOGLE-26-00003554 - GOOGLE-26-00003576
GOOGLE-26-00003869 - GOOGLE-26-00003890
GOOGLE-26-00003891 - GOOGLE-26-00003913
GOOGLE-26-00004278 - GOOGLE-26-00004297
GOOGLE-26-00004562 - GOOGLE-26-00004579
GOOGLE-26-00004693 - GOOGLE-26-00004720
GOOGLE-26-00004886 - GOOGLE-26-00004903
GOOGLE-26-00004952 - GOOGLE-26-00004974
GOOGLE-26-00005409 - GOOGLE-26-00005433
GOOGLE-26-00005459 - GOOGLE-26-00005481
GOOGLE-26-00005505 - GOOGLE-26-00005528
GOOGLE-26-00005730
GOOGLE-26-00005731
GOOGLE-26-00005904 - GOOGLE-26-00005912
GOOGLE-26-00006035 - GOOGLE-26-00006042
GOOGLE-26-00006162 - GOOGLE-26-00006169
GOOGLE-26-00006275 - GOOGLE-26-00006300
GOOGLE-26-00006665
GOOGLE-26-00006666 - GOOGLE-26-00006691
GOOGLE-26-00007276
GOOGLE-26-00007277 - GOOGLE-26-00007312
GOOGLE-26-00007313 - GOOGLE-26-00007317
GOOGLE-26-00007318 - GOOGLE-26-00007335
GOOGLE-26-00007336 - GOOGLE-26-00007372
GOOGLE-26-00007373 - GOOGLE-26-00007414
GOOGLE-26-00007415 - GOOGLE-26-00007441

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOGLE-26-00007510 - GOOGLE-26-00007514
GOOGLE-26-00007515 - GOOGLE-26-00007546
GOOGLE-26-00007547
GOOGLE-26-00007930
GOOGLE-26-00008340
GOOGLE-26-00008341 - GOOGLE-26-00008342
GOOGLE-26-00008343 - GOOGLE-26-00008363
GOOGLE-26-00008364
GOOGLE-26-00008365
GOOGLE-26-00008366 - GOOGLE-26-00008375
GOOGLE-26-00010176 - GOOGLE-26-00010183
GOOGLE-26-00010386 - GOOGLE-26-00010405
GOOGLE-26-00010444 - GOOGLE-26-00000455
GOOGLE-26-00022907 - GOOGLE-26-00022926
GOOGLE-26-00023539 - GOOGLE-26-00023557
GOOGLE-26-00023560 - GOOGLE-26-00023578
GOOGLE-26-00023579 - GOOGLE-26-00023597
GOOGLE-26-00023598 - GOOGLE-26-00023615
GOOGLE-26-00023653 - GOOGLE-26-00023667
GOOGLE-26-00023709 - GOOGLE-26-00023728
GOOGLE-26-00024432 - GOOGLE-26-00024438
GOOGLE-26-00024751 - GOOGLE-26-00024765
GOOGLE-26-00025071 - GOOGLE-26-00025073
GOOGLE-26-00025077 - GOOGLE-26-00025078
GOOGLE-26-00025112 - GOOGLE-26-00025131
GOOGLE-26-00025152 - GOOGLE-26-00025158
GOOGLE-26-00025769 - GOOGLE-26-00007772
GOOGLE-26-00030777
GOOGLE-26-00030778
GOOGLE-26-00030910
GOOGLE-26-00030911
GOOGLE-26-00031099 - GOOGLE-26-00031103
GOOGLE-26-00031131 - GOOGLE-26-00031132
GOOGLE-26-00031195 - GOOGLE-26-00031198
GOOGLE-26-00031242
GOOGLE-26-00031474
GOOGLE-26-00031474 - GOOGLE-26-00031497
GOOGLE-26-00031475 - GOOGLE-26-00031496
GOOGLE-26-00031497
GOOGLE-26-00031558 - GOOGLE-26-00031559
GOOGLE-26-00040640 - GOOGLE-26-00040658
GOOGLE-27-00000046 - GOOGLE-27-00000063
GOOGLE-27-00000235 - GOOGLE-27-00000256
GOOGLE-27-00000531 - GOOGLE-27-00000532
GOOGLE-27-00000533 - GOOGLE-27-00000571
GOOGLE-27-00000777 - GOOGLE-27-00000800
GOOGLE-27-00000993 - GOOGLE-27-00001008
GOOGLE-27-00001796 - GOOGLE-27-00001813
GOOGLE-67-00032328
GOOGLE-27-00002001 - GOOGLE-27-00002025
GOOGLE-27-00002479
GOOGLE-27-00002651 - GOOGLE-27-00002680
GOOGLE-27-00002813 - GOOGLE-27-00002834
GOOGLE-27-00002878 - GOOGLE-27-00002901
GOOGLE-27-00003030 - GOOGLE-27-00003053
GOOGLE-27-00003083 - GOOGLE-27-00003102
GOOGLE-27-00003103 - GOOGLE-27-00003123
GOOGLE-27-00003146 - GOOGLE-27-00003169
GOOGLE-27-00003353 - GOOGLE-27-00003374
GOOGLE-27-00003533 - GOOGLE-27-00003553
GOOGLE-27-00003580 - GOOGLE-27-00003599
GOOGLE-27-00004094 - GOOGLE-27-00004117
GOOGLE-27-00004163 - GOOGLE-27-00004166
GOOGLE-27-00004167
GOOGLE-27-00004193 - GOOGLE-27-00004216
GOOGLE-27-00004476 - GOOGLE-27-00004499
GOOGLE-27-00004584 - GOOGLE-27-00004591
GOOGLE-27-00004592 - GOOGLE-27-00004616
GOOGLE-27-00004664 - GOOGLE-27-00004688
GOOGLE-27-00004736 - GOOGLE-27-00004759
GOOGLE-27-00006703 - GOOGLE-27-00006725
GOOGLE-27-00006737 - GOOGLE-27-00006762
GOOGLE-27-00007319 - GOOGLE-27-00007320
GOOGLE-27-00007772 - GOOGLE-27-00007789
GOOGLE-27-00008067 - GOOGLE-27-00008077
GOOGLE-27-00008384 - GOOGLE-27-00008386
GOOGLE-27-00009337 - GOOGLE-27-00009341
GOOGLE-27-00009428
GOOGLE-27-00016324 - GOOGLE-27-00016325
GOOGLE-27-00016326 - GOOGLE-27-00016353
GOOGLE-27-00016354 - GOOGLE-27-00016377
GOOGLE-27-00016354 - GOOGLE-27-00016379
GOOGLE-27-00016355 - GOOGLE-27-00016376
GOOGLE-27-00016378 - GOOGLE-27-00016404
GOOGLE-27-00016378 - GOOGLE-27-00016410
GOOGLE-27-00023502 - GOOGLE-27-00023521
GOOGLE-29-00002338 - GOOGLE-29-00002341
GOOGLE-29-00004478 - GOOGLE-29-00004510
GOOGLE-30-00036599 - GOOGLE-30-00036611
GOOGLE-30-00101209 - GOOGLE-30-00101274
GOOGLE-30-00101210 - GOOGLE-30-00101215
GOOGLE-30-00118275 - GOOGLE-30-00118347
GOOGLE-30-00118587
GOOGLE-30-00118588 - GOOGLE-30-00118605
GOOGLE-30-0102791 - GOOGLE-30-00102808
GOOGLE-32-00000913
GOOGLE-32-00002815
GOOGLE-32-00009489 - GOOGLE-32-00009515
GOOGLE-32-00010479 - GOOGLE-32-00010480
GOOGLE-32-00010481
GOOGLE-32-00013917
GOOGLE-32-00015429
GOOGLE-32-00018407 - GOOGLE-32-00018409
GOOGLE-32-00018410 - GOOGLE-32-00018442
GOOGLE-32-00045891 - GOOGLE-32-00045903
GOOGLE-33-00007546 - GOOGLE-33-00007547
GOOGLE-34-00085308 - GOOGLE-34-00085310
GOOGLE-34-00089028
GOOGLE-34-00089029 - GOOGLE-34-00089050
GOOGLE-34-00089029 - GOOGLE-34-00089067
GOOGLE-34-00089030 - GOOGLE-34-00089050
GOOGLE-35-00073075 - GOOGLE-35-00073100
GOOGLE-38-00009472 - GOOGLE-38-00009473
GOOGLE-38-00010714 - GOOGLE-38-00010720
GOOGLE-38-00015416 - GOOGLE-38-00015417
GOOGLE-39-00008022 - GOOGLE-39-00008024
GOOGLE-40-00000073 - GOOGLE-40-00000074
GOOGLE-40-00002441 - GOOGLE-40-00002444
GOOGLE-40-00030609 - GOOGLE-40-00030610
GOOGLE-40-00031156
GOOGLE-40-00031172 - GOOGLE-40-00031173
GOOGLE-45-00002774 - GOOGLE-45-00002786
GOOGLE-47-00000066 - GOOGLE-47-00000067
GOOGLE-49-00021460
GOOGLE-49-00021461 - GOOGLE-49-00021464
GOOGLE-49-00021465 - GOOGLE-49-00021481
GOOGLE-49-00033133 - GOOGLE-49-00033144
GOOGLE-49-00033349 - GOOGLE-49-00033356
GOOGLE-49-00045136 - GOOGLE-49-00045141
GOOGLE-49-00049888
GOOGLE-49-00049889 - GOOGLE-49-00049892
GOOGLE-52-00000299 - GOOGLE-52-00000312
GOOGLE-52-00000365 - GOOGLE-52-00000381
GOOGLE-52-00000382 - GOOGLE-52-00000395
GOOGLE-52-00000660 - GOOGLE-52-00000670
GOOGLE-52-00000677 - GOOGLE-52-00000696
GOOGLE-52-00005075 - GOOGLE-52-00005078
GOOGLE-52-00030266 - GOOGLE-52-00030270
GOOGLE-52-00032514 - GOOGLE-52-00032532
GOOGLE-52-00034183 - GOOGLE-52-00034194
GOOGLE-52-00035803 - GOOGLE-52-00035816
GOOGLE-52-00036196 - GOOGLE-52-00036213
GOOGLE-53-00316469
GOOGLE-58-00000748 - GOOGLE-58-00000767
GOOGLE-58-00002119 - GOOGLE-58-00002147
GOOGLE-58-00005019 - GOOGLE-58-00005032
GOOGLE-58-00005311
GOOGLE-58-00005312 - GOOGLE-58-00005318
GOOGLE-58-00021289 - GOOGLE-58-00021312
GOOGLE-58-00021470 - GOOGLE-58-00021501
GOOGLE-58-00021617 - GOOGLE-58-00021633
GOOGLE-58-00021654 - GOOGLE-58-00021672
GOOGLE-58-00022017 - GOOGLE-58-00022022
GOOGLE-58-00022023 - GOOGLE-58-00022044
GOOGLE-58-00022522 - GOOGLE-58-00022545
GOOGLE-58-00022696 - GOOGLE-58-00022698
GOOGLE-58-00022750 - GOOGLE-58-00022771
GOOGLE-58-00025039 - GOOGLE-58-00025060
GOOGLE-58-00025523 - GOOGLE-58-00055551
GOOGLE-58-00025762 - GOOGLE-58-00025781
GOOGLE-58-00027822 - GOOGLE-58-00027844
GOOGLE-58-00027871 - GOOGLE-58-00027891
GOOGLE-58-00029945
GOOGLE-58-00030343 - GOOGLE-58-00030344
GOOGLE-58-00030349 - GOOGLE-58-00030351
GOOGLE-58-00032027 - GOOGLE-58-00000043
GOOGLE-58-00034017
GOOGLE-58-00034018 - GOOGLE-58-00034021
GOOGLE-58-00035115 - GOOGLE-58-00035116
GOOGLE-58-00035115 - GOOGLE-58-00035120
GOOGLE-58-00035117 - GOOGLE-58-00035120
GOOGLE-58-00035598 - GOOGLE-58-00035599
GOOGLE-58-00037731 - GOOGLE-58-00037746
GOOGLE-58-00037832 - GOOGLE-58-00037844
GOOGLE-58-00038081 - GOOGLE-58-00038094
GOOGLE-58-00038662 - GOOGLE-58-00038678
GOOGLE-58-00039811 - GOOGLE-58-00039826
GOOGLE-58-00047591 - GOOGLE-58-00047606
GOOGLE-58-00048465 - GOOGLE-58-00048486
GOOGLE-58-00048925 - GOOGLE-58-00048931
GOOGLE-59-00002068
GOOGLE-59-00020583
GOOGLE-59-00020646 - GOOGLE-59-00020652
GOOGLE-59-00020653
GOOGLE-59-00030150 - GOOGLE-59-00030152
GOOGLE-59-00046402
GOOGLE-61-00012446 - GOOGLE-61-00012447
GOOGLE-62-00007522 - GOOGLE-62-00007523
GOOGLE-63-00126375 - GOOGLE-63-00126376
GOOGLE-66-00000274
GOOGLE-66-00002933 - GOOGLE-66-00002933
GOOGLE-66-00004127 - GOOGLE-66-00004130
GOOGLE-66-00004237 - GOOGLE-66-00004243
GOOGLE-66-00005053 - GOOGLE-66-00005070
GOOGLE-67-00032295 - GOOGLE-67-00032297
GOOGLE-67-00032298 - GOOGLE-67-00032302

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Google**

GOOGLE-67-00032330 - GOOGLE-67-00032334
GOOGLE-74-00034681 - GOOGLE-74-00034715
GOOGLE-77-00053555 - GOOGLE-77-00053575
GOOGLE-80-00081369 - GOOGLE-80-00081370
GOOGLE-84-00372702 - GOOGLE-84-00372706
GOOGLE-87-00005644 - GOOGLE-87-00005707
GOOGLE-87-00005645 - GOOGLE-87-00005708
GOOGLE-87-00005646 - GOOGLE-87-00005709
GOOGLE-87-00005647
GOOGLE-87-00005648 - GOOGLE-87-00005711
GOOGLE-87-00005649 - GOOGLE-87-00005712
GOOGLE-87-00005650
GOOGLE-87-00005651 - GOOGLE-87-00005714
GOOGLE-87-00005652 - GOOGLE-87-00005715
GOOGLE-87-00005653 - GOOGLE-87-00005716
GOOGLE-87-00005654 - GOOGLE-87-00005717
GOOGLE-87-00005655 - GOOGLE-87-00005718
GOOGLE-87-00005656 - GOOGLE-87-00005719
GOOGLE-87-00005657 - GOOGLE-87-00005720
GOOGLE-87-00005658 - GOOGLE-87-00005721
GOOGLE-87-00005659 - GOOGLE-87-00005722
GOOGLE-87-00005660 - GOOGLE-87-00005723
GOOGLE-87-00005661 - GOOGLE-87-00005724
GOOGLE-87-00005662 - GOOGLE-87-00005725
GOOGLE-87-00005663 - GOOGLE-87-00005726
GOOGLE-87-00005664 - GOOGLE-87-00005727
GOOGLE-87-00005665
GOOGLE-87-00005666 - GOOGLE-87-00005729
GOOGLE-87-00005667 - GOOGLE-87-00005730
GOOGLE-87-00005668 - GOOGLE-87-00005731
GOOGLE-87-00005669 - GOOGLE-87-00005732
GOOGLE-87-00005670 - GOOGLE-87-00005733
GOOGLE-87-00005671 - GOOGLE-87-00005734
GOOGLE-87-00005672 - GOOGLE-87-00005735
GOOGLE-87-00005673 - GOOGLE-87-00005736
GOOGLE-87-00005674 - GOOGLE-87-00005737
GOOGLE-87-00005675 - GOOGLE-87-00005738
GOOGLE-87-00005676 - GOOGLE-87-00005739
GOOGLE-87-00005677 - GOOGLE-87-00005740
GOOGLE-87-00005678 - GOOGLE-87-00005741
GOOGLE-87-00005679 - GOOGLE-87-00005742
GOOGLE-87-00005680 - GOOGLE-87-00005743
GOOGLE-87-00005681 - GOOGLE-87-00005744
GOOGLE-87-00005682 - GOOGLE-87-00005745
GOOGLE-87-00005683
GOOGLE-87-00005684
GOOGLE-87-00005685 - GOOGLE-87-00005748
GOOGLE-87-00005686 - GOOGLE-87-00005749
GOOGLE-87-00005687 - GOOGLE-87-00005750
GOOGLE-87-00005688 - GOOGLE-87-00005751
GOOGLE-87-00005689 - GOOGLE-87-00005752
GOOGLE-87-00005690 - GOOGLE-87-00005753
GOOGLE-87-00005691 - GOOGLE-87-00005754
GOOGLE-87-00005692 - GOOGLE-87-00005755
GOOGLE-87-00005693 - GOOGLE-87-00005756
GOOGLE-87-00005694 - GOOGLE-87-00005757
GOOGLE-87-00005695 - GOOGLE-87-00005758
GOOGLE-87-00005696 - GOOGLE-87-00005759
GOOGLE-87-00005697 - GOOGLE-87-00005760
GOOGLE-87-00005698 - GOOGLE-87-00005761
GOOGLE-87-00005699 - GOOGLE-87-00005762
GOOGLE-87-00005700 - GOOGLE-87-00005763
GOOGLE-87-00005701 - GOOGLE-87-00005764
GOOGLE-87-00005702 - GOOGLE-87-00005765
GOOGLE-87-00005703
GOOGLE-87-00005704 - GOOGLE-87-00005767
GOOGLE-87-00005705 - GOOGLE-87-00005768
GOOGLE-87-00005706 - GOOGLE-87-00005769
GOOGLE-87-00005707 - GOOGLE-87-00005770
GOOGLE-87-00005708 - GOOGLE-87-00005771
GOOGLE-87-00005709 - GOOGLE-87-00005772
GOOGLE-87-00005710 - GOOGLE-87-00005773
GOOGLE-87-00005711 - GOOGLE-87-00005774
GOOGLE-87-00005712 - GOOGLE-87-00005775
GOOGLE-87-00005713 - GOOGLE-87-00005776
GOOGLE-87-00005714 - GOOGLE-87-00005777
GOOGLE-87-00005715 - GOOGLE-87-00005778
GOOGLE-87-00005716 - GOOGLE-87-00005779
GOOGLE-87-00005717 - GOOGLE-87-00005780
GOOGLE-87-00005718 - GOOGLE-87-00005781
GOOGLE-87-00005719 - GOOGLE-87-00005782
GOOGLE-87-00005720 - GOOGLE-87-00005783
GOOGLE-87-00005721 - GOOGLE-87-00005784
GOOGLE-87-00005722 - GOOGLE-87-00005785
GOOGLE-87-00005723 - GOOGLE-87-00005786
GOOGLE-87-00005724 - GOOGLE-87-00005787
GOOGLE-87-00005725 - GOOGLE-87-00005788
GOOGLE-87-00005726 - GOOGLE-87-00005789
GOOGLE-87-00005727 - GOOGLE-87-00005790
GOOGLE-87-00005728 - GOOGLE-87-00005791
GOOGLE-87-00005729 - GOOGLE-87-00005792
GOOGLE-87-00005730 - GOOGLE-87-00005793
GOOGLE-87-00005731 - GOOGLE-87-00005794
GOOGLE-87-00005732 - GOOGLE-87-00005795
GOOGLE-87-00005733 - GOOGLE-87-00005796
GOOGLE-87-00005734 - GOOGLE-87-00005797
GOOGLE-87-00005735 - GOOGLE-87-00005798
GOOGLE-87-00005736 - GOOGLE-87-00005799
GOOGLE-87-00005737 - GOOGLE-87-00005800
GOOGLE-87-00005738 - GOOGLE-87-00005801
GOOGLE-87-00005739 - GOOGLE-87-00005802
GOOGLE-87-00005740 - GOOGLE-87-00005803
GOOGLE-87-00005741 - GOOGLE-87-00005804
GOOGLE-87-00005742 - GOOGLE-87-00005805
GOOGLE-87-00005743 - GOOGLE-87-00005806
GOOGLE-87-00005744 - GOOGLE-87-00005807
GOOGLE-87-00005745 - GOOGLE-87-00005808
GOOGLE-87-00005746 - GOOGLE-87-00005809
GOOGLE-87-00005747
GOOGLE-87-00005748 - GOOGLE-87-00005811
GOOGLE-87-00005749 - GOOGLE-87-00005812
GOOGLE-87-00005750 - GOOGLE-87-00005813

