KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED ATTACHMENT 7 TO ECF 1571** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Dept.     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO REMOVE FROM DOCKET
INCORRECTLY FILED ATTACHMENT TO ECF 1571
Case No. 3:10-cv-03561 WHA

1045925

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Defendant Google Inc. ("Google") hereby moves the Court to remove incorrectly filed documents (consisting of Attachment 7 to Dkt. No. 1571) from the public docket to afford Plaintiff Oracle America, Inc. ("Oracle") an opportunity to seek to justify its stated need to seek to seal this material.

On March 23, 2016, Google filed its motions *in limine* and *Daubert* motions, along with the Declaration of Edward Bayley containing exhibits in support of these motions. ECF No. 1571.[1] In accordance with the Stipulated Protective Order in this case, Google also filed a motion to file under seal various exhibits in support of these motions, including materials that Oracle had designated as Confidential or Highly Confidential-Attorneys Eyes Only ("HC-AEO") under the Stipulated Protective Order. ECF No. 66. However, Google did not file under seal portions of those exhibits that it understood Oracle had de-designated as no longer HC-AEO under the Protective Order and that Oracle had not affirmatively designated as "Confidential" under the protective order. Karwande Declaration in Support of Motion to Remove Incorrect Filing ("Karwande Decl.") ¶¶ 2-3. Among those de-designated materials was information contained in Exhibit F to the Declaration of Edward Bayley of in Support of Google's Motions in Limine ("Bayley Decl."), which is the Corrected Opening Report of Mr. James Malackowski and accompanying Exhibits. ECF No. 1571-7.

Specifically, on January 14, 2016, Oracle informed Google that it was removing the HC-AEO confidentiality designation affixed to that material with the exception of certain specifically designated materials. Karwande Decl., Ex. A [January 14, 2016 email from Jose Valdes re Oracle America, Inc. v. Google Inc. -Oracle's Expert Reports]. These designations were reflected in a redacted copy of the Malackowski Opening Report and Exhibits bearing the label "Oracle AEO Redacted." Oracle sent these "Oracle AEO Redacted" expert reports to Google on January

---

[1] On March 23, 2016, Google erroneously filed slip sheets entitled "Unredacted Version of Document Sought to Be Sealed" as attachments to Edward Bayley's Declaration in Support of Google's Motion in Limine No. 4 to Exclude Market Harm Testimony from Expert Report of Dr. Adam Jaffe (*see* ECF No. 1564). On March 24, 2016, Google filed a corrected version of the Bayley Declaration and the redacted versions of Exhibits A-G as attachments (*see* ECF No. 1574).

1
DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED ATTACHMENT TO ECF 1571
Case No. 3:10-cv-03561 WHA (DMR)

1045925

14, 2016.  Karwande Decl., ¶ 3, Ex. A.  Google maintained the HC-AEO designation for these materials.  Karwande Decl., ¶ 3.  Google was guided by this de-designation (which was never overridden or re-designated in later correspondence) in determining what materials needed to be filed under seal in connection with March 23, 2016 motion *in limine* filing.  Karwande Decl., ¶ 4.

Furthermore, and in an abundance of caution, counsel for Google sent a confirming email on the evening of filing these materials to counsel for Oracle setting out Google's understanding as to the de-designated status of those materials.  Karwande Decl.,¶ 4, Ex. B [Bayley email to Counsel for Oracle dated 3/23/16].

It was not until March 26, 2016, days after filing of the motions *in limine* and *Daubert* motions, that Oracle informed Google that it believed Oracle had maintained confidentiality designations for certain portions of the publicly filed materials in Attachment 7 to ECF 1571 and claimed that Google had not complied with the Protective Order.  Karwande Decl., ¶ 6, Ex. C [Uriarte/Karwande email exchange, dated 3/26/16 and 3/27/16].  Specifically, Oracle claims the following portions of Attachment 7 to ECF No. 1571 contain confidential Oracle financial information from 2014-2015: figure 24, figure 25, figure 27, figure 28, Exhibit 12, Exhibit 12.1, and Exhibit 12.2.  *Id.*  Google responded immediately, and explained to Oracle why the materials were properly filed in the public docket given Oracle's de-designations.  *Id.*  Google offered, as a courtesy, to jointly take any action to resolve this issue.  In response to Google's explanation, Oracle then requested that Google file a corrected version of the document at issue and ask the Docket Clerk to remove the material from the public docket.  *Id.*  Then, this morning, on March 28, 2016, Oracle requested that in addition, Google also file a motion to remove the original material from the public docket.  Karwande Decl., ¶ 7.

As a courtesy, Google has taken all steps it could to immediately address Oracle's concerns, including calling ECF Help Desk and placing a lock on the document, sending an email to Judge Alsup's Docket Correction clerk, filing a version of Exhibit F that is redacted in accordance with Oracle's March 26, 2016 assertion of confidentiality (see ECF 1587), and filing this motion.  Karwande Decl. ¶¶ 6-10.  Accordingly, although Google maintains that its public filing of this de-designated material was proper, Google moves the Court requesting the removal

2

DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED ATTACHMENT TO ECF 1571
Case No. 3:10-cv-03561 WHA (DMR)

1045925

of material from the public docket to afford Oracle an opportunity to seek to seal this material.

Dated: March 28, 2016                                KEKER & VAN NEST LLP

                                            By:   */s/ Christa M. Anderson*
                                                   CHRISTA M. ANDERSON

                                                   Attorneys for Defendant
                                                   GOOGLE INC.

3

DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO REMOVE FROM DOCKET
INCORRECTLY FILED ATTACHMENT TO ECF 1571
Case No. 3:10-cv-03561 WHA (DMR)

1045925