KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER RE MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED ATTACHMENT 7 TO ECF 1571**<br><br>Hearing:     April 27, 2016<br>Dept.         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

[PROPOSED] ORDER RE MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED
ATTACHMENT 7 TO ECF 1571
Case No.  3:10-cv-03561 WHA

1046060

Before the Court is Google Inc's Motion to Remove from Docket Incorrectly Filed Attachment 7 to ECF 1571.  Having considered the Motion, the Declaration of Maya Karwande in support of the Motion, and any other relevant materials, the Court hereby GRANTS Google's Motion.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE