ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: ORACLE'S MOTION IN LIMINE # 6**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Re: Oracle's Motion *In Limine* # 6. Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew Temkin and the Declaration of Robert L. Uriarte in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for Oracle America, Inc. may file the following portions of its Motion under seal:

| Document | Text to be Sealed |
|---|---|
| Oracle's Motion *In Limine* # 6 | • Page 1, line 5: the dollar amount at the end of the sentence<br>• Page 1, line 7: the dollar amount after the word "number"<br>• Page 1, lines 17-21: the dollar amounts in each bulleted paragraph<br>• Page 1, line 25: the dollar amounts within the parentheticals<br>• Page 1, footnotes 1 and 2: all dollar amounts state in both footnotes<br>• Page 2, line 6: the dollar amount after the word "Kearl's"<br>• Page 3, lines 3-5: text after the word "that" on line 3 and before the first period on line 5<br>• Page 3, lines 6-7: text after the word "that" online 6 and before the word "that" on line 7<br>• Page 3, lines 11-14: text after the word "that" on line 11 and before "see also" on line 14<br>• Page 4, lines 8-24: all dollar amounts<br>• Page 5, lines 1-10: all dollar amounts |
| Exhibit 1 to the Declaration of Andrew D. Silverman, Dr. Kearl's March 18, 2016 Report | The entirety of the Exhibit or at a minimum:<br><br>• Page 47: the 2015 revenue numbers stated in the last two sentences of paragraph 92 of Dr. Kearl's Report<br><br>• The 2014 and 2015 financial information contained in Exhibit 6 to Dr. Kearl's Report |
| Exhibit 2 to the Declaration of Andrew D. Silverman, excerpts to the March 28, 2016 deposition of Dr. Kearl | The entirety of the Exhibit |
| Exhibit 3 to the Declaration of Andrew D. Silverman, excerpts of the March 28, 2016 Supplemental Report of Dr. Jaffe | • Page 10, footnote text<br>• Page 11, paragraph 23, all text after the first appearance of the word "Kearl"<br>• Page 14, footnote 32<br>• Page 15, the last six words of paragraph 29<br>• Pages 15-16, paragraph 31, all text before the word |

| | |
|---|---|
| | • "Thus" on page 16<br>• Page 17, footnote 39, all text before the first appearance of the phrase "*see also*" |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable William Alsup
United States District Court Judge