ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ANDREW D. SILVERMAN IN SUPPORT OF ORACLE'S MOTION IN LIMINE #6 REGARDING PROF. KEARL**<br><br>Hearing: April 27, 2016, 8:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Andrew D. Silverman, declare and state as follows:

1. I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's motion *in limine* and *Daubert* motion regarding Prof. James Kearl, submitted pursuant to the Court's Orders, ECF Nos. 1488, 1506, and 1509.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Prof. James Kearl and corresponding exhibits, dated March 18, 2016, which is filed tentatively under seal pursuant to the protective order.

4. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts of the Deposition of Prof. James Kearl, dated March 23, 2016, which is filed tentatively under seal pursuant to the protective order.

5. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the Supplemental Expert Report of Prof. Adam Jaffe, dated March 28, 2016, which is filed tentatively under seal pursuant to the protective order.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed this 30th day of March, 2016, at New York, NY.

                                                    */s/ Andrew D. Silverman*
                                                      Andrew D. Silverman

SILVERMAN DECL. IN SUPPORT OF
ORACLE'S MOTIONS IN LIMINE
REGARDING PROF. KEARL