```
 1  ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
 2  kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
 3  ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
 4  gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
 5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (pro hac vice)
 6  pbicks@orrick.com
    LISA T. SIMPSON (pro hac vice)
 7  lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
 8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

 9  BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (pro hac vice)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
15  dorian.daley@oracle.com
    DEBORAH K. MILLER (SBN 95527)
16  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (SBN 211600)
17  matthew.sarboraria@oracle.com
    RUCHIKA AGRAWAL (SBN 246058)
18  ruchika.agrawal@oracle.com
    500 Oracle Parkway,
19  Redwood City, CA 94065
    Tel: 650.506.5200 / Fax: 650.506.7117

20  Attorneys for Plaintiff
    ORACLE AMERICA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION IN LIMINE #6 REGARDING RULE 706 EXPERT, PROFESSOR KEARL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

This Court has read and considered Plaintiff Oracle America, Inc.'s Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl, and any Opposition thereto and Reply in support thereof, and any and all additional supporting papers.

Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS HEREBY ORDERED THAT Oracle's Motion is GRANTED.

Portions of Professor Kearl's analysis, opinions, and conclusions are stricken and his testimony on those matters excluded under Federal Rules of Evidence 402, 403, 702, 703, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny because they are legally irrelevant, erroneous, prejudicial, and (in one instance) rely on information and estimates of information that Google refused to produce in discovery.

Specifically, Prof. Kearl's analysis, opinions, conclusions, and testimony regarding his second and third disgorgement calculations are excluded because they rely on non-infringing alternatives that are legally irrelevant and prejudicial.  In addition, Prof. Kearl's first calculation includes a deduction based on non-infringing alternatives, and thus that deduction is likewise excluded as legally irrelevant and prejudicial.

Finally, Prof. Kearl's deduction for traffic acquisition costs ("TAC") is also excluded is irrelevant, erroneous, and unreliable.

IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ORACLE'S
MOTION IN LIMINE #6 REGARDING
RULE 706 EXPERT, PROF. KEARL