KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:   (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES KEARL** <br><br> Dept.     Courtroom 8, 19th Fl. <br> Judge:   Hon. William Alsup |

DECLARATION OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL GOOGLE'S MOT. TO
STRIKE PORTIONS OF DR. KEARL'S REPORT
Case No. 3:10-cv-03561 WHA

1046502

I, Maya Karwande, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Google's Motion to Strike Portions of Expert Report and Testimony of Dr. Kearl and corresponding exhibits. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The following portions of Google's Motion to Strike Portions of Expert Report and Testimony of Dr. Kearl and Exhibits 1, 3, 5, 6, 8, and 9 attached to the Declaration of Maya Karwande in Support of Google's Motion to Strike Portions of Expert Report and Testimony of Dr. Kearl ("Karwande Strike Decl."), filed by Google on March 30, 2016, summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

- **Google's Motion to Strike Portions of Expert Report and Testimony of Dr. Kearl**: 13:11-12.
- **Exhibit 1:** the Corrected Expert Report of Professor James R. Kearl, dated March 21, 2016
- **Exhibit 3**: excerpts from the deposition of James Malackowski, taken March 17, 2016
- **Exhibit 5**: excerpts from the deposition of James R. Kearl, taken March 23, 2016.
- **Exhibit 6:** excerpts from the deposition of Adam B. Jaffe, taken March 10, 2016
- **Exhibit 8**: excerpts from the deposition of Gregory K. Leonard, taken March 11, 2016
- **Exhibit 9:** excerpts from the Corrected Expert Report of Dr. Gregory K. Leonard, dated March 10, 2016

1
DECLARATION OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL GOOGLE'S MOT. TO STRIKE PORTIONS OF DR. KEARL'S REPORT
Case No. 3:10-cv-03561 WHA

1046502

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed at San Francisco, California on March 30, 2016.

By: _____
MAYA KARWANDE

2
DECLARATION OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL GOOGLE'S MOT. TO
STRIKE PORTIONS OF DR. KEARL'S REPORT
Case No. 3:10-cv-03561 WHA

1046502