# EXHIBIT 3

# DOCUMENT SOUGHT TO BE SEALED