# EXHIBIT 5

# DOCUMENT SOUGHT TO BE SEALED