KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO SEAL GOOGLE'S MOTION TO STRIKE PORTIONS OF DR. KEARL'S REPORT AND CORRESPONDING EXHIBITS** <br><br> Dept.        Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

**IT IS HEREBY ORDERED** that the designed portions of the following documents should be sealed and that counsel for Google Inc. may file the following under seal:

| Title of Document to be Seal | Entirety or Portion Thereof |
| --- | --- |
| Google's Motion to Strike Portions of Dr. Kearl's Report | Google: Portion of p. 12:10, 13-14, p. 7:19, p. 8:14. |
| **Exhibit 1:** the Corrected Expert Report of Professor James R. Kearl, dated March 21, 2016 | Google: Portion of ¶ 9, ¶ 11, fn 45, fn 66, ¶30-33, fn. 52, fn. 108, ¶ 70, ¶ 73, ¶ 75, ¶ 77, ¶ 78, ¶ 102, ¶ 103, Ex. 1, 2, 4a.1, 4a.2, 4b, 4c.1, 4c.2, 4c.3, 4c.4, 4d.1, 4d.2, 4d.3, 4d.4, 4e.1, 4e.2, 4e.3, 5a, 5b, 7<br>Oracle: Entirety |
| **Exhibit 3**: excerpts from the deposition of James Malackowski, taken March 17, 2016 | Google: None<br>Oracle: Entirety |
| **Exhibit 5**: excerpts from the deposition of James R. Kearl, taken March 23, 2016. | Google: None<br>Oracle: Entirety |
| **Exhibit 6:** excerpts from the deposition of Adam B. Jaffe, taken March 10, 2016 | Google: None<br>Oracle: Entirety |
| **Exhibit 9:** excerpts from the Corrected Expert Report of Dr. Gregory K. Leonard, dated March 10, 2016 | Google: ¶65<br>Oracle: Entirety |

1

[PROPOSED] ORDER GRANTING GOOGLE'S GOOGLE'S MOT. TO SEAL GOOGLE'S MOT. TO STRIKE PORTIONS OF DR. KEARL'S REPORT
Case No.  3:10-cv-03561 WHA

1046485.01

1
2
3
4      **IT IS SO ORDERED.**
5    Dated: _____
6
7                                                                By: _____
8                                                                     HON. WILLIAM ALSUP
                                                                      UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER GRANTING GOOGLE'S GOOGLE'S MOT. TO SEAL GOOGLE'S MOT. TO STRIKE PORTIONS OF DR. KEARL'S REPORT
Case No.  3:10-cv-03561 WHA

1046485.01