```
KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL**<br><br>Date:    April 27, 2016<br>Time:   8:00 a.m.<br>Dept.   Courtroom 8, 19th Fl.<br>Judge:  Hon. William Alsup |

DECLARATION OF MAYA KARWANDE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF
EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL
Case No. 3:10-cv-03561 WHA

1046443

I, MAYA KARWANDE, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Motion to Strike Portions of Expert Report and Testimony of Dr. James R. Kearl. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Corrected Expert Report of Professor James R. Kearl, dated March 21, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Opening Expert Report of Dr. Owen Astrachan on Technical Issues Relating to Fair Use, dated January 8, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of James Malackowski, taken March 17, 2016.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Corrected Expert Report of James E. Malackowski, dated January 8, 2016.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of James R. Kearl, taken March 23, 2016.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Adam B. Jaffe, taken March 10, 2016.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Chris Kemerer, taken March 3, 2016.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the deposition of Gregory K. Leonard, taken March 11, 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the Corrected Expert Report of Dr. Gregory K. Leonard, dated March 10, 2016

11. Attached hereto as **Exhibit 10** is a true and correct copy of "Platform Choice By Mobile Developers," by Timothy Bresnahan, Joe Orsini and Pai-Ling Yin, dated May 29, 2014.

12. Attached hereto as **Exhibit 11** is a true and correct copy of "Essays on the

1

DECLARATION OF MAYA KARWANDE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF
EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL
Case No. 3:10-cv-03561 WHA (DMR)

1046443

1  Economics of the Smartphone and Application Industry" by Min Jung Kim, dated September
2  2013.
3      I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct to the best of my knowledge.
5      Executed on this 30th day of March, 2016 at San Francisco, California

By: _____
Maya Karwande

2
DECLARATION OF MAYA KARWANDE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF
EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL
Case No.  3:10-cv-03561 WHA (DMR)

1046443