# EXHIBIT 7

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
    _____
 5                                 )
    ORACLE AMERICA, INC.,          )
 6                                 )
            Plaintiff,             )
 7                                 )
         vs.                       )Case No.:
 8                                 )3:10-cv-03561-WHA
    GOOGLE, INC.,                  )
 9                                 )
            Defendant.             )
10  _____)
11
12
13
14     VIDEOTAPED DEPOSITION OF CHRIS KEMERER, Ph.D.
15              San Francisco, California
16              Thursday, March 3, 2016
17                      Volume 1
18
19
20
21
22
23  Reported by:
    RACHEL FERRIER, CSR No. 6948
24
25  Job No. CS2265292
```

1  mean?
2     A   Broadly, Android's success in the marketplace.
3     Q   Is it your opinion that the only cause of
4  Android's success in the market is the use of the
5  declaring code and SSO of the 37 Java APIs at issue in
6  this case?
7        MR. RAMSEY:  Objection; form.
8        THE WITNESS:  No.
9  BY MS. ANDERSON:
10    Q   Is it correct that you haven't rendered any
11 opinion in this case about what other factors may have
12 contributed to the success of Android in the
13 marketplace?
14       MR. RAMSEY:  Objection; form.
15       THE WITNESS:  If by "other factors" you mean
16 other than stability, I do render an opinion, as
17 expressed in the -- the figure in my report, talking
18 about the role that availability of apps play towards
19 the success of the platform's eventual adoption in the
20 marketplace and, of course, stability as a predecessor
21 towards that and leading towards more apps, so I see
22 them as related, but I also express the opinion that app
23 availability is important.
24 BY MS. ANDERSON:
25    Q   Okay.  So beyond app availability and stability

1

2

3

4      I, the undersigned, a Certified Shorthand

5   Reporter of the State of California, do hereby certify:

6       That the foregoing proceedings were taken before

7   me at the time and place herein set forth; that any

8   witnesses in the foregoing proceedings, prior to

9   testifying, were placed under oath; that a verbatim

10  record of the proceedings was made by me using machine

11  shorthand which was thereafter transcribed under my

12  direction; further, that the foregoing is an accurate

13  transcription thereof.

14      I further certify that I am neither financially

15  interested in the action nor a relative or employee of

16  any attorney or any of the parties.

17      IN WITNESS WHEREOF, I have this date subscribed

18  my name.

19

20  Dated:  March 4, 2016

21

22  _____

23  _____

24          RACHEL FERRIER

25          CSR No. 6948