KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:      (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES KEARL**<br><br>Date:         April 27, 2016<br>Time:        8:00 a.m.<br>Dept.         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES KEARL
Case No.  CV 10-03561 WHA

1046504

Before the Court is Defendant Google Inc.'s Motion to Strike Portions of Corrected Expert Report and Testimony of Dr. James Kearl. Having considered the Motion, the pleadings on file and any other relevant materials, the Court hereby **GRANTS** Google's Motion.

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE