| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@kvn.com |
| | CHRISTA M. ANDERSON - # 184325 |
| 3 | canderson@kvn.com |
| | DANIEL PURCELL - # 191424 |
| 4 | dpurcell@kvn.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone:   (415) 391-5400 |
| 6 | Facsimile:    (415) 397-7188 |
| 7 | KING & SPALDING LLP |
| | BRUCE W. BABER (pro hac vice) |
| 8 | bbaber@kslaw.com |
| | 1185 Avenue of the Americas |
| 9 | New York, NY 10036 |
| | Telephone:   (212) 556-2100 |
| 10 | Facsimile:    (212) 556-2222 |
| 11 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| GOOGLE INC., | Hearing   April 27, 2016 |
| | Dept.      Courtroom 8, 19th Fl. |
| Defendant. | Judge:     Hon. William Alsup |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On March 30, 2016, I served the following document(s):

1. *[UNREDACTED]* GOOGLE INC.'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL

2. *[UNREDACTED]* EXHIBITS 1, 3, 5, 6, 8, 9 TO DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL

☑ by **ELECTRONIC MAIL (PDF)**: Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Karen G. Johnson-Mckewan
Annette L. Hurst
Gabriel M. Ramsey
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700 / Fax: 415.773.5759

Peter A. Bicks
Lisa T. Simpson
51 West 52nd Street
New York, NY 10019
Tel: 212.506.5000 / Fax: 212.506.5151

kjohnson-mckewan@orrick.com
ahurst@orrick.com
gramsey@orrick.com
pbicks@orrick.com
lsimpson@orrick.com

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Tel: 914.749.8201 / Fax: 914.749.8300
dboies@bsfllp.com

Attorneys for Plaintiff
ORACLE AMERICA, INC.
Oracle-Google@BSFLLP.com

Steven C. Holtzman
1999 Harrison St., Ste. 900
Oakland, CA 94612
Tel: 510.874.1000 / Fax: 510.874.1460
sholtzman@bsfllp.com

Executed on March 30, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Julie A. Selby