KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA (DMR) <br><br> **GOOGLE'S RESPONSE TO ORDER RE INTERNET AND SOCIAL MEDIA SEARCHES OF JURORS** <br><br> Dept.       Courtroom 8, 19th Fl. <br> Judge:     Hon. William Alsup |

Pursuant to the Court's March 25, 2016 Order Re Internet and Social Media Searches of Jurors (ECF No. 1573), Google hereby submits the following response:

Google consents in this case to a ban against Internet research on the venire or the empaneled jury until the trial is over, and also respectfully requests one hour for it to conduct *voir dire* of the prospective jurors.

Dated:  March 31, 2016

KEKER & VAN NEST LLP

By: /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.