1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA 94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY 10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA 94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                         SAN FRANCISCO DIVISION

24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| --- | --- |
| Plaintiff, | **ORACLE'S RESPONSE RE ECF NO. 1573** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

ORACLE'S RESPONSE RE: ECF NO. 1573
CV 10-03561 WHA

Oracle shares the Court's respect for jurors and their privacy including the concern, as expressed in the Court's March 25, 2016 "Order Re Internet And Social Media Searches" ("Order") that "prospective jurors are likely to wonder whether Google will be mining the histories of Internet searches by the venire persons to determine their interests…." ECF No. 1573 at 6.  Oracle thus originally proposed limitations on Internet research that it believed were consistent with the law, admittedly in an area of the law that, as the Court points out, is emerging and developing.  *Id*. at 7, 10.

Oracle consents to the Court's proposed ban on all juror research, including Internet and social media research and research using proprietary sources of information, on the venire or the empaneled jury until the trial is over.  Regarding the Court's willingness to provide an enlargement of time for counsel to conduct extra voir dire themselves (Order at 5), Oracle respectfully requests at least one hour of attorney voir dire per side subject to enlargement for good cause.  Oracle reserves its rights under Federal Rules of Civil Procedure 59, 60 and the Constitution in the very unlikely event that juror misconduct is discovered after trial.

Dated:  March 31, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP


By     */s/ Peter A. Bicks*


Attorneys for Plaintiff
ORACLE AMERICA, INC.