IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER RE VOIR DIRE** |
| Defendant. | |

A prior order stated that if both sides consented to a ban against Internet research on the venire or the empaneled jury until the trial has concluded, an enlargement of time to conduct voir dire would be granted (Dkt. No. 1573). Both sides have consented to such a ban (Dkt. Nos. 1589, 1590). Each side shall have forty minutes of voir dire subject to enlargement for good cause if issues develop with particular prospective jurors.

**IT IS SO ORDERED.**

Dated: April 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE