IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | No. C 10-03561 WHA<br><br>**REQUEST RE OPPOSITION<br>TO MOTION *IN LIMINE*** |

　　　In its opposition to Google's motion *in limine* seeking to exclude portions of the testimony and report of James Malackowski, Oracle shall please itemize all specific evidence it intends to present at trial establishing the threshold showing required of copyright plaintiffs by our court of appeals in *Polar Bear Productions, Inc. v. Timex Corp.*, 384 F.3d 700 (9th Cir. 2004), and *Mackie v. Rieser*, 296 F.3d 909 (9th Cir. 2002), in order to recover indirect profits of the infringer. If needed, the Court will be generous in allowing extra pages.

Dated:  April 3, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE