IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____ / | No. C 10-03561 WHA<br><br>**ORDER ALLOWING ORACLE TO FILE SEVENTH MOTION *IN LIMINE*** |

    Oracle filed a précis request to file a seventh motion *in limine* moving to strike portions of Dr. Leonard's reply report (Dkt. No. 1594). Oracle may file the proposed motion by **FRIDAY APRIL 8 AT NOON**. The motion shall not exceed **SIX PAGES**, which is the number of pages by which Google exceeded the fifty-page limit for motions *in limine*. Google's response is due by **THURSDAY, APRIL 14 AT NOON** and any reply is due by **TUESDAY, APRIL 19 AT NOON**.

    **IT IS SO ORDERED.**

Dated: April 5, 2016.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE