ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **ORACLE'S RESPONSE TO THE DECLARATION OF SUSAN A. KIM IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO SEAL (ECF NO. 1596)** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

Oracle respectfully submits the following response to the Declaration of Susan A. Kim In Support of Oracle's Administrative Motion to Seal Portions of Oracle's Motion *In Limine* #6 Re: Rule 706 Expert, Professor James Kearl, ECF No. 1596.

Google seeks to selectively seal Dr. Kearl's damages numbers that appear in Oracle's Motion *in Limine* #6 (ECF No. 1582-4 at 1) so that the press and the public only see the damages number Google likes: $0. ECF No. 1596 (Kim Decl.) ¶ 2 (seeking to seal two out of three of Dr. Kearl's damages figures on p. 1, lines 17-19 of Oracle's motion). Allowing Google to seal the other numbers put forward by Dr. Kearl, which are much closer to the opinion of Oracle's damages expert, James Malackowski, while publicly disclosing a damages figure of $0 will leave the press and the public with the inaccurate impression that Dr. Kearl supports Google's position when just the opposite is true. Additionally, there is no meaningful distinction for sealing and confidentiality purposes between Mr. Malackowski's disgorgement damages figure of $8.8 billion, which Google has publicly filed on the Court's docket (ECF No. 1571-8 (Ex. G to the Bayley Decl.) at 7), and Dr. Kearl's two non-zero damages figures that would justify Google's selective request to seal. Although Dr. Kearl's figures differ somewhat from Mr. Malackowski's, both experts' figures are based on analyses of the same underlying Google revenue and financial information. Google should not be permitted to selectively disclose information when it helps Google's case and keep the same information from public view when it does not.

Dated: April 6, 2016

Orrick, Herrington & Sutcliffe LLP

By:   */s/ Peter A. Bicks*
      Peter A. Bicks
      Attorney for Plaintiff

- 1 -

ORACLE'S RESP. TO KIM DECL. IN SUPPORT OF
ORACLE'S ADMINISTRATIVE MOT. TO SEAL