John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Rule 706 Expert, Dr. James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> GOOGLE, INC., <br><br>  Defendant. | Case No.  C 10-3561 WHA <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL DR. JAMES R. KEARL, RULE 706 EXPERT, RESPONSE TO MOTIONS IN LIMINE AND DAUBERT CHALLENGES** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Hon. William H. Alsup |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d), and for the reasons set forth in the accompanying declaration of John L. Cooper, Rule 706 Expert, Dr. James R. Kearl ("Dr. Kearl"), hereby brings this Administrative Motion to File Under Seal Dr. James R. Kearl's Response to Motions In Limine and Daubert Challenges ("Motion").  The Motion contains information designated by Oracle America, Inc. ("Oracle") and Google Inc. ("Google") as "Confidential—Attorney's Eyes Only" under the Protective Order.

In an abundance of caution, Dr. Kearl has not submitted a redacted version, as there appears to be a dispute between the parties regarding what portions should be sealed.  *See, e.g.*, Dkt. 1599.  Dr. Kearl respectfully requests to file a redacted version of the Motion, should the Court so choose, after the parties have resolved their dispute regarding which portions, if any,

should be sealed.  Dr. Kearl respectfully requests that the unredacted Motion remain under seal.

Dated: April 6, 2016　　　　　　　　　　　　FARELLA BRAUN + MARTEL LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *John L. Cooper*
　　　　　　　　　　　　　　　　　　　　　　　　　John L. Cooper

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Rule 706 Expert,
　　　　　　　　　　　　　　　　　　　　　　Dr. James R. Kearl

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

KEARL ADMIN MOTION TO FILE UNDER SEAL; Case No. C 10-3561 WHA

- 2 -

27152\5406336.1