1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Attorneys for Rule 706 Expert, Dr. James R. Kearl

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  ORACLE AMERICA, INC.,                  Case No.  C 10-3561 WHA

13              Plaintiff,                 **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DR. JAMES R. KEARL, RULE 706 EXPERT, RESPONSE TO MOTIONS IN LIMINE AND DAUBERT CHALLENGES**

14      vs.

15  GOOGLE, INC.,

16              Defendant.

17                                         Dept.: Courtroom 8, 19th Floor
                                           Judge: Hon. William H. Alsup

18

19      The Court has fully considered the papers and arguments presented by the parties.  Good

20  cause having been shown, the Court **GRANTS** Dr. James R. Kearl's Administrative Motion to

21  File Under Seal and orders the document listed below to remain under seal:

22      - Dr. James R. Kearl, Rule 706 Expert, Response to Motions In Limine and Daubert

23        Challenges

24      IT IS SO ORDERED.

25

26  DATE: _____       _____
                                         HONORABLE WILLIAM H. ALSUP
27                                       United States District Judge

28

[PROPOSED] ORDER GRANTING KEARL
ADMIN MOTION TO FILE UNDER SEAL; Case                                      27152\5406371.1
No. C 10-3561 WHA