1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:   (415) 391-5400
6  Facsimile:   (415) 397-7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Tel:   (212) 556-2100
10 Fax:   (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.
12
                          UNITED STATES DISTRICT COURT
13
                         NORTHERN DISTRICT OF CALIFORNIA
14
                              SAN FRANCISCO DIVISION
15

16 ORACLE AMERICA, INC.,                    Case No. 3:10-cv-03561 WHA

17         Plaintiffs,                      **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE AND CORRESPONDING EXHIBITS**
18    v.
19 GOOGLE INC.,
20         Defendant.                       Dept.    Courtroom 8, 19th Fl.
                                            Judge:   Hon. William Alsup
21

22

23

24

25

26

27

28

---

DECL. OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL OPPOSITIONS TO ORACLE'S MILS
Case No. 3:10-cv-03561 WHA

1047840.01

I, Maya Karwande, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Google's Oppositions to Oracle's Motions in Limine and corresponding exhibits. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The following portions of Google's Oppositions to Motions in Limine and Corresponding Exhibits attached to the Declaration of Reid Mullen in Support of Google's Oppositions to Motions in Limine ("Mullen Decl."), filed by Google on April 6, 2016, summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

- **Google's Opposition to Motion in Limine No. 2**
    - Page 2, lines 17-19
- **Google's Opposition to Motion in Limine No. 4**
    - Page 13, lines 12-15
- **Google's Opposition to Motion in Limine No. 5**
    - Page 4, lines 5-8; 23-26
- Ex. 10 to the Mullen Decl: Exhibit 83 to the July 22, 2011 deposition of Peter Lord (entirety).
- Ex. 11 to the Mullen Decl.: Ex. 1512 to the March 15, 2016 deposition of Mark Reinhold (2/12/2010 e-mail from Mark Reinhold to Jeet Kaul (entirety).
- Ex. 23 to Mullen Decl.: Excerpts from the March 15, 2006 Deposition of Mark Reinhold (entirety).
- Ex. 28 to Mullen Decl.: Excerpts from the March 10, 2016 deposition of Dr. Oliver Toubia (entirety).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 6, 2016.

By: _____
MAYA KARWANDE

2
DECL. OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL OPPOSITIONS TO ORACLE'S MILS
Case No. 3:10-cv-03561 WHA

1047840.01