KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO SEAL OPPOSITIONS TO MOTIONS *IN LIMINE* AND CORRESPONDING EXHIBITS**<br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

**IT IS HEREBY ORDERED** that the designed portions of the following documents should be sealed and that counsel for Google Inc. may file the following under seal:

| | |
|---|---|
| Google's Opposition to Motion in Limine No. 2 | Google:  None<br>Oracle:  page 2, lines 17-19 |
| Google's Opposition to Oracle's Motion in Limine No. 4 | Google:  page 5, lines 6, 8, page 8, lines 4, 15, 21, page 11:fn 5, page 13, lines 20-21<br> Oracle: page 13, lines 12-15 |
| Google's Opposition to Oracle's Motion *in Limine* No. 5 | Google: None<br>Oracle: page 4, lines 5-8 and 23-26 |
| **Exhibit 10 to Mullen Decl**. (Ex. 83 to the July 22, 2011 deposition of Peter Lord). | Google: None<br>Oracle: Entirety |
| **Exhibit 11 to Mullen Decl**. (Ex. 1512 to the March 15, 2015 Deposition of Mark Reinhold) | Google: None<br>Oracle: Entirety |
| **Exhibit 22 to Mullen Decl.** (March 23, 2016 deposition of James Kearl) | Google: page 179, lines 17,18, 20, 22; page 181, lines 16, 17<br>Oracle:  Entirety |
| **Exhibit 23 to Mullen Decl.** (excerpts from March 15, 2006 deposition of Mark Reinhold) | Google:  None<br>Oracle: Entirety |
| **Exhibit 28 to Mullen Decl.** (March 10, 2016 deposition of Olivier Toubia) | Google:  None<br>Oracle: Entirety |

**IT IS SO ORDERED.**

Dated: _____

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING GOOGLE'S MOT. TO SEAL OPPOSITIONS TO ORACLE'S MILs
Case No.  3:10-cv-03561 WHA

1047849.01