# EXHIBIT 23

# DOCUMENT SOUGHT TO BE SEALED