# EXHIBIT 28

# DOCUMENT SOUGHT TO BE SEALED