# Exhibit 2

Page 82

1   A. Good afternoon.
2   Q. Following our break from lunch, is there
3   anything about your previous testimony that you'd like to
4   supplement or add to?
5   A. No, I'm okay.                           13:22:40
6   Q. All right. I'd like you to look at an
7   exhibit that's been previously marked as number 173, and
8   if you could tell me whether or not you recognize
9   Exhibit 173.
10  A. I don't remember the specific email, but it   13:23:12
11  certainly looks like email to me in reply from some email
12  in reply to some other email. So it looks like -- it
13  looks like some email thread in 2005 that I was on.
14  Q. With respect to the people listed in Robert
15  Griesemer's email as having VM experience, which of them   13:24:18
16  worked on Android?
17       MR. PAIGE: Object to the form.
18       THE WITNESS: So let's see here. Several
19  people have intimate VM knowledge. I'm reading from the
20  thing here as I try and figure out. So of these   13:24:45
21  people -- so basically the people he mentions in this
22  first paragraph.
23  Q. BY DR. PETERS: That's right.
24  A. I don't believe anyone he lists here ever
25  contributed code to the Android project.   13:25:11

Page 83

1   Q. Did they ever, any of the people listed here,
2   contribute any guidance to the Android project?
3       MR. PAIGE: Object to the form.
4       THE WITNESS: Not that I'm specifically aware
5   of. Most of these guys I don't think I ever talked with.   13:25:30
6   Certainly -- I mean, but yeah, I can't say conclusively
7   one way or the other. But I'm not aware of them doing
8   so.
9   Q. BY DR. PETERS: All right. Towards the
10  bottom of the first page of this 2005 email, you wrote:   13:25:57
11  "License choice is important."
12      Do you see that?
13  A. I do.
14  Q. Why is license choice important for the
15  Android project?                           13:26:11
16  A. Well, based on the email itself -- I quote
17  myself here -- one of the goals of this project is to
18  provide an open source system that's appealing to handset
19  OEMs. The Linux kernel is GPL, but all the pieces above
20  the kernel that we're using or building so far are under   13:26:29
21  much friendlier licenses, BSD or MIT-style typically.
22  Bringing in third-party commercial solutions is tricky
23  for this reason, too, unless we plan on buying them
24  outright or otherwise convincing them to release their
25  software under an open source license."   13:26:50

Page 84

1   So, I mean, that appears to at least
2   summarize my belief at that time as I wrote in that
3   email.
4   Q. So what's wrong with the GPL license --
5       MR. PAIGE: Object to the form.        13:27:07
6   Q. BY DR. PETERS: -- from your perspective?
7   A. So the GPL is viewed as a viral or
8   ineffective license by some people. It is -- it
9   generally has some fairly complex requirements for
10  compliance, and when you combine different code, the   13:27:29
11  combined work, if it's not GPL, is not compliant. It has
12  requirements for open sourcing combined works and so on.
13      This is something that OEMs or third-party
14  application developers who may want to develop commercial
15  applications may find concerning, being forced to release   13:27:55
16  their source code. So it, you know, is less desirable,
17  you know, for those people.
18  Q. Besides the Linux kernel of Android, would
19  you say there's any significant part of Android that
20  Google has released under the GPL?         13:28:19
21  A. I think WebKit might be dual or triple
22  licensed under LGPL. I'm not -- I would have to verify
23  that. If that's the case, that would probably be the
24  only significant part of user space. You know, the Linux
25  kernel clearly is GPL.                     13:28:45

Page 85

1   Other than that, there are one or two small
2   libraries, like, you know, BlueZ, the Bluetooth stack,
3   that's GPL. But the vast majority, on the order of many
4   millions of lines of code of the Android user space is
5   Apache 2 or BSD-style licensed.            13:29:04
6   Q. Did Google ever consider releasing the Dalvik
7   code or the Android Java core libraries under anything
8   other than an Apache or BSD-style license?
9       MR. PAIGE: Object to the form.
10      THE WITNESS: Not that I'm aware of, no.   13:29:24
11  Q. BY DR. PETERS: And that's because a
12  GPL-style license for Dalvik and the core libraries would
13  not have been satisfactory to downstream OEMs and other
14  developers?
15      MR. PAIGE: Object to the form.        13:29:48
16      THE WITNESS: I would characterize kind of
17  the other direction. It was more that we specifically
18  wanted permissive licenses. So something like the GPL
19  does not really fall into that body, given it's -- you
20  know, its complex requirements.            13:30:06
21      The Apache 2 was the recommended permissive
22  license based on recommendations from the Google Open
23  Source Programs Office and legal department.
24  Q. BY DR. PETERS: Is it fair to say that the
25  OEMs required an Apache-style nonrestrictive license or   13:30:28

22 (Pages 82 to 85)

