# Exhibit 3

# Introducing Project Ensō

Thursday, November 12, 2015 at 11:23:33 AM GMT-07:00

email: "anwarg@google.com Anwar Ghuloum"
To: email: "android-release@google.com android-release"
Bcc: email: "android-eng@google.com Android-eng"

We trust you to keep this *confidential.*

Today we are announcing *internally* that we are moving the Java Language core libraries to an OpenJDK based approach in the N release of Android. We are calling this Project Ensō.

Android started out using the Apache Harmony project as the foundation of the basic Java Language core libraries. However, most of you might not be familiar with scope and scale of work that goes into making sure these libraries work well on a mobile platform. We've made many improvements, both optimizations and bug fixes, over the years. While we've shared this via AOSP, these contributions have not made it to upstream Java Language Library projects. This affects both the Java community at large (who might benefit from the many fixes we've made) and the internal Google Java development community who both uses OpenJDK and is increasingly developing for mobile.

Moreover, we are investigating support for version 8 of the Java Language specification. This long overdue revision may be the most meaningful language specification change in many years. We want to make sure that anything we do here can be easily contributed back upstream so that the entire language ecosystem is moving forward together.

In short, we believe the time is right to consolidate our efforts on OpenJDK and to bring the massive improvements we've made to the larger Java language community.

Again, it is important that we keep this *confidential.* If you have any questions, please stop by and talk to me in person.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-00185888