# Exhibit 4

| | |
|---|---|
| **From:** | Matthias Kamber |
| **To:** | Karen Johnson-McKewan; "ahurst@orrick.com"; Gabe Ramsey; "pbicks@orrick.com"; "lsimpson@orrick.com"; "Oracle/Google@orrick.com"; "dboies@bsfllp.com"; "sholtzman@bsfllp.com" |
| **Cc:** | DALVIK-KVN |
| **Subject:** | Oracle v. Google - Google"s Second Supplemental Rog Responses (Nos. 26-37) |
| **Date:** | Thursday, November 12, 2015 8:41:06 PM |
| **Attachments:** | 2015 11 12 2nd Supplemental Rog Responses.pdf<br>image002.png |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY COMMUNICATION**

Counsel:

Attached please find Google's supplemental response to Interrogatory No. 37. As noted in the **Highly Confidential – AEO** supplemental response, Google is making available for inspection in-development source code implementing versions of Android using OpenJDK, which is licensed under the GNU General Public License, v.2 (GPLv2) with Classpath Exception. Please let us know if and when you would like to inspect the code, per the procedures provided under the Protective Order.

Regards,

Matthias

---

**Matthias Kamber**
Attorney at Law

415 773 6635 direct   |   vCard   |   mkamber@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com