# Exhibit 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Palo Alto, California; Wednesday, December 9, 2015
 2               9:40 a.m.
 3            P R O C E E D I N G S
 4      THE VIDEOGRAPHER:  Good morning.  We are
 5  on the record at 9:40 a.m. on December 9th, 2015.
 6  This is the videotaped deposition of Google, Inc.
 7  The deponent is Mr. Anwar Ghuloum.  My name is Ramon
 8  Peraza, here with our court reporter, Kelli Combs.
 9  We're hear from Veritext Legal Solutions at the
10  request of counsel for the Plaintiff.  This
11  deposition is being held at King & Spalding in
12  Palo Alto.  The caption of this case is Oracle
13  America, Inc. versus Google, Inc., Case Number CV
14  10-03561 WHA.
15      Please note that audio and video recording
16  will take place unless all parties have agreed to go
17  off the record.  Microphones are sensitive and may
18  pick up whispers or private conversations.
19      At this time, Counsel, please identify
20  yourselves for the record and state whom you
21  represent.
22      MR. RAMSEY:  This is Gabriel Ramsey with
23  Orrick, Herrington & Sutcliffe for the Plaintiff,
24  Oracle, and with me also is Mohamed Shakar.
25      MR. KWUN:  Michael Kwun at Keker & Van
                                                        Page 6
```

```
 1  Nest for the witness and for Google, and with me
 2  today are Renny Hwang and Catherine Lacavera,
 3  in-house at Google.
 4      THE VIDEOGRAPHER:  The court reporter may
 5  now swear in the witness.
 6            ANWAR GHULOUM,
 7    after having been duly sworn, testified as follows:
 8              ---o0o---
 9            EXAMINATION
10  BY MR. RAMSEY:
11   Q   All right.  Good morning, Mr. Ghuloum.  My
12  name is Gabe Ramsey.
13      Have you ever had your deposition taken
14  before?
15   A   No.
16   Q   All right.
17      So the way it works is, just briefly, I
18  ask you questions, you answer.  You're under oath.
19      You know that, correct?
20   A   Yes.
21   Q   All right.
22      And the most important thing, as a punch
23  line, is let's try not to talk over each other.
24  When I -- let me finish my question before you
25  answer, and I'll let you finish your answer before I
                                                        Page 7
```

```
 1  start the next question just to make it easier on
 2  her life.
 3      So you understand that you've been
 4  designated today to testify on behalf of Google on a
 5  topic in a deposition notice that Oracle sent to
 6  Google?
 7   A   Yes.
 8      MR. RAMSEY:  Okay.  Madam Court Reporter,
 9  do you remember the first exhibit we used yesterday?
10      THE REPORTER:  The first exhibit was
11  15014 -- no, 5014.
12  BY MR. RAMSEY:
13   Q   I'm going to hand you a document that's
14  already been marked Exhibit 5014.
15      Just let me know if you recognize this
16  document.
17   A   I do not recognize this document.
18   Q   Okay.
19      If you could please turn to page 10 -- no,
20  sorry, page 8 of Exhibit 5014.
21      Are you at page 8?
22   A   Yes.
23   Q   And you'll see there's a Topic 10, and I
24  quote:
25      "All commercially-acceptable,
                                                        Page 8
```

