# Exhibit 6

| | |
|---|---|
| From:     Greg Stein. | Sent:11/12/2006 10:48 PM. |
| To: [ - ]    Andy Rubin. | |
| Cc: [ - ]    Chris DiBona; opensource-team. | |
| Bcc: [ - ] | |
| Subject:   Re: [Opensource-team] Fwd: Java News from Sun. | |

The news.com article notes that you can buy a non-GPL'd version.

On 11/12/06, Andy Rubin <arubin@google.com> wrote:
> I have been advised that Sun will offer a "link exception" to GPL so
> that you can link your app with their class libraries and not have
> the copy-left force you to open source your app. If they do not then
> it's a play for a dual license.
>
> They still have patents and trademarks.
>
>
> On Nov 12, 2006, at 10:30 PM, Chris DiBona wrote:
>
> > I have to admit I keep thinking "what's the catch", which means I'm a
> > little cynical about this. I hope it's just the regular GPL and they
> > don't try for additional attribution clauses. OSI is apparently
> > considering allowing these within the aupices of "open source" as they
> > see it.
> >
> > I'm chatting with Mike Tiemann about this tomorrow.
> >
> > Chris
> >
> > On 11/12/06, Greg Stein <gstein@google.com> wrote:
> >> On news.com: http://news.com.com/Sun+picks+GPL+license+for+Java
> >> +code/2100-7344_3-6134584.html?tag=nefd.top
> >>
> >> On 11/12/06, Chris DiBona <cdibona@google.com> wrote:
> >> > FYI
> >> >
> >> > ---------- Forwarded message ----------
> >> > From: Simon Phipps <Simon.Phipps@sun.com>
> >> > Date: Nov 12, 2006 6:28 PM
> >> > Subject: Java News from Sun
> >> > To: Trusted-Friends@webmink.net
> >> >
> >> >
> >> > Tomorrow, Sun will be making an announcement about the Java
> >> platform
> >> > that many of us have been anticipating eagerly. We wanted you to
> >> hear
> >> > it direct from us rather than through the press, so I'm sending you
> >> > the news release that will go to the press tomorrow. If you have
> >> any
> >> > questions, please do not hesitate to contact me.
> >> >
> >> > Best regards
> >> >
> >> > Simon
> >> >
> >> >
> >> > _____
> >> >
> >> > Simon Phipps, Chief Open Source & Free Software Officer, Sun
> >> Microsystems

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 155

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

```
> >> >
> >> > Tel: +1 650 352 6327/USx69758 Web: www.webmink.net, AIM:
> >> webmink
> >> >
> >> > Current timezone: UTC-8 (California)
> >> >
> >> > SUN MICROSYSTEMS PRESS RELEASE
> >> >
> >> > Sun Open Sources Java Platform and Releases Source Code Under GPL
> >> > License Via NetBeans and Java.net Communities
> >> >
> >> > Builds on Success of NetBeans and OpenSolaris to Establish New
> >> > Communities For Open Source Development of Java Technology
> >> >
> >> > SANTA CLARA, CALIF., -- November 13, 2006 -- Sun Microsystems, Inc.
> >> > (NASDAQ: SUNW), the creator and leading advocate of Java(TM)
> >> > technology, today announced it is releasing its implementations of
> >> > Java technology as free software under the GNU General Public
> >> License
> >> > version two (GPLv2). Available today, are the first pieces of
> >> source
> >> > code for Sun's implementation of Java Platform Standard Edition
> >> (Java
> >> > SE) and a buildable implementation of Java Platform Micro Edition
> >> > (Java ME). Details are available at: at
> >> > http://www.sun.com/opensource/java. In addition, Sun is adding the
> >> > GPLv2 license to Java Platform Enterprise Edition (Java EE),
> >> which has
> >> > been available for over a year under the Common Development and
> >> > Distribution License (CDDL) through Project GlassFish(TM) at
> >> > http://glassfish.dev.java.net.
> >> >
> >> > This announcement represents one of the largest source code
> >> > contributions under the GPL license (under which the GNU/Linux
> >> > operating system is also distributed) and the open sourcing of
> >> one of
> >> > the industry's most significant and pervasive software
> >> platforms. With
> >> > over 3.8 billion Java technology enabled devices, Java
> >> technology is
> >> > showing explosive growth, appearing in volume everywhere. From
> >> mobile
> >> > phones and smart cards to enterprise applications and
> >> supercomputers,
> >> > Java technology provides a unifying platform for software
> >> innovation.
> >> > By open sourcing Java software, while offering commercial products
> >> > with indemnity for our customers, Sun expects Java technology to
> >> > become even more pervasive.
> >> >
> >> > "By open sourcing Sun's implementation of Java technology, we will
> >> > inspire a new phase of developer collaboration and innovation using
> >> > the NetBeans(TM) Integrated Development Environment (IDE)and expect
> >> > the Java platform to be the foundation infrastructure for next
> >> > generation Internet, desktop, mobile and enterprise applications,"
> >> > said Rich Green, executive vice president of Software at Sun. "With
> >> > the Java Development Kit (JDK(TM)) released as free software
> >> under the
> >> > GPL, Sun will be working closely with distributors of the GNU/Linux
> >> > operating system, who will soon be able to include the JDK as
> >> part of
> >> > the open source repositories that are commonly included with GNU/
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025469

Trial Exhibit 155, Page 2 of 5

