# Exhibit 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

### Page 78

```
 1   implemented in native code in that way?
 2       A. There are usually two or three possible
 3   reasons. One is the code needs to use a feature that is
 4   simply not available any other way. It could be for
 5   performance reasons.                        12:07:55
 6       Q. It may be a better performance to execute a
 7   particular method natively rather than interpreting
 8   Dalvik byte code?
 9       A. Yes.
10       Q. And for both the internal method call and the   12:08:19
11   in-line execution, these are -- I'm not sure what the
12   right word would be. Are these features or facilities
13   that are used by application programmers or is it just
14   built into Dalvik and Dalvik decides what to do?
15           MR. WEINGAERTNER: Objection to form.          12:08:41
16           THE WITNESS: Those are exclusive to Dalvik.
17       Q. BY DR. PETERS: So application programmers,
18   they would use JNI to access to their native methods?
19       A. Yes.
20       Q. A bit it ago you mentioned that in the case   12:09:10
21   of a method call, Dalvik would begin creating a stack
22   frame; is that right?
23       A. Yes.
24       Q. We had discussed before that Dalvik was a
25   register-based rather than a stack-based machine. What's 12:09:28
```

### Page 79

```
 1   the difference there between stack frames and being a
 2   register-based machine?
 3           MR. WEINGAERTNER: Object to form.
 4           THE WITNESS: A stack-based machine is
 5   constantly pushing and popping operands from basic        12:09:47
 6   operations. So if I want to add two values together, I
 7   push both of them onto an operand stack, and then they
 8   both get popped off as part of doing the addition, and
 9   the result is then pushed on.
10           For method calls, this is a different         12:10:08
11   operation.
12       Q. BY DR. PETERS: Was there a different level
13   of the architecture, would it be fair to say?
14       A. I don't think I'd put it that way.
15       Q. How would you put it?                          12:10:23
16           MR. WEINGAERTNER: Objection to form.
17           THE WITNESS: It is an -- it is a -- how
18   would I put it? It is unique to method invocation.
19       Q. BY DR. PETERS: Is it the idea that every
20   method is -- that there's a frame for every method; is   12:10:45
21   that the idea?
22       A. Yes.
23       Q. What information is stored in that frame or
24   relates to that frame?
25       A. Let's see. It has a pointer to the previous    12:11:04
```

### Page 80

```
 1   frame. It has a -- the set of arguments that were passed
 2   into the method and the working set of registers that are
 3   available to that method. There is an area for -- we
 4   call it the "outs" area. It is for arguments that are
 5   being passed to a method that is being called, and       12:11:37
 6   there's a couple extra bits of saved state that are held
 7   inside the stack frame.
 8       Q. But just to confirm, when we say that Dalvik
 9   works with stack frames for method invocation, that's
10   unrelated to whether it's a register-based or stack-based 12:12:04
11   machine?
12       A. Yes.
13           DR. PETERS: Let's go to a new exhibit.
14           (Oracle Exhibit 70 marked.)
15       Q. BY DR. PETERS: If you could take a look at    12:12:51
16   Exhibit 70 and tell me what it is.
17       A. This appears to be an email from Tim Lindholm
18   regarding a Skelmir conference call.
19       Q. And part of this email string was written by
20   you?                                              12:13:13
21       A. Yes.
22       Q. Does this refresh your recollection about the
23   conference call with a VM company referred to in the
24   June 26th, 2006 entry for snippets?
25       A. Yes.                                        12:13:59
```

### Page 81

```
 1       Q. And what do you now remember?
 2       A. Still not very much.
 3       Q. How -- how far did you get in discussions
 4   with Skelmir?
 5       A. Since I was at that point working on Dalvik,  12:14:36
 6   my discussions with Skelmir did not, that I can recall,
 7   go past the conference call.
 8       Q. The last line of your email is: "Overall, I
 9   think this is worth pursuing." What did you hope to gain
10   from Skelmir?                                      12:15:03
11       A. We were hoping to get a VM and a set of core
12   libraries and some engineers.
13       Q. But ultimately that acquisition didn't
14   happen?
15       A. Correct.                                    12:15:20
16       Q. Was there a code name of any kind for this
17   discussion or acquisition?
18       A. Not that I can recall.
19       Q. When Tim Lindholm wrote to you at the end of
20   his email about the question of exposure around licenses, 12:15:49
21   compatibility, et cetera, given Skelmir's lack of a Sun
22   license, what did you take that to mean?
23           MR. WEINGAERTNER: Objection to form.
24           THE WITNESS: The -- he's referring to the --
25   specifically the lack of access to the Sun VM         12:16:12
```

Pages 78 to 81

Veritext National Deposition & Litigation Services
866 299-5127

**Exhibit 7 to Mullen Declaration - Deposition Testimony of Andrew McFadden**