# Exhibit 13

**Specification: JAVA 2 PLATFORM STANDARD EDITION DEVELOPMENT KIT 5.0 Specification ("Specification")**

Status: Final Release
Release: August 25, 2004

Copyright 2004 Sun Microsystems, Inc.
4150 Network Circle, Santa Clara, California 95054, U.S.A
All rights reserved.

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 610.1
CASE NO 10-03561 WHA
DATE ENTERED_____
BY_____
     DEPUTY CLERK
```

NOTICE; LIMITED LICENSE GRANTS: Sun Microsystems, Inc. ("Sun") hereby grants you a fully-paid, non-exclusive, non-transferable, worldwide, limited license (without the right to sublicense), under the Sun's applicable intellectual property rights to view, download, use and reproduce the Specification only for the purpose of internal evaluation, which shall be understood to include developing applications intended to run on an implementation of the Specification provided that such applications do not themselves implement any portion(s) of the Specification.

Sun also grants you a perpetual, non-exclusive, worldwide, fully paid-up, royalty free, limited license (without the right to sublicense) under any applicable copyrights or patent rights it may have in the Specification to create and/or distribute an Independent Implementation of the Specification that: (i) fully implements the Spec(s) including all its required interfaces and functionality; (ii) does not modify, subset, superset or otherwise extend the Licensor Name Space, or include any public or protected packages, classes, Java interfaces, fields or methods within the Licensor Name Space other than those required/authorized by the Specification or Specifications being implemented; and (iii) passes the TCK (including satisfying the requirements of the applicable TCK Users Guide) for such Specification. The foregoing license is expressly conditioned on your not acting outside its scope. No license is granted hereunder for any other purpose.

You need not include limitations (i)-(iii) from the previous paragraph or any other particular "pass through" requirements in any license You grant concerning the use of your Independent Implementation or products derived from it. However, except with respect to implementations of the Specification (and products derived from them) that satisfy limitations (i)-(iii) from the previous paragraph, You may neither: (a) grant or otherwise pass through to your licensees any licenses under Sun's applicable intellectual property rights; nor (b) authorize your licensees to make any claims concerning their implementation's compliance with the Spec in question.

For the purposes of this Agreement: "Independent Implementation" shall mean an implementation of the Specification that neither derives from any of Sun's source code or binary code materials nor, except with an appropriate and separate license from Sun, includes any of Sun's source code or binary code materials; and "Licensor Name Space" shall mean the public class or interface declarations whose names begin with "java", "javax", "com.sun" or their equivalents in any subsequent naming convention adopted by Sun through the Java Community Process, or any recognized successors or replacements thereof.

This Agreement will terminate immediately without notice from Sun if you fail to comply with any material provision of or act outside the scope of the licenses granted above.

TRADEMARKS: No right, title, or interest in or to any trademarks, service marks, or trade names of Sun, Sun's licensors, Specification Lead or the Specification Lead's licensors is granted hereunder. Sun, Sun Microsystems, the Sun logo, Java, J2SE, J2EE, J2ME, Java Compatible, the Java Compatible Logo, and the Java Coffee Cup logo are trademarks or registered trademarks of Sun Microsystems, Inc. in the U.S. and other countries.

DISCLAIMER OF WARRANTIES: THE SPECIFICATION IS PROVIDED "AS IS".  SUN MAKES NO REPRESENTATIONS OR WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT, THAT THE CONTENTS OF THE SPECIFICATION ARE SUITABLE FOR ANY PURPOSE OR THAT ANY PRACTICE OR IMPLEMENTATION OF SUCH CONTENTS WILL NOT INFRINGE ANY THIRD PARTY PATENTS, COPYRIGHTS, TRADE SECRETS OR OTHER RIGHTS.  This document does not

represent any commitment to release or implement any portion of the Specification in any product.

THE SPECIFICATION COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION THEREIN; THESE CHANGES WILL BE INCORPORATED INTO NEW VERSIONS OF THE SPECIFICATION, IF ANY.  SUN MAY MAKE IMPROVEMENTS AND/OR CHANGES TO THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED IN THE SPECIFICATION AT ANY TIME.  Any use of such changes in the Specification will be governed by the then-current license for the applicable version of the Specification.

LIMITATION OF LIABILITY: TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT WILL SUN OR ITS LICENSORS BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION, LOST REVENUE, PROFITS OR DATA, OR FOR SPECIAL, INDIRECT, CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, ARISING OUT OF OR RELATED TO ANY FURNISHING, PRACTICING, MODIFYING OR ANY USE OF THE SPECIFICATION, EVEN IF SUN AND/OR ITS LICENSORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

You will indemnify, hold harmless, and defend Sun and its licensors from any claims arising or resulting from: (i) your use of the Specification; (ii) the use or distribution of your Java application, applet and/or clean room implementation; and/or (iii) any claims that later versions or releases of any Specification furnished to you are incompatible with the Specification provided to you under this license.

RESTRICTED RIGHTS LEGEND: U.S. Government: If this Specification is being acquired by or on behalf of the U.S. Government or by a U.S. Government prime contractor or subcontractor (at any tier), then the Government's rights in the Specification and accompanying documentation shall be only as set forth in this license; this is in accordance with 48 C.F.R. 227.7201 through 227.7202-4 (for Department of Defense (DoD) acquisitions) and with 48 C.F.R. 2.101 and 12.212 (for non-DoD acquisitions).

REPORT: You may wish to report any ambiguities, inconsistencies or inaccuracies you may find in connection with your use of the Specification ("Feedback"). To the extent that you provide Sun with any Feedback, you hereby: (i) agree that such Feedback is provided on a non-proprietary and non-confidential basis, and (ii) grant Sun a perpetual, non-exclusive, worldwide, fully paid-up, irrevocable license, with the right to sublicense through multiple levels of sublicensees, to incorporate, disclose, and use without limitation the Feedback for any purpose related to the Specification and future versions, implementations, and test suites thereof.

GENERAL TERMS: Any action related to this Agreement will be governed by California law and controlling U.S. federal law. The U.N. Convention for the International Sale of Goods and the choice of law rules of any jurisdiction will not apply.

The Specification is subject to U.S. export control laws and may be subject to export or import regulations in other countries. Licensee agrees to comply strictly with all such laws and regulations and acknowledges that it has the responsibility to obtain such licenses to export, re-export or import as may be required after delivery to Licensee.

Neither party may assign or otherwise transfer any of its rights or obligations under this Agreement, without the prior written consent of the other party, except that Sun may assign this Agreement to an affiliated company.

This Agreement is the parties' entire agreement relating to its subject matter. It supersedes all prior or contemporaneous oral or written communications, proposals, conditions, representations and warranties and prevails over any conflicting or additional terms of any quote, order, acknowledgment, or other communication between the parties relating to its subject matter during the term of this Agreement. No modification to this Agreement will be binding, unless in writing and signed by an authorized representative of each party.

(Sun.CfcsSpec.license.11.14.2003)