# Exhibit 14

### Page 38

```
 1         MS. HURST:  Objection, form, beyond
 2  the scope, calls for improper expert testimony.
 3         MR. DeCLERCK:  I'll join in these
 4  objections.
 5     A.   What it means is it would implement
 6  the specifications for Java.
 7  BY MR. BAYLEY:
 8     Q.   And by "implement," you mean write
 9  source code consistent with the specifications
10  for Java?
11     A.   Yes.
12     Q.   Has IBM ever used source code
13  derived from the Apache Harmony Project in its
14  products?
15     A.   Yes.
16     Q.   Which -- strike that.  Which
17  products has IBM used Apache Harmony code in
18  its products?
19         MS. HURST:  Objection, form.
20     A.   The IBM Java SE SDK.
21  BY MR. BAYLEY:
22     Q.   Any other products besides the IBM
23  SE SDK?
24     A.   No.
25     Q.   And what is the IBM SE SDK?
```

### Page 39

```
 1     A.   It's an implementation of Java SE,
 2  which is then used by other IBM products that
 3  are written in Java.
 4     Q.   Okay, and what are the other IBM
 5  products that use the IBM SE SDK?
 6         MS. HURST:  Objection, form.
 7     A.   There are many.  Application Server
 8  is one of them.
 9  BY MR. BAYLEY:
10     Q.   Any other IBM products that use the
11  IBM SE SDK that you can think of sitting here
12  today?
13     A.   There's lots.
14     Q.   Can you give me a list?
15         MS. HURST:  Objection, form.
16     A.   Off the top of my head?  Lotus Notes
17  was using it.  IBM Commerce.  There's lots and
18  lots of products.
19  BY MR. BAYLEY:
20     Q.   Anything else -- strike that.
21         Any other products besides
22  WebSphere, Lotus Notes and IBM Commerce that
23  use the IBM SE SDK?
24         MS. HURST:  Objection, form.
25     A.   Yes.
```

### Page 40

```
 1  BY MR. BAYLEY:
 2     Q.   What other products besides those
 3  products use the IBM SE SDK?
 4     A.   I'd have to consult the list.  It's
 5  a long list.
 6  BY MR. BAYLEY:
 7     Q.   So sitting here today, can you think
 8  of any other IBM products that use the IBM SE
 9  SDK?
10     A.   Yes.  I have to give you -- I have
11  to get the right names.
12         The Rational products, which are
13  Eclipse based, all are built on the IBM Java.
14     Q.   Any other products that use the IBM
15  SE SDK that you can think of sitting here
16  today?
17         MS. HURST:  Objection, form.
18     A.   No.
19  BY MR. BAYLEY:
20     Q.   You mentioned earlier that Apache
21  Harmony contains implementations of Java class
22  libraries.  Do you remember that?
23         MS. HURST:  Objection, form, beyond
24  the scope and improper expert testimony.
25     A.   Yes.
```

### Page 41

```
 1  BY MR. BAYLEY:
 2     Q.   Okay.  Are you familiar with the
 3  concept of Java API packages?
 4         MS. HURST:  Same objections.
 5         MR. DeCLERCK:  Join.
 6     A.   Yes.
 7  BY MR. BAYLEY:
 8     Q.   Okay.  Is there a difference in your
 9  mind between Java API packages and Java class
10  libraries?
11         MS. HURST:  Objection, form, beyond
12  the scope, improper expert testimony.
13         MR. DeCLERCK:  I'll join.
14     A.   I don't know how to answer the
15  question.
16  BY MR. BAYLEY:
17     Q.   Is there a difference in your mind
18  between Java class libraries and Java API
19  packages?
20         MS. HURST:  Same objections.
21     A.   One is a generic term.  Java class
22  libraries means a collection of the Java API
23  packages, so that would be the difference, I
24  guess.
25  BY MR. BAYLEY:
```

11 (Pages 38 - 41)

**Exhibit 14 to Mullen Declaration - Deposition Testimony of John Duimovich**