# Exhibit 19

1 I -- I -- I have read about what Sun did, but          02:40:13
2 I'm -- in general, outside of the testimony at the
3 first trial in which there was evidence of attempts
4 to come to an agreement between Sun and Android,
5 I'm not aware of what Sun was trying to do          02:40:30
6 otherwise.
7     Q.  (By Ms. Hurst)  All right.  But -- but
8 you are aware that they licensed SavaJE, and you
9 are aware that Danger had SE in phones --
10       MR. KAMBER:  Objection to form.          02:40:47
11     Q.  (By Ms. Hurst)  -- and if you accept my
12 proffer, you will be aware that Nokia had a license
13 for SE in phones.
14       You are willing to accept that for
15 purposes of this questioning?          02:40:57
16     A.  I accept that there was a license for
17 some parts of SE.  I don't know whether that was
18 the entirety of SE.  But I do understand and accept
19 your proffer that some parts of SE were licensed
20 for use in phones.          02:41:11
21     Q.  And isn't it -- isn't it reasonable,
22 Dr. Astrachan, that if Sun was actually licensing
23 SE for use in phones, and people were actually
24 using SE in phones, that those are market
25 indicators that there was at least a potential          02:41:31

Page 146

1 market for SE in phones?          02:41:39
2       MR. KAMBER:  Objection to form.
3       THE DEPONENT:  One, I have answered your
4 questions about whether I am an expert in economic
5 areas in the negative, that I'm not such an expert.          02:41:54
6 So deciding on whether there is a potential market
7 based on -- right now my understanding is the
8 Sidekick, since I am not aware of any evidence that
9 the SavaJE phone was produced in the market, nor am
10 I aware of any Nokia running Java SE or a subset.          02:42:15
11 So if the potential for market is based on the
12 Sidekick, that's -- that seems a -- to my inexpert
13 mind, a stretch.
14     Q.  (By Ms. Hurst)  And that wasn't quite my
15 question.  So I'm asking you to assume it's true          02:42:32
16 for purposes of my question that there was a
17 Sidekick; that was there was SavaJE phone; that
18 there was a Nokia license, that is, Nokia was
19 willing to pay money to take a license to explore
20 putting SE in phones.          02:42:53
21       Don't you think that all those things
22 added together make it reasonable to conclude that
23 there was at least a potential market for Java SE
24 in mobile phones?
25       MR. KAMBER:  Objection to form.          02:43:05

Page 147

1       THE DEPONENT:  I think that you would get          02:43:10
2 people to disagree and agree with that statement.
3 The potential for a market is not something that
4 I'm an expert on opining on.  And in the particular
5 hypothetical that you've -- and it's not exactly a          02:43:24
6 hypothetical, I'm taking as truth what you are
7 giving me -- that, to my mind, doesn't indicate
8 that there's a market for Java SE.  It indicates
9 that Sun was willing to license SE in the three
10 ways you have indicated.          02:43:42
11     Q.  (By Ms. Hurst)  Well, what would you need
12 to know to determine whether there was a potential
13 market for SE in phones?
14       MR. KAMBER:  Objection to form.
15       THE DEPONENT:  This is a question from          02:44:05
16 the 2006 time frame?
17     Q.  (By Ms. Hurst)  No.  At any time, what
18 are the criteria.  You've just told me now
19 that's -- that doesn't indicate there's a market.
20       I did ask you whether there was a          02:44:15
21 potential market, so let's start there first, all
22 right, not a then-existing market, but a potential
23 market.
24       Isn't it reasonable to conclude that,
25 given that there were all these Sidekicks being          02:44:27

Page 148

1 sold by T-Mobile, given the SavaJE phone, given the          02:44:30
2 Nokia license, wasn't it reasonable to conclude
3 that there was at least a potential market for
4 Java SE in mobile phones?
5       MR. KAMBER:  Objection to form.          02:44:45
6       THE DEPONENT:  I think I have answered
7 that question, that I could not make that
8 conclusion that there was a potential market based
9 on those three indicatives.
10     Q.  (By Ms. Hurst)  All right.  So what would          02:44:57
11 it take --
12       MR. KAMBER:  Objection to form.
13     Q.  (By Ms. Hurst)  -- for you to reach that
14 conclusion; what additional facts, learning,
15 knowledge tests of any -- of any sort, would you          02:45:04
16 need to know in order to determine whether those
17 three facts alone, in addition to whatever you want
18 to add, are enough to conclude there was potential
19 market?
20     A.  So --          02:45:20
21       MR. KAMBER:  Objection to form.
22       THE DEPONENT:  In the broad -- to answer
23 the broad question of what -- what would I need to
24 know to believe that there was a potential market,
25 if I talked to folks that were in the business of          02:45:30

Page 149

38 (Pages 146 - 149)

