# Exhibit 25

**Page 82**

1 experts to decide. But I assume that -- that the
2 answer is yes.
3     MS. FEEMAN: Let's mark the report. So
4 I'd like to mark as Exhibit 5139 the report of
5 Dr. Itamar Simonson.
6     (Exhibit 5139 was marked for identification by
7 the court reporter and is attached hereto.)
8  Q. (By Ms. Feeman) And Dr. Simonson, could you
9 please first take a look at Exhibit 5139 and confirm
10 that this is the report that you submitted in this
11 matter.
12  A. It appears to be.
13  Q. So if you could please turn to
14 paragraph 14, which is on page 5 of Exhibit 5139.
15     So the -- the pertinent issue that you
16 were trying to examine in this case or test, when
17 you were doing your survey, is basically set forth
18 in paragraph 14, correct?
19  A. Paragraph 10 and paragraph 14, yes.
20  Q. And in paragraph 14 you say that one of
21 the questions that's to be decided in this case --
22 so the issue in this case -- is "to what extent
23 Google's decision to use the Java programming
24 language, and more specifically the structure," and
25 "sequence, and organization and declaring code in

**Page 83**

1 37 Java API packages ('the Accused APIs') in
2 Google's Android operating system drove (as Oracle
3 contends) the choices or decisions of application
4 developers to develop Android applications, and
5 consequently, the success of Android in the
6 marketplace."
7     Is that correct?
8  A. Right.
9  Q. So that's the issue you were trying to
10 explore?
11  A. Yeah, that would -- that's certainly a
12 central part of it.
13  Q. Okay. And so by testing whether the
14 operating system drove the developers' choices and
15 consequently the success of Android in the
16 marketplace, you need to be looking at the time
17 Android was first released into the market,
18 correct?
19     MR. PURCELL: Object to the form.
20     THE DEPONENT: No. That's just part of
21 it.
22  Q. (By Ms. Feeman) But what is meant by "drove
23 the choices, and consequently, the success of Android
24 in the marketplace"?
25  A. For decisions like that, high-involvement

**Page 84**

1 decisions, such as committing to, say, the Android
2 platform, the considerations are very basic. They
3 go back probably thousands of years. Sales and
4 profits, they have no change -- they don't change
5 from 2007 to 2010 to 2015. They just don't change.
6 They're all -- we are in business -- or companies
7 are in business to make a profit. That's usually
8 the primary goal.
9     Therefore, asking people about their
10 motive today or in 2010, or in 2007, you will
11 expect to get the same results, more or less.
12     If I may just complete my answer.
13  Q. I'm listening.
14  A. Indeed, if you look at the provided
15 reasons of those 152 respondents across the years,
16 say, between 2007 and 2015, you don't find
17 differences.
18     There are no more mentions of Java
19 between 2007 -- for those who started between 2007
20 and 2009, and those that started later. There are
21 no more mentions of Java. It's -- it's quite
22 simple.
23     So in that regard, given the nature of
24 the decision, people will have a good memory for
25 that. Moreover, the reasons are stable. If there

**Page 85**

1 is any difference, is that the number of users or
2 expected growth were even more important early on,
3 because today there are I think 1.9 million
4 applications.
5     So let's say I want to introduce a new
6 calendar app for Android. I'm competing with -- I
7 don't know -- how many other calendar apps. So
8 today demand is much more limited and I believe
9 that most apps are unsuccessful.
10     Back then, the expectation that Android,
11 supported by Google, will be successful, if
12 anything, if there was any difference, it was more
13 important.
14  Q. Are you done?
15  A. I'm done.
16  Q. So you came into this survey with the
17 preconceived notion that businesses make decisions
18 to make a profit and that's it; isn't that correct?
19     MR. PURCELL: Object to the form.
20     THE DEPONENT: No, I don't -- I'm not
21 sure where you heard that. I said profit is an
22 important motive of businesses, in general.
23 It's --
24  Q. (By Ms. Feeman) In fact, for the last --
25     MR. PURCELL: Wait, wait, wait, wait.

