KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  CV 10-03561 WHA <br><br> **PROOF OF SERVICE** <br><br> Hearing:     April 27, 2016 <br> Time:        8:00 a.m. <br> Dept:        Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On April 6, 2016, I served the following document(s):

1. **UNREDACTED VERSION - GOOGLE'S OPPOSITION TO MOTION IN LIMINE #2 TO EXCLUDE EVIDENCE OF APACHE, APACHE HARMONY, AND GNU CLASSPATH**

2. **UNREDACTED VERSION – GOOGLE INC.'S OPPOSITION TO ORACLE'S MOTION IN LIMINE #4 REGARDING GOOGLE'S DAMAGES EXPERT, DR. GREGORY LEONARD**

3. **UNREDACTED VERSION – GOOGLE'S OPPOSITION TO MOTION IN LIMINE #5 TO EXCLUDE GOOGLE'S SURVEY EXPERT DR. SIMONSON**

4. **EXHIBIT 10 TO DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE [FILED UNDER SEAL IN ITS ENTIRETY]**

5. **EXHIBIT 11 TO DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE [FILED UNDER SEAL IN ITS ENTIRETY]**

6. **UNREDACTED EXHIBIT 22 TO DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE**

7. **EXHIBIT 23 TO DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE [FILED UNDER SEAL IN ITS ENTIRETY]**

8. **EXHIBIT 28 TO DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE [FILED UNDER SEAL IN ITS ENTIRETY]**

☑  by **ELECTRONIC MAIL (PDF)**:  Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below.  The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Oracle/Google@orrick.com

BOIES SCHILLER & FLEXNER LLP
Oracle-Google@BSFLLP.com
David Boies:              dboies@bsfllp.com
Steven C. Holtzman:   sholtzman@bsfllp.com

Attorneys for Plaintiff
ORACLE AMERICA, INC.

Executed on April 6, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Laura Lind