```
ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (pro hac vice)
pbicks@orrick.com
LISA T. SIMPSON (pro hac vice)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (pro hac vice)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117
```

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>    Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF ANDREW TEMKIN RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL ORACLE'S OPPOSITION TO GOOGLE'S MOTION IN LIMINE # 6**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

DECL. OF ANDREW TEMKIN
CV 10-03561 WHA

I, Andrew Temkin, declare and state as follows:

1. I am an attorney employed by Oracle America, Inc. ("Oracle"). My current title is Senior Corporate Counsel. One of my responsibilities is supervising Oracle's outside counsel with respect to litigation matters, including Oracle's lawsuit against Google. I am familiar with Oracle's policies and business practices, including what information Oracle considers confidential and does not disclose to the public.

2. I submit this declaration pursuant to Civil Local Rule 79-5 in connection with Oracle's Administrative Motion to File Under Seal Re: Oracle's Opposition to Google's Motion *In Limine* # 6 re: Mr. Malackowski. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. Oracle's Opposition to Google's Motion *In Limine* # 6 discusses the amount of revenue earned by Oracle in connection with the current and preceding Java-related licensing agreements between Oracle and a third party. The amount of money paid to Oracle is information Oracle considers highly confidential and Oracle has always treated this information as such. Oracle does not disclose this information to the public and restricts knowledge of this information within Oracle to a subset of persons who need the information for their business operations. Disclosure to the public and to Oracle's competitors of the amount of money paid by Samsung to Oracle could harm Oracle. Harm to Oracle could include, among other things, an adverse impact on Oracle's ability to negotiate licenses for Java products because other Oracle partners may use the Samsung payment information as leverage against Oracle during negotiations. Oracle submits that the risk of competitive harm that would be created by public disclosure of this information amounts to a compelling reason to grant Oracle the narrow sealing order requested herein.

1    I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct to the best of my knowledge.
3    Executed this 6th day of April, 2016, at San Francisco, CA.

_____
Andrew Temkin