1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>             Plaintiff,<br><br>        v.<br><br>GOOGLE INC.<br><br>             Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: ORACLE'S OPPOSITION TO GOOGLE'S MOTION IN LIMINE # 6**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Re: Oracle's Opposition to Google's Motion *In Limine* # 6.  Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew Temkin and the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for Oracle America, Inc. may file the following portions under seal:

| **Document** | **Text to be Sealed** |
|---|---|
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 1, lines 22-23 between the words "has" and "Google" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 2, lines 3-5 between the second instance of the word "Google" on line 3 and the word "under" on line 5 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 2, lines 8-13 between the word "Android" on line 8 and the phrase "the team" on page 13 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 2, lines 24-26 within the parenthetical after the citation to GOOGLE-26-00008340 at 363 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 3, line one before "Ex." |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 3, lines 3-10 between the words "and" on line 3 and "see" on line 10 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 3, lines 18-21 between "GOOGLE-01-00019527" on line 18 and the period on line 21 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 4, the text within the parenthetical on line 11 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 4, lines 12-13 between the word "correspondence" on line 12 and GOOGLE-24-00197944 on line 13 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 4, line 21 after the word "Android" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 4, the dollar amount on line 26 before the word "in" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 12, line 16 after the word "admitting" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 13, lines 8-11 between the words "CEO" on line 8 and "Ex" on line 11 |

| | |
|---|---|
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 13, footnote 9, between the words "ads" and "Clearly" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 16, line 7 between the words "to" and "for" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 16, line 8 between the words "the" and "using" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 16, line 10 between the words "operator" and "who" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 16, lines 13-20 between "99:12-17" on line 13 and the period at the end of line 20 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | page 16, line 23 between the first period and the word "would" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 16, line 26 between the words "is" and "of" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 16, line 26 between the words "is" and "of" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 17, the dollar amounts, percentages, and ratio found in lines 1-4 and 11 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 19, the dollar amount found at line 15 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 20, line 26 through page 21, line 2, the text within the parenthetical after "206:23-207:10" |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 22, lines 15-18 between "191" on line 15 and the period on line 8 |
| Oracle's Opposition to Google Motion *In Limine* # 6 | Page 24, line 14 between the words "and" and "and" |
| Appendix A | The highlighted materials in the unredacted version of Appendix A filed by Oracle |

**IT IS SO ORDERED.**

Dated: _____

Honorable William Alsup
United States District Court Judge