ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ADMIN. MOT. TO FILE UNDER SEAL EXS. TO SILVERMAN DECL. ISO ORACLE'S OPPOSITIONS TO GOOGLE'S MOTIONS IN LIMINE**<br><br>Hearing:  April 27, 2016, 8:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file certain Exhibits to the Declaration of Andrew D. Silverman in support of Oracle's Oppositions to Google's Motions *In Limine* under seal pursuant to Civil Local Rules 7-11 and 79-5.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated Protective Order § 14.4, ECF No. 66.

Google Inc. ("Google") has designated certain materials comprising or discussed in Exhibits to the Declaration of Andrew Silverman in Support of Oracle's Oppositions to Google's Motions *In Limine* as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.  Therefore, Oracle moves to seal the Exhibits to the Silverman Declaration that have been so-designated by Google pursuant to the Protective Order:

- Exhibit 8
- Exhibit 10
- Exhibit 12
- Exhibit 15
- Exhibit 16
- Exhibit 17
- Exhibit 18
- Exhibit 19
- Exhibit 20
- Exhibit 21
- Exhibit 22
- Exhibit 23
- Exhibit 24
- Exhibit 25

1   •   Exhibit 26

2   •   Exhibit 27

3   •   Exhibit 28

4   •   Exhibit 29

5   •   Exhibit 30

6   •   Exhibit 37

7   •   Exhibit 38

8   •   Exhibit 39

9   •   Exhibit 40

10   •   Exhibit 43

11   •   Exhibit 44

12   Oracle states no position as to whether disclosure of these materials would cause harm to

13   Google or any third parties.

14   Dated:  April 6, 2016                         KAREN G. JOHNSON-MCKEWAN
15                                                 ANNETTE L. HURST
                                                   GABRIEL M. RAMSEY
16                                                 PETER A. BICKS
                                                   LISA T. SIMPSON
17                                                 Orrick, Herrington & Sutcliffe LLP

18

19                                                 By:   _/s/ Andrew D. Silverman_

20

21                                                 Attorneys for Plaintiff
                                                   ORACLE AMERICA, INC.

22

23

24

25

26

27

28

- 2 -