# Exhibit 2

| | |
|---|---|
| **From:** | Reid P. Mullen <RMullen@kvn.com> |
| **Sent:** | Monday, October 05, 2015 2:36 PM |
| **To:** | Oracle/Google-OHS Only |
| **Cc:** | DALVIK-KVN |
| **Subject:** | Expert Disclosures |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | OvG |

Hi Christy – Last Friday, Oracle disclosed 21 new experts under the Protective Order governing this case.  In view of our prior agreement that the parties are obligated only to disclose their main testifying or consulting experts and not the team members that support those experts, it is not clear to us what role Oracle intends for these 21 new experts.  Indeed, 5 of the experts are employed by Ocean Tomo, LLC, which is the firm run by James Malackowski, whom Oracle has already disclosed as an expert in this case.

For each of Oracle's 21 newly disclosed experts, can you please clarify whether the person is (a) a main consulting or testifying expert, or (b) support staff for a main consulting or testifying expert?  Thank you.

Reid

---

**Reid P. Mullen**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6694 direct   |   vCard   |   rmullen@kvn.com
633 Battery Street, San Francisco, CA 94111-1809   |   415 391 5400 main   |   kvn.com