# Exhibit 13

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5    ORACLE AMERICA, INC.,                 )
                                            )
 6              Plaintiff,                  )
                                            ) Case No.
 7         vs.                              ) CV 10-03561 WHA
                                            )
 8    GOOGLE, INC.,                         )
                                            )
 9              Defendant.                  )
      _____ )
10
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF MARK REINHOLD, Ph.D.
17               San Francisco, California
18              Tuesday, March 15, 2016
19                     Volume I
20     *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
21
22    Reported by:
      CARLA SOARES
23    CSR No. 5908
24    Job No.  2265296
25    Pages 1 - 136
```

Page 92

1  value would not be there.
2         MR. KAMBER:  Why don't we take a break
3  there.
4         THE VIDEO OPERATOR:  This marks the end of
5  Media No. 2 in the deposition of Dr. Mark Reinhold.
6  We're going off the record at 4:15 p.m.
7         (Recess, 4:15 p.m. - 4:24 p.m.)
8         THE VIDEO OPERATOR:  We're back on the
9  record at 4:24 p.m.  This marks the beginning of
10 Media No. 3 in the deposition of Dr. Mark Reinhold.
11        THE WITNESS:  So before we start, could I
12 make an addendum to one of my earlier statements?
13 BY MR. KAMBER:
14    Q   Sure.
15    A   I was thinking about your question about
16 Java SE and ME and the relationship of their
17 declaring code.
18        And while, as I said, I have not worked on
19 Java ME directly, I do know that large parts of the
20 Java ME declaring code were copied from Java SE for
21 the same reason that it was presumably copied into
22 Android.
23        In other words, there's a -- there's kind
24 of a parentage relationship in that when Java ME --
25 the CDC profile was created, those libraries -- my

Page 93

1  understanding is, because I know some of the
2  engineers who worked on it, those libraries were
3  created by taking -- taking code, both the declaring
4  and implementing code from Java SE and selectively
5  removing things.  So the declaring code that was
6  left was still the same as the original.
7     Q   Without getting into the content of your
8  conversation, does that addendum come out of a
9  conversation you had with counsel during the break?
10    A   Yes.
11    Q   And when you say that large parts of the
12 Java ME declaring code were copied from Java SE,
13 what do you mean?  What do you mean by "large
14 parts"?
15    A   If you look at an API element in Java ME,
16 if that element also exists in Java SE, then it will
17 have, in most if not every case, the same declaring
18 code.
19    Q   What is your understanding of how many of
20 the classes and methods from the 37 Java API
21 packages are also in Java ME?
22    A   I do not have quantitative figures in my
23 head.
24    Q   So you can't say that large parts of
25 Java SE are in Java ME; is that fair?

Page 94

1         MR. RAMSEY:  Objection.  Form.
2         THE WITNESS:  Repeat the question, please.
3  BY MR. KAMBER:
4     Q   You can't say that large parts of Java SE
5  are in Java ME; is that fair?
6     A   I would never say that.
7     Q   Rather, you're saying that it's your
8  understanding now after the break that large parts
9  of Java ME are also in Java SE?
10        MR. RAMSEY:  Objection.  Form.
11        THE WITNESS:  That's been my understanding
12 for many years.
13 BY MR. KAMBER:
14    Q   Turning back to Exhibit 1508, this is
15 again the disclosures, on page 2, line 26, it says,
16 "Dr. Reinhold may also present testimony regarding
17 compatibility across Java editions, the meaning and
18 importance of Java's 'write once, run anywhere'
19 principle, and Android's incompatibility with Java."
20        Do you see that?
21    A   Yes.
22    Q   Let's break that down.
23        What, if any, testimony do you intend to
24 present regarding compatibility across Java
25 editions?

Page 95

1     A   Again, I don't know exactly what I will or
2  will not testify about at trial.
3     Q   But sitting here today, you can't disclose
4  to me and Google what opinions you might provide at
5  trial regarding compatibility across Java editions?
6     A   I certainly can.
7     Q   What are they?
8     A   Compatibility has been one of the
9  cornerstones of the success of the Java platform.
10 There's always been a very strong commitment on the
11 part of Sun, Oracle, other corporations,
12 organizations and individuals, that every new
13 edition of each Java platform is as compatible as
14 possible with the previous so that existing
15 applications continue to work.
16    Q   What about -- first of all, what do you
17 mean by "compatibility" here?
18    A   Compatibility can be characterized in many
19 different ways.  But at a high level and broadly
20 speaking, one important aspect of compatibility is,
21 if I write an application and it runs on Java SE
22 1.4, does it run on Java SE 5?
23        If you are responsible for maintaining an
24 application that's actually used, you probably want
25 that to be true.