# Exhibit 33

```
                                                       Page 1
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3            CASE NO. 10-cv-03561-WHA (DMR)
 4   ORACLE AMERICA, INC.,
 5        Plaintiff,
 6
          vs.
 7
 8   GOOGLE INC.,
 9        Defendant.
10   - - - - - - - - - - - - - - - - -
11
12            DEPOSITION OF:  MICHAEL RINGHOFER
13
14            TRANSCRIPT of the stenographic notes of
15   the proceedings in the above-entitled matter as
16   taken by and before RUTHANNE UNGERLEIDER, a
17   Certified Court Reporter and Notary Public, held at
18   the office of ORRICK, HERRINGTON & SUTCLIFFE, LLP,
19   51 West 52nd Street, New York, New York, on
20   Thursday, March 31, 2016, commencing at
21   approximately 2:09 in the afternoon.
22
23
24
25      Job No. CS2279519
```

Page 69

```
 1  Amazon?
 2       A     Yes.
 3       Q     Okay.
 4             But you don't know why Amazon chose
 5  Android for the Kindle Fire?
 6       A     No.
 7       Q     What about with Samsung, do you know why
 8  Samsung uses Android for its smart phones?
 9       A     Again, I don't know all the reasons, no.
10       Q     Do you know any of the reasons?
11       A     It's free.
12       Q     Any other reasons?
13       A     No.
14       Q     So you have no knowledge of why Samsung
15  would pay for Java on low-end feature phones but
16  chose Android for higher-end smartphones?
17       A     No.
18             MS. LEWIS-GRUSS:  Objection.
19       Q     You have no opinions on that whatsoever?
20             MS. LEWIS-GRUSS:  Objection.
21       A     No.
22       Q     Do you have any opinions on why any
23  mobile device manufacturer would choose Android over
24  Java?
25             MS. LEWIS-GRUSS:  Objection.
```

Page 70

```
 1       A     Because it's free.
 2       Q     Okay, any other reasons?
 3       A     No.
 4       Q     So it's your testimony that you're not
 5  aware of any advantage that Android offers over Java
 6  other than price?
 7       A     So Android -- so Java is part of
 8  Android, but Android has more than just Java.  So
 9  there is OS, there is a browser, there is other
10  things that would interest them besides price.
11       Q     So do you believe that those other
12  things, as you put it, in Android are a significant
13  selling point to the OEMs who choose to use Android?
14             MS. LEWIS-GRUSS:  Objection.
15       A     I don't think so.
16       Q     You don't think so?
17       A     No.
18       Q     So why did you mention it in response to
19  my question just now?
20       A     You asked if there was anything outside
21  of price.
22       Q     Okay.
23             So do you believe that those are reasons
24  why OEMs use -- strike that.  I'll start over.
25             Do you believe that the fact that
```

Page 71

```
 1  Android is a full stack operating system is a reason
 2  why OEMs choose to use Android over Java?
 3       A     No, I don't.
 4       Q     Then why did you mention it in response
 5  to my question?
 6       A     Because you asked if there could be
 7  other ideas besides price.
 8       Q     Maybe I'm missing the disconnect.
 9             Could you explain to me the gap between
10  your two answers there?  I mean, you agree that OEMs
11  might value the other things that Android has to
12  offer beyond just the 37 Java APIs?
13       A     It's possible.
14       Q     Do you believe that to be true?
15       A     I don't think that's significant, no.
16       Q     Do you believe it to be true at all?
17             MS. LEWIS-GRUSS:  Objection.
18       A     No.
19       Q     You don't think the OEMs place any value
20  on any of the other parts of the Android platform
21  other than the structure, sequence and organization
22  of the Java APIs?
23             MS. LEWIS-GRUSS:  Objection.
24       A     There could be some value they see, yes.
25             Yes.
```

Page 72

```
 1       Q     Okay.
 2       A     Okay.
 3       Q     Do you think that's a significant value
 4  to the OEMs?
 5             MS. LEWIS-GRUSS:  Objection.
 6       A     I don't think it's significant, no.
 7       Q     Okay.
 8             And so you're not aware, then, of any
 9  other reason why an OEM would choose Android over
10  Java?
11             MS. LEWIS-GRUSS:  Objection.
12       A     No.
13       Q     Do you think that the existence of an
14  operating system within Android is an important
15  selling point with OEMs?
16             MS. LEWIS-GRUSS:  Objection.
17       A     I don't think it's an important selling
18  point since there is a number of operating systems
19  that have been in play over.  So it's not the only
20  operating system that has come about.  So, no, I
21  don't think that is a key selling point.
22       Q     Currently, would an OEM need an
23  operating system to run Java ME or Java SE on their
24  device?
25             MS. LEWIS-GRUSS:  Objection.
```