Exhibit 35

OAGOOGLE010016541

summary

# Strategic Forecast



EXHIBIT
1587A
3/31/2016
PENGAD 800-631-6989

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|---|---|---|---|---|---|---|
| | Total JAVA | 63,427 | 59,067 | 75,242 | 92,660 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 189,987 | 230,205 | |
| **Low** | | | | | | |
| | Total JAVA | 63,427 | 59,067 | 15,252 | 11,951 | |
| | | 0 | 0 | -59,991 | -80,710 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 66,995 | 79,732 | |
| | | 0 | 0 | -122,992 | -150,473 | |
| | TOTAL Loss | 0 | 0 | -182,983 | -231,183 | |
| **Medium** | | | | | | |
| | Total JAVA | 63,427 | 59,067 | 52,146 | 66,433 | |
| | | 0 | 0 | -23,096 | -26,227 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 94,304 | 104,247 | |
| | | 0 | 0 | -95,683 | -125,958 | |
| | TOTAL Loss | 0 | 0 | -118,779 | -152,185 | |
| **High** | | | | | | |
| | Total JAVA | 63,427 | 59,067 | 81,842 | 99,260 | |
| | | 0 | 0 | 6,600 | 6,600 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 166,048 | 206,125 | |
| | | 0 | 0 | -23,939 | -24,080 | |
| | TOTAL Loss | 0 | 0 | -17,339 | -17,480 | |

Confidential

Strategic

# Strategic Forecast

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|---|---|---|---|---|---|---|
| JAVA | Java EE Royalties | 3,843 | 2,007 | 4,775 | 4,275 | Small growth in FY09 through renewals, decline in FY09 due to consolidation |
| | Java EE Support | 2,174 | 2,480 | 3,050 | 2,750 | Similar pattern as Java EE royalties |
| | Java SE Royalties | 15,212 | 4,247 | 13,092 | 12,688 | Gradual decline due to consolidation, growth in Real Time and Embedded |
| | Java SE Support | 5,261 | 42,333 | 5,132 | 5,389 | Listing Distribution deals separately starting in FY09 |
| | Java SE Embedded (w/support) | 0 | 0 | 2,901 | 4,099 | Growth in new markets through a new product |
| | Java SE Realtime | 0 | 0 | 1,104 | 2,259 | Growth in new markets through a new product |
| | Production JRE | 0 | 0 | 12,188 | 28,200 | Growth in new markets through a new product |
| | Distribution Deals | 36,937 | 8,000 | 33,000 | 33,000 | Relatively flat presuming we maintain current number of active relationships |
| | **Total JAVA** | **63,427** | **59,067** | **75,242** | **92,660** | |
| Mobile/Embedded | Java ME (JME) | 115,064 | 72,465 | 129,696 | 140,399 | Growth from increasing number of handsets in market, emergence of CDC |
| | Java ME Support | 4,970 | 5,976 | 5,000 | 5,500 | Relatively flat as licensees become more self-sufficient, offsetting growth |
| | Java Card | 24,322 | 51,538 | 28,300 | 35,000 | Growth from increased use of existing product, emergence of next generation offering |
| | Java Card Support | 2,604 | 2,175 | 2,808 | 2,976 | Growth tracking JavaCard license billings |
| | Developer Support | 0 | 0 | 0 | 0 | |
| | Eng Services | 7,560 | 8,375 | 10,000 | 10,000 | Flat as billings based on number of projects across fixed resources |
| | CDS/Mobility Solutions | -86 | 68 | | | No longer estimated separately, revenue reporting never matched product sales |
| | Java FX Mobile | 0 | 0 | 5,775 | 32,000 | Expect significant growth from subscription-based model, new product in late FY08 |
| | Java TV (incl. Java FX TV) | 0 | 0 | 8,408 | 4,330 | Growth from per-unit royalties of Blu-ray, new settop boxes (OCAP) |
| | **Total Mobile/Embedded** | **154,434** | **143,697** | **189,987** | **230,205** | |

