# Exhibit 36

| | |
|---|---|
| **From:** | daniel.l.green@oracle.com <daniel.l.green@oracle.com> |
| **Sent:** | Tue Sep 14 2010 10:32:15 PDT |
| **To:** | Scott Stillabower <scott.stillabower@oracle.com> |
| **CC:** | |
| **Subject:** | where I see android - follow-up from EGBU call today |
| **Attachments:** | |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

Scott,

I see Android and am run over by it in all accounts:

-> Sprint -> decrease of Java ME investment, heavy investment in Android and 4G
-> Verizon -> decrease of Java ME investment, heavy investment in Android (Droid*)
-> AT&T -> decrease of Java ME investment, heavy investment in Android and iPhone
-> T-Mobile -> decrease of Java ME investment, first mover on Android

If you need help with anything, let me know. Carriers don't understand why Android isn't Java, you put Java developers to work directly on the platform. They don't understand why we're not happy about the growth of Android and why aren't we partnering with them instead of suing them when they did something innovative rather than wait for death by JCP squabbling.

This applies to tablets, too, Android tablets are hitting the carriers. Google TV, too. We are being run over and can't talk about it.

Best regards,

-- DanG
Daniel Green, Oracle Corporation