IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER SETTING HEARINGS ON MOTIONS *IN LIMINE***

The Court hereby sets a hearing on **WEDNESDAY, APRIL 13 AT 8:00 A.M.**, for the purpose of hearing arguments on Oracle's third motion *in limine*, regarding Dr. Astrachan, and Google's fourth motion *in limine*, regarding Dr. Jaffe. The Court recognizes that the parties' reply briefs are due on April 13 and asks the parties to submit their replies on those two motions on April 11, so the Court can review them before the hearing. The hearing will go forth as scheduled in any case.

A further hearing is set for **THURSDAY, APRIL 14 AT 8:00 A.M.**, for the purpose of hearing arguments on Oracle's first motion *in limine*, regarding OpenJDK, and Google's second motion *in limine*, regarding new products.

The parties shall bring every report or other document that could bear on the arguments on these motions.

**IT IS SO ORDERED.**

Dated: April 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE