ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No. CV 10-03561 WHA<br><br>**ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S MIL #7 REGARDING DR. LEONARD**<br><br>Hearing:  April 27, 2016, 8:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1   Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file certain Exhibits to the
2   Declaration of Andrew D. Silverman in support of Oracle's Motion *In Limine* #7 Regarding Dr.
3   Leonard under seal pursuant to Civil Local Rules 7-11 and 79-5.

4   The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
5   this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
6   "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
7   public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
8   Protective Order § 14.4, ECF No. 66.

9   Google Inc. ("Google") has designated certain materials comprising or discussed in
10  Oracle's Motion *In Limine* #7 as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL –
11  ATTORNEY'S EYES ONLY" pursuant to the Protective Order.  Therefore, Oracle moves to seal
12  portions of its brief and the Exhibits to the Silverman Declaration that have been so-designated by
13  Google pursuant to the Protective Order:

| Document | Text to be Sealed |
|---|---|
| Oracle's Motion *In Limine* # 7 | • P. 2: line 2, text within the parenthetical<br>• P. 2: line 8, text between the words "than" and "in"<br>• P. 4: line 3, text in the second bullet point |
| Exhibit 1 (Leonard Reply Report) | Entire document |
| Exhibit 2 (Jaffe Supplemental Report) | • P. 9-10: text within parenthetical in footnote 21<br>• P.11: text in paragraph 23 after the first appearance of the word "Kearl"<br>• P. 13: text within the parenthetical in footnote 27<br>• P. 14: text within the parenthetical in footnote 32<br>• P. 15: text after the word "problem" at the end of paragraph 29<br>• P. 15-16: entirety of paragraph 31 except for the last sentence beginning with the word "Thus"<br>• P. 17: text within the first parenthetical in footnote 39 |
| Exhibit 3 (Kearl Deposition Excerpts) | Entire document |
| Exhibit 4 (Leonard Deposition Excerpts) | Entire document |

Oracle states no position as to whether disclosure of these materials would cause harm to Google or any third parties.

Dated: April 8, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By: /s/ *Andrew D. Silverman*

Attorneys for Plaintiff
ORACLE AMERICA, INC.