ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br>　　v.<br>GOOGLE INC.<br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ANDREW D. SILVERMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE ORACLE'S MIL #7 REGARDING DR. LEONARD**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Andrew D. Silverman, declare and state as follows:

1.  I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2.  I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Exhibits in Support of Oracle's Motion *In Limine* #7 Regarding Dr. Leonard.

3.  The following exhibits have been designated by Google Inc. as containing information that is "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" pursuant to the Protective Order:

| Document | Text to be Sealed |
|---|---|
| Oracle's Motion *In Limine* # 7 | • P. 2: line 2, text within the parenthetical<br>• P. 2: line 8, text between the words "than" and "in"<br>• P. 4: line 3, text in the second bullet point |
| Exhibit 1 (Leonard Reply Report) | Entire document |
| Exhibit 2 (Jaffe Supplemental Report) | • P. 9-10: text within parenthetical in footnote 21<br>• P.11: text in paragraph 23 after the first appearance of the word "Kearl"<br>• P. 13: text within the parenthetical in footnote 27<br>• P. 14: text within the parenthetical in footnote 32<br>• P. 15: text after the word "problem" at the end of paragraph 29<br>• P. 15-16: entirety of paragraph 31 except for the last sentence beginning with the word "Thus"<br>• P. 17: text within the first parenthetical in footnote 39 |
| Exhibit 3 (Kearl Deposition Excerpts) | Entire document |
| Exhibit 4 (Leonard Deposition Excerpts) | Entire document |

4.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1 | Executed this 8th day of April, 2016, at New York, NY.

*/s/ Andrew D. Silverman*
Andrew D. Silverman