1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE ORACLE'S MOTION IN LIMINE #7 REGARDING DR. LEONARD**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Re Oracle's Motion *In Limine* #7 Regarding Dr. Leonard.  Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated exhibits to the Silverman Declaration In Support of Oracle's Motion *In Limine* #7 should be sealed and that counsel for Oracle America, Inc. may file the following Exhibits to the Silverman Declaration under seal:

| Document | Text to be Sealed |
|---|---|
| Oracle's Motion *In Limine* # 7 | • P. 2: line 2, text within the parenthetical<br>• P. 2: line 8, text between the words "than" and "in"<br>• P. 4: line 3, text in the second bullet point |
| Exhibit 1 (Leonard Reply Report) | Entire document |
| Exhibit 2 (Jaffe Supplemental Report) | • P. 9-10: text within parenthetical in footnote 21<br>• P.11: text in paragraph 23 after the first appearance of the word "Kearl"<br>• P. 13: text within the parenthetical in footnote 27<br>• P. 14: text within the parenthetical in footnote 32<br>• P. 15: text after the word "problem" at the end of paragraph 29<br>• P. 15-16: entirety of paragraph 31 except for the last sentence beginning with the word "Thus"<br>• P. 17: text within the first parenthetical in footnote 39 |
| Exhibit 3 (Kearl Deposition Excerpts) | Entire document |
| Exhibit 4 (Leonard Deposition Excerpts) | Entire document |

**IT IS SO ORDERED.**

Dated: _____

Honorable. William Alsup
United States District Court Judge

- 1 -

[PROPOSED] ORDER
CV 10-03561 WHA