# UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED