John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Rule 706 Expert, Dr. James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE, INC.,<br><br>　　　　　Defendant. | Case No.  C 10-3561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO ORACLE'S MOTION IN LIMINE NO. 6 REGARDING RULE 706 EXPERT**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. William H. Alsup |

　　　　The Court has fully considered the papers and arguments presented by the parties.  Good cause having been shown, the Court **GRANTS** Dr. James R. Kearl's Administrative Motion to File Under Seal and orders the document listed below to remain under seal:

- Response of Dr. James R. Kearl, Rule 706 Expert, to Oracle's Motion in Limine No. 6 Regarding Rule 706 Expert;

- Exhibit A to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Oracle's Motion in Limine No. 6 Regarding Rule 706 Expert;

- Exhibit B to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Oracle's Motion in Limine No. 6 Regarding Rule

1       706 Expert.

2

3    IT IS SO ORDERED.

4 DATE: _____     _____

5                                          HONORABLE WILLIAM H. ALSUP
                                            United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING KEARL ADMIN MOTION TO FILE UNDER SEAL; Case No. C 10-3561 WHA    - 2 -    27152\5409250.1