1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480

5  Attorneys for Rule 706 Expert, James R. Kearl

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  ORACLE AMERICA, INC.,                Case No. C 10-3561 WHA

13              Plaintiff,               **DECLARATION OF JOHN L. COOPER IN
                                         SUPPORT OF ADMINISTRATIVE
14      vs.                              MOTION TO FILE UNDER SEAL
                                         RESPONSE OF DR. JAMES R. KEARL,
15  GOOGLE, INC.,                        RULE 706 EXPERT, TO ORACLE'S
                                         MOTION IN LIMINE NO. 6 REGARDING
16              Defendant.               RULE 706 EXPERT**

17                                       Dept.: Courtroom 8, 19th Floor
                                         Judge: Hon. William H. Alsup
18

19

20      I, John L. Cooper, declare as follows:

21      1.      I am an attorney licensed to practice law in the State of California and am a partner

22  at the law firm of Farella Braun + Martel LLP, attorneys of record for Rule 706 Expert, Dr. James

23  R. Kearl, in the above captioned action. I submit this declaration in support of Dr. Kearl's

24  Administrative Motion To File Under Seal his Response to Oracle America, Inc.'s ("Oracle")

25  Motion in Limine No. 6. I have knowledge of the facts stated herein and if called as witness, I

26  could and would competently testify thereto.

27      2.      Attached hereto is an unredacted copy of Response of Dr. James R. Kearl, Rule

28

1   706 Expert, to Oracle's Motion in Limine No. 6 Regarding Rule 706 Expert, dated April 8, 2016,

2   and Exhibits A and B to the Declaration of Dr. James R. Kearl in Support of Response of Dr.

3   James R. Kearl, Rule 706 Expert, to Oracle's Motion in Limine No. 6 Regarding Rule 706

4   Expert.  These documents contain information designated by Oracle America, Inc. and Google,

5   Inc. as "Confidential—Attorney's Eyes Only."  Oracle and Google are in dispute regarding which

6   portions of Dr. Kearl's analysis should be kept confidential and which portions may be made

7   public, so Dr. Kearl is requesting to file his entire response under seal.  *See, e.g.*, Dkt. 1599.

8   Google and Oracle have been provided with a copy of the entire unredacted response to allow

9   them to designate which portions should remain undisclosed.

10       3.    James R. Kearl takes no position on the redaction of the information designated as

11   "Confidential—Attorney's Eyes Only."

12

13       I declare under penalty of perjury under the laws of the State of California that the

14   foregoing is true and correct.

15       Executed this 8th day of April 2016 at San Francisco, California.

16

17                                    /s/  *John L. Cooper*
                                      John L. Cooper

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JOHN COOPER ISO ADMIN MOTION
TO FILE UNDER SEAL RESPONSE TO ORACLE            - 2 -            27152\5409244.1
MIL NO. 6; Case No. C 10-3561 WHA