1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Attorneys for Rule 706 Expert, Dr. James R. Kearl

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12 ORACLE AMERICA, INC.,                    Case No.  C 10-3561 WHA

13              Plaintiff,                  **[PROPOSED] ORDER GRANTING
                                            ADMINISTRATIVE MOTION TO FILE
14      vs.                                 UNDER SEAL RESPONSE OF DR. JAMES
                                            R. KEARL, RULE 706 EXPERT, TO
15 GOOGLE, INC.,                            GOOGLE'S MOTION TO STRIKE
                                            PORTIONS OF EXPERT REPORT AND
16              Defendant.                  TESTIMONY OF DR. JAMES R. KEARL**

17                                          Dept.: Courtroom 8, 19th Floor
                                            Judge: Hon. William H. Alsup
18

19
        The Court has fully considered the papers and arguments presented by the parties.  Good
20
   cause having been shown, the Court **GRANTS** Dr. James R. Kearl's Administrative Motion to
21
   File Under Seal and orders the document listed below to remain under seal:
22
        -   Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Motion to Strike
23
            Portions of Expert Report and Testimony of Dr. James R. Kearl;
24
        -   Exhibit A to the Declaration of Dr. James R. Kearl in Support of Response of Dr.
25
            James R. Kearl, Rule 706 Expert, to Google's Motion to Strike Portions of Expert
26
            Report and Testimony of Dr. James R. Kearl;
27
        -   Exhibit B to the Declaration of Dr. James R. Kearl in Support of Response of Dr.
28

1  James R. Kearl, Rule 706 Expert, to Google's Motion to Strike Portions of Expert
2  Report and Testimony of Dr. James R. Kearl;
3  - Exhibit C to the Declaration of Dr. James R. Kearl in Support of Response of Dr.
4  James R. Kearl, Rule 706 Expert, to Google's Motion to Strike Portions of Expert
5  Report and Testimony of Dr. James R. Kearl;
6  - Exhibit D to the Declaration of Dr. James R. Kearl in Support of Response of Dr.
7  James R. Kearl, Rule 706 Expert, to Google's Motion to Strike Portions of Expert
8  Report and Testimony of Dr. James R. Kearl;
9  - Exhibit E to the Declaration of Dr. James R. Kearl in Support of Response of Dr.
10 James R. Kearl, Rule 706 Expert, to Google's Motion to Strike Portions of Expert
11 Report and Testimony of Dr. James R. Kearl;
12 - Exhibit F to the Declaration of Dr. James R. Kearl in Support of Response of Dr.
13 James R. Kearl, Rule 706 Expert, to Google's Motion to Strike Portions of Expert
14 Report and Testimony of Dr. James R. Kearl.

IT IS SO ORDERED.

DATE: _____       _____
HONORABLE WILLIAM H. ALSUP
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN MOTION TO FILE UNDER SEAL RESPONSE TO GOOGLE MOTION TO STRIKE; Case No. C 10-3561 WHA

- 2 -

27152\5409266.1