John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Rule 706 Expert, James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE, INC.,<br><br>　　　　　Defendant. | Case No.  C 10-3561 WHA<br><br>**DECLARATION OF JOHN L. COOPER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO GOOGLE'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. William H. Alsup |

　　　　I, John L. Cooper, declare as follows:

　　　　1.　　　　I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Farella Braun + Martel LLP, attorneys of record for Rule 706 Expert, Dr. James R. Kearl, in the above captioned action.  I submit this declaration in support of Dr. Kearl's Administrative Motion To File Under Seal his Response to Google's Motion to Strike Portions of Expert Report and Testimony of Dr. James R. Kearl.  I have knowledge of the facts stated herein and if called as witness, I could and would competently testify thereto.

　　　　2.　　　　Attached hereto is an unredacted copies of Response of Dr. James R. Kearl, Rule

1  706 Expert, to Google's Motion to Strike Portions of Expert Report and Testimony of Dr. James R. Kearl, dated April 8, 2016, and Exhibits A through F to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Motion to Strike Portions of Expert Report and Testimony of Dr. James R. Kearl.  These documents contain information designated by Oracle America, Inc. and Google, Inc. as "Confidential—Attorney's Eyes Only."  Oracle and Google are in dispute regarding which portions of Dr. Kearl's analysis should be kept confidential and which portions may be made public, so Dr. Kearl is requesting to file his entire response under seal.  *See, e.g.*, Dkt. 1599.  Google and Oracle have been provided with a copy of the entire unredacted response to allow them to designate which portions should remain undisclosed.

3.  James R. Kearl takes no position on the redaction of the information designated as "Confidential—Attorney's Eyes Only."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of April 2016 at San Francisco, California.

                                                      /s/ *John L. Cooper*
                                                     John L. Cooper

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. OF JOHN COOPER ISO ADMIN MOTION TO FILE UNDER SEAL RESPONSE TO GOOGLE MOTION TO STRIKE; Case No. C 10-3561 WHA — - 2 - — 27152\5409259.1