KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE INC.'S RESPONSE TO ORACLE'S MIL #6 REGARDING RULE 706 EXPERT, PROFESSOR JAMES KEARL**<br><br>Dept.       Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby moves to file under seal the following documents:

- Portions of Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl

## I.  INTRODUCTION

Google requests that the Court allow Google to file the document listed above under seal. On April 8, 2016, Google filed a Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl ("Kearl Response") which, by necessity, contains non-public, highly sensitive information important to Google's business and therefore should be filed under seal.  In support of its request to seal, Google has identified a narrowly-tailored list of those portions of the Kearl Response that contain highly sensitive Google financial information that is subject to sealing.  *See* Declaration of Susan Kim in Support of Administrative Motion to Seal Portions of Google's Response to Oracle's MIL #6 Regarding Rule 706 Expert, Professor James Kearl ("Kim Decl.").

## II.  DISCUSSION

### A.  The material that Google seeks to file under seal constitutes non-public, highly-sensitive, and confidential financial and trade secret information.

A compelling justification to seal pleadings exists when disclosure of "business information . . . might harm a company's competitive standing."  *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); N.D. Cal. Civ. L.R. 79-5(a).  Courts have therefore concluded that it is appropriate to seal documents containing sensitive financial information and similar trade secrets information. *Clark v. Bunker*, 453 F.2d 1006, 1009 (9th Cir. 1972); *Apple Inc. v. Samsung Elecs. Co. Ltd.*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) (district court abused discretion by not sealing portions of documents containing sensitive financial information).

In this case, the non-public information that Google seeks to file under seal constitutes highly sensitive financial information.  Kim Decl. ¶ 2.  Public disclosure of this information could therefore "have significant negative effects on Google's business."  *Id.* ¶ 2.  Because disclosure of this "business information . . . might harm [Google's] competitive standing," there is a

compelling justification to seal information of the kind described above. *Nixon*, 435 U.S. at 598. Indeed, the Court has previously granted motions to seal these types of materials in this case. *See, e.g.*, ECF No. 1541 (granting motion to seal Google financial information); ECF. No. 1375 (same).

For the reasons stated above, Google seeks to seal the portions of Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl listed in the Kim Declaration on the grounds that they contain Google's non-public, highly sensitive financial information. Kim Decl. ¶ 2.

## III.   CONCLUSION

For the foregoing reasons, Google respectfully requests that the Court issue an order granting Google's request to file the foregoing documents under seal.

Dated:  April 8, 2016                                KEKER & VAN NEST LLP

By:   /s/ Robert A. Van Nest
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.