KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF SUSAN A. KIM IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE TO ORACLE'S MIL #6 REGARDING RULE 706 EXPERT, PROFESSOR JAMES KEARL**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

1    I, SUSAN A. KIM, declare as follows:

2    1.   I am an attorney employed by Google Inc. ("Google"), where I have served as
3    senior litigation counsel for the last four years.  My job responsibilities include, but are not
4    limited to, supervising our outside counsel in connection with litigation matters (such as this one),
5    as well as familiarizing myself with the areas of Google's businesses and documentation
6    concerning those businesses as they related to litigation matters under my supervision.  I submit
7    this declaration in support of Google's Administrative Motion to Seal Portions of Google's
8    Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl.  I
9    have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to
10   them competently under oath.

11   2.   I have reviewed Google's Response to Oracle's Motion in Limine #6.  The
12   following portions of Google's Response to Oracle's Motion in Limine #6 contain Google's
13   extremely confidential and commercially sensitive Android-related financial information:

- p. 1, line 4: the dollar amount after the word "roughly" reflecting revenue and financial information which are not public.
- p. 2, line 2: the dollar amount after the number (2) reflecting revenue and financial information which are not public.
- p. 2, line 3: the dollar amount after the number (3) reflecting revenue and financial information which are not public.
- p. 3, line 27: the dollar amount after the words "more than" reflecting revenue and financial information which are not public.

3.   Google does not publicly allocate revenue or profits to Android separate and apart from Google's general business.  Accordingly, Google considers the non-public financial data identified above to be highly sensitive, and public disclosure of that information could have significant negative effects on Google's business.  Google only seeks to seal the specific numbers contained in the above listed passages

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

1

DECL. OF SUSAN A. KIM ISO GOOGLE'S MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE
TO ORACLE'S MIL #6
Case No.  3:10-cv-03561 WHA

1048585

1    Executed this 8th day of April, 2016 at San Francisco, California.

                                    By: _____
                                            SUSAN A. KIM

2
DECL. OF SUSAN A. KIM ISO GOOGLE'S MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE
TO ORACLE'S MIL #6
Case No.  3:10-cv-03561 WHA

1048585