KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE TO ORACLE'S MIL #6 REGARDING RULE 706 EXPERT, PROFESSOR JAMES KEARL**<br><br>Dept.          Courtroom 8, 19th Fl.<br>Judge:         Hon. William Alsup |

**IT IS HEREBY ORDERED** that the below portions of Google's Response to Oracle's Motion in Limine #6 should be sealed and that counsel for Google Inc. may file the following under seal:

- p. 1, line 4: the dollar amount after the word "roughly"
- p. 2, line 2: the dollar amount after the number (2)
- p. 2, line 3: the dollar amount after the number (3)
- p. 3, line 28: the dollar amount after the words "more than"

**IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE