ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S RESPONSE TO GOOGLE'S MOTION TO STRIKE TESTIMONY OF JAMES R. KEARL** <br> Hearing: April 27, 2016, 8:00 a.m. <br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

1	Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl ("Response") under seal pursuant to Civil Local Rules 7-11 and 79-5.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated Protective Order § 14.4, ECF No. 66.

Google Inc. ("Google") has designated certain materials discussed in and attached to Oracle's Response as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.  Therefore, Oracle moves to seal the following portions of its brief and supporting exhibits that have been so-designated by Google pursuant to the Protective Order:

| Document | Text to be Sealed |
|---|---|
| Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl | • Page 1: the dollar amounts in lines 3-19, excluding the $0 references<br>• Page 2: the dollar amounts in footnote 2<br>• Page 3: the quotation in line 4<br>• Page 3: the text within the parentheticals in footnote 5<br>• Page 4: lines 1-4, the text within the parenthetical<br>• Page 4: the text between the word "admitted" and "Ex. 3" in footnote 6<br>• Page 5: lines 10-11, the text between the word "as" on line 10 and "Prof." on line 11<br>• Page 5: the dollar amount in line 13<br>• Page 5: lines 14-17, the text within the parenthetical<br>• Page 5: the dollar amount in line 18<br>• Page 5: the text within the last parenthetical in footnote 7 |
| Exhibit 1 to Silverman Declaration | Entire document |
| Exhibit 2 to Silverman Declaration | Entire document |
| Exhibit 3 to Silverman Declaration | Entire document |

As set forth in Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl, Oracle's position is that most of Google's designations are improper.  Oracle states no

1  position as to whether disclosure of the remaining Google-designated materials would cause harm
2  to Google or any third parties.

Dated: April 8, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP


By:  */s/ Andrew D. Silverman*


Attorneys for Plaintiff
ORACLE AMERICA, INC.