ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECL. OF ANDREW D. SILVERMAN RE ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S RESPONSE TO GOOGLE'S MOT. TO STRIKE TESTIMONY OF JAMES R. KEARL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

SILVERMAN DECL. ISO ADMIN. MOT. TO FUS
RESPONSE RE GOOGLE MOT. TO STRIKE TESTIMONY
OF DR. JAMES R. KEARL
CV 10-03561 WHA

I, Andrew D. Silverman, declare and state as follows:

1.      I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2.      I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Re Oracle's Response to Google's Motion to Strike Testimony of Dr. Kearl ("Response").

3.      Google has designated the following portions of Oracle's Response as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" pursuant to the Protective Order:

| Document | Text to be Sealed |
|---|---|
| Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl | • Page 1: the dollar amounts in lines 3-19, excluding the $0 references<br>• Page 2: the dollar amounts in footnote 2<br>• Page 3: the quotation in line 4<br>• Page 3: the text within the parentheticals in footnote 5<br>• Page 4: lines 1-4, the text within the parenthetical<br>• Page 4: the text between the word "admitted" and "Ex. 3" in footnote 6<br>• Page 5: lines 10-11, the text between the word "as" on line 10 and "Prof." on line 11<br>• Page 5: the dollar amount in line 13<br>• Page 5: lines 14-17, the text within the parenthetical<br>• Page 5: the dollar amount in line 18<br>• Page 5: the text within the last parenthetical in footnote 7 |
| Exhibit 1 to Silverman Declaration | Entire document |
| Exhibit 2 to Silverman Declaration | Entire document |
| Exhibit 3 to Silverman Declaration | Entire document |

- 1 -

SILVERMAN DECL. ISO ADMIN. MOT. TO FUS
RESPONSE RE GOOGLE MOT. TO STRIKE TESTIMONY
OF DR. JAMES R. KEARL
CV 10-03561 WHA

1       I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3       Executed this 8th day of April, 2016, at New York, NY.

*/s/ Andrew D. Silverman*

Andrew D. Silverman

SILVERMAN DECL. ISO ADMIN. MOT. TO FUS
RESPONSE RE GOOGLE MOT. TO STRIKE TESTIMONY
OF DR. JAMES R. KEARL
CV 10-03561 WHA