```
 1   ORRICK, HERRINGTON & SUTCLIFFE LLP
     KAREN G. JOHNSON-MCKEWAN (SBN 121570)
 2   kjohnson-mckewan@orrick.com
     ANNETTE L. HURST (SBN 148738)
 3   ahurst@orrick.com
     GABRIEL M. RAMSEY (SBN 209218)
 4   gramsey@orrick.com
     405 Howard Street, San Francisco, CA 94105
 5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
     PETER A. BICKS (pro hac vice)
 6   pbicks@orrick.com
     LISA T. SIMPSON pro hac vice)
 7   lsimpson@orrick.com
     51 West 52nd Street, New York, NY 10019
 8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

 9   BOIES, SCHILLER & FLEXNER LLP
     DAVID BOIES (pro hac vice)
10   dboies@bsfllp.com
     333 Main Street, Armonk, NY 10504
11   Tel: 1.914.749.8200 / Fax: 1.914.749.8300
     STEVEN C. HOLTZMAN (SBN 144177)
12   sholtzman@bsfllp.com
     1999 Harrison St., Ste. 900, Oakland, CA 94612
13   Tel: 1.510.874.1000 / Fax: 1.510.874.1460

     ORACLE CORPORATION
14   DORIAN DALEY (SBN 129049)
     dorian.daley@oracle.com
15   DEBORAH K. MILLER (SBN 95527)
     deborah.miller@oracle.com
16   MATTHEW M. SARBORARIA (SBN 211600)
     matthew.sarboraria@oracle.com
17   RUCHIKA AGRAWAL (SBN 246058)
     ruchika.agrawal@oracle.com
18   500 Oracle Parkway,
     Redwood City, CA 94065
19   Tel: 650.506.5200 / Fax: 650.506.7117

20   Attorneys for Plaintiff
     ORACLE AMERICA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE UNDER SEAL RE ORACLE'S RESPONSE TO GOOGLE'S MOTION TO STRIKE TESTIMONY OF JAMES R. KEARL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Re Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl. Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Document | Text to be Sealed |
|---|---|
| Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl | <ul><li>Page 1: the dollar amounts in lines 3-19, excluding the $0 references</li><li>Page 2: the dollar amounts in footnote 2</li><li>Page 3: the quotation in line 4</li><li>Page 3: the text within the parentheticals in footnote 5</li><li>Page 4: lines 1-4, the text within the parenthetical</li><li>Page 4: the text between the word "admitted" and "Ex. 3" in footnote 6</li><li>Page 5: lines 10-11, the text between the word "as" on line 10 and "Prof." on line 11</li><li>Page 5: the dollar amount in line 13</li><li>Page 5: lines 14-17, the text within the parenthetical</li><li>Page 5: the dollar amount in line 18</li><li>Page 5: the text within the last parenthetical in footnote 7</li></ul> |
| Exhibit 1 to Silverman Declaration | Entire document |
| Exhibit 2 to Silverman Declaration | Entire document |
| Exhibit 3 to Silverman Declaration | Entire document |

**IT IS SO ORDERED.**

Dated: _____

Honorable. William Alsup
United States District Court Judge