KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>        v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE REGARDING THE FOURTH FAIR USE FACTOR (ECF NO. 1598)**<br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE
REGARDING FOURTH FAIR USE FACTOR (ECF NO. 1598)
Case No.  3:10-cv-03561 WHA

1049024

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby moves to file under seal portions of Google's Response Regarding the Fourth Factor Fair Use Factor. Google seeks to file under seal the portions of the response that summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order. The portions of this response that summarize, quote from, or reproduce portions of materials designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" are set forth in the Declaration of Maya Karwande in Support of Google's Response Regarding Fourth Fair Use Factor. Google states no position on whether disclosure of the information designated by Oracle would result in competitive harm to Oracle.

Dated: April 11, 2016                           KEKER & VAN NEST LLP

                                                By:   /s/ Robert A. Van Nest
                                                      ROBERT A. VAN NEST
                                                      CHRISTA M. ANDERSON
                                                      DANIEL PURCELL

                                                      Attorneys for Defendant
                                                      GOOGLE INC.

1
GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE REGARDING FOURTH FAIR USE FACTOR (ECF No. 1598)
Case No. 3:10-cv-03561 WHA

1049024