KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL GOOGLE'S RESPONSE REGARDING THE FOURTH FAIR USE FACTOR (ECF NO. 1598)** <br><br> Dept.       Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

---

DECL. OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL RESPONSE RE FOURTH FAIR USE
FACTOR (ECF NO. 1598)
Case No.  3:10-cv-03561 WHA

1049026.01

I, Maya Karwande, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Google's Response Regarding the Fourth Factor Fair Use Factor. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The following portions of Google's Response Regarding the Fourth Factor Fair Use Factor summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

- Page 5, lines 20-21: text after "that" until end of sentence.
- Page 5, lines 27-28: text after "that" until end of sentence.
- Page 6, lines 1-3: text after "Mr. Stahl" until end of sentence.
- Page 7: lines 14-15: text after "that" until end of sentence.
- Page 7: lines 15-18: text after "Oracle witnesses that" until end of sentence.
- Page 7: lines 18-22: text after "Mr. Stahl will also testify" until end of sentence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 11, 2016.

By: _____
MAYA KARWANDE

1

DECL. OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL RESPONSE RE FOURTH FAIR USE FACTOR (ECF NO. 1598)
Case No. 3:10-cv-03561 WHA

1049026.01