KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER RE GOOGLE INC.'S MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE REGARDING FOURTH FAIR USE FACTOR (ECF. NO. 1598)**<br><br>Dept.         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

[PROPOSED] ORDER RE MOT. TO SEAL GOOGLE'S RESPONSE REGARDING FOURTH FAIR USE
FACTOR (ECF NO. 1598)
Case No.  3:10-cv-03561 WHA

1049036.01

**IT IS HEREBY ORDERED** that the designed portions of the following document should be sealed and that counsel for Google Inc. may file the following under seal:

| Google's Response Regarding the Fourth Factor Fair Use Factor | Google: None <br> Oracle: Page 5, lines 20-21, Page 5, lines 27-28, Page 6, lines 1-3, Page 7: lines 14-15, Page 7: lines 15-18, Page 7: lines 18-22. |
|---|---|

**IT IS SO ORDERED.**

Dated: _____

By: _____
    HON. WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE MOT. TO SEAL GOOGLE'S RESPONSE REGARDING FOURTH FAIR USE FACTOR (ECF NO. 1598)
Case No. 3:10-cv-03561 WHA

1049036.01