1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                UNITED STATES DISTRICT COURT
22                NORTHERN DISTRICT OF CALIFORNIA
23                   SAN FRANCISCO DIVISION

24 ORACLE AMERICA, INC.                     Case No. CV 10-03561 WHA
25         Plaintiff,                       **DECL. OF ANDREW D. SILVERMAN RE ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S RESPONSE TO ECF NO. 1598**
       v.
26 GOOGLE INC.
27         Defendant.                       Dept.: Courtroom 8, 19th Floor
                                            Judge: Honorable William H. Alsup
28

SILVERMAN DECL. ISO ADMIN. MOT. TO FUS
RESPONSE TO ECF NO. 1598
CV 10-03561 WHA

I, Andrew D. Silverman, declare and state as follows:

1. I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Re Oracle's Response to ECF No. 1598 ("Response").

3. Google has designated the following portions of Oracle's Response as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" pursuant to the Protective Order:

| Page/Line Number | Text to be Sealed |
| --- | --- |
| p. 5, lines 11-12 | Text within the parenthetical after the citation to Astrachan Depo. |
| p. 6, lines 9-11 | Text within the parenthetical after the citation to Rubin 4/5/11 Depo. |
| p. 6, lines 22-24 | Text within the parenthetical after the citation to Rubin 4/5/11 Depo. |
| p. 7, lines 13-14 | Text within the parenthetical citations reflecting the identity of the presentation recipients |
| p. 7, lines 15-16 | Text within quotations after "it:" |
| p. 7, line 22 | Text within the citation parentheticals |
| p. 8, lines 22-24 | Text after the word "market" on line 22 |
| p. 10, lines 3-4 | Text after "*Id*." on line 4 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of April, 2016, at New York, NY.

                                          */s/ Andrew D. Silverman*
                                           Andrew D. Silverman