ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br>　　v.<br>GOOGLE INC.<br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE ORACLE'S RESPONSE TO ECF NO. 1598**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Re Oracle's Response to ECF No. 1598. Having considered the Administrative Motion to File Under Seal, the Declaration of Andrew D. Silverman and Declaration of Andrew Temkin in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated materials subject to Oracle's Administrative Motion should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Page/Line Number | Text to be Sealed |
|---|---|
| p. 5, lines 11-12 | Text within the parenthetical after the citation to Astrachan Depo. |
| p. 6, lines 4-5 | The dollar amounts regarding the Samsung Java ME License |
| p. 6, lines 9-11 | Text within the parenthetical after the citation to Rubin 4/5/11 Depo. |
| p. 6, lines 22-24 | Text within the parenthetical after the citation to Rubin 4/5/11 Depo. |
| p. 7, lines 13-14 | Text within the parenthetical citations reflecting the identity of the presentation recipients |
| p. 7, lines 15-16 | Text within quotations after "it:" |
| p. 7, line 22 | Text within the citation parentheticals |
| p. 8, lines 22-24 | Text after the word "market" on line 22 |
| p. 10, lines 3-4 | Text after "*Id*." on line 4 |

**IT IS SO ORDERED.**

Dated: _____

                                              Honorable. William Alsup
                                        United States District Court Judge