*Oracle America, Inc. v. Google Inc.*, **Case No. 10-3561**

Juror Number: _____   Print All Answers Neatly in the Spaces Provided
And Continue Answers as Needed on Reverse Side.

1. **Full name**: _____

2. **Marital status:** _____   **3. Age** _____

4. **How far did you go in school?** _____

5. **Your most recent:**

   Occupation:   _____

   Employer:      _____

6. **If applicable, your spouse's/partner's most recent:**

   Occupation:   _____

   Employer:      _____

7. **Do you have any substantial training or experience in these areas?** (Check all that apply.)

   ☐ Law/Litigation          ☐ Accounting / Finance

   ☐ Intellectual property/   ☐ Computer programming/
      Copyrights/Patents/         Software development
      Licensing

   **If yes to any, please explain:** _____
   _____

8. **In the last ten years, have you or a loved one:**

   a. Been a party or a witness in any lawsuit?   ☐ Yes   ☐ No

   b. Felt that an important idea or invention had been stolen from you or a household member?   ☐ Yes   ☐ No

   c. Been accused of stealing an idea or invention?   ☐ Yes   ☐ No

   d. Invented something or applied for a copyright, trademark, or patent, or been in a dispute over one?   ☐ Yes   ☐ No

   **If yes to any, please explain**: _____
   _____
   _____
   _____

9. **In this lawsuit, Oracle Corporation is accusing Google Inc. of infringing certain of its Java software copyrights in connection with Google's Android operating system and is seeking a very large damage award. Google denies any wrongdoing. Please answer these questions:**

   a. What, if anything, have you already heard or read about this case? (You must NOT look up anything about the dispute.)
   _____
   _____
   _____

   b. What smartphones have you used in the last ten years?
   _____
   _____

   c. Have you or a loved one, within the last ten years, been employed by, owned stock in, or had any business relationship with either Oracle or Google?

   ☐ Yes   ☐ No

   **If yes, please explain:** _____
   _____
   _____

   d. Do you have a strong opinion, favorable or unfavorable, about any of the following potential witnesses?

   | Larry Ellison | Andy Rubin |
   | Jonathan Schwartz | Eric Schmidt |
   | Larry Page | Mark Reinhold |

   ☐ Yes, I have a strong opinion.

   ☐ No, I have no strong opinion.

   e. Do you have a strong opinion, favorable or unfavorable, about this lawsuit or the parties to it or their counsel?

   ☐ Yes, I have a strong opinion.

   ☐ No, I have no strong opinion.

   f. On the back of this page is a list of all potential witnesses. Please circle each that you personally are acquainted with.

10. **Is there anything about your ability to serve as a fair and impartial juror that you would like to take up more privately with the judge (with the parties' counsel present) but out of the presence of other potential jurors?**   ☐ Yes   ☐ No

I swear that the foregoing is true and correct under penalty of perjury.

**Signature:** _____   **Date:** May \_\_\_\_, 2016.