IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**REQUEST RE EXPERTS**

By **TOMORROW, APRIL 12 AT 5:00 P.M.**, the parties shall please submit a list of all experts they expect to testify at trial that are not the subject of motions *in limine* with a brief summary of the opinions they intend to offer.

Dated: April 11, 2016.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE