KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>           Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL GOOGLE INC.'S REPLY IN SUPPORT OF MOTION IN LIMINE NO. 4 RE: MARKET HARM**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

I, Maya Karwande, declare as follows:

1.      I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case.  In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Google's Reply in support of Motion in Limine No. 4 re: Market Harm.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2.      The following portions of Google's Reply in support of Motion in Limine No. 4 re: Market Harm summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

- Page 1, lines 11-15: text after "that he" until end of sentence
- Page 1, line 16: text after "that his" until "an analysis"
- Page 2, lines 14-16: text after "71:5-14)" until "(emphasis added)"
- Page 2, lines 17-18: text after "218:2-219:7)" until end of line.
- Page 2, lines 19-20: text after "20:18-221:14" until "*id.* at".
- Page 2, line 21: text after "225:12-226:6" until end of sentence.
- Page 2-3, lines 28-1: text after "not" until "*see also*".
- Page 3, line 19: beginning of sentence until "ECF 1584-7"
- Page 4, line 11-12: text after "Dep. 74:16-25" until "Schmidt Dep."
- Page 4, line 20-21: text after "assessed" until "and that."
- Page 4, line 21-23: text after "and that" until "Jaffe Dep."
- Page 4, line 25-26: text after "that his" until "(Jaffe Dep."
- Page 5, lines 2-3: text after "while he" until "he"
- Page 5, lines 4-5: text after "considers" until "and for"
- Page 5, lines 5-6: text after "he has" until "*Id.* at"
- Page 5, lines 7-9: text after "that he" until end of sentence
- Page 5, lines 18-19: text after "that he" until "and therefore"

1

DECL. OF MAYA KARWANDE I/S/O GOOGLE'S MOT. TO SEAL GOOGLE INC.'S REPLY IN
SUPPORT OF MOTION IN LIMINE #4 RE: MARKET HARM
Case No.  3:10-cv-03561 WHA

1049202.01

1

2

      I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on April 11, 2016.

3

4

5

6                    By: _____
                          MAYA KARWANDE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MAYA KARWANDE I/S/O GOOGLE'S MOT. TO SEAL GOOGLE INC.'S REPLY IN
SUPPORT OF MOTION IN LIMINE #4 RE: MARKET HARM
Case No.  3:10-cv-03561 WHA

1049202.01