KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER RE GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE INC.'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 4 RE: MARKET HARM**<br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

---

[PROPOSED] ORDER RE ADMINISTRATIVE MOT. TO SEAL PORTIONS OF GOOGLE'S REPLY IN
SUPPORT OF MOTION *IN LIMINE* NO. 4 RE: MARKET HARM
Case No.  3:10-cv-03561 WHA

1049204.01

**IT IS HEREBY ORDERED** that the designed portions of the following document should be sealed and that counsel for Google Inc. may file the following under seal:

| | |
|---|---|
| Google's Reply in support of Motion in Limine No. 4 re: Market Harm. | Google:  None <br><br> Oracle: Page 1, lines 11-15; Page 1, line 16: Page 2, lines 14-16; Page 2, lines 17-18; Page 2, lines 19-20; Page 2, line 21; Page 2-3, lines 28-1; Page 3, line 19; Page 4, line 11-12; Page 4, line 20-21; Page 4, line 21-23; Page 4, line 25-26; Page 5, lines 2-3; Page 5, lines 4-5; Page 5, lines 5-6; Page 5, lines 7-9; Page 5, lines 18-19. |

**IT IS SO ORDERED.**

Dated: _____

By: _____
      HON. WILLIAM ALSUP
      UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE ADMINISTRATIVE MOT. TO SEAL PORTIONS OF GOOGLE'S REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 4 RE: MARKET HARM
Case No.  3:10-cv-03561 WHA

1049204.01