KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **GOOGLE INC.'S RESPONSE RE ADMINISTRATIVE MOTIONS TO SEAL MATERIAL IN DR. KEARL'S REPORT** <br><br> Dept.    Courtroom 8, 19th Fl. <br> Judge:   Hon. William Alsup |

In an effort to resolve disputes and reduce the amount of sealed material, Google withdraws its request to seal the damages opinion numbers in the Report of the court-appointed Rule 706 Expert, Dr. Kearl.  *See e.g.* ECF Nos. 1583, 1596, and 1623.  Google also withdraws its request to seal any numbers or figures that are derived from the Kim model, such as the diversion ratio.  In addition, Google will not seek to seal Dr. Kearl's damages opinion numbers in the Rule 706 Expert related responses and Oracle's MIL number 7 filed on April 8, 2016, *see* ECF 1619, 1621, 1622, 1625.  Google maintains its request to seal non-public financial data, such as highly sensitive financial data related to Android.

However, in so doing Google states that Oracle is wrong to suggest that somehow Google's previous request to seal was an attempt to manipulate a jury pool by sealing larger numbers -- indeed, Google has not sought to seal the largest damages number disclosed in the expert reports -- Oracle's number for disgorgement of profits.

Dated:  April 12, 2016

KEKER & VAN NEST LLP

By: /s/ Robert A. Van Nest
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.