ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves the Court to permanently remove two incorrectly filed documents from the docket and the Court's files, ECF Nos. 1613-5 and 1613-6.

Under the terms of the Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case (ECF No. 68), Oracle submitted an administrative motion for a sealing order under Local Rule 79-5 and filed a redacted public version of its Opposition to Google's Motion In Limine # 6 (ECF No. 1613-5) and Appendix A thereto (ECF No. 1613-6), blacking out Google-designated materials from the public versions of such documents.  Two small portions of Oracle's Opposition Brief and Appendix A containing Google-designated materials were inadvertently not redacted.  Google advised Oracle of this issue today, and Oracle immediately followed the procedures set forth on the Court's website by contacting the Court's ECF staff and requesting that the subject documents be temporarily locked from public access.  Oracle has also filed corrected versions of the two documents.  ECF No. 1638.

The ECF support site indicates that the viewing restriction imposed by the "lock" is only a temporary measure, and therefore, to prevent unintended access to the designated information, the Court must grant a motion to remove the docket entry.  For this reason, Oracle respectfully requests that the Court permanently remove ECF Nos. 1613-5 and 1613-6.

Dated:  April 12, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP


By: _____/s/ Andrew D. Silverman_____


Attorneys for Plaintiff
ORACLE AMERICA, INC.