1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                        SAN FRANCISCO DIVISION

24 ORACLE AMERICA, INC.                  Case No. CV 10-03561 WHA

25            Plaintiff,                 **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**
        v.
26 GOOGLE INC.

27            Defendant.                 Dept.: Courtroom 8, 19th Floor
                                         Judge: Honorable William Alsup
28

                                                         [PROPOSED] ORDER
                                                         CV 10-03561 WHA

Before the Court is Oracle America, Inc.'s Motion to Remove Incorrectly Filed Documents. For good cause shown, Oracle's Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of Court shall remove from the docket ECF Nos. 1613-5 and 1613-6. ECF Nos. 1638 and 1638-1 are the operative versions of Oracle's Redacted Opposition to Google's Motion *In Limine* # 6 and Appendix A thereto.

**IT IS SO ORDERED.**

Dated: _____

                                       Honorable. William Alsup
                                       United States District Court Judge