1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY  10036
   Telephone:    212 556 2100
10 Facsimile:    212 556 2222

11 Attorneys for Defendant GOOGLE INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA (DMR) |
| 16          Plaintiffs, | **GOOGLE'S RESPONSE TO COURT'S REQUEST RE: EXPERTS (ECF 1631)** |
| 17      v. | Dept.:      Courtroom 8, 19th Fl. |
| 18  GOOGLE INC., | Judge:      Hon. William Alsup |
| 19          Defendant. | |

1049347.01

Google has disclosed one expert, Rick Cattell, whose testimony has not been the subject of a filed motion *in limine*.[1]  Unexpected medical issues have prevented him and may continue to prevent him from testifying in deposition or trial.  If appropriate, Google will meet and confer with Oracle regarding presenting Dr. Cattell as a witness, both at deposition and trial.

Google has engaged Dr. Cattell to provide expert testimony about Application Programming Interfaces ("APIs"), including what APIs are, why APIs and the re-implementation of APIs are important, and industry practices regarding APIs.  Dr. Cattell is a former Sun Distinguished Engineer, and his work history includes several years working in Sun's JavaSoft division.  Dr. Cattell's testimony would largely be in the nature of fact testimony, but Google disclosed him as an expert and served a brief (14 page) report authored by Dr. Cattell because some of his testimony arguably is expert testimony.  In brief, Dr. Cattell would offer the following opinions:

1.     The Java APIs are the functional means used by Java language programmers to invoke commonly used functionality.

2.     If Android required the use of different APIs to allow programmers to invoke the same functionality that is invoked by the Java APIs, that would be contrary to his expectations as a programmer writing in the Java programming language, and the expectations and demands of the programming community.

3.     If he, as a programmer writing in the Java programming language, had to use different APIs to invoke the same functionality on different platforms, that would have many negative consequences, and would be contrary to the expectations and demands of the programming community.

4.     Re-implementing APIs is commonplace in the computing industry, and has long been consistent with custom and practice in the computing industry.  Indeed, Oracle has itself reimplemented IBM's SQL APIs in its relational database products.

---

[1] Dr. Cattell's report is mentioned in one of Oracle's "summary" motions *in limine,* but those summary motions have not yet been filed with the Court.  Specifically, Oracle objects to testimony from Dr. Cattell about Oracle's past practices with regard to IBM's SQL APIs.

1     Dated:  April 12, 2016                KEKER & VAN NEST LLP

2

3                             By:    /s/ Robert A. Van Nest

4                                     ROBERT A. VAN NEST
                                          CHRISTA M. ANDERSON
                                          DANIEL PURCELL

5                                     Attorneys for Defendant GOOGLE INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE'S RESPONSE TO COURT'S REQUEST RE: EXPERTS (ECF 1631)
Case No. 3:10-cv-03561 WHA (DMR)

1049347.01