1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON (*pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
15  dorian.daley@oracle.com
    DEBORAH K. MILLER (SBN 95527)
16  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (SBN 211600)
17  matthew.sarboraria@oracle.com
    RUCHIKA AGRAWAL (SBN 246058)
18  ruchika.agrawal@oracle.com
    500 Oracle Parkway,
19  Redwood City, CA 94065
    Tel: 650.506.5200 / Fax: 650.506.7117
20
    *Attorneys for Plaintiff*
21  ORACLE AMERICA, INC.

22              UNITED STATES DISTRICT COURT

23            NORTHERN DISTRICT OF CALIFORNIA

                SAN FRANCISCO DIVISION

24  ORACLE AMERICA, INC.,                    Case No. CV 10-03561 WHA

25              Plaintiff,                   **ADMINISTRATIVE MOTION TO FILE
         v.                                  UNDER SEAL PORTIONS OF
26                                           ORACLE'S REPLY ISO ITS MOTION
    GOOGLE INC.,                             IN LIMINE #1 RE: OPENJDK**
27
                Defendant.                   Hearing:  April 27, 2016, 8:00 a.m.
28                                           Dept.: Courtroom 8, 19th Floor
                                             Judge: Honorable William H. Alsup

                                                     ADMIN. MOT. TO FILE UNDER SEAL
                                                     ORACLE'S REPLY ISO MIL #1
                                                     CV 10-03561 WHA

1    Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its Reply In

2    Support of Its Motion *in Limine* #1 Regarding OpenJDK under seal pursuant to Civil Local Rules

3    7-11 and 79-5.

4    The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in

5    this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or

6    "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the

7    public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated

8    Protective Order § 14.4, ECF No. 66.

9    Google Inc. ("Google") has designated certain deposition testimony, documents, and

10   financial data discussed in Oracle's Motion as "CONFIDENTIAL" and "HIGHLY

11   CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.  Therefore,

12   Oracle moves to seal the portions of its Reply that discuss these designated materials pursuant to

13   the Protective Order:

14       • The quotation beginning on Page 3, Line 1 and ending on Line 2.

15       • The parenthetical quotation beginning on Page 3, Line 3 and ending on Line 4.

16   Oracle states no position as to whether disclosure of these materials would cause harm to

17   Google or any third parties.

18

19   Dated:  April 13, 2016                              KAREN G. JOHNSON-MCKEWAN
                                                         ANNETTE L. HURST
20                                                       GABRIEL M. RAMSEY
                                                         PETER A. BICKS
21                                                       LISA T. SIMPSON
                                                         Orrick, Herrington & Sutcliffe LLP
22

23                                                       By:    */s/ Andrew D. Silverman*

24

25                                                       Attorneys for Plaintiff
                                                         ORACLE AMERICA, INC.

26

27

28

                                                         ADMIN. MOT. TO FILE UNDER SEAL
                                                         ORACLE'S REPLY ISO MIL #1
                                                         CV 10-03561 WHA