| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com<br>GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com<br>405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759<br>PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com<br>51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com<br>333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300<br>STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com<br>1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION<br>DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com<br>DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL (SBN 246058) |
| 18 | ruchika.agrawal@oracle.com<br>500 Oracle Parkway, |
| 19 | Redwood City, CA 94065<br>Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>         Plaintiff,<br>     v.<br><br>GOOGLE INC.<br><br>         Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ALYSSA M. CARIDIS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S REPLY ISO MIL #1 RE: OPENJDK**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Alyssa Caridis, declare and state as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Portions of Oracle's Reply In Support of Motion in Limine #1 Regarding OpenJDK.

3. The following portions of Oracle's motion summarize, quote from, or reproduce materials that have been designated by Google Inc. as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order:

- The quotation beginning on Page 3, Line 1 and ending on Line 2.
- The parenthetical quotation beginning on Page 3, Line 3 and ending on Line 4.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of April, 2016, at San Francisco, CA.

*/s/ Alyssa M. Caridis*
Alyssa M. Caridis