John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Rule 706 Expert, Dr. James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE, INC.,<br><br>　　　　　　Defendant. | Case No. C 10-3561 WHA<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO GOOGLE'S RESPONSE TO ORACLE'S MOTION IN LIMINE #6 REGARDING RULE 706 EXPERT, PROFESSOR JAMES KEARL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. William H. Alsup |

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5(d) and (e), and for the reasons set forth in the accompanying declaration of John L. Cooper, Rule 706 Expert, Dr. James R. Kearl ("Dr. Kearl"), hereby brings this Administrative Motion to File Under Seal the following documents ("Documents"):

- Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl;

- Exhibit A to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ADMIN MOTION TO FILE UNDER SEAL
RESPONSE TO GOOGLE RESPONSE; Case No.
C 10-3561 WHA

27152\5413828.1

1  - Exhibit B to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl;

- Exhibit C to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl

The Documents contain information designated by Oracle America, Inc. and Google, Inc. as "Confidential—Attorney's Eyes Only" under the Protective Order.

In an abundance of caution, Dr. Kearl has not submitted redacted versions, as there appears to be a dispute between the parties regarding what portions should be sealed. *See, e.g.*, Dkt. 1599. Dr. Kearl respectfully requests to file a redacted version of the Documents, should the Court so choose, after the parties have resolved their dispute regarding which portions, if any, should be sealed. Dr. Kearl respectfully requests that the unredacted Documents remain under seal.

Dated: April 13, 2016                    FARELLA BRAUN + MARTEL LLP

By: /s/ *John L. Cooper*
    John L. Cooper

    Attorneys for Rule 706 Expert,
    Dr. James R. Kearl