John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Rule 706 Expert, Dr. James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. C 10-3561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO GOOGLE'S RESPONSE TO ORACLE'S MOTION ON LIMINE #6 REGARDING RULE 706 EXPERT, PROFESSOR JAMES KEARL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. William H. Alsup |

The Court has fully considered the papers and arguments presented by the parties. Good cause having been shown, the Court **GRANTS** Dr. James R. Kearl's Administrative Motion to File Under Seal and orders the document listed below to remain under seal:

- Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl;

- Exhibit A to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine #6 Regarding Rule 706 Expert, Professor James Kearl;

- Exhibit B to the Declaration of Dr. James R. Kearl in Support of Response of Dr.

1  James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine
2  #6 Regarding Rule 706 Expert, Professor James Kearl;
3  - Exhibit C to the Declaration of Dr. James R. Kearl in Support of Response of Dr.
4  James R. Kearl, Rule 706 Expert, to Google's Response to Oracle's Motion in Limine
5  #6 Regarding Rule 706 Expert, Professor James Kearl.

IT IS SO ORDERED.

DATE: _____    _____
HONORABLE WILLIAM H. ALSUP
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN MOTION
TO FILE UNDER SEAL RESPONSE TO GOOGLE
RESPONSE; Case No. C 10-3561 WHA

- 2 -

27152\5413869.1