John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Rule 706 Expert, Dr. James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No.  C 10-3561 WHA <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO ORACLE'S RESPONSE TO GOOGLE'S MOTION TO STRIKE TESTIMONY OF JAMES R. KEARL** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Hon. William H. Alsup |

The Court has fully considered the papers and arguments presented by the parties.  Good cause having been shown, the Court **GRANTS** Dr. James R. Kearl's Administrative Motion to File Under Seal and orders the document listed below to remain under seal:

- Response of Dr. James R. Kearl, Rule 706 Expert, to Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl;

- Exhibit A to the Declaration of Dr. James R. Kearl in Support of Response of Dr. James R. Kearl, Rule 706 Expert, to Oracle's Response to Google's Motion to Strike Testimony of James R. Kearl;

- Exhibit B to the Declaration of Dr. James R. Kearl in Support of Response of Dr.

1  James R. Kearl, Rule 706 Expert, to Oracle's Response to Google's Motion to Strike
2  Testimony of James R. Kearl.
3
4     IT IS SO ORDERED.
5  DATE: _____    _____
6                                  HONORABLE WILLIAM H. ALSUP
                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN MOTION
TO FILE UNDER SEAL RESPONSE TO ORACLE
RESPONSE; Case No. C 10-3561 WHA

- 2 -

27152\5413870.1