# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 13, 2016 | **Time:** 3 hours | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** JoAnn Bryce | |

**Attorney for Plaintiff:** Annette L. Hurst, Peter A. Bicks, Lisa T. Simpson, Gabe Ramsey
**Also Present:** Matthew Sarboraria, Debra Miller, Ruchika Agrawal

**Attorney for Defendant:** Robert A. Van Nest, Matthias A. Kamber, Reid P. Mullen, Michael Kwun, Maya Karwande, Christa Martine Anderson
**Also Present:** Renny Hwang

## PROCEEDINGS

Motion in Limine No. 4 to Exclude Market Harm Testimony From Expert Report of Dr. Adam Jaffe [1561].

Administrative Motion to File Under Seal Oracle's Motion In Limine # 3 Regarding Dr. Astrachan filed by Oracle America, Inc. [1553].

## RESULT OF HEARING

1.  Motion hearings held.  Motions taken under submission.