| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
|   | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
|   | LISA T. SIMPSON *pro hac vice*) |
| 7 | lsimpson@orrick.com |
|   | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S REPLY TO ORACLE'S MIL #5 RE DR. SIMONSON ECF NO. 1556** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
|  | Judge: Honorable William Alsup |

[PROPOSED] ORDER
CV 10-03561 WHA

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Re Oracle's Reply to Oracle's MIL #5 Re Dr. Simonson ECF No. ("Reply").  Having considered the Administrative Motion to File Under Seal and the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated materials subject to Oracle's Administrative Motion should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Page/Line Number | Text to be Sealed |
| --- | --- |
| p. 1, line 17 | Text in quotations following the word "no" |
| p. 1, lines 19-23 | Offset text following the citation "97:15-98:16" |
| p. 3, lines 3-5 | Offset text following the citation "38:6-12" |
| p. 3, lines 13-17 | Offset text following the citation "59:7-20" |

**IT IS SO ORDERED.**

Dated: _____

                                              Honorable. William Alsup
                                      United States District Court Judge