ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>  Plaintiff, <br> v. <br><br> GOOGLE INC., <br><br>  Defendant. | Case No. CV 10-03561 WHA <br><br> **ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S REPLY TO ORACLE'S MIL #6 RE PROF. KEARL ECF NO. 1582** <br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

1  Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of Oracle's Reply
2  to Oracle's MIL #6 Re Prof. Kearl ECF No. 1582 ("Reply") under seal pursuant to Civil Local
3  Rules 7-11 and 79-5.
4  The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
5  this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
6  "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
7  public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
8  Protective Order § 14.4, ECF No. 66.
9  Google Inc. ("Google") has designated certain materials discussed in Oracle's Reply as
10 "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant
11 to the Protective Order.  Therefore, Oracle moves to seal the following portions of its Reply that
12 have been so-designated by Google pursuant to the Protective Order:

| Page/Line Number | Text to be Sealed |
|---|---|
| p. 1, line 21 | Text in quotations after the word "NIAs" |
| p. 1, line 22 | Text in quotations after the words "subtracting the" |
| p. 1, footnote 1 | Text in quotations after the word "revenues" |
| p. 1, footnote 1 | Number following the "$" sign |
| p. 2, lines 15-17 | Text in quotations following the words "crosses it" |
| p. 2, line 24-25 | Text in quotations following the words "assert that the" |
| p. 3, lines 1-3 | Text in quotations following the words "concludes that" |
| p. 3, line 7 | Text in quotations following the words "this is an" |
| p. 3, line 10 | Numbers following the "$" signs |
| p. 3, lines 20-21 | Text in quotations following the word "limitation" |
| p. 3, lines 22-24 | Text in quotations following the word "notes" |
| p. 3, footnote 3 | Number following the "$" sign |
| p. 4, line 12 | Text in quotations following the word "already" |
| p. 4, lines 13-16 | Text in quotations following the word "problem" |
| p. 5, line 4 | Text in quotations following the words "use of it" |
| p. 5, lines 5-6 | Text in quotations following the word "packages" |
| p. 5, line 23 | Number following the "$" sign |

- 1 -

ADMIN. MOT. TO SEAL RE ORACLE'S REPLY
TO MIL #6 RE PROF. KEARL ECF NO. 1582
CV 10-03561 WHA

Dated: April 13, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By:    */s/ Andrew D. Silverman*

Attorneys for Plaintiff
ORACLE AMERICA, INC.