ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ANDREW D. SILVERMAN ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S REPLY TO ORACLE'S MIL #6 RE PROF. KEARL ECF NO. 1582**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Andrew D. Silverman, declare and state as follows:

1. I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion To File Under Seal Re Oracle's Reply to Oracle's MIL #6 Re Prof. Kearl ECF No. 1582 ("Reply").

3. Google has designated the following portions of Oracle's Reply as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" pursuant to the Protective Order:

| Page/Line Number | Text to be Sealed |
|---|---|
| p. 1, line 21 | Text in quotations after the word "NIAs" |
| p. 1, line 22 | Text in quotations after the words "subtracting the" |
| p. 1, footnote 1 | Text in quotations after the word "revenues" |
| p. 1, footnote 1 | Number following the "$" sign |
| p. 2, lines 15-17 | Text in quotations following the words "crosses it" |
| p. 2, line 24-25 | Text in quotations following the words "assert that the" |
| p. 3, lines 1-3 | Text in quotations following the words "concludes that" |
| p. 3, line 7 | Text in quotations following the words "this is an" |
| p. 3, line 10 | Numbers following the "$" signs |
| p. 3, lines 20-21 | Text in quotations following the word "limitation" |
| p. 3, lines 22-24 | Text in quotations following the word "notes" |
| p. 3, footnote 3 | Number following the "$" sign |
| p. 4, line 12 | Text in quotations following the word "already" |
| p. 4, lines 13-16 | Text in quotations following the word "problem" |
| p. 5, line 4 | Text in quotations following the words "use of it" |
| p. 5, lines 5-6 | Text in quotations following the word "packages" |
| p. 5, line 23 | Number following the "$" sign |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

- 1 -

SILVERMAN DECL. ISO ADMIN. MOT. TO FUS
ORACLE'S REPLY TO MIL #6 ECF NO. 1582
CV 10-03561 WHA

1  Executed this 13th day of April, 2016, at New York, NY.

2  */s/ Andrew D. Silverman*

3  Andrew D. Silverman