ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.<br><br>              Plaintiff,<br>     v.<br><br>GOOGLE INC.<br><br>              Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S REPLY TO ORACLE'S MIL #6 RE PROF. KEARL ECF NO. 1582**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |
|---|---|

[PROPOSED] ORDER
CV 10-03561 WHA

Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal Re Oracle's Reply To Oracle's MIL #6 Re Prof. Kearl ECF No. 1582 ("Reply").  Having considered the Administrative Motion to File Under Seal and the Declaration of Andrew D. Silverman in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated materials subject to Oracle's Administrative Motion should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Page/Line Number | Text to be Sealed |
| --- | --- |
| p. 1, line 21 | Text in quotations after the word "NIAs" |
| p. 1, line 22 | Text in quotations after the words "subtracting the" |
| p. 1, footnote 1 | Text in quotations after the word "revenues" |
| p. 1, footnote 1 | Number following the "$" sign |
| p. 2, lines 15-17 | Text in quotations following the words "crosses it" |
| p. 2, line 24-25 | Text in quotations following the words "assert that the" |
| p. 3, lines 1-3 | Text in quotations following the words "concludes that" |
| p. 3, line 7 | Text in quotations following the words "this is an" |
| p. 3, line 10 | Numbers following the "$" signs |
| p. 3, lines 20-21 | Text in quotations following the word "limitation" |
| p. 3, lines 22-24 | Text in quotations following the word "notes" |
| p. 3, footnote 3 | Number following the "$" sign |
| p. 4, line 12 | Text in quotations following the word "already" |
| p. 4, lines 13-16 | Text in quotations following the word "problem" |
| p. 5, line 4 | Text in quotations following the words "use of it" |
| p. 5, lines 5-6 | Text in quotations following the word "packages" |
| p. 5, line 23 | Number following the "$" sign |

**IT IS SO ORDERED.**

Dated: _____

                                             Honorable. William Alsup
                                             United States District Court Judge