| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
| | DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com |
| | RUCHIKA AGRAWAL (SBN 246058) |
| 18 | ruchika.agrawal@oracle.com |
| | 500 Oracle Parkway, |
| 19 | Redwood City, CA 94065 |
| | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | |
| | *Attorneys for Plaintiff* |
| 21 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | **ADMIN. MOT. TO FILE UNDER SEAL RE ORACLE'S REPLY TO ORACLE'S MIL #4 RE DR. LEONARD ECF NO. 1554** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of Oracle's Reply to Oracle's MIL #4 Re Dr. Leonard ECF No. 1554 ("Reply") under seal pursuant to Civil Local Rules 7-11 and 79-5.

The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5. Stipulated Protective Order § 14.4, ECF No. 66.

Google Inc. ("Google") has designated certain materials discussed in Oracle's Reply as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. Therefore, Oracle moves to seal the following portions of its Reply that have been so-designated by Google pursuant to the Protective Order:

| Page/Line Number | Text to be Sealed |
|---|---|
| p. 1, line 6 | Number following the "$" sign |
| p. 1, line 17 | Number following the "$" sign |
| p. 2, line 14 | Text in quotations after the words "NIAs" and "subtracting the" |
| p. 3, lines 24-25 | Text in the parenthetical after the word "Leonard's" |
| p. 4, line 3 | Numbers following the "$" signs |
| p. 4, line 17 | Number following the "$" sign |
| p. 4, line 25 | Number following the "$" sign |

Dated:  April 13, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By:  */s/ Andrew D. Silverman*

Attorneys for Plaintiff
ORACLE AMERICA, INC.

- 1 -

ADMIN. MOT. TO SEAL REPLY TO ORACLE'S
MIL #4 RE DR. LEONARD ECF NO. 1554
CV 10-03561 WHA