KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
KATE E. LAZARUS - #268242
klazarus@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**NOTICE OF APPEARANCE BY KATE E. LAZARUS, KEKER & VAN NEST LLP**<br><br>Dept.         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of Kate E. Lazarus (klazarus@kvn.com) of

3  the law firm of Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111, as

4  additional counsel of record in this action for Defendant Google, Inc.

6  Dated: April 14, 2016                                          KEKER & VAN NEST LLP

8                                                          By:   /s/ Kate E. Lazarus
                                                                 ROBERT A. VAN NEST
9                                                                CHRISTA M. ANDERSON
                                                                 DANIEL PURCELL

                                                                 Attorneys for Defendant
                                                                 GOOGLE INC.