KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE INC.'S OPPOSITION TO ORACLE'S MOTION IN LIMINE NO. 7**<br><br>Dept.      Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPP. TO
ORACLE'S MOTION IN LIMINE NO. 7
Case No.  3:10-cv-03561 WHA

1049705

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby moves to file under seal the following documents:

- Portions of Google's Opposition to Oracle's Motion in Limine No. 7
- Portions of Exhibit A to the Declaration of Maya Karwande in support of Google's Opposition to Oracle's Motion in Limine No. 7

## I.  INTRODUCTION

Google requests that the Court allow Google to file the documents listed above under seal. On April 14, 2016, Google filed a Response to Oracle's Motion in Limine #7 which, by necessity, contains non-public, highly sensitive information important to Google's business and therefore should be filed under seal.  In support of its request to seal, Google has identified just two numbers that contains highly sensitive Google financial information that is subject to sealing.  *See* Declaration of Renny Hwang in Support of Administrative Motion to Seal Portions of Google's Opposition to Oracle's Motion in Limine No. 7 ("Hwang Decl.").

## II.  DISCUSSION

### A.  The material that Google seeks to file under seal constitutes non-public, highly-sensitive, and confidential financial and trade secret information.

A compelling justification to seal pleadings exists when disclosure of "business information . . . might harm a company's competitive standing." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); N.D. Cal. Civ. L.R. 79-5(a).  Courts have therefore concluded that it is appropriate to seal documents containing sensitive financial information and similar trade secrets information. *Clark v. Bunker*, 453 F.2d 1006, 1009 (9th Cir. 1972); *Apple Inc. v. Samsung Elecs. Co. Ltd.*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) (district court abused discretion by not sealing portions of documents containing sensitive financial information).

In this case, the non-public information that Google seeks to file under seal constitutes highly sensitive financial information.  Hwang Decl. ¶ 3.  Public disclosure of this information could therefore "have significant negative effects on Google's business." *Id*.  Because disclosure of this "business information . . . might harm [Google's] competitive standing," there is a

1

GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPP. TO
ORACLE'S MOTION *IN LIMINE* NO. 7
Case No.  3:10-cv-03561 WHA

1049705

compelling justification to seal information of the kind described above. *Nixon*, 435 U.S. at 598. Indeed, the Court has previously granted motions to seal these types of materials in this case. *See, e.g.*, ECF No. 1541 (granting motion to seal Google financial information); ECF. No. 1375 (same).

For the reasons stated above, Google seeks to seal the portions of Google's Opposition to Oracle's Motion in Limine No. 7 and Exhibit A to the Karwande declaration listed in the Hwang Declaration on the grounds that they contain Google's non-public, highly sensitive financial information. Hwang Decl. ¶ 3.

## III.   CONCLUSION

For the foregoing reasons, Google respectfully requests that the Court issue an order granting Google's request to file the foregoing document under seal.

Dated:  April 14, 2016                                        KEKER & VAN NEST LLP

By:   /s/ Robert A. Van Nest
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.

2

GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPP. TO ORACLE'S MOTION *IN LIMINE* NO. 7
Case No.  3:10-cv-03561 WHA

1049705