KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DECLARATION OF RENNY HWANG IN SUPPORT OF DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO ORACLE INC.'S MOTION IN LIMINE NO. 7** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.          Courtroom 8, 19th Fl.<br>Judge:         Hon. William Alsup |

1  I, RENNY HWANG, declare as follows:

2  1. I am an attorney employed by Google Inc. ("Google"), where I have served as
3  senior litigation counsel for the last six years. My job responsibilities include, but are not limited
4  to, supervising our outside counsel in connection with litigation matters (such as this one), as well
5  as familiarizing myself with the areas of Google's businesses and documentation concerning
6  those businesses as they relate to litigation matters under my supervision. I submit this
7  declaration in support of Google's Motion to Seal Google's Opposition to Oracle America Inc.'s
8  Motion in Limine No. 7 ("Google's Opposition") and Exhibit A to the Declaration of Maya
9  Karwande in support of Google's Opposition to Oracle America Inc.'s Motion in Limine No. 7
10 ("Exhibit A"). I have knowledge of the facts set forth herein, and if called upon as a witness, I
11 could testify to them competently under oath.

12 2. I have reviewed Google's Opposition and Exhibit A.

13 A. The following portion of Google's Opposition contains Google's
14 confidential Android-related financial information:

15 - Page 2, line 4: dollar amount which reflects revenue and financial information
16   which is not public.

17 B. The following portion of Exhibit A contains Google's confidential
18 Android-related financial information:

19 - Page 2, line 13: dollar amount which reflects revenue and financial information
20   which is not public.

21 3. This information reflects Google's extremely confidential and commercially
22 sensitive financial information. Google does not publically allocate revenue or profits to Android
23 separate and apart from Google's general business. Google considers that non-public financial
24 data to be highly sensitive, and public disclosure of the information described herein could have
25 significant negative effects on Google's business. Google only seeks to seal the specific numbers
26 contained in the above listed passages.

27
28

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct to the best of my knowledge.
3   Executed this 14th day of April, 2016 at Los Altos, California.

By: _____
RENNY HWANG