KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                 Plaintiffs,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                 Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO SEAL PORTIONS OF GOOGLE'S OPPOSITION TO ORACLE'S MIL NO. 7**<br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

1

2      **IT IS HEREBY ORDERED** that the designated portions of the following documents

3   should be sealed and that counsel for Google Inc. may file the following under seal:

4

| Google's Opposition to Oracle's Motion in Limine No. 7 | Page 2, line 4: the dollar amount after the word "eliminate." |
|---|---|
| Exhibit A to the Declaration of Maya Karwande in support of Google's Opposition to Oracle's Motion in Limine No. 7 | Page 2, line 13: the dollar amount after the words "in that." |

12      **IT IS SO ORDERED**.

13

14   Dated:

15                                        By: _____

16                                             HON. WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1

1049733