KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE AMERICA, INC.'S MOTION IN LIMINE NO. 7** |
| v. | |
| GOOGLE INC., | Date:        April 27, 2016<br>Time:        8:00 a.m<br>Dept.:        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |
| Defendant. | |

I, MAYA KARWANDE, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. In accordance with Local Rule 79-5(d)(1)(A), I submit this declaration in support of Google's Opposition to Oracle's Motion in Limine No. 7. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the deposition transcript of Gregory K. Leonard, taken March 11, 2016.

Executed this 14th day of April, 2016 at San Francisco, California.

By: _____
Maya Karwande