# EXHIBIT A

# REDACTED VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4


ORACLE AMERICA, INC.

5      Plaintiff,

6          vs.          Case No. 3:10-cv-03561-WHA

7  GOOGLE, INC.,

8      Defendant.

   _____

9

10

11

12    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13         PURSUANT TO THE PROTECTIVE ORDER

14

15   VIDEO DEPOSITION OF GREGORY K. LEONARD, Ph.D.

16          San Francisco, California

17           Friday, March 11, 2016

18               Volume I

19

20

21

22  REPORTED BY:

23  REBECCA L. ROMANO, RPR, CSR No. 12546

24  JOB NO. 2241706

25  PAGES 1 - 405


                                    Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   with the cost of producing Android?

2        A.   Because I talked to the Google personnel

3   about what's in there.

4             And so what it is, is its legal costs

5   associated with Android, but the Google lawyers who

6   keep track of their time and then outside counsel.

7        Q.   Well, who did you talk to?

8        A.   Mr. Gold.

9        Q.   Anybody else?

10       A.   He was the -- he was the person I talked

11   to about financial matters.

12       Q.   Well, so what lawsuits did Mr. Gold tell

13   you were included in that $███████████?

14            MR. PURCELL:  Object to the form.

15            THE DEPONENT:  I didn't ask him about

16   specific lawsuits.  What I asked were are these

17   expenses, you know, related to Android and how were

18   they determined.

19       Q.   (By Ms. Hurst)  Well, you're aware that

20   there was a lawsuit against Samsung related to

21   Android, right, Apple v. Samsung?

22       A.   Yes.

23       Q.   And did Google pay any expenses related

24   to the defense, Samsung's defense of that lawsuit?

25       A.   I don't know.

Page 168

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       I, Rebecca L. Romano, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3       That the foregoing proceedings were taken before me

4   at the time and place herein set forth; that any

5   witnesses in the foregoing proceedings, prior to

6   testifying, were administered an oath; that a record of

7   the proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is true record of the

10  testimony given.

11      Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [ ] was [X] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or any party to this action.

18      IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20

21  Dated:  March 14, 2016

22

23

24      Rebecca L. Romano, RPR,

25      CSR. No 12546

Veritext Legal Solutions
866 299-5127