United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. <br> _____ / | No. C 10-03561 WHA <br><br> **ORDER SETTING HEARINGS ON MOTIONS** ***IN LIMINE*** **DIRECTED AT DAMAGES EXPERTS** |

As discussed at the hearing today, the Court hereby **SETS** hearings at **8:00 A.M.** on **TUESDAY, APRIL 19**, and **WEDNESDAY, APRIL 20**, for the purpose of hearing arguments on the motions directed at Mr. Malackowski, Dr. Leonard, and Dr. Kearl. The Court requests Attorney Cooper's attendance at both hearings.

The parties shall please come prepared to address the questions outlined on the form handed out at today's hearing, which is also appended to this order.

**IT IS SO ORDERED.**

Dated: April 14, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE