**QUESTIONS RE: INDIRECT PROFITS AND REASONABLE ASSOCIATION**

1.  How much do the experts allocate of Google's ad revenue to the following:
    - Virtual Machine
    - Linux Kernel
    - All APIs
    - The Java Language
    - The Search Engine (Preexisting Android)
    - Apple Devices
    - Other Contributions


2.  What are the various possible methodologies for allocating and which ones are recognized in the field and why did the experts choose one over the other?


3.  What are the various ways to allocate among APIs?  Why are the APIs any more responsible (or less responsible) for ad revenue than the Java language?


4.  Within the 37 APIs in question, how much did the experts allocate as between the declaring code and SSO vs. the implementing code original to Google (or someone other than Sun)?  What was the method of allocation?


5.  Provide Court of Appeals decisions in which the non-infringing alternatives methodology used by Google was approved or disapproved.

**QUESTIONS RE: INDIRECT PROFITS AND REASONABLE ASSOCIATION**

1. How much do the experts allocate of Google's ad revenue to the following:
   - Virtual Machine
   - Linux Kernel
   - All APIs
   - The Java Language
   - The Search Engine (Preexisting Android)
   - Apple Devices
   - Other Contributions

2. What are the various possible methodologies for allocating and which ones are recognized in the field and why did the experts choose one over the other?

3. What are the various ways to allocate among APIs?  Why are the APIs any more responsible (or less responsible) for ad revenue than the Java language?

4. Within the 37 APIs in question, how much did the experts allocate as between the declaring code and SSO vs. the implementing code original to Google (or someone other than Sun)?  What was the method of allocation?

5. Provide Court of Appeals decisions in which the non-infringing alternatives methodology used by Google was approved or disapproved.

**QUESTIONS RE: INDIRECT PROFITS AND REASONABLE ASSOCIATION**

1.  How much do the experts allocate of Google's ad revenue to the following:
    - Virtual Machine
    - Linux Kernel
    - All APIs
    - The Java Language
    - The Search Engine (Preexisting Android)
    - Apple Devices
    - Other Contributions

2.  What are the various possible methodologies for allocating and which ones are recognized in the field and why did the experts choose one over the other?

3.  What are the various ways to allocate among APIs?  Why are the APIs any more responsible (or less responsible) for ad revenue than the Java language?

4.  Within the 37 APIs in question, how much did the experts allocate as between the declaring code and SSO vs. the implementing code original to Google (or someone other than Sun)?  What was the method of allocation?

5.  Provide Court of Appeals decisions in which the non-infringing alternatives methodology used by Google was approved or disapproved.

**QUESTIONS RE: INDIRECT PROFITS AND REASONABLE ASSOCIATION**

1. How much do the experts allocate of Google's ad revenue to the following:
    - Virtual Machine
    - Linux Kernel
    - All APIs
    - The Java Language
    - The Search Engine (Preexisting Android)
    - Apple Devices
    - Other Contributions


2. What are the various possible methodologies for allocating and which ones are recognized in the field and why did the experts choose one over the other?


3. What are the various ways to allocate among APIs?  Why are the APIs any more responsible (or less responsible) for ad revenue than the Java language?


4. Within the 37 APIs in question, how much did the experts allocate as between the declaring code and SSO vs. the implementing code original to Google (or someone other than Sun)?  What was the method of allocation?


5. Provide Court of Appeals decisions in which the non-infringing alternatives methodology used by Google was approved or disapproved.