IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**REQUEST FOR FURTHER RESPONSE RE FAIR USE INSTRUCTIONS**

By **MONDAY, APRIL 18 AT NOON**, both sides shall submit briefs **NOT TO EXCEED THREE PAGES** responding to each other's critiques of the Court's draft instructions on fair use.

Dated: April 14, 2016.

                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE