IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**REQUEST TO COUNSEL RE LAW REVIEW ARTICLES**

By **1:00 P.M. TODAY**, if possible, would each side please provide cites to one or two law review articles (not treatises) that comprehensively address how allocation of profits (or revenue) should be spread or allocated across numerous factors or ingredients contributing to profits (or revenue). The Court is particularly interested in what methods are recognized for weighting the ingredients or factors and the extent to which experts should consider all methods rather than selecting a result-oriented option.

Also, in your title in captions, please say more than "Response to ECF # X," and add a phrase like "Re Proposed Instruction on Fair Use."

Dated: April 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE