KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**RESPONSE TO THE COURT'S REQUEST FOR LAW REVIEW ARTICLES REGARDING ALLOCATION OF PROFITS OR REVENUES (ECF NO. 1669)**<br><br>Dept.     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

RESPONSE TO THE COURT'S REQUEST FOR LAW REVIEW ARTICLES REGARDING
ALLOCATION OF PROFITS OR REVENUES (ECF NO. 1669)
Case No.  3:10-cv-03561 WHA (DMR)

1050137.01

1  Pursuant to the Court's Request (ECF No. 1669), defendant Google Inc. ("Google") responds that it has not yet been able to locate law review articles responsive to the Court's request for law review articles that address the allocation of profits or revenues across the numerous factors that contribute to those profits or revenues, but expects to provide a further update with any citations to such articles that have been located no later than 3 p.m. this afternoon.

Dated: April 15, 2016         KEKER & VAN NEST LLP

                      By: */s/ Robert A. Van Nest*
                          ROBERT A. VAN NEST
                          CHRISTA M. ANDERSON
                          DANIEL PURCELL

                          Attorneys for Defendant
                          GOOGLE INC.

1
RESPONSE TO THE COURT'S REQUEST FOR LAW REVIEW ARTICLES REGARDING
ALLOCATION OF PROFITS OR REVENUES (ECF NO. 1669)
Case No.  3:10-cv-03561 WHA (DMR)

1050137.01