KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**FURTHER RESPONSE TO THE COURT'S REQUEST FOR LAW REVIEW ARTICLES REGARDING ALLOCATION OF PROFITS OR REVENUES (ECF NO. 1669)**<br><br>Dept.       Courtroom 8, 19th Fl.<br>Judge:      Hon. William Alsup |

FURTHER RESPONSE TO THE COURT'S REQUEST FOR LAW REVIEW ARTICLES REGARDING
ALLOCATION OF PROFITS OR REVENUES (ECF NO. 1669)
Case No.  3:10-cv-03561 WHA (DMR)

1050167.01

1  Pursuant to the Court's Request (ECF No. 1669), defendant Google Inc. ("Google") responds that it has located the following law review article responsive to the Court's request for law review articles that address the allocation of profits or revenues across the numerous factors that contribute to those profits or revenues:

- Eric E. Bensen, *Apportionment of Lost Profits in Contemporary Patent Damages Cases*, 10 Va. J. L. & Tech. 1, 29-44 (2005).

Dated: April 15, 2016                          KEKER & VAN NEST LLP

                                    By:   */s/ Robert A. Van Nest*
                                          ROBERT A. VAN NEST
                                          CHRISTA M. ANDERSON
                                          DANIEL PURCELL

                                          Attorneys for Defendant
                                          GOOGLE INC.

1
FURTHER RESPONSE TO THE COURT'S REQUEST FOR LAW REVIEW ARTICLES REGARDING ALLOCATION OF PROFITS OR REVENUES (ECF NO. 1669)
Case No.  3:10-cv-03561 WHA (DMR)

1050167.01