1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     (415) 391-5400
6  Facsimile:     (415) 397-7188

7  KING & SPALDING  LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Telephone:     (212) 556-2100
10 Facsimile:     (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DECLARATION OF RENNY HWANG IN SUPPORT OF ORACLE INC.'S ADMINISTRATIVE MOTION TO SEAL ORACLE'S RESPONSE TO ECF NO. 1598 [ECF NO. 1629]** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.       Courtroom 8, 19th Fl. |
| | Judge:      Hon. William Alsup |

17

18

19

20

21

22

23

24

25

26

27

28

1050204

1    I, RENNY HWANG, declare as follows:

2    1.    I am an attorney employed by Google Inc. ("Google"), where I have served as

3 senior litigation counsel for the last six years.  My job responsibilities include, but are not limited

4 to, supervising our outside counsel in connection with litigation matters (such as this one), as well

5 as familiarizing myself with the areas of Google's businesses and documentation concerning

6 those businesses as they relate to litigation matters under my supervision.  I submit this

7 declaration in support of Oracle's Administrative Motion to File Under Seal Oracle's Response to

8 ECF No. 1598 (ECF No. 1629).  I have knowledge of the facts set forth herein, and if called upon

9 as a witness, I could testify to them competently under oath.

10    2.    I have reviewed Oracle's Response to ECF No. 1598.  The following portions

11 contain sensitive information related to the confidential terms of Google's agreement with third

12 parties.

13    •    Page 7, line 22: contains third-party agreement terms and details which are

14    not public.

15    •    Page 8, lines 22-24: contain third-party agreement terms and details which

16    are not public.

17    3.    The information relating to third-party agreements that is quoted, discussed, and/or

18 summarized in the passages above is subject to stringent confidentiality requirements contained

19 within the relevant agreement.  Indeed, Google places strict limits on who has access to the terms

20 of these agreements to ensure confidentiality is retained.  Also, Google does not disclose this

21 information to the public.  Public disclosure of this information could severely and adversely

22 impact Google's ability to negotiate, among other things, similar terms with other third parties in

23 connection with similar agreements now or in the future.  Google only seeks to seal the specific

24 numbers and partner names in the above listed portions.

25    4.    These narrowly tailored portions of Oracle's Response to ECF No. 1598 should

26 therefore be sealed.

27

28

1

DECL. OF RENNY HWANG ISO ORACLE'S ADMIN. MOT. TO SEAL [ECF NO. 1629]
Case No.  3:10-cv-03561 WHA

1050204

1        I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct to the best of my knowledge.

3

4        Executed this 15th day of April, 2016 at Sunnyvale, California.

5

6

7                                            By: _____
                                                 RENNY HWANG
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF RENNY HWANG ISO ORACLE'S ADMIN. MOT. TO SEAL [ECF NO. 1629]
Case No.  3:10-cv-03561 WHA

1050204