IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**REQUEST FOR RESPONSE RE REFERENCES TO PRIOR PROCEEDINGS** |

    In their joint pretrial statement, counsel shall please state the extent to which any aspect of the proceedings before the Federal Circuit should be admitted or referenced before our jury, including recordings of the oral argument and statements made in the opinion of the appellate court. To the extent counsel disagree on admissibility, please cite authorities on point.

    Please also state the extent to which testimony and verdicts from the first trial should be presented to the jury and any objections thereto.

Dated: April 18, 2016.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE