ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ORACLE'S REPLY ISO ITS MOTION IN LIMINE #7 RE: DR. LEONARD**<br><br>Hearing: April 27, 2016, 8:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its Reply In
2  Support of Its Motion *in Limine* #7 Regarding Dr. Leonard under seal pursuant to Civil Local
3  Rules 7-11 and 79-5.

4  The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
5  this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
6  "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
7  public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
8  Protective Order § 14.4, ECF No. 66.

9  Google Inc. ("Google") has designated material discussed in Oracle's Reply as
10 "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant
11 to the Protective Order.  Therefore, Oracle moves to seal the following portions of its Reply:

| Page | Text to be sealed |
|---|---|
| Page 2-3 | Quotation to paragraph 33 of Dr. Leonard's Report found at page 2, line 21 through page 3, line 2. |

Oracle states no position as to whether disclosure of these materials would cause harm to Google or any third parties.

Dated:  April 18, 2016                    KAREN G. JOHNSON-MCKEWAN
                                          ANNETTE L. HURST
                                          GABRIEL M. RAMSEY
                                          PETER A. BICKS
                                          LISA T. SIMPSON
                                          Orrick, Herrington & Sutcliffe LLP


                                          By:     */s/ Andrew D. Silverman*


                                          Attorneys for Plaintiff
                                          ORACLE AMERICA, INC.

- 1 -                                     ADMIN. MOT. TO FILE UNDER SEAL
                                          ORACLE'S REPLY ISO MIL #7
                                          CV 10-03561 WHA