| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570)<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY (SBN 209218)<br>gramsey@orrick.com<br>405 Howard Street, San Francisco, CA  94105<br>Tel: 1.415.773.5700 / Fax: 1.415.773.5759<br>PETER A. BICKS (*pro hac vice*)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice*)<br>lsimpson@orrick.com<br>51 West 52nd Street, New York, NY  10019<br>Tel: 1.212.506.5000 / Fax: 1.212.506.5151<br><br>BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (*pro hac vice*)<br>dboies@bsfllp.com<br>333 Main Street, Armonk, NY  10504<br>Tel: 1.914.749.8200 / Fax: 1.914.749.8300<br>STEVEN C. HOLTZMAN (SBN 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Ste. 900, Oakland, CA  94612<br>Tel: 1.510.874.1000 / Fax: 1.510.874.1460<br><br>ORACLE CORPORATION<br>DORIAN DALEY (SBN 129049)<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER (SBN 95527)<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (SBN 211600)<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL (SBN 246058)<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway,<br>Redwood City, CA 94065<br>Tel: 650.506.5200 / Fax: 650.506.7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br>   v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ANDREW D. SILVERMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL REPLY ISO ORACLE'S MIL #7 REGARDING DR. LEONARD**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Andrew D. Silverman, declare and state as follows:

1. I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal Oracle's Reply in Support of its Motion *In Limine* #7 Regarding Dr. Leonard.

3. The following portion of Oracle's Reply contains material designated by Google as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" pursuant to the Protective Order:

| Page | Text to be sealed |
|---|---|
| Page 2-3 | Quotation to paragraph 33 of Dr. Leonard's Report found at page 2, line 21 through page 3, line 2. |

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of April, 2016, at New York, NY.

                                           */s/ Andrew D. Silverman*
                                           Andrew D. Silverman