ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>           Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>           Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S ADMIN MOT. TO FILE UNDER SEAL PORTIONS OF REPLY ISO MIL #7 RE: DR. LEONARD**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal
2  Portions of Oracle's Reply In Support of Motion in Limine #7 Regarding Dr. Leonard.  Having
3  considered the Administrative Motion to File Under Seal, the Declaration of Andrew D.
4  Silverman in support thereof, the pleadings on file, and any other relevant materials, the
5  Administrative Motion to File Under Seal is **GRANTED**.
6  **IT IS HEREBY ORDERED** that the designated portions of Oracle's Reply In Support of
7  Motion in Limine #7 should be sealed and that counsel for Oracle America, Inc. may file the
8  following portions under seal:

| Page | Text to be sealed |
|---|---|
| Page 2-3 | Quotation to paragraph 33 of Dr. Leonard's Report found at page 2, line 21 through page 3, line 2. |

IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER
CV 10-3561 WHA