| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@kvn.com |
| | CHRISTA M. ANDERSON - # 184325 |
| 3 | canderson@kvn.com |
| | DANIEL PURCELL - # 191424 |
| 4 | dpurcell@kvn.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone: (415) 391-5400 |
| 6 | Facsimile: (415) 397-7188 |
| 7 | KING & SPALDING LLP |
| | BRUCE W. BABER (pro hac vice) |
| 8 | bbaber@kslaw.com |
| | 1185 Avenue of the Americas |
| 9 | New York, NY 10036 |
| | Telephone: (212) 556-2100 |
| 10 | Facsimile: (212) 556-2222 |
| 11 | Attorneys for Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiffs, | **DECLARATION OF RENNY HWANG IN SUPPORT OF GOOGLE'S MOTION TO SEAL AND REDACT PORTION OF APRIL 13, 2016 TRANSCRIPT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Date:       May 26, 2016 |
| | Time:      8:00 a.m. |
| | Dept.      Courtroom 8, 19th Floor |
| | Judge:     Hon. William Alsup |

---

DECL. OF RENNY HWANG IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND SEAL
PORTION OF THE APRIL 13, 2016 HEARING TRANSCRIPT
Case No. 3:10-cv-03561 WHA

1051496

I, RENNY HWANG, declare as follows:

1. I am an attorney employed by Google Inc. ("Google"), where I have served as senior litigation counsel for the last six years. My job responsibilities include, but are not limited to, supervising our outside counsel in connection with litigation matters (such as this one), as well as familiarizing myself with the areas of Google's businesses and documentation concerning those businesses as they related to litigation matters under my supervision. I submit this declaration in support of Google's Motion to Redact and Seal Portion of the April 13, 2016 Hearing Transcript. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I have reviewed the transcript of the April 13, 2016 motion in limine hearing. On page 97, line 3 of the transcript Oracle's counsel disclosed confidential Android-related financial information. This information is derived from internal Google financial documents designated "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order.

3. Google considers this information to be extremely confidential and commercially sensitive. Google does not publicly allocate revenue or profits to Android separate and apart from Google's general business. Accordingly, Google considers the non-public financial data identified above to be highly sensitive, and public disclosure of that information could have significant negative effects on Google's business. Google only seeks to seal the specific number contained in the above listed line of the April 13, 2016 hearing transcript.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of April, 2016 at Los Altos, California.

By: _____
RENNY HWANG

1
DECL. OF RENNY HWANG IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND SEAL
PORTION OF THE APRIL 13, 2016 HEARING TRANSCRIPT
Case No. 3:10-cv-03561 WHA

1051496