KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>        v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND SEAL PORTION OF THE APRIL 13, 2016 HEARING TRANSCRIPT**<br><br>Date:        May 26, 2016<br>Time:       8:00 a.m.<br>Dept.       Courtroom 8, 19th Floor<br>Judge:      Hon. William Alsup |

DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND
SEAL PORTION OF THE APRIL 13, 2016 HEARING TRANSCRIPT
Case No.  3:10-cv-03561 WHA

1051497

1  I, MAYA KARWANDE, declare as follows:

2  1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Motion to Redact and Seal Portion of the April 13, 2016 Hearing Transcript. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3  2. During the April 13, 2016 hearing on motions in limine, counsel for Oracle disclosed information regarding Google's sensitive, non-public financial information associated with Android. April 13, 2016 Tr. at 97:3. This information was derived from internal Google financial documents that Google has designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order that governs this case. ECF No. 66. Oracle did not provide any advance notice to Google that it intended to disclose this highly confidential information at the hearing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 18th day of April, 2016 at San Francisco, California.

By: *[signature]*
Maya Karwande

---

1

DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO REDACT AND SEAL PORTION OF THE APRIL 13, 2016 HEARING TRANSCRIPT
Case No. 3:10-cv-03561 WHA

1051497