KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  CV 10-03561 WHA |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO REDACT AND SEAL PORTION OF THE APRIL 13, 2016 HEARING TRANSCRIPT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Date:            May 26, 2016<br>Time:           8:00 a.m.<br>Dept.           Courtroom 8, 19th Floor<br>Judge:         Hon. William Alsup |

[PROPOSED] ORDER GRANTING GOOGLE'S  MOTION TO REDACT AND SEAL PORTION OF THE
APRIL 13, 2016 HEARING TRANSCRIPT
Case No.  CV 10-03561 WHA

1051498

1     Before the Court is Defendant Google Inc.'s Motion to Redact and Seal Portion of the April 13, 2016 Hearing Transcript.  Having considered the Motion, the Declarations of Maya Karwande and Renny Hwang in support thereof, any pleadings on file and any other relevant materials that have been submitted for consideration, the Court hereby **GRANTS** Google's Motion.

    **IT IS HEREBY ORDERED** that Google's Motion to Redact and Seal Portion of the April 13, 2016 Hearing Transcript is granted, and the following portion of the April 13, 2016 hearing transcript containing highly-sensitive financial information be redacted and sealed:  page 97, line 3, portion containing dollar amount.

    **IT IS SO ORDERED**.

Dated:

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO REDACT AND SEAL PORTION OF THE
APRIL 13, 2016 HEARING TRANSCRIPT
Case No.  CV 10-03561 WHA

1051498