UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** April 19, 2016 | **Time:** 4 hours 35 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan | |

**Attorneys for Plaintiff:** Annette L. Hurst, Alyssa Caridis, Peter A. Bicks, Lisa T. Simpson, Gabriel Ramsey, Andrew Kim, Ayanna Lewis-Gruss

**Also Present:** Matthew Sarboraria; Debra Miller; Ruchika Agrawal

**Attorneys for Defendant:** Robert A. Van Nest, Reid P. Mullen, Christa Marine Anderson, Eugene Paige, Steven P. Ragland

**Also Present:** Renny Hwang; Dr. Kearl

**Attorney for Dr. Kearl:** John Cooper

PROCEEDINGS

[1685] Motion to Redact Transcript - HELD.
[1554] Oracle's Motion in Limine #4 Regarding Google's Damages Expert - HELD.
[1565] Google's Motion in Limine #6 to Exclude Portions of Expert Report and Testimony of James Malackowski - HELD.
[1582] Oracle's Motion in Limine #6 Re Rule 706 Expert - Continued to 4/20/16
[1584] Google's Motion to Strike Portions of Dr. Kearl's Report and Testimony - Continued to 4/20/16
[1619] Oracle's Motion in Limine #7 Re Reply Report of Google's Damages Expert Dr. Gregory Leonard. - Continued to 4/20/16.

RESULT OF HEARING

1. [1685] Motion to Redact Transcript - denied.
2. [1554] Oracle's Motion in Limine #4 - Taken under submission.
3. [1565] Google's Motion in Limine #6 - Taken under submission.
4. Five page brief due by 5 P.M. Thursday, April 21, 2016, from Google to answer the following questions: 1) Should the Court conduct *in camera* review of Google's privilege log entries relating to OpenJDK? 2) What evidence would indicate to a jury that JDK was a viable option? Submit any emails or memoranda reflecting OpenJDK as a legal contender.
5. Brief to be submitted to address whether we can consider items in Malackowski's reply report in evaluating whether Oracle carried its burden to show a causal nexus by April 21, 2016 by 5pm.
6. Agreed upon list of all witnesses to be submitted.