UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** April 20, 2016 | **Time:** 3 hours 45 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Pamela Batalo | |

**Attorneys for Plaintiff:** Annette L. Hurst, Alyssa Caridis, Peter A. Bicks, Lisa T. Simpson, Gabriel Ramsey, Andrew Kim, Robert Keele, Ayanna Lewis-Gruss

**Also Present:** Matthew Sarboraria; Debra Miller; Ruchika Agrawal

**Attorneys for Defendant:** Robert A. Van Nest, Christa Marine Anderson, Eugene Paige, Steven P. Ragland, Elizabeth Egan, Maya Karwande

**Also Present:** Renny Hwang; Dr. Kearl

**Attorney for Dr. Kearl:** John Cooper

### PROCEEDINGS

[1557] Google's Motion in Limine #1 to Exclude Certain Testimony from Expert Report of Dr. Chris F. Kemerer - HELD.
[1554] Oracle's Motion in Limine #4 Regarding Google's Damages Expert - HELD.
[1565] Google's Motion in Limine #6 to Exclude Portions of Expert Report and Testimony of James Malackowski - HELD.
[1582] Oracle's Motion in Limine #6 Re Rule 706 Expert - continued.
[1584] Google's Motion to Strike Portions of Dr. Kearl's Report and Testimony - continued.
[1619] Oracle's Motion in Limine #7 Re Reply Report of Google's Damages Expert Dr. Gregory Leonard. - continued.

### RESULT OF HEARING

1. Google's Motion in Limine #1 to Exclude Certain Testimony from Expert Report of Dr. Chris F. Kemerer - taken under submission.
2. Oracle's Motion in Limine #4 Regarding Google's Damages Expert - taken under submission.
3. Google's Motion in Limine #6 to Exclude Portions of Expert Report and Testimony of James Malackowski - taken under submission.
4. The Court orders a full day of testimony be arranged with expert Rohit Chatterjee.