| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:     (415) 773-5700/Fax:  (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:     (212) 506-5000/Fax:  (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:     (650) 506-5200/Fax:  (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:     (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia  30309<br>Telephone:   (404) 572-4600<br>Facsimile:     (404) 572-5100<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No.  CV 10-03561 WHA<br><br>**JOINT SUBMISSION OF PROPOSED SPECIAL VERDICT FORMS**<br><br>Dept.　　　　Courtroom 8, 19th Fl.<br>Judge:　　　Hon. William Alsup<br><br>Trial date:  May 9, 2016 |

**JOINT SUBMISSION OF PROPOSED SPECIAL VERDICT FORM**

Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, the parties hereby submit their proposed special verdict forms. As the parties were unable to reach agreement on the content of these verdict forms, each party has submitted its own separate proposal. Oracle's proposed special verdict form is attached as **Appendix A**. Google's proposed special verdict forms are attached as **Appendix B**.

Dated: April 20, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Christina Von der Ahe Rayburn*
KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON

Attorneys for Plaintiff
ORACLE AMERICA, INC.

Dated: April 20, 2016

KEKER & VAN NEST LLP

By: */s/ Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys For Defendant
GOOGLE INC.

## ATTESTATION

I, Christina Von der Ahe Rayburn, am the ECF User whose ID and password are being used to file the **JOINT SUBMISSION OF PROPOSED SPECIAL VERDICT FORMS**. I hereby attest that Bruce W. Baber, one of the counsel for Google Inc., has concurred in this filing.

Date:  April 20, 2016                           */s/ Christina Von der Ahe Rayburn*