# APPENDIX A

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                     SAN FRANCISCO DIVISION

9

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | |
| v. | **[ORACLE'S PROPOSED] SPECIAL** |
| GOOGLE INC. | **VERDICT FORM** |
| Defendant. | |

15        **YOUR ANSWERS MUST BE UNANIMOUS.**

16

17   1.   Is Google's use of Java 2 Standard Edition Version 1.4 and Java 2 Standard Edition

18        Version 5.0 a "fair use"?

19        Yes _____ (finding for Google)        No _____ (finding for Oracle)

20

21        **(ANSWER THE FOLLOWING QUESTIONS IF YOU ANSWERED "NO" TO QUESTION 1.)**

22

23   2.   Is Google's infringement willful?

24        Yes _____ (finding for Oracle)        No _____ (finding for Google)

25

26

27

28

1   3.      What amount of actual damages, if any, should Google pay to Oracle?

2           $ _____

3

4   4.      What amount of profits attributable to the infringement, if any, should Google pay to

5           Oracle?

6           $ _____

7

8   5.      What amount of statutory damages, if any, should Google pay to Oracle for infringement

9           of Oracle's copyrighted works?  (The award cannot be less than $750 nor more than

10          $30,000 for each work, unless Google's infringement was willful, in which case the award

11          for each work can be up to $150,000.)

12          Java Standard Edition 1.4:  $ _____

13          Java Standard Edition 5.0:  $ _____

14

15

16

17  Dated:                                    _____

18                                                          **FOREPERSON**

19

20

21

22

23

24

25

26

27

28

[ORACLE'S PROPOSED] SPECIAL VERDICT FORM