# APPENDIX B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**[GOOGLE'S PROPOSED]**<br><br>**SPECIAL VERDICT FORM –**<br><br>**LIABILITY PHASE** |

**YOUR ANSWER MUST BE UNANIMOUS.**

1.　Is Google's use in Android of the declarations and SSO of the 37 Java 2 Standard Edition Version 1.4 and Java 2 Standard Edition Version 5.0 API packages a fair use?

　　　　　　　Yes _____  (finding for Google)

　　　　　　　No  _____  (finding for Oracle)

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　　　　　　　　**FOREPERSON**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**[GOOGLE'S PROPOSED]**<br><br>**SPECIAL VERDICT FORM –**<br><br>**DAMAGES PHASE** |

**YOUR ANSWERS MUST BE UNANIMOUS.**

1. What amount of actual damages, if any, is Oracle entitled to recover as a result of Google's use of the declarations and SSO of the 37 Java SE API packages?

   $ _____

2. What amount of Google's profits that are attributable to Google's use of the declarations and SSO of the 37 Java SE API packages, if any, is Oracle entitled to recover?

   $ _____

3. Was Google's infringement willful?

        Yes _____ (finding for Oracle)

        No _____ (finding for Google)

4. What amount of statutory damages should Oracle be awarded for Google's use of the declarations and SSO of the 37 Java SE API packages?

        Java Standard Edition 1.4: $ _____

        Java Standard Edition 5.0: $ _____

Dated: _____     _____
                                                             **FOREPERSON**