KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE'S RULE 26(A)(3) DISCLOSURES**<br><br>Dept.         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup<br><br>Pretrial Conference:   April 27, 2016<br>Trial:                         May 9, 2016 |

Pursuant to Judge Alsup's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases ¶ 2(f) Google submits its Federal Rule of Civil Procedure 26(a)(3) exhibit and witness disclosures.

| | | |
|---|---|---|
| 1 | Dated: April 20, 2016 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | By: | /s/ Robert A. Van Nest |
| | | ROBERT A. VAN NEST |
| 4 | | CHRISTA M. ANDERSON |
| | | DANIEL PURCELL |
| 5 | | |
| 6 | | Attorneys for Defendant |
| | | GOOGLE INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28