KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No. 3:10-cv-03561 WHA (DMR)<br><br>**[CORRECTED] GOOGLE'S TRIAL WITNESS DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(3)**<br><br>Dept.     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Google Inc. ("Google") hereby discloses the following witnesses for the trial of this matter. These disclosures are made based on information that is reasonably available to Google at this time and at this stage of the proceedings. Further investigation and analysis may yield additional information. As additional information becomes available, Google reserves the right to supplement, revise, correct, clarify or otherwise amend these disclosures.

These disclosures are made without waiver of and without prejudice to any objections Google may have regarding the subject matter of these disclosures or individuals identified herein. Google expressly reserves all such objections.

## I. WITNESSES GOOGLE EXPECTS TO CALL.

Google presently expects to present the following witnesses at the trial of this matter, subject to Google's right to modify this list according to the developments in the case and rulings of the court.

| Name | Manner of Presentation | Contact Information |
|---|---|---|
| Owen Astrachan | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Terrence Barr | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Joshua Bloch | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Dan Bornstein | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| John Duimovich | Live or by deposition | c/o Hogan Lovells US LLP<br>875 Third Avenue<br>New York, NY 10022 |

| Name | Appearance | Contact |
|---|---|---|
| Larry Ellison | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Craig Gering | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Anwar Ghuloum | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Jon Gold | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Vineet Gupta | Live or by Deposition | 2963 Richland Avenue<br>San Jose, CA 95125 |
| Andrew Hall | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Urs Hoelzle | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Gregory Leonard | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Hiroshi Lockheimer | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Reto Meier | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Simon Phipps | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |

| Mark Reinhold | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
|---|---|---|
| Mike Ringhofer | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Hasan Rizvi | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Andrew Rubin | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Billy Rutledge | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Jonathan Schwartz | Live | Laurence F. Pulgram, ESQ.<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>(415) 875-2390 |
| Eric Schmidt | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Itamar Simonson | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Henrik Stahl | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |

## II.     WITNESSES GOOGLE MAY CALL.

Google may call the following witnesses at the trial of this matter, subject to Google's right to modify this list according to the developments in the case and rulings of the court.

3

| Name | Manner of Presentation | Contact Information |
|---|---|---|
| Patrick Brady | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Alan Brenner | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Rick Cattell | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Safra Catz | Live | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Leo Cizek | Live or by deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| David Hofert | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Jim Kolotouros | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| James Kearl | Live or by Deposition | John L. Cooper<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, California  94104 |
| Thomas Kurian | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Scott McNealy | Live | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |

| | | |
|---|---|---|
| Larry Page | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Georges Saab | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Edward Screven | Live or by deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Edward Senteno | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Donald Smith | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Brian Swetland | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Mark Wayne | Live or by Deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Susan Wojcicki | Live | Counsel for Google<br>Keker and Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111 |
| Oracle's Rule 30(b)(6) corporate designees | Live or by deposition | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Oracle's Custodian of Records | Live | Counsel for Oracle<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |

In addition to the witnesses identified above, Google may call witnesses for rebuttal and may call witnesses identified on Oracle's witness list. Google will counter-designate testimony of various witnesses designated by Oracle pursuant to Judge Alsup's Guidelines for Trial and Final

5
[CORRECTED] GOOGLE'S 26(A)(3) TRIAL WITNESS DISCLOSURE
Case No. 3:10-cv-03561 WHA

1049187.01

1 | Pretrial Conference in Civil Jury Cases.  Should Oracle introduce any deposition testimony it has
2 | designated for witnesses not at trial, Google reserves the right, in rebuttal, to introduce the
3 | testimony it has have counter-designated.
4 | Dated: April 8, 2016                                         KEKER & VAN NEST LLP

By:   */s/ Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.