# APPENDIX A

| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE'S FED. R. CIV. P. 26(a)(3) WITNESS LIST** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

Plaintiff Oracle America, Inc. ("Oracle") hereby submits its witness list for all phases of the trial, pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases. These disclosures are made based on information that is reasonably available to Oracle at this time and at this stage of the proceedings. Further investigation and analysis may yield additional information. As additional information becomes available, Oracle reserves the right to supplement, revise, correct, clarify or otherwise amend these disclosures.

Oracle identifies the name and contact information of each witness it expects to present or may present at trial, other than solely for impeachment.

**I.   LIVE WITNESSES**

Oracle expects to present live testimony from the following witnesses:

| Witness | Contact Information |
|---|---|
| Bloch, Joshua | Former Google. 199 Cordelia Ave., San Jose, CA 95129-4211. 408-446-2996 or 408-529-9254 or 408-628-2487 or 408-772-5995 or 408-772-5996. |
| Brenner, Alan | Oracle. Contact through Oracle's counsel. |
| Catz, Safra | Oracle. Contact through Oracle's counsel. |
| Ellison, Larry | Oracle. Contact through Oracle's counsel. |
| Google Document Custodian | Google. Contact through Google's counsel. |
| Google Records Authenticator | Google. Contact through Google's counsel. |
| Hofert, David | Oracle. Contact through Oracle's counsel. |
| Jaffe, Adam | Expert retained by Oracle. Contact through Oracle's counsel. |
| Kemerer, Chris | Expert retained by Oracle. Contact through Oracle's counsel. |
| Kurian, Thomas | Oracle. Contact through Oracle's counsel. |
| Lindholm, Timothy | Google. Contact through Google's |

| Witness | Contact Information |
|---|---|
| | counsel. |
| Malackowski, James | Expert retained by Oracle. Contact through Oracle's counsel. |
| McFadden, Andrew | Former Google.  675 Starbush Dr. 1, Sunnyvale, CA 94086-8245.  408-249-2520 or 408-590-8655. |
| Murray, Gwyn Firth | Expert retained by Oracle. Contact through Oracle's counsel. |
| Oracle Document Custodian | Oracle. Contact through Oracle's counsel. |
| Oracle Records Authenticator | Oracle. Contact through Oracle's counsel. |
| Page, Larry | Alphabet. Contact through Google's counsel. |
| Poore, Noel | Oracle. Contact through Oracle's counsel. |
| Reinhold, Mark | Oracle.  Contact through Oracle's counsel. |
| Ringhofer, Mike | Oracle. Contact through Oracle's counsel. |
| Rubin, Andy | Former Google.  Currently at Playground Global, partially funded by Google.  240 3rd Street, Suite 302, Los Altos, CA 94022-3617. |
| Saab, Georges | Oracle. Contact through Oracle's counsel. |
| Schmidt, Doug | Expert retained by Oracle.  Contact through Oracle's counsel. |
| Schmidt, Eric | Alphabet.  Contact through Google's counsel. |
| Smith, Donald | Oracle. Contact through Oracle's counsel. |
| Stahl, Henrik | Oracle. Contact through Oracle's counsel. |
| Swetland, Brian | Google. Contact through Google's counsel. |
| Toubia, Oliver | Oracle expert. Contact through Oracle's counsel. |
| Zeidman, Robert | Oracle expert. Contact through Oracle's counsel. |

Oracle reserves the right to call any witness identified by Google.

In addition, Oracle may present live testimony from the following witnesses:

| Witness | Contact Information |
| --- | --- |
| Agarwal, Aditya | Google. Contact through Google's counsel. |
| Bornstein, Daniel | Former Google. 65 Norfolk St., Unit 5, San Francisco, CA 94103-4357. 415-269-3433. |
| Brin, Sergey | Former Google. c/o Eugenia Brin. 27301 Black Mountain Rd., Los Altos, CA 94022 |
| Civjan, Neal | Former Oracle. 901 Sycamore Dr., Palo Alto, CA 94303 |
| Cizek, Leo | Oracle. Contact through Oracle counsel. |
| Dare, Tiki | Oracle. Contact through Oracle counsel. |
| DeSalvo, Chris | Former Google. Currently at Slack, funded by Google Ventures. 23 Boardman Place, Apt. D, San Francisco, CA 94103 |
| Ghuloum, Anwar | Google. Contact through Google counsel. |
| Gupta, Vineet | Former Oracle and Sun. 2963 Richland Avenue, San Jose, CA 95125. |
| Hoelzle, Urs | Google. Contact through Google counsel. |
| Kearl, James | FRE 706 court-appointed expert. Contact through John Cooper, Esq., Farella Braun & Martel LLP. |
| Lee, Bob | Former Google. 75 Sierra St., Apt. 402, San Francisco, CA 94107-2870. 314-518-4945 or 314-537-6570. |
| Lee, Jaehyou "Jerry" | Oracle. Contact through Oracle counsel. |
| Lin, Felix | Google. Contact through Google counsel. |
| Lockheimer, Hiroshi | Google. Contact through Google counsel. |
| Mazzocchi, Stefano | Google. Contact through Google counsel. |
| McNealy, Scott | Former Sun. |
| Miner, Rich | Google Ventures. Contact through Google's counsel. |

