*Oracle America, Inc. v. Google Inc.*, **Case No. 10-3561**

Juror Number: _____                Print All Answers Neatly in the Spaces Provided
                                    And Continue Answers as Needed on Reverse Side.

**1. Full name**: _____

**2. Marital status:** _____  **3. Age** _____

**4. How far did you go in school?** _____

**5. Your most recent:**

    Occupation: _____

    Employer: _____

**6. If applicable, your spouse's/partner's most recent:**

    Occupation: _____

    Employer: _____

**7. Do you have any substantial training or experience in these areas?** (Check all that apply.)

- ☐ Law/Litigation
- ☐ Accounting/Finance
- ☐ Intellectual property/Copyrights/Patents/Licensing
- ☐ Computer programming/Software development

    **If yes to any, please explain:** _____

    _____

**8. In the last ten years, have you or a loved one:**

    a. Been a party or a witness in any lawsuit?   ☐ Yes   ☐ No

    b. Felt that an important idea or invention had been stolen from you or a household member?   ☐ Yes   ☐ No

    c. Been accused of stealing an idea or invention?   ☐ Yes   ☐ No

    d. Invented something or applied for a copyright, trademark, or patent, or been in a dispute over one?   ☐ Yes   ☐ No

    **If yes to any, please explain**: _____

    _____

    _____

    _____

**9. In this lawsuit, Oracle America, Inc., is accusing Google Inc. of infringing certain of its Java software copyrights in connection with Google's Android operating system and is seeking a large damage award. Google denies any wrongdoing. Please answer these questions:**

    a. What, if anything, have you already heard or read about this case? (You must NOT look up anything about the dispute.)

    _____

    _____

    _____

    b. What smartphones have you used in the last ten years?

    _____

    _____

    c. Have you or a loved one, within the last ten years, been employed by, owned stock in, or had any business relationship with Oracle, Google, or Sun Microsystems, Inc.?

        ☐ Yes    ☐ No

    **If yes, please explain:** _____

    _____

    _____

    d. Do you have a strong opinion, favorable or unfavorable, about any of the following potential witnesses?

| | |
|---|---|
| Larry Ellison | Andy Rubin |
| Jonathan Schwartz | Eric Schmidt |
| Larry Page | Safra Catz |

        ☐ Yes, I have a strong opinion.

        ☐ No, I have no strong opinion.

    e. Do you have a strong opinion, favorable or unfavorable, about this lawsuit or the parties to it or their counsel?

        ☐ Yes, I have a strong opinion.

        ☐ No, I have no strong opinion.

    f. On the back of this page is a list of all potential witnesses. Please circle each that you personally are acquainted with.

**10. Is there anything about your ability to serve as a fair and impartial juror that you would like to take up more privately with the judge (with the parties' counsel present) but out of the presence of other potential jurors?**   ☐ Yes   ☐ No

I swear that the foregoing is true and correct under penalty of perjury.

**Signature:** _____    **Date:** May ____, 2016.