# EXHIBIT A

| | | |
|---|---|---|
| From: | Andy Rubin. | Sent:11/12/2006 9:26 PM. |
| To: [ - ] | Cédric Beust . | |
| Cc: [ - ] | android-team@google.com. | |
| Bcc: [ - ] | . | |
| Subject: | Re: [android-team] Fwd: Java News from Sun. | |

They say they will be announcing a "link exception" as well. We'll have to see exactly what it says, but in the best case it could mean we can use their libs and even vm, if any of it is good.


On Nov 12, 2006, at 8:39 PM, Cédric Beust ?? wrote:

> GPL... <sigh>
>
> --
> Cedric
>

_____
android-team mailing list
android-team@google.com
https://mailman.corp.google.com/mailman/listinfo/android-team

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00076080