# EXHIBIT B

| | | |
|---|---|---|
| From: | Andy Rubin. | Sent:11/12/2006 10:49 PM. |
| To: [ - ] | Brian Swetland. | |
| Cc: [ - ] | android-team@google.com. | |
| Bcc: [ - ] | . | |
| Subject: | Re: [android-team] Fwd: Java News from Sun. | |

"However, Sun is employing the so-called "classpath exception," a
license addition that allows the company to place limits on the
software that the GPL covers, Green said.

The effect is that programmers who create applications using Sun's
open-source versions of Java can use choose a different license for
their applications, he said. "
>

> http://news.com.com/Sun+picks+GPL+license+for+Java+code/
> 2100-7344_3-6134584.html?tag=nefd.top



On Nov 12, 2006, at 10:32 PM, Brian Swetland wrote:

> [Brian Swetland <swetland@google.com>]
>> [Andy Rubin <arubin@google.com>]
>>> They say they will be announcing a "link exception" as well. We'll
>>> have to see exactly what it says, but in the best case it could mean
>>> we can use their libs and even vm, if any of it is good.
>>
>> I strongly suspect the SE/EE stuff will be too heavy to work well
>> embedded, but you never know. The exact wording of a link exception
>> will be interesting to watch -- certainly if the libraries were
>> strict
>> GPL it would seriously limit what you could do with this.
>
> Oh -- they actually said ME. Libraries for that could be interesting
> indeed if the link exception is sane. If it's their reference ME
> implementation, vm performance would probably be pretty uninteresting.
>
> Hosting a GPL'd VM may or may not be possible, depending on how
> the GPL is interpreted with regards to JNI linkage. If one can
> actually provide JNI loadable .so libraries that are not tainted by
> being loaded/linked into a running VM (probably depends on
> interpretation of the GPL's linking clauses and any link exceptions),
> one might be able to get away with it.
>
> One question we likely will have to deal with if they have J2ME under
> GPL (which is a reasonable license, if not ideal) is "why didn't you
> just use that?"
>
> Not that I'm saying we should use Sun's VM just because it's out there
> and fropen source, but this is something we should have an answer too.
> I suspect "performance" will be the big one.
>
> Brian

_____
android-team mailing list
android-team@google.com
https://mailman.corp.google.com/mailman/listinfo/android-team