# EXHIBIT C

| From: | Steve Horowitz. | | Sent:11/12/2006 9:50 PM. |
|---|---|---|---|
| To: [ - ] | Andy Rubin. | | |
| Cc: [ - ] | . | | |
| Bcc: [ - ] | . | | |
| Subject: | Re: [android-team] Fwd: Java News from Sun. | | |

Fascinating... So that might work for us then.

On 11/12/06, Andy Rubin <arubin@google.com> wrote:

Apps have to link with the class libraries. GPL is viral through link, so that means that any app written on top would also be GPL.

Sun will offer a rider that says that linking with their libs will not trigger the viral nature of GPL.

On Nov 12, 2006, at 9:41 PM, Steve Horowitz wrote:

That's what I was thinking... The license terms should be very interesting. What's a "link exception"?

On 11/12/06, Andy Rubin < arubin@google.com > wrote:

I called and left a message friday, no return. This should jolt her into reality.

On Nov 12, 2006, at 9:37 PM, Steve Horowitz wrote:

Anything from Shari?

On 11/12/06, Andy Rubin <arubin@google.com> wrote:

They say they will be announcing a "link exception" as well. We'll have to see exactly what it says, but in the best case it could mean we can use their libs and even vm, if any of it is good.

On Nov 12, 2006, at 8:39 PM, Cédric Beust 🐾 wrote:

> GPL... <sigh>
>
> --
> Cedric
>

_____

android-team mailing list
android-team@google.com
https://mailman.corp.google.com/mailman/listinfo/android-team

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-01-00025452

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025453