IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 10-03561 WHA<br><br>**ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE RE MOTION TO EXCLUDE TESTIMONY OF DR. KEMERER** |

　　　　As stated at the hearing on Wednesday, Oracle shall make Rohit Chatterjee available for deposition and such deposition shall be taken by **APRIL 27**. Within **THREE DAYS** following the deposition, Google shall file a supplemental brief **NOT TO EXCEED EIGHT PAGES** detailing the results of that deposition. Oracle may respond within **TWO DAYS** thereafter.

　　　　Additionally, no hearing will be scheduled for Tuesday. The Court will hear argument on the remaining motions *in limine* at the final pretrial conference on Wednesday.

　　　　**IT IS SO ORDERED.**

Dated: April 22, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE