IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE TIMELINE**

    Counsel shall agree on a non-argumentative timeline to be handed to the jury that includes eight to ten important dates. If you can't agree on the eight to ten, then each side can nominate four or five. This will be on a large poster board and a handout. It should show the approximate time frame from 2005 to 2015 running left to right. The purpose is to give the jury a quick reference to place events as emails and testimony are presented. Please bring this to the final pretrial conference.

    **IT IS SO ORDERED.**

Dated: April 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE