IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE BRIEFING ON JONATHAN SCHWARTZ**

On Oracle's motion in limine re Jonathan Schwartz, both sides must fully brief the issue regarding his statement, "We didn't feel we had any grounds."  By **NOON ON MONDAY, APRIL 25**, Oracle shall file its complete motion setting forth its motion in limine grounds, including the actual basis for any privilege.  Please do not rely on prior statements by the judge.  Prove up the privilege.  By **NOON ON WEDNESDAY, APRIL 27**, Google must respond (and expand on any proffer).  Please try to limit yourselves to twelve pages per side.

**IT IS SO ORDERED.**

Dated: April 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE