| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Tel: (415) 773-5700/Fax: (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Tel: (212) 506-5000/Fax: (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel: (650) 506-5200/Fax: (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 556-2100<br>Fax: (212) 556-2222<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No.  CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE THE DEPOSITION OF ROHIT CHATTERJEE**<br><br>**Dept.**:　Courtroom 8, 19th Floor<br>**Judge**:　Hon. William H. Alsup |

**STIPULATION**

WHEREAS, the Court has ordered that Plaintiff Oracle America, Inc. ("Oracle") produce Rohit Chatterjee for deposition by April 27, 2016;

WHEREAS, counsel for Oracle has represented to counsel for Google that Mr. Chatterjee is dealing with a serious family medical issue, limiting scheduling and which will prevent scheduling of Mr. Chatterjee's deposition until April 28, 2016;

WHEREAS, Oracle and Google (collectively, the "Parties") conferred and agreed, in light of Oracle's representations regarding the witness's availability, that Mr. Chatterjee would be produced for deposition on April 28, 2016 in San Francisco;

WHEREAS, the supplemental briefing schedule set forth in ECF 1717 regarding Dr. Kemerer shall, relative to the deposition of Rohit Chatterjee, remain the same, as reflected below;

NOW, THEREFORE, the Parties AGREE AND STIPULATE that:

(i) Rohit Chatterjee's deposition will be held in San Francisco on April 28, 2016.

(ii) Within THREE DAYS following the deposition, Google shall file a supplemental brief NOT TO EXCEED EIGHT PAGES detailing the results of that deposition. Oracle may respond within TWO DAYS thereafter.

Dated: April 22, 2016                    ORRICK HERRINGTON & SUTCLIFEE LLP

                                         By:   */s/ Gabriel M. Ramsey*
                                                GABRIEL M. RAMSEY

                                         Attorneys for Plaintiff
                                         ORACLE AMERICA, INC.

Dated: April 22, 2016                    KEKER & VAN NEST LLP

                                         By:   */s/ Eugene M. Paige*
                                                EUGENE M. PAIGE

Attorneys For Defendant
GOOGLE, INC.

**ATTESTATION OF CONCURRENCE**

I, Gabriel M. Ramsey, the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Deposition of Rohit Chatterjee, hereby attest that Eugene Paige has concurred in this filing.

Dated: ___April 22, 2016_____          By:    ___/s/ Gabriel M. Ramsey_____

**[PROPOSED] ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____          _____
                                        Honorable William H. Alsup
                                        Judge of the United States District Court