| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:     (415) 773-5700/Fax:   (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:     (212) 506-5000/Fax:   (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:    (650) 506-5200/Fax:   (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel:  (212) 556-2100<br>Fax:  (212) 556-2222<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                              Plaintiff,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No.  CV 10-03561 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE TESTIMONY OF JONATHAN SCHWARTZ**<br><br>**Dept.**:       Courtroom 8, 19th Floor<br>**Judge**:     Hon. William H. Alsup |

## **STIPULATION**

WHEREAS Oracle filed a summary motion *in limine* seeking to exclude portions of former Sun CEO Jonathan Schwartz's prior testimony from the retrial in this matter, ECF 1696 at 18;

WHEREAS Google filed a summary opposition opposing Oracle's motion *in limine*, ECF 1696 at 19;

WHEREAS the Court ordered full briefing on Oracle's summary motion *in limine* from both parties, ECF 1723;

WHEREAS Oracle and Google (collectively the "Parties") conferred and agreed that a mutual stipulated agreement would resolve Oracle's outstanding motion *in limine* without the need for further motion practice;

NOW, THEREFORE, the Parties AGREE AND STIPULATE that:

To resolve Oracle's Summary Motion in Limine No. 8, ECF 1696 at 18, Google agrees not to attempt to elicit from Mr. Schwartz or use at trial the testimony by Mr. Schwartz that "we didn't have any grounds" for litigation against Google over Android. If Oracle opens the door to this testimony by asking Mr. Schwartz or any other witness whether Sun had legal grounds to sue Google over Android, by presenting testimony (solicited or not) from any Oracle witness on this issue, or through attorney argument, Google will thereafter not be limited by this agreement. If Google believes the door has been opened to this issue, Google agrees to seek clearance from the Court before attempting to use Mr. Schwartz's prior testimony. Nothing in this agreement should be read to limit Oracle or Google from presenting evidence or argument on any issue not specifically identified herein.

| | | |
|---|---|---|
| Dated: April 25, 2016 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | */s/ Peter A. Bicks*<br>PETER A. BICKS |
| | | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| Dated: April 25, 2016 | | Keker & Van Nest LLP |
| | By: | */s/ Robert A. Van Nest*<br>ROBERT A. VAN NEST |
| | | Attorneys For Defendant<br>GOOGLE INC. |

**ATTESTATION OF CONCURRENCE**

I, Peter A. Bicks, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding the Testimony of Jonathan Schwartz, hereby attest that Robert Van Nest has concurred in this filing.

Dated: April 25, 2016        By:        */s/ Peter A. Bicks*

**[PROPOSED] ORDER**

The foregoing stipulation is approved, and Oracle's Summary Motion in Limine Re. the Testimony of Jonathan Schwartz, ECF 1696 at 18, is denied as moot without prejudice to refiling in the event it is no longer moot.  IT IS SO ORDERED.

Date: _____        _____
                                   Honorable William H. Alsup
                                   Judge of the United States District Court

2
JOINT STIP. & [PROPOSED] ORDER RE THE TESTIMONY OF J. SCHWARTZ
Case No.  CV 10-03561 WHA