1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
6  Facsimile:    (415) 397-7188

7  KING & SPALDING  LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Telephone:    (212) 556-2100
10 Facsimile:    (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 ORACLE AMERICA, INC.,                    Case No.  3:10-cv-03561 WHA

17            Plaintiffs,                   **GOOGLE INC.'S ADMINISTRATIVE
                                            MOTION TO SEAL GOOGLE'S
18      v.                                  RESPONSE TO REQUEST FOR
                                            BRIEFING RE ADMISSIBILITY OF
19 GOOGLE INC.,                             PRIOR STATEMENTS IN CASE**

20            Defendant.
                                            Dept.        Courtroom 8, 19th Fl.
21                                          Judge:       Hon. William Alsup

22

23

24

25

26

27

28

1054299

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby moves to file under seal Google's Response to Request for Briefing re: Admissibility of Prior Statements.  Google seeks to file under seal the portions of the response that summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order.  The portions of this response that summarize, quote from, or reproduce portions of materials designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" are set forth in the Declaration of Kate Lazarus in Support of Google's Motion to Seal.  Google states no position on whether disclosure of the information designated by Oracle would result in competitive harm to Oracle.

Dated:  April 25, 2016

KEKER & VAN NEST LLP


By:   s/ Robert A. Van Nest

ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.

1054299