KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF KATE LAZARUS IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL GOOGLE'S RESPONSE TO REQUEST FOR BRIEFING RE ADMISSIBILITY OF PRIOR STATEMENTS IN CASE**<br><br>Dept.　　Courtroom 8, 19th Fl.<br>Judge:　　Hon. William Alsup |

DECL. OF KATE LAZARUS ISO GOOGLE'S MOT. TO SEAL GOOGLE'S RESPONSE TO REQUEST
FOR BRIEFING RE ADMISSIBILITY OF PRIOR STATEMENTS
Case No. 3:10-cv-03561 WHA

1054300

1  I, Kate Lazarus, declare as follows:

2  I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc.

3  ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this

4  declaration in support of Google's Administrative Motion to Seal Google's Response to Request

5  for Briefing re: Admissibility of Prior Statements. I have knowledge of the facts set forth herein,

6  and if called to testify as a witness thereto could do so competently under oath.

7  The following portion of Google's Response summarize, quote from, or reproduce

8  portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY

9  CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this

10 case:

11  • Page 5, lines 2-5: text after "For example" until end of sentence.

12  I declare under penalty of perjury that the foregoing is true and correct and that this

13  declaration was executed at San Francisco, California on April 25, 2016.

By: /s/ Kate Lazarus

KATE E. LAZARUS

---

1

DECL. OF KATE LAZARUS ISO GOOGLE'S MOT. TO SEAL GOOGLE'S RESPONSE TO REQUEST
FOR BRIEFING RE ADMISSIBILITY OF PRIOR STATEMENTS
Case No. 3:10-cv-03561 WHA (DMR)

1054300