KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER RE GOOGLE INC.'S MOTION TO SEAL GOOGLE'S RESPONSE TO REQUEST FOR BRIEFING RE ADMISSIBILITY OF PRIOR STATEMENTS IN CASE**<br><br>Dept.         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

[PROPOSED] ORDER RE MOT. TO SEAL GOOGLE'S RESPONSE TO REQUEST FOR BRIEFING RE
ADMISSIBILITY OF PRIOR STATEMENTS
Case No.  3:10-cv-03561 WHA

1054302

**IT IS HEREBY ORDERED** that the designated portions of the following document should be sealed and that counsel for Google Inc. may file the following under seal:

| | |
|---|---|
| Google's Response to Request for Briefing re: Admissibility of Prior Statements | Google: None <br> Oracle: Page 5, lines 2-5 |

**IT IS SO ORDERED.**

Dated: _____

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE MOT. TO SEAL GOOGLE'S RESPONSE TO REQUEST FOR BRIEFING RE
ADMISSIBILITY OF PRIOR STATEMENTS
Case No.  3:10-cv-03561 WHA

1054302