IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**REQUEST FOR RESPONSES<br>RE PRIOR STATEMENTS** |

    By **5:00 P.M. TOMORROW**, both sides shall please respond to each other's briefs regarding the admissibility of prior statements. Google should respond in particular to the items Oracle contends were conclusively established by the copyrightability holding of the court of appeals.

Dated: April 25, 2016.

                                                                   WILLIAM ALSUP<br>                                                                   UNITED STATES DISTRICT JUDGE