1
ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California  94105-2669
Tel:    (415) 773-5700/Fax:  (415) 773-5759

PETER A. BICKS (pro hac vice)
pbicks@orrick.com
LISA T. SIMPSON (pro hac vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York  10019-6142
Tel:    (212) 506-5000/Fax:  (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel:    (650) 506-5200/Fax:  (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222

Attorneys For Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No.  CV 10-03561 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE TESTIMONY OF JONATHAN SCHWARTZ**<br><br>**Dept.**:    Courtroom 8, 19th Floor<br>**Judge**:    Hon. William H. Alsup |

## **STIPULATION**

WHEREAS Oracle filed a summary motion *in limine* seeking to exclude portions of former Sun CEO Jonathan Schwartz's prior testimony from the retrial in this matter, ECF 1696 at 18;

WHEREAS Google filed a summary opposition opposing Oracle's motion *in limine*, ECF 1696 at 19;

WHEREAS the Court ordered full briefing on Oracle's summary motion *in limine* from both parties, ECF 1723;

WHEREAS Oracle and Google (collectively the "Parties") conferred and agreed that a mutual stipulated agreement would resolve Oracle's outstanding motion *in limine* without the need for further motion practice;

NOW, THEREFORE, the Parties AGREE AND STIPULATE that:

To resolve Oracle's Summary Motion in Limine No. 8, ECF 1696 at 18, Google agrees not to attempt to elicit from Mr. Schwartz or use at trial the testimony by Mr. Schwartz that "we didn't have any grounds" for litigation against Google over Android.  If Oracle opens the door to this testimony by asking Mr. Schwartz or any other witness whether Sun had legal grounds to sue Google over Android, by presenting testimony (solicited or not) from any Oracle witness on this issue, or through attorney argument, Google will thereafter not be limited by this agreement.  If Google believes the door has been opened to this issue, Google agrees to seek clearance from the Court before attempting to use Mr. Schwartz's prior testimony.  Nothing in this agreement should be read to limit Oracle or Google from presenting evidence or argument on any issue not specifically identified herein.

1   Dated:  April 25, 2016                        ORRICK, HERRINGTON & SUTCLIFFE LLP

2

3                                         By:    /s/ Peter A. Bicks
                                                 PETER A. BICKS
4

5                                                Attorneys for Plaintiff
                                                 ORACLE AMERICA, INC.
6

7   Dated:  April 25, 2016                        Keker & Van Nest LLP

8
                                          By:    /s/ Robert A. Van Nest
9                                                ROBERT A. VAN NEST

10
                                                 Attorneys For Defendant
11                                               GOOGLE INC.

12

13

14                          **ATTESTATION OF CONCURRENCE**

15          I, Peter A. Bicks, the ECF User whose ID and password are being used to file this Joint

16   Stipulation and [Proposed] Order Regarding the Testimony of Jonathan Schwartz, hereby attest

17   that Robert Van Nest has concurred in this filing.

18     Dated:     April 25, 2016              By:      /s/ Peter A. Bicks

19

20

21

22                             [PROPOSED] ORDER

23          The foregoing stipulation is approved, and Oracle's Summary Motion in Limine Re. the

24   Testimony of Jonathan Schwartz, ECF 1696 at 18, is denied as moot without prejudice to refiling

25   in the event it is no longer moot.  IT IS SO ORDERED.

26

27   Date:    April 25, 2016.              _____

28                                         Honorable William H. Alsup
                                           Judge of the United States District Court

2