| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Tel: (415) 773-5700/Fax: (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Tel: (212) 506-5000/Fax: (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel: (650) 506-5200/Fax: (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 556-2100<br>Fax: (212) 556-2222<br><br>Attorneys For Defendant<br>GOOGLE, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**STIPULATED JOINT TIMELINE**<br><br>**Dept.**: Courtroom 8, 19th Floor<br>**Judge**: Hon. William H. Alsup |

Pursuant to the Court's Order (ECF No. 1718), Oracle America, Inc., and Google Inc. jointly submit this list of agreed timeline entries to be provided to the jury. The parties are working to prepare the timeline itself to be presented to the jury and will submit it as soon as possible.

*Timeline:*

| | |
|---|---|
| May 1995: | Sun Releases Java programming language and Java Platform |
| February 2002: | Sun releases Java 2 SE, v 1.4 |
| October 2003: | Android, Inc. founded |
| September 2004: | Sun releases Java 2 SE, v. 5.0 |
| July 2005: | Google acquires Android, Inc. |
| August 2005-May 2006: | Google and Sun discuss potential development collaboration regarding the Java Platform and Android; no deal reached |
| November 2007: | Google releases Android Software Development Kit and publicly announces Open Handset Alliance |
| October 2008: | HTC releases HTC Dream, first Android-based phone |
| April 2009: | Oracle agrees to acquire Sun |
| January 2010: | Oracle acquisition of Sun is completed |
| August 2010: | Oracle files Complaint against Google |

| | |
|---|---|
| Dated:  April 26, 2016 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By:  /s/  Annette L. Hurst<br>ANNETTE L. HURST |
| | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| Dated:  April 26, 2016 | Keker & Van Nest LLP |
| | By:  /s/ Robert A. Van Nest<br>ROBERT A. VAN NEST |
| | Attorneys For Defendant<br>GOOGLE, INC. |

**ATTESTATION OF CONCURRENCE**

I, Annette Hurst, the ECF User whose ID and password are being used to file this Stipulated Joint Timeline, hereby attest that Robert Van Nest has concurred in this filing.

Dated:  4/26/2016                                   By:   /s/ Annette L. Hurst