IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE GALLERY SEATING RESTRICTION**

Until the jury is sworn, the advocacy teams must all fit at counsel table and share the first row on the judge's right, so as to leave adequate room for the venire, the public, and the press.

Once the jury is sworn, we will need to leave adequate space in the public seating for the press and the public, so counsel shall please take only one row each (on one side only) unless and until circumstances allow relaxation of this restriction.

Possibly we will have overflow seating in another room.

Public and press will be seated on a first-come basis.

**IT IS SO ORDERED.**

Dated: April 27, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE