UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: April 27, 2016 | Time: 2 hours 43 minutes | Judge: WILLIAM ALSUP |
|---|---|---|
| Case No.: 10-cv-03561-WHA | Case Name: Oracle America, Inc. v. Google Inc. | |
| Deputy Clerk: Angella Meuleman | Court Reporter: Pamela Batalo | |

**Attorneys for Plaintiff:** Peter A. Bicks, Annette L. Hurst, Alyssa Caridis, Lisa T. Simpson, Gabriel Ramsey, Andrew Kim, Robert Keele, Ayanna Lewis-Gruss, Andrew Silverman

**Also Present:** Matthew Sarboraria; Debra Miller; Ruchika Agrawal

**Attorneys for Defendant:** Robert A. Van Nest, Christa Marine Anderson, Eugene Paige, Steven P. Ragland, Maya Karwande, Reid Mullen, Matthias Kamber, Bruce W. Baber, Michael Kwun

**Also Present:** Renny Hwang; Dr. Kearl

**Attorney for Dr. Kearl:** John Cooper

### PROCEEDINGS

PRETRIAL CONFERENCE - HELD.

[1552] Oracle's Motion in Limine #2 to Exclude Evidence of Apache, Apache Harmony, and GNU Classpath - Oral Argument HELD.

### RESULT OF HEARING

1. Joint Witness List submitted in court. One numbered paper exhibit for each witness will be the official document.
2. Stipulations and one page statement questionnaire will be read to the jury.
3. Glossary of technical terminology to be created for juror use.
4. Opening statements will be one hour for each. Oracle will be first for opening statements. Google will be first for closing statements.
5. Jury will be instructed of two phases.
6. Corporate representatives to be present at trial are identified as Georges Saab for Oracle and Catherine Lacavera for Google.
7. No direct communication with witnesses while on cross-examination.
8. Top 15 to 20 documents to be submitted in a binder for Judge Alsup.
9. Jury Selection: a panel of 60 to 70 jurors will be cleared for cause; 12 jurors, 4 alternates selected. Each side will have 40 minutes for voir dire. Oracle and Google are each alloted 15 hours in Phase I and 5 hours in Phase II.
10. [1552] Motion in Limine #2 to Exclude Evidence of Apache, Apache Harmony, and GNU Classpath - to be taken under submission. The Court ordered two hours of deposition testimony for expert Mr. Phipps on Java issue.