| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Tel: (415) 773-5700/Fax: (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Tel: (212) 506-5000/Fax: (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel: (650) 506-5200/Fax: (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>       Defendant. | Case No. CV 10-03561 WHA<br><br>**JOINT SUBMISSION RE: WHAT IS AND IS NOT COPYRIGHT PROTECTED AND THE MEANING OF DECLARING CODE AND SSO**<br><br>Dept.    Courtroom 8, 19th Fl.<br>Judge:   Hon. William Alsup<br><br>Trial date: May 9, 2016 |

**JOINT SUBMISSION REGARDING COPYRIGHT PROTECTION, DECLARING CODE, AND STRUCTURE, SEQUENCE, AND ORGANIZATION**

Pursuant to the Court's Order (ECF No. 1688), the parties met and conferred in person on drafting "a paragraph to explain to the jury precisely what was (and was not) copyrightable and to explain what structure, sequence, and organization and declaring code mean." As the parties were unable to reach agreement, each party has submitted its own separate proposal. Oracle's proposed explanation is attached as **Appendix A**. Google's proposed explanation is attached as **Appendix B**.

Dated: April 28, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Andrew D. Silverman*
KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON

Attorneys for Plaintiff
ORACLE AMERICA, INC.

Dated: April 28, 2016

KEKER & VAN NEST LLP

By: */s/ Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys For Defendant
GOOGLE INC.

**ATTESTATION**

I, Andrew D. Silverman, am the ECF User whose ID and password are being used to file the **JOINT SUBMISSION REGARDING COPYRIGHT PROTECTION, DECLARING CODE, AND STRUCTURE, SEQUENCE, AND ORGANIZATION**.  I hereby attest that Bruce W. Baber, one of the counsel for Google Inc., has concurred in this filing.

Date:  April 28, 2016                                              */s/ Andrew D. Silverman*