# APPENDIX A

**Oracle's Proposed Definition of Declaring Code and SSO**

The Java API is a set of prewritten computer programs, generally organized into packages, classes, and methods. The packages, classes, and methods are comprised of both declaring code and implementing code. The declaring code, sometimes referred to as declarations, is human-readable source code the purpose of which is to understand and make use of the implementing code. The declaring code organizes and specifies the elements of the API, such as packages, classes, interfaces, methods, and fields. The implementing code carries out the functions. The declaring code also creates the structure, sequence, and organization ("SSO") of the Java API. The SSO reflects the relationship between and among the elements of the API. The declaring code and the SSO of the Java API are each protected by copyright. Oracle's copyright does not extend to the idea of organizing code into packages, classes and methods, but it does protect the specific declaring code and SSO of Oracle's Java API. Google's copying of the declaring code and SSO of 37 Java API packages is therefore copyright infringement unless Google establishes the defense of fair use