| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Tel: (415) 773-5700/Fax: (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Tel: (212) 506-5000/Fax: (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel: (650) 506-5200/Fax: (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**JOINT SUBMISSION OF AGREED-ON STATEMENT OF THE CASE**<br><br>**Dept.**:　Courtroom 8, 19th Floor<br>**Judge**:　Hon. William Alsup |

**JOINT SUBMISSION OF PROPOSED NEUTRAL STATEMENT**

Pursuant to the Court's Order (ECF 1710), the parties met and conferred regarding "an agreed-on statement of the case" to be read to the venire as part of the jury selection process. Following the Court's guidance at the final pre-trial conference, the parties have reached agreement on the following statement:

> The plaintiff in this case is Oracle America, Inc. (formerly known as Sun Microsystems), and the defendant is Google Inc.  This is a case involving claims of copyright infringement.
>
> In November 2007, Google announced a new operating system called Android, which has been used in devices such as smartphones and tablets.  Android uses certain parts of a copyrighted software platform called Java SE owned by Oracle.
>
> Oracle contends that Android's use of this material infringes Oracle's copyrights.  Google contends that Android does not infringe those copyrights because its use is a "fair use" under the law.  Oracle also seeks billions of dollars of damages.  Google denies that Oracle is entitled to any damages.

Dated:  April 28, 2016                                     ORRICK HERRINGTON & SUTCLIFEE LLP

                                                By:     */s/ Peter A. Bicks*
                                                          PETER A. BICKS

                                                          Attorneys for Plaintiff
                                                          ORACLE AMERICA, INC.

Dated:  April 28, 2016                                     KEKER & VAN NEST LLP

                                                By:     */s/ Matthias A. Kamber*
                                                          MATTHIAS A. KAMBER

                                                          Attorneys For Defendant
                                                          GOOGLE INC.

## ATTESTATION OF CONCURRENCE

I, Matthias A. Kamber, the ECF User whose ID and password are being used to file this Joint Submission of Agreed-On Statement of the Case, hereby attest that Peter A. Bicks has concurred in this filing.

Dated: ___April 28, 2016_____   By: ____/s/ Matthias A. Kamber_____