1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON (*pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
15  dorian.daley@oracle.com
    DEBORAH K. MILLER (SBN 95527)
16  deborah.miller@oracle.com
    MATTHEW M. SARBORARIA (SBN 211600)
17  matthew.sarboraria@oracle.com
    RUCHIKA AGRAWAL (SBN 246058)
18  ruchika.agrawal@oracle.com
    500 Oracle Parkway,
19  Redwood City, CA 94065
    Tel: 650.506.5200 / Fax: 650.506.7117

20  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23                  SAN FRANCISCO DIVISION

24  ORACLE AMERICA, INC.          | Case No. CV 10-03561 WHA

25            Plaintiff,          | **DECL. OF ANDREW D. SILVERMAN IN
                                  | SUPPORT OF ORACLE'S OPPOSITIONS TO
       v.                         | GOOGLE'S MOTIONS IN LIMINE NOS. 3 & 5**
26  GOOGLE INC.                   |
                                  | Hearing: TBA
27            Defendant.          | Dept.: Courtroom 8, 19th Floor
                                  | Judge: Honorable William H. Alsup
28

I, Andrew D. Silverman, declare and state as follows:

1.      I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of Oracle's Oppositions to Google's Motions *in Limine* Nos. 3 & 5 Regarding Privacy & Antitrust (ECF 1558) and the Lindholm Email (ECF 1555).

2.      Attached hereto as Exhibit A is a true and correct copy of an email from Lisa T. Simpson to Matthias Kamber dated November 11, 2015.

3.      Attached hereto as Exhibit B is a true and correct copy of an email from Matthias Kamber to Lisa T. Simpson dated November 25, 2015.

4.      Attached hereto as Exhibit C is a true and correct copy of an email from Reid Mullen to Robert Uriarte dated April 26, 2016.

5.      Attached hereto as Exhibit D is a true and correct copy of the relevant excerpts of the Deposition of Timothy Lindholm, dated September 7, 2011.

6.      Attached hereto as Exhibit E is a true and correct copy of the relevant excerpts of the Deposition of Daniel Morrill, dated July 12, 2011.

7.      Attached hereto as Exhibit F is a true and correct copy of the relevant excerpts of the Deposition of Aditya Kumar Agarwal, dated April 8, 2011.

8.      Attached hereto as Exhibit G is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of Andrew Rubin, dated August 18, 2011.

9.      Attached hereto as Exhibit H is a true and correct copy of the relevant excerpts of the Deposition of Urs Hozle, dated November 24, 2015.

10.     Attached hereto as Exhibit I is a true and correct copy of the relevant excerpts of the Deposition of Eric Schmidt, dated August 23, 2011.

11.     Attached hereto as Exhibit J is a true and correct copy of the relevant excerpts of

SILVERMAN DECL. ISO ORACLE'S OPPS. TO
GOOGLE'S MIL NOS. 3 & 5
CV 10-03561 WHA

the Deposition of James Kolotorous, dated January 26, 2016.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed this 29th day of April, 2016, at New York, NY.

*/s/ Andrew D. Silverman*