# EXHIBIT C

**Archived:** Thursday, April 28, 2016 5:21:46 PM
**From:** Reid P. Mullen
**Sent:** Tuesday, April 26, 2016 6:44:58 PM
**To:** Uriarte, Robert L.; DALVIK-KVN
**Cc:** Oracle/Google-OHS Only
**Subject:** RE: Oracle v Google- Joint Witness List for Jury Questionnaire
**Importance:** Normal

Thanks, Rob.  The list looks okay for the purposes of tomorrow's submission, but by agreeing to this list we do not waive any objections that we have to the witnesses that Oracle has included.  In particular:

1.   Google objects to any attempt by Oracle to call witnesses who were never disclosed on Oracle's initial disclosures, including Sergey Brin, Jaehyou "Jerry" Lee, Stefano Mazzocchi, Scott Stillabower, Tiki Dare, and Edward Senteno.  We have previously objected to these witnesses. (Oracle also did not disclose Rohit Chatterjee, but Mr. Chatterjee will be deposed later this week pursuant to court order).

2.   Google also objects to any attempt by Oracle to call Mathew Sarboraria and Thomas Angioletti, both of whom Oracle initially disclosed but later indicating that it was withdrawing, and whom Oracle omitted from its Rule 26(a)(3) trial witness disclosures.

Because these objections may not be resolved before the Court wishes to include witness names in the jury questionnaire, we will agree to submit the list in its current form, but Google expressly preserves all objections.

Reid

---

**Reid P. Mullen**
Attorney at Law

**KEKER & VAN NEST** LLP

415 773 6694 direct  |  vCard  |  rmullen@kvn.com
633 Battery Street, San Francisco, CA 94111-1809  |  415 391 5400
main  |  kvn.com

---

**From:** Uriarte, Robert L. [mailto:ruriarte@orrick.com]
**Sent:** Tuesday, April 26, 2016 4:11 PM
**To:** DALVIK-KVN
**Cc:** Oracle/Google-OHS Only
**Subject:** Oracle v Google- Joint Witness List for Jury Questionnaire

Counsel:

Attached please find a draft of a joint witness list for the back of the jury questionnaire. Per Judge Alsup's order we are supposed to submit this tomorrow.  This list includes all of the witnesses identified in Appendix B and Appendix C to the parties' Joint Proposed Final Pretrial Order.

Please confirm that this document includes all of Google's witnesses and let us know if you have any edits this evening.

Thank you

Rob



**ROBERT L. URIARTE**
*Managing Associate*

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

tel +1-650-289-7105
fax +1-650-614-7401
ruriarte@orrick.com
bio • vcard

www.orrick.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.