# EXHIBIT E

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4

 5    _____

 6    ORACLE AMERICA, INC.,   )

 7           Plaintiff,       )

 8        vs.                 ) No. CV 10-03561 WHA

 9    GOOGLE, INC.,           )

10           Defendant.       )

11    _____)

12

13

14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16

17       Videotaped Deposition of DANIEL MORRILL,

18       taken at 333 Twin Dolphin Drive, Suite

19       400, Redwood Shores, California, commencing

20       at 9:43 a.m., Tuesday, July 12, 2011,

21       before Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 248
```

Page 1

## Page 70

1      THE WITNESS: Yes, I understand that that was
2  a goal.
3      Q. BY MR. MUINO: Okay.
4      A. Some of the classes.
5      MR. MUINO: Okay, I'm going to mark as the
6  next exhibit an email chain from Barry Schnitt,
7  S-C-H-N-I-T-T, to Andy Rubin, and it copies Dan Morrill,
8  among others. It's dated November 10th, 2007.
9      (Exhibit 224 was marked for identification.)
10     Q. BY MR. MUINO: This is quite a long email
11 chain. Let me tell you which portions I want to ask you
12 about. If you look at the pages with the number in the
13 lower right-hand corner that ends with 561, 560, 559, and
14 558, proceeding backwards like that.
15     A. So you're starting with 560?
16     Q. Yeah, 561.
17     A. 561. Okay.
18     Q. Uh-huh.
19     A. And --
20     Q. And if you just take a look and first tell me
21 if you recall this email chain generally.
22     A. Yes, I have read through the pages you
23 mentioned, and I do recall this exchange.
24     Q. Okay. So I want to start on the page that's
25 marked 561 in the lower right-hand corner. Those are the

## Page 71

1  last three digits of the page.
2      A. Okay.
3      Q. And about maybe a quarter of the way down,
4  there is a section that you wrote. And it starts by
5  saying: "I disagree and say we definitely need to have
6  the term 'open source' on this page."
7      Do you see that?
8      A. I do.
9      Q. Do you recall what the page was that was
10 being discussed here?
11     A. If -- I believe -- I'm not a hundred percent
12 sure -- but I believe that this was referring to the --
13 you know, what would be known as the landing page of the
14 SDK site.
15     Q. The Android SDK site?
16     A. Yes, that's correct.
17     Q. And why did you think it was important to
18 have the term "open source" on that landing page?
19     A. When we -- when Google made the
20 announcement -- well, hold on one moment. Let me --
21 okay. So this was November 10th. We announced Android
22 publicly on November 5th, and the first version of the
23 SDK was intended to be released and planned to be
24 released on the 12th.
25     So the context of this exchange is we were

## Page 72

1  preparing the site that would go along with the SDK
2  launch. And so on the 5th, we had -- and Andy Rubin, I
3  believe specifically it was, stated that Android would be
4  an open platform and would be open source.
5      And so I, being aware of that, was expressing
6  concern that we would not be discussing open source when
7  we launched the SDK site.
8      Q. Okay. Was it important -- did you believe it
9  was important to promote Android as open source at this
10 time period?
11     A. Android was not -- the source code was not
12 planned to be released on the 12th, but given that we had
13 just referred to it, you know, several days prior, I felt
14 that it was important to clarify, you know, the open
15 source situation.
16     Q. Okay. Why wasn't Android open sourced at
17 this point in time?
18     A. I don't know.
19     Q. Do you know if -- strike that.
20     What was Google's plan for generating profits
21 from Open Source Android?
22     MR. WEINGAERTNER: Objection to form.
23     Q. BY MR. MUINO: To your knowledge?
24     A. I don't know. They -- what they -- I can
25 tell you what they told us.

## Page 73

1      Q. Uh-huh.
2      A. Which is consistent with the public message
3  that they gave on this topic.
4      Q. Yes. What did they tell you?
5      A. That -- I don't recall the exact phrasing,
6  but essentially the message repeated frequently was that
7  the more people use the internet, the more they do
8  searches, and the more they do searches, the more likely
9  they are to use Google to do so and therefore create
10 revenue for Google through advertising.
11     Q. Okay. So Google expected to profit from
12 Android by increasing the number of people who were doing
13 searches on Google's search engine?
14     MR. WEINGAERTNER: Objection to form.
15     THE WITNESS: That is the stated -- that's
16 what we were told.
17     Q. BY MR. MUINO: Okay. And that increase in
18 revenue would come from search advertising revenues. Is
19 that what you were told?
20     A. That's what we were told.
21     Q. Okay. Okay. So I want to flip back in that
22 document to the page that's marked 559. And I want to
23 look at the portion at the bottom. This is the portion
24 that you wrote. In particular, I want to look at the
25 second paragraph, the last sentence of the second