# EXHIBIT F

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                              1

 1                   UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN FRANCISCO DIVISION

 4

 5    ORACLE AMERICA, INC.,             )

 6             Plaintiff,               )

 7        vs.                           )   No. CV 10-03561 WHA

 8    GOOGLE, INC.,                     )

 9             Defendant.               )

10    _____)

11

12

13

14                   -- ATTORNEYS' EYES ONLY --

15

16       Videotaped deposition of ADITYA KUMAR AGARWAL,

17       taken at the law offices of King & Spalding LLP,

18       333 Twin Dolphin Drive, Redwood Shores,

19       California, commencing at 9:31 a.m.,

20       Friday, April 8, 2011, before Leslie Rockwood,

21       RPR, CSR No. 3462.

22

23

24

25       PAGES 1 - 117
```

**Page 22**

1  A. When you say "costs," what exactly do you
2  mean? What exactly do you mean?
3  Q. Why don't you define costs for me -- your
4  understanding of costs.
5  A. My understanding of costs is any cost related    09:51:24
6  to serving off those ads on Android devices. And yes, we
7  do cover for those costs.
8  Q. All right. Thank you.
9  Let's talk about how Google makes its revenue
10 on Android. This article lists a number of potential    09:51:53
11 revenue sources. I'd like you to identify for me --
12 A. Can I take some time to read this article?
13 Q. Well, the questions are not really based on
14 the article. They're more abstract. So if you can just
15 listen to my questions.    09:52:07
16 A. Okay. So then this is not related to the
17 article?
18 Q. Just listen to the questions, please.
19 MR. BABER: No. I object. If the witness
20 wants to read the article, I believe he has a right to    09:52:13
21 read the article.
22 MS. RUTHERFORD: Well, the question is not
23 about to the article. So let me ask the question.
24 MR. BABER: The witness is still allowed to
25 read the document you put in front of him, if he desires    09:52:23

**Page 23**

1  to.
2  MS. RUTHERFORD: You can take it with you and
3  read it.
4  Q. Now, my question is -- my question to you is:
5  Does -- is one of Google's ways of obtaining revenue for    09:52:26
6  Android sharing deals with carriers that support Android
7  and handset makers when they include Google applications?
8  A. Now, is this related to this article?
9  Q. The question is independent of that article.
10 A. I don't understand what the question is.    09:52:46
11 Q. Does -- is one of the ways that Google makes
12 revenue off of Android a revenue sharing deals with
13 carriers that support Android and handset makers when
14 they include Google applications?
15 A. Can you elaborate what your question means?    09:53:00
16 Q. What word did you not understand?
17 A. About revenue sharing with carriers and
18 Google applications.
19 Q. And which part of that did you not
20 understand?    09:53:15
21 A. What do you mean by "revenue sharing on
22 Google applications"?
23 Q. Okay. Do you have some understanding in your
24 role as someone who reports the revenue of Android what
25 revenue sharing means?    09:53:27

**Page 24**

1  A. Yes.
2  Q. Could you elaborate your understanding of
3  that?
4  A. We revenue share with partners on Google
5  Search -- on the revenues generated from ads on Google    09:53:41
6  Search and other related websites. On other
7  applications, I don't recall.
8  Q. So as far as Google Search goes, you -- one
9  of the ways that Android makes money is revenue sharing
10 on Google Search with its partners; correct?    09:54:02
11 MR. BABER: I object to the form.
12 THE WITNESS: Again, I don't understand the
13 question.
14 Q. BY MS. RUTHERFORD: Okay. I'm just using
15 your words in your answer. You said, "We revenue share    09:54:18
16 with partners on Google Search." And I'm asking you, is
17 that one of the ways in which Android generates revenue
18 is revenue sharing with partners on Google Search?
19 A. I said revenue sharing from ads revenues on
20 Google Search.    09:54:35
21 Q. Okay. With that modification, is that how --
22 one of the ways in which Android generates revenue?
23 A. That's how we give money to our partners.
24 That's not how we generate revenue. We generate revenue
25 from ads shown on Google Search on Android devices.    09:54:51

**Page 25**

1  Q. Right.
2  A. Yeah.
3  Q. Okay. That's one way. Is another way that
4  Android makes money or generates revenue a transaction
5  fee that Google charges from Android-based applications?    09:55:08
6  A. Trans -- can you elaborate your question?
7  Transaction fees?
8  Q. Do you charge any fees for Android-based
9  applications?
10 A. Not that I'm aware of.    09:55:27
11 Q. Do you -- is -- do you know what the Android
12 Market is?
13 A. Yes.
14 Q. Could you explain for the record what that
15 is?    09:55:39
16 A. Android Market is a place where people can go
17 and buy apps.
18 Q. "Apps" as in applications?
19 A. That's right.
20 Q. And is that one of the ways in which Android    09:55:52
21 makes money, off of those applications that are sold on
22 the Android Market?
23 A. Android Market has free applications as well
24 as paid applications. Obviously, free is free. And
25 short-paid applications, we only get a very small portion    09:56:06

Pages 22 to 25