# EXHIBIT H

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,      )
 6             Plaintiff,       )
 7       vs.                    )   No. CV 10-03561 WHA
 8   GOOGLE, INC.,              )
 9             Defendant.       )
10   _____)
11
12
13       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--
14
15       Videotaped Federal Rule 30(b)(6), Topics 8 and 10,
16       Volume 2, deposition of ANDREW E. RUBIN, taken at
17       the law offices of King & Spalding LLP, 333 Twin
18       Dolphin Drive, Suite 400, Redwood Shores,
19       California, commencing at 9:01 a.m., on Thursday,
20       August 18, 2011, before Leslie Rockwood, RPR,
21       CSR No. 3462.
22
23
24
25   PAGES 34 - 162
```

34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 71**

1  A. Yes.
2  Q. Did you write -- did you create this
3  presentation?
4  A. I created parts of it.
5  Q. Okay. Why don't you turn to the very last    09:42:20
6  page. It has the production number ending in 363. And I
7  wanted to ask you about the bottom set of bullet points
8  under the heading "For Google."
9  Do you see that?
10  A. I might be on the wrong page here. Sorry.    09:42:37
11  I'm on the wrong page.
12  Q. No problem.
13  MS. ANDERSON: Feel free to give yourself a
14  chance to look at whatever you need.
15  Q. BY MR. HOLTZMAN: Sure. I'm just --    09:42:46
16  directing your attention, I'm going to ask you questions
17  about the bottom set of bullet points under "For Google."
18  Do you see where I am?
19  A. Yes.
20  Q. Okay. And the bullet point under "For    09:43:02
21  Google" -- let me strike that.
22  The heading of this page says: "Plan: Beat
23  Microsoft and Symbian to volume by offering an Open
24  Source handset solution."
25  Did I read that correctly?    09:43:15

**Page 72**

1  A. Yes, you did.
2  Q. So as part of the plan referred to on this
3  slide, the bullet point under "For Google" reads:
4  "Deploy an Open Source handset platform with built-in
5  Google services."    09:43:28
6  Do you see that?
7  A. Yes. I should comment that these were
8  actually not part of the presentation. They were backup
9  slides to the presentation. So they actually weren't
10  shared with the group.    09:43:37
11  Q. Okay. That's fine. Nonetheless, they were
12  written by you or a member of your group; correct?
13  MS. ANDERSON: Objection. Form.
14  THE WITNESS: Presumably, yes.
15  Q. BY MR. HOLTZMAN: And the bullet point I just    09:43:47
16  read, what's -- the reference to built-in Google
17  services, what did that mean?
18  MS. ANDERSON: Objection. Form.
19  THE WITNESS: I believe it meant shipping
20  Google applications on top of handsets.    09:44:02
21  Q. BY MR. HOLTZMAN: And in your answer, you
22  said Google applications. What do you mean by Google
23  applications?
24  A. Applications such as Gmail.
25  Q. So that's what's meant by built-in Google    09:44:14

**Page 73**

1  services?
2  A. Yeah, the third check box under that point.
3  Q. And that third check point says: "Enable
4  Google applications such as Gmail and local out of the
5  box." Correct?    09:44:27
6  A. Yes.
7  Q. Was deploying an Open Source handset platform
8  with built-in Google services a part of Google's business
9  model for Android at the time this was written?
10  MS. ANDERSON: Objection.    09:44:41
11  THE WITNESS: In September 2005, yes, it was.
12  Q. BY MR. HOLTZMAN: Why?
13  A. Because I think that was a market
14  differentiator. Handsets before then didn't have a lot
15  of applications from Google.    09:44:54
16  Q. What handsets are you referring to in that
17  answer?
18  A. The handsets of the time, Blackberry,
19  Symbian, Microsoft. The title of this slide is about
20  Microsoft and Symbian.    09:45:15
21  Q. Specifically beating Microsoft and Symbian to
22  volume; correct?
23  A. Yes.
24  Q. The volume of what, by the way?
25  A. Smartphones.    09:45:23

**Page 74**

1  Q. Now, you referred in one of your previous
2  answers to having Google applications on your -- on
3  Android's smartphones being a differentiator. Can you
4  just explain more what you mean by that?
5  A. Well, I think that -- I mean, to consumers,    09:45:35
6  you know, at the time all smartphones looked the same.
7  They could make and receive phone calls, they had an
8  address book. They were great communications devices,
9  but they weren't very good internet devices. And I think
10  the opportunity at the time was to basically make phones    09:45:53
11  feel and behave like your desktop and laptop computers,
12  be better customers of the internet. And we thought that
13  was the -- that was the opportunity for Android.
14  And obviously Google, as an internet company,
15  would see great benefit to distributing their    09:46:10
16  applications such as Gmail and local onto the -- onto
17  what we thought was going to be the next wave of
18  computing devices.
