# EXHIBIT H

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
    _____
 5                                  )
    ORACLE AMERICA, INC.,           )
 6                                  )
              Plaintiff,            )
 7                                  )
    vs.                             )  No. CV 10-03561 WHA
 8                                  )
    GOOGLE INC.,                    )
 9                                  )
              Defendant.            )
10                                  )
    _____)
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14         VIDEOTAPED DEPOSITION OF URS HÖLZLE
15               Palo Alto, California
16            Tuesday, November 24, 2015
17                      Volume I
18
19
20
21  Reported by:
    CATHERINE A. RYAN
22  CSR No. 8239
23  Job No. 2189225
24
25  PAGES 1 - 325
```

Page 1

Veritext Legal Solutions
866 299-5127

**Page 294**

 1  acquisition. The acquisition was really motivated
 2  by both Larry and Sergey's insight that basically at
 3  the time of the acquisition mobile phones were not
 4  programmable.
 5         I'm quoted somewhere in the press because
 6  I remember giving that email -- that interview maybe
 7  a year before that mobile phones are not
 8  programmable, like the Nokia phones, because at the
 9  time we had a very simple Google search app that
10  basically gave you a screen and led you to a query
11  and get back results, and we literally had 147
12  versions of this because every single phone back
13  then, mostly Nokia, had a different way of doing
14  things, and so even though everything was Java, it
15  was literally -- even the same phone had
16  different -- you know, different APIs depending on
17  the -- on the carrier that carried the phone. And
18  so we had no common platform, and it was impossible
19  to really build any applications on it.
20         And so Larry and Sergey recognized early
21  on that if someone writes a phone that actually can
22  be a platform for real software development, then
23  it's important for that platform to be open because
24  if -- if it was not, then access to search would
25  possibly be blocked by the owner of the platform,

**Page 295**

 1  and we had lived through that on a desktop with
 2  Microsoft, who was not favorably disposed to make it
 3  to easy to use Google from the Microsoft browser.
 4         And so they saw that, well, at some point
 5  someone is going to do an operating system for
 6  mobile phones that actually is usable that actually
 7  is a platform that you can write real applications
 8  for, and that platform would be open, right, because
 9  if it's closed -- if it's Microsoft, again, for
10  example, then we're going to be toast. You know,
11  it's not good if the platform is controlled by
12  someone else. And that was three years or so before
13  smartphones actually happened.
14         So at the time it was, you know, pretty
15  forward-looking because it wasn't actually possible
16  to do it at the time. The hardware just wasn't fast
17  enough. But, you know, two years later the iPhone
18  came out, and a year or so after that Android came
19  out. And so that's how it happened. Java was --
20  I'm sure was not mentioned in the discussion at all
21  just because it wasn't about Java. It was about a
22  mobile operating system and a user experience that
23  allows more ambitious applications to exist.
24  BY MS. HURST:
25     Q   All right. You said that it was Larry and

**Page 296**

 1  Sergey's -- it was important to them to have -- not
 2  to have someone else control the platform.
 3     A   To have an open platform and not have a
 4  Microsoft -- I mean, at the time probably Microsoft
 5  was on everyone's mind because they had ambitions to
 6  go -- being mobile. They controlled 90 percent of
 7  desktop OSes, and they were definitely not friendly
 8  to us.
 9     Q   How was this communicated to you, this
10  desire that Mr. Brin and Mr. Page had not to let
11  somebody else control the next generation mobile
12  operating system, the programmable one?
13     A   I'm sure there were discussions around the
14  area, especially after the Android acquisition, and
15  I'm sure they would have talked about it as part of
16  saying, hey, we want to go and acquire Android and
17  here's why.
18         I think it became even clearer to most
19  people at Google once the iPhone was out because it
20  kind of showed that, actually, if you have a program
21  -- a platform that's kind of more like a PC rather
22  than a very narrow kind of Nokia-Symbian-type
23  platform, then really you can do amazing programs
24  that people would really want.
25     Q   The iPhone was a closed platform?

**Page 297**

 1     A   The iPhone was a closed platform, yes.
 2     Q   And you --
 3     A   Still is.
 4     Q   -- Google had to pay Apple to get search
 5  on that platform; right?
 6         MS. ANDERSON: Objection. Form.
 7         THE WITNESS: I don't know how the
 8  original deal was -- was -- I wasn't part of the
 9  deal on Android. So I don't actually know who --
10  whether we suggested revenue share or whether we
11  were forced to revenue share, because in other --
12  other places we have suggested revenue share.
13  BY MS. HURST:
14     Q   In any event, you had to pay Apple to get
15  your search capability, search service, onto the
16  iPhone?
17         MS. ANDERSON: Objection. Form.
18         THE WITNESS: Again, I'm not knowledgeable
19  about that. We do pay them. I know that.
20  BY MS. HURST:
21     Q   Pardon me. Okay. I didn't understand
22  that.
23     A   Were we forced to do that or was it
24  voluntary? I don't know.
25     Q   I didn't mean to make that distinction --

