# EXHIBIT I

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5  ORACLE AMERICA, INC.,           )

6         Plaintiff,               )

7      vs.                         )    No. CV 10-03561 WHA

8  GOOGLE, INC.,                   )

9         Defendant.               )

10 _____)

11

12

13

14     -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--

15

16

17     Videotaped deposition of ERIC E. SCHMIDT, taken at

18     the offices of Google, 1600 Amphitheatre Parkway,

19     Room B43, Mountain View, California, commencing at

20     12:44 p.m., on Tuesday, August 23, 2011, before

21     Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25    PAGES 1 - 162

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

---

1   other platforms and services as they wish.  As I
2   understand it -- and I might get this slightly wrong --
3   the license asks that you -- if you make a change, you
4   have to publish that change back into the same community.
5         The general term for this area is called Open       12:51:04
6   Source, is what I was referring to.
7        Q.  And when you say "publish the change back
8   into the community," you mean make it available to the
9   community without charging people for it?
10       A.  Under similar terms.                             12:51:16
11       Q.  Under similar terms, the Apache license?
12       A.  That's correct.  That is my understanding.
13       Q.  All right.  And that was your understanding
14  when you were the Google CEO; correct?
15       A.  Uh-huh, yes.  Yes.                               12:51:27
16       Q.  Now, how does making this Android platform
17  available -- you're not getting money directly for it.
18  It's costing you money to do it; correct?
19       A.  Uh-huh.
20       Q.  So how do you plan to make a profit from         12:51:46
21  that?
22            MR. VAN NEST:  Objection.  Form.
23            THE WITNESS:  Well, Google is a company of
24  many different initiatives, some of which are highly
25  profitable.  So, for example, our text search ads         12:51:59

10

1   business, and others which are either things which we
2   think are good for the world or things which will improve
3   computer science.
4         So at various points with Android, we've had
5   various ideas as to where it is in that.  But I think it  12:52:19
6   would be fair to say that Android is seen as an important
7   platform for -- for people to do new things in mobile
8   computing.  It's not articulated with a stronger answer.
9        Q.  BY MR. BOIES:  Would it be accurate to say
10  that the model Google has for Android is to make it       12:52:41
11  available for free and to make money from advertising and
12  the value-added services that go on top of the Android
13  platform?
14       A.  That's a component of our strategy, yes,
15  and -- yes.                                               12:53:06
16       Q.  And what would you estimate the cost to
17  Google has been so far in developing and distributing
18  Android?
19            MR. VAN NEST:  Objection.  Form.
20            THE WITNESS:  I don't know the specific         12:53:23
21  numbers.  So I can estimate.
22       Q.  BY MR. BOIES:  Your best estimate.
23            MR. VAN NEST:  Objection.  Form.
24            THE WITNESS:  I would estimate that there are
25  some number of hundreds of engineers.  It's easier if     12:53:38

11

1   I'll describe the calculation.  So we pay their salaries.
2   You assume that they cost $150,000 a year, and you assume
3   that we have that for three or four years.  So use round
4   numbers.  200 and three of the years, that would be 600
5   man years.  So whatever that works out to be.  Multiply   12:54:00
6   that out times 150,000.
7         And there are probably some additional
8   license fees that might have been paid along the way,
9   which I don't remember.
10       Q.  BY MR. BOIES:  Now, in addition to the           12:54:14
11  engineers that are included in this, are there other
12  people in Google who devote time and effort and expense
13  to Android?
14            MR. VAN NEST:  Objection.  Form.
15            THE WITNESS:  I'm sure that there are, but I    12:54:35
16  don't know what the number would be.
17       Q.  BY MR. BOIES:  Has Google, at any time that
18  you are aware of, attempted to make an estimate of how
19  much it would cost to develop and distribute Android?
20            MR. VAN NEST:  Objection.  Form.                12:55:06
21            THE WITNESS:  I'm not aware of one.
22       Q.  BY MR. BOIES:  Has Google ever made any
23  effort that you are aware of to estimate the dollar value
24  to Google of Android?
25       A.  I'm not aware of one.                            12:55:30

12

1        Q.  Has Google ever, insofar as you are aware,
2   attempted to determine how much value Google could expect
3   to get for each Android handset that was distributed?
4             MR. VAN NEST:  Objection.  Form.
5             THE WITNESS:  I'm not aware of a number.       12:55:56
6        Q.  BY MR. BOIES:  You, from time to time, have
7   earnings calls or had earnings calls when you were CEO;
8   correct?
9        A.  Yes.
10       Q.  Do you still participate in earnings calls as    12:56:18
11  chairman of the executive board?
12       A.  I do not.
13       Q.  What were the purposes of the earnings calls
14  that you participated in?
15       A.  As I understand, they are traditional in         12:56:32
16  large public companies.
17       Q.  And is it your understanding that a primary
18  purpose of it is to speak to analysts that follow
19  Google's stock?
20       A.  They are on the call, absolutely.                12:56:52
21       Q.  And you understand that they will be taking
22  into account things that you say in terms of deciding
23  whether or not to recommend that investors purchase
24  Google stock?
25       A.  Yes.                                             12:57:08

13

Pages 10 to 13