# EXHIBIT J

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
     _____
 5                                   )
     ORACLE AMERICA, INC.,           )
 6                                   )
              Plaintiff,             )
 7                                   )
     vs.                             )   No. CV 10-03561 WHA
 8                                   )
     GOOGLE INC.,                    )
 9                                   )
              Defendant.             )
10                                   )
     _____)
11
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13       VIDEOTAPED DEPOSITION OF JAMES KOLOTOUROS
14                  Palo Alto, California
15                Tuesday, January 26, 2016
16                        Volume I
17
18
19
20
21   Reported by:
22   CATHERINE A. RYAN
23   CSR No. 8239
24   Job No. 2224276
25   PAGES 1 - 232
```

Page 1

```
 1       MR. RAGLAND:  Objection.  Form.
 2       THE WITNESS:  I do give input into the
 3  strategy.
 4  BY MS. LEWIS-GRUSS:
 5     Q   What is the strategy that Google is
 6  currently considering?
 7       MR. RAGLAND:  Objection to form.
 8       THE WITNESS:  We are currently considering
 9  offering search revenue shares to more OEMs.
10  BY MS. LEWIS-GRUSS:
11     Q   Why is Google considering offering search
12  revenue shares to more OEMs?
13     A   The current -- several of the OEMs are not
14  necessarily doing very well in the hyper competitive
15  smartphone industry, and I think that we want to
16  show our support of their participation in Android
17  by introducing search revenue-share agreements as
18  they struggle more now than they had in the past,
19  and search revenue share is the vehicle for that
20  effort.
21     Q   Do you have an understanding as to why the
22  OEMs are not currently doing well?
23       MR. RAGLAND:  Objection to form.  Beyond
24  the scope of the noticed topics.
25       THE WITNESS:  I think it's a very
                                                Page 98
```

```
 1  competitive hardware business.
 2  BY MS. LEWIS-GRUSS:
 3     Q   Are those OEMs competing with each other?
 4       MR. RAGLAND:  Objection.  Form and scope.
 5       THE WITNESS:  Yes, I believe they are.
 6  BY MS. LEWIS-GRUSS:
 7     Q   So in what way would changing the
 8  revenue-share percentage change the nature of the
 9  competitive market for OEMs?
10       MR. RAGLAND:  Objection to form and scope.
11       THE WITNESS:  So it's less a change of
12  percentage than an introduction of the search
13  revenue-share component for Android devices to these
14  OEMs.
15  BY MS. LEWIS-GRUSS:
16     Q   And does Google contemplate that the
17  revenue-share percentage to those OEMs would be
18  standard across the different OEMs?
19     A   Notwithstanding prior commitments that had
20  been made to the OEM, generally, yes.
21     Q   What is the revenue-share percentage that
22  Google is contemplating offering to those OEMs?
23     A   Eight percent for -- eight percent.
24     Q   Is that 8 percent under all circumstances?
25     A   Notwithstanding them having received a
                                                Page 99
```

```
 1  different number from us before.
 2     Q   I'll hand you a document that's previously
 3  been marked as Exhibit 5099.  And I believe this is
 4  a document that you mentioned refreshed your
 5  recollection while you were preparing for today's
 6  deposition.
 7     A   That is correct.
 8     Q   If I could direct your attention to the
 9  page that ends in number -31.  Is it correct that at
10  least at the time that this document was drafted
11  Google was contemplating a deal with Lenovo where
12  Google would have -- would share 16 percent of gross
13  revenue with Lenovo?
14     A   That is --
15       MR. RAGLAND:  Objection to form.
16       THE WITNESS:  That is correct.
17  BY MS. LEWIS-GRUSS:
18     Q   And if, as it states on this page, an
19  Android-compatible device upgrades at any time
20  during the term to the then most current release,
21  revenue share will be increased to 20 percent -- do
22  you see that?
23     A   I do.
24     Q   But if the ACD, which I believe is
25  Android-compatible device -- is that correct?
                                                Page 100
```