ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>GOOGLE INC.<br><br>                    Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION IN LIMINE REGARDING ORACLE'S USE OF OTHER APIS**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

1

2      This Court has read and considered Plaintiff Oracle America, Inc.'s Motion *in Limine*

3   Regarding Oracle's Use of Other APIs, as well as any Opposition thereto, and any and all

4   additional supporting papers.

5      Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS

6   HEREBY ORDERED THAT Oracle's Motion is GRANTED.

7      The portions of Dr. Astrachan and Dr. Cattell's analysis, opinions, and conclusions related

8   to Oracle's use of or implementation of third-party "APIs" are stricken and their testimony on

9   those matters identified in Oracle's motion are excluded under Federal Rules of Evidence 402,

10  403, 702, 703, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its

11  progeny.

12     Specifically, Dr. Astrachan's opinions appearing at paragraphs 281-305 of his Opening

13  Report, dated January 8, 2016, are stricken, and his related testimony is hereby excluded from

14  trial.  Dr. Cattell's opinions in paragraphs 31 and 50 of his Report, dated January 8, 2016 on the

15  same subject are also stricken.

16

17     IT IS SO ORDERED.

18

19                                          _____

20                                          THE HONORABLE WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28