ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br>      v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S SUMMARY MOTION IN LIMINE #4 RE COPYING NOT REQUIRED TO USE THE JAVA LANGUAGE**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  This Court has read and considered Plaintiff Oracle America, Inc.'s Summary Motion In
2  Limine #4 Regarding Copying Not Required To Use the Java Language as well as any Opposition
3  thereto, and any and all additional supporting papers.
4  Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS
5  HEREBY ORDERED THAT Oracle's Motion is GRANTED.
6  All argument, evidence, testimony, and opinions (including expert opinions) that Google
7  (1) was required to copy the declaring code and SSO of the 37 Java API packages because they
8  were technically necessary to program in the Java language and (2) was required to copy the
9  declaring code and SSO of the 37 Java API packages to achieve compatibility or interoperability
10 with Java are excluded from all phases of the trial under Federal Rules of Evidence 401, 402, and
11 403 as irrelevant, prejudicial, confusing, misleading, and legally baseless.
12 IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 1 -   [PROPOSED] ORDER GRANTING ORACLE'S SUMMARY MIL #4 RE COPYING NOT REQUIRED