# EXHIBIT C

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4
5    ORACLE AMERICA, INC.
6         Plaintiff,
7             vs.         No. 3:10-cv-03561-WHA
8    GOOGLE, INC.,
9         Defendant.
10   _____
11
12
13
14      VIDEOTAPED DEPOSITION OF OWEN ASTRACHAN, Ph.D.
15                San Francisco, California
16                Monday, March 14, 2016
17                       Volume I
18
19
20
21   REPORTED BY:
22   REBECCA L. ROMANO, RPR, CSR No. 12546
23   JOB NO. 2241710
24
25   PAGES 1 - 184
```

Page 1

Page 26:

```
 1  copyright as an indispensable tool in the
 2  open source movement; is that correct?
 3       A.   That seems reasonable.  I would -- that
 4  sounds right.
 5       Q.   And why does that sound right to you?
 6       A.   As I mentioned before, copyright provides
 7  legal protection to the person who is the copyright
 8  holder, and that legal protection allows you to
 9  license your work in different ways.
10       Q.   And so copyright gives you the ability to
11  enforce those license conditions, true?
12       A.   I'm -- I'm not a lawyer, but this is my
13  general understanding.
14       Q.   So one of the -- one of the things that
15  is sometimes a characteristic of copyleft license
16  is that it's called "viral."
17            Have you heard that term?
18       A.   I have heard that term, yes.
19       Q.   And do you understand that term, "viral,"
20  in connection with copyleft licenses to mean that
21  the code becomes, quote/unquote, infected, and,
22  therefore, certain compliance is required?
23            MR. KAMBER:  Objection to form.
24            THE DEPONENT:  In my classes -- it's an
25  interesting thing that you bring up -- I try to
```

Page 27:

```
 1  discuss why "viral" may not be the right word.  It
 2  is a little more common today because we have viral
 3  videos which have a positive connotation.  But in
 4  general, viruses are not viewed by the world as
 5  something that they want to have.
 6            So, although I do understand that the
 7  viral nature of certain licenses is something
 8  that's in common use, I think staying away from
 9  that pejorative and bad connotation is a -- is a
10  good idea.
11       Q.   (By Ms. Hurst)  So your view is that
12  that -- that particular connotation that a license
13  is viral is a negative.
14       A.   I think it depends on the context, and
15  that some people would view that as a negative.
16       Q.   And is it true that it was viewed as more
17  of a negative in the past than it is today?
18       A.   Again, I think as a general statement
19  that's fair.
20       Q.   So putting aside positive or negative
21  connotations for the moment, the -- what it means
22  when a copyleft license is viral is that -- one
23  example is that code modifications have to be given
24  back to the community.  They have to be published
25  and given back to the open source community; is
```

Page 28:

```
 1  that right?
 2       A.   Yes, I just -- given back to, in the
 3  sense that if you make modifications, you have to
 4  license them the same way.  So they must be made
 5  available, that's correct.
 6       Q.   All right.  And in -- in that sense it's
 7  quite a positive, right, that -- that everybody's
 8  contributing and everybody is required to
 9  contribute in order to advance the code base.
10       A.   I think that's right.
11       Q.   And it would not be very good in that
12  licensing scheme if somebody decided that they were
13  going to take all the work that others were doing
14  and not give back.
15            MR. KAMBER:  Objection to form.
16            THE DEPONENT:  I am not sure if you are
17  asking, if somebody used software that is licensed
18  with a copyleft license, like the GPL, and did not
19  obey the licensing, or if you are asking, in
20  general, whether software that's modified must be
21  put back in its source form.
22       Q.   (By Ms. Hurst)  Well, let's start with
23  did not obey the license, right, that everybody --
24  and under this license scheme, everybody is
25  supposed to be giving back for the common good, and
```

Page 29:

```
 1  then one group of people just decides they are not
 2  going to do that anymore, that certainly would not
 3  be consistent with the license, would it?
 4            MR. KAMBER:  Objection to form.
 5            THE DEPONENT:  Again, if -- if -- if a
 6  group borrows -- if a group uses licensed software
 7  under, say, a GPL and does not put back their
 8  modifications, as I understand it, they would not
 9  be compliant with the license, that's correct.
10       Q.   (By Ms. Hurst)  And in that situation,
11  copyright would be an important tool to try to
12  compel compliance, true?
13            MR. KAMBER:  Objection to form.
14            THE DEPONENT:  I am not sure how the law
15  works in terms of trying to force compliance with a
16  licensed piece of software.  That sounds
17  reasonable, but I'm not lawyer, and I'm not sure
18  how that works.
19       Q.   (By Ms. Hurst)  All right.  But when you
20  said -- when you provided background reading
21  materials for your students that said copyright is
22  an indispensable to the open source movement,
23  that's partly what you had in mind, right, that if
24  you are going to premise a license on this idea of
25  giving back, you have got to have some way of
```