*Oracle America, Inc. v. Google Inc.*, Case No. 10-3561

Print All Answers Neatly in the Spaces Provided
And Continue Answers as Needed on Reverse Side.

Juror Number: _____

1. **Full name**: _____

2. **Marital status**: _____ **3. Age** _____

4. **How far did you go in school?** _____

5. **Your most recent:**

   Occupation: _____

   Employer: _____

6. **If applicable, your spouse's/partner's most recent:**

   Occupation: _____

   Employer: _____

7. **Do you have any substantial training or experience in these areas?**  (Check all that apply.)

   ☐ Law/Litigation          ☐ Accounting/Finance

   ☐ Intellectual property/      ☐ Computer programming/
      Copyrights/Patents/           Software development
      Licensing

   **If yes to any**, please explain: _____
   _____

8. **In the last ten years, have you or a loved one:**

   a. Been a party or a witness
      in any lawsuit?                    ☐ Yes      ☐ No

   b. Felt that an important idea
      or invention had been stolen from
      you or a household member?         ☐ Yes      ☐ No

   c. Been accused of stealing an
      idea or invention?                 ☐ Yes      ☐ No

   d. Invented something or applied for a
      copyright, trademark, or patent, or
      been in a dispute over one?        ☐ Yes      ☐ No

   **If yes to any**, please explain: _____
   _____
   _____
   _____

9. **In this lawsuit, Oracle America, Inc., is accusing Google Inc. of infringing certain of its Java software copyrights in connection with Google's Android operating system and is seeking a large damage award.  Google denies any wrongdoing. Please answer these questions:**

   a. What, if anything, have you already heard or read about this case? (You must NOT look up anything about the dispute.)

   _____
   _____
   _____

   b. What smartphones have you used in the last ten years?

   _____
   _____

   c. Have you or a loved one, within the last ten years, been employed by, owned stock in, or had any business relationship with Oracle, Google, or Sun Microsystems, Inc.?

   ☐ Yes      ☐ No

   **If yes**, please explain: _____
   _____
   _____

   d. Do you have a strong opinion, favorable or unfavorable, about any of the following potential witnesses?

   | Larry Ellison | Andy Rubin |
   | Jonathan Schwartz | Eric Schmidt |
   | Larry Page | Safra Catz |

   ☐ Yes, I have a strong opinion.

   ☐ No, I have no strong opinion.

   e. Do you have a strong opinion, favorable or unfavorable, about this lawsuit or the parties to it or their counsel?

   ☐ Yes, I have a strong opinion.

   ☐ No, I have no strong opinion.

   f. On the back of this page is a list of all potential witnesses.  Please circle each that you personally are acquainted with.

10. **Is there anything about your ability to serve as a fair and impartial juror that you would like to take up more privately with the judge (with the parties' counsel present) but out of the presence of other potential jurors?**      ☐ Yes   ☐ No

I swear that the foregoing is true and correct under penalty of perjury.

**Signature:** _____      **Date:** May ____, 2016.

**Combined List of Oracle and Google Witnesses**

| | | |
|---|---|---|
| Aditya Agarwal | Chris Kemerer | Georges Saab |
| Thomas Angioletti | Jim Kolotouros | Doug Schmidt |
| Owen Astrachan | Thomas Kurian | Eric Schmidt |
| Terrence Barr | Robert Lee Jaehyou | Jonathan Schwartz |
| Joshua Bloch | "Jerry" Lee | Edward Screven |
| Daniel Bornstein | Gregory Leonard | Edward Senteno |
| Patrick Brady | Felix Lin | Itamar Simonson |
| Alan Brenner | Timothy Lindholm | Donald Smith |
| Sergey Brin | Hiroshi Lockheimer | Henrik Stahl |
| Rick Cattell | James Malackowski | Scott Stillabower |
| Safra Catz | Stefano Mazzocchi | Brian Sutphin |
| Rohit Chatterjee | Andrew McFadden | Brian Swetland |
| Neal Civjan | Scott McNealy | Oliver Toubia |
| Leo Cizek | Reto Meier | Mark Wayne |
| Tiki Dare | Rich Miner | Susan Wojcicki |
| Chris DeSalvo | Daniel Morrill | Amit Zavery |
| John Duimovich | Gwyn Firth Murray | Robert Zeidman |
| Larry Ellison | Larry Page | |
| Craig Gering | Michael H. Pfefferlen | |
| Jon Gold | Simon Phipps | |
| Anwar Ghuloum | Noel Poore | |
| Vineet Gupta | Mark Reinhold | |
| Andrew Hall | Mike Ringhofer | |
| Urs Hoelzle | Hasan Rizvi | |
| David Hofert | Andrew Rubin | |
| Adam Jaffe | Billy Rutledge | |
| James Kearl | Mathew Sarboraria | |