IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

                           /

No. C 10-03561 WHA

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR MEDIATION**

    As stated in the final pretrial order, this case is hereby **REFERRED** to **MAGISTRATE JUDGE SALLIE KIM** for mediation of the parties' conference regarding immutable facts.

**IT IS SO ORDERED.**

Dated: April 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE