IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **NOTICE RESERVING RULING ON WHETHER THE DISGORGEMENT WILL GO TO THE JURY** |
| Defendant. | |

The issue of whether disgorgement is for the bench versus the jury has not been fully briefed and that issue is yet to be determined. Counsel, however, should presume that the jury will answer the disgorgement question in phase two and that at a minimum its verdict shall be treated as an advisory verdict, if not the only verdict. The final pretrial order should be understood accordingly.

Dated: April 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE