IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER RE EXPERT COMPENSATION** |
| Defendant. | |

At trial, all experts must be prepared to testify to their rates, all compensation received in this case and expected to receive, not only for themselves but their entire teams. They must also know how much they have been paid in other cases involving the same retaining lawyers or parties. Even if counsel decline to ask the experts these questions, the judge may do so.

**IT IS SO ORDERED.**

Dated: April 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE