IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**REQUEST FOR JOINT SUBMISSION RE RULINGS** *IN LIMINE* **FROM FIRST TRIAL** |

By **WEDNESDAY AT NOON**, the parties shall please file an agreed-on summary list of all motions and rulings *in limine* from the first trial that have any realistic chance of resurrection at this trial, with citations to the record.

Dated: April 30, 2016.

                                                               WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE