IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____ / | No. C 10-03561 WHA<br><br>**ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING** |

    In its response to ECF 1757, Google shall **SHOW CAUSE** why the Court should not order it established that the 62 classes and interfaces in three API packages (and only those 62) were technically necessary to use the Java language and that copying those was fair use, without prejudice to either side's other arguments, pro or con, as to the 37 APIs. Also, please comment on whether all expert reports should be adjusted to incorporate this holding (but only this adjustment).

    Oracle shall also show cause in writing why this order should not be entered by **TUESDAY AT NOON**.

    **IT IS SO ORDERED.**

Dated: April 30, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE