KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL GOOGLE'S PROFFER RE: GNU CLASSPATH** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.     Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby moves to file under seal Google's Proffer re: GNU Classpath. Google seeks to file under seal the portions of the proffer that summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order.  The portions of this response that summarize, quote from, or reproduce portions of materials designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" are set forth in the Declaration of Kate Lazarus in Support of Google's Motion to Seal.  Google states no position on whether disclosure of the information designated by Oracle would result in competitive harm to Oracle.

Dated:  April 30, 2016                                   KEKER & VAN NEST LLP

                                                 By:    s/ Robert A. Van Nest
                                                        ROBERT A. VAN NEST
                                                        CHRISTA M. ANDERSON
                                                        DANIEL PURCELL

                                                        Attorneys for Defendant
                                                        GOOGLE INC.