KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:   (212) 556-2100
Fax:   (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF KATE LAZARUS IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL GOOGLE'S PROFFER RE: GNU CLASSPATH**<br><br>Dept.     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

DECL. OF KATE LAZARUS ISO GOOGLE INC.'S ADMINISTRATIVE MOT. TO SEAL GOOGLE'S
PROFFER RE: GNU CLASSPATH
Case No.  3:10-cv-03561 WHA

1055728

1  I, Kate Lazarus, declare as follows:

2  I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc.
3  ("Google") in the present case.  In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this
4  declaration in support of Google's Administrative Motion to Seal Google's Proffer re: GNU
5  Classpath.  I have knowledge of the facts set forth herein, and if called to testify as a witness
6  thereto could do so competently under oath.

7  The following portion of Google's proffer summarize, quote from, or reproduce portions
8  of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY
9  CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this
10 case:

- Page 10, lines 21-24 in column labeled "Description"
- Page 11, lines 23-28 in column labeled "Description"
- Page 13, lines 19-23 in column labeled "Description"

15 I declare under penalty of perjury that the foregoing is true and correct and that this
16 declaration was executed at San Francisco, California on April 30, 2016.

By: _____
KATE E. LAZARUS

1
DECL. OF KATE LAZARUS ISO GOOGLE INC.'S ADMINISTRATIVE MOT. TO SEAL GOOGLE'S
PROFFER RE: GNU CLASSPATH
Case No.  3:10-cv-03561 WHA

1055728