KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER RE GOOGLE INC.'S MOTION TO SEAL GOOGLE'S PROFFER RE: GNU CLASSPATH**<br><br>Dept.       Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

**IT IS HEREBY ORDERED** that the designated portions of the following document should be sealed and that counsel for Google Inc. may file the following under seal:

| Google's Proffer re: GNU Classpath | Google:  None <br> Oracle: <br> • Page 10, lines 21-24  in column labeled "Description" <br> • Page 11, lines 23-28 in column labeled "Description" <br> • Page 13, lines 19-23 in column labeled "Description" |
|---|---|

**IT IS SO ORDERED.**

Dated: _____

By: _____
    HON. WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE