IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | No. C 10-03561 WHA<br><br>**REQUEST RE<br>"CUSTOM" DETAILS** |

　　　　With respect to "custom," the Court understood open-source to still have licensing restrictions, which included, if you downloaded the open-source code, (i) donating back to the open-source public all improvements by the downloader, and (ii) not selling for profit your own version of what you downloaded.  Were these conditions part of the open-source custom or not?  If so, how does Google contend it complied with these conditions?  Oracle will please address these concerns in its "custom" response due **MONDAY**, and Google must answer specifically on the above (and any other licensing bars raised by Oracle to any such custom) by **TUESDAY AT NOON**.

Dated:  May 1, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE