1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

        Plaintiff,

  v.

GOOGLE INC.,

        Defendant.

_____/

No. C 10-03561 WHA

**REQUEST FOR REPORT OF**
**GWYN FIRTH MURRAY**

By **MONDAY AT NOON**, Oracle will please file the expert report of Gwyn Firth Murray.

Dated:   May 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE