KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF SUPPLEMENTAL BRIEF REGARDING MOTION TO EXCLUDE TESTIMONY OF DR. KEMERER, PER ECF NOS. 1717 AND 1729** <br><br> Trial Date: May 9, 2016 <br> Dept:     Courtroom 8, 19th Fl. <br> Judge:    Hon. William Alsup |
|---|---|

DECLARATION OF MAYA KARWANDE IN SUPPORT OF SUPPLEMENTAL
BRIEF RE MOTION TO EXCLUDE TESTIMONY OF DR. KEMERER
Case No. 3:10-cv-03561 WHA

1055740

I, MAYA KARWANDE, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Supplemental Brief Regarding Motion to Exclude Testimony of Dr. Kemerer Per ECF Nos. 1717 and 1729. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Rohit Chatterjee, taken April 28, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Chris Kemerer, taken March 3, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of May, 2016 at San Francisco, California.

By: _____
       Maya Karwande

1
DECLARATION OF MAYA KARWANDE IN SUPPORT OF SUPPLEMENTAL
BRIEF RE MOTION TO EXCLUDE TESTIMONY OF DR. KEMERER
Case No. 3:10-cv-03561 WHA

1055740