IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>                                     / | No. C 10-03561 WHA<br><br>**ORDER *IN LIMINE* RE GOOGLE'S MOTION IN LIMINE NO. 3 RE IRRELEVANT TESTIMONY INTENDED TO SUGGEST VIOLATION OF PRIVACY OR ANTITRUST LAWS** |

      Google's motion *in limine* to preclude Oracle from introducing evidence or argument intended to suggest that Google is violating the jurors' privacy rights, privacy laws, and antitrust laws (Dkt. 1558) is **DENIED** except as to any references to "cookies," "monopoly," or "monopolization." Although Google does not dispute that the use was for a commercial use, the extent of the commercial use is still in play. Evidence regarding Google's business practices is relevant to show the extent of commercialism and to meet Google's point that Google gives Android away for free.

      **IT IS SO ORDERED.**

Dated:  May 2, 2016.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE