IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE LINDHOLM EMAIL**

    Google's motion to admit evidence disclosing the contents of a settlement conference (to explain away the Lindholm email) is **DENIED** for reasons set forth in Oracle's opposition dated April 29.

**IT IS SO ORDERED.**

Dated: May 2, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE