IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**ORDER RE GOOGLE'S MOTION TO EXCLUDE EVIDENCE OF FINANCIAL INFORMATION** |

Google's motion to exclude evidence of financial information (Dkt. No. 1756) is **DENIED**, except as to the price paid by Oracle to purchase Sun. While Google does not dispute that the use was commercial, the degree of commercial exploitation is still in play, and Google has no one but itself to blame if the figures are large.

**IT IS SO ORDERED.**

Dated: May 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE