IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　Defendant. | No. C 10-03561 WHA<br><br>**REQUEST RE DISQUALIFYING QUESTIONNAIRE RESPONSES** |

　　　The parties shall please meet and confer and stipulate on specific questionnaire answers that would be automatic grounds for the judge to excuse a juror, such as if the juror or a loved one works for or owns stock in one of the parties. The parties shall please report on the stipulation on the morning of the trial.

Dated: May 2, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE