ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>             Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>             Defendant. | Case No. CV 10-03561 WHA<br><br>**EXPERT REPORT OF ORACLE OPEN SOURCE LICENSING EXPERT GWYN FIRTH MURRAY**<br><br>Trial: May 9, 2016<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Pursuant to the Court's Request (ECF No. 1769), Oracle America, Inc. ("Oracle") hereby submits to the Court the Expert Report of Oracle's Open Source Licensing Expert Gwyn Firth Murray.

Dated:  May 2, 2016                                        Orrick, Herrington & Sutcliffe LLP

                                                           By: */s/ Alyssa M. Caridis*
                                                               Alyssa M. Caridis

                                                           Counsel for ORACLE AMERICA, INC.

- 1 -

EXPERT REPORT OF GWYN FIRTH
MURRAY
CV 10-03561 WHA