IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**NOTICE RE Q&A FOR EXPERTS**

    At trial, please do *not* ask the judge to find that an expert witness is qualified to render expert opinions. This is unnecessary under the Federal Rules of Evidence and is a pointless formality. Once you feel your witness is qualified, simply ask the substantive questions and stay within the scope of the demonstrated expertise.

    **IT IS SO ORDERED.**

Dated: May 2, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE