| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY 10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA 94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECL. OF MATTHEW L. BUSH IN SUPPORT OF ORACLE'S RESPONSE TO GOOGLE'S PROFFER RE: GNU AND OPEN SOURCE CUSTOM (ECF NOS. 1767 AND 1768)** |
| v. | |
| GOOGLE INC. | |
| Defendant. | |
| | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

I, Matthew L. Bush, declare and state as follows:

1. I am a member of the bar of the State of New York, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Response to Google's Proffer re: GNU and Open Source Custom.

3. Attached hereto as Exhibit 1 is a document produced by Google in discovery bearing bates number GOOGLE-01-00018470, previously marked as Trial Exhibit ("TX") 18.

4. Attached hereto as Exhibit 2 is a document produced by Google in discovery bearing bates number GOOGLE-01-00062067, previously marked as TX 200.

5. Attached hereto as Exhibit 3 is a document produced by Google in discovery bearing bates number GOOGLE-00-00000520, previously marked as TX 2341.

6. Attached hereto as Exhibit 4 is a document produced by the Apache Software Foundation bearing bates number ASF-GOOGLE-00001393, previously marked as TX 5046.

7. Attached hereto as Exhibit 5 is a document produced by Google in discovery bearing bates number GOOGLE-01-00035931, previously marked as TX 29.

8. Attached hereto as Exhibit 6 is a document produced by Google in discovery bearing bates number GOOGLE-27-00002479, previously marked as TX 405.

9. Attached hereto as Exhibit 7 is a document produced by Google in discovery in this action bearing bates number GOOGLE-13-00033994.

10. Attached hereto as Exhibit 8 is a copy of a Sun Microsystems license agreement, previously marked as TX 610.1.

11. Attached hereto as Exhibit 9 is a document produced by Oracle in discovery bearing bates number OAGOOGLE0004632503.

12. Attached hereto as Exhibit 10 is a printout of a webpage of the Apache Software Foundation, previously marked as TX 917.

1      13.    Attached hereto as Exhibit 11 is a print out of an archived Google webpage, previously marked as TX 5250.

2      14.    Attached hereto as Exhibit 12 is an excerpt from the transcript of the May 4, 2011 deposition of Andrew McFadden taken in this action.

3      15.    Attached hereto as Exhibit 13 is a document produced by Google in discovery in this action bearing bates number GOOGLE-00392198, previously marked as TX 2765.

4      16.    Attached hereto as Exhibit 14 is a document produced by Google in discovery in this action bearing bates number GOOGLE-02-00077131

5      17.    Attached hereto as Exhibit 15 is an excerpt from the transcript of the November 20, 2015 deposition of Donald Smith taken in this action.

6      18.    Attached hereto as Exhibit 16 is a document produced by Oracle in discovery in this action bearing bates number OAGOOGLE0020194367, previously marked as TX 5246.

7      19.    Attached hereto as Exhibit 17 is a document produced by Oracle in discovery in this action bearing bates number OAGOOGLE0004639237.

8      20.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of May, 2016, at San Francisco, CA.

                                              */s/ Matthew L. Bush*
                                              Matthew L. Bush