# EXHIBIT 7

Motion:

    The Executive Committee recommends that the PMO add to the main JSR web page for any JSR that includes API specifications, one of the following statements:

1. Verbatim use of the JavaDoc comments comprising the specification in otherwise independent implementations is authorized as fair use by the Spec Lead

or

2. Independent implementations may not incorporate verbatim copies of JavaDoc format comments comprising API specifications unless licensed or expressly permitted by the Spec Lead.

All Executive Committee members will determine which of these statements holds for all existing JSRs led by them, and relay this information to the PMO by September 15, 2005.

Additionally, the PMO is advised to revise the Spec Lead Guide to inform Spec Leads that this information will be required, and to add this to the form filled out by Spec Leads when submitting specs. This should include text (perhaps edited to fit context) stating:

"As far as the Java community is concerned, using the JavaDoc verbatim in otherwise independent implementations is desirable, promotes compatible implementations, is considered fair use, and even if it were not fair use, is authorized by you as the Spec Lead unless you specifically state otherwise."