# EXHIBIT 17

| | |
|---|---|
| **From:** | Jonathan Schwartz <jis@sun.com> |
| **Sent:** | Thu Jun 07 2007 19:27:43 PDT |
| **To:** | Simon Phipps <simon.phipps@sun.com> |
| **CC:** | Rich Green <rich.green@sun.com>;Aisling MacRunnels <aisling.macrunnels@sun.com>;John Fowler <john.fowler@sun.com> |
| **Subject:** | Re: IcedTea is live: an OpenJDK experiment with 100% Free Software |
| **Attachments:** | |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

how cool is that...

On Jun 7, 2007, at 12:18 PM, Simon Phipps wrote:

> Awesome community engagement here. This means we already have a
> foot-hold for OpenJDK in Fedora, Debian and other "high-purity"
> Linux distros, just a month after launch.
>
> S.
>
>
> Begin forwarded message:
>
>> From: Tom Marble <Tom.Marble@Sun.COM>
>> Date: June 7, 2007 20:12:15 BDT
>> To: opensource@sun.com
>> Subject: IcedTea is live: an OpenJDK experiment with 100% Free
>> Software
>>
>> All:
>>
>> Andrew Haley, Tom Fitzsimmons and the Classpath & Friends crew
>> have proposed the experimental IcedTea project which is based
>> upon OpenJDK, but replaces the binary plugs with Free Software
>> alternatives from GNU/Classpath. In addition IcedTea can be
>> bootstrapped from GCJ -- thus a complete Free Software solution.
>>
>>>> We have been working within Red Hat to replace these binary
>>>> plugs with
>>>> free software based on GNU Classpath and to remove the need for
>>>> bootstrapping with unfree software. This is important for a
>>>> number of
>>>> reasons, the most pressing being that only free software may be
>>>> used
>>>> to build operating systems like Fedora.
>>
>> This applies as well to Debian. Once OpenJDK is 100% Free Software
>> we can get OpenJDK proper into Fedora and Debian. This will mean
>> that
>> it can also get into RedHat and Ubuntu as well as making code based

CONFIDENTIAL
OAGOOGLE0004639237

```
>> on and/or using Sun's implementation of Java SE available as a build
>> dependency and candidate member of the Linux toolchain.
>>
>> And while we are talking about packaging it will be very exciting
>> to package OpenJDK along with cool Java libraries and applications
>> for OpenSolaris Indiana too!
>>
>> Rest assured that the intent of this experiment is that all the code
>> will be contributed to OpenJDK under the Sun Contributor Agreement.
>>
>> FFI:
>> http://thread.gmane.org/gmane.comp.java.openjdk.distro-
>> packaging.devel/5
>>
>> Amazing progress in the first month!
>>
>> Regards,
>>
>> --Tom
>>
>
```

CONFIDENTIAL

OAGOOGLE0004639238