1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

       Plaintiff,

  v.

GOOGLE INC.,

       Defendant.

_____/

No. C 10-03561 WHA

**REQUEST FOR
CLARIFICATION**

     Did Oracle misspeak at page 5, line 24, of its response to Google's proffer re GNU Classpath when it said "Sun could only ship . . ."?  Instead, did it mean "Apache could only ship . . ."?  Please respond by **NOON TODAY**.

Dated:   May 3, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE