IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**FURTHER MEDIATION WITH JUDGE KIM**

    Counsel will also please mediate with Magistrate Judge Sallie Kim and settle upon an agreed statement for the jury regarding what is and is not copyright protected among the 37 APIs and the meaning of declaring code and SSO as well as exactly which methods within the three APIs (within the 37) were necessary to write in the Java programming language. Please try to complete this before the trial begins. Counsel are being unnecessarily stubborn. These should be simple to resolve.

    The trial judge envisions (but does not order) something that explains that the APIs are composed of classes, libraries, etc., and within each are specific methods and each method begins with a specified line of declaring code. The function and nature of declaring code will be explained versus the implementing code. The taxonomy of the SSO will be explained and stated to be copyright protected (as are the declaring lines of code). The implementing code can also be copyright protected but in this case Google did not use Sun's implementing code.

With respect to the necessity to use APIs to write in the Java programming language, 62 methods within three APIs (here specify) are needed.

**IT IS SO ORDERED.**

Dated: May 3, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2