IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE PETRELLA AND JURY TRIAL ON DISGORGEMENT**

    The disgorgement issue will remain with the jury for decision and post-verdict, the Court will rule on the *Petrella* issue and at the very least treat the disgorgement verdict as advisory, if not conclusive.

**IT IS SO ORDERED.**

Dated: May 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE