ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>                    Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>                    Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ROBERT L. URIARTE IN SUPPORT OF ORACLE'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 1765) RE TECHNICALLY NECESSARY COPYING**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Robert L. Uriarte, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Response to the Court's Order to Show Cause re Technically Necessary Copying.

3. Attached hereto as Exhibit 1 is a document marked during the March 15, 2016 deposition of Mark Reinhold, previously marked as Trial Exhibit 5332.

4. Attached hereto as Exhibit 2 is an excerpt from the transcript of the March 14, 2016 deposition of Owen Astrachan.

5. Attached hereto as Exhibit 3 is an excerpt from the transcript of the prior jury trial in this action.

6. Attached hereto as Exhibit 4 is an excerpt from the transcript of the March 15, 2016 deposition of Mark Reinhold.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of May, 2016, at San Francisco, CA.

Robert L. Uriarte

- 1 -

Uriarte Decl. ISO Oracle's Response to OSC re Technically Necessary Copying
CV 10-03561 WHA