# EXHIBIT 1

Nope

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 5332**

CASE NO. 10-03561 WHA

DATE ENTERED _____

BY _____
        DEPUTY CLERK



EXHIBIT 1509
WIT: Reinhold
DATE: 3-15-16
CARLA SOARES, CSR

Declarations in Classes Listed on TX1062 which are Subject to a Technical Constraint Imposed by the Java Language Specification

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.AbstractMethodError | package java.lang<br>public class AbstractMethodError … |
| java.lang.ArithmeticException | package java.lang<br>public class ArithmeticException … |
| java.lang.ArrayIndexOutOfBoundsException | package java.lang<br>public class ArrayIndexOutOfBoundsException … |
| java.lang.ArrayStoreException | package java.lang<br>public class ArrayStoreException … |
| java.lang.AssertionError | package java.lang<br>public class AssertionError … |
| java.lang.ClassCastException | package java.lang<br>public class ClassCastException … |
| java.lang.ClassCircularityError | package java.lang<br>public class ClassCircularityError … |
| java.lang.ClassFormatError | package java.lang<br>public class ClassFormatError … |
| java.lang.Error | package java.lang<br>public class Error extends Throwable |
| java.lang.Exception | package java.lang<br>public class Exception extends Throwable |
| java.lang.ExceptionInInitializerError | package java.lang<br>public class ExceptionInInitializerError …<br>public ExceptionInInitializerError(Throwable thrown) |
| java.lang.IllegalAccessError | package java.lang<br>public class IllegalAccessError … |
| java.lang.IllegalArgumentException | package java.lang<br>public class IllegalArgumentException … |
| java.lang.IllegalMonitorStateException | package java.lang<br>public class IllegalMonitorStateException … |
| java.lang.IncompatibleClassChangeError | package java.lang<br>public class IncompatibleClassChangeError … |
| java.lang.InstantiationError | package java.lang<br>public class InstantiationError … |
| java.lang.InstantiationException | package java.lang;<br>public class InstantiationException … |
| java.lang.InterruptedException | package java.lang<br>public class InterruptedException … |
| java.lang.LinkageError | package java.lang<br>public class LinkageError … |

Declarations in Classes Listed on TX1062 which are Subject to a Technical Constraint Imposed by the Java Language Specification

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.NegativeArraySizeException | package java.lang<br>public class NegativeArraySizeException … |
| java.lang.NoClassDefFoundError | package java.lang<br>public class NoClassDefFoundError … |
| java.lang.NoSuchFieldError | package java.lang<br>public class NoSuchFieldError … |
| java.lang.NoSuchMethodError | package java.lang<br>public class NoSuchMethodError … |
| java.lang.NullPointerException | package java.lang<br>public class NullPointerException … |
| java.lang.OutofMemoryError | package java.lang<br>public class OutOfMemoryError … |
| java.lang.RuntimeException | package java.lang<br>public class RuntimeException extends Exception |
| java.lang.StackOverflowError | package java.lang<br>public class StackOverflowError … |
| java.lang.UnsatisifedLinkError | package java.lang<br>public class UnsatisfiedLinkError … |
| java.lang.VerifyError | package java.lang<br>public class VerifyError … |
| java.lang.VirtualMachineError | package java.lang<br>public … class VirtualMachineError … |
| java.lang.Deprecated | package java.lang<br>public @interface Deprecated |
| java.lang.Override | package java.lang<br>public @interface Override |
| java.lang.SuppressWarnings | package java.lang<br>public @interface SuppressWarnings<br>String[] value() |
| java.lang.annotation.Annotation | package java.lang<br>public interface Annotation |
| java.lang.annotation.Inherited | package java.lang.annotation<br>public @interface Inherited |
| java.lang.annotation.Retention | package java.lang.annotation<br>public @interface Retention<br>public @interface Retention { RetentionPolicy … |
| java.lang.annotation.Target | package java.lang.annotation<br>public @interface Target<br>ElementType[] value() |

Declarations in Classes Listed on TX1062 which are Subject to a Technical Constraint Imposed by the Java Language Specification

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.Boolean | package java.lang<br>public … class Boolean …<br>public boolean booleanValue() |
| java.lang.Byte | package java.lang<br>public … class Byte … |
| java.lang.Character | package java.lang<br>public … class Character …<br>public char charValue() |
| java.lang.Double | package java.lang<br>public … class Double … |
| java.lang.Float | package java.lang<br>public … class Float … |
| java.lang.Integer | package java.lang<br>public … class Integer … |
| java.lang.Long | package java.lang<br>public … class Long … |
| java.lang.Short | package java.lang<br>public … class Short … |
| java.lang.Void | package java.lang<br>public … class Void … |
| java.lang.Class | package java.lang<br>public … class Class<…> … |
| java.lang.ClassLoader | package java.lang<br>public … class ClassLoader |
| java.lang.Cloneable | package java.lang<br>public interface Cloneable |
| java.lang.Enum | package java.lang<br>public … class Enum<…> … |
| java.lang.Iterable | package java.lang<br>public interface Iterable<…><br>… iterator() |
| java.lang.Math | package java.lang<br>public … class Math |

Declarations in Classes Listed on TX1062 which are Subject to a Technical Constraint Imposed by the Java Language Specification

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
|  | package java.lang |
|  | public class Object |
|  | public final Class<?> getClass() |
|  | public String toString() |
|  | public boolean equals(Object obj) |
|  | public int hashCode() |
|  | protected Object clone() throws CloneNotSupportedException |
|  | public final void wait() throws IllegalMonitorStateException, InterruptedException |
|  | public final void wait(long millis) throws IllegalMonitorStateException, InterruptedException |
|  | public final void wait(long millis, int nanos) throws IllegalMonitorStateException, InterruptedException |
|  | public final void notify() throws IllegalMonitorStateException |
|  | public final void notifyAll() throws IllegalMonitorStateException |
| java.lang.Object | protected void finalize() throws Throwable |
|  | package java.lang |
|  | public class Runtime |
| java.lang.Runtime | public ... exit(...) ... |
|  | package java.lang |
| java.lang.String | public ... class String ... |
|  | package java.lang |
| java.lang.System | public ... class System ... |
|  | package java.lang |
| java.lang.Thread | public ... class Thread ... |
|  | package java.lang |
| java.lang.ThreadGroup | public class ThreadGroup ... |
|  | package java.lang |
| java.lang.Throwable | public ... class Throwable ... |
|  | package java.io |
| java.io.Serializable | public interface Serializable |
|  | package java.lang.annotation |
|  | public ... ElementType |
|  | TYPE |
|  | FIELD |
|  | METHOD |
|  | PARAMETER, |
|  | CONSTRUCTOR |
|  | LOCAL_VARIABLE |
|  | ANNOTATION_TYPE |
| java.lang.annotation.ElementType | PACKAGE |

Declarations in Classes Listed on TX1062 which are Subject to a Technical Constraint Imposed by the Java Language Specification

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| | package java.lang.annotation |
| | public ... RetentionPolicy |
| | CLASS |
| | RUNTIME |
| java.lang.annotation.RetentionPolicy | SOURCE |