# EXHIBIT 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5   ORACLE AMERICA, INC.,              )
                                       )
6              Plaintiff,              )
                                       ) Case No.
7          vs.                         ) CV 10-03561 WHA
                                       )
8   GOOGLE, INC.,                      )
                                       )
9              Defendant.              )
    _____)

10

11

12

13

14

15

16    VIDEOTAPED DEPOSITION OF MARK REINHOLD, Ph.D.

17            San Francisco, California

18            Tuesday, March 15, 2016

19                  Volume I

20   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

21

22  Reported by:
    CARLA SOARES
23  CSR No. 5908
24  Job No.  2265296
25  Pages 1 - 136

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 102

1 edition."
2      Do you see that?
3      A  Yes.
4      Q  Let me just show you a copy of Trial
5 Exhibit 1062.
6      Are you familiar with Exhibit 1062,
7 Dr. Reinhold?
8      A  Yes, I am.
9      Q  You offered this exhibit into evidence, or
10 testified about it at the trial before, correct?
11      A  Yes.
12      Q  Did you create Exhibit 1062?
13      A  Yes.
14      Q  How did you create Exhibit 1062?
15      A  I created Exhibit 1062 by doing a
16 semi-automated analysis of the text of the Java
17 language specification.
18      Q  What tool did you use to do that
19 automation?
20      A  It was a series of UNIX shell scripts that
21 I wrote.
22      Q  What does -- okay.  And 1062, just looking
23 at the title up above, it seems, or description, is
24 "Classes and Interfaces Mentioned in the Java
25 Language Specification, third edition," correct?

Page 103

1      A  Yes.
2      MR. KAMBER:  Let me have marked as
3 Exhibit 1509 Exhibit A to the Rule 26 disclosures.
4      (Exhibit 1509 was marked for
5      identification and is attached hereto.)
6 BY MR. KAMBER:
7      Q  Do you recognize Exhibit A?
8      A  Yes, I do.
9      MR. RAMSEY:  Do you have an extra copy?
10      MR. KAMBER:  It's right here.
11      MR. RAMSEY:  Oh, I'm sorry.
12 BY MR. KAMBER:
13      Q  What is it?
14      A  Exhibit A is a more -- is the result of a
15 more detailed analysis of the items mentioned in
16 Exhibit 1062.
17      Q  Now, this may be a technicality, but
18 perhaps you can explain it to me.
19      I counted 62 lines, at least, in this --
20 in Exhibit A.
21      A  Yes.
22      Q  Is there any -- do you know why this might
23 list 62 -- have 62 lines whereas Exhibit 1062 refers
24 to 61 classes and interfaces mentioned --
25      A  Yes.

Page 104

1      Q  -- in the JLS?  What's the reason?
2      A  Exhibit 1062 is incorrect.
3      Q  What is incorrect about 1062?
4      A  Exhibit 1062 mistakenly includes the
5 interface Java.util.iterator, and it mistakenly
6 excludes two enum classes:
7 Java.lang.annotation.element type, and
8 Java.lang.annotation.retention policy.
9      Q  How or when did you figure that out?
10      A  I realized this while preparing
11 Exhibit 1509.
12      Q  How did you prepare Exhibit 1509?
13      A  Exhibit 1509 began with a draft produced
14 by Professor Schmidt, which I then reviewed and
15 cross-checked with the Java language specification,
16 3rd edition.
17      Q  With a -- did you look at a hard copy of
18 the book?
19      A  No.
20      Q  Did you look at an electronic copy of the
21 book?
22      A  Yes.
23      Q  And describe for me what you did in terms
24 of that cross-referencing.
25      A  So in that cross-referencing, I referred

Page 105

1 to some of the intermediate materials that I had
2 saved from the process of preparing Exhibit 1062,
3 and I also cross-checked all of the actual textual
4 mentions in the Java language specification, taking
5 more time than I did for 1062 because that was
6 during the trial, and it was a very limited time
7 effort.
8      Q  So turning back to the description of what
9 you might testify about, what are your opinions
10 regarding the 62 classes and interfaces listed on
11 Exhibit 1509 with respect to being subject to a
12 technical constraint imposed by the Java language
13 specification?
14      A  At a high level, my conclusion is that the
15 Java language specification places very few
16 technical constraints on any of these classes.
17      In most cases, the language specification
18 merely indicates that a class of a given name and a
19 given package must exist.  In some cases, it says
20 that a class of a particular name must contain a
21 method or two or have a certain annotation.
22      The one exceptional case is the class
23 Java.lang.object where the Java language
24 specification as shown on page 4 of 5 says more than
25 that there simply is a class object.  It also gives

