KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>                Plaintiffs,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF KATE LAZARUS IN SUPPORT OF GOOGLE INC.'S RESPONSE TO COURT'S REQUEST RE "CUSTOM" DETAILS**<br><br>Dept.     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |
|---|---|

1        I, Kate Lazarus, declare as follows:

2        I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google's response to the Court's request regarding "Custom" Details. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

6        Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the deposition transcript of John Duimovich, taken December 21, 2015.

9        I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on May 3, 2016.

By: _____
          KATE E. LAZARUS

---

1

DECL. OF KATE LAZARUS ISO GOOGLE INC.'S RESPONSE RE CUSTOM DETAILS
Case No. 3:10-cv-03561 WHA

1056821