KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)**<br><br>Trial:        May 9, 2016<br>Dept.       Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF RESPONSE TO SUMMARY
MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)
Case No.  3:10-cv-03561 WHA

1056804

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby moves to file under seal portions of Google's Response to Oracle's Summary Motion *in limine* 4 and the Court's Order to Show Cause re Technically Necessary Copying.  Google seeks to file under seal the portions of the response that summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order.  The portions of this response that summarize, quote from, or reproduce portions of materials designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" are set forth in the Declaration of Maya Karwande in Support of Google's Administrative Motion to Seal Google's Response to Oracle's Summary Motion *in limine* 4 and the Court's Order to Show Cause re Technically Necessary Copying.  Google states no position on whether disclosure of the information designated by Oracle would result in competitive harm to Oracle.

Dated:  May 3, 2016                                              KEKER & VAN NEST LLP

                                                                 By:   /s/ Robert A. Van Nest
                                                                       ROBERT A. VAN NEST
                                                                       CHRISTA M. ANDERSON
                                                                       DANIEL PURCELL

                                                                       Attorneys for Defendant
                                                                       GOOGLE INC.

1
GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)
Case No.  3:10-cv-03561 WHA

1056804