KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)** <br><br> Trial:   May 9, 2016 <br> Dept.   Courtroom 8, 19th Fl. <br> Judge:  Hon. William Alsup |

DECL. OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL RESPONSE SUMMARY MIL #4 &
ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)
Case No. 3:10-cv-03561 WHA

1056808.01

I, Maya Karwande, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Google's Response to Oracle's Summary Motion *in limine* 4 and the Court's Order to Show Cause re Technically Necessary Copying. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The following portions of Google's Response to Oracle's Summary Motion *in limine* 4 and the Court's Order to Show Cause re Technically Necessary Copying summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

- Page 6, lines 17-18: text after "opines" until end of sentence.
- Page 6, footnote 2, lines 26-28: text after "that" until end of sentence.
- Page 7, lines 2-3: text after "Reinhold" until end of sentence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on May 3, 2016.

By: _____
    MAYA KARWANDE

1

DECL. OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL RESPONSE SUMMARY MIL #4 &
ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)
Case No. 3:10-cv-03561 WHA

1056808.01