KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:     (404) 572-4600
Facsimile:      (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)**<br><br>Trial Date: May 9, 2016<br>Dept:　　　Courtroom 8, 19th Fl.<br>Judge:　　　Hon. William Alsup |

DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)
CASE NO. 3:10-CV-03561 WHA

1056751

I, MAYA KARWANDE, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Opposition to Oracle's Summary Motion in Limine #4 Regarding Copying Not Required to Use the Java Language. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit A to Oracle's Supplemental Rule 26(a)(2)(C) Disclosure, dated February 29, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Trial Exhibit 1062, a document titled jls - classes.txt.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition of Mark Reinhold, Ph.D, taken March 15, 2016

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Expert Report of Douglas C. Schmidt, Ph.D Regarding Fair Use and Rebuttal to Google's Opening Expert Reports, dated February 8, 2016. As Google is not challenging the expert report in a *Daubert* motion we have not lodged the entire report, but will do so should the Court request the full version.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the cover page of Appendix P to Dr. Schmidt's February 8, 2016 Rebuttal Report. We have not lodged the entire appendix as it is over 800 pages, but will do so should the Court request the full version of Appendix P.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the Reply Expert Report of Douglas C. Schmidt, Ph.D, dated February 29, 2016. As Google is not challenging the expert report in a *Daubert* motion we have not lodged the entire report, but will do so should the Court request the full version.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

1

DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765) Case No. 3:10-cv-03561 WHA

1056751

1  Executed this 3rd day of May, 2016 at San Francisco, California.

By: _____
Maya Karwande

2
DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765) Case No. 3:10-cv-03561 WHA

1056751