# Exhibit 2

```
                              jls-classes.txt
Classes and Interfaces Mentioned in the
Java Language Specification (third edition)
(excluding examples and commentary)

Total: 61

Interfaces outside of java.lang (2)

     java.io.Serializable
     java.util.Iterator

Primitive-type classes (9)

     java.lang.Boolean
     java.lang.Byte
     java.lang.Character
     java.lang.Double
     java.lang.Float
     java.lang.Integer
     java.lang.Long
     java.lang.Short
     java.lang.Void

Annotations (7)

     java.lang.Deprecated
     java.lang.Override
     java.lang.SuppressWarnings
     java.lang.annotation.Annotation
     java.lang.annotation.Inherited
     java.lang.annotation.Retention
     java.lang.annotation.Target

Classes and interfaces in java.lang (13)

     java.lang.Class
     java.lang.ClassLoader
     java.lang.Cloneable
     java.lang.Enum
     java.lang.Iterable
     java.lang.Math
     java.lang.Object
     java.lang.Runtime
     java.lang.String
     java.lang.System
     java.lang.Thread
     java.lang.ThreadGroup
     java.lang.Throwable

Errors and exceptions (30)

     java.lang.AbstractMethodError
     java.lang.ArithmeticException
     java.lang.ArrayIndexOutOfBoundsException
     java.lang.ArrayStoreException
     java.lang.AssertionError
     java.lang.ClassCastException
     java.lang.ClassCircularityError
     java.lang.ClassFormatError
     java.lang.Error
     java.lang.Exception
     java.lang.ExceptionInInitializerError
                                        Page 1
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1062**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

Trial Exhibit 1062, Page 1 of 2

```
                           jls-classes.txt
java.lang.IllegalAccessError
java.lang.IllegalArgumentException
java.lang.IllegalMonitorStateException
java.lang.IncompatibleClassChangeError
java.lang.InstantiationError
java.lang.InstantiationException
java.lang.InterruptedException
java.lang.LinkageError
java.lang.NegativeArraySizeException
java.lang.NoClassDefFoundError
java.lang.NoSuchFieldError
java.lang.NoSuchMethodError
java.lang.NullPointerException
java.lang.OutOfMemoryError
java.lang.RuntimeException
java.lang.StackOverflowError
java.lang.UnsatisfiedLinkError
java.lang.VerifyError
java.lang.VirtualMachineError
```