# Exhibit 4

## DOCUMENT SOUGHT TO BE SEALED