ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California  94105-2669
Tel:     (415) 773-5700/Fax:   (415) 773-5759

PETER A. BICKS (pro hac vice)
pbicks@orrick.com
LISA T. SIMPSON (pro hac vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York  10019-6142
Tel:     (212) 506-5000/Fax:   (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel:     (650) 506-5200/Fax:   (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222

Attorneys For Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR TRIAL**<br><br>Trial Date: May 9, 2016<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

## STIPULATION

WHEREAS, trial in the above-captioned matter is scheduled to commence on May 9, 2016;

WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom and breakout rooms during trial;

WHEREAS, the parties wish to coordinate their use of presentation equipment to be used in the courtroom during trial;

NOW THEREFORE, Plaintiff Oracle America, Inc. ("Oracle") and Defendant Google Inc. respectfully request permission, pursuant to General Order No. 58, for the parties to bring the electronic equipment listed below into the courthouse on May 5 or May 6, 2016 (or as soon as practicable after the criminal trial pending in Courtroom 8 concludes), and to possess and use that equipment in Courtroom 8 during trial as discussed by the parties and the Court during the April 27, 2016 Pretrial Conference.  The parties have agreed to share the electronic presentation equipment and will coordinate with the Court's staff to set up and test the equipment prior to commencement of opening statements at such time as the Court may specify.  The parties also respectfully request permission to bring in other equipment such as rolling carts and a printer for use in breakout rooms that the parties have reserved during trial.

The specific electronic devices and other equipment the parties seek to bring into the courthouse are as follows:

1. 5000L to 6500L Projector
2. DaLite Insta-Theater Screen 80"
3. DaLite Projection Stand
4. One wireless microphone
5. Two 18" x 60" Tables w/ Skirt
6. Two Extron 6 in x 1 out VGA switches
7. Two Extron 1 in x 2 out VGA DAs
8. Two Anchor AN-1000X Speakers
9. Two CAP-1 Computer Audio Patches

REQUEST AND [PROPOSED] ORDER RE
COURTROOM EQUIPMENT FOR TRIAL
CV 10-03561 WHA

10. Two 19" computer monitors

11. Two HP Color Laserjet M451dn Printers

12. Toner HP (Black, Yellow, Magenta, Cyan)

13. One portable scanner

14. One four-drawer filing cabinet

15. Six rolling library carts

16. Six hand trucks

17. Two easels and large notepads

IT IS SO STIPULATED.


Dated:  May 3, 2016                                  ORRICK, HERRINGTON & SUTCLIFFE LLP


                                            By:     /s/  Christina M. Von der Ahe
                                                     Christina M. Von der Ahe


                                                    Attorneys for Plaintiff
                                                    ORACLE AMERICA, INC.


Dated:  May 3, 2016                                  Keker & Van Nest LLP


                                            By:     /s/  Robert A. Van Nest
                                                     Robert A. Van Nest


                                                    Attorneys For Defendant
                                                    GOOGLE INC.


**ATTESTATION OF CONCURRENCE**

I, Christina M. Von der Ahe, the ECF User whose ID and password are being used to file

this Joint Stipulation, hereby attest that Robert A. Van Nest has concurred in this filing.

Dated:  May 3, 2016                          By:  /s/ Christina M. Von der Ahe

STIPULATION AND [PROPOSED] ORDER RE
COURTROOM EQUIPMENT FOR TRIAL
CV 10-03561 WHA

1

2

3                                    **[PROPOSED] ORDER**

4            The foregoing stipulation is approved, and IT IS SO ORDERED.

5

6     Date: _____            _____
                                              Honorable William Alsup
7                                             Judge of the United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
                                              COURTROOM EQUIPMENT FOR TRIAL
                                              CV 10-03561 WHA