KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **[PROPOSED] ORDER RE GOOGLE INC.'S MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)** <br><br> Dept.         Courtroom 8, 19th Fl. <br> Judge:        Hon. William Alsup |

**IT IS HEREBY ORDERED** that the designed portions of the following document should be sealed and that counsel for Google Inc. may file the following under seal:

| | |
|---|---|
| Google's Response to Summary MIL #4 & Order to Show Cause re Technically Necessary Copying (ECF 1765) | Google: None <br> Oracle: Page 6, lines 17-18, Page 6, footnote 2, lines 26-28, Page 7, lines 2-3: |
| **Exhibit 3** is a true and correct copy of excerpts of the deposition of Mark Reinhold, Ph.D, taken March 15, 2016 | Google: None <br> Oracle: Entirety |
| **Exhibit 4** is a true and correct copy of excerpts of the Expert Report of Douglas C. Schmidt, Ph.D Regarding Fair Use and Rebuttal to Google's Opening Expert Reports, dated February 8, 2016. | Google: None <br> Oracle: Entirety |
| **Exhibit 5** is a true and correct copy of the cover page of Appendix P to Dr. Schmidt's February 8, 2016 Rebuttal Report. | Google: None <br> Oracle: Entirety |
| **Exhibit 6** is a true and correct copy of the Reply Expert Report of Douglas C. Schmidt, Ph.D, dated February 29, 2016. | Google: None <br> Oracle: Entirety |

**IT IS SO ORDERED.**

Dated: _____

By: _____
    HON. WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE MOT. TO SEAL GOOGLE'S RESPONSE REGARDING FOURTH FAIR USE FACTOR (ECF NO. 1598)
Case No. 3:10-cv-03561 WHA

1057012.01