| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:     (415) 773-5700/Fax:   (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:     (212) 506-5000/Fax:  (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:     (650) 506-5200/Fax:  (650) 506-7117<br><br>*Attorneys for Plaintiff*<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) 397-7188<br><br>KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel:  (212) 556-2100<br>Fax:  (212) 556-2222<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE COURTROOM EQUIPMENT**<br>**FOR TRIAL**<br><br>Trial Date: May 9, 2016<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

**STIPULATION**

WHEREAS, trial in the above-captioned matter is scheduled to commence on May 9, 2016;

WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom and breakout rooms during trial;

WHEREAS, the parties wish to coordinate their use of presentation equipment to be used in the courtroom during trial;

NOW THEREFORE, Plaintiff Oracle America, Inc. ("Oracle") and Defendant Google Inc. respectfully request permission, pursuant to General Order No. 58, for the parties to bring the electronic equipment listed below into the courthouse on May 5 or May 6, 2016 (or as soon as practicable after the criminal trial pending in Courtroom 8 concludes), and to possess and use that equipment in Courtroom 8 during trial as discussed by the parties and the Court during the April 27, 2016 Pretrial Conference. The parties have agreed to share the electronic presentation equipment and will coordinate with the Court's staff to set up and test the equipment prior to commencement of opening statements at such time as the Court may specify. The parties also respectfully request permission to bring in other equipment such as rolling carts and a printer for use in breakout rooms that the parties have reserved during trial.

The specific electronic devices and other equipment the parties seek to bring into the courthouse are as follows:

1. 5000L to 6500L Projector
2. DaLite Insta-Theater Screen 80"
3. DaLite Projection Stand
4. One wireless microphone
5. Two 18" x 60" Tables w/ Skirt
6. Two Extron 6 in x 1 out VGA switches
7. Two Extron 1 in x 2 out VGA DAs
8. Two Anchor AN-1000X Speakers
9. Two CAP-1 Computer Audio Patches

|   |   |
|---|---|
| 1 | 10. Two 19" computer monitors |
| 2 | 11. Two HP Color Laserjet M451dn Printers |
| 3 | 12. Toner HP (Black, Yellow, Magenta, Cyan) |
| 4 | 13. One portable scanner |
| 5 | 14. One four-drawer filing cabinet |
| 6 | 15. Six rolling library carts |
| 7 | 16. Six hand trucks |
| 8 | 17. Two easels and large notepads |

IT IS SO STIPULATED.

Dated: May 3, 2016                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      By:   */s/  Christina M. Von der Ahe*
                                            Christina M. Von der Ahe

                                      Attorneys for Plaintiff
                                      ORACLE AMERICA, INC.

Dated: May 3, 2016                    Keker & Van Nest LLP

                                      By:   */s/  Robert A. Van Nest*
                                            Robert A. Van Nest

                                      Attorneys For Defendant
                                      GOOGLE INC.

**ATTESTATION OF CONCURRENCE**

I, Christina M. Von der Ahe, the ECF User whose ID and password are being used to file this Joint Stipulation, hereby attest that Robert A. Van Nest has concurred in this filing.

Dated: May 3, 2016                    By: */s/ Christina M. Von der Ahe*

1
2
3                              **[PROPOSED] ORDER**
4       The foregoing stipulation is approved, and IT IS SO ORDERED.
   To be clear, this order does not approve the use of a projector during trial.
5  It only permits the parties to bring it into the courthouse.

6  Date: _May 3, 2016._                    _____
                                           Honorable William Alsup
7                                          Judge of the United States District Court

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                   STIPULATION AND [PROPOSED] ORDER RE
                            - 2 -                  COURTROOM EQUIPMENT FOR TRIAL
                                                                    CV 10-03561 WHA