1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

       Plaintiff,

v.

GOOGLE INC.,

       Defendant.

———————————————/

No. C 10-03561 WHA

**REQUEST FOR FURTHER
INFORMATION ON GPL v.2 WITH
CLASSPATH EXCEPTION**

By **10 A.M. TOMORROW**, both sides shall submit a short statement with absolute accuracy stating when GPL v.2 with Classpath exception became available on the GNU Classpath project for the Java class libraries.  Please state all relevant time periods when this became available.

What witnesses at trial will be able to explain with authority the apparent difference of opinion between Google and Oracle on the liberality or not of the GPL v.2 with Classpath exception?

The Court is considering setting a hearing for 8:00 a.m on Thursday morning on the issue of the GPL v.2 with Classpath exception and the GNU Classpath project.  If such a hearing is held, it would be essential that a representative with exceedingly accurate information appeared and argued.

Dated:   May 3, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California