# EXHIBIT A

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5   ORACLE AMERICA,

6            Plaintiff,

7     vs.                CASE NO. 3:10-cv-03561-WHA

8   GOOGLE, INC.,

9            Defendant.

10

11

12      VIDEOTAPED DEPOSITION OF ROHIT CHATTERJEE

13             San Francisco, California

14             Thursday, April 28, 2016

15                  Volume I

16

17

18

19

20

21

22   Reported by:

     LORI STOKES

23   CSR No. 12732

24   Job No. 2302034

25   Pages 1 - 296

Page 58

1 BY MR. PAIGE:
2   Q   Okay.  Would you agree that if changes to
3 APIs do not result in any issue with backwards
4 compatibility that the changes will not cause
5 problems for developers?
6       MR. RAMSEY:  Objection.  Form.
7       THE WITNESS:  Could you restate that
8 again?  It was a long sentence.
9 BY MR. PAIGE:
10   Q   Would you agree that if changes to APIs
11 do not result in any issues with backwards
12 compatibility that the changes will not cause
13 problems for developers?
14       MR. RAMSEY:  Objection.  Form.
15       THE WITNESS:  There could be other
16 issues, also.  I don't know -- I don't know one way
17 or the other if backwards compatibility is the only
18 reason why it would cause some problems.  I just
19 don't know.
20 BY MR. PAIGE:
21   Q   Does your analysis reveal whether the
22 APIs you examined are backwards compatible?
23       MR. RAMSEY:  Objection.  Form.
24       THE WITNESS:  I did not conduct any
25 analysis.  The data that I was asked to collect, I

Page 59

1 mean, had deprecated code in them.  So I would
2 guess that that would cover backward compatibility
3 in some sense.
4       Again, I'm -- I haven't really thought
5 about backward compatibility as a separate issue,
6 so I can't really comment on that.
7 BY MR. PAIGE:
8   Q   Could you determine from the data you
9 collected whether the APIs are backwards
10 compatible?
11       MR. RAMSEY:  Objection.  Form.
12       THE WITNESS:  I would need to know what
13 the definition of backward compatibility is in this
14 particular context.  I would have to go back and
15 see if the data actually contained those -- the
16 contours that are defined in that particular
17 definition of backward compatibility, and then I
18 would check it that way.
19       But I can't -- I don't know.
20       MR. PAIGE:  Okay.
21       MR. RAMSEY:  Can we take a break when you
22 get a chance, just whenever it's convenient for
23 coffee?  No particular rush.
24       MR. PAIGE:  Sure.  Just a few more
25 questions.

Page 60

1       MR. RAMSEY:  Sure.
2 BY MR. PAIGE:
3   Q   Do you believe you have expertise
4 relevant to this case?
5       MR. RAMSEY:  Objection.  Form.
6       THE WITNESS:  I have -- I have expertise
7 conducting some of the things that I was asked to
8 do in this particular case.
9 BY MR. PAIGE:
10   Q   So what is the expertise that you have
11 that is relevant to this case?
12   A   I have an understanding of -- of how to
13 sort of collect these types of data, writing
14 scripts, to do that.  I have expertise in sort of
15 like usage of some tools that I've used in this
16 particular -- the recollection effort.
17       I have -- like I said, I've done Java
18 programming before.  I have programmed in different
19 languages before.  And so all of those, I think,
20 are relevant to the work that I've done.
21   Q   Do you have any expertise in deciding
22 what sort of changes would matter to developers?
23       MR. RAMSEY:  Objection.  Form.
24       THE WITNESS:  I don't have like specific
25 expertise in sort of designing that particular

Page 61

1 metric at this time.  Or I haven't done that.  But
2 I can think about it if I was asked to do that.
3       MR. PAIGE:  Okay.  Let's take a break.
4       THE VIDEOGRAPHER:  Going off the record.
5 The time is 10:07.
6       (Short break taken.)
7       THE VIDEOGRAPHER:  Back on the record.
8 The time is 10:17.
9 BY MR. PAIGE:
10   Q   Mr. Chatterjee, welcome back.
11   A   Thank you.
12   Q   You understand that you're still under
13 oath, correct?
14   A   Sorry?
15   Q   You understand that you're still under
16 oath, correct?
17   A   I am.  I do.
18   Q   Okay.  What work did you do on
19 Dr. Kemerer's report?
20       MR. RAMSEY:  Objection.  Form.
21       THE WITNESS:  I -- he had asked me to
22 collect data that he wanted to do for his own
23 analysis, helped him sort of gather that data.
24 BY MR. PAIGE:
25   Q   What specific portions of Dr. Kemerer's

16 (Pages 58 - 61)

1    Q   So data manipulation for v1-13.R, is that
2 what does the R script for API levels 1 through 13?
3    A   It is used in the -- yes.  It is used in
4 the -- sort of like changing the data format for v1
5 to 13, yes.
6    Q   And what is used for API levels 14
7 through 23?
8    A   I used a PHP scraper parser.
9    Q   Where is that PHP parser?
10    A   I think I -- can I refer back to that?
11    Q   Sure, of course.
12    A   We talked about the PHP parsing scripts.
13 I have to go back to...
14       This one here, I think, parse v3.PHP...
15 Commented.PHP are the parsing scripts.
16    Q   So there is no R script that was run for
17 API levels 14 through 23?
18       MR. RAMSEY:  Objection.  Form.
19       THE WITNESS:  API levels 14 through 23, I
20 did run -- let's see.  I did run the R script for
21 API level -- was it for 13 specifically?
22       So ultimately -- let me just explain the
23 process.  All of these API levels 1 to 13 or 14 to
24 23 then got combined and was -- was sent through
25 another R script.

