# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
    _____
 5                                  )
    ORACLE AMERICA, INC.,           )
 6                                  )
           Plaintiff,               )
 7                                  )
        vs.                         )Case No.:
 8                                  )3:10-cv-03561-WHA
    GOOGLE, INC.,                   )
 9                                  )
           Defendant.               )
10  _____)
11
12
13
14      VIDEOTAPED DEPOSITION OF CHRIS KEMERER, Ph.D.
15              San Francisco, California
16              Thursday, March 3, 2016
17                     Volume 1
18
19
20
21
22
23  Reported by:
    RACHEL FERRIER, CSR No. 6948
24
25  Job No. CS2265292
```

Page 90

1 what degree are my results sensitive to -- looking for
2 another word to describe sensitivity analysis -- my
3 results are affected by whether or not those things are
4 included.  So I reran analyses without those to see what
5 the impact would be on my conclusion.
6    Q   All right.  Did you apply the same methodologies
7 in undertaking the PageRank analyses for purposes of
8 assessing centrality?
9        MR. RAMSEY:  Objection; form.
10       MS. ANDERSON:  Let me rephrase.
11   Q   You describe a few different scenarios in which
12 you have used the PageRank analysis; one with respect to
13 assessing the Android platform, one with respect to
14 assessing Java SE, and one with respect to performing a
15 sensitivity analysis.
16       Do you remember that?
17   A   I do.
18   Q   All right.  Did you apply the same methodology of
19 performing the PageRank analysis across each of these
20 different scenarios?
21   A   Yes.  That was my goal.
22   Q   All right.  Tell me what that methodology was.
23   A   All right.  The methodology is really outlined in
24 my report -- in my first report, starting on page 44
25 where it describes the steps required to do the PageRank

Page 91

1 analysis, using standard tools that are available
2 commercially.
3    Q   Describe to me an overview of the methodology
4 that was performed in connection with running PageRank
5 analysis in these different aspects that you studied.
6        MR. RAMSEY:  Objection; form.
7        THE WITNESS:  So at a high-level, PageRank is a
8 tool to analyze network, so first you have to be able to
9 represent the thing you are interested in as a network,
10 and so, in this case, we are looking at software, and we
11 want to think about the components as being, you know,
12 interconnected nodes and network, and so we have to
13 collect data on the software in terms of what their
14 connections are.  And then there's, again, commercially
15 available tool to compute the PageRank values, and
16 earlier today you had me point out the raw data values
17 that I provided in the appendix, and those reflect the
18 centrality of the nodes in the network, in this case
19 these classes.
20 BY MS. ANDERSON:
21   Q   With respect to the PageRank analyses performed
22 in connection with your opinions in this case, did you,
23 personally, conduct those analyses?
24       MR. RAMSEY:  Objection; form.
25       THE WITNESS:  They are my analyses, yes.

Page 92

1 BY MS. ANDERSON:
2    Q   Did you, personally, conduct them?
3        MR. RAMSEY:  Objection; form.
4        THE WITNESS:  I conducted them with the
5 assistance of my research team.
6 BY MS. ANDERSON:
7    Q   Did the technical support team perform these
8 analyses themselves?
9        MR. RAMSEY:  Objection; form.
10       THE WITNESS:  The analyses are mine.  My
11 technical support team ran the tools.
12 BY MS. ANDERSON:
13   Q   Okay.  What tools are you referring to?
14   A   These are the tools listed here in the report,
15 for example, NetworkX.
16   Q   Any other tools used by the technical support
17 team in conducting the PageRank analyses?
18   A   In other places, we describe the tool Understand,
19 which is also a commercially available tool for code
20 analysis.
21   Q   Any other tools used in connection with this
22 analysis?
23   A   The custom-written scripts, the PHP and R
24 scripts, are also tools used to support the analysis.
25   Q   Any other tools used to conduct the analysis?

Page 93

1    A   We use Excel to show the results.
2    Q   Have you given me a full list of tools used in
3 conducting the analyses concerning PageRank in your
4 opinions?
5    A   Off the top of my head, yes, I believe that's
6 correct.
7    Q   All right.  Who selected the use of NetworkX?
8    A   I did in consultation with my technical support
9 team.
10   Q   Prior to this case, had you ever used NetworkX?
11   A   I had not.
12   Q   Prior to this case, had you ever used Understand?
13   A   Prior to this case, I had not.
14   Q   Prior to this case, had you ever used, PageRank?
15   A   Prior to this case, no.
16   Q   Did the technical support team suggest to you the
17 use of NetworkX, Understand, or PageRank in connection
18 with this case?
19   A   We discussed a variety of options, but, yes,
20 those were the options that seemed to be the best suited
21 for this task.
22   Q   And those were suggested to you by your technical
23 support team; correct?
24       MR. RAMSEY:  Objection; form.
25       THE WITNESS:  After they completed a review of

Page 94

1  available tools that I asked them to do.
