# EXHIBIT 2

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4    ORACLE AMERICA, INC.,

5         Plaintiff,

6            vs.          Case No. 3:10-cv-03561-WHA

7    GOOGLE, INC.,

8         Defendant.

     _____

9

10

11

12

13

14

15       VIDEO DEPOSITION OF RODERIC G. CATTELL, Ph.D.

16              San Francisco, California

17              Saturday, April 30, 2016

18                   Volume I

19

20

21

22   REPORTED BY:

23   REBECCA L. ROMANO, RPR, CSR No. 12546

24   JOB NO. 2303261

25   PAGES 1 - 217

                                            Page 1

1   let me know.  It's no -- no problem.
2       A.   Yes.
3       Q.   I try to take them pretty regularly, just
4   for all of our sakes.
5       A.   Yes.
6       Q.   I think that's about all that comes to
7   mind.
8            Your -- your counsel will probably object
9   from time to time today.  Unless your counsel
10  instructs you to answer and says don't answer, you
11  should simply --
12      A.   Okay.
13      Q.   -- wait for the objection and then
14  answer.
15           Is there any reason why you can't give
16  your best and most truthful testimony today?
17      A.   No, I don't believe so.  I -- I am
18  just -- my -- my voice is weak because I've had
19  tubes down my throat for -- for pancreatitis and
20  everything, so -- and I'm not supposed to wear
21  myself out too much or I might get a recurrence of
22  the pancreatitis, but I'm -- I'm good for a few
23  hours.  So that's all we can do.
24      Q.   Okay.  Well, I -- I hope not to take the
25  whole day.  I do have a number of questions --

Page 10

1       A.   Yeah.
2       Q.   -- but I -- I will bear that in mind.
3       A.   Okay.
4       Q.   Thank you for letting me know.
5            So one more question.  Will you agree to
6   be intellectually honest with me today?
7       A.   Yes.
8       Q.   Okay.  Thank you.
9            So you understand you -- you have
10  submitted an expert report in this case?
11      A.   Yes.
12      Q.   When did you -- when were you first asked
13  to prepare an expert report in -- in this case?
14      A.   Oh, I don't remember -- it was -- it was
15  in the second half of last year, I'm -- I'm going
16  to -- I'd be guessing right.
17      Q.   Okay.
18      A.   Maybe November.
19      Q.   Okay.  And -- and what particularly were
20  you asked to opine about?
21      A.   On the copyright -- well, originally, it
22  was -- sorry.
23           MR. KWUN:  Objection.  Just going to
24  caution the witness not to discuss things beyond
25  the scope of the engagement that you actually had.

Page 11

1   So preliminary discussions that may have been about
2   other things --
3            THE DEPONENT:  Yes.
4            MR. KWUN:  -- those would be privileged.
5   But if you want to talk about what is in your
6   report, what we --
7            THE DEPONENT:  Yes.
8            MR. KWUN:  -- what we engaged you for,
9   that's fine.
10           THE DEPONENT:  Okay.  In my report, I --
11  I talk about the fair use of the APIs in question.
12      Q.   (By Mr. Ramsey) Did you actually write your
13  report?
14      A.   Yes.
15      Q.   Did you create the first draft?
16      A.   Yes.
17      Q.   Did you provide it to others for review
18  and comment and editing?
19      A.   Yes, others at -- at Michael's
20  organization.
21      Q.   Okay.  Did you provide it to any others,
22  beyond the Keker & Van Nest law firm, for review
23  and comment?
24      A.   No.
25      Q.   So did -- about how many estimates,

Page 12

1   estimating, did you exchange back and forth with
2   the law firm?
3            MR. KWUN:  Objection.  Form.
4            You can go ahead and answer.
5            THE DEPONENT:  I can go ahead.
6       Q.   (By Mr. Ramsey) Yeah.  You will hear that --
7       A.   I don't remember exactly, you know.
8   Maybe half a dozen or -- or more.
9       Q.   Okay.  So -- so how would you describe
10  your basic opinion in this case?  What is your --
11  what is your high-level opinion?
12      A.   My high-level opinion is that -- that
13  Android's use of the Java API should be a fair use
14  of copyrighted materials, given that they've
15  been -- they -- they've decided that they can be
16  copyrighted, the court has decided.
17      Q.   Okay.  But you don't mention in your
18  report -- as far as I can see, you don't ever
19  mention the -- the law about fair use; isn't that
20  true?
21      A.   Well, I'm not an expert on -- on the law.
22  I'm an expert on computer science.  So my arguments
23  are based on what -- what I know about computer
24  scientists and -- and the history and the
25  expectations and on.

Page 13

4 (Pages 10 - 13)

CONFIDENTIAL

1    Q.  Okay.  But the lawyers at Keker Van Nest
2  never gave you the law to include in your report as
3  a legal framework?
4         MR. KWUN:  Objection.  You can talk about
5  what you relied on in forming your opinions.
6         THE DEPONENT:  Yes.
7         MR. KWUN:  But other than that, you --
8  I'm instructing you not to answer, to the extent
9  that it would reveal your discussions with counsel.
10         THE DEPONENT:  Okay.  Well --
11         MR. RAMSEY:  Let me reframe my question.
12  I'm not sure I agree with the objection, but table
13  that for now.
14    Q.  (By Mr. Ramsey)  In your expert report, I --
15  I see no place where you state the -- any legal
16  framework for assessing the other factual issues that
17  you discuss in your report; isn't that right?
18    A.  Yes, correct.
19    Q.  So while you just stated you have an
20  opinion about fair use, it's true that in your
21  report, which is the full statement of your
22  opinions, you -- you've not actually mentioned the
23  legal framework for fair use at all?
24         MR. KWUN:  Objection.  Form.
25         THE DEPONENT:  Should I not -- not answer

1  implementation using none of the original code, but
2  to produce the same kind of result -- the same
3  input and output with a completely different
4  implementation.
5    Q.  All right.  You -- is it correct to -- to
6  state that your report put forths your -- puts
7  forth your opinion about what computer scientists
8  would think about the elements of fair use?
9         MR. KWUN:  Objection.  Form.
10         THE DEPONENT:  In this case, yes, I'm
11  saying what -- I can't recite them off the top of
12  my head, but as I understand there's four main
13  elements on -- in the fair use and -- and I'm --
14  and I'm only commenting on my understanding of the
15  technology and the industry and how that would
16  relate to those.
17         MR. RAMSEY:  All right.  Let's go ahead
18  and mark your report.
19         (Exhibit 5167 was marked for identification by
20  the court reporter and is attached hereto.)
21    Q.  (By Mr. Ramsey)  You've been handed
22  Exhibit 5167.
23    A.  Yes.
24    Q.  Do you agree that Exhibit 5167 is a copy
25  of your expert report in this case?

1  the question?
2         MR. KWUN:  You should answer the
3  question, unless I instruct you not to answer.
4         THE DEPONENT:  Okay.  All right.  So I --
5    Q.  (By Mr. Ramsey)  You may hear "form" over and
6  over and that's -- that means you should answer --
7    A.  Okay.
8    Q.  -- unless Michael disagrees with you.
9    A.  All right.  So, yes, I -- I -- I've read
10  about the law and I've heard about the laws
11  regarding fair use.  And although I don't talk
12  about those laws in my expert report, most of the
13  things in my expert report are based on my
14  understanding of what would make it fair use.
15         And, therefore, I expounded on, for
16  example, what -- what computer scientists would --
17  would think about the elements of the fair use.
18    Q.  Okay.  When you said "what computer
19  scientists will think about the elements of fair
20  use," which elements are you referring to?
21    A.  Well, since I don't have the law in front
22  of me, I can't -- I -- I -- I'm specifically
23  thinking that the expectations would be that --
24  that it would be fair use to -- to use an
25  API and re-implement it.  And with a new

1    A.  Yes, it appears to be.
2    Q.  Okay.  If you could please turn to
3  page 6 of the expert report in front of you.
4         So do you agree that the summary of your
5  opinions is set forth between paragraphs 28 and 31
6  of your expert report?
7    A.  Yes.
8    Q.  And beyond the -- these opinions, did --
9  articulated in your report, you don't intend to
10  offer any other opinions in this case?
11         MR. KWUN:  Objection.  Form.
12         THE DEPONENT:  I might offer more
13  opinions, depending on what you ask me.
14    Q.  (By Mr. Ramsey)  Okay.  So has -- have you
15  been asked to -- render any opinions beyond at trial
16  what -- what is beyond what's in your report?
17    A.  No.
18    Q.  Okay.  So if I understand it correctly,
19  your -- your basic view is that computer scientists
20  would expect to be able to reuse, for example, the
21  method declarations in this case?
22    A.  Yes.
23    Q.  And do -- what do you base that on?
24    A.  Well, in my 35 to 40 years in computer
25  science, working with lots of companies, lots of

5 (Pages 14 - 17)

1 people on lots of APIs in various contexts, I've
2 dealt with many, many people and many companies
3 about re-implementing APIs.
4     And with -- with some exceptions, the
5 general accepted practice, I believe, is that an
6 API is not copyrightable, although it sounds like
7 the court has decided otherwise now.
8     And that even if it were, that it would
9 be fair for somebody to implement the same API with
10 their own code, a clean room implementation, not
11 copying any of the original.
12     Q.  It's true that you never carried out a
13 formal survey of Java --
14     A.  Yes.
15     Q.  -- developers; isn't that true?
16     A.  I haven't carried out a formal survey,
17 no.  It's just based on 40 years of talking to
18 people.
19     Q.  All right.  You -- you would agree with
20 me that in the world today there are approximately
21 9 million Java developers?
22     MR. KWUN:  Objection.  Form.
23     THE DEPONENT:  I -- I can't quote the
24 number.
25     Q.  (By Mr. Ramsey)  Do you think it's a fair

Page 18

1     Q.  And when you were work- -- working at
2 Sun Microsystems, you worked on database
3 technologies, correct?
4     A.  Yes.
5     Q.  You worked on aspects of Java EE; isn't
6 that true?
7     A.  Yes.
8     Q.  But when you were at Sun, you did not
9 work on Java SE or Java ME; isn't that true?
10     MR. KWUN:  Objection.  Form.
11     THE DEPONENT:  I would say that I did
12 work on them in the sense that I kibitzed on
13 various designs that were part of Java SE with my
14 colleagues that were in the same building.  We were
15 all in the same building on -- in Java Soft.
16     Q.  (By Mr. Ramsey)  Did you have a -- you had no
17 formal role on the Java SE team at Sun; isn't that
18 true?
19     MR. KWUN:  Objection.  Form.
20     THE DEPONENT:  Well, I was one of the two
21 distinguished engineers in the Java Soft group that
22 were thought leaders on where we were going and
23 what we were doing.  So I -- I focused mostly on
24 databases and Java EE, and certain other things
25 that I had some background in, like collections.

Page 20

1 assumption that there are millions of Java developers
2 in the world today?
3     A.  Yes.
4     MR. KWUN:  Ob- -- objection.  Form.
5     Q.  (By Mr. Ramsey)  Is your answer "yes"?
6     A.  Yes.
7     Q.  Okay.  You have not conducted any
8 empirical survey of the millions of Java developers
9 in the world today to -- and presented the results
10 of that in your report; is that true?
11     A.  That's true.
12     Q.  You did no statistical analysis of the
13 views of software developers -- Java developers in
14 your report; isn't that true?
15     A.  That's true.
16     Q.  Do you -- do you program in Java for Java
17 language today?
18     A.  Not -- not recently.  But, yes, I have
19 programmed in the Java programming language.
20     Q.  How long has it been since you programmed
21 in the Java programming language?
22     A.  I'd say two or three years.
23     Q.  You were at Sun Microsystems in the
24 1980s, 1990s, and up to about 2007, right?
25     A.  Yes.

