**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.
                             /

No. C 10-03561 WHA

**EXPLANATORY LIST OF EXPERT WITNESSES**

By **NOON ON FRIDAY, MAY 6**, counsel shall please submit a list of all expert witnesses in approximate order of presentation at trial with one or two sentences to explain the point they intend to make.

**IT IS SO ORDERED.**

Dated: May 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE