United States District Court
Northern District of California

1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7   ORACLE AMERICA, INC.,              Case No. 3:10-cv-03561-WHA
            Plaintiff,
8
9       v.                             **ORDER FOR JURY REFRESHMENTS**

   GOOGLE INC.,
10
            Defendant.
11
12
13      IT IS HEREBY ORDERED that the United States District Court shall furnish daily
14  morning refreshments and pastries for the ten members of the jury in the above-entitled matter
15  beginning **May 10, 2016  at 7:30 AM**, for the duration of the trial, and lunch during jury
16  deliberations, at the expense of the United States.  The trial will be held in Courtroom 8, 19th
17  Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.
18      IT IS SO ORDERED.
19
20  Dated: May 4, 2016
21      _____
22      WILLIAM ALSUP
        United States District Judge
23
24
25
26
27
28