John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Rule 706 Expert, James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE, INC.,<br><br>　　　　　Defendant. | Case No. 3:10-cv-03561 WHA<br><br>RESPONSE TO ORDER, EXPLANATORY LIST OF EXPERT WITNESSES, ECF 1812<br><br>Trial:　　May 9, 2016<br>Dept.　　Courtroom 8, 19th Floor<br>Judge:　　Hon. William Alsup |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Dr. James R. Kearl will testify on damages in the damages phase of the trial as the Court appointed expert pursuant to Rule 706 of the Federal Rules of Evidence. Dr. Kearl's testimony will be pursuant to and in accordance with Order Clarifying Assignment of Rule 706 Expert, ECF Doc. #1395.

Dated: May 4, 2016

FARELLA BRAUN + MARTEL LLP

By: /s/ John L. Cooper
　　　John L. Cooper

Attorneys for Rule 706 Expert,
James R. Kearl

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

27152\5439863.1

RESPONSE TO ORDER, EXPLANATORY LIST OF EXPERT WITNESSES, ECF 1812