ORRICK, HERRINGTON & SUTCLIFFE
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

PETER A. BICKS (pro hac vice)
pbicks@orrick.com
LISA T. SIMPSON (pro hac vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York 10019-6142
Tel: (212) 506-5000/Fax: (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel: (650) 506-5200/Fax: (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys For Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE AMERICA, INC.,

Plaintiff,

v.

GOOGLE INC.,

Defendant.

Case No. CV 10-03561 WHA

**JOINT SUBMISSION RE: RULINGS IN LIMINE FROM FIRST TRIAL**

Trial: May 9, 2016
Dept.: Courtroom 8, 19th Fl.
Judge: Hon. William Alsup

**JOINT SUBMISSION REGARDING RULINGS IN LIMINE FROM THE FIRST TRIAL**

Pursuant to the Court's Order (ECF No. 1764), the parties file this summary list of all motions *in limine* rulings from the first trial that the parties agree have any realistic chance of resurrection at this trial. The parties agree that the Court's prior rulings from the first trial on this list are subject to the Court's rulings in this trial.

1. Court's Order denying Google's Motion In Limine No. 1 to exclude Lindholm email and drafts, but allowing Counsel to explain email subject to the Court's ruling on Oracle's Motion in Limine 5, ECF No. 492 (Google Mot.); ECF No. 492-1 (Oracle Opp.). *See* ECF No. 676 (Omnibus Order on Motions in Limine for Pretrial Conference) at 1-2.

2. Court's Order granting Oracle's Motion In Limine No. 2 to exclude evidence or argument by either side that Google relied on legal advice in making its decision to develop and release Android without a specific proffer and approval by the Court in advance, ECF No. 663 (Oracle Mot.); ECF No. 663-1 (Google Opp.). *See* ECF No. 676 (Omnibus Order on Motions in Limine for Pretrial Conference) at 6.

3. Court's Order granting, in part, and denying, in part, Oracle's Motion In Limine No. 4 to exclude evidence or argument regarding Sun/Oracle's past actions with Application Programming Interfaces, including the 1994 congressional testimony of Eric Schmidt, ECF No. 665 (Oracle Mot.), ECF No. 665-1 (Google Opp.). *See* ECF No. 676 (Omnibus Order on Motions in Limine for Pretrial Conference) at 6-7.

4. Court's Order granting, in part, and denying, in part, Oracle's Motion In Limine No. 5 to exclude evidence and argument regarding information withheld as privileged in connection with the Lindholm email, ECF No. 676 (Oracle Mot.); ECF No 667-1 (Google Opp.). *See* ECF No. 676 (Omnibus Order on Motions in Limine for Pretrial Conference) at 7.

Dated: May 4, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Andrew D. Silverman*

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON

Attorneys for Plaintiff
ORACLE AMERICA, INC.

Dated: May 4, 2016

KEKER & VAN NEST LLP

By: */s/ Robert A. Van Nest*

ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys For Defendant
GOOGLE INC.

**ATTESTATION**

I, Andrew D. Silverman, am the ECF User whose ID and password are being used to file the **JOINT SUBMISSION RE: RULINGS IN LIMINE FROM FIRST TRIAL**. I hereby attest that Robert A. Van Nest, one of the counsel for Google Inc., has concurred in this filing.

Date: May 4, 2016 *<u>/s/ Andrew D. Silverman</u>*