IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-03561 WHA <br><br> **ORDER RE ORACLE'S PRÉCIS REQUEST** <br> **(Dkt. No. 1808)** |

    Oracle may file its motion directed at Roderic Cattell by **MONDAY, MAY 9 AT NOON**, with Google's response due by **FRIDAY, MAY 13 AT NOON**, and any reply due by **MONDAY, MAY 16 AT NOON**. The briefs in support and opposition are **NOT TO EXCEED TEN PAGES**, and each side's backup material shall be limited to **FIFTY PAGES**. In the meantime, while Google's counsel will be free to refer to the subject of Cattell's testimony during opening statements, they run the risk that his testimony will be excluded in whole or in part.

**IT IS SO ORDERED.**

Dated: May 4, 2016.

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE