IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**FURTHER ITEMS FOR THURSDAY HEARING**

    In addition to the questions set forth in the agenda for Thursday's hearing, the parties shall please be prepared to address the following:

    1.    Could OEMs have made proprietary changes to an OpenJDK-based version of Android without implicating the viral effect of the GPLv2? If so, how? If not, why not? To the extent the answers differ between a hypothetical implementation in 2007 and the 2015 implementation in Android N, please identify the differences.

    2.    To what extent is it true that the Classpath Exception disposed of the requirement imposed on licensees (under the GPLv2) to contribute back to the public domain all code written by the licensees using OpenJDK, including reimplemented APIs?

Dated: May 4, 2016.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE