1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
   Tel: 1.914.749.8200 / Fax: 1.914.749.8300
11 STEVEN C. HOLTZMAN (SBN 144177)
   sholtzman@bsfllp.com
12 1999 Harrison St., Ste. 900, Oakland, CA  94612
   Tel: 1.510.874.1000 / Fax: 1.510.874.1460
13
   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21              UNITED STATES DISTRICT COURT

22            NORTHERN DISTRICT OF CALIFORNIA

23               SAN FRANCISCO DIVISION

24 ORACLE AMERICA, INC.              Case No. CV 10-03561 WHA

25              Plaintiff,           **DECL. OF ROBERT L. URIARTE IN**
          v.                         **SUPPORT OF ORACLE'S MOTION IN**
26 GOOGLE INC.                       **LIMINE RE: RODERIC CATTELL**

                                     Dept.: Courtroom 8, 19th Floor
27              Defendant.           Judge: Honorable William H. Alsup

28

                                     Uriarte Decl. ISO Oracle's MIL Re Roderic
                                                              Cattell
                                                         CV 10-03561 WHA

1    I, Robert L. Uriarte, declare and state as follows:

2         1.    I am a member of the bar of the State of California, admitted to practice before this

3    Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"),

4    attorneys of record for plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events,

5    pleadings and discovery in this action and, if called upon as a witness, I could and would testify

6    competently to the matters stated herein of my own personal knowledge.

7         2.    I submit this declaration in support of Oracle's Motion *In Limine* re Roderic

8    Cattell.

9         3.    Attached hereto as Exhibit 1 is the Expert Report of Roderic Cattell.

10        4.    Attached hereto as Exhibit 2 are relevant excerpts from the transcript of the April

11   30, 2016 deposition of Roderic Cattell.

12

13        I declare under penalty of perjury under the laws of the United States that the foregoing is

14   true and correct.

15        Executed this 3rd day of May, 2016, at San Francisco, CA.

16

17                                                    */s/ Robert L. Uriarte*

18                                                    Robert L. Uriarte

19

20

21

22

23

24

25

26

27

28

URIARTE DECL. ISO ORACLE'S MIL RE RODERIC
CATTELL
CV 10-03561 WHA