# EXHIBIT 2

CONFIDENTIAL

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                     SAN FRANCISCO DIVISION

4     ORACLE AMERICA, INC.,

5          Plaintiff,

6              vs.          Case No. 3:10-cv-03561-WHA

7     GOOGLE, INC.,

8          Defendant.

      _____

9

10

11

12

13

14

15          VIDEO DEPOSITION OF RODERIC G. CATTELL, Ph.D.

16                  San Francisco, California

17                  Saturday, April 30, 2016

18                       Volume I

19

20

21

22    REPORTED BY:

23    REBECCA L. ROMANO, RPR, CSR No. 12546

24    JOB NO. 2303261

25    PAGES 1 - 217

                                          Page 1

1 let me know. It's no -- no problem.
2    A.  Yes.
3    Q.  I try to take them pretty regularly, just
4 for all of our sakes.
5    A.  Yes.
6    Q.  I think that's about all that comes to
7 mind.
8        Your -- your counsel will probably object
9 from time to time today.  Unless your counsel
10 instructs you to answer and says don't answer, you
11 should simply --
12    A.  Okay.
13    Q.  -- wait for the objection and then
14 answer.
15       Is there any reason why you can't give
16 your best and most truthful testimony today?
17    A.  No, I don't believe so.  I -- I am
18 just -- my -- my voice is weak because I've had
19 tubes down my throat for -- for pancreatitis and
20 everything, so -- and I'm not supposed to wear
21 myself out too much or I might get a recurrence of
22 the pancreatitis, but I'm -- I'm good for a few
23 hours.  So that's all we can do.
24    Q.  Okay.  Well, I -- I hope not to take the
25 whole day.  I do have a number of questions --

*Page 10*

1    A.  Yeah.
2    Q.  -- but I -- I will bear that in mind.
3    A.  Okay.
4    Q.  Thank you for letting me know.
5        So one more question.  Will you agree to
6 be intellectually honest with me today?
7    A.  Yes.
8    Q.  Okay.  Thank you.
9        So you understand you -- you have
10 submitted an expert report in this case?
11    A.  Yes.
12    Q.  When did you -- when were you first asked
13 to prepare an expert report in -- in this case?
14    A.  Oh, I don't remember -- it was -- it was
15 in the second half of last year, I'm -- I'm going
16 to -- I'd be guessing right.
17    Q.  Okay.
18    A.  Maybe November.
19    Q.  Okay.  And -- and what particularly were
20 you asked to opine about?
21    A.  On the copyright -- well, originally, it
22 was -- sorry.
23       MR. KWUN:  Objection.  Just going to
24 caution the witness not to discuss things beyond
25 the scope of the engagement that you actually had.

*Page 11*

1 So preliminary discussions that may have been about
2 other things --
3       THE DEPONENT:  Yes.
4       MR. KWUN:  -- those would be privileged.
5 But if you want to talk about what is in your
6 report, what we --
7       THE DEPONENT:  Yes.
8       MR. KWUN:  -- what we engaged you for,
9 that's fine.
10       THE DEPONENT:  Okay.  In my report, I --
11 I talk about the fair use of the APIs in question.
12    Q.  (By Mr. Ramsey) Did you actually write your
13 report?
14    A.  Yes.
15    Q.  Did you create the first draft?
16    A.  Yes.
17    Q.  Did you provide it to others for review
18 and comment and editing?
19    A.  Yes, others at -- at Michael's
20 organization.
21    Q.  Okay.  Did you provide it to any others,
22 beyond the Keker & Van Nest law firm, for review
23 and comment?
24    A.  No.
25    Q.  So did -- about how many estimates,

*Page 12*

1 estimating, did you exchange back and forth with
2 the law firm?
3       MR. KWUN:  Objection.  Form.
4       You can go ahead and answer.
5       THE DEPONENT:  I can go ahead.
6    Q.  (By Mr. Ramsey)  Yeah.  You will hear that --
7    A.  I don't remember exactly, you know.
8 Maybe half a dozen or -- or more.
9    Q.  Okay.  So -- so how would you describe
10 your basic opinion in this case?  What is your --
11 what is your high-level opinion?
12    A.  My high-level opinion is that -- that
13 Android's use of the Java API should be a fair use
14 of copyrighted materials, given that they've
15 been -- they -- they've decided that they can be
16 copyrighted, the court has decided.
17    Q.  Okay.  But you don't mention in your
18 report -- as far as I can see, you don't ever
19 mention the -- the law about fair use; isn't that
20 true?
21    A.  Well, I'm not an expert on -- on the law.
22 I'm an expert on computer science.  So my arguments
23 are based on what -- what I know about computer
24 scientists and -- and the history and the
25 expectations and on.

*Page 13*

4 (Pages 10 - 13)

**Page 14**

1    Q.  Okay.  But the lawyers at Keker Van Nest
2  never gave you the law to include in your report as
3  a legal framework?
4        MR. KWUN:  Objection.  You can talk about
5  what you relied on in forming your opinions.
6        THE DEPONENT:  Yes.
7        MR. KWUN:  But other than that, you --
8  I'm instructing you not to answer, to the extent
9  that it would reveal your discussions with counsel.
10        THE DEPONENT:  Okay.  Well --
11        MR. RAMSEY:  Let me reframe my question.
12  I'm not sure I agree with the objection, but table
13  that for now.
14    Q.  (By Mr. Ramsey)  In your expert report, I --
15  I see no place where you state the -- any legal
16  framework for assessing the other factual issues that
17  you discuss in your report; isn't that right?
18    A.  Yes, correct.
19    Q.  So while you just stated you have an
20  opinion about fair use, it's true that in your
21  report, which is the full statement of your
22  opinions, you -- you've not actually mentioned the
23  legal framework for fair use at all?
24        MR. KWUN:  Objection.  Form.
25        THE DEPONENT:  Should I not -- not answer

**Page 15**

1  the question?
2        MR. KWUN:  You should answer the
3  question, unless I instruct you not to answer.
4        THE DEPONENT:  Okay.  All right.  So I --
5    Q.  (By Mr. Ramsey)  You may hear "form" over and
6  over and that's -- that means you should answer --
7    A.  Okay.
8    Q.  -- unless Michael disagrees with you.
9    A.  All right.  So, yes, I -- I -- I've read
10  about the law and I've heard about the laws
11  regarding fair use.  And although I don't talk
12  about those laws in my expert report, most of the
13  things in my expert report are based on my
14  understanding of what would make it fair use.
15        And, therefore, I expounded on, for
16  example, what -- what computer scientists would --
17  would think about the elements of the fair use.
18    Q.  Okay.  When you said "what computer
19  scientists will think about the elements of fair
20  use," which elements are you referring to?
21    A.  Well, since I don't have the law in front
22  of me, I can't -- I -- I -- I'm specifically
23  thinking that the expectations would be that --
24  that -- that it would be fair use to -- to use an
25  API and re-implement it.  And with a new

**Page 16**

1  implementation using none of the original code, but
2  to produce the same kind of result -- the same
3  input and output with a completely different
4  implementation.
5    Q.  All right.  You -- is it correct to -- to
6  state that your report put forths your -- puts
7  forth your opinion about what computer scientists
8  would think about the elements of fair use?
9        MR. KWUN:  Objection.  Form.
10        THE DEPONENT:  In this case, yes, I'm
11  saying what -- I can't recite them off the top of
12  my head, but as I understand there's four main
13  elements on -- in the fair use and -- and I'm --
14  and I'm only commenting on my understanding of the
15  technology and the industry and how that would
16  relate to those.
17        MR. RAMSEY:  All right.  Let's go ahead
18  and mark your report.
19        (Exhibit 5167 was marked for identification by
20  the court reporter and is attached hereto.)
21    Q.  (By Mr. Ramsey)  You've been handed
22  Exhibit 5167.
23    A.  Yes.
24    Q.  Do you agree that Exhibit 5167 is a copy
25  of your expert report in this case?

**Page 17**

1    A.  Yes, it appears to be.
2    Q.  Okay.  If you could please turn to
3  page 6 of the expert report in front of you.
4        So do you agree that the summary of your
5  opinions is set forth between paragraphs 28 and 31
6  of your expert report?
7    A.  Yes.
8    Q.  And beyond the -- these opinions, did --
9  articulated in your report, you don't intend to
10  offer any other opinions in this case?
11        MR. KWUN:  Objection.  Form.
12        THE DEPONENT:  I might offer more
13  opinions, depending on what you ask me.
14    Q.  (By Mr. Ramsey)  Okay.  So has -- have you
15  been asked to -- to render any opinions beyond at trial
16  what -- what is beyond what's in your report?
17    A.  No.
18    Q.  Okay.  So if I understand it correctly,
19  your -- your basic view is that computer scientists
20  would expect to be able to reuse, for example, the
21  method declarations in this case?
22    A.  Yes.
23    Q.  And do -- what do you base that on?
24    A.  Well, in my 35 to 40 years in computer
25  science, working with lots of companies, lots of

Page 18

1 people on lots of APIs in various contexts, I've
2 dealt with many, many people and many companies
3 about re-implementing APIs.
4    And with -- with some exceptions, the
5 general accepted practice, I believe, is that an
6 API is not copyrightable, although it sounds like
7 the court has decided otherwise now.
8    And that even if it were, that it would
9 be fair for somebody to implement the same API with
10 their own code, a clean room implementation, not
11 copying any of the original.
12    Q.   It's true that you never carried out a
13 formal survey of Java --
14    A.   Yes.
15    Q.   -- developers; isn't that true?
16    A.   I haven't carried out a formal survey,
17 no.  It's just based on 40 years of talking to
18 people.
19    Q.   All right.  You -- you would agree with
20 me that in the world today there are approximately
21 9 million Java developers?
22    MR. KWUN:  Objection.  Form.
23    THE DEPONENT:  I -- I can't quote the
24 number.
25    Q.   (By Mr. Ramsey) Do you think it's a fair

Page 19

1 assumption that there are millions of Java developers
2 in the world today?
3    A.   Yes.
4    MR. KWUN:  Ob- -- objection.  Form.
5    Q.   (By Mr. Ramsey)  Is your answer "yes"?
6    A.   Yes.
7    Q.   Okay.  You have not conducted any
8 empirical survey of the millions of Java developers
9 in the world today to -- and presented the results
10 of that in your report; is that true?
11    A.   That's true.
12    Q.   You did no statistical analysis of the
13 views of software developers -- Java developers in
14 your report; isn't that true?
15    A.   That's true.
16    Q.   Do you -- do you program in Java for Java
17 language today?
18    A.   Not -- not recently.  But, yes, I have
19 programmed in the Java programming language.
20    Q.   How long has it been since you programmed
21 in the Java programming language?
22    A.   I'd say two or three years.
23    Q.   You were at Sun Microsystems in the
24 1980s, 1990s, and up to about 2007, right?
25    A.   Yes.

Page 20

1    Q.   And when you were work- -- working at
2 Sun Microsystems, you worked on database
3 technologies, correct?
4    A.   Yes.
5    Q.   You worked on aspects of Java EE; isn't
6 that true?
7    A.   Yes.
8    Q.   But when you were at Sun, you did not
9 work on Java SE or Java ME; isn't that true?
10    MR. KWUN:  Objection.  Form.
11    THE DEPONENT:  I would say that I did
12 work on them in the sense that I kibitzed on
13 various designs that were part of Java SE with my
14 colleagues that were in the same building.  We were
15 all in the same building on -- in Java Soft.
16    Q.   (By Mr. Ramsey) Did you have a -- you had no
17 formal role on the Java SE team at Sun; isn't that
18 true?
19    MR. KWUN:  Objection.  Form.
20    THE DEPONENT:  Well, I was one of the two
21 distinguished engineers in the Java Soft group that
22 were thought leaders on where we were going and
23 what we were doing.  So I -- I focused mostly on
24 databases and Java EE, and certain other things
25 that I had some background in, like collections.

