**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   ORACLE AMERICA, INC.,                          No. C 10-03561 WHA
11              Plaintiff,
12      v.
13   GOOGLE INC.,                                   **ORDER ADVANCING
                                                    DEADLINE FOR GOOGLE'S
14              Defendant.                          OPPOSITION RE RODERIC
                                                    CATTELL**
15   ────────────────────────────────/
16         Google shall please file its opposition to Oracle's motion *in limine* to exclude testimony
17   of Roderic Cattell by TUESDAY, MAY 10 AT NOON.  Any reply shall be due by THURSDAY,
18   MAY 12 AT NOON.
19
20         **IT IS SO ORDERED.**
21
22   Dated:  May 5, 2016.
23                                              _____
                                                WILLIAM ALSUP
24                                              UNITED STATES DISTRICT JUDGE
25
26
27
28