IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **NOTICE AND ORDER RE MODIFICATION TO MALACKOWSKI TESTIMONY** |
| Defendant. | |

    The memorandum opinion regarding Google's motion *in limine* to exclude portions of the testimony of Oracle's damages expert modified the ruling of the final pretrial order (Dkt. No. 1798 at 8–9). It is hereby **ORDERED** that Malackowski's testimony shall be limited as described therein.

**IT IS SO ORDERED.**

Dated: May 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE