IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | No. C 10-03561 WHA<br><br>**NOTICE RE ESTABLISHED FACTS** |

If counsel do not agree to the matters referred to Judge Kim, be aware that as the trial progresses, the Court may (or may not) have the time and feel the need to rule on motions granting some or all of the relief pending before Judge Kim. Counsel should try their cases with awareness of this risk.

Dated: May 6, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE