KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S LIST OF EXPERT WITNESSES**<br><br>Dept.         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

In response to the Court's order (ECF 1812), Google submits the following list of expert witnesses in approximate order.  Google provides a short description of expected testimony, which is not intended to be exhaustive or limit the scope of the experts' testimony in any way.

1. Dr. Rick Cattell is a former Sun employee and Distinguished Engineer, and a preeminent computer scientist whose work focuses on database programming.  Dr. Cattell was disclosed as both a fact witness and an expert witness, and his testimony is based on his professional knowledge and experience.  Dr. Cattell is expected to testify about Application Programming Interfaces ("APIs"), including what APIs are, the importance of APIs and their re-implementations, and industry practices regarding APIs.

2. Mr. Andrew Hall, a practicing attorney and trained computer scientist, is an expert in open source licensing. Mr. Hall is expected to testify regarding different open source licenses, the business models they enable, about "linking" software to functionality in Java libraries, and about the extent to which Google could use the accused declarations/SSO from OpenJDK.

3. Dr. Gregory Leonard is a Ph.D. economist who is expected to offer opinions regarding the first and fourth fair use factors, including the issue of whether Google's use of the declarations/SSO of the 37 Java SE API packages caused harm to the market for Oracle's copyrighted works.  He is also expected to offer opinions rebutting Oracle's claims for disgorgement and lost profits damages resulting from Google's use of copyrighted materials in Android.

4. Dr. Owen Astrachan is Professor of the Practice of Computer Science at Duke University and the computer science department's Director of Undergraduate Studies.  Dr. Astrachan is Google's primary expert on technical issues related to fair use, and he has extensive experience programming in and teaching Java.  He is expected to testify regarding the technical background of the copyrighted work and Android, technical aspects of the accused declarations/SSO and their use by Google, Google's transformation of the declarations/SSO, the amount and substantiality of Google's use of the declarations/SSO, and the effect of Google's use of the declarations/SSO on Sun/Oracle.

5. Dr. Itamar Simonson is a professor of marketing at Stanford, and is expected to present testimony concerning a survey that he conducted of applications developers regarding the reasons that developers choose to write applications for mobile platforms.

Dated: May 6, 2016                                            KEKER & VAN NEST LLP

By:  s/ Robert A. Van Nest
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.