ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE'S RESP. TO ECF NO. 1812 RE: REQUEST FOR EXPLANATORY LIST OF EXPERT WITNESSES** |
| v. | |
| GOOGLE INC., | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

1      Plaintiff Oracle America, Inc. ("Oracle") hereby responds to the Court's request (ECF No.
2  1812) with a list of the expert witnesses it intends to call at trial in approximate order of
3  presentation, along with a brief explanation of the points each expert is expected to make.  The
4  explanation of expected testimony is not exhaustive and is not intended as a limit on the scope of
5  each expert's testimony.

6      **Robert Zeidman.**  Mr. Zeidman is an expert on source code comparison whose testimony
7  relates to factor three, the "amount and substantiality of the portion taken." Mr. Zeidman will
8  present testimony introducing and explaining his analysis of Java and Android source code, and
9  quantifying the number of lines of Java declaring code that Google copied in various versions of
10 Android.

11     **Chris F. Kemerer, PhD.**  Dr. Kemerer is a professor of Information Systems at the
12 University of Pittsburgh Katz School of Business and an adjunct professor of software
13 engineering at Carnegie Mellon University.  Dr. Kemerer will provide expert opinions and
14 analysis regarding the substantiality and importance of the Java APIs and the declaring code at
15 issue to the Java platform and to the Android platform, the business context and history regarding
16 the ways that companies control copying and implementation of APIs, and the business risk and
17 uncertainty posed by the open source license associated with OpenJDK.

18     **Douglas Schmidt, PhD.**  Dr. Schmidt is a professor of computer science at Vanderbilt
19 University who will provide technical expert opinions and analysis relevant to the Java and
20 Android platforms.  Specifically, Dr. Schmidt will offer testimony on the nature and design of
21 APIs including the Java APIs at issue in this case, the relationship between the Java programming
22 language and the Java APIs, the relationship between Android and the Java APIs, compatibility
23 between the Java and Android platforms, the relationship between various Java platforms
24 including Java ME and Java SE, and analysis of the relationship between the Java APIs at issue
25 and software on the phones sold by Android OEMS.

26     **Gwyn Firth Murray.**  Ms. Murray is an open source licensing and industry expert who
27 will provide the jury with background on open source licensing, including its purpose and
28 development, as well as industry practices regarding open source compliance during the relevant

time period.  She may also testify about the industry perception of the meaning and impact of the GPL family of licenses and the risks that Google and its OEMs would face if Google had chosen to use OpenJDK when Android was first developed.

**Adam Jaffe, PhD.**  Professor Jaffe is Director and Senior Fellow at Motu Economics and Public Policy Research, and the Fred C. Hecht Professor in Economics Emeritus at Brandeis University.  Professor Jaffe will offer the opinions, based on his economic analysis, that (1) the purpose and character of Google's use of Oracle's copyrighted works was highly commercial and not transformative; (2) Google's use of Oracle's copyrighted works resulted in significant market harm to the actual and potential markets for the Java platform; and (3) the markets for and value of the Java platform would be further harmed if copying like Google's became widespread.

**James E. Malackowski.**  Mr. Malackowski is a Certified Public Accountant, and is an expert in forensic accounting and business valuation.  Mr. Malackowski will provide expert opinions and analysis concerning the calculation of economic damages and the determination of profit disgorgement.

**Olivier Toubia, PhD.**  Dr. Toubia is a professor of Business at Columbia Business School, and an expert in marketing research and behavioral economics, retained by Oracle to assist it in analyzing the survey Dr. Simonson conducted for Google.  Dr. Toubia will provide opinions explaining that Dr. Simonson's survey failed to reliably measure developers' motivations for developing applications in the relevant time period, is inconsistent with contemporaneous documents and testimony illustrating that historical context, and suffers from methodological flaws that lead to biased results.

Dated: May 6, 2016

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: */s/ Lisa T. Simpson*
Lisa T. Simpson

Counsel for ORACLE AMERICA, INC.