IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE 62 CLASSES AND INTERFACES**

    The Court has reviewed the parties' responses to the order to show cause regarding specific class, interface, and method declarations from 62 classes and interfaces and the structure, sequence, and organization thereof that all agree were technically necessary to copy (Dkt. No. 1765). It is hereby established that copying the declaring code identified by Oracle (TX 5332, Dkt. No. 1794-2) was technically necessary for Google to use the Java language and thus constituted fair use. This is without prejudice to either side's arguments as to fair use of the other elements of the 37 API packages at issue herein, including Google's contention that the declaring code and SSO of additional classes and interfaces in the three core packages identified by the Federal Circuit were also technically necessary to copy. Further, this order does not preclude the parties from offering evidence relating to the declaring code and SSO addressed herein, provided such evidence is consistent with this ruling.

    The parties' experts may update their reports to ensure any proffered testimony complies with this ruling, but only for that purpose. Any updated report shall be served by **THURSDAY, MAY 11 AT NOON**.

    **IT IS SO ORDERED.**

Dated: May 6, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE