# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 5/5/16 | **Time:** 2 hours 38 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Kathy Sullivan | |

**Attorney for Plaintiff:** Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush; Alyssa Caridis

Deborah Miller and Andrew Temkin (in-house counsel)

**Attorney for Defendant:** Michael Kwan; Eugene Paige; Matthias Kamber; Heather Meeker

Renny Kwan (in-house counsel)

## PROCEEDINGS

Pretrial Conference - HELD