Pages 1 - 100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

| | | |
|---|---|---|
| ORACLE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. C 10-3561 WHA |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | San Francisco, California |
| | | Thursday, May 5, 2016 |

### TRANSCRIPT OF PROCEEDINGS

**APPEARANCES**:

**For Plaintiff:**          ORRICK, HERRINGTON & SUTCLIFFE LLP
                            The Orrick Building
                            405 Howard Street
                            San Francisco, California  94105
                    **BY:  ANNETTE L. HURST, ESQUIRE**
                         **GABRIEL M. RAMSEY, ESQUIRE**

(Appearances continued on next page)

Reported By:  Katherine Powell Sullivan, CSR #5812, RMR, CRR
              Pamela A. Batalo, CSR No. 3593, RMR, FCRR
              Official Reporters - U.S. District Court

```
 1   APPEARANCES (CONTINUED):

 2   For Plaintiff:          ORRICK, HERRINGTON & SUTCLIFFE LLP
                             The Orrick Building
 3                           51 West 52nd Street
                             New York, New York 10019
 4                      BY:  PETER A. BICKS, ESQUIRE
                             LISA T. SIMPSON, ESQUIRE
 5                           MATTHEW BUSH, ESQUIRE

 6                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                             777 South Figueroa Street, Suite 3200
 7                           Los Angeles, California  90017-5855
                        BY:  ALYSSA M. CARIDIS, ESQUIRE
 8
     For Defendant:          KEKER & VAN NEST
 9                           633 Battery Street
                             San Francisco, California  94111-1809
10                      BY:  MICHAEL S. KWUN, ESQUIRE
                             MATTHIAS A. KAMBER, ESQUIRE
11                           EUGENE M. PAIGE, ESQUIRE

12                           O'MELVENY & MYERS LLP
                             2765 Sand Hill Road
13                           Menlo Park, California  94025
                        BY:  HEATHER MEEKER, ESQUIRE
14
                             GOOGLE, INC.
15                           1600 Amphitheatre Parkway
                             Mountain View, California  94043
16                      BY:  RENNY HWANG, LITIGATION COUNSEL

17   Also Present:
                             Deborah Miller
18                           Andrew Temkin
                             Oracle America, Inc.
19

20

21

22

23

24

25
```

1    **Thursday - May 5, 2016**                                **9:34 a.m.**

2                    **P R O C E E D I N G S**

3                        **---000---**

4        **THE CLERK:**  Calling civil number 10-3561, Oracle

5    America Inc. versus Google Inc.  The matter is on for a final

6    pretrial conference.

7        Counsel, can you please state your appearances for the

8    record.

9        **MR. BICKS:**  Good morning, Your Honor.  Peter Bicks

10   from Orrick for Oracle.  And I'm happy to introduce my team.

11       **THE COURT:**  Please, go ahead.

12       **MR. BICKS:**  Ms. Hurst you know.

13       **MS. HURST:**  Good morning.

14       **MR. BICKS:**  Ms. Caridis --

15       **MS. CARIDIS:**  Good morning.

16       **MR. BICKS:**  -- who you met before.

17       Gabe Ramsey.

18       **MR. RAMSEY:**  Good morning.

19       And Trudy Harris I've introduced.  She does courtroom

20   technology.

21       And Matt Bush.  He was a younger lawyer who argued the

22   Kearl motion before Your Honor.

23       **MR. BUSH:**  Good morning.

24       **MR. BICKS:**  And Ms. Simpson you know.

25       **MS. SIMPSON:**  Good morning, Your Honor.

1          **MR. BICKS:**  And then Deborah Miller and Andrew Temkin,

2    in-house from Oracle, are here.

3          **THE COURT:**  Okay.  Where is Ms. Ramsey?  Is she here?

4          **MR. BICKS:**  Mr. Ramsey, Gabe.

5          **MR. RAMSEY:**  Right here, sir.

6          **THE COURT:**  Okay.  Good.

7       Over on your side.

8          **MR. KWUN:**  Your Honor, Michael Kwun, of Keker &

9    Van Nest, for Google.

10      With me at counsel table is Matthias Kamber.

11         **MR. KAMBER:**  Good morning.

12         **MR. KWUN:**  Gene Paige, also from Keker & Van Nest.

13         **MR. PAIGE:**  Good morning, Your Honor.

14         **MR. KWUN:**  Heather Meeker of O'Melveny & Myers.  And

15   Renny Hwang, in-house at Google.

16         **THE COURT:**  All right.  So we're here for the

17   questions that I sent out to deal with General Public License

18   Version 2 plus Classpath Exception.  I'm trying to understand

19   this better.  So what I'd like to do is go through these

20   questions one by one, more or less in the order that we have

21   them here.

22      Who's going to speak for each side?

23         **MR. KWUN:**  I will be speaking for Google, Your Honor.

24         **MS. CARIDIS:**  And I will be speaking for Oracle, Your

25   Honor.

1          **THE COURT:**  All right.  Why don't you both come up

2     here. I think it will be easier if we do that.

3          So identify yourselves again.

4          **MS. CARIDIS:**  Alyssa Caridis for Oracle.

5          **THE COURT:**  Caridis.

6          **MS. CARIDIS:**  Caridis, yes.

7          **MR. KWUN:**  And Michael Kwun for Google.

8          **THE COURT:**  K-w-u-n?

9          **MR. KWUN:**  K-w-u-n, yes, Your Honor.

10          **THE COURT:**  First question:  Precisely when and how

11     was the classpath exception first extended by Sun to the 37

12     APIs in question?

13          **MS. CARIDIS:**  Sun released the source code for the

14     Java SE class libraries under GPLv2 with Classpath Exception.

15     And the way that you do this is you release the source code,

16     you publish the source code.

17          And at the top of each source code file is a header that

18     includes the license information.  So that's what conveys to

19     developers and to anyone using the code the license that

20     applies to that code.

21          **THE COURT:**  All right.  Okay.  You said it perfectly

22     right or well, but it went by me too fast.  You said -- what

23     was it, again, SE?  Say it again.

24          **MS. CARIDIS:**  The Java SE class libraries, so the API

25     packages that we're talking about here.

```
 1              THE COURT:  Okay.

 2              MS. CARIDIS:  And it's for -- for Java 6, for JDK 6.

 3    And that was done under the GPLv2 with Classpath Exception.

 4              THE COURT:  I'm sorry, the word 6 got in there.  I

 5    thought JDK was something else.  This is the OpenJDK?

 6              MS. CARIDIS:  Sorry.  This was all OpenJDK.  It was

 7    based on Java Version 6.

 8              THE COURT:  All right.  So this was the May 8, 2007,

 9    was when Java -- sorry, OpenJDK got --

10              MS. CARIDIS:  Released.

11              THE COURT:  -- released.

12        Is that right?  What's your version?

13          MR. KWUN:  I agree with that.  The only additional

14    point I would make is that it was announced that Open JDK would

15    be open sourced in November 2006.  But I agree that the actual

16    release happened in May of 2007.

17              THE COURT:  Okay.  So November '06 was the

18    announcement that it was forthcoming.  And then May 8th was the

19    actual release date?

20          MR. KWUN:  Yes, Your Honor.

21              THE COURT:  And that was for open JDK?

22          MR. KWUN:  Yes, Your Honor.

23          MS. CARIDIS:  Agreed, Your Honor.

24              THE COURT:  Okay.  Good.  Second question:  When and

25    how did GNU do so?
```

1          **MS. CARIDIS:**  So, Your Honor, Oracle's position is

2     that GNU did not have the authority to publish or distribute

3     APIs under different license terms than what Sun was

4     distributing at the time.

5          That being said, GNU released an in-progress

6     implementation of the Java SE class libraries under GPLv2 with

7     Classpath Exception in the beginning of 2002.

8          **THE COURT:**  I want to come back to your point, but

9     let's nail down the date.

10         What do you say?

11         **MR. KWUN:**  I would agree that the wording of the

12    Classpath Exception that currently exists, that that came into

13    existence on January 22nd, 2002.

14         But earlier releases of the GNU Classpath Project,

15    starting in March 15, 2000, included language that is very

16    similar to the Classpath Exception as we now see it.  And prior

17    to March 15, 2000, the GNU Classpath Project was licensed under

18    a different open source license that also had a linking

19    exception.  And that was --

20         **THE COURT:**  Is that for just everything that GNU had

21    on its website?  Or was this specifically for the 37 APIs in

22    question?

23         **MR. KWUN:**  So on -- well, first of all, GNU has a lot

24    of different projects on its website.  So we need to focus on

25    the Classpath Project, which has the class libraries.

1          **THE COURT:**  Just a second.  See, you all know so much.

2     And you're assuming I know, but I don't.

3          So are you telling me that there was a Java-only website

4     at GNU, and that's all it had on that website, on the Classpath

5     Exception, was Java?  That's what I'm trying to get at.  When

6     was Java first put onto Classpath Exception by GNU?

7          **MR. KWUN:**  Yes, Your Honor.  So GNU is an organization

8     that publishes a variety of projects of the Free Software

9     Foundation.

10         In 1998, the Free Software Foundation started the GNU

11    Classpath Project.  The GNU Classpath Project is on the GNU

12    website.  And it has a set of pages that are specifically

13    devoted to GNU Classpath.

14         GNU Classpath is a set of class libraries for Java.  So

15    it's only for Java.  It has nothing to do with any other

16    language.

17         In 1998, they were not yet using the Classpath Exception.

18    They were using something that, at the time, was known as the

19    GNU Library General Public License, which included something

20    that is commonly known in the open source community as a

21    linking exception.

22         And in 1998, when they started the project, they did not

23    have all 37 of the API packages.  They started with a few.

24    Very quickly they had 10 or 12.  But their goal from day one

25    was to implement all of the API packages in Versions 1.1 and

1    1.2 of Java, as it consisted then, and with the goal of

2    updating that as necessary.  So that was 1998.

3        In March of 2000, March 15th of 2000, they changed the

4    license language that's in the files for the classpath

5    libraries that are part of GNU Classpath.  And the change is

6    not identical to the current language, but it's very similar to

7    the Classpath Exception.  So that was March 15, 2000.

8        And then on January 22nd, 2002, they changed that language

9    again.  And the annotation they had when they did that was that

10   it was a license clarification.  And the language got a little

11   longer.  And at that point the language was the same as we

12   currently have for the Classpath Exception.

13           **THE COURT:**  January 22, '02.

14           **MR. KWUN:**  Yes, Your Honor.

15           **THE COURT:**  So that was when the Classpath Exception,

16   as we know it today, or at least as it's worded, got applied to

17   the Java APIs.  Right?  Or not right?

18           **MR. KWUN:**  The Java APIs as implemented by GNU

19   classpath, yes.

20           **THE COURT:**  Did that include all 37 at that point?

21           **MR. KWUN:**  In 2002, I believe they still did not have

22   all 37 of the ones that are at issue here, but they had quite a

23   large number of them.

24       Sometime around 2005, or so, I believe they had all 37.

25           **THE COURT:**  Well, when in 2005?

1          **MR. KWUN:**  I believe by November 2005, at least, they

2   had all 37.

3          **THE COURT:**  You say that.  GNU -- is that the way you

4   say it, GNU?

5          **MR. KWUN:**  They do pronounce it GNU, Your Honor.

6          **THE COURT:**  You said GNU had its own implementations;

7   is that right?

8          **MR. KWUN:**  Yes, Your Honor.

9          **MS. CARIDIS:**  Your Honor, I think it might be more

10  accurate to say that they were working to create their own

11  implementation.  But even to this day, they never completed a

12  full implementation of what they were aiming to do.

13         **THE COURT:**  Okay.  But let's just take one where they

14  actually did complete it.  I assume they must have had some

15  completed back then.  Right?

16         **MS. CARIDIS:**  (Shakes head.)

17         **THE COURT:**  No?

18     You mean they didn't have any method reimplemented?  I

19  don't understand what you're trying to say.

20         **MS. CARIDIS:**  Your Honor, since the inception of the

21  Classpath Project, it was always the Project's goal to create a

22  complete, full implementation of all of the packages in Java

23  Versions 1.1 and 1.2.  And even to this day, that goal has not

24  been completed.  There has not been an official public, Here is

25  a complete implementation release of the Classpath Project.

1            **THE COURT:**  So why -- help me understand.  This is --

2    this is stepping back even further.

3        So why -- why were they -- why didn't they just put it on

4    there like the way you had it, your company had it?  Why did

5    they want to reimplement anything?  What's the point of

6    reimplementing it?  Is it to get around the copyright?  Is that

7    it?  What was -- what was in people's mind at the time as to

8    why you would want to reimplement it?  I've been trying to

9    figure this out.

10       One explanation is they want to avoid copyright

11   infringements even though they didn't know the header lines

12   were copyrightable.  So they figured they would just

13   reimplement.

14       I don't know.  That's one explanation.

15       Another explanation would be that they thought they could

16   do it a better way they could write more efficient code that

17   would be shorter and take less computer time to do the -- get

18   to the same bottom line as the implementing code that Java had.

19       I'm trying to understand.  Why would people be so

20   interested in having this reimplemented?  Let's hear your

21   version.

22            **MS. CARIDIS:**  So, Your Honor, Sun's specification

23   license -- which was available at the time that this all

24   happened, and which is where the GNU Classpath Exception

25   project took the declaring code and the SSO from -- the

1   specification license allows you to reimplement the APIs.  It

2   allows you to take the declaring code and the SSO and write

3   your own implementing code.

4        And, as Your Honor suggested, one reason to do this is

5   because you are attempting to use the libraries in a different

6   environment or a different type of device.  And maybe you think

7   that you can write the implementing code better.

8        Also, if you take the specification license, you have to

9   pass the requirements of the specification license, which

10  include full compatibility and passing the TCK, but you don't

11  have to pay the commercial license fees that you had to pay if

12  you took Sun's implementing code.

13       So taking the specification license -- which the head of

14  GNU Classpath Project recognized that the APIs had a

15  specification license -- allowed you to write your own

16  implementing code while using the copyrighted declaring code

17  and SSO of the API packages.

18       **THE COURT:**  All right.  So did GNU have a

19  specification license?

20       **MS. CARIDIS:**  They never completed the requirements of

21  the specification license.  As I noted, they were always

22  working towards full compatibility, which is -- which is one of

23  the requirements of the specification license.

