KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Telephone:     (404) 572-4600
Facsimile:      (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**DEFENDANT GOOGLE INC.'S RESPONSE TO THE COURT'S DRAFT JURY INSTRUCTION ON EXPERT WITNESSES (ECF NO. 1803-1)**<br><br>Dept.:      Courtroom 8, 19th Fl.<br>Judge:     Hon. William Alsup |

1	In its Order Re Google Motion *In Limine* Re Expert Vouching For Preferred Version Of Disputed Fact (ECF No. 1803), the Court allowed the parties until noon on May 7 to object to the Draft Jury Instruction on Expert Witnesses attached to the Court's Order as ECF No. 1803-1 (the "Draft Instruction").

Defendant Google Inc. ("Google") has no objection to the Court's Draft Instruction.

Google notes, however, that the Court may wish to consider making the following typographical corrections to the Draft Instruction:

- changing "were" to "was" on line 8 of page 1;
- changing "scenarios" to "scenario" on line 3 of page 2;
- changing "his" to "his or her" on lines 20 and 25 of page 2 and on line 5 of page 3;
- changing "side" to "side's" on line 22 of page 2;
- changing "him" to "him or her" on line 26 of page 2 and on line 10 of page 3;
- changing "undercuts" to "undercut" on line 6 of page 3; and
- changing "he" to "he or she" on line 8 of page 3.

DATED: May 7, 2016                     KEKER & VAN NEST LLP

By:  /s/ Robert A. Van Nest
ROBERT A. VAN NEST

Attorneys for Defendant
GOOGLE INC.