ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California 94105-2669
Tel: (415) 773-5700   Fax: (415) 773-5759

PETER A. BICKS (pro hac vice)
pbicks@orrick.com
LISA T. SIMPSON (pro hac vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York 10019-6142
Tel: (212) 506-5000   Fax: (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel: (650) 506-5200   Fax: (650) 506-7117

Attorneys for Plaintiff
ORACLE AMERICA, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys For Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**JOINT FILING REGARDING AGREED STATEMENTS OF ESTABLISHED FACTS (ECF NO. 1760, 1761)**<br><br>Dept.    Courtroom 8, 19th Floor<br>Judge:   Hon. William Alsup |

In its April 29 Final Pretrial Order, ECF No. 1760, the Court ordered the parties to meet and confer, with the assistance of Magistrate Judge Kim, regarding an agreed-on statement of established facts in accordance with the Court's Order.  The Court confirmed the reference to Magistrate Judge Kim in ECF No. 1761.

The parties met and conferred with Judge Kim starting at 5:00 p.m. on Tuesday, May 3, 2016, and agreed to the following established facts:

1. Oracle is the owner of the copyrights in Java 2 SE version 1.4 and Java 2 SE version 5.0.

2. The Java programming language is open and free for anyone to use.

3. The declaring code and the structure, sequence, and organization of the API packages are creative and original enough to qualify for copyright protection.  You will consider the degree of creativity beyond that, if any, as part of your consideration of the fair use factors.

4. Sun/Oracle could have written and organized the declaring code for the 37 Java API packages in any number of ways and still have achieved the same functions.

Dated:  May 7, 2016

ORRICK, HERRINGTON &
    SUTCLIFFE LLP


By:   */s/* Vickie Feeman
        ANNETTE L. HURST
        GABRIEL M. RAMSEY
        PETER A. BICKS
        LISA T. SIMPSON

        Attorneys for Plaintiff
        ORACLE AMERICA, INC.

Dated:  May 7, 2016

KEKER & VAN NEST LLP


By:   */s/* Bruce W. Baber
        ROBERT A. VAN NEST
        CHRISTA M. ANDERSON
        DANIEL PURCELL

        Attorneys for Defendant
        GOOGLE INC.

**ATTESTATION OF CONCURRENCE**

I, Bruce W. Baber, the ECF user whose ID and password are being used to file this Joint Statement Regarding Agreed Revisions To Modified Proposed Jury Instructions On Fair Use (ECF No. 1688), hereby attest that Vickie Feeman, one of the attorneys for plaintiff Oracle America, Inc., concurs in this filing.

Dated: May 7, 2016

                                                      By:   /s/ Bruce W. Baber
                                                              BRUCE W. BABER