KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:   (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**GOOGLE INC.'S ROLLING LIST OF NEXT SEVEN WITNESSES**<br><br>Trial Date: May 9, 2016<br>Dept:       Courtroom 8, 19th Fl.<br>Judge:      Hon. William Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (ECF 851), Google Inc. hereby files and serves its current list of anticipated next seven trial witnesses:

1. Josh Bloch
2. John Duimovich (by video)
3. Larry Ellison (by video)
4. Simon Phipps
5. Andrew Rubin
6. Eric Schmidt
7. Jonathan Schwartz

Dated: May 7, 2016                           KEKER & VAN NEST LLP

                                  By:    s/ Robert A. Van Nest
                                         ROBERT A. VAN NEST
                                         CHRISTA M. ANDERSON
                                         DANIEL PURCELL

                                         Attorneys for Defendant
                                         GOOGLE INC.