# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,           )
                                     )
 6              Plaintiff,           )
                                     ) Case No.
 7         vs.                       ) CV 10-03561 WHA
                                     )
 8   GOOGLE, INC.,                   )
                                     )
 9              Defendant.           )
     _____)
10
11
12
13
14
15      VIDEOTAPED DEPOSITION OF TERRENCE BARR
16             San Francisco, California
17           Wednesday, December 9, 2015
18                    Volume I
19
20   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24
25   Job No. CS2194450
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 3

1  APPEARANCES:
2
3  For the Plaintiff:
4         ORRICK, HERRINGTON & SUTCLIFFE LLP
5         BY:  AYANNA LEWIS-GRUSS
6              Attorney at Law
7         51 West 52nd Street
8         New York, New York 10019
9         212.506.3719
10        alewisgruss@orrick.com
11                and
12        ORRICK, HERRINGTON & SUTCLIFFE LLP
13        BY:  MICHELLE O'MEARA
14             Attorney at Law
15        777 South Figueroa Street
16        Los Angeles, California 90017
17        213.612.2418
18        momeara@orrick.com
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 4

1  APPEARANCES (Continued):
2
3  For the Defendant:
4          KEKER & VAN NEST LLP
5          BY:  REID MULLEN
6               Attorney at Law
7          633 Battery Street
8          San Francisco, California 94111
9          415.391.5400
10         rmullen@kvn.com
11
12
13 ALSO PRESENT:  Ruchika Agrawal
14                Senior Corporate Counsel, Litigation
15                Oracle America, Inc.
16
17                Frank Clare, Video Operator
18
19                    --o0o--
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 133

1  large number of devices; is that correct?
2           MS. LEWIS-GRUSS:  Objection to form.
3           THE WITNESS:  I would add one qualifier.
4  The platform needs to be consistent and
5  standardized.  That's something developers would be
6  looking for.
7  BY MR. MULLEN:
8      Q   But otherwise you agree with the
9  proposition that developers want to write for a
10 platform that is deployed on a large number of
11 devices?
12     A   Yes.
13     Q   Are there any other reasons you're aware
14 of that in your opinion made Google successful in
15 attracting developers to write for the Android
16 platform?
17          MS. LEWIS-GRUSS:  Objection to form.
18          THE WITNESS:  I wouldn't list any other
19 topics at this point.
20 BY MR. MULLEN:
21     Q   In the third paragraph of the blog post
22 that we're looking at that's ~~Exhibit 1368~~ Trial Exhibit 7460.1, you say,
23 "I still applaud Google for the effort.  The mobile
24 industry is in the midst of a major shift and
25 Android is an embodiment of that shift."

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 134

1      What did you mean by "The mobile industry
2  is in the midst of a major shift and Android is an
3  embodiment of that shift"?
4      A   Primarily what I meant was that mobile
5  phone platforms were becoming more widespread, more
6  generally available, and more flexible. And also,
7  the value chain was shifting from the carriers and
8  the operators as the primary monetization point to
9  other monetization models. And so that's what I
10 meant by that sentence.
11     Q   At the time you wrote this blog post, was
12 the mobile industry undergoing a transformation of
13 sorts?
14     A   In my opinion, yes.
15     Q   And Android was an embodiment of that
16 transformation; is that correct?
17     MS. LEWIS-GRUSS: Objection to the form.
18     THE WITNESS: Android was a part of that
19 transformation. It was part of that overall shift.
20 BY MR. MULLEN:
21     Q   Was Android a leader, in your opinion, in
22 causing that overall transformation?
23     MS. LEWIS-GRUSS: Objection to form.
24     THE WITNESS: No, I wouldn't say so.
25 ///

[Handwritten annotations: "402; 403; 701; 702 — use of word 'transformation' in this context unduly prejudicial"; "completeness — explains & provides fuller context to testimony re transformation"]

