# EXHIBIT B



Terrence Barr
Oracle Senior Principal
Technologist and Product Manager

Q. At the time you wrote this blog post, was the mobile industry undergoing a transformation of sorts?

A. In my opinion, yes.

Q. And Android was an embodiment of that transformation; is that correct?

A. Android was a part of that transformation. It was part of that overall shift.

Barr 12/9/15 Depo. at 134:11-19

Google   42



**Terrence Barr**
Oracle Senior Principal Technologist and Product Manager

Q. Do you believe that Android transformed the mobile industry as well?

A. I think I answered that before. In some ways, yes.

. . .

Q. <mark>Was Android transformative?</mark>

A. <mark>I think I already answered that, that I believe in some ways, yes.</mark>

Barr 12/9/15 Depo. at 137:19-23, 138:12-15

Google   43