IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**NOTICE RE IBM WITNESS DUIMOVICH**

At **7:30 A.M. ON TUESDAY**, we will hear argument on the relevance of the testimony of John Duimovich in light of the apparent fact that IBM already had a license to use Java. Oracle must prove this up (the license and actual terms then extant).

Dated: May 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE