IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER SETTING BRIEFING SCHEDULE RE RULE 26 DISCLOSURES** |
| Defendant. | |

As discussed at the hearing today, by **TUESDAY, MAY 10 AT 11:00 P.M.**, the parties shall please both submit briefs **NOT TO EXCEED TEN PAGES** addressing Google's objection regarding the disclosure of Stefano Mazzocchi as well as any other issues relating to the adequacy of Rule 26 disclosures. Please append the relevant pages of any disclosures and supplements thereto.

**IT IS SO ORDERED.**

Dated: May 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE