# Exhibit A

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5    _____

6    ORACLE AMERICA, INC.,          )

7            Plaintiffs,            )

8    vs.                            ) Case No.

9    GOOGLE INC.,                   ) 3:10-cv-03561 WHA

10           Defendant.             )

11   _____)

12

13      VIDEOTAPED DEPOSITION OF SIMON PHIPPS

14         San Francisco, California

15          Saturday, May 7, 2016

16              Volume I

17

18   Reported by:

19   CATHERINE A. RYAN

20   CSR No. 8239

21   Job No. 2304880

22

23   PAGES 1 - 107

24   PAGES 62-63 ARE ATTORNEYS' EYES ONLY AND BOUND

25   UNDER SEPARATE COVER

                                    Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5    _____

6    ORACLE AMERICA, INC.,            )

7            Plaintiffs,              )

8    vs.                              ) Case No.

9    GOOGLE INC.,                     ) 3:10-cv-03561 WHA

10           Defendant.               )

11   _____)

12

13

14

15           Videotaped deposition of SIMON PHIPPS,

16   Volume I, taken on behalf of Plaintiffs, at 405

17   Howard Street, Tenth Floor, San Francisco,

18   California, beginning at 9:33 a.m. and ending at

19   11:47 a.m., on Saturday, May 7, 2016, before

20   CATHERINE A. RYAN, Certified Shorthand Reporter No.

21   8239.

22

23

24

25

                                          Page 2

```
 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4         ORRICK, HERRINGTON & SUTCLIFFE, LLP

 5         BY:  CHRIS R. OTTENWELLER

 6         Attorney at Law

 7         1000 Marsh Road

 8         Menlo Park, California  94025-1015

 9         (650) 614-7454

10         (650) 614-7401 Fax

11         cottenweller@orrick.com

12

13         ALYSSA CARIDIS

14         Attorney at Law

15         777 South Figueroa, Suite 3200

16         Los Angeles, California  90017-5855

17         (213) 612-2372

18         (213) 612-2499 Fax

19         acaridis@orrick.com

20

21

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   For Plaintiffs:

 4        ORRICK, HERRINGTON & SUTCLIFFE, LLP

 5        BY:  LISA T. SIMPSON

 6        Attorney at Law

 7        51 West 52nd Street

 8        New York, New York  10019-6142

 9        (212) 506-3767

10        (212) 506-5151 Fax

11        lsimpson@orrick.com

12

13   For Defendant:

14        KEKER & VAN NEST, LLP

15        BY:  MICHAEL KWUN

16        Attorney at Law

17        633 Battery Street

18        San Francisco, California  94111-1809

19        (415) 676-2204

20        mkwun@kvn.com

21

22   Also Present:

23   GWYN FIRTH MURRAY, Esq., Matau Legal Group

24

25   CYRIL SYSZCKIEWICZ, Videographer, Veritext
```

Page 4

```
 1                          INDEX

 2   WITNESS                              EXAMINATION

 3   SIMON PHIPPS

     Volume I

 4        BY MR. OTTENWELLER                       8

 5

 6                        EXHIBITS

 7   NUMBER              DESCRIPTION              PAGES

 8   Exhibit 5174 "Google's Proffer Re: GNU and the    7

 9                Custom and Practice Regarding

10                Reimplementations of Java APIs"; 4

11                pages

12

13   Exhibit 5175 "Java 2 Platform Standard Edition 5.0    7

14                API Specification"; Bates

15                GOOGLE-13-00100931 -

16                GOOGLE-13-00100940

17

18   Exhibit 5176 Email series, "Subject:  Re: Request    7

19                for assistance with Apache's Java SE

20                TCK license"; Bates OAGOOGLE0004632503

21                - OAGOOGLE0004632505

22

23   Exhibit 5179 "Opinion, Oracle v. Google: We're not    7

24                screwed yet"; 3 page

25
```

Page 5

```
 1                    EXHIBITS (CONTINUED)
 2   NUMBER              DESCRIPTION              PAGES
 3
 4
 5   Exhibit 5180  Email series dated 3/8/2010, "Subject:   7
 6                 Re: [OSPO-core] Re: Phipps...."; Bates
 7                 GOOGLE-13-00047263 -
 8                 GOOGLE-13-00047266
 9                 (Bound in a separate transcript marked
10                 "Attorneys' Eyes Only.")
11
12   Exhibit 5181  "Java SE IP Issues"; 4 pages          105
13
14                  PREVIOUSLY MARKED EXHIBITS
15   NUMBER              DESCRIPTION              PAGES
16   Exhibit 610.1 "Specification: Java 2 Platform       45
17                 Standard Edition Development Kit 5.0
18                 Specification"; 2 pages
19
20   Exhibit 5246  Email dated Mar 02, 2003, "Subject:   89
21                 Sun Proposal on WIPI"; Bates
22                 OAGOOGLE0020194367 -
23                 OAGOOGLE0020194368
24
25
                                              Page 6
```

```
 1       San Francisco, California; Saturday, May 7, 2016
 2                       9:33 a.m.
 3
 4            (Exhibit 5174, Exhibit 5175, Exhibit 5176,
 5            Exhibit 5179, and Exhibit 5180 were marked
 6            for identification by the court
 7            reporter.)
 8
 9            THE VIDEOGRAPHER:  Good morning.  We're on
10    video record on May 7th, 2016, and the time is 9:33
11    a.m.  This is the video-recorded deposition of Simon
12    Phipps.  My name is Cyril Syszckiewicz.  I'm here
13    with the court reporter, Catherine Ryan.  We're both
14    here representing Veritext Legal Solutions at the
15    request of the plaintiffs.  This deposition is being
16    held today at Orrick in San Francisco, and the
17    caption of the case is Oracle America versus Google.
18    The case number is C1003561WHA.
19            Please note that the audio and video
20    recordings will take place unless all parties agree
21    to go off the record.  Microphones are very
22    sensitive, and they will pick up your private
23    whispers and conversations.
24            And would everyone please identify
25    themselves for the record.
```

```
 1              MR. OTTENWELLER:  Chris Ottenweller,

 2   Orrick, representing the plaintiff, Oracle America.

 3              MR. KWUN:  Michael Kwun, Keker & Van Nest,

 4   here on behalf of the defendant, Google, and the

 5   witness.

 6              MS. CARIDIS:  Alyssa Caridis, Orrick

 7   Herrington & Sutcliffe, here on behalf of Oracle,

 8   and also Lisa Simpson of Orrick.  We also have Gwyn

 9   Firth Murray, an expert in this case.

10                      SIMON PHIPPS,

11   having been administered an oath, was examined and

12   testified as follows:

13                      EXAMINATION

14   BY MR. OTTENWELLER:

15       Q    Good morning, Mr. Phipps.

16            You are a former employee of Sun; is that

17   correct?

18       A    That is correct.

19       Q    What years did you work for Sun?

20       A    I joined Sun in 2000 and left Sun in 2010.

21       Q    During that period of time, one of your

22   positions was chief open source officer; is that

23   correct?

24       A    That's correct.

25       Q    Is that a title that you coined yourself
```

Page 8

1    or was that a title assigned by the corporation?

2         A    That was a --

3              MR. KWUN:  Objection.  Form.

4    BY MR. OTTENWELLER:

5         Q    Go ahead.

6              MR. KWUN:  You can answer.

7              THE WITNESS:  That was a title that was

8    given to me by the chief executive -- by Jonathan

9    Schwartz.

10   BY MR. OTTENWELLER:

11        Q    And how long were you in that particular

12   position?

13        A    I don't recall precisely when I started in

14   that position because I took over slowly from my

15   predecessor, but it was from around about 2005 until

16   leaving the company in March 2010.

17        Q    Let me show you a document that we've

18   marked as deposition Exhibit 5174.

19        A    Thank you.

20        Q    This is an excerpt of a pleading in this

21   case that Google filed.  It's entitled "Google's

22   Proffer Re GNU and the Custom and Practice Regarding

23   Reimplementations of Java APIs."

24             Let me ask you to turn to the second page

25   of this document, and you see there is a reference

1   to you, Simon Phipps, Sun-Oracle, Chief Open Source
2   Officer?  Do you see that?  At the bottom of the
3   second page of this?
4        A    I do.
5        Q    All right.  Let me read what this says,
6   and then I'm going to ask you some questions about
7   it.  It reads as follows:
8                "Expected testimony:  Google expects
9             that Simon Phipps will testify that when
10            he was chief open source officer at Sun in
11            2007, it was an industry custom or
12            practice to use declarations/SSOs without
13            a license and that Sun's position was
14            consistent with this industry custom, as
15            evidenced by the fact, in his capacity as
16            open source officer, Sun's CEO authorized
17            him to reach out to the open source
18            community, including GNU Classpath
19            personnel, Dalibor Topic, Mark Weilaard,
20            to assist with Sun's own implementation of
21            the APIs in OpenJDK."  End of the quote.
22            Did you have any involvement in composing
23   that statement?
24            MR. KWUN:  Objection.  Form.
25            THE WITNESS:  I believe that that

1   statement reflects conversations that I had with --

2   yeah, it reflects statements that I had with KVN.

3   BY MR. OTTENWELLER:

4        Q    By "KVN" you mean the Keker law firm?

5        A    Yes.

6        Q    When were those conversations?

7        A    I really don't recall.

8        Q    Give me an approximation.

9        A    It would be late 2000 -- and so it would

10  be something of the order of December 2015 --

11       Q    What was your --

12       A    -- I would guess, but I really -- I really

13  don't recall.

14       Q    What was the input you provided with

15  respect to the drafting of that disclosure?

16            MR. KWUN:  Objection.  And I'm going to

17  instruct the witness not to reveal the substance of

18  any communications with counsel.

19            MR. OTTENWELLER:  On what ground?

20            MR. KWUN:  Privilege.

21            MR. OTTENWELLER:  Starting when?

22            MR. KWUN:  Privilege starting when we

23  signed an engagement with him.

24            MR. OTTENWELLER:  Give me the date of

25  that, please.

1            MR. KWUN:   The engagement was before that

2    conversation.   I don't have the date.   I can get the

3    date for you, though.

4    BY MR. OTTENWELLER:

5        Q    Did you retain the Keker law firm to be

6    your attorney?

7        A    I have not.

8        Q    Never have?

9        A    Never have.

10           MR. OTTENWELLER:   All right.   Mr. Kwun, so

11   you have no basis to assert any privilege in this

12   case.   So I'll go back to the question that I asked

13   you.

14       Q    What input did you provide with respect to

15   the drafting of this disclosure?

16           MR. KWUN:   Objection.   Form.

17           THE WITNESS:   I didn't help them with

18   drafting a disclosure.   I had a conversation with

19   them about the -- the nature of the relationships

20   that I had with the open source community.

21   BY MR. OTTENWELLER:

22       Q    And that was with which attorney at the

23   Keker law firm?

24       A    I'm very bad at remembering people's

25   correct names.   I think it was Christa.

Page 12

1       Q     Christa Anderson?

2       A     It would be Christa Anderson.

3       Q     Okay.  After you had this conversation

4    with Ms. Anderson, did you then see a draft of the

5    disclosure of your expected testimony?

6       A     I have not seen that, no.

7       Q     You see it now for the first time?

8       A     I see a document you've given me.

9       Q     Right.  So looking at what the disclosure

10   is in this particular exhibit, is that an accurate

11   statement of the testimony you expect to give at

12   trial in this case?

13            MR. KWUN:  Objection.  Form.

14            THE WITNESS:  I'll need to read your

15   document first.

16   BY MR. OTTENWELLER:

17      Q     Well, there's nothing more to read other

18   than what I read into the record.  There's --

19      A     Absolutely.  But I -- as I say, I will

20   still read it.

21      Q     Read what?

22      A     Well, I'll read the document that you gave

23   me before I tell you whether I believe that it's an

24   accurate statement.

25      Q     You're permitted to read the --

                                        Page 13

```
 1        A    Absolutely.

 2        Q    -- portion pertaining to you.

 3        A    Absolutely.  Yes.

 4        Q    Go ahead, please.

 5        A    Thank you.

 6             What is meant by SSOs?

 7        Q    You're asking me?

 8        A    Yes.

 9        Q    Okay.  So you don't know what SSO refers

10   to?

11        A    Not an abbreviation that I would have

12   used, but it might refer to a term that I would use.

13        Q    All right.  So you don't know what SSOs

14   refer to.

15             Do you know what declarations --

16        A    Absolutely.

17        Q    -- refers to?

18             Is that also another way of referring to

19   declaring code?

20        A    Sir, a declaration, I would say, would be

21   a function approach type, an API declaration or

22   another way of including object code into a program

23   that a -- a programmer is writing.

24        Q    So if I used the expression "declaring

25   code" in respect to APIs, you would understand that
```

Page 14

1    to refer to declarations?

2         A    So --

3              MR. KWUN:  Objection.  Form.

4              THE WITNESS:  -- it would depend on the

5    context you were using the word, but I would expect

6    that if you talked about including declarations in

7    your program, that it would be to describe functions

8    that you intend to use in your program later.

9    BY MR. OTTENWELLER:

10        Q    All right.  So let's assume, for the sake

11   of our question and answer, that declarations means

12   the same as declaring code.

13             Are we -- can we proceed on that basis?

14        A    Yes.

15        Q    All right.  So you know -- first, let me

16   ask you:  Have you finished reading?

17        A    I've read that --

18        Q    The --

19        A    -- two paragraphs.

20        Q    Okay.  Now I'll go back to the question I

21   asked you.

22             Is this an accurate disclosure of the

23   testimony that you intend to give at trial?

24             MR. KWUN:  Objection.  Form.

25             THE WITNESS:  This would be a good summary

                                        Page 15

1    of what I would say.

2    BY MR. OTTENWELLER:

3        Q    Okay.  And with the possible notation that

4    you're not sure what the acronym SSO refers to --

5        A    If somebody used that term in

6    conversation, I would ask them to clarify what they

7    meant by it, yes.

8        Q    All right.  So let's assume for the sake

9    of my questioning that SSO refers to Structure

10   Sequence Organization.

11             Have you ever heard that before?

12       A    So I've heard that term in the reporting

13   from the -- from this case, but I don't recall

14   hearing it in any other context.

15       Q    All right.  So you never heard that

16   expression -- structure, sequence, organization --

17   before you started talking to the Google lawyers; is

18   that correct?

19       A    No, that's not correct.

20       Q    You did hear of it before?

21       A    As you will be aware, I have been writing

22   for InfoWorld, and I wrote coverage of the initial

23   lawsuit back in 2010 in which it was a subject that

24   was raised.  So I have been aware of it from that

25   point.  And now you say that that's what SSO means.

1    Yes.

2        Q    Other than what is disclosed for your

3    expected trial testimony in Exhibit 5174, do you

4    expect to give any other testimony in this case, if

5    called as a witness?

6            MR. KWUN:  Objection.  Form.

7            THE WITNESS:  I -- I'm not clear what

8    testimony will be required from me, but I'll answer

9    whatever questions are asked.

10           MR. OTTENWELLER:  I appreciate that, but

11   let's -- let me see if I can't learn a little bit

12   more.

13       Q    You've indicated that what we have just

14   read as the Google disclosure is an accurate summary

15   of the testimony you intend to give, correct?

16           MR. KWUN:  Objection.  Form.

17           THE WITNESS:  We've agreed that this is a

18   summary of a correct understanding of my position on

19   this topic.

20   BY MR. OTTENWELLER:

21       Q    Okay.

22       A    I have no idea what questions are going to

23   be asked to me in trial.  So it's very hard to say

24   what questions I will respond to, but I'm very happy

25   to respond to the questions that I'm asked.

Veritext Legal Solutions
866 299-5127

1       Q    Do you believe you have knowledge that is

2    relevant to issues in this case that goes beyond

3    what is stated in the disclosure?

4       A    Yes.  I think that's likely.

5       Q    Such as ...?

6       A    I say that I think it's likely.

7       Q    Can you give me an example?

8       A    I wouldn't instantly be able to give you

9    an example.  I would need to think through what the

10   range of the case would be, but as I was an

11   executive at the company during the period where

12   some of these topics are being considered, it would

13   be unthinkable that I wouldn't have knowledge and

14   experience that were applicable outside the scope of

15   this particular summary.

16      Q    Is this summary consistent with what you

17   told Christa Anderson in the conversation you had

18   with her?

19      A    I believe that it is a reasonable

20   reflection of it.

21      Q    As I read the disclosure, there is a

22   reference first to, quote, an industry custom or

23   practice to use declarations/SSOs without a license.

24           Do you see that phrase?

25      A    I do see that phrase.

Page 18

```
 1        Q    Do you agree that that appears to be a
 2   reference to a general industry custom?
 3             MR. KWUN:  Objection.  Form.
 4             THE WITNESS:  I would say that that
 5   appears to be a reference to a general practice by
 6   software developers.
 7   BY MR. OTTENWELLER:
 8        Q    What industry?
 9        A    In the software industry.
10        Q    And is that a practice that you believe
11   refers to a practice involving the declarations and
12   SSOs of APIs?
13             MR. KWUN:  Objection.  Form.
14             THE WITNESS:  I believe that it's -- that
15   -- as a programmer, which I have been a programmer
16   in the past, I would not give a second thought about
17   the existence of a license for function declarations
18   that I'm putting at the top of a program.
19   BY MR. OTTENWELLER:
20        Q    Well, I'm not sure that was responding to
21   the question I asked you.  I'm trying to learn the
22   boundaries of what your expected testimony are.
23             The reference to declarations and SSO --
24   do you understand that in this disclosure that is a
25   reference to declarations and SSOs of APIs?
```

Page 19

1          MR. KWUN:  Objection.  Form.

2          THE WITNESS:  I do understand that form of

3     understanding that you're referring to, yes.

4     BY MR. OTTENWELLER:

5          Q     In your own words, if you could,

6     Mr. Phipps, tell me what you believe the custom or

7     practice was during the time period 2005 through

8     2007 in the software industry about using

9     declarations and SSOs of APIs without a license.

10         A     Okay.  So I have to clarify for you.  I

11    would not be able to comment on SSOs as you

12    described them because that's a construct which is

13    really outside of my daily practice beyond reporting

14    this case.  When it comes to --

15         Q     I appreciate -- I appreciate you going on

16    the record with that.

17              So just so we're clear, you do not believe

18    you are in a position to testify about what the

19    custom and practice was with respect to structure,

20    sequence, and organization of APIs, correct?

21         A     No, I don't think I would agree with that

22    statement.

23         Q     What's wrong with my statement?

24         A     I think that the -- the statement that

25    you're making there suggests that I wouldn't be able

Page 20

 1    to comment on the people's practice when it came to

 2    the structure and sequence -- the -- their

 3    expectations associated with the structure and

 4    sequence of APIs.  I think I can comment on what

 5    people did.  I can talk about practice.

 6           What I would not be able to do would be to

 7    go beyond commenting on practice as to what the

 8    nature of the general understanding of SSOs was in

 9    the industry.

10       Q    Well, going back to my question, I asked

11    you to focus on the time period 2005 through 2007.

12           You were not even familiar with the

13    expression "structure, sequence, organization" back

14    then, right?

15       A    That's -- that's correct.

16       Q    So there's no way you could have known

17    what any custom or practice was with respect to that

18    back then, correct?

19       A    No, that's -- that's incorrect.

20           MR. KWUN:  Objection.  Form.

21    BY MR. OTTENWELLER:

22       Q    You didn't know what the expression meant,

23    correct?

24       A    The expression --

25       Q    "Yes" or "no."  You didn't know what the

                                              Page 21

1   expression meant during the time period 2005 through

2   2007; do I have that right?

3        A    I was not familiar with that as an

4   expression for the concept it describes.

5        Q    Okay.  So let's -- let's go to the time

6   period 2005 through 2007.

7        A    Okay.

8        Q    You do feel comfortable in giving

9   testimony as to what you think the practice was with

10  respect to using declarations of APIs without a

11  license during that period of time?

12       A    I'm happy with that.

13       Q    State in your own words what you think the

14  practice was at that point in time.

15       A    A programmer would expect to be able to

16  declare any functions that they would later have

17  included by linking or by a dynamic reference in

18  their program, and they would use those function

19  declarations without regard to license because they

20  would not expect to need a license to use the

21  declaration, although they might expect to need it

22  -- or they should expect to need a license to the

23  implementation later on when the program is linked.

24       Q    You testified with reference to

25  programmers that, quote, "they should expect to need

Page 22

1   a license to the implementation later on when the

2   program is linked," correct?

3       A    Yes.

4       Q    And that, in your view, was a general

5   expectation with respect to the declarations of

6   APIs, correct?

7       A    Yes.

8            MR. KWUN:   Objection.   Form.

9   BY MR. OTTENWELLER:

10      Q    So if one views the practice within the

11  software industry during this time period, 2005

12  through 2007, there was an expectation, as far as

13  you know, that a license at some point would be

14  required, correct?

15      A    A copyright license, yes.

16      Q    Yes.   Thank you.

17           In describing what you view as the

18  practice in the software industry back in this time

19  period, 2005 through 2007, what are you basing your

20  testimony on?

21      A    I'm basing my testimony on my own

22  experience programming, and I'm also basing it on

23  the observed practice of the software developers

24  that I met at conferences, who I encountered within

25  Sun Microsystems, who I worked with within

                                    Page 23

1  customers, and who I encountered through contact on

2  the Internet and mailing lists and other social

3  media of the time.

4      Q   You're basing it first on your own

5  personal expectations, correct?

6      A   Yes.

7      Q   Now, you would agree with me, would you

8  not, that your own personal expectations don't make

9  an industry-wide custom, right?

10          MR. KWUN:  Objection.  Form.

11          THE WITNESS:  They would reflect -- they

12  would be more likely to reflect an industry-wide

13  custom, yes.

14  BY MR. OTTENWELLER:

15      Q   They don't make the custom, though, do

16  they?

17          MR. KWUN:  Objection.  Form.

18          THE WITNESS:  Well, obviously not.  The --

19  the --

20  BY MR. OTTENWELLER:

21      Q   Because you're one -- you're just one

22  individual.

23      A   Absolutely.

24      Q   Right?

25          All right.  So you would agree, when you

                                        Page 24

1    say your own personal experiences, that can't be

2    evidence of a industry-wide custom, correct?

3           MR. KWUN:  Objection.  Form.

4           THE WITNESS:  I would suggest to you that,

5    unless I was a very unusual programmer, I would find

6    it very difficult to work in a way that was not the

7    norm amongst my professional practice.

8    BY MR. OTTENWELLER:

9        Q    Did you ever do a survey to see if that

10   was true?

11       A    No.  Why would one do a survey of a thing

12   that was observable in every programming -- in every

13   project that one encountered?

