KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DECLARATION OF KATE LAZARUS IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO ORACLE'S MOTION IN LIMINE RE RODERIC CATTELL** |
| v. | |
| GOOGLE INC., | Dept.     Courtroom 8, 19th Fl. |
| Defendant. | Judge:    Hon. William Alsup |

1   I, Kate Lazarus, declare as follows:

2   I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google Inc.'s Opposition to Oracle America, Inc.'s ("Oracle") Motion in Limine regarding Roderic Cattell. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

   1. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Google Inc.'s Second Amended Supplemental Initial Witness Disclosure Statement, dated November 16, 2015.

   2. Attached hereto as **Exhibit B** is a true and correct copy of an email from Lisa T. Simpson to Matthias Kamber, et al., dated November 24, 2015.

   3. Attached hereto as **Exhibit C** is a true and correct copy of the relevant excerpts of *The Java Language Specification*, Third Edition, and marked as Trial Exhibit 984.

   4. Attached hereto as **Exhibit D** is a true and correct copy of the relevant excerpts of the Expert Report of Professor Douglas C. Schmidt, Ph.D. Regarding Fair Use and Rebuttal to Google's Opening Expert Reports.

   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on May 10, 2016.

By: *[signature]*
KATE E. LAZARUS