# Exhibit C

# James Gosling • Bill Joy • Guy Steele • Gilad Bracha

# The Java™ Language Specification,

## Third Edition

### The Java™ Series



Sun microsystems

...from the Source™

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 984**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK



# The Java™ Language Specification, Third Edition

Gosling
Joy
Steele
Bracha



Java
Sun Microsystems



Addison
Wesley

Trial Exhibit 984, Page 2 of 670

# The Java™
# Language Specification
### *Third Edition*

Trial Exhibit 984, Page 3 of 670

# The Java™ Language Specification
## *Third Edition*

James Gosling
Bill Joy
Guy Steele
Gilad Bracha

✦Addison-Wesley

Upper Saddle River, NJ • Boston • Indianapolis • San Francisco
New York • Toronto • Montreal • London • Munich • Paris • Madrid
Capetown • Sydney • Tokyo • Singapore • Mexico City

Trial Exhibit 984, Page 4 of 670

Copyright © 1996-2005 Sun Microsystems, Inc.
4150 Network Circle, Santa Clara, California 95054 U.S.A.
All rights reserved.

Duke logo™ designed by Joe Palrang.

RESTRICTED RIGHTS LEGEND: Use, duplication, or disclosure by the United States Government is subject to the restrictions set forth in DFARS 252.227-7013 (c)(1)(ii) and FAR 52.227-19.

The release described in this manual may be protected by one or more U.S. patents, foreign patents, or pending applications.

Sun Microsystems, Inc. (SUN) hereby grants to you a fully paid, nonexclusive, nontransferable, perpetual, worldwide limited license (without the right to sublicense) under SUN's intellectual property rights that are essential to practice this specification. This license allows and is limited to the creation and distribution of clean room implementations of this specification that: (i) include a complete implementation of the current version of this specification without subsetting or supersetting; (ii) implement all the interfaces and functionality of the required packages of the Java™ 2 Platform, Standard Edition, as defined by SUN, without subsetting or supersetting; (iii) do not add any additional packages, classes, or interfaces to the java.* or javax.* packages or their subpackages; (iv) pass all test suites relating to the most recent published version of the specification of the Java™ 2 Platform, Standard Edition, that are available from SUN six (6) months prior to any beta release of the clean room implementation or upgrade thereto; (v) do not derive from SUN source code or binary materials; and (vi) do not include any SUN source code or binary materials without an appropriate and separate license from SUN.

Sun, Sun Microsystems, the Sun logo, Solaris, Java, JavaScript, JDK, and all Java-based trademarks or logos are trademarks or registered trademarks of Sun Microsystems, Inc. UNIX® is a registered trademark of The Open Group in the United States and other countries. Apple and Dylan are trademarks of Apple Computer, Inc. All other product names mentioned herein are the trademarks of their respective owners.

THIS PUBLICATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.

THIS PUBLICATION COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN; THESE CHANGES WILL BE INCORPORATED IN NEW EDITIONS OF THE PUBLICATION. SUN MICROSYSTEMS, INC. MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED IN THIS PUBLICATION AT ANY TIME.

Credits and permissions for quoted material appear in a separate section on page 649.

ISBN 0-321-24678-0
This product is printed digitally on demand.
First printing, May 2005

"When *I* use a word," Humpty Dumpty said, in rather a scornful tone, "it means just what I choose it to mean—neither more nor less."

"The question is," said Alice, "whether you *can* make words mean so many different things."

"The question is," said Humpty Dumpty, "which is to be master—that's all."

—Lewis Carroll, *Through the Looking Glass*

# Table of Contents

**Preface   xxi**

**Preface to the Second Edition   xxv**

**Preface to the Third Edition   xxix**

**1   Introduction 1**

   1.1    Example Programs 5
   1.2    Notation 6
   1.3    Relationship to Predefined Classes and Interfaces 6
   1.4    References 6

**2   Grammars 9**

   2.1    Context-Free Grammars 9
   2.2    The Lexical Grammar 9
   2.3    The Syntactic Grammar 10
   2.4    Grammar Notation 10

**3   Lexical Structure 13**

   3.1    Unicode 13
   3.2    Lexical Translations 14
   3.3    Unicode Escapes 15
   3.4    Line Terminators 16
   3.5    Input Elements and Tokens 17
   3.6    White Space 18
   3.7    Comments 18
   3.8    Identifiers 19
   3.9    Keywords 21
   3.10   Literals 21
          3.10.1   Integer Literals 22
          3.10.2   Floating-Point Literals 24
          3.10.3   Boolean Literals 26

Trial Exhibit 984, Page 7 of 670

|  |  | 3.10.4 | Character Literals 26 |
|  |  | 3.10.5 | String Literals 28 |
|  |  | 3.10.6 | Escape Sequences for Character and String Literals 30 |
|  |  | 3.10.7 | The Null Literal 30 |
|  | 3.11 | Separators 31 |
|  | 3.12 | Operators 31 |

