UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

Judge:  William Alsup                     Time in Court:   6 hours 5 minutes

Date:   May 9, 2016

Case No.   3:10-cv-03561-WHA

**Oracle America, Inc.**          v.          **Google, Inc.**

Plaintiff Counsel
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)
Mark Phillips (Jury Consultant)

Defense Counsel
Robert Van Nest; Christa Anderson
Daniel Purcell; Matthias Kamber
Michael Kwun; Reid Mullen
May Karwande; Catherine Locavera
(Corp Rep)
Michael Tiktisky (Jury Consultant)

Reporter:  Kathy Sullivan
Deputy Clerk:  Dawn Logan                     Pam Batalo

## PROCEEDINGS

REASON FOR HEARING:   Jury Trial Began

RESULT OF HEARING:   Jury Selection Completed.

CONTINUED TO: **May 10, 2016 at 7:30 am** for Further Jury Trial

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA            Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| **JURY SELECTION:** | **REPORTERS:** | **CLERK:** |
| May 9, 2016 | Kathy Sullivan; Pam Batalo | Dawn Logan |
| **FURTHER TRIAL DATE:** | | |
| May 10, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 AM | | | Jury Trial Began | |
| | | | | | Court and Counsel discussed preliminary matters | |
| | | 8:10 AM | | | Recess | |
| | | 8:24 AM | | | Venire Present | |
| | | | | | Roll taken and Oath administered | |
| | | 8:31 AM | | | Introductions made | |
| | | 8:50 AM | | | Prospective Jurors Completed Questionnaires | |
| | | 9:05 AM | | | Jury Selection Started | |
| | | 9:56 AM | | | Recess | |
| | | | | | Outside the presence of the jury - Addressed Excusing Prospective Jurors for Cause | |
| | | 10:17 AM | | | Resumed - Prospective Jurors Present | |
| | | | | | Jury Selection Continued | |
| | | 11:11 AM | | | Plaintiff's Voir Dire | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 11:54 AM |  |  | Recess |
|  |  | 12:10 PM |  |  | Resumed - Prospective Jurors Present |
|  |  | 12:34 PM |  |  | Defendant's Voir Dire |
|  |  | 1:06 PM |  |  | Plaintiff's Voir Dire |
|  |  | 1:11 PM |  |  | Side Bar |
|  |  | 1:16 PM |  |  | Resumed |
|  |  |  |  |  | Jurors Passed for Cause |
|  |  |  |  |  | Counsel Conferred in the Hallway |
|  |  | 1:24 PM |  |  | Resumed |
|  |  |  |  |  | Counsel made Challenges in Open Court |
|  |  | 1:28 PM |  |  | Selected Jurors Sworn-in |
|  |  | 1:30 PM |  |  | Selected Jurors Excused for Orientation |
|  |  |  |  |  | Counsel agree the remaining prospective jurors shall take their questionnaires. Court thanked and excused remaining prospective jurors. |
|  |  | 1:35 PM |  |  | Recess until 5/10/16 |