UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

Judge: **William Alsup**  Time in Court: 5 hours 40 minutes

Date: May 10, 2016

Case No.  [3:10-cv-03561-WHA](3:10-cv-03561-WHA)

**Oracle America, Inc.**        v.        **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Daniel Purcell
Christa Anderson; Matthias Kamber
Michael Kwun; Reid Mullen
Maya Karwande; Steven Ragland
Catherine Locavera (Corp Rep)

Reporter:  Kathy Sullivan
                   Pam Batalo

Deputy Clerk:  Dawn Logan

## PROCEEDINGS

REASON FOR HEARING:    Further Jury Trial - HELD

RESULT OF HEARING:    Opening Statements made.  Witness called.

CONTINUED TO: **May 11, 2016 at 7:30 am** for Further Jury Trial

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA         Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush; Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christina Anderson; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 10, 2016 | Kathy Sullivan; Pam Batalo | Dawn Logan |
| **FURTHER TRIAL DATE:** | | |
| May 11, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:20 AM | | | Outside the presence of the jury - Court and counsel addressed preliminary matters | |
| | | 7:58 AM | | | Resumed | |
| | | | | | Preliminary Jury Instructions | |
| | | 8:11 AM | | | **Plaintiff's Opening Statement** | |
| | | 9:10 AM | | | Small versions of the Time Line (blow up) will be distributed to the jury | |
| | | 9:11 AM | | | Recess | |
| | | 9:26 AM | | | Resumed - jury present | |
| | | | | | **Defendant's Opening Statement** | |
| | | 10:19 AM | | | Jury Pre-Instructions Read | |
| | | 10:43 AM | | | Recess | |
| | | 10:55 AM | | | Resumed - jury present | |
| | | | | | Defendant's witness **Eric Schmidt** sworn-in | |

2

|  | 205 |  | X | X | Email string from S. McNealy to E. Schmidt re Potential Sun Google partnership in the Mobile Java and OS Space |  |
|---|---|---|---|---|---|---|
|  | 435 |  | X | X | Message from Jonathan.Schwartz@Sun.com to eschmidt@google.com |  |
|  | 2372 |  | X | X | Email chain from Vineet Gupta to Andy Rubin re Hi Jonathan- meeting with Rich Green |  |
|  | 2352 |  | X | X | Blog Entry; Dated: November 5, 2007; Source: Jonathans Blog |  |
|  | 3466 |  | X | X | Email from Schmidt to Schwartz re update on android licensing |  |
|  | 3441 |  | X | X | Email: Dated: November 9, 2007 From Jonathan Schwartz To: Eric Schmidt re: android |  |
|  | 5987 |  | X | X | Email from Jonathan.Schwartz@sun.com to Eric Schmidt re congrats |  |
|  |  | 11:59 AM |  |  | Cross Examination |  |
| 980 |  |  | X | X | Book: The Java Application Programming Interface |  |
| 886.1 |  |  | X | X | Carnegie Endowment for International Peach Keynote Speech - Video Clip Played |  |
| 3211 |  |  | X | X | Google's Form 10-K for the fiscal year ended 2004 |  |
| 5167 |  |  | X | X | Email from google_bod@google.com re Onward and upward! |  |
| 5147 |  |  | X | X | Interview-briefing Henrique de Castro |  |
| 5250 |  |  | X | X | Google AdWords API beta: Terms & Conditions |  |
| 5121 |  |  | X | X | Google Web APIs Terms and Conditions for Google |  |
| 31 |  |  | X | X | Google PowerPoint presentation entitled: "Android 101: An introduction to Android and Android partnerships" |  |
| 401 |  |  | X | X | Email from Nick Sears to emg@google.com, Andy Rubin, Ethan Beard, et al. re Mobile Strategy Meeting Notes |  |
| 5321 |  |  | X | X | Email from Shacham to Eric Schmidt |  |
| 951 |  |  | X | X | Morningstar.com- Google Inc. GOOG Q3 2010 Earnings Call Transcript |  |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | | | X | X | Email from K. Tsay to deal_review@google.com et al. re EMG Deal Review | |
| 6053 | | | X | X | CNBC's Cramer Interviews Eric Schmidt | |
| | | 1:00 PM | | | Recess until 5/11/2016 7:30 AM | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |