KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:      (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**GOOGLE INC.'S ROLLING LIST OF NEXT TEN WITNESSES**<br><br>Trial Date:  May 9, 2016<br>Dept:         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (ECF 851), Google Inc. hereby files and serves its current list of anticipated next ten trial witnesses.  Google includes ten witnesses because it may reach all of these in the next 38 hours, per the Court's rule.

1. Josh Bloch
2. Dan Bornstein
3. Rick Cattell
4. John Duimovich (by video)
5. Larry Ellison (by video)
6. Andrew Hall
7. Simon Phipps
8. Andrew Rubin
9. Jonathan Schwartz
10. Donald Smith (by video)

Dated:  May 10, 2016	KEKER & VAN NEST LLP

By:  s/ Robert A. Van Nest
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.