IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**NOTICE RE DUIMOVICH DEPOSITION** |

At **7:30 A.M. TOMORROW**, please be prepared to address the issue whether questions were asked at the deposition of John Duimovich that went beyond the scope of the topic notice, particularly those that dealt with code written by IBM and contributed to Apache.

Dated: May 10, 2016.

　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE