KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>            Plaintiffs, <br><br>     v. <br><br> GOOGLE INC., <br><br>            Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S OBJECTION RE: INADEQUATE RULE 26(A)(1) DISCLOSURE OF STEFANO MAZZOCCHI** <br><br> Trial:       May 9, 2016 <br> Dept.     Courtroom 8, 19th Fl. <br> Judge:    Hon. William Alsup |

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Objections Re: Inadequate Rule 26 (a)(1) Disclosure of Stefano Mazzocchi. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Oracle America Inc.'s Initial Disclosures, dated December 2, 2010.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Oracle America Inc.'s Supplemental and Amended Initial Disclosures, dated June 3, 2011.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Oracle America Inc.'s Second Amended Initial Disclosures, dated August 10, 2011.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Oracle America Inc.'s Third Supplemental Initial Disclosures, dated August 27, 2015.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Oracle America Inc.'s Fourth Supplemental Initial Disclosures, dated December 13, 2015.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Oracle America Inc.'s Subpoena to Stefano Mazzocchi to Appear and Testify At a Hearing or Trial in a Civil Action, dated March 21, 2016.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of a Notice of Subpoena to Apache Software Foundation, dated April 29, 2007.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Initial Disclosure Statement of Google, Inc., dated December 2, 2010.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Amended Initial Disclosure Statement of Google, Inc., dated July 7, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration was executed at San Francisco, California on May 10, 2016.

By: _____
MAYA KARWANDE