# Exhibit 3

1   MORRISON & FOERSTER LLP
    MICHAEL A. JACOBS (Bar No. 111664)
2   mjacobs@mofo.com
    MARC DAVID PETERS (Bar No. 211725)
3   mdpeters@mofo.com
    755 Page Mill Road
4   Palo Alto, CA  94304-1018
    Telephone: (650) 813-5600 / Facsimile: (650) 494-0792
5
    BOIES, SCHILLER & FLEXNER LLP
6   DAVID BOIES (Admitted *Pro Hac Vice*)
    dboies@bsfllp.com
7   333 Main Street
    Armonk, NY  10504
8   Telephone: (914) 749-8200 / Facsimile: (914) 749-8300
    STEVEN C. HOLTZMAN (Bar No. 144177)
9   sholtzman@bsfllp.com
    1999 Harrison St., Suite 900
10  Oakland, CA  94612
    Telephone: (510) 874-1000 / Facsimile: (510) 874-1460
11
    ORACLE CORPORATION
12  DORIAN DALEY (Bar No. 129049)
    dorian.daley@oracle.com
13  DEBORAH K. MILLER (Bar No. 95527)
    deborah.miller@oracle.com
14  MATTHEW M. SARBORARIA (Bar No. 211600)
    matthew.sarboraria@oracle.com
15  500 Oracle Parkway
    Redwood City, CA  94065
16  Telephone: (650) 506-5200 / Facsimile: (650) 506-7114

17  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.
18

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22  ORACLE AMERICA, INC.                    Case No. 3:10-cv-03561-WHA

23              Plaintiff,                  **ORACLE AMERICA, INC.'S
                                            SECOND AMENDED INITIAL
24      v.                                  DISCLOSURES**

25  GOOGLE, INC.                            Judge:  Honorable William Alsup

26              Defendant.
27

28

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and 26(e), Plaintiff Oracle America, Inc. ("Oracle") hereby provides these supplemental and amended initial disclosures. Oracle has made a reasonable and good faith effort to make the initial disclosures provided herein, including providing general descriptions of documents, and identifying persons who may have knowledge of pertinent information, relating to the issues in this action. However, Oracle's investigation of its claims and defenses in this action is ongoing. Other potential witnesses and/or documents may be identified and become significant as discovery proceeds and as the case develops, and therefore, Oracle reserves the right to supplement these disclosures.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT ORACLE MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES (FED. R. CIV. P. 26(a)(1)(A)(i)).

The persons Oracle believes are likely to have discoverable information that Oracle may use to support its claims and defenses are:

| Name, Address, Telephone | Subject |
|---|---|
| Greg Bollella<br>Contact through counsel for Oracle | Java development |
| Roger Calnan<br>Contact through counsel for Oracle | Java development and distribution |
| Andrew Carr<br>Contact through counsel for Oracle | Java distribution |
| Safra Catz<br>Contact through counsel for Oracle | Oracle's business; Oracle's acquisition of Sun; Java business models, business plans, and associated financial data; license discussions between Oracle and Google |
| Neal Civjan<br>Former Oracle employee | Java licensing and sales, including negotiations with Google |
| Patrick Curran<br>Contact through counsel for Oracle | Java standards, JCP, and open Java |
| Bill Daly<br>Contact through counsel for Oracle | Oracle financial data |
| Don Deutsch<br>Contact through counsel for Oracle | Java standards, JCP, and open Java, Java revenues and business |
| Larry Ellison<br>Contact through counsel for Oracle | History of Oracle; Oracle's business; Oracle's acquisition of Sun; Java business models and business plans; license discussions between Oracle and Google |
| Gustavo Galimberti<br>Contact through counsel for Oracle | Java development, Java licensing, Java distribution and support |

