KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF GOOGLE'S RESPONSE TO ORACLE'S OBJECTION TO THE TESTIMONY OF SIMON PHIPPS**<br><br>Trial Date: May 9, 2016<br>Dept:　　　Courtroom 8, 19th Fl.<br>Judge:　　　Hon. William Alsup |

DECLARATION OF KWUN IN SUPPORT OF GOOGLE'S RESPONSE TO ORACLE'S
OBJECTION TO THE TESTIMONY OF PHIPPS
CASE NO.  3:10-CV-03561 WHA

1058983

I, MICHAEL S. KWUN, declare as follows:

1. I am of counsel at the law firm of Keker & Van Nest LLP, counsel to Google Inc. in the present case.  I submit this declaration in support of Google's Response to Oracle's Objection to the Testimony of Simon Phipps I make this declaration based on my own personal knowledge.  If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Transcript of Proceedings, dated May 10, 2016.

3. Attached hereto as **Exhibit 2** excerpts from the deposition of Simon Phipps, taken on May 7, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Trial Exhibit 7722.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of May, 2016 at San Francisco, California.

> /s/Michael S. Kwun
> Michael S. Kwun

1
DECLARATION OF KWUN IN SUPPORT OF GOOGLE'S RESPONSE TO ORACLE'S
OBJECTION TO THE TESTIMONY OF PHIPPS
Case No.  3:10-cv-03561 WHA

1058983