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Oracle**

OAGOOGLE0000052860 - OAGOOGLE0000052861
OAGOOGLE0000053399 - OAGOOGLE0000053400
OAGOOGLE0000053746 - OAGOOGLE0000053749
OAGOOGLE0000059579 - OAGOOGLE0000059580
OAGOOGLE0000061485 - OAGOOGLE0000061487
OAGOOGLE0000061924 - OAGOOGLE0000062030
OAGOOGLE0000062097
OAGOOGLE0000063796 - OAGOOGLE0000063803
OAGOOGLE00000799926 - OAGOOGLE0000799926
OAGOOGLE0000083003 - OAGOOGLE0000083021
OAGOOGLE0000084608 - OAGOOGLE0000084611
OAGOOGLE0000084613 - OAGOOGLE0000084613
OAGOOGLE0000084618 - OAGOOGLE0000084629
OAGOOGLE0000084639 - OAGOOGLE0000084642
OAGOOGLE0000084662
OAGOOGLE0000088803 - OAGOOGLE0000088808
OAGOOGLE0000088821 - OAGOOGLE0000088822
OAGOOGLE0000088845 - OAGOOGLE0000088848
OAGOOGLE0000088855 - OAGOOGLE0000088858
OAGOOGLE0000088961 - OAGOOGLE0000088965
OAGOOGLE0000088991 - OAGOOGLE0000088993
OAGOOGLE0000093129 - OAGOOGLE0000093131
OAGOOGLE0000093164 - OAGOOGLE0000093169
OAGOOGLE0000093680 - OAGOOGLE0000093681
OAGOOGLE0000093775 - OAGOOGLE0000093776
OAGOOGLE0000095663 - OAGOOGLE0000095664
OAGOOGLE0000100813 - OAGOOGLE0000100815
OAGOOGLE0000102539
OAGOOGLE0000126592 - OAGOOGLE0000126600
OAGOOGLE0000126955 - OAGOOGLE0000126956
OAGOOGLE0000127068 - OAGOOGLE0000127080
OAGOOGLE0000127081 - OAGOOGLE0000127091
OAGOOGLE0000127164 - OAGOOGLE0000127172
OAGOOGLE0000127188 - OAGOOGLE0000127202
OAGOOGLE0000127379 - OAGOOGLE0000127389
OAGOOGLE0000127424 - OAGOOGLE0000127453
OAGOOGLE0000127455 - OAGOOGLE0000127499
OAGOOGLE0000127503 - OAGOOGLE0000127526
OAGOOGLE0000127566 - OAGOOGLE0000127572
OAGOOGLE0000133023 - OAGOOGLE0000133031
OAGOOGLE0000139440 - OAGOOGLE0000139444
OAGOOGLE0000139445 - OAGOOGLE0000139475
OAGOOGLE0000139476
OAGOOGLE0000139477
OAGOOGLE0000139478 - OAGOOGLE0000139529
OAGOOGLE0000139534 - OAGOOGLE0000139535
OAGOOGLE0000139536
OAGOOGLE0000139537 - OAGOOGLE0000139556
OAGOOGLE0000139557 - OAGOOGLE0000139560
OAGOOGLE0000139561 - OAGOOGLE0000139630
OAGOOGLE0000139674 - OAGOOGLE0000139682
OAGOOGLE0000139743 - OAGOOGLE0000139757
OAGOOGLE0000139758 - OAGOOGLE0000139759
OAGOOGLE0000139760
OAGOOGLE0000139761 - OAGOOGLE0000139763
OAGOOGLE0000139764 - OAGOOGLE0000139765
OAGOOGLE0000139766 - OAGOOGLE0000139785
OAGOOGLE0000139786
OAGOOGLE0000139787 - OAGOOGLE0000139817
OAGOOGLE0000139818 - OAGOOGLE0000139941
OAGOOGLE0000140038 - OAGOOGLE0000140057
OAGOOGLE0000140058 - OAGOOGLE0000140069
OAGOOGLE0000140070
OAGOOGLE0000140071 - OAGOOGLE0000140080
OAGOOGLE0000140081 - OAGOOGLE0000140114
OAGOOGLE0000140115 - OAGOOGLE0000140130
OAGOOGLE0000140295 - OAGOOGLE0000140499
OAGOOGLE0000140301
OAGOOGLE0000140341
OAGOOGLE0000140353
OAGOOGLE0000140443
OAGOOGLE0000140500
OAGOOGLE0000140501
OAGOOGLE0000140502
OAGOOGLE0000140503
OAGOOGLE0000140504
OAGOOGLE0000140507 - OAGOOGLE0000140518
OAGOOGLE0000140519 - OAGOOGLE0000140562
OAGOOGLE0000140563 - OAGOOGLE0000140583
OAGOOGLE0000140584
OAGOOGLE0000140585 - OAGOOGLE0000140589
OAGOOGLE0000140590
OAGOOGLE0000140591 - OAGOOGLE0000140594
OAGOOGLE0000140595 - OAGOOGLE0000140604
OAGOOGLE0000140605
OAGOOGLE0000140606
OAGOOGLE0000142142 - OAGOOGLE0000142176
OAGOOGLE0000142181 - OAGOOGLE0000142181
OAGOOGLE0000144247
OAGOOGLE0000144248 - OAGOOGLE0000144252
OAGOOGLE0000144253 - OAGOOGLE0000144330
OAGOOGLE0000144889 - OAGOOGLE0000144890
OAGOOGLE0000144898 - OAGOOGLE0000144906
OAGOOGLE0000146000 - OAGOOGLE0000146136
OAGOOGLE0000149295
OAGOOGLE0000149297
OAGOOGLE0000149349
OAGOOGLE0000149349 - OAGOOGLE0000149385
OAGOOGLE0000149350
OAGOOGLE0000149351 - OAGOOGLE0000149385
OAGOOGLE0000149419 - OAGOOGLE0000149421
OAGOOGLE0000150469 - OAGOOGLE0000150475
OAGOOGLE0000150908
OAGOOGLE0000152470 - OAGOOGLE0000152502
OAGOOGLE0000155974 - OAGOOGLE0000155975
OAGOOGLE0000167287 - OAGOOGLE0000167289
OAGOOGLE0000167290
OAGOOGLE0000217115 - OAGOOGLE0000217116
OAGOOGLE0000217117 - OAGOOGLE0000217137
OAGOOGLE0000240994
OAGOOGLE0000240995
OAGOOGLE0000275091 - OAGOOGLE0000275093
OAGOOGLE0000275094 - OAGOOGLE0000275131
OAGOOGLE0000278491
OAGOOGLE0000278491 - OAGOOGLE0000278492
OAGOOGLE0000278498 - OAGOOGLE0000278499
OAGOOGLE0000287870 - OAGOOGLE0000287872
OAGOOGLE0000287873
OAGOOGLE0000287874
OAGOOGLE0000293784 - OAGOOGLE0000293789
OAGOOGLE0000327264
OAGOOGLE0000327265 - OAGOOGLE0000327274
OAGOOGLE0000333047 - OAGOOGLE0000333049
OAGOOGLE0000337458
OAGOOGLE0000337459 - OAGOOGLE0000337487
OAGOOGLE0000337463
OAGOOGLE0000337488 - OAGOOGLE0000337508
OAGOOGLE0000337509 - OAGOOGLE0000337512
OAGOOGLE0000337938 - OAGOOGLE0000337939
OAGOOGLE0000341990 - OAGOOGLE0000341993
OAGOOGLE0000342906
OAGOOGLE0000342907 - OAGOOGLE0000342936
OAGOOGLE0000343076 - OAGOOGLE0000343083
OAGOOGLE0000343084
OAGOOGLE0000343085 - OAGOOGLE0000343088
OAGOOGLE0000345591
OAGOOGLE0000345592
OAGOOGLE0000345593
OAGOOGLE0000345594
OAGOOGLE0000345595 - OAGOOGLE0000345602
OAGOOGLE0000345603
OAGOOGLE0000345604 - OAGOOGLE0000345607
OAGOOGLE0000355988 - OAGOOGLE0000355990
OAGOOGLE0000356197 - OAGOOGLE0000356198
OAGOOGLE0000356199 - OAGOOGLE0000356200
OAGOOGLE0000356714 - OAGOOGLE0000356715
OAGOOGLE0000356784
OAGOOGLE0000357191 - OAGOOGLE0000357192
OAGOOGLE0000357218
OAGOOGLE0000357218 - OAGOOGLE0000357223
OAGOOGLE0000357218 - OAGOOGLE0000357224
OAGOOGLE0000357219
OAGOOGLE0000357219 - OAGOOGLE0000357224
OAGOOGLE0000357233
OAGOOGLE0000357233 - OAGOOGLE0000357238
OAGOOGLE0000357233 - OAGOOGLE0000357239
OAGOOGLE0000357234
OAGOOGLE0000357234 - OAGOOGLE0000357239
OAGOOGLE0000357391 - OAGOOGLE0000357392
OAGOOGLE0000357391 - OAGOOGLE0000357400
OAGOOGLE0000357393 - OAGOOGLE0000357400
OAGOOGLE0000357426
OAGOOGLE0000357427 - OAGOOGLE0000357434
OAGOOGLE0000357435 - OAGOOGLE0000357441
OAGOOGLE0000357467
OAGOOGLE0000357467 - OAGOOGLE0000357474
OAGOOGLE0000357467 - OAGOOGLE0000357475
OAGOOGLE0000357468 - OAGOOGLE0000357475
OAGOOGLE0000357486 - OAGOOGLE0000357487
OAGOOGLE0000357494
OAGOOGLE0000357505 - OAGOOGLE0000357507
OAGOOGLE0000357769
OAGOOGLE0000357770 - OAGOOGLE0000357781
OAGOOGLE0000357782 - OAGOOGLE0000357792
OAGOOGLE0000358110 - OAGOOGLE0000358112
OAGOOGLE0000358127
OAGOOGLE0000358127 - OAGOOGLE0000358129
OAGOOGLE0000358127 - OAGOOGLE0000358147
OAGOOGLE0000358130 - OAGOOGLE0000358150
OAGOOGLE0000358175 - OAGOOGLE0000358178
OAGOOGLE0000358250 - OAGOOGLE0000358252
OAGOOGLE0000358297 - OAGOOGLE0000358299
OAGOOGLE0000361417 - OAGOOGLE0000361418
OAGOOGLE0000363017 - OAGOOGLE0000363018
OAGOOGLE0000384419 - OAGOOGLE0000384423
OAGOOGLE0000387642 - OAGOOGLE0000387647
OAGOOGLE0000388004 - OAGOOGLE0000388006
OAGOOGLE0000388007
OAGOOGLE0000401814 - OAGOOGLE0000401817
OAGOOGLE0000415335 - OAGOOGLE0000415339
OAGOOGLE0000423648 - OAGOOGLE0000423649
OAGOOGLE0000424812 - OAGOOGLE0000424813
OAGOOGLE0000447354 - OAGOOGLE0000447355
OAGOOGLE0000453751 - OAGOOGLE0000453752
OAGOOGLE0000453753 - OAGOOGLE0000453755
OAGOOGLE0000453756
OAGOOGLE0000457613
OAGOOGLE0000457614 - OAGOOGLE0000457615
OAGOOGLE0000457616 - OAGOOGLE0000457617
OAGOOGLE0000457617
OAGOOGLE0000457797 - OAGOOGLE0000457801
OAGOOGLE0000457841 - OAGOOGLE0000457845
OAGOOGLE0000457848 - OAGOOGLE0000457853
OAGOOGLE0000470332

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relativity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Oracle**

OAGOOGLE0000470333
OAGOOGLE0000470334 - OAGOOGLE0000470354
OAGOOGLE0000470355
OAGOOGLE0000470356
OAGOOGLE0000470357
OAGOOGLE0000473609 - OAGOOGLE0000473612
OAGOOGLE0000473723
OAGOOGLE0000478602
OAGOOGLE0000478988 - OAGOOGLE0000478990
OAGOOGLE0000488495 - OAGOOGLE0000488497
OAGOOGLE0000489028 - OAGOOGLE0000489029
OAGOOGLE0000489030
OAGOOGLE0000489031 - OAGOOGLE0000489038
OAGOOGLE0000489035 - OAGOOGLE0000489042
OAGOOGLE0000489218 - OAGOOGLE0000489219
OAGOOGLE0000489235 - OAGOOGLE0000489237
OAGOOGLE0000491596 - OAGOOGLE0000491643
OAGOOGLE0000492068 - OAGOOGLE0000492070
OAGOOGLE0000560654 - OAGOOGLE0000560665
OAGOOGLE0000609167 - OAGOOGLE0000609168
OAGOOGLE0000650533 - OAGOOGLE0000650536
OAGOOGLE0000651604 - OAGOOGLE0000651605
OAGOOGLE0000652825
OAGOOGLE0000653841
OAGOOGLE0000654426
OAGOOGLE0000654426 - OAGOOGLE0000654438
OAGOOGLE0000654427
OAGOOGLE0000654428 - OAGOOGLE0000654438
OAGOOGLE0000656226 - OAGOOGLE0000656227
OAGOOGLE0000657925 - OAGOOGLE0000657945
OAGOOGLE0000662848
OAGOOGLE0000662849 - OAGOOGLE0000662869
OAGOOGLE0000673851
OAGOOGLE0000673852 - OAGOOGLE0000673853
OAGOOGLE0000673854 - OAGOOGLE0000673859
OAGOOGLE0000674847
OAGOOGLE0000701846 - OAGOOGLE0000701849
OAGOOGLE0000702480 - OAGOOGLE0000702480
OAGOOGLE0000702508 - OAGOOGLE0000702508
OAGOOGLE0000702509
OAGOOGLE0000702512 - OAGOOGLE0000702512
OAGOOGLE0000702518 - OAGOOGLE0000702518
OAGOOGLE0000702676 - OAGOOGLE0000702676
OAGOOGLE0000702677
OAGOOGLE0000702684
OAGOOGLE0000704959 - OAGOOGLE0000704959
OAGOOGLE0000725012 - OAGOOGLE0000725013
OAGOOGLE0000725014 - OAGOOGLE0000725015
OAGOOGLE0000725016
OAGOOGLE0000725017
OAGOOGLE0000725018
OAGOOGLE0000725019
OAGOOGLE0000732995
OAGOOGLE0000732996 - OAGOOGLE0000733012
OAGOOGLE0000780464
OAGOOGLE0000784161 - OAGOOGLE0000784163
OAGOOGLE0000784186 - OAGOOGLE0000784188
OAGOOGLE0000784189 - OAGOOGLE0000784191
OAGOOGLE0000786660 - OAGOOGLE0000786662
OAGOOGLE0000787189 - OAGOOGLE0000787195
OAGOOGLE0000787245 - OAGOOGLE0000787250
OAGOOGLE0000792257 - OAGOOGLE0000792258
OAGOOGLE0000799877 - OAGOOGLE0000799881
OAGOOGLE0000799926
OAGOOGLE0000804592 - OAGOOGLE0000804594
OAGOOGLE0000804595
OAGOOGLE0000804596
OAGOOGLE0000809771 - OAGOOGLE0000809772
OAGOOGLE0000810764 - OAGOOGLE0000810768
OAGOOGLE0000812608 - OAGOOGLE0000812612
OAGOOGLE0000844392 - OAGOOGLE0000844415
OAGOOGLE0000878230 - OAGOOGLE0000878232
OAGOOGLE0001013890 - OAGOOGLE0001013891
OAGOOGLE0001036420 - OAGOOGLE0001036449
OAGOOGLE0001083252 - OAGOOGLE0001083256
OAGOOGLE0001083272 - OAGOOGLE0001083274
OAGOOGLE0001083671 - OAGOOGLE0001083671
OAGOOGLE0001106500 - OAGOOGLE0001106502
OAGOOGLE0001113109 - OAGOOGLE0001113111
OAGOOGLE0001113112
OAGOOGLE0001113113
OAGOOGLE0001156365
OAGOOGLE0001156464 - OAGOOGLE0001156464
OAGOOGLE0001156560
OAGOOGLE0001208094
OAGOOGLE0001298408 - OAGOOGLE0001298409
OAGOOGLE0001336981 - OAGOOGLE0001336982
OAGOOGLE0001337228
OAGOOGLE0001337228 - OAGOOGLE0001337231
OAGOOGLE0001337229 - OAGOOGLE0001337231
OAGOOGLE0001338191 - OAGOOGLE0001338193
OAGOOGLE0001342929 - OAGOOGLE0001342934
OAGOOGLE0001348483 - OAGOOGLE0001348483
OAGOOGLE0001459748 - OAGOOGLE0001459756
OAGOOGLE0001655664 - OAGOOGLE0001655666
OAGOOGLE0001672411
OAGOOGLE0001684940 - OAGOOGLE0001684946
OAGOOGLE0001700059 - OAGOOGLE0001700061
OAGOOGLE0001816993 - OAGOOGLE0001816994
OAGOOGLE0001817064 - OAGOOGLE0001817065
OAGOOGLE0001817198
OAGOOGLE0001817198 - OAGOOGLE0001817199
OAGOOGLE0001817230
OAGOOGLE0001817379
OAGOOGLE0001818190 - OAGOOGLE0001818192
OAGOOGLE0001819510 - OAGOOGLE0001819517
OAGOOGLE0001825257 - OAGOOGLE0001825267
OAGOOGLE0001872552 - OAGOOGLE0001872555
OAGOOGLE0001873933
OAGOOGLE0001873934
OAGOOGLE0001873934 - OAGOOGLE0001873943
OAGOOGLE0001882881 - OAGOOGLE0001882883
OAGOOGLE0001917809 - OAGOOGLE0001917810
OAGOOGLE0001919137
OAGOOGLE0001919138
OAGOOGLE0001921381
OAGOOGLE0002290058 - OAGOOGLE0002290064
OAGOOGLE0002304235
OAGOOGLE0002304236 - OAGOOGLE0002304243
OAGOOGLE0002307110 - OAGOOGLE0002307115
OAGOOGLE0002518850 - OAGOOGLE0002518855
OAGOOGLE0002518856
OAGOOGLE0002518886
OAGOOGLE0002546259 - OAGOOGLE0002546259
OAGOOGLE0002546260
OAGOOGLE0002778476 - OAGOOGLE0002778482
OAGOOGLE0002778848 - OAGOOGLE0002778850
OAGOOGLE0002778851 - OAGOOGLE0002778853
OAGOOGLE0002778854 - OAGOOGLE0002778882
OAGOOGLE0002778855
OAGOOGLE0002778877
OAGOOGLE0002779333 - OAGOOGLE0002779333
OAGOOGLE0002796883
OAGOOGLE0002799025
OAGOOGLE0002799043
OAGOOGLE0002799046
OAGOOGLE0002800435 - OAGOOGLE0002800435
OAGOOGLE0002800438 - OAGOOGLE0002800438
OAGOOGLE0002800458 - OAGOOGLE0002800458
OAGOOGLE0002800461 - OAGOOGLE0002800461
OAGOOGLE0002800464 - OAGOOGLE0002800464
OAGOOGLE0002800473 - OAGOOGLE0002800473
OAGOOGLE0002800478 - OAGOOGLE0002800478
OAGOOGLE0002800481 - OAGOOGLE0002800482
OAGOOGLE0002806042
OAGOOGLE0002809421 - OAGOOGLE0002809421
OAGOOGLE0002809466 - OAGOOGLE0002809466
OAGOOGLE0002809468
OAGOOGLE0002809472
OAGOOGLE0002809491
OAGOOGLE0002809593 - OAGOOGLE0002809612
OAGOOGLE0003046716
OAGOOGLE0003120249 - OAGOOGLE0003120290
OAGOOGLE0003240519 - OAGOOGLE0003240578
OAGOOGLE0003245339
OAGOOGLE0003245340 - OAGOOGLE0003245363
OAGOOGLE0003245342
OAGOOGLE0003245363
OAGOOGLE0003492728 - OAGOOGLE0003492729
OAGOOGLE0003519105
OAGOOGLE0003519106 - OAGOOGLE0003519114
OAGOOGLE000355988 - OAGOOGLE0000355990
OAGOOGLE0003574940 - OAGOOGLE0003574949
OAGOOGLE0003900673 - OAGOOGLE0003900674
OAGOOGLE0003901182
OAGOOGLE0003904946 - OAGOOGLE0003904947
OAGOOGLE0003908907 - OAGOOGLE0003908909
OAGOOGLE0003973858 - OAGOOGLE0003973954
OAGOOGLE0003997317 - OAGOOGLE0003997318
OAGOOGLE0004335350
OAGOOGLE0004335351
OAGOOGLE0004335352 - OAGOOGLE0004335362
OAGOOGLE0004338478 - OAGOOGLE0004338481
OAGOOGLE0004381807
OAGOOGLE0004398752 - OAGOOGLE0004398754
OAGOOGLE0004446513 - OAGOOGLE0004446516
OAGOOGLE0004446517
OAGOOGLE0004512020
OAGOOGLE0004562487 - OAGOOGLE0004562496
OAGOOGLE0004576161 - OAGOOGLE0004576279
OAGOOGLE0004597771 - OAGOOGLE0004597774
OAGOOGLE0004603010
OAGOOGLE0004603011 - OAGOOGLE0004603054
OAGOOGLE0004639039
OAGOOGLE0004781928 - OAGOOGLE0004781931
OAGOOGLE0004848132 - OAGOOGLE0004848134
OAGOOGLE0004936375
OAGOOGLE0004936376 - OAGOOGLE0004936379
OAGOOGLE0004936380 - OAGOOGLE0004936433
OAGOOGLE0004936380 - OAGOOGLE0004936436
OAGOOGLE0004950037
OAGOOGLE0004950038 - OAGOOGLE0004950063
OAGOOGLE0004950064 - OAGOOGLE0004950087
OAGOOGLE0004950088 - OAGOOGLE0004950116
OAGOOGLE0004958485 - OAGOOGLE0004958488
OAGOOGLE0004959157 - OAGOOGLE0004959177
OAGOOGLE0004995245 - OAGOOGLE0004995247
OAGOOGLE0005007842 - OAGOOGLE0005007865
OAGOOGLE0005039944 - OAGOOGLE0005039962
OAGOOGLE0005072611 - OAGOOGLE0005072665
OAGOOGLE0005080184 - OAGOOGLE0005080218
OAGOOGLE0005095964 - OAGOOGLE0005095986
OAGOOGLE0005117410
OAGOOGLE0005117411 - OAGOOGLE0005117419