Page 138

1  license?
2      A.  The intent here, I believe, again, is that
3  they are -- they are non-permissive, you know, licenses,
4  which when combined with other work, you know, cause
5  issues -- compliance issues around source release and    15:32:48
6  redistribution and so on.
7      Q.  Okay.  So this will be -- this is another
8  earlier exhibit number, 72.
9          What is Exhibit 72?
10     A.  It apparently is an email from an engineer on    15:33:56
11 the Android team.  Give me a moment to read it here.
12         So this appears to be an email thread
13 discussing Sun's announcement of open sourcing Java.
14     Q.  So Sun did open source Java at the end of
15 2006; is that your recollection?                         15:35:25
16     A.  I believe that's the case, though this may
17 be -- this implies -- this implies that, yeah, the --
18 what is it?  Does it say specifically here?  The email
19 thread seems to imply that, yes, that's when it happened.
20     Q.  Mr. Baust wrote:  "I would already be happy      15:35:57
21 if we can just drop in their libraries, but still not
22 sure it's compatible with their license choices."
23         Would you have been happy to drop in Sun's
24 libraries into Android at that point?
25     A.  Based on the specifics of their licensing,       15:36:16

Page 139

1  no, because they would be incompatible with our policy of
2  not using GPL for core libraries.
3      Q.  So I'm -- and so Google for Android, in any
4  event, did not end up including Sun's open source Java
5  core libraries in Android?                               15:36:45
6      A.  The decision was made specifically not to do
7  so because the term -- the terms of the licensing were
8  inappropriate for the platform.
9      Q.  Because I do want to be very clear about it,
10 Sun offered the core libraries for no charge, and Google 15:37:02
11 did not accept them; is that correct?
12         MR. PAIGE:  Object to the form.
13         THE WITNESS:  Sun released their libraries
14 under a specific license, which for the mobile version of
15 their platform would have made it impossible for OEMs and 15:37:18
16 potentially developers to develop commercial software for
17 that platform, which made it a -- you know, from a
18 license standpoint, useless for Android.
19     Q.  BY DR. PETERS:  So it was to protect OEMs and
20 commercial developers that Google did not incorporate a  15:37:46
21 free-of-charge version of Sun's core libraries into
22 Android; is that right?
23         MR. PAIGE:  Object to the form.
24         THE WITNESS:  Again, I can't necessarily
25 speak for all the business-level decisions, but my       15:38:06

Page 140

1  understanding of the license options provided on this
2  open source release were that the mobile -- you know, the
3  mobile -- the smaller version of these libraries that
4  would be appropriate for the Android platform had a
5  license that was incompatible with the license chosen for 15:38:26
6  the Android platform.
7      Q.  BY DR. PETERS:  And the -- just because I'm
8  having trouble getting a "yes" or "no" answer from you,
9  the Sun core libraries were made available under license
10 for no charge by Sun; is that right?                     15:38:49
11         MR. PAIGE:  Object to the admonishment and to
12 the form.
13         THE WITNESS:  The -- my understanding is that
14 they were available under the GPL license, which does not
15 have a direct monetary charge associated, but has a      15:39:09
16 series of restrictions and requirements that, you know,
17 restrict the use of, you know, software under that
18 license.
19     Q.  BY DR. PETERS:  And the -- and so even though
20 Sun's Open Source Java was available without charge, the 15:39:38
21 license restrictions were nevertheless not acceptable to
22 Google.
23         Do I have that right?
24         MR. PAIGE:  Object to the form.
25         THE WITNESS:  Again, it is difficult for me     15:39:54

Page 141

1  to speak for Google.  From my understanding of the
2  project goals, yes, the license terms were incompatible
3  with the goals of the project.
4      Q.  BY DR. PETERS:  You wrote in Exhibit 72, this
5  November 13th, 2006 email:  "It would be nice if somebody 15:40:19
6  made a stink about this and called Sun on it should it
7  turn out to be correct, which I expect is likely.  Sadly,
8  nobody ever does call them on stuff like this."
9          What would you call Sun on?
10     A.  I believe what I'm referring to here is the     15:40:37
11 fact they're generating significant press around how open
12 and unrestricted and, you know, wonderful Java is, when
13 in fact, the decision they clearly made here in, you
14 know, creating, you know, field-of-use barriers to the
15 language actually prevents it from being used openly in, 15:41:00
16 you know, whole classes of products.
17         That's a subtle issue, and it's not an issue
18 that articles talking about how awesome it was that
19 Sun -- or that Java is open source seemed to pick up on.
20     Q.  But Linux is licensed under the GPL, isn't      15:41:18
21 it?
22     A.  The Linux kernel is licensed under the GPL,
23 with a specific carve-out that says that user space code
24 running on that kernel is not affected by that license,
25 which is similar to the Classpath exception that Sun     15:41:40

36 (Pages 138 to 141)