```
 1      non-infringing substitutes to all
 2      or any of the 37 Java API packages
 3      used in Android.  All your reasons
 4      for your conclusion that such
 5      substitutes are commercially
 6      acceptable and non-infringing and
 7      all reasons you did not use such
 8      substitutes in Android."
 9      Do you see that language?
10   A   I see it, yes.
11   Q   Do you understand that you are Google's
12  corporate witness to testify on behalf of the
13  company about that particular topic today?
14   A   Yes.
15      MR. KWUN:  Just for the record, Gabe,
16  obviously that's subject to objections that we
17  served on you.
18  BY MR. RAMSEY:
19   Q   Okay.
20      What did you do to prepare yourself to
21  testify about this topic today?
22   A   I thought a bit about the work we've been
23  doing, especially in the last few months.  I had a
24  discussion with counsel about this, given this is my
25  first deposition, and that's about it.
                                                        Page 9
```

3 (Pages 6 - 9)

Exhibit 5 to Mullen Declaration - Deposition Testimony of Anwar Ghuloum

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 26

1 over time constitute an investment by those
2 developers, in your view?
3      A    Yeah.  I think anything that you learn is
4 an investment.
5      Q    And once developers have learned the Java
6 APIs, do you agree that those developers are much
7 more quickly able to develop in the -- in the Java
8 programming platform?
9           MR. KWUN:  Objection; vague and ambiguous.
10          THE WITNESS:  More quickly.  I can't
11 quantify how much more quickly.
12 BY MR. RAMSEY:
13     Q    But, in general, you agree once the
14 developers have come to know the Java APIs,
15 they're -- they're more quickly able to develop
16 applications using that platform?
17     A    Yeah.
18     Q    I asked you a question a while ago.
19 I'll -- I'll ask it in the present day.
20          What is Google's position as to what are
21 non-infringing -- commercially-acceptable,
22 non-infringing alternatives to use of the 37 Java
23 API packages at issue in this case?
24          MR. KWUN:  Objection; calls for a legal
25 conclusion and also objection to the form of the

Page 27

1 question.
2           THE WITNESS:  There -- there are many
3 possibilities.  I think our current effort with Enso
4 is -- is one.
5 BY MR. RAMSEY:
6      Q    What is your current effort with Enso?
7      A    It's the use of OpenJDK libraries in
8 Android.
9      Q    Okay.
10          What do you mean by "OpenJDK libraries"?
11     A    These are the open source libraries
12 available from the OpenJDK project licensed under
13 agreeable open source terms, as I understand it.
14     Q    Okay.
15          You agree that up to this point in time,
16 December 2015, Google has not used any of the
17 OpenJDK libraries, or has it, within Android?
18          MR. KWUN:  Objection; vague and ambiguous
19 about "use."
20          THE WITNESS:  So by "use" you mean -- what
21 do you mean precisely?
22 BY MR. RAMSEY:
23     Q    Okay.
24          You agree up to this point in time,
25 December 2015, Google has not replicated code, the

Page 28

1 GPL-licensed code, from OpenJDK into the Android
2 platform?
3           MR. KWUN:  Objection; vague and ambiguous.
4           THE WITNESS:  If I understand the question
5 correctly, no, we have not done that.
6 BY MR. RAMSEY:
7      Q    So is -- is it correct to say that the use
8 of OpenJDK GPL-licensed code within Android is a
9 prospective plan of Google's?
10          MR. KWUN:  Objection; vague and ambiguous.
11          THE WITNESS:  Can you define what you mean
12 by "prospective"?
13 BY MR. RAMSEY:
14     Q    I mean, it's something that Google is
15 going to do in the future.
16     A    Yes, that's our plan.
17     Q    Is there a time, a specific time, in which
18 that's going to happen?
19          THE WITNESS:  Question for counsel.
20          MR. KWUN:  Privilege issue?
21          THE WITNESS:  Not privilege.
22          MR. RAMSEY:  You know, let's -- let's --
23 we may hit a few areas; let's get a feel for how it
24 goes.  Let's take a quick break, and you guys can
25 step out and come back.  I also note there are going

Page 29

1 to be issues.
2           MR. KWUN:  Yeah, fair enough.
3           THE VIDEOGRAPHER:  We are off the record
4 at 10:06 a.m.
5                (Recess taken.)
6           THE VIDEOGRAPHER:  We are back on the
7 record at 10:09 a.m.
8           MR. KWUN:  Before we go further, I just
9 want to make the clarification, which I think will
10 address the issue that my client was worried about,
11 that we are designating the entirety of this
12 transcript Confidential, Attorneys' Eyes Only under
13 the terms of the protective order.
14          MR. RAMSEY:  Right.  And subject to
15 everybody negotiating if there's questions about