```
> >> Linux
> >> > distributions."
> >> > "Everyone has been expecting that one day Sun would open source
> >> Java
> >> > technology, but no one expected just how far they'd go – GPL. A
> >> bold
> >> > move, and a great opportunity both for Sun and for free and open
> >> > source software, " said Tim O'Reilly, founder and CEO of O'Reilly
> >> > Media.
> >> >
> >> > Java SE
> >> > Sun is releasing three significant software components today for
> >> the
> >> > ongoing development of Sun's open source implementation of Java
> >> SE in
> >> > the Java.net community: Java HotSpot(TM) technology, the Java
> >> > programming language compiler (javac(TM)) and JavaHelp(TM)
> >> software.
> >> > Sun expects to release a buildable JDK in the first quarter of
> >> 2007,
> >> > following established free software community practices for
> >> licensing
> >> > virtual machines and their associated libraries. Java HotSpot
> >> > technology and javac are two of the most important elements of Java
> >> > SE; Java HotSpot technology is the Sun implementation of the Java
> >> > Virtual Machine (JVM(TM)) and the core component of the Java
> >> Runtime
> >> > Environment (JRE), which translates Java code to the specific
> >> > operating system and chip architecture, allowing Java software
> >> to run
> >> > everywhere and javac is the compiler that analyzes Java source code
> >> > for correctness and generates proper bytecodes for execution.
> >> JavaHelp
> >> > software is the documentation system to complement the JDK.
> >> >
> >> > These first components of the OpenJDK(TM) project will allow
> >> > developers to experiment with the compiler, try out new language
> >> > features, learn how a world-class virtual machine is built, port
> >> the
> >> > JVM to new hardware architectures and operating systems, fix
> >> bugs and
> >> > contribute new features. Through the OpenJDK project, developers
> >> will
> >> > be able to directly influence the future of the JDK implementation,
> >> > participate with their peers in an open community and help take
> >> Java
> >> > technology where it hasn't been before.
> >> >
> >> > Java ME
> >> > Available immediately in the Java.net community, is the source code
> >> > for Sun's feature phone Java ME implementation, the next generation
> >> > version of the platform that currently enables rich mobile data
> >> > services in over 1.5 billion handsets. Also available is Sun's
> >> source
> >> > code for the Java ME testing and compatibility kit framework, the
> >> > foundation for Sun's Java ME compatibility tests. Later this
> >> year, Sun
> >> > will release additional source code including its advanced
> >> operation
> >> > system phone implementation and the framework for the Java
> >> Device Test
> >> > Suite.
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY         Oracle America v. Google, 3:10-cv-03561-WHA         GOOGLE-01-00025470