**Exhibit 19 to Mullen Declaration - Deposition Testimony of Owen Astrachan**

1 creating such devices or understanding such    02:45:35
2 markets, and they were credible because of work
3 they had done in the past, and they all told me
4 there is potential market here, then that would
5 lend some credibility to the fact that since they    02:45:52
6 saw a potential market and they had, let's say, a
7 track record of success in the industry, that would
8 be a good indication that there might be a
9 potential market.
10    Q.  (By Ms. Hurst)  Do you know who Andy    02:46:04
11 Rubin is?
12    A.  I do.
13    Q.  Who is Andy Rubin?
14    A.  My understanding is, Andy Rubin had a
15 role in both the Danger Sidekick and in Android.    02:46:10
16    Q.  And would you consider him to be a person
17 of the sort that you just described?
18    A.  I think that's a reasonable conclusion.
19 Yes, he would be such a person.
20    Q.  All right.  So Andy Rubin's association    02:46:23
21 with Danger would give you comfort in evaluating
22 whether there was a potential market there for
23 SE in phones, right?
24       MR. KAMBER:  Objection to form.
25       THE DEPONENT:  Andy Rubin is an example    02:46:37
Page 150

1 of the kind of person to -- with whom I could have    02:46:39
2 a conversation.  And if he indicated to me what he
3 thought, that would be something that weighed on
4 the side of me thinking that might be the case.
5    Q.  (By Ms. Hurst)  Well, we know what he    02:46:49
6 thought, right, because we know what he did,
7 Dr. Astrachan, which was, take a chunk of SE and
8 put it in a smartphone platform, right?
9       MR. KAMBER:  Objection to form.
10       THE DEPONENT:  I -- I would not    02:47:00
11 characterize as what he did, taking a chunk of SE
12 and putting it in a smartphone -- smartphone
13 platform.  He did help create Android.
14    Q.  (By Ms. Hurst)  He took a chunk of the
15 SE API, and he put it in the Android platform;    02:47:13
16 isn't that true?
17       MR. KAMBER:  Objection to form.
18       THE DEPONENT:  I would not characterize
19 what he did.  What I -- as I understand, the case
20 here is about taking the declaring code, including    02:47:23
21 the structure, sequence, and organization of
22 Java APIs; reimplementing those APIs so that they
23 would perform better on a mobile device; and then
24 including other parts of a full-stack mobile
25 operating system that made that feasible.    02:47:42
Page 151

1       So I would not characterize what he did    02:47:45
2 as taking a chunk of Java SE and putting it on a
3 phone.  I'll rest on my previous statement for what
4 I think is the case here.
5    Q.  (By Ms. Hurst)  Do you know Rich Miner?    02:48:08
6    A.  I don't.
7    Q.  Are you aware that Rich Miner was one of
8 the co-founders of Android?
9    A.  My understanding is that there might be
10 four co-founders and that he's one of them, but I    02:48:22
11 don't really know him or the others.  I know of
12 Andy Rubin.
13    Q.  Do you know whether Rich Miner ever had
14 any association of any kind with SavaJE?
15    A.  I don't know that, no.    02:48:35
16    Q.  Are you aware that Rich Miner evaluated
17 investment in SavaJE on behalf of the carrier
18 Orange?
19    A.  No, I am not aware of that.
20    Q.  So I would like you to assume that's    02:48:52
21 true, Dr. Astrachan, that Rich Miner, a co-founder
22 of Android, led an investment in SavaJE, and that
23 Andy Rubin, another co-founder of Android, was
24 actually part of Danger.
25       Now, if you take those two facts and you    02:49:17
Page 152

1 add them together with the fact that Danger had SE    02:49:20
2 running on phones, SavaJE had SE running on phones,
3 and Nokia took a license for SE running on phones,
4 is that enough for you to conclude that there was a
5 potential market for SE in mobile phones?    02:49:36
6       MR. KAMBER:  Objection to form.
7       THE DEPONENT:  I -- I don't mean to harp
8 back on my answer, but I think my answer was, if I
9 spoke to these people and they indicated to me, in
10 a back-and-forth conversation in which they could    02:49:50
11 respond to my questions, that there was a market,
12 then that would be an indication that there was.
13       The facts that you have told me are
14 similar to the ones that you mentioned before,
15 which are, there are mobile devices that had some    02:50:06
16 versions of Java SE on them.
17       Does that mean that there is a market for
18 Java SE on a mobile phone; I'm -- as I said before,
19 I'm -- I'm not ready to make that conclusion.
20    Q.  (By Ms. Hurst)  Well, given the facts    02:50:32
21 that -- that I just asked you to assume, you
22 certainly cannot refute that conclusion; isn't it
23 true?
24       MR. KAMBER:  Objection to form.
25       THE DEPONENT:  I'm -- that -- that    02:50:45
Page 153

39 (Pages 150 - 153)