1 biased methodology?
2    A.  Yes.
3    Q.  And another flaw that can impact the
4 results of a survey is using leading questions that
5 suggest the correct answers?
6    A.  Correct.
7    Q.  And another potential pension flaw is
8 using inappropriate controls?
9        MR. PURCELL:  Objection.
10       THE DEPONENT:  Where a control is needed,
11 an inappropriate control can be a serious problem.
12   Q.  (By Ms. Feeman)  What are some situations
13 where a control is needed?
14   A.  One case is when you conduct an
15 experiment.  So let's talk about -- let's come back
16 to the example that I used earlier.
17       As I said, we are -- let's say we are
18 interested in whether the words all natural cause
19 consumers to buy this juice or cereal.
20       Then we need to control where we keep
21 other things as similar as possible.  We just
22 eliminate the allegedly deceptive or problematic
23 element.  In that case, the words all natural.
24       So -- but more generally, when you
25 conduct an experiment and you manipulate an

Page 98

1 independent variable, or more than one independent
2 variable, you need control or controls.
3       Another case is when you're using a
4 leading close-ended question.  For example, suppose
5 I were to show you a box of cereal that says all
6 natural, and I asked you, based on what you see on
7 this box, is this cereal all natural.  That is a
8 leading question.
9       And when you're using a leading
10 close-ended question, you need to include -- I
11 mean, first, you shouldn't be asking leading
12 questions.
13      But putting that aside, if you do ask
14 closed-ended question, especially a leading one,
15 you should include a control.
16      If, on the other hand, you're using
17 open-ended questions, like most of the questions in
18 this survey, where you're not suggesting any
19 answers, then a control is not needed.
20   Q.  So would -- would you agree that -- that
21 one-sided questions can be leading?
22       MR. PURCELL:  Object to the form.
23       THE DEPONENT:  Well, it's -- it's -- it's
24 too broad the way you asked the question.
25       Let's say I asked you, did you have egg

Page 99

1 for breakfast.  That's a question of fact.
2       In that case, I don't think it's leading.
3 You just retrieve your memory and you're thinking,
4 did I have egg for breakfast.  And if you did, you
5 say yes.  If you didn't, you say no.
6       If you want to ask a question about
7 judgment or about something you may do in the
8 future, I think it is good to not ask one-sided --
9 sided question.  Although there might be some
10 exceptions.
11   Q.  (By Ms. Feeman)  So who -- who -- did you
12 write the questions in your survey yourself?
13   A.  I did.
14   Q.  And -- and so all of the words, you came
15 up with them yourself?
16   A.  Yes.
17   Q.  So you'd agree that -- that it was your
18 task in writing those questions to only ask
19 questions that reasonable respondents can be
20 expected to have reliable answers for, correct?
21   A.  Yes.
22   Q.  And that if you failed to ask the proper
23 questions, most respondents will, nonetheless,
24 still provide answers, but those answers would be
25 meaningless?

Page 100

1       MR. PURCELL:  Object to the form.
2       THE DEPONENT:  As I said, I had concerns
3 about question No. 8, and for reasons that I'm
4 happy to explain to you.  That was the only
5 question where I had concerns.  I could actually
6 have conducted a survey without it, but I decided
7 to include question 8.  That was the only one that
8 raised any potential red flags.
9   Q.  (By Ms. Feeman)  But as a general matter, you
10 would agree that if an expert fails to ask proper
11 questions, most respondents will likely still provide
12 answers, but those answers will be meaningless and
13 unreliable?
14   A.  I think, in many cases, that is correct.
15   Q.  And you do understand that, generally,
16 two-sided questions should be used in surveys,
17 correct?
18       MR. PURCELL:  Object to the form.
19       THE DEPONENT:  Well, in numerous academic
20 surveys I don't ask two-sided questions.  As I said
21 earlier, if I ask a question of fact, such as, did
22 you have to learn Objective-C to develop
23 applications -- you know, iOS applications, you
24 don't need a two-sided question.
25      On the other hand, if you ask something