Page 2

# Low

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|---|---|---|---|---|---|---|
| JAVA | Java EE Royalties | 3,843 | 2,007 | 1,004 | 0 | Total loss by FY10 |
| | Java EE Support | 2,174 | 2,480 | 1,240 | 0 | Total loss by FY10 |
| | Java SE Royalties | 15,212 | 4,247 | 2,124 | 0 | Total loss by FY10 |
| | Java SE Support | 5,261 | 42,333 | 1,283 | 642 | Support decline (Listing Distribution deals separately starting in FY09) |
| | Java SE Embedded (w/support) | 0 | 0 | 1,451 | 0 | Lose ability to sell embedded |
| | Java SE Realtime | 0 | 0 | 1,104 | 2,259 | Unchanged |
| | Production JRE | 0 | 0 | 3,047 | 7,050 | Competition for Java SE for Business |
| | Distribution Deals | 36,937 | 8,000 | 4,000 | 2,000 | We are not main distribution anymore |
| | **Total JAVA** | **63,427** | **59,067** | **15,252** | **11,951** | |
| | | | | **-59,991** | **-80,710** | |
| Mobile/Embedded | Java ME (JME) | 115,064 | 72,465 | 18,116 | 4,529 | Major shift to open source |
| | Java ME Support | 4,970 | 5,976 | 1,494 | 374 | Source support falls off dramatically |
| | Java Card | 24,322 | 51,538 | 28,300 | 35,000 | Unchanged |
| | Java Card Support | 2,604 | 2,175 | 2,808 | 2,976 | Unchanged |
| | Developer Support | 0 | 0 | 0 | 0 | |
| | Eng Services | 7,560 | 8,375 | 2,094 | 523 | Major decline in binary business |
| | CDS/Mobility Solutions | -86 | 68 | 0 | 0 | Unchanged |
| | Java FX Mobile | 0 | 0 | 5,775 | 32,000 | Unchanged |

Strategic

| Product | FY07 | FY08 | FY09 | FY10 | Notes |
|---|---|---|---|---|---|
| Java TV (incl. Java FX TV) | 0 | 0 | 8,408 | 4,330 | Unchanged |
| Total Mobile/Embedded | 154,434 | 143,697 | 66,995 | 79,732 | |
| | 0 | 0 | -122,992 | -150,473 | |
| **TOTAL Loss** | 0 | 0 | -182,983 | -231,183 | |

# Medium

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|---|---|---|---|---|---|---|
| JAVA | Java EE Royalties | 3,843 | 2,007 | 1,606 | 963 | Gradual Decline |
| | Java EE Support | 2,174 | 2,480 | 1,984 | 1,190 | Gradual Decline |
| | Java SE Royalties | 15,212 | 4,247 | 3,398 | 2,039 | Gradual Decline |
| | Java SE Support | 5,261 | 42,333 | 2,566 | 1,283 | Support decline (Listing Distribution deals separately starting in FY09) |
| | Java SE Embedded (w/support) | 0 | 0 | 2,901 | 4,099 | Can still sell embedded |
| | Java SE Realtime | 0 | 0 | 1,104 | 2,259 | Unchanged |
| | Production JRE | 0 | 0 | 12,188 | 28,200 | Unchanged |
| | Distribution Deals | 36,937 | 8,000 | 26,400 | 26,400 | Less eyeballs (80%) |
| | **Total JAVA** | 63,427 | 59,067 | 52,146 | 66,433 | |
| | | | | -23,096 | -26,227 | |
| Mobile/Embedded | Java ME (JME) | 115,064 | 72,465 | 36,233 | 18,116 | Moderate shift to open source |
| | Java ME Support | 4,970 | 5,976 | 4,781 | 3,825 | Small fall in support |
| | Java Card | 24,322 | 51,538 | 28,300 | 35,000 | Unchanged |
| | Java Card Support | 2,604 | 2,175 | 2,808 | 2,976 | Unchanged |
| | Developer Support | 0 | 3,100 | 0 | 0 | Unchanged |
| | Eng Services | 7,560 | 8,375 | 8,000 | 8,000 | Moderate decline in binary business |
| | CDS/Mobility Solutions | -86 | 68 | 0 | 0 | Unchanged |
| | Java FX Mobile | 0 | 0 | 5,775 | 32,000 | Unchanged |
| | Java TV (incl. Java FX TV) | 0 | 0 | 8,408 | 4,330 | Unchanged |
| | **Total Mobile/Embedded** | 154,434 | 143,697 | 94,304 | 104,247 | |
| | | 0 | 0 | -95,683 | -125,958 | |
| | **TOTAL Loss** | 0 | 0 | -118,779 | -152,185 | |