| Witness | Contact Information |
|---|---|
| Morrill, Daniel | Former Google.  Currently at Playground Global, partially funded by Google Ventures.  2149 Junction Ave., Apt. 5, Mountain View, CA 94043-2849.  518-387-6761 or 954-667-7455. |
| Pfefferlen, Michael H. | Oracle.  Contact through Oracle's counsel. |
| Screven, Edward | Oracle.  Contact through Oracle's counsel. |
| Senteno, Edward | Oracle.  Contact through Oracle's counsel. |
| Stillabower, Scott | Oracle.  Contact through Oracle's counsel. |
| Sutphin, Brian | Former Oracle.  1800 Doris Dr., Menlo Park, CA 94025-6102.  650-322-4429 or 650-322-7161 or 650-387-6331. |
| Washington, Ed | Former Oracle.  1079 W. Parr Ave., Campbell, CA 95008. |
| Wayne, Mark | Oracle.  Contact through Oracle's counsel. |
| Zavery, Amit | Oracle.  Contact through Oracle's counsel. |

## II.  DEPOSITION TESTIMONY AND TRIAL TESTIMONY

Oracle may present testimony from the following witnesses by deposition, even if such witnesses testify live.  Oracle also reserves the right to present the deposition testimony of any witnesses listed above who are unavailable to testify at trial:

| Witness | Contact Information |
|---|---|
| Agarwal, Aditya | Google.  Contact through Google's counsel. |
| Astrachan, Owen | Google's expert witness.  Contact through Google's counsel. |
| Bloch, Joshua | Former Google.  199 Cordelia Ave., San Jose, CA 95129-4211.  408-446-2996 or 408-529-9254 or 408-628-2487 or 408-772-5995 or 408-772-5996. |
| Bornstein, Daniel | Former Google.  65 Norfolk St., Unit 5, San Francisco, CA 94103-4357.  415-269-3433. |

| Witness | Contact Information |
|---|---|
| Brady, Patrick | Google. Contact through Google's counsel. |
| Ghuloum, Anwar | Google. Contact through Google's counsel. |
| Holzle, Urs | Google. Contact through Google's counsel. |
| Lee Robert, | Former Google. 75 Sierra St., Apt. 402, San Francisco, CA 94107-2870. 314-518-4945 or 314-537-6570. |
| Lindholm, Timothy | Google. Contact through Google's counsel. |
| Lockheimer, Hiroshi | Google. Contact through Google's counsel. |
| McFadden, Andrew | Former Google. 675 Starbush Dr. 1, Sunnyvale, CA 94086-8245. 408-249-2520 or 408-590-8655. |
| Meier, Reto | Google. Contact through Google's counsel. |
| Miner, Rich | Google Ventures. Contact through Google's counsel. |
| Morrill, Daniel | Former Google. Currently at Playground Global, partially funded by Google Ventures. 2149 Junction Ave., Apt. 5, Mountain View, CA 94043-2849. 518-387-6761 or 954-667-7455. |
| Page, Larry | Alphabet. Contact through Google's counsel. |
| Rubin, Andy | Former Google. Currently at Playground Global, partially funded by Google. 240 3rd Street, Suite 302, Los Altos, CA 94022-3617. |
| Schmidt, Eric | Alphabet. Contact through Google's counsel. |
| Swetland, Brian | Google. Contact through Google's counsel. |

Oracle may also present testimony from the following witnesses by designation of their testimony at the previous trial, even if such witnesses testify live.

| Witness | Contact Information |
|---|---|
| Astrachan, Owen | Google's expert witness. Contact through Google's counsel. |
| Bloch, Joshua | Former Google. 199 Cordelia Ave., San Jose, CA 95129-4211. 408-446-2996 or 408-529-9254 or 408-628-2487 or 408-772-5995 or 408-772-5996. |
| Bornstein, Daniel | Former Google. 65 Norfolk St., Unit 5, San Francisco, CA 94103-4357. 415-269-3433. |
| Morrill, Daniel | Former Google. Currently at Playground Global, partially funded by Google Ventures. 2149 Junction Ave., Apt. 5, Mountain View, CA 94043-2849. 518-387-6761 or 954-667-7455. |
| Schmidt, Eric | Alphabet. Contact through Google's counsel. |
| Swetland, Brian | Google. Contact through Google's counsel. |

Oracle reserves the right to designate the prior deposition or trial testimony of any Google witness for the purpose of authenticating documents or other evidence. Oracle further reserves the right to designate testimony from any witness identified by Google.

Dated: April 9, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Christina Von der Ahe Rayburn*
Christina Von der Ahe Rayburn

Attorneys for Plaintiff
ORACLE AMERICA, INC.