19  Q. What was the nature of that great benefit to
20  Google?    09:46:25
21  A. Distribution.
22  Q. And how does distribution translate into a
23  benefit to Google?
24  A. The more people that use Google services, the
25  more opportunity Google has to get new customers.    09:46:35

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 75**

1  Q. And why does getting new customers matter to
2  Google?
3  A. Because Google can advertise to them.
4  Q. And why does advertising to those customers
5  matter to Google?                                    09:46:48
6  A. Obviously, there's a -- there's a -- that's
7  Google's core business.
8  Q. And that core business generates revenue for
9  Google; correct?
10  A. Yes.                                             09:47:00
11  Q. And that's at least one of the reasons that
12  that core business is important to Google; correct?
13  A. That it generates revenue?
14  Q. Yes.
15  A. You're asking me if making money is important    09:47:07
16  to Google?
17  Q. That's what I'm asking you.
18  A. Yes.
19  Q. I want to go back to the part of this slide
20  that reads: "Challenge Symbian and Microsoft by beating    09:47:19
21  them to volume in the handset space."
22  Why, if at all, was volume in the handset
23  space important to Google?
24  A. Distribution.
25  Q. So distribution translating into revenue for    09:47:32

**Page 76**

1  Google; correct?
2  A. Ultimately -- again, the way Google's
3  business works is it's heavily based on consumer choice.
4  So just because a handset has Gmail or local services
5  doesn't mean the consumer is going to use them. So    09:47:47
6  distribution is key to basically expose consumers to
7  Google's services.
8  The wireless industry used to work in a
9  different way where we were actually restricted from what
10  we could put on handsets. So users weren't permitted    09:47:59
11  access Google even if they wanted to.
12  So I think just having the ability to access
13  Google's services was one of the key strategies.
14  Q. How was Google restricted from what Google
15  could put on handsets by -- outside the Android context?    09:48:18
16  MS. ANDERSON: Objection. Form, beyond the
17  scope.
18  THE WITNESS: In the time -- and we're
19  talking about 2005 -- feature phones were the prevalent
20  phone platform. Not all the feature phones could access    09:48:31
21  the internet. So there was a technology problem, number
22  one. And secondly, the wireless ecosystem created new
23  standards that were parallels to the internet.
24  For example, they created a standard called
25  WAP, which was roughly equivalent to the internet    09:48:48

**Page 77**

1  standard of the web, but it was what the industry
2  typically referred to as a walled garden, meaning that it
3  was exclusive to the industry and it -- they did not
4  permit outsiders to interact with them.
5  Q. BY MR. HOLTZMAN: And the outsiders in that    09:49:03
6  answer would include Google?
7  A. Yes.
8  Q. You can put that document aside I think for
9  now.
10  Have you ever had discussions with the    09:49:20
11  executive management at Google about problems with mobile
12  phones prior to Android?
13  MS. ANDERSON: One second.
14  Objection. Form, beyond the scope.
15  MR. HOLTZMAN: We'll get to that in the next    09:49:38
16  question. You may answer, please.
17  THE WITNESS: I don't remember any specific
18  discussions of that.
19  Q. BY MR. HOLTZMAN: Well, let me ask this: Has
20  addressing problems with mobile phones been part of    09:49:46
21  Google's business objectives for Android?
22  MS. ANDERSON: Objection. Form.
23  THE WITNESS: Again, I think there's -- I
24  don't know if you're referring to technology or market,
25  you know -- you know, the state of the market or what.    09:50:00

**Page 78**

1  So it's hard to answer that.
2  Q. BY MR. HOLTZMAN: That's fair. And so let's
3  look at a document and see if it focuses in. I'll hand
4  you what was previously marked as Exhibit 147.
5  This is an email from Rich Miner to you,    09:50:40
6  dated October 12th, 2005; correct?
7  A. Bear with me for one second here --
8  Q. Sure.
9  A. -- while I refresh my memory.
10  Okay. Okay. Sorry, your question was?    09:51:18
11  Q. It's an email, at least at the top of this
12  document, from Mr. Miner to you; correct?
13  A. Yes.
14  Q. And the -- the -- let me ask: Is the part of
15  this email after the word "Rich" near the first -- near    09:51:30
16  the top of the first page actually something you had
17  written?
18  A. I -- I don't recall. It does appear that
19  this email is just a partial email because the subject is
20  a response to something. So it doesn't look like this    09:51:45
21  email was just an email from Rich to me.
22  Q. Right. But you don't remember whether you
23  had written the remainder under the word "deep"?
24  A. Give me one more second to read through it.
25  Q. Sure. No problem.    09:52:00

Veritext National Deposition & Litigation Services
866 299-5127