```
 1    A    Yes.
 2    Q    -- so I'm happy to rephrase.
 3         You did pay Apple to get your search
 4  service onto the iPhone?
 5    A    We do pay Apple a share of the revenue
 6  stream from search, yes.
 7    Q    What percentage share do you pay them?
 8    A    I don't know.
 9    Q    And is that a percentage of the revenues
10  that are derived from the searches conducted on
11  their platform?
12         MS. ANDERSON: Objection. Form.
13         THE WITNESS: Generally speaking -- and we
14  have these revenue share deals with lots of others,
15  and, actually, that was true in the web world, too,
16  on desktop. Generally -- generally the way the
17  deals are structured is that there is search and
18  there is ads on those search results that creates
19  revenue, and then there's some combination of
20  payment for the service.
21         So the -- the vendor might actually --
22  might pay us X amount per million queries or so,
23  just executed as a service fee. And then there is a
24  revenue share either on our ads -- like, if we are
25  the ads provider, you might get X percent of that
```
Page 298

```
 1  paid out because it's your traffic, so to speak.
 2  It's your website or your mobile phone, or,
 3  actually, the reverse way, I believe, we've done
 4  deals, too, where the -- the search licensee put ads
 5  on it, and then we were paid as a fraction of that
 6  revenue, but it was their ads. It's more common for
 7  it to be our ads.
 8  BY MS. HURST:
 9    Q    And your understanding in the case of
10  Apple is that it's your ads; right?
11    A    It's definitely our ads, yes.
12    Q    So that would be you paying them a share
13  of the revenue derived from your ads shown in their
14  platform?
15    A    I believe our deal is a revenue share deal
16  and not a fixed license fee or -- or, you know,
17  fixed amount.
18    Q    In that -- well, if you could build a
19  mobile phone platform that you controlled or that
20  was open, then you would not find yourself paying
21  those fees; right?
22         MS. ANDERSON: Objection. Form.
23         THE WITNESS: Factually, no, that is not
24  correct because we do have revenue share deals on
25  Android with -- you know, I'm not familiar with the
```
Page 299

```
 1  details, but with either handset makers or -- or
 2  telecom companies, so -- meaning these revenue share
 3  deals exist even though we provide Android because
 4  deals aren't really about Android. They're about
 5  search, and it's a mix between who brings the
 6  traffic and who brings the search and who monetizes
 7  that -- that search stream.
 8         So I know for a fact that we are paying
 9  search -- we have search revenue share deals on
10  Android phones for Google search.
11  BY MS. HURST:
12    Q    And what is the significance of not
13  allowing someone else to control the platform?
14         MS. ANDERSON: Objection. Form.
15         THE WITNESS: I'll explain it with -- with
16  a web browser, and so if you -- suppose 90 percent
17  of people use your web browser, your Microsoft -- 90
18  percent of the people use Internet Explorer, and
19  suppose that Internet Explorer has a built-in search
20  functionality, but it only runs Microsoft search.
21  So the convenient way to search would be to use
22  Microsoft search. An inconvenient way to search
23  would be to first type in Google.com, right. Go to
24  Google. Then type in your search.
25         So there's -- clearly would be -- some
```
Page 300

```
 1  part of the searches would be really diverted to
 2  Microsoft, and Microsoft could say, oh, actually, I
 3  -- you know, I don't want, actually, my users to go
 4  to Google at all. Theoretically, they could have a
 5  version of a browser where Google.com is not
 6  reachable. And other than any kind of remedies we
 7  have under the law, which are not given, we would
 8  have no way to prevent that.
 9         And so if our revenue is dependent on how
10  much people search, how frequently people come to
11  our site and use us, then it's in our interest to
12  make access to Google easy on all platforms, and
13  that's easier to do if it's an open-source platform
14  that nobody controls because then we're in the same
15  position as anyone else than if it's a platform like
16  Apple or Microsoft Windows or something else that's
17  really controlled by someone else. We're -- we're
18  at the mercy of that particular company whether at
19  all we show up in any kind of menu or in any kind of
20  default setting or anything like that.
21  BY MS. HURST:
22    Q    And is it also true that you want that
23  larger volume of traffic because it improves the
24  quality of your search?
25    A    I think the primary motivation is that
```
Page 301