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 106

1  a list of the methods and the declaring code for
2  those methods, and asserts that these methods must
3  exist in that class.  That does not, of course,
4  limit the presence of other methods.
5       The other slight exception is, in the two
6  enum classes at the very bottom, element type and
7  retention policy, the Java language specification
8  constrains these classes to contain enumeration
9  elements of the given names.
10      Q   So are you saying, or is it your opinion
11  that to the extent that the Java language
12  specification has some technical constraints or
13  imposes some technical constraints on these
14  particular classes, that the technical constraint is
15  actually -- it's a limited technical constraint,
16  that is, it's a narrow technical constraint?
17      A   Yes.
18      Q   Just as a technical matter, why is it a
19  narrow constraint?
20      A   The Java language specification strives to
21  be a specification of the language.  It does not
22  strive to specify any of the Java APIs beyond the
23  extent necessary to specify the language.
24      Q   Is that opinion different than the opinion
25  that you expressed at the -- in the first phase of

Page 107

1  this case at the trial?
2      A   I don't believe so.
3      Q   With respect to Exhibit 1509, what, if
4  anything, does it show about the SSO?
5      A   It shows a very small -- very small
6  portion of the overall SSO.
7      Q   How does it show the SSO?
8      A   So the SSO is expressed in the fragments
9  of declaring code that you can find in -- well, it
10  is partly expressed in the fragments of declaring
11  code that you can find in the right-hand column of
12  the table.
13      Q   So, for example, for the first class
14  Java.lang.abstract method error, you're referring to
15  the SSO being -- where is the -- how is the SSO
16  reflected in the declaration listed in the
17  right-hand column?
18      A   In the fragment of declaring code in the
19  right-hand column, the aspects of the SSO that are
20  expressed are the existence of a package called
21  Java.lang, the presence of a class called abstract
22  method error within that package, and no more.
23      Q   What, if any, opinion do you have that
24  declaring code and SSO not listed in Exhibit 1509
25  are not subject to a technical constraint imposed by

Page 108

1  the Java language specification?
2      A   I'm sorry.  Could you repeat the question?
3      Q   Sure.
4       What, if any, opinions do you have that
5  declaring code and SSO not included on the table
6  that is Exhibit 1509 are not subject to a technical
7  constraint imposed by the Java language
8  specification?
9      A   Any SSO expressed in the declaring code of
10  the 37 packages that is not also expressed in the
11  fragments of declaring code in this table are not
12  mandated by the Java language specification.
13      Q   Whereas those -- whereas the SSO expressed
14  in the declaring code listed are these fragments
15  that are listed in Exhibit 1509, it's your opinion
16  that those are mandated by the Java language
17  specification, correct?
18      MR. RAMSEY:  Objection.  Form.
19      THE WITNESS:  Yes.
20  BY MR. KAMBER:
21      Q   Turning back to Exhibit 1508,
22  Dr. Reinhold, it says that you may -- starting
23  on line 7, that you "may also present testimony
24  regarding the advantages of Java as compared to
25  other programming environments or platforms."

Page 109

1       Do you see that?
2      A   Yes.
3      Q   What, if any, opinions do you intend to
4  offer on that -- on that topic?
5      A   Again, I'm not sure exactly what I will
6  say at trial, but sitting here today, I think that
7  Java has many advantages relative to other common or
8  uncommon programming environments.
9      Q   Can you please give me some examples?
10      A   Amongst those examples are, it is a
11  high-level language that insulates developers from
12  lots of low-level details that you find necessary to
13  deal with in other languages, such as C or C++.
14       It includes features built in such as
15  garbage collection and threading.  It includes, as
16  we have been discussing, a rich set of APIs for many
17  different capabilities.
18       And over the last 20 years, a very rich
19  ecosystem has grown up around it such that if a
20  particular Java platform you might be using doesn't
21  contain something, it's very likely you can find an
22  open source library that does provide that
23  functionality.
24       There are also millions of Java
25  developers, which is a big strength of the

28 (Pages 106 - 109)