1       So yes, in that respect, the 14 to 23
2 data also got through the R scripts.
3 BY MR. PAIGE:
4    Q   Where is the other R script through which
5 that data is sent?
6    A   This one here, JDK stability analysis.R.
7    Q   So you ran the Android code through JDK
8 stability analysis.R?
9    A   Oh, sorry.  I misspoke.
10       It's a similar file.  I don't know if
11 the -- it's not the JDK.  It's probably -- this
12 information is probably from the Java site.  But I
13 used an R script for that.  But there is a similar
14 Android stability analysis file, as well.  I would
15 need to look at where exactly, but I think I
16 provided it.
17    Q   You don't see it here in this folder, do
18 you?
19    A   So it could be in the stability
20 analysis_1 through 23.  It could be in there.
21    Q   What is instability analysis 13-14?
22    A   So I think that it contains maybe the PHP
23 script or the R script once more.  And maybe a read
24 me file sort of giving the instruction on why I put
25 that in.  What happens in -- that's probably what's

1 in there.  But I need to open up the folder to take
2 a look.
3    Q   Is that API levels 13 and 14?
4    A   That's right, yeah.
5    Q   Why is there something specific for those
6 API levels?
7    A   The file format changed, like I showed
8 you, XML, from API levels 1 through 13.  And 14
9 onwards, I think it's the TXT format.  Just to make
10 sure that the XML format -- whenever there's a
11 change in format, I want to make sure that at the
12 inflection point, whenever the change happens, the
13 data is accurately captured.  So I just ran it for
14 13 and 14 specifically.
15       MR. PAIGE:  Exhibit 1602, please.
16       (Deposition Exhibit 1602 was marked for
17       identification by the court reporter.)
18 BY MR. PAIGE:
19    Q   Mr. Chatterjee, I've put before you
20 Exhibit 1602, which is the contents of folder 12
21 Understand Scripts.
22       Could you tell me what's in this folder,
23 please, sir?
24    A   There's Python scripts -- primarily
25 Python scripts, there's a read me file.  There's

1 also information on, I think, the CSV output from
2 this tool that I used, Understand, for Java and for
3 Android.  And I can't recall what's under the zips,
4 probably zipped of these versions or something.
5    Q   So what are these files, sir?
6       MR. RAMSEY:  Objection to form.
7       THE WITNESS:  These are the -- some of
8 the -- this is the files I used to invoke
9 Understand for collecting the page ranks course
10 for -- sorry, I misspoke.  For the dependency
11 portion of that particular analysis that
12 Dr. Kemerer was running.
13 BY MR. PAIGE:
14    Q   So these files were used with Understand
15 to get out the data you wanted from Understand; is
16 that right?
17    A   Yeah.  So these are the files I was
18 describing before, which is they come primarily
19 from the documentation -- from Understand's
20 documentation.
21       And I wrote it in a way which I just took
22 most of the information from there and put it in.
23 There's multiple ways of doing it.  You can use
24 your -- it has a good user interface, as well.
25 People can run it that way.  I used this way to

Page 138

1 access Understand.
2    Q   Okay.  There are other ways you could
3 have accessed Understand, right?
4    A   That's right.
5    Q   Okay.  And generateDependency.SH.
6       What is that?
7    A   That's what I call a shell script.
8    Q   Okay.
9    A   It's essentially like if you think
10 about -- if you have a terminal, and you're trying
11 to write -- you're trying to find out what the
12 file -- number of files are, what the files are in
13 that particular folder, you write a set of
14 commands.
15       This is a wrapper script that I wrote
16 just for convenience so that I don't have to
17 manually repeat some of the processes that I was
18 asked to do.
19    Q   And was that an input to Understand, as
20 well?
21    A   These are, like I said, shell scripts.
22 So they might have information that I sent to the
23 Understand tool --
24    Q   Yeah.
25    A   -- to run it.