2  BY MS. ANDERSON:
3    Q  Prior to this case, had you ever heard of
4  NetworkX?
5    A  I'm not certain.
6    Q  Prior to this case, had you ever heard of
7  understand?
8    A  Not certain about that either.
9    Q  Prior to this case, had you ever heard of
10 PageRank?
11   A  Oh, yes. Everybody knows PageRank.
12   Q  Okay. And in what context had you heard about
13 PageRank before?
14   A  I think everyone understands that PageRank,
15 developed by Google, is the underpinnings of the Google
16 search engine.
17   Q  What was the role of Understand in connection
18 with your opinions in this case?
19       MR. RAMSEY: Objection; form.
20       THE WITNESS: I view it as a data collection
21 tool.
22 BY MS. ANDERSON:
23   Q  What kind of data did Understand collect?
24   A  Collects data about -- it actually shows up in
25 various places. We are talking about it in the context

Page 95

1  of PageRank, but I think it also is part of the other
2  software analyses.
3       Basically it's a -- something that allows you to
4  pull raw data and then put it in some other
5  representation so that you can do analysis on it.
6    Q  What was the role of Understand in connection
7  with this case?
8    A  Again, as a tool for pulling raw data and putting
9  it in raw data for analysis.
10   Q  Can you be more specific about what Understand
11 did in connection with this case.
12   A  Yes. You -- you -- you have software that it
13 reads, and then it generates output, which is a
14 different representation of that software, and a
15 representation that is more amenable to analysis than
16 the raw source code.
17   Q  Can you be more specific in defining what
18 Understand did in connection with this case?
19       MR. RAMSEY: Objection; form.
20       THE WITNESS: No.
21 BY MS. ANDERSON:
22   Q  What role did NetworkX have in connection with
23 the analysis in this case?
24   A  NetworkX is the tool used to do the PageRank
25 calculation.

Page 96

1    Q  When you say that NetworkX was the tool used to
2  do the PageRank calculation, can you be more specific in
3  defining what NetworkX actually did in connection with
4  your analyses?
5       MR. RAMSEY: Objection; form.
6       THE WITNESS: Yes. It generates the PageRank
7  values that, again, I provided in the appendices.
8  BY MS. ANDERSON:
9    Q  Can you be more specific about how it goes about
10 doing that?
11   A  It implements the PageRank algorithm.
12   Q  And from where did you get the PageRank algorithm
13 for purposes of use by NetworkX?
14   A  I believe it is part of the NetworkX capability.
15   Q  Why did you conclude it was appropriate to use
16 PageRank for purposes of the analysis in this case?
17   A  Well, stepping back, the -- the overarching issue
18 is the substantiality, and centrality is, I believe, a
19 measure of that in which -- is an answer I gave earlier.
20       PageRank is a metric for measuring centrality,
21 and I also know that PageRank has been used by other
22 researchers in looking at centrality in look -- thinking
23 about software as a set of interconnected nodes.
24       So based on that literature, it seemed an
25 appropriate tool to apply here.

Page 97

1    Q  Did you do research to assess what kind of
2  protocols or methodologies should be used in conjunction
3  with PageRank to help it properly assess the question of
4  centrality when studying a software platform?
5       MR. RAMSEY: Objection; form.
6       THE WITNESS: I did read prior research, and I
7  believe I have provided citations to those papers that I
8  relied on in my report.
9       MS. ANDERSON: Okay.
10      (Exhibit 1443 was marked for
11      identification by the Court Reporter.)
12      MS. ANDERSON: I'm going to show you what has
13 been marked as 1443 to your deposition. Exhibit 1443 is
14 an article entitled "Helping Program Comprehension of
15 Large Software Systems by Identifying Their Most
16 Important Classes," authored by Ioana Sora.
17   Q  Have you seen this document before?
18   A  I saw this document for the first time yesterday
19 afternoon.
20   Q  In what context did you see this for the first
21 time?
22   A  Yesterday afternoon when I reviewed
23 Dr. Astrachan's third report. He cites this paper in
24 his February 29th report.
25   Q  Okay. And did you read it in its entirety?

25 (Pages 94 - 97)

Page 98

1  A  Yes, I did read this; although, admittedly,
2 quickly, given the time constraints yesterday, but I
3 have read this entire paper from front to back.
4  Q  And do you have an understanding that this
5 article, Exhibit 1443, makes recommendations about what
6 needs to be studied when applying an analysis like
7 PageRank to a software system?
8     MR. RAMSEY:  Objection; form.
9     THE WITNESS:  Well, like all academic articles,
10 it does contain recommendations, but they are
11 recommendations that I disagree with, and I believe that
12 this article is, frankly, not very good.