Page 19

1 So I don't know how to answer your question
2 exactly.
3     Q.  (By Mr. Ramsey)  Well, my question was, you
4 have -- you had no formal role on the Java SE team at
5 Sun; isn't that true?
6     MR. KWUN:  Objection.  Form.
7     THE DEPONENT:  Yeah, I don't know how --
8 what a formal role would be exactly because we were
9 pretty informal in Java Soft.  But, no, I don't
10 have a -- I didn't -- it wasn't in my title.
11     Q.  (By Mr. Ramsey)  And if you could please take
12 a look at your expert report.
13     A.  Okay.
14     Q.  I notice that there's no list of
15 material -- materials that you considered as the
16 basis for your expert report.
17     A.  Yes.
18     MR. KWUN:  Objection.  Form.
19     THE DEPONENT:  Yes.
20     Q.  (By Mr. Ramsey)  And do you agree with me
21 that all of the materials that you used to -- to form
22 the basis of your opinions are set forth in the body of
23 your report?
24     A.  Yes.  If I had to list all the materials
25 that formed my opinion over the last 40 years, it

Page 21

CONFIDENTIAL

1  would be a very long list.
2     Q.  Okay.  What do you mean by that?
3     A.  Well, I mean all of the email
4  communication and API documents and -- and,
5  you know, trade, rag articles and so on that are
6  the basis for my opinion of the industry's
7  expectations and -- and mode of operation.
8     Q.  Do you believe that there's any
9  individuals in the software development community
10 who believe that method declarations in Java should
11 be protectable by copyright and not fair use?
12     MR. KWUN:  Objection.  Form.
13     THE DEPONENT:  I can't name a specific
14 person.  But I believe that there are some people
15 that agree that API should be copyrightable;
16 otherwise, there wouldn't be this lawsuit.
17     Q.  (By Mr. Ramsey)  Right.
18     A.  Yes.
19     Q.  So you agree with me that in the Java
20 community there may be differing views, honest
21 debate about whether APIs and method declarations
22 are fair use or not?
23     A.  Yes.  All I can say is most people I know
24 don't think they should be copyrightable and thinks
25 that it should be a fair use.

Page 22

1     Q.  Okay.  In forming your opinions in your
2  report regarding expectations of developers, did
3  you interview any software developers in
4  particular?
5     MR. KWUN:  Objection.  Form.
6     THE DEPONENT:  Since I wasn't allowed to
7  talk to anybody about this case, once I signed up
8  to be an expert, I wasn't in a position to go out
9  and interview people about this particular debate.
10     Q.  (By Mr. Ramsey)  Okay.
11     A.  But, you know, in -- in -- over 40 years,
12 I -- I was privy to what people's opinions were in
13 various companies and forums.
14     Q.  Okay.  Are you able to name a -- a -- a
15 single particular member of the Java development
16 community that you've talked with that opined to
17 you that the use of the method declarations should
18 be fair use?
19     A.  I participated and was an author in this
20 amicus brief to the Supreme Court on this, and
21 there were 75 of the most prominent computer
22 scientists involved in this.
23     And if you read the report, you see
24 pretty much they all agree with the point --
25 although the -- the point of this report was to

Page 23

1  tell the Supreme Court that it should not be
2  copyrightable, pretty much every one of the
3  arguments applies to the same point, that it should
4  be a fair use, even if they are copyrightable.
5     Q.  Right.
6     Do you understand that the court of
7  appeals for the federal circuit has found that the
8  API declarations at issue in this case are
9  copyrightable?  Correct?
10     A.  Yes, that's my understanding.
11     Q.  And you -- you understand that it's
12 appropriate to follow the law?
13     A.  Yes.  I think they were wrong, but we
14 have to follow the law.
15     Q.  Okay.
16     A.  But -- but all I'm saying is that these
17 same arguments show that these 75 or 77, whatever,
18 of the most prominent computer scientists agree
19 with the point that -- about fair use indirectly
20 here even though they were talking about the
21 copyrightability.
22     Q.  All right.  Did you talk about every one
23 of the 75 --
24     A.  No.
25     Q.  -- software engineers that signed on to

Page 24

1  the brief that you signed on to?
2     A.  No.  I -- I do know that they signed --
3  sorry.  Go ahead.
4     MR. KWUN:  And just -- just a reminder,
5  Dr. Cattell, that if you could wait for the
6  question to be finished --
7     THE DEPONENT:  I will.
8     MR. KWUN:  -- before you start answering.
9     THE DEPONENT:  Thank you.
10     MR. KWUN:  If we could --
11     MR. RAMSEY:  It's not a real
12 conversation.
13     THE DEPONENT:  Yes.
14     MR. RAMSEY:  It's about how we do these
15 things.
16     MR. KWUN:  This is a perfect example of
17 all three of us actually speaking over each other.
18     THE DEPONENT:  Yes.
19     MR. KWUN:  It's going to be very hard to
20 get a clean record unless we all --
21     THE DEPONENT:  Yes.
22     MR. KWUN:  -- wait for one person to
23 finish, so --
24     THE DEPONENT:  Yes.
25     MR. KWUN:  -- wait for one person -- wait

Page 25

7 (Pages 22 - 25)

1 that, but I don't have any concrete example and
2 I -- I'm -- I'm aware that today they do not seem
3 to be doing so.
4    Q. (By Mr. Ramsey) Okay. And -- and is your
5 awareness of Microsoft's control over its Windows APIs
6 based on your participation in the software development
7 community?
8    A. Could you repeat the question.
9    Q. Is your awareness of Microsoft's control
10 over its Windows API based on your participation in
11 the software development community?
12    A. Yes.
13    Q. Do you believe that others in the
14 software development community are aware of
15 Microsoft's control over its Windows APIs?
16       MR. KWUN: Objection. Form.
17       THE DEPONENT: I would -- I would be
18 guessing. So I would -- I would guess so.
19    Q. (By Mr. Ramsey) Based on your many years of
20 experience, do you believe that Microsoft's control
21 over its Windows APIs is something that would be widely
22 understood by software developers?
23       MR. KWUN: Objection. Form.
24       THE DEPONENT: Well, I think people would
25 see Microsoft doing so as an attempt to -- to keep

Page 30

1 their monopoly on -- on the desktop, but not
2 necessarily the right thing legally or morally, or
3 for the rest of the industry.
4    Q. (By Mr. Ramsey) All right. So you agree
5 with me, as a factual matter, while developers may not
6 like it, they might be aware that Microsoft exerted
7 control over its Windows APIs?
8    A. Yes. They might be.
9       MR. KWUN: Objection. Form.
10       THE DEPONENT: Oh, sorry.
11    Q. (By Mr. Ramsey) Are you aware of any other
12 companies, other than Microsoft, that exert control
13 over the copying and use of their APIs?
14    A. Off the top of my head, none come to
15 mind. I'm aware that IBM did not do so with BIOS
16 and that AT&T did not do so with UNIX. And I -- I
17 think I gave some other examples in my report.
18    Q. In your -- let's talk about the BIOS.
19       So you agree with me that in the early
20 days, there -- after IBM came out with its BIOS
21 APIs, there were a number of PC clone companies,
22 true?
23    A. Yes.
24    Q. For example, Compaq is such a company,
25 true?

Page 31

1    A. Yes.
2    Q. I believe Phoenix was another IBM cloning
3 company?
4    A. Yeah, I think -- they did a -- their
5 own BIOS, yes.
6    Q. And -- and it's your understanding that
7 those companies conducted black box -- box testing
8 of the IBM BIOS in order to generate their own API
9 documentation without having to look at any IBM
10 materials, true?
11    A. Yes.
12    Q. And so in the context of BIOS, the
13 companies that created a new -- a new form of BIOS,
14 if you will, did so without referencing the API
15 spec- -- specifications of IBM at all?
16       MR. KWUN: Objection. Form.
17       THE DEPONENT: Yeah, it -- it's my
18 understanding they did a clean room implementation,
19 in which nobody who wrote the code had seen any of
20 IBM's code, and they were creating their own
21 implementation with -- just based on the API.
22    Q. (By Mr. Ramsey) So what is your basis for
23 knowing with certainty that the creators of Compaq and
24 the Phoenix BIOS had access to the IBM API
25 documentation?

Page 32

1       MR. KWUN: Objection. Form.
2       THE DEPONENT: I can't say that from
3 direct experience.
4    Q. (By Mr. Ramsey) All right. So it's possible
5 that Compaq and Phoenix, in creating their own BIOS,
6 had access to the IBM APIs, but they may not have, too?
7       MR. KWUN: Objection. Form.
8       THE DEPONENT: Well, it's certainly
9 possible they had access to the APIs, yes.
10    Q. (By Mr. Ramsey) But you don't know one way
11 or the other with certainty whether the IBM
12 clone-makers had access to the IBM API or not?
13       MR. KWUN: Objection. Form.
14       THE DEPONENT: Are you asking if they had
15 access to the API, which they independently
16 deduced, or to the source code which belonged to
17 IBM?
18    Q. (By Mr. Ramsey) I'm saying -- I'm asking you
19 whether the -- whether the makers of the IBM clone
20 computers had access to -- direct access to the IBM
21 APIs.
22       MR. KWUN: Objection. Form.
23       THE DEPONENT: As I understand it, the
24 APIs were not well -- well-documented in such a
25 form that somebody could just read the APIs and

Page 33

9 (Pages 30 - 33)

1 build an implementation. But they were
2 reverse-engineered; they figured out what the API
3 was --
4     Q. (By Mr. Ramsey) Is it --
5     A. -- but I'm not sure.
6     Q. -- your understanding that in the -- in
7 the context of BIOS, the purpose of the resulting
8 IBM clone computers was to be compatible with the
9 IBM BIOS?
10    A. That's my understanding, yes.
11    Q. So in the context of BIOS, an application
12 written for the IBM computer would run on the IBM
13 clone computers and vice versa?
14    A. Yes.
15    Q. Now, you understand that in the context
16 of Android, an application written for the Android
17 platform will not run on the Java platform, true?
18        MR. KWUN: Objection. Form.
19        THE DEPONENT: Not necessarily. It might
20 or might not run, depending on what subset of the
21 platform you use.
22    Q. (By Mr. Ramsey) You understand that the Java
23 platform and the Android platform have different
24 virtual machines?
25    A. Yes, that's my understanding.

Page 34

1     Q. And it's true that if a developer writes
2 a program in Android and compiles it and attempts
3 to run it on the Java platform, it won't run
4 because there's a different virtual machine there?
5     A. Yes. I'm talking about the source code
6 working on both platforms.
7     Q. All right. I'm just -- my question is --
8 is about whether Android applications run on Java.
9        You agree with me that an Android
10 application, written in the context of Android,
11 compiled and then attempted to be run on the Java
12 platform, simply won run?
13        MR. KWUN: Objection. Form.
14        THE DEPONENT: I don't know that for
15 certain, but I'm guessing that the -- the byte
16 codes generated won't be exactly compatible.
17    Q. (By Mr. Ramsey) All right. So you agree
18 that an Android application cannot be executed on the
19 Java platform?
20        MR. KWUN: Objection. Form.
21        THE DEPONENT: I don't know. I don't
22 think so.
23    Q. (By Mr. Ramsey) Okay. You never heard of an
24 Android application that's compiled to byte code being
25 run directly on the Java platform, true?

Page 35

1     A. No, I'm not aware of that.
2     Q. Okay. Likewise, you never heard of a
3 Java application compiled a byte code being run on
4 the Android platform, true?
5        MR. KWUN: Objection. Form.
6        THE DEPONENT: I -- I can't say with
7 certainty, no.
8     Q. (By Mr. Ramsey) But you've never heard of a
9 Java application being compiled and running on Android?
10        MR. KWUN: Objection. Form.
11        THE DEPONENT: Well, I guess I've heard
12 of people who have written code in Java, then
13 easily adapting them to run on Android, but I -- I
14 don't know if you can do that without changing a
15 line of code.
16    Q. (By Mr. Ramsey) But you never heard of a
17 situation where a Java application is compiled in a
18 format that can run on the Java virtual machine and
19 simply having that run in that form on Android?
20    A. Right. So you're asking me questions
21 about the Android platform byte code versus the
22 Java byte code for the Java virtual machine and
23 that is not my expertise. But as I understand it,
24 the byte codes are different.
25    Q. Okay. You've provided a number of

Page 36

1 examples of APIs in your report; isn't that true?
2     A. Yes.
3     Q. So we've talked about BIOS. That's one
4 example of an API in your --
5     A. Yes.
6     Q. -- in your report, right?
7        You talk about the -- Linux APIs in
8 your report as an example, true?
9     A. Yes, I do.
10    Q. You talk about SQL APIs in your -- your
11 report, true?
12    A. Yes, I do.
13    Q. You talk about Wine as a set of APIs in
14 your -- in your report, true?
15    A. Yes.
16        MR. KWUN: Objection. Form.
17    Q. (By Mr. Ramsey) So if I refer to -- to the
18 other APIs, can we use that as a shorthand when I'm --
19 for us -- for me to refer to all of the APIs that you
20 address in your report?
21    A. By the "other APIs," you mean all the
22 ones except for the -- Java APIs in question?
23    Q. Correct.
24    A. Right. Okay. So, yeah, we can call
25 those all the other APIs.