Page 21

1 So I don't know how to answer your question
2 exactly.
3    Q.   (By Mr. Ramsey)  Well, my question was, you
4 have -- you had no formal role on the Java SE team at
5 Sun; isn't that true?
6    MR. KWUN:  Objection.  Form.
7    THE DEPONENT:  Yeah, I don't know how --
8 what a formal role would be exactly because we were
9 pretty informal in Java Soft.  But, no, I don't
10 have a -- I didn't -- it wasn't in my title.
11    Q.   (By Mr. Ramsey)  And if you could please take
12 a look at your expert report.
13    A.   Okay.
14    Q.   I notice that there's no list of
15 material -- materials that you considered as the
16 basis for your expert report.
17    A.   Yes.
18    MR. KWUN:  Objection.  Form.
19    THE DEPONENT:  Yes.
20    Q.   (By Mr. Ramsey)  And do you agree with me
21 that all of the materials that you used to -- to form
22 the basis of your opinions are set forth in the body of
23 your report?
24    A.   Yes.  If I had to list all the materials
25 that formed my opinion over the last 40 years, it

6 (Pages 18 - 21)

1  would be a very long list.
2      Q.  Okay.  What do you mean by that?
3      A.  Well, I mean all of the email
4  communication and API documents and -- and,
5  you know, trade, rag articles and so on that are
6  the basis for my opinion of the industry's
7  expectations and -- and mode of operation.
8      Q.  Do you believe that there's any
9  individuals in the software development community
10  who believe that method declarations in Java should
11  be protectable by copyright and not fair use?
12      MR. KWUN:  Objection.  Form.
13      THE DEPONENT:  I can't name a specific
14  person.  But I believe that there are some people
15  that agree that API should be copyrightable;
16  otherwise, there wouldn't be this lawsuit.
17      Q.  (By Mr. Ramsey)  Right.
18      A.  Yes.
19      Q.  So you agree with me that in the Java
20  community there may be differing views, honest
21  debate about whether APIs and method declarations
22  are fair use or not?
23      A.  Yes.  All I can say is most people I know
24  don't think they should be copyrightable and thinks
25  that it should be a fair use.

Page 22

1      Q.  Okay.  In forming your opinions in your
2  report regarding expectations of developers, did
3  you interview any software developers in
4  particular?
5      MR. KWUN:  Objection.  Form.
6      THE DEPONENT:  Since I wasn't allowed to
7  talk to anybody about this case, once I signed up
8  to be an expert, I wasn't in a position to go out
9  and interview people about this particular debate.
10      Q.  (By Mr. Ramsey)  Okay.
11      A.  But, you know, in -- in -- over 40 years,
12  I -- I was privy to what people's opinions were in
13  various companies and forums.
14      Q.  Okay.  Are you able to name a -- a -- a
15  single particular member of the Java development
16  community that you've talked with that opined to
17  you that the use of the method declarations should
18  be fair use?
19      A.  I participated and was an author in this
20  amicus brief to the Supreme Court on this, and
21  there were 75 of the most prominent computer
22  scientists involved in this.
23      And if you read the report, you see
24  pretty much they all agree with the point --
25  although the -- the point of this report was to

Page 23

1  tell the Supreme Court that it should not be
2  copyrightable, pretty much every one of the
3  arguments applies to the same point, that it should
4  be a fair use, even if they are copyrightable.
5      Q.  Right.
6      Do you understand that the court of
7  appeals for the federal circuit has found that the
8  API declarations at issue in this case are
9  copyrightable?  Correct?
10      A.  Yes, that's my understanding.
11      Q.  And you -- you understand that it's
12  appropriate to follow the law?
13      A.  Yes.  I think they were wrong, but we
14  have to follow the law.
15      Q.  Okay.
16      A.  But -- but all I'm saying is that these
17  same arguments show that these 75 or 77, whatever,
18  of the most prominent computer scientists agree
19  with the point that -- about fair use indirectly
20  here even though they were talking about the
21  copyrightability.
22      Q.  All right.  Did you talk about every one
23  of the 75 --
24      A.  No.
25      Q.  -- software engineers that signed on to

Page 24

1  the brief that you signed on to?
2      A.  No.  I -- I do know that they signed --
3  sorry.  Go ahead.
4      MR. KWUN:  And just -- just a reminder,
5  Dr. Cattell, that if you could wait for the
6  question to be answered --
7      THE DEPONENT:  I will.
8      MR. KWUN:  -- before you start answering.
9      THE DEPONENT:  Thank you.
10      MR. KWUN:  If we could --
11      MR. RAMSEY:  It's not a real
12  conversation.
13      THE DEPONENT:  Yes.
14      MR. RAMSEY:  It's about how we do these
15  things.
16      MR. KWUN:  This is a perfect example of
17  all three of us actually speaking over each other.
18      THE DEPONENT:  Yes.
19      MR. KWUN:  It's going to be very hard to
20  get a clean record unless we all --
21      THE DEPONENT:  Yes.
22      MR. KWUN:  -- wait for one person to
23  finish, so --
24      THE DEPONENT:  Yes.
25      MR. KWUN:  -- wait for one person -- wait

Page 25

1 that, but I don't have any concrete example and
2 I -- I'm -- I'm aware that today they do not seem
3 to be doing so.
4    Q.  (By Mr. Ramsey)  Okay.  And -- and is your
5 awareness of Microsoft's control over its Windows APIs
6 based on your participation in the software development
7 community?
8    A.  Could you repeat the question.
9    Q.  Is your awareness of Microsoft's control
10 over its Windows API based on your participation in
11 the software development community?
12    A.  Yes.
13    Q.  Do you believe that others in the
14 software development community are aware of
15 Microsoft's control over its Windows APIs?
16    MR. KWUN:  Objection.  Form.
17    THE DEPONENT:  I would -- I would be
18 guessing.  So I would -- I would guess so.
19    Q.  (By Mr. Ramsey)  Based on your many years of
20 experience, do you believe that Microsoft's control
21 over its Windows APIs is something that would be widely
22 understood by software developers?
23    MR. KWUN:  Objection.  Form.
24    THE DEPONENT:  Well, I think people would
25 see Microsoft doing so as an attempt to -- to keep

Page 30

1 their monopoly on -- on the desktop, but not
2 necessarily the right thing legally or morally, or
3 for the rest of the industry.
4    Q.  (By Mr. Ramsey)  All right.  So you agree
5 with me, as a factual matter, while developers may not
6 like it, they might be aware that Microsoft exerted
7 control over its Windows APIs?
8    A.  Yes.  They might be.
9    MR. KWUN:  Objection.  Form.
10    THE DEPONENT:  Oh, sorry.
11    Q.  (By Mr. Ramsey)  Are you aware of any other
12 companies, other than Microsoft, that exert control
13 over the copying and use of their APIs?
14    A.  Off the top of my head, none come to
15 mind.  I'm aware that IBM did not do so with BIOS
16 and that AT&T did not do so with UNIX.  And I -- I
17 think I gave some other examples in my report.
18    Q.  In your -- let's talk about the BIOS.
19    So you agree with me that in the early
20 days, there -- after IBM came out with its BIOS
21 APIs, there were a number of PC clone companies,
22 true?
23    A.  Yes.
24    Q.  For example, Compaq is such a company,
25 true?

Page 31

1    A.  Yes.
2    Q.  I believe Phoenix was another IBM cloning
3 company.
4    A.  Yeah, I think they -- they did a -- their
5 own BIOS, yes.
6    Q.  And -- and it's your understanding that
7 those companies conducted black box -- box testing
8 of the IBM BIOS in order to generate their own API
9 documentation without having to look at any IBM
10 materials, true?
11    A.  Yes.
12    Q.  And so in the context of BIOS, the
13 companies that created a new -- a new form of BIOS,
14 if you will, did so without referencing the API
15 spec-- -- specifications of IBM at all?
16    MR. KWUN:  Objection.  Form.
17    THE DEPONENT:  Yeah, it -- it's my
18 understanding they did a clean room implementation,
19 in which nobody who wrote the code had seen any of
20 IBM's code, and they were creating their own
21 implementation with -- just based on the API.
22    Q.  (By Mr. Ramsey)  So what is your basis for
23 knowing with certainty that the creators of Compaq and
24 the Phoenix BIOS had access to the IBM API
25 documentation?

Page 32

1    MR. KWUN:  Objection.  Form.
2    THE DEPONENT:  I can't say that from
3 direct experience.
4    Q.  (By Mr. Ramsey)  All right.  So it's possible
5 that Compaq and Phoenix, in creating their own BIOS,
6 had access to the IBM APIs, but they may not have, too?
7    MR. KWUN:  Objection.  Form.
8    THE DEPONENT:  Well, it's certainly
9 possible they had access to the APIs, yes.
10    Q.  (By Mr. Ramsey)  But you don't know one way
11 or the other with certainty whether the IBM
12 clone-makers had access to the IBM API or not?
13    MR. KWUN:  Objection.  Form.
14    THE DEPONENT:  Are you asking if they had
15 access to the API, which they independently
16 deduced, or to the source code which belonged to
17 IBM?
18    Q.  (By Mr. Ramsey)  I'm saying -- I'm asking you
19 whether the -- whether the makers of the IBM clone
20 computers had access to -- direct access to the IBM
21 APIs.
22    MR. KWUN:  Objection.  Form.
23    THE DEPONENT:  As I understand it, the
24 APIs were not well -- well-documented in such a
25 form that somebody could just read the APIs and

Page 33

9 (Pages 30 - 33)

1  build an implementation. But they were
2  reverse-engineered; they figured out what the API
3  was --
4      Q. (By Mr. Ramsey) Is it --
5      A. -- but I'm not sure.
6      Q. -- your understanding that in the -- in
7  the context of BIOS, the purpose of the resulting
8  IBM clone computers was to be compatible with the
9  IBM BIOS?
10     A. That's my understanding, yes.
11     Q. So in the context of BIOS, an application
12  written for the IBM computer would run on the IBM
13  clone computers and vice versa?
14     A. Yes.
15     Q. Now, you understand that in the context
16  of Android, an application written for the Android
17  platform will not run on the Java platform, true?
18         MR. KWUN: Objection. Form.
19         THE DEPONENT: Not necessarily. It might
20  or might not run, depending on what subset of the
21  platform you use.
22     Q. (By Mr. Ramsey) You understand that the Java
23  platform and the Android platform have different
24  virtual machines?
25     A. Yes, that's my understanding.

Page 34

1      Q. And it's true that if a developer writes
2  a program in Android and compiles it and attempts
3  to run it on the Java platform, it won't run
4  because there's a different virtual machine there?
5      A. Yes. I'm talking about the source code
6  working on both platforms.
7      Q. All right. I'm just -- my question is --
8  is about whether Android applications run on Java.
9         You agree with me that an Android
10  application, written in the context of Android,
11  compiled and then attempted to be run on the Java
12  platform, simply won run?
13         MR. KWUN: Objection. Form.
14         THE DEPONENT: I don't know that for
15  certain, but I'm guessing that the -- the byte
16  codes generated won't be exactly compatible.
17     Q. (By Mr. Ramsey) All right. So you agree
18  that an Android application cannot be executed on the
19  Java platform?
20         MR. KWUN: Objection. Form.
21         THE DEPONENT: I don't know. I don't
22  think so.
23     Q. (By Mr. Ramsey) Okay. You never heard of an
24  Android application that's compiled to byte code being
25  run directly on the Java platform, true?

Page 35

1      A. No, I'm not aware of that.
2      Q. Okay. Likewise, you never heard of a
3  Java application compiled a byte code being run on
4  the Android platform, true?
5         MR. KWUN: Objection. Form.
6         THE DEPONENT: I -- I can't say with
7  certainty, no.
8      Q. (By Mr. Ramsey) But you've never heard of a
9  Java application being compiled and running on Android?
10         MR. KWUN: Objection. Form.
11         THE DEPONENT: Well, I guess I've heard
12  of people who have written code in Java, then
13  easily adapting them to run on Android, but I -- I
14  don't know if you can do that without changing a
15  line of code.
16     Q. (By Mr. Ramsey) But you never heard of a
17  situation where a Java application is compiled in a
18  format that can run on the Java virtual machine and
19  simply having that run in that form on Android?
20     A. Right. So you're asking me questions
21  about the Android platform byte code versus the
22  Java byte code for the Java virtual machine and
23  that is not my expertise. But as I understand it,
24  the byte codes are different.
25     Q. Okay. You've provided a number of

Page 36

1  examples of APIs in your report; isn't that true?
2      A. Yes.
3      Q. So we've talked about BIOS. That's one
4  example of an API in your --
5      A. Yes.
6      Q. -- in your report, right?
7         You talk about the -- Linux APIs in
8  your report as an example, true?
9      A. Yes, I do.
10     Q. You talk about SQL APIs in your -- your
11  report, true?
12     A. Yes, I do.
13     Q. You talk about Wine as a set of APIs in
14  your -- in your report, true?
15     A. Yes.
16         MR. KWUN: Objection. Form.
17     Q. (By Mr. Ramsey) So if I refer to -- to the
18  other APIs, can we use that as a shorthand when I'm --
19  for us -- for me to refer to all of the APIs that you
20  address in your report?
21     A. By the "other APIs," you mean all the
22  ones except for the -- Java APIs in question?
23     Q. Correct.
24     A. Right. Okay. So, yeah, we can call
25  those all the other APIs.