24       The Sun developers within GNU Classpath Project recognized

25  that there was a specification license and that they needed to

1    abide by it.

2         **THE COURT:**  Did they start out with -- what was step

3    one?

4         Here's what I'm imagining.  Help me on this.  Somebody is

5    sitting around GNU, and they say, Here's a grand idea.  Let's

6    do our own version of Java.  And somebody else says, But we

7    need a specification license.

8         So they get in the car, they drive over to Sun.  They

9    knock on the door and they say, Can we have a specification

10   license?  That's step one.  And then, We'll call you a few

11   months from now, when we've done all the implementing, and then

12   you bring your TCK thing over and we'll pass the test.

13        That's what I'm imagining going on.  I can't tell from the

14   way you describe it.  It almost sounds, from the way you

15   described it, they blew off Sun altogether, they didn't get a

16   license upfront, and just started reimplementing.  I don't

17   know.

18        Tell me what happened there.

19        **MS. CARIDIS:**  Sure.  So the API specifications are

20   published by Sun.  So that includes the declaring code and the

21   SSO.

22        In that publication, whether it be by book or on the

23   website, there is a clear notice that says you are using -- you

24   know, if you use this specification you are doing so pursuant

25   to the specification license.

1          And so in order to reference and use the -- the

2     Sun-published API specifications, it was necessary -- a

3     condition of using those specifications was taking the

4     specification license.

5          So there's no actual signed agreement.

6          **THE COURT:**  Okay.  Thank you.

7          You just helped me understand something that none of you

8     lawyers have ever helped me understand; that you could go buy a

9     book someplace and you could see all of this code right there.

10         **MS. CARIDIS:**  Yes, Your Honor.  There was a clear

11    notice --

12         **THE COURT:**  Okay.  Let's say there's a gigantic, in

13    big bold print, that says, "You can't do this without a

14    license."  Okay.  But no one ever told me that before.

15         Is that the way GNU got it to begin with, they copied it

16    out of a book?

17         **MS. CARIDIS:**  We have evidence that says that is how

18    they were operating.

19         **THE COURT:**  What do you think?  How did GNU get it?

20         **MR. KWUN:**  Your Honor, they did rely on specifications

21    that were published by Sun.  I actually don't believe that

22    there was a specification license that was mandatory, that was

23    published on the website, which is actually where they went.

24         I can't guarantee that none of the developers ever looked

25    at a book.  But the Project published guidelines that they

1    expected the programmers who were contributing code to the

2    Classpath Project to use.

3        I have a copy of the web page at which they set out the

4    guidelines, if you would like a copy.

5            THE COURT:  I didn't -- wait, wait.  What is -- give

6    me the point you're trying to make, again.  You're saying it

7    okay, but --

8            MR. KWUN:  I'll try again.

9            THE COURT:  I'm still back on the book.  Okay.  Say it

10   again.

11           MR. KWUN:  So, Your Honor, when they started the GNU

12   Classpath Project, they created a guide which they called the

13   hacker's guide.  And the hacker's guide -- "hacking" in the

14   programming community is often viewed as a nonpejorative

15   phrase.

16       But the hacker's guide explained why they were creating

17   the Classpath Project, what the reason was, that they wanted to

18   reimplement.  It explained what they should not do to make sure

19   that, in the belief of the Project, they would not run afoul of

20   Sun's IP.

21       And it also said where they could get the specifications

22   from and listed what they call the canonical sources.

23           THE COURT:  The what?

24           MR. KWUN:  The canonical sources --

25           THE COURT:  What is that?

1      **MR. KWUN:**  -- for the specifications.

2      They listed in order the preferred places to find out what

3  the specifications were.  And the --

4      **THE COURT:**  You're dodging the point.  Come on.

5      Was there a website at Sun where you could download the

6  code, API code?  And, if so, did that have the notice saying

7  you have to -- you can only get this via the specification

8  license?

9      **MR. KWUN:**  There was a website.  The sources that they

10  identified for use by the developers included Sun websites.  It

11  included, actually, several Sun websites.  That's the first

12  point.

13      The second point, as far as I can tell from reviewing

14  these pages which no longer exist in their original locations

15  on the Internet, but as far as I can tell by looking at the

16  Internet archives, stored copies of old versions of these Web

17  pages, there was no requirement for you to click through a

18  license to get to it.  I couldn't actually even find the

19  license when I went to the page.

20      But, more importantly, the specification license does not

21  say, By reading this website you are subject to the

22  specification license.

23      It says, We will give you certain IP rights if you do the

24  following.  It's a voluntary license that you can adopt if you

25  want, if you want those IP rights.

1    If you believe you do not need those IP rights, you don't

2    need to agree to the license.  Matter of fact, there is nothing

3    you ever sign to say, I am assuming the obligations of this

4    license.

5        **THE COURT:**  Wait a minute.  You're saying that that's

6    true even today?

7        **MR. KWUN:**  For -- it certainly is true, for example,

8    if you buy the book.  If you buy the book, you don't have to

9    sign anything and send it in.

10       And the specification license that's in the front of the

11   books that I have seen --

12       **THE COURT:**  Let me see the book.  Anybody got the

13   book?

14       **MS. CARIDIS:**  No, Your Honor.

15       **THE COURT:**  All right.  So your view -- so now you're

16   sliding off again.  I asked question number 1, and you slide

17   off to question number 2.

18       Answer my question.  Did the website back then -- what did

19   the website back then say about a license?

20       **MR. KWUN:**  I could not find a license on the website

21   back then.

22       **THE COURT:**  All right.  Okay.  That's a fourth right

23   answer.  You just don't know.  You've looked.  You can't find

24   it.

25       All right.  What did the book say?

1          **MR. KWUN:**  The books that were published back then, in

2     the initial pages where you would normally see a copyright

3     notice and the name of a publisher, they included some

4     boilerplate-looking text.  And that text was similar to

5     portions of the specification license.  It was not the entirety

6     of the specification license.

7          **THE COURT:**  So what if it's boilerplate.  It's English

8     language.  And we've got to go with something.  So what did it

9     say?

10          **MR. KWUN:**  Again, it said that if you wanted to create

11    an independent implementation, Sun would give you certain

12    intellectual property rights if you did certain things.

13       There is nothing in there that says you cannot read this

14    book, you cannot use this book unless you agree to this

15    license.

16          **THE COURT:**  Is that right, Ms. Caridis?

17          **MS. CARIDIS:**  The Java API specifications have always

18    said you have to use it -- you're using this code subject to

19    the specification license.

20       Anybody can read the specification.  But if you are going

21    to copy and reimplement it, the Java specification license says

22    you're allowed to reimplement it if you do these certain

23    things.

24       And, Your Honor, if I can pass up to you an email

25    exchange --

1          THE COURT:  My law clerk will go over and get it.

2          MS. CARIDIS:  -- from the GNU Classpath --

3          THE COURT:  See, you're sliding off too.  You ought to

4    give me -- everybody always resorts to the best email in the

5    other side's file.

6          I would like to see the -- all right.  I see your point.

7    But, see, every time I ask a question you don't have the book

8    here.  You give me somebody -- some pointy-headed bureaucrat on

9    the other side's file who made a mistake, maybe, in the way

10   they worded something.

11         Possibly this is great evidence.  But I would like to see

12   the original sin.

13         Can't you show me what's in the book?

14         MS. CARIDIS:  So, Your Honor, I do not have the book

15   with me.

16         THE COURT:  All right.

17         MS. CARIDIS:  I have a copy of the specification

18   license itself, which you can access to by clicking the --

19         THE COURT:  All right.  That will be useful.  Let me

20   see that.

21         All right.  So what is the most pertinent part of this

22   license?

23         MS. CARIDIS:  Your Honor, excuse me one minute.  Let

24   me get another copy.

25         THE COURT:  Do you have a copy over there, Mr. Kwun,

1    of any of these books?

2           **MR. KWUN:**  I do not.

3           **MS. HURST:**  Your Honor, we are getting one from the

4    office.  And we will have it here, hopefully, in 15 minutes.

5           **THE COURT:**  Great.  Thank you.

6       Do you have back at your office any of the books that will

7    back up what you told me?

8           **MR. KWUN:**  Yes, Your Honor.

9           **THE COURT:**  So you could have one here in 15 minutes

10   too.

11          **MR. KWUN:**  Actually, Your Honor, what I have back at

12   the office is a copy of a book that was marked as an exhibit in

13   a depo.  I suspect -- Oracle marked it as an exhibit.  It might

14   be the very same book that is coming in.

15          **THE COURT:**  Okay.  Go ahead.

16          **MS. CARIDIS:**  So, Your Honor, in Trial Exhibit 610.1,

17   which is Sun Specification License, in the second paragraph

18   starting "Sun also grants," it reads:

19       "Sun also grants you a perpetual nonexclusive worldwide

20   fully-paid-up royalty-free limited license without the right to

21   sublicense under any applicable copyright or patent rights it

22   may have in the specification to create and/or distribute an

23   independent implementation of the specification."

24       So this is Sun's granting to users of the specification

25   the right to create or distribute an independent implementation

1   that meets three criteria that are enumerated following.

2       If your independent implementation does not meet these

3   three criteria, you do not have a right to create and/or

4   distribute an independent implementation.

5           THE COURT:  Okay.  What do you say to that?

6           MR. KWUN:  So, Your Honor, the grant is just that.

7   It's a grant of rights.  It says, If you do these three things,

8   I will give you broad intellectual property rights, whatever is

9   necessary, that I, Sun, have, for you to practice this

10  specification.

11      What it doesn't say is that, I hereby prohibit you from

12  using this material otherwise.  It's merely, If you do not take

13  this license, if you do not comply with these items, the three

14  requirements, then you are not getting that broad grant.  You

15  are not getting the patent rights, for example.  You are not

16  getting trademark rights.  And to the extent there are

17  copyright issues, you're not getting copyright protection

18  either.

19      But nothing in here says your use of this book, your use

20  of this material is conditioned on you agreeing to the

21  following terms.

22          THE COURT:  Well, what about, Ms. Caridis says that if

23  you looked at the specification, the declaring -- maybe I

24  misunderstood.

25      Ms. Caridis, listen to what I'm about to say because I may

1    have misunderstood you.

2        I thought she said that when you look at the lines of code

3    themselves, that there are comments in the margin that say this

4    cannot be used except under the specification license.  Or

5    something like that.

6        Maybe I misunderstood what your point is.  But how close

7    did I get to what you're saying?

8        **MS. CARIDIS:**  Your Honor, the specification -- I'm

9    looking at the website right now that has the Java API

10   specification for Java 5.  And at the bottom it says, "Use is

11   subject to license terms."

12       And the license terms is a hyperlink.  And if you click

13   that hyperlink, you get to TX 610.1.

14       **THE COURT:**  That's the way it is now.  But is that the

15   way it was back then?

16       **MS. CARIDIS:**  I can get the exact language for you,

17   but there was something similar.  And it was in the book, as

18   well, which we will see in a little bit.

19       **THE COURT:**  Okay.  So Mr. --

20       **MR. KWUN:**  Kwun, Your Honor.

21       **THE COURT:**  -- Kwun, is that true?

22       That's exactly opposite of what you were telling me.

23       **MR. KWUN:**  Your Honor, I could not find -- when I went

24   to the archived version from the Internet archive of the

25   specification pages on the Sun website from approximately 1998,

1    I could not find a reference to the specification license.

2         So I do not believe that is correct.

3         **THE COURT:**  All right.  I want to see -- when the book

4    gets here, that will be useful to look at.  All right.  We're

5    going to come back to that.

6         Now we're back to GNU, and I want to summarize in my own

7    words what I understand your respective positions to be.  Okay.

8         Ms. Caridis says that GNU got its hands on the declaring

9    code in SSO.  And the only way they could have done that was by

10   implicitly agreeing to these terms of the specification license

11   even though they didn't sign on the line.

12        And they -- GNU has never complied with the conditions

13   that are laid out here, including the TCK.  So it's just a work

14   in progress that hasn't come to fruition, and they don't have a

15   license, and they are not authorized to give anything away,

16   period.

17        That's your position.

18        **MS. CARIDIS:**  (Nods head.)

19        **THE COURT:**  Your position over there is they didn't

20   need a license.  It was already contributed to the public

21   domain in the way in which it was not caveated or worded or

22   whatever.  And the people at GNU, the people at GNU just forged

23   right ahead and didn't need a license to begin with.  And there

24   was nothing in there.

25        All right.  So now let's come to this email that you gave

1    me.  Right?

2              MS. CARIDIS:  Yes, Your Honor.

3              THE COURT:  Is this from within the GNU people?

4              MS. CARIDIS:  Yes, Your Honor.

5              THE COURT:  All right.  So the GNU -- somebody named

6    David Holmes, in '04, said:

7              "I think you will find that all the Java

8         specifications are protected by a similar license, which

9         basically preserves the namespace usage and requires

10        complete conformance from an implementation.  Even specs

11        that get printed will have a license included in the book.

12        Only third-party books that describe an API will not have

13        such license, but nor are they definitive sources of

14        information on an API specification.  Best get this

15        cleared through FSF legal ASAP."

16        Okay.  What do you say to that?

17             MR. KWUN:  Your Honor, David Holmes was not deposed.

18   He was not identified as a witness.  He has not been subpoenaed

19   by either party.

20        We -- I mean, this is just hearsay.  I don't know what was

21   in David Holmes' mind.  I don't know what his role was.  I

22   don't know any of the foundation.

23             THE COURT:  You don't know anything.  You don't know

24   anything.  But I've got an email in my hands that seems to

25   contradict what you're telling me.

1           **MR. KWUN:**  The other thing is I would like to hand up

2    to the Court the FAQ that Sun published, that it announced that

3    it would be open sourcing Java.

4           **THE COURT:**  Wait.  This is my later -- I'm not going

5    to look at it now.

6           **MR. KWUN:**  Okay.

7           **THE COURT:**  See, you're sliding off.  That's what they

8    always do.

9           **MR. KWUN:**  I am happy to address it --

10          **THE COURT:**  Slide off and they never answer my

11   question.

12       We're going next to:  What in the GPLv2 would have

13   barred/allowed any company from developing and distributing a

14   product generally like Android in the commercial way that

15   Google did for Android?

16       Okay.  Let's -- since you're the one that thinks it

17   allowed it, Mr. Kwun, you tell me, hand up to me a copy of the

18   actual license with highlighted info on it.