Veritext Legal Solutions
800-567-8658    973-410-4040

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 135

*Handwritten annotation: Completeness — explains & provides fuller context to testimony re transformation*

```
 1   BY MR. MULLEN:
 2        Q    And why would you say that?
 3             MS. LEWIS-GRUSS:  Objection to the form.
 4             THE WITNESS:  There were multiple -- as we
 5   spoke before, there were multiple attempts by
 6   different companies and different players to
 7   establish a mobile phone platform.  Android at the
 8   time was one of them.
 9   BY MR. MULLEN:
10        Q    So Android was one amongst several players
11   that were trying to transform the mobile industry?
12        A    Yes.
13        Q    And were any other of those -- excuse me.
14   Strike that.
15             Were any of those other players able to
16   successfully transform the mobile industry, in your
17   opinion?
18             MS. LEWIS-GRUSS:  Objection to form.
19             THE WITNESS:  Yes.
20   BY MR. MULLEN:
21        Q    And who are you referring to specifically
22   when you say "yes"?
23        A    For example, Apple.
24        Q    Okay.  Is -- in your opinion, Apple is
25   also an embodiment of the shift in the mobile
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 136

1  industry that you're referencing in Exhibit 1368?
2           MS. LEWIS-GRUSS:  Objection to form.
3           THE WITNESS:  Yes.
4  BY MR. MULLEN:
5       Q   Were there any other open source platforms
6  that were successfully able to transform the mobile
7  industry?
8           MS. LEWIS-GRUSS:  Objection to form.
9           THE WITNESS:  Yes.
10 BY MR. MULLEN:
11      Q   And who or what would those platforms be?
12      A   So we spoke about those earlier.  The
13 platform that I was referring to -- and the name
14 still escapes me -- it was one of those open source
15 Linux-based platforms that were part of that shift
16 at the time, and they provided value during that
17 shift.  But again, you know, it's a couple years
18 ago.  I don't remember the exact details.
19      Q   But sitting here today, are you aware of
20 an open source platform that was able to
21 successfully transform the industry?
22      A   Yes.
23      Q   And who is that open source platform?
24      A   But I'm saying I can't recollect the name
25 at this point.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 137

1  Q   Okay.  Fair enough.
2      I guess what I'm getting at is, does that
3  mobile -- whatever the unnamed open source platform
4  is that you're thinking of, in your opinion, has
5  that been as successful as Google's Android?
6      MS. LEWIS-GRUSS:  Objection to form.
7      THE WITNESS:  Again, the definition of
8  "success."  If the definition of "success" is the
9  number of deployed devices, then that platform has
10 not been as successful as Android.
11 BY MR. MULLEN:
12 Q   And why in your opinion is it that that
13 platform has not been as successful in being placed
14 on as many devices as Android is?
15 A   I really have no insight into that.
16 Q   Regarding Apple, is it fair to say that
17 Apple transformed the mobile industry?
18 A   Yes.
19 Q   Do you believe that Android transformed
20 the mobile industry as well?
21     MS. LEWIS-GRUSS:  Objection to form.
22     THE WITNESS:  I think I answered that
23 before.  In some ways, yes.
24 BY MR. MULLEN:
25 Q   Is Apple's iOS operating system

*[Handwritten annotations:]*
- *completeness; explains & provides fuller context re transformation testimony*
- *402; 403; 701; 702. Use of word "transformation" unduly prejudicial*
- *completeness; explains & provides fuller context re transformation*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 138

```
 1   transformative?
 2           MS. LEWIS-GRUSS:  Objection to form.
 3           THE WITNESS:  "Transformative" is a really
 4   vague term, so I'm not sure if I can answer that.
 5   BY MR. MULLEN:
 6       Q   In other words, did it change the status
 7   quo in a very significant way when it came out?
 8           MS. LEWIS-GRUSS:  Objection to form.
 9           THE WITNESS:  The status quo of the mobile
10   industry, yes.
11   BY MR. MULLEN:
12       Q   Was Android transformative?
13           MS. LEWIS-GRUSS:  Objection to form.
14           THE WITNESS:  I think I already answered
15   that, that I believe in some ways, yes.
16   BY MR. MULLEN:
17       Q   You can set aside Exhibit 1368.
18           I want to actually turn back to an exhibit
19   briefly that was previously marked.  I apologize.  I
20   think it's 1365.  It's actually 1367.
21           Earlier we discussed 1367 which appears to
22   be an email exchanged between, amongst others, you
23   and Tom Marble at Sun; is that right?
24       A   Yes.
25       Q   Towards the bottom of this string there's
```

Handwritten annotations:
- completeness; explains & provides fuller context to testimony re transformation
- 402; 403; 701; 702; use of "transformative" here is unduly prejudicial

Veritext Legal Solutions
800-567-8658                                                  973-410-4040

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 321

1       I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4       That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [x] was [ ] was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: _____
23
24                  *Carla Soares* (signature)
25                  CARLA SOARES
                    CSR No. 5908

Veritext Legal Solutions
800-567-8658                                973-410-4040