14       Q    So what did you observe?  And by that I

15   mean, what specifically did you observe that leads

16   to the basis for this view?

17       A    Well, we'll have to go back.  I have a

18   degree in electronic engineering, and I worked on

19   writing computer software as part of that degree.  I

20   was trained to do so.  And I wrote a compiler as

21   part of my degree course.  I wrote it in the Pascal

22   programming language, and that involved making

23   declarations.  And at no point was I advised to

24   check that I had a license to the declarations that

25   I was using.

Page 25

1              And then at every point in my career when
2    I was performing programming tasks in other
3    languages from that point onwards, no employer
4    suggested to me that I needed to be cautious of the
5    declarations.  They always were wanting to make sure
6    I was cautious that I had the -- that I had paid for
7    the -- the software when it was deployed, but that
8    was never a part of the programming experience.  And
9    that continued to be my experience when I was
10   working for IBM, and that continued to be my -- I
11   didn't do any programming at Sun, but it continued
12   to be my observation of the programmers around me.
13             And the advantage I had at Sun was of
14   working in the open source community, where I had
15   visibility into a number of other projects to see
16   what their practices were.  And at no point do I
17   recall seeing an example which would suggest that my
18   personal practice was in some way unusual.
19   BY MR. OTTENWELLER:
20        Q    Let me -- let me make sure that I -- that
21   I understand the full scope of what you're saying.
22             So you're referring to your experience as
23   a software programmer, right?
24        A    Yes.
25        Q    And to rephrase what you said, you said,

Page 26

1    as a software programmer, you would do certain

2    things without worrying yourself about the need for

3    a license, correct?

4              MR. KWUN:  Objection.  Form.

5              THE WITNESS:  So what I said was that, as

6    a programmer, the point at which concern over

7    whether you had a license to the software was the

8    point at which you created the final work, not the

9    point at which you were writing the software or

10   making declarations.

11   BY MR. OTTENWELLER:

12       Q    Right.  So at some point in the experience

13   that you're describing, a license comes into the

14   picture, right?

15       A    Yes.

16             MR. KWUN:  Objection.  Form.

17             MR. OTTENWELLER:  Mr. Kwun, please let the

18   witness answer so that we don't have an objection

19   interfering with the answer, please.  Just the two

20   of you coordinate, please.

21             MR. KWUN:  Yeah.  So I think -- I think

22   probably the best practice is that -- Mr. Phipps, if

23   you could try to make sure that you pause before

24   answering to allow me to make an objection if I have

25   to make an objection.

Page 27

```
 1              THE WITNESS:  Okay.
 2    BY MR. OTTENWELLER:
 3        Q    You, as the programmer, if I understand
 4    the testimony you're giving -- giving, didn't
 5    concern yourself with a license, but down the road
 6    somebody else did concern themselves with a license,
 7    right?
 8              MR. KWUN:  Objection.  Form.
 9              THE WITNESS:  I wouldn't believe that that
10    would be a good description.  I would suggest that a
11    programmer will always want to make sure that the
12    work that they finally create is not in breach of
13    anyone's copyright.  And so they'll want to make
14    sure they have licenses, but at the time that you're
15    writing the program, the -- the function
16    declarations you make at the top end, whatever
17    programming language you use, not the point at which
18    that's a concern for you.
19              You would be foolish to use software where
20    you did not have an expectation later of being able
21    to secure a license, but you would never think,
22    while you were putting function declarations in the
23    top, that they themselves needed to have a license.
24    BY MR. OTTENWELLER:
25        Q    Is the experience that you're describing
```

Page 28

1    as a programmer a specialized experience that you

2    acquired because of your education and your work

3    responsibilities?

4            MR. KWUN:  Objection.  Form.

5            THE WITNESS:  I don't believe my

6    experience is exceptional.  I believe that I have a

7    very normal education when it comes to technology,

8    and I -- I am certainly not a high-flying,

9    exceptional programmer.

10   BY MR. OTTENWELLER:

11       Q    Can you identify for me during the

12   2005-2007 time frame any entity -- corporation,

13   organization -- that you believe -- well, we'll get

14   back to that later.  Strike that question.

15           So I asked you what your testimony about

16   the use of declarations of APIs was based upon, and

17   you answered that question by referring to your

18   experience as a programmer, right?

19           MR. KWUN:  Objection.  Form.

20           THE WITNESS:  That was one of the things

21   that I mentioned, yes.

22   BY MR. OTTENWELLER:

23       Q    During the time frame 2005 through 2007,

24   was it a -- was it a practice in the software

25   industry for the owner of APIs to make their APIs

                                        Page 29

1  available without a license?

2          MR. KWUN:  Objection.  Form.

3          THE WITNESS:  It was very common and

4  remains common for people who want their libraries,

5  frameworks, and other attributes used to emphasize

6  them strongly and not to emphasize any of the

7  licensing attributes.

8  BY MR. OTTENWELLER:

9      Q    All right.  I'm going to ask you to listen

10  to the question again because you understand we have

11  limited time for this deposition.  So I need you to

12  answer the question I asked you.  Now, the court

13  reporter is going to read it back to you.  Listen to

14  me carefully and give me an answer that responds to

15  that question if you could, please.

16          (Record read by the reporter as follows:

17          "QUESTION:  During the time frame 2005

18          through 2007, was it a practice in the

19          software industry for the owner of APIs to

20          make their APIs available without a

21          license?")

22          MR. KWUN:  I'd just renew my objection.

23          THE WITNESS:  And, once again, I'll

24  respond to you that, within the overall propagation

25  of a piece of software, they would -- it is typical

Page 30

1   for a -- the owner of a piece of software to

2   emphasize the APIs without reference to licensing,

3   although the reference to licensing is always

4   included in the overall delivery that they're

5   making.

6   BY MR. OTTENWELLER:

7       Q    So you're talking about what is emphasized

8   and what is not.

9       A    What I'm --

10      Q    Is that what you're saying?  Is that what

11  you're saying?

12      A    What I'm saying is that, as a programmer,

13  what I see is the invitation to use the API.  What I

14  do not see is an instruction to buy a license.

15      Q    All right.  Isn't it true that, during the

16  time frame we've been talking about -- 2005 to 2007

17  -- generally owners of APIs made them available

18  subject to licensing terms, "yes" or "no"?

19          MR. KWUN:  Objection.  Form.

20          THE WITNESS:  I would say no, that that's

21  not an accurate and complete description.

22  BY MR. OTTENWELLER:

23      Q    All right.  So can you identify for me any

24  owner of any API during the 2005-2007 time frame who

25  made their APIs available without a license?

                                        Page 31

```
 1        A    I would need to --
 2             MR. KWUN:  Objection.  Form.
 3             THE WITNESS:  I would need to perform
 4    research to give you an accurate answer to that
 5    question.
 6    BY MR. OTTENWELLER:
 7        Q    You haven't done such research?
 8        A    I have not been asked the question before.
 9        Q    So as you sit here today in this
10    deposition, you cannot identify a single entity who,
11    during the 2005-2007 time frame -- who owned APIs,
12    made them available without a license, right?
13             MR. KWUN:  Objection.  Form.
14             THE WITNESS:  Once again, I will emphasize
15    for you that I have not performed the research
16    necessary to answer that question.
17    BY MR. OTTENWELLER:
18        Q    So you can't identify any?
19        A    I would be able to identify them, but at
20    this deposition I'm not able to identify them
21    because I have not performed the necessary research.
22        Q    Can you identify, sir, any entity during
23    the 2005-2007 time frame who used someone else's
24    copyrighted APIs in violation of a license?
25             MR. KWUN:  Objection.  Form.
```

Page 32

1            THE WITNESS:  I could not think of an

2   answer to that question.

3   BY MR. OTTENWELLER:

4       Q    You can't identify any?

5       A    Well, I'd have -- the question that you're

6   asking me is a question that is quite complicated,

7   and it would require research to look through cases

8   to understand what the behavior of specific

9   companies, what -- and entities was.  So asking me

10  the question without any notice means that I'm

11  unable to give you an answer to a question which I

12  reasonably believe I would be able to answer if you

13  were to give me sufficient notice to answer it.

14      Q    But as you sit here, you cannot identify

15  any facts that would indicate that there was --

16  there was any entity who used someone else's

17  copyrighted APIs without a license during the time

18  period we're discussing, right?

19          MR. KWUN:  Object -- objection.  Form.

20          THE WITNESS:  I reiterate that I'm telling

21  you that within this deposition I cannot give you

22  that information because it would require research

23  which I have not been asked to perform.

24  BY MR. OTTENWELLER:

25      Q    So your statement about what was the

                                        Page 33

1    practice or custom in the software industry is based

2    on just a general notion and not specific hardcore

3    facts; is that a fair characterization?

4            MR. KWUN:  Objection.  Form.

5            THE WITNESS:  My perception is based on

6    the observable practice of open source and other

7    developers that I have seen before.

8    BY MR. OTTENWELLER:

9        Q    Can you be more specific as you sit here?

10       A    I can observe that open source programmers

11   and other programmers are happy to include

12   declarations in their programs without asking at

13   that point the question of whether there is a

14   license for the code because they would not expect

15   that to be an act that would need a license.

16       Q    But at some point someone does inquire

17   about whether there's a license, right?

18           MR. KWUN:  Objection.  Form.

19           THE WITNESS:  So when you're using

20   software, the implementation of the software is

21   copyrightable, and you would expect to need a

22   license for it.

23           MR. OTTENWELLER:  Thank you.

24       Q    Let's now talk about Sun.

25           During the period that we've been talking

Veritext Legal Solutions
866 299-5127

```
 1    about -- 2005 through 2007 -- when you were a Sun

 2    employee, Sun was the owner of the Java APIs, right?

 3              MR. KWUN:  Objection.  Form.

 4              THE WITNESS:  Sun was the author of the

 5    Java platform, and that included the APIs.

 6    BY MR. OTTENWELLER:

 7         Q    And you understand that the APIs that Sun

 8    authored were copyrighted, correct?

 9              MR. KWUN:  Objection.  Form.

10              THE WITNESS:  So I'm not an expert in

11    copyright law.  So I would be very cautious about

12    making an answer to your question there.

13    BY MR. OTTENWELLER:

14         Q    Well, you were an employee who worked with

15    the APIs, were you not?

16         A    I would not describe myself as an employee

17    who worked with the APIs.  Java was one of a number

18    of different projects --

19         Q    All right.

20         A    -- in that time period I was helping to

21    become open source.

22         Q    All right.  So Java was not your primary

23    focus --

24              MR. KWUN:  Objection.  Form.

25    //
```

Page 35

```
 1   BY MR. OTTENWELLER:
 2        Q    -- correct?
 3        A    So my role included oversight for the open
 4   -- the open sourcing of Java.  So it was for -- at
 5   some period a primary focus, but not as a technical
 6   implementation language.
 7        Q    All right.  Let's go back to the question,
 8   though, I'm trying to get an answer to.
 9             While you were a Sun employee, did you
10   have an understanding that the Java APIs were
11   copyrighted by Sun?
12        A    No.
13        Q    But you did know that they were authored
14   by Sun, right?
15        A    They were part of -- the Java APIs are the
16   declarations of the Java platform, which is authored
17   by Sun.  So they are a part of that authored
18   platform, yes.
19        Q    What is your expected testimony as to what
20   practice Sun followed in 2005 through 2007 with
21   respect to making the declaring code and SSO of the
22   Java APIs available to others?
23             MR. KWUN:  Objection.  Form.
24             THE WITNESS:  Yeah, I'm not sure that I am
25   expecting to make any testimony about that.  I would
```

Page 36

1    rather you asked a question about it.

2    BY MR. OTTENWELLER:

3         Q    Well, I have asked you a question.

4              Do you understand the subject matter of my

5    question?

6         A    I understand the subject matter of your

7    question, but you've asked me what testimony I'm

8    going to give, and I can't know that until somebody

9    asks me a question about it.

10        Q    Well, let me ask the question this way:

11   What knowledge do you have as to what practice was

12   followed at Sun in 2005 through 2007 with respect to

13   making the declaring code and SSO of the Java APIs

14   available to others?

15             MR. KWUN:  Objection.  Form.

16             THE WITNESS:  I observed that it was going

17   on and observed that we were making that -- making

18   the Java platform available as open source to open

19   source communities, particularly the Debian

20   community.

21   BY MR. OTTENWELLER:

22        Q    Isn't it true, Mr. Phipps, that during

23   that time period Sun made the declaring code and SSO

24   of the APIs available to entities through a

25   commercial license?

Page 37

1      A     That's absolutely true, but it was outside

2  the scope of my job responsibilities.

3      Q     You weren't responsible for the commercial

4  licenses, right?

5      A     That's correct.

6      Q     But you do know that there was a practice

7  at Sun during the time you were there to make the

8  declaring code and APIs available through a

9  commercial license, correct?

10          MR. KWUN:  Objection.  Form.

11          THE WITNESS:  I'm aware that the Java

12  platform was being made available to licensees.

13  BY MR. OTTENWELLER:

14      Q     And that included the declaring code and

15  SSO of the APIs, did it not?

16      A      It did, but you asked specifically about

17  the APIs necessarily, and I would expect those to be

18  licensed together with the implementations.

19      Q     Okay.  Good.

20          And that was a prevalent practice at Sun

21  during that time period, was it not?

22      A     Could you explain what you mean by

23  "prevalent"?

24      Q     There were multiple commercial licenses

25  under which Sun allowed others to use the Java APIs,

Page 38

1   right?

2        A    Right.

3             MR. KWUN:  Objection.  Form.

4   BY MR. OTTENWELLER:

5        Q    A lot of such licenses, right?

6        A    It depends on how you want to define "a

7   lot."  I believe there to have been a significant

8   number, yes.

9        Q    Right.  So it was a prevalent activity,

10  was it not?

11            MR. KWUN:  Objection.  Form.

12            THE WITNESS:  Well, prior to us making

13  Java available as open source, the only way that

14  somebody would have been able to get ahold of Java

15  would have been through a download that was subject

16  to a -- the -- a license for the binary that they

17  were downloading.

18  BY MR. OTTENWELLER:

19       Q    Right.  Okay.  So up until the time that

20  OpenJDK became available, access to the declaring

21  code and SSO of the APIs was all through a license,

22  right?

23            MR. KWUN:  Objection.  Form.

24            THE WITNESS:  The -- the Java -- we made

25  the Java platform available to the Debian community

Page 39

1    under a license that was different to the commercial

2    licenses that would have been issued to commercial

3    individual licensees.

4    BY MR. OTTENWELLER:

5        Q    Right.  You had the commercial licenses,

6    and then you had what Sun referred to as a

7    specification license, right?

8            MR. KWUN:  Objection.  Form.

9            THE WITNESS:  Sun had a specification

10   license, but that's not what I'm referring to.

11   BY MR. OTTENWELLER:

12       Q    All right.  Well, let's -- let's show you

13   the document that we marked as deposition Exhibit

14   5175.  This is a document entitled "Java 2 Platform

15   Standard Edition 5.0 API Specification."

16            You recognize this, don't you, Mr. Phipps,

17   as the API specifications for the Java Standard

18   Edition 5.0?

19       A    It looks like it.  Where did it come from?

20   I would never --

21       Q    Well, this is --

22       A    I wouldn't typically have seen it in this

23   form, so ...

24       Q    Well, this was, as you can --

25       A    It's --

                                              Page 40

1        Q      Lawyers, when they're in lawsuits, put

2   numbers at the --

3        A      Right.

4        Q      -- in the --

5        A      But --

6        Q      -- lower right-hand corner.

7        A      But I'm interested in the prevalence of

8   the -- of -- you know, is this off the website?  Is

9   this out of the -- the errata book?  Is -- where is

10  this from?

11       Q      Well, I'm not sure I can tell you that,

12  but I can tell you that it was produced in this case

13  by Google.

14       A      Okay.

15       Q      So --

16       A      I mean, it looks like the -- the Java API.

17  It actually looks like the JavaDoc-generated version

18  of the API.

19       Q      Right.  Turn, if you would, to the very

20  last page -- oh, before we -- before we do that, let

21  me just ask you, to determine how much you know

22  about this:  Do you understand that this

23  specification refers to the APIs that Google is

24  accused of copying in this case?

25              MR. KWUN:  Objection.  Form.

                                        Page 41

```
 1              THE WITNESS:  I understood that -- that
 2   Google was accused of using a subset of these API
 3   declarations.
 4   BY MR. OTTENWELLER:
 5        Q    Right.  So you do have that understanding?
 6        A    I have that -- the understanding that
 7   we're talking about a subset.
 8        Q    A subset of --
 9        A    Thirty-six function clauses.
10        Q    Right.  A subset of the APIs referenced in
11   this particular exhibit?
12        A    Mm-hmm.
13        Q    You have to say "yes" or "no," sir.
14        A    Yes.
15        Q    Thank you.
16             Turn, if you would, to the very last page,
17   and the very last line -- first, there's a copyright
18   notice; you see that?  "Copyright --"
19        A    Mm-hmm.
20        Q    "-- 2004 Sun Microsystems."  So that may
21   give you some hint that the APIs were copyrighted,
22   correct?
23             MR. KWUN:  Objection.  Form.
24             THE WITNESS:  That would not be the
25   conclusion I would instantly come to.  It would give
```

1   me an indication that somebody is claiming there is

2   a copyright.

3   BY MR. OTTENWELLER:

4       Q    All right.

5       A    But the copyright could be -- could --

6   there are other -- there are a number of ways that I

7   would expect, as a layman, copyright to occur,

8   including as the compilation of facts rather than

9   the specific facts that are in the document.

10      Q    Notice in that very last line on the very

11  last page of Exhibit 5175 there's a statement that

12  reads, quote, "Use is subject to license terms,"

13  closed quote.

14           While you were employed by Sun, did you

15  understand that the use of the APIs was subject to

16  license terms?

17           MR. KWUN:  Objection.  Form.

18           THE WITNESS:  I don't believe that's a

19  well formed question.

20  BY MR. OTTENWELLER:

21      Q    Well, can you answer it even though you

22  may have some quarrel with how it's formed?

23      A    Well --

24      Q    Do you want to hear it back?

25      A    Well, the difficulty I have with the

Page 43

1   question is that you insist on continuing to talk

2   about the use of APIs.  An API is useless without an

3   implementation.  The license generally applies to

4   the implementation.  So the use of this with regard

5   to license terms is going to refer to the overall

6   use of it with regard to creating an implementation.

7   I would not expect there to be a restriction on

8   including any of these function calls in my program.

9        Q    Well, that's not what I was really asking

10   you.  So --

11        A    Right.  And this is why I say I believe

12   your question was incorrectly formed.

13        Q    So let me -- let me ask you a related

14   question and see if we can't get to the point.

15             This is a document that refers to Java

16   APIs, correct?

17        A    This is a document that describes the Java

18   -- part of the Java platform.

19        Q    APIs.  It says so right here, sir.  "API

20   specification."

21        A    Well, it's the specification of the APIs

22   for the Java platform.

23        Q    Fine.  Thank you.

24             And it also says that use of whatever is

25   referred to in this document is subject to license

                                              Page 44

1   terms, true?

2            MR. KWUN:  Objection.  Form.

3            THE WITNESS:  I would expect that, to use

4   these APIs, I would become subject to license terms

5   at some stage in the development of my software,

6   yes.

7   BY MR. OTTENWELLER:

8        Q    Now, the license that use is subject to

9   can be ascertained -- I assume you know -- by

10  clicking on the link --

11       A    Mm-hmm.

12       Q    -- that is referenced there.

13            And so we did that, and we came up with

14  trial Exhibit 610.1, which I will show you.

15            You recognize trial Exhibit 610.1, do you

16  not?

17       A    It looks like some generation of the Java

18  license -- Java specification license.

19       Q    Right.  So during the time period that you

20  were at Sun, Sun made the Java APIs, including the

21  declaring code and SSO, available for use by others

22  pursuant to this specification license, true?

23            MR. KWUN:  Objection.  Form.

24            THE WITNESS:  Under this -- under this

25  specification license and other arrangements.

Page 45

```
 1   BY MR. OTTENWELLER:
 2        Q    True?  I need to hear a "Yes" from you,
 3   sir.
 4             MR. KWUN:  Objection.  Form.
 5             THE WITNESS:  What I'm -- what I'm saying
 6   to you is it's "Yes and."  Yes, it was made
 7   available under this license and others.
 8   BY MR. OTTENWELLER:
 9        Q    All right.  So -- so a more accurate
10   statement, I guess, would be this:  Isn't it true
11   that, during the time that you were at Sun, Sun made
12   available the declaring code and the SSO of the Java
13   APIs available for use by others pursuant to the
14   specification license plus other licenses --
15             MR. KWUN:  Objection.
16   BY MR. OTTENWELLER:
17        Q    -- right?
18             MR. KWUN:  Objection.  Form.
19             THE WITNESS:  I continue to say that
20   within the context of the Java platform, yes.
21             Could I get a refill?
22   BY MR. OTTENWELLER:
23        Q    We have discussed Sun's commercial
24   licenses and Sun's specification licenses so far,
25   correct?
```

Page 46

```
 1        A    I -- I believe so.  I'd have to look at
 2   the transcript to find out exactly what we did.
 3              MR. KWUN:  Thank you.
 4              THE WITNESS:  Thank you.
 5   BY MR. OTTENWELLER:
 6        Q    In describing what was Sun's practice
 7   during 2005 to 2007, with respect to making the
 8   declaring code and the SSO of the Java APIs
 9   available to others, one has to take into account
10   the commercial licenses.  You would agree with that,
11   would you not?
12              MR. KWUN:  Objection.  Form.
13              THE WITNESS:  Could you read the question?
14   It was a rather complicated question.
15              MR. OTTENWELLER:  The court reporter can
16   read it back to you.
17              (Record read by the reporter as follows:
18                  "QUESTION:  In describing what was
19              Sun's practice during 2005 to 2007, with
20              respect to making the declaring code and
21              the SSO of the Java APIs available to
22              others, one has to take into account the
23              commercial licenses.  You would agree with
24              that, would you not?")
25              THE WITNESS:  I would agree that in the
```

                                              Page 47

1    context where the commercial licenses were

2    applicable, you would absolutely have to refer to

3    them, yes.

4    BY MR. OTTENWELLER:

5        Q    And one would also have to take into

6    account the specification licenses, correct?

7              MR. KWUN:  Objection.  Form.

8              THE WITNESS:  I would say that you have to

9    take the specification license into account where it

10   is applicable, yes.

11   BY MR. OTTENWELLER:

12       Q    In order to understand what practice Sun

13   followed, right?

14             MR. KWUN:  Objection.  Form.

15             THE WITNESS:  In order to understand the

16   overall context of the Java platform as a commercial

17   licensee, that would be one of the things that you

18   would have to understand, yes.