**4   Types, Values, and Variables 33**

|  | 4.1 | The Kinds of Types and Values 34 |
|  | 4.2 | Primitive Types and Values 34 |
|  |  | 4.2.1 | Integral Types and Values 35 |
|  |  | 4.2.2 | Integer Operations 36 |
|  |  | 4.2.3 | Floating-Point Types, Formats, and Values 37 |
|  |  | 4.2.4 | Floating-Point Operations 40 |
|  |  | 4.2.5 | The boolean Type and boolean Values 43 |
|  | 4.3 | Reference Types and Values 44 |
|  |  | 4.3.1 | Objects 45 |
|  |  | 4.3.2 | The Class Object 47 |
|  |  | 4.3.3 | The Class String 48 |
|  |  | 4.3.4 | When Reference Types Are the Same 49 |
|  | 4.4 | Type Variables 49 |
|  | 4.5 | Parameterized Types 51 |
|  |  | 4.5.1 | Type Arguments and Wildcards 52 |
|  |  |  | 4.5.1.1   Type Argument Containment and Equivalence 55 |
|  |  | 4.5.2 | Members and Constructors of Parameterized Types 55 |
|  | 4.6 | Type Erasure 56 |
|  | 4.7 | Reifiable Types 56 |
|  | 4.8 | Raw Types 57 |
|  | 4.9 | Intersection Types 62 |
|  | 4.10 | Subtyping 63 |
|  |  | 4.10.1 | Subtyping among Primitive Types 63 |
|  |  | 4.10.2 | Subtyping among Class and Interface Types 63 |
|  |  | 4.10.3 | Subtyping among Array Types 64 |
|  | 4.11 | Where Types Are Used 65 |
|  | 4.12 | Variables 67 |
|  |  | 4.12.1 | Variables of Primitive Type 67 |
|  |  | 4.12.2 | Variables of Reference Type 67 |
|  |  |  | 4.12.2.1   Heap Pollution 68 |
|  |  | 4.12.3 | Kinds of Variables 69 |
|  |  | 4.12.4 | final Variables 71 |
|  |  | 4.12.5 | Initial Values of Variables 71 |
|  |  | 4.12.6 | Types, Classes, and Interfaces 73 |

**5   Conversions and Promotions 77**

|  | 5.1 | Kinds of Conversion 80 |
|  |  | 5.1.1 | Identity Conversions 80 |
|  |  | 5.1.2 | Widening Primitive Conversion 80 |

viii

| | | |
|---|---|---|
| | 5.1.3 | Narrowing Primitive Conversions 82 |
| | 5.1.4 | Widening and Narrowing Primitive Conversions 84 |
| | 5.1.5 | Widening Reference Conversions 85 |
| | 5.1.6 | Narrowing Reference Conversions 85 |
| | 5.1.7 | Boxing Conversion 86 |
| | 5.1.8 | Unboxing Conversion 88 |
| | 5.1.9 | Unchecked Conversion 89 |
| | 5.1.10 | Capture Conversion 89 |
| | 5.1.11 | String Conversions 92 |
| | 5.1.12 | Forbidden Conversions 92 |
| | 5.1.13 | Value Set Conversion 92 |
| 5.2 | Assignment Conversion 93 | |
| 5.3 | Method Invocation Conversion 99 | |
| 5.4 | String Conversion 101 | |
| 5.5 | Casting Conversion 101 | |
| 5.6 | Numeric Promotions 108 | |
| | 5.6.1 | Unary Numeric Promotion 108 |
| | 5.6.2 | Binary Numeric Promotion 110 |

**6   Names 113**

| | | |
|---|---|---|
| 6.1 | Declarations 114 | |
| 6.2 | Names and Identifiers 115 | |
| 6.3 | Scope of a Declaration 117 | |
| | 6.3.1 | Shadowing Declarations 119 |
| | 6.3.2 | Obscured Declarations 122 |
| 6.4 | Members and Inheritance 122 | |
| | 6.4.1 | The Members of Type Variables, Parameterized Types, Raw Types and Intersection Types 122 |
| | 6.4.2 | The Members of a Package 122 |
| | 6.4.3 | The Members of a Class Type 123 |
| | 6.4.4 | The Members of an Interface Type 124 |
| | 6.4.5 | The Members of an Array Type 125 |
| 6.5 | Determining the Meaning of a Name 126 | |
| | 6.5.1 | Syntactic Classification of a Name According to Context 127 |
| | 6.5.2 | Reclassification of Contextually Ambiguous Names 129 |
| | 6.5.3 | Meaning of Package Names 131 |
| | | 6.5.3.1   Simple Package Names 131 |
| | | 6.5.3.2   Qualified Package Names 132 |
| | 6.5.4 | Meaning of *PackageOrTypeNames* 132 |
| | | 6.5.4.1   Simple *PackageOrTypeNames* 132 |
| | | 6.5.4.2   Qualified *PackageOrTypeNames* 132 |
| | 6.5.5 | Meaning of Type Names 132 |
| | | 6.5.5.1   Simple Type Names 132 |
| | | 6.5.5.2   Qualified Type Names 132 |
| | 6.5.6 | Meaning of Expression Names 134 |
| | | 6.5.6.1   Simple Expression Names 134 |
| | | 6.5.6.2   Qualified Expression Names 135 |
| | 6.5.7 | Meaning of Method Names 137 |