| Name, Address, Telephone | Subject |
|---|---|
| Craig Gering<br>Former Oracle employee | Java development, licensing, and testing |
| Ivgen Guner<br>Contact through counsel for Oracle | Oracle financial data |
| Vineet Gupta<br>Former Oracle employee | Java sales and licensing, including negotiations with Google |
| Steve Harris<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans |
| Jeannette Hung<br>Contact through counsel for Oracle | Java development |
| Thomas Kurian<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Jacob Lehrbaum<br>Contact through counsel for Oracle | Java licensing and copyrights |
| Matthew Mayerson<br>Contact through counsel for Oracle | Software distribution |
| Kerry McGuire<br>Contact through counsel for Oracle | Java business and revenues |
| John Pampuch<br>Contact through counsel for Oracle | Java VM technology |
| Bill Pittore<br>Contact through counsel for Oracle | Java VM development |
| Nandini Ramani<br>Contact through counsel for Oracle | Java Development |
| Mark Reinhold<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Hasan Rizvi<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google |
| Susan Roach<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Bill Shannon<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Param Singh<br>Contact through counsel for Oracle | Mobile Java development and business plan |
| Guy Steele<br>Contact through counsel for Oracle | Java development |
| Brian Sutphin<br>Contact through counsel for Oracle | Java licensing and business, including negotiations with Google, Java business plans |

| Name, Address, Telephone | Subject |
|---|---|
| Ken Glueck<br>Contact through counsel for Oracle | License discussions between Oracle and Google; Java business models and business plans |
| Michael Pfefferlen<br>Contact through counsel for Oracle | Java sales and licensing, including negotiations with Google |
| Adam Messinger<br>Contact through counsel for Oracle | Java development, distribution, licensing, business models, and business plans |
| Bhaskar Gorti<br>Contact through counsel for Oracle | Oracle's business |
| Jeet Kaul<br>Former Oracle employee | Java licensing and business |
| Kathleen Knopoff<br>Former Sun employee | Java licensing and business |
| Leo Cizek<br>Contact through counsel for Oracle | Java licensing and business, including negotiations with Google, Java business plans |
| Lino Persi<br>Contact through counsel for Oracle | Java licensing and business |
| Noel Poore<br>Contact through counsel for Oracle | Mobile Java development and business plan |
| Geoffrey Morton<br>Contact through counsel for Oracle | Java licensing and business |
| Ed Washington<br>Contact through counsel for Oracle | Java licensing and business |
| Govind Vedantham<br>Contact through counsel for Oracle | Java licensing and business |
| Martin Lister<br>Former Oracle Employee | Java licensing and business |
| Nachi Periakaruppan<br>Former Oracle Employee | Java licensing and business |
| Brian Faye<br>Contract through counsel for Oracle | Java licensing and business |
| Rajiv Mordani<br>Contact through counsel for Oracle | Java development |
| Joe (Huizhe) Wang<br>Contact through counsel for Oracle | Java development |
| Lars Bak<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |
| Nedim Fresko<br>121 Lincoln Way<br>San Francisco, CA 94122-2717 | Inventor of U.S. Patent Nos. 5,966,702 and 7,426,720 |
| Li Gong<br>Mozilla Foundation<br>650 Castro Street, Suite 300<br>Mountain View, CA 94041-2072<br>lgong@mozilla.com | Inventor of U.S. Patent Nos. 6,125,447 and 6,192,476 |

| Name, Address, Telephone | Subject |
|---|---|
| James Gosling<br>Google employee | Inventor of U.S. Patent No. RE38,104 |
| Robert Griesemer<br>Google employee | Inventor of U.S. Patent No. 6,910,205 |
| Richard Tuck<br>343 Hill Street<br>San Francisco, CA 94114-2916 | Inventor of U.S. Patent Nos. 5,966,702 and 6,061,520 |
| Frank Yellin<br>Google employee | Inventor of U.S. Patent No. 6,061,520 |
| Representatives of Google, including witnesses identified in Google's initial and Second Amended Disclosures and individuals included in Google's custodial collection | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Joshua Bloch<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Dan Bornstein<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Bill Buzbee<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Eric Chu<br>Google employee | Java license negotiations between Google and Sun |
| Gregorz Czajkowski<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues |
| Tim Lindholm<br>Google employee | Java license negotiations between Google and Sun |
| Rich Miner<br>Google employee | Java license negotiations between Google and Sun |
| Larry Page<br>Google employee | Knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |