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Oracle**

OAGOOGLE0005266088 - OAGOOGLE0005266165
OAGOOGLE0005472482 - OAGOOGLE0005472498
OAGOOGLE0005659710 - OAGOOGLE0005659715
OAGOOGLE0005955883 - OAGOOGLE0005955893
OAGOOGLE0006112096
OAGOOGLE0006112097 - OAGOOGLE0006112104
OAGOOGLE0006130466 - OAGOOGLE0006130473
OAGOOGLE0006130474
OAGOOGLE0006130475
OAGOOGLE0006138582 - OAGOOGLE0006138601
OAGOOGLE0006227295 - OAGOOGLE0006227298
OAGOOGLE0006231005
OAGOOGLE0006231006 - OAGOOGLE0006231033
OAGOOGLE0006232397 - OAGOOGLE0006232398
OAGOOGLE0006438546 - OAGOOGLE0006438553
OAGOOGLE0006438554 - OAGOOGLE0006438556
OAGOOGLE0006507393 - OAGOOGLE0006507396
OAGOOGLE0006624736
OAGOOGLE0006624737 - OAGOOGLE0006624764
OAGOOGLE0006675938
OAGOOGLE0006675939
OAGOOGLE0006675940
OAGOOGLE0006675941 - OAGOOGLE0006675950
OAGOOGLE0006675951 - OAGOOGLE0006675960
OAGOOGLE0006784674 - OAGOOGLE0006784684
OAGOOGLE0006802031
OAGOOGLE0006925519 - OAGOOGLE0006925522
OAGOOGLE0006925523 - OAGOOGLE0006925526
OAGOOGLE0007321812 - OAGOOGLE0007321840
OAGOOGLE0007360383 - OAGOOGLE0007360389
OAGOOGLE0007413991 - OAGOOGLE0007413992
OAGOOGLE0007622843 - OAGOOGLE0007622845
OAGOOGLE0007832624 - OAGOOGLE0007832630
OAGOOGLE0007966457
OAGOOGLE0008070350 - OAGOOGLE0008070352
OAGOOGLE0008131032 - OAGOOGLE0008131035
OAGOOGLE0008260232 - OAGOOGLE0008260233
OAGOOGLE0008372716
OAGOOGLE0008373796 - OAGOOGLE0008373797
OAGOOGLE0008375599
OAGOOGLE0008375637
OAGOOGLE0008376415
OAGOOGLE0008415566 - OAGOOGLE0008415581
OAGOOGLE0008696890 - OAGOOGLE0008696890
OAGOOGLE0008696891
OAGOOGLE0009604332 - OAGOOGLE0009604334
OAGOOGLE0009632231 - OAGOOGLE0009632234
OAGOOGLE0009636765 - OAGOOGLE0009636768
OAGOOGLE0009654887 - OAGOOGLE0009654911
OAGOOGLE0009655468 - OAGOOGLE0009655479
OAGOOGLE0009656074 - OAGOOGLE0009656081
OAGOOGLE0009683768 - OAGOOGLE0009683770
OAGOOGLE0009684954 - OAGOOGLE0009684956
OAGOOGLE0009689163 - OAGOOGLE0009689164
OAGOOGLE0009693925
OAGOOGLE0009693926
OAGOOGLE0009693927
OAGOOGLE0009693927 - OAGOOGLE0009694404
OAGOOGLE0009694914 - OAGOOGLE0009694915
OAGOOGLE0009706289 - OAGOOGLE0009706296
OAGOOGLE0009707202 - OAGOOGLE0009707205
OAGOOGLE0009784788 - OAGOOGLE0009784789
OAGOOGLE0009784790
OAGOOGLE0009784791 - OAGOOGLE0009784800
OAGOOGLE0009784801
OAGOOGLE0009784802 - OAGOOGLE0009784806
OAGOOGLE0010158859
OAGOOGLE0010159067 - OAGOOGLE0010159073
OAGOOGLE0010884715 - OAGOOGLE0010884717
OAGOOGLE0010885802 - OAGOOGLE0010885808
OAGOOGLE0011243762 - OAGOOGLE0011243811
OAGOOGLE0011504758 - OAGOOGLE0011504759
OAGOOGLE0011591162 - OAGOOGLE0011591173
OAGOOGLE0011726540 - OAGOOGLE0011726696
OAGOOGLE0011727422
OAGOOGLE0011753852 - OAGOOGLE0011753958
OAGOOGLE0011905210
OAGOOGLE0011905211 - OAGOOGLE0011905500
OAGOOGLE0011994367 - OAGOOGLE0011994372
OAGOOGLE0012032771 - OAGOOGLE0012032788
OAGOOGLE0012131219 - OAGOOGLE0012131225
OAGOOGLE0012131269 - OAGOOGLE0012131276
OAGOOGLE0012314184 - OAGOOGLE0012314187
OAGOOGLE0012836626 - OAGOOGLE0012836636
OAGOOGLE0012947474 - OAGOOGLE0012947649
OAGOOGLE0013120000 - OAGOOGLE0013120024
OAGOOGLE0013122655 - OAGOOGLE0013122718
OAGOOGLE0013129181 - OAGOOGLE0013129191
OAGOOGLE0013129267 - OAGOOGLE0013129278
OAGOOGLE0013190268
OAGOOGLE0013195837 - OAGOOGLE0013195841
OAGOOGLE0013331514 - OAGOOGLE0013331564
OAGOOGLE0013342234 - OAGOOGLE0013342237
OAGOOGLE0013635180 - OAGOOGLE0013635191
OAGOOGLE0013766096 - OAGOOGLE0013766098
OAGOOGLE0013785093 - OAGOOGLE0013785128
OAGOOGLE0013819323 - OAGOOGLE0013819333
OAGOOGLE0013949748
OAGOOGLE0013963896
OAGOOGLE0013996760
OAGOOGLE0013996761 - OAGOOGLE0013996762
OAGOOGLE0014009710 - OAGOOGLE0014009719
OAGOOGLE0014021245 - OAGOOGLE0014021294
OAGOOGLE0014080468 - OAGOOGLE0014080470
OAGOOGLE0014102585 - OAGOOGLE0014102585
OAGOOGLE0014161540 - OAGOOGLE0014161542
OAGOOGLE0014236310
OAGOOGLE0014293092 - OAGOOGLE0014293095
OAGOOGLE0016544866 - OAGOOGLE0016544987
OAGOOGLE0016737281 - OAGOOGLE0016737282
OAGOOGLE0016737297 - OAGOOGLE0016737298
OAGOOGLE0016809229 - OAGOOGLE0016809240
OAGOOGLE0016912117 - OAGOOGLE0016912146
OAGOOGLE0016920538
OAGOOGLE0016920680 - OAGOOGLE0016920681
OAGOOGLE0016965430
OAGOOGLE0016991395
OAGOOGLE0017774381
OAGOOGLE0017774383
OAGOOGLE0017774438
OAGOOGLE0018659223 - OAGOOGLE0018659233
OAGOOGLE0018865073 - OAGOOGLE0018865100
OAGOOGLE0018873308 - OAGOOGLE0018873337
OAGOOGLE0018875149 - OAGOOGLE0018875168
OAGOOGLE0018878444 - OAGOOGLE0018878458
OAGOOGLE0018885324 - OAGOOGLE0018885327
OAGOOGLE0018885325
OAGOOGLE0019114938 - OAGOOGLE0019114986
OAGOOGLE0019195260
OAGOOGLE0019801560 - OAGOOGLE0019801587
OAGOOGLE0019966024 - OAGOOGLE0019966028
OAGOOGLE0020201393 - OAGOOGLE0020201395
OAGOOGLE0020201520 - OAGOOGLE0020201523
OAGOOGLE0020860001 - OAGOOGLE0020860006
OAGOOGLE0020943903 - OAGOOGLE0020943904
OAGOOGLE0021436103
OAGOOGLE0021436144
OAGOOGLE0022374479
OAGOOGLE0022610976 - OAGOOGLE0022610977
OAGOOGLE0024953916 - OAGOOGLE0024953919
OAGOOGLE0025474542 - OAGOOGLE0025474546
OAGOOGLE0025477452 - OAGOOGLE0025477454
OAGOOGLE0026014220 - OAGOOGLE0026014220
OAGOOGLE0026208915 - OAGOOGLE0026208916
OAGOOGLE0026208921 - OAGOOGLE0026208924
OAGOOGLE0026208925 - OAGOOGLE0026208930
OAGOOGLE0026493900 - OAGOOGLE0026493903
OAGOOGLE0026559033 - OAGOOGLE0026559065
OAGOOGLE0026559067 - OAGOOGLE0026559114
OAGOOGLE0026562067 - OAGOOGLE0026562072
OAGOOGLE0026972545 - OAGOOGLE0026972555
OAGOOGLE0029214822 - OAGOOGLE0029214858
OAGOOGLE0029214859 - OAGOOGLE0029214897
OAGOOGLE0029250972 - OAGOOGLE0029251009
OAGOOGLE0029266800 - OAGOOGLE0029266810
OAGOOGLE0029461995 - OAGOOGLE0029462008
OAGOOGLE0029466326 - OAGOOGLE0029466349
OAGOOGLE0029467571 - OAGOOGLE0029467578
OAGOOGLE0029775882 - OAGOOGLE0029775987
OAGOOGLE008372716
OAGOOGLE008373796 - OAGOOGLE008373797
OAGOOGLE0100000312 - OAGOOGLE0100000324
OAGOOGLE0100000692 - OAGOOGLE0100000738
OAGOOGLE0100003164 - OAGOOGLE0100003169
OAGOOGLE0100003277 - OAGOOGLE0100003291
OAGOOGLE0100004779 - OAGOOGLE0100004834
OAGOOGLE0100005211 - OAGOOGLE0100005221
OAGOOGLE0100006234 - OAGOOGLE0100006239
OAGOOGLE0100006249 - OAGOOGLE0100006269
OAGOOGLE0100006270 - OAGOOGLE0100006274
OAGOOGLE0100011455 - OAGOOGLE0100011459
OAGOOGLE0100014857 - OAGOOGLE0100014866
OAGOOGLE0100014867 - OAGOOGLE0100014875
OAGOOGLE0100015298 - OAGOOGLE0000015305
OAGOOGLE0100017149 - OAGOOGLE0100017154
OAGOOGLE0100017155 - OAGOOGLE0100017167
OAGOOGLE0100017168 - OAGOOGLE0100017172
OAGOOGLE0100018873 - OAGOOGLE0100018885
OAGOOGLE0100018916 - OAGOOGLE0100018923
OAGOOGLE0100022846 - OAGOOGLE0100022854
OAGOOGLE0100023129 - OAGOOGLE0100023141
OAGOOGLE0100023142 - OAGOOGLE0100023145
OAGOOGLE0100023316 - OAGOOGLE0100023329
OAGOOGLE0100023536 - OAGOOGLE0100023539
OAGOOGLE0100023557 - OAGOOGLE0100023564
OAGOOGLE0100027854 - OAGOOGLE0100027868
OAGOOGLE0100030742 - OAGOOGLE0100031130
OAGOOGLE0100031131
OAGOOGLE0100031329 - OAGOOGLE0100031333
OAGOOGLE0100033923 - OAGOOGLE0100033964
OAGOOGLE0100036648 - OAGOOGLE0100036679
OAGOOGLE0100038953 - OAGOOGLE0100038963
OAGOOGLE0100038964 - OAGOOGLE0100038981
OAGOOGLE0100041535 - OAGOOGLE0100041544
OAGOOGLE0100041637 - OAGOOGLE0100041655
OAGOOGLE0100041665 - OAGOOGLE0100041690
OAGOOGLE0100043166 - OAGOOGLE0100043208
OAGOOGLE0100046198 - OAGOOGLE0100046227
OAGOOGLE0100047835 - OAGOOGLE0100047900
OAGOOGLE0100049903 - OAGOOGLE0100049910
OAGOOGLE0100049933 - OAGOOGLE0100050067
OAGOOGLE0100050667 - OAGOOGLE0100050696
OAGOOGLE0100051191 - OAGOOGLE0100051214
OAGOOGLE0100062857 - OAGOOGLE0100062887

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relativity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by Oracle**

OAGOOGLE0100064127 - OAGOOGLE0100064235
OAGOOGLE0100066999 - OAGOOGLE0100067048
OAGOOGLE0100067060 - OAGOOGLE0100067206
OAGOOGLE0100071220 - OAGOOGLE0100071445
OAGOOGLE0100072596
OAGOOGLE0100072597
OAGOOGLE0100072599 - OAGOOGLE0100072613
OAGOOGLE0100072602
OAGOOGLE0100072776 - OAGOOGLE0100072837
OAGOOGLE0100164440
OAGOOGLE0100164475
OAGOOGLE0100164539
OAGOOGLE0100164540
OAGOOGLE0100164541 - OAGOOGLE0100164562
OAGOOGLE0100164542
OAGOOGLE0100164543
OAGOOGLE0100164544 - OAGOOGLE0100164544
OAGOOGLE0100164545 - OAGOOGLE0100164546
OAGOOGLE0100164547 - OAGOOGLE0100164571
OAGOOGLE0100164986 - OAGOOGLE0100165016
OAGOOGLE0100165885 - OAGOOGLE0100165966
OAGOOGLE0100166158 - OAGOOGLE0100166176
OAGOOGLE0100166177 - OAGOOGLE0100166195
OAGOOGLE0100166177 - OAGOOGLE0100166196
OAGOOGLE0100166178
OAGOOGLE0100166178 - OAGOOGLE0100166196
OAGOOGLE0100166184
OAGOOGLE0100166873
OAGOOGLE0100166873 - OAGOOGLE0100166899
OAGOOGLE0100166874 - OAGOOGLE0100166899
OAGOOGLE0100166973 - OAGOOGLE0100166975
OAGOOGLE0100167761
OAGOOGLE0100167763 - OAGOOGLE0100167788
OAGOOGLE0100167789 - OAGOOGLE0100167791
OAGOOGLE010016779 - OAGOOGLE0010016779
OAGOOGLE0100167795 - OAGOOGLE0100167798
OAGOOGLE0100167800
OAGOOGLE0100168394
OAGOOGLE0100168394 - OAGOOGLE0100168417
OAGOOGLE0100168395 - OAGOOGLE0100168417
OAGOOGLE0100168418 - OAGOOGLE0100168420
OAGOOGLE0100168421 - OAGOOGLE0100168423
OAGOOGLE0100168424 - OAGOOGLE0100168426
OAGOOGLE0100168430 - OAGOOGLE0100168434
OAGOOGLE0100168435 - OAGOOGLE0100168436
OAGOOGLE0100168437 - OAGOOGLE0100168438
OAGOOGLE0100168439
OAGOOGLE0100168441
OAGOOGLE0100168441 - OAGOOGLE0100168458
OAGOOGLE0100168441 - OAGOOGLE0100168459
OAGOOGLE0100168442
OAGOOGLE0100168443 - OAGOOGLE0100168459
OAGOOGLE0100168460
OAGOOGLE0100168460 - OAGOOGLE0100168477
OAGOOGLE0100168460 - OAGOOGLE0100168478
OAGOOGLE0100168461
OAGOOGLE0100168461 - OAGOOGLE0100168478
OAGOOGLE0100168489 - OAGOOGLE0100168489
OAGOOGLE0100200610 - OAGOOGLE0100200614
OAGOOGLE0100200610 - OAGOOGLE0100200623
OAGOOGLE0100209390
OAGOOGLE0100219511 - OAGOOGLE0100219557
OAGOOGLE0100219512
OAGOOGLE0100406290 - OAGOOGLE0100406292
OAGOOGLE0101639832 - OAGOOGLE0101639863
OAGOOGLE0102026637 - OAGOOGLE0102026646
OAGOOGLE0102026647 - OAGOOGLE0102026653
OAGOOGLE0102109350
OAGOOGLE0102379368 - OAGOOGLE0102379384
OAGOOGLE0102412877 - OAGOOGLE0102412888
OAGOOGLE0102414511 - OAGOOGLE0102414527
OAGOOGLE2000003709
OAGOOGLE2000003710
OAGOOGLE2000003711
OAGOOGLE2000003712
OAGOOGLE2000003713
OAGOOGLE2000003714
OAGOOGLE2000003715
OAGOOGLE2000003716
OAGOOGLE2000003717
OAGOOGLE2000003718
OAGOOGLE2000003719
OAGOOGLE2000003720
OAGOOGLE2000003721
OAGOOGLE2000081380 - OAGOOGLE2000081461
OAGOOGLE2000153977 - OAGOOGLE2000153978
OAGOOGLE2000153979
OAGOOGLE2000153991 - OAGOOGLE2000153992
OAGOOGLE2000153997 - OAGOOGLE2000153998
OAGOOGLE2000153999
OAGOOGLE2000154239 - OAGOOGLE2000154242
OAGOOGLE2000154243 - OAGOOGLE2000154244
OAGOOGLE2000154475 - OAGOOGLE2000154476
OAGOOGLE2000154481 - OAGOOGLE2000154483
OAGOOGLE2000154488 - OAGOOGLE2000154490
OAGOOGLE2000154491 - OAGOOGLE2000154492
OAGOOGLE2000154518 - OAGOOGLE2000154519
OAGOOGLE2000154524 - OAGOOGLE2000154525
OAGOOGLE2000154549
OAGOOGLE2000155329 - OAGOOGLE2000155332
OAGOOGLE2000155891
OAGOOGLE2000156443 - OAGOOGLE2000156445
OAGOOGLE2000156581
OAGOOGLE2000156823 - OAGOOGLE2000156824
OAGOOGLE2000157444 - OAGOOGLE2000157445
OAGOOGLE2000157728
OAGOOGLE2000157960 - OAGOOGLE2000157961
OAGOOGLE2000179814 - OAGOOGLE2000179815
OAGOOGLE2000179816 - OAGOOGLE2000179828
OAGOOGLE2000179829 - OAGOOGLE2000179833
OAGOOGLE2000179834 - OAGOOGLE2000179836
OAGOOGLE2000179837 - OAGOOGLE2000179848
OAGOOGLE2000179849 - OAGOOGLE2000179854
OAGOOGLE2000179855
OAGOOGLE2000179856 - OAGOOGLE2000179861
OAGOOGLE2000179862 - OAGOOGLE2000179864
OAGOOGLE2000179865
OAGOOGLE2000179866 - OAGOOGLE2000179872
OAGOOGLE2000179873 - OAGOOGLE2000179875
OAGOOGLE2000179876 - OAGOOGLE2000179880
OAGOOGLE2000179881 - OAGOOGLE2000179891
OAGOOGLE2000179892 - OAGOOGLE2000179896
OAGOOGLE2000179897 - OAGOOGLE2000179903
OAGOOGLE2000179904 - OAGOOGLE2000179907
OAGOOGLE2000179908 - OAGOOGLE2000179913
OAGOOGLE2000179914 - OAGOOGLE2000179916
OAGOOGLE2000179917 - OAGOOGLE2000179919
OAGOOGLE2000179920 - OAGOOGLE2000179937
OAGOOGLE2000179938 - OAGOOGLE2000179939
OAGOOGLE2000179940 - OAGOOGLE2000179943
OAGOOGLE2000179944 - OAGOOGLE2000179945
OAGOOGLE2000181111 - OAGOOGLE2000181146
OAGOOGLE2009994043 - OAGOOGLE2009994044
OAGOOGLE2009994107
OAGOOGLE3000000496 - OAGOOGLE0000000499
OAGOOGLE3000000500 - OAGOOGLE0000000503
OAGOOGLE3000000504 - OAGOOGLE0000000511
OAGOOGLE3000000512 - OAGOOGLE0000000517
OAGOOGLE3000000518 - OAGOOGLE0000000523
OAGOOGLE3000002811
OAGOOGLE3000002812
OAGOOGLE3000002813 - OAGOOGLE3000002823
OAGOOGLE3000002824 - OAGOOGLE3000002826
OAGOOGLE3000002827 - OAGOOGLE3000002828
OAGOOGLE3000002829 - OAGOOGLE3000002831
OAGOOGLE3000002832 - OAGOOGLE3000002834
OAGOOGLE3000002835 - OAGOOGLE3000002836
OAGOOGLE3000002837 - OAGOOGLE3000002847
OAGOOGLE3000002848
OAGOOGLE3000002849
OAGOOGLE3000002850
OAGOOGLE3000002851
OAGOOGLE3000002852
OAGOOGLE3000002853 - OAGOOGLE3000002858
OAGOOGLE3000002859 - OAGOOGLE3000002866
OAGOOGLE3000002867 - OAGOOGLE3000002875
OAGOOGLE3000002876 - OAGOOGLE3000002878
OAGOOGLE3000002879 - OAGOOGLE3000002883
OAGOOGLE3000002884 - OAGOOGLE3000002892
OAGOOGLE3000002893 - OAGOOGLE3000002895
OAGOOGLE3000002896 - OAGOOGLE3000002902

*Oracle America, Inc. v. Google, Inc.*
DOCUMENTS CONSIDERED
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Sun/Oracle Native Documents**

Credit Suisse valuation - cover email to Credit Suisse from Sutphin).pdf
Java Timeline - 1995-2015 (20Years).pdf

Highly Confidential - Attorneys' Eyes Only

15 of 37

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

I was provided with access to a Relatvity database of materials produced in this case. I reviewed the documents provided therein through keyword searches. The following list contains many of the documents I reviewed in that database, as well as other documents provided to me by counsel, though it should not be considred comprehensive.