Page 142

1  makes only for the desktop or server version of their
2  Open Source Java release.
3       Q.  But why would -- why would applications
4  running in user space on, you know, a GPL Java Virtual
5  Machine get affected with GPL obligations?          15:42:03
6          MR. PAIGE:  Object to the form.
7          THE WITNESS:  I'm not a lawyer.  I can't
8  speak to all the ends of it.  There are certainly people
9  who claim that the mere act of linking your program with
10 the GPL library requires that your program be GPL'd.  15:42:20
11      Q.  BY DR. PETERS:  Would -- looking back at the
12 November 13, 2006 email, would you agree with Mr. Turner
13 that there were millions of royalties to be made in cell
14 phone, set top boxes, and even Blu-Ray players?
15      A.  I really can't assess, you know, what the    15:42:47
16 actual level of royalties were likely to be.
17      Q.  Did you think that Sun open sourced Java in
18 the way that you describe here in order to protect its
19 royalty stream?
20         MR. PAIGE:  Object to the form.           15:43:14
21         THE WITNESS:  Speaking purely personally, my
22 analysis of -- you know, again, I'm not a lawyer so what
23 value does my analysis have, but you know, my read of
24 them releasing the desktop and server edition with a
25 clear exception that claims there is no tainting or    15:43:31

Page 143

1  license issues and releasing the mobile version without
2  such protection would seem to imply that they would like
3  to, you know, seek a revenue stream or some other, you
4  know, benefit from that.
5          Otherwise, why would they restrict the       15:43:48
6  Classpath license that clearly allows linking without
7  issue to only the desktop and server product.
8       Q.  BY DR. PETERS:  Why wouldn't you take the
9  desktop version which had that -- that exception and
10 modify it as you wish to make it as small as you like for  15:44:14
11 a mobile computer like an Android device?
12         MR. PAIGE:  Object to the form.
13         THE WITNESS:  I'm not sure.  You know, there
14 is -- that's conceivably a significant amount of work.
15 The large Java libraries which I think at the time were   15:44:33
16 30 megabytes compressed for desktop Java are potentially
17 highly intertwined and self referential and dependent.
18 It -- you know, again, I don't know specifically, but my
19 suspicion would be taking that desktop product and
20 cleaning it up in such a way that it would be workable   15:44:57
21 for mobile would be a significant engineering effort.
22      Q.  BY DR. PETERS:  So it would be a
23 significant -- could be a significant engineering effort
24 to untangle intertwined libraries that had been written
25 to go with each other?                    15:45:20

Page 144

1       A.  Possibly, yes.
2       Q.  In your -- have you had experience detangling
3  libraries like that?
4       A.  I'm trying to think of specific examples.  I
5  mean, I have looked at, say, open source projects.  Well,  15:45:38
6  Freetype is, you know, something that's very modular, and
7  you can pick and choose which components you need.  I've
8  seen other projects -- I'm having trouble thinking of
9  specific ones -- where there's a lot of functionality but
10 it's kind of spaghetti, and taking it from it does all    15:46:01
11 these things to it does just what you need is a lot of
12 work.
13         DR. PETERS:  Okay.  This might be good time
14 for another break, I think.
15         THE WITNESS:  Okay.                    15:46:14
16         THE VIDEOGRAPHER:  This marks the end of
17 Disk 3 to the deposition of Brian Swetland.  The time is
18 now 3:46 p.m., and we're going off the record.
19         (Recess.)
20         THE VIDEOGRAPHER:  This marks the beginning    15:59:29
21 of Disk 4 to the deposition of Brian Swetland.  The time
22 is now 3:59 p.m., and we are back on the record.
23         DR. PETERS:  Go to the next exhibit, please.
24         (Exhibit 188 was marked for identification.)
25      Q.  BY DR. PETERS:  What is Exhibit 188?        16:00:08

Page 145

1       A.  It appears to be an email from me to Dan
2  Bornstein in March of 2007.
3       Q.  And here you write:  "To derail further
4  questions which probably should not occur on the mailing
5  list for the usual reasons."              16:00:31
6          What are the usual reasons for not having
7  questions on the mailing list?
8       A.  By policy, it is requested that discussions
9  of legal, contractual concern, so on, are undertaken with
10 the legal department and not speculated about by        16:00:49
11 engineers on email and other forums.
12      Q.  And here when you write "legal contractual
13 hurdles imposed by a certain external entity," are you
14 referring to Sun?
15      A.  Probably.  It would seem to be the logical    16:01:09
16 entity in question regarding things like the TCK.
17      Q.  What were the -- what would be the legal
18 contractual hurdles to run the TCK on Android?
19         MR. PAIGE:  Object to the form.
20         THE WITNESS:  I do not recall the specifics.  16:01:29
21      Q.  BY DR. PETERS:  Did you ever discuss with
22 Andy Rubin whether or not to run TCK on Android?
23      A.  I don't know.
24      Q.  You just don't recall or you think you did or
25 did not?                          16:01:48