16 designations later, absolutely.
17          MR. KWUN:  Absolutely.  Obviously, it's
18 subject to further revision.  But as a temporary
19 basis.
20          MR. RAMSEY:  Okay.  Great.
21 BY MR. RAMSEY:
22     Q    So my question to you, Mr. Ghuloum is:  Is
23 there a specific time that Google plans to replicate
24 the GPL code from OpenJDK into the Android platform?
25     A    Yes.  And in clarification to your earlier

8 (Pages 26 - 29)

**Exhibit 5 to Mullen Declaration - Deposition Testimony of Anwar Ghuloum**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1  BY MR. RAMSEY:
 2    Q   Have there been any discussions between
 3  Google and OEMs about the requirements of the GPL
 4  license in the context of a future version of
 5  Android?
 6        MR. KWUN: Objection; beyond the scope.
 7        THE WITNESS: As it relates to -- to GPLv2
 8  or something else?
 9  BY MR. RAMSEY:
10    Q   We're talking about GPLv2 With the
11  Classpath Exception. You understand that license is
12  what governs OpenJDK code?
13    A   Sure. Yes. Yes.
14    Q   Okay.
15    A   We -- I don't know of specific discussions
16  with OEMs about this. We deal with GPL code with
17  OEMs all the time. There are parts of the Android
18  platform that are GPL'd and we have GPL obligations
19  as a result.
20    Q   Is the part of the Android platform, as
21  you just put it, that are GPL'd, is that the Linux
22  kernel?
23    A   Correct.
24    Q   And presently the Linux kernel is the only
25  part of code related to Android that is subject to
                                                  Page 34
```

```
 1  the GPL, correct?
 2    A   I'm -- I'm not 100 percent sure, but I
 3  think so.
 4    Q   And for the rest of the Android platform
 5  in the stack above the Linux kernel, Google purports
 6  to license that part of code under the Apache
 7  license, correct?
 8        MR. KWUN: Objection; form.
 9        THE WITNESS: Apache or Apache compatible.
10  BY MR. RAMSEY:
11    Q   What do you mean by "Apache compatible"?
12    A   BSD licenses, I believe, are compatible.
13  I'm no expert in this space.
14    Q   Okay.
15        If Google releases an open J- -- release
16  of Android in the future that contains GPL-licensed
17  APIs, isn't it true that the -- that any OEM who
18  wanted to add new APIs to that would have to agree
19  in advance that they're willing to be subject to
20  giving their -- their -- any new APIs they want to
21  add away under the GPL?
22        MR. KWUN: Objection; form.
23        THE WITNESS: Again, specifically you're
24  referring to adding APIs to those OpenJDK
25  packages --
                                                  Page 35
```

```
 1  BY MR. RAMSEY:
 2    Q   Correct.
 3    A   -- and files? Yes, I believe so.
 4    Q   And so would you anticipate that there
 5  would be a -- some sort of conversation between
 6  Google and OEMs about whether OEMs were willing to
 7  accept GPL'ing their own added APIs?
 8        MR. KWUN: Objection; form.
 9        THE WITNESS: We will -- we will certainly
10  disclose to them that we are using OpenJDK.
11  BY MR. RAMSEY:
12    Q   Do you believe that it is possible that
13  some OEMs would take the position that they did not
14  want to subject their new added APIs to the GPL
15  license?
16        MR. KWUN: Objection; form.
17        THE WITNESS: I don't think so. I
18  honestly -- obviously I don't know what their
19  considerations are, but, again, given that they
20  haven't had issues with GPL code in the past, I
21  don't think it'll be a problem.
22  BY MR. RAMSEY:
23    Q   If an OEM such as, let's say, Samsung, for
24  example, had APIs -- new APIs that wanted to add to
25  the core libraries and wanted to keep those
                                                  Page 36
```

```
 1  proprietary, don't you agree that it's likely that
 2  Samsung would -- would not agree to use the OpenJDK
 3  libraries?
 4        MR. KWUN: Objection; incomplete
 5  hypothetical and objection to the form.
 6        THE WITNESS: It's difficult -- I mean,
 7  this is -- again, it's a guess. It's -- the
 8  difficulty here is that it's unlikely that any OEM
 9  partner would actually add libraries to the OpenJDK
10  packages.
11  BY MR. RAMSEY:
12    Q   Isn't it true that Samsung has -- has
13  added extra keyboard functionality in one of their
14  APIs -- in APIs in the core library?
15        MR. KWUN: Objection; form.
16        THE WITNESS: Not that I'm specifically
17  aware of where I know that partners who've made
18  changes have been in the applications frameworks in
19  Android.
20  BY MR. RAMSEY:
21    Q   And the application frameworks is part of
22  the Android stack; is that correct?
23    A   It's, yeah, part of the overall software
24  picture.
25    Q   And so in the applications framework is a
                                                  Page 37
```