Trial Exhibit 155, Page 3 of 5

```
> >> >
> >> > Sun is releasing these technologies as free software in order to
> >> > accelerate the development and evolution of the platform, reduce
> >> > fragmentation and drive down development costs throughout the
> >> Java ME
> >> > ecosystem. In addition, this move will provide easy access to the
> >> > latest versions of Java ME platform technologies and, for the first
> >> > time, enable the whole Java ME community to follow the
> >> activities of
> >> > and participate in the development of these technologies.
> >> >
> >> > Java EE
> >> > Sun is also announcing that it is now releasing the source code for
> >> > Project GlassFish (part of the GlassFish Community) under a dual
> >> open
> >> > source license. In addition to CDDL, Project GlassFish will also be
> >> > available under GPLv2 in the first quarter of 2007. By adding a
> >> second
> >> > license, we simplify the process of combining and distributing
> >> > GlassFish code with other GPL licensed communities. By offering
> >> all of
> >> > Java under a common license, developers can now more easily
> >> distribute
> >> > updated versions of Java SE, Java EE and Java ME together.
> >> >
> >> > NetBeans and Sun Development Tools
> >> > The NetBeans IDE can dramatically simplify getting started with JDK
> >> > development because the open source components have already been
> >> > configured as NetBeans projects. Developers can download the source
> >> > code, open it in the NetBeans IDE, and use the Build Project
> >> command
> >> > to build it. For further information and a step-by-step tutorial go
> >> > to: http://nb-openjdk.netbeans.org. In addition, an application
> >> > developer project is available as part of the Mobile & Embedded
> >> > community, with links to resources such as the NetBeans Mobility
> >> Pack,
> >> > the Java ME authoring tool that delivers a whole new level of
> >> > sophistication and ease for drag-and-drop screen design. Sun is
> >> also
> >> > making available the world-record producing Sun(TM) Studio
> >> development
> >> > environment for the development of the platform-specific native
> >> code
> >> > in the Java HotSpot virtual machine.
> >> >
> >> > The recently announced NetBeans 5.5 contains a variety of new
> >> > features, including: Java Persistence API and JAX WS 2.0
> >> productivity
> >> > tools, Subversion support, and enhancements to the NetBeans GUI
> >> > Builder (formerly known as Project Matisse). NetBeans 5.5 is the
> >> first
> >> > and only freely available IDE to provide comprehensive support for
> >> > Java EE 5, the industry standard for developing portable, robust,
> >> > scalable, and secure server-side Java applications.
> >> >
> >> > Developer Support and Services
> >> > Sun offers Java technology and Solaris(TM) Operating System
> >> developers
> >> > a complete line of developer how-to help, product support and
> >> updates,
> >> > and training that reduces time and risk for the entire application
> >> > lifecycle--from development through deployment through Sun's
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00025471

Trial Exhibit 155, Page 4 of 5

```
> >> Developer
> >> > Services programs (http://developers.sun.com/services).
> >> Developers are
> >> > also encouraged to join the Sun Developer Network Program, at no
> >> cost,
> >> > by registering online at: http://developers.sun.com/register.
> >> >
> >> > About Sun Microsystems, Inc.
> >> > A singular vision -- "The Network Is The Computer"(TM) -- guides
> >> Sun
> >> > in the development of technologies that power the world's most
> >> > important markets. Sun's philosophy of sharing innovation and
> >> building
> >> > communities is at the forefront of the next wave of computing: the
> >> > Participation Age. Sun can be found in more than 100 countries
> >> and on
> >> > the Web at sun.com.
> >> >
> >> >
> >> >
> >> > --
> >> > Open Source Programs Manager, Google Inc.
> >> > Google's Open Source program can be found at http://code.google.com
> >> > Personal Weblog: http://dibona.com
> >> >
> >> > _____
> >> > Opensource-team mailing list
> >> > Opensource-team@google.com
> >> > https://mailman.corp.google.com/mailman/listinfo/opensource-team
> >> >
> >>
> >
> >
> > --
> > Open Source Programs Manager, Google Inc.
> > Google's Open Source program can be found at http://code.google.com
> > Personal Weblog: http://dibona.com
>
>
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00025472

Trial Exhibit 155, Page 5 of 5