**Exhibit 19 to Mullen Declaration - Deposition Testimony of Owen Astrachan**

1  statement is a little open.  If -- I will try to          02:50:50
2  answer a question of, is it possible that people
3  believe so there's a market for Java SE on phones;
4  yes, that's a possibility.
5      Q.  (By Ms. Hurst)  Well, isn't it possible          02:51:01
6  that there was, in fact, a potential market for SE
7  on phones in the mid-2000s?
8          MR. KAMBER:  Objection to form.
9          THE DEPONENT:  I don't know that.
10     Q.  (By Ms. Hurst)  Right.  But you can't           02:51:10
11 tell me that's untrue, can you?
12         MR. KAMBER:  Objection to form.
13         THE DEPONENT:  I can't tell you that
14 there was a market, and I cannot tell you that
15 there was not a market.  I can tell you with           02:51:17
16 reasonable confidence that there was not a
17 widespread use of phones running Java SE in the
18 mid-2000s.
19         MS. HURST:  Good time for a break.
20         THE VIDEOGRAPHER:  This marks the end of        02:51:37
21 Media No. 3, in the deposition of the Dr. Owen
22 Astrachan.  We are going off the record at 2:51.
23         (Recess taken.)
24         THE VIDEOGRAPHER:  We are back on the
25 record at 3:18 p.m.  This marks the beginning of       03:17:48

Page 154

1  Media No. 4 in the deposition of                       03:17:51
2  Dr. Owen Astrachan.
3      Q.  (By Ms. Hurst)  Dr. Astrachan, have you
4  talked to any of the other experts who have offered
5  reports in this case in connection with your work?    03:18:05
6      A.  No, I have not spoken with them.
7      Q.  Do you agree that the Java API and the
8  Java language are not the same thing?
9      A.  Yes, I agree that they are not the same
10 thing.                                                 03:18:30
11     Q.  Do you agree that the Java API is not
12 part of the grammar of the Java language?
13     A.  I think that's a fair statement, that the
14 grammar is separate than the API.
15     Q.  Is it your view that the Java API must be       03:18:50
16 made freely available on any terms simply because
17 the language is freely available?
18         MR. KAMBER:  Objection to form.
19         THE DEPONENT:  I don't think I have taken
20 a position on how the API should be made available.   03:19:07
21 I do understand that the Java language is freely
22 available to anyone, and I have taken a position
23 that some parts of the API are required to do the
24 language.
25         So I think it's fair that those parts          03:19:26

Page 155

1  that are essentially so core and essential to the      03:19:28
2  language, that they should also be freely
3  available, since the language itself is, but I have
4  not taken a position on the APIs themselves.
5          In the current case, I understand that         03:19:46
6  the Court has held that the APIs are, in fact,
7  copyrighted and the question here is whether
8  that's -- the use in Android is a fair use.  So I
9  accept that there is a copyright hold on that --
10 "hold" is the wrong word -- and that the licensing      03:20:00
11 would then depend on the copyright holder in terms
12 of how they wanted to make those available.
13     Q.  (By Ms. Hurst)  All right.  And let's
14 call -- for purposes of our discussion now, if it's
15 all right with you, let's call those limitations,       03:20:13
16 that you have just described that may be required
17 by the language, technical constraints.  Is that
18 all right with you if we use that language?
19     A.  Okay.
20     Q.  In your opening report, did you do an           03:20:27
21 analysis of technical constraints on the API that
22 were imposed that the Java programming language?
23     A.  In my current report, I did not do a
24 technical analysis of those technical constraints.
25     Q.  All right.  And have you seen that              03:20:48

Page 156

1  there's a chart prepared by Dr. Reinhold that was      03:20:51
2  included in Dr. Schmidt's rebuttal report that sets
3  out a detailed technical analysis of any
4  constraints imposed upon the Java API by the Java
5  programming language?                                  03:21:09
6      A.  Yes, I have seen that.
7      Q.  And have you made any effort to duplicate
8  or verify or otherwise analyze that chart?
9      A.  No, I have not tried to duplicate.  I
10 have looked at the chart.                              03:21:22
11     Q.  And, as you sit here today, do you have
12 any opinions on the accuracy of that chart?
13     A.  I think, from a technical perspective,
14 that that chart represents what it says correctly.
15     Q.  And is -- do you have any reason to doubt       03:21:36
16 that that chart is a complete statement of the
17 technical constraints imposed upon the Java API by
18 the programming language?
19         MR. KAMBER:  Objection to form.
20         THE DEPONENT:  I think that there's a           03:21:53
21 spectrum on what those technical constraints would
22 be.  I know that the original trial Dr. Reinhold
23 talked about 60-some-odd classes that were going to
24 be required to implement the language and that
25 others have taken a position that, well, there         03:22:09

Page 157

40 (Pages 154 - 157)

**Exhibit 19 to Mullen Declaration - Deposition Testimony of Owen Astrachan**