Page 101

26 (Pages 98 - 101)

```
 1  I think a shifted a couple of words.
 2       But if you look at the -- at the answers
 3  and explanations in -- and that's one thing I do
 4  agree with Dr. Toubia, is that you see that there
 5  are quite a few of them who still thought that I'm
 6  asking about their ability to develop applications.
 7       MS. FEEMAN:  Are you guys ready to break
 8  for lunch?
 9       MR. PURCELL:  Sure.
10       THE VIDEOGRAPHER:  Going off the record.
11  The time is 12:13 p.m.
12       (Recess taken.)
13       THE VIDEOGRAPHER:  Back on the record.
14  The time is 1:11 p.m.
15    Q.  (By Ms. Feeman)  Good afternoon.
16    A.  Good afternoon.
17    Q.  So would you agree, Dr. Simonson, that
18  different people will recall, say, with different
19  levels of precision?
20       MR. PURCELL:  Object to the form.
21       THE DEPONENT:  I mean, such a generic way
22  of asking.  It might be slight differences, yes.
23    Q.  (By Ms. Feeman)  And that -- well, that some
24  people might recall in more detail and other people
25  might recall in more general level.
                                              Page 122
```

```
 1       Is that one way it might change?
 2       MR. PURCELL:  Object to the form.
 3       THE DEPONENT:  You know, it's not a --
 4  it's hard for me to answer this question because
 5  it's so vague and broad.  Maybe you could refine
 6  it.
 7    Q.  (By Ms. Feeman)  Sure.
 8       When you reviewed the results of your
 9  survey, did you find that some people tended to
10  answer questions at a sort of granular level and
11  people tended to answer the questions at sort of a
12  higher level?
13       Did you see that?
14    A.  I mean, people obviously use it -- use
15  different words.  But aside from that, I didn't
16  notice any differences in level or granularity.  I
17  mean, different people have different ways of
18  answering questions.
19    Q.  So then you don't recall like some people
20  answering on a real granular level, such as there
21  was one person that -- that said she developed apps
22  because of Obamacare, which is a very granular
23  level, correct?
24       MR. PURCELL:  Object to the form.
25       THE DEPONENT:  She said -- he or she said
                                              Page 123
```

```
 1  whatever they wanted to say, so -- I mean,
 2  different -- different people say different things
 3  and choose different words.
 4       I'm not sure I would classify it based on
 5  granularity.
 6    Q.  (By Ms. Feeman)  So did you try to do
 7  anything to account, in your study, for the different
 8  ways that different people recall events?
 9       MR. PURCELL:  Object to the form.
10       THE DEPONENT:  I said -- as I indicated
11  earlier, here we're asking about a major decision
12  to embark on a new platform.  That's what we call a
13  high involvement decision and people tend -- tend
14  to have a very good memory for that, for their
15  considerations.
16    Q.  (By Ms. Feeman)  Okay.  But my question was,
17  did you do anything to account for the different ways
18  that different people might recall?
19    A.  I'm not sure I understand the question.
20       What do you mean by different ways of --
21  in which people may recall?
22    Q.  So do you agree that the time frame in
23  which people may have made a decision to select a
24  new platform may have differed?
25       MR. PURCELL:  Object to the form --
                                              Page 124
```

```
 1    Q.  (By Ms. Feeman) -- in your survey?
 2    A.  I still don't understand the question.
 3       What -- what time frame are you referring
 4  to?
 5    Q.  You had asked individuals questions about
 6  when they first developed apps for, say, an Android
 7  platform, correct?
 8    A.  Right.
 9    Q.  And you also asked them when they first
10  decided to develop apps for some other platform,
11  correct?
12    A.  Right.
13    Q.  Do you recall those?
14       Do you agree that some of the people --
15  the answers to those questions were different.
16  Some people started to develop apps further back,
17  maybe even nine years ago.  Some people started to
18  develop apps as recently as a year ago, correct?
19    A.  That's correct, yes.
20    Q.  Did you do anything to account for those
21  reasons, the issues?
22    A.  There -- there was no need to -- to do
23  anything, so I didn't do that.  As I said, these
24  are very important decisions that people tend to
25  have very good memory for, whether it was eight
                                              Page 125
```