# High

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|---|---|---|---|---|---|---|
| JAVA | Java EE Royalties | 3,843 | 2,007 | 4,775 | 4,275 | Major commercial players stay under license |
| | Java EE Support | 2,174 | 2,480 | 3,050 | 2,750 | Major commercial players stay under license |
| | Java SE Royalties | 15,212 | 4,247 | 13,092 | 12,688 | Major commercial players stay under license |
| | Java SE Support | 5,261 | 42,333 | 5,132 | 5,389 | Major commercial players stay under license (Listing Distribution deals separately sta |
| | Java SE Embedded (w/support) | 0 | 0 | 2,901 | 4,099 | Can still sell embedded |
| | Java SE Realtime | 0 | 0 | 1,104 | 2,259 | Unchanged |
| | Production JRE | 0 | 0 | 12,188 | 28,200 | Unchanged |
| | Distribution Deals | 36,937 | 8,000 | 39,600 | 39,600 | More eyeballs |
| | **Total JAVA** | 63,427 | 59,067 | 81,842 | 99,260 | |

Strategic

| Mobile/Embedded | 0 | 0 | 6,600 | 6,600 | |
|---|---|---|---|---|---|
| Java ME (JME) | 115,064 | 72,465 | 103,757 | 112,319 | Minor shift to open source |
| Java ME Support | 4,970 | 5,976 | 5,000 | 5,500 | Unchanged |
| Java Card | 24,322 | 51,538 | 28,300 | 35,000 | Unchanged |
| Java Card Support | 2,604 | 2,175 | 2,808 | 2,976 | Unchanged |
| Developer Support | 0 | 3,100 | 0 | 0 | Unchanged |
| Eng Services | 7,560 | 8,375 | 12,000 | 14,000 | Moderate increase |
| CDS/Mobility Solutions | -86 | 68 | 0 | 0 | Unchanged |
| Java FX Mobile | 0 | 0 | 5,775 | 32,000 | Unchanged |
| Java TV (incl. Java FX TV) | 0 | 0 | 8,408 | 4,330 | Unchanged |
| Total Mobile/Embedded | 154,434 | 143,697 | 166,048 | 206,125 | |
| | 0 | 0 | -23,939 | -24,080 | |
| TOTAL Loss | 0 | 0 | -17,339 | -17,480 | |

# Java ME Only – Bottom Up Forecast (Binary Model Forecast)

## Base

| | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|
| CLDC RTU | 109316490.9 | 99910603.24 | 86155561.37 | 86385894.28 |
| CLDC Binaries | 4117531.68 | 57213876.47 | 6580158.2 | 65576096.99 |
| CDC RTU | 13757644.84 | 41820943.67 | 84785900 | 92768131.4 |
| CDC Binaries | 0 | 864366.8099 | 7347569.587 | 8806814.729 |
| Total | 164191667.4 | 199809790.2 | 244094189.2 | 253536937.4 |

## Low

20-0-0-0

| | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|
| CLDC RTU | 21863298.18 | 0 | 0 | 0 |
| CLDC Binaries | 8223506.336 | 0 | 0 | 0 |
| CDC RTU | 2751528.968 | 0 | 0 | 0 |
| CDC Binaries | 0 | 0 | 0 | 0 |
| Total | 32838333.48 | 0 | 0 | 0 |
| Loss | -131353333.9 | -199809790.2 | -244094189.2 | -253536937.4 |

## Medium

80-40-20-0

| | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|
| CLDC RTU | 87453192.71 | 39964241.3 | 17231112.27 | 0 |
| CLDC Binaries | 32894025.34 | 22885550.59 | 13161031.64 | 0 |
| CDC RTU | 11006115.87 | 16728377.47 | 16957180 | 0 |
| CDC Binaries | 0 | 345746.724 | 1469513.917 | 0 |
| Total | 131353333.9 | 79923916.08 | 48818837.83 | 0 |
| Loss | -32838333.48 | -119885874.1 | -195275351.3 | -253536937.4 |

## High

80-60-60-40

| | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|
| CLDC RTU | 87453192.71 | 59946361.94 | 51693336.82 | 34554357.71 |
| CLDC Binaries | 32894025.34 | 34328325.88 | 39483094.92 | 26230438.8 |
| CDC RTU | 11006115.87 | 25092566.2 | 33914360 | 37107252.56 |
| CDC Binaries | 0 | 518620.0859 | 4408541.752 | 3522725.892 |
| Total | 131353333.9 | 119885874.1 | 129499333.5 | 101414775 |
| Loss | -32838333.48 | -79923916.08 | -114594855.7 | -152122162.4 |