```
 1  more traffic generally means more revenue.  Things
 2  scale pretty linearly.  The fact that more traffic
 3  could help you improve search results is very second
 4  order in comparison because once you have a certain
 5  volume -- you know, I'd take something that's more
 6  kind of logarithmic, so to speak, meaning that --
 7  let's say every factor of ten gives you something,
 8  right, where you can tell, okay, it's got a little
 9  bit better, but it really is kind of a factor of
10  ten, and then you need another factor of ten so a
11  total of a factor of a hundred to make kind of two
12  times this improvement.
13         So, you know, if it's a 30 percent
14  difference, I don't think it makes an appreciable
15  difference in the quality of search results.
16      Q   Okay.
17      A   But it would likely make a 30 percent
18  difference in revenue, so that's very appreciable.
19         MS. HURST:  Okay.  Exhibits 5012 is a
20  printout from -- dated 11/24/2015 from
21  developers.Google.com/Android-publisher/API-ref,
22  nine pages.
23         (Exhibit 5012 was marked for
24         identification by the court reporter.)
25         MS. HURST:  And now we're back on topic 9.
                                              Page 302
```

```
 1  And if you don't mind I'm going to use the restroom
 2  while the witness is quickly reviewing this so as to
 3  avoid delay associated with that.
 4         Let's go off the record.
 5         THE VIDEOGRAPHER:  We are off the record
 6  at 7:04 P.M.
 7         (Recess.)
 8         THE VIDEOGRAPHER:  We're back on the
 9  record at 7:08 P.M.
10  BY MS. HURST:
11      Q   All right.  Mr. Hölzle, did you review
12  Exhibit 5 -- 5012 while we were off the record?
13      A   I did.
14      Q   And do you recognize this as part of the
15  Google Play Developer API?
16      A   Yes.
17      Q   And what part of the Google Play Developer
18  API is it?
19         MS. ANDERSON:  Objection to form.
20         THE WITNESS:  I can't tell.  I'm not
21  familiar with the details.  It talks about edits,
22  and it appears to be something that has to do with
23  probably changing the -- the -- how the -- updating
24  the application in the Google Play market or
25  updating the description or other things, but I
                                              Page 303
```

```
 1  really -- from the API listing, I can't quite tell
 2  what it's about.
 3  BY MS. HURST:
 4      Q   All right.  Well, this is -- this is more
 5  than one API; right?  You've identified -- that's on
 6  the first and second page.  On the second page
 7  there's one called inappproducts or in-app-products?
 8      A   In-app-products, I think, yes.
 9      Q   All right.  And then, continuing along,
10  there's purchases.subscriptions,
11  purchases.products --
12      A   Yep.
13      Q   -- and so forth.  There are several more;
14  correct?
15      A   Correct.
16      Q   All right.  Now, would you agree that
17  these -- this API reference includes descriptions of
18  the methods?
19      A   Yes, though this is a good example of
20  what's a network API.  So this is a network API.
21      Q   The whole thing?  Every single one of
22  these in here?
23      A   All these --
24         MS. ANDERSON:  Objection to form.
25         Go ahead.
                                              Page 304
```

```
 1         THE WITNESS:  All of these are network
 2  APIs, and you can tell because it talks about the
 3  HTP [sic] request, and you see HTP commands, like
 4  post or delete, and not code snippets.  So these are
 5  not, you know, method calls as in Java, and,
 6  therefore, they're not Java interfaces.  They're HTP
 7  [sic] commands.  And so if you -- it basically tells
 8  you how to form a URL to call that particular
 9  function over the network.
10  BY MS. HURST:
11      Q   All right.  Now, as you pointed out
12  earlier, Google Play APIs you -- you know, the
13  source is closed for the implementations; correct?
14         MS. ANDERSON:  Objection.  Form.
15         THE WITNESS:  I did, but this is
16  different.  So -- so -- so Google Play Services is
17  the -- the code that actually lives on the phone and
18  that your Android app, once deployed on the phone --
19  on the phone calls.
20         This here, Google Play Developer API, is
21  how you manipulate two Google servers state about
22  your application.  So it's not happening on the
23  phone.  It's happening on -- on Google servers, and
24  so these are all services.  And, yes, the services
25  are all implemented by us, you know, inside our
                                              Page 305
```