Page 139

1       So I mean, in that sense, it contains
2 some information that I provided to Understand.
3    Q   Okay.  And you wrote it yourself, right?
4    A   These ones, yes.
5    Q   Yeah.  And what language is the SH file
6 in?
7    A   It's a shell script.  So I mean, it's
8 a -- I guess it's a -- I'm not sure what language
9 you would call them -- call it.  But it's
10 essentially what happens in the back-end when you
11 double click a folder or something like that.  So
12 just a command line input.
13    Q   Okay.  And I see five files with the
14 extension PY.
15       Those are written in Python, right?
16    A   That's right.
17    Q   What about the generateUdb that doesn't
18 have an extension on it?  What is that?
19    A   GenerateUdb -- so one of the steps that
20 you have to -- I have to do is I need to generate
21 the Understand -- Udb stands for Understand
22 database.  So this particular file actually does
23 help with that.
24       I don't know if I actually wrote this
25 particular file, honestly.  This could be one of

Page 140

1 those things which came from Understand.
2    Q   Okay.
3       MR. PAIGE:  We'll go onto Exhibit 1603,
4 please.
5       (Deposition Exhibit 1603 was marked for
6       identification by the court reporter.)
7 BY MR. PAIGE:
8    Q   Mr. Chatterjee, I've put in front of you
9 Exhibit 1603.  It is the contents of 13 PageRank
10 NetworkX Android.
11       And could you tell me what the files in
12 there are, please, sir?
13    A   These are the files that I believe are
14 inputs and -- inputs into the NetworkX tool that I
15 used to calculate page rank scores for Android.
16       (Reporter clarification.)
17 BY MR. PAIGE:
18    Q   And what are the files that end with
19 .JSON?
20    A   That's just -- JSON is the data format.
21 It's -- it's -- it's an intermediary output which
22 forms the input for running the NetworkX tool.
23    Q   And how do you generate the JSON output?
24    A   I believe it's the DGraph.py, the Python
25 script that generates the JSON file.

Page 141

1    Q   Okay.  And who wrote the DGraph.py file?
2    A   I wrote I think most part of this one.
3 But this could be one of those ones where -- like
4 JSON is another format which is very popular
5 around.  So I might have taken some portion from
6 either NetworkX or one of the tools.
7    Q   What about core S.py?  Did you write
8 that, as well?
9    A   Core underscore, yes . PY is a Python
10 script that I wrote to run NetworkX.  It's, again,
11 one of those things that NetworkX documentation
12 might be the primary driver of what I wrote in
13 there.
14    Q   And those are inputs to NetworkX, right?
15 The two PY files, Python files?
16    A   That's the actual way to invoke NetworkX,
17 core_s.py is a way.  DGraph.py is a script that
18 would generate the JSON file.
19    Q   Just so I understand.  The PYs are the
20 inputs, and the JSONs are the outputs from
21 NetworkX?
22    A   PY is the tool.  You can think of it as a
23 tool.
24    Q   Okay.
25    A   And JSON is the output.

36 (Pages 138 - 141)

Page 150

1 full source code, right, not just the declarations?
2    A   For the NetworkX tool --
3       MR. RAMSEY: Objection. Form.
4       THE WITNESS: I don't remember the
5 starting point for that. Yeah, anything that would
6 affect the declaring code would be captured in the
7 tool that -- in the -- sort of the analysis
8 Dr. Kemerer was conducting.
9 BY MR. PAIGE:
10    Q   When you say anything that would affect
11 the declaring code, do you mean the implementing
12 code?
13    A   It would be things like the declarations,
14 for example.
15    Q   And would it be the implementing code for
16 the -- that accompanied the declarations, as well?
17    A   The reason I'm thinking about it is
18 because that particular data involved looking at
19 classes. So -- and method declarations in
20 particular included in the classes.
21       And I mean, there's dependencies. So I
22 think it's primarily declaring code, that's what I
23 used. But it's from the source code, you're right
24 about that.
25    Q   Don't you need to use the implementing

Page 151

1 code to see what calls are made by the implementing
2 code to other declaring code?
3    A   The method declarations have those
4 extends, the keyboard extends, the inheritance
5 relationships. So the method declarations would
6 have those, yes.
7    Q   But there's also calls made within the
8 implementing code, aren't there?
9    A   There could be. I mean, it's like class
10 declarations. Another place we have -- extends
11 are -- I mean, again, inheritance relationships
12 might be there.
13       But anything that would sort of make an
14 impact on the declaring code, so it could be some
15 portion of the implementation code, but I don't
16 think that's the case. It's primarily looking at
17 declaring code and the relationships between the
18 methods and classes in those -- that set of code.
19    Q   Are there relationships created for
20 NetworkX purposes when the implementing code calls
21 a particular method?
22       MR. RAMSEY: Objection. Form.
23       THE WITNESS: No, the NetworkX tool
24 doesn't specify one way or the other.
25 BY MR. PAIGE:

Page 152

1    Q   Sorry, let me be more clear.
2       Are there dependencies created using the
3 Understand tool when the implementing code calls a
4 particular method?
5    A   No. So I think we used -- I used a
6 particular schema from Understand. And that, I
7 believe, is only caused between methods and classes
8 in the mechanical engineering. But it's an
9 Understand-specific tool.
10    Q   So it's a setting you can put on
11 Understand?
12    A   It's a schema that they generate. So
13 yeah, I follow that.
14    Q   So there are different ways you can run
15 Understand, and you chose to run the way that only
16 does declaring code; is that right?
17       MR. RAMSEY: Objection. Form.
18       THE WITNESS: I didn't choose one way or
19 the other. Dr. Kemerer asked me to follow the
20 schema that Understand provided.
21 BY MR. PAIGE:
22    Q   Really? Which schema did Dr. Kemerer ask
23 you to follow?
24    A   It's the public documentation schema that
25 Understand provides.