13 BY MS. ANDERSON:
14  Q  Okay.  Which, if any, recommendations in
15 Exhibit 1443 do you disagree with?
16  A  I disagree with.  Well, let me back up.
17     First off, I would characterize this paper as
18 someone doing research using static analysis, a PageRank
19 measure to look at software and, in particular, to
20 identify what the author describes as most important
21 classes, so up until that point, this author is doing
22 exactly what I did, and the fact that Dr. Astrachan has
23 included this in his report, in my mind, supports the
24 notion that, in general, he is in agreement with my use
25 of the PageRank approach in analyzing the centrality in

Page 99

1 helping to identify most important classes within a
2 piece of object-oriented software.
3     So that's the part that I can do a full stop
4 where I agree with it, but, however, I do have sources
5 of disagreement.
6     MS. ANDERSON:  All right.  So move to strike.
7 The answer is nonresponsive.
8  Q  My question to you --
9     MR. RAMSEY:  Oracle disagrees and -- with that
10 objection and the motion.
11 BY MS. ANDERSON:
12  Q  My question to you, sir, is:  What portions of
13 Exhibit 1443, if any, do you disagree with?
14  A  All right.  Let me try again.
15     This author, in the main, does something quite
16 similar to what I do, with one -- one distinction, and
17 the distinction is what I disagree with.
18  Q  What is the distinction that you say you disagree
19 with?
20  A  All right.  What this author does is they engage
21 in the PageRank analysis, which, as part of PageRank
22 analysis, it identifies these connections and then
23 weights them as part of the standard PageRank analysis
24 by your -- your connections to a particular class are --
25 you are counted in terms of how many connections there

Page 100

1 are, and then they are weighted by the things that are
2 connected to you, how many things are connected to them,
3 so it's a recursive type of algorithm, so that's
4 standard PageRank analysis.
5     What this author does is then they go one more
6 step and they add a set of subjective weights to the
7 standard PageRank analysis, and that's the part that I
8 disagree with.
9  Q  Where in the article does the article describe
10 this aspect that you disagree with?
11  A  All right.  If you turn to page 3, it is
12 primarily in the paragraph that starts with:  The
13 strength of a dependency.
14     Do you see that?
15  Q  Okay.
16  A  So penultimate paragraph on page 3.
17  Q  Is this the paragraph with which you have
18 disagreement?
19  A  This is where they identify this notion of
20 weighting -- I mean, they're -- I'm not going to limit
21 my disagreements to this one paragraph, particularly
22 given that I've only read this paper once, yesterday
23 afternoon, but this certainly, I think, is a critical
24 paragraph in this paper, based on my limited reading of
25 it yesterday.

Page 101

1  Q  Why?  Why is that?
2  A  Why is that.  Because what they do -- or what
3 the -- the single author does is -- having PageRank, and
4 then they basically, arbitrarily, create these weights,
5 which they describe in this paragraph, but these weights
6 have no particular basis, and what I mean by that is --
7 I mean, you know, this sort of software measurement --
8 this is the kind of work that I've been doing for
9 30 years.  You know, this kind of paper, in my
10 professional opinion and as someone who writes in this
11 area and has been a referee and editor in this area, is
12 not very good, because these weights are essentially
13 subjective and ad hoc, and the author makes no attempt
14 to do any validation of these measures in a -- in a
15 normal, what I would consider appropriate kind of
16 analysis where these weights would have come from --
17 would have been some notion that they would be tested
18 against some other variable of interest.
19     So a very typical thing in software measurement
20 research; for example, someone wants to propose a new
21 measure and they say, for example, "Here's my measure of
22 complexity," they will then do a test showing some
23 correlation between that measure and some variable of
24 interest, say quality, you know, defects, that kind of
25 thing.

26 (Pages 98 - 101)

Page 102

1   This author does nothing.  They -- like that.
2 They just -- these numbers come out of -- you know, sort
3 of thin air.  There's no validation of these numbers at
4 all.  So that's a significant concern.
5   Frankly, again, I, again, got a copy of this off
6 the web last night.  I'm not sure if this paper has even
7 been peer-reviewed.
8   Q   When you say the numbers have no validation,
9 which numbers are you referring to?
10   A   Where it's described in the paragraph.  It says:
11 We assign weight 1, level 2.  Weights will sum up
12 level 3, and other weights have weights 4, all the --
13 that's -- that's the entirety of their description.  I'm
14 trying to infer what has gone on here, and, again, there
15 is nothing that tells me these have any context or any
16 reliability.
17   Q   Beyond that criticism, is there anything else
18 that, as you sit here today, you are aware of with which
19 you disagree in this article, Exhibit 1443?
20   A   Well, again, subject to the caveat that I've read
21 this once, yesterday afternoon, and I may -- if I --
22 when I have an opportunity to read it more carefully
23 have other concerns, it basically fails the most
24 elemental test, in my view.