Page 37

10 (Pages 34 - 37)

CONFIDENTIAL

1     Would those includes ones that I haven't
2 mentioned in my report or only those ones?
3     Q.  Only the ones in your report.
4     A.  Okay.
5     Q.  So you agree with me that all of the
6 other APIs beyond Java that are discussed in your
7 report do not contain the -- the method
8 declarations and the organization of the Java APIs
9 that are actually at issue?
10     MR. KWUN:  Objection.  Form.
11     THE DEPONENT:  I'm not sure I understand
12 the question.  The simple answer is, of course,
13 they don't.  It's a different language.  It's a
14 different -- it's a different -- they may -- they
15 may not even have method declarations, but they
16 have the equivalent of that in other languages.
17     Q.  (By Mr. Ramsey)  Okay.  That would --
18 actually was my question.
19     Just simply, the other examples of APIs
20 addressed in your report do not contain the
21 specific Java-based method declarations or
22 organization that are actually at issue in this
23 case?
24     MR. KWUN:  Objection.  Form.
25     THE DEPONENT:  Yes, there are different

Page 38

1 your report are about communication between programs?
2     MR. KWUN:  Objection.  Form.
3     THE DEPONENT:  I don't know.  I'd have to
4 look at that.
5     I don't know.  It seems like there's some
6 of both.  I mean, like, say -- take something like
7 a square root routine that -- that's an interface
8 between a program and -- and a library.  It may be
9 a math library.  It might or might not be part of a
10 platform.
11     BIOS is definitely a platform.  SQL can
12 be between two programs and maybe not between a
13 program and a platform, or you might use SQL to
14 talk to multiple database systems from the same
15 program.
16     I guess I don't have a simple answer to
17 your question.
18     Q.  (By Mr. Ramsey)  Okay.  If you could please
19 turn to paragraph 38 of your report.  Let me know when
20 you're there.
21     A.  Yes.
22     Q.  In paragraph 38, you talk about two
23 methods, square root and max, true?
24     A.  Yes.
25     Q.  And it's true that in your expert report

Page 40

1 APIs, so they would have different things in them.
2     Q.  (By Mr. Ramsey)  And for all the other APIs,
3 beyond Java that are discussed in your report, it's
4 possible that in -- in -- at least some of those
5 contexts, the idea and the purpose of those APIs is to
6 create compatibility between two different platforms.
7     One -- in other words, a programmer data
8 in one platform will naturally easily run on the
9 other platform?
10     MR. KWUN:  Objection.  Form.
11     THE DEPONENT:  That is one possible
12 purpose of an API.  The more -- the -- I would say
13 the -- the main reason for an API is to find a way
14 for two pieces of software to talk to one another,
15 regardless of platform and -- I mean, it doesn't
16 even have to be a platform API.  It could just be
17 an interface between two components.
18     I spent -- I spent many years working in
19 the object management group defining APIs that were
20 interfaces between pieces that were implemented by
21 different companies.  So the API there was not so
22 much about platform but about communication between
23 programs.
24     Q.  (By Mr. Ramsey)  All right.  In general, do
25 you believe that the other APIs that you address in

Page 39

1 square root and max are the only two examples of
2 Java method declarations that you specifically
3 address?
4     MR. KWUN:  Objection.  Form.
5     THE DEPONENT:  I'm not certain those are
6 the only two, but those seem like simple examples
7 that I could explain to a layman.
8     Q.  (By Mr. Ramsey)  So you chose simple examples
9 of square root and math in -- max in your report simply
10 because they are easy to explain?
11     A.  Yes.
12     MR. KWUN:  Objection.  Form.
13     Q.  (By Mr. Ramsey)  Could you please flip
14 through your report for a minute.  I -- I'd just like
15 you to confirm that beyond the square root and max
16 method names, you don't specifically mention any other
17 Java method declaration in your report.
18     A.  Well, okay, I'll take a look through
19 this.
20     Yes, at first glance, those are the only
21 Java examples I have.  Most of them are other
22 programming languages.
23     Q.  And you understand that there are
24 thousands of method declarations at issue in this
25 lawsuit?

Page 41

11 (Pages 38 - 41)

1    A.   Yes.
2    Q.   And you've addressed two method names,
3  true?
4    A.   Yes.  I'm giving examples.
5    Q.   Okay.  But you've done no statistical
6  analysis of, for example, the length of method
7  names, even within the Java platform, true?
8    A.   The length of method names?  You mean how
9  many characters there is in the name?
10   Q.   Correct.
11   A.   No.
12   Q.   And you've done no statistical analysis
13 of the length of method declarations at issue in
14 this case, true?
15   A.   No, no statistical analysis.
16   Q.   Okay.  And you've not looked or listed
17 anywhere in your report the full lists of thousands
18 of method declarations that are at issue in this
19 case, true?
20   A.   No, I have not.  I'm -- I am familiar
21 with the -- the Java APIs.  And as I understand,
22 there's 37 of those APIs at issue, and I have in my
23 head a rough idea of how big those APIs are.
24   Q.   Okay.  But my -- my question is, you've
25 done no specific analysis beyond looking at the

Page 42

1  names of square -- square root and max of any other
2  aspect of the method declarations at issue?
3       MR. KWUN:  Objection.  Form.
4       THE DEPONENT:  I'm not sure I understand
5  the question because -- I mean, I've looked at some
6  of the other APIs at issue.  So are you saying I
7  haven't thought about those or are you saying I
8  haven't -- I haven't listed those or specifically
9  used them as an example?
10   Q.   (By Mr. Ramsey)  I'm saying, you've not
11 specifically listed or addressed in your report -- in
12 your expert report, any Java method declarations beyond
13 the names square root and max?
14   A.   That's right.  I was trying to keep it
15 simple.
16   Q.   Okay.  It's possible that there's much
17 longer and complex method names and method
18 declarations in the Java API, correct?
19   A.   It's possible.
20   Q.   And by much longer and more complex, I
21 mean more longer -- longer and more complex than
22 the name square root and max.
23   A.   Yes.
24   Q.   I note that nowhere in your report do you
25 address the organization of the Java API, true?

Page 43

1    A.   The word "organization" is -- is not
2  well-defined in this context, I believe, so --
3  define organization.
4    Q.   All right.  I note in your report that
5  you do not discuss the decisions about which
6  methods to group in which classes, which classes to
7  group within which packages in Java, for example.
8    A.   Yes, that's true.
9    Q.   So you have no -- express no opinions in
10 your report regarding the -- the organization?  And
11 by that I mean, grouping of methods, classes and
12 packages.
13       MR. KWUN:  Objection.  Form.
14       THE DEPONENT:  I think I might have said
15 something about the grouping.  I can't remember.
16 There -- that -- if -- you know, if this -- if this
17 method happened to be in a different package versus
18 this package, that would be a -- you know, that
19 would be just like another variation on a different
20 name for the method.  It's just a different
21 interface for the same thing.
22   Q.   (By Mr. Ramsey)  Well, I -- I didn't see
23 anything in your report that talked about decisions to
24 group methods, classes and packages within Java.
25   A.   Uh-huh.  All right.

Page 44

1       MR. KWUN:  Object.  There's no question
2  pending.
3    Q.   (By Mr. Ramsey)  If you could show me where
4  you -- you mention such an issue, please take a moment
5  to do that.
6    A.   Okay.  I may be thinking of the amicus
7  brief, but -- let me look through here.
8    Q.   Sure.
9    A.   Well, on item 41, I give the example
10 if -- if I don't know -- there's different options
11 and different ways of calling the square root
12 functionality.  And I might have to look up the
13 right API for this context.
14       That's kind of an example of where I
15 don't know where the square root routinely is.  It
16 might be in a different class or in a different
17 package.  But that's not exactly the example I was
18 thinking of when I said that.
19   Q.   Okay.
20   A.   I would say that moving a method to a
21 different class or reorganizing the API a little
22 would be another example of like just a different
23 spelling.  It's not fundamental, but it's a -- it's
24 a -- it's a change to the API that is maybe
25 spurious to me, as a programmer, to have it moving

Page 45

12 (Pages 42 - 45)

1 that Sun, now Oracle, will have some modicum of
2 control over the Java platform?
3          MR. KWUN:  Objection.  Form.
4          THE DEPONENT:  I don't know if it's so
5 much about control is their ability to -- to
6 publish and disseminate the code and so on.  So I
7 don't think the community process is for Sun or
8 Oracle to have control, so much as for them to be
9 able to -- to bring together all of these ideas
10 from different sources.
11     Q.  (By Mr. Ramsey)  You agree that from time to
12 time, through the Java Community Process, new Java APIs
13 are created, true?
14     A.  Yes.
15     Q.  And the creators of these new APIs
16 contribute their right in the API to Sun, now
17 Oracle, true?
18          MR. KWUN:  Ob- -- objection.  Form.
19          THE DEPONENT:  Yes, that's my
20 understanding.
21     Q.  (By Mr. Ramsey)  Have you heard of a concept
22 called write once/run anywhere with respect to Java?
23     A.  Yes, I have.
24     Q.  What is your understanding of write
25 once/run anywhere?

Page 54

1     A.  The idea is if you write a Java program,
2 it should run on any Java implementation.  But it
3 pretty much -- Sun gave it up when they started
4 defining multiple Java platforms like the ME
5 platform and the EE platform.
6     Q.  Well, you agree that the write once/run
7 anywhere principle holds within the context of
8 Java SE, in particular, for example?
9     A.  Yeah, within --
10          MR. KWUN:  Objection.  Form.
11          THE DEPONENT:  Oh, sorry.
12          Yes, within a platform -- well, even in
13 the case of SE, there's some variations.  But, yes,
14 that's the idea.
15     Q.  (By Mr. Ramsey)  Okay.  So isn't it true the
16 write once/run anywhere idea holds within the context
17 of a given platform definition by Sun or Oracle?
18          MR. KWUN:  Objection.  Form.
19          THE DEPONENT:  Well, I can't say it holds
20 in all cases, but that's the idea, yes.
21     Q.  (By Mr. Ramsey)  Why did Sun put forward this
22 idea of having a write once/run anywhere prin- --
23 principle carried out through a particular Java
24 platform?
25          MR. KWUN:  Objection.  Form.

Page 55

1          THE DEPONENT:  Well, I don't know if I
2 can speculate on why Sun did that, whether the
3 executive level made that decision or why.  But I
4 can understand that would be very attractive to
5 people because -- especially with the advent of the
6 Internet, it was very hard to write code that would
7 run in all the different browsers and on all the
8 different platforms.
9     Q.  (By Mr. Ramsey)  And let's be clear.  By
10 write once/run anywhere, in the context of Java, we
11 mean an application written in Ja- -- a particular Java
12 platform specification, for example, Java SE --
13     A.  Yes.
14     Q.  -- in one context will run on that same
15 platform specification in another context?
16          MR. KWUN:  Objection.  Form.
17          THE DEPONENT:  Yes, that's my
18 understanding.
19     Q.  (By Mr. Ramsey)  And the idea is under --
20 under Java SE, is that if you write an application in
21 one place in Java SE, it should be able to run every
22 place where Java SE is running?
23     A.  Yes, that's my understanding.
24     Q.  And it's true that one of the ways Sun
25 made sure that Java applications could be written

Page 56

1 once and run anywhere Java exists is by controlling
2 how people use the APIs?
3          MR. KWUN:  Objection.  Form.
4          THE DEPONENT:  Well, they control the --
5 the definitions of the APIs, and then other people
6 would choose to conform or not, if they want it to
7 run everywhere.
8     Q.  (By Mr. Ramsey)  Are you familiar with a Sun,
9 and now Oracle, agreement called the specification
10 license?
11     A.  Roughly, no.  I -- my experience would be
12 10 or 15 years old on -- on that.
13     Q.  Okay.  What do you know about the Sun,
14 now Oracle, specification license as it relates to
15 Java?
16     A.  What I knew when I was working on the
17 Java Community Process, that when somebody signed
18 up to participate, then they signed an agreement
19 for the community process participation.  And I
20 don't know what they're calling their latest
21 specification license.
22     Q.  Okay.  I'll represent to you that the
23 specification license is a license that applies to
24 the API documentation for Java.
25     A.  Okay.