Page 37

10 (Pages 34 - 37)

1     Would those includes ones that I haven't
2 mentioned in my report or only those ones?
3     Q.  Only the ones in your report.
4     A.  Okay.
5     Q.  So you agree with me that all of the
6 other APIs beyond Java that are discussed in your
7 report do not contain the -- the method
8 declarations and the organization of the Java APIs
9 that are actually at issue?
10     MR. KWUN:  Objection.  Form.
11     THE DEPONENT:  I'm not sure I understand
12 the question.  The simple answer is, of course,
13 they don't.  It's a different language.  It's a
14 different -- it's a different -- they may -- they
15 may not even have method declarations, but they
16 have the equivalent of that in other languages.
17     Q.  (By Mr. Ramsey)  Okay.  That would --
18 actually was my question.
19     Just simply, the other examples of APIs
20 addressed in your report do not contain the
21 specific Java-based method declarations or
22 organization that are actually at issue in this
23 case?
24     MR. KWUN:  Objection.  Form.
25     THE DEPONENT:  Yes, there are different

Page 38

your report are about communication between programs?
2     MR. KWUN:  Objection.  Form.
3     THE DEPONENT:  I don't know.  I'd have to
4 look at that.
5     I don't know.  It seems like there's some
6 of both.  I mean, like, say -- take something like
7 a square root routine that -- that's an interface
8 between a program and -- and a library.  It may be
9 a math library.  It might or might not be part of a
10 platform.
11     BIOS is definitely a platform.  SQL can
12 be between two programs and maybe not between a
13 program and a platform, or you might use SQL to
14 talk to multiple database systems from the same
15 program.
16     I guess I don't have a simple answer to
17 your question.
18     Q.  (By Mr. Ramsey)  Okay.  If you could please
19 turn to paragraph 38 of your report.  Let me know when
20 you're there.
21     A.  Yes.
22     Q.  In paragraph 38, you talk about two
23 methods, square root and max, true?
24     A.  Yes.
25     Q.  And it's true that in your expert report

Page 40

1 APIs, so they would have different things in them.
2     Q.  (By Mr. Ramsey)  And for all the other APIs,
3 beyond Java that are discussed in your report, it's
4 possible that in -- in -- at least some of those
5 contexts, the idea and the purpose of those APIs is to
6 create compatibility between two different platforms.
7     One -- in other words, a programmer data
8 in one platform will naturally easily run on the
9 other platform?
10     MR. KWUN:  Objection.  Form.
11     THE DEPONENT:  That is one possible
12 purpose of an API.  The more -- the -- I would say
13 the -- the main reason for an API is to find a way
14 for two pieces of software to talk to one another,
15 regardless of platform and -- I mean, it doesn't
16 even have to be a platform API.  It could just be
17 an interface between two components.
18     I spent -- I spent many years working in
19 the object management group defining APIs that were
20 interfaces between pieces that were implemented by
21 different companies.  So the API there was not so
22 much about platform but about communication between
23 programs.
24     Q.  (By Mr. Ramsey)  All right.  In general, do
25 you believe that the other APIs that you address in

Page 39

1 square root and max are the only two examples of
2 Java method declarations that you specifically
3 address?
4     MR. KWUN:  Objection.  Form.
5     THE DEPONENT:  I'm not certain those are
6 the only two, but those seem like simple examples
7 that I could explain to a layman.
8     Q.  (By Mr. Ramsey)  So you chose simple examples
9 of square root and math in -- max in your report simply
10 because they are easy to explain?
11     A.  Yes.
12     MR. KWUN:  Objection.  Form.
13     Q.  (By Mr. Ramsey)  Could you please flip
14 through your report for a minute.  I -- I'd just like
15 you to confirm that beyond the square root and max
16 method names, you don't specifically mention any other
17 Java method declaration in your report.
18     A.  Well, okay, I'll take a look through
19 this.
20     Yes, at first glance, those are the only
21 Java examples I have.  Most of them are other
22 programming languages.
23     Q.  And you understand that there are
24 thousands of method declarations at issue in this
25 lawsuit?

Page 41

11 (Pages 38 - 41)

1    A.   Yes.
2    Q.   And you've addressed two method names,
3  true?
4    A.   Yes.  I'm giving examples.
5    Q.   Okay.  But you've done no statistical
6  analysis of, for example, the length of method
7  names, even within the Java platform, true?
8    A.   The length of method names?  You mean how
9  many characters there is in the name?
10    Q.   Correct.
11    A.   No.
12    Q.   And you've done no statistical analysis
13  of the length of method declarations at issue in
14  this case, true?
15    A.   No, no statistical analysis.
16    Q.   Okay.  And you've not looked or listed
17  anywhere in your report the full lists of thousands
18  of method declarations that are at issue in this
19  case, true?
20    A.   No, I have not.  I'm -- I am familiar
21  with the -- the Java APIs.  And as I understand,
22  there's 37 of those APIs at issue, and I have in my
23  head a rough idea of how big those APIs are.
24    Q.   Okay.  But my -- my question is, you've
25  done no specific analysis beyond looking at the

Page 42

1  names of square -- square root and max of any other
2  aspect of the method declarations at issue?
3         MR. KWUN:  Objection.  Form.
4         THE DEPONENT:  I'm not sure I understand
5  the question because -- I mean, I've looked at some
6  of the other APIs at issue.  So are you saying I
7  haven't thought about those or are you saying I
8  haven't -- I haven't listed those or specifically
9  used them as an example?
10    Q.   (By Mr. Ramsey)  I'm saying, you've not
11  specifically listed or addressed in your report -- in
12  your expert report, any Java method declarations beyond
13  the names square root and max?
14    A.   That's right.  I was trying to keep it
15  simple.
16    Q.   Okay.  It's possible that there's much
17  longer and complex method names and method
18  declarations in the Java API, correct?
19    A.   It's possible.
20    Q.   And by much longer and more complex, I
21  mean more longer -- longer and more complex than
22  the name square root and max.
23    A.   Yes.
24    Q.   I note that nowhere in your report do you
25  address the organization of the Java API, true?

Page 43

1    A.   The word "organization" is -- is not
2  well-defined in this context, I believe, so --
3  define organization.
4    Q.   All right.  I note in your report that
5  you do not discuss the decisions about which
6  methods to group in which classes, which classes to
7  group within which packages in Java, for example.
8    A.   Yes, that's true.
9    Q.   So you have no -- express no opinions in
10  your report regarding the -- the organization?  And
11  by that I mean, grouping of methods, classes and
12  packages.
13         MR. KWUN:  Objection.  Form.
14         THE DEPONENT:  I think I might have said
15  something about the grouping.  I can't remember.
16  There -- that -- if -- you know, if this -- if this
17  method happened to be in a different package versus
18  this package, that would be a -- you know, that
19  would be just like another variation on a different
20  name for the method.  It's just a different
21  interface for the same thing.
22    Q.   (By Mr. Ramsey)  Well, I -- I didn't see
23  anything in your report that talked about decisions to
24  group methods, classes and packages within Java.
25    A.   Uh-huh.  All right.

Page 44

1         MR. KWUN:  Object.  There's no question
2  pending.
3    Q.   (By Mr. Ramsey)  If you could show me where
4  you -- you mention such an issue, please take a moment
5  to do that.
6    A.   Okay.  I may be thinking of the amicus
7  brief, but -- let me look through here.
8    Q.   Sure.
9    A.   Well, on item 41, I give the example
10  if -- if I don't know -- there's different options
11  and different ways of calling the square root
12  functionality.  And I might have to look up the
13  right API for this context.
14         That's kind of an example of where I
15  don't know where the square root routinely is.  It
16  might be in a different class or in a different
17  package.  But that's not exactly the example I was
18  thinking of when I said that.
19    Q.   Okay.
20    A.   I would say that moving a method to a
21  different class or reorganizing the API a little
22  would be another example of like just a different
23  spelling.  It's not fundamental, but it's a -- it's
24  a -- it's a change to the API that is maybe
25  spurious to me, as a programmer, to have it moving

Page 45

12 (Pages 42 - 45)

**Page 54**

1 that Sun, now Oracle, will have some modicum of
2 control over the Java platform?
3     MR. KWUN:  Objection.  Form.
4     THE DEPONENT:  I don't know if it's so
5 much about control is their ability to -- to
6 publish and disseminate the code and so on.  So I
7 don't think the community process is for Sun or
8 Oracle to have control, so much as for them to be
9 able to -- to bring together all of these ideas
10 from different sources.
11     Q.  (By Mr. Ramsey)  You agree that from time to
12 time, through the Java Community Process, new Java APIs
13 are created, true?
14     A.  Yes.
15     Q.  And the creators of these new APIs
16 contribute their right in the API to Sun, now
17 Oracle, true?
18     MR. KWUN:  Ob- -- objection.  Form.
19     THE DEPONENT:  Yes, that's my
20 understanding.
21     Q.  (By Mr. Ramsey)  Have you heard of a concept
22 called write once/run anywhere with respect to Java?
23     A.  Yes, I have.
24     Q.  What is your understanding of write
25 once/run anywhere?

**Page 55**

1     A.  The idea is if you write a Java program,
2 it should run on any Java implementation.  But it
3 pretty much -- Sun gave it up when they started
4 defining multiple Java platforms like the ME
5 platform and the EE platform.
6     Q.  Well, you agree that the write once/run
7 anywhere principle holds within the context of
8 Java SE, in particular, for example?
9     A.  Yeah, within --
10     MR. KWUN:  Objection.  Form.
11     THE DEPONENT:  Oh, sorry.
12     Yes, within a platform -- well, even in
13 the case of SE, there's some variations.  But, yes,
14 that's the idea.
15     Q.  (By Mr. Ramsey)  Okay.  So isn't it true the
16 write once/run anywhere idea holds within the context
17 of a given platform definition by Sun or Oracle?
18     MR. KWUN:  Objection.  Form.
19     THE DEPONENT:  Well, I can't say it holds
20 in all cases, but that's the idea, yes.
21     Q.  (By Mr. Ramsey)  Why did Sun put forward this
22 idea of having a write once/run anywhere prin- --
23 principle carried out through a particular Java
24 platform?
25     MR. KWUN:  Objection.  Form.

**Page 56**

1     THE DEPONENT:  Well, I don't know if I
2 can speculate on why Sun did that, whether the
3 executive level made that decision or why.  But I
4 can understand that would be very attractive to
5 people because -- especially with the advent of the
6 Internet, it was very hard to write code that would
7 run in all the different browsers and on all the
8 different platforms.
9     Q.  (By Mr. Ramsey)  And let's be clear.  By
10 write once/run anywhere, in the context of Java, we
11 mean an application written in Ja- -- a particular Java
12 platform specification, for example, Java SE --
13     A.  Yes.
14     Q.  -- in one context will run on that same
15 platform specification in another context?
16     MR. KWUN:  Objection.  Form.
17     THE DEPONENT:  Yes, that's my
18 understanding.
19     Q.  (By Mr. Ramsey)  And the idea is under --
20 under Java SE, is that if you write an application in
21 one place in Java SE, it should be able to run every
22 place where Java SE is running?
23     A.  Yes, that's my understanding.
24     Q.  And it's true that one of the ways Sun
25 made sure that Java applications could be written

**Page 57**

1 once and run anywhere Java exists is by controlling
2 how people use the APIs?
3     MR. KWUN:  Objection.  Form.
4     THE DEPONENT:  Well, they control the --
5 the definitions of the APIs, and then other people
6 would choose to conform or not, if they want it to
7 run everywhere.
8     Q.  (By Mr. Ramsey)  Are you familiar with a Sun,
9 and now Oracle, agreement called the specification
10 license?
11     A.  Roughly, no.  I -- my experience would be
12 10 or 15 years old on -- on that.
13     Q.  Okay.  What do you know about the Sun,
14 now Oracle, specification license as it relates to
15 Java?
16     A.  What I knew when I was working on the
17 Java Community Process, that when somebody signed
18 up to participate, then they signed an agreement
19 for the community process participation.  And I
20 don't know what they're calling their latest
21 specification license.
22     Q.  Okay.  I'll represent to you that the
23 specification license is a license that applies to
24 the API documentation for Java.
25     A.  Okay.