19          **MR. KWUN:**  Here's a copy with the highlighting I have

20   just given to Judge Alsup.

21       Just to be clear, the yellow highlighting on this document

22   are highlights I've added.  They are not in the original

23   document.

24          **THE COURT:**  All right.

25          **MR. KWUN:**  This is the GNU General Public License

1    Version 2 with the Classpath Exception.

2         Just to orient Your Honor to how that works, the first few

3    pages, the first --

4              **THE COURT:**  By the way, is this the same one that

5    would have applied to OpenJDK?

6              **MS. CARIDIS:**  Yes, Your Honor.

7              **MR. KWUN:**  Yes, Your Honor.

8              **THE COURT:**  Okay.  Good.  Go ahead.

9              **MR. KWUN:**  First of all, the wording is exactly the

10   same -- other than a reference to Oracle in one spot, the

11   language is the same as published on the Free Software

12   Foundation website.

13        Second of all, this is actually how Oracle publishes it as

14   the license for OpenJDK.  This is from the OpenJDK --

15             **THE COURT:**  Well, it says "OpenJDK" right here.

16             **MR. KWUN:**  Yes.  This is from the OpenJDK website.

17        So the first four-and-a-half pages of this document are

18   the GNU General Public License Version 2.  And starting halfway

19   down page 5 -- actually, two-thirds of the way down page 5, is

20   the Classpath Exception.

21             **THE COURT:**  Page 5?

22             **MR. KWUN:**  Yes.  If you look at the trial exhibit

23   number at the bottom.

24             **THE COURT:**  All right.

25             **MR. KWUN:**  And it's highlighted.  You will see

1    "Classpath Exception to the GPL."

2         **THE COURT:**  All right.

3         **MR. KWUN:**  So if you had stopped right before you got

4    to that line, then you would have the GNU General Public

5    License Version 2.

6         And then here is the exception that has been added.  And

7    this exception is also published by the Free Software

8    Foundation and has been adopted by, first, Sun and now Oracle

9    for purposes of OpenJDK.

10        But it may be useful to start back on page 1, now that we

11   figured out what the two parts of this are, Your Honor.

12        And so, first of all, there's a preamble to the General

13   Public License Version 2.  And you'll see that I've highlighted

14   some text there.  It says, "When we speak of free software we

15   are referring to freedom, not price."  And it says that, "You

16   have the freedom to distribute copies of free software and

17   charge for this service if you wish."

18        So one of the things that was in Your Honor's question was

19   whether or not there was -- or at least I understood it to be

20   asking whether or not there was a problem with the fact that

21   Android is commercial.

22        So the fact that Android is down the line a commercial

23   enterprise is not inconsistent with the license at all.  Matter

24   of fact, the license assumes that you may choose to make

25   commercial use of the free software.

1    The -- if you go down to the bottom of page 1, this is

2    where the terms of the license actually begin after the

3    preamble.  And they have Section 0.  And they refer to -- they

4    define a term called "Program," capital P.  And they say that:

5        "Program below refers to any such program or work," which

6    is to say the Program that is being licensed.  "And a work

7    based on the Program means either the Program or any derivative

8    work under copyright law."

9        And they use this phrase "based on the Program or work

10   based on the Program" several times throughout the license.

11       So if you turn to the next page, and we get to Section 1,

12   Section 1 isn't highlighted simply because it's not as directly

13   important for our purposes.

14       Section 1 talks about your rights if you want to

15   distribute a verbatim copy of the program source code.  So, in

16   other words, you get the source code and you want to just

17   republish it as is.  And it says you can do that.

18       And if you want to do that, you have to make sure that

19   your publication is subject to the same obligations and

20   requirements as they're being imposed on you.  So that's

21   Section 1.

22       Because we're not talking about situations in which

23   somebody is just publishing verbatim copies of code, this is

24   not as directly relevant to us.

25       But I do note here that it says, "You may charge a fee for

the physical act of transferring a copy."  So, again, they note the fact that there might be monetary transactions involved is not inconsistent with the license.

Section 2 is -- and then Section 3 are more interesting for our purposes.

So Section 2 says that, "You can modify your copy of the Program," capital P Program, "or any portion of it, thus forming a work based on the program.  And you can copy and distribute such modifications or work under the terms of Section 1 above, provided that you also meet all of these conditions."  And then it has an (a), (b) and (c).

And all of them obviously must be met.  But, again, for our purposes, Section (b) is probably the most interesting, which it says, "You must cause any work that you distribute or publish, that in whole or part contains or is derived from the Program, or any part thereof, to be licensed as a whole at no charge at all to third parties under the terms of this license."

So, in other words, third parties get a license to your -- to your modified version without having to pay a fee. Although, it's still true that if you want to charge a fee for some other reason, you can do that.  But you have to publish that code somewhere where they can get it for free if they want to.

So then there's a -- after (a), (b) and (c), these

requirements for modified versions of the source code, there
are a couple of -- there are paragraphs actually explaining
this a little more.

     And it notes immediately after section (a), (b) and (c),
that "These requirements" -- so that means (a), (b) and (c) --
"apply to the modified work as a whole."

     So, in other words, you took the program that was
licensed, you modified it.  These terms apply not just to the
original code you were given, but also to any modifications you
make.  Modified work as a whole.

     And there's a description there of what those obligations
mean.  And I'm not going to go into that unless Your Honor has
some questions.  But then in the third paragraph after the
three requirements it says, "In addition."  And it says:

     "In addition, mere aggregation of another work not based
on the Program with the Program or with a work based on the
Program on a volume of storage or distribution medium does not
bring the other work under the scope of this license."

     That's a mouthful, but what that's saying is that if you
distribute -- say, on your server you distribute your modified
version of the license code, and say that's in a file called A,
and on that same server, maybe even in the same directory, you
have another file called B, and B is something you wrote, it's
not based on the Program, it doesn't copy code from the
Program -- it's not a derivative work of the Program is the key

1    thing -- the fact that they are distributed side by side in the

2    same directory is a mere aggregation.

3        So that does not mean that B, which is not a derivative

4    work of A, is subject to requirements (a), (b) and (c).  So

5    that's the mere aggregation clause.

6        And then we have Section 3.  So we had Section 1, which

7    was about distributing verbatim copies of the source code.  We

8    have Section 2, which is about modified versions of the code.

9    And then we have Section 3.

10       And just to call out the Sun text, I gave it a slightly

11   different color.  But I'm just going to read the text from

12   Section 3, which says:

13       "You may copy and distribute the Program or a work based

14   on it under Section 2 in object code or executable form under

15   the terms of Section 1 and 2 above provided that you also do

16   the following."

17       So I'm going to stop there for a moment.  This is talking

18   now not about source code.  Object code or executable form both

19   refer to code that is machine readable.  For Java, that would

20   mean it would be in bytecode.  So it's no longer source code

21   that we're talking about.

22       And for Section 3 it says:

23       "If you are going to distribute code in object code or

24   executable form that either is the Program or is based on the

25   Program" -- which, again, it's defined to mean a derivative

1   work of the Program -- "You must do one of the following."

2        And it has three possible ways that you could satisfy the

3   obligation you have.  I've highlighted one of them, which is

4   Section (a) under Section 3, which is:

5        "Accompany it with a complete corresponding

6   machine-readable source code, which must be distributed under

7   the terms of Section 1 and 2 above on a medium customarily used

8   for software interchange."

9        So what that's saying is if you were going to give someone

10  an executable program -- which could be an app; it could be an

11  application -- you have to also give to them the source code

12  for that program.  And the idea being that then that person can

13  do what they want with the source code.

14       And we know that they can do what they want with that

15  source code because the source code must be distributed under

16  the terms of Section 1 and 2 above.  And Section 1 and 2 both

17  require that your code, when you distribute it, be subject to

18  the same terms and conditions as the original program.  And

19  that means GPLv2.

20       So that's Section 3.  Those are actually the license

21  grants in the GNU General Public License.

22       After that we have Sections 4, 5, 6 and 7, on the next

23  page, that talk about various other conditions/situations in

24  which a license might terminate.  Things like that.  But it's

25  Sections 1, 2 and 3 that are the affirmative grants of a

 1   license.

 2       And then we have -- actually, if you turn on to the next

 3   page, we have Section 8 and 9.  We have a disclaimer of

 4   warranty.  And then it says "Terms and Conditions."  Then there

 5   is some text that says how to apply these terms to your new

 6   programs.

 7       These are not, obviously, part of the terms and

 8   conditions, since it's just said that we have reached the end

 9   of the terms and conditions.  This is basically explaining that

10   if you want to use this license for your own code, how you

11   would go about doing that.

12       Now, that description continues on to page 6, until we

13   finally get to the Classpath Exception.

14       So the Classpath Exception, first of all, there is a

15   paragraph that says certain source code files -- excuse me,

16   "Certain source files distributed by Oracle America and/or its

17   affiliates are subject to the following clarification and

18   special exception to the GPL.

19       And it explains, as Ms. Caridis also explained, that the

20   way that is done is by putting text in the actual source code

21   file, at the top of it.

22       **THE COURT:**  Say that again.

23       **MR. KWUN:**  This is the license that is published on

24   the website.  But the Classpath Exception applies specifically

25   to any OpenJDK file that, within the body of the file itself,

says that the Classpath Exception applies.

So they're providing it to you here, but you have to look at each individual file to know whether the Classpath Exception applies to that file.

As it turns out, the Classpath Exception applies to every source code file in OpenJDK for the class libraries.

But the actual Classpath Exception is then immediately after the certain source files paragraph.  And it has two paragraphs.  And the first paragraph explains why you would need the Classpath Exception.  And it says:

"Linking this library statically or dynamically with other modules is making a combined work based on this library.  Thus, the terms and conditions of the GNU General Public License covers the whole combination."

Go so the "based on this library" is a call back to the definition of Section 0 of the General Public License, which says that a work based on the Program is one that is a derivative work under copyright law.

So what they are saying is if you take this library -- the library is the thing that is being licensed under GPLv2.  So, again, I'm going to call that A.  If you take this library A and you link it statically or dynamically with your own module -- we'll call that B.  So you wrote the code in B, but you link it with A, when you do that act of linking, the act of linking creates a combined work.

1    And, thus, the provisions that say the combined work must

2  be licensed under the terms of Section 1 or Section 2, that's

3  in Section 3 of the GNU General Public License, that would

4  ordinarily kick in.

5    So you would have an obligation, if you distributed your

6  linked combined work, if you distributed that, you would have

7  an obligation to supply people with the source code not just

8  for A, but also for B, which is your code.

9    So that's what it says here.  And then it says, "As a

10 special exception" -- so, in other words, we have this rule

11 about combined works, but now we're going to create an

12 exception.

13   "As a special exception, the copyright holders of this

14 library give you permission to link this library with

15 independent modules to produce an executable, regardless of the

16 license terms of these independent modules, and to copy and

17 distribute the resulting executable under terms of your choice,

18 provided that you also meet for each linked independent module

19 the current terms and conditions of the license of that module.

20 An independent module is a module which is not derived from or

21 based on this library."

22   So what that says is if B, the thing that is linked with

23 A, the licensed code, if B is an independent module -- which

24 we've just been told means it is not derived from or based on

25 A -- the library, if it is an independent module and the

1    license terms for B, which if you are the author of it you

2    choose your own license terms, but the license terms don't say

3    anything about prohibiting you from combining these products

4    together -- that you do not have to license B under the General

5    Public License Version 2.

6        And we know that because it says that you can do this

7    linking regardless of the license terms of these independent

8    modules.

9        So, for example, their independent module B, you could

10   keep it under a completely proprietary license that allows no

11   one to look at the source code for it, other than you.  So

12   that's one possibility.

13       You could also -- and then you would distribute it only in

14   executable or object code form.

15       You could also say, I am going to open source B, my

16   independent module, but I'm not going to use the GNU General

17   Public License Version 2.  I'm going to use a different open

18   source license.

19       For example, you could say, For B I am going to provide

20   everyone with the source code, but I am going to provide it

21   under the Apache Software License Version 2 instead of the GNU

22   General Public License Version 2.

23       So the exception here basically creates a firewall that

24   says once you reach the end -- if the only way you are

25   connecting modules A and B is by linking, you are not going to

1    have a licensing obligation that flows from the GNU General

2    Public License Version 2 for module B.

3            **THE COURT:**  What is linking?

4            **MR. KWUN:**  So linking -- linking is a computer science

5    term.  And it refers to the process of combining two modules in

6    binary form.

7            And there are two types of linking that are generally

8    discussed by computer scientists.  They refer sometimes to

9    dynamic linking and sometimes to static linking.

10           And the static versus dynamic linking refers to when in

11   time the linking is going to happen, when the two binary

12   modules are going to be combined.

13           For static linking you do it ahead of time.  So you

14   have -- you have your compiled code.  So object code for your

15   program.  And let's say it makes use of some subroutines that

16   are in a library.  You have a compiled version of a library.

17           And for static linking what you basically do is you append

18   the two of them together, and then you figure out what the

19   right memory locations are for calling the routines in the

20   library.  And you figure that out all ahead of time.  And then

21   you ship the two of them sort of glued together as a single

22   file typically.

23           So that's static linking.

24           **THE COURT:**  Can you take the -- what you just said was

25   incomprehensible.  Maybe if you drew a cartoon I could

 1   understand it.

 2           **MR. KWUN:**  I don't have a marker.

 3           **THE COURT:**  We have markers somewhere.

 4           **MR. KWUN:**  Thank you.

 5           **THE CLERK:**  Okay.

 6           **THE COURT:**  Give me an example of static linking.

 7           **MR. KWUN:**  So with static linking -- I'm just going to

 8   call this a program.  This is a program that some developer

 9   writes.

10           **THE COURT:**  Is that in source code?

11           **MR. KWUN:**  This is compiled object code.

12           **THE COURT:**  All right.  Somewhere else then it's in

13   source code.  Where would that be?

14           **MR. KWUN:**  Source code would be in a text file

15   somewhere.  You would take your text file and you would run it

16   through a compiler, and it would generate this object code.

17   0100101, whatever.

18       And then this code may rely on subroutines that are in a

19   library.  So we'll say that there is a library.

20           **THE COURT:**  That's the same thing as the APIs.

21           **MR. KWUN:**  The APIs -- it could be a library

22   implementing APIs, yes.