19   BY MR. OTTENWELLER:

20       Q    Right.  So in looking at the practice that

21   Sun followed, we see that there's evidence that they

22   offered the APIs as part of a commercial license,

23   right?

24       A    Right.

25       Q    They offer the APIs as part of the

Page 48

1  specification license, right?

2              MR. KWUN:  Objection.  Form.

3              THE WITNESS:  Yes.

4  BY MR. OTTENWELLER:

5      Q    Now, there was a third way in which Sun

6  made the Java APIs available to entities who wanted

7  to use them, and that was OpenJDK, correct?

8              MR. KWUN:  Objection.  Form.

9              THE WITNESS:  OpenJDK did come into

10  existence later, yes.

11  BY MR. OTTENWELLER:

12     Q    Right.  And OpenJDK is an open source

13  arrangement, is it not?

14     A    Yes.

15     Q    So before I ask you some questions about

16  OpenJDK, let me make sure that we are together on

17  this.

18             There were three ways in which Sun made

19  the Java APIs available to others during the 2005

20  through 2007 time period: commercial licenses,

21  specification licenses, and OpenJDK, agreed?

22             MR. KWUN:  Objection.  Form.

23             THE WITNESS:  I believe there were --

24  there -- you might consider the making available of

25  Java to the Debian community as a fourth way, yes.

```
 1    BY MR. OTTENWELLER:

 2        Q    But the three ways that I mentioned -- I'm

 3    going to focus on that for the time being -- those

 4    were all subject to license terms, were they not?

 5              MR. KWUN:  Objection.  Form.

 6              THE WITNESS:  Each way that Java is made

 7    available was subject to license terms applicable to

 8    the overall platform.

 9    BY MR. OTTENWELLER:

10        Q    Even the OpenJDK was subject to license

11    terms, was it not?

12        A    Absolutely.

13        Q    It was subject to the GNU general public

14    license and the terms in that, was it not?

15              MR. KWUN:  Objection.  Form.

16              THE WITNESS:  It was subject to the GPL v2

17    plus some exceptions, yes.

18    BY MR. OTTENWELLER:

19        Q    Okay.  We've been talking about the

20    practice that Sun followed in making the Java APIs

21    available for use.  Now let's look at this issue

22    from the perspective of entities who use the Java

23    APIs, okay?

24        A    Okay.

25        Q    So those entities who signed the
```

Page 50

1    commercial licenses used the Java APIs pursuant to

2    license terms, right?

3              MR. KWUN:  Objection.  Form.

4              THE WITNESS:  They would have been subject

5    to license terms, yes.

6    BY MR. OTTENWELLER:

7        Q    And those entities who used the Java APIs

8    pursuant to the specification license also used them

9    pursuant to license terms, correct?

10             MR. KWUN:  Objection.  Form.

11             THE WITNESS:  So just could you read that

12   back again or say --

13   BY MR. OTTENWELLER:

14       Q    I'll -- I'll rephrase it.

15       A    -- say it again.

16       Q    I'll say it again.

17             Those entities who used the Java APIs

18   pursuant to the specification license, used them

19   pursuant to license terms, correct?

20             MR. KWUN:  Objection.  Form.

21             THE WITNESS:  Well, they used the Java

22   platform pursuant to license terms, not just the

23   APIs.

24   BY MR. OTTENWELLER:

25       Q    But including the APIs?

1        A     Well, the APIs didn't need a license, but
2   the platform, as a whole, was subject to license
3   terms, and the API is a part of the platform when
4   the whole thing is licensed together.
5        Q     Well, now, Mr. Phipps, we just looked at a
6   document that -- you can look at it again.  We
7   looked at Exhibit 5175, which is a listing of the
8   APIs -- the Java APIs.  Do you have that in front of
9   you?
10        A     It's that one.  Yes.
11        Q     I asked you point blank, in referring to
12   the very end of this document, wasn't the use of the
13   APIs referred to in this document subject to license
14   terms, and you answered "Yes," did you not?
15             MR. KWUN:  Objection.  Form.
16             THE WITNESS:  So I believe that I've been
17   consistent in making sure that we always refer to
18   the use of the Java platform rather than just the
19   APIs.  And the use of the Java APIs within the
20   context of the platform does require a license, and
21   so the generic statement that appears at the end of
22   all of these documents refers to the Java platform.
23   It says here:  "Java 2 Platform Standard Edition
24   5.0."
25             So everything -- everything related to the

Page 52

1   Java 2 platform is subject to license terms, and

2   those license terms refer to the overall work.

3   BY MR. OTTENWELLER:

4        Q    And that would include the APIs, right?

5             MR. KWUN:  Objection.  Form.

6             THE WITNESS:  Well, the -- it includes the

7   APIs within the context of the overall platform.

8   BY MR. OTTENWELLER:

9        Q    And it would include the declaring code

10  and the SSO of the APIs, right?

11       A    I couldn't comment on whether it includes

12  the SSO.  The declaring code I would expect to be

13  used -- usable without the license, although I would

14  also expect that declaring code to -- because it is

15  part of the larger work, to be included within the

16  scope of the larger work.

17       Q    So, I mean, let me make sure I understand

18  what you're saying.

19            The declaring code is part of the API, is

20  it not?

21            MR. KWUN:  Objection.  Form.

22            THE WITNESS:  And so the declaring code is

23  -- as a -- as a software developer, the declaring

24  code is what I would understand to be the API.

25  //

Page 53

1   BY MR. OTTENWELLER:

2       Q    "To be the API."  Is that what you're

3   saying?

4       A    I would consider the declarations that I

5   include in my program in order to reference an

6   external binary implementation to be the API.

7       Q    So to the extent the API had licensing

8   terms, the declaring code would have licensing

9   terms, right?

10              MR. KWUN:  Objection.  Form.

11              THE WITNESS:  Well, I've just stated that

12  the declaring code, as far as a programmer is

13  concerned, is the API, and so the -- the programmer

14  -- as a programmer, I would not expect to have to

15  worry about license terms in isolation from the

16  larger work.

17  BY MR. OTTENWELLER:

18      Q    Isn't it true, Mr. Phipps, that when you

19  were at Sun as an employee, Sun made the declaring

20  code and the SSO of its Java APIs available only if

21  the users subscribed to license terms?

22              MR. KWUN:  Objection.  Form.

23              THE WITNESS:  I'd have to think about that

24  question because I think that the -- the Java API

25  was widely reported in educational books and the

Page 54

1  media, as well as through the terms of these

2  particular licenses, and so, consequently, I would

3  stick to saying that, whenever I'm thinking about

4  licensing, it's always in the context of the Java

5  platform rather than the APIs in isolation.

6  BY MR. OTTENWELLER:

7      Q    The question was:  Isn't it true that,

8  while you were at Sun, that Sun made the declaring

9  code and SSO of the Java APIs only available for use

10  through a license?

11          MR. KWUN:  Objection.  Form.

12          THE WITNESS:  I think that would be --

13  that would be a good general statement, but it would

14  require analysis to work out exactly how it was true

15  in each case.

16          MR. OTTENWELLER:  Let's take a break now

17  with the one-hour mark.

18          THE VIDEOGRAPHER:  Okay.  We're off the

19  record at 10:32.

20          MR. KWUN:  Did we need to change the tape

21  or anything because if not I actually didn't agree

22  to go off the record, and I'd rather just keep

23  going.

24          MR. OTTENWELLER:  What tapes are you

25  running here?

Page 55

```
 1              THE VIDEOGRAPHER:  I have a two-hour tape.

 2              MR. OTTENWELLER:  A two-hour tape.

 3              MR. KWUN:  Yeah, I'd like to keep going.

 4              MR. OTTENWELLER:  All right.  Fair enough.

 5    Let's go back on the record.

 6              THE VIDEOGRAPHER:  I'll put us back on the

 7    record.  Okay.  We're back on the record at 10:33.

 8    BY MR. OTTENWELLER:

 9       Q    Mr. Phipps, during the time period 2005

10    through 2007, can you point to any instance when an

11    entity used the Java APIs in a commercial product

12    without taking a license from Sun?

13              MR. KWUN:  Objection.  Form.

14              THE WITNESS:  I believe it would be

15    possible to do that with research, yes.

16    BY MR. OTTENWELLER:

17       Q    All right.  I'm asking you:  Right now can

18    you cite to any instance?

19       A    I -- the reason I make the statement that

20    I believe I would be able to do it with research is

21    I believe that there were users of GNU Classpath in

22    commercial products through the -- the Linux

23    platform, and I suspect, although I'd have to

24    research, that there were uses of the code that was

25    in Apache Harmony, neither of which I understand to
```

Page 56

1    have been licensed for use by Sun.

2        Q    All right.  So other than Apache Harmony

3    and the GNU Classpath project, is there any other

4    information that you have as you sit here now in

5    your deposition that some entity used the Java APIs

6    without taking a license from Sun?

7        A    Again, I'm cautious about making a yes-no

8    answer to the statement overall.  In the deposition,

9    I'm not aware of any examples.  I would want to do

10   -- be advised of the question and do research before

11   being definitive about it.

12       Q    But you are aware, are you not, of many

13   entities who took a license from Sun in order to use

14   the Java APIs, right?

15            MR. KWUN:  Objection.  Form.

16            THE WITNESS:  I am.  I would like to ask

17   you to clarify your use of the word "use," though,

18   because there are different ways of using Java APIs

19   as a -- as a programmer or as a creator of a

20   third-party product.  There's a -- there's a

21   different arrangement that comes under the terms of

22   different licenses.

23   BY MR. OTTENWELLER:

24       Q    Right.  When you refer to a practice at

25   Sun during the time that you were an employee --

Page 57

1    strike that.

2              I'll ask a different question.

3              All right.  So you referred to Apache

4    Harmony.  Apache Harmony was what?

5         A    Apache Harmony was a project at the Apache

6    Software Foundation intended to create a -- an

7    independent implementation of the Java platform

8    licensed under the Apache software license.

9              THE REPORTER:  Excuse me, Counsel, my

10   machine is not communicating with my laptop.

11             MR. OTTENWELLER:  Let's go off the record.

12             (Recess.)

13             THE VIDEOGRAPHER:  Okay.  We're back on

14   the record at 10:48.

15   BY MR. OTTENWELLER:

16        Q    Mr. Phipps, with respect to the OpenJDK,

17   you -- you were somewhat instrumental in seeing that

18   Sun would release a version of its Java APIs in an

19   open source manner through OpenJDK, correct?

20        A    It was a major part of my job function at

21   that time.

22        Q    In response to one of my prior questions,

23   I asked you isn't it true that there were three ways

24   in which Sun made the Java APIs available, and I

25   listed the commercial license, the specification

                                        Page 58

1    license, and the OpenJDK, and the GNU

2    general-purpose license.

3              You referred to a fourth way.  Can you

4    remind me again of what that fourth way was?

5        A    We made the -- the Java platform available

6    for Linux to the Debian community in the interim

7    period while we -- between when we said that we

8    would release Java as open source and when we

9    actually released OpenJDK, which I think was 2007.

10   We worked in the Debian community to make the binary

11   -- the downloadable binary package available to them

12   on -- on terms they were willing to accept.

13       Q    All right.  What I'm not picking up in

14   your answer is what community you're referring to.

15       A    It's the Debian community.

16       Q    Spell that for me.

17       A    D-e-b-i-a-n.

18       Q    And what is that?

19       A    The Debian community is a community of

20   software developers who produce the -- probably the

21   most important GNU/Linux distribution, the Debian

22   distribution, upon which many other distributions

23   are based.  So, for example, the Ubuntu GNU/Linux

24   distribution is based on that, and many government

25   Linux distributions are based on that.

Page 59

1        Q     Was that for research purposes?

2        A     No.  That was a very -- a very key part of

3    our business strategy.

4        Q     Is that related to OpenJDK?

5        A     So it related to making sure it was

6    possible to use Java on open source platforms, which

7    was one of our business priorities.

8        Q     Okay.  Going back to the time period that

9    I have been focusing you on -- 2005 through 2007 --

10   did you personally ever have any communications with

11   Google about Google using the APIs through OpenJDK?

12       A     No, I don't recall any communication.

13       Q     Just to follow up on that, did anyone on

14   behalf of Google tell you during that time period

15   that it was considering using the APIs through the

16   OpenJDK option?

17       A     I did not have any communication with

18   Google during that period.

19       Q     What was your relationship with Google

20   during the time that you were the chief open source

21   officer?

22       A     So -- so over the entire period, from 2005

23   to 2010?

24       Q     Yeah.  In general, what was your

25   relationship?

Page 60

1        A    Generally, Google was another player in

2   the open source ecosystem, and so my contact with

3   Google when it was necessary would typically be with

4   Crysta Bohner [phonetic] in the open source program

5   office rather than with anyone else at Google.

6        Q    Would you say it was a cooperative

7   relationship?

8        A    We were always on good terms with each

9   other.

10       Q    Were you ever aware that individuals at

11   Google criticized your work at Sun?

12       A    I was not.

13            MR. KWUN:  Objection.  Form.

14   BY MR. OTTENWELLER:

15       Q    I didn't hear your answer.

16       A    I was not aware.

17            (Pages 62 through 63 are bound in a

18            separate transcript marked "Attorneys'

19            Eyes Only.")

20

21

22

23

24

25

Page 61

```
 1   BY MR. OTTENWELLER:

 2       Q    By the way, is that the type of gutter

 3   language that people at Google are usually engaged

 4   in?

 5            MR. KWUN:  Objection.  Form.

 6            THE WITNESS:  I've no opinion about what

 7   Google's internal practices are because I've got no

 8   exposure to it.

 9   BY MR. OTTENWELLER:

10       Q    Well, one of the names you mentioned was

11   DiBona, right?

12       A    Yeah.  So -- but Chris is the -- Chris is

13   the external contact point for the open source

14   group.

15       Q    Right.

16       A    And I would never expect Chris to use a

17   colloquial term like that in any of the

18   communications that we conducted because they were

19   the kind of communications where that sort of

20   language would not be appropriate.

21       Q    Do you have any --

22       A    But it's -- it's entirely possible that in

23   private contexts or in contexts where people

24   believed they were having private conversations they

25   might say that because open source programmers tend
```

Page 64

1    to have robust conversations.

2         Q    Do you have any idea, Mr. Phipps, what

3    would have prompted people at Google to refer to you

4    in such disparaging terms?

5         A    No idea.

6         Q    By the way, are you receiving anything of

7    value from Google for you agreeing to testify in

8    this case?

9              MR. KWUN:  Objection.  Form.

10             THE WITNESS:  I believe that I'm going to

11   be compensated for the time that I spend advising

12   them.  I have been up until now, and they're paying

13   for my travel to come to California because it's not

14   an easy place to get to under my own steam.

15   BY MR. OTTENWELLER:

16        Q    But Google is also paying you for the time

17   you spend in testifying and preparing to testify?

18        A    I'm not actually clear what they are going

19   -- what -- I have asked a question about what they

20   are and are not paying for.  I know they're paying

21   for my consulting time outside of that, and I'm

22   actually awaiting a reply on the subject of how I'm

23   being compensated, as I don't work for Google or for

24   Oracle at this point.

25        Q    So, in other words, you're being paid by

                                        Page 65

1    Google to be a witness here, right?

2              MR. KWUN:  Objection.  Form.

3              THE WITNESS:  I just told you that I am

4    not aware of whether I'm going to be paid at the

5    moment.  I would -- I'm not being paid to be a

6    witness.

7    BY MR. OTTENWELLER:

8         Q    Well, then probably --

9         A    I have been paid to be an advisor prior to

10   the case.

11        Q    When did that start?

12        A    I'd have to ask KVN when it was, but it

13   was end of last year sometime.

14        Q    All right.  And how much are they paying

15   you?

16        A    They're paying my standard hourly rate.

17        Q    Which is ...?

18        A    Which is 400 pounds an hour.

19        Q    How much have they paid you so far?

20        A    I wouldn't be able to tell you that

21   without looking at my accounts.

22        Q    Have you signed some kind of a written

23   contract with Google under which they're obligated

24   to pay you?

25        A    I do have a contractual agreement where

Page 66

1    they are obligated to pay.

2            MR. OTTENWELLER:  Has that -- Counsel, has

3    that been produced?

4            MR. KWUN:  I couldn't tell you.

5            MR. OTTENWELLER:  Would you look into it,

6    please?

7            MR. KWUN:  I will look into it.

8            MR. OTTENWELLER:  We'd like to get a copy

9    of that as soon as possible.

10       Q    When did you sign that contract?

11       A    I'd have to look at it.

12       Q    So when you had your first meeting with a

13   Keker lawyer, was there a discussion then that you

14   would get paid for your time?

15       A    There was -- so on our first meeting I was

16   giving them advice about where to look for the

17   history of the subject matter, and, yes, there was

18   an agreement that they would be paying for that

19   consulting time.

20       Q    Have they offered you anything other than

21   a consulting fee and your expenses?

22       A    Not so far.

23       Q    Do you expect anything more than your

24   consulting fee and reimbursement of your expenses?

25       A    I'm not expecting anything more than that.

Veritext Legal Solutions
866 299-5127

1      Q    Okay.  So it's because they were

2  willing -- and by "they," I mean Google -- was

3  willing to pay you that you agreed to take the trip

4  over here from England to testify?

5      A    I would not --

6           MR. KWUN:  Objection.  Form.

7           THE WITNESS:  I would not have been able

8  to afford to be here if they had not paid.

9  BY MR. OTTENWELLER:

10     Q    Do you have a standard consulting practice

11  presently?

12     A    I do have a consulting practice that

13  charges a variety of fees depending on the client.

14     Q    In this case you're favoring Google, are

15  you not?

16           MR. KWUN:  Objection.  Form.

17           THE WITNESS:  I don't believe that's a

18  true statement.

19  BY MR. OTTENWELLER:

20     Q    Well, you're not completely neutral, are

21  you?

22           MR. KWUN:  Objection.  Form.

23           THE WITNESS:  I -- I don't believe that I

24  have a view about what the outcome of the case will

25  be.

                                   Page 68

```
1   BY MR. OTTENWELLER:

2        Q    You support Google's position, though,

3   don't you?

4             MR. KWUN:  Objection.  Form.

5             THE WITNESS:  My -- so I don't support

6   Google.  I do believe that programmers use APIs

7   without the need to refer to copyright, as I've

8   stated to you before.

9   BY MR. OTTENWELLER:

10       Q    You want to see Google win this case,

11  don't you?

12            MR. KWUN:  Objection.  Form.

13            THE WITNESS:  The overall case is of no

14  concern to me.  I would like to make sure that open

15  source programmers are not put under any uncertainty

16  as to whether the use of APIs is subject to

17  copyright, and I'd like to see that made certain,

18  and I believe that if it's made certain in a way

19  that causes programmers to have to refer to the

20  copyright-ability of individual APIs independently

21  of the implementation, it will be detrimental to the

22  open source community.

23  BY MR. OTTENWELLER:

24       Q    As a matter of personal philosophy, you

25  are opposed to the copyright protection of -- of
```

Page 69

1    APIs, correct?

2        A    I -- in Europe I do not believe APIs are

3    copyrightable, and I would be pleased to see America

4    reach the same conclusion.

5        Q    So, as I am asking you:  You're opposed to

6    copyright protection for APIs --

7             MR. KWUN:  Objection.

8    BY MR. OTTENWELLER:

9        Q    -- right?

10             MR. KWUN:  Objection.  Form.

11             THE WITNESS:  I think the way that I put

12    it is better.

13    BY MR. OTTENWELLER:

14        Q    Well, can you answer the question I asked

15    you?  As a matter of your personal philosophy, isn't

16    it true that you are opposed to copyright protection

17    for APIs?

18        A    Once again, I'll state that copyright --

19    programmers should not need to worry about whether

20    the APIs they are using are subject to copyright.

21    And I would like to see America follow the practice

22    of Europe in not associating copyright with APIs.

23        Q    Let me show you what we marked as

24    deposition Exhibit 5179.

25             Identify that for us, please.

Page 70

1      A     This looks like my article in InfoWorld in

2   May 2015.

3      Q     You wrote this?

4      A     I did.

5      Q     At the -- the title of the article is

6   "Oracle versus Google.  We're not screwed yet."

7            Who is the "we" that you're referring to?

8      A     The open source community.

9      Q     And what do you mean by saying:  "We're

10  not screwed yet?"

11     A     I believe it will be very detrimental to

12  the open source community if every time they used an

13  API they had to also check the copyright license

14  under the which the API was released.

15     Q     So that's why you want to see Google win

16  this case, correct?

17     A     That's why --

18           MR. KWUN:  Objection.  Form.

19           THE WITNESS:  So I repeat:  I have no

20  concern about whether Google wins or loses, but I do

21  wish to make sure or I would be pleased to see APIs

22  declared not copyrightable independently of the

23  implementations.

24  BY MR. OTTENWELLER:

25     Q     In the second paragraph of your article in

Page 71

1    the middle sentence you write, quote, "It looks like

2    bad news for Google and, in turn, bad news for every

3    programmer because its suggests APIs are

4    copyrightable in the United States," closed quote.

5             So, first, you are of the view that if

6    APIs are copyrightable, that's bad news for Google

7    in this case?

8         A    The comment here relates to the overall

9    case that the -- the case is turning badly for

10   Google, and then the comment about the "every

11   programmer" is specifically about APIs.

12        Q    Well, I'm not sure I'm following the

13   distinction you're drawing.  So let me see if I

14   can't rephrase the question and see if you can't

15   give me a clear answer.

16             Isn't it your view that you hold, as you

17   come to this case to testify, that you think it is

18   bad news for Google that there has been a ruling

19   that APIs are copyrightable?

20        A    It's obviously bad news because they have

21   to engage in this court action that we're discussing

22   at the moment.

23        Q    And you also believe it's bad news for

24   programmers that it's been ruled that APIs are

25   copyrightable, right?

```
1        A    I do believe that if that was upheld, it

2   would be bad news.

3        Q    So you don't want to see it upheld, do

4   you?

5             MR. KWUN:  Objection.  Form.

6             THE WITNESS:  I would be pleased to see a

7   clarification that means that open source

8   programmers do not need to check the license terms

9   simply for APIs.

10  BY MR. OTTENWELLER:

11       Q    I asked you if you were neutral in this

12  case.  You're not neutral, are you?

13            MR. KWUN:  Objection.  Form.

14            THE WITNESS:  I'm neutral with regard to

15  whether Oracle or Google should win the case as an

16  overall matter.  I -- my position of when it comes

17  to the copy- -- copyright-ability of APIs is

18  definitely that APIs should not be considered

19  copyrightable.

20  BY MR. OTTENWELLER:

21       Q    So you're not neutral on that score?

22       A    I have an opinion on that score, yes.

23       Q    All right.  And that opinion prompted you

24  to volunteer to come to testify; is that right?

25       A    At this point, the -- I would struggle to
```

Page 73

1    work out what it was that actually made me decide

2    that I would accept the invitation to come over

3    here.