6.5.7.1    Simple Method Names 137
6.5.7.2    Qualified Method Names 137
6.6    Access Control 138
6.6.1    Determining Accessibility 138
6.6.2    Details on protected Access 139
6.6.2.1    Access to a protected Member 139
6.6.2.2    Qualified Access to a protected Constructor 140
6.6.3    An Example of Access Control 140
6.6.4    Example: Access to public and Non-public Classes 141
6.6.5    Example: Default-Access Fields, Methods, and Constructors 142
6.6.6    Example: public Fields, Methods, and Constructors 143
6.6.7    Example: protected Fields, Methods, and Constructors 143
6.6.8    Example: private Fields, Methods, and Constructors 144
6.7    Fully Qualified Names and Canonical Names 145
6.8    Naming Conventions 146
6.8.1    Package Names 147
6.8.2    Class and Interface Type Names 147
6.8.3    Type Variable Names 148
6.8.4    Method Names 149
6.8.5    Field Names 150
6.8.6    Constant Names 150
6.8.7    Local Variable and Parameter Names 151

7    **Packages 153**
7.1    Package Members 154
7.2    Host Support for Packages 155
7.2.1    Storing Packages in a File System 155
7.2.2    Storing Packages in a Database 157
7.3    Compilation Units 157
7.4    Package Declarations 158
7.4.1    Named Packages 158
7.4.1.1    Package Annotations 158
7.4.2    Unnamed Packages 159
7.4.3    Observability of a Package 160
7.4.4    Scope of a Package Declaration 160
7.5    Import Declarations 160
7.5.1    Single-Type-Import Declaration 161
7.5.2    Type-Import-on-Demand Declaration 163
7.5.3    Single Static Import Declaration 164
7.5.4    Static-Import-on-Demand Declaration 165
7.5.5    Automatic Imports 165
7.5.6    A Strange Example 165
7.6    Top Level Type Declarations 166
7.7    Unique Package Names 169

8    **Classes 173**
8.1    Class Declaration 175

x

*TABLE OF CONTENTS*

8.1.1 Class Modifiers 175
    8.1.1.1   `abstract` Classes 176
    8.1.1.2   `final` Classes 178
    8.1.1.3   `strictfp` Classes 178
8.1.2 Generic Classes and Type Parameters 178
8.1.3 Inner Classes and Enclosing Instances 181
8.1.4 Superclasses and Subclasses 184
8.1.5 Superinterfaces 186
8.1.6 Class Body and Member Declarations 189
8.2 Class Members 190
  8.2.1 Examples of Inheritance 192
    8.2.1.1   Example: Inheritance with Default Access 192
    8.2.1.2   Inheritance with `public` and `protected` 193
    8.2.1.3   Inheritance with `private` 193
    8.2.1.4   Accessing Members of Inaccessible Classes 194
8.3 Field Declarations 196
  8.3.1 Field Modifiers 197
    8.3.1.1   `static` Fields 198
    8.3.1.2   `final` Fields 199
    8.3.1.3   `transient` Fields 199
    8.3.1.4   `volatile` Fields 199
  8.3.2 Initialization of Fields 201
    8.3.2.1   Initializers for Class Variables 202
    8.3.2.2   Initializers for Instance Variables 202
    8.3.2.3   Restrictions on the use of Fields during Initialization 203
  8.3.3 Examples of Field Declarations 205
    8.3.3.1   Example: Hiding of Class Variables 205
    8.3.3.2   Example: Hiding of Instance Variables 206
    8.3.3.3   Example: Multiply Inherited Fields 207
    8.3.3.4   Example: Re-inheritance of Fields 209
8.4 Method Declarations 209
  8.4.1 Formal Parameters 210
  8.4.2 Method Signature 212
  8.4.3 Method Modifiers 214
    8.4.3.1   `abstract` Methods 214
    8.4.3.2   `static` Methods 216
    8.4.3.3   `final` Methods 217
    8.4.3.4   `native` Methods 218
    8.4.3.5   `strictfp` Methods 218
    8.4.3.6   `synchronized` Methods 218
  8.4.4 Generic Methods 220
  8.4.5 Method Return Type 220
  8.4.6 Method Throws 221
  8.4.7 Method Body 223
  8.4.8 Inheritance, Overriding, and Hiding 224
    8.4.8.1   Overriding (by Instance Methods) 224
    8.4.8.2   Hiding (by Class Methods) 225
    8.4.8.3   Requirements in Overriding and Hiding 225