| Name, Address, Telephone | Subject |
|---|---|
| Andy Rubin<br>Google employee | Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, revenues, and license negotiations between Google and Oracle |
| Eric Schmidt<br>Google employee | Java development; knowledge of Oracle's Java-related intellectual property; Android development, marketing and distribution (including Open Handset Alliance), business plans, infringement, profit models, and revenues; license discussions between Google and Oracle |
| Representatives of manufacturers and distributors of Android devices | Android distribution, revenues, infringement |
| Alan Brenner<br>RIM/Blackberry employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Ethan Beard<br>Facebook employee | Java license negotiations between Google and Sun |
| Rich Green<br>Nokia employee | Java development, distribution, licensing, business models, business plans, patent rights and copyrights |
| Individuals identified by Google in response to Oracle's interrogatory as having been involved in the development of Android | Android development |
| Other former employees of Sun and Oracle as referenced in Google's Disclosures, including but not limited to:<br><br>Noreen Krall<br>Scott McNealy | Java development, distribution, licensing, business models, and business plans; license discussions between Oracle and Google; the patents-in-suit; the asserted copyrights; and issues related thereto |
| Individuals identified as custodians of documents by any party in response to discovery requests or by third party in response to a subpoena in this action. | Issues raised by the documents in question. |
| All persons to be identified as expert witnesses pursuant to and at the time required by this Court's orders regarding disclosure of such witnesses. | To be disclosed in accordance with the Court's rules regarding expert disclosure. |
| All persons noticed for deposition and deposed by either Oracle or Google in this litigation. | Issues within the scope of the examination of the witness in his/her deposition. |

## II.    DOCUMENTS (FED. R. CIV. P. 26(a)(1)(A)(ii)).

Oracle discloses and describes by category the following documents, electronically-stored information, data compilations and tangible things that are or may be in the possession, custody or control of Oracle that Oracle currently and reasonably believes it may use to support its claims or defenses:

1.    U.S. Patent No. 6,125,447 and related files.

2.    U.S. Patent No. 6,192,476 and related files.

3.    U.S. Patent No. 5,966,702 and related files.

4.    U.S. Patent No. 7,426,720 and related files.

5.    U.S. Patent No. RE38,104 and related files.

6.    U.S. Patent No. 6,910,205 and related files.

7.    U.S. Patent No. 6,061,520 and related files.

8.    U.S. Certificate of Copyright Registration for J2SE 1.4, the copyrighted work, and related files.

9.    U.S. Certificate of Copyright Registration for J2SE 5.0, the copyrighted work, and related files.

10.   U.S. Certificate of Supplemental Copyright Registration for J2SE 5.0 and related files.

11.   Documents evidencing the conception, development, reduction to practice, and design of the inventions claimed by the patents at issue.

12.   Documents relating to the history and development of the Java platform.

13.   Java releases and related documentation.

14.   Documents evidencing sales, distribution, deployment, and use of Java products.

15.   Documents offered as exhibits at deposition.

16.   Java-related contracts, licenses, and pricing models.

17.   Sun and Oracle Java business plans and financial results.

18.   Documents evidencing Google's knowledge of the Sun patent portfolio, including documents relating to licensing of the Java IP rights by Google and Google's participation in the Java Community Process.

19.   Android releases and related documentation.

20.   Google marketing, advertising, and press releases, and statements regarding Android, Android devices, Android distribution and deployment, and revenues attributable to Android.

21.   Public and third-party reports, releases, and statements regarding the distribution and deployment of Android devices, and the impact of Android and Android devices on the use, distribution, and deployment of the Java platform and Java devices.

22.   Documents relating to each type and category of damages described in Section III below, including license fees, revenue from and profitability of Java and related Oracle businesses, and Oracle's and Google's business models for the relevant lines of business.

The above documents are maintained primarily at one or more Oracle locations in California (Santa Clara, Redwood Shores, and Menlo Park) and Broomfield, Colorado, depending on the location of the various individuals identified above.  Oracle has otherwise produced and is continuing to produce documents that Oracle reasonably believes it may use to support its claims or defenses.