**Documents Produced by a Third Party**

ASF00000434
ASF00000733 - AFS00000734
ASF00000755 - AFS00000756
ASF00002629
ASF00002665 - AFS00002669
ASF00003036 - AFS00003037
ASF00003210 - AFS00003213

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Depositions**

Deposition of Aditya Kumar Agarwal, April 8, 2011 with Exhibits
Deposition of Aditya Kumar Agarwal, May 10, 2012 with Exhibits
Deposition of Dennis Allison, September 9, 2011 with Exhibits
Deposition of Owen Astrachan, September 9, 2011 with Exhibits
Deposition of David August, September 16, 2011 with Exhibits
Deposition of Terrence Barr, December 9, 2015 with Exhibits
Deposition of Joshua Bloch, July 8, 2011 with Exhibits
Deposition of Daniel Bornstein, May 16, 2011 with Exhibits
Deposition of Daniel Bornstein, July 22, 2011 with Exhibits
Deposition of Daniel Bornstein, November 21, 2011 with Exhibits
Deposition of Patrick Brady, July 21, 2011 with Exhibits
Deposition of Timothy Bray, November 30, 2011 with Exhibits
Deposition of Alan Brenner, December 15, 2015 with Exhibits
Deposition of Rafael Camargo, September 8, 2011 with Exhibits
Deposition of Eric Chu, April 28, 2011 with Exhibits
Deposition of Leo Cizek, July 22, 2011 with Exhibits
Deposition of Rachel Claflin, April 26, 2011 with Exhibits
Deposition of Iain Cockburn, October 17, 2011 with Exhibits
Deposition of Iain Cockburn, February 10, 2012 with Exhibits
Deposition of Alan Cox, October 26, 2011 with Exhibits
Deposition of Jack Davidson, September 9, 2011 with Exhibits
Deposition of Robert Dewar, September 13, 2011 with Exhibits
Deposition of John Duimovich, December 21, 2015 with Exhibits
Deposition of Lawrence Ellison, August 12, 2011 with Exhibits
Deposition of Nedim Fresko, May 10, 2011 with Exhibits
Deposition of Craig Gering, July 20, 2011 with Exhibits
Deposition of Anwar Ghuloum, December 9, 2015 with Exhibits

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Depositions**

Deposition of Jonathan Gold, December 11, 2015 with Exhibits
Deposition of Benjamin Goldberg, September 13, 2011 with Exhibits
Deposition of Robert Griesemer, June 23, 2011 with Exhibits
Deposition of Vineet Gupta, July 26, 2011 with Exhibits
Deposition of Steven Harris, July 28, 2011 with Exhibits
Deposition of Urs Hoelzle, November 24, 2015 with Exhibits
Deposition of David Hofert, December 1, 2015 with Exhibits
Deposition of Jeet Kaul, August 5, 2011 with Exhibits
Deposition of James Kearl, March 26, 2012 with Exhibits
Deposition of Douglas Kehring, July 28, 2011 with Exhibits
Deposition of Peter Kessler, August 4, 2011 with Exhibits
Deposition of Peter Kessler, February 16, 2012 with Exhibits
Deposition of Erez Landau, September 14, 2011 with Exhibits
Deposition of Bob Lee, August 3, 2011 with Exhibits
Deposition of Gregory Leonard, October 28, 2011 with Exhibits
Deposition of John Levine, September 15, 2011 with Exhibits
Deposition of Felix Lin, December 14, 2015 with Exhibits
Deposition of Felix Lin, December 18, 2015 with Exhibits
Deposition of Tim Lindholm, September 7, 2011 with Exhibits
Deposition of Hiroshi Lockheimer, December 8, 2015 with Exhibits
Deposition of Peter Lord, July 22, 2011 with Exhibits
Deposition of David Mazières, September 8, 2011 with Exhibits
Deposition of Andrew McFadden, May 4, 2011 with Exhibits
Deposition of Reto Meier, December 11, 2015 with Exhibits
Deposition of Richard Miner, May 26, 2011 with Exhibits
Deposition of John Mitchell, September 2, 2011 with Exhibits
Deposition of John Mitchell, September 6, 2011 with Exhibits

**Depositions**

Deposition of John Mitchell, September 7, 2011 with Exhibits
Deposition of Daniel Morrill, July 12, 2011 with Exhibits
Deposition of Geoffrey Morton, June 7, 2011 with Exhibits
Deposition of Dipchand Nishar, September 8, 2011 with Exhibits
Deposition of Larry Page, August 24, 2011 with Exhibits
Deposition of John Pampuch, July 29, 2011 with Exhibits
Deposition of Terence Parr, September 15, 2011 with Exhibits
Deposition of Christopher Plummer, February 16, 2012 with Exhibits
Deposition of Noel Poore, September 7, 2011 with Exhibits
Deposition of Mark Reinhold, August 5, 2011 with Exhibits
Deposition of Mark Reinhold, February 15, 2012 with Exhibits
Deposition of Mike Ringhofer, December 2, 2015 with Exhibits
Deposition of Lisa Ripley, April 14, 2011 with Exhibits
Deposition of Hasan Rizvi, July 28, 2011 with Exhibits
Deposition of John Rizzo, November 30, 2011 with Exhibits
Deposition of John Rose, February 15, 2012 with Exhibits
Deposition of Andrew Rubin, April 5, 2011 with Exhibits
Deposition of Andrew Rubin, July 27, 2011, 30(b)(6) and Individual with Exhibits
Deposition of Andrew Rubin, August, 18, 2011 with Exhibits
Deposition of Andrew Rubin, April 27, 2012 with Exhibits
Deposition of Billy Rutledge, December 9, 2015 with Exhibits
Deposition of Georges Saab, December 16, 2015 with Exhibits
Deposition of Eric Schmidt, August 23, 2011 with Exhibits
Deposition of Jonathan Schwartz, July 20, 2011 with Exhibits
Deposition of Edward Screven, July 29, 2011, 30(b)(6) and Individual with Exhibits
Deposition of Edward Senteno, November 18, 2015 with Exhibits
Deposition of Steven Shugan, September 26, 2011 with Exhibits

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

## Depositions

Deposition of Param Singh, June 23, 2011 with Exhibits
Deposition of Donald Smith, November 20, 2015 with Exhibits
Deposition of Brian Swetland, July 7, 2011 with Exhibits
Deposition of Robert Vandette, September 7, 2011 with Exhibits
Deposition of Mark Wayne, December 3, 2015 with Exhibits
Deposition of Susan Wojcicki, August 31, 2011 with Exhibits
Deposition of Hinkmond B. Wong, February 16, 2012 with Exhibits

## Expert Reports

Expert Report of Dr. Iain M. Cockburn Regarding Patent and Copyright Damages, May 20, 2011
Opening Expert Report of John C. Mitchell Regarding Copyrights, July 29, 2011
Opening Expert Report of Alan Purdy Regarding Copyrights, July 29, 2011, Revised August 18, 2011
Opening Expert Report of Marc Visnick Regarding Copyrights, July 29, 2011
Opening Expert Report of Dr. Owen Astrachan Regarding Copyrights, July 29, 2011
Expert Report of Dennis Allison Regarding the Invalidity of U.S. Patent No. RE 38,104, August 8, 2011
Expert Report of Dennis Allison Regarding the Invalidity of U.S. Patent No. 7,426,720, August 8, 2011
Expert Report of Dr. Robert B.K. Dewar Regarding Invalidity of U.S. Patent No. 6,061,520, August 8, 2011
Expert Report of Dr. John Levine Regarding Invalidity of U.S. Patent No. 6,910,205, August 8, 2011
Expert Report of Dr. John Levine Regarding Invalidity of U.S. Patent No. 5,966,702, August 8, 2011
Expert Report of Dr. David Mazières Regarding the Invalidity of U.S. Patent No. 6,125,447 Patent, August 8, 2011
Expert Report of Dr. David Mazières Regarding the Invalidity of U.S. Patent No. 6,192,476 Patent, August 8, 2011
Opening Expert Report of John C. Mitchell Regarding Patent Infringement, August 8, 2011
Summary and Report of Erez Landau Regarding Infringment of U.S. Patent No. 7,426,720, August 8, 2011
Summary and Report of Noel Poore Regarding Infringement of U.S. Patent Nos. 5,966,702 and 6,061,520, August 8, 2011
Summary and Report of Robert ("Bob") G. Vandette Regarding Infringement of U.S. Patent Nos. RE 38,104 and 6,910,205, August 8, 2011

**Expert Reports**

Dr. John C. Mitchell's Report in Opposition to Dr. Owen Astrachan's Opening Expert Report Regarding Copyrights, August 12, 2011
Rebuttal Expert Report of Dr. Owen Astrachan Regarding Copyrights, August 12, 2011
Reply Expert Report of John C. Mitchell Regarding Copyrights, August 19, 2011
Reply Expert Report of Alan Purdy Regarding Copyrights, August 19, 2011
Reply to Dr. Mitchell's Opposition to Dr. Owen Astrachan's Opening Expert Report Regarding Copyrights, August 19, 2011
Expert Report of Dr. Jack W. Davidson Regarding the Non-Infringement of U.S. Patent No. 7,426,720, August 25, 2011
Expert Report of Dr. David Mazières Regarding Non-Infringement of U.S. Patent Nos. 6,125,447 and 6,129,476, August 25, 2011
Expert Report of Dr. Terence Parr Regarding Non-Infringement of U.S. Patent No. 6,061,520, August 25, 2011
Expert Report of Dr. Terence Parr Regarding Non-Infringement of U.S. Patent No. 5,966,702, August 25, 2011
Expert Report of Dr. Benjamin F. Goldberg Regarding Validity of Patents-in-Suit, August 25, 2011
Expert Reply Report of Dennis Allison Regarding the Invalidity of U.S. Patent No. RE 38,104, September 1, 2011
Expert Reply Report of Dennis Allison Regarding the Invalidity of U.S. Patent No. 7,426,720, September 1, 2011
Expert Reply Report of Dr. John Levine Regarding Invalidity of U.S. Patent Nos. 5,966,702 and 6,061,520, September 1, 2011
Expert Reply Report of Dr. David Mazières Regarding Invalidity of U.S. Patent Nos. 6,125,447 and 6,129,476, September 1, 2011
Reply Expert Report of John C. Mitchell Regarding Patent Infringement, September 1, 2011
Expert Report of Dr. Iain M. Cockburn Regarding Patent and Copyright Damages, September 12, 2011, Revised September 15, 2011
Expert Report of Dr. Steven M. Shugan Regarding Consumer Preferences for Smartphone Features, September 12, 2011
Supplemental Summary and Report of Erez Landau Regarding Infringment of U.S. Patent No. 7,426,720, September 12, 2011
Expert Report of Dr. Alan J. Cox Regarding Copyright Damages, October 3, 2011, Revised October 21, 2011, November 25, 2011, and April 15, 2012
Expert Report of Dr. Gregory K. Leonard Regarding Patent Damages, October 3, 2011, Revised October 24, 2011
Reply Expert Report of Dr. Iain M. Cockburn to the Expert Report of Dr. Alan J. Cox Regarding Copyright Damages, October 10, 2011
Reply Expert Report of Dr. Iain M. Cockburn to the Expert Report of Dr. Gregory K. Leonard Regarding Patent Damages, October 10, 2011
Expert Rebuttal Report of Dr. Kenneth Serwin to the Expert Report of Dr. Gregory Leonard Regarding Patent Damages, October 10, 2011
Expert Rebuttal Report of Dr. Kenneth Serwin to the Expert Report of Dr. Alan J. Cox Regarding Copyright Damages, October 10, 2011
Expert Reply Report of Dr. Steven M. Shugan Regarding Consumer Preferences for Smartphone Features, October 10, 2011
Expert Report of Dr. Iain M. Cockburn Regarding Patent and Copyright Damages, February 3, 2012, Revised February 9, 2012
Supplemental Expert Report of Dennis Allison Regarding the Invalidity of U.S. Patent No. 7,426,720, February 14, 2012

**Expert Reports**

Supplemental Expert Report of Dr. Alan J. Cox Regarding Copyright Damages, February 17, 2012, Revised April 15, 2012
Supplemental Expert Report of Dr. Gregory K. Leonard Regarding Patent Damages, February 17, 2012
Supplemental Expert Report of Dr. John Levine Regarding Invalidity of U.S. Patent No. 5,966,702, March 11, 2012
Supplemental Expert Report of Dr. John Levine Regarding Invalidity of U.S. Patent No. 6,910,205, March 16, 2012
Expert Report of Dr. James Kearl Regarding Patent and Copyright Damages, March 21, 2012
Expert Report of Chris F. Kemerer, Ph.D., January 8, 2016
Expert Report of Professor Douglas C. Schmidt, Ph.D., January 8, 2016
Expert Report of Robert Zeidman, January 8, 2016

**Trial Testimony & Exhibits**

*Oracle America, Inc. v. Google, Inc.,* Case No. 3:10-cv-03561 WHA, Trial Transcripts April 16, 2012 - May 4, 2012
2012.04.16 - Trial Transcript Phase 1, Vol. 1.pdf
2012.04.17 - Trial Transcript Phase 1, Vol. 2.PDF
2012.04.18 - Trial Transcript Phase 1, Vol. 3.PDF
2012.04.19 - Trial Transcript Phase 1, Vol. 4.PDF
2012.04.20 - Trial Transcript Phase 1, Vol. 5.PDF
2012.04.23 - Trial Transcript Phase 1, Vol. 6.PDF
2012.04.24 - Trial Transcript Phase 1, Vol. 7.PDF
2012.04.25 - Trial Transcript Phase 1, Vol. 8.PDF
2012.04.26 - Trial Transcript Phase 1, Vol. 9.PDF
2012.04.27 - Trial Transcript Phase 1, Vol. 10.PDF
2012.04.27 - Trial Transcript Phase 1, Vol. 11.PDF
2012.04.30 - Trial Transcript Phase 1, Vol. 12.pdf
2012.05.01 - Trial Transcript Phase 1, Vol. 13.pdf
2012.05.02 - Trial Transcript Phase 1, Vol. 14.pdf

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Trial Testimony & Exhibits**

2012.05.03 - Trial Transcript Phase 1, Vol. 15.pdf
2012.05.04 - Trial Transcript Phase 1, Vol. 16.pdf
TX 0001
TX 0003
TX 0007
TX 0008
TX 0010
TX 0012
TX 0013
TX 0017
TX 0018
TX 0021
TX 0022
TX 0023
TX 0024
TX 0026
TX 0027
TX 0028
TX 0029
TX 0031
TX 0033
TX 0104
TX 0125
TX 0154
TX 0157
TX 0158
TX 0165

Highly Confidential - Attorneys' Eyes Only
23 of 37

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Trial Testimony & Exhibits**

TX 0196
TX 0201
TX 0206
TX 0207
TX 0210
TX 0215
TX 0217
TX 0230
TX 0234
TX 0269
TX 0326
TX 0363
TX 0370
TX 0382
TX 0387
TX 0405
TX 0431
TX 0530
TX 0531
TX 0565
TX 0610.1
TX 0618
TX 0619
TX 0917
TX 1026
TX 1029
TX 1045

Highly Confidential - Attorneys' Eyes Only
24 of 37

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Trial Testimony & Exhibits**

TX 1047
TX 1050
TX 1051
TX 1056
TX 1061
TX 1074
TX 1082
TX 1083
TX 1084
TX 1085
TX 1086
TX 1087
TX 1088
TX 1089
TX 2009
TX 2195
TX 2347
TX 2371
TX 2707
TX 2765
TX 3030
TX 3215
TX 3466

Highly Confidential - Attorneys' Eyes Only

25 of 37

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**ECF Filings & Discovery**

Second Amended Complaint, Sun Microsystems, Inc. v Microsoft Corp., CV 02-01150 RMW (PVT) (N.D. Cal.), November 10, 2003
Complaint for Patent and Copyright Infringement, August 12, 2010
Google Inc.'s Answer to Plaintiff's Complaint for Patent and Copyright Infringement and Couterclaims, October 4, 2010
Amended Complaint for Patent and Copyright Infringment, October 27, 2010
Oracle America, Inc.'s Reply to Defendant Google Inc.'s Answer to Complaint for Patent and Copyright Infringement and Counterclaims, October 28, 2010
Google Inc.'s Answer to Plaintiff's Amended Complaint for Patent and Copyright Infringement and Amended Counterclaims, November 10, 2010
Oracle America, Inc.'s Reply to Defendant Google Inc.'s Answer to Complaint for Patent and Copyright Infringement and Counterclaims, November 29, 2010
Joint [Proposed] Stipulated Protective Orderfor Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, December 17, 2010
Order Approving Stipulated Protective Order Subject to Stated Conditions, December 20, 2010
Plaintiff's Responses and Objections to Defendant Google Inc.'s First Set of Interrogatories to Plaintiff Oracle America, Inc. (Nos. 1-10), January 6, 2011
Defendant Google Inc.'s First Supplemental Responses to Plaintiff's Interrogatories, Set One, Nos. 1 and 3, February 4, 2011
Google's Motion to Leave to File a Motion for Summary Judgment on Count VIII of Plaintiff Oracle's Amended Complaint, February 16, 2011
Claim Construction Order, May 9, 2011
Declaration of Scott T. Weingaertner in Support of Google, Inc.'s Daubert Motion, June 14, 2011
Order Granting in Part Motion to Strike Damage Report of Plaintiff Expert Iain Cockburn, July 22, 2011
Plaintiff's Supplemental Responses to Defendant's Interrogatories, Set No. 1 (Interrogatory Nos. 1-10), July 29, 2011
Defendant Google Inc.'s Third Supplemental Responses to Plaintiff's Interrogatories, Set Two, August 1, 2011
Google's Motion to Leave to File a Motion for Summary Judgment of Noninfringement Regarding Oracle's Infringement Allegations Under 35 U.S.C.§§271(c) and (f), August 16, 2011
Order Partially Granting and Partially Denying Defendant's Motion for Summary Judgment on Copyright Claim, September 15, 2011
Order Granting in Part and Denying in Part Motion to Exclude Portions of the Expert Reports of Gregory K. Leonard and Alan J. Cox, November 28, 2011
Tentative Order Granting in Part and Denying in Part Google's Motion in Limine #3 to Exclude Portions of Dr. Cockburn's Revised Damages Report, December 6, 2011
Order Granting in Part and Denying in Part Google's Motion in Limine Number Three to Exclude Portions of Dr. Cockburn's Revised Damages Report, January 9, 2012
Order Granting in Part and Denying in Part Google's Daubert Motion to Exclude Dr. Cockburn's Third Report, March 13, 3012
Order Regarding Adjustments to Dr. Cockburn's Report, March 26, 2012
Final Judgment, Oracle America Inc. v Google Inc., June 20, 2012
Verdict and Settlement Summary, Oracle America Inc. v Google Inc., June 20, 2012
Brief in Opposition, On Petition for a Writ of Certiorari to the United States Court of Appeals for the Federal Circuit, Google Inc. v Oracle America, Inc., No. 14-410, December 8, 2014
Joint Status Report, July 23, 2015
Second Case Management Order and Reference to Magistrate Judge for Mediation/Settlement, July 31, 2015
Plaintiff Oracle's Supplemental Complaint, August 12, 2015
Oracle's Opposition to Motion to Preclude Submission of Willfulness to Jury, August 20, 2015
Order re Willfulness and Bifurcation, September 18, 2015

**ECF Filings & Discovery**

Declaration of Gabriel M. Ramsey in Support of Oracle's Opposition to Motion to Preclude Submission of Willfulness to Jury, August 20, 2015
Plaintiff's Request for Production to Google Inc., Set Nine, September 8, 2015
Order Re Willfulness and Bifurcation, September 18, 2015
Plaintiff's Notice of Deposition of Google Inc., Pursuant to Fed. R. Civil Procedure 30(b)(6), November 2, 2015
Defendant Google Inc.'s Amended Objections to Plaintiff's Notice of Deposition Pursuant to Fed. R. Civil Procedure 30(b)(6), November 30, 2015
Oracle's First Supplemental Responses and Objections to Google's Seventh Set of Interrogatories, December 16, 2015
Oracle's Responses and Objections to Google's Eight Set of Interrogatories (No. 38), December 16, 2015
Oracle's Second Supplemental Responses to Google's Sixth Set of Interrogatories, December 16, 2015
Plaintiff's Supplemental Responses to Defendant's Interrogatory Nos. 1-10), December 16, 2015