**Exhibit 5 to Mullen Declaration - Deposition Testimony of Anwar Ghuloum**

**Page 54**

1  MR. KWUN: Objection; form.
2  THE WITNESS: No, not -- not all of it.
3  BY MR. RAMSEY:
4  Q  All right.
5  So what part is or is not -- of the
6  libraries' code is contained within the SDK?
7  A  It would be the -- mostly the interface
8  pieces, so the pieces that are needed for the
9  developer or their applications specifically to link
10 against the version of those libraries that exist on
11 the device.
12 Q  What do you mean, "mostly the interface
13 pieces, so the pieces that are needed for the
14 developer"?
15 A  You might have, for example,
16 implementation classes that aren't really needed in
17 the SDK itself.  They're actually -- they exist on
18 the device because they get to the device specific
19 implementation details, but the -- you know, the
20 base classes, the -- that are visible to the user,
21 those APIs would be part of a -- for example, in the
22 case of a Java API, a JAR that might be included in
23 the SDK.
24 Q  And just for the record, what's a JAR?
25 A  A JAR is a compiled -- a compiled Java

**Page 55**

1  language class file or set of class files or DEX
2  file or set of DEX files.
3  Q  So in the SDK, there may be a JAR file
4  that embodies at least some of the code within the,
5  quote, library section of the Android stack?
6  A  Yeah.
7  Q  Is it also true that in Google's
8  distribution of the Android SDK, within that SDK
9  there is code that constitutes the Android core
10 libraries?
11 A  Yeah, that would constitute parts of the
12 Android -- of the core libraries, again, the visible
13 interfaces.
14 Q  So the code in the core libraries and the
15 code from the libraries within the SDK are resources
16 that a developer may use to create Android
17 applications, true?
18 MR. KWUN: Objection; form.
19 THE WITNESS: Yeah.
20 BY MR. RAMSEY:
21 Q  Is the -- is --
22 Are APIs within the application framework
23 distributed as part of the SDK to Android
24 developers?
25 MR. KWUN: Objection; vague and ambiguous.

**Page 56**

1  THE WITNESS: Are APIs within the
2  application frameworks distributed?  Do you mean --
3  there are APIs within the application frameworks
4  that are distributed to developers, yes.
5  BY MR. RAMSEY:
6  Q  And are the APIs that are distributed to
7  developers from within the application framework
8  contained within the SDK?
9  A  They are an add-on, yes.  The way that SDK
10 is distributed is -- maybe a little bit more
11 Byzantine.  We -- we distribute an integrated
12 development environment, and then, you know, part of
13 that is -- of an integrated development environment
14 is an SDK manager that will go and download the
15 components that the developer wants or needs, the
16 developer applications.
17 So in terms of what they end up getting,
18 they will get, you know, JAR files that correspond
19 to various modules.  So, you know, the core
20 libraries, the -- the various frameworks and
21 libraries mentioned here and so on.
22 Q  Is the integrated development environment
23 that you just mentioned known as Android Studio?
24 A  Yeah, that's correct.
25 Q  Is there any other Android integrated

**Page 57**

1  development environment that Google offers to
2  developers?
3  A  We used to support Eclipse, but we've
4  moved all of our development to Android Studio at
5  this point.
6  Q  Okay.
7  So I asked you a question a while ago; I'd
8  like to come back to it.  I don't think we ever got
9  there.
10 My question is this: Sitting here today,
11 what are -- what is Google's view about what are
12 non-infringing, commercially-acceptable alternatives
13 to the use of the 37 Java API packages that are in
14 dispute in this case?
15 A  So I think we believe that there are
16 multiple commercially-acceptable alternatives, one
17 of which is OpenJDK, which is what we happen to be
18 doing today with Enso.
19 Q  Okay.
20 You know, just one question: Do you think
21 it's fair to say that you just don't know whether
22 the OEMs of the world, the Samsungs, the HTCs, would
23 or would not agree to -- to use a version of Android
24 that contains GPL-licensed OpenJDK code?
25 MR. KWUN: Objection; form.