32 (Pages 122 - 125)

**Page 126**

1  years ago or a year ago.
2      Q.  And did you actually interview people to
3  discuss how important a decision this was to them?
4          Have you ever talked to an app developer?
5      A.  Yes, I -- I talked to app developers.
6  People that I know personally.
7      Q.  And you've talked to them about their
8  decision to develop applications for a particular
9  platform?
10     A.  No, I don't recall that conversation.
11  But I think this is a major business decision.  As
12  I said, I've studied and I've taught business
13  marketing and high-tech marketing.  I know what
14  these people generally regard as important
15  decisions or not important decisions.
16     Q.  So you've taught a class about
17  marketing -- about app developer marketing?
18     A.  I don't remember.  I might have talked
19  about app developments, but it's -- there are
20  general principles that apply to app development,
21  as they apply to numerous other decisions.  So
22  you're looking for principles and that's -- these
23  general principles are what you teach your
24  students.
25     Q.  So when you teach your students, you give

**Page 127**

1  them exams?
2      A.  No.
3      Q.  No.
4      A.  I mean, it depends.  I mean, in the --
5  when I was teaching the core marketing class, which
6  is the introductory marketing class, we did give
7  them an exam.
8      Q.  When's the last time you taught that
9  class?
10     A.  Ten years ago.
11     Q.  And do you ever notice that your
12  students, when they took those exams, recalled
13  materials with a different level of precision?
14     A.  No.
15         MR. PURCELL:  Object to the form.
16         THE DEPONENT:  The exam was a particular
17  case study.  So they are given -- they had a total
18  of, say, four hours.  They were given a case study.
19  They were reading and analyzing that case study,
20  say, for an hour and a half.  And then they
21  answered, say, three, four questions about that
22  case study.  And they had the case study in front
23  of them.  There was no issue of recall.
24     Q.  (By Ms. Feeman)  So they didn't need to -- in
25  order to do the case study, to recall what they had

**Page 128**

1  learned in the class?
2      A.  Well, hopefully, they learned the general
3  principles which they could apply.  It's not --
4  you know, at that level, it's not something where
5  you've just memorized some things and -- and then
6  you repeat them, or you're tested about them in the
7  exam just to see if you memorized the textbook or
8  whatever.
9      Q.  So in -- in your survey in this case, one
10  of the things that you were trying to do was to --
11  to test whether, for example, business concerns,
12  money concerns, caused developers to choose to
13  develop on a platform; is that correct?
14     A.  Business concerns?
15     Q.  Yes.
16     A.  What do you mean by that?
17     Q.  Okay.  One of the things that you were
18  trying to test in this case was whether the number
19  of users or devices that were being used by a
20  platform would cause developers to choose to
21  develop for that platform; is that correct?
22     A.  Yes, using open-ended question.  Yes.
23     Q.  Okay.  And -- and another thing that you
24  were trying to test was whether a given programming
25  language and familiarity with that programming

**Page 129**

1  language would cause developers to choose to
2  develop for a platform, correct?
3      A.  Yes.
4      Q.  So when you first set out to conduct this
5  study, how did you define the universe of
6  developers that you were trying to -- to sample?
7      A.  People who -- or firms -- that develop
8  mobile applications.
9      Q.  So did you have any more details in
10  your -- your universe other than that?
11     A.  No.
12     Q.  And did you actually define that universe
13  somewhere in your report?
14     A.  I mean, I describe them -- that's -- if
15  you look at the screening criteria, the questions
16  we talked about, that defines the universe.
17     Q.  And can you point -- point me to that,
18  please.
19     A.  Sure.
20         I mean, that's -- if you -- you can look
21  at the tables.  You can look at questions QA2,
22  going all the way to -- to QA5.
23     Q.  Okay.  So -- so do I take it that --
24  there's not a description set forth in the body of
25  your report, it's by looking at the questions that