Page 153

1    Q   So Dr. Kemerer was the one telling you
2 which schema to use in Understand; is that right?
3    A   Yeah. So just in terms of the process,
4 I've used Understand in the past.
5    Q   Uh-huh.
6    A   I had a copy of the schema. I asked him
7 because these are important choices to be made for
8 the -- for his analysis.
9       And so he looked at it, and he was
10 comfortable with me using that particular schema
11 for the purposes of collecting the dependencies.
12    Q   How many schemas are there?
13    A   There's one, but I think that schema can
14 be -- I mean, you can change the schema to whatever
15 you want it to do.
16    Q   Okay. And how did you suggest to
17 Dr. Kemerer the schema be changed?
18       MR. RAMSEY: Objection. Form.
19       THE WITNESS: I showed him the schema.
20 BY MR. PAIGE:
21    Q   Uh-huh.
22    A   And asked him if he wanted to make any
23 changes to this particular schema.
24    Q   Uh-huh.
25    A   He got back to me saying that he was

39 (Pages 150 - 153)

1 comfortable using that.
2 Q Okay. I'm sorry, I thought you had said
3 that he picked the schema. And now it sounds like
4 you're saying you showed him the schema you had
5 chose, and he was comfortable with it.
6 So could you please explain further?
7 A I didn't make the final choice. What I
8 did was I've used Understand in the past.
9 Q Uh-huh.
10 A So he asked me, what's the -- go and find
11 me the schema that Understand provides. I want to
12 take a look. I showed it to him. And he decided
13 that he wanted me to use that for the purposes of
14 the dependency calculation.
15 Q When you say that, what do you mean? How
16 is the schema being used?
17 A It's sort of an input to the Understand
18 tool. So we didn't change -- I didn't change any
19 of the settings anyway, just used the default
20 schema that's used.
21 Q And what does the default schema do?
22 A It sort of provides the -- sort of the
23 types of dependencies it tries to capture.
24 Q And what specific dependencies does it
25 use?

1 MR. RAMSEY: Objection. Form.
2 THE WITNESS: It uses, again, inheritance
3 method, caused, method declarations, things like
4 that. So I would need to look at the schema
5 specifically, but it's all the regular, like,
6 relationship maps between method, classes, things
7 like that.
8 BY MR. PAIGE:
9 Q Did you provide the schema in the
10 documents you've sent over the past week?
11 A I think I did.
12 Q Where is that found?
13 A I probably need to look at it.
14 Q Sure.
15 A I can't tell which folder it is, but
16 you've got the Udb chema Java.py. That's the
17 schema.
18 Q That's the schema you used?
19 A That's right.
20 Q Okay. And just so I understand, you
21 said, Dr. Kemerer, here is the default schema. Is
22 this okay with you? And he said, Yes, it seems
23 fine to me.
24 Is that how it went down?
25 MR. RAMSEY: Objection. Form.

1 THE WITNESS: I won't characterize it
2 exactly that way. He asked me like what's the --
3 what does Understand exactly capture, I want to
4 know. I gave him the schema. And he -- and I
5 asked him, you tell me what you want to pick out of
6 this choice.
7 And he decided. He said, Let's go with
8 the schema that Understand provides.
9 BY MR. PAIGE:
10 Q When you say you gave him the schema,
11 what do you mean by that?
12 A I showed it to him when I was with him.
13 And so he asked me, Can I see the schema? So I
14 opened it and showed it to him.
15 Q So did he read the Python script?
16 A He could have read it. I wasn't like
17 part of that process of him reading it.
18 But I -- I mean, I showed it to him when
19 I was there. And he took a look at it when I was
20 there.
21 He told me a couple of days later he was
22 fine using that.
23 Q Okay. And did you explain to him what is
24 in the schema, or did he just look at the Python
25 file?

1 A He took a look at it. He's done
2 object-oriented programming in the past. So he
3 understands the method class package relationships.
4 And that's to the extent which I talked about with
5 him.
6 Q Okay. So you didn't explain what was in
7 the schema, you just gave him the file; is that
8 right?
9 A No. He asked me, Can you open the file
10 on my computer?
11 Q Uh-huh.
12 A Talked about what these are. I pointed
13 him to the documentation because that has most --
14 it has almost all the information that you need.
15 Q Uh-huh.
16 A And he -- and then he asked me a few
17 questions along what this is, what that is. I
18 can't remember specific questions.
19 And then he -- and then a couple of days
20 later, he asked me, Okay, let's use the Understand
21 schema that you showed me.
22 Q What questions did he ask you and what
23 information did you give him in return?
24 A Like I said, I don't know specific
25 portions of that particular script. He asked me if