25   If you think about what they say they have

Page 103

1 accomplished is that they have done this better job of
2 PageRank by taking standard PageRank analysis that's
3 widely used and they have added these weights to it and
4 that's meant to be better.
5   But when all is said and done, they go off and
6 they do their analysis using their own idiosyncratic
7 model.  They run it on, let's see, one, two -- half a
8 dozen pieces of software, and then they report their
9 results.  All right?  And their -- what they use as
10 their basis for deciding if their model is any good or
11 not is -- you know, does it identify the classes that
12 they set up as the answer to this, which are classes
13 they pulled out of the documentation for the software.
14   And what they don't do, which would be the -- the
15 obvious thing to do and the only thing -- or, excuse me,
16 not the only thing, but the thing that you would
17 minimally have to do to support their conclusion that
18 what they have done is some improvement is do the same
19 analysis using standard PageRank analysis and then show
20 that there was some improvement on some element here.
21   For example, they don't actually use the term
22 "discrimination," but in this kind of research,
23 typically what one of the ways we evaluate is we say,
24 "All right.  Here's this tool to try to identify
25 something.  Does it -- is it highly discriminatory?

Page 104

1 Does it tell you the things -- does it find the things
2 you are looking for and not give you sort of false
3 positives kind of thing, or false negatives?"
4   And what you would expect to see in this -- or
5 this -- a well-done piece of research, you would expect
6 to see them saying, "Look, as the base case, I ran
7 PageRank as everyone understands it."  All right?  And
8 I'm not going to call it the non-weighted PageRank
9 because that's, strictly speaking, not true, because
10 PageRank does have within it a set of weights, but if I
11 say -- if I refer to it as the baseline PageRank, you
12 will understand me to mean the PageRank that everybody
13 else uses except for this author.  And then I would
14 expect them to say, "And here's our" -- or "this
15 person's model," and -- and show and demonstrate in some
16 way that it was an improvement.
17   But they do not conduct such analysis.  They
18 simply make the claim that we have done something
19 better, when, frankly, the analysis that they would need
20 to do to support that claim is very simple, very
21 straightforward.  Certainly was available to them
22 because they have some tool that's computing PageRank
23 for them, yet they failed to do such analysis, and to
24 me, that is -- is a glaring flaw and one that means that
25 you cannot accept their conclusions because they haven't

Page 105

1 done the necessary analysis that would support such
2 conclusions.
3   Q   Do you have an understanding -- strike that.
4   Can you explain to me how a particular instance
5 variable would be weighted when it's run through
6 Understand as was used in the analysis reflected in your
7 opinions?
8      MR. RAMSEY:  Objection; form.
9      THE WITNESS:  I'm sorry, so we are no longer
10 talking about the Romanian paper?
11      MS. ANDERSON:  You can set aside Exhibit 1443 for
12 now.
13      THE WITNESS:  Sorry, can you repeat the question,
14 because I was -- I was looking for it in the context of
15 what we were talking about.
16      MS. ANDERSON:  No problem.
17   Q   Do you have enough familiarity with Understand to
18 explain to me how a particular instance variable would
19 be weighted?
20   A   No.
21   Q   As part of the analysis that was performed in
22 connection with your centrality opinions, did your
23 methodology adjust in any way for classes that are not
24 used?
25      MR. RAMSEY:  Objection; form.

27 (Pages 102 - 105)

Page 130

1 particular factor that might coexist in time actually
2 caused the situation; right?
3    A   That possibility always exists, yes.
4    Q   Okay.  And that is true in economic markets;
5 right?
6    A   Could you give me the predicate again?
7    Q   Sure.
8        There may be factors at play in a particular
9 market one might study that actually had nothing to do
10 with the success of a particular product even though
11 they were correlating in time?
12       MR. RAMSEY:  Objection; form.
13       THE WITNESS:  Strikes me as unlikely.
14 BY MS. ANDERSON:
15   Q   So is it your testimony that all of the factors
16 present in a particular market that coexist in time with
17 the success of a particular product must all have been
18 part of the cause of that product's success?
19   A   Not all factors that coexist in time, but factors
20 that have a theory behind them that would explain the
21 causal basis, those factors, yes, I would -- you know,
22 the correlation is quite important there.
23   Q   Doesn't mean it caused it, though; right?
24       MR. RAMSEY:  Objection; form.
25       THE WITNESS:  We always have this, you know,

Page 131

1 backing up in social science about, you know, we don't
2 have the physical laws that we can test, but we make
3 decisions based on this sort of analysis all the time.
4 BY MS. ANDERSON:
5    Q   Isn't it fair to say that factors can be at play
6 in a market at the time of a product's success that
7 actually were a drag on the success of the product?
8        MR. RAMSEY:  Objection; form.
9        THE WITNESS:  By "drag on the success," do you
10 mean that some things can be successful despite the
11 presence of negative factors?