Page 57

15 (Pages 54 - 57)

1    Q.  Well, I'm just trying to understand the
2  nature of Apple's actions, as you understand them,
3  regarding Apple's own APIs.
4        What do you know about that?
5        MR. KWUN:  Objection.  Form.
6        THE DEPONENT:  I haven't tried to write
7  an iPhone app or an iPad app.  But I have a number
8  of friends who have tried to do so and have -- have
9  run afoul of Apple for reasons that made no sense
10  to me.
11    Q.  (By Mr. Ramsey)  But I'm trying to
12  specifically understand what you know about Apple's
13  activities -- you know, enforcement activities, for
14  lack of better word, regarding its own APIs --
15        MR. KWUN:  Objection --
16    Q.  (By Mr. Ramsey)  -- not other issues.
17        MR. KWUN:  Objection.  Form.
18        THE DEPONENT:  Well, this wasn't so much
19  about APIs.  It was about what applications they
20  were going to allow on their platform.
21        So, for example, if Google Maps was
22  duplicated by some Apple app that did mapping, as I
23  believe it was, then Apple could tell Google that
24  you can't put Google Maps on our platform.
25    Q.  (By Mr. Ramsey)  Okay.

Page 78

1  API, I don't think they'd be -- I don't think they
2  should be restricted from doing so.
3    Q.  (By Mr. Ramsey)  Doesn't the Exhibit 5168,
4  the letter from Google to Routebuilder, discuss re- --
5  limitations on re-implementation?  It even says
6  "re-implement"?
7    A.  They're talking about --
8        MR. KWUN:  Objection.
9        THE DEPONENT:  Sorry.
10        MR. KWUN:  Objection.  Form.
11        THE DEPONENT:  They're talking about the
12  application, not the API.
13    Q.  (By Mr. Ramsey)  All right.  So you'd agree
14  with me that this lawsuit between Oracle and Google
15  does not involve the JDBC API mentioned in your report,
16  true?
17        MR. KWUN:  Objection.  Form.
18        THE DEPONENT:  I don't know.  I didn't
19  study -- check to see if -- if it did in the
20  37 APIs they talked about.
21    Q.  (By Mr. Ramsey)  Well, there's nothing in
22  your report that discusses any relationship between the
23  JDBC API and the 37 APIs at issue in this case?
24    A.  You mean I didn't mention whether JDBC
25  was one of the 37?

Page 80

1    A.  But, again, this is beyond my area of
2  expertise.  It's just my -- what I've
3  heard about -- but much more cases than this one.
4    Q.  Okay.
5    A.  I think it's difficult for a large
6  company, with having millions of small developers
7  putting up apps, to be able to try to -- to enforce
8  much of anything there.  And there -- this may be a
9  case of a misunderstanding about the app, for all I
10  know.
11    Q.  But you -- in -- in preparing your
12  report, you didn't, for example, conduct database
13  research or news research regarding efforts by
14  other companies beyond Oracle to enforce their
15  rights and their APIs?
16        MR. KWUN:  Objection.  Form.
17        THE DEPONENT:  No, I didn't do a
18  systematic study of that.  But, again, I'll point
19  out that this objection is not really related to
20  what I'm talking about in my expert report.
21        In my expert report, I'm talking about
22  someone being able to re-implement the API, not
23  about -- it's not about using the API, which is
24  what Google is objecting to and -- so if -- if this
25  person wanted to implement their own Google Maps

Page 79

1    Q.  True.
2    A.  Yes, that's correct.
3    Q.  So you'd agree with me that the lawsuit
4  between Oracle and Google does not involve the Wine
5  APIs -- W-I-N-E -- Wine APIs mentioned in your
6  report?
7    A.  That's true.
8    Q.  And you agree with me that this lawsuit
9  between Oracle and Google does not involve the IBM
10  BIOS APIs?
11    A.  That's true.
12    Q.  Okay.  And you agree that this lawsuit
13  between Oracle and Google does not involve the SQL
14  APIs?
15    A.  That's true.
16    Q.  Okay.  You agree with me that this
17  lawsuit between Oracle and Google does not involve
18  the Linux APIs?
19    A.  That's true.
20    Q.  I'd like to talk about the SQL APIs for a
21  moment.
22    A.  Okay.
23    Q.  It's your understanding that the SQL APIs
24  were standardized as part of a formal
25  standard-setting process, true?

Page 81

21 (Pages 78 - 81)

1    Q.   Okay.  What was your view of Sun at the
2  time that you were laid off in 2007?
3       MR. KWUN:  Objection.  Form.
4       THE DEPONENT:  I was discouraged that Sun
5  was not funding any of the projects that I felt
6  would be innovative enough to pull it out of the --
7  the tailspin it appeared to be in.
8    Q.   (By Mr. Ramsey)  So in 2007, you were not
9  happy with Sun's business strategies as they relate to
10 you?
11      MR. KWUN:  Objection.  Form.
12      THE DEPONENT:  Well, I actually was
13 relatively happy with Jonathan Schwartz as a CEO,
14 but somehow in the execution Sun was falling into
15 some -- some -- some traps.
16   Q.   (By Mr. Ramsey)  Okay.  Were you involved
17 with Sun's efforts around Java in the mobile industry?
18   A.   A little bit.  A little bit.  I was
19 advising someone who was working on that.
20      MR. KWUN:  Dr. Cattell, you should try to
21 make sure you wait until Mr. Ramsey has finished
22 with his questions.
23      THE DEPONENT:  I'm sorry.
24   Q.   (By Mr. Ramsey)  What was your involvement
25 in -- in Sun's efforts around Java and mobile?

Page 90

1    A.   I worked with a more junior engineer,
2  whose name I don't recall at the time, but he was
3  one of the leaders on an attempt to capture some of
4  the ME space.
5       And he was having a bit of an uphill
6  battle getting the -- the companies to sign up for
7  it.  And I gave him some suggestions and we talked
8  about what should not belong in the API and what
9  should.  So yeah...
10   Q.   And who was the gentleman that you talked
11 with?
12   A.   I can't remember that off the top of my
13 head, but I could find out.
14   Q.   Okay.  You understand that Java ME was in
15 a great number of mobile phones, true?
16      MR. KWUN:  Objection.  Form.
17      THE DEPONENT:  I -- I don't know how many
18 mobile phones it ended up in.
19   Q.   (By Mr. Ramsey)  All right.  Was your role
20 at -- at Sun regarding Java primarily with respect to
21 databases and servers, not mobile?
22      MR. KWUN:  Objection.  Form.
23      THE DEPONENT:  That was my main focus.
24 But a distinguished engineer at Sun is expected to
25 have broader impact than -- than narrow interest

Page 91

1  of -- the -- the main interest area.
2    Q.   (By Mr. Ramsey)  You've never written a -- an
3  API specifically for a -- a mobile device, correct?
4       MR. KWUN:  Objection.  Form.
5       THE DEPONENT:  That's correct.  I've only
6  participated.
7    Q.   (By Mr. Ramsey)  What did you do to prepare
8  for your deposition today?
9       MR. KWUN:  Objection.  I'm just going to
10 caution the witness, you can talk about who you met
11 with, how long you met with them --
12      THE DEPONENT:  Yeah.
13      MR. KWUN:  -- but you shouldn't discuss
14 any of the substance of your communications with
15 me.
16      THE DEPONENT:  Yes.  So my -- my
17 preparation for this meeting has mostly consisted
18 of research on the Internet to look at other
19 examples, to look at the background of the case,
20 and so on.
21      Since I wasn't supposed to talk to anyone
22 about the case, I wasn't able to do any surveys, or
23 anything else, as you were discussing, yes.
24   Q.   (By Mr. Ramsey)  Okay.  You're not an
25 economist, correct?

Page 92

1       You're not an economist?
2    A.   I am only an economist -- well, yes, I'm
3  not an economist, right.
4    Q.   You don't --
5    A.   But I've had a lot of experience in
6  40 years in computer science seeing what has
7  economically worked and failed for software
8  companies and APIs.
9    Q.   All right.  But you're not being put
10 forward as an -- an economist expert in this case?
11   A.   Yes.
12   Q.   And you don't have a Ph.D. in economics,
13 true?
14   A.   Correct.
15   Q.   You've never worked as an economist,
16 true?
17   A.   True.
18   Q.   You don't have a background in market
19 analysis; isn't that true?
20      MR. KWUN:  Objection.  Form.
21      THE DEPONENT:  I would say I have a
22 background in market analysis because it's
23 something that has always interested me, to see
24 what succeeds and -- in fact, I'm working on a book
25 on things I wish I'd learned in engineering school

Page 93

24 (Pages 90 - 93)

1 about what will succeed and fail.  And most of the
2 things don't have to do with good engineering; they
3 have to do with a lot of other things, like
4 management and marketing.
5    Q.  (By Mr. Ramsey) But you don't have any --
6 you don't have a Ph.D., for example, in analyzing
7 market impacts of particular business decisions?
8    A.  No.  That's not my academic background,
9 anyway.
10    Q.  Okay.  And you've spent your career as an
11 engineer; isn't that true?
12    A.  I -- a very senior engineer who tends to
13 do more market analysis than coding.
14    Q.  Okay.  You've never conducted any formal
15 study regarding the market for Java SE or Java ME;
16 isn't that true?
17       MR. KWUN:  Objection.  Form.
18       THE DEPONENT:  I need you to define
19 "formal" because I have -- I conducted interviews
20 of -- of people who like would come to the Sun
21 booth and -- and ask them about their applications
22 on so-and-so.  I have done -- done informal
23 surveys, I guess I would say.
24    Q.  (By Mr. Ramsey) Okay.  In your expert
25 report, you provide no formal survey of the market for
Page 94

1 actually apply that knowledge in your -- in your
2 opinions in this case?
3       MR. KWUN:  Objection.  Form.
4       THE DEPONENT:  Only informally.
5    Q.  (By Mr. Ramsey) So informally, how -- how
6 many -- how many software engineers did you interview
7 in your sample size?
8       MR. KWUN:  Objection.  Form.
9       THE DEPONENT:  Well, thousands.  If -- if
10 you mean over the -- over the decades, software
11 engineers I've talked to about issues related to
12 this, but I don't have -- but I don't have any hard
13 records of that.
14    Q.  (By Mr. Ramsey) Okay.  So it's your
15 assertion that you've talked to thousands of engineers,
16 over the course of your career, about issues related to
17 this case, but you have no -- no way to demonstrate
18 that?
19    A.  Correct.
20       MR. KWUN:  Objection.  Form.
21       THE DEPONENT:  Sorry.
22       MR. RAMSEY:  If you could please mark the
23 next exhibit.
24       (Exhibit 5169 was marked for identification by
25 the court reporter and is attached hereto.)
Page 96