1    MR. KWUN:  Objection.
2        That's fine, just -- but you should wait
3  until there's a question before you respond.
4        THE DEPONENT:  Oh, okay.
5    Q.  (By Mr. Ramsey)  And I'll also represent that
6  that agreement controls whether a part- -- party using
7  the APIs can superset or subset those APIs.
8        Do you accept the repre- -- that
9  representation?
10       MR. KWUN:  Objection.  Form.
11       THE DEPONENT:  I -- I -- I can't -- I
12  can't comment on the specification license.
13   Q.  (By Mr. Ramsey)  Well, let me ask you this:
14  Are you familiar of -- with restrictions by Sun on
15  supersetting or subsetting of the Java APIs?
16       MR. KWUN:  Objection.  Form.
17       THE DEPONENT:  No, I'm not familiar on
18  their current position of Oracle on that.
19   Q.  (By Mr. Ramsey)  I'm talking about his- --
20  historically, even before Oracle.
21       Do you understand that Sun limited the
22  ability of users of the Java API to superset or
23  subset them -- them?
24       And by that I mean, use only a portion or
25  to extend them in certain ways.

Page 58

1    A.  Yes.
2        MR. KWUN:  Objection.  Form.
3        THE DEPONENT:  Sorry.
4        Yes, I was -- it was my understanding,
5  you know, a decade or two ago, that that was
6  something that Sun was attempting to accomplish
7  with licensing agreements.
8    Q.  (By Mr. Ramsey)  Okay.  Do you know why Sun
9  placed limits on the ability to superset or subset the
10  Java APIs?
11   A.  I would be speculating on why.  I can
12  tell you why I would do that if I were Sun.
13   Q.  Well, I'd like your understanding of why
14  you believe Sun placed limitations on the ability
15  to superset or subset the Java APIs.
16       MR. KWUN:  Objection.  Form.
17       THE DEPONENT:  It is my understanding
18  that Sun wanted to avoid incompatible versions of
19  the platform so that they'd have the right ones run
20  anywhere.
21   Q.  (By Mr. Ramsey)  And Sun's limitations on
22  supersetting or subsetting the Java APIs was to ensure
23  that Java -- that versions of the Java platform were
24  compatible?
25       MR. KWUN:  Objection.  Form.

Page 59

1        THE DEPONENT:  Well, I would say it's not
2  just about versions of the Java platform.  It's
3  about the programs written to those platforms.
4  But, yeah, you want all the application to run on
5  all the platforms, yes.
6    Q.  (By Mr. Ramsey)  Okay.  Did you ever hear
7  developers talk about Sun's limitations on supersetting
8  or subsetting the Java APIs?
9    A.  Yeah, I heard complaints that Sun was
10  overly heavy-handed about that, choosing that --
11  that compatibility constraint over other -- other
12  innovations that might allow progress where, for
13  example, there might be a slightly bigger platform
14  in a slightly smaller platform.
15       In fact, in the original Java, there was
16  only the SE platform, and then the problem arose
17  that some people wanted more of a Java EE or a
18  Java ME, or whatever.
19       So, yeah, I feel Sun was slow to adapt to
20  the needs of different subsets of the Java
21  community.  And that, for example, Microsoft
22  forking off their own language, C#, because Sun
23  refused to let them superset, was unfortunate
24  because it could have created a much bigger Java
25  community.  But instead they -- they went and did

Page 60

1  another -- incompatible things.
2        Perhaps it would have been possible to
3  negotiate with Microsoft to add the features they
4  wanted as -- as an extra platform.
5    Q.  So is it your understanding that
6  developers were aware of Sun's limitations on
7  supersetting and subsetting the Java APIs?  They
8  may not have liked it, but they knew about it?
9        MR. KWUN:  Objection.  Form.
10       THE DEPONENT:  I'd have to guess.  I'd
11  say maybe -- you know, maybe half the developers
12  were aware of that -- I don't know -- what
13  subset -- some of them were, yes.
14   Q.  (By Mr. Ramsey)  Okay.  Not a trivial number
15  of developers in the Java community were aware of the
16  superset and subset limitations imposed by Sun on the
17  Java APIs?
18       MR. KWUN:  Objection.  Form.
19       THE DEPONENT:  Well, as you said, I
20  haven't done a statistical study of the -- of
21  the -- or survey.  So I can't say what percentage
22  were aware.  But, yes, some were aware.
23   Q.  (By Mr. Ramsey)  Okay.  And -- and there was
24  a very public dispute between Microsoft and Sun
25  regarding Microsoft's unauthorized copying of the

Page 61

16 (Pages 58 - 61)

1    A.  Eventually.  I believe IBM introduced SQL
2 in the '70s and it became a SQL standard like a
3 decade later.  And Oracle introduced their product
4 around 1980.
5    Q.  So about what year did the SQL APIs
6 become a formal documented standard?
7    A.  I would guess 1987, plus or minus.
8    Q.  So is it true that for 10 years before
9 SQL became a documented formal standard that IBM
10 exerted some control over the SQL APIs?
11    A.  I'm not aware if they did or did not.
12    Q.  Okay.  It's possible that IBM --
13    A.  It's possible.
14        MR. KWUN:  Objection.  Form.
15        THE DEPONENT:  Yeah.
16    Q.  (By Mr. Ramsey)  And you understand that
17 SQL became a formal standard through the ANSI,
18 American National Standards Institute, and ISO,
19 International Organization for Standardization, in
20 the mid-1980s?
21    A.  Somewhere around then, yes.
22    Q.  And you agree with me that the Java
23 platform and the Java APIs are not a formal
24 standard under ANSI or ISO, or any other formal
25 standard-setting process?

Page 82

1    A.  Well, it depends what you consider a
2 formal standards process, but -- and I'm not aware
3 of all the possible standards there might be around
4 Java.  Maybe -- maybe ANSI or ISO have a committee
5 working on that.  But not that I'm aware of, no.
6    Q.  Okay.  So you're not aware of ANSI or
7 ISO, or comparable formal standards bodies,
8 defining a Java standard?
9    A.  No, I'm not.  I'm only aware of the
10 Java Community Process.
11    Q.  And the Java Community Process is
12 separate, a different process than the standards
13 bodies, such as ANSI, ISO, and other standards
14 bodies?
15        MR. KWUN:  Objection.  Form.
16    Q.  (By Mr. Ramsey)  They're not -- they're not
17 related?
18        MR. KWUN:  Objection.  Form.
19        THE DEPONENT:  Well, I guess -- yeah,
20 they're not related directly.
21    Q.  (By Mr. Ramsey)  But isn't it true that you
22 were involved in something called object data
23 management group?
24    A.  Yes.
25    Q.  ODMG for -- as an abbreviation.

Page 83

1    A.  Yes.
2    Q.  Isn't -- isn't it true that ODMG was a
3 group of companies that came together who agreed
4 that they would share and make open their APIs
5 between them?
6    A.  Yes, they -- they agreed that what they
7 contributed would be shared and open.
8    Q.  So your experience with the ODMG APIs --
9 was it SQL APIs involved or something else?
10    A.  No, it wasn't SQL.  It was an object --
11 it -- we had a thing called OQL.  It was kind of
12 like SQL for objects.
13    Q.  So you agree that the ODMG process that
14 you were involved in was a group of companies that
15 came together and expressly agreed, hey, we're
16 going to share and make open our APIs?
17    A.  Yes.
18    Q.  Do you agree with me that in not every
19 context of APIs, in -- in other areas, that there
20 is such a process of companies coming to --
21 together to agree to make their APIs open?
22        MR. KWUN:  Objection.  Form.
23        THE DEPONENT:  Are you -- I'm not sure
24 what the scope of the question is.
25        You say in any area of computer science

Page 84

1 there was no other --
2    Q.  (By Mr. Ramsey)  Let me put it this way.  It
3 is true that not -- with respect to -- not with respect
4 to all APIs, is there a process by which companies come
5 together and say, hey, we're going to make our APIs
6 open and share freely with each other?
7    A.  Yes, sometimes they do.  Sometimes they
8 don't.
9    Q.  What happens when companies don't come
10 together and expressly agree --
11        MR. KWUN:  Objection.
12    Q.  (By Mr. Ramsey)  -- we're going to -- we're
13 going to share APIs?
14        MR. KWUN:  Objection.  Form.
15        THE DEPONENT:  In my opinion, that
16 creates a very messy situation that's not very
17 productive for everyone.  It reminds me of all the
18 different standard -- you know, SD cards and the
19 Sony cards, all these different flashcard standards
20 that were very confusing.  You didn't know which
21 cards you could use with what and -- and in other
22 arenas where there's multiple standards in
23 software.
24    Q.  (By Mr. Ramsey)  So is it true that in -- in
25 the software industry, in general, sometimes companies

Page 85

22 (Pages 82 - 85)

1    Q.  Okay.  What was your view of Sun at the
2  time that you were laid off in 2007?
3         MR. KWUN:  Objection.  Form.
4         THE DEPONENT:  I was discouraged that Sun
5  was not funding any of the projects that I felt
6  would be innovative enough to pull it out of the --
7  the tailspin it appeared to be in.
8    Q.  (By Mr. Ramsey)  So in 2007, you were not
9  happy with Sun's business strategies as they relate to
10  you?
11        MR. KWUN:  Objection.  Form.
12        THE DEPONENT:  Well, I actually was
13  relatively happy with Jonathan Schwartz as a CEO,
14  but somehow in the execution Sun was falling into
15  some -- some -- some traps.
16   Q.  (By Mr. Ramsey)  Okay.  Were you involved
17  with Sun's efforts around Java in the mobile industry?
18   A.  A little bit.  A little bit.  I was
19  advising someone who was working on that.
20        MR. KWUN:  Dr. Cattell, you should try to
21  make sure you wait until Mr. Ramsey has finished
22  with his questions.
23        THE DEPONENT:  I'm sorry.
24   Q.  (By Mr. Ramsey)  What was your involvement
25  in -- in Sun's efforts around Java and mobile?

Page 90

1    A.  I worked with a more junior engineer,
2  whose name I don't recall at the time, but he was
3  one of the leaders on an attempt to capture some of
4  the ME space.
5         And he was having a bit of an uphill
6  battle getting the -- the companies to sign up for
7  it.  And I gave him some suggestions and we talked
8  about what should not belong in the API and what
9  should.  So yeah...
10   Q.  And who was the gentleman that you talked
11  with?
12   A.  I can't remember that off the top of my
13  head, but I could find out.
14   Q.  Okay.  You understand that Java ME was in
15  a great number of mobile phones, true?
16        MR. KWUN:  Objection.  Form.
17        THE DEPONENT:  I -- I don't know how many
18  mobile phones it ended up in.
19   Q.  (By Mr. Ramsey)  All right.  Was your role
20  at -- at Sun regarding Java primarily with respect to
21  databases and servers, not mobile?
22        MR. KWUN:  Objection.  Form.
23        THE DEPONENT:  That was my main focus.
24  But a distinguished engineer at Sun is expected to
25  have broader impact than -- than narrow interest

Page 91

1  of -- the -- the main interest area.
2    Q.  (By Mr. Ramsey)  You've never written a -- an
3  API specifically for a -- a mobile device, correct?
4         MR. KWUN:  Objection.  Form.
5         THE DEPONENT:  That's correct.  I've only
6  participated.
7    Q.  (By Mr. Ramsey)  What did you do to prepare
8  for your deposition today?
9         MR. KWUN:  Objection.  I'm just going to
10  caution the witness, you can talk about who you met
11  with, how long you met with them --
12        THE DEPONENT:  Yeah.
13        MR. KWUN:  -- but you shouldn't discuss
14  any of the substance of your communications with
15  me.
16        THE DEPONENT:  Yes.  So my -- my
17  preparation for this meeting has mostly consisted
18  of research on the Internet to look at other
19  examples, to look at the background of the case,
20  and so on.
21        Since I wasn't supposed to talk to anyone
22  about the case, I wasn't able to do any surveys, or
23  anything else, as you were discussing, yes.
24   Q.  (By Mr. Ramsey)  Okay.  You're not an
25  economist, correct?