23       If you like we could even, to make life simpler and

24   direct, we could say this is an API library.

25       And, again, this is compiled --

1          **THE COURT:**  But separate.

2          **MR. KWUN:**  -- object code.  And at the moment it's

3     separate.

4          So this is also a bunch of numbers in binary.  And there

5     is also some source code text file that was human readable,

6     that was run through a compiler to generate this object code.

7          So the act of linking -- static linking.  So the act of

8     static linking, you connect these two -- these are in separate

9     files to start with.  So when you link it, you actually connect

10    the two of them.  So now you have them in a single file.

11         And inside this compiled code it refers to subroutines

12    that are in the library.  But it doesn't actually know where

13    they are when -- when you compiled it.  It just says, I'm going

14    to use the max method that is in the library.  So it kind of

15    writes a note to itself in compiled code saying, I'm going to

16    have to figure out where that max subroutine is because I don't

17    know right now.

18         During the act of linking you would resolve those -- those

19    problems.  Those blanks, essentially.  So in here somewhere it

20    says, gee, where is that max routine?  And during the process

21    of linking you would identify where that routine is so that

22    when you use the max routine it knows where to go in the

23    program.

24         And now you have a single file that's been statically

25    linked that resolves all of the symbols between the two in

```
 1   terms of how they interact.

 2        So the advantage to static linking is that you know ahead

 3   of time that everything is working; that this library is what

 4   you think it is; that it doesn't have some weird bug because

 5   it's a different version of the library.  Everything is going

 6   to work just fine because you can test the combined code.

 7   That's very good for the developer.

 8        The disadvantage is if it is a commonly used library and

 9   you have, you know, a hundred programs on your computer that

10   all use this library, if you're engaged with static linking

11   you're going to have a hundred copies of this library on your

12   disk.  And if you're running five of those programs

13   simultaneously, you're taking up memory in your computer with

14   five copies of this library.

15        So static linking is great for resolving problems ahead of

16   time, and being sure that everything is going to work well, and

17   being sure that this code is fully compatible with this version

18   of this library (indicating).  But it introduces the problem of

19   wasted space and -- both on disk and in memory.

20        So --

21             THE COURT:  Wait.

22             MR. KWUN:  Go ahead.

23             THE COURT:  What are you about to go to?

24             MR. KWUN:  I was going to discuss the alternative of

25   dynamic linking.
```

1        **THE COURT:**  Don't go there yet.

2        **MR. KWUN:**  Okay.

3        **THE COURT:**  So how would the Classpath Exception apply

4    to the cartoon you drew for me?

5        **MR. KWUN:**  Well, now it's probably actually useful to

6    talk about -- to answer that question, it's useful to put up

7    here what the source code versions were.

8        So we have a program source code, which is a bunch of

9    human readable text.  Maybe not all humans.  But readable to

10   the programmer.  And we have the library source code, which is

11   also human-readable text.

12       These are in separate files.  So as -- if these are stored

13   on the server as source code, they are merely aggregated.  They

14   have some -- this code, without a doubt, has some text in it

15   that says, oh, by the way, I need to use something in this

16   thing called API library.

17       So it has some references to it.  But just as if I write a

18   paper and I have a citation in footnote 1 that says "See

19   Magna Carta," I am not a derivative work of the Magna Carta.

20   Similarly, the fact this code has some textual references to

21   this file doesn't make these two things derivative work.

22       So these are separate files.  They are combined.  They're

23   combined.  And before you link them, we still just have two

24   separate programs in object code form.

25       But when we link them, we attach them together.  And what

1    the GPL says is, as soon as you did the linking -- as soon as

2    you did the linking where you combined these two files

3    together, you created a combined work based on both the program

4    and on the library.

5        So once they're linked, your linked code is a derivative

6    work of the program.  That's not necessarily a problem because

7    you wrote the program.  But it's also a derivative work of the

8    API library.

9        So if the API library was licensed to you under the GPLv2,

10   without the Classpath Exception, and you want to distribute

11   this linked module, this program, this executable program, you

12   are then going to have to provide people with the source code

13   not just for the API library but also for your program.  So

14   that's without the Classpath Exception.

15       What the Classpath Exception says is, as a special

16   exception, the copyright holders of this library give you

17   permission to link this library with independent modules,

18   that's your program, to produce an executable, that's this, the

19   two of them combined, regardless of the license terms of these

20   independent modules.

21       Regardless of the license terms you apply to your program

22   (indicating).  So you do not have to apply the GPLv2 license to

23   your program.

24       So -- and you can copy and distribute the resulting

25   executable -- that's this, these two things combined

 1   (indicating).  You can copy and distribute the resulting

 2   executable under terms of your choice.

 3        So you don't have to distribute this combination under

 4   GPLv2.  You don't have to comply with the obligations of GPLv2,

 5   provided you also meet for each linked independent module the

 6   terms and conditions of the license of that module.

 7        So if you got this from someone else, and it says, "Every

 8   time you distribute this you need to dance on Main Street,"

 9   well, you're going to have to dance on Main Street before

10   you're allowed to do this.

11        They not asking you to violate the terms.  And they're not

12   trying to suggest to you that you were given any freedom from

13   the terms that apply to this.

14        But if you wrote the program yourself, and you decided the

15   terms and conditions that apply, it's going to be fairly easy

16   for you to comply with your own terms and conditions.

17        That's how the Classpath Exception works with this.

18             **THE COURT:**  All right.  I have a question.

19        **MR. KWUN:**  Yes.

20             **THE COURT:**  See the bottom left red box --

21        **MR. KWUN:**  Yes, Your Honor.

22             **THE COURT:**  -- which is the source code?

23        **MR. KWUN:**  Yes, Your Honor.

24             **THE COURT:**  Let's assume that those were the 37 APIs

25   in question.

1          **MR. KWUN:**  Uh-huh.

2          **THE COURT:**  And let's say you made a modification to

3     that.

4          **MR. KWUN:**  Yes.

5          **THE COURT:**  Then what would happen?

6          **MR. KWUN:**  If you made a modification to this sub

7     source code, the Classpath Exception says nothing about your

8     modifications to this source code.  You would need to release

9     your modifications to this source code under the terms of the

10    GPLv2.

11         So if you modify this code, you are -- and you also

12    distribute the resulting work, you are required to distribute

13    your changes to the source code.  And you are -- some other

14    requirements.  You're required to note that the file has been

15    modified, for example.  But you would still not be required to

16    distribute the source code for the program that links with the

17    library.

18         **THE COURT:**  All right.  Okay.  I want to give

19    Ms. Caridis a chance to critique what you just told me.

20         What do you say?

21         **MS. CARIDIS:**  So, Your Honor, in general, Mr. Kwun's

22    description of static linking I would agree with.  I think he

23    did a good job explaining what static linking is.

24         He made some comments about other parts of the license --

25    for example, the mere aggregation clause -- when he was

1    talking.  And those I would disagree with.

2         And if you would like, Your Honor, I put together a

3    demonstrative showing how this all applies to Android.  And I

4    have cartoons for Your Honor too.

5              THE COURT:  Wait a minute.  Wait a minute.

6         One of the key questions I have for you -- why don't you

7    go over there.  Walk over to the chart.

8         You see on the upper left is the source code for the

9    proprietary program?

10             MS. CARIDIS:  Yes, Your Honor.

11             THE COURT:  Let's call it that.  And let's say that

12   the red is strictly just the 37 APIs and nothing more in source

13   code.

14        But the proprietary source code calls out lines of

15   functions like max, which will be found in the API.  Mr. Kwun

16   told me that that -- that by itself would not require

17   disclosure of the proprietary source code.  So is that -- do

18   you agree with that?

19             MS. CARIDIS:  I don't necessarily agree with that,

20   Your Honor.

21        I think that would require a in-depth look at this

22   specific situation; how this code is being distributed; how the

23   rest of the GPL terms apply; and the meaning of the "mere

24   aggregation" clause, Your Honor.

25             THE COURT:  Let's stick with the aggregation clause.

1      What would be the interpretation of the aggregation clause

2    that would require the proprietary source code to be donated to

3    the public domain?

4        **MS. CARIDIS:**  So, Your Honor, the -- two things.  One

5    is, when you say "public domain" --

6        **THE COURT:**  Give back.

7      I thought the whole point of open source was if you use

8    this code to develop something great, you've got to give it

9    back to the public domain so other people can use it.  I don't

10   know.  Maybe that's too simplistic a view.  But that's what I

11   thought it was trying to get at.

12       **MS. CARIDIS:**  So when you say "public domain," I just

13   want to make clear that there is still a copyright on this

14   code.

15       **THE COURT:**  It would still be under that copyright.

16       **MS. CARIDIS:**  Yes.

17       **THE COURT:**  It would go public subject to that

18   continuing copyright.

19       **MS. CARIDIS:**  Yes.

20     So, Your Honor, back to the "mere aggregation" clause.

21       **THE COURT:**  Yeah.

22       **MS. CARIDIS:**  The Free Software Foundation, who wrote

23   the GPLv2 with Classpath Exception --

24       **THE COURT:**  Yeah.

25       **MS. CARIDIS:**  -- says that an aggregate consists of a

1    number of separate programs.

2        And if you want I could pass this document up to you as

3    I'm reading it so you have it in front of you.

4            **THE COURT:**  Is that what they --

5            **MS. CARIDIS:**  No, Your Honor.  This is a frequently --

6            **THE COURT:**  Different document.

7            **MS. CARIDIS:**  Yes.

8            **THE COURT:**  Let's see that.

9            **MR. KWUN:**  Do you have a copy of that for me?

10           **THE COURT:**  I've got something called, "FAQ about GNU

11   Licenses."

12       This is not back at the time in question.  This is a new

13   document.  Be that as it may, how does this help us?

14           **MS. CARIDIS:**  If you turn to page 18, Your Honor,

15   you'll see a highlighted portion.  And there are page numbers

16   at the very bottom right corner.

17           **THE COURT:**  Yes.  All right.

18           **MS. CARIDIS:**  So this FAQ explains that an aggregate

19   consists of a number of separate programs distributed on the

20   same CD-ROM or other media.

21       So, you know, an example, if you have a copy of Microsoft

22   Word and a copy of Angry Birds and you put them on one CD-ROM,

23   and you distribute that copy, that would be a mere aggregation.

24   There are a number of separate programs.

25       But then the FAQ goes on to discuss, well, what exactly is

meant by two separate programs?  And if you look at the third

paragraph under this answer that starts, "If the modules,"

said, "If the modules are included in the same executable file,

they are definitely combined in one program.  If modules are

designed to run linked together in a shared address space, that

almost surely means combining them into one program."

    **THE COURT:**  Okay.  Now, if they are -- so let's say

this is correct.  How would that apply to the cartoon over

there?

    **MS. CARIDIS:**  So if the program source code that's on

the top-left corner is designed to run linked together in a

shared address space, as -- which is what happens once you link

them and they're formed into one program, that almost surely

means combining them into one program, which means that the

mere aggregation clause would not apply.

    And just to bring this --

    **THE COURT:**  See, I've lost track.  What does it mean

to be aggregated, again?

    **MS. CARIDIS:**  So an aggregate is two totally separate

programs.  Microsoft Word and Angry Birds.  And you put them on

one disk to give to your friend.  And if Angry Birds was

somehow under the GPL, putting that on the same CD-ROM as

Microsoft Word would not taint Microsoft Word with the GPL

requirements.

    **THE COURT:**  So let's see if I have this right.

1          Let's say we were not dealing with the Classpath Exception

2     yet.  We're just with Version 2.  And we had the situation of

3     over there on the board.  And the proprietary program called

4     out and referred to API library functions, methods.

5          So you're saying that the proprietary program would have

6     to be distributed subject to the GPLv2 license?

7          **MS. CARIDIS:**  There is a chance that it would be.

8          And the reason that I say there's a chance, Your Honor, is

9     because the mere aggregation clause is the last paragraph of

10    Section 2 of the GPL.  So we need to analyze everything in

11    Section 2 before we get there.

12         But if we get there and -- and at the time that we're to

13    the mere aggregation clause it appears that the proprietary

14    program would need to be distributed based on the other

15    requirements in Section 2, if the program is designed to run

16    linked together in a shared address space with the API library

17    that's covered under GPL, it would not be a mere aggregation

18    according to the Free Software Foundation.

19         **THE COURT:**  Okay.  I want to give you a chance to go

20    through your other.

21         But what do you say to this last point, the definition

22    from the Free Software Foundation?

23         **MR. KWUN:**  So I think they're talking about something

24    different here in two ways.

25         First of all, on page 8, they're contrasting two

1   situations.  They're talking about linking.  That's what the --

2   if the modules are included in the same executable file or

3   designed to run linked together, that's what it's talking

4   about.  But it's talking about that almost surely means

5   combining them into one program.

6        It means once they're linked, they are one program.  But

7   linking happens only with the compiled code, the object code.

8   So that's the first point, is, I don't think that it's saying

9   the source code is combined into one program.

10       It says two ways to have one program.  One is you put all

11  the code in the same file.  So if you put all the source code

12  in the same file, they're going to say that's one program.  And

13  then the other one they're saying is that if --

14            **THE COURT:**  Is that the way people write programs

15  is -- I thought that they would have just had that library

16  sitting out there as a separate standalone thing, but somehow

17  it was accessible through the source code.

18       Are you suggesting that, no, they somehow cut and paste

19  from the library and stick it into their own proprietary

20  program?

21            **MR. KWUN:**  If you want to use the library as intended,

22  you wouldn't do the cut-and-paste option.  You would do the

23  linking.  That's how libraries are designed.

24       But maybe you look at an open source library and you say,

25  I don't need this whole library.  I only need one subroutine,

1    and I'm only going to call it once.  So instead of attaching

2    the entire library and having the weight of the entire library

3    attached to my program, I'm just going to cut and paste the

4    code into my file.

5         And what they're saying is that if you go that route,

6    where you literally take text from one file, cut it and paste

7    it into your own file, your file then becomes a combined work

8    based on the GPL code, and you are now going to have to open

9    source your code.

10        So you can do that.  That's perfectly fine.  But you are

11   going to have obligations under the GPL that apply to your code

12   because you included them in the same file.

13             **THE COURT:**  All right.

14        I'm going to let Ms. -- I want to keep your chart there

15   handy.

16        But you say you had a presentation to make on the

17   agreement, so let's hear your version.