4         Q    You weren't sure?

5         A    I'd have to look back and work out where

6    the decision point was, but certainly a contributing

7    factor to agreeing to spend two weeks here, because

8    I can't drop in from my office, is that I would very

9    much like to see the case settled to clarify the

10   status of APIs, and I would be pleased to share my

11   experience to make that happen.

12        Q    So if I understand what you're saying, you

13   don't think -- let me put it this way:  You think,

14   as a matter of personal philosophy, that APIs should

15   be available for use without any licensing

16   restrictions, true?

17        A    I would say that that was an

18   oversimplification.

19        Q    But generally correct?

20        A    But general -- as a general statement, I

21   believe that programmers should not have to worry

22   about license terms when they use APIs.

23        Q    Okay.  But, of course, they do worry about

24   them now because that's the state of affairs in the

25   industry, right?

Page 74

```
 1              MR. KWUN:  Objection.  Form.
 2              THE WITNESS:  I believe that in the
 3     industry at the moment there is a growing concern,
 4     yes.
 5     BY MR. OTTENWELLER:
 6         Q    That's because in the industry use of APIs
 7     is subject to license terms, right?
 8         A    No.
 9              MR. KWUN:  Objection.  Form.
10              THE WITNESS:  That's because the practice
11     of the industry is that APIs are not subject to
12     license terms, and this decision appears to reverse
13     that industry practice and expectation.
14     BY MR. OTTENWELLER:
15         Q    All right.  So when you tell me, sir, that
16     the practice in the industry is to use APIs without
17     being subject to license terms, tell me specifically
18     in terms of hardcore facts what you're relying upon.
19         A    Okay.  So if you -- if you were to go and
20     get hold of a piece of software that's being
21     developed in an open source community -- let's take,
22     for example, Apache HTTPD, which is the most widely
23     used web server on the Internet.  When declarations
24     are made at the top of the file to indicate which
25     functions are going to be used by the program, there
```

Page 75

1   are not, next to those declarations, any comments or

2   repetition of copyrightable -- copyright ownership

3   or license terms associated with the function

4   declarations, which indicates that the programmers

5   are not concerned about the ownership of those

6   specific parts of the program; whereas, they're very

7   scrupulous to ensure that copyright terms and

8   licenses for the parts of the program that are

9   within the file are rehearsed.

10            I would have expected that if there was a

11   concern about the licenses for the function

12   declarations, that the programmers involved would

13   have some concern to document the way in which they

14   are complying with the license terms.

15       Q   Cite me the specific instances that you're

16   referring to.  Who?  What?  When?  Tell me the

17   details.

18            MR. KWUN:  Objection.  Form.

19            THE WITNESS:  Okay.  I think that's a very

20   difficult question to answer just at the snap of

21   fingers.  But I'd invite you to look at any of the

22   source files for Apache HTTPD and check whether any

23   of those files in the function declarations that

24   they make have any reference around the function

25   declaration to the copyright ownership or licensing

Page 76

1    terms of the function declaration.

2         I believe that you -- when you do that,

3    you'll find that they don't, and I believe that's a

4    common practice throughout the rest of software

5    programming as well, that programmers never

6    associate copyright ownership or licensing terms

7    with declarations and programs.

8    BY MR. OTTENWELLER:

9         Q    All right.  So you're looking at this from

10   the perspective of a programmer who is writing code,

11   right?

12        A    Yes.

13        Q    You're not looking at it from the

14   perspective of a user of an API, right?

15        A    Well, a programmer is the user in API.

16        Q    You're not looking at it from the

17   perspective of a commercial entity who is using the

18   API in a commercial product, are you?

19        A    Well, obviously I am because that is --

20   that is done by programmers in those commercial

21   entities.

22        Q    Okay.  So, once again, I need you to be

23   specific, sir.  So we're talking about the Java

24   APIs.  Cite me, during the time period 2005 through

25   2007, any entity who used the Java APIs in a

                                        Page 77

1    commercial product without taking a license.

2          MR. KWUN:  Objection.  Form.

3          THE WITNESS:  That seems to be a different

4    question to the one that you were asking before.  I

5    think you've asked me that question before.  And --

6    BY MR. OTTENWELLER:

7      Q    Can you answer the question?

8      A    At this point I would need to go and

9    perform research, as I told you the last time you

10   asked the question.

11     Q    So you don't have any facts you can tell

12   me right now?

13     A    As you didn't ask me --

14         MR. KWUN:  Objection.  Form.

15         THE WITNESS:  As you didn't ask me in

16   advance to perform research in order to prepare for

17   that question, I can't cite you any data.

18   BY MR. OTTENWELLER:

19     Q    Okay.  Now, let's talk about Apache

20   Harmony.  You made the statement, I believe, a bit

21   earlier that Apache did not pursue the Harmony

22   project pursuant to a license.  Is that what you

23   said?

24         MR. KWUN:  Objection.  Form.

25         THE WITNESS:  I don't believe that I said

                                        Page 78

1   that, but --

2   BY MR. OTTENWELLER:

3       Q    Okay.  It is -- it is, in fact, true, is

4   it not, that Apache did pursue the Harmony project

5   pursuant to Sun's specification license --

6           MR. KWUN:  Objection.

7   BY MR. OTTENWELLER:

8       Q    -- right?

9           MR. KWUN:  Form.

10          THE WITNESS:  I haven't seen any

11  indication within the Apache Harmony project that

12  that would be a true statement, but I would have to

13  go and research it to check.

14  BY MR. OTTENWELLER:

15      Q    As you sit here today, do you know one way

16  or the other whether the Apache Software Foundation

17  undertook the Harmony project pursuant to a license

18  or not?

19      A    So I don't believe that question is one

20  that is possible to answer because the Apache

21  Software Foundation, as a legal entity, would not

22  have engaged in a licensing activity like that.  It

23  would have been the individual programmers

24  contributing to the project.  They were mostly

25  employees of Intel and IBM.

Page 79

1        Q     Let me show you a series of emails that we
2   marked as deposition Exhibit 5176.
3              You see that this exhibit includes an
4   email that you, yourself, sent, right?
5        A     Yes.
6        Q     Okay.  And as part of the email string is
7   an email from a gentleman named Geir Magnusson to
8   Jonathan Schwartz of Sun, correct?
9        A     Yes.
10       Q     Identify for the benefit of all of us who
11  Geir Magnusson is.
12       A     The role relevant to this email was as the
13  vice president of Java for the Apache Software
14  Foundation.
15       Q     He refers to himself as the officer of the
16  Apache Software Foundation.
17             Do you agree with that?
18       A     Yes.
19       Q     Okay.  Now, he would know, would he not,
20  by virtue of his position, whether the Apache
21  Software Foundation was pursuing Harmony pursuant to
22  a license or not?
23             MR. KWUN:  Objection.  Form.
24             THE WITNESS:  It's likely he would.
25             MR. OTTENWELLER:  Thank you.

                                        Page 80

1        Q    Turn, if you would, to the second page of

2    this exhibit.  It's the page that's numbered

3    4632505.  And in the second-to-last paragraph of his

4    email he writes, quote, "Through Apache Harmony the

5    ASF entered into the specification license in good

6    faith with the expectation that Sun, as the spec

7    lead, would reciprocate."

8        A    Can you just help me to see where that is

9    again?

10       Q    Yes.  It's the second-to-last paragraph on

11   the second page toward the bottom.

12       A    Could you give me the first three words of

13   the paragraph?

14       Q    "Through Apache Harmony."

15       A    Oh, okay.  Got it.

16       Q    So you I'll read it again --

17       A    Yep.

18       Q    -- and you can follow along as I read it.

19            Quote, "Through the Apache Harmony, the

20   ASF entered into the specification license in good

21   faith with the expectation that Sun, as the spec

22   lead, would reciprocate," closed quote.

23            So, Mr. Magnusson, the officer of the

24   Apache Software Foundation is stating, is he not,

25   that Apache was pursuing the Harmony project through

Page 81

1   Sun's specification license, right?

2          MR. KWUN:  Objection.  Form.

3          THE WITNESS:  He -- yes.  It seems that

4   would be a way of interpreting these words.

5   BY MR. OTTENWELLER:

6      Q    And he would know, would he not?

7      A    He --

8          MR. KWUN:  Objection.  Form.

9          THE WITNESS:  Geir would know.

10  BY MR. OTTENWELLER:

11     Q    All right.  So accepting that Apache

12  pursued Harmony through the specification license,

13  you would agree, would you not, that Harmony is not

14  an example of someone using the Java APIs without a

15  license, wouldn't you?

16         MR. KWUN:  Objection.  Form.

17         THE WITNESS:  I would need to think about

18  your question to work out ...  Prima facie, it

19  sounds -- what you're saying sounds reasonable.

20  BY MR. OTTENWELLER:

21     Q    So you referred me to two projects in

22  response to one of my prior questions about whether

23  you could cite any example of an entity using the

24  Java APIs without a license.  One of those examples

25  was Apache through the Harmony project.  We're now

                                              Page 82

1    going to put that to one side because the record

2    seems to indicate they did have a license, okay?

3        A    No.

4            MR. KWUN:  Objection.  Form.

5            THE WITNESS:  No, I don't believe that's

6    an accurate representation of what I said.

7    BY MR. OTTENWELLER:

8        Q    Okay.

9        A    You asked -- the question you asked me was

10   whether the -- whether I knew of any entities, and I

11   said that the commercial -- you were asking about

12   commercial use in your question, and I said it was

13   likely that there were commercial users who might be

14   associated with projects such as Apache Harmony and

15   GNU Classpath.

16       Q    Okay.  So but --

17       A    So your question was about -- was not

18   about the Apache and GNU Classpath.  It was about

19   commercial users.

20       Q    Okay.  Do with agree, though, based on the

21   record that we have in front of us, that Apache's

22   use of the Java APIs was pursuant to license?

23           MR. KWUN:  Objection.  Form.

24           THE WITNESS:  They had entered into a

25   license of some form.

Page 83

```
1    BY MR. OTTENWELLER:
2         Q    And there was a dispute between Apache and
3    Sun about the terms of the license, were there not?
4              MR. KWUN:  Objection.  Form.
5              THE WITNESS:  There was a licensing
6    dispute between Apache and Sun.
7    BY MR. OTTENWELLER:
8         Q    And it was not your responsibility to
9    resolve that dispute, was it?
10        A    It was not my specific responsibility.  It
11   was a collective responsibility of the team who were
12   working with them.
13        Q    I saw an email earlier -- I think you can
14   confirm this without us going through it -- that you
15   took the position when you were a Sun employee that
16   the responsibility for resolving that license
17   dispute between Sun and Apache was with Vineet
18   Gupta, right?
19             MR. KWUN:  Objection.  Form.
20             THE WITNESS:  I actually don't know what
21   you're referring to.  I would have expected it to
22   have been the responsibility of Rich Green.
23   BY MR. OTTENWELLER:
24        Q    Okay.  Well, I'm --
25        A    I think -- I think Vineet -- oh, I think
```

Page 84

1    Vineet was part -- part of the team he was with --

2        Q    Well, I'm just looking at an email -- I

3    can show it to you if you think it's necessary, but

4    you wrote to Vineet:  "Naturally, you are the point

5    of contact for this particular matter."

6              Does that refresh your recollection that

7    you were not the person who was responsible for

8    resolving the Apache Harmony license dispute?

9        A    That's not what point of contacts means.

10   That merely means that Vineet was the point of

11   contact for the parties who were involved.

12       Q    Do you have any knowledge, Mr. Phipps,

13   that in connection with the Apache Harmony project,

14   that Sun took the position that any reimplementation

15   of the APIs by Apache that did not comply with the

16   compatibility requirements would constitute an

17   infringement?

18             MR. KWUN:  Objection.  Form.

19             THE WITNESS:  So that -- I'm not quite

20   sure how to answer that.  My -- my view was that

21   Apache was looking for a TCK in order to refer to

22   their project as Java rather than for any other

23   reason.

24   BY MR. OTTENWELLER:

25       Q    But it was more than just the naming

Page 85

```
 1    issue, wasn't it?
 2              MR. KWUN:  Objection.  Form.
 3              THE WITNESS:  So I can't speak for them,
 4    but my expectation was that they were seeking
 5    primarily to use the Java brand in association with
 6    Harmony as an addition to their use.
 7    BY MR. OTTENWELLER:
 8        Q    But you don't have any percipient
 9    knowledge about that, do you?
10        A    "Percipient" meaning ...?
11        Q    Direct.  Because it wasn't your
12    responsibility?
13              MR. KWUN:  Objection.  Form.
14              THE WITNESS:  So my responsibility was to
15    -- was to interact with the Apache Software
16    Foundation representatives from time to time, and
17    their main reason for requesting a TCK was to do
18    with Java branding.
19              MR. OTTENWELLER:  Let me have this marked
20    as Exhibit 5181, please.  Well, we'll put the
21    sticker on later.  Just regard that as 5181.
22        Q    Do you recognize this document?  It's a
23    four-page document?
24        A    No.
25        Q    Just look at the first -- first couple
```

Page 86

1    paragraphs to see if you recognize it.

2         A    It doesn't look familiar.

3         Q    All right.  Let me ask you to turn to the

4    third page.  That's the page in the lower right-hand

5    corner that refers to 3 of 4, and I'm going to --

6    you see the -- the heading "IP Specific to Sun's

7    Java SE Implementation"?

8         A    All right.  I'm getting there.  Okay.

9         Q    Look at the text immediately above that,

10   which I'll read into the record.  Quote, "Note that

11   an incompatible implementation is not entitled to

12   use the Java SE IP.  This applies even if the

13   incompatible implementation avoids use of any Java

14   brands or Java trademarks.  Having an incompatible

15   implementation call itself, quote, Fred, closed

16   quote, does not magically resolve the IP issues."

17              Does that refresh your memory, Mr. Phipps,

18   that Sun, in connection with Harmony, took the

19   position that if the Harmony project did not pass

20   the compatibility test, it would -- the use of the

21   APIs would be a violation of Sun's intellectual

22   property?

23         A    That --

24              MR. KWUN:  Objection.

25              THE WITNESS:  That --

                                        Page 87

1          MR. KWUN:  Object- -- you have to let me
2    finish my objection.
3          THE WITNESS:  Okay.  Finish your
4    objection.
5          MR. KWUN:  Objection.  Form.
6          THE WITNESS:  No, that doesn't refresh my
7    recollection.
8    BY MR. OTTENWELLER:
9        Q    Looking back at the first page, do you
10   have any reason to question whether this was a
11   Sun-authored document?
12         MR. KWUN:  Objection.  Form.
13         THE WITNESS:  It's pretty hard to tell who
14   authored it, but it was -- there's -- there's a URL
15   at the bottom that says it was taken from Java.net.
16   So it's likely it was Sun authored.
17         MR. OTTENWELLER:  I'm sorry.  What was his
18   last phrase?
19             (Record read by the Reporter as follows:
20               "ANSWER:  It's pretty hard to tell who
21               authored it because there's a URL at the
22               bottom that says it was taken from
23               Java.net.  So it's likely it was Sun
24               authored."[sic])
25             THE WITNESS:  I didn't say "because," I

1    don't think.  I just -- I just said "It's pretty

2    hard to work out who authored it, but there is --" I

3    think maybe that's what you heard.

4    BY MR. OTTENWELLER:

5        Q    Tell me, if you would, what GNU Classpath

6    is or was.

7        A    So GNU Classpath was a project to create

8    an independent implementation of the Java class

9    libraries under the GNU GPL.

10       Q    The GNU Classpath project was not

11   authorized by Sun, was it?

12       A    It was not.  I don't recall anyone asking

13   for authorization.  So it was not denied either.

14       Q    But as far -- we'll get to that.

15            But as far as you know, you never saw any

16   document that indicated that Sun authorized the GNU

17   Classpath project, right?

18       A    I'm not aware of any such document.

19       Q    Let me show you what has been marked as

20   trial Exhibit 5246.  5246 is an email from one

21   Matthew Marquis at Sun to a Mr. Kim.

22            Do you see that at the top?

23       A    Yep.

24       Q    Now, you know who Matthew Marquis is,

25   correct?

Page 89

```
1          A     I think he was involved in the legal team

2    at Sun.

3          Q     He was a lawyer --

4          A     Yeah.

5          Q     -- in the Sun legal department?

6          A     He wasn't someone that I routinely

7    interacted with.

8          Q     But you recognize the name?

9          A     Yeah.

10         Q     Okay.  Do you know, sir, that with respect

11   to the GNU Classpath project there was a dispute

12   between Sun and a consortium of Korean wireless

13   companies about whether they could use the APIs

14   through Classpath?

15         A     No.

16         Q     Is that all completely new to you?

17         A     Completely new to me.

18         Q     All right.  Look, if you would, at --

19         A     I think this dates from before I had

20   responsibility in the area.

21         Q     For the record, it is -- the email is

22   dated March 2, 2003.

23         A     Yeah.

24         Q     Okay.  In the middle of the second

25   paragraph you see there is a -- a subparagraph two?
```

Page 90

```
 1   Why don't you find that --
 2        A    Yeah.
 3        Q    -- and then I'll ask you about that.
 4             So I'm going to read the statement that
 5   Mr. Marquis made to Mr. Kim -- or Dr. Kim.  Quote,
 6   "Sun has not authorized the GNU organization or any
 7   third party to copy it's specifications or create
 8   derivative works of those specifications," closed
 9   quote.
10             And then I'm going to drop down to about
11   seven lines.  There's another sentence that begins:
12   "Therefore, it is beyond --" do you see that?
13        A    Yes, I see that.
14        Q    So I'll read that into the record.
15   "Therefore, it is beyond a shadow of a doubt that
16   using the GNU Classpath derivative work to develop
17   the WIPI --" that's W-I-P-I "-- specification will
18   not avoid copyright infringement," closed quote.
19             My first question, based on what I read to
20   you, Mr. Phipps -- the reference to the GNU
21   Classpath is a reference to the GNU Classpath
22   project that we've been discussing, right?
23        A    I believe it is.
24             MR. KWUN:  Objection.  Objection.  Form.
25             THE WITNESS:  I believe it is.
```

Page 91

1   BY MR. OTTENWELLER:

2        Q    And Mr. Marquis is taking the position on

3   behalf of Sun that the GNU Classpath project is not

4   authorized, right?

5             MR. KWUN:  Objection.  Form.

6             THE WITNESS:  He appears to be

7   communicating that view privately to Mr. Kim, yes.

8   BY MR. OTTENWELLER:

9        Q    And it is true, is it not, based on what

10  we have in front of us, that Mr. Marquis, on behalf

11  of Sun, is taking the position that the use on the

12  GNU Classpath project would constitute a copyright

13  infringement of Sun's rights, correct?

14            MR. KWUN:  Objection.  Form.

15            THE WITNESS:  It seems that he is saying

16  that that would be an expectation.

17  BY MR. OTTENWELLER:

18       Q    All right.  So looking at the Apache

19  Harmony project and the GNU Classpath project --

20  those two projects together -- with respect to

21  Harmony, we have a situation in which the Apache

22  Software Foundation operated under a Sun license,

23  right?

24            MR. KWUN:  Objection.  Form.

25            THE WITNESS:  Apache had secured a

Page 92

1   specification license and were also part of the

2   JSPA.

3   BY MR. OTTENWELLER:

4       Q    And with respect to GNU Classpath project,

5   we have a situation that GNU did not have Sun's

6   authorization to pursue that project, correct?

7               MR. KWUN:  Objection.  Form.

8               THE WITNESS:  I don't think that's what

9   this says.  This simply says that the -- that if

10  Mr. Kim was to use the software, he might experience

11  a copyright violation.

12  BY MR. OTTENWELLER:

13      Q    Well, if he were to use the software from

14  the Classpath project, right?

15              MR. KWUN:  Objection.  Form.

16              THE WITNESS:  Well, you're -- you're

17  drawing a conclusion that I don't believe that the

18  conclusion is warranted by the document.

19  BY MR. OTTENWELLER:

20      Q    Well, what would you make, then, sir, of

21  the statement -- the first statement that I read,

22  quote, "Sun has not authorized the GNU organization

23  or any third party to copy its specifications or

24  create derivative works of those specifications"?

25  That's a statement that the reimplementation of the

Page 93

1    APIs was not authorized by Sun, isn't it?

2            MR. KWUN:  Objection.  Form.

3            THE WITNESS:  I don't believe it -- that

4    that is a necessary conclusion of that statement.

5    The statement is talking about the derivative works

6    of the specifications, but it's not specifically

7    talking about the APIs, and I would have expected

8    that statement to refer to the -- the need for a

9    license to get -- to license patents in the

10   implementation rather than the APIs.

11   BY MR. OTTENWELLER:

12      Q    Well, isn't it true that the GNU Classpath

13   project entailed a reimplementation of the Java

14   APIs?

15      A    It -- so the GNU Classpath project was a

16   reimplementation of the Java class libraries, and

17   that inherently would have required using the same

18   function calls; otherwise, it would not be an

19   implementation.

20      Q    Just so we're clear, the class libraries

21   are the same as the APIs, right?

22      A    That's not correct.  The class libraries

23   are the implementations that are -- that are turned

24   into a binary that is then used by programs that

25   include the declarations.

                                            Page 94

1      Q    But they relate to the APIs, don't they?

2      A    The -- so the -- the class files are the

3  implementations of the computer code that is

4  necessary to execute the API when it is called.

5      Q    And isn't it true that the Classpath

6  project involved a reimplementation of the Java

7  APIs?

8      A    That's correct.

9      Q    All right.  And to the extent that Sun,

10  through Mr. Marquis, is taking the position that

11  that reimplementation was not authorized -- and

12  that, in fact, is how you read this document, is it

13  not?

14           MR. KWUN:  Objection.  Form.

15           THE WITNESS:  So I think I said it better

16  last time.

17  BY MR. OTTENWELLER:

18      Q    Let me hear it again.

19      A    So the -- the bullet 2 that you refer to

20  indicates that Sun has not authorized -- does not

21  indicate that there is a -- that they are doing a

22  bad thing.  It indicates that they have not been

23  authorized.

24      Q    Right.  They haven't been authorized to do

25  what they're -- they were doing, right?