Trial Exhibit 984, Page 11 of 670

8.4.8.4    Inheriting Methods with Override-Equivalent Signatures 228
8.4.9    Overloading 229
8.4.10    Examples of Method Declarations 230
    8.4.10.1    Example: Overriding 230
    8.4.10.2    Example: Overloading, Overriding, and Hiding 231
    8.4.10.3    Example: Incorrect Overriding 231
    8.4.10.4    Example: Overriding versus Hiding 232
    8.4.10.5    Example: Invocation of Hidden Class Methods 234
    8.4.10.6    Large Example of Overriding 234
    8.4.10.7    Example: Incorrect Overriding because of Throws 236
8.5    Member Type Declarations 237
    8.5.1    Modifiers 238
    8.5.2    Static Member Type Declarations 238
8.6    Instance Initializers 238
8.7    Static Initializers 239
8.8    Constructor Declarations 240
    8.8.1    Formal Parameters and Formal Type Parameter 240
    8.8.2    Constructor Signature 241
    8.8.3    Constructor Modifiers 241
    8.8.4    Generic Constructors 242
    8.8.5    Constructor Throws 242
    8.8.6    The Type of a Constructor 242
    8.8.7    Constructor Body 242
        8.8.7.1    Explicit Constructor Invocations 243
    8.8.8    Constructor Overloading 246
    8.8.9    Default Constructor 247
    8.8.10    Preventing Instantiation of a Class 248
8.9    Enums 249

**9    Interfaces 259**
9.1    Interface Declarations 260
    9.1.1    Interface Modifiers 260
        9.1.1.1    `abstract` Interfaces 261
        9.1.1.2    `strictfp` Interfaces 261
    9.1.2    Generic Interfaces and Type Parameters 261
    9.1.3    Superinterfaces and Subinterfaces 261
    9.1.4    Interface Body and Member Declarations 263
    9.1.5    Access to Interface Member Names 263
9.2    Interface Members 263
9.3    Field (Constant) Declarations 264
    9.3.1    Initialization of Fields in Interfaces 265
    9.3.2    Examples of Field Declarations 265
        9.3.2.1    Ambiguous Inherited Fields 265
        9.3.2.2    Multiply Inherited Fields 266
9.4    Abstract Method Declarations 266
    9.4.1    Inheritance and Overriding 267
    9.4.2    Overloading 268

Trial Exhibit 984, Page 12 of 670

9.4.3     Examples of Abstract Method Declarations 269
            9.4.3.1     Example: Overriding 269
            9.4.3.2     Example: Overloading 269
9.5     Member Type Declarations 270
9.6     Annotation Types 270
            9.6.1     Predefined Annotation Types 277
                        9.6.1.1     Target 278
                        9.6.1.2     Retention 278
                        9.6.1.3     Inherited 279
                        9.6.1.4     Override 279
                        9.6.1.5     SuppressWarnings 280
                        9.6.1.6     Deprecated 280
9.7     Annotations 281

**10   Arrays 287**
10.1     Array Types 288
10.2     Array Variables 288
10.3     Array Creation 289
10.4     Array Access 289
10.5     Arrays: A Simple Example 290
10.6     Array Initializers 290
10.7     Array Members 292
10.8     Class Objects for Arrays 293
10.9     An Array of Characters is Not a String 294
10.10   Array Store Exception 294

**11   Exceptions 297**
11.1     The Causes of Exceptions 298
11.2     Compile-Time Checking of Exceptions 299
            11.2.1     Exception Analysis of Expressions 299
            11.2.2     Exception Analysis of Statements 300
            11.2.3     Exception Checking 301
            11.2.4     Why Errors are Not Checked 301
            11.2.5     Why Runtime Exceptions are Not Checked 301
11.3     Handling of an Exception 302
            11.3.1     Exceptions are Precise 303
            11.3.2     Handling Asynchronous Exceptions 303
11.4     An Example of Exceptions 304
11.5     The Exception Hierarchy 306
            11.5.1     Loading and Linkage Errors 307
            11.5.2     Virtual Machine Errors 307

**12   Execution 309**
12.1     Virtual Machine Start-Up 309
            12.1.1     Load the Class Test 310
            12.1.2     Link Test: Verify, Prepare, (Optionally) Resolve 310