**III.   INITIAL DISCLOSURES REGARDING COMPUTATION OF DAMAGES (FED. R. CIV. P. 26(a)(1)(A)(iii)).**

Based on Court order (Dkt. No. 230), a revised and/or new damages expert report will provided on September 12, 2011, subject to possible supplementation thereafter.  Oracle has otherwise provided information regarding the computation of damages in response to Google's interrogatories, and Oracle incorporates both by reference into these amended disclosures. As noted previously, Oracle has not completed its calculation for monetary damages as it will require expert evaluation of information in Google's possession and further supplementation after further

1

2      productions of documents by Google.  Oracle otherwise incorporates by reference its initial

3      disclosures.

4          **IV.      INITIAL DISCLOSURES REGARDING INSURANCE
                       (FED. R. CIV. P. 26(a)(1)(A)(iv)).**

5

6              Oracle is unaware of any insurance agreement under which an insurance business may be

7      liable to satisfy all or part of a judgment in this action or to indemnify or reimburse for payments

8      made to satisfy any judgment.

9      Dated: August 10, 2011                    BOIES, SCHILLER & FLEXNER LLP

10

11                                               By:  */s/ Alanna Rutherford*
                                                      Alanna Rutherford

12                                                    *Attorneys for Plaintiff*
                                                      ORACLE AMERICA, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**CERTIFICATE OF SERVICE**

3

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause, and I am over the age of eighteen years.

4

5

I further declare that on August 10, 2011, I served a copy of:

6

7

**ORACLE AMERICA, INC.'S SECOND AMENDED INITIAL DISCLOSURES**

8

9

10

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

11

12

Robert F. Perry
Scott T. Weingaertner
Bruce W. Baber
Mark H. Francis
Christopher C. Carnaval
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-4003

RPerry@kslaw.com
SWeingaertner@kslaw.com
bbaber@kslaw.com
mfrancis@kslaw.com
ccarnaval@kslaw.com

Google-Oracle-Service-OutsideCounsel@kslaw.com

Fax:    212.556.2222

Timothy T. Scott
Geoffrey M. Ezgar
Leo Spooner III
KING & SPALDING, LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065

TScott@kslaw.com
GEzgar@kslaw.com
LSpooner@kslaw.com

Fax:    650.590.1900

13

14

15

16

17

18

19

20

21

22

Donald F. Zimmer, Jr.
Cheryl Z. Sabnis
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA  94105

fzimmer@kslaw.com
csabnis@kslaw.com

Fax:  415.318.1300

Steven Snyder
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, NC 28202

ssnyder@kslaw.com

Fax:    704.503.2622

23

24

25

26

27

28

Brian Banner
King & Spalding LLP
401 Congress Avenue
Suite 3200
Austin, TX  78701

bbanner@kslaw.com

Fax.  512.457.2100

Ian C. Ballon
Heather Meeker
GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303

ballon@gtlaw.com
meekerh@gtlaw.com

Fax:    650.328.8508

Valerie W. Ho
GREENBERG TRAURIG LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

hov@gtlaw.com

Fax:  310.586.7800

Wendy M. Mantell
GREENBERG TRAURIG LLP
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA  90404

mantellw@gtlaw.com

Fax:  310.586.7800

Renny F. Hwang
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA  94043

rennyhwang@google.com

Fax:    650.618.1806

Joseph R. Wetzel
Dana K. Powers
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, CA  94107

wetzelj@gtlaw.com
powersdk@gtlaw.com

Fax:  415.707.2010

Robert A. Van Nest
Christa M. Anderson
Michael S. Kwun
Daniel Purcell
Eugene M. Paige
Matthias A. Kamber
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809

rvannest@kvn.com
canderson@kvn.com
mkwun@kvn.com
dpurcell@kvn.com
epaige@kvn.com
mkamber@kvn.com

dalvik-kvn@kvn.com

Fax:  415.397.7188

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 10th day of August, 2011.

|  |  |
|---|---|
| Yuka Teraguchi | /s/ Yuka Teraguchi |
| (typed) | (signature) |