**Case Law**

*Brocade Communs. Sys. v. A10 Netwroks Inc.*, 2013 U.S. Dist. LEXIS 8113, *29-30 (N.D. Cal. Jan 10, 2013)
*Oracle America, Inc. v Google Inc.*, 750 F.3d 1339 (Fed. Cir. 2014)
*Oracle America, Inc. v Google Inc.*, 872 F.Supp.2d 974 (N.D. Cal. 2012)
*Polar Bear Prods., Inc. v. Timex Corp.*, 384 F.3d 700, 708-09 (9th Cir.2004)
*Sun Microsystems, Inc. v. Microsoft Corp.,* 87 F. Supp. 2d 992 (N.D. Cal)

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Public**

(Waybackmachine) phoneME Project Vision.pdf
01 2008Q1_google_earnings_call_trx.pdf
02 2008Q2_earnings_call_trx.pdf
03 2008Q3_google_earnings_call_trx.pdf
04 2008Q4_google_earnings_call_trx.pdf
05 2008Q4_Q and A.pdf
06 2009Q1_google_earnings_call_trx.pdf
07 2009Q1_Q and A.pdf
07282010 WSJ Schmidt article.pdf
08 2009Q2_google_earnings_call_trx.pdf
09 2009Q2_Q and A.2.pdf
09 2009Q2_Q and A.pdf
10 2009Q3_google_earnings_call_trx.pdf
11 2009Q3_Q and A.pdf
12 2009Q4_google_earnings_call_trx.pdf
13 2009Q4_Q and A.pdf
14 2010Q1-google_earnings_call-trx.pdf
15 2010Q2_google_earnings_call_trx.pdf.bad
16 2010Q2-google_earnings_call_trx.pdf
17 2010Q3_google_earnings_call_trx.pdf.bad
18 2010Q3-google_earnings_call_trx.pdf
19 2010Q4_google_earnings_call_trx.pdf
20 2010Q4-google_earnings_call_trx.pdf
2011Q4_google_earnings_slides.pdf
2012Q4_google_earnings_slides.pdf
2013.03.12 TechCrunch Article.pdf
2013Q4_google_earnings_slides.pdf
2014 google 10-K.pdf
2014Q1_google_earnings_slides.pdf

**Public**

2014Q2_google_earnings_slides.pdf
2014Q3_google_earnings_slides.pdf
2015Q1_google_earnings_slides.pdf
21 2011Q1_google_earnings_call_trx.pdf
22 2011Q1_google_earnings_slides.pdf
23 2011Q2_google_earnings_call_trx.pdf
A Murky Road Ahead for Android, Despite Market Dominance - The New York Times.pdf
Brillo is Google's Android play for the Internet of Things - SlashGear.pdf
Business Insider - Android was supposed to save google.pdf
canalys-press-release-20150211-over-720000-android-wear-devices-shipped-2014.pdf
GOOG Q3 2011 Earnings Call Transcript.pdf
Google - Trefis Revenue Foreacst 2015-2020.pdf
Google 2014 10-K.pdf
Google 2015 Market Cap Figure.pdf
Google Has Now Sold 17 Million Chromecast Units - Tech Times.pdf
Google Inc. Q3 2010 Earnings Call Transcript.pdf
Google Misses Out on Apple's Slice of Mobile Transactions_Android Pay_ - WSJ.pdf
Google Mobile business worth $1B in revenues annually - FierceWireless.pdf
Google Wallet Is Leaking Money - Bloomberg.pdf
Google's 30-Day Active Android Users-LinkedIn.pdf
Google's Mobile Search Revenue - Search Engine Land.pdf
Industry Leaders Announce Open Platform to Bring Web to TV _Google TV_ – Google.pdf
JMP Securities (Full Report) Wear and Auto.pdf
Kenwood Receivers With Apple CarPlay and Android Auto _ Digital Trends.pdf
Nanodegree_Android M takes center stage at Google I_O - TechRepublic.pdf
OpenSignal_2014_08_fragmentation_report.pdf
OpenSignal_fragmentation-2013.pdf
Pioneer races to the road with Android Auto compatibility at CES 2015 - CNET.pdf
RBC Capital Markets (Full Report) Google Play revenue.pdf

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Public**

Statista - Google Play Web Sales 2010-2014.pdf
UBS (Full Report) Nexus tablets and phones.pdf
Why Google Wallet Has Been a Failure _ Tim Bajarin _ PCMag.pdf
WSJ - Google's IPO Date.pdf
To Revive Wallet, Google Tries to Wrangle Unruly Partners - WSJ.pdf

**Additional Research**

Google Annual Report, 10-K for year ended December 31, 2008
"100 million Android fans can't be wrong," Fortune.com, June 16, 2011
"API Economy," by George Collins and David Sisk, Deloitte University Press, January 2015, http://dupress.com/articles/tech-trends-2015-what-is-api-economy/
"Google Buys Android for Its Mobile Arsenal", Bloomberg Businessweek, August 16, 2005.
"Google Earnings Preview: Will Advertising Revenue Grow?", Forbes, April 22, 2015. http://www.forbes.com /sites/greatspeculations/2015/04/22/google-earnings-preview-will-advertising-revenue-grow/
"Not just for phone nerds: Google calls Nexus 5 a sales winner," The Verge, January 30, 2014
"The Day Google Had to 'Start Over' on Android", The Atlantic, December 18, 2013, http://www.theatlantic.com/technology/archive/2013/12/the-day-google-had-to-start-over-on-android/282479/
"The Evolution of the Smartphone", July 28, 2014, http://pocketnow.com/2014/07/28/the-evolution-of-the-smartphone
"The Fatal Mistake that Doomed Blackberry", September 24, 2013, Time.com (or http://business.time.com/2013/09/24/the-fatal-mistake-that-doomed-blackberry/print/
"The Power of the API Economy," IBM, Redbooks, 2014, http://www.redbooks.ibm.com/redpapers/pdfs/redp5096.pdf
4G LTE: Here and Abroad, Verizon News Center, June 27, 2013.
About Google, https://www.google.com/about/company/.
Alphabet (GOOG) Q3 2015 Results – Earnings Call Transcript, October 22, 2015, http://seekingalpha.com/article/3596706-alphabet-goog-q3-2015-results-earnings-call-transcript.
Android 6.0 Marshmallow: all the key features explained, https://www.androidpit.com/android-m-release-date-news-features-name.
Android finally inches past iOS in mobile ad sales, http://www.cnet.com/news/androidfinallybeatsiosinmobileadsales/
Apple Engineer Recalls the iPhone's Birth, Wall Street Journal, March 25, 2014, http://www.wsj.com/articles/SB10001424052702303949704579461783150723874
comScore, Inc. . http://ir.comscore.com/releasedetail.cfm?ReleaseID=944439

**Additional Research**

CTIA's Wireless Industry Indices – Annual Wireless Survey Results: A Comprehensive Report from CTIA Analyzing the U.S. Wireless Industry – Year-End 2014 Results, CTIA-The Wireless Association, Sept. 2015.

Did you know Samsung could buy Android first, but laughed it out of court?, February 16, 2014, http://www.phonearena.com/news/Did-you-know-Samsung-could-buy-Android-first-but-laughed-it-out-of-court_id52685.

Do App Stores Impact Wireless Device Sales?, October 18, 2010, https://www.strategyanalytics.com/strategy-analytics/blogs/media-services/media-services-ux/media-and-services-ux/2010/10/18/do-app-stores-impact-wireless-device-sales-#.Vh0dY_lVhBc.

Entitled "Annual Report and Analysis of Competitive Market Conditions with Respect to Mobile Wireless, Including Commercial Mobile Services."

Evercore Equity Research, Google Inc., December 13, 2013.

FCC 03-150, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Eighth Report, July 14, 2003

FCC 04-216, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Ninth Report, September 28, 2004

FCC 05-173, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Tenth Report, September 30, 2005

FCC 06-142, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Eleventh Report, September 29, 2006

FCC 08-028, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Twelfth Report, February 4, 2008

FCC 10-81, Annual Report and Analysis of Competitive Market Conditions with Respect to Mobile Wireless, Including Commercial Mobile Services, Fourteenth Report, May 20, 2010

FCC 11-103, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Fifteenth Report, June 27, 2011

FCC 13-34, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Sixteenth Report, March 21, 2013

FCC 14-1862, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Seventeenth Report, December 18, 2014

FCC DA 09-54, Annual Report and Analysis of Competitive Market Conditions with Respect to Commercial Mobile Services, Thirteenth Report, January 16, 2009

Federal Circuit Overturns Oracle v. Google and Potentially Widens Debate Over Copyright Protections, Skadden, Arps, Slate, Meagher & Flom LLP, May 15, 2014.

Gartner: Worldwide PDA Shipments Grew 7% in 2004, Gartner Press Release, February 15, 2005.

Google 'Opens' a New Front in the Mobile Platform Wars, *Frost & Sullivan Market Insight*, October 23, 2008

Google CEO Discusses Q3 2010 Results – Earnings Call Transcript, October 14, 2010, http://seekingalpha.com/article/230158-google-ceo-discusses-q3-2010-results-earnings-call-transcript.

Google Earnings: Profits Soars as the Company Reins in Cost, Trefis, July 17, 2015

Google I/O: Google Focuses on Extending Android to TVs, Cars and Wearables, Jeffries, June 26, 2014

Google Inc (GOOG) CEO Discusses Q2 2013 Results – Earnings Call Transcript, July 18, 2013, http://seekingalpha.com/article/1557292-google-inc-goog-ceo-discusses-q2-2013-resuts-earnings-call-transcript.

Google Inc. Announces First Quarter 2015 Results, https://investor.google.com/earnings/2015/Q1_google_earnings.html

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Additional Research**

Google Inc. Q1 2013 Earnings Call Transcript
Google Inc. Q1 2015 Earnings Call Transcript
Google Inc. Q2 2010 Earnings Call Transcript
Google Inc. Q2 2011 Earnings Call Transcript
Google Inc. Q3 2010 Earnings Call Transcript
Google Inc. Q3 2012 Earnings Call Transcript
Google Launches Android Market, http://www.techhive.com/article/152613/google_android_ships.html.
Google Management Discusses Q3 2011 Results – Earnings Call Transcript, October 13, 2011, 5.
Google Play sees more than 50 billion installs in the past year, over one billion active users, May 28, 2015, http://www.androidcentral.com/google-play-sees-more-50-billion-installs-past-year-over-one-billion-active-users.
Google shows off new version of Android, announces 1 billion active monthly users (http://www.techspot.com /news/57228-google-shows-off-newversion-of-android-announces-1-billion-active-monthly-users.html
Google, Inc. SEC Form 10-K for the year ended December 31, 2004
Google, Inc. SEC Form 10-K for the year ended December 31, 2005
Google, Inc. SEC Form 10-K for the year ended December 31, 2006
Google, Inc. SEC Form 10-K for the year ended December 31, 2007
Google, Inc. SEC Form 10-K for the year ended December 31, 2008
Google, Inc. SEC Form 10-K for the year ended December 31, 2009
Google, Inc. SEC Form 10-K for the year ended December 31, 2010
Google, Inc. SEC Form 10-K for the year ended December 31, 2011
Google, Inc. SEC Form 10-K for the year ended December 31, 2012
Google, Inc. SEC Form 10-K for the year ended December 31, 2013
Google, Inc. SEC Form 10-K for the year ended December 31, 2014
Google, Inc. SEC Form 10-Q for the period ended June 30, 2015
Google, Inc. SEC Form 10-Q for the period ended March 31, 2015
Google, Inc. SEC Form 10-Q for the period ended September 30, 2015
Google's Android One Platform About More Than Just Phones, Trefis, September 17, 2014
Google's New Rule: Mobile First, February 16, 2010, http://www.pcmag.com/article2/0,2817,2359752,00.asp.
How Will Java Technology Change My Life?, //docs.oracle.com/javase/tutorial/getStarted/intro/changemylife.html.

**Additional Research**

http://9to5mac.com/2014/06/25/car-makers-will-offer-android-auto-alongside-carplay-later-this-year/
http://allthingsd.com/20101214/d-dive-into-mobile-the-full-interview-video-of-google-androids-andy-rubin/
http://cluster006.ovh.net/~nobeysco/nobeyscoweb/?q=node/948.
http://developer.android. com/tools/sdk/ndk/index.html
http://developer.android.com/guide/appendix/glossary.html
http://marketingland.com/snapchat-bounced-from-comscore-top-15-apps-chart-by-google-drive-145546
http://marketingland.com/what-google-mobile-first-rules-mean-for-your-marketing-strategy-126879
http://paidpost.nytimes.com/ca-technologies/apis-the-building-blocks-of-the-app-economy.html?_r=1
http://searchengineland.com/financial-analyst-affirms-googles-1-billion-in-default-search-payments-to-apple-148255
http://the-digital-reader.com/2014/03/03/gartner-estimates-195-million-tablets-produced-2013-22-million-fewer-idcs-estimate/.
http://venturebeat.com/2010/10/14/google-making-1-billion-a-year-from-mobile/
http://venturebeat.com/2014/12/08/google-releases-android-studio-1-0-the-first-stable-version-of-its-ide/
http://venturebeat.com/2015/03/12/idc-tablet-shipment-growth-slows-to-a-crawl-will-grow-just-2-in-2015/
http://www.androidauthority.com/android-n-oracle-java-openjdk-664881/
http://www.androidauthority.com/google-arc-welder-598170/
http://www.androidauthority.com/history-nexus-smartphone-line-536352/
http://www.androidcentral.com/2016-honda-civic-introduces-support-android-auto
http://www.androidcentral.com/android-tv-announcement
http://www.androidcentral.com/hondas-first-car-android-auto-will-be-2016-honda-accord
http://www.androidcentral.com/some-hyundai-car-buyers-now-have-option-have-android-auto-installed
http://www.androidcentral.com/volkswagen-announces-android-auto-support-its-2016-lineup
http://www.businessinsider.com/android-tv-launch-google-io-2014-6
http://www.businessinsider.com/how-much-money-apple-makes-from-google-for-every-ios-device-it-sells-2013-2
http://www.cnet.com/news/asus-nexus-7-sales-climb-toward-1-million-a-month/
http://www.cnet.com/news/gartner-android-ranks-2nd-in-global-smartphones/.
http://www.cnet.com/news/google-reboots-android-market-launches-google-play/
http://www.cnet.com/products/sony-nsz-gt1-google-tv/
http://www.computerweekly.com/news/2240105329/Worldwide-smartphone-sales-grow-74-in-second-quarter-of-2011-says-Gartner
http://www.digitaltrends.com/mobile/android-wear-os-news-release-features/

**Additional Research**

http://www.engadget.com/2010/05/10/confirmed -apple-and-atandt-signed-five-year-iphone-exclusivity-de/
http://www.engadget.com/2010/06/18/logitech-revue-gets-official-google-tv-companion-box-coming-thi/
http://www.engadget.com/2010/10/06/logitech-revue-with-google-tv-details-299-for-keyboard-box-i/
http://www.gartner.com/newsroom/id/1924314.
http://www.gartner.com/newsroom/id/2665715.
http://www.gartner.com/newsroom/id/2996817.
http://www.gartner.com/newsroom/id/3061917
http://www.gartner.com/newsroom/id/3115517
http://www.gartner.com/newsroom/id/3169417
http://www.gartner.com/newsroom/id/500898.
http://www.gartner.com/newsroom/id/910112.
http://www.gizmag.com/nexus-6p-vs-nexus-5x-comparison/39699/
http://www.howtogeek.com/214734/how-to-use-googles-arc-welder-to-run-android-apps-in-chrome/
http://www.idc.com/getdoc.jsp?containerId=prUS23299912
http://www.idc.com/getdoc.jsp?containerId=prUS25867215
http://www.intomobile.com/2008/08/20/top-ten-us-wireless-carriers/
http://www.mobilemarketer.com/cms/ news/research/2748.html
http://www.motorola-blog.blogspot.com/2014/10/nexus-6-from-google-and-motorola-more.html
http://www.oracle.com/technetwork/java/javase/overview/javahistory-index-198355.html
http://www.oracle.com/us/corporate/press/044428
http://www.palminfocenter.com/news/7613/gartner-worldwide-pda-shipments-grew-7-in-2004/.
http://www.pcworld.com/article/227611/Google_Envisions_Automated_Home_with_Android_Home.html
http://www.pcworld.com/article/228218/Gartner_Android_Dominates_Smartphone_Sales_Worldwide.html
http://www.pewinternet.org/data-trend/internet-use/internet-use-over-time/
http://www.quirksmode.org/blog/archives/2011/02/smartphone_sale.html
http://www.reuters.com/article/sunmicro-ibm-idUSN0639015120090406
http://www.slashgear.com/brillo-is-googles-android-play-for-the-internet-of-things-28385621/
http://www.slideshare.net/chintal75/android-platform-architecture-24627455
http://www.sony.net/SonyInfo/News/Press/201005/10-0521BE/

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Additional Research**

http://www.statista.com/statistics/281106/number-of-android-app-downloads-from-google-play
http://www.theguardian.com/technology/2015/sep/29/pixel-c-first-wholly-google-made-tablet
http://www.theverge.com/products/nsx-24gt1/2024
http://www.theverge.com/products/nsx-32gt1/2021
http://www.theverge.com/products/nsx-40gt1/2018
http://www.theverge.com/products/nsx-46gt1/2013
http://www.tiobe.com/index.php/content/company/GeneralInfo.html
http://www.tiobe.com/index.php/content/paperinfo/tpci/index.html
http://www.winrumors.com/gartner-windows-phone-sales-flat-in-q3-2011/
http://www.wsj.com/articles/SB1192635 85523362090
https://googleblog.blogspot.com/2010/05/announcing-google-tv-tv-meets-web-web.html
https://googleblog.blogspot.com/2011/05/android-momentum-mobile-and-more-at.html
https://googleblog.blogspot.com/2015/12/meet-pixel-c-our-take-on-tablet.html
https://pixel.google.com/pixel-c/
https://support.google.com/adsense/answer/9879?hl=en&topic=1705820
https://www.android.com/auto/
https://www.google.com/about/company/history/
https://www.google.com/adsense/start/how-it-works.html
J.P Morgan Report, Google I/O 2015 Takeaways: Platform & Product Enhancements to Strengthen Googles Mobile Ecosystem, May, 29, 2015, p.2.
Java Timeline – 1995 – 2015
Key Call: Google Inc. – The Innovation Leader; UBS Securities LLC, January 6, 2014
Larry Ellison Biography, https://www.oracle.com/corporate/executives/ellison/index.html
Learn about Java Technology, https://java.com/en/about/
New York Times, Android is No.1, But Google Says It Still Makes Little Money., http://bits.blogs.nytimes.com/2012/01/20/android-small-revenues/?_r=0
Nexus Player is Google's first Android TV device, http://www.theverge.com/2014/10/15/6982375/google-nexus-player-android-tv-set-top-box-announced.
Nielsen Adds to Cellphone Tracking, The New York Times, June 28, 2007, http://www.nytimes.com/2007/06/28/business/media/28adco.html?_r=0
Oracle Annual Report, 10-K for fiscal year ended May 31, 2009
Oracle Annual Report, 10-K for fiscal year ended May 31, 2010
Oracle Annual Report, 10-K for fiscal year ended May 31, 2011

*Oracle America, Inc. v. Google, Inc.*
**DOCUMENTS CONSIDERED**
Exhibit 2

**Additional Research**

Oracle Annual Report, 10-K for fiscal year ended May 31, 2012
Oracle Annual Report, 10-K for fiscal year ended May 31, 2013
Oracle Annual Report, 10-K for fiscal year ended May 31, 2014
Oracle Annual Report, 10-K for fiscal year ended May 31, 2015
Oracle Buys Sun, http://www.oracle.com/us/corporate/press/018363
Oracle Historical Timeline, http://www.oracle.com/us/corporate/profit/p27anniv-timeline-151918.pdf.
Piper Jaffary Report, "Android likely a $1 Billion Business Next Year for Google", February 8, 2011.
Sun Microsystems to Change Ticker Symbol to JAVA, http://www.eweek.com/c/a/IT-Infrastructure/Sun-Microsystems-to-Change-Ticker-Symbol-to-JAVA.
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1994
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1995
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1996
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1997
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1998
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1999
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2000
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2001
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2002
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2003
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2004
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2005
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2006
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2007
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2008
Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2009
Technology Hardware, Storage and Peripherals Company Overview of Oracle America, Inc., Bloomberg, http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=34903.
The Java Community Process Program, https://www.jcp.org/en/home/index
The Java Programming Language, https://web.archive.org/web/20110723154236/http://www.tiobe.com/ content/paperinfo/tpci/Java.html.
The Rise of Android: How a flailing startup became the world's biggest computing platform, http://www.businessinsider.com/how-android-was-created-2015-3

**Additional Research**

The Rise of Mobile Application Stores Gateways to the World of Apps, Booz & Co.
Thomson Reuters Streetevents Edited Transcript GOOGL – Q3 2015 Alphabet Inc Earnings Call, October 22, 2015
TIOBE Index for September 2015, http://www.tiobe.com/index.php/content/paperinfo/tpci/index.html
T-Mobile Unveils the T-Mobile G1 – the First Phone Powered by Android, http://www.t-mobile.com/company/PressReleases_Article.aspx?assetName=Prs_Prs_20080923 (also cited as http://newsroom.t-mobile.com/news/t-mobile-unveils-the-t-mobile-g1-the-first-phone-powered-by-android.htm
Trefis Analyst Report, "Google Earnings: Profits Soars as the Company Reins in Cost," July 17, 2015
What is 4G LTE and Why it Matters, Verizon News Center, April 30, 2012.
You say you want a mobile revolution…, Google Blog, May 28, 2015, https://googleblog.blogspot.com/2015/05/io-2015-mobile-revolution.html.