15 (Pages 54 - 57)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        THE WITNESS:  I don't definitively know,
 2   but I don't think they would have a problem with it.
 3   BY MR. RAMSEY:
 4       Q   Can you say one way with certainty,
 5   sitting here today, whether Samsung would or would
 6   not accept GPL-licensed code within the Android
 7   platform --
 8       A   I can't say with absolute certainty.
 9       Q   Can you say with absolute certainty that
10   HTC would accept today GPL-licensed code within the
11   Android platform?
12        MR. KWUN:  Objection; form.
13        THE WITNESS:  Well, I mean, they accept it
14   within the context of Linux kernel.  I can say that
15   with certainty.
16   BY MR. RAMSEY:
17       Q   But you can't say with certainty whether
18   HTC or Samsung would accept GPL-licensed code within
19   the Android Runtime in the core libraries, for
20   example?
21       A   I can't say with certainty.
22       Q   Can you say --
23           Is it generally true you cannot say with
24   certainty, sitting here today, that any OEM would
25   accept GPL-licensed code within the Android core
                                               Page 58
```

```
 1   libraries?
 2        MR. KWUN:  Objection; form.
 3   BY MR. RAMSEY:
 4       Q   In other words, that's just something that
 5   you can't know with certainty?
 6        MR. KWUN:  Objection; form.
 7        THE WITNESS:  I do know with certainty
 8   that we are okay with shipping GPL-licensed code on
 9   our devices, on our Nexus devices.  As far as other
10   OEMs are concerned, I can't say with certainty.
11   BY MR. RAMSEY:
12       Q   Do you agree that it is possible that one
13   or more OEMs might reject the use of a version of
14   Android containing GPL-licensed code in the core
15   libraries?  That's possible, right?
16        MR. KWUN:  Objection; calls for
17   speculation.
18        THE WITNESS:  I think it's possible but
19   highly unlikely.
20   BY MR. RAMSEY:
21       Q   Do you think that Google would be amenable
22   to negotiating with an OEM, such as a Samsung or an
23   HTC, to use non-GPL core libraries if the OEMs so
24   desired?
25        MR. KWUN:  Objection; calls for
                                               Page 59
```

```
 1   speculation.
 2        THE WITNESS:  I honestly don't know.
 3   BY MR. RAMSEY:
 4       Q   Do you believe that Google would attempt
 5   to, just in general, based on your experience
 6   working at Google, would Google make the attempt to
 7   provide the OEM non-GPL-licensed code if they
 8   demanded it?
 9        MR. KWUN:  Objection; beyond the scope,
10   calls for speculation.
11        THE WITNESS:  I'm pausing because I
12   honestly don't know.
13   BY MR. RAMSEY:
14       Q   Do you think Google would just force OEMs
15   to either take GPL-licensed code, or -- or there's
16   no other alternative?
17        MR. KWUN:  Objection; beyond the scope,
18   calls for speculation.
19        THE WITNESS:  I don't really see us
20   forcing anyone to take anything, to be honest with
21   you.  And I don't know, you know -- to be honest
22   with you, I haven't thought about -- because it
23   seems such an unlikely scenario whether an OEM would
24   object to this so strenuously that they, you know,
25   would demand an alternative license.
                                               Page 60
```