**Exhibit 25 to Mullen Declaration - Deposition Testimony of Itamar Simonson**

**Page 162**

1  of nonresponse, to analyze the differences between
2  people that answered and people that did not answer?
3      A.  No.  If -- as I said earlier, if there's
4  any particular reason why those people who answered
5  would be different with respect to the question at
6  issue then, yes, that's maybe something you should
7  look into.  Even though, I must say, in the
8  overwhelming majority, almost all litigation
9  surveys, it's not done.  It's just not done.
10 It's -- and I think there's some research showing
11 that, in most cases, it's not a significant problem
12 or -- and it cannot be done.
13     But in this case, I don't -- I don't -- I
14 didn't hear any theory as to why it would make a
15 difference, and it was just impractical.
16     Q.  So what about -- looking at the
17 difference between people that said they made the
18 decisions on their own versus people that said they
19 made their decisions in a group --
20     A.  I --
21     Q.  -- did you try to see whether that made a
22 difference?
23     A.  I think at some point I looked and didn't
24 see significant differences.
25     Q.  What about the difference in the -- the

**Page 163**

1  timing?  So the people who said they started
2  developing apps long ago versus people who
3  developed recently, did you try to do any analysis
4  to see whether that -- there was differences based
5  on those people?
6      A.  I did, in fact.  I -- I -- in particular,
7  I was interested to see whether mentions of Java
8  were more common among those who started earlier,
9  and I found the answer is no.  There is no --
10 absolutely no correlation, which I think is -- is
11 quite informative in this case, because if someone
12 who started developing 2014 says Java was a factor,
13 and someone in 2014 or 2013 is less likely to say
14 that as someone who started in 2009, I think
15 that's -- that's relevant.
16     Q.  And it could also be an effect of -- of
17 recency, correct?
18         MR. PURCELL:  Object to the form.
19         THE DEPONENT:  No.  It's -- I think I
20 already -- we already talked about that.  To the
21 extent that familiarity with Java was a factor
22 worth mentioning, it would have been mentioned.
23 This is a high-involvement important decision that
24 people have very good memory for.
25     Q.  (By Ms. Feeman) I know you have a mantra on

**Page 164**

1  that, but...
2      So tell me, do you know how many apps
3  were being developed in 2007 for Android?
4      A.  I do know that.  Not -- not -- not that
5  many, in fact.
6      Q.  And how about iPhone, in 2007, how many
7  apps were being developed for iPhone?
8      A.  Many more.  I -- I don't -- I do
9  remember, if -- if I'm not wrong, at the beginning
10 of 2009 -- I could be wrong.  There are only 2300
11 apps.  By the end of -- by -- by December of 2009,
12 there are 1600 -- 16,000 apps compared to something
13 like 120,000 apps for iPhone.  A big difference.
14     I know that iPhone started earlier.  But,
15 in general -- and also, if you look at articles on
16 the subject, Android started rather slowly,
17 which -- which, to me, I'm not -- that's not --
18 I -- I -- my role was to conduct the survey.
19     But if Java were so important, despite
20 the results of the survey, you would have expected
21 right away a big jump in number of Android apps.
22 That did not happen.  Only after the number of
23 users increased, there you saw the number of apps
24 follow the number of users.
25     Q.  So the article that -- that you

**Page 165**

1  mentioned, is that identified in your list of
2  materials considered?
3      A.  No, I just read it, I think, yesterday or
4  the day before yesterday.  I think it was maybe a
5  TechCrunch article.
6      Q.  So what about today, do you know how --
7  how many apps are being developed for Android
8  today?
9      A.  I know that, in total, there are
10 1.9 million.
11     Q.  So you'd agree that Android plat- --
12 platform is far more popular today than it was in
13 2007?
14     A.  Without a doubt.
15     Q.  So do you remember what mobile phones
16 were like in 2007?
17     A.  Kind of.
18     Q.  And do you have any thoughts on how they
19 compare to phones today?
20     A.  In what -- in what terms do you want me
21 to compare them?
22     Q.  Well, they were very different.  Do you
23 agree to that?
24     A.  They are different.  I mean, obviously,
25 the iPhone was a revolutionary phone.  Introduced