40 (Pages 154 - 157)

1 files rather than the Java files; is that right?
2    A   So let me just explain the process a
3 little more.  First, he sort of asked me to look at
4 the source file, the Android source file.
5        Out of the Android source file, I found
6 the current.txt or current.xml, are sort of two
7 files that are present in the source code
8 containing what I needed that he had asked me to
9 pull for his analysis.  And I asked him that -- if
10 this file is okay for me to parse.
11       And he said it was fine to use that.  So
12 in that sense, he directed me to that particular
13 file.
14    Q   So you suggested to him, and he said it
15 was fine; is that right?
16    A   I found that particular -- found that
17 particular file, proposed it to him.  He made the
18 final call.
19    Q   Did you offer him the alternative of
20 using Javadoc on the .Java files from Android
21 itself?
22    A   Like I said, I didn't directly consider
23 that as an option because I had found this file.
24 So I actually did not consider that.
25       The process step on the Java side was

1 also discussed with Dr. Kemerer.  And so he was
2 aware of my usage of the Javadoc tool.  So, I mean,
3 he didn't bring it up when I spoke with him on --
4 when I gave him this as an option.
5    Q   So what you're saying is he could have
6 figured out that the Android .Java files could be
7 used with Javadoc and ask you to do that, but he
8 didn't ask you to do that; is that right?
9    A   Again, it would be a guess on my part.
10 If he could figure out or not figure out, I don't
11 know that.  But he had -- I mean, he had the same
12 kind of information I did, I just didn't process
13 it.
14    Q   You never told him that you could use
15 Javadoc on Android as well as on Java, did you?
16    A   Like I said, I didn't consider it.  I
17 don't know if I actually told him or not, but --
18 no, I don't remember.
19    Q   Okay.  So you didn't start off apples to
20 apples but doing it with Javadoc for both, right?
21       MR. RAMSEY: Objection.  Form.
22       THE WITNESS: It's -- ultimately, my task
23 is to collect the data.  As long as I'm comfortable
24 with the inputs that I'm using, and I'm comfortable
25 with what I'm getting as an output, the process

1 step really can change.
2        As long as I'm accurately capturing the
3 output, I could use different things.  So in that
4 sense, I don't think the -- it has -- I mean, I
5 don't consider it to be an apples to apples in any
6 respect one way or the other.  I can't tell how you
7 would compare it.  It's almost like a black box if
8 you might think of it that way.
9 BY MR. PAIGE:
10    Q   Okay.  But you could have used Javadoc on
11 the Android Java files, right?
12    A   I don't know.
13       MR. RAMSEY: Objection.  Form.
14       THE WITNESS: I haven't done that, so I
15 don't know.
16 BY MR. PAIGE:
17    Q   You haven't investigated that at all?
18    A   No.
19    Q   Okay.  Who created the graphs in
20 Dr. Kemerer's report relating to the stability
21 analysis?
22    A   He asked me to plot them, so I put them
23 together.
24    Q   So you created the graphs in
25 Dr. Kemerer's report relating to the stability

1 analysis?
2    A   I plotted them out for him.
3    Q   And did you create the graphs in
4 Dr. Kemerer's report relating to the centrality
5 analysis?
6    A   Yes.  I think I plotted them out, as
7 well.  I'm not sure right now.  But, yeah, I think
8 I would have plotted them.
9    Q   Who drafted the text of Dr. Kemerer's
10 report?
11    A   He drafted his text.
12    Q   Did you draft any of it?
13    A   I provided some inputs to -- comments on
14 the portion that related to the data collection
15 effort for his analysis.  So to that extent, I
16 provided some inputs.
17    Q   Now, your methodology measures changes
18 based on what's put out in the API documentation,
19 correct?
20       MR. RAMSEY: Objection.  Form.
21       THE WITNESS: Again, Dr. Kemerer decided
22 on the metric to use.  It uses a set of inputs that
23 he provided.  I just ran the data collection effort
24 in that to generate the output that he wanted.
25

43 (Pages 166 - 169)

Page 210

1    Q   How do you get 248, Mr. Chatterjee?
2        MR. RAMSEY:  Objection.  Form.
3        THE WITNESS:  That's what you get when
4  you download it from the Oracle website.
5  BY MR. PAIGE:
6    Q   Are there 248 APIs in Java SE?
7    A   These are the packages that are -- that
8  you get when you download the JDK.
9    Q   So it's your testimony there are 248 API
10 packages in Java SE?
11   A   I don't know the exact numbers, but these
12 are the ones that I got when I downloaded it from
13 the Oracle website.
14   Q   Would you turn to page 159 of
15 Exhibit 1612, please, sir.
16   A   I'm there.
17   Q   Okay.  Do you see where Dr. Kemerer's
18 report totals up the total number of APIs in each
19 version of Java SE down at the bottom where it says
20 total?
21   A   I see that.
22   Q   Okay.  How many APIs does Java SE have,
23 at most, according to Dr. Kemerer?
24   A   I can't tell from here.  I need to look
25 at the data.  Because it depends on the maximum