12       MS. ANDERSON:  Exactly.
13       THE WITNESS:  As a general statement?  Yes, it's
14 certainly possible.
15       MS. ANDERSON:  Right.
16   Q   And, in fact, you know, based on your experience
17 with statistical analyses, that there are studies done
18 trying to extricate factors that are part of a causal
19 relationship for success of a product and factors that
20 either have no relationship or have a negative effect on
21 the success of a product; right?
22       MR. RAMSEY:  Objection; form.
23       THE WITNESS:  As a general principle, yes.
24 BY MS. ANDERSON:
25   Q   Did you conduct any such analysis in this case to

Page 132

1 assess whether or not the presence of stability in
2 connection with the 37 Java APIs actually had a causal
3 relationship with the success of the Android platform?
4        MR. RAMSEY:  Objection; form.
5        THE WITNESS:  I believe it was a factor for the
6 reasons I've written in my report in terms of what I
7 think it means in terms of the quality of the platform,
8 the likelihood of it attracting developers, and that
9 belief is supported by the empirical data.
10 BY MS. ANDERSON:
11   Q   Did you conduct any statistical analysis of
12 possible factors that may have contributed to the
13 success of the Android to assess whether or not
14 stability of APIs actually had a causal relationship
15 with the success of Android?
16       MR. RAMSEY:  Objection; form.
17       THE WITNESS:  No, I did not.
18 BY MS. ANDERSON:
19   Q   You discussed before, in your definition of the
20 word "stable," the notion that a stable platform is one
21 that doesn't change; right?
22   A   I believe I said "lack of change," but, yes.
23   Q   All right.  Does your definition of "stability"
24 have any relationship to the concept of backward
25 compatibility?

Page 133

1    A   Yes, and I understand the concept of backward
2 compatibility.
3    Q   What is does "backward compatibility" mean?
4    A   "Backward compatibility," when there is a defined
5 standard, means that a change is made that continues to
6 allow earlier components that met the earlier standard
7 to continue to operate.  I'm sure there's a more
8 technical, more strict definition in the literature, but
9 that's approximately correct.
10   Q   Does backward compatibility have a relationship
11 to the concept of stability that you studied in your
12 reports?
13   A   There are some concepts in common.  The -- with
14 backward compatibility to mean that things that used to
15 work, and if we are trying to keep them working, which
16 is sort of the essence of the notion behind backward
17 compatibility, is also the outcome that you would expect
18 in a stable environment, so they have that in common.
19   Q   Is it your opinion that developers want platforms
20 that never change?
21       MR. RAMSEY:  Objection; form.
22       THE WITNESS:  That would be an extreme statement.
23 Clearly, developers will want platforms to improve, but
24 with the appreciation that with change comes some cost.
25 Then I would think they would rationally want to weigh

Page 134

1  costs and benefits.
2  BY MS. ANDERSON:
3     Q   Is it your opinion that platforms should improve
4  in a fashion that preserves backward compatibility?
5         MR. RAMSEY:  Objection; form.
6         THE WITNESS:  Well, I think that there's a
7  trade-off.  I mean, we have talked about one possible
8  benefit of backward compatibility.  I think whether or
9  not you actually see backward compatibility in a
10 platform probably driven by two factors.
11        One is, what's the size of the prior standard?
12 In other words, how important would it be to be backward
13 compatible?  And that's going to be part of the decision
14 about whether to try to maintain backward compatibility.
15        And then I think the second answer would be more
16 of a technical question, which is, how difficult is it
17 to maintain backward compatibility while also doing the
18 advance, the technical advance.
19        So you are not always going to see backward
20 compatibility, even though it has some desirable
21 characteristics to it.  I think whether you see backward
22 compatibility in a system is going to be a function of
23 both these economic factors in terms of how worthwhile
24 is it and the sort of technical factors about how
25 difficult is it to do and also -- and then sort of the

Page 135

1  interface of those might be, if I make something
2  backward compatible, does that somehow limit me in terms
3  of how I can advance?
4         So I think the backward compatibility decision
5  question is -- is not simple.  I think there are a lot
6  of things come into play.
7  BY MS. ANDERSON:
8     Q   Is it fair to say that you relied on a number of
9  articles in describing the concept of stability in your
10 opinions in this case?
11    A   I have cited articles in that section, yes.
12    Q   All right.  And some of the articles you cite
13 define the notion of stability in the context of what a
14 developer would like to see or would expect to see in --
15 in a set of software?
16        MR. RAMSEY:  Objection; form.
17        THE WITNESS:  That's possible.  I would probably
18 have to go back and actually relook at the articles to
19 see exactly what they said.
20        MS. ANDERSON:  All right.  Let's take a look at
21 one of them.
22        (Exhibit 1444 was marked for
23        identification by the Court Reporter.)
24        MS. ANDERSON:  Let's take a look -- I'm showing
25 you Exhibit 1444.