1 Java SE or Java ME, true?
2    A.  True.
3    Q.  Isn't it true that you do not have a
4 degree in statistics?
5    A.  No.  I've taken a lot of statistics and
6 mathematics courses.
7    Q.  You never worked, in your career, as a
8 statistician; that's never been your job, true?
9    A.  Well, I -- I wrote some programs to do
10 statistical analyses at one time.  But, no, I'm
11 not -- I wasn't known as a statistician.
12    Q.  You've not been hired in this -- this
13 case as a statistics expert; is that --
14    A.  Correct.
15       Sorry.
16    Q.  And you're not claiming to be a
17 statistics expert, are you?
18       MR. KWUN:  Objection.  Form.
19       THE DEPONENT:  I don't know what that
20 means.  I'm -- I -- I guess I could say I'm more --
21 know more about statistics than most people.  So
22 does that make me an expert?
23    Q.  (By Mr. Ramsey) Okay.  Let's assume that you
24 know more about statistics than -- than most people.
25       Notwithstanding that fact, you didn't
Page 95

1    Q.  (By Mr. Ramsey) All right.  You've been
2 handed a document marked Exhibit 5169.
3    A.  Yes.
4    Q.  Do you recognize this document?
5    A.  I do, yes.
6    Q.  What is this document?
7    A.  This is a book that I published with some
8 other Sun employees describing the JDBC API.
9    Q.  And am I correct that the JDBC API is a
10 Sun database API that you created?
11    A.  Yes.
12    Q.  And isn't it true that the exhibit that
13 you've hand- -- you're looking at now, entitled
14 "JDBC API Tutorial and Reference," second edition,
15 is the specification for your -- your JDBC API?
16       MR. KWUN:  Objection.  Form.
17       THE DEPONENT:  I -- I would say yes.
18    Q.  (By Mr. Ramsey) Okay.  If you could please
19 turn to the -- the fifth page into the document.  It
20 has a copyright notice at the top of the page.
21    A.  Okay.
22    Q.  So on the fifth page of your JDBC API
23 specification, you agree with me that there is a
24 license under which Sun grants rights to this
25 material; isn't that true?
Page 97

25 (Pages 94 - 97)

CONFIDENTIAL

1    Q.  Okay.  I'm going to read for you
2  section 1.5 from the ACM code of conduct, which is
3  entitled "Honor property rights including
4  copyrights and patent."
5    A.  Yes.
6    Q.  I quote the ACM code of conduct now.
7    "Violation of copyrights, patents, trade
8  secrets and the terms of license agreements is
9  prohibited by law in most circumstances.  Even when
10 software is not so protected, such violations are
11 contrary to professional behavior."
12    Do you agree with that statement of the
13 ACM?
14    MR. KWUN:  Objection.  Form.
15    THE DEPONENT:  I agree with that
16 statement when correctly interpreted, yes.
17    Q.  (By Mr. Ramsey)  Okay.
18    A.  I -- they -- the -- the issue in question
19 here has to do with fair use of copyright and
20 exactly what should be copyrightable.
21    I will note that many ACM fellows and
22 other distinguished ACM members probably, you know,
23 in the top 1 percent, cosigned the amicus brief
24 with me arguing that this was a misapplication of
25 copyright.

Page 114

1  declarations should be protected by copyright and
2  the copying of them is not fair use.
3    That's some -- that's one portion of the
4  community?
5    MR. KWUN:  Objection.  Form.
6    THE DEPONENT:  Yes.  I imagine there's
7  some portion.  I'm not sure how big it is.  And I
8  imagine it's heavy loaded towards companies that
9  want to protect their APIs.
10    Q.  (By Mr. Ramsey)  Right.  So there are
11 companies who want to protect their APIs --
12    A.  Yes.
13    Q.  -- in existence today?
14    A.  Yes.  Protecting their APIs is a
15 two-edged sword because it means there's less
16 corporation with -- in the industry and,
17 ultimately, less progress, I believe.
18    Q.  All right.  So companies have to make the
19 decision, is it better for us to attempt to prevent
20 copying of our API declarations, for example, or
21 are we going to put them out there for others to
22 use.
23    That's a business decision that companies
24 make from time to time?
25    A.  Yes.

Page 116

1    Q.  Do -- do you think that it's true that
2  this -- this -- the present lawsuit, Oracle versus
3  Google, gendered some strong opinions in the
4  software development community?
5    A.  I imagine it did, yes.  We certainly got
6  75 of us, or 77 of us, to strongly object to -- to
7  the -- their -- or Supreme Court refusing to hear
8  this case.
9    Q.  Do you agree, though, that there are
10 arguments on both sides.  There are many voices in
11 the debate about whether the APIs in this case are
12 protected or not?
13    A.  Yes.  There are many voices, depending on
14 whether you -- I mean, my -- I'm interested in this
15 case because, as a computer scientist, I'd like to
16 see progress in computer science instead of the
17 kind of trouble we get with patent trolls and all
18 the intellectual property mess we get into.
19    Q.  You agree that in the current debate
20 regarding whether fair use should apply to the
21 37 APIs at issue in this case, there are a spectrum
22 of different positions articulated publicly?
23    A.  Yes.
24    Q.  And there are some people involved in the
25 debate in the software community that say, yes, API

Page 115

1    MR. KWUN:  Objection.  Form.
2    THE DEPONENT:  They could do that, yes.
3    Q.  (By Mr. Ramsey)  And some companies may
4  decide it's better to attempt to prevent copying for --
5  of our APIs and some companies may choose the opposite?
6    MR. KWUN:  Objection.  Form.
7    THE DEPONENT:  They might.  There might
8  be some legal issues here, too, with monopolistic
9  practices, especially if it's a very important API.
10    Q.  (By Mr. Ramsey)  You're aware that
11 historically some companies have decided it's better to
12 attempt to prevent copying of their APIs and other
13 companies who chose the opposite?
14    MR. KWUN:  Objection.  Form.
15    THE DEPONENT:  Well, we have at least one
16 example of -- of a company who, at least at one
17 time, tried to keep people from using --
18 re-implementing their APIs, yes.
19    Q.  (By Mr. Ramsey)  Okay.
20    A.  And --
21    Q.  Do you -- do you believe today that
22 companies continue to -- in some instances, attempt
23 to prevent copying of their APIs, beyond Oracle,
24 and other companies choose the opposite?
25    MR. KWUN:  Objection.  Form.

Page 117

30 (Pages 114 - 117)

1    THE DEPONENT: Generally, I would say
2  not. It seems to me a vast majority of companies
3  allow someone else to implement their API.
4    Q. (By Mr. Ramsey) When -- the companies that
5  allow others to implement their APIs, do they sometimes
6  request royalties for that right?
7    MR. KWUN: Objection. Form.
8    THE DEPONENT: I'm not aware of that, no.
9    Q. (By Mr. Ramsey) You agree that that would
10 not be an irrational thing for a company to do, to
11 demand royalties if another is re-implementing that
12 company's APIs?
13   MR. KWUN: Objection. Form.
14   THE DEPONENT: I think it's actually
15 irrational in the sense that they shouldn't be able
16 to demand money for someone re-implementing the
17 same API.
18   Q. (By Mr. Ramsey) So you -- you -- it is your
19 belief that if a company has invested in creating APIs,
20 they should not be able to charge any royalty for that,
21 for their use of re-implementation?
22   A. As -- as a general rule. But I -- I
23 don't see the API, itself, as being a great
24 investment compared with the implementation, which
25 is maybe 10 times bigger or -- or more, while the

Page 118

1  API is more like a method of operation that should
2  be protected by a patent but not a copyright.
3    Q. So you -- do you believe that it's
4  irrational, if a company has invested a great
5  amount of resources in designing an elaborate API,
6  that they would attempt to charge a royalty for the
7  re-implementation of that API -- API that required
8  the investment?
9    MR. KWUN: Objection. Form.
10   THE DEPONENT: I -- I don't know how to
11 answer that question. I think I already answered.
12   I think that -- that it's a bad thing to
13 demand money for someone to implement the same
14 method of operation that somebody else used.
15   Q. (By Mr. Ramsey) The question is, do you
16 think that it is -- it is rational for a company to
17 request a royalty for implementation of the -- their
18 API, if they've invested an enormous -- enormous amount
19 of resources into actually designing the API?
20   MR. KWUN: Objection. Form.
21   THE DEPONENT: I don't know anyone that's
22 investing enormous amounts of effort in an API for
23 Java. I think that was a -- that was a relatively
24 modest effort by comparison to the overall thing.
25   And I would draw the analogy to like if

Page 119

1  somebody put the steering wheel on the left side of
2  a car and the gear shift in the center, with four
3  on the floor, and then they claimed a copyright on
4  that layout so no other car company could do that,
5  then that's more like a method of operation that --
6  that hurts the public, that things don't
7  interoperate and they're not compatible.
8    You should always try to use the API that
9  somebody has already defined. It's good computer
10 science and it's good industry practice, and it's
11 bad for everybody if you don't do that.
12   Q. (By Mr. Ramsey) So in your report, did you
13 actually do any analysis of whether the other APIs --
14 and by that I mean, for example, Wine, SQL, Linux and
15 the other examples -- have been found to be protected
16 by copyright or not?
17   A. The -- if you look at the -- at what
18 people in the industry think, in general, it seems
19 to be that the expectation is that you should be
20 able to reuse an API. And, in fact, that that's
21 good practice.
22   Q. My question was a little different.
23   You didn't do any research, in carrying
24 out your investigation, whether there had been a
25 judicial finding, one way or the other, of whether

Page 120

1  any of the other APIs you address are protected by
2  copyright?
3    A. You mean did I search on the specific
4  case of, say, the BIOS to see if some court had
5  ruled that the code itself could be -- the API
6  itself could be copyrighted?
7    Q. Correct.
8    A. I did search the Internet a bit on that
9  and I didn't find anything.
10   Q. Right.
11   So you have no -- you don't -- you don't
12 actually know, one way or the other, whether any of
13 the APIs that you address in your report have been
14 found to be copyrightable or uncopyrightable?
15   A. No.
16   MR. KWUN: Objection. Form.
17   THE DEPONENT: Yeah, and that's a problem
18 with your Internet searches. You can't usually get
19 a definitive answer.
20   Q. (By Mr. Ramsey) Okay. But I just -- I just
21 want to be clear.
22   You don't actually know, one way or the
23 other, and did not look at whether the APIs
24 addressed in your report were found to be
25 copyrightable or uncopyrightable?

Page 121

31 (Pages 118 - 121)

1 brand-new set of APIs?
2          MR. KWUN: Objection. Form.
3     Q. (By Mr. Ramsey) I just want to know about
4 capability.
5          MR. KWUN: Objection. Form.
6          THE DEPONENT: Yeah, certainly
7 programmers are able to learn new APIs. They may
8 choose not to do so if you put too many blockades
9 in their path.
10    Q. (By Mr. Ramsey) Okay. Have you ever created
11 a programming platform?
12    A. Yeah. Depending on how you define a
13 programming platform, yes.
14    Q. Describe for me the programming platform
15 that you created.
16    A. Well, in some sense, every -- every
17 library I've ever implemented is a platform of
18 sorts. If what you mean is a platform that
19 completely covers the operating system and there's
20 no other things you can call, I would say not.
21 I -- I have implemented partial platform.
22    Q. Okay. So you've never -- you've never
23 created a full programming platform, like Android
24 or Java?
25          MR. KWUN: Objection. Form.