Page 92

1         You're not an economist?
2    A.  I am only an economist -- well, yes, I'm
3  not an economist, right.
4    Q.  You don't --
5    A.  But I've had a lot of experience in
6  40 years in computer science seeing what has
7  economically worked and failed for software
8  companies and APIs.
9    Q.  All right.  But you're not being put
10  forward as an -- an economist expert in this case?
11   A.  Yes.
12   Q.  And you don't have a Ph.D. in economics,
13  true?
14   A.  Correct.
15   Q.  You've never worked as an economist,
16  true?
17   A.  True.
18   Q.  You don't have a background in market
19  analysis; isn't that true?
20        MR. KWUN:  Objection.  Form.
21        THE DEPONENT:  I would say I have a
22  background in market analysis because it's
23  something that has always interested me, to see
24  what succeeds and -- in fact, I'm working on a book
25  on things I wish I'd learned in engineering school

Page 93

24 (Pages 90 - 93)

1  about what will succeed and fail.  And most of the
2  things don't have to do with good engineering; they
3  have to do with a lot of other things, like
4  management and marketing.
5      Q.  (By Mr. Ramsey)  But you don't have any --
6  you don't have a Ph.D., for example, in analyzing
7  market impacts of particular business decisions?
8      A.  No.  That's not my academic background,
9  anyway.
10     Q.  Okay.  And you've spent your career as an
11  engineer; isn't that true?
12     A.  I -- a very senior engineer who tends to
13  do more market analysis than coding.
14     Q.  Okay.  You've never conducted any formal
15  study regarding the market for Java SE or Java ME;
16  isn't that true?
17         MR. KWUN:  Objection.  Form.
18         THE DEPONENT:  I need you to define
19  "formal" because I have -- I conducted interviews
20  of -- of people who like would come to the Sun
21  booth and -- and ask them about their applications
22  on so-and-so.  I have done -- done informal
23  surveys, I guess I would say.
24     Q.  (By Mr. Ramsey)  Okay.  In your expert
25  report, you provide no formal survey of the market for

Page 94

1  Java SE or Java ME, true?
2      A.  True.
3      Q.  Isn't it true that you do not have a
4  degree in statistics?
5      A.  No.  I've taken a lot of statistics and
6  mathematics courses.
7      Q.  You never worked, in your career, as a
8  statistician; that's never been your job, true?
9      A.  Well, I -- I wrote some programs to do
10  statistical analyses at one time.  But, no, I'm
11  not -- I wasn't known as a statistician.
12     Q.  You've not been hired in this -- this
13  case as a statistics expert; is that --
14     A.  Correct.
15         Sorry.
16     Q.  And you're not claiming to be a
17  statistics expert, are you?
18         MR. KWUN:  Objection.  Form.
19         THE DEPONENT:  I don't know what that
20  means.  I'm -- I -- I guess I could say I'm more --
21  know more about statistics than most people.  So
22  does that make me an expert?
23     Q.  (By Mr. Ramsey)  Okay.  Let's assume that you
24  know more about statistics than -- than most people.
25         Notwithstanding that fact, you didn't

Page 95

1  actually apply that knowledge in your -- in your
2  opinions in this case?
3         MR. KWUN:  Objection.  Form.
4         THE DEPONENT:  Only informally.
5      Q.  (By Mr. Ramsey)  So informally, how -- how
6  many -- how many software engineers did you interview
7  in your sample size?
8         MR. KWUN:  Objection.  Form.
9         THE DEPONENT:  Well, thousands.  If -- if
10  you mean over the -- over the decades, software
11  engineers I've talked to about issues related to
12  this, but I don't have -- but I don't have any hard
13  records of that.
14     Q.  (By Mr. Ramsey)  Okay.  So it's your
15  assertion that you've talked to thousands of engineers,
16  over the course of your career, about issues related to
17  this case, but you have no -- no way to demonstrate
18  that?
19     A.  Correct.
20         MR. KWUN:  Objection.  Form.
21         THE DEPONENT:  Sorry.
22         MR. RAMSEY:  If you could please mark the
23  next exhibit.
24         (Exhibit 5169 was marked for identification by
25  the court reporter and is attached hereto.)

Page 96

1      Q.  (By Mr. Ramsey)  All right.  You've been
2  handed a document marked Exhibit 5169.
3      A.  Yes.
4      Q.  Do you recognize this document?
5      A.  I do, yes.
6      Q.  What is this document?
7      A.  This is a book that I published with some
8  other Sun employees describing the JDBC API.
9      Q.  And am I correct that the JDBC API is a
10  Sun database API that you created?
11     A.  Yes.
12     Q.  And isn't it true that the exhibit that
13  you've hand- -- you're looking at now, entitled
14  "JDBC API Tutorial and Reference," second edition,
15  is the specification for your -- your JDBC API?
16         MR. KWUN:  Objection.  Form.
17         THE DEPONENT:  I -- I would say yes.
18     Q.  (By Mr. Ramsey)  Okay.  If you could please
19  turn to the -- the fifth page into the document.  It
20  has a copyright notice at the top of the page.
21     A.  Okay.
22     Q.  So on the fifth page of your JDBC API
23  specification, you agree with me that there is a
24  license under which Sun grants rights to this
25  material; isn't that true?

Page 97

25 (Pages 94 - 97)

CONFIDENTIAL

| | |
|---|---|
| 1     Q.  Okay.  I'm going to read for you | 1   declarations should be protected by copyright and |
| 2   section 1.5 from the ACM code of conduct, which is | 2   the copying of them is not fair use. |
| 3   entitled "Honor property rights including | 3      That's some -- that's one portion of the |

1     Q.  Okay.  I'm going to read for you
2  section 1.5 from the ACM code of conduct, which is
3  entitled "Honor property rights including
4  copyrights and patent."
5     A.  Yes.
6     Q.  I quote the ACM code of conduct now.
7      "Violation of copyrights, patents, trade
8  secrets and the terms of license agreements is
9  prohibited by law in most circumstances.  Even when
10  software is not so protected, such violations are
11  contrary to professional behavior."
12      Do you agree with that statement of the
13  ACM?
14      MR. KWUN:  Objection.  Form.
15      THE DEPONENT:  I agree with that
16  statement when correctly interpreted, yes.
17     Q.  (By Mr. Ramsey)  Okay.
18     A.  I -- they -- the -- the issue in question
19  here has to do with fair use of copyright and
20  exactly what should be copyrightable.
21      I will note that many ACM fellows and
22  other distinguished ACM members probably, you know,
23  in the top 1 percent, cosigned the amicus brief
24  with me arguing that this was a misapplication of
25  copyright.

Page 114

1     Q.  Do -- do you think that it's true that
2  this -- this -- the present lawsuit, Oracle versus
3  Google, gendered some strong opinions in the
4  software development community?
5     A.  I imagine it did, yes.  We certainly got
6  75 of us, or 77 of us, to strongly object to -- to
7  the -- their -- or Supreme Court refusing to hear
8  this case.
9     Q.  Do you agree, though, that there are
10  arguments on both sides.  There are many voices in
11  the debate about whether the APIs in this case are
12  protected or not?
13     A.  Yes.  There are many voices, depending on
14  whether you -- I mean, my -- I'm interested in this
15  case because, as a computer scientist, I'd like to
16  see progress in computer science instead of the
17  kind of trouble we get with patent trolls and all
18  the intellectual property mess we get into.
19     Q.  You agree that in the current debate
20  regarding whether fair use should apply to the
21  37 APIs at issue in this case, there are a spectrum
22  of different positions articulated publicly?
23     A.  Yes.
24     Q.  And there are some people involved in the
25  debate in the software community that say, yes, API

Page 115

1  declarations should be protected by copyright and
2  the copying of them is not fair use.
3      That's some -- that's one portion of the
4  community?
5      MR. KWUN:  Objection.  Form.
6      THE DEPONENT:  Yes.  I imagine there's
7  some portion.  I'm not sure how big it is.  And I
8  imagine it's heavy loaded towards companies that
9  want to protect their APIs.
10     Q.  (By Mr. Ramsey)  Right.  So there are
11  companies who want to protect their APIs --
12     A.  Yes.
13     Q.  -- in existence today?
14     A.  Yes.  Protecting their APIs is a
15  two-edged sword because it means there's less
16  corporation with -- in the industry and,
17  ultimately, less progress, I believe.
18     Q.  All right.  So companies have to make the
19  decision, is it better for us to attempt to prevent
20  copying of our API declarations, for example, or
21  are we going to put them out there for others to
22  use.
23      That's a business decision that companies
24  make from time to time?
25     A.  Yes.

Page 116

1      MR. KWUN:  Objection.  Form.
2      THE DEPONENT:  They could do that, yes.
3     Q.  (By Mr. Ramsey)  And some companies may
4  decide it's better to attempt to prevent copying for --
5  of our APIs and some companies may choose the opposite?
6      MR. KWUN:  Objection.  Form.
7      THE DEPONENT:  They might.  There might
8  be some legal issues here, too, with monopolistic
9  practices, especially if it's a very important API.
10     Q.  (By Mr. Ramsey)  You're aware that
11  historically some companies have decided it's better to
12  attempt to prevent copying of their APIs and other
13  companies who chose the opposite?
14      MR. KWUN:  Objection.  Form.
15      THE DEPONENT:  Well, we have at least one
16  example of -- of a company who, at least at one
17  time, tried to keep people from using --
18  re-implementing their APIs, yes.
19     Q.  (By Mr. Ramsey)  Okay.
20     A.  And --
21     Q.  Do you -- do you believe today that
22  companies continue to -- in some instances, attempt
23  to prevent copying of their APIs, beyond Oracle,
24  and other companies choose the opposite?
25      MR. KWUN:  Objection.  Form.