18             **MS. CARIDIS:**  So, Your Honor, the first page of this

19   demonstrative is just an illustration of the Android stack.

20   And this was -- a representation of this was a trial exhibit in

21   the last trial.  It is from a trial exhibit in this trial.

22        We can see different components of the Android stack.  And

23   for our immediate purposes, in the yellow box in the middle, on

24   the right-hand side is called an Android runtime.  And the blue

25   box within Android runtime core libraries is where the 37

1   packages reside.  And that is where, if Google were to use

2   OpenJDK code in Android, that is where the OpenJDK code would

3   be put.

4        So just to orient ourself within the Android stack --

5            THE COURT:  Okay.  I got it.

6            MS. CARIDIS:  So this presentation walks through the

7   different steps of what would happen if GPL accepts -- sorry,

8   if Google accepts the GPL CE license for the Java APIs.

9        So step one, like I just mentioned, is the Java APIs under

10  GPLv2-CE are incorporated into the Android runtime box.  They

11  are colored orange in this illustration to indicate that they

12  are licensed under the GPLv2-CE.

13       Section 0 -- which Mr. Kwan described before -- of the GPL

14  describes that a program is the code that is being distributed

15  under a license.  So in this example, the Java APIs in OpenJDK

16  are considered the, capital P, Program.

17           THE COURT:  I don't understand.  This is assuming that

18  OpenJDK is used?

19           MS. CARIDIS:  Yes.

20           THE COURT:  All right.  So just a minute.  What does

21  "runtime" mean?

22           MS. CARIDIS:  It is part of the Android stack which

23  includes the virtual machine and the core libraries.  It's a

24  name that Google --

25           THE COURT:  Oh, I see.  All right.

1              So what is that orange -- I know it says "Java APIs," but

2     I thought the Java APIs were already in the core libraries.

3              **MS. CARIDIS:**  So this is representing that we're now

4     putting OpenJDK under the classpath -- GPL with the Classpath

5     Exception libraries into runtime.

6              **THE COURT:**  All right.  Keep going.

7              **MS. CARIDIS:**  Just so we're all on the same page in

8     terms of the language, "the Program," which is defined in

9     section 0 of the GPL, refers to the Java APIs.

10             **THE COURT:**  Okay.

11             **MS. CARIDIS:**  Okay.

12             **THE COURT:**  All right.

13             **MS. CARIDIS:**  So if you turn to the next page, the

14    GPLv2 with Classpath Exception, as Mr. Kwun described, if you

15    modify GPLv2 code, you must -- there are certain conditions

16    that apply.

17             And so Section 2 of the GPL describes what those

18    conditions are.  If you modify and distribute, pardon me.  You

19    can modify and tinker, you know, in your basement, in your home

20    office, and that's fine.  But once you modify and distribute,

21    Section 2 applies.

22             So if you read what happens with Section 2, it says you

23    may modify your copies of the program.  So, again, you may

24    modify the Java APIs, and copy and distribute such

25    modifications provided you also do the following.

1          And subparagraph (b) of Section 2 --

2              THE COURT:  You're reading from the license?

3              MS. CARIDIS:  I'm reading from the license, but I have

4      the exact paragraph language number at the bottom of the page

5      for your reference.

6              THE COURT:  I see.  All right.  Let me read it out

7      loud.  That will help me to understand.

8          "You may modify your copy or copies of the Program..."

9      What does that mean, "Program"?

10             MS. CARIDIS:  Program is the Java APIs, capital P

11     Program.

12             THE COURT:  "... or any portion of it, thus forming a

13     work based on the Program."  All right.  "And copy and

14     distribute such modifications or work under the terms of

15     Section 1 above, provided that you also meet all of these

16     conditions."

17         So this (b) is just talking about the distribute part?

18             MS. CARIDIS:  It's on what exactly you must license if

19     you modify and distribute.

20             THE COURT:  "You must cause any work that you

21     distribute or publish, that in whole or in part contains or is

22     derived from the Program, or any part thereof, to be licensed

23     as a whole at no charge to third parties under the terms of

24     this license."

25         Okay.  So what's the problem with that?

1              **MS. CARIDIS:**  So what this is saying, Your Honor, is

2      if you modify -- if Google were to modify the open JDK Java

3      APIs when it distributes Android, when it distributes the

4      Android source code, which it distributes as a whole -- let me

5      back up.

6          Google directs developers and directs OEMs to download the

7      entirety of the Android stack above the Linux kernel with one

8      click.  It's located in one manifest file in the source code

9      repository of Android.

10         So that is the entire work that in whole -- that Google

11     distributes that, in whole or in part, contains the Program.

12     So the entire Android stack above the Linux kernel.

13             **THE COURT:**  You mean not the red part?

14             **MS. CARIDIS:**  Correct.

15             **THE COURT:**  The green and blue part.

16             **MS. CARIDIS:**  That is correct.

17             **THE COURT:**  All right.  So that gets distributed, so

18     they --

19             **MS. CARIDIS:**  So that gets distributed as a whole.

20         And so under Section 2(b), the whole thing must be

21     licensed as a whole at no charge to all third parties under the

22     terms of this license.

23         This is part of the viral effect of the GPL.  If you

24     distribute your source code, that in whole or in part contains

25     Program, you have to distribute the whole work under the terms

1    of the license.

2             THE COURT:  Okay.  So what's -- let's say you're

3    right.  What's the problem with that?

4             MS. CARIDIS:  So far no problem.

5             THE COURT:  All right.  Okay.

6             MS. CARIDIS:  And because the Classpath Exception

7    comes up an awful lot in this case, the next page answers the

8    question:  Does the Classpath Exception save those other parts

9    of Android as having to be distributed under the GPL license?

10        And the answer is no, because the Classpath Exception, as

11   Mr. Kwun describes, only applies to executables or object code.

12   It does not apply to source code.

13            THE COURT:  So the -- okay.  All right.  So go ahead.

14            MS. CARIDIS:  So we have Section 2(b).  Says you have

15   to distribute the work as a whole under the GPL license.  So

16   when Android -- when Google distributes Android as a whole,

17   those other parts of the Android stack must be distributed

18   under the terms of this license.

19        So where this becomes a problem is with the OEMs, the

20   handset manufacturers.

21            THE COURT:  Is that the next slide?

22            MS. CARIDIS:  Yes.

23            THE COURT:  All right.  Let's hear about that.

24            MS. CARIDIS:  So handset manufacturers -- and this is,

25   you know-- Mr. Rubin describes this.  And this is part of

1   Google's business model.

2       Handset manufacturers modify the Android source code in

3   order to create competing implementations.  In order, you know,

4   for Samsung to have a special version or special flavor of

5   Android that is different from the HTC flavor, different from

6   the Motorola flavor, they modify the code of the Android stack.

7           **THE COURT:**  The source code.

8           **MS. CARIDIS:**  The source code.

9           **THE COURT:**  How do you know it's not executable code?

10          **MS. CARIDIS:**  Because -- because in order to make

11  these modifications, they are making them in source code form.

12          **THE COURT:**  All right.  I'll just take your word for

13  that.

14      Okay.  So you're saying -- let's take Samsung.  Samsung

15  will go into that orange box and modify what they want to do to

16  make it more tailored to their wishes?

17          **MS. CARIDIS:**  Yes, Your Honor.

18      And so the point is, anytime an OEM makes modifications to

19  an orange box -- we established that orange means GPL code --

20  they have to make those modifications public.

21          **THE COURT:**  So that's going to make them unhappy.

22          **MS. CARIDIS:**  Right, Your Honor.

23          **THE COURT:**  If -- at least if the emails were correct.

24          **MS. CARIDIS:**  Well, and it's not only the emails, Your

25  Honor.  Andy Rubin gave an interview to CNET in 2008, where he

1    explained that:

2           "The thing that worries me about GPL is this:  Suppose

3       Samsung wants to build a phone that's different in

4       features and functionality than one from LG.  If

5       everything on the phone was GPL, any applications or user

6       interface enhancements that Samsung did they would have to

7       contribute back."

8       So Mr. --

9           **THE COURT:**  Who said that?

10          **MS. CARIDIS:**  That was Andy Rubin, in an interview

11   given to CNET in 2008.

12          **THE COURT:**  All right.  So you've got one more page.

13   Does Classpath Exception save the OEMs?  And you say no,

14   because it has to be an executable.

15          **MS. CARIDIS:**  I say no for the same reason Mr. Kwun

16   said no a bit ago.

17       And that is because as soon as you modify the library, the

18   Classpath Exception doesn't save you from having to distribute

19   those modifications to the GPL code itself.

20          **THE COURT:**  Well, do we know in real life whether the

21   OEMs actually did modify the API?

22          **MS. CARIDIS:**  Your Honor, our technical expert,

23   Mr. Douglas Schmidt, performed a reverse engineering on a OEM

24   phone.  And not only did the OEM make modifications to the

25   application framework and the hardware abstraction layer, but

1    they also make modifications directly to the APIs, the 37 APIs.

2         **THE COURT:**  The 37 APIs?

3         **MS. CARIDIS:**  Yes, Your Honor.

4         **THE COURT:**  Is that true?

5         **MR. KWUN:**  That is what their expert testified.

6         **THE COURT:**  Do you have an expert to the contrary?

7         **MR. KWUN:**  We don't.  He did not, however, offer any

8    analysis of whether any of those changes to the API packages

9    mattered.

10        And his description of a number of them made it pretty

11   clear they didn't matter.  They were things like, change the

12   time out from 10 seconds to 15 seconds.  In one instance, which

13   he noted in his report -- so this is the sort of thing he

14   found -- it involved deleting code and then putting it back in.

15        **THE COURT:**  Look.  What's your critique of this, what

16   I just heard?

17        The point that I'm getting at, at this set of cartoons, is

18   that OpenJDK is not really going to save Google here because

19   the OEMs are not going to like the GPLv2 even with classpath.

20        **MR. KWUN:**  Your Honor, the disagreement that I have

21   substantially starts on slide 3.  But I just want to make one

22   clarification to slide 2.

23        **THE COURT:**  All right.

24        **MR. KWUN:**  Which is the orange box which is labeled

25   "Java APIs."

1        **THE COURT:**  Yeah.

2        **MR. KWUN:**  So, first of all, Google has around 200 API

3   packages.  And using OpenJDK, they would only use it for 37 of

4   those packages.  So this entire box wouldn't be the Java APIs.

5   That's point number one.

6        Point number two is, it's just for clarity --

7        **THE COURT:**  Would it be Java 37 plus --

8        **MR. KWUN:**  Yes, Your Honor.

9        **THE COURT:**  -- your 170?

10       **MR. KWUN:**  The remainder, yes, Your Honor, it would

11  be.

12       The other clarification is that -- is that what is

13  actually licensed under OpenJDK is the API packages.  And I

14  just want to make that clear that when we think of the

15  packages, we're including not just the declarations but also

16  all of the implementation that comes from Open JDK.

17       That's not -- that's a clarification point.  And it

18  doesn't go to the question of the license, which is really on

19  slide 3.

20       **THE COURT:**  Wait, wait.  So that's a good point.  Let

21  me see if I understand that point.

22       Let's say that the API is modified only in the

23  implementing code but not the declarations or the SSO.  Still,

24  won't the GPL say you have to make that available to the third

25  parties?

1          **MR. KWUN:**  Yes, Your Honor.

2          **THE COURT:**  Then what's your point?

3          **MR. KWUN:**  Mostly I wanted to keep in mind that this

4    is not a specific license for the copyrighted material that's

5    at issue in this case.  It's actually a license for much more.

6       But the license point is really an issue with page 3.

7          **THE COURT:**  All right.

8       Go ahead.  I'm on page 3.  What do you say to that?

9          **MR. KWUN:**  So in page 3, and in conjunction with

10   looking at page 3, slide 3, Your Honor, I'm going to be

11   referring to the GPL license.  And I'm going to be referring to

12   text that's beyond that which is quoted here at the bottom.

13         **THE COURT:**  So show me on -- I've got the license

14   right in front of me.  What page do you want to look at?

15         **MR. KWUN:**  Turning to page 2, we're going to be

16   talking about Section 2, which starts about a third of the way

17   down the page and continues down about three-quarters of the

18   way down the page.

19         **THE COURT:**  Okay.

20         **MR. KWUN:**  Section 2 starts by saying, "You may modify

21   your copy or copies of the Program, or any portion of it, thus

22   forming a work based on the Program."

23      So I'm going to stop right there.

24      What we are talking about here in this example is you

25   would take OpenJDK code -- Google would take OpenJDK code and

1    they would modify the OpenJDK code.  That's Google's copy or

2    copies of the OpenJDK code, the API libraries.  That is what

3    "the Program" here would refer to.

4        They can modify the Program, the API libraries.  They can

5    modify portions of the API libraries.  "Thus forming a work

6    based on the Program."

7        So we take the files that Google downloaded.  They make

8    some changes inside those files.  And they create a work based

9    on the program.

10       Notably, nothing in that clause refers to any code outside

11   of the OpenJDK files.  They're making modifications to those

12   files.  So that's the first point.

13       I'm going to -- then there's the three conditions that

14   must be met in order to copy and distribute the modifications.

15           THE COURT:  Wait.  Says, "You may modify your copy or

16   copies of the Program, or any portion of it, thus forming a

17   work based on the Program," comma.  But then it goes on to say

18   "and copy and distribute such modifications or work under the

19   terms of Section 1 above provided you also meet all of the

20   following."

21           MR. KWUN:  Yes, Your Honor.

22       And so it's saying that you can copy and distribute such

23   modification.  So that is, of course, a reference to the

24   previous use and modification.  That's the modifications that

25   Google made to the OpenJDK files.

1    And Google can copy and distribute its modified OpenJDK

2    files or work.  And the work -- the only work that has been

3    mentioned in that sentence before the use of "or work" is

4    "forming a work based on the Program."  That's the modified

5    version of the OpenJDK files.

6    So Google can distribute, I suppose, just its

7    modifications.  I made the following modifications and -- and

8    I'm going to leave you the original file.  And here's the

9    modifications.  You can put those two together.  It could do

10   that.  Or it could distribute the work, which is to say the

11   actually modified OpenJDK files.

12   It can do either of those things under the terms of

13   Section 1 above -- in other words, it would have to release

14   those changes with the modified OpenJDK files under the GPLv2

15   license -- provided that Google also meets all of the following

16   conditions, (a), (b) and (c).