                                        Page 95

```
 1              MR. KWUN:  Objection.  Form.
 2              THE WITNESS:  Yeah, I don't know that I
 3     would put it that way.  I'd say that -- that what
 4     this is telling you is that Sun has not authorized
 5     GNU to do a thing.  That does not imply necessarily
 6     that they're doing something which is infringing.
 7     It simply indicates that Sun has not authorized the
 8     activity.
 9     BY MR. OTTENWELLER:
10         Q    Have --
11         A    Because to say that it's infringing
12     implies that some sort of a license is required,
13     which, for an API it wouldn't be.
14         Q    Well, in the second reference I read where
15     you referred to a copyright infringement, that
16     certainly indicates activity that doesn't have the
17     permission of a license, doesn't it?
18         A    This --
19              MR. KWUN:  Objection.  Form.
20              THE WITNESS:  So the sentence you're
21     referring to, which is sentence 5, is very
22     complicated, and it indicates that Mr. Kim's
23     organization, whichever it is, should expect to be
24     infringing copyright if they used GNU Classpath, but
25     it does not actually make any direct allegations
```

Page 96

1    about GNU's project.

2    BY MR. OTTENWELLER:

3         Q    Now that you see this, this document,

4    which predated the time where you had any

5    involvement with GNU Classpath, doesn't this

6    indicate to you that Sun took the position that the

7    GNU Classpath reimplementation of the APIs was not

8    authorized because GNU never took a license?

9              MR. KWUN:  Objection.  Form.

10             THE WITNESS:  So I wouldn't instantly come

11   to that conclusion from this communication which I

12   have not seen before.

13   BY MR. OTTENWELLER:

14        Q    All right.  But -- so you actually lack

15   some knowledge about the interaction between Sun and

16   others with respect to Classpath, right?

17             MR. KWUN:  Objection.  Form.

18             THE WITNESS:  So I was not involved in the

19   relationship with the GNU Classpath project prior to

20   taking over the role of chief open source officer.

21   BY MR. OTTENWELLER:

22        Q    Eventually the GNU Classpath project came

23   to an end, right?

24             MR. KWUN:  Objection.  Form.

25             THE WITNESS:  It's transformed into the

Page 97

1    IcedTea project.

2    BY MR. OTTENWELLER:

3        Q    But as the Classpath project, it ceased to

4    exist, right?

5              MR. KWUN:  Objection.  Form.

6              THE WITNESS:  I'm not sure that's actually

7    a true statement.  I believe the Class- -- the

8    developers working on the Classpath project became

9    supporters of the OpenJDK work through IcedTea, and

10   I believe some of the work they did in GNU Classpath

11   may well have been used within that implementation.

12   BY MR. OTTENWELLER:

13       Q    Can you, as you sit here today,

14   Mr. Phipps, cite a single example of a commercial

15   entity who used a reimplementation of the Java APIs

16   either with express authorization from Sun or

17   through a Sun license?  I actually -- I don't think

18   that came out right.  So let me --

19       A    It was massively complex.

20       Q    It was.  So let's try to simplify it.

21            As you sit here today, can you cite a

22   single incident in which an entity used a

23   reimplementation of the Java APIs outside the

24   context of a license or outside the context of a

25   project that Sun did not authorize?

                                          Page 98

```
 1              MR. KWUN:  Objection.  Form.

 2              THE WITNESS:  I can't hold that all in my

 3    head at the same time, I'm afraid.

 4              MR. OTTENWELLER:  All right.  Let's break

 5    it down.

 6        Q    Can you cite a single example of an entity

 7    who has used a reimplementation of the Java APIs for

 8    commercial purposes outside the context of a

 9    license?

10              MR. KWUN:  Objection.  Form.

11              THE WITNESS:  A license from whom?

12    BY MR. OTTENWELLER:

13        Q    From Sun.

14        A    Okay.  I believe it would be possible to

15    find such an entity, but in this deposition I cannot

16    do so without research.

17        Q    As you sit here today, Mr. Phipps, can you

18    cite a single example of an entity who used a

19    reimplementation of the Java APIs outside the

20    context of a Sun authorization?

21              MR. KWUN:  Objection.  Form.

22              THE WITNESS:  Yeah, I'm still struggling,

23    parsing that statement.

24              MR. OTTENWELLER:  Okay.  Let me rephrase

25    it.
```

                                        Page 99

1      Q    As you sit here today, can you identify a

2  single incident in which an entity used a

3  reimplementation of the Java APIs for commercial

4  purposes where the reimplementation was authorized

5  -- I'm sorry -- where the reimplementation was not

6  authorized by Sun?

7            MR. KWUN:  Objection.  Form.

8            THE WITNESS:  So I'm still struggling to

9  parse that question.  My suspicion is that, were I

10  to understand your question, the answer would be

11  that I think it's quite likely that there are

12  companies who are using GNU Classpath, which is, I

13  think, what you're trying to allude to without

14  saying the name, for commercial purposes because

15  they would have used it through the Debian

16  distribution over its entire lifetime.

17            So there's almost certainly -- anyone who

18  used Debian for commercial purposes and used Java

19  within the context of Debian would be very likely to

20  have used GNU Classpath.

21  BY MR. OTTENWELLER:

22      Q    Cite me the specifics.

23      A    I have no knowledge of specific users of

24  Debian, but there are hundreds, if not thousands, of

25  them.

                                        Page 100

```
1         Q     How do you know that?

2         A     Because it's extremely clear.

3         Q     Is that the basis of your knowledge?

4         A     Well, sitting in this room without prior

5   notice of the question, without research, it's not

6   possible to provide you with an enumerated list of

7   those users, but given notice of the question and

8   given the opportunity to perform research, I could

9   provide you with at least one example of a

10  commercial user who used Debian and used GNU

11  Classpath from within it.

12              Can I get a refill, please?

13        Q     Go back, if you would, sir, to the very

14  first disclosure we've looked at.

15        A     Is that 1767?

16        Q     Yes.  5174.  That's the legal pleading in

17  the case.

18        A     5174.

19              MR. KWUN:  The excerpt of a legal

20  pleading, but yes.

21              MR. OTTENWELLER:  Correct.

22              THE WITNESS:  Oh, it's got a different --

23  it's got a different number at the top than the

24  sticker at the bottom.  Okay.  One says 1767 at the

25  top, if you look.
```

```
 1            MR. OTTENWELLER:  Yeah, okay.
 2      Q    So this disclosure from Google cites a
 3  single fact that refers to this.  Quote, "Sun's CEO
 4  authorized him to reach out to the open source
 5  community, including GNU Classpath personnel, to
 6  assist with Sun's own implementation of the APIs in
 7  OpenJDK."
 8            Now, who was providing the assistance
 9  being referred to?
10      A    Okay.  So the assistance that would have
11  been given there would have been from -- I don't
12  have everyone's names in front of me.  I think
13  they've been referred to before, but people like
14  Dalibor, Mark.  Probably Tom Tromey was one of the
15  people that was referred to here.  The people who
16  were generally involved in maintaining GNU
17  Classpath.
18      Q    They were to provide assistance to whom?
19      A    They were -- so because OpenJDK is open
20  source, they're able to create improvements to it
21  that they can then offer to the code base, and the
22  way they did that in this case was by creating the
23  IcedTea project, which created function implementing
24  the APIs that had been stubbed out by Sun because
25  they could not be made open source.
```

Page 102

1      Q    This refers to assisting with Sun's own

2  implementation of the APIs in OpenJDK.

3      A    It doesn't imply that Sun's -- that

4  they're assisting -- it's -- I understand what it

5  means.

6      Q    Well, tell me.

7      A    It says -- so what the IcedTea project was

8  doing was -- so we have to roll back.  OpenJDK, when

9  it was first released, had a number of functions

10  that were not implemented for IP reasons that I'm

11  not completely sure about, things like the media

12  APIs, and those were stubbed out so that programs

13  would compile without errors, but when programs

14  called the function, it would actually do nothing.

15          And the IcedTea project implemented mostly

16  Linux implementations of those functions so that the

17  functionality available on Linux would be the

18  equivalent of the functionality that was available

19  on the platforms that Sun was directly creating,

20  such as Windows.

21      Q    How --

22      A    And so they assisted the project in the

23  sense that -- oh, they assisted with Sun's

24  implementation of the APIs in the sense that they

25  were writing implementations for the -- to replace

Page 103

1    those stubs on Linux.  So it was a full

2    implementation.  They were not, however, employees

3    of Sun.

4         Q    How did Mr. Schwartz, the CEO of Sun,

5    authorize you to reach out to the open source

6    community?

7         A    He had encouraged me from the beginning of

8    his tenure as CEO to go and work on improving Sun's

9    reputation with the open source community and to

10   create a consulting group inside Sun to help our

11   product teams improve that set of relationships.

12        Q    Did he tell you in a verbal communication?

13        A    He certainly told me in a verbal

14   communication.

15        Q    Did he ever put it in writing?

16        A    I really don't recall, and you have much

17   better access to my email than I do, as I last saw

18   this email when it was automatically deleted one

19   year after it was created.  So who knows?  Maybe

20   there was an email many years ago.

21             MR. OTTENWELLER:  All right.  We are at

22   the end of the two-hour mark.  I am going to say

23   that Oracle is reserving its right to take more

24   deposition time with Mr. Phipps.  Given Google's

25   position that he is a key witness in the case, two

                                        Page 104

```
 1    hours is far insufficient, and I have more questions
 2    that I need to ask and more topics that I want to
 3    pursue.
 4             MR. KWUN:  Well, we -- we think we're
 5    done.  But -- but certainly if you want to make a
 6    motion, we'll address it then.
 7             MR. OTTENWELLER:  Will you make -- will
 8    you make Mr. Phipps available after he gets some
 9    rest?
10             MR. KWUN:  No.
11             MR. OTTENWELLER:  All right.  Given my
12    reservation, that concludes the deposition today.
13             THE VIDEOGRAPHER:  Okay.  Then we are off
14    the record.  The time is 11:47.
15             (Exhibit 5181 was marked for
16             identification by the court reporter.)
17             (TIME NOTED:  11:47 A.M.)
18
19
20
21
22
23
24
25
```

Page 105

1           I, SIMON PHIPPS, do hereby declare under

2   penalty of perjury that I have read the foregoing

3   transcript; that I have made any corrections as

4   appear noted, in ink, initialed by me, or attached

5   hereto; that my testimony as contained herein, as

6   corrected, is true and correct.

7           EXECUTED this _____ day of _____,

8   2016, at _____, _____.

9              (City)                 (State)

10

11

12

13       _____

14           SIMON PHIPPS

15           VOLUME I

16

17

18

19

20

21

22

23

24

25

                                            Page 106

1      I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4      That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,

7  prior to testifying, were administered an oath; that

8  a record of the proceedings was made by me using

9  machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing is a true

record of the testimony given.

11      Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review

14  of the transcript [  ] was [  ] was not requested.

15      I further certify that I am neither

16  financially interested in the action nor a relative

17  or employee of any attorney or any party to this

18  action.

19      IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21      Dated:  5/7/16

22

23

24       Catherine A. Ryan, RMR, CRR

25       CSR No. 8239

Page 107

[& - allowed]

| & | |
|---|---|
| **&** | 3:4 4:4,14 8:3,7 |

**0**

**02** 6:20
**03561** 1:9 2:9

**1**

**1** 1:23
**1000** 3:7
**10019-6142** 4:8
**105** 6:12
**107** 1:23
**10:32** 55:19
**10:33** 56:7
**10:48** 58:14
**11:47** 2:19 105:14
   105:17
**13-00047263** 6:7
**13-00047266** 6:8
**13-00100931** 5:15
**13-00100940** 5:16
**1767** 101:15,24

**2**

**2** 5:13 6:16,18 40:14
   52:23 53:1 90:22
   95:19
**2000** 8:20 11:9
**2003** 6:20 90:22
**2004** 42:20
**2005** 9:15 20:7
   21:11 22:1,6 23:11
   23:19 29:23 30:17
   31:16 35:1 36:20
   37:12 47:7,19 49:19
   56:9 60:9,22 77:24
**2005-2007** 29:12
   31:24 32:11,23
**2007** 10:11 20:8
   21:11 22:2,6 23:12
   23:19 29:23 30:18
   31:16 35:1 36:20
   37:12 47:7,19 49:20
   56:10 59:9 60:9
   77:25

**2010** 8:20 9:16
   16:23 60:23
**2015** 11:10 71:2
**2016** 1:15 2:19 7:1
   7:10 106:8
**212** 4:9,10
**213** 3:17,18
**2304880** 1:21

**3**

**3** 5:24 87:5
**3/8/2010** 6:5
**3200** 3:15
**3:10** 1:9 2:9

**4**

**4** 5:10 6:12 87:5
**400** 66:18
**405** 2:16
**415** 4:19
**45** 6:16
**4632505** 81:3

**5**

**5** 96:21
**5.0** 5:13 6:17 40:15
   40:18
**5.0.** 52:24
**5/7/16** 107:21
**506-3767** 4:9
**506-5151** 4:10
**51** 4:7
**5174** 5:8 7:4 9:18
   17:3 101:16,18
**5175** 5:13 7:4 40:14
   43:11 52:7
**5176** 5:18 7:4 80:2
**5179** 5:23 7:5 70:24
**5180** 6:5 7:5 62:3
**5181** 6:12 86:20,21
   105:15
**5246** 6:20 89:20,20
**52nd** 4:7

**6**

**610.1** 6:16 45:14,15
**612-2372** 3:17
**612-2499** 3:18
**614-7401** 3:10
**614-7454** 3:9
**62** 61:17
**62-63** 1:24
**63** 61:17
**633** 4:17
**650** 3:9,10
**676-2204** 4:19

**7**

**7** 1:15 2:19 5:8,13
   5:18,23 6:5 7:1
**777** 3:15
**7th** 7:10

**8**

**8** 5:4
**8239** 1:20 2:21
   107:25
**89** 6:20

**9**

**90017-5855** 3:16
**94025-1015** 3:8
**94111-1809** 4:18

**a**

**a.m.** 2:18,19 7:2,11
   105:17
**abbreviation** 14:11
**ability** 69:20 73:17
**able** 18:8 20:11,25
   21:6 22:15 28:20
   32:19,20 33:12
   39:14 56:20 66:20
   68:7 102:20
**absolutely** 13:19
   14:1,3,16 24:23
   38:1 48:2 50:12
**acaridis** 3:19
**accept** 59:12 74:2
**accepting** 82:11

**access** 39:20 104:17
**account** 47:9,22
   48:6,9
**accounts** 66:21
**accurate** 13:10,24
   15:22 17:14 31:21
   32:4 46:9 83:6
**accused** 41:24 42:2
**acquired** 29:2
**acronym** 16:4
**act** 34:15
**action** 72:21 107:16
   107:18
**activity** 39:9 79:22
   96:8,16
**addition** 86:6
**address** 105:6
**administered** 8:11
   107:7
**advance** 78:16
**advantage** 26:13
**advice** 67:16
**advised** 25:23 57:10
**advising** 65:11
**advisor** 66:9
**aeo** 62:10
**affairs** 74:24
**afford** 68:8
**afraid** 99:3
**ago** 104:20
**agree** 7:20 19:1
   20:21 24:7,25 47:10
   47:23,25 55:21
   80:17 82:13 83:20
**agreed** 17:17 49:21
   68:3
**agreeing** 65:7 74:7
**agreement** 66:25
   67:18
**ahead** 9:5 14:4
**ahold** 39:14
**allegations** 96:25
**allow** 27:24
**allowed** 38:25 62:20

Page 1

**allows** 62:18
**allude** 100:13
**alyssa** 3:13 8:6
**america** 1:6 2:6 7:17
  8:2 70:3,21
**analysis** 55:14
**anderson** 13:1,2,4
  18:17
**angeles** 3:16
**answer** 9:6 15:11
  17:8 27:18,19 30:12
  30:14 32:4,16 33:2
  33:11,12,13 35:12
  36:8 43:21 57:8
  59:14 61:15 70:14
  72:15 76:20 78:7
  79:20 85:20 88:20
  100:10
**answered** 29:17
  52:14
**answering** 27:24
**anyone's** 28:13
**apache** 56:25 57:2
  58:3,4,5,5,8 75:22
  76:22 78:19,21 79:4
  79:11,16,20 80:13
  80:16,20 81:4,14,19
  81:24,25 82:11,25
  83:14,18 84:2,6,17
  85:8,13,15,21 86:15
  92:18,21,25
**apache's** 5:19 83:21
**api** 5:14 14:21 31:13
  31:24 40:15,17
  41:16,18 42:2 44:2
  44:19 52:3 53:19,24
  54:2,6,7,13,24
  71:13,14 77:14,15
  77:18 95:4 96:13
**apis** 5:10 9:23 10:21
  14:25 19:12,25 20:9
  20:20 21:4 22:10
  23:6 29:16,25,25
  30:19,20 31:2,17,25
  32:11,24 33:17 35:2

35:5,7,15,17 36:10
36:15,22 37:13,24
38:8,15,17,25 39:21
41:23 42:10,21
43:15 44:2,16,19,21
45:4,20 46:13 47:8
47:21 48:22,25 49:6
49:19 50:20,23 51:1
51:7,17,23,25 52:1
52:8,8,13,19,19
53:4,7,10 54:20
55:5,9 56:11 57:5
57:14,18 58:18,24
60:11,15 69:6,16,20
70:1,2,6,17,20,22
71:21 72:3,6,11,19
72:24 73:9,17,18
74:10,14,22 75:6,11
75:16 77:24,25
82:14,24 83:22
85:15 87:21 90:13
94:1,7,10,14,21
95:1,7 97:7 98:15
98:23 99:7,19 100:3
102:6,24 103:2,12
103:24
**appear** 106:4
**appearances** 3:1 4:1
**appears** 19:1,5
  52:21 75:12 92:6
**applicable** 18:14
  48:2,10 50:7
**applies** 44:3 87:12
**appreciate** 17:10
  20:15,15
**approach** 14:21
**appropriate** 64:20
**approximation** 11:8
**area** 90:20
**arrangement** 49:13
  57:21
**arrangements** 45:25
**article** 71:1,5,25
**ascertained** 45:9

**asf** 81:5,20
**asked** 12:12 15:21
  17:9,23,25 19:21
  21:10 29:15 30:12
  32:8 33:23 37:1,3,7
  38:16 52:11 58:23
  65:19 70:14 73:11
  78:5,10 83:9,9
**asking** 14:7 33:6,9
  34:12 44:9 56:17
  70:5 78:4 83:11
  89:12
**asks** 37:9
**assert** 12:11
**asshole** 62:7 63:2
**assigned** 9:1
**assist** 10:20 102:6
**assistance** 5:19
  102:8,10,18
**assisted** 103:22,23
**assisting** 103:1,4
**associate** 77:6
**associated** 21:3 76:3
  83:14
**associating** 70:22
**association** 86:5
**assume** 15:10 16:8
  45:9
**attached** 106:4
**attorney** 3:6,14 4:6
  4:16 12:6,22 107:17
**attorneys** 1:24 6:10
  61:18 62:1 63:1,5
**attributes** 30:5,7
**audio** 7:19
**author** 35:4
**authored** 35:8 36:13
  36:16,17 88:11,14
  88:16,21,24 89:2
**authorization** 89:13
  93:6 98:16 99:20
**authorize** 98:25
  104:5
**authorized** 10:16
  89:11,16 91:6 92:4

93:22 94:1 95:11,20
95:23,24 96:4,7
97:8 100:4,6 102:4
**automatically**
  104:18
**available** 30:1,20
  31:17,25 32:12
  36:22 37:14,18,24
  38:8,12 39:13,20,25
  45:21 46:7,12,13
  47:9,21 49:6,19,24
  50:7,21 54:20 55:9
  58:24 59:5,11 74:15
  103:17,18 105:8
**avoid** 91:18
**avoids** 87:13
**awaiting** 65:22
**aware** 16:21,24
  38:11 57:9,12 61:10
  61:16 62:23 66:4
  89:18

---

**b**

**b** 59:17
**back** 12:12 15:20
  16:23 21:10,13,18
  23:18 25:17 29:14
  30:13 36:7 43:24
  47:16 51:12 56:5,6
  56:7 58:13 60:8
  74:5 88:9 101:13
  103:8
**bad** 12:24 72:2,2,6
  72:18,20,23 73:2
  95:22
**badly** 72:9
**base** 102:21
**based** 29:16 34:1,5
  59:23,24,25 83:20
  91:19 92:9
**basing** 23:19,21,22
  24:4
**basis** 12:11 15:13
  25:16 101:3

[bates - community]

**bates** 5:14,20 6:6,21
**battery** 4:17
**beginning** 2:18
 104:7
**begins** 91:11
**behalf** 2:16 8:4,7
 60:14 92:3,10
**behavior** 33:8
**believe** 10:25 13:23
 18:1,19 19:10,14
 20:6,17 28:9 29:5,6
 29:13 33:12 39:7
 43:18 44:11 47:1
 49:23 52:16 56:14
 56:20,21 62:12,20
 65:10 68:17,23 69:6
 69:18 70:2 71:11
 72:23 73:1 74:21
 75:2 77:2,3 78:20
 78:25 79:19 83:5
 91:23,25 93:17 94:3
 98:7,10 99:14
**believed** 64:24
**benefit** 80:10
**best** 27:22
**better** 70:12 95:15
 104:17
**beyond** 18:2 20:13
 21:7 91:12,15
**binary** 39:16 54:6
 59:10,11 94:24
**bit** 17:11 78:20
**blank** 52:11
**bohner** 61:4
**book** 41:9
**books** 54:25
**bottom** 10:2 81:11
 88:15,22 101:24
**bound** 1:24 6:9
 61:17
**boundaries** 19:22
**brand** 86:5
**branding** 86:18
**brands** 87:14

**breach** 28:12
**break** 55:16 99:4
**bullet** 95:19
**business** 60:3,7
**buy** 31:14

**c**

**c1003561wha** 7:18
**california** 1:2,14 2:2
 2:18 3:8,16 4:18 7:1
 65:13 107:2
**call** 87:15
**called** 17:5 95:4
 103:14
**calls** 44:8 94:16
**capacity** 10:15
**caption** 7:17
**career** 26:1
**carefully** 30:14
**caridis** 3:13 8:6,6
**case** 1:8 2:8 7:17,18
 8:9 9:21 12:12
 13:12 16:13 17:4
 18:2,10 20:14 41:12
 41:24 55:15 65:8
 66:10 68:14,24
 69:10,13 71:16 72:7
 72:9,9,17 73:12,15
 74:9 101:17 102:22
 104:25 107:13
**cases** 33:7
**catherine** 1:19 2:20
 7:13 107:24
**causes** 69:19
**cautious** 26:4,6
 35:11 57:7
**ceased** 98:3
**ceo** 10:16 102:3
 104:4,8
**certain** 27:1 69:17
 69:18
**certainly** 29:8 74:6
 96:16 100:17
 104:13 105:5