12.1.3    Initialize Test: Execute Initializers 311
12.1.4    Invoke Test.main 312
12.2    Loading of Classes and Interfaces 312
12.2.1    The Loading Process 313
12.3    Linking of Classes and Interfaces 314
12.3.1    Verification of the Binary Representation 314
12.3.2    Preparation of a Class or Interface Type 315
12.3.3    Resolution of Symbolic References 315
12.4    Initialization of Classes and Interfaces 316
12.4.1    When Initialization Occurs 316
12.4.2    Detailed Initialization Procedure 319
12.4.3    Initialization: Implications for Code Generation 321
12.5    Creation of New Class Instances 322
12.6    Finalization of Class Instances 325
12.6.1    Implementing Finalization 326
12.6.1.1    Interaction with the Memory Model 328
12.6.2    Finalizer Invocations are Not Ordered 329
12.7    Unloading of Classes and Interfaces 330
12.8    Program Exit 331

## 13    Binary Compatibility 333

13.1    The Form of a Binary 334
13.2    What Binary Compatibility Is and Is Not 339
13.3    Evolution of Packages 340
13.4    Evolution of Classes 340
13.4.1    abstract Classes 340
13.4.2    final Classes 341
13.4.3    public Classes 341
13.4.4    Superclasses and Superinterfaces 341
13.4.5    Class Formal Type Parameters 342
13.4.6    Class Body and Member Declarations 343
13.4.7    Access to Members and Constructors 344
13.4.8    Field Declarations 345
13.4.9    final Fields and Constants 347
13.4.10   static Fields 349
13.4.11   transient Fields 350
13.4.12   Method and Constructor Declarations 350
13.4.13   Method and Constructor Formal Type Parameters 351
13.4.14   Method and Constructor Parameters 352
13.4.15   Method Result Type 352
13.4.16   abstract Methods 352
13.4.17   final Methods 353
13.4.18   native Methods 354
13.4.19   static Methods 354
13.4.20   synchronized Methods 354
13.4.21   Method and Constructor Throws 354
13.4.22   Method and Constructor Body 354
13.4.23   Method and Constructor Overloading 355

**xiv**

13.4.24  Method Overriding 356
13.4.25  Static Initializers 356
13.4.26  Evolution of Enums 356
13.5  Evolution of Interfaces 356
13.5.1  public Interfaces 356
13.5.2  Superinterfaces 357
13.5.3  The Interface Members 357
13.5.4  Interface Formal Type Parameters 357
13.5.5  Field Declarations 358
13.5.6  Abstract Method Declarations 358
13.5.7  Evolution of Annotation Types 358

## 14  Blocks and Statements 359

14.1  Normal and Abrupt Completion of Statements 360
14.2  Blocks 361
14.3  Local Class Declarations 361
14.4  Local Variable Declaration Statements 363
14.4.1  Local Variable Declarators and Types 364
14.4.2  Scope of Local Variable Declarations 364
14.4.3  Shadowing of Names by Local Variables 367
14.4.4  Execution of Local Variable Declarations 367
14.5  Statements 368
14.6  The Empty Statement 370
14.7  Labeled Statements 370
14.8  Expression Statements 371
14.9  The if Statement 372
14.9.1  The if–then Statement 372
14.9.2  The if–then–else Statement 372
14.10  The assert Statement 373
14.11  The switch Statement 377
14.12  The while Statement 380
14.12.1  Abrupt Completion 381
14.13  The do Statement 382
14.13.1  Abrupt Completion 383
14.13.2  Example of do statement 383
14.14  The for Statement 384
14.14.1  The basic for Statement 384
14.14.1.1  Initialization of for statement 385
14.14.1.2  Iteration of for statement 385
14.14.1.3  Abrupt Completion of for statement 386
14.14.2  The enhanced for statement 387
14.15  The break Statement 388
14.16  The continue Statement 390
14.17  The return Statement 392
14.18  The throw Statement 393
14.19  The synchronized Statement 395
14.20  The try statement 396
14.20.1  Execution of try–catch 398