**Exhibit 3**

**Oracle Timeline of Selected Events**

**Mid-nineties** Sun develops the Java platform for computer programming and releases it. At that time, the API included seven packages of pre-written programs.[1]

**1996** At the first-ever JavaOne developer conference, more than 6,000 attendees gather to learn more about Java technology. According to Sun, "[w]ith a broad range of Java-related product announcements from Sun and other companies and an exhibit hall filled with more than 160 businesses displaying Java products and services, it appears that a whole new industry is growing around a language launched just a year earlier."[2]

**1997** "With approximately 400,000 developers working in Java, it is now the #2 programming language in the world. More than 10,000 developers flock to the second annual JavaOne developer conference, where Sun announces improved security and compatibility for Java and a range of licensees who plan to take Java beyond the desktop in futuristic devices such as smartcards."[3]

**1999** "Sun announces a redefined architecture for the Java platform that makes it simpler for software developers, service providers, and device manufacturers to target specific markets. According to Sun, "[w]ith the introduction of Java 2 Platform, Standard Edition (J2SE) for desktop and workstation devices; Java 2 Platform, Enterprise Edition (J2EE) for heavy-duty server systems; and Java 2 Platform, Micro Edition (J2ME) for consumer devices, it's now easier to capitalize on the Java platform for a growing range of opportunities."[4]

**2004** According to Sun, "[a]t the JavaOne developer conference, the big debate is whether Java should be open sourced. Currently, Sun requires that projects officially based on Java be certified as compatible with the Java specification; amendments to Java must go through Java Community Process (JCP) procedures."

"Open source advocates seek a freer path for Java. During a panel discussion at JavaOne, representatives from IBM and the Apache Software Foundation endorse an open source model for Java, while Java creator and Sun Fellow James Gosling, along with Sun Vice President and Fellow Rob Gingell and Red Monk Analyst James Governor oppose the move. Gosling warns that allowing multiple, open source implementations of Java technologies could yield the incompatibilities that happened with Unix and is happening again with Linux distributions."[5]

---

[1] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java; Trial Testimony of Mark Reinhold, Trial Transcript Vol. 3, April 18, 2012, p. 631.

[2] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[3] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[4] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[5] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

**2005** Java celebrates its tenth anniversary with huge celebrations at the JavaOne developer conference and at Sun headquarters. Sun estimates Java now drives more than $100 billion of business annually. It counts more than 4.5 million Java developers, 2.5 billion Java-enabled devices, and 1 billion Java technology-enabled smart cards. Analyst firm Ovum estimates that 708 million Java-enabled handsets were circulating by June 2005.[6]

**Jul 11, 2005** Google acquires Android Inc.[7] as part of its mobile strategy. At the time, Android was a 22-month old start up based in Palo Alto, California. The acquisition "brings to Google a wealth of talent, including co-founder Andy Rubin, who previously started mobile-device maker Danger Inc."[8]

**2005-2006** Shortly after Google acquired Android, Inc.,[9] Sun and Google engage in a series of negotiations, which Sun referred to as "Project Armstrong."[10]

**Sep 2005 -** Sun sends Google draft agreements for standard Java ME licenses; Google indicates it is seeking an approach that would allow an open-source implementation.[11]

**Oct 11, 2005 –** "In October 2005, following "discussions with Sun regarding Android's Open Source VM strategy," Google's then Senior Vice President, Andy Rubin, remarked in an e-mail, "If Sun doesn't want to work with us, we have two options: 1) Abandon our work and adopt MSFT CLR VM and C# language – or – 2) Do Java anyway and defend our decision, perhaps making enemies along the way."[12]

In addition, Andy Rubin writes to Larry Page that Alan Brenner of Sun was concerned that "by open sourcing our J2ME VM we will make licensing 'enforceability' impossible for Sun – and he will lose revenue."[13]

**Jan 2006 –** Andy Rubin tells Sergey Brin and Larry Page that, in connection with the Android deal, Sun was "prepared to walk away from a $100M annual J2ME licensing business into an open source business model."[14] [REDACTED].[15]

**Jan 2006 –** "Google internally discussed a possible co-development partnership deal under which Java technology would become an open-source part of the Android platform. The deal was projected to cost Google $25-50 million, plus a negotiable share of revenue from

---

[6] Java Timeline, 1995 – 2015, available at http://oracle.com.edgesuite.net/timeline/java.

[7] Trial Exhibit 1061 at 131; see also, GOOGLE-01-00056184 – 202 at 195; Deposition of Andrew Rubin, April 5, 2011, p. 20.

[8] "Google Buys Android for Its Mobile Arsenal", Bloomberg Businessweek, August 16, 2005.

[9] Deposition of Andrew Rubin, April 5, 2011, pp. 12-13.

[10] Project Armstrong: Business Model, February 2006, OAGOOGLE0100166874 – 899.

[11] Email exchange between Leo Cizek and Andy Rubin, September 19, 2005, OAGOOGLE0100167795 - 798 at 797.

[12] GOOGLE-01-00019527-528 at 528; Deposition of Andrew Rubin, April 5, 2011, p. 20.

[13] Email between Andy Rubin and Larry Page, October 11, 2005, GOOGLE-01-00019527 – 528 at 527.

[14] Email from Andy Rubin to Sergey Brin, et al., January 13, 2006, GOOGLE-26-00007930.

[15] [REDACTED], OAGOOGLE0100072597; Deposition of Eric Chu, April 28, 2011, p. 50.

"platform-enabled mobile ads." The record however, contains no evidence that Google actually proposed this idea to Sun."[16]

**Feb. 8, 2006 –** The first formal financial proposal made by Sun to Google – proposes "$20 Million per year for 3 year" and "10% of revenue generated by Google on handsets running 'Open Source Java Linux Mobile Platform' or derivatives with a cap of $25 Million a year (when and if google monetizes – then this becomes effective. We added the cap as per Rich's request . . .)"[17] Google rejected Sun's offer.[18]

**Apr. 27, 2006 –** Email from Jonathan Schwartz of Sun to Eric Schmidt of Google indicating that "[m]y team has alerted me that our negotiations to jointly create a Java-Linux mobile platform are at an impasse."[19]

**Jan. 2007** Apple introduces the iPhone.

**Apr. 2007** Sun acquires SavaJe, a Java-based smartphone platform, for an estimated $13.2M.[20]

**June 2007** The iPhone is first available for sale.

**Nov. 2007** Google publicly announces the Android platform.[21]

**2008** Google and Sun engage in additional discussions regarding a license.[22]

**Nov. 2008** Google releases Android and launches the Android phone.[23]

**Mar. 2009** [redacted] [24]

**Apr. 19 2009** Oracle and Sun enter into the 2010 Sun/Oracle Merger.[25]

**Jan. 2010** Oracle acquires Sun and renames it Oracle America, Inc.[26]

**May 2010** Google TV, Google's first attempt to create a TV platform based on Android, is announced on several devices, such as Sony Internet TV and the Logitech Revue, a set-top box device.[27]

---

16 Order Granting In Part Motion to Strike Damages Report of Plaintiff Expert Iain Cockburn, July 22, 2011, p. 3.

17 Email from Vineet Gupta to Andy Rubin, February 8, 2006, OAGOOGLE0000357494.

18 OAGOOGLE0000358110 ..

19 Email from Jonathan Schwartz to Eric Schmidt, et al., April 27, 2006, GOOGLE-66-00000274.

20 OAGOOGLE0000424812 – 813 at 812; OAGOOGLE0002304236-243 at 237.

21 Order Granting In Part Motion to Strike Damages Report of Plaintiff Expert Iain Cockburn, July 22, 2011, p. 3.

22 Deposition of Andrew Rubin, April 5, 2011, p. 14.

23 Deposition of Andrew Rubin, April 5, 2011, p. 14. (But see, T-Mobile Unveils the T-Mobile G1 – the First Phone Powered by Android, http://www.t-mobile.com/company/PressReleases_Article.aspx?assetName=Prs_Prs_20080923 which indicates October 2008).

24 OAGOOGLE0000140115-130.

25 Sun 2009 Form 10-K, p. 3.

26 http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=34903

27 https://googleblog.blogspot.com/2010/05/announcing-google-tv-tv-meets-web-web.html; http://www.engadget.com/2010/06/18/logitech-revue-gets-official-google-tv-companion-box-coming-thi/; http://www.sony.net/SonyInfo/News/Press/201005/10-0521BE/.

**Aug 6, 2010** Rubin receives an internal (Google) email stating that the technical alternatives to using Java for Android "all suck" and stating "We conclude that we need to negotiate a license for Java under the terms we need."[28]

**Aug 12, 2010** Oracle files its initial complaint in this action.[29]

**Oct. 28, 2010** According to the Supplemental Complaint, from this date "Google has continued to infringe Oracle's copyrights in the Java platform. Since then, Google has released seven versions of Android:

- Gingerbread (released December 2010);
- Honeycomb (released February 2011);
- Ice Cream Sandwich (released October 2011);
- Jelly Bean (released July 2012)
- KitKat (released October 2013); and
- Lollipop (released November 2014)."[30]
- Marshmallow (released October 5, 2015).[31]

"These six named Android releases comprise approximately 40 major and minor releases of Android. . . . As with the previous versions of Android, these six Android releases copy thousands of lines of source code from the Java platform, as well as the structure, sequence and organization ("SSO") of that platform as reflected in the asserted 37 Java API packages."[32]

According to the Supplemental Complaint:

- Android will still not work without these Java API packages."[33]
- Since Oracle filed the Amended Complaint in October 2010, Android has become the most widely used mobile platform in the world.[34]
- There are over one billion active monthly Android users and more than 8,000 different devices running versions of Android.[35]
- Users have downloaded more than 50 billion applications from Google Play on a catalog of more than 1.5 million apps.[36]

---

[28] Trial Exhibit 10 – GOOGLE-12-10000022; GOOGLE-12-00039565; Deposition of Tim Lindholm, September 7, 2011, p. 102.

[29] Complaint for Patent and Copyright Infringement, August 12, 2010.

[30] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 1.

[31] http://www.pocket-lint.com/news/134946-when-is-android-6-0-marshmallow-coming-to-my-phone.

[32] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 1.

[33] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 1.

[34] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 2.

[35] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 3.

[36] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 3.

- Android use is also up as measured by advertising. By some accounts, Android is now the top mobile advertising platform as measured by total advertising revenue and by traffic.[37]

**Oct 2010** Google TV devices launch.[38]

**May 2011** Android hits 100 million activated Android devices.[39]

**May 2011** Google announces Android@Home, "a software framework for Android that allows programmers to interact with various connected appliances such as light bulbs, thermostats, washing machines and more," at Google I/O.[40]

**Apr. 16, 2012** Trial begins in the matter of *Oracle v. Google*. The jury and court hear testimony from 24 witnesses.[41]

**May 7, 2012** The jury returned a verdict finding that Google infringed Oracle's copyrights for the 37 asserted Java API packages and in the nine lines of the rangeCheck code. The jury deadlocked on Google's fair use defense.[42]

**May 31, 2012** U.S. District Court for the Northern District of California issues preliminary decision finding "that the replicated elements of the Java API packages – including the declarations and their structure, sequence, and organization-were not copyrightable."[43]

**Jun 20, 2012** The U.S. District Court for the Northern District of California enters final judgment in favor of Google and against Oracle on its claim for copyright infringement, except with respect to the rangeCheck function and the eight decompiled files.[44]

**2012** Android cumulative activations exceed 500 million.[45]

**2013** Android cumulative activations exceed 1 billion.[46]

**May 9, 2014** The United States Court of Appeals for the Federal Circuit ("CAFC") issues opinion concluding "that the declaring code and the structure, sequence, and organization of the API packages are entitled to copyright protection."[47] The CAFC reversed the U.S. District Court

---

[37] Plaintiff Oracle's Supplemental Complaint, August 12, 2015, p. 3, (reporting Android has three times the market share of mobile ad traffic as compared to its nearest competitor, iOS).

[38] http://www.engadget.com/2010/10/06/logitech-revue-with-google-tv-details-299-for-keyboard-box-i/; http://www.cnet.com/products/sony-nsz-gt1-google-tv/; http://www.theverge.com/products/nsx-24gt1/2024; http://www.theverge.com/products/nsx-40gt1/2018; http://www.theverge.com/products/nsx-32gt1/2021; http://www.theverge.com/products/nsx-46gt1/2013.

[39] https://googleblog.blogspot.com/2011/05/android-momentum-mobile-and-more-at.html.

[40] http://www.pcworld.com/article/227611/Google_Envisions_Automated_Home_with_Android_Home.html.

[41] *Oracle America, Inc. v. Google Inc.*, 750 F.3d 1339, 1351 (Fed. Cir. 2014).

[42] *Oracle America, Inc. v. Google Inc.*, 750 F.3d 1339, 1352 (Fed. Cir. 2014).

[43] *Oracle America, Inc. v. Google Inc.*, 750 F.3d 1339, 1352 (Fed. Cir. 2014).

[44] *Oracle America, Inc. v. Google Inc.*, 750 F.3d 1339, 1348 (Fed. Cir. 2014).

[45] GOOG-00022382.

[46] GOOG-00022382.

[47] *Oracle America, Inc. v. Google Inc.*, 750 F.3d 1339 at 1348 (Fed. Cir. 2014).

for the Northern District of California with instructions to reinstate the jury's infringement finding as to the 37 Java packages. The CAFC also granted "Oracle's motion for JMOL as to the eight decompiled Java files that Google copied into Android," and denied "Google's motion for JMOL with respect to the rangeCheck function."[48]

**Oct. 2014** Android TV, Google's successor Android-based platform to Google TV, is announced on the Nexus Player, a set-top box device.[49]

**2014** Android cumulative activations exceed 2 billion.[50]

---

[48] *Oracle America, Inc. v. Google Inc.,* 750 F.3d 1339 at 1348 (Fed. Cir. 2014).

[49] Nexus Player is Google's first Android TV device, http://www.theverge.com/2014/10/15/6982375/google-nexus-player-android-tv-set-top-box-announced.

[50] GOOG-00022382.

*Oracle America, Inc. v. Google, Inc.*
SUN MICROSYSTEMS INC R&D AS A PERCENT OF REVENUE
Exhibit 4

| | Revenue | R&D | R&D as a Percent of Revenue |
|---|---|---|---|
| 1990 [1] | $ 2,466,000,000 | $ 302,000,000 | 12.2% |
| 1991 [1] | 3,221,000,000 | 356,000,000 | 11.1% |
| 1992 [1] | 3,589,000,000 | 382,000,000 | 10.6% |
| 1993 [1] | 4,309,000,000 | 445,000,000 | 10.3% |
| 1994 [1] | 4,690,000,000 | 455,000,000 | 9.7% |
| 1995 [2] | 5,901,885,000 | 562,895,000 | 9.5% |
| 1996 [2] | 7,094,751,000 | 653,044,000 | 9.2% |
| 1997 [2] | 8,598,346,000 | 825,968,000 | 9.6% |
| 1998 [3] | 9,862,000,000 | 1,029,000,000 | 10.4% |
| 1999 [3] | 11,806,000,000 | 1,280,000,000 | 10.8% |
| 2000 [4] | 15,721,000,000 | 1,630,000,000 | 10.4% |
| 2001 [4] | 18,250,000,000 | 2,016,000,000 | 11.0% |
| 2002 [4] | 12,496,000,000 | 1,832,000,000 | 14.7% |
| 2003 [4] | 11,434,000,000 | 1,837,000,000 | 16.1% |
| 2004 [4] | 11,185,000,000 | 1,926,000,000 | 17.2% |
| 2005 [5] | 11,070,000,000 | 1,785,000,000 | 16.1% |
| 2006 [5] | 13,068,000,000 | 2,046,000,000 | 15.7% |
| 2007 [5] | 13,873,000,000 | 2,008,000,000 | 14.5% |
| 2008 [5] | 13,880,000,000 | 1,834,000,000 | 13.2% |
| 2009 [5] | 11,449,000,000 | 1,648,000,000 | 14.4% |
| Total | $ 193,963,982,000 | $ 24,852,907,000 | 12.8% |

**Notes:**

[1] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1994, Exhibit 13, p. 1.
[2] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 1997, Exhibit 11, p. 26.
[3] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2002, p. 21.
[4] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2004, p. 17.
[5] Sun Microsystems, Inc. SEC Form 10-K for the fiscal year ended June 30, 2009, p. 25.

*Oracle America, Inc. v. Google, Inc.*
**ORACLE STATEMENT OF OPERATIONS**
Exhibit 5

| (in millions) | FY 2010 [1] | FY 2011 [1] | FY 2012 [1] | FY 2013 [2] | FY 2014 [2] | FY 2015 [2] |
|---|---|---|---|---|---|---|
| Revenues | | | | | | |
| New Software Licenses | $ 7,533 | $ 9,235 | $ 9,906 | $ 9,411 | $ 9,416 | $ 8,535 |
| Cloud Software as a Service and Platform as a Service | n/a | n/a | n/a | 910 | 1,121 | 1,485 |
| Cloud Infrastructure as a Service | n/a | n/a | n/a | 457 | 456 | 608 |
| Software License Updates and Product Support | 13,092 | 14,796 | 16,210 | 17,142 | 18,206 | 18,847 |
| Software and Cloud Revenues | $ 20,625 | $ 24,031 | $ 26,116 | $ 27,920 | $ 29,199 | $ 29,475 |
| Hardware Systems Products | $ 1,506 | $ 4,382 | $ 3,827 | $ 3,033 | $ 2,976 | $ 2,825 |
| Hardware Systems Support | 784 | 2,562 | 2,475 | 2,313 | 2,396 | 2,380 |
| Hardware Systems Revenues | $ 2,290 | $ 6,944 | $ 6,302 | $ 5,346 | $ 5,372 | $ 5,205 |
| Services Revenues | $ 3,905 | $ 4,647 | $ 4,703 | $ 3,914 | $ 3,704 | $ 3,546 |
| Total Revenues | $ 26,820 | $ 35,622 | $ 37,121 | $ 37,180 | $ 38,275 | $ 38,226 |
| Operating Expenses | | | | | | |
| Sales and Marketing | $ 5,080 | $ 6,579 | $ 7,127 | $ 7,062 | $ 7,567 | $ 7,655 |
| Cloud Software as a Service and Platform as a Service | n/a | n/a | n/a | 327 | 455 | 773 |
| Cloud Infrastructure as a Service | n/a | n/a | n/a | 304 | 308 | 344 |
| Software License Updates and Product Support | 1,063 | 1,264 | 1,226 | 1,175 | 1,162 | 1,199 |
| Hardware Systems Products | 880 | 2,057 | 1,843 | 1,501 | 1,521 | 1,471 |
| Hardware Systems Support | 423 | 1,259 | 1,046 | 890 | 836 | 816 |
| Services | 3,398 | 3,818 | 3,743 | 3,182 | 2,954 | 2,929 |
| Research and Development | 3,254 | 4,519 | 4,523 | 4,850 | 5,151 | 5,524 |
| General and Administrative | 911 | 970 | 1,126 | 1,072 | 1,038 | 1,077 |
| Amortization of Intangible Assets | 1,973 | 2,428 | 2,430 | 2,385 | 2,300 | 2,149 |
| Acquisition Related and Other | 154 | 208 | 56 | (604) | 41 | 211 |
| Restructuring | 622 | 487 | 295 | 352 | 183 | 207 |
| Total Operating Expenses | $ 17,758 | $ 23,589 | $ 23,415 | $ 22,496 | $ 23,516 | $ 24,355 |
| Operating Income | $ 9,062 | $ 12,033 | $ 13,706 | $ 14,684 | $ 14,759 | $ 13,871 |
| *Operating Income %* | *33.8%* | *33.8%* | *36.9%* | *39.5%* | *38.6%* | *36.3%* |
| Interest Expense | (754) | (808) | (766) | (797) | (914) | (1,143) |
| Non-Operating Income (Expense), net | (65) | 186 | 22 | 11 | (141) | 106 |
| Income Before Provision for Income Taxes | $ 8,243 | $ 11,411 | $ 12,962 | $ 13,898 | $ 13,704 | $ 12,834 |
| Provision for Income Taxes | 2,108 | 2,864 | 2,981 | 2,973 | 2,749 | 2,896 |
| Net Income | $ 6,135 | $ 8,547 | $ 9,981 | $ 10,925 | $ 10,955 | $ 9,938 |
| *Net Income %* | *22.9%* | *24.0%* | *26.9%* | *29.4%* | *28.6%* | *26.0%* |

**Notes:**

[1] Oracle Annual Report, 10-K for fiscal year ended May 31, 2012, p. 85.
[2] Oracle Annual Report, 10-K for fiscal year ended May 31, 2015, p. 87.