```
 1   BY MR. RAMSEY:
 2       Q   But do you agree that it's possible that
 3   an OEM might object strenuously to using GPL code?
 4        MR. KWUN:  Objection; beyond the scope,
 5   calls for speculation.
 6   BY MR. RAMSEY:
 7       Q   And I mean GPL code in the core libraries.
 8        MR. KWUN:  Objection; beyond the scope,
 9   calls for speculation.
10        THE WITNESS:  I think anything's in the
11   realm of possibility.  I just think it's very
12   unlikely.
13   BY MR. RAMSEY:
14       Q   But, I mean, do you think that Google
15   would attempt to meet an OEM's commercial desire not
16   to use GPL-licensed core libraries?
17        MR. KWUN:  Objection; beyond the scope,
18   calls for speculation.
19        THE WITNESS:  I don't know, but I don't
20   think so, because, again, we've provided GPL code as
21   part of the Android platform in the past, so I don't
22   have any reason to believe that.
23   BY MR. RAMSEY:
24       Q   But it's true that Google has never
25   provided GPL core libraries in the past within
                                               Page 61
```

16 (Pages 58 - 61)

Veritext Legal Solutions
866 299-5127

Exhibit 5 to Mullen Declaration - Deposition Testimony of Anwar Ghuloum

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 158**

1  Android-release myself, I would like to know when
2  major changes like this are hitting, so -- so we
3  typically do things like this.
4      Q    Did you make the decision personally to
5  use code from OpenJDK in some future release of
6  Android?
7      A    Yeah, this was my decision.
8      Q    And why did you make the decision to
9  include OpenJD code -- JDK GPL-licensed code in a
10 future version of the Android APIs?
11     A    Again, for the reason stated here.  I
12 think that all the work on Apache Harmony that's
13 going on is really being done by us, so we are
14 effectively the upstream maintainer of this at this
15 point.
16          And we had -- we had a choice when it came
17 to Java programming language, in particular, where
18 we would keep going and developing our support for
19 Version 8 of the Java language specification, or we
20 could use OpenJDK and at the same time, get the
21 benefit of working on the same code base that many
22 other developers in Google and outside of Google
23 were -- were using.
24     Q    You just mentioned, I think, that "all the
25 work on Apache Harmony that's going on is really

**Page 159**

1  done -- being done by us."
2           What did you mean by that?
3      A    I don't think there's -- I don't think
4  there's -- as far as I know, there is no other work
5  going on in the Harmony libraries anywhere outside
6  of Android.
7      Q    Is it your understanding that Sun
8  Microsystems in a prior point in history made it
9  clear to the Apache Software Foundation that use of
10 the Java APIs is not permitted?
11          MR. KWUN:  Objection; foundation, calls
12 for speculation.
13          THE WITNESS:  Yeah, I don't know.
14 BY MR. RAMSEY:
15     Q    Are you familiar with the rather public
16 dispute between the Apache Software Foundation and
17 Sun Microsystems regarding Harmony?
18          MR. KWUN:  Objection; form.
19          THE WITNESS:  I'm vaguely familiar of
20 issues between IBM, Apache Harmony and Sun, but I
21 don't know the details.  And I -- I really don't
22 know much at all about it, to be honest with you.
23 BY MR. RAMSEY:
24     Q    And what do you know about the dispute
25 between the Apache Software Foundation and Sun

**Page 160**

1  regarding Apache's use of Java?
2           MR. KWUN:  Objection; foundation.
3           THE WITNESS:  So I don't know -- trying to
4  recall back.  This would have been from a time long,
5  long ago.  I really don't recall, to be honest with
6  you.  I mean, I do know that a turning point for
7  OpenJDK was really getting IBM on board in terms of
8  its viability as an open source project and
9  acceptance, and so on, by -- by the Java community.
10          But everything leading up to that is a
11 haze or I wasn't tracking it or aware of it.
12 BY MR. RAMSEY:
13     Q    Is it your understanding that once IBM
14 began working with Sun, and later Oracle, regarding
15 OpenJDK that it ceased any efforts regarding Apache
16 Harmony?
17          MR. KWUN:  Objection; foundation.
18          THE WITNESS:  I think that's the case, but
19 I'm not totally confident in that.
20 BY MR. RAMSEY:
21     Q    Would it surprise you to learn that Oracle
22 and Sun informed Apache Software Foundation that the
23 Apache Harmony project was not legal?
24          MR. KWUN:  Objection; foundation, calls
25 for speculation.

**Page 161**

1           THE WITNESS:  That would be new
2  information for me.
3  BY MR. RAMSEY:
4      Q    Has -- have you ever had a conversation
5  with anybody at Google regarding whether the Apache
6  Harmony -- use of Apache Harmony code is legal?
7           MR. KWUN:  Again, going to caution the
8  witness not to reveal any privileged communications
9  he may have had.
10          THE WITNESS:  No.
11 BY MR. RAMSEY:
12     Q    Returning again to Exhibit 5020, did a
13 lawyer help you draft this e-mail?
14          MR. KWUN:  Objection.
15          I'm going to instruct the witness not to
16 answer.
17 BY MR. RAMSEY:
18     Q    Okay.
19          Are you going to accept that instruction?
20     A    Yeah.
21          MR. KWUN:  Based on attorney/client
22 privilege was the basis for the instruction.
23 BY MR. RAMSEY:
24     Q    Well, let me ask you this:  Would you --
25 would you agree that a lawyer is, in part, an author

41 (Pages 158 - 161)

**Exhibit 5 to Mullen Declaration - Deposition Testimony of Anwar Ghuloum**