42 (Pages 162 - 165)

**Page 166**

1  the smartphone concept. Subsequently, there's some
2  phones -- I think there was an HTC phone that --
3  that was not all that impressive initially for
4  Android, although I don't remember it in --
5  exactly. But at some point I think there -- there
6  was a Motorola Android phone and perhaps a Samsung
7  phone.
8       So I think that overall, despite the
9  promise of Google, if you look at the number of
10 apps, apparently application developers were not
11 all that impressed, otherwise you would see an
12 immediate jump in the number of applications. That
13 did not happen.
14    Q.  So do you agree, though, that phones have
15 changed a lot between 2007 and today?
16    A.  Sure.
17    Q.  Do you know what the market share of
18 Android was when it launched?
19    A.  The day that it launched, it was probably
20 zero. You mean in terms of sales, when it just
21 started, there were -- you know, there was no
22 Android. I mean, obviously, you need some phones
23 to -- that use Android to have market share.
24    Q.  Do you know what Android's market share
25 is in 2015 -- or was in 2015?

**Page 167**

1     A.  You mean in terms of the number of
2  phones?
3     Q.  Well, do you know market share, first of
4  all?
5     A.  For what?
6     Q.  For the phones.
7     A.  For the phone.
8         It's the biggest, I think in terms of,
9  numbers. I don't know if in terms of value -- I --
10 iPhone tends to be more expensive. But I think if
11 you just go by units, I think Android is No. 1.
12    Q.  Do you know what -- what iOS market
13 share is in 2015?
14    A.  iOS? In terms of dollars or in terms
15 of --
16    Q.  In terms of phones.
17    A.  In terms of units.
18    Q.  Number of phones, yeah.
19    A.  I don't remember the number.
20    Q.  Do you know whether the relative share of
21 Android and iOS remains stable between 2008 and
22 2015?
23    A.  I think that -- if I'm not wrong, Android
24 went up.
25    Q.  So did -- did you do anything to account

**Page 168**

1  for the changes in market share, when you designed
2  your survey?
3     A.  No, not at all. It was irrelevant. The
4  question is what factors, in general, regardless of
5  time, influence their decisions to start writing or
6  developing apps for certain platform. And B, what
7  factors led to their decision to develop for
8  Android.
9         And there were additional -- there were
10 like this question where they rated the importance
11 of each of six factors. I thought that was
12 informative question.
13        And on top of that, there was those --
14 there were those behavioral measures. Did they
15 actually learn Objective-C for the purpose of
16 writing for -- or writing iOS apps. Are they
17 planning to learn Swift. These are actual
18 behavioral measures, which I thought were quite
19 informative.
20    Q.  So it's your position that the
21 decision-making process of app developers is
22 constant, regardless of market context.
23        Is that your position?
24        MR. PURCELL: Object to the form.
25        THE DEPONENT: The basic motives are

**Page 169**

1  rather constant over time, yes. They want profit,
2  I think, is the -- is the most important. And
3  there is a question, obviously, they -- they --
4  they would -- they wouldn't spend infinite amount
5  of time to learn a new language.
6         But what comes loud and clear out of the
7  survey is that, by far, the most important factor
8  is sales and profit potential. If you look at
9  other studies of -- of application developers from
10 2010 and later, they reach the same conclusions.
11    Q.  (By Ms. Feeman) Let's -- let's try this
12 again. Simple question.
13        Is it your position that the
14 decision-making process of app developers is
15 constant, regardless of market context?
16        MR. PURCELL: Object to the form.
17        THE DEPONENT: I -- could you read my
18 answer? I -- I just gave you an answer. I said --
19 I --
20    Q.  (By Ms. Feeman) Your answer started -- I can
21 read it. "The basic motives are constant over time."
22 I didn't ask you about time. I asked you about market
23 context.
24        My question is, is it your position that
25 the decision-making process of app developers is

43 (Pages 166 - 169)