Page 211

1  numbers across this -- I mean, it could be like
2  some APIs were removed from one portion and added
3  on another one.  So you need to take a look at the
4  total number.
5    Q   Well, Dr. Kemerer seems to have a listing
6  of all the APIs from versions 1 through 8.  And it
7  looks like they weren't really removed, right?
8    A   I can't tell -- I did do the analysis,
9  but I think one thing that might be helpful to know
10 is that this is from the documentation.  This comes
11 from the documentation, I guess, from the online
12 documentation.  And the JDK might have more
13 packages.
14   Q   Appendix G comes from the online
15 documentation?
16   A   I think so.
17   Q   Did you prepare Appendix G yourself,
18 Mr. Chatterjee?
19   A   I put it together, but it looks like
20 that.  Just based on the -- I have a Java SE 1.5
21 being 166, that number there, at the end, that
22 appears to be the number that's usually listed in
23 the -- if you count the number of packages in the
24 API documentation.
25   Q   Uh-huh.

Page 212

1    A   So it appears that this is coming from
2  there.  And the other file that we just talked
3  about is from the source code, the JDK.
4    Q   So there are things in the R script here
5  in Appendix C that are not in the documentation for
6  Java SE?  Is that what you're saying?
7    A   There could be.  I mean, there are, like,
8  for example -- there are support files, sometimes
9  people put in -- I don't know.  I have to do that
10 comparative analysis, but there could be, yes.
11   Q   Could be, but you don't know one way or
12 another?
13   A   I couldn't tell one way or the other for
14 sure.
15   Q   So who decided to take these particular
16 248 APIs?
17   A   It comes from the JDKs that you download
18 from the Oracle website.  And so Professor Kemerer
19 told me to do that, and so it comes from there.  So
20 he decided.
21   Q   Okay.  Who made the decision to use all
22 248 in this script?
23   A   He made the decision.  I mean, he said
24 capture all the packages that are coming from the
25 JDK.

Page 213

1    Q   He told you use all 248 in the JDK, that
2  was his specifics words to you?
3    A   Specific words, I can't remember.  But he
4  said use the packages that are coming from the JDK,
5  and I did that.
6    Q   Okay.  So your testimony is Dr. Kemerer
7  told you, take all the packages from the JDK, and
8  that ended up being 248, right?
9    A   From the publicly-available -- yeah --
10 source code.
11   Q   And you recall this -- that it's from the
12 JDK how?
13   A   I mean, it's from the -- that particular
14 data collection effort started with the source
15 code, so it comes from that.
16   Q   But do you know that, or are you just
17 kind of reconstructing?
18       MR. RAMSEY:  Objection.  Form.
19       THE WITNESS:  I'm pretty confident about
20 it.
21 BY MR. PAIGE:
22   Q   Pretty confident?
23   A   Yes.
24   Q   Why are you pretty confident?
25   A   Because this comes from the source code.

54 (Pages 210 - 213)

1    Q   In any event, Mr. Chatterjee, you would
2 agree that you didn't do the same thing with
3 respect to Android that you did to Java, you didn't
4 look at the source code files as opposed to the
5 documentation files in order to put together your
6 script, right?
7        MR. RAMSEY: Objection.  Form.
8        THE WITNESS: I don't know what you are
9 calling documentation files, but I looked at the
10 source code for both Java and Android.  In case of
11 the Android, I looked at the TXT and XML files.
12 BY MR. PAIGE:
13   Q   Not the Java files, right?
14   A   Not the Java files for the Android side,
15 but it's a part of the source code.
16   Q   And you looked at the Java files for the
17 Java SE side, correct?
18       MR. RAMSEY: Objection.  Form.
19       THE WITNESS: I looked at the .Java files
20 -- I mean, in terms of the data collection for DSI,
21 that's where I started.
22 BY MR. PAIGE:
23   Q   Okay.  Who told you to do it differently
24 as between Android and Java?
25   A   So I don't know how you would

1 characterize it's different or not.  But it is --
2 it's from the source code, same source code in the
3 sense that both coming from the source code files.
4        In terms of making the choice of using
5 the current.txt and current.xml, Dr. Kemerer told
6 me -- like I said, the process I was describing to
7 you before, when I was looking through the source
8 code, found the current.txt, current.xml, I --
9 seemed to contain the information, double-check
10 that.  And then proposed that to Dr. Kemerer, and
11 he said he was comfortable using that particular
12 file for this starting point.
13   Q   Okay.  So you proposed it to Dr. Kemerer,
14 he said okay?
15   A   He asked me to look at the source code.
16 This is a part of the source code.  I looked at it,
17 and I found this particular file.  And I proposed
18 it as a potential data source.
19       He's the one who decided that's what
20 we'll use.
21   Q   Okay.  So I want to be sure your
22 testimony is clear.
23       You proposed this methodology to
24 Dr. Kemerer, and he said okay, that makes sense to
25 him?