Page 136

1     Q   This is one of the articles that you cite in your
2  rebuttal report; correct?
3     A   Yes, I believe it is.
4     Q   And it's entitled "Measuring Software Library
5  Stability Through Historical Version Analysis"; right?
6     A   That is the title of Exhibit 1444 now.
7     Q   And as a general matter, one of the goals of the
8  paper was to introduce a way to measure interface and
9  implementation stability; right?
10    A   Well, I might need a few minutes here, and what
11 we have done up until this point today is mostly read --
12 or discussed my own reports.  Obviously I didn't write
13 this paper.  I might need a minute to review before I
14 can answer questions about it.
15    Q   Sure.
16    A   Okay.
17        I believe I remember something about this paper,
18 among the multiple papers I cited, but please go ahead.
19    Q   When did you first read this paper?
20    A   Probably sometime in the last two months.
21    Q   Did your technical support team provide it to
22 you?
23    A   Yes, I think that's a fair statement.
24    Q   Prior to this case, had you ever analyzed
25 stability of software?

Page 137

1     A   Well, I've done a lot of research on software
2  maintenance and software volatility, which is sort of,
3  you know, the inverse of stability, like quality and
4  defects are inverse.
5         So, yes, I'm familiar with the -- the -- this
6  work in this area and then literature, and I have done
7  research in this area.
8     Q   How many times, prior to this case, did you
9  perform stability analyses of the sort that you
10 performed in this case?
11    A   Well, again, if we are talking, you know, broadly
12 about software volatility, you know, multiple times.
13 There are -- there are papers on my CV.
14    Q   Well, I'm asking you about stability analyses of
15 the kind you performed in this case.
16        How many times, prior to this case, did you
17 perform stability analyses of the sort you performed in
18 this case?
19        MR. RAMSEY:  Objection; form.
20        THE WITNESS:  Well, again, I can't give you an
21 exact answer, and, again, to me, stability is like --
22 it's a dimension of maintain -- maintenance of -- which
23 I've done a lot of empirical research in that, so I
24 don't know.  Again, I can't give you an exact number,
25 but a lot of work I've done relates to this topic.

35 (Pages 134 - 137)

Page 146

1  A  That's correct.
2  Q  Staying with this Exhibit 1444, would you please
3  turn to the third page. First full paragraph, about
4  one-third of the way through is a sentence that says:
5  We consider an API to be stable if functionality is not
6  removed from a public interface once it's been added,
7  end quote.
8      Do you see that?
9  A  Again, I don't know what page you are on.
10 Q  Sure. It's the third page, and it looks like
11 this.
12 A  Okay.
13 Q  And it's above Section 4, "Related Work."
14 A  Mm-hmm.
15 Q  First full paragraph there on that column --
16 A  Okay.
17 Q  -- the paragraph starts with the words: We do
18 not address.
19     Do you see that?
20 A  I see that.
21 Q  About a third of the way down that paragraph is a
22 sentence that reads, quote: We consider an API to be
23 stable if functionality is not removed from a public
24 interface once it has been added, end quote.
25     Do you see that?

Page 147

1  A  I do.
2  Q  Do you agree with that?
3  A  I agree that that's their definition.
4  Q  Do you agree that that is a definition that the
5  industry applies to the notion of an API being stable?
6  A  That certainly a definition that these authors of
7  this paper have applied, and if they are -- I don't know
8  if they are part of the industry or where they are from.
9  Q  Do you consider this to be a commonly accepted
10 definition of "stable"?
11 A  I couldn't say that, no.
12 Q  All right. What research have you done, if any,
13 to assess what is a commonly accepted definition of
14 "stable" when it comes to an API?
15 A  I've really relied on my own experience, both
16 commercial and research in this area, and did not do any
17 additional research on definitions of "stability."
18 Q  Going down to the next paragraph below that is
19 another definition of "library stability" that is
20 assumed for purposes of the paper.
21     Do you see that?
22 A  I see the paragraph, yes.
23 Q  And in that paragraph, the author writes:
24 Library stability is the degree to which the public
25 interface or implementation of a software library

Page 148

1  changes through time in such a way that it potentially
2  requires users of this library to rework their
3  implementations due to these changes.
4      Do you see that?
5  A  I do.
6  Q  Do you agree with that as a definition of a gauge
7  of stability of a library?
8  A  Yes, I agree that that is a definition of
9  "library stability," and they put in parens
10 "instability," but, yes, I -- I understand that to be a
11 definition, yes.
12 Q  And that's because at the core of this notion of
13 stability that you have been talking about is the idea
14 of whether or not developers have to essentially rework
15 implementations as a result of changes; correct?
16     MR. RAMSEY:  Objection; form.
17     THE WITNESS:  Yes, I understand that is part of
18 the definition.