Page 134

1          THE DEPONENT: Well, together with other
2 engineers at Sun, basically, I did do that --
3 Java EE and Java SE. But as an individual, by
4 myself, implementing an entire platform -- well, I
5 implemented an operating system once.
6          Did they -- they could do personal
7 computers -- computing on a -- on an IBM 1130 that
8 wasn't designed to allow multiple -- you know, an
9 individual interactive use.
10    Q. (By Mr. Ramsey) Have you ever paid money to
11 license software?
12          MR. KWUN: Objection. Form.
13          THE DEPONENT: Yes, as an end user.
14    Q. (By Mr. Ramsey) Right.
15          And as an end user, you don't just go on
16 the Internet and -- and take the code that you
17 want, right? You paid for a license to the
18 software --
19    A. Yeah.
20          MR. KWUN: Objection.
21    Q. (By Mr. Ramsey) -- that is available?
22          MR. KWUN: Objection. Form.
23          THE DEPONENT: Yeah. Say, for
24 Microsoft Office, I might say I want the new
25 version, and then I'll look for where to buy it and

Page 135

1 license it.
2     Q. (By Mr. Ramsey) All right. And you don't
3 support piracy of copyrighted material, correct?
4     A. No, I do not.
5          (Discussion off the stenographic record.)
6          THE VIDEOGRAPHER: This marks the end of
7 Disc 2 of the deposition of Dr. Roderic Cattell. We
8 are off the record at 12:02.
9          (Recess taken.)
10          THE VIDEOGRAPHER: This marks the
11 beginning of Disc No. 3, to the deposition of the
12 Dr. Roderic Cattell. We are now back on the record
13 at 12:43.
14          MR. RAMSEY: All right. Would you please
15 mark Exhibit 5170.
16          (Exhibit 5170 was marked for identification by
17 the court reporter and is attached hereto.)
18    Q. (By Mr. Ramsey) Dr. Cattell, you have been
19 handed a book entitled, "JBDC API Tutorial and
20 Reference, Second Edition," marked Exhibit 5170 --
21    A. Yes.
22    Q. -- correct?
23          And this is the same JDBC API Tutorial
24 and Reference, Second Edition, that we discussed
25 earlier --

Page 136

1     A. Yes.
2     Q. -- excerpted as Exhibit 5169, true?
3     A. Yes.
4     Q. Okay. And if you can please just turn to
5 the fifth page, as we did before, of Exhibit 5170?
6     A. Okay.
7     Q. Do you recall earlier today, with respect
8 to Exhibit 5169, we discussed the specification
9 license stated in the JDBC API Tutorial and
10 Reference, Second Edition; do you recall that?
11    A. Yes.
12    Q. Please take a look and confirm me for
13 that language that we discussed earlier, with
14 respect to Exhibit 5169, is the same as the
15 language that we discussed -- or the language in
16 Exhibit 5170.
17    A. Yes, it looks the same.
18    Q. Okay. Thank you.
19          So, Dr. Cattell, you never heard any Sun
20 executive state specifically that the public has a
21 right to use or re-implement without any obligation
22 the -- the declarations from the 37 APIs at issue
23 in this case, true?
24          MR. KWUN: Objection. Form.
25          THE DEPONENT: Not per se, no. You know,

Page 137

35 (Pages 134 - 137)

1 I saw some statements about, when we open sourced
2 JDK, that -- what that would mean.
3    Q.  (By Mr. Ramsey)  Okay.  You're not an --
4 you're not an open source licensing expert; isn't that
5 true?
6    A.  Yeah, I don't know if I would say I'm --
7 I'm an expert.  I worked on some open source
8 projects.
9    Q.  But your -- in your report, you had --
10 you provide no opinions about open source
11 licensing?
12    A.  Yes.
13    Q.  Okay.  So when you were preparing your
14 opinions in your report, it's true that you did not
15 look at Google's licenses for its maps, search or
16 AdWords APIs; isn't that true?
17    A.  No, I don't remember coming across those.
18    Q.  Okay.  And when you prepared your
19 opinions, you didn't look at the actual full body
20 of API declarations or SS -- the organization of
21 those declarations at issue in this case, true?
22         MR. KWUN:  Objection.  Form.
23         THE DEPONENT:  Are you talking about the
24 37 Java APIs?
25    Q.  (By Mr. Ramsey)  Correct.

Page 138

1    A.  Are you asking if I went back and looked
2 at all those APIs?
3    Q.  That's right.  It's -- let me just re-ask
4 my question.
5         It's true that you, in the course of
6 preparing your opinions, you did not examine the
7 entire full body of API declarations and their
8 organization that is at issue in this case?
9    A.  No.
10         MR. KWUN:  Objection.  Form.
11    Q.  (By Mr. Ramsey)  All right.  And it's true
12 that you did not attach or refer in your report to any
13 Java API source code; isn't that true?
14    A.  That's correct.  I did have familiarity
15 with a lot of Java already, so when someone would
16 refer to a Java API, I generally know what they
17 were talking about.
18    Q.  Okay.  But you didn't -- my question is,
19 you -- specifically, you didn't refer to any Java
20 source code or discuss that source code in your
21 report?
22    A.  That's true.
23    Q.  You didn't talk to any formal Sun or
24 Oracle engineers in relation to your opinions here,
25 true?

Page 139

1    A.  Correct.
2         MR. KWUN:  Objection.  Form.
3    Q.  (By Mr. Ramsey)  And you didn't talk to any
4 Google engineers in relation to your opinions in your
5 report, true?
6         MR. KWUN:  Objection.  Form.
7         THE DEPONENT:  Correct.
8    Q.  (By Mr. Ramsey)  So you haven't formed any --
9 any opinions regarding Google's actual belief, in 2007,
10 regarding the APIs at issue?
11    A.  What do you mean by Google's belief
12 in 2007?  So you -- Google is a lot of people.  I
13 did talk to some Google engineers who were aware
14 that Sun was open sourcing Java, and they thought
15 that would be a good thing --
16    Q.  Okay --
17    A.  -- so...
18    Q.  -- my question is more specific.
19         My question is:  In forming your
20 opinions, you didn't talk to any -- anybody at
21 Google about what their actual belief was regarding
22 the 37 APIs when they were developing Android?
23         MR. KWUN:  Objection.  Form.
24         THE DEPONENT:  Well, back in 2007, I
25 might have -- have talked to some people at Sun and

Page 140

1 at Google, but mostly as -- as, you know, informal
2 connections with old friends.  So -- but my general
3 belief with the -- from the Google folks was that
4 they thought that this would -- this was a great
5 thing that -- you know, this -- this would be a
6 good thing for them to use, the Java APIs, and that
7 they didn't think they needed a license.
8         MR. RAMSEY:  All right.  So I'm going to
9 move to strike that as nonresponsive.
10    Q.  (By Mr. Ramsey)  You didn't talk to anybody
11 who was actually working on Android regarding their
12 belief concerning the 37 APIs at issue in this case?
13         MR. KWUN:  Objection.  Form.
14         THE DEPONENT:  Well, I don't know if they
15 were working on -- I talked to Josh Bloch, for
16 example.  I don't know what he was working on at
17 the time I talked to him.
18    Q.  (By Mr. Ramsey)  All right.  In your report,
19 you don't -- you don't recount any conversations with
20 anybody at Google who was working on Android, that's
21 true?
22    A.  Yes.
23    Q.  And you don't actually examine any
24 documents regarding the development of Android;
25 isn't that true?

Page 141

36 (Pages 138 - 141)

1    A.  Cedar, which was preceded by Mesa, which
2  was a variant.
3    Q.  Wasn't one of the -- I don't know if it
4  was a project name or a product name initially for
5  Java, Oak?
6    A.  Yes.
7    Q.  Were you involved in that project at all?
8    A.  I was aware of the Oak project when --
9  when that was going on, yes.
10    Q.  Okay.  What is your understanding of why
11  the Java platform was initially developed by Sun?
12    MR. KWUN:  Objection.  Form.
13    THE DEPONENT:  That's a good question.  I
14  don't know all the history, but it's -- my
15  understanding is that it was originally intended
16  for set-top boxes for TVs, and -- and then it's
17  purpose evolved.  I liked it because there was
18  finally a good programming language that was also
19  likely to get off the ground, and so I jumped on
20  the bandwagon.
21    Q.  (By Mr. Ramsey)  Okay.  Are you familiar with
22  a -- an early Java product called Star7?
23    A.  Yes.  That was a predecessor to Oak, as I
24  understand it.
25    Q.  And isn't it true that Star7 ran a

*Page 150*

1  version of Java, true?
2    A.  Well --
3    MR. KWUN:  Objection.  Form.
4    THE DEPONENT:  We didn't call it Java,
5  but yes.
6    Q.  (By Mr. Ramsey)  Okay.  And Star7 was a small
7  touchscreen mobile device, true?
8    MR. KWUN:  Objection.  Form.
9    THE DEPONENT:  Well, Star7 referred to
10  what you had to punch on your telephone to reach
11  the people in that group, I think.  So -- but
12  this -- yeah, I don't know much about the hardware
13  they were working with.
14    Q.  (By Mr. Ramsey)  Have you actually seen a
15  Star7 device?
16    A.  No.
17    Q.  Okay.  Are you aware that it had a
18  touchscreen interface?
19    MR. KWUN:  Objection.  Form.
20    THE DEPONENT:  I'm not sure.  It's been a
21  long time.
22    Q.  (By Mr. Ramsey)  Okay.  I would like -- I
23  would like to talk about the UNIX APIs for a bit, okay?
24    A.  Okay.
25    Q.  You mentioned in your report, you assert

*Page 151*

1  that -- that Linux re-implemented UNIX APIs.
2    A.  Yes.
3    Q.  And Linux is based on the POSIX standard,
4  P-O-S-I-X, true?
5    A.  Well, officially that -- that's the --
6  it's kind of like the cart before the horse though,
7  because POSIX was -- POSIX was a standardization of
8  UNIX, and then Linux followed that.
9    Q.  What do you mean, "POSIX was a
10  standardization of UNIX"?
11    A.  Well, as I understand it, the POSIX
12  standard was -- was a specification of an API that
13  basically came from the UNIX -- AT&T UNIX.  So they
14  wanted to standardize it.
15    Q.  So POSIX was a formal standardization of
16  UNIX, true?
17    A.  Yes.
18    Q.  And POSIX was created through a formal
19  standard setting body such as ISO or ANSI.
20    A.  I believe so, yes.
21    Q.  Okay.  And it was only after POSIX was
22  a -- was a public standard through the standard
23  setting bodies that Linux re-implemented the
24  standard?
25    A.  I don't know that that's the case.

*Page 152*

1    Q.  Okay.  So you don't -- you don't -- you
2  don't actually know the timing of when --
3    A.  That's right.
4    Q.  -- Linux implemented --
5    A.  That's right.
6    Q.  -- the UNIX APIs?
7    A.  Yes.  And there were other UNIXs in
8  between -- like Berkeley UNIX, and so on -- that
9  was forked off of AT&T UNIX.
10    Q.  Okay.  And you are -- you are aware that
11  the UNIX operating system is made available under
12  the GNU, that's G-N-U, general public license,
13  true?
14    A.  I that's the case, yes.
15    Q.  Okay.  You don't know anything about the
16  specific terms or requirements of the --
17    A.  No.
18    Q.  -- GNU, general public license?
19    A.  Not really, no.
20    Q.  Okay.  During the course of your work on
21  your research -- your -- your expert report, you
22  didn't do any -- any scholarly research regarding
23  the legal history of protection of software, true?
24    A.  Correct.
25    MR. KWUN:  Objection.  Form.