Page 117

30 (Pages 114 - 117)

1    THE DEPONENT:  Generally, I would say
2  not.  It seems to me a vast majority of companies
3  allow someone else to implement their API.
4    Q.  (By Mr. Ramsey)  When -- the companies that
5  allow others to implement their APIs, do they sometimes
6  request royalties for that right?
7    MR. KWUN:  Objection.  Form.
8    THE DEPONENT:  I'm not aware of that, no.
9    Q.  (By Mr. Ramsey)  You agree that that would
10  not be an irrational thing for a company to do, to
11  demand royalties if another is re-implementing that
12  company's APIs?
13    MR. KWUN:  Objection.  Form.
14    THE DEPONENT:  I think it's actually
15  irrational in the sense that they shouldn't be able
16  to demand money for someone re-implementing the
17  same API.
18    Q.  (By Mr. Ramsey)  So you -- you -- it is your
19  belief that if a company has invested in creating APIs,
20  they should not be able to charge any royalty for that,
21  for their use of re-implementation?
22    A.  As -- as a general rule.  But I -- I
23  don't see the API, itself, as being a great
24  investment compared with the implementation, which
25  is maybe 10 times bigger or -- or more, while the

Page 118

1  API is more like a method of operation that should
2  be protected by a patent but not a copyright.
3    Q.  So you -- do you believe that it's
4  irrational, if a company has invested a great
5  amount of resources in designing an elaborate API,
6  that they would attempt to charge a royalty for the
7  re-implementation of that API -- API that required
8  the investment?
9    MR. KWUN:  Objection.  Form.
10    THE DEPONENT:  I -- I don't know how to
11  answer that question.  I think I already answered.
12    I think that -- that it's a bad thing to
13  demand money for someone to implement the same
14  method of operation that somebody else used.
15    Q.  (By Mr. Ramsey)  The question is, do you
16  think that it is -- it is rational for a company to
17  request a royalty for implementation of the -- their
18  API, if they've invested an enormous -- enormous amount
19  of resources into actually designing the API?
20    MR. KWUN:  Objection.  Form.
21    THE DEPONENT:  I don't know anyone that's
22  investing enormous amounts of effort in an API for
23  Java.  I think that was a -- that was a relatively
24  modest effort by comparison to the overall thing.
25    And I would draw the analogy to like if

Page 119

1  somebody put the steering wheel on the left side of
2  a car and the gear shift in the center, with four
3  on the floor, and then they claimed a copyright on
4  that layout so no other car company could do that,
5  then that's more like a method of operation that --
6  that hurts the public, that things don't
7  interoperate and they're not compatible.
8    You should always try to use the API that
9  somebody has already defined.  It's good computer
10  science and it's good industry practice, and it's
11  bad for everybody if you don't do that.
12    Q.  (By Mr. Ramsey)  So in your report, did you
13  actually do any analysis of whether the other APIs --
14  and by that I mean, for example, Wine, SQL, Linux and
15  the other examples -- have been found to be protected
16  by copyright or not?
17    A.  The -- if you look at the -- at what
18  people in the industry think, in general, it seems
19  to be that the expectation is that you should be
20  able to reuse an API.  And, in fact, that that's
21  good practice.
22    Q.  My question was a little different.
23    You didn't do any research, in carrying
24  out your investigation, whether there had been a
25  judicial finding, one way or the other, of whether

Page 120

1  any of the other APIs you address are protected by
2  copyright?
3    A.  You mean did I search on the specific
4  case of, say, the BIOS to see if some court had
5  ruled that the code itself could be -- the API
6  itself could be copyrighted?
7    Q.  Correct.
8    A.  I did search the Internet a bit on that
9  and I didn't find anything.
10    Q.  Right.
11    So you have no -- you don't -- you don't
12  actually know, one way or the other, whether any of
13  the APIs that you address in your report have been
14  found to be copyrightable or uncopyrightable?
15    A.  No.
16    MR. KWUN:  Objection.  Form.
17    THE DEPONENT:  Yeah, and that's a problem
18  with your Internet searches.  You can't usually get
19  a definitive answer.
20    Q.  (By Mr. Ramsey)  Okay.  But I just -- I just
21  want to be clear.
22    You don't actually know, one way or the
23  other, and did not look at whether the APIs
24  addressed in your report were found to be
25  copyrightable or uncopyrightable?

Page 121

31 (Pages 118 - 121)

1  I saw some statements about, when we open sourced
2  JDK, that -- what that would mean.
3     Q.  (By Mr. Ramsey)  Okay.  You're not an --
4  you're not an open source licensing expert; isn't that
5  true?
6     A.  Yeah, I don't know if I would say I'm --
7  I'm an expert.  I worked on some open source
8  projects.
9     Q.  But your -- in your report, you had --
10 you provide no opinions about open source
11 licensing?
12    A.  Yes.
13    Q.  Okay.  So when you were preparing your
14 opinions in your report, it's true that you did not
15 look at Google's licenses for its maps, search or
16 AdWords APIs; isn't that true?
17    A.  No, I don't remember coming across those.
18    Q.  Okay.  And when you prepared your
19 opinions, you didn't look at the actual full body
20 of API declarations or SS -- the organization of
21 those declarations at issue in this case, true?
22       MR. KWUN:  Objection.  Form.
23       THE DEPONENT:  Are you talking about the
24 37 Java APIs?
25    Q.  (By Mr. Ramsey)  Correct.

Page 138

1     A.  Are you asking if I went back and looked
2  at all those APIs?
3     Q.  That's right.  It's -- let me just re-ask
4  my question.
5        It's true that you, in the course of
6  preparing your opinions, you did not examine the
7  entire full body of API declarations and their
8  organization that is at issue in this case?
9     A.  No.
10       MR. KWUN:  Objection.  Form.
11    Q.  (By Mr. Ramsey)  All right.  And it's true
12 that you did not attach or refer in your report to any
13 Java API source code; isn't that true?
14    A.  That's correct.  I did have familiarity
15 with a lot of Java already, so when someone would
16 refer to a Java API, I generally know what they
17 were talking about.
18    Q.  Okay.  But you didn't -- my question is,
19 you -- specifically, you didn't refer to any Java
20 source code or discuss that source code in your
21 report?
22    A.  That's true.
23    Q.  You didn't talk to any formal Sun or
24 Oracle engineers in relation to your opinions here,
25 true?

Page 139

1     A.  Correct.
2        MR. KWUN:  Objection.  Form.
3     Q.  (By Mr. Ramsey)  And you didn't talk to any
4  Google engineers in relation to your opinions in your
5  report, true?
6        MR. KWUN:  Objection.  Form.
7        THE DEPONENT:  Correct.
8     Q.  (By Mr. Ramsey)  So you haven't formed any --
9  any opinions regarding Google's actual belief, in 2007,
10 regarding the APIs at issue?
11    A.  What do you mean by Google's belief
12 in 2007?  So you -- Google is a lot of people.  I
13 did talk to some Google engineers who were aware
14 that Sun was open sourcing Java, and they thought
15 that would be a good thing --
16    Q.  Okay --
17    A.  -- so...
18    Q.  -- my question is more specific.
19       My question is:  In forming your
20 opinions, you didn't talk to any -- anybody at
21 Google about what their actual belief was regarding
22 the 37 APIs when they were developing Android?
23       MR. KWUN:  Objection.  Form.
24       THE DEPONENT:  Well, back in 2007, I
25 might have -- have talked to some people at Sun and

Page 140

1  at Google, but mostly as -- as, you know, informal
2  connections with old friends.  So -- but my general
3  belief with the -- from the Google folks was that
4  they thought that this would -- this was a great
5  thing that -- you know, this -- this would be a
6  good thing for them to use, the Java APIs, and that
7  they didn't think they needed a license.
8        MR. RAMSEY:  All right.  So I'm going to
9  move to strike that as nonresponsive.
10    Q.  (By Mr. Ramsey)  You didn't talk to anybody
11 who was actually working on Android regarding their
12 belief concerning the 37 APIs at issue in this case?
13       MR. KWUN:  Objection.  Form.
14       THE DEPONENT:  Well, I don't know if they
15 were working on -- I talked to Josh Bloch, for
16 example.  I don't know what he was working on at
17 the time I talked to him.
18    Q.  (By Mr. Ramsey)  All right.  In your report,
19 you don't -- you don't recount any conversations with
20 anybody at Google who was working on Android, that's
21 true?
22    A.  Yes.
23    Q.  And you don't actually examine any
24 documents regarding the development of Android;
25 isn't that true?

Page 141

36 (Pages 138 - 141)

**Page 150**

1    A.  Cedar, which was preceded by Mesa, which
2  was a variant.
3    Q.  Wasn't one of the -- I don't know if it
4  was a project name or a product name initially for
5  Java, Oak?
6    A.  Yes.
7    Q.  Were you involved in that project at all?
8    A.  I was aware of the Oak project when --
9  when that was going on, yes.
10    Q.  Okay.  What is your understanding of why
11  the Java platform was initially developed by Sun?
12    MR. KWUN:  Objection.  Form.
13    THE DEPONENT:  That's a good question.  I
14  don't know all the history, but it's -- my
15  understanding is that it was originally intended
16  for set-top boxes for TVs, and -- and then it's
17  purpose evolved.  I liked it because there was
18  finally a good programming language that was also
19  likely to get off the ground, and so I jumped on
20  the bandwagon.
21    Q.  (By Mr. Ramsey)  Okay.  Are you familiar with
22  a -- an early Java product called Star7?
23    A.  Yes.  That was a predecessor to Oak, as I
24  understand it.
25    Q.  And isn't it true that Star7 ran a

**Page 151**

1  version of Java, true?
2    A.  Well --
3    MR. KWUN:  Objection.  Form.
4    THE DEPONENT:  We didn't call it Java,
5  but yes.
6    Q.  (By Mr. Ramsey)  Okay.  And Star7 was a small
7  touchscreen mobile device, true?
8    MR. KWUN:  Objection.  Form.
9    THE DEPONENT:  Well, Star7 referred to
10  what you had to punch on your telephone to reach
11  the people in that group, I think.  So -- but
12  this -- yeah, I don't know much about the hardware
13  they were working with.
14    Q.  (By Mr. Ramsey)  Have you actually seen a
15  Star7 device?
16    A.  No.
17    Q.  Okay.  Are you aware that it had a
18  touchscreen interface?
19    MR. KWUN:  Objection.  Form.
20    THE DEPONENT:  I'm not sure.  It's been a
21  long time.
22    Q.  (By Mr. Ramsey)  Okay.  I would like -- I
23  would like to talk about the UNIX APIs for a bit, okay?
24    A.  Okay.
25    Q.  You mentioned in your report, you assert

**Page 152**

1  that -- that Linux re-implemented UNIX APIs.
2    A.  Yes.
3    Q.  And Linux is based on the POSIX standard,
4  P-O-S-I-X, true?
5    A.  Well, officially that -- that's the --
6  it's kind of like the cart before the horse though,
7  because POSIX was -- POSIX was a standardization of
8  UNIX, and then Linux followed that.
9    Q.  What do you mean, "POSIX was a
10  standardization of UNIX"?
11    A.  Well, as I understand it, the POSIX
12  standard was -- was a specification of an API that
13  basically came from the UNIX -- AT&T UNIX.  So they
14  wanted to standardize it.
15    Q.  So POSIX was a formal standardization of
16  UNIX, true?
17    A.  Yes.
18    Q.  And POSIX was created through a formal
19  standard setting body such as ISO or ANSI.
20    A.  I believe so, yes.
21    Q.  Okay.  And it was only after POSIX was
22  a -- was a public standard through the standard
23  setting bodies that Linux re-implemented the
24  standard?
25    A.  I don't know that that's the case.

**Page 153**

1    Q.  Okay.  So you don't -- you don't -- you
2  don't actually know the timing of when --
3    A.  That's right.
4    Q.  -- Linux implemented --
5    A.  That's right.
6    Q.  -- the UNIX APIs?
7    A.  Yes.  And there were other UNIXs in
8  between -- like Berkeley UNIX, and so on -- that
9  was forked off of AT&T UNIX.
10    Q.  Okay.  And you are -- you are aware that
11  the UNIX operating system is made available under
12  the GNU, that's G-N-U, general public license,
13  true?
14    A.  I that's the case, yes.
15    Q.  Okay.  You don't know anything about the
16  specific terms or requirements of the --
17    A.  No.
18    Q.  -- GNU, general public license?
19    A.  Not really, no.
20    Q.  Okay.  During the course of your work on
21  your research -- your -- your expert report, you
22  didn't do any -- any scholarly research regarding
23  the legal history of protection of software, true?
24    A.  Correct.
25    MR. KWUN:  Objection.  Form.