17   And (a) is certain notice requirements.  And those are not

18   really at issue here.  (c) is also a notice requirement,

19   publishing notice of the fact that this was based on this code.

20   Also not at issue here.

21   And Ms. Caridis is really focusing on Section (b).

22   Obviously, Google has to comply with (b).  But before we get

23   there, after the three conditions, (a), (b) and (c), and the

24   license, it says "These requirements" -- that's referring to

25   (a), (b) and (c).  "These requirements apply to the modified

1   work as a whole."

2        So "modified work as a whole," we have at the beginning of

3   Section 2, it tells us what the modified work is.  The modified

4   work is the modified OpenJDK files.  So it's saying these

5   requirements, (a), (b) and (c), apply to the modified work as a

6   whole.  OpenJDK files.

7        Again, there is no reference to anything outside the

8   OpenJDK files.  And so B says, "You must cause any work that

9   you distribute or publish, that contains or is derived from the

10  Program or any part thereof, to be licensed as a whole at no

11  charge to all third parties under the terms of this license."

12       Since we know that that requirement applies to the

13  modified work as a whole, and we know the modified work as a

14  whole is the modified OpenJDK file, what Section (b) is saying

15  is that if Google modifies the OpenJDK files, it must release

16  its modified version of those files under the GPLv2 license.

17       And, indeed, Google has done that.  That's what Google did

18  in December, when it released the OpenJDK code on the open

19  source servers for the Android Project.

20       So that's Section 2.  There's nothing in here that talks

21  about files that are distributed alongside the modified OpenJDK

22  files.

23       And, as a matter of fact -- and we have discussed this, so

24  I won't go in the same length.  But we have a clause at the end

25  of Section 2 that tells us that, "Mere aggregation of another

work not based on the Program, with the Program does not bring the other work under the scope of this license."

And if you had a source code file -- if having a source code file that linked -- that once compiled was going to be linked with the API libraries, if that created GPL obligations for the program that gets linked, the source code for the program that gets linked, that would mean every Java programmer who creates a program for use with OpenJDK would be required to open source their program.

And the very point of adopting the Classpath Exception, as Oracle then Sun witnesses will testify, was to avoid that outcome, to make sure that programmers were not going to be required to open source their Java programs merely because they linked with the OpenJDK files.

So it's Section 3 that tells you what happens when you combine these things in binary form.  That is the point at which you actually combine them into one work.

And the source code that Google distributes on the Android Open Source Project's servers is designed to be compiled, linked together, and turned into an executable image for a phone.  That was undoubtedly what it is designed to do.

So you download that source code.  But what you are downloading is thousands upon thousands of different files. Each of them are independent modules.  And, yes, they are designed to work together.  But they don't work together until

1  you compile them and link them.  And when you link them, then

2  you have created object code or executable form that is

3  subject, potentially, to Section 3 of GPLv2.

4       THE COURT:  Now I'm so confused.  I'm sorry.

5       Which is the section in this GPL that causes you to have

6  to give it back to the public domain?

7       MR. KWUN:  That causes you to have to give your

8  changes back?

9       THE COURT:  I thought that was your whole point on

10  number 2.  And I couldn't find that.  Go back over this again.

11      MR. KWUN:  So Section 2, to the extent it applies to

12  something, it says at the end of (b) that -- that "you must

13  license your modified version at no charge to all parties under

14  the terms of this license."

15      So what that means is that if you modified the OpenJDK

16  files, if Google modifies the OpenJDK files, it must provide

17  them under the terms of this license.  And the terms of this

18  license say that they have to make the source code available to

19  anyone, and they have to make that available for free.

20      THE COURT:  All right.

21      MR. KWUN:  That was what some people would refer to as

22  the viral effect.

23      THE COURT:  Why doesn't that hurt Google?

24      MR. KWUN:  It doesn't hurt Google because --

25      THE COURT:  How do you get around it?

1          **MR. KWUN:**  We don't get around it.  We comply with it.

2     The way we comply with it is we release -- for Section 2,

3  what we are required to do is to release the OpenJDK files that

4  we have modified under the terms of the GPLv2 license, or the

5  GPLv2 license with the Classpath Exception.  And that is what

6  we do.

7          **THE COURT:**  How did you do that?

8          **MR. KWUN:**  We put them on a server.  And they have a

9  license text in there that says that you can -- you can take

10  these files and do what you will with them, as long as you

11  apply these terms to them.

12     So we have this exact license text in them.  And, indeed,

13  after the terms and conditions of the license, in this very

14  document it explains to you how you can apply this license to

15  your own text.  But we did everything that we were supposed to

16  do under the terms of this license.

17          **THE COURT:**  Well, but -- all right.  Stop for a

18  second.

19          **MR. KWUN:**  I can explain why it doesn't affect the

20  handset manufacturers.

21          **THE COURT:**  Wait.

22          **MR. KWUN:**  Yeah.

23          **THE COURT:**  Wait.

24     Ms. Caridis says that the OEMs are also changing the APIs

25  in source code form, and that this very provision would require

1    them to make it public.

2         **MR. KWUN:**  They would be required to make the changes

3    that they make to the 37 API packages.  Those changes they

4    would be required to make public.  That is true.

5         They would not be required to make public, for example,

6    other programs that they write, that merely link with those 37

7    packages.

8         So, for example, if they have a different user interface,

9    that's code that is written, they don't have to change the

10   library itself.  They change other code in other files.  And

11   maybe they make use of the max function to help them calculate

12   the numbers they need for the user interface.

13        Or more common these days, they may say, I have a better

14   camera than our competitors.  And my camera, with its new

15   features, has these additional -- has this special camera

16   application that we've written.

17        So when you get, say, a Samsung phone, there might be an

18   application on it called "Samsung Camera."  And when you click

19   on that, it will execute a program that can do special camera

20   things that you can't do, say, on an HTC phone.

21        That program would link with the 37 libraries.  But the

22   Classpath Exception would say you do not need to distribute the

23   source code for your camera application.  So Samsung can keep

24   its whizbang camera application entirely proprietary.

25        **THE COURT:**  We're running out of time, but I want to

1    give you a moment to respond.

2         **MS. CARIDIS:**  So I'm not sure I understood everything

3    that Mr. Kwun was just saying.

4         But just to bring it back to the language of the license

5    itself, Section 2(b) says, "You must cause any work that you

6    distribute that in whole or in part contains the Program to be

7    licensed as a whole."

8         Google's open source licensing expert agrees -- let me

9    just read the question and answer for you:

10        "You would agree that the Android source code

11        distribution available from Google today" -- this was in

12        February, so this was after the OpenJDK publication.

13        "You would agree that the Android source code

14        distribution available from Google today in part contains

15        OpenJDK-based libraries?

16        **"A.**  I would say that the OpenJDK libraries are one of the

17        many things, many different packages, many different works

18        included in the Android source code distribution."

19        So the text of paragraph 2(b) is absolutely fulfilled by

20   Android's source code distribution.  They are -- they must

21   cause any work that they distribute, that in whole or in part

22   contains the Program, to be licensed as a whole under the terms

23   of this license.

24        You know, Google can make arguments about what these

25   things could have/should have meant, but this language is

1   pretty clear.

2            THE COURT:  All right.  So is that the -- is 2(b) the

3   viral effect?

4            MS. CARIDIS:  Yes, Your Honor.

5            THE COURT:  And then 3(a), is that also viral but at

6   the executable level?

7            MS. CARIDIS:  That's a fair way of describing it, Your

8   Honor.

9            THE COURT:  All right.  But then that part got

10  suspended by the exception?

11           MS. CARIDIS:  Depending on how we got to 3, it could

12  be suspended by the exception.

13           THE COURT:  All right.  Now I want to go back to my

14  list.  I think we've answered 3 as good as we're going to get

15  today.

16       Number 4, "copyleft."  What does "copyleft" mean?

17           MR. KWUN:  Your Honor, I have an exhibit I can hand

18  up, but I think it's going to be helpful on this.

19           THE COURT:  All right.

20           MR. KWUN:  This is -- so "copyleft" is a term that was

21  created by the Free Software Foundation, who is the author of

22  the Classpath Exception, the author of the GNU licenses, and

23  it's the author of GNU Classpath.  And they came up with the

24  term "copyleft."  This is their explanation of "copyleft."

25       And I've highlighted some parts on here to make this go a

1  little faster.  But the goal of it is to make programs free and

2  to make sure that the extended versions of a program are also

3  free.  That's what it says at the top.

4      And it says, "To copyleft a program, we state that it is

5  copyrighted and then we add distribution terms."  And the

6  distribution terms include what some people refer to as this

7  viral effect.  But what the Free Software Foundation refers to

8  as a copyleft --

9          **THE COURT:**  I got it now.  I got the whole concept.

10 It's just a play on words.  I see what they're getting at.  All

11 right.

12     Okay.  I think I know the answer to this, but number 5,

13 Does TCK apply to OpenJDK?  The answer is no.

14         **MS. CARIDIS:**  Your Honor, so the TCK is not a

15 requirement of OpenJDK.

16     But the same day that OpenJDK was released, it was

17 announced that users of OpenJDK could obtain a TCK license if

18 they wanted to establish compatibility with the Java platform.

19 It's not a requirement, but it's something you can and that

20 many people have.

21         **THE COURT:**  It's optional.

22         **MS. CARIDIS:**  Yes, optional.

23         **THE COURT:**  Okay.  All right.  So we've already done

24 6.

25     Okay.  What was the advantage -- number 7, What was the

1    advantage of the Apache license?  Now, look, I understand that

2    Apache didn't have a -- I don't know what kind of license they

3    had from Sun, but I'm talking about the Apache-Google license.

4    What was the advantage of that over GPLv2 plus Classpath

5    Exception?

6          You get to answer that first.

7          **MR. KWUN:**  Your Honor, there are different types of

8    open source licenses.  There are some that have the copyleft

9    effect that we just discussed, and there are some that do not.

10   Those are often referred to as permissive licenses.

11         The Apache Software License is a permissive open source

12   license.  What that means is that when Google releases code

13   under the Apache license, the -- it makes the code available

14   for anyone.  It does not impose a requirement on its licensees

15   that if they modify that code they must make their

16   modifications public.

17         So whether you view that as an advantage or not depends on

18   your perspective.  But Google wanted to enable innovation

19   without tying people up with these sorts of requirements.

20         And they published a page on why they chose the Apache

21   Software License, in which they noted that they had their own

22   reasons, because they wanted to avoid putting too many

23   restrictions on people for adopting this license.

24         And they said these aren't criticisms of LGPL -- that's

25   the library or Lesser General Public License -- or other

1   licenses.  And they say they're passionate about this topic and

2   they love all free and open source licenses, and respect

3   others' opinions and preferences.  "We've simply decided that

4   ASL 2.0" -- that's the Apache Software License --

5          THE COURT:  You keep acting like the Apache license is

6   some sort of legitimate open source license.  But I thought the

7   GPL was the only legitimate one.

8          MR. KWUN:  No, there's many different open sources --

9          THE COURT:  Wasn't Apache some kind of -- they just

10  surreptitiously went and got the code.  That's what Oracle has

11  sort of convinced me of.

12         MR. KWUN:  I would disagree.

13         THE COURT:  What is your story on that?

14         MR. KWUN:  Apache is just another nonprofit that

15  creates open source products.  A substantial percentage of the

16  web servers run on Apache software.

17         THE COURT:  Wasn't Sun sending them letters to cease

18  and desist, telling them they didn't have a license?

19         MR. KWUN:  They had a dispute over the fact Apache

20  thought if they were going to release this software the thing

21  that would make it the most useful is if people could look at

22  it and say that is a Java-branded implementation.  It's been

23  certified as being 100 percent compatible with the TCK.

24      And to do that, they needed to get a TCK license.  That

25  was part of their goal, was to assure people that they have a

1   100 percent compatible implementation with the TCK license --

2         **THE COURT:**  Did that ever happen?

3         **MR. KWUN:**  They weren't able to do it because they

4   couldn't get the TCK license.

5         **THE COURT:**  Why not?

6         **MR. KWUN:**  Why?  Because the TCK license would have

7   required them to impose a limitation on their licensees that

8   the code could not be used for mobile purposes.  And that is

9   fundamentally at odds with open source software.

10         **THE COURT:**  Okay.  I want to see if I got this point.

11   I'm going to tell you what I think you're saying is the Apache

12   story.  But I don't know.  I'm asking.

13      So Apache nonprofit, they're sitting around the table.

14   They say, Let's come up with our own version of Java.  And we

15   will license it to anybody who wants to use it.  And they don't

16   have to give back the source code to the open source community.

17   So far right?

18         **MR. KWUN:**  Correct.

19         **THE COURT:**  All right.  So in order to get the -- in

20   order to get to first base, though, they've got to have the

21   code, the Java code.  So they can get in the car and drive over

22   there, knock on the door and say, "Give us a disk," in which

23   case Sun will say, "Sign the license."

24      Oracle's view is they can't get that code without

25   submitting to the specification license.

```
 1           This is now back to the book and all that.  Do we have the
 2   book yet?
 3           MS. CARIDIS:  Yes, Your Honor.
 4           THE COURT:  Hang on.  I want to come to the book.  But
 5   let me finish the story.
 6       So then they -- they realize, here they are in the middle
 7   of -- they realize they have two problems.  They've got to pass
 8   the TCK, and they've got to live with the GPL.  They don't want
 9   to live with the GPL because of the viral thing.  But they
10   haven't even gotten the TCK yet.
11       So then they go to Sun and say, We want to pass the TCK.
12   And then Sun says, Fine.  Come on.  Here's the test.  But for
13   the first time in history we're going to limit you to desktop.
14       But -- this is the part I'm asking you about.  The reason
15   Sun did that -- I'm suspecting; I don't know -- is they were
16   willing to give up on the -- let anybody have it on -- give up
17   on the viral thing and allow for an exception to the GPL,
18   provided all of that was just limited to desktop.
19       I don't know.  I'm going to ask you both how close that is
20   to the truth.
21       All right.  How close is that to the truth?
22           MR. KWUN:  There are some parts of that that are
23   correct.  But there's some parts that the timeline doesn't
24   quite work out.
25           THE COURT:  Tell me your version.
```

1              **MR. KWUN:**  The Apache Harmony Project started before

2    Sun open sourced Java.  And at the time they didn't take any

3    code from -- from the open source version of Java because there

4    was no open source version of Java.  They wrote their own

5    implementations.  They did much like GNU did.