**certified** 2:20 107:1
**certify** 107:3,15
**change** 55:20
**characterization**
 34:3
**charges** 68:13
**check** 25:24 71:13
 73:8 76:22 79:13
**chief** 8:22 9:8 10:1
 10:10 60:20 97:20
**chris** 3:5 8:1 64:12
 64:12,16
**christa** 12:25 13:1,2
 18:17
**cite** 56:18 76:15
 77:24 78:17 82:23
 98:14,21 99:6,18
 100:22
**cites** 102:2
**city** 106:9
**claiming** 43:1
**clarification** 73:7
**clarify** 16:6 20:10
 57:17 74:9
**class** 89:8 94:16,20
 94:22 95:2 98:7
**classpath** 10:18
 56:21 57:3 83:15,18
 89:5,7,10,17 90:11
 90:14 91:16,21,21
 92:3,12,19 93:4,14
 94:12,15 95:5 96:24
 97:5,7,16,19,22
 98:3,8,10 100:12,20
 101:11 102:5,17
**clauses** 42:9
**clear** 17:7 20:17
 65:18 72:15 94:20
 101:2
**clicking** 45:10
**client** 68:13
**closed** 43:13 72:4
 81:22 87:15 91:8,18
**code** 14:19,22,25
 15:12 34:14 36:21

 37:13,23 38:8,14
 39:21 45:21 46:12
 47:8,20 53:9,12,14
 53:19,22,24 54:8,12
 54:20 55:9 56:24
 77:10 95:3 102:21
**coined** 8:25
**collective** 84:11
**colloquial** 64:17
**come** 40:19 42:25
 49:9 65:13 72:17
 73:24 74:2 97:10
**comes** 20:14 27:13
 29:7 57:21 73:16
**comfortable** 22:8
**comment** 20:11 21:1
 21:4 53:11 72:8,10
**commenting** 21:7
**comments** 76:1
**commercial** 37:25
 38:3,9,24 40:1,2,5
 46:23 47:10,23 48:1
 48:16,22 49:20 51:1
 56:11,22 58:25
 77:17,18,20 78:1
 83:11,12,13,19
 98:14 99:8 100:3,14
 100:18 101:10
**common** 30:3,4 77:4
**communicating**
 58:10 92:7
**communication**
 60:12,17 97:11
 104:12,14
**communications**
 11:18 60:10 64:18
 64:19
**communities** 37:19
**community** 10:18
 12:20 26:14 37:20
 39:25 49:25 59:6,10
 59:14,15,19,19
 69:22 71:8,12 75:21
 102:5 104:6,9

Veritext Legal Solutions
866 299-5127

[companies - declaring]

companies  33:9
  90:13 100:12
company  9:16 18:11
compatibility  85:16
  87:20
compensated  65:11
  65:23
compilation  43:8
compile  103:13
compiler  25:20
complete  31:21
completely  68:20
  90:16,17 103:11
completion  107:13
complex  98:19
complicated  33:6
  47:14 96:22
comply  85:15
complying  76:14
composing  10:22
computer  25:19
  95:3
concept  22:4
concern  27:6 28:5,6
  28:18 69:14 71:20
  75:3 76:11,13
concerned  54:13
  76:5
concludes  105:12
conclusion  42:25
  70:4 93:17,18 94:4
  97:11
conducted  64:18
conferences  23:24
confirm  84:14
connection  85:13
  87:18
consequently  55:2
consider  49:24 54:4
considered  18:12
  73:18
considering  60:15
consistent  10:14
  18:16 52:17

consortium  90:12
constitute  85:16
  92:12
construct  20:12
consulting  65:21
  67:19,21,24 68:10
  68:12 104:10
contact  24:1 61:2
  64:13 85:5,11
contacts  85:9
contained  106:5
context  15:5 16:14
  46:20 48:1,16 52:20
  53:7 55:4 98:24,24
  99:8,20 100:19
contexts  64:23,23
continue  46:19
continued  4:1 6:1
  26:9,10,11
continuing  44:1
contract  66:23
  67:10
contractual  66:25
contributing  74:6
  79:24
conversation  12:2
  12:18 13:3 16:6
  18:17
conversations  7:23
  11:1,6 64:24 65:1
cooperative  61:6
coordinate  27:20
copy  67:8 73:17
  91:7 93:23
copying  41:24
copyright  23:15
  28:13 35:11 42:17
  42:18 43:2,5,7 69:7
  69:17,20,25 70:6,16
  70:18,20,22 71:13
  73:17 76:2,7,25
  77:6 91:18 92:12
  93:11 96:15,24
copyrightable  34:21
  70:3 71:22 72:4,6

72:19,25 73:19 76:2
copyrighted  32:24
  33:17 35:8 36:11
  42:21
core  6:6
corner  41:6 87:5
corporation  9:1
  29:12
correct  8:17,18,23
  8:24 12:25 16:18,19
  17:15,18 20:20
  21:15,18,23 23:2,6
  23:14 24:5 25:2
  27:3 35:8 36:2 38:5
  38:9 42:22 44:16
  46:25 48:6 49:7
  51:9,19 58:19 70:1
  71:16 74:19 80:8
  89:25 92:13 93:6
  94:22 95:8 101:21
  106:6
corrected  106:6
corrections  106:3
cottenweller  3:11
counsel  11:18 58:9
  67:2
couple  86:25
course  25:21 74:23
court  1:1 2:1 7:6,13
  30:12 47:15 72:21
  105:16
cover  1:25
coverage  16:22
create  28:12 58:6
  89:7 91:7 93:24
  102:20 104:10
created  27:8 102:23
  104:19
creating  44:6
  102:22 103:19
creator  57:19
criticized  61:11
crr  107:24
crysta  61:4

csr  1:20 107:25
custom  5:9 9:22
  10:11,14 18:22 19:2
  20:6,19 21:17 24:9
  24:13,15 25:2 34:1
customers  24:1
cv  1:9 2:9
cyril  4:25 7:12

d

d  59:17
daily  20:13
dalibor  10:19
  102:14
data  78:17
date  11:24 12:2,3
  107:19
dated  6:5,20 90:22
  107:21
dates  90:19
day  106:7
debian  37:19 39:25
  49:25 59:6,10,15,19
  59:21 100:15,18,19
  100:24 101:10
december  11:10
decide  74:1
decision  74:6 75:12
declaration  14:20
  14:21 22:21 76:25
  77:1
declarations  10:12
  14:15 15:1,6,11
  18:23 19:11,17,23
  19:25 20:9 22:10,19
  23:5 25:23,24 26:5
  27:10 28:16,22
  29:16 34:12 36:16
  42:3 54:4 75:23
  76:1,4,12,23 77:7
  94:25
declare  22:16 106:1
declared  71:22
declaring  14:19,24
  15:12 36:21 37:13

[declaring - excuse]

37:23 38:8,14 39:20
45:21 46:12 47:8,20
53:9,12,14,19,22,23
54:8,12,19 55:8
**defendant** 1:10 2:10
4:13 8:4
**define** 39:6
**definitely** 73:18
**definitive** 57:11
**degree** 25:18,19,21
**deleted** 104:18
**delivery** 31:4
**denied** 89:13
**department** 90:5
**depend** 15:4
**depending** 68:13
**depends** 39:6
**deployed** 26:7
**deposition** 1:13 2:15
7:11,15 9:18 30:11
32:10,20 33:21
40:13 57:5,8 62:3
70:24 80:2 99:15
104:24 105:12
107:12
**derivative** 91:8,16
93:24 94:5
**describe** 15:7 35:16
**described** 20:12
**describes** 22:4 44:17
**describing** 23:17
27:13 28:25 47:6,18
**description** 5:7 6:2
6:15 28:10 31:21
**details** 76:17
**determine** 41:21
**detrimental** 69:21
71:11
**develop** 91:16
**developed** 75:21
**developer** 53:23
**developers** 19:6
23:23 34:7 59:20
98:8

**development** 6:17
45:5
**dibona** 64:11
**different** 35:18 40:1
57:18,21,22 58:2
78:3 101:22,23
**difficult** 25:6 76:20
**difficulty** 43:25
**direct** 86:11 96:25
**direction** 107:10
**directly** 103:19
**disclosed** 17:2
**disclosure** 11:15
12:15,18 13:5,9
15:22 17:14 18:3,21
19:24 101:14 102:2
**discussed** 46:23
**discussing** 33:18
72:21 91:22
**discussion** 67:13
**disdain** 62:23
**disparaging** 65:4
**dispute** 84:2,6,9,17
85:8 90:11
**distinction** 72:13
**distribution** 59:21
59:22,24 100:16
**distributions** 59:22
59:25
**district** 1:1,2 2:1,2
**division** 1:3 2:3
**document** 9:17,25
13:8,15,22 40:13,14
43:9 44:15,17,25
52:6,12,13 62:3,10
76:13 86:22,23
88:11 89:16,18
93:18 95:12 97:3
**documents** 52:22
**doing** 95:21,25 96:6
103:8
**doubt** 91:15
**download** 39:15
**downloadable** 59:11

**downloading** 39:17
**dr** 91:5
**draft** 13:4
**drafting** 11:15
12:15,18
**drawing** 72:13
93:17
**drop** 74:8 91:10
**dumbass** 62:7 63:2
**dynamic** 22:17

e

**e** 59:17
**earlier** 78:21 84:13
**easy** 65:14
**ecosystem** 61:2
**edition** 5:13 6:17
40:15,18 52:23
**education** 29:2,7
**educational** 54:25
**either** 89:13 98:16
**electronic** 25:18
**else's** 32:23 33:16
**email** 5:18 6:5,20
62:6 80:4,6,7,12
81:4 84:13 85:2
89:20 90:21 104:17
104:18,20
**emails** 62:5,5 80:1
**emphasize** 30:5,6
31:2 32:14
**emphasized** 31:7
**employed** 43:14
**employee** 8:16 35:2
35:14,16 36:9 54:19
57:25 84:15 107:17
**employees** 79:25
104:2
**employer** 26:3
**encountered** 23:24
24:1 25:13
**encouraged** 104:7
**engage** 72:21
**engaged** 64:3 79:22

**engagement** 11:23
12:1
**engineering** 25:18
**england** 68:4
**ensure** 76:7
**entailed** 94:13
**entered** 81:5,20
83:24
**entire** 60:22 100:16
**entirely** 64:22
**entities** 33:9 37:24
49:6 50:22,25 51:7
51:17 57:13 77:21
83:10
**entitled** 9:21 40:14
87:11
**entity** 29:12 32:10
32:22 33:16 56:11
57:5 77:17,25 79:21
82:23 98:15,22 99:6
99:15,18 100:2
**enumerated** 101:6
**equivalent** 103:18
**errata** 41:9
**errors** 103:13
**esq** 4:23
**europe** 70:2,22
**eventually** 97:22
**everyone's** 102:12
**evidence** 25:2 48:21
**evidenced** 10:15
**exactly** 47:2 55:14
**examination** 5:2
8:13
**examined** 8:11
**example** 18:7,9
26:17 59:23 75:22
82:14,23 98:14 99:6
99:18 101:9
**examples** 57:9 82:24
**exceptional** 29:6,9
**exceptions** 50:17
**excerpt** 9:20 101:19
**excuse** 58:9

Page 5

[execute - generally]

**execute**  95:4
**executed**  106:7
**executive**  9:8 18:11
**exhibit**  5:8,13,18,23
  6:5,12,16,20 7:4,4,4
  7:5,5 9:18 13:10
  17:3 40:13 42:11
  43:11 45:14,15 52:7
  62:3 70:24 80:2,3
  81:2 86:20 89:20
  105:15
**exhibits**  5:6 6:1,14
**exist**  98:4
**existence**  19:17
  49:10
**expect**  13:11 15:5
  17:4 22:15,20,21,22
  22:25 34:14,21
  38:17 43:7 44:7
  45:3 53:12,14 54:14
  64:16 67:23 96:23
**expectation**  23:5,12
  28:20 75:13 81:6,21
  86:4 92:16
**expectations**  21:3
  24:5,8
**expected**  10:8 13:5
  17:3 19:22 36:19
  76:10 84:21 94:7
**expecting**  36:25
  67:25
**expects**  10:8
**expenses**  67:21,24
**experience**  18:14
  23:22 26:8,9,22
  27:12 28:25 29:1,6
  29:18 74:11 93:10
**experiences**  25:1
**expert**  8:9 35:10
**explain**  38:22
**exposure**  64:8
**express**  98:16
**expression**  14:24
  16:16 21:13,22,24
  22:1,4

**extent**  54:7 95:9
**external**  54:6 64:13
**extremely**  101:2
**eyes**  1:24 6:10 61:19
  62:1 63:1,5

**f**

**facie**  82:18
**fact**  10:15 79:3
  95:12 102:3
**factor**  74:7
**facts**  33:15 34:3
  43:8,9 75:18 78:11
**fair**  34:3 56:4
**faith**  81:6,21
**familiar**  21:12 22:3
  87:2
**far**  23:12 46:24
  54:12 66:19 67:22
  89:14,15 105:1
**favoring**  68:14
**fax**  3:10,18 4:10
**federal**  107:12
**fee**  67:21,24
**feel**  22:8
**fees**  68:13
**figueroa**  3:15
**file**  75:24 76:9
**filed**  9:21
**files**  62:4 76:22,23
  95:2
**final**  27:8
**finally**  28:12
**financially**  107:16
**find**  25:5 47:2 77:3
  91:1 99:15
**fine**  44:23
**fingers**  76:21
**finish**  88:2,3
**finished**  15:16
**firm**  11:4 12:5,23
**first**  13:7,15 15:15
  18:22 24:4 42:17
  67:12,15 72:5 81:12
  86:25,25 88:9 91:19

93:21 101:14 103:9
**firth**  4:23 8:9
**floor**  2:17
**flying**  29:8
**focus**  21:11 35:23
  36:5 50:3
**focusing**  60:9
**follow**  60:13 70:21
  81:18
**followed**  36:20
  37:12 48:13,21
  50:20
**following**  72:12
**follows**  8:12 10:7
  30:16 47:17 88:19
**foolish**  28:19
**foregoing**  106:2
  107:4,6,10,11
**form**  9:3 10:24
  12:16 13:13 15:3,24
  17:6,16 19:3,13
  20:1,2 21:20 23:8
  24:10,17 25:3 27:4
  27:16 28:8 29:4,19
  30:2 31:19 32:2,13
  32:25 33:19 34:4,18
  35:3,9,24 36:23
  37:15 38:10 39:3,11
  39:23 40:8,23 41:25
  42:23 43:17 45:2,23
  46:4,18 47:12 48:7
  48:14 49:2,8,22
  50:5,15 51:3,10,20
  52:15 53:5,21 54:10
  54:22 55:11 56:13
  57:15 61:13 64:5
  65:9 66:2 68:6,16
  68:22 69:4,12 70:10
  71:18 73:5,13 75:1
  75:9 76:18 78:2,14
  78:24 79:9 80:23
  82:2,8,16 83:4,23
  83:25 84:4,19 85:18
  86:2,13 88:5,12
  91:24 92:5,14,24

93:7,15 94:2 95:14
  96:1,19 97:9,17,24
  98:5 99:1,10,21
  100:7
**formed**  43:19,22
  44:12
**former**  8:16
**forth**  107:5
**foundation**  58:6
  79:16,21 80:14,16
  80:21 81:24 86:16
  92:22
**four**  86:23
**fourth**  49:25 59:3,4
**frame**  29:12,23
  30:17 31:16,24
  32:11,23
**frameworks**  30:5
**francisco**  1:3,14 2:3
  2:17 4:18 7:1,16
**fred**  87:15
**front**  52:8 83:21
  92:10 102:12
**full**  26:21 104:1
**function**  14:21
  19:17 22:18 28:15
  28:22 42:9 44:8
  58:20 76:3,11,23,24
  77:1 94:18 102:23
  103:14
**functionality**  103:17
  103:18
**functions**  15:7 22:16
  75:25 103:9,16
**further**  62:9 107:11
  107:15

**g**

**geir**  80:7,11 82:9
**general**  19:2,5 21:8
  23:4 34:2 50:13
  55:13 59:2 60:24
  74:20,20
**generally**  31:17 44:3
  61:1 74:19 102:16

[generated - indicates]

| | | | |
|---|---|---|---|
| generated 41:17 | good 7:9 8:15 15:25 | head 99:3 | 87:7,11,13,15 89:8 |
| generation 45:17 | 28:10 38:19 55:13 | heading 87:6 | 94:10,19 98:11 |
| generic 52:21 | 61:8 81:5,20 | hear 16:20 43:24 | 102:6 103:2,24 |
| gentleman 80:7 | google 1:9 2:9 5:15 | 46:2 61:15 95:18 | 104:2 |
| getting 87:8 | 5:16,23 6:7,8 7:17 | heard 16:11,12,15 | implementations |
| give 11:8,24 13:11 | 8:4 9:21 10:8 16:17 | 89:3 | 38:18 71:23 94:23 |
| 15:23 17:4,15 18:7 | 17:14 41:13,23 42:2 | hearing 16:14 | 95:3 103:16,25 |
| 18:8 19:16 30:14 | 60:11,11,14,18,19 | held 7:16 | implemented |
| 32:4 33:11,13,21 | 61:1,3,5,11 62:6,24 | help 12:17 81:8 | 103:10,15 |
| 37:8 42:21,25 72:15 | 63:1 64:3 65:3,7,16 | 104:10 | implementing |
| 81:12 | 65:23 66:1,23 68:2 | helping 35:20 | 102:23 |
| given 9:8 13:8 101:7 | 68:14 69:6,10 71:6 | hereto 106:5 | implies 96:12 |
| 101:8 102:11 | 71:15,20 72:2,6,10 | herrington 3:4 4:4 | imply 96:5 103:3 |
| 104:24 105:11 | 72:18 73:15 102:2 | 8:7 | important 59:21 |
| 107:10 | google's 5:8 9:21 | high 29:8 | improve 104:11 |
| giving 22:8 28:4,4 | 62:4 64:7 69:2 | hint 42:21 | improvements |
| 67:16 | 104:24 | history 67:17 | 102:20 |
| gnu 5:8 9:22 10:18 | government 59:24 | hmm 42:12,19 45:11 | improving 104:8 |
| 50:13 56:21 57:3 | gpl 50:16 89:9 | 62:15 | incident 98:22 100:2 |
| 59:1,21,23 83:15,18 | green 84:22 | hold 72:16 75:20 | include 34:11 53:4,9 |
| 89:5,7,9,10,16 | ground 11:19 | 99:2 | 54:5 94:25 |
| 90:11 91:6,16,20,21 | group 4:23 64:14 | hour 55:17 56:1,2 | included 22:17 31:4 |
| 92:3,12,19 93:4,5 | 104:10 | 66:18 104:22 | 35:5 36:3 38:14 |
| 93:22 94:12,15 96:5 | growing 75:3 | hourly 66:16 | 53:15 |
| 96:24 97:5,7,8,19 | guess 11:12 46:10 | hours 105:1 | includes 53:6,11 |
| 97:22 98:10 100:12 | gupta 84:18 | howard 2:17 | 80:3 |
| 100:20 101:10 | gutter 64:2 | httpd 75:22 76:22 | including 10:18 |
| 102:5,16 | gwyn 4:23 8:8 | hundreds 100:24 | 14:22 15:6 43:8 |
| gnu's 97:1 | | | 44:8 45:20 51:25 |
| go 7:21 9:5 12:12 | **h** | **i** | 102:5 |
| 14:4 15:20 21:7 | hand 41:6 87:4 | ibm 26:10 79:25 | incompatible 87:11 |
| 22:5 25:17 36:7 | happen 74:11 | icedtea 98:1,9 | 87:13,14 |
| 55:22 56:5 58:11 | happy 17:24 22:12 | 102:23 103:7,15 | incorrect 21:19 |
| 62:9 75:19 78:8 | 34:11 | idea 17:22 65:2,5 | incorrectly 44:12 |
| 79:13 101:13 104:8 | hard 17:23 88:13,20 | identification 7:6 | independent 58:7 |
| goes 18:2 | 89:2 | 105:16 | 89:8 |
| going 10:6 11:16 | hardcore 34:2 75:18 | identify 7:24 29:11 | independently |
| 17:22 20:15 21:10 | harmony 56:25 57:2 | 31:23 32:10,18,19 | 69:20 71:22 |
| 30:9,13 37:8,16 | 58:4,4,5 78:20,21 | 32:20,22 33:4,14 | index 5:1 |
| 44:5 50:3 55:23 | 79:4,11,17 80:21 | 70:25 80:10 100:1 | indicate 33:15 75:24 |
| 56:3 60:8 65:10,18 | 81:4,14,19,25 82:12 | immediately 87:9 | 83:2 95:21 97:6 |
| 66:4 75:25 83:1 | 82:13,25 83:14 85:8 | implementation | indicated 17:13 |
| 84:14 87:5 91:4,10 | 85:13 86:6 87:18,19 | 10:20 22:23 23:1 | 89:16 |
| 104:22 | 92:19,21 | 34:20 36:6 44:3,4,6 | indicates 76:4 95:20 |
| | | 54:6 58:7 69:21 | 95:22 96:7,16,22 |

Veritext Legal Solutions
866 299-5127

[indication - lead]

**indication**  43:1
79:11
**individual**  24:22
40:3 69:20 79:23
**individuals**  61:10
**industry**  10:11,14
18:22 19:2,8,9 20:8
21:9 23:11,18 24:9
24:12 25:2 29:25
30:19 34:1 74:25
75:3,6,11,13,16
**information**  33:22
57:4
**infoworld**  16:22
71:1
**infringement**  85:17
91:18 92:13 96:15
**infringing**  96:6,11
96:24
**inherently**  94:17
**initial**  16:22
**initialed**  106:4
**ink**  106:4
**input**  11:14 12:14
**inquire**  34:16
**inside**  104:10
**insist**  44:1
**instance**  56:10,18
**instances**  76:15
**instantly**  18:8 42:25
97:10
**instruct**  11:17
**instruction**  31:14
**instrumental**  58:17
**insufficient**  105:1
**intel**  79:25
**intellectual**  87:21
**intend**  15:8,23
17:15
**intended**  58:6
**interact**  86:15
**interacted**  90:7
**interaction**  97:15
**interested**  41:7
107:16

**interfering**  27:19
**interim**  59:6
**internal**  64:7
**internet**  24:2 75:23
**interpreting**  82:4
**invitation**  31:13
74:2
**invite**  76:21
**involved**  25:22
76:12 85:11 90:1
95:6 97:18 102:16
**involvement**  10:22
97:5
**involving**  19:11
**ip**  6:12 87:6,12,16
103:10
**isolation**  54:15 55:5
**issue**  50:21 86:1
**issued**  40:2
**issues**  6:12 18:2
87:16