**xv**

14.20.2  Execution of try–catch–finally  399
14.21  Unreachable Statements 402

## 15  Expressions 409

15.1  Evaluation, Denotation, and Result 409
15.2  Variables as Values 410
15.3  Type of an Expression 410
15.4  FP-strict Expressions 411
15.5  Expressions and Run-Time Checks 411
15.6  Normal and Abrupt Completion of Evaluation 413
15.7  Evaluation Order 414
    15.7.1  Evaluate Left-Hand Operand First 415
    15.7.2  Evaluate Operands before Operation 416
    15.7.3  Evaluation Respects Parentheses and Precedence 417
    15.7.4  Argument Lists are Evaluated Left-to-Right 418
    15.7.5  Evaluation Order for Other Expressions 419
15.8  Primary Expressions 420
    15.8.1  Lexical Literals 420
    15.8.2  Class Literals 421
    15.8.3  this 421
    15.8.4  Qualified this 422
    15.8.5  Parenthesized Expressions 422
15.9  Class Instance Creation Expressions 423
    15.9.1  Determining the Class being Instantiated 424
    15.9.2  Determining Enclosing Instances 425
    15.9.3  Choosing the Constructor and its Arguments 427
    15.9.4  Run-time Evaluation of Class Instance Creation Expressions 428
    15.9.5  Anonymous Class Declarations 429
        15.9.5.1  Anonymous Constructors 429
    15.9.6  Example: Evaluation Order and Out-of-Memory Detection 430
15.10  Array Creation Expressions 431
    15.10.1  Run-time Evaluation of Array Creation Expressions 432
    15.10.2  Example: Array Creation Evaluation Order 433
    15.10.3  Example: Array Creation and Out-of-Memory Detection 434
15.11  Field Access Expressions 435
    15.11.1  Field Access Using a Primary 435
    15.11.2  Accessing Superclass Members using super 438
15.12  Method Invocation Expressions 440
    15.12.1  Compile-Time Step 1: Determine Class or Interface to Search 440
    15.12.2  Compile-Time Step 2: Determine Method Signature 442
        15.12.2.1  Identify Potentially Applicable Methods 443
        15.12.2.2  Phase 1: Identify Matching Arity Methods Applicable by Subtyping 445
        15.12.2.3  Phase 2: Identify Matching Arity Methods Applicable by Method Invocation Conversion 446
        15.12.2.4  Phase 3: Identify Applicable Variable Arity Methods 446
        15.12.2.5  Choosing the Most Specific Method 447
        15.12.2.6  Method Result and Throws Types 450

**xvi**

15.12.2.7   Inferring Type Arguments Based on Actual Arguments 451
15.12.2.8   Inferring Unresolved Type Arguments 466
15.12.2.9   Examples 466
15.12.2.10 Example: Overloading Ambiguity 468
15.12.2.11 Example: Return Type Not Considered 468
15.12.2.12 Example: Compile-Time Resolution 469
15.12.3   Compile-Time Step 3: Is the Chosen Method Appropriate? 471
15.12.4   Runtime Evaluation of Method Invocation 473
15.12.4.1   Compute Target Reference (If Necessary) 473
15.12.4.2   Evaluate Arguments 474
15.12.4.3   Check Accessibility of Type and Method 475
15.12.4.4   Locate Method to Invoke 476
15.12.4.5   Create Frame, Synchronize, Transfer Control 477
15.12.4.6   Example: Target Reference and Static Methods 479
15.12.4.7   Example: Evaluation Order 479
15.12.4.8   Example: Overriding 480
15.12.4.9   Example: Method Invocation using super 481
15.13   Array Access Expressions 482
15.13.1   Runtime Evaluation of Array Access 483
15.13.2   Examples: Array Access Evaluation Order 483
15.14   Postfix Expressions 485
15.14.1   Expression Names 485
15.14.2   Postfix Increment Operator ++ 485
15.14.3   Postfix Decrement Operator -- 486
15.15   Unary Operators 487
15.15.1   Prefix Increment Operator ++ 487
15.15.2   Prefix Decrement Operator -- 488
15.15.3   Unary Plus Operator + 489
15.15.4   Unary Minus Operator - 489
15.15.5   Bitwise Complement Operator ~ 490
15.15.6   Logical Complement Operator ! 490
15.16   Cast Expressions 490
15.17   Multiplicative Operators 491
15.17.1   Multiplication Operator * 492
15.17.2   Division Operator / 493
15.17.3   Remainder Operator % 495
15.18   Additive Operators 496
15.18.1   String Concatenation Operator + 497
15.18.1.1   String Conversion 497
15.18.1.2   Optimization of String Concatenation 498
15.18.1.3   Examples of String Concatenation 498
15.18.2   Additive Operators (+ and -) for Numeric Types 500
15.19   Shift Operators 502
15.20   Relational Operators 503
15.20.1   Numerical Comparison Operators <, <=, >, and >= 503
15.20.2   Type Comparison Operator instanceof 504
15.21   Equality Operators 505

**xvii**

15.21.1   Numerical Equality Operators == and != 506
15.21.2   Boolean Equality Operators == and != 507
15.21.3   Reference Equality Operators == and != 507
15.22   Bitwise and Logical Operators 508
15.22.1   Integer Bitwise Operators &, ^, and | 508
15.22.2   Boolean Logical Operators &, ^, and | 508
15.23   Conditional-And Operator && 509
15.24   Conditional-Or Operator || 509
15.25   Conditional Operator ? : 510
15.26   Assignment Operators 512
15.26.1   Simple Assignment Operator = 513
15.26.2   Compound Assignment Operators 518
15.27   Expression 525
15.28   Constant Expression 525