*Oracle America, Inc. v. Google, Inc.*

**GOOGLE ANNUAL STATEMENTS OF INCOME**

Exhibit 6

| (in millions) | 2008 [1] | 2009 [2] | 2010 [2] | 2011 [2] | 2012 [3] | 2013 [3] | 2014 [3] |
|---|---|---|---|---|---|---|---|
| Advertising Revenues | | | | | | | |
| Google Websites | $ 14,414 | $ 15,723 | $ 19,444 | $ 26,145 | $ 31,221 | $ 37,422 | $ 45,085 |
| Google Network Members Websites [4] | 6,715 | 7,166 | 8,792 | 10,386 | 12,465 | 13,125 | 13,971 |
| Total Advertising Revenues | 21,129 | 22,889 | 28,236 | 36,531 | 43,686 | 50,547 | 59,056 |
| Other Revenues [5] | 667 | 762 | 1,085 | 1,374 | 2,353 | 4,972 | 6,945 |
| Total Revenue | $ 21,796 | $ 23,651 | $ 29,321 | $ 37,905 | $ 46,039 | $ 55,519 | $ 66,001 |
| Cost and Expenses | | | | | | | |
| Cost of Revenues | $ 8,622 | $ 8,844 | $ 10,417 | $ 13,188 | $ 17,176 | $ 21,993 | $ 25,691 |
| Research & Development | 2,793 | 2,843 | 3,762 | 5,162 | 6,083 | 7,137 | 9,832 |
| Sales and Marketing | 1,946 | 1,984 | 2,799 | 4,589 | 5,465 | 6,554 | 8,131 |
| General and Administrative | 1,803 | 1,668 | 1,962 | 2,724 | 3,481 | 4,432 | 5,851 |
| Charge - Resolution of DOJ Investigation | - | - | - | 500 | - | - | - |
| Total Costs and Expenses | $ 15,164 | $ 15,339 | $ 18,940 | $ 26,163 | $ 32,205 | $ 40,116 | $ 49,505 |
| Income from Operations | $ 6,632 | $ 8,312 | $ 10,381 | $ 11,742 | $ 13,834 | $ 15,403 | $ 16,496 |
| Impairment of Equity Investments | (1,095) | - | - | - | - | - | - |
| Interest and other income, net | 316 | 69 | 415 | 584 | 635 | 496 | 763 |
| Income from Continuing Ops Before IT | $ 5,854 | $ 8,381 | $ 10,796 | $ 12,326 | $ 14,469 | $ 15,899 | $ 17,259 |
| Provision for Income Taxes | 1,627 | 1,861 | 2,291 | 2,589 | 2,916 | 2,552 | 3,331 |
| Net Income from Continuing Operations | $ 4,227 | $ 6,520 | $ 8,505 | $ 9,737 | $ 11,553 | $ 13,347 | $ 13,928 |
| Net Income (Loss) from Discontinued Ops | - | - | - | - | (816) | (427) | 516 |
| Net Income | $ 4,227 | $ 6,520 | $ 8,505 | $ 9,737 | $ 10,737 | $ 12,920 | $ 14,444 |

<u>Notes:</u>

[1] Google Annual Report, 10-K for year ended December 31, 2008, pp. 42, 65.

[2] Google Annual Report, 10-K for year ended December 31, 2011, pp. 30, 52.

[3] Google Annual Report, 10-K for year ended December 31, 2014, pp. 23, 44.

[4] "Our revenues from Google Network Members' websites include revenues generated primarily through advertising programs including AdSense for search, AdSense for content, AdExchange, AdMob, and DoubleClick Bid Manager." Google Annual Report, 10-K for year ended December 31, 2014, p. 23.

[5] Other Revenues are mostly attributable to digital content products, such as apps, music, and movies on the Google Play store. See Google Annual Report, 10-K for year ended December 31, 2014, p. 24.

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF ANDROID REPORTED OPERATING RESULTS**
Exhibit 7

| *(in millions)* | 2008 [1] | 2009 [2] | 2010 [3] | 2011 [4] | 2012 [4] | 2013 [4] | 2014 [4] | 2015 [4] | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Ad Revenue [5] | $0.7 | $15.7 | $120.1 | $569.4 | $2,152.4 | [redacted] | [redacted] | [redacted] | [redacted] |
| Apps | 0.0 | 1.1 | 8.0 | 36.2 | 136.1 | [redacted] | [redacted] | [redacted] | [redacted] |
| Digital Content | 0.0 | 0.0 | 0.0 | 14.8 | 105.8 | [redacted] | [redacted] | [redacted] | [redacted] |
| Hardware | 0.0 | 0.0 | 115.2 | 0.0 | 303.5 | [redacted] | [redacted] | [redacted] | [redacted] |
| Total Revenue | 0.7 | 16.8 | 243.3 | 620.4 | 2,697.8 | [redacted] | [redacted] | [redacted] | [redacted] |
| **Cost of Sales** | | | | | | | | | |
| Traffic Acquisition Costs [6] | 0.2 | 2.9 | 41.3 | 113.7 | 433.1 | [redacted] | [redacted] | [redacted] | [redacted] |
| Apps | 0.0 | 0.0 | 0.0 | 0.0 | 62.2 | [redacted] | [redacted] | [redacted] | [redacted] |
| Digital Content | 0.0 | 0.0 | 0.0 | 23.5 | 169.5 | [redacted] | [redacted] | [redacted] | [redacted] |
| Hardware | 0.0 | 0.0 | 109.9 | -0.2 | 340.6 | [redacted] | [redacted] | [redacted] | [redacted] |
| Infrastructure & Other COS | 0.2 | 0.8 | 4.3 | 67.9 | 95.0 | [redacted] | [redacted] | [redacted] | [redacted] |
| Total Cost of Sales | 0.4 | 3.7 | 155.5 | 204.9 | 1,100.4 | [redacted] | [redacted] | [redacted] | [redacted] |
| Gross Profit | $0.3 | $13.1 | $87.8 | $415.5 | $1,597.4 | [redacted] | [redacted] | [redacted] | [redacted] |
| **Direct Operating Expenses** | | | | | | | | | |
| Sales | $0.9 | $3.2 | $5.2 | $16.3 | $37.2 | [redacted] | [redacted] | [redacted] | [redacted] |
| Marketing | 12.3 | 16.6 | 53.3 | 53.9 | 225.3 | [redacted] | [redacted] | [redacted] | [redacted] |
| PM | 0.0 | 1.9 | 8.0 | 0.0 | 0.0 | [redacted] | [redacted] | [redacted] | [redacted] |
| Engineering (EngPM) | 86.3 | 41.2 | 99.7 | 192.3 | 380.4 | [redacted] | [redacted] | [redacted] | [redacted] |
| G&A | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | [redacted] | [redacted] | [redacted] | [redacted] |
| Legal | 0.0 | 2.1 | 32.2 | 160.5 | 113.7 | [redacted] | [redacted] | [redacted] | [redacted] |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | [redacted] | [redacted] | [redacted] | [redacted] |
| Total Expenses | $100.5 | $65.0 | $198.4 | $423.0 | $756.7 | [redacted] | [redacted] | [redacted] | [redacted] |
| Product Contribution | -$100.2 | -$51.9 | -$110.6 | -$7.5 | $840.7 | [redacted] | [redacted] | [redacted] | [redacted] |
| *Contribution Margin as % of Gross Rev* | | | *-45.5%* | *-1.2%* | *31.2%* | [redacted] | [redacted] | [redacted] | [redacted] |

**Notes:**
[1] Android OC Quarterly Review - Q1 2009, GOOGLE-00303725 at 739.
[2] Android OC Quarterly Review - Q4 2010, October 12, 2010, GOOGLE-01-00053552 at 556.
[3] Android OC Quarterly Review - Q1 2011, May 03, 2011, GOOGLE-77-00053555 at 562.
[4] GOOG-00103813 - Android Profit and Loss for years 2011 to 2015, Q4 2015 amounts are Google forecasts.
[5] Exhibit 8.1.
[6] TAC for 2011 to 2015 from Exhibit 7.1.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF ANDROID ESTIMATED NETWORK MEMBER TRAFFIC ACQUISITION COSTS**

Exhibit 7.1

| | *(in millions)* | **2011 [1]** | **2012 [2]** | **2013 [2]** | **2014 [2]** | **2015 [3]** |
|---|---|---|---|---|---|---|
| | Google Total Ad Revenue | $36,531.0 | $43,686.0 | $50,547.0 | $59,056.0 | n/a |
| | Total Network Member TAC | $7,294.0 | $8,791.0 | $9,293.0 | $9,864.0 | n/a |
| [4] | Network Member TAC as % of Ad Revenue | 20.0% | 20.1% | 18.4% | 16.7% | [redacted] |
| | Android Total Ad Revenue | $569.4 | $2,152.4 | [redacted] | [redacted] | [redacted] |
| | Android Network Member TAC | $113.7 | $433.1 | [redacted] | [redacted] | [redacted] |

**Notes:**

[1] Google 2011 Form 10-K, p. 30 and 33.
[2] Google 2014 Form 10-K, p. 23 and 26.
[3] Exhibit 7
[4] TAC for 2015 is 15%; Deposition of Jonathan Gold, December 11, 2015, p. 189.

*Oracle America, Inc. v. Google, Inc.*

**ANDROID TOTAL REVENUE FROM 2008 TO 2015**

Exhibit 8

| *(in millions)* | 2008 [1] | 2009 [2] | 2010 [3] | 2011 [4] | 2012 [4] | 2013 [4] | 2014 [4] | 2015 [4] | Total |
|---|---|---|---|---|---|---|---|---|---|
| Ads [5] | $ 0.7 | $ 15.7 | $ 120.1 | $ 569.4 | $ 2,152.4 | | | | |
| App Sales | N/A | 1.1 | 8.0 | 36.2 | 136.1 | | | | |
| Digital Content | N/A | - | - | 14.8 | 105.8 | | | | |
| Hardware | N/A | - | 115.2 | - | 303.5 | | | | |
| Total | $ 0.7 | $ 16.8 | $ 243.3 | $ 620.4 | $ 2,697.8 | | | | |

**Notes:**

[1] Android OC Quarterly Review - Q1 2009, GOOGLE-00303725 at 739.

[2] Android OC Quarterly Review - Q4 2010, October 12, 2010, GOOGLE-01-00053552 at 556.

[3] Android OC Quarterly Review - Q1 2011, May 03, 2011, GOOGLE-77-00053555 at 562.

[4] Android P&L, GOOG-00103813.

[5] Exhibit 8.1. 2015 Ad Revenue is annualized based on six months ending June 30, 2015.

*Oracle America, Inc. v. Google, Inc.*

**ANDROID AD REVENUE FROM 2008 TO 2015**

Exhibit 8.1

| *(in millions)* | 2008 [1] | 2009 [2] | 2010 [3] | 2011 [4] | 2012 [5] | 2013 [5] | 2014 [5] | 2015 [5] [6] | Total |
|---|---|---|---|---|---|---|---|---|---|
| Ads (General) | $ 0.7 | $ 15.7 | $ 120.1 | $ 569.4 | $ - | $ - | $ - | $ - | $ 705.9 |
| Search (AdWords) | - | - | - | - | 1,444.9 | [redacted] | [redacted] | [redacted] | [redacted] |
| AdSense | - | - | - | - | 238.6 | [redacted] | [redacted] | [redacted] | [redacted] |
| Display | - | - | - | - | 468.9 | [redacted] | [redacted] | [redacted] | [redacted] |
| Total Ad Revenue | $ 0.7 | $ 15.7 | $ 120.1 | $ 569.4 | $ 2,152.4 | [redacted] | [redacted] | [redacted] | [redacted] |

**Notes:**

[1] Android OC Quarterly Review - Q1 2009, GOOGLE-00303725 at 739.

[2] Android OC Quarterly Review - Q4 2010, October 12, 2010, GOOGLE-01-00053552 at 556.

[3] Android OC Quarterly Review - Q1 2011, May 03, 2011, GOOGLE-77-00053555 at 562.

[4] GOOG-00132625, tabs "Final - Legal" and Final -Backup" (Cell AI9).

[5] Android Ad Revenues, GOOG-00022386.

[6] 2015 Ad revenue is annualized based on six months ending June 30, 2015.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**ANDROID DEVICE WORLDWIDE ANNUAL UNIT SALES AS REPORTED BY GARTNER**

Exhibit 9

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Annualized 2015 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Android Phones | - | 6,798,400 [1] | 67,224,500 [1] | 219,440,200 [2] | 451,621,000 [3] | 761,288,000 [4] | 1,004,675,000 [4] | 1,133,616,000 [5] | 3,644,663,100 |
| Android Tablets | - | - | 2,786,000 [6] | 18,030,000 [6] | 53,341,250 [7] | 120,961,445 [7] | 154,700,000 [8] | 139,800,000 [9] | 489,618,695 |
| Total Android Units | - | 6,798,400 | 70,010,500 | 237,470,200 | 504,962,250 | 882,249,445 | 1,159,375,000 | 1,273,416,000 | 4,134,281,795 |

**Notes:**

[1] http://www.cnet.com/news/gartner-android-ranks-2nd-in-global-smartphones/.

[2] http://www.pcworld.com/article/228218/Gartner_Android_Dominates_Smartphone_Sales_Worldwide.html; http://www.computerweekly.com/news/2240105329/Worldwide-smartphone-sales-grow-74-in-second-quarter-of-2011-says-Gartner; http://www.winrumors.com/gartner-windows-phone-sales-flat-in-q3-2011/; http://www.gartner.com/newsroom/id/1924314.

[3] http://www.gartner.com/newsroom/id/2665715.

[4] http://www.gartner.com/newsroom/id/2996817.

[5] http://www.gartner.com/newsroom/id/3061917; http://www.gartner.com/newsroom/id/3115517; http://www.gartner.com/newsroom/id/3169417; Annualized by estimating Q4 2015 to equal Q3 2015.

[6] http://cluster006.ovh.net/~nobeysco/nobeyscoweb/?q=node/948.

[7] http://the-digital-reader.com/2014/03/03/gartner-estimates-195-million-tablets-produced-2013-22-million-fewer-idcs-estimate/.

[8] http://venturebeat.com/2015/03/12/idc-tablet-shipment-growth-slows-to-a-crawl-will-grow-just-2-in-2015/.

[9] http://www.idc.com/getdoc.jsp?containerId=prUS25867215; 2015 amounts provided as forecast for the entire year.

*Oracle America, Inc. v. Google, Inc.*
**SMARTPHONE DEVICE WORLDWIDE ANNUAL UNIT SALES BY VENDOR**
Exhibit 10

| Units | 2003 [1] | 2004 [1] | 2005 [2] | 2006 [2] | 2007 [3] | 2008 [3] | 2009 [4] | 2010 [4] | 2011 [5] | 2012 [6] | 2013 [7] | 2014 [7] | Annualized 2015 [8] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Palm One | 4,171,690 | 3,726,172 | 2,773,025 | 1,970,031 | - | - | - | - | - | - | - | - | - | 12,640,918 |
| Hewlett-Packard | 2,270,086 | 2,664,151 | 2,267,178 | 1,721,531 | - | - | - | - | - | - | - | - | - | 8,922,946 |
| RIM | 604,521 | 2,178,000 | 3,193,000 | 3,510,927 | 11,767,700 | 23,149,000 | 36,445,233 | 47,782,003 | 49,159,250 | - | - | - | - | 177,789,634 |
| Mio Technology | - | - | 714,528 | 1,515,496 | - | - | - | - | - | - | - | - | - | 2,230,024 |
| Dell | 582,020 | 693,126 | - | - | - | - | - | - | - | - | - | - | - | 1,275,146 |
| Sony Ericsson | 1,404,289 | 480,648 | - | - | - | - | 4,925,031 | 9,954,584 | - | - | - | - | - | 16,764,552 |
| Sharp | - | - | 536,540 | 1,428,318 | 6,885,300 | 5,234,200 | - | - | - | - | - | - | - | 14,084,358 |
| Nokia | - | - | - | - | 60,465,000 | 60,920,500 | 66,980,427 | 99,545,839 | 74,364,189 | - | - | - | - | 362,275,955 |
| Apple | - | - | - | - | 3,302,600 | 11,417,500 | 24,625,157 | 47,782,003 | 89,660,316 | 130,133,200 | 150,786,000 | 191,426,000 | 200,386,500 | 849,519,275 |
| HTC | - | - | - | - | 3,718,500 | 5,895,400 | 8,865,057 | 24,886,460 | 41,847,894 | - | - | - | - | 85,213,310 |
| Samsung | - | - | - | - | - | - | 6,895,044 | 23,891,001 | 90,429,932 | 205,767,100 | 299,795,000 | 307,597,000 | 320,368,900 | 1,254,743,977 |
| TCL Comm | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lenovo | - | - | - | - | - | - | - | - | - | 21,698,500 | 57,424,000 | 81,416,000 | 70,172,300 | 230,710,800 |
| LG Electronics | - | - | - | - | - | - | 3,940,025 | 6,968,209 | - | 25,814,100 | 46,432,000 | 57,661,000 | 15,428,000 | 156,243,334 |
| ZTE | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Huawei | - | - | - | - | - | - | - | - | - | 27,168,700 | 46,609,000 | 68,081,000 | 98,452,400 | 240,311,100 |
| Motorola | - | - | - | - | - | - | 6,895,044 | 13,936,417 | - | - | - | - | - | 20,831,461 |
| Yulong | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Xiaomi | - | - | - | - | - | - | - | - | - | - | - | - | 50,459,300 | 50,459,300 |
| Other | 2,490,435 | 2,544,422 | 5,497,869 | 7,596,989 | 36,176,600 | 32,671,400 | 12,805,082 | 21,900,085 | 127,275,319 | 269,526,600 | 368,675,000 | 538,710,000 | 616,150,500 | 2,042,020,301 |
| Total | 11,523,041 | 12,286,519 | 14,982,140 | 17,743,292 | 122,315,600 | 139,287,900 | 172,376,100 | 296,646,600 | 472,736,900 | 680,108,200 | 969,721,000 | 1,244,890,000 | 1,371,417,900 | 5,526,035,192 |
| Cumulative | 11,523,041 | 23,809,560 | 38,791,700 | 56,534,992 | 178,850,592 | 318,138,492 | 490,514,592 | 787,161,192 | 1,259,898,092 | 1,940,006,292 | 2,909,727,292 | 4,154,617,292 | 5,526,035,192 | |

**Notes:**

[1] http://www.palminfocenter.com/news/7613/gartner-worldwide-pda-shipments-grew-7-in-2004/.
[2] http://www.gartner.com/newsroom/id/500898.
[3] http://www.gartner.com/newsroom/id/910112.
[4] Units from http://www.quirksmode.org/blog/archives/2011/02/smartphone_sale.html multiplied by 98.5% in 2009 and 99.5% in 2010 in order to reconcile the differences in unit totals between the 'by vendor' and 'by operating system' data in exhibits 10 and 11 [Total Units from Exhibit 11 / Total Units from source].
[5] Units from http://www.idc.com/getdoc.jsp?containerId=prUS23299912 multiplied by 96.2% in order to reconcile the differences in unit totals between the 'by vendor' and 'by operating system' data in exhibits 10 and 11 [Total Units from Exhibit 11 / Total Units from source].
[6] http://www.gartner.com/newsroom/id/2665715.
[7] http://www.gartner.com/newsroom/id/2996817.
[8] http://www.gartner.com/newsroom/id/3061917; http://www.gartner.com/newsroom/id/3115517; http://www.gartner.com/newsroom/id/3169417; Annualized by estimating Q4 2015 to equal Q3 2015.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*
**SMARTPHONE DEVICE WORLDWIDE ANNUAL UNIT SALES BY OPERATING SYSTEM**
Exhibit 11

| Units | 2003 [1] | 2004 [1] | 2005 [2] | 2006 [2] | 2007 [3] | 2008 [3] | 2009 [4] | 2010 [4] | 2011 [5] | 2012 [6] | 2013 [7] | 2014 [7] | Annualized 2015 [8] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Windows CE | 4,344,186 | 5,283,203 | 7,173,005 | 9,954,082 | 14,698,000 | 16,498,100 | 15,031,000 | 12,378,200 | 9,843,400 | 16,940,700 | 30,714,000 | 35,133,000 | 28,217,000 | 206,207,877 |
| Palm OS | 5,761,521 | 4,460,006 | 2,960,795 | 2,074,765 | 1,762,700 | 2,507,200 | - | - | - | - | - | - | - | 19,526,987 |
| RIM | - | - | 3,193,000 | 3,510,927 | 11,767,700 | 23,149,000 | 34,346,600 | 47,451,600 | 51,541,900 | 34,210,300 | 18,606,000 | 7,911,000 | 4,432,000 | 240,120,027 |
| Symbian | - | - | 1,010,000 | 950,100 | 77,684,000 | 72,933,500 | 80,878,300 | 111,576,700 | 88,410,200 | - | - | - | - | 433,442,800 |
| iOS | - | - | - | - | 3,302,600 | 11,417,500 | 24,889,700 | 46,598,300 | 89,263,300 | 130,133,200 | 150,786,000 | 191,426,000 | 200,387,000 | 848,203,600 |
| Android | - | - | - | - | - | - | 6,798,400 | 67,224,500 | 219,440,200 | 451,621,000 | 761,288,000 | 1,004,675,000 | 1,133,616,000 | 3,644,663,100 |
| Other | 1,417,334 | 2,543,309 | 645,340 | 1,253,418 | 13,100,700 | 12,782,600 | 10,432,100 | 11,417,400 | 14,238,000 | 47,203,000 | 8,327,000 | 5,745,000 | 4,764,900 | 133,870,101 |
| Total | 11,523,041 | 12,286,519 | 14,982,140 | 17,743,292 | 122,315,600 | 139,287,900 | 172,376,100 | 296,646,600 | 472,736,900 | 680,108,200 | 969,721,000 | 1,244,890,000 | 1,371,417,900 | 5,526,035,192 |

<u>Notes:</u>

[1] Market Share from http://www.palminfocenter.com/news/7613/gartner-worldwide-pda-shipments-grew-7-in-2004/ multiplied by Total Units from Exhibit 10.
[2] http://www.gartner.com/newsroom/id/500898.
[3] http://www.gartner.com/newsroom/id/910112.
[4] http://www.cnet.com/news/gartner-android-ranks-2nd-in-global-smartphones/.
[5] http://www.pcworld.com/article/228218/Gartner_Android_Dominates_Smartphone_Sales_Worldwide.html; http://www.computerweekly.com/news/2240105329/Worldwide-smartphone-sales-grow-74-in-second-quarter-of-2011-says-Gartner; http://www.winrumors.com/gartner-windows-phone-sales-flat-in-q3-2011/; http://www.gartner.com/newsroom/id/1924314.
[6] http://www.gartner.com/newsroom/id/2665715.
[7] http://www.gartner.com/newsroom/id/2996817.
[8] http://www.gartner.com/newsroom/id/3061917; http://www.gartner.com/newsroom/id/3115517; http://www.gartner.com/newsroom/id/3169417; Annualized by estimating Q4 2015 to equal Q3 2015.
[9] The annualized 2015 unit total was adjusted by 1,000 units in order to reconcile the difference in unit totals between the 'by vendor' and 'by operating system' data in exhibits 10 and 11.