1        MR. RAMSEY: Objection.  Form.
2        THE WITNESS: Again, it's not the
3 methodology; it's the data source.  He pointed me
4 to the Android source code.  This is a part of the
5 source code that I found.  I asked him whether it
6 was okay to use this particular part of the source
7 code.  He said he was comfortable using that.
8 BY MR. PAIGE:
9   Q   And did you suggest to him that you could
10 instead use the .Java files on the Android website
11 so it would be the same methodology you're using
12 with Java?
13       MR. RAMSEY: Objection to form.
14       THE WITNESS: I don't know, like I said,
15 if it's the same methodology or not.  I can't
16 comment to that.  Because essentially it's taking
17 information and putting it in a particular format.
18 And so I -- like I said, he told me to look at the
19 Android source code, went to the source code,
20 looked at it and found the current.txt, current.xml
21 file, showed it to him, and he was comfortable
22 using it because it was part of the source code.
23 And the Java source code is what I used on the Java
24 side.
25

1 BY MR. PAIGE:
2   Q   Did you suggest to him that you could
3 also used the Java source code on the Android side?
4        MR. RAMSEY: Objection.  Form.
5        THE WITNESS: I mean, it's almost like an
6 obvious thing.  I mean, you could use it if you
7 want to use it.
8 BY MR. PAIGE:
9   Q   Sorry.  I'll move to strike the answer as
10 nonresponsive and ask the question again.
11   A   Okay.
12   Q   Did you suggest to him that you could use
13 the Java source code on the Android side for this?
14       MR. RAMSEY: Objection to form.
15       THE WITNESS: I can't recall.  He told me
16 to look at the source code, so I looked at the
17 source code.  And that had Java files as well as
18 these files that I described before.  So
19 specifically did I tell him that you could also
20 look at the Java files, I don't remember if I told
21 him one way or the other.  But definitely if you
22 want to use it, you can use it.
23 BY MR. PAIGE:
24   Q   Okay.  So you don't know one way or
25 another whether you gave Dr. Kemerer an option of

1    THE VIDEOGRAPHER: This marks the end of
2 Volume I, Media Number 3 of the deposition of Rohit
3 Chatterjee. The time is 3:51 p.m. We're off the
4 record.
5    (Short break taken.)
6    THE VIDEOGRAPHER: We are back on the
7 record at 4:04 p.m. This marks the beginning of
8 Volume I, Media Number 4 of the deposition of Rohit
9 Chatterjee. Please continue.
10    MR. PAIGE: Mr. Chatterjee, welcome back.
11 You understand you're still under oath?
12    THE WITNESS: I do understand.
13 BY MR. PAIGE:
14    Q   If you could take a look at Exhibit 1610,
15 please. It's the large 11-by-17 paper from your
16 raw data.
17    A   1610, yes.
18    Q   Do you see where the second-to-last
19 column is the changes between API levels 21 and 22?
20    A   Yes. I see that column.
21    Q   And do you see the row for Android
22 hardware camera2?
23    A   Android hardware camera2?
24    Q   It's roughly 17 from the bottom.
25    A   I see that.

1    Q   Okay. And do you see where the data you
2 produced suggests that there are 179 changes in
3 Android.hardware.camera2 between API levels 21 and
4 22?
5    A   Yes, I see that number.
6    Q   Do you believe that number to be correct?
7    A   Yes. To the extent this -- yes. This
8 is -- yeah, representing the same thing I saw on
9 the spreadsheet. This number should be correct. I
10 believe it's correct.
11    Q   Now, are you aware that Android publishes
12 on its website the changes it makes to APIs?
13    MR. RAMSEY: Objection. Form.
14    THE WITNESS: I've seen reports that
15 probably do that. But not fully aware.
16 BY MR. PAIGE:
17    Q   Well, did you look at the documentation
18 available on the Android website to see whether any
19 changes were made to Android.hardware.camera2?
20    MR. RAMSEY: Objection. Form.
21    THE WITNESS: I looked at the source code
22 for Android, right. So I didn't go back to the API
23 documentation to make sure -- so I went back to the
24 source code to make sure that the changes mapped
25 back into the source code.

1    And the files in the source code.
2    So I don't remember if I looked at this
3 particular -- this particular package in the
4 documentation specifically.
5 BY MR. PAIGE:
6    Q   Did you look at any particular packages
7 in the documentation specifically to confirm
8 whether changes had or had not been made?
9    A   Yeah. I definitely looked at the
10 documentation changes. Now, I can't remember.
11 There are so many packages here. I can't remember
12 exactly if I looked at one package versus the
13 other.
14    Q   Well, what generally did you do to look
15 at the documentation to confirm the number of
16 changes?
17    A   I went back to see the method
18 declarations between the different API levels, did
19 sort of -- like I said, this is -- a lot of it is
20 just an automated process. You can actually do --
21 if you spend some time, you can actually do this
22 data collection by just looking at the different
23 API levels and the documentation for why -- some of
24 the information that I needed to do that.
25    But ultimately, like I said, I looked