19 BY MS. ANDERSON:
20 Q  Well, as a practical matter, do you agree that
21 that's one of the main concerns associated with whether
22 or not a particular library is stable?
23     MR. RAMSEY:  Objection; form.
24     THE WITNESS:  Yes.
25 BY MS. ANDERSON:

Page 149

1  Q  Because if it changes in a way that it breaks the
2  code, that becomes a problem for the folks who develop
3  software; correct?
4  A  That certainly would be a problem, yes.
5  Q  All right. Some changes to code can break the
6  code; right?
7      MR. RAMSEY:  Objection; form.
8      THE WITNESS:  Some changes certainly can break
9  the code, yes.
10 BY MS. ANDERSON:
11 Q  And some changes don't; right?
12 A  That is --
13     MR. RAMSEY:  Objection; form.
14     THE WITNESS:  Sorry.
15     That is also the case, yes.
16 BY MS. ANDERSON:
17 Q  Because some changes allow the library to remain
18 essentially backwards compatible to prior
19 implementations; right?
20 A  That's possible, yes.
21 Q  Well, that's true; right?
22 A  Well, you have to restate that part if you want
23 me to say it's true.
24 Q  Do you agree that there are changes that can be
25 made to a library that, in fact, allow that library to

Page 150

1  be backwards compatible such that those changes do not
2  cause a break in the code?
3        MR. RAMSEY:  Objection; form.
4        THE WITNESS:  That's possible, yes.
5  BY MS. ANDERSON:
6    Q   Do you think that software developers want API
7  library -- strike that.
8        Is it your opinion that software developers want
9  libraries to remain completely static and never change?
10       MR. RAMSEY:  Objection; form.
11       THE WITNESS:  No, because there are other
12 considerations.
13 BY MS. ANDERSON:
14   Q   And those other considerations include the extent
15 to which a library is improved with additional methods
16 that can be added to certain packages or otherwise
17 enhanced; right?
18       MR. RAMSEY:  Objection; form.
19       THE WITNESS:  Yes.  As I indicated in an earlier
20 answer, there's a cost benefit analysis that needs to be
21 done.
22 BY MS. ANDERSON:
23   Q   And if a particular library is enhanced in a way
24 that maintains backwards compatibility, that cost that
25 you are referring to is significantly decreased;

Page 151

1  correct?
2    A   Not necessarily; because, as I said earlier, one
3  of the consequences of maintaining backward
4  compatibility may be arriving at a
5  lowest-common-denominator solution that makes it -- the
6  whole thing less valuable than it would be if you didn't
7  do backward compatibility.
8    Q   But it's part of the calculation; right?
9    A   It's part of the calculation, yes.
10   Q   And each situation needs to be assessed on its
11 own; true?
12       MR. RAMSEY:  Objection; form.
13       THE WITNESS:  Well, of course you want -- it
14 would be ideal to look at every situation independently,
15 but that doesn't take out the possibility of looking
16 broadly and generally and looking at trends in a
17 population over time.
18 BY MS. ANDERSON:
19   Q   But isn't it fair to say, to assess whether or
20 not a change to a particular library helped or hurt the
21 success of that library and the platform in which it
22 lies, you really need to look at all the factors
23 involved; right?
24       MR. RAMSEY:  Objection; form.
25       THE WITNESS:  Certainly you can always do a more

Page 152

1  complete analysis by looking at more factors.
2  BY MS. ANDERSON:
3    Q   That's because all libraries can differ in
4  different ways; correct?
5        MR. RAMSEY:  Objection; form.
6        THE WITNESS:  It's such a general statement, I
7  suppose that's correct, but --
8  BY MS. ANDERSON:
9    Q   Libraries aren't uniformly the same across the
10 universe; fair?
11   A   That is a fair statement.  All right.
12   Q   All right.  So they have different features;
13 true?
14   A   That must be the case, then, yes.
15   Q   All right.  And some may be complex; right?
16       MR. RAMSEY:  Objection; form.
17       THE WITNESS:  Certainly, complexity is a
18 dimension on things -- upon which things could differ.
19       MS. ANDERSON:  Right.
20   Q   And some may have libraries that are viewed as
21 very helpful; right?
22       MR. RAMSEY:  Objection; form.
23       THE WITNESS:  That could be certainly someone's
24 response to a library, yes.
25 BY MS. ANDERSON:

Page 153

1    Q   And some may have libraries that are not viewed
2  as -- being viewed as particularly helpful to a
3  particular platform; right?
4        MR. RAMSEY:  Objection; form.
5        THE WITNESS:  That certainly could also be a
6  possibility.
7  BY MS. ANDERSON:
8    Q   Let's take a look at Figure 1, which is at
9  page 20 of your opening report, Exhibit 1440.