*Page 153*

39 (Pages 150 - 153)

1    THE DEPONENT: Correct.
2    Q.  (By Mr. Ramsey) And during the course of
3    your -- preparing your expert report, you didn't do any
4    research regarding the business history that -- the
5    history of business models concerning APIs?
6        MR. KWUN: Objection. Form.
7        THE DEPONENT: Well, I did some Google
8    searches. I'm trying to figure out -- looking for
9    some examples historically.
10   Q.  (By Mr. Ramsey) But you -- you didn't
11   address in your report, and you didn't research,
12   companies that have actually exerted control over their
13   APIs, such as Microsoft?
14       MR. KWUN: Objection. Form.
15       THE DEPONENT: Well, I did -- I did
16   research that a bit, you know, the -- the -- the
17   history with Microsoft and this -- and this Wine
18   interface and other clones. And of course, I was,
19   you know, historically there when it happened to
20   see where they succeeded and failed.
21   Q.  (By Mr. Ramsey) I notice in your report when
22   you discuss Wine, you do not discuss how Wine was
23   developed, correct?
24   A.  That's true.
25   Q.  Do you agree with me that the way Wine is

Page 154

1    developed is by what is known as block-box
2    development?
3    A.  Yes.
4        MR. KWUN: Objection. Form.
5        THE DEPONENT: Yeah, Cleanroom, or
6    whatever you call it, where they didn't look at the
7    source code and they implemented their own.
8    Q.  (By Mr. Ramsey) Right. So in the context of
9    Wine, the only input to development of Wine is a binary
10   Microsoft DLL file; isn't that true?
11       MR. KWUN: Objection. Form.
12       THE DEPONENT: Yes and no. I mean,
13   someone had derived what the API was, which you can
14   do from the binary.
15   Q.  (By Mr. Ramsey) But you had -- in your
16   report, you did not discuss at all what resources were
17   available to the developers of Wine, in terms of API
18   specifications or code, or anything else, right?
19   A.  Yes. As I understand it, they had to
20   deduce what the API was, and then re-implement it.
21   Q.  Okay. Don't you agree that Wine is an
22   example of attempting to be very cautious about
23   what is copied and what is not?
24       MR. KWUN: Objection. Form.
25       THE DEPONENT: Yes, it sounds very

Page 155

1    cautious to me.
2    Q.  (By Mr. Ramsey) Can you identify any API in
3    Wine that was copied from copyrighted Microsoft code?
4        MR. KWUN: Objection. Form.
5        THE DEPONENT: Copyrighted source code
6    for the implementation; no, I would be very
7    surprised if there was.
8    Q.  (By Mr. Ramsey) You believe it's possible
9    that Microsoft might sue Wine, don't you agree --
10       MR. KWUN: Objection --
11   Q.  (By Mr. Ramsey) -- for use of the Microsoft
12   APIs?
13       MR. KWUN: Objection. Form.
14       THE DEPONENT: They could try to do that.
15   Q.  (By Mr. Ramsey) And that wouldn't be a
16   surprising thing to you, given Microsoft's business
17   history and position regarding its Windows APIs?
18       MR. KWUN: Objection. Form.
19       THE DEPONENT: I would be a little
20   surprised because I think that most of the industry
21   would be against them, but I -- I can see them
22   doing that, yes.
23   Q.  (By Mr. Ramsey) Okay. And -- and
24   developers -- if you ask developers right now, "Well,
25   do you think that Microsoft might attempt to suppress

Page 156

1    the use of the Windows APIs in Wine," some portion of
2    them would say, "I can see that happening," and some
3    other portion might say, "I can't see that happening."
4    A.  Yes, certainly there will be people with
5    both beliefs.
6    Q.  And so different segments of the
7    developer community might have different
8    expectations about whether it's risky or
9    permissible, or not, to use the Wine APIs?
10       MR. KWUN: Objection. Form.
11       THE DEPONENT: It's my contention that
12   the majority of the developer community would think
13   that it's okay to re-implement an API; but, yes,
14   there will be people on both sides.
15   Q.  (By Mr. Ramsey) Right. Even if developers
16   believe that, "I should be able to use APIs," those
17   same developers may recognize that there are questions
18   and risk in doing so. It's not a decisive belief.
19   A.  Yes.
20       MR. KWUN: Objection. Form.
21       THE DEPONENT: Yes.
22   Q.  (By Mr. Ramsey) And you have not done any
23   empirical work to empirically measure the amount and
24   degree of whether developers believe that they are
25   actually able to reuse and re-implement the APIs versus

Page 157

40 (Pages 154 - 157)

Page 158

1 what they want to be the world?
2        MR. KWUN:  Objection.  Form.
3        THE DEPONENT:  I haven't done any
4 empirical research on that, yes --
5    Q.  (By Mr. Ramsey)  Okay.  Do you --
6    A.  -- just -- just talking to people over --
7 for 20 years.
8    Q.  Do you -- do you believe that if APIs
9 were found to be copyright protected and copying of
10 them is not fair use that -- in this case, that
11 while some Java developers would be unhappy, they
12 would be able to adapt to the new situation in
13 Android?
14        MR. KWUN:  Objection.  Form.
15        THE DEPONENT:  I think a lot of people
16 would be unhappy if they learn that this was not a
17 fair use of an API.  And I think a number of groups
18 may lobby Congress to change the laws with respect
19 to API copyright.  And -- and with respect to
20 Android, it would be kind of a mess unless there
21 was an easy path from the current Android platform
22 to something that Google could actually support
23 legally.
24    Q.  (By Mr. Ramsey)  All right.  So let me -- let
25 me ask a slightly different question.

Page 159

1        Do you believe that if the APIs in this
2 case were found to be copyright protected, and
3 copying of them is not fair use, that while some
4 JAVA developers would be unhappy, if Google gave
5 them new APIs and educated them about the
6 situation, they could adapt?
7        MR. KWUN:  Objection.  Form.
8        THE DEPONENT:  Well, there's a -- there's
9 a difference between them being able to adapt and
10 being willing to adapt, I imagine.
11    Q.  (By Mr. Ramsey)  Do you believe that their --
12 that developers, if given a resource and new APIs by
13 Google to transition to new APIs, could do so?
14        MR. KWUN:  Objection.  Form.
15        THE DEPONENT:  They are technically
16 capable of doing so, given enough time.
17    Q.  (By Mr. Ramsey)  Okay.  And so with some time
18 and investment by developers and Google, current
19 Android developers could transition to new and
20 different Android APIs if necessary?
21    A.  Yes.  But I think that would be a bad
22 thing.
23    Q.  Okay.  Even -- putting aside your view
24 that it may not be a great thing --
25    A.  Yeah.

Page 160

1    Q.  -- Android developers are technically
2 capable of learning new APIs that -- that Google
3 may implement in Android that are different from
4 the current APIs?
5    A.  Yes.  That would be bad for Oracle most
6 of all --
7    Q.  All right.
8    A.  -- because Google --
9    Q.  My question is:  Android developers are
10 technically capable of learning new APIs that
11 Google may implement in Android that are different
12 from the current APIs?
13    A.  Yes.
14    Q.  Did you do any comparative analysis
15 between what I would call the -- all the other
16 non-Java APIs in your report and the Java APIs at
17 issue in this case?
18    A.  I mean only at a high level, yes.
19    Q.  But you didn't sit down and examine, side
20 by side, whether the other APIs -- Wine, Linux,
21 Microsoft, IBM, BIOS -- were more or less similar
22 or dissimilar to the Java APIs at issue?
23    A.  At some level; yes; I mean, whether they
24 were a platform versus a library, versus a way of
25 connecting to other programs, and so on.

Page 161

1    Q.  Okay.  You didn't sit down, for example,
2 with the IBM BIOS API specification and put it next
3 to the Java SE API specification and look for
4 similarities or differences, true?
5    A.  Correct.
6    Q.  And you didn't sit down with the Wine API
7 specification and the Java SE 5 API specification
8 and look at them and compare, side by side, are
9 these similar or different?
10    A.  Yes.
11    Q.  You also didn't put side by side the UNIX
12 or Linux API specifications and the Java API
13 specifications and compare to see how similar or
14 different they were?
15    A.  Yes.
16    Q.  Okay.  You didn't set -- put down on --
17 in front of you the SQL, or any other database, API
18 specification and the Java SE 5 specification, and
19 compare how similar or different they are?
20    A.  Yes.  I don't know what I would compare
21 there, the number of lines or the -- whether they
22 use methods or procedures, or whatever -- it's sort
23 of --
24    Q.  Right --
25    A.  -- apples and oranges.

41 (Pages 158 - 161)

1 of the article --
2     A.   Yes.
3     Q.   -- in Exhibit 5171.
4     A.   Yes.  I agree with the last line,
5 "Yikes."  This makes a mess of things.
6     Q.   All right.  So if you could, please turn
7 to the fourth page of the article.  Let me know
8 when you are there.
9     A.   Yes.
10     Q.   In the article that you -- you are
11 looking at that is discussing the protection of
12 APIs, in this case in particular there's a quote
13 from a fellow Steve Wilmott, CEO of 3Scale.
14         Do you see that?
15     A.   I see the -- oh, yeah, I see that, yes.
16     Q.   Are you familiar with 3Scale?
17     A.   Not particularly, no.
18     Q.   Okay.  And 3Scale, you agree, is
19 described here as an API management company?
20     A.   Okay.
21     Q.   According to this article, Mr. Wilmott
22 states, and I quote:  "It's always been a legal
23 gray area whether an API that a company publishes
24 is reusable and I would say that it just became
25 more dangerous to use someone's API design without

1 to Java language specification -- the language
2 specification.  The APIs are libraries.
3     Q.   Okay.  So you can use the Java language
4 syntax in the Java language specification without
5 using the APIs?
6         MR. KWUN:  Objection.  Form.
7         THE DEPONENT:  Yes, you could.
8     Q.   (By Mr. Ramsey)  Okay.  Did you do any review
9 of any -- any licenses at all for APIs, over the course
10 of the last 20 or 30 years, in preparing your opinions?
11         MR. KWUN:  Objection.  Form.
12         THE DEPONENT:  Over the last 30 years, I
13 have looked at lots of licenses but not as part of
14 preparation for this report.
15     Q.   (By Mr. Ramsey)  Okay.  Well, you didn't rely
16 on any licenses for APIs in preparing your opinions,
17 right?
18     A.   Well, I think I relied on my recollection
19 of APIs and their licenses, yes.
20     Q.   You remember, earlier today we talked
21 about Exhibit 5169, and 5170, the -- the Java --
22     A.   Yes.
23     Q.   -- API that you were involved with,
24 right?
25     A.   Yes.

1 consulting them first."
2         Do you see that?
3     A.   Yup.
4     Q.   So you agree with me that at least one
5 person's view in the software development community
6 is that it's always been a legal gray area whether
7 an API that a company publishes is reusable?
8     A.   Yup, I see he says that.
9     Q.   And you see that -- you may have noticed
10 in other parts of this article, there are views
11 expressed that APIs should be reusable by some
12 commenters?
13     A.   Yes.
14     Q.   So you agree with me that there's all --
15 more than one view in the software industry about
16 whether APIs are reusable?
17     A.   Yes.
18     Q.   Okay.  All right.  You have not done any
19 analysis of the Java language specification in your
20 expert report; isn't that true?
21     A.   Correct.
22     Q.   For example, you have not compared any
23 aspects of the APIs that are at issue in this case
24 to the Java language specification, right?
25     A.   Well, I don't know what I would compare

1     Q.   And in that particular Java API, there
2 was a specification license that we discussed; do
3 you recall that?
4     A.   Yeah --
5         MR. KWUN:  Objection.  Form.
6         THE DEPONENT:  -- yes, I recall that.
7     Q.   (By Mr. Ramsey)  And we noted that the
8 specification license regarding your Java API provided
9 some limitations on use of the APIs --
10         MR. KWUN:  Objection.  Form.
11     Q.   (By Mr. Ramsey)  -- stated here.
12         MR. KWUN:  Objection.  Form.
13     Q.   (By Mr. Ramsey)  Do you recall that?
14         MR. KWUN:  Objection.  Form.
15         THE DEPONENT:  Yes.
16     Q.   (By Mr. Ramsey)  And it's true that, in your
17 opinion -- in your opinion, for example, you did not
18 consider the specification license that was in the Java
19 API that you and I -- the JDBC Java API that you and I
20 discussed?
21     A.   I did not consider it; what do you mean?
22     Q.   Well, in the course of preparing your
23 expert opinions, you didn't consider Java
24 specification license, which is a license that you
25 and I discussed today?