39 (Pages 150 - 153)

CONFIDENTIAL

| | |
|---|---|
| 1  THE DEPONENT: Correct. | 1  cautious to me. |
| 2  Q. (By Mr. Ramsey) And during the course of | 2  Q. (By Mr. Ramsey) Can you identify any API in |
| 3  your -- preparing your expert report, you didn't do any | 3  Wine that was copied from copyrighted Microsoft code? |
| 4  research regarding the business history that -- the | 4  MR. KWUN: Objection. Form. |
| 5  history of business models concerning APIs? | 5  THE DEPONENT: Copyrighted source code |
| 6  MR. KWUN: Objection. Form. | 6  for the implementation; no, I would be very |
| 7  THE DEPONENT: Well, I did some Google | 7  surprised if there was. |
| 8  searches. I'm trying to figure out -- looking for | 8  Q. (By Mr. Ramsey) You believe it's possible |
| 9  some examples historically. | 9  that Microsoft might sue Wine, don't you agree -- |
| 10  Q. (By Mr. Ramsey) But you -- you didn't | 10  MR. KWUN: Objection -- |
| 11  address in your report, and you didn't research, | 11  Q. (By Mr. Ramsey) -- for use of the Microsoft |
| 12  companies that have actually exerted control over their | 12  APIs? |
| 13  APIs, such as Microsoft? | 13  MR. KWUN: Objection. Form. |
| 14  MR. KWUN: Objection. Form. | 14  THE DEPONENT: They could try to do that. |
| 15  THE DEPONENT: Well, I did -- I did | 15  Q. (By Mr. Ramsey) And that wouldn't be a |
| 16  research that a bit, you know, the -- the -- the | 16  surprising thing to you, given Microsoft's business |
| 17  history with Microsoft and this -- and this Wine | 17  history and position regarding its Windows APIs? |
| 18  interface and other clones. And of course, I was, | 18  MR. KWUN: Objection. Form. |
| 19  you know, historically there when it happened to | 19  THE DEPONENT: I would be a little |
| 20  see where they succeeded and failed. | 20  surprised because I think that most of the industry |
| 21  Q. (By Mr. Ramsey) I notice in your report when | 21  would be against them, but I -- I can see them |
| 22  you discuss Wine, you do not discuss how Wine was | 22  doing that, yes. |
| 23  developed, correct? | 23  Q. (By Mr. Ramsey) Okay. And -- and |
| 24  A. That's true. | 24  developers -- if you ask developers right now, "Well, |
| 25  Q. Do you agree with me that the way Wine is | 25  do you think that Microsoft might attempt to suppress |
| Page 154 | Page 156 |

| | |
|---|---|
| 1  developed is by what is known as block-box | 1  the use of the Windows APIs in Wine," some portion of |
| 2  development? | 2  them would say, "I can see that happening," and some |
| 3  A. Yes. | 3  other portion might say, "I can't see that happening." |
| 4  MR. KWUN: Objection. Form. | 4  A. Yes, certainly there will be people with |
| 5  THE DEPONENT: Yeah, Cleanroom, or | 5  both beliefs. |
| 6  whatever you call it, where they didn't look at the | 6  Q. And so different segments of the |
| 7  source code and they implemented their own. | 7  developer community might have different |
| 8  Q. (By Mr. Ramsey) Right. So in the context of | 8  expectations about whether it's risky or |
| 9  Wine, the only input to development of Wine is a binary | 9  permissible, or not, to use the Wine APIs? |
| 10  Microsoft DLL file; isn't that true? | 10  MR. KWUN: Objection. Form. |
| 11  MR. KWUN: Objection. Form. | 11  THE DEPONENT: It's my contention that |
| 12  THE DEPONENT: Yes and no. I mean, | 12  the majority of the developer community would think |
| 13  someone had derived what the API was, which you can | 13  that it's okay to re-implement an API; but, yes, |
| 14  do from the binary. | 14  there will be people on both sides. |
| 15  Q. (By Mr. Ramsey) But you had -- in your | 15  Q. (By Mr. Ramsey) Right. Even if developers |
| 16  report, you did not discuss at all what resources were | 16  believe that, "I should be able to use APIs," those |
| 17  available to the developers of Wine, in terms of API | 17  same developers may recognize that there are questions |
| 18  specifications or code, or anything else, right? | 18  and risk in doing so. It's not a decisive belief. |
| 19  A. Yes. As I understand it, they had to | 19  A. Yes. |
| 20  deduce what the API was, and then re-implement it. | 20  MR. KWUN: Objection. Form. |
| 21  Q. Okay. Don't you agree that Wine is an | 21  THE DEPONENT: Yes. |
| 22  example of attempting to be very cautious about | 22  Q. (By Mr. Ramsey) And you have not done any |
| 23  what is copied and what is not? | 23  empirical work to empirically measure the amount and |
| 24  MR. KWUN: Objection. Form. | 24  degree of whether developers believe that they are |
| 25  THE DEPONENT: Yes, it sounds very | 25  actually able to reuse and re-implement the APIs versus |
| Page 155 | Page 157 |

40 (Pages 154 - 157)

**Page 158**

1  what they want to be the world?

2      MR. KWUN:  Objection.  Form.

3      THE DEPONENT:  I haven't done any

4  empirical research on that, yes --

5      Q.  (By Mr. Ramsey)  Okay.  Do you --

6      A.  -- just -- just talking to people over --

7  for 20 years.

8      Q.  Do you -- do you believe that if APIs

9  were found to be copyright protected and copying of

10  them is not fair use that -- in this case, that

11  while some Java developers would be unhappy, they

12  would be able to adapt to the new situation in

13  Android?

14      MR. KWUN:  Objection.  Form.

15      THE DEPONENT:  I think a lot of people

16  would be unhappy if they learn that this was not a

17  fair use of an API.  And I think a number of groups

18  may lobby Congress to change the laws with respect

19  to API copyright.  And -- and with respect to

20  Android, it would be kind of a mess unless there

21  was an easy path from the current Android platform

22  to something that Google could actually support

23  legally.

24      Q.  (By Mr. Ramsey)  All right.  So let me -- let

25  me ask a slightly different question.

**Page 159**

1      Do you believe that if the APIs in this

2  case were found to be copyright protected, and

3  copying of them is not fair use, that while some

4  JAVA developers would be unhappy, if Google gave

5  them new APIs and educated them about the

6  situation, they could adapt?

7      MR. KWUN:  Objection.  Form.

8      THE DEPONENT:  Well, there's a -- there's

9  a difference between them being able to adapt and

10  being willing to adapt, I imagine.

11      Q.  (By Mr. Ramsey)  Do you believe that their --

12  that developers, if given a resource and new APIs by

13  Google to transition to new APIs, could do so?

14      MR. KWUN:  Objection.  Form.

15      THE DEPONENT:  They are technically

16  capable of doing so, given enough time.

17      Q.  (By Mr. Ramsey)  Okay.  And so with some time

18  and investment by developers and Google, current

19  Android developers could transition to new and

20  different Android APIs if necessary?

21      A.  Yes.  But I think that would be a bad

22  thing.

23      Q.  Okay.  Even -- putting aside your view

24  that it may not be a great thing --

25      A.  Yeah.

**Page 160**

1      Q.  -- Android developers are technically

2  capable of learning new APIs that -- that Google

3  may implement in Android that are different from

4  the current APIs?

5      A.  Yes.  That would be bad for Oracle most

6  of all --

7      Q.  All right.

8      A.  -- because Google --

9      Q.  My question is:  Android developers are

10  technically capable of learning new APIs that

11  Google may implement in Android that are different

12  from the current APIs?

13      A.  Yes.

14      Q.  Did you do any comparative analysis

15  between what I would call the -- all the other

16  non-Java APIs in your report and the Java APIs at

17  issue in this case?

18      A.  I mean only at a high level, yes.

19      Q.  But you didn't sit down and examine, side

20  by side, whether the other APIs -- Wine, Linux,

21  Microsoft, IBM, BIOS -- were more or less similar

22  or dissimilar to the Java APIs at issue?

23      A.  At some level; yes; I mean, whether they

24  were a platform versus a library, versus a way of

25  connecting to other programs, and so on.

**Page 161**

1      Q.  Okay.  You didn't sit down, for example,

2  with the IBM BIOS API specification and put it next

3  to the Java SE API specification and look for

4  similarities or differences, true?

5      A.  Correct.

6      Q.  And you didn't sit down with the Wine API

7  specification and the Java SE 5 API specification

8  and look at them and compare, side by side, are

9  these similar or different?

10      A.  Yes.

11      Q.  You also didn't put side by side the UNIX

12  or Linux API specifications and the Java API

13  specifications and compare to see how similar or

14  different they were?

15      A.  Yes.

16      Q.  Okay.  You didn't set -- put down on --

17  in front of you the SQL, or any other database, API

18  specification and the Java SE 5 specification, and

19  compare how similar or different they are?

20      A.  Yes.  I don't know what I would compare

21  there, the number of lines or the -- whether they

22  use methods or procedures, or whatever -- it's sort

23  of --

24      Q.  Right --

25      A.  -- apples and oranges.

1  of the article --
2      A.  Yes.
3      Q.  -- in Exhibit 5171.
4      A.  Yes.  I agree with the last line,
5  "Yikes."  This makes a mess of things.
6      Q.  All right.  So if you could, please turn
7  to the fourth page of the article.  Let me know
8  when you are there.
9      A.  Yes.
10     Q.  In the article that you -- you are
11 looking at that is discussing the protection of
12 APIs, in this case in particular there's a quote
13 from a fellow Steve Wilmott, CEO of 3Scale.
14         Do you see that?
15     A.  I see the -- oh, yeah, I see that, yes.
16     Q.  Are you familiar with 3Scale?
17     A.  Not particularly, no.
18     Q.  Okay.  And 3Scale, you agree, is
19 described here as an API management company?
20     A.  Okay.
21     Q.  According to this article, Mr. Wilmott
22 states, and I quote:  "It's always been a legal
23 gray area whether an API that a company publishes
24 is reusable and I would say that it just became
25 more dangerous to use someone's API design without

*Page 174*

1  consulting them first."
2          Do you see that?
3      A.  Yup.
4      Q.  So you agree with me that at least one
5  person's view in the software development community
6  is that it's always been a legal gray area whether
7  an API that a company publishes is reusable?
8      A.  Yup, I see he says that.
9      Q.  And you see that -- you may have noticed
10 in other parts of this article, there are views
11 expressed that APIs should be reusable by some
12 commenters?
13     A.  Yes.
14     Q.  So you agree with me that there's all --
15 more than one view in the software industry about
16 whether APIs are reusable?
17     A.  Yes.
18     Q.  Okay.  All right.  You have not done any
19 analysis of the Java language specification in your
20 expert report; isn't that true?
21     A.  Correct.
22     Q.  For example, you have not compared any
23 aspects of the APIs that are at issue in this case
24 to the Java language specification, right?
25     A.  Well, I don't know what I would compare

*Page 175*

1  to Java language specification -- the language
2  specification.  The APIs are libraries.
3      Q.  Okay.  So you can use the Java language
4  syntax in the Java language specification without
5  using the APIs?
6          MR. KWUN:  Objection.  Form.
7          THE DEPONENT:  Yes, you could.
8      Q.  (By Mr. Ramsey)  Okay.  Did you do any review
9  of any -- any licenses at all for APIs, over the course
10 of the last 20 or 30 years, in preparing your opinions?
11         MR. KWUN:  Objection.  Form.
12         THE DEPONENT:  Over the last 30 years, I
13 have looked at lots of licenses but not as part of
14 preparation for this report.
15     Q.  (By Mr. Ramsey)  Okay.  Well, you didn't rely
16 on any licenses for APIs in preparing your opinions,
17 right?
18     A.  Well, I think I relied on my recollection
19 of APIs and their licenses, yes.
20     Q.  You remember, earlier today we talked
21 about Exhibit 5169, and 5170, the -- the Java --
22     A.  Yes.
23     Q.  -- API that you were involved with,
24 right?
25     A.  Yes.

*Page 176*

1      Q.  And in that particular Java API, there
2  was a specification license that we discussed; do
3  you recall that?
4      A.  Yeah --
5          MR. KWUN:  Objection.  Form.
6          THE DEPONENT:  -- yes, I recall that.
7      Q.  (By Mr. Ramsey)  And we noted that the
8  specification license regarding your Java API provided
9  some limitations on use of the APIs --
10         MR. KWUN:  Objection.  Form.
11     Q.  (By Mr. Ramsey)  -- stated here.
12         MR. KWUN:  Objection.  Form.
13     Q.  (By Mr. Ramsey)  Do you recall that?
14         MR. KWUN:  Objection.  Form.
15         THE DEPONENT:  Yes.
16     Q.  (By Mr. Ramsey)  And it's true that, in your
17 opinion -- in your opinion, for example, you did not
18 consider the specification license that was in the Java
19 API that you and I -- the JDBC Java API that you and I
20 discussed?
21     A.  I did not consider it; what do you mean?
22     Q.  Well, in the course of preparing your
23 expert opinions, you didn't consider Java
24 specification license, which is a license that you
25 and I discussed today?