6              **THE COURT:**  I thought GNU was working on one too.

7              **MR. KWUN:**  They were.  They were.

8         So it's often true in the open source community that

9    there's more than one organization that is implementing an open

10   source version of the product.

11             There was, for example, multiple open source Java VMs.

12   But for the class libraries of the Apache Harmony Project --

13   Harmony being a project of the Apache Foundation.  The Apache

14   Harmony Project was something they created and started before

15   there was the open source version of OpenJDK.  So they didn't

16   reject the GPL license of OpenJDK because there was no GPL

17   license for OpenJDK.

18        What they did was, much like GNU, they were under the

19   impression that they could use the declarations and create

20   their own implementations, and that that would be free and

21   clear of any copyright concerns.

22        They both did this in the open.  If they thought this was

23   illegal, that would have been a very strange thing to do.

24        But they relied on specifications.  They developed their

25   own implementations.  And then they wanted to be able to tell

1   the world that, Our implementation is now done, and you can

2   count on it being a complete implementation of J2SE, Java 2

3   Standard Edition, because we have passed the TCK.

4        At that point, they needed to negotiate over a TCK

5   license.  Because without the TCK license, they were not

6   allowed to apply the Java brand and to certify that their

7   product met the compatibility standards that were designed by

8   Sun.

9        And that is when we have the whole gefuffle over whether

10  or not they were licensed under the TCK, and whether or not

11  that license would include --

12       **THE COURT:**  Did Sun, at that point, know that Apache

13  planned to do something other than the GPL?

14       **MR. KWUN:**  At that point, yes, Your Honor.  It had

15  been -- as soon as they started developing the code, they made

16  it available to the public under the terms of the Apache

17  Software License.

18       **THE COURT:**  Wait a minute.  Apache developed the

19  implementing code, but started releasing it without the benefit

20  of the TCK?

21       **MR. KWUN:**  Yes, Your Honor.  They just did not say

22  until -- at that point, that they had passed the TCK.

23       And, actually, Your Honor, at the time that Sun announced

24  that it would be open sourcing OpenJDK, in the Frequently Asked

25  Questions they placed on their website thread a question that

said, "Have you been engaging with the nonSun Java SE platform

communities such as Apache Harmony, GNU Classpath, and Kafe?"

Kafe with a K, which was, I believe, a Java VM open source.

     And they said that, "The Java developer ecosystem has a

lot of very smart, experienced, community-savvy people who are

passionate about the platform and eager to help contact with

these communities."

     And there was a second question that said, "Are you

planning to work with these communities directly?"  And Sun's

answer was, "The Java ecosystem can support multiple

implementations.  Choice in differentiation keeps both

commercial and open source implementations on their toes.  And

we're not expecting any of the existing open source Java SE or

Java ME implementation communities to close up shop now that

the JDK and Java implementations have been open sourced."

          **THE COURT:**  Wait a minute.

          **MR. KWUN:**  One more sentence.  "It wouldn't be good

for Java technology if they did."

     This was long after Harmony was available to the public

under the Apache license.

          **THE COURT:**  All right.  Hang on one second.

     Ms. Caridis, here's -- answer this question:  Why did

Sun -- see, Sun had the specification license.  So when Apache

goes and knocks on the door and says, We want this

specification license, and we want the TCK, we want to be able

```
 1    to say that we're compatible, never before in the history of
 2    mankind had Sun said, oh, well, that's only limited, now, to
 3    desktop.  But now, for the first time, they impose a new
 4    condition called "limited to desktop."
 5         So how did Oracle -- why did Oracle think it had the
 6    right, after Apache had relied on the specification license, to
 7    now suddenly say it's restricted?
 8         So how do you answer -- maybe I misunderstand the whole
 9    thing totally.
10         What do you say to that?
11            MS. CARIDIS:  So, Your Honor, I don't believe there is
12    any evidence that this was the first time that Sun attempted to
13    place a field-of-use restriction on the TCK.
14         So I think the general premise of the question that this
15    is the first time --
16            THE COURT:  Did the written document -- did the
17    specification license call out specifically Sun reserves the
18    right to do that?
19            MS. CARIDIS:  The specification license does not say
20    that, Your Honor.  The specification license merely requires
21    that an independent implementation must pass the TCK.
22            THE COURT:  It's an interesting problem.  If you think
23    about it just from the point of view of Apache for a moment --
24    and I'm assuming they are not a bunch of crooks, and they are
25    legit, and here they are, they've been relying on the
```

1   specification license all these years, finally they get ready

2   to go public, and they want the TCK, and Sun says, no, too

3   late, too bad, we'll give you the TCK, but only if you agree to

4   a field-of-use restriction.  So that's kind of like bait and

5   switch and pulling the rug out.  Maybe.

6       See, I don't know the whole -- I'm just telling you, it

7   kind of feels that way.  So even if Sun had done it before, the

8   specification license should have said, We reserve the right to

9   put on a field-of-use restriction.

10          **MS. SIMPSON:**  Your Honor, may I just address that?

11          **THE COURT:**  Yes, of course.

12          **MS. SIMPSON:**  I believe we discussed this at length

13  before, so not to retread.

14          **THE COURT:**  I don't remember it if we did.  Go ahead.

15          **MS. SIMPSON:**  So Apache took the specification

16  license.  They went and attempted to implement their code.

17  They did come back and ask for the TCK.  The TCK was an

18  existing document that contained a field-of-use restriction.

19          **THE COURT:**  Already?

20          **MS. SIMPSON:**  It was not added just because of Apache.

21          **THE COURT:**  You mean all TCKs had a field-of-use

22  restriction?

23          **MS. SIMPSON:**  It did have that field-of-use

24  restriction, correct, Your Honor.

25          **THE COURT:**  Already.  So Apache would have known that

1    going in?

2          MS. SIMPSON:  They should have.

3      That is why, I believe, Your Honor, it became such a big

4    conflict from the community, because everyone knew the TCK had

5    those field-of-use restrictions.  And this was going to be an

6    exception to that.

7          THE COURT:  Okay.  Is that your view of it too?

8          MR. KWUN:  No, Your Honor.

9      To find out what the terms of the TCK license were, you

10   had to go to Sun.  They did not publish the terms of the TCK

11   license.

12     If you try to find the TCK license -- you can now find the

13   JCK, which is the open source version for OpenJDK.  Actually,

14   I'm not even sure you can fin a true, actual JCK license, but

15   you can find information about it.

16     But the actual license was not available to Apache until

17   they started negotiating for it.

18         THE COURT:  All right.  Number 8:  How far along the

19   development timeline was Google when the 37 APIs became

20   available under the GPL Classpath Exception?

21     What's the answer to that?

22         MR. KWUN:  Your Honor, when you say when the 37 APIs

23   became available under GPLv2 plus Classpath Exception --

24         THE COURT:  It's probably going to be OpenJDK.

25         MR. KWUN:  Yeah.

1        **THE COURT:**  Let's just say OpenJDK.

2        **MR. KWUN:**  OpenJDK was released on May 8, 2007.  At

3   that point, Google had already retained an outside contractor,

4   Noser, with a statement of work that was formally entered into

5   in April of 2007.

6        **THE COURT:**  Can I ask you about the Noser part?

7        **MR. KWUN:**  Yes.

8        **THE COURT:**  I thought you've been telling me all this

9   time that you got the reimplemented APIs from Apache Harmony.

10  But now you're telling me Noser did it somehow.

11       So how much did Apache do and how much did Noser do?

12       **MR. KWUN:**  Noser was allowed to use any of several

13  strategies under the Statement of Work which was the agreement

14  with Google.  They could write code from scratch.  They could

15  use an approved open source implementation.  Or they could use

16  code from Google, that Google supplied.

17       So the second of those options allowed them to use Apache

18  Harmony.  And they did use Apache Harmony code for much of

19  their work.

20       So there was not a direct -- Google did not go knock on

21  Apache's door and say, "We're working on this thing called

22  Android, and we'd like to negotiate with you over a license,"

23  because Apache Harmony is an open source project, freely

24  available to anyone under terms of conspicuously placed notices

25  and licenses.  So anyone can go to the Apache Harmony site and

1  get that code themselves.  And all they have to do is agree to

2  follow the terms of the license that is published there.

3      So we hired -- Google hired Noser to help them with

4  getting many of the core libraries up to speed quickly, and

5  told them that they could write code from scratch, they could

6  use code from approved open source projects such as Apache

7  Harmony, or they could use code supplied by Google.

8          **THE COURT:**  All right.  So that was a month before?

9          **MR. KWUN:**  Yeah.  Discussions started with Noser

10  before that, but the actual agreement was executed in April of

11  2007.

12      You'll remember that by-- I'll remind you that by the fall

13  of 2007, Google had released its first version of Android, the

14  Android code.

15          **THE COURT:**  All right.  Enough on that.

16      Do you more or less agree with what I just heard on the

17  timeline?

18          **MS. CARIDIS:**  Sure.

19      Just to be a little bit more precise, the Noser agreement

20  was signed on April 19th, 2007.  And OpenJDK was released on

21  May 8th, 2007.

22          **THE COURT:**  About three weeks difference.

23          **MS. CARIDIS:**  Three weeks, right.

24      And Mr. Kwun referenced that Noser was allowed to use

25  approved open source projects.

1      So Your Honor knows, Noser asked Google, hey, can we use

2   the Classpath Project?  And Google responded with, no,

3   incompatible license.

4          **THE COURT:**  Okay.  I keep forgetting to come back to

5   the book.  Let's see the book.

6          **MS. CARIDIS:**  Sure.  So, Your Honor, this is the first

7   volume of the Java API specification.  I'm going to hand you up

8   the one copy.

9          **THE COURT:**  Show counsel first.

10         **MR. KWUN:**  This was also admitted as a trial exhibit

11  in the first trial.

12         **THE COURT:**  All right.  I'm looking at Gosling, Yellin

13  Java Team, Java Application Programming Interface, Volume 1:

14  Core Packages.

15     All right.  What page do I look at?

16         **MS. CARIDIS:**  So the flagged, the page with the orange

17  tab on it.

18         **THE COURT:**  Not far in there is a page with copyright

19  info.  "Restricted Rights."

20     All right.  So I'll read out loud.  Looks like you marked

21  a paragraph.

22     "Sun Microsystems Inc. hereby grants to you a fully paid

23  nonexclusive nontransferable perpetual worldwide limited

24  license without the right to sublicense under Sun's

25  intellectual property rights that are essential to practice

this specification.  This license allows and is limited to the

creation and distribution of clean-room implementations of this

specification that, 1, are complete implementations of the

specification, 2, pass all the test suites relating to the

specification that are available from Sun, 3, do not derive

from Sun's source code or binary materials, and, 4, do not

include any Sun binary materials without appropriate and

separate license from Sun."

       Okay.  What do you say to that on the Google's side?

       **MR. KWUN:**  Two things, Your Honor.  First of all, this

is a grant of a license.  It is not imposing anything on you

unless you want that license.  So if you feel you don't need

that license, none of this matters.

       This is saying they will give you something.  Not they

won't impose a requirement.  They will give you something if

you agree to certain terms.  If you don't want to agree to

those terms, you just don't get what they're giving.  That's

the first point.

       The second point is, one of the requirements, if you want

that intellectual property right -- I don't have it before me,

so I'm going to have to paraphrase a little bit.  But it says

that your implementation cannot derive from Sun source code

materials.

       So when they wrote the specification license, they did

not -- plainly, they did not view the declarations as being

 1  source code.  Otherwise, they never would have written it that

 2  way.

 3      And this really just goes to the point that at the time

 4  of -- relevant to our case, the industry understood that

 5  declarations were not protected by copyright law.

 6      Whether or not that is because of copyrightability, fair

 7  use, that's a matter for the law.  But what was understood in

 8  the industry, included by Sun's lawyers who wrote the

 9  specification license, are that declarations are not source

10  code.

11          THE COURT:  Look.  All right.  I'm looking at --

12  here's one called "canRead," page 226.  Which part of this is

13  the declaration and which part is the implementation?

14          MR. KWUN:  Your Honor, I'd have to take a look at it

15  to be sure, but it probably does not actually have any

16  implementing code.  It probably just has the declaration.

17          THE COURT:  Let me hand it to you.  It would be useful

18  for me -- and, frankly, you all ought to try to educate the

19  jury on this too.

20      Which part of these are the declarations and which part of

21  these are the implementing code?

22          MR. KWUN:  Your Honor, on page 226 there's a Section

23  2.7.8.  And it says "canRead."  That's the name of the method.

24  That's part of the declaration.  It says, "Public boolean

25  canRead, open paren, close paren."  That is also the

 1   declaration.  It says that it returns certain conditions.

 2       This is a description.  This is not a part of the

 3   declaring code.  It's not a part of the implementing code

 4   either.  It's just a description of what this routine is

 5   supposed to do.

 6       It says that it can --

 7           THE COURT:  Which part is the declaring code?

 8           MR. KWUN:  The declaring code is definitely "Public

 9   boolean canRead open paren, closed paren."

10       There is later on a reference to the fact that the canRead

11   method can throw what's known as an exception.  And the

12   particular exception is "security exception."

13       That is not written in exactly the same way it would

14   appear in the declaring code.  But a programmer would know that

15   if they wanted to implement this API, in addition to having

16   "Public boolean canRead open paren, closed paren," they would

17   need to have the text "throws security exception."

18           THE COURT:  You're telling me that book does not have

19   any implementing code; it just has the declarations?

20           MR. KWUN:  That is correct.  There may be scattered

21   examples of some bits of implementing code, but as a general

22   matter it contains --

23           THE COURT:  What was your point then about this shows

24   that they didn't think it was copyrightable?  Say that point

25   again.

1          **MR. KWUN:**  Yes, Your Honor.

2       In the -- in the front matter of the book that has this

3   license grant, it says, "This license allows and is limited to

4   the creation and distribution of clean room implementations of

5   this specification that," and then it has several conditions.

6   And the third condition is that "your implementations," plural,

7   quote, "do not derive from Sun source codes or binary

8   materials." So to implement -- unquote.  To implement the

9   specifications that are in here, you have to include the

10  declarations.  Otherwise, you are not in implementation of this

11  specification.