**j**

**java**  5:10,13,19 6:12
6:16 9:23 35:2,5,17
35:22 36:4,10,15,16
36:22 37:13,18
38:11,25 39:13,14
39:24,25 40:14,17
41:16 44:15,17,18
44:22 45:17,18,20
46:12,20 47:8,21
48:16 49:6,19,25
50:6,20,22 51:1,7
51:17,21 52:8,18,19
52:22,23 53:1 54:20
54:24 55:4,9 56:11
57:5,14,18 58:7,18
58:24 59:5,8 60:6
77:23,25 80:13
82:14,24 83:22
85:22 86:5,18 87:7
87:12,13,14 89:8
94:13,16 95:6 98:15
98:23 99:7,19 100:3

100:18
**java.net.**  88:15,23
**javadoc**  41:17
**job**  1:21 38:2 58:20
**joined**  8:20
**jonathan**  9:8 80:8
**jspa**  93:2

**k**

**keep**  55:22 56:3
**keker**  4:14 8:3 11:4
12:5,23 67:13
**key**  60:2 104:25
**kim**  89:21 91:5,5
92:7 93:10
**kim's**  96:22
**kind**  64:19 66:22
**kit**  6:17
**knew**  83:10
**know**  14:9,13,15
15:15 21:22,25
23:13 36:13 37:8
38:6 41:8,21 45:9
63:1 65:20 79:15
80:19 82:6,9 84:20
89:15,24 90:10 96:2
101:1
**knowledge**  18:1,13
37:11 63:4 85:12
86:9 97:15 100:23
101:3
**known**  21:16
**knows**  104:19
**korean**  90:12
**kvn**  11:2,4 66:12
**kvn.com**  4:20
**kwun**  4:15 8:3,3 9:3
9:6 10:24 11:16,20
11:22 12:1,10,16
13:13 15:3,24 17:6
17:16 19:3,13 20:1
21:20 23:8 24:10,17
25:3 27:4,16,17,21
28:8 29:4,19 30:2
30:22 31:19 32:2,13

32:25 33:19 34:4,18
35:3,9,24 36:23
37:15 38:10 39:3,11
39:23 40:8 41:25
42:23 43:17 45:2,23
46:4,15,18 47:3,12
48:7,14 49:2,8,22
50:5,15 51:3,10,20
52:15 53:5,21 54:10
54:22 55:11,20 56:3
56:13 57:15 61:13
62:9,15,17 64:5
65:9 66:2 67:4,7
68:6,16,22 69:4,12
70:7,10 71:18 73:5
73:13 75:1,9 76:18
78:2,14,24 79:6,9
80:23 82:2,8,16
83:4,23 84:4,19
85:18 86:2,13 87:24
88:1,5,12 91:24
92:5,14,24 93:7,15
94:2 95:14 96:1,19
97:9,17,24 98:5
99:1,10,21 100:7
101:19 105:4,10

**l**

**lack**  97:14
**language**  25:22
28:17 36:6 64:3,20
**languages**  26:3
**laptop**  58:10
**larger**  53:15,16
54:16
**late**  11:9
**law**  3:6,14 4:6,16
11:4 12:5,23 35:11
**lawsuit**  16:23
**lawsuits**  41:1
**lawyer**  67:13 90:3
**lawyers**  16:17 41:1
**layman**  43:7
**lead**  81:7,22

[leads - need]

**leads**  25:15
**learn**  17:11 19:21
**leaving**  9:16
**left**  8:20
**legal**  4:23 7:14
  79:21 90:1,5 101:16
  101:19
**libraries**  30:4 89:9
  94:16,20,22
**license**  5:20 10:13
  18:23 19:17 20:9
  22:11,19,20,22 23:1
  23:13,15 25:24 27:3
  27:7,13 28:5,6,21
  28:23 30:1,21 31:14
  31:25 32:12,24
  33:17 34:14,15,17
  34:22 37:25 38:9
  39:16,21 40:1,7,10
  43:12,16 44:3,5,25
  45:4,8,18,18,22,25
  46:7,14 48:9,22
  49:1 50:4,7,10,14
  51:2,5,8,9,18,19,22
  52:1,2,13,20 53:1,2
  53:13 54:15,21
  55:10 56:12 57:6,13
  58:8,25 59:1,2
  71:13 73:8 74:22
  75:7,12,17 76:3,14
  78:1,22 79:5,17
  80:22 81:5,20 82:1
  82:12,15,24 83:2,22
  83:25 84:3,16 85:8
  92:22 93:1 94:9,9
  96:12,17 97:8 98:17
  98:24 99:9,11
**licensed**  38:18 52:4
  57:1 58:8
**licensee**  48:17
**licensees**  38:12 40:3
**licenses**  28:14 38:4
  38:24 39:5 40:2,5
  46:14,24,24 47:10
  47:23 48:1,6 49:20

49:21 51:1 55:2
  57:22 76:8,11
**licensing**  30:7 31:2
  31:3,18 54:7,8 55:4
  74:15 76:25 77:6
  79:22 84:5
**lifetime**  100:16
**limited**  30:11
**line**  42:17 43:10
**lines**  91:11
**link**  45:10
**linked**  22:23 23:2
**linking**  22:17
**linux**  56:22 59:6,21
  59:23,25 103:16,17
  104:1
**lisa**  4:5 8:8
**list**  101:6
**listed**  58:25
**listen**  30:9,13
**listing**  52:7
**lists**  24:2
**little**  17:11
**llp**  3:4 4:4,14
**long**  9:11
**look**  33:7 47:1 50:21
  52:6 67:5,7,11,16
  74:5 76:21 86:25
  87:2,9 90:18 101:25
**looked**  52:5,7
  101:14
**looking**  13:9 48:20
  66:21 77:9,13,16
  85:2,21 88:9 92:18
**looks**  40:19 41:16
  41:17 45:17 71:1
  72:1
**los**  3:16
**loses**  71:20
**lot**  39:5,7
**lower**  41:6 87:4
**lsimpson**  4:11

**m**

**machine**  58:10
  107:9
**magically**  87:16
**magnusson**  80:7,11
  81:23
**mailing**  24:2
**main**  86:17
**maintaining**  102:16
**major**  58:20
**making**  20:25 25:22
  27:10 31:5 35:12
  36:21 37:13,17,17
  39:12 47:7,20 49:24
  50:20 52:17 57:7
  60:5
**manner**  58:19
**mar**  6:20
**march**  9:16 90:22
**mark**  10:19 55:17
  102:14 104:22
**marked**  6:9,14 7:5
  9:18 40:13 61:18
  62:2,10 70:23 80:2
  86:19 89:19 105:15
**marquis**  89:21,24
  91:5 92:2,10 95:10
**marsh**  3:7
**massively**  98:19
**matau**  4:23
**matter**  37:4,6 67:17
  69:24 70:15 73:16
  74:14 85:5
**matthew**  89:21,24
**mean**  11:4 25:15
  38:22 41:16 53:17
  68:2 71:9
**meaning**  86:10
**means**  15:11 16:25
  33:10 73:7 85:9,10
  103:5
**meant**  14:6 16:7
  21:22 22:1

**media**  24:3 55:1
  103:11
**meeting**  67:12,15
**memory**  87:17
**menlo**  3:8
**mentioned**  29:21
  50:2 64:10
**merely**  85:10
**met**  23:24
**michael**  4:15 8:3
**microphones**  7:21
**microsystems**  23:25
  42:20
**middle**  72:1 90:24
**mkwun**  4:20
**mm**  42:12,19 45:11
**moment**  66:5 72:22
  75:3
**morning**  7:9 8:15
**motion**  105:6
**multiple**  38:24
**murray**  4:23 8:9

**n**

**n**  59:17
**name**  7:12 90:8
  100:14 107:20
**named**  80:7
**names**  12:25 64:10
  102:12
**naming**  85:25
**naturally**  85:4
**nature**  12:19 21:8
**necessarily**  38:17
  96:5
**necessary**  32:16,21
  61:3 85:3 94:4 95:4
**need**  13:14 18:9
  22:20,21,22,25 27:2
  30:11 32:1,3 34:15
  34:21 46:2 52:1
  55:20 69:7 70:19
  73:8 77:22 78:8
  82:17 94:8 105:2

Veritext Legal Solutions
866 299-5127

[needed - ottenweller]

**needed**  26:4 28:23
**neither**  56:25
  107:15
**nest**  4:14 8:3
**neutral**  68:20 73:11
  73:12,14,21
**never**  12:8,9 16:15
  26:8 28:21 40:20
  64:16 77:5 89:15
  97:8
**new**  4:8,8 90:16,17
**news**  72:2,2,6,18,20
  72:23 73:2
**norm**  25:7
**normal**  29:7
**northern**  1:2 2:2
**notation**  16:3
**note**  7:19 87:10
**noted**  105:17 106:4
**notice**  33:10,13
  42:18 43:10 101:5,7
**notion**  34:2
**number**  5:7 6:2,15
  7:18 26:15 35:17
  39:3 43:6 101:23
  103:9
**numbered**  81:2
**numbers**  41:2

**o**

**oagoogle0004632...**
  5:20
**oagoogle0004632...**
  5:21
**oagoogle0020194...**
  6:22
**oagoogle0020194...**
  6:23
**oath**  8:11 107:7
**object**  14:22 33:19
  88:1
**objection**  9:3 10:24
  11:16 12:16 13:13
  15:3,24 17:6,16
  19:3,13 20:1 21:20

23:8 24:10,17 25:3
  27:4,16,18,24,25
  28:8 29:4,19 30:2
  30:22 31:19 32:2,13
  32:25 33:19 34:4,18
  35:3,9,24 36:23
  37:15 38:10 39:3,11
  39:23 40:8 41:25
  42:23 43:17 45:2,23
  46:4,15,18 47:12
  48:7,14 49:2,8,22
  50:5,15 51:3,10,20
  52:15 53:5,21 54:10
  54:22 55:11 56:13
  57:15 61:13 64:5
  65:9 66:2 68:6,16
  68:22 69:4,12 70:7
  70:10 71:18 73:5,13
  75:1,9 76:18 78:2
  78:14,24 79:6 80:23
  82:2,8,16 83:4,23
  84:4,19 85:18 86:2
  86:13 87:24 88:2,4
  88:5,12 91:24,24
  92:5,14,24 93:7,15
  94:2 95:14 96:1,19
  97:9,17,24 98:5
  99:1,10,21 100:7
**obligated**  66:23 67:1
**observable**  25:12
  34:6
**observation**  26:12
**observe**  25:14,15
  34:10
**observed**  23:23
  37:16,17
**obviously**  24:18
  72:20 77:19
**occur**  43:7
**offer**  48:25 102:21
**offered**  48:22 67:20
**office**  61:5 74:8
**officer**  8:22 10:2,10
  10:16 60:21 80:15
  81:23 97:20

**oh**  41:20 81:15
  84:25 101:22
  103:23
**okay**  13:3 14:9
  15:20 16:3 17:21
  20:10 22:5,7 28:1
  38:19 39:19 41:14
  50:19,23,24 55:18
  56:7 58:13 60:8
  68:1 74:23 75:19
  76:19 77:22 78:19
  79:3 80:6,19 81:15
  83:2,8,16,20 84:24
  87:8 88:3 90:10,24
  99:14,24 101:24
  102:1,10 105:13
**once**  30:23 32:14
  70:18 77:22
**onwards**  26:3
**open**  8:22 10:1,10
  10:16,17 12:20
  26:14 34:6,10 35:21
  36:3,4 37:18,18
  39:13 49:12 58:19
  59:8 60:6,20 61:2,4
  64:13,25 69:14,22
  71:8,12 73:7 75:21
  97:20 102:4,19,25
  104:5,9
**openjdk**  10:21
  39:20 49:7,9,12,16
  49:21 50:10 58:16
  58:19 59:1,9 60:4
  60:11,16 98:9 102:7
  102:19 103:2,8
**operated**  92:22
**opinion**  5:23 64:6
  73:22,23
**opportunity**  101:8
**opposed**  69:25 70:5
  70:16
**option**  60:16
**oracle**  1:6 2:6 5:23
  7:17 8:2,7 10:1
  65:24 71:6 73:15

104:23
**order**  11:10 48:12
  48:15 54:5 57:13
  62:13,18,21 78:16
  85:21
**organization**  16:10
  16:16 20:20 21:13
  29:13 91:6 93:22
  96:23
**original**  107:12
**orrick**  3:4 4:4 7:16
  8:2,6,8
**orrick.com**  3:11,19
  4:11
**ospo**  6:6
**ottenweller**  3:5 5:4
  8:1,1,14 9:4,10 11:3
  11:19,21,24 12:4,10
  12:21 13:16 15:9
  16:2 17:10,20 19:7
  19:19 20:4 21:21
  23:9 24:14,20 25:8
  26:19 27:11,17 28:2
  28:24 29:10,22 30:8
  31:6,22 32:6,17
  33:3,24 34:8,23
  35:6,13 36:1 37:2
  37:21 38:13 39:4,18
  40:4,11 42:4 43:3
  43:20 45:7 46:1,8
  46:16,22 47:5,15
  48:4,11,19 49:4,11
  50:1,9,18 51:6,13
  51:24 53:3,8 54:1
  54:17 55:6,16,24
  56:2,4,8,16 57:23
  58:11,15 61:14 62:1
  62:14,16,22 64:1,9
  65:15 66:7 67:2,5,8
  68:9,19 69:1,9,23
  70:8,13 71:24 73:10
  73:20 75:5,14 77:8
  78:6,18 79:2,7,14
  80:25 82:5,10,20
  83:7 84:1,7,23

Veritext Legal Solutions
866 299-5127

85:24 86:7,19 88:8
88:17 89:4 92:1,8
92:17 93:3,12,19
94:11 95:17 96:9
97:2,13,21 98:2,12
99:4,12,24 100:21
101:21 102:1
104:21 105:7,11
**outcome** 68:24
**outside** 18:14 20:13
38:1 65:21 98:23,24
99:8,19
**overall** 30:24 31:4
44:5 48:16 50:8
53:2,7 57:8 69:13
72:8 73:16
**oversight** 36:3
**oversimplification**
74:18
**owned** 32:11
**owner** 29:25 30:19
31:1,24 35:2
**owners** 31:17
**ownership** 76:2,5,25
77:6

**p**

**p** 91:17
**package** 59:11
**page** 5:24 9:24 10:3
41:20 42:16 43:11
81:1,2,11 86:23
87:4,4 88:9
**pages** 1:23,24 5:7,11
6:2,12,15,18 61:17
**paid** 26:6 65:25 66:4
66:5,9,19 67:14
68:8
**paragraph** 71:25
81:3,10,13 90:25
**paragraphs** 15:19
87:1
**park** 3:8
**parse** 100:9

**parsing** 99:23
**part** 25:19,21 26:8
36:15,17 44:18
48:22,25 52:3 53:15
53:19 58:20 60:2
62:10 80:6 85:1,1
93:1
**particular** 9:11
13:10 18:15 42:11
55:2 85:5
**particularly** 37:19
**parties** 7:20 85:11
**parts** 76:6,8
**party** 57:20 91:7
93:23 107:17
**pascal** 25:21
**pass** 87:19
**patents** 94:9
**pause** 27:23
**pay** 66:24 67:1 68:3
**paying** 65:12,16,20
65:20 66:14,16
67:18
**penalty** 106:2
**people** 21:5 30:4
62:6 63:1 64:3,23
65:3 102:13,15,15
**people's** 12:24 21:1
**perception** 34:5
**percipient** 86:8,10
**perform** 32:3 33:23
78:9,16 101:8
**performed** 32:15,21
**performing** 26:2
**period** 8:21 18:11
20:7 21:11 22:1,6
22:11 23:11,19
33:18 34:25 35:20
36:5 37:23 38:21
45:19 49:20 56:9
59:7 60:8,14,18,22
77:24
**perjury** 106:2
**permission** 96:17

**permitted** 13:25
**person** 85:7
**personal** 24:5,8 25:1
26:18 69:24 70:15
74:14
**personally** 60:10
**personnel** 10:19
102:5
**perspective** 50:22
77:10,14,17
**pertaining** 14:2
**pertains** 107:11
**philosophy** 69:24
70:15 74:14
**phipps** 1:13 2:15 5:3
6:6 7:12 8:10,15
10:1,9 20:6 27:22
37:22 40:16 52:5
54:18 56:9 58:16
62:6 65:2 85:12
87:17 91:20 98:14
99:17 104:24 105:8
106:1,14
**phonetic** 61:4
**phrase** 18:24,25
88:18
**pick** 7:22
**picking** 59:13
**picture** 27:14
**piece** 30:25 31:1
75:20
**place** 7:20 65:14
107:5
**plaintiff** 8:2
**plaintiffs** 1:7 2:7,16
3:3 4:3 7:15
**platform** 5:13 6:16
35:5 36:16,18 37:18
38:12 39:25 40:14
44:18,22 46:20
48:16 50:8 51:22
52:2,3,18,20,22,23
53:1,7 55:5 56:23
58:7 59:5

**platforms** 60:6
103:19
**player** 61:1
**pleading** 9:20
101:16,20
**please** 7:19,24 11:25
14:4 27:17,19,20
30:15 67:6 70:25
86:20 101:12
**pleased** 70:3 71:21
73:6 74:10
**plus** 46:14 50:17
**point** 16:25 22:14
23:13 25:23 26:1,3
26:16 27:6,8,9,12
28:17 34:13,16
44:14 52:11 56:10
62:17 64:13 65:24
73:25 74:6 78:8
85:4,9,10
**portion** 14:2 63:5
**position** 9:12,14
10:13 17:18 20:18
69:2 73:16 80:20
84:15 85:14 87:19
92:2,11 95:10 97:6
104:25
**positions** 8:22
**possible** 16:3 56:15
60:6 64:22 67:9
79:20 99:14 101:6
**pounds** 66:18
**practice** 5:9 9:22
10:12 18:23 19:5,10
19:11 20:7,13,19
21:1,5,7,17 22:9,14
23:10,18,23 25:7
26:18 27:22 29:24
30:18 34:1,6 36:20
37:11 38:6,20 47:6
47:19 48:12,20
50:20 57:24 68:10
68:12 70:21 75:10
75:13,16 77:4

[practices - record]

**practices** 26:16 64:7
**precisely** 9:13
**predated** 97:4
**predecessor** 9:15
**prepare** 78:16
**preparing** 65:17
**present** 4:22
**presently** 68:11
**president** 80:13
**pretty** 88:13,20 89:1
**prevalence** 41:7
**prevalent** 38:20,23
  39:9
**previously** 6:14
**prima** 82:18
**primarily** 86:5
**primary** 35:22 36:5
**prior** 39:12 58:22
  66:9 82:22 97:19
  101:4 107:7
**priorities** 60:7
**private** 7:22 64:23
  64:24
**privately** 92:7
**privilege** 11:20,22
  12:11
**probably** 27:22
  59:20 66:8 102:14
**proceed** 15:13
**proceedings** 107:4,6
  107:8,13
**produce** 59:20
**produced** 41:12
  62:4 67:3
**product** 56:11 57:20
  77:18 78:1 104:11
**products** 56:22
**professional** 25:7
**proffer** 5:8 9:22
**program** 14:22 15:7
  15:8 19:18 22:18,23
  23:2 28:15 44:8
  54:5 61:4 75:25
  76:6,8

**programmer** 14:23
  19:15,15 22:15 25:5
  26:23 27:1,6 28:3
  28:11 29:1,9,18
  31:12 54:12,13,14
  57:19 72:3,11 77:10
  77:15
**programmers** 22:25
  26:12 34:10,11
  64:25 69:6,15,19
  70:19 72:24 73:8
  74:21 76:4,12 77:5
  77:20 79:23
**programming** 23:22
  25:12,22 26:2,8,11
  28:17 77:5
**programs** 34:12
  77:7 94:24 103:12
  103:13
**project** 25:13 57:3
  58:5 78:22 79:4,11
  79:17,24 81:25
  82:25 85:13,22
  87:19 89:7,10,17
  90:11 91:22 92:3,12
  92:19,19 93:4,6,14
  94:13,15 95:6 97:1
  97:19,22 98:1,3,8
  98:25 102:23 103:7
  103:15,22
**projects** 26:15 35:18
  82:21 83:14 92:20
**prompted** 65:3
  73:23
**propagation** 30:24
**property** 87:22
**proposal** 6:21
**protection** 69:25
  70:6,16
**protective** 62:13,18
  62:21
**provide** 12:14 101:6
  101:9 102:18
**provided** 11:14

**providing** 102:8
**public** 50:13
**purpose** 59:2
**purposes** 60:1 99:8
  100:4,14,18
**pursuant** 45:22
  46:13 51:1,8,9,18
  51:19,22 78:22 79:5
  79:17 80:21 83:22
**pursue** 78:21 79:4
  93:6 105:3
**pursued** 82:12
**pursuing** 80:21
  81:25
**put** 41:1 56:6 69:15
  70:11 74:13 83:1
  86:20 96:3 104:15
**putting** 19:18 28:22

**q**

**quarrel** 43:22
**question** 12:12
  15:11,20 19:21
  21:10 29:14,17
  30:10,12,15,17 32:5
  32:8,16 33:2,5,6,10
  33:11 34:13 35:12
  36:7 37:1,3,5,7,9,10
  43:19 44:1,12,14
  47:13,14,18 54:24
  55:7 57:10 58:2
  65:19 70:14 72:14
  76:20 78:4,5,7,10
  78:17 79:19 82:18
  83:9,12,17 88:10
  91:19 100:9,10
  101:5,7
**questioning** 16:9
**questions** 10:6 17:9
  17:22,24,25 49:15
  58:22 82:22 105:1
**quite** 33:6 85:19
  100:11
**quote** 10:21 18:22
  22:25 43:12,13 72:1

72:4 81:4,19,22
87:10,15,16 91:5,9
91:18 93:22 102:3

**r**

**r** 3:5
**raised** 16:24
**range** 18:10
**rate** 66:16
**reach** 10:17 70:4
  102:4 104:5
**read** 10:5 13:14,17
  13:18,20,21,22,25
  15:17 17:14 18:21
  30:13,16 47:13,16
  47:17 51:11 81:16
  81:18 87:10 88:19
  91:4,14,19 93:21
  95:12 96:14 106:2
**reading** 15:16
**reads** 10:7 43:12
**really** 11:7,12,12
  20:13 44:9 104:16
**reason** 56:19 85:23
  86:17 88:10
**reasonable** 18:19
  82:19
**reasonably** 33:12
**reasons** 103:10
**recall** 9:13 11:7,13
  16:13 26:17 60:12
  89:12 104:16
**receiving** 65:6
**recess** 58:12
**recipient** 62:11
**reciprocate** 81:7,22
**recognize** 40:16
  45:15 86:22 87:1
  90:8
**recollection** 85:6
  88:7
**record** 7:10,21,25
  13:18 20:16 30:16
  47:17 55:19,22 56:5
  56:7,7 58:11,14