## 16   Definite Assignment 527

16.1   Definite Assignment and Expressions 533
16.1.1   Boolean Constant Expressions 533
16.1.2   The Boolean Operator && 533
16.1.3   The Boolean Operator || 534
16.1.4   The Boolean Operator ! 534
16.1.5   The Boolean Operator ? : 534
16.1.6   The Conditional Operator ? : 535
16.1.7   Other Expressions of Type boolean 535
16.1.8   Assignment Expressions 535
16.1.9   Operators ++ and -- 536
16.1.10   Other Expressions 536
16.2   Definite Assignment and Statements 538
16.2.1   Empty Statements 538
16.2.2   Blocks 538
16.2.3   Local Class Declaration Statements 539
16.2.4   Local Variable Declaration Statements 539
16.2.5   Labeled Statements 540
16.2.6   Expression Statements 540
16.2.7   if Statements 541
16.2.8   assert Statements 541
16.2.9   switch Statements 541
16.2.10   while Statements 542
16.2.11   do Statements 543
16.2.12   for Statements 543
16.2.12.1   Initialization Part 544
16.2.12.2   Incrementation Part 544
16.2.13   break, continue, return, and throw Statements 545
16.2.14   synchronized Statements 545
16.2.15   try Statements 545
16.3   Definite Assignment and Parameters 547
16.4   Definite Assignment and Array Initializers 547
16.5   Definite Assignment and Enum Constants 548

xviii

16.6   Definite Assignment and Anonymous Classes 548
16.7   Definite Assignment and Member Types 549
16.8   Definite Assignment and Static Initializers 549
16.9   Definite Assignment, Constructors, and Instance Initializers 550

**17   Threads and Locks 553**
17.1   Locks 554
17.2   Notation in Examples 554
17.3   Incorrectly Synchronized Programs Exhibit Surprising Behaviors 555
17.4   Memory Model 557
       17.4.1   Shared Variables 558
       17.4.2   Actions 558
       17.4.3   Programs and Program Order 560
       17.4.4   Synchronization Order 561
       17.4.5   Happens-before Order 561
       17.4.6   Executions 567
       17.4.7   Well-Formed Executions 568
       17.4.8   Executions and Causality Requirements 568
       17.4.9   Observable Behavior and Nonterminating Executions 571
17.5   Final Field Semantics 573
       17.5.1   Semantics of Final Fields 575
       17.5.2   Reading Final Fields During Construction 576
       17.5.3   Subsequent Modification of Final Fields 576
       17.5.4   Write Protected Fields 578
17.6   Word Tearing 578
17.7   Non-atomic Treatment of `double` and `long`  579
17.8   Wait Sets and Notification 580
       17.8.1   Wait 580
       17.8.2   Notification 581
       17.8.3   Interruptions 582
       17.8.4   Interactions of Waits, Notification and Interruption 582
17.9   Sleep and Yield 583

**18   Syntax 585**
18.1   The Grammar of the Java Programming Language 585

**Index 597**

**Credits 649**

**Colophon 651**

xix

# Preface

T HE Java™ programming language was originally called Oak, and was designed for use in embedded consumer-electronic applications by James Gosling. After several years of experience with the language, and significant contributions by Ed Frank, Patrick Naughton, Jonathan Payne, and Chris Warth it was retargeted to the Internet, renamed, and substantially revised to be the language specified here. The final form of the language was defined by James Gosling, Bill Joy, Guy Steele, Richard Tuck, Frank Yellin, and Arthur van Hoff, with help from Graham Hamilton, Tim Lindholm, and many other friends and colleagues.

The Java programming language is a general-purpose concurrent class-based object-oriented programming language, specifically designed to have as few implementation dependencies as possible. It allows application developers to write a program once and then be able to run it everywhere on the Internet.

This book attempts a complete specification of the syntax and semantics of the language. We intend that the behavior of every language construct is specified here, so that all implementations will accept the same programs. Except for timing dependencies or other non-determinisms and given sufficient time and sufficient memory space, a program written in the Java programming language should compute the same result on all machines and in all implementations.

We believe that the Java programming language is a mature language, ready for widespread use. Nevertheless, we expect some evolution of the language in the years to come. We intend to manage this evolution in a way that is completely compatible with existing applications. To do this, we intend to make relatively few new versions of the language. Compilers and systems will be able to support the several versions simultaneously, with complete compatibility.

Much research and experimentation with the Java platform is already underway. We encourage this work, and will continue to cooperate with external groups to explore improvements to the language and platform. For example, we have already received several interesting proposals for parameterized types. In technically difficult areas, near the state of the art, this kind of research collaboration is essential.