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF JAVA ME LICENSING LOST PROFITS, 2009-2015**

Exhibit 12

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Lost Java ME Licensing Revenue | $ 32,744,771 | $ 39,741,318 | $ 28,375,252 | $ 14,329,644 | $ 91,350,258 | [redacted] | [redacted] | $ 557,661,673 |
| [2] Incremental Expenses | 5,757,473 | 6,987,667 | 2,842,248 | 1,404,667 | 8,681,513 | [redacted] | [redacted] | 82,248,738 |
| Lost Java ME Licensing Profits | $ 26,987,299 | $ 32,753,651 | $ 25,533,004 | $ 12,924,977 | $ 82,668,745 | $ [redacted] | [redacted] | $ 475,412,935 |

Notes:

[1] Exhibit 12.2.
[2] Exhibit 12.1.

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF INCREMENTAL EXPENSES**

Exhibit 12.1

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Lost Java ME Revenue | $ 32,744,771 | $ 39,741,318 | $ 28,375,252 | $ 14,329,644 | $ 91,350,258 | $ [redacted] | [redacted] | $ 557,661,673 |
| [2] Incremental COGS | 7.6% | 7.6% | n/a | n/a | n/a | [redacted] | [redacted] | n/a |
| [2] Incremental Sales Expense | 10.0% | 10.0% | n/a | n/a | n/a | [redacted] | [redacted] | n/a |

**Notes:**

[1] Exhibit 12.2.

[2] Exhibit 12.7, Applied 2006 COGS and Sales percentages to years 2009 and 2010.

[3] Exhibit 12.6.

*Oracle America, Inc. v. Google, Inc.*

**CALCULATION OF LOST JAVA ME LICENSING REVENUES**

Exhibit 12.2

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Java ME Forecasted Licensing Revenue | $ 129,696,000 | $ 140,399,000 | $ 151,985,252 | $ 164,527,644 | $ 178,105,082 | [illegible] | [illegible] | $ 1,166,229,765 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

<u>Notes:</u>

[1] Exhibit 12.3.
[2] Exhibit 12.4.

*Oracle America, Inc. v. Google, Inc.*
**JAVA ME LICENSING REVENUE FORECASTS**
Exhibit 12.3

| *(in thousands)* | 2009 [1] | 2010 [1] | 2011 [2] | 2012 [2] | 2013 [2] | 2014 [2] | 2015 [2] | Total |
|---|---|---|---|---|---|---|---|---|
| Total Forecasted Licensing Revenue | $ 129,696 | $ 140,399 | $ 151,985 | $ 164,528 | $ 178,105 | $ 192,803 | $ 208,714 | $ 1,166,230 |
| *2009-2010 Java ME Licensing Growth Rate* | *n/a* | *8.3%* | *8.3%* | *8.3%* | *8.3%* | *8.3%* | *8.3%* | *n/a* |

**Notes:**

[1] OAGOOGLE0100164541.
[2] For 2011 forward, I applied the 2009-2010 growth rate to project licensing revenue.

Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**ACTUAL JAVA ME LICENSING REVENUE, 2009-2015**

Exhibit 12.4

| | 2009 [1] | 2010 [1] | 2011 [2] | 2012 [2] | 2013 [2] | 2014 [2] | 2015 [2] | Total |
|---|---|---|---|---|---|---|---|---|
| Java ME Licensing Revenue | $ 95,282,235 | $ 98,922,651 | $ 123,610,000 | $ 150,198,000 | $ 86,754,824 | | | $ 605,164,066 |
| Embedded ME Licensing Revenue | 1,668,993 | 1,735,032 | - | - | - | | | 3,404,025 |
| Total Java ME Licensing Revenue | $ 96,951,229 | $ 100,657,682 | $ 123,610,000 | $ 150,198,000 | $ 86,754,824 | | | $ 608,568,092 |
| *Java ME Licensing YoY Growth* | *n/a* | *3.8%* | *22.8%* | *21.5%* | *-42.2%* | | | *n/a* |

**Notes:**

[1] OAGOOGLE0000702509, tab 'Mapping'.
[2] OAGOOGLE2000003713, tab 'Lic Revenue by Product'.

*Oracle America, Inc. v. Google, Inc.*
**SUMMARY OF ORACLE JAVA ME LICENSING FORECASTS, 2009-2015**
Exhibit 12.5

**October 8 2010 Forecast**

| *(in thousands)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 [5] | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Java ME | $ 129,696 | $ 140,399 | $ - | $ - | $ - | $ - | $ - | $ 270,095 |
| [2] Java ME Licensing | - | - | 85,000 | 95,200 | 119,000 | 148,750 | 185,938 | 633,888 |
| Embedded ME Licensing | - | - | 2,000 | 2,500 | 3,125 | 3,906 | 4,883 | 16,414 |
| Total Forecasted Licensing Revenue | $ 129,696 | $ 140,399 | $ 87,000 | $ 97,700 | $ 122,125 | $ 152,656 | $ 190,820 | $ 920,397 |
| *Java ME Licensing YoY Growth* | *n/a* | *8.3%* | *-38.0%* | *12.3%* | *25.0%* | *25.0%* | *25.0%* | *n/a* |

**October 11 2010 Forecast**

| *(in thousands)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 [5] | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Java ME | $ 129,696 | $ 140,399 | $ - | $ - | $ - | $ - | $ - | $ 270,095 |
| [3] Java ME Licensing | - | - | 85,000 | 87,550 | 94,554 | 108,737 | 125,048 | 500,889 |
| Embedded ME Licensing | - | - | 2,000 | 2,500 | 3,125 | 3,906 | 4,883 | 16,414 |
| Total Forecasted Licensing Revenue | $ 129,696 | $ 140,399 | $ 87,000 | $ 90,050 | $ 97,679 | $ 112,643 | $ 129,930 | $ 787,398 |
| *Java ME Licensing YoY Growth* | *n/a* | *8.3%* | *-38.0%* | *3.5%* | *8.5%* | *15.3%* | *15.3%* | *n/a* |

| *(in thousands)* | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 [5] | Total |
|---|---|---|---|---|---|---|---|---|
| [1] Java ME | $ 129,696 | $ 140,399 | $ - | $ - | $ - | $ - | $ - | $ 270,095 |
| [4] Java ME Licensing | - | - | 66,331 | 71,514 | 78,363 | 86,357 | 95,165 | 397,730 |
| Embedded ME Licensing | - | - | 8,873 | 8,873 | 10,204 | 11,734 | 13,495 | 53,178 |
| Total Forecasted Licensing Revenue | $ 129,696 | $ 140,399 | $ 75,204 | $ 80,387 | $ 88,567 | $ 98,091 | $ 108,660 | $ 721,004 |
| *Java ME Licensing YoY Growth* | *n/a* | *8.3%* | *-46.4%* | *6.9%* | *10.2%* | *10.8%* | *10.8%* | *n/a* |

**Notes:**

[1] OAGOOGLE0100164541.
See "Strategic Forecast" scenario, at p. 3, for 2009-2010 forecasts. I have assumed that Java ME means licensing and possibly access fee revenue.
[2] OAGOOGLE0000702509.
[3] OAGOOGLE0000702677.
[4] OAGOOGLE0002809491.
[5] 2015 estimated using growth rate from 2013 to 2014.

*Oracle America, Inc. v. Google, Inc.*
**ORACLE JAVA FINANCIALS, 2011-2015 [1]**
Exhibit 12.6



Highly Confidential - Attorneys' Eyes Only

*Oracle America, Inc. v. Google, Inc.*

**SUN 2006 JAVA ME PROFIT & LOSS [1]**

Exhibit 12.7

| | Q1 | Q2 | Q3 | Q4 | 2006 |
|---|---|---|---|---|---|
| Revenue | $ 22,210 | $ 22,838 | $ 25,050 | $ 28,151 | $ 98,249 |
| COGS | 1,408 | 1,710 | 2,161 | 2,171 | $ 7,450 |
| *COGS as a % of Revenue* | *6.3%* | *7.5%* | *8.6%* | *7.7%* | *7.6%* |
| Gross Profit | 20,802 | 21,128 | 22,889 | 25,980 | 90,799 |
| *Gross Profit as a % of Revenue* | *93.7%* | *92.5%* | *91.4%* | *92.3%* | *92.4%* |
| Engineering | 7,845 | 8,859 | 7,506 | 8,631 | 32,841 |
| Marketing | 3,497 | 4,052 | 4,052 | 3,682 | 15,283 |
| Sales | 2,221 | 2,284 | 2,505 | 2,815 | 9,825 |
| *Sales as a % of Revenue* | *10%* | *10%* | *10%* | *10%* | *10%* |
| Total Operating Expenses | 13,563 | 15,195 | 14,063 | 15,128 | 57,949 |
| Contribution Margin | $ 7,239 | $ 5,933 | $ 8,826 | $ 10,852 | $ 32,850 |
| *Contribution Margin as a % of Revenue* | *32.6%* | *26.0%* | *35.2%* | *38.5%* | *33.4%* |

**Notes:**

[1] OAGOOGLE0005039944 - 962, at 946.

*Oracle America, Inc. v. Google, Inc.*

**JAVA CLIENT P&L/FORECAST, 2007-2014 [1]**

Exhibit 12.8

| *(in millions)* | Actual 2007 | Actual 2008 | Forecast 2009 | Forecast 2010 | Forecast 2011 | Forecast 2012 | Forecast 2013 | Forecast 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Java Client | | | | | | | | | |
| Product Billings (Distribution) | $ 189 | $ 177 | $ 170 | $ 190 | $ 219 | $ 257 | $ 302 | $ [redacted] | $ 1,854 |
| Distribution | 30 | 43 | 80 | 80 | 80 | 80 | 80 | [redacted] | 553 |
| Total Product Billings | 219 | 220 | 250 | 270 | 299 | 337 | 382 | [redacted] | 2,407 |
| Total Services | - | - | - | - | - | - | - | - | - |
| *YoY Growth* | *n/a* | *1.0%* | *13.6%* | *8.0%* | *10.7%* | *12.7%* | *13.4%* | [redacted] | *n/a* |
| Total | 219 | 220 | 250 | 270 | 299 | 337 | 382 | [redacted] | 2,407 |
| Cost of Goods Sold | 20 | 19 | 29 | 29 | 35 | 40 | 44 | [redacted] | 266 |
| *Cost of Goods Sold as a % of Billings* | *9.1%* | *8.6%* | *11.6%* | *10.7%* | *11.7%* | *11.9%* | *11.5%* | [redacted] | *11.1%* |
| Product Gross Margin | 199 | 201 | 221 | 241 | 264 | 297 | 338 | [redacted] | 2,141 |
| *Product Gross Margin as a % of Billings* | *90.9%* | *91.4%* | *88.4%* | *89.3%* | *88.3%* | *88.1%* | *88.5%* | [redacted] | *88.9%* |
| RDE | 142 | 117 | 122 | 122 | 122 | 121 | 122 | [redacted] | 990 |
| *RDE as a % of Billings* | *64.8%* | *53.2%* | *48.8%* | *45.2%* | *40.8%* | *35.9%* | *31.9%* | [redacted] | *41.1%* |
| Contribution Margin | $ 57 | $ 84 | $ 99 | $ 119 | $ 142 | $ 176 | $ 216 | $ [redacted] | $ 1,151 |
| *Contribution Margin % of Billings* | *26.0%* | *38.2%* | *39.6%* | *44.1%* | *47.5%* | *52.2%* | *56.5%* | [redacted] | *47.8%* |

**Notes:**

[1] OAGOOGLE0003973858.

*Oracle America, Inc. v. Google, Inc.*

**SUMMARY OF JAVA LICENSING OPERATING COSTS, 2013-2015 [1]**

Exhibit 12.9

| *(in thousands)* | 2013 | 2014 | 2015 | Total |
|---|---|---|---|---|
| Revenue | $ 315,997 | $ [redacted] | [redacted] | $ 671,454 |
| Salaries | 12,994 | [redacted] | [redacted] | 39,726 |
| Commissions/Bonus | 7,382 | [redacted] | [redacted] | 19,480 |
| Benefits | 3,889 | [redacted] | [redacted] | 11,679 |
| Travel and Entertainment | 2,646 | [redacted] | [redacted] | 6,359 |
| Total Employee Related Expense | 26,910 | [redacted] | [redacted] | 77,244 |
| Documentation and Media | 2 | [redacted] | [redacted] | 15 |
| Facilities | 971 | [redacted] | [redacted] | 3,071 |
| Profess and Recruiting Fees | 225 | [redacted] | [redacted] | 370 |
| Miscellaneous | (158) | [redacted] | [redacted] | 83 |
| Third Party Royalties and Referral Fees | 0 | [redacted] | [redacted] | 0 |
| Computers, Voice and Data | 506 | [redacted] | [redacted] | 1,385 |
| Marketing Communications | 1,487 | [redacted] | [redacted] | 4,026 |
| External Contractor Costs | 51 | [redacted] | [redacted] | 47 |
| COGS | 1 | [redacted] | [redacted] | 1 |
| New - Support Services Cost | 4 | [redacted] | [redacted] | 5 |
| Resource Sharing Expense | - | [redacted] | [redacted] | 0 |
| Eng Projects/Tooling /NRE | 43 | [redacted] | [redacted] | 45 |
| Total Other Operating Expenses | 3,131 | [redacted] | [redacted] | 9,048 |
| Total Operating Expense | $ 30,041 | $ [redacted] | [redacted] | $ 86,292 |
| *Operating Expense as a % of Revenue* | *9.5%* | [redacted] | [redacted] | *12.9%* |

**Notes:**

[1] OAGOOGLE2000003715, tab 'OPEX and License Trend by Qtr'.

*Oracle America, Inc. v. Google, Inc.*
**JAVA ME MARGINS, 2005-2011 [1]**
Exhibit 12.10

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 [2] | Total |
|---|---|---|---|---|---|---|---|---|
| Total Java ME Billings | $ 51,372,066 | $ 90,079,950 | $ 109,853,211 | $ 99,196,919 | $ 97,654,250 | $ 95,514,722 | $ 12,353,593 | $ 556,024,711 |
| Total Java ME Costs | 18,076,254 | 19,646,798 | 23,674,253 | 22,177,130 | 21,196,439 | 21,661,190 | 2,848,732 | 129,280,795 |
| *Java ME Costs as a % of Billings* | *35.2%* | *21.8%* | *21.6%* | *22.4%* | *21.7%* | *22.7%* | *23.1%* | *23.3%* |
| *YoY Java ME Billings Growth* | *n/a* | *75.3%* | *22.0%* | *-9.7%* | *-1.6%* | *-2.2%* | *n/a* | *n/a* |
| Java ME Margin | $ 33,295,812 | $ 70,433,152 | $ 86,178,958 | $ 77,019,789 | $ 76,457,811 | $ 73,853,532 | $ 9,504,862 | $ 426,743,916 |
| *Java ME Margin as a % of Billings* | *64.8%* | *78.2%* | *78.4%* | *77.6%* | *78.3%* | *77.3%* | *76.9%* | *76.7%* |

**Notes:**

[1] OAGOOGLE0100167800.
[2] The data for 2011 only cover the first two months of the year.

*Oracle America, Inc. v. Google, Inc.*

**WORLDWIDE AND U.S. AVERAGE QUARTERLY ANDROID ACTIVE DEVICES 2011 TO Q3 2015 [1]**

Exhibit 13

| 2011 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | n/a | 34,992,314 | 46,532,375 | 65,362,805 |
| 7 Day Active | n/a | 39,765,306 | 53,137,135 | 75,183,084 |
| 30 Day Active | n/a | 43,861,343 | 59,043,833 | 83,439,479 |
| U.S. | | | | |
| 1 Day Active | n/a | 33,438,657 | 38,218,747 | 43,927,623 |
| 7 Day Active | n/a | 35,345,233 | 40,643,609 | 47,391,673 |
| 30 Day Active | n/a | 38,213,405 | 44,346,758 | 51,831,126 |

| 2012 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | 92,873,866 | 119,842,961 | 159,626,230 | 210,592,088 |
| 7 Day Active | 106,314,674 | 137,733,862 | 185,162,807 | 243,188,891 |
| 30 Day Active | 118,149,476 | 153,590,819 | 208,481,616 | 271,752,550 |
| U.S. | | | | |
| 1 Day Active | 51,887,807 | 56,122,314 | 61,244,147 | 66,580,660 |
| 7 Day Active | 55,761,712 | 60,620,460 | 66,412,093 | 72,368,792 |
| 30 Day Active | 61,288,888 | 66,939,863 | 73,781,260 | 80,533,480 |

| 2013 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | 273,008,213 | 327,418,816 | 389,229,940 | 462,970,777 |
| 7 Day Active | 315,358,630 | 379,862,824 | 454,640,556 | 540,439,669 |
| 30 Day Active | 352,417,625 | 425,955,145 | 513,855,987 | 609,728,349 |
| U.S. | | | | |
| 1 Day Active | 74,186,714 | 79,154,177 | 84,086,912 | 89,630,226 |
| 7 Day Active | 80,798,867 | 86,481,545 | 92,101,347 | 98,096,607 |
| 30 Day Active | 90,182,817 | 96,623,684 | 103,506,196 | 109,462,499 |

*Oracle America, Inc. v. Google, Inc.*

**WORLDWIDE AND U.S. AVERAGE QUARTERLY ANDROID ACTIVE DEVICES 2011 TO Q3 2015 [1]**

Exhibit 13

| **2014** | **Q1** | **Q2** | **Q3** | **Q4** |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | 549,718,992 | 623,311,089 | 698,794,200 | 777,210,624 |
| 7 Day Active | 644,423,936 | 732,828,044 | 825,638,442 | 920,308,003 |
| 30 Day Active | 729,626,040 | 832,458,580 | 944,999,606 | 1,052,499,975 |
| U.S. | | | | |
| 1 Day Active | 99,336,915 | 103,794,363 | 107,189,544 | 113,277,086 |
| 7 Day Active | 109,400,723 | 115,014,584 | 118,818,874 | 125,216,654 |
| 30 Day Active | 122,891,172 | 130,686,992 | 134,773,832 | 141,489,790 |

| **2015** | **Q1** | **Q2** | **Q3** | **Q4** |
|---|---|---|---|---|
| Worldwide | | | | |
| 1 Day Active | 819,679,543 | 882,831,753 | 935,564,392 | n/a |
| 7 Day Active | 982,791,460 | 1,067,157,974 | 1,128,226,129 | n/a |
| 30 Day Active | 1,145,798,487 | 1,227,717,446 | 1,313,689,665 | n/a |
| U.S. | | | | |
| 1 Day Active | 121,790,857 | 124,487,408 | 128,122,166 | n/a |
| 7 Day Active | 135,166,407 | 138,511,580 | 143,030,896 | n/a |
| 30 Day Active | 153,394,387 | 157,579,560 | 164,020,710 | n/a |

**Notes:**

[1] GOOG-00022382, all figures are quarterly averages.