1 back to the source code where I saw the changes
2 being mapped out, and that's what I captured.
3    Q   When you say the source code, what file
4 specifically did you look at for API level 22? Was
5 that current.txt?
6    A   Yeah, it's the current.txt, current.xml.
7    I also looked back at the -- I'm trying
8 to remember if I actually looked back at any other
9 things specifically.
10    But that was the source I started with.
11 And that's the -- that's a part of the source code.
12    Q   Could you compile current.txt into an
13 executable file?
14    MR. RAMSEY: Objection. Form.
15    THE WITNESS: So current.txt and
16 current.xml, it's my understanding is that it -- it
17 is almost like a -- it's a signature test of some
18 sort when you build the Android operating system.
19    So essentially, the method declarations
20 that are present in current.txt and current.xml is
21 the one that's actually checked to make sure that
22 everything present in current.txt and current.xml
23 is matched with whatever you're trying to build in
24 Android. And so it's sort of a signature test to
25 do that.

63 (Pages 246 - 249)

1 APIs had changed?
2        MR. RAMSEY:  Objection.  Form.
3        THE WITNESS:  I didn't decide to do the
4 stability analysis, again, for this particular
5 matter.  I wasn't asked to do it, so I don't know.
6 BY MR. PAIGE:
7    Q   When you were asked to play your role in
8 the stability analysis, did you look for tools that
9 would be capable of telling you whether APIs had
10 changed?
11        MR. RAMSEY:  Objection.  Form.
12        THE WITNESS:  I might have.  But again,
13 it really depends on the definition of the change
14 which Dr. Kemerer defined.  So based on what he
15 said, I don't think I found any tool that could do
16 it.  I had to write a script to collect that data.
17 BY MR. PAIGE:
18    Q   What do you mean by based on what he
19 said, you don't think you found any tool that could
20 do it?
21    A   So he had -- he wanted to measure the
22 changes for the declaring code.  He wanted to,
23 like, capture certain parts of the declaring code,
24 like I mentioned before.
25        I personally have not come across -- I

1 don't think I've come across a tool that would do
2 all of this specific requests in a way that he
3 wanted it, so writing a script was the best way I
4 thought of doing it.
5    Q   So let me unpack that a little bit.
6        Have you previously come across tools
7 that would be capable of measuring API changes that
8 didn't capture everything that Dr. Kemerer wanted
9 to have measured?
10        MR. RAMSEY:  Objection.  Form.
11        THE WITNESS:  No.  API changes, no, I
12 don't think so.  I've not come across the tool.
13 BY MR. PAIGE:
14    Q   So I'm trying to understand.  I mean, it
15 sounds to me like what you're saying is that there
16 might be tools that measure API changes, but
17 Dr. Kemerer wanted more than conventional tools can
18 do.
19        Is that what you're saying?
20    A   No.  He had defined what he wanted to
21 capture.  The data sources that he used were
22 publicly available data sources.  I was asked to
23 put together the -- based on his requirements, what
24 he wanted to capture.  And I don't know if there
25 are specific tools that would do exactly that or

1 not.  I don't know.
2    Q   Did you look for tools that would do
3 that?
4    A   So the -- I can't remember if I looked
5 for it.  But again, the work that I was asked to do
6 is just literally collecting the data in a way --
7 putting it in a format which is easy to -- I mean,
8 sort of analyze later.
9        And I don't know if I would even have
10 thought about using any other specific tool to do
11 that one way or the other.  And I don't remember if
12 I actually looked or not.
13    Q   So you just decided to write a script
14 without ever looking to see if there were tools
15 that could do what your script does?
16    A   I wasn't aware of a tool at that time.  I
17 probably -- I might have looked as well, but I
18 can't tell if there's a tool which allowed me to do
19 what Professor Kemerer specifically asked me to
20 capture in this particular work.
21    Q   You said you weren't aware of a tool at
22 that time.
23        Are you now aware of a tool?
24    A   No.  I don't -- I haven't looked.
25    Q   You haven't looked?

1    A   No.
2    Q   Have you ever --
3    A   I mean, I haven't looked right now,
4 recently, if you're asking me that.
5    Q   Have you ever heard of a tool called API
6 check from Google?
7    A   API check.  No.
8    Q   Do you know what it does?
9    A   I don't know if I came across it.  I
10 don't know.
11    Q   Have you heard of a tool called Doclava,
12 that's D-O-C-L-A-V-A, from Google?
13    A   I don't know again.
14        I don't know.  I don't know if I've seen
15 that or not, but I -- it doesn't sound familiar.
16    Q   Okay.  Have you read any expert reports
17 aside from Dr. Kemerer's and Dr. Schmidt's in this
18 case?
19    A   I've skimmed through -- yes, I have
20 skimmed through some of the other reports.
21    Q   What other reports have you skimmed
22 through?
23    A   Professor Astrachan's report.
24    Q   Any others that you've skimmed besides
25 Dr. Astrachan's?

73 (Pages 286 - 289)