10   A   I'm sorry, could you repeat the numbers.
11   Q   Sure.  Page 20 --
12   A   20.
13   Q   -- of your report is Figure 1.
14   A   Okay.  I have that.
15   Q   Did you prepare this figure?
16   A   Yes, I did.
17   Q   What are you trying to indicate in Figure 1?
18   A   In Figure 1, this is trying to reflect an
19 understanding and then communicate the ideas that are
20 expressed in the paragraphs that lead up to it, 61, 62,
21 63, and to show that in a graphical form.
22   Q   In Figure 1 or the paragraphs that you say are
23 part of what is expressed in Figure 1, are you
24 attempting to offer an opinion about -- strike that.
25       In your Figure 1, what, if anything, did you do

Page 170

```
 1  changes to documentation as opposed to the actual code
 2  that is run for the APIs?
 3      MR. RAMSEY:  Objection; form.
 4      THE WITNESS:  No.
 5  BY MS. ANDERSON:
 6   Q  No, you don't know, or, no, they did not?
 7   A  I don't -- I don't believe that they did include
 8  the documentation changes.
 9   Q  Do you know one way or the other?
10   A  Again, I don't believe so.
11   Q  What sort of testing, if any, was performed on
12  the results of the analysis done by your team to confirm
13  whether the changes that they were counting, for
14  purposes of analyzing stability, were real changes as
15  opposed to changes that actually don't affect how the
16  code runs?
17      MR. RAMSEY:  Objection; form.
18      THE WITNESS:  Well, when you say "how the code
19  runs," are we talking about application developers'
20  code?
21  BY MS. ANDERSON:
22   Q  I'm talking about the code that -- well, strike
23  that.
24      You are aware that your team ran certain R
25  scripts to analyze stability when it comes to these APIs
```

Page 171

```
 1  that you studied; right?
 2   A  Yes.
 3   Q  And my question is whether or not the technical
 4  support team you used, or yourself did, any sort of
 5  testing sort of quality assurance to make sure that that
 6  study wasn't roping in changes that aren't really
 7  changes that would affect code running, like breaking of
 8  code, which is the concern you described that relates to
 9  the subject of stability?
10      MR. RAMSEY:  Objection; form.
11      THE WITNESS:  No.  What was done is -- is, you
12  know, really counting all of these as a possibility
13  of -- or, actually, not a possibility, but as a change
14  in the method.
15      But one thing I would point out with all this
16  discussion about how things are counted, at the end of
17  the day, what I can always come back to is:  At the end
18  of the day, the results are about comparison of two
19  sets, and what gives me confidence in this analysis is
20  that I know that the same rules were applied to both
21  sets and, therefore, you know, in terms of possibilities
22  of different ways of measuring things, unless I believe
23  that there was some reason that that would bias the
24  results in one way or another, I'm less concerned about
25  that.
```

Page 172

```
 1  BY MS. ANDERSON:
 2   Q  What do you mean when you say "the same rules
 3  were applied to both sets"?
 4   A  Well, in other words, in all of my analysis, the
 5  stability analysis and the PageRank analysis, and so
 6  forth, the -- the answer, if you will, the results
 7  are -- are some relative assessment, you know, A versus
 8  B.  And I'm just pointing out that, in all these cases,
 9  the measures used are going to be applied equally to A
10  and B.  And we can talk about, you know, could you have
11  measured it this way?  Could you have measured it this
12  way?  Include this, not include this? and so forth, and,
13  obviously, there are a variety of ways of doing it, but
14  what gives me confidence in the results is that I know
15  that the -- in all these cases, I've applied the methods
16  equally to both sets, and, therefore, what really
17  matters is not the absolute values, but the relative
18  values.
19   Q  So is it your testimony that if there were
20  changes to the documentation or to comments, that that
21  is just as important as changes to code that might break
22  code?
23      MR. RAMSEY:  Objection; form.
24      THE WITNESS:  I don't think that's what I said,
25  no.
```

Page 173

```
 1  BY MS. ANDERSON:
 2   Q  You don't agree with what I just said; right?
 3   A  Certainly not as a general fact, no.
 4   Q  Wouldn't you agree that when it comes to
 5  analyzing stability, as you have tried to do in these
 6  opinions, a change to code that would break code in this
 7  notion of compatibility that we have been talking about
 8  is a much more significant change than a change to a
 9  comment or a change in the language in the
10  documentation; right?
11      MR. RAMSEY:  Objection; form.
12      THE WITNESS:  It's more likely to be the case,
13  yes.
14  BY MS. ANDERSON:
15   Q  Because one kind of change would break the code,
16  and one kind of change would not; right?
17   A  I can imagine a circumstance under which
18  misleading comments would also cause someone to write
19  bad code, so it's not completely a free ride, but I
20  understand the distinction you are making, and, yes, I
21  would be more concerned about the former rather than the
22  latter.
23   Q  Is it fair to say that, in this case, you have
24  not offered any opinions on whether or not Android is
25  backward compatible?
```