45 (Pages 174 - 177)

1 the AdWords API agreement we just read states that are
2 there limitations in the agreement on, quote, your
3 right to use, copy and retain your copy of the AdWords
4 API in the AdWords API specifications.
5        You remember that part, right?
6        MR. KWUN: Objection. Form.
7        THE DEPONENT: Let me call your attention
8 to what -- it says what using the AdWords API means
9 right after definition there, you see?
10       And it says the use of the markup
11 language described in the API specification, so
12 that doesn't mean I can't keep a copy of the API,
13 or that I can't copy it.
14       It says accessing the Google servers
15 through that API; well, I certainly can't do that
16 if I'm not going to use AdWords anymore.
17   Q.  (By Mr. Ramsey) Well --
18   A.  Sending information to my account,
19 receive information back, distribute under -- these
20 are all things that are directly relevant to using
21 their service --
22   Q.  Okay.
23   A.  -- so it's not like I'm re-implementing
24 it in the sense that Google has done with Java API.
25   Q.  I think we agree that -- that this

Page 202

1 agreement is saying with -- with respect to the
2 particular markup language defining the
3 AdWords API --
4   A.  Yes.
5   Q.  -- in a particular context, we, Google,
6 are imposing limitations on the right to use, copy
7 and retain --
8        MR. KWUN: Objection.
9   Q.  (By Mr. Ramsey) -- as a general matter, that
10 is true?
11       MR. KWUN: Objection. Form.
12       THE DEPONENT: Okay. I don't see this as
13 an apples-and-apples comparison to --
14   Q.  (By Mr. Ramsey) I'm not looking -- I just
15 want to know, in the context of the API, Google is
16 saying to licensees: In this domain, we are going to
17 limit your ability to -- and your right to use, copy
18 and retain your copy of the AdWords API commands, if
19 you will?
20       MR. KWUN: Objection. Form.
21       THE DEPONENT: I guess I don't agree.
22 The underlying words say something different when
23 you look at what the definitions are, of the
24 AdWords API and so on.
25   Q.  (By Mr. Ramsey) Okay. Well, this is -- do

Page 203

1 you agree with me that from our -- from our
2 investigation of the AdWords API terms and the AdWords
3 API specification, that there's some pretty granular
4 questions about what limitations might be imposed on
5 the use of an API in one context or another, true?
6        MR. KWUN: Objection. Form.
7        THE DEPONENT: Yes, there are often
8 questions about the limitations, as we have seen in
9 some of the other documents.
10   Q.  (By Mr. Ramsey) And there's many fine-grain
11 calls about whether, in this particular AdWords context
12 or another API context, the set of expectations are --
13 are known, or set, or -- or understood?
14       MR. KWUN: Objection. Form.
15       THE DEPONENT: Yes. I'm just saying,
16 your example is not very convincing if you are
17 trying to show me that Google is restricting the
18 APIs in the same sense that Oracle is trying to.
19   Q.  (By Mr. Ramsey) Well, regardless of whether
20 Google is restricting its APIs in exactly the same way
21 as this case, you agree that Google is, in some manner,
22 restricting use of some of its APIs?
23       MR. KWUN: Objection. Form.
24       THE DEPONENT: Apparently so.
25   Q.  (By Mr. Ramsey) Okay. And you agree with me

Page 204

1 that the AdWords API agreement doesn't just talk about
2 use, it says that it's restricting the right to use,
3 copy and retain a copy of the AdWords API. So -- so
4 the agreement specifically limits copying?
5        MR. KWUN: Objection. Form.
6        THE DEPONENT: I can't say. I think you
7 should be having this conversation with an expert
8 on licensing, not an expert on -- on technology,
9 but yes.
10   Q.  (By Mr. Ramsey) Okay. Do you believe that
11 developers in an ecosystem using the AdWords APIs --
12   A.  Yeah.
13   Q.  -- may form their view about what is
14 expected in relation to the input of a licensing
15 expert, for example?
16       MR. KWUN: Objection. Form.
17       THE DEPONENT: Yeah, they could talk to a
18 licensing expert.
19   Q.  (By Mr. Ramsey) And so developers'
20 understanding what they should expect with regard to
21 the AdWords APIs may turn on the input of lawyers or
22 licensing experts.
23       MR. KWUN: Objection. Form.
24       THE DEPONENT: Developers do that
25 sometime, yes, they go find an expert on the

Page 205

52 (Pages 202 - 205)

1 licensing word.
2      Q.  (By Mr. Ramsey)  Okay.  So I note in your
3 report you -- and we have talked about a number of
4 other APIs other than the Java APIs; do you recall
5 that?
6      A.  Yes.
7      Q.  We talked about Linux, and Wine, and
8 UNIX, and SQL APIs; you recall that?
9      A.  Yes.
10     Q.  But you don't talk about Google APIs in
11 your report.
12         Just as a factual matter that's true,
13 right?
14     A.  Yes.  I didn't see any good examples in
15 the Google APIs.
16     Q.  Okay.  But were you instructed not to
17 look at Google APIs?
18     A.  No, no.  I just searched around the
19 Internet, and there didn't seem to be any --
20 anything about the Google APIs that were --
21     Q.  Okay.
22     A.  -- an issue.
23     Q.  Did you even -- beyond the Google
24 AdWords APIs, did you consider the Google Earth or
25 Google Maps APIs in forming your opinions?

Page 206

1      A.  Not those two in particular, no.
2      Q.  Okay.  And you didn't examine of the
3 licensing terms associated with the Google Maps or
4 Google Earth APIs, right?
5      A.  Well, I have had some experience looking
6 at the licensing terms, but -- they -- they
7 didn't -- it didn't ring a bell, with respect to
8 this case, as being relevant.
9      Q.  All right.  But you didn't go -- so you
10 are saying that, as you are preparing your report,
11 you thought:  Hmm, maybe I should go look at the
12 Google Maps and Google Earth APIs --
13     A.  No.  I didn't -- I didn't think it would
14 be relevant.
15     Q.  Okay.  You -- that means you did think
16 about those APIs and determined not to go look at
17 them?
18     A.  Yeah, briefly.
19     Q.  Okay.  So you didn't go look and check at
20 what precisely those terms or limitations might
21 be --
22     A.  No, I didn't.  I did searches and looked
23 for APIs that were licensed, yes.
24     Q.  Okay.  You know, how -- just a sort of a
25 side question:  How much money have you been paid

Page 207

1 for your engagement in this matter to date?
2      A.  $300 an hour.
3      Q.  Okay.  And what is the total amount of
4 compensation for your work on this matter that
5 you've received to date?
6      A.  I would say I have probably worked a week
7 so far, so that's 40 hours.  What's that make,
8 12,000?
9      Q.  Okay.  And prior to -- you mentioned in
10 your expert report, you refer to work on an amicus
11 brief.
12         Did you --
13     A.  That was free.  And in fact, I'm -- I
14 have cut my usual rate of $600 in half for Google
15 on this, because I believe that this is important
16 to the computer science community.
17     Q.  Okay.  So you have a strong personal view
18 about whether the use of the APIs at issue should
19 be fair use or not; is that fair to say?
20     A.  When I -- when I am an expert witness, I
21 generally won't take cases where I don't agree with
22 what the client wants me to argue.
23     Q.  Okay.  And you understand what your views
24 are about the --
25     A.  Yes.

Page 208

1      Q.  -- the use of APIs in this case?
2      A.  Yes.  I believe that APIs should be
3 freely re-implementable in general --
4      Q.  Okay.
5      A.  -- with a few exceptions perhaps.
6      Q.  But you -- and you've stated today that
7 you have an impression about some of your other
8 colleagues in the industry, and that they share
9 your views.
10         Is that true that it's your impression?
11     A.  Yes.
12         MR. KWUN:  Objection.  Form.
13         THE DEPONENT:  My impression is, the
14 majority of my colleagues would agree.
15     Q.  (By Mr. Ramsey)  You have not done a survey
16 to interview a -- a statistically significant --
17     A.  Yes --
18     Q.  -- sample --
19     A.  -- that's right.
20     Q.  -- of people to understand whether they
21 actually share your view or not?
22     A.  Yes, that's right.
23         MR. KWUN:  And, Dr. Cattell, I know it's
24 getting later --
25         THE DEPONENT:  Oh, I am sorry --

Page 209

53 (Pages 206 - 209)

CONFIDENTIAL

| | |
|---|---|
| 1      MR. KWUN:  And we're getting a lot of | 1      MR. KWUN:  Okay. |
| 2  repeated questions -- | 2      THE VIDEOGRAPHER:  We are off the record |
| 3      THE DEPONENT:  -- and we're trying to | 3  at 2:32. |
| 4  finish up.  Right.  Right. | 4      (Recess taken.) |
| 5      MR. KWUN:  -- which maybe makes it | 5      THE VIDEOGRAPHER:  This marks the |
| 6  harder -- | 6  beginning of the Disc No. 4, to the deposition of |
| 7      THE DEPONENT:  Okay. | 7  the Dr. Roderic Cattell.  We are now back on the |
| 8      MR. KWUN:  -- but you do need to -- and | 8  record at 2:39. |
| 9  including even when I'm talking now -- | 9      Q.  (By Mr. Ramsey)  Okay.  Dr. Cattell, back |
| 10      THE DEPONENT:  Give you a chance to | 10  in the -- the mid-2000s, you understand that Sun |
| 11  object. | 11  had a variety of licenses associated with the |
| 12      MR. KWUN:  -- you need to wait until one | 12  Java APIs, correct? |
| 13  person is finished talking -- | 13      MR. KWUN:  Objection.  Form. |
| 14      THE DEPONENT:  Okay. | 14      THE DEPONENT:  Yes. |
| 15      MR. KWUN:  -- so that we have a clean | 15      Q.  (By Mr. Ramsey)  And some of them were |
| 16  record of what has been asked and what your | 16  commercial licenses that were specifically negotiated; |
| 17  answer -- | 17  do you understand that? |
| 18      THE DEPONENT:  I understand. | 18      MR. KWUN:  Objection.  Form. |
| 19      MR. KWUN:  -- because otherwise you might | 19      THE DEPONENT:  Yes. |
| 20  say yes, and it may turn out that Dave says no at | 20      Q.  (By Mr. Ramsey)  And you have talked about |
| 21  the end, and then you're actually answering the | 21  the specification license a bit associated with the |
| 22  wrong questions. | 22  Java API specification today. |
| 23      THE DEPONENT:  Yeah, it's late and I'm | 23      You understand that license, right? |
| 24  getting tired.  I'm sorry. | 24      MR. KWUN:  Objection.  Form. |
| 25      Q.  (By Mr. Ramsey)  So, Dr. Cattell, when you | 25      THE DEPONENT:  Yes. |
| Page 210 | Page 212 |

| | |
|---|---|
| 1  were preparing your expert report, were you on any | 1      Q.  (By Mr. Ramsey)  And you mentioned that at |
| 2  medications that would prevent you from providing your | 2  some point along the way there was a -- an open |
| 3  best opinions and analysis in your report? | 3  source -- open JDK license that came into being, true? |
| 4      A.  No, I didn't go on any medications until | 4      A.  Yes. |
| 5  February, when I had brain surgery. | 5      Q.  Now, you don't -- you haven't examined |
| 6      Q.  Okay.  And sitting here today, are you on | 6  every one of those licenses to the APIs in |
| 7  any medications that would -- that prevent you from | 7  producing your opinions; is that true? |
| 8  providing your best and most accurate opinions and | 8      MR. KWUN:  Objection.  Form. |
| 9  testimony today? | 9      THE DEPONENT:  I have not. |
| 10      A.  No, I am on no medications right now. | 10      Q.  (By Mr. Ramsey)  Okay.  So you've not |
| 11      Q.  And I'm sorry to ask, this is actually | 11  expressed an opinion whether Google was allowed to copy |
| 12  quite routine -- | 12  all of the header lines, all of the declarations, in |
| 13      A.  Yeah. | 13  the 166 APIs in Java in a way that was consistent with |
| 14      Q.  -- and I apologize, but I just want to -- | 14  these licenses, right? |
| 15  want to make sure that, both when you are preparing | 15      A.  No, I did not base my opinion on those |
| 16  your report and sitting here today, you are -- you | 16  licenses. |
| 17  believe you are fully capable of providing your | 17      Q.  Okay. |
| 18  best opinions and analysis that you draw in this | 18      MR. RAMSEY:  I think that's all I have. |
| 19  case? | 19      MR. KWUN:  All right.  I -- I think I |
| 20      A.  Yes.  I'm just a little tired right now. | 20  just have one or two questions for Dr. Cattell. |
| 21      Q.  Understood.  Okay.  Me too. | 21      And just, if you can try to remember that |
| 22      MR. RAMSEY:  And, you know, I really do | 22  the -- almost just pretend that Mr. Ramsey is |
| 23  think I'm almost done.  Let me take five and caucus | 23  asking you these questions -- |
| 24  with Mr. Uriarte, and I'll make sure -- I'm sure | 24      THE DEPONENT:  Okay. |
| 25  I'm forgetting something that he'll remind me. | 25      MR. KWUN:  -- and that way you can look |
| Page 211 | Page 213 |

54 (Pages 210 - 213)