*Page 177*

45 (Pages 174 - 177)

**Page 202**

1  the AdWords API agreement we just read states that are
2  there limitations in the agreement on, quote, your
3  right to use, copy and retain your copy of the AdWords
4  API in the AdWords API specifications.
5      You remember that part, right?
6      MR. KWUN: Objection. Form.
7      THE DEPONENT: Let me call your attention
8  to what -- it says what using the AdWords API means
9  right after definition there, you see?
10     And it says the use of the markup
11  language described in the API specification, so
12  that doesn't mean I can't keep a copy of the API,
13  or that I can't copy it.
14     It says accessing the Google servers
15  through that API; well, I certainly can't do that
16  if I'm not going to use AdWords anymore.
17     Q. (By Mr. Ramsey) Well --
18     A. Sending information to my account,
19  receive information back, distribute under -- these
20  are all things that are directly relevant to using
21  their service --
22     Q. Okay.
23     A. -- so it's not like I'm re-implementing
24  it in the sense that Google has done with Java API.
25     Q. I think we agree that -- that this

**Page 203**

1  agreement is saying with -- with respect to the
2  particular markup language defining the
3  AdWords API --
4      A. Yes.
5      Q. -- in a particular context, we, Google,
6  are imposing limitations on the right to use, copy
7  and retain --
8      MR. KWUN: Objection.
9      Q. (By Mr. Ramsey) -- as a general matter, that
10  is true?
11     MR. KWUN: Objection. Form.
12     THE DEPONENT: Okay. I don't see this as
13  an apples-and-apples comparison to --
14     Q. (By Mr. Ramsey) I'm not looking -- I just
15  want to know, in the context of the API, Google is
16  saying to licensees: In this domain, we are going to
17  limit your ability to -- and your right to use, copy
18  and retain your copy of the AdWords API commands, if
19  you will?
20     MR. KWUN: Objection. Form.
21     THE DEPONENT: I guess I don't agree.
22  The underlying words say something different when
23  you look at what the definitions are, of the
24  AdWords API and so on.
25     Q. (By Mr. Ramsey) Okay. Well, this is -- do

**Page 204**

1  you agree with me that from our -- from our
2  investigation of the AdWords API terms and the AdWords
3  API specification, that there's some pretty granular
4  questions about what limitations might be imposed on
5  the use of an API in one context or another, true?
6      MR. KWUN: Objection. Form.
7      THE DEPONENT: Yes, there are often
8  questions about the limitations, as we have seen in
9  some of the other documents.
10     Q. (By Mr. Ramsey) And there's many fine-grain
11  calls about whether, in this particular AdWords context
12  or another API context, the set of expectations are --
13  are known, or set, or -- or understood?
14     MR. KWUN: Objection. Form.
15     THE DEPONENT: Yes. I'm just saying,
16  your example is not very convincing if you are
17  trying to show me that Google is restricting the
18  APIs in the same sense that Oracle is trying to.
19     Q. (By Mr. Ramsey) Well, regardless of whether
20  Google is restricting its APIs in exactly the same way
21  as this case, you agree that Google is, in some manner,
22  restricting use of some of its APIs?
23     MR. KWUN: Objection. Form.
24     THE DEPONENT: Apparently so.
25     Q. (By Mr. Ramsey) Okay. And you agree with me

**Page 205**

1  that the AdWords API agreement doesn't just talk about
2  use, it says that it's restricting the right to use,
3  copy and retain a copy of the AdWords API. So -- so
4  the agreement specifically limits copying?
5      MR. KWUN: Objection. Form.
6      THE DEPONENT: I can't say. I think you
7  should be having this conversation with an expert
8  on licensing, not an expert on -- on technology,
9  but yes.
10     Q. (By Mr. Ramsey) Okay. Do you believe that
11  developers in an ecosystem using the AdWords APIs --
12     A. Yeah.
13     Q. -- may form their view about what is
14  expected in relation to the input of a licensing
15  expert, for example?
16     MR. KWUN: Objection. Form.
17     THE DEPONENT: Yeah, they could talk to a
18  licensing expert.
19     Q. (By Mr. Ramsey) And so developers'
20  understanding what they should expect with regard to
21  the AdWords APIs may turn on the input of lawyers or
22  licensing experts.
23     MR. KWUN: Objection. Form.
24     THE DEPONENT: Developers do that
25  sometime, yes, they go find an expert on the

1  licensing word.

2      Q.  (By Mr. Ramsey)  Okay.  So I note in your
3  report you -- and we have talked about a number of
4  other APIs other than the Java APIs; do you recall
5  that?

6      A.  Yes.

7      Q.  We talked about Linux, and Wine, and
8  UNIX, and SQL APIs; you recall that?

9      A.  Yes.

10     Q.  But you don't talk about Google APIs in
11  your report.

12        Just as a factual matter that's true,
13  right?

14     A.  Yes.  I didn't see any good examples in
15  the Google APIs.

16     Q.  Okay.  But were you instructed not to
17  look at Google APIs?

18     A.  No, no.  I just searched around the
19  Internet, and there didn't seem to be any --
20  anything about the Google APIs that were --

21     Q.  Okay.

22     A.  -- an issue.

23     Q.  Did you even -- beyond the Google
24  AdWords APIs, did you consider the Google Earth or
25  Google Maps APIs in forming your opinions?

Page 206

1  for your engagement in this matter to date?

2      A.  $300 an hour.

3      Q.  Okay.  And what is the total amount of
4  compensation for your work on this matter that
5  you've received to date?

6      A.  I would say I have probably worked a week
7  so far, so that's 40 hours.  What's that make,
8  12,000?

9      Q.  Okay.  And prior to -- you mentioned in
10  your expert report, you refer to work on an amicus
11  brief.

12        Did you --

13     A.  That was free.  And in fact, I'm -- I
14  have cut my usual rate of $600 in half for Google
15  on this, because I believe that this is important
16  to the computer science community.

17     Q.  Okay.  So you have a strong personal view
18  about whether the use of the APIs at issue should
19  be fair use or not; is that fair to say?

20     A.  When I -- when I am an expert witness, I
21  generally won't take cases where I don't agree with
22  what the client wants me to argue.

23     Q.  Okay.  And you understand what your views
24  are about the --

25     A.  Yes.

Page 208

1      A.  Not those two in particular, no.

2      Q.  Okay.  And you didn't examine of the
3  licensing terms associated with the Google Maps or
4  Google Earth APIs, right?

5      A.  Well, I have had some experience looking
6  at the licensing terms, but -- they -- they
7  didn't -- it didn't ring a bell, with respect to
8  this case, as being relevant.

9      Q.  All right.  But you didn't go -- so you
10  are saying that, as you are preparing your report,
11  you thought:  Hmm, maybe I should go look at the
12  Google Maps and Google Earth APIs --

13     A.  No.  I didn't -- I didn't think it would
14  be relevant.

15     Q.  Okay.  You -- that means you did think
16  about those APIs and determined not to go look at
17  them?

18     A.  Yeah, briefly.

19     Q.  Okay.  So you didn't go look and check at
20  what precisely those terms or limitations might
21  be --

22     A.  No, I didn't.  I did searches and looked
23  for APIs that were licensed, yes.

24     Q.  Okay.  You know, how -- just a sort of a
25  side question:  How much money have you been paid

Page 207

1      Q.  -- the use of APIs in this case?

2      A.  Yes.  I believe that APIs should be
3  freely re-implementable in general --

4      Q.  Okay.

5      A.  -- with a few exceptions perhaps.

6      Q.  But you -- and you've stated today that
7  you have an impression about some of your other
8  colleagues in the industry, and that they share
9  your views.

10        Is that true that it's your impression?

11     A.  Yes.

12        MR. KWUN:  Objection.  Form.

13        THE DEPONENT:  My impression is, the
14  majority of my colleagues would agree.

15     Q.  (By Mr. Ramsey)  You have not done a survey
16  to interview a -- a statistically significant --

17     A.  Yes --

18     Q.  -- sample --

19     A.  -- that's right.

20     Q.  -- of people to understand whether they
21  actually share your view or not?

22     A.  Yes, that's right.

23        MR. KWUN:  And, Dr. Cattell, I know it's
24  getting later --

25        THE DEPONENT:  Oh, I am sorry --

Page 209

53 (Pages 206 - 209)

**Page 210**

1      MR. KWUN:  And we're getting a lot of
2  repeated questions --
3      THE DEPONENT:  -- and we're trying to
4  finish up.  Right.  Right.
5      MR. KWUN:  -- which maybe makes it
6  harder --
7      THE DEPONENT:  Okay.
8      MR. KWUN:  -- but you do need to -- and
9  including even when I'm talking now --
10      THE DEPONENT:  Give you a chance to
11  object.
12      MR. KWUN:  -- you need to wait until one
13  person is finished talking --
14      THE DEPONENT:  Okay.
15      MR. KWUN:  -- so that we have a clean
16  record of what has been asked and what your
17  answer --
18      THE DEPONENT:  I understand.
19      MR. KWUN:  -- because otherwise you might
20  say yes, and it may turn out that Dave says no at
21  the end, and then you're actually answering the
22  wrong questions.
23      THE DEPONENT:  Yeah, it's late and I'm
24  getting tired.  I'm sorry.
25      Q.  (By Mr. Ramsey)  So, Dr. Cattell, when you

**Page 211**

1  were preparing your expert report, were you on any
2  medications that would prevent you from providing your
3  best opinions and analysis in your report?
4      A.  No, I didn't go on any medications until
5  February, when I had brain surgery.
6      Q.  Okay.  And sitting here today, are you on
7  any medications that would -- that prevent you from
8  providing your best and most accurate opinions and
9  testimony today?
10      A.  No, I am on no medications right now.
11      Q.  And I'm sorry to ask, this is actually
12  quite routine --
13      A.  Yeah.
14      Q.  -- and I apologize, but I just want to --
15  want to make sure that, both when you are preparing
16  your report and sitting here today, you are -- you
17  believe you are fully capable of providing your
18  best opinions and analysis that you draw in this
19  case?
20      A.  Yes.  I'm just a little tired right now.
21      Q.  Understood.  Okay.  Me too.
22      MR. RAMSEY:  And, you know, I really do
23  think I'm almost done.  Let me take five and caucus
24  with Mr. Uriarte, and I'll make sure -- I'm sure
25  I'm forgetting something that he'll remind me.

**Page 212**

1      MR. KWUN:  Okay.
2      THE VIDEOGRAPHER:  We are off the record
3  at 2:32.
4      (Recess taken.)
5      THE VIDEOGRAPHER:  This marks the
6  beginning of the Disc No. 4, to the deposition of
7  the Dr. Roderic Cattell.  We are now back on the
8  record at 2:39.
9      Q.  (By Mr. Ramsey)  Okay.  Dr. Cattell, back
10  in the -- the mid-2000s, you understand that Sun
11  had a variety of licenses associated with the
12  Java APIs, correct?
13      MR. KWUN:  Objection.  Form.
14      THE DEPONENT:  Yes.
15      Q.  (By Mr. Ramsey)  And some of them were
16  commercial licenses that were specifically negotiated;
17  do you understand that?
18      MR. KWUN:  Objection.  Form.
19      THE DEPONENT:  Yes.
20      Q.  (By Mr. Ramsey)  And you have talked about
21  the specification license a bit associated with the
22  Java API specification today.
23      You understand that license, right?
24      MR. KWUN:  Objection.  Form.
25      THE DEPONENT:  Yes.

**Page 213**

1      Q.  (By Mr. Ramsey)  And you mentioned that at
2  some point along the way there was a -- an open
3  source -- open JDK license that came into being, true?
4      A.  Yes.
5      Q.  Now, you don't -- you haven't examined
6  every one of those licenses to the APIs in
7  producing your opinions; is that true?
8      MR. KWUN:  Objection.  Form.
9      THE DEPONENT:  I have not.
10      Q.  (By Mr. Ramsey)  Okay.  So you've not
11  expressed an opinion whether Google was allowed to copy
12  all of the header lines, all of the declarations, in
13  the 166 APIs in Java in a way that was consistent with
14  these licenses, right?
15      A.  No, I did not base my opinion on those
16  licenses.
17      Q.  Okay.
18      MR. RAMSEY:  I think that's all I have.
19      MR. KWUN:  All right.  I -- I think I
20  just have one or two questions for Dr. Cattell.
21      And just, if you can try to remember that
22  the -- almost just pretend that Mr. Ramsey is
23  asking you these questions --
24      THE DEPONENT:  Okay.
25      MR. KWUN:  -- and that way you can look

54 (Pages 210 - 213)