12      So when they said that your implementation does not derive

13  from Sun source code, the only conclusion you can reach is that

14  they did not believe that the declarations even were source

15  code.

16      Now, we have a ruling from the Federal Circuit that

17  suggests otherwise.

18          **THE COURT:**  Yes, it holds.

19          **MR. KWUN:**  That says otherwise.  Says otherwise.

20      But the key point here is that in 1996, when Sun published

21  this book, Sun and its lawyers did not even think of the

22  declarations as source code.  And that is consistent with

23  industry custom and practice at the time, which -- under which

24  computer scientists understood that one could take the

25  declarations and create your own implementing code, and that

1  that was fully consistent with copyright law.

2      Your Honor, if you would like the book back, I can hand it

3  back.

4          **THE COURT:**  Could you.  Is this book for me?  Or is

5  that your work copy?

6          **MR. KWUN:**  Probably their work copy.

7          **THE COURT:**  You get to keep it.

8          **MS. CARIDIS:**  Your Honor, if it was admitted in the

9  prior trial, you would have a copy of it, I believe, already.

10          **THE COURT:**  I don't know where all those exhibits are.

11  Probably at the Federal Circuit.

12      (Laughter)

13          **THE COURT:**  But I don't know.

14      Really, we ought to solve that problem.  If you're

15  counting on us to have exhibits, we need to know where they

16  are.

17      Didn't we give the exhibits back to the parties?  I'm not

18  sure.

19          **THE CLERK:**  No.  I believe everything was kept by the

20  Court, but I don't know where it is now in terms of the Clerk's

21  Office or another court.

22          **THE COURT:**  We ought to track it down.

23      All right.  What is the best usable proof that any company

24  other than Google actually released a product in reliance upon

25  GPLv2+CE and OpenJDK (or GNU Classpath)?  Google's counsel

1   keeps saying in court that, quote, IBM did it.   But the "it"

2   has never been spelled out.   What is the actual proof?

3        Okay.   So I'm all ears.

4        **MR. KWUN:**   Your Honor, I'm going to hand up the

5   deposition transcript, condensed copy of the deposition

6   transcript from the 30(b)(6) deposition of IBM as a third

7   party.   Do you need a copy?

8        We took a third-party deposition of IBM.

9        **THE COURT:**   Hang on a minutes.   My court reporter

10  needs a break.   We're going to take about -- let's take a

11  10-minute break.   I only have about 30 more minutes when we

12  come back.

13       (Recess taken from 11:41 to 11:54 p.m.)

14       **THE COURT:**   Okay.   Back to work.   I don't have too

15  much more time, so make your point.   I have your transcript.

16  What is your best point here?

17       **MS. CARIDIS:**   Your Honor, may I interrupt quickly?

18       **THE COURT:**   Yeah.

19       **MS. CARIDIS:**   I think I can shortcut this entire thing

20  by playing you one short deposition transcript from this exact

21  depo that I think might shortcut this entire conversation.

22       **THE COURT:**   If it shortcuts it, go ahead.

23       (Video played.)

24       **MS. CARIDIS:**   Your Honor, that's IBM's corporate

25  representative who just testified that IBM always had its own

1  separate license with Sun and later with Oracle.

2      IBM has a separate license with Sun and Oracle for the

3  copyrighted material here, apart from anything that it might

4  have been doing with Apache.

5          **THE COURT:**  Maybe that's a very good point.

6      What do you say to all of that, Mr. Kwun?

7          **MR. KWUN:**  Your Honor, we don't have the license in

8  evidence.  It's not on anyone's exhibit list.

9      Saying there's a license tells you nothing about what the

10  terms of that license are and how it applies to other --

11          **THE COURT:**  Maybe Oracle has got it somewhere, and

12  they could show it to us.  I'm sure they do.

13      All right.  What is your point on this transcript?

14          **MR. KWUN:**  Two points.  One is, there's some testimony

15  about IBM using the Apache Harmony Project, and then there's

16  some later testimony saying that they switched from Harmony to

17  OpenJDK.

18      So read together that gets at the Court's point of whether

19  or not OpenJDK has been used commercially.  And it identifies

20  specific products.

21      Page 38 of the transcript, Your Honor, page 11 of the

22  document, but page 38 of the transcript pages, starting at line

23  12, the question is:

24      "Q.  Has IBM ever used source code derived from the Apache

25          Harmony Project in its products?

1    **"A.** Yes."

2      And you can read along if you want, but to keep things

3    short, if you go to page 39, at line 7, he identifies one

4    product as the application server. Excuse me. At line 16 he

5    identifies additional products as *Lotus* notes, IBM Commerce,

6    and says there's lots and lots of products. So that's where

7    he's talking about using Apache Harmony.

8      And then, Your Honor, if you turn to page 100 of the

9    transcript, he talks about, at line -- starting at line 14, at

10   the end of that, that:

11        "Between that time and when we released Java 7, we

12        changed where we were doing our open source work from

13        Harmony to OpenJDK."

14     So the products that had previously been using Apache

15   Harmony code, after that switch would be using Open JDK code.

16     And just to keep things short, that's the testimony I

17   would cite to you, Your Honor.

18        **THE COURT:** All right. Thank you.

19     And your point to this is -- Ms. Caridis, is that there

20   was a separate overarching umbrella license that made all of

21   this moot?

22        **MS. CARIDIS:** Yes, Your Honor.

23        **THE COURT:** If you have that license, it would be

24   useful to see.

25        **MS. CARIDIS:** Your Honor, it was produced during the

1    first phase.  I don't have it with me here, Your Honor.

2            **THE COURT:**  If it's there somewhere, we can find it.

3            **MS. CARIDIS:**  Your Honor, I would also point out that

4    the IBM representative testified, on pages 69 through 72, that

5    they never used the full 37 API packages here.  They used, at

6    most, 10.  And I don't believe they ever used any API packages

7    from Java 1.4 or Java 5, which are the copyrighted works at

8    issue.  It's all about 6, 7 and 8.

9            **THE COURT:**  All right.  Thank you.

10        Okay.  So number 10:  Google wishes to present evidence

11   that it thought the items in question were not copyrightable.

12   How can we get into that without explaining the appellate

13   holdings that came later?

14        Don't we have a stipulation that you're not going to get

15   into any of that?

16           **MR. KWUN:**  Your Honor, I have a proposal that,

17   hopefully, would address this.

18           **THE COURT:**  What's that?

19           **MR. KWUN:**  We don't need to elicit testimony about

20   statements of laws about things being copyrightable or about --

21   you know, words of those type, we won't elicit that testimony.

22        We do think it's appropriate that people should be allowed

23   to testify what they believed or what they understood was okay

24   to do, whether it was acceptable or whether it was consistent

25   with industry custom and practice.  Those sorts of things.  But

1   we don't need to elicit testimony that they thought it was,

2   quote, copyrightable or not copyrightable.

3          THE COURT:  Well, I don't know about the -- I'm not

4   blessing your proposal.  And I'm not saying no to it.  But what

5   you're telling me is you're not going to elicit the testimony

6   here, anyway, so it's moot for this point.

7      But there's a big issue of how much of that alleged custom

8   evidence ought to come in.

9          MR. KWUN:  Your Honor, also --

10         THE COURT:  I don't know the answer to it.  I've been

11  going back and forth on it in my own mind as to what the right

12  answer is.  But we don't have time to debate that one right

13  now.  We've already debated it.  At some point I'm just going

14  to make a decision.

15     I had some other questions for you.

16         MS. HURST:  Your Honor, may I respond briefly on that

17  one?

18         THE COURT:  All right.

19         MS. HURST:  If contrary to the current intention --

20         THE COURT:  What current intention?

21         MS. HURST:  We agree that testimony should not be

22  elicited.

23         THE COURT:  All right.

24         MS. HURST:  If it is, Your Honor, then we would

25  request an immediate limiting instruction.  In other words, if

1   a witness comes on and says, "I didn't believe this was

2   copyrightable," we agree that should not happen.  And hopefully

3   that's not going to happen, in light of Mr. Kwun's

4   representation.  But if it were to happen, we would request an

5   immediate limiting instruction that:

6         "The Court has instructed the jury that the APIs are

7      copyrightable and that is the law applicable in this

8      matter."

9         **THE COURT:**  Well, all right.  Maybe I would do that.

10  But what is a fairness thing here is it probably is true that

11  Mr. Rubin -- what's his name?

12        **MR. KWUN:**  Mr. Rubin.

13        **THE COURT:**  -- really did believe back then, because

14  there was no law that said to the contrary, that these were not

15  copyrightable.  That's what the whole first round was about.

16     It turns out he's wrong.  But if he had known then that he

17  couldn't go down that path, he might have gone down the other

18  path.

19     And then you're going to argue that he was just the most

20  willful violator in history because he should have known that

21  it was copyrightable when it's hard to know back then.

22        **MR. KWUN:**  And that, Your Honor, if they do open the

23  door --

24        **THE COURT:**  You've already stipulated you're not going

25  to get into the Federal Circuit decision.  I don't know if I

 1   would have made that stipulation, but you all have made it.

 2        Another way to go would just be explain everything to the

 3   jury.  Just say I held it was not copyrightable.  Three judges

 4   on the Federal Circuit disagreed with me.  And that is the law.

 5   But that was not yet known at the time of the events in

 6   question.  And the jury found that you did infringe.

 7        I don't see what's so devastating about letting the jury

 8   know what's happened in the prior -- but you have stipulated.

 9   I'm not taking away your stipulation.  It's just I see problems

10   as we try this case.

11        Both of you are going to want to tell the jury something

12   about what happened.

13        **MR. KWUN:**  And, Your Honor, if they open the door to

14   testimony about our witnesses' state of mind at the time, by

15   suggesting they actually did know it was copyrightable, in that

16   situation then I think what we should be allowed to elicit in

17   testimony would change.  But that would --

18        **THE COURT:**  Well, that would be a fraud on the jury.

19        Ms. Hurst, if you were to try to show Mr. Rubin knew good

20   and well it was copyrightable, you can't do that.

21        **MS. HURST:**  Well, Your Honor, we have here Trial

22   Exhibit 18, where Mr. Rubin wrote, "Wish them luck.  Java.lang

23   APIs are copyrighted."

24        Here it is, Your Honor, right in Mr. Rubin's own words.

25   I'm going to circle it and hand it up.  Trial Exhibit 18.

1          **THE COURT:**  I believe you read it right.  But

2     "copyrighted" is not the same as "copyrightable."

3          But there we are.

4          **MS. HURST:**  I mean, we do absolutely intend, Your

5     Honor, to get into the fact that they knew the APIs were

6     copyrighted and that they knew they needed a license as part of

7     the good-faith-bad-faith element of fair use.

8          **THE COURT:**  All right.  Okay.  I just promise you

9     there's going to be a point in all of that where one of you is

10    going to want to point out the actual history here of what was

11    known at the time versus what happened later.

12         I don't think I ever signed your stipulation.  Did I ever

13    order that?  Maybe I did.  I don't remember.  But I know you

14    stipulated to it.

15         I've seen enough trials and I've seen enough of this case,

16    there's a 50/50 chance that both -- that one or both of you are

17    going to feel you are being treated very unfairly by that.

18         I'm not going to let something that is a gross injustice

19    happen.  So just be aware that if it turns out that I need to

20    tell the jury about the history of this case, I'm going to do

21    it.  If, in my judgment, fairness and justice require that, I'm

22    going to do it.  And I'm not going to let anybody create a

23    false impression with the jury.  So you just take that to

24    heart.

25         To what extent is the classpath -- okay.  My mind is too

1    soggy now.  I'm not going to go into any more of this.

2        I do want you to know that this was very helpful to me

3    today.  And you both did a great job of explaining your

4    positions.  And your cartoons were most helpful.

5        (Laughter)

6        **THE COURT:**  I think -- okay.  I'm not going to get

7    into anything else.  I've got to go back and work on some of

8    the orders I owe you.  But they are not all going to be done in

9    time.

10       So you're going to have problems with your opening

11   statements, maybe, because I won't be able to tell you whether

12   or not something is in evidence or out of evidence.  And it's

13   your own fault.

14       Some of those motions that you made, that I spent page

15   after page after page on, I now look back on and say that was a

16   worthless exercise.  I could have been spending that valuable

17   time on some of these that mean a lot more.  Like, what we've

18   been talking about today means a lot more than some of those BS

19   motions in limine both sides made.

20       But I didn't know which ones were the important ones then.

21   I had to go through them one at a time.  And you all deserve

22   what you're going to get.  You're going to have your hands tied

23   a little bit in your opening statements.

24       I know that's what you're standing up for; right?  You

25   want me to rule on something so you can say it in the opening

```
 1    statement.
 2              MR. BICKS:  I was actually just listening.
 3              THE COURT:  All right.
 4         (Laughter)
 5              THE COURT:  Good.  Because then I'm just telling you,
 6    I tried a lot of cases.  And when I didn't know exactly -- you
 7    never know what is going to happen.
 8         You have to be careful in your opening statement because
 9    you cannot have any guarantees as to what's going to come into
10    evidence and not into evidence.  And if you go out on a limb
11    and say that Mr. Chatterjee's thing is coming into evidence,
12    and it doesn't, then you just made a false promise to the jury.
13    It's your own fault.
14         You have to know that I can't rule on everything in
15    advance.  I'm trying hard to get an order out on that, but I
16    cannot promise you it's all going to be done in time.  So most
17    of what you served up to me I have ruled on.  And that's pretty
18    remarkable given what I'm up against here.
19         All right.  Thank you.  I'm not going to be here tomorrow
20    so there won't be any emergency motions.  Come the end of
21    today, I'm out of this case until Monday morning.  So don't
22    file any emergency motions thinking I'm going to be able to
23    look at it, because I'm not.
24         So I will see you Monday morning.  Good luck to both
25    sides.
```

1        (Counsel thank the Court.)

2        (At 12:07 p.m. the proceedings were adjourned.)

3                    - - - - -

4

5

6            **CERTIFICATE OF REPORTER**

7        I certify that the foregoing is a correct transcript

8   from the record of proceedings in the above-entitled matter.

9

10  DATE:   Friday, May 6, 2016

11

12

13                    _Katherine Sullivan_

14   _____

15   Katherine Powell Sullivan, CSR #5812, RMR, CRR
              U.S. Court Reporter

16

17

18

19

20

21

22

23

24

25