[record - san]

83:1,21 87:10 88:19
90:21 91:14 105:14
107:8,10
**recorded** 7:11
**recordings** 7:20
**refer** 14:12,14 15:1
44:5 48:2 52:17
53:2 57:24 65:3
69:7,19 85:21 94:8
95:19
**reference** 9:25
18:22 19:2,5,23,25
22:17,24 31:2,3
54:5 76:24 91:20,21
96:14
**referenced** 42:10
45:12
**referred** 40:6 44:25
52:13 58:3 59:3
63:2 82:21 96:15
102:9,13,15
**referring** 14:18 20:3
26:22 29:17 40:10
52:11 59:14 62:7
71:7 76:16 84:21
96:21
**refers** 14:9,17 16:4
16:9 19:11 41:23
44:15 52:22 80:15
87:5 102:3 103:1
**refill** 46:21 101:12
**reflect** 24:11,12
**reflection** 18:20
**reflects** 11:1,2
**refresh** 85:6 87:17
88:6
**regard** 22:19 44:4,6
73:14 86:21
**regarding** 5:9 9:22
**rehearsed** 76:9
**reimbursement**
67:24
**reimplementation**
85:14 93:25 94:13
94:16 95:6,11 97:7

98:15,23 99:7,19
100:3,4,5
**reimplementations**
5:10 9:23
**reiterate** 33:20
**relate** 95:1
**related** 44:13 52:25
60:4,5
**relates** 72:8
**relating** 62:5
**relationship** 60:19
60:25 61:7 97:19
**relationships** 12:19
104:11
**relative** 107:16
**release** 58:18 59:8
**released** 59:9 71:14
103:9
**relevant** 18:2 80:12
**relying** 75:18
**remains** 30:4
**remembering** 12:24
**remind** 59:4
**renew** 30:22
**repeat** 71:19
**repetition** 76:2
**rephrase** 26:25
51:14 72:14 99:24
**replace** 103:25
**reply** 65:22
**reported** 1:18 54:25
**reporter** 2:20 7:7,13
30:13,16 47:15,17
58:9 88:19 105:16
107:2
**reporting** 16:12
20:13
**representation** 83:6
**representatives**
86:16
**representing** 7:14
8:2
**reputation** 104:9
**request** 5:18 7:15

**requested** 107:14
**requesting** 86:17
**require** 33:7,22
52:20 55:14
**required** 17:8 23:14
94:17 96:12
**requirements** 85:16
**research** 32:4,7,15
32:21 33:7,22 56:15
56:20,24 57:10 60:1
78:9,16 79:13 99:16
101:5,8
**reservation** 105:12
**reserving** 104:23
**resolve** 84:9 87:16
**resolving** 84:16 85:8
**respect** 11:15 12:14
14:25 20:19 21:17
22:10 23:5 36:21
37:12 47:7,20 58:16
90:10 92:20 93:4
97:16
**respond** 17:24,25
30:24
**responding** 19:20
**responds** 30:14
**response** 58:22
82:22
**responsibilities** 29:3
38:2
**responsibility** 84:8
84:10,11,16,22
86:12,14 90:20
**responsible** 38:3
85:7
**rest** 77:4 105:9
**restriction** 44:7
**restrictions** 74:16
**retain** 12:5
**reveal** 11:17
**reverse** 75:12
**review** 107:13
**rich** 84:22
**right** 10:5 12:10
13:9 14:13 15:10,15

16:8,15 21:14 22:2
24:9,24,25 26:23
27:12,14 28:7 29:18
30:9 31:15,23 32:12
33:18 34:17 35:2,19
35:22 36:7,14 38:4
39:1,2,5,9,19,22
40:5,7,12 41:3,6,19
42:5,10 43:4 44:11
44:19 45:19 46:9,17
48:13,20,23,24 49:1
49:12 51:2 53:4,10
54:9 56:4,17,17
57:2,14,24 58:3
59:13 64:11,15 66:1
66:14 70:9 72:25
73:23,24 74:25 75:7
75:15 77:9,11,14
78:12 79:8 80:4
82:1,11 84:18 87:3
87:4,8 89:17 90:18
91:22 92:4,18,23
93:14 94:21 95:9,24
95:25 97:14,16,23
98:4,18 99:4 104:21
104:23 105:11
**rights** 92:13
**rmr** 107:24
**road** 3:7 28:5
**robust** 65:1
**role** 36:3 80:12
97:20
**roll** 103:8
**room** 101:4
**routinely** 90:6
**ruled** 72:24
**ruling** 72:18
**running** 55:25
**ryan** 1:19 2:20 7:13
107:24

| s |
| --- |

**sake** 15:10 16:8
**san** 1:3,14 2:3,17
4:18 7:1,16

[saturday - statements]

| | | | |
|---|---|---|---|
| **saturday**  1:15 2:19 7:1 | **sent**  80:4 | **sitting**  101:4 | 75:17 94:6 |
| **saw**  84:13 89:15 104:17 | **sentence**  72:1 91:11 96:20,21 | **situation**  92:21 93:5 | **specification**  5:14 6:16,18 40:7,9,15 |
| **saying**  26:21 31:10 31:11,12 46:5 53:18 54:3 55:3 71:9 74:12 82:19 92:15 100:14 | **separate**  1:25 6:9 61:18 | **six**  42:9 | 41:23 44:20,21 |
| | **sequence**  16:10,16 20:20 21:2,4,13 | **slowly**  9:14 | 45:18,22,25 46:14 |
| | | **snap**  76:20 | 46:24 48:6,9 49:1 |
| | **series**  5:18 6:5 62:4 80:1 | **social**  24:2 | 49:21 51:8,18 58:25 |
| | | **software**  19:6,9 20:8 23:11,18,23 25:19 26:7,23 27:1,7,9 28:19 29:24 30:19 30:25 31:1 34:1,20 34:20 45:5 53:23 58:6,8 59:20 75:20 77:4 79:16,21 80:13 80:16,21 81:24 86:15 92:22 93:10 93:13 | 79:5 81:5,20 82:1 |
| **says**  10:5 44:19,24 52:23 88:15,22 93:9 93:9 101:24 103:7 | **server**  75:23 | | 82:12 91:17 93:1 |
| | **set**  104:11 107:5 | | **specifications**  40:17 91:7,8 93:23,24 94:6 |
| | **settled**  74:9 | | |
| | **seven**  91:11 | | **specifics**  100:22 |
| **schwartz**  9:9 80:8 104:4 | **shadow**  91:15 | | **spell**  59:16 |
| | **share**  74:10 | | **spend**  65:11,17 74:7 |
| **scope**  18:14 26:21 38:2 53:16 | **shorthand**  2:20 107:1,9 | | **sso**  14:9 16:4,9,25 19:23 36:21 37:13 |
| **score**  73:21,22 | **show**  9:17 40:12 45:14 62:2,12,19,20 70:23 80:1 85:3 89:19 | | 37:23 38:15 39:21 |
| **screwed**  5:24 71:6 71:10 | | **solutions**  7:14 | 45:21 46:12 47:8,21 |
| | | **somebody**  16:5 28:6 37:8 39:14 43:1 | 53:10,12 54:20 55:9 |
| **scrupulous**  76:7 | | | **ssos**  10:12 14:6,13 |
| **se**  5:19 6:12 87:7,12 | **sic**  88:24 | **somewhat**  58:17 | 18:23 19:12,25 20:9 |
| **second**  9:24 10:3 19:16 71:25 81:1,3 81:10,11 90:24 96:14 | **side**  83:1 | **soon**  67:9 | 20:11 21:8 |
| | **sign**  67:10 | **sorry**  88:17 100:5 | **stage**  45:5 |
| | **signature**  107:23 | **sort**  64:19 96:12 | **standard**  5:13 6:17 40:15,17 52:23 |
| | **signed**  11:23 50:25 66:22 | **sounds**  82:19,19 | |
| **secure**  28:21 | | **source**  8:22 10:1,10 10:16,17 12:20 26:14 34:6,10 35:21 37:18,19 39:13 49:12 58:19 59:8 60:6,20 61:2,4 64:13,25 69:15,22 71:8,12 73:7 75:21 76:22 97:20 102:4 102:20,25 104:5,9 | 66:16 68:10 |
| **secured**  92:25 | **significant**  39:7 | | **start**  66:11 |
| **see**  9:25 10:2 13:4,7 13:8 17:11 18:24,25 25:9 26:15 31:13,14 42:18 44:14 48:21 62:8 69:10,17 70:3 70:21 71:15,21 72:13,14 73:3,6 74:9 80:3 81:8 87:1 87:6 89:22 90:25 91:12,13 97:3 | **simon**  1:13 2:15 5:3 7:11 8:10 10:1,9 106:1,14 | | **started**  9:13 16:17 |
| | | | **starting**  11:21,22 |
| | **simplify**  98:20 | | **state**  22:13 70:18 74:24 106:9 107:2 |
| | **simply**  73:9 93:9 96:7 | | |
| | **simpson**  4:5 8:8 | | **stated**  18:3 54:11 69:8 |
| | **single**  32:10 98:14 98:22 99:6,18 100:2 102:3 | | **statement**  10:23 11:1 13:11,24 20:22 20:23,24 33:25 43:11 46:10 52:21 55:13 56:19 57:8 68:18 74:20 78:20 79:12 91:4 93:21,21 93:25 94:4,5,8 98:7 99:23 |
| | | **sourcing**  36:4 | |
| | | **south**  3:15 | |
| **seeing**  26:17 58:17 | **sir**  14:20 32:22 42:13 44:19 46:3 75:15 77:23 90:10 93:20 101:13 | **speak**  86:3 | |
| **seeking**  86:4 | | **spec**  81:6,21 | |
| **seen**  13:6 34:7 40:22 79:10 97:12 | | **specialized**  29:1 | |
| | | **specific**  33:8 34:2,9 43:9 76:6,15 77:23 84:10 87:6 100:23 | |
| **sender**  62:11 | **sit**  32:9 33:14 34:9 57:4 79:15 98:13,21 99:17 100:1 | | |
| **sense**  103:23,24 | | **specifically**  25:15 38:16 62:25 72:11 | **statements**  11:2 |
| **sensitive**  7:22 | | | |

Page 14

[states - time]

| | | | |
|---|---|---|---|
| **states**  1:1 2:1 72:4 | 35:2,4,7 36:9,11,14 | **take**  7:20 47:9,22 | 73:24 |
| **stating**  81:24 | 36:17,20 37:12,23 | 48:5,9 55:16 62:19 | **testifying**  65:17 |
| **status**  74:10 | 38:7,20,25 40:6,9 | 68:3 75:21 104:23 | 107:7 |
| **steam**  65:14 | 42:20 43:14 45:20 | **taken**  2:16 88:15,22 | **testimony**  10:8 13:5 |
| **stick**  55:3 | 45:20 46:11,11 | 107:4 | 13:11 15:23 17:3,4 |
| **sticker**  86:21 101:24 | 48:12,21 49:5,18 | **talk**  21:5 34:24 44:1 | 17:8,15 19:22 22:9 |
| **strategy**  60:3 | 50:20 54:19,19 55:8 | 78:19 | 23:20,21 28:4 29:15 |
| **street**  2:17 4:7,17 | 55:8 56:12 57:1,6 | **talked**  15:6 | 36:19,25 37:7 106:5 |
| **strike**  29:14 58:1 | 57:13,25 58:18,24 | **talking**  16:17 31:7 | 107:10 |
| **string**  62:5 80:6 | 61:11 80:8 81:6,21 | 31:16 34:25 42:7 | **text**  87:9 |
| **strongly**  30:6 | 84:3,6,15,17 85:14 | 50:19 77:23 94:5,7 | **thank**  9:19 14:5 |
| **structure**  16:9,16 | 87:18 88:11,16,23 | **tape**  55:20 56:1,2 | 23:16 34:23 42:15 |
| 20:19 21:2,3,13 | 89:11,16,21 90:2,5 | **tapes**  55:24 | 44:23 47:3,4 80:25 |
| **struggle**  73:25 | 90:12 91:6 92:3,11 | **tasks**  26:2 | **thing**  25:11 52:4 |
| **struggling**  99:22 | 92:22 93:22 94:1 | **tck**  5:20 85:21 86:17 | 95:22 96:5 |
| 100:8 | 95:9,20 96:4,7 97:6 | **team**  84:11 85:1 | **things**  27:2 29:20 |
| **stubbed**  102:24 | 97:15 98:16,17,25 | 90:1 | 48:17 103:11 |
| 103:12 | 99:13,20 100:6 | **teams**  104:11 | **think**  12:25 18:4,6,9 |
| **stubs**  104:1 | 102:24 103:19 | **technical**  36:5 | 20:21,24 21:4 22:9 |
| **subject**  5:18 6:5,20 | 104:3,4,10 | **technology**  29:7 | 22:13 27:21,21 |
| 16:23 31:18 37:4,6 | **sun's**  10:13,16,20 | **tell**  13:23 20:6 41:11 | 28:21 33:1 54:23,24 |
| 39:15 43:12,15 | 46:23,24 47:6,19 | 41:12 60:14 66:20 | 55:12 59:9 70:11 |
| 44:25 45:4,8 50:4,7 | 79:5 82:1 87:6,21 | 67:4 75:15,17 76:16 | 72:17 74:13,13 |
| 50:10,13,16 51:4 | 92:13 93:5 102:3,6 | 78:11 88:13,20 89:5 | 76:19 78:5 82:17 |
| 52:2,13 53:1 62:14 | 103:1,3,23 104:8 | 103:6 104:12 | 84:13,25,25,25 85:3 |
| 62:16 65:22 67:17 | **support**  69:2,5 | **telling**  33:20 96:4 | 89:1,3 90:1,19 93:8 |
| 69:16 70:20 75:7,11 | **supporters**  98:9 | **tend**  64:25 | 95:15 98:17 100:11 |
| 75:17 | **sure**  16:4 19:20 26:5 | **tenth**  2:17 | 100:13 102:12 |
| **subparagraph** | 26:20 27:23 28:11 | **tenure**  104:8 | 105:4 |
| 90:25 | 28:14 36:24 41:11 | **term**  14:12 16:5,12 | **thinking**  55:3 |
| **subscribed**  54:21 | 49:16 52:17 53:17 | 64:17 | **third**  49:5 57:20 |
| 107:20 | 60:5 69:14 71:21 | **terms**  31:18 43:12 | 87:4 91:7 93:23 |
| **subset**  42:2,7,8,10 | 72:12 74:4 85:20 | 43:16 44:5 45:1,4 | **thirty**  42:9 |
| **substance**  11:17 | 98:6 103:11 | 50:4,7,11,14 51:2,5 | **thought**  19:16 |
| **sufficient**  33:13 | **surprise**  63:3 | 51:9,19,22 52:3,14 | **thousands**  100:24 |
| **suggest**  25:4 26:17 | **survey**  25:9,11 | 53:1,2 54:8,9,15,21 | **three**  49:18 50:2 |
| 28:10 | **suspect**  56:23 | 55:1 57:21 59:12 | 58:23 81:12 |
| **suggested**  26:4 | **suspicion**  100:9 | 61:8 62:21 65:4 | **time**  7:10 8:21 13:7 |
| **suggests**  20:25 72:3 | **sutcliffe**  3:4 4:4 8:7 | 73:8 74:22 75:7,12 | 20:7 21:11 22:1,5 |
| **suite**  3:15 | **syszckiewicz**  4:25 | 75:17,18 76:3,7,14 | 22:11,14 23:11,18 |
| **summary**  15:25 | 7:12 | 77:1,6 84:3 | 24:3 28:14 29:12,23 |
| 17:14,18 18:15,16 | | **test**  87:20 | 30:11,17 31:16,24 |
| **sun**  6:21 8:16,19,20 | **t** | **testified**  8:12 22:24 | 32:11,23 33:17 |
| 8:20 10:1,10 23:25 | | **testify**  10:9 20:18 | 35:20 37:23 38:7,21 |
| 26:11,13 34:24 35:1 | **t**  4:5 | 65:7,17 68:4 72:17 | 39:19 45:19 46:11 |

Veritext Legal Solutions
866 299-5127

[time - witness]

49:20 50:3 56:9
57:25 58:21 60:8,14
60:20 65:11,16,21
67:14,19 71:12
77:24 78:9 86:16,16
95:16 97:4 99:3
104:24 105:14,17
107:5
**title** 8:25 9:1,7 71:5
**today** 7:16 32:9
79:15 98:13,21
99:17 100:1 105:12
**told** 18:17 66:3 78:9
104:13
**tom** 102:14
**top** 19:18 28:16,23
75:24 89:22 101:23
101:25
**topic** 10:19 17:19
**topics** 18:12 105:2
**trademarks** 87:14
**trained** 25:20
**transcribed** 107:9
**transcript** 6:9 47:2
61:18 106:3 107:12
107:14
**transformed** 97:25
**travel** 65:13
**trial** 13:12 15:23
17:3,23 45:14,15
89:20
**trip** 68:3
**tromey** 102:14
**true** 25:10 31:15
37:22 38:1 45:1,22
46:2,10 54:18 55:7
55:14 58:23 68:18
70:16 74:16 79:3,12
92:9 94:12 95:5
98:7 106:6 107:10
**try** 27:23 98:20
**trying** 19:21 36:8
100:13
**turn** 9:24 41:19
42:16 72:2 81:1

87:3
**turned** 94:23
**turning** 72:9
**two** 15:19 27:19
56:1,2 74:7 82:21
90:25 92:20 104:22
104:25
**type** 14:21 64:2
**typical** 30:25
**typically** 40:22 61:3

**u**

**ubuntu** 59:23
**unable** 33:11
**uncertainty** 69:15
**undersigned** 107:1
**understand** 14:25
19:24 20:2 26:21
28:3 30:10 33:8
35:7 37:4,6 41:22
43:15 48:12,15,18
53:17,24 56:25
74:12 100:10 103:4
**understanding**
17:18 20:3 21:8
36:10 42:5,6
**understood** 42:1
**undertook** 79:17
**united** 1:1 2:1 72:4
**unthinkable** 18:13
**unusual** 25:5 26:18
**upheld** 73:1,3
**url** 88:14,21
**usable** 53:13
**use** 10:12 14:12 15:8
18:23 22:18,20
28:17,19 29:16
31:13 38:25 43:12
43:15 44:2,4,6,24
45:3,8,21 46:13
49:7 50:21,22 52:12
52:18,19 55:9 57:1
57:13,17,17 60:6
64:16 69:6,16 74:15
74:22 75:6,16 83:12

83:22 86:5,6 87:12
87:13,20 90:13
92:11 93:10,13
**useless** 44:2
**user** 77:14,15
101:10
**users** 54:21 56:21
83:13,19 100:23
101:7
**uses** 56:24
**usually** 64:3

**v**

**v** 5:23
**v2** 50:16
**value** 65:7
**van** 4:14 8:3
**variety** 68:13
**verbal** 104:12,13
**veritext** 4:25 7:14
**version** 41:17 58:18
**versus** 7:17 71:6
**vice** 80:13
**video** 7:10,11,19
**videographer** 4:25
7:9 55:18 56:1,6
58:13 105:13
**videotaped** 1:13
2:15
**view** 23:4,17 25:16
68:24 72:5,16 85:20
92:7
**views** 23:10
**vineet** 84:17,25 85:1
85:4,10
**violation** 32:24
87:21 93:11
**virtue** 80:20
**visibility** 26:15
**volume** 1:16 2:16
5:3 106:15
**volunteer** 73:24
**vs** 1:8 2:8

**w**

**w** 91:17
**want** 28:11,13 30:4
39:6 43:24 57:9
69:10 71:15 73:3
105:2,5
**wanted** 49:6
**wanting** 26:5
**warranted** 93:18
**way** 14:18,22 21:16
25:6 26:18 37:10
39:13 49:5,25 50:6
59:3,4 64:2 65:6
69:18 70:11 74:13
76:13 79:15 82:4
96:3 102:22
**ways** 43:6 49:18
50:2 57:18 58:23
**we've** 9:17 17:17
31:16 34:25 50:19
91:22 101:14
**web** 75:23
**website** 41:8
**weeks** 74:7
**weilaard** 10:19
**west** 4:7
**wha** 1:9 2:9
**whereof** 107:19
**whichever** 96:23
**whispers** 7:23
**wide** 24:9,12 25:2
**widely** 54:25 75:22
**willing** 59:12 68:2,3
**win** 69:10 71:15
73:15
**windows** 103:20
**wins** 71:20
**wipi** 6:21 91:17
**wireless** 90:12
**wish** 71:21
**witness** 5:2 8:5 9:7
10:25 11:17 12:17
13:14 15:4,25 17:5
17:7,17 19:4,14

**[witness - york]**

20:2 24:11,18 25:4
27:5,18 28:1,9 29:5
29:20 30:3,23 31:20
32:3,14 33:1,20
34:5,19 35:4,10
36:24 37:16 38:11
39:12,24 40:9 42:1
42:24 43:18 45:3,24
46:5,19 47:4,13,25
48:8,15 49:3,9,23
50:6,16 51:4,11,21
52:16 53:6,22 54:11
54:23 55:12 56:14
57:16 64:6 65:10
66:1,3,6 68:7,17,23
69:5,13 70:11 71:19
73:6,14 75:2,10
76:19 78:3,15,25
79:10 80:24 82:3,9
82:17 83:5,24 84:5
84:20 85:19 86:3,14
87:25 88:3,6,13,25
91:25 92:6,15,25
93:8,16 94:3 95:15
96:2,20 97:10,18,25
98:6 99:2,11,22
100:8 101:22
104:25 107:19
**witnesses**   107:6
**word**   15:5 57:17
**words**   20:5 22:13
65:25 81:12 82:4
**work**   8:19 25:6 27:8
28:12 29:2 53:2,15
53:16 54:16 55:14
61:11 65:23 74:1,5
82:18 89:2 91:16
98:9,10 104:8
**worked**   23:25 25:18
35:14,17 59:10
**working**   26:10,14
84:12 98:8
**works**   91:8 93:24
94:5

**worry**   54:15 70:19
74:21,23
**worrying**   27:2
**write**   72:1
**writes**   81:4
**writing**   14:23 16:21
25:19 27:9 28:15
77:10 103:25
104:15
**written**   66:22
**wrong**   20:23
**wrote**   16:22 25:20
25:21 71:3 85:4

**y**

**yeah**   11:2 27:21
36:24 56:3 60:24
64:12 90:4,9,23
91:2 96:2 99:22
102:1
**year**   66:13 104:19
**years**   8:19 104:20
**yep**   81:17 89:23
**york**   4:8,8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.