**xxi**

We acknowledge and thank the many people who have contributed to this book through their excellent feedback, assistance and encouragement:

Particularly thorough, careful, and thoughtful reviews of drafts were provided by Tom Cargill, Peter Deutsch, Paul Hilfinger, Masayuki Ida, David Moon, Steven Muchnick, Charles L. Perkins, Chris Van Wyk, Steve Vinoski, Philip Wadler, Daniel Weinreb, and Kenneth Zadeck. We are very grateful for their extraordinary volunteer efforts.

We are also grateful for reviews, questions, comments, and suggestions from Stephen Adams, Bowen Alpern, Glenn Ammons, Leonid Arbuzov, Kim Bruce, Edwin Chan, David Chase, Pavel Curtis, Drew Dean, William Dietz, David Dill, Patrick Dussud, Ed Felten, John Giannandrea, John Gilmore, Charles Gust, Warren Harris, Lee Hasiuk, Mike Hendrickson, Mark Hill, Urs Hoelzle, Roger Hoover, Susan Flynn Hummel, Christopher Jang, Mick Jordan, Mukesh Kacker, Peter Kessler, James Larus, Derek Lieber, Bill McKeeman, Steve Naroff, Evi Nemeth, Robert O'Callahan, Dave Papay, Craig Partridge, Scott Pfeffer, Eric Raymond, Jim Roskind, Jim Russell, William Scherlis, Edith Schonberg, Anthony Scian, Matthew Self, Janice Shepherd, Kathy Stark, Barbara Steele, Rob Strom, William Waite, Greg Weeks, and Bob Wilson. (This list was generated semi-automatically from our E-mail records. We apologize if we have omitted anyone.)

The feedback from all these reviewers was invaluable to us in improving the definition of the language as well as the form of the presentation in this book. We thank them for their diligence. Any remaining errors in this book—we hope they are few—are our responsibility and not theirs.

We thank Francesca Freedman and Doug Kramer for assistance with matters of typography and layout. We thank Dan Mills of Adobe Systems Incorporated for assistance in exploring possible choices of typefaces.

Many of our colleagues at Sun Microsystems have helped us in one way or another. Lisa Friendly, our series editor, managed our relationship with Addison-Wesley. Susan Stambaugh managed the distribution of many hundreds of copies of drafts to reviewers. We received valuable assistance and technical advice from Ben Adida, Ole Agesen, Ken Arnold, Rick Cattell, Asmus Freytag, Norm Hardy, Steve Heller, David Hough, Doug Kramer, Nancy Lee, Marianne Mueller, Akira Tanaka, Greg Tarsy, David Ungar, Jim Waldo, Ann Wollrath, Geoff Wyant, and Derek White. We thank Alan Baratz, David Bowen, Mike Clary, John Doerr, Jon Kannegaard, Eric Schmidt, Bob Sproull, Bert Sutherland, and Scott McNealy for leadership and encouragement.

The on-line Bartleby Library of Columbia University, at URL:

`http://www.cc.columbia.edu/acis/bartleby/`

**xxii**

was invaluable to us during the process of researching and verifying many of the quotations that are scattered throughout this book. Here is one example:

> *They lard their lean books with the fat of others' works.*
> —Robert Burton (1576–1640)

We are grateful to those who have toiled on Project Bartleby, for saving us a great deal of effort and reawakening our appreciation for the works of Walt Whitman.

We are thankful for the tools and services we had at our disposal in writing this book: telephones, overnight delivery, desktop workstations, laser printers, photocopiers, text formatting and page layout software, fonts, electronic mail, the World Wide Web, and, of course, the Internet. We live in three different states, scattered across a continent, but collaboration with each other and with our reviewers has seemed almost effortless. Kudos to the thousands of people who have worked over the years to make these excellent tools and services work quickly and reliably.

Mike Hendrickson, Katie Duffy, Simone Payment, and Rosa Aimée González of Addison-Wesley were very helpful, encouraging, and patient during the long process of bringing this book to print. We also thank the copy editors.

Rosemary Simpson worked hard, on a very tight schedule, to create the index. We got into the act at the last minute, however; blame us and not her for any jokes you may find hidden therein.

Finally, we are grateful to our families and friends for their love and support during this last, crazy, year.

In their book *The C Programming Language*, Brian Kernighan and Dennis Ritchie said that they felt that the C language "wears well as one's experience with it grows." If you like C, we think you will like the Java programming language. We hope that it, too, wears well for you.

James Gosling
*Cupertino, California*

Bill Joy
*Aspen, Colorado*

Guy Steele
*Chelmsford, Massachusetts*

*July, 1996*

**xxiii**