# EXHIBIT 2

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5     _____

6     ORACLE AMERICA, INC.,          )

7              Plaintiffs,           )

8     vs.                            ) Case No.

9     GOOGLE INC.,                   ) 3:10-cv-03561 WHA

10             Defendant.            )

11    _____)

12

13         VIDEOTAPED DEPOSITION OF SIMON PHIPPS

14            San Francisco, California

15             Saturday, May 7, 2016

16                  Volume I

17

18    Reported by:

19    CATHERINE A. RYAN

20    CSR No. 8239

21    Job No. 2304880

22

23    PAGES 1 - 107

24    PAGES 62-63 ARE ATTORNEYS' EYES ONLY AND BOUND

25    UNDER SEPARATE COVER

                                        Page 1

1        Q     Do you agree that that appears to be a

2   reference to a general industry custom?

3              MR. KWUN:  Objection.  Form.

4              THE WITNESS:  I would say that that

5   appears to be a reference to a general practice by

6   software developers.

7   BY MR. OTTENWELLER:

8        Q     What industry?

9        A     In the software industry.

10       Q     And is that a practice that you believe

11   refers to a practice involving the declarations and

12   SSOs of APIs?

13             MR. KWUN:  Objection.  Form.

14             THE WITNESS:  I believe that it's -- that

15   -- as a programmer, which I have been a programmer

16   in the past, I would not give a second thought about

17   the existence of a license for function declarations

18   that I'm putting at the top of a program.

19   BY MR. OTTENWELLER:

20       Q     Well, I'm not sure that was responding to

21   the question I asked you.  I'm trying to learn the

22   boundaries of what your expected testimony are.

23             The reference to declarations and SSO --

24   do you understand that in this disclosure that is a

25   reference to declarations and SSOs of APIs?

Veritext Legal Solutions
866 299-5127

1    expression meant during the time period 2005 through

2    2007; do I have that right?

3        A    I was not familiar with that as an

4    expression for the concept it describes.

5        Q    Okay.  So let's -- let's go to the time

6    period 2005 through 2007.

7        A    Okay.

8        Q    You do feel comfortable in giving

9    testimony as to what you think the practice was with

10   respect to using declarations of APIs without a

11   license during that period of time?

12       A    I'm happy with that.

13       Q    State in your own words what you think the

14   practice was at that point in time.

15       A    A programmer would expect to be able to

16   declare any functions that they would later have

17   included by linking or by a dynamic reference in

18   their program, and they would use those function

19   declarations without regard to license because they

20   would not expect to need a license to use the

21   declaration, although they might expect to need it

22   -- or they should expect to need a license to the

23   implementation later on when the program is linked.

24       Q    You testified with reference to

25   programmers that, quote, "they should expect to need

Page 22

```
 1    a license to the implementation later on when the
 2    program is linked," correct?
 3         A    Yes.
 4         Q    And that, in your view, was a general
 5    expectation with respect to the declarations of
 6    APIs, correct?
 7         A    Yes.
 8              MR. KWUN:  Objection.  Form.
 9    BY MR. OTTENWELLER:
10         Q    So if one views the practice within the
11    software industry during this time period, 2005
12    through 2007, there was an expectation, as far as
13    you know, that a license at some point would be
14    required, correct?
15         A    A copyright license, yes.
16         Q    Yes.  Thank you.
17              In describing what you view as the
18    practice in the software industry back in this time
19    period, 2005 through 2007, what are you basing your
20    testimony on?
21         A    I'm basing my testimony on my own
22    experience programming, and I'm also basing it on
23    the observed practice of the software developers
24    that I met at conferences, who I encountered within
25    Sun Microsystems, who I worked with within
```

Page 23

1  customers, and who I encountered through contact on
2  the Internet and mailing lists and other social
3  media of the time.
4       Q    You're basing it first on your own
5  personal expectations, correct?
6       A    Yes.
7       Q    Now, you would agree with me, would you
8  not, that your own personal expectations don't make
9  an industry-wide custom, right?
10           MR. KWUN:  Objection.  Form.
11           THE WITNESS:  They would reflect -- they
12  would be more likely to reflect an industry-wide
13  custom, yes.
14  BY MR. OTTENWELLER:
15       Q    They don't make the custom, though, do
16  they?
17           MR. KWUN:  Objection.  Form.
18           THE WITNESS:  Well, obviously not.  The --
19  the --
20  BY MR. OTTENWELLER:
21       Q    Because you're one -- you're just one
22  individual.
23       A    Absolutely.
24       Q    Right?
25           All right.  So you would agree, when you

                                    Page 24

1    say your own personal experiences, that can't be

2    evidence of a industry-wide custom, correct?

3           MR. KWUN:  Objection.  Form.

4           THE WITNESS:  I would suggest to you that,

5    unless I was a very unusual programmer, I would find

6    it very difficult to work in a way that was not the

7    norm amongst my professional practice.

8    BY MR. OTTENWELLER:

9        Q    Did you ever do a survey to see if that

10   was true?

11       A    No.  Why would one do a survey of a thing

12   that was observable in every programming -- in every

13   project that one encountered?

14       Q    So what did you observe?  And by that I

15   mean, what specifically did you observe that leads

16   to the basis for this view?

17       A    Well, we'll have to go back.  I have a

18   degree in electronic engineering, and I worked on

19   writing computer software as part of that degree.  I

20   was trained to do so.  And I wrote a compiler as

21   part of my degree course.  I wrote it in the Pascal

22   programming language, and that involved making

23   declarations.  And at no point was I advised to

24   check that I had a license to the declarations that

25   I was using.

Veritext Legal Solutions
866 299-5127

```
 1              And then at every point in my career when
 2    I was performing programming tasks in other
 3    languages from that point onwards, no employer
 4    suggested to me that I needed to be cautious of the
 5    declarations.  They always were wanting to make sure
 6    I was cautious that I had the -- that I had paid for
 7    the -- the software when it was deployed, but that
 8    was never a part of the programming experience.  And
 9    that continued to be my experience when I was
10    working for IBM, and that continued to be my -- I
11    didn't do any programming at Sun, but it continued
12    to be my observation of the programmers around me.
13              And the advantage I had at Sun was of
14    working in the open source community, where I had
15    visibility into a number of other projects to see
16    what their practices were.  And at no point do I
17    recall seeing an example which would suggest that my
18    personal practice was in some way unusual.
19    BY MR. OTTENWELLER:
20         Q    Let me -- let me make sure that I -- that
21    I understand the full scope of what you're saying.
22              So you're referring to your experience as
23    a software programmer, right?
24         A    Yes.
25         Q    And to rephrase what you said, you said,
```

Page 26

1      A     That's absolutely true, but it was outside

2    the scope of my job responsibilities.

3      Q     You weren't responsible for the commercial

4    licenses, right?

5      A     That's correct.

6      Q     But you do know that there was a practice

7    at Sun during the time you were there to make the

8    declaring code and APIs available through a

9    commercial license, correct?

10            MR. KWUN:  Objection.  Form.

11            THE WITNESS:  I'm aware that the Java

12    platform was being made available to licensees.

13    BY MR. OTTENWELLER:

14      Q     And that included the declaring code and

15    SSO of the APIs, did it not?

16      A     It did, but you asked specifically about

17    the APIs necessarily, and I would expect those to be

18    licensed together with the implementations.

19      Q     Okay.  Good.

20            And that was a prevalent practice at Sun

21    during that time period, was it not?

22      A     Could you explain what you mean by

23    "prevalent"?

24      Q     There were multiple commercial licenses

25    under which Sun allowed others to use the Java APIs,

Page 38

1  me an indication that somebody is claiming there is

2  a copyright.

3  BY MR. OTTENWELLER:

4      Q    All right.

5      A    But the copyright could be -- could --

6  there are other -- there are a number of ways that I

7  would expect, as a layman, copyright to occur,

8  including as the compilation of facts rather than

9  the specific facts that are in the document.

10      Q    Notice in that very last line on the very

11  last page of Exhibit 5175 there's a statement that

12  reads, quote, "Use is subject to license terms,"

13  closed quote.

14          While you were employed by Sun, did you

15  understand that the use of the APIs was subject to

16  license terms?

17          MR. KWUN:  Objection.  Form.

18          THE WITNESS:  I don't believe that's a

19  well formed question.

20  BY MR. OTTENWELLER:

21      Q    Well, can you answer it even though you

22  may have some quarrel with how it's formed?

23      A    Well --

24      Q    Do you want to hear it back?

25      A    Well, the difficulty I have with the

                                        Page 43

```
1    question is that you insist on continuing to talk
2    about the use of APIs.  An API is useless without an
3    implementation.  The license generally applies to
4    the implementation.  So the use of this with regard
5    to license terms is going to refer to the overall
6    use of it with regard to creating an implementation.
7    I would not expect there to be a restriction on
8    including any of these function calls in my program.
9         Q    Well, that's not what I was really asking
10   you.  So --
11        A    Right.  And this is why I say I believe
12   your question was incorrectly formed.
13        Q    So let me -- let me ask you a related
14   question and see if we can't get to the point.
15             This is a document that refers to Java
16   APIs, correct?
17        A    This is a document that describes the Java
18   -- part of the Java platform.
19        Q    APIs.  It says so right here, sir.  "API
20   specification."
21        A    Well, it's the specification of the APIs
22   for the Java platform.
23        Q    Fine.  Thank you.
24             And it also says that use of whatever is
25   referred to in this document is subject to license
```

Page 44

1      A    Well, the APIs didn't need a license, but

2    the platform, as a whole, was subject to license

3    terms, and the API is a part of the platform when

4    the whole thing is licensed together.

5      Q    Well, now, Mr. Phipps, we just looked at a

6    document that -- you can look at it again.  We

7    looked at Exhibit 5175, which is a listing of the

8    APIs -- the Java APIs.  Do you have that in front of

9    you?

10     A    It's that one.  Yes.

11     Q    I asked you point blank, in referring to

12   the very end of this document, wasn't the use of the

13   APIs referred to in this document subject to license

14   terms, and you answered "Yes," did you not?

15            MR. KWUN:  Objection.  Form.

16            THE WITNESS:  So I believe that I've been

17   consistent in making sure that we always refer to

18   the use of the Java platform rather than just the

19   APIs.  And the use of the Java APIs within the

20   context of the platform does require a license, and

21   so the generic statement that appears at the end of

22   all of these documents refers to the Java platform.

23   It says here:  "Java 2 Platform Standard Edition

24   5.0."

25            So everything -- everything related to the

Page 52

1    license, and the OpenJDK, and the GNU

2    general-purpose license.

3            You referred to a fourth way.  Can you

4    remind me again of what that fourth way was?

5        A    We made the -- the Java platform available

6    for Linux to the Debian community in the interim

7    period while we -- between when we said that we

8    would release Java as open source and when we

9    actually released OpenJDK, which I think was 2007.

10   We worked in the Debian community to make the binary

11   -- the downloadable binary package available to them

12   on -- on terms they were willing to accept.

13       Q    All right.  What I'm not picking up in

14   your answer is what community you're referring to.

15       A    It's the Debian community.

16       Q    Spell that for me.

17       A    D-e-b-i-a-n.

18       Q    And what is that?

19       A    The Debian community is a community of

20   software developers who produce the -- probably the

21   most important GNU/Linux distribution, the Debian

22   distribution, upon which many other distributions

23   are based.  So, for example, the Ubuntu GNU/Linux

24   distribution is based on that, and many government

25   Linux distributions are based on that.

Page 59

1       Q    Was that for research purposes?

2       A    No.  That was a very -- a very key part of

3  our business strategy.

4       Q    Is that related to OpenJDK?

5       A    So it related to making sure it was

6  possible to use Java on open source platforms, which

7  was one of our business priorities.

8       Q    Okay.  Going back to the time period that

9  I have been focusing you on -- 2005 through 2007 --

10  did you personally ever have any communications with

11  Google about Google using the APIs through OpenJDK?

12       A    No, I don't recall any communication.

13       Q    Just to follow up on that, did anyone on

14  behalf of Google tell you during that time period

15  that it was considering using the APIs through the

16  OpenJDK option?

17       A    I did not have any communication with

18  Google during that period.

19       Q    What was your relationship with Google

20  during the time that you were the chief open source

21  officer?

22       A    So -- so over the entire period, from 2005

23  to 2010?

24       Q    Yeah.  In general, what was your

25  relationship?

Page 60

```
 1   work out what it was that actually made me decide
 2   that I would accept the invitation to come over
 3   here.
 4        Q    You weren't sure?
 5        A    I'd have to look back and work out where
 6   the decision point was, but certainly a contributing
 7   factor to agreeing to spend two weeks here, because
 8   I can't drop in from my office, is that I would very
 9   much like to see the case settled to clarify the
10   status of APIs, and I would be pleased to share my
11   experience to make that happen.
12        Q    So if I understand what you're saying, you
13   don't think -- let me put it this way:  You think,
14   as a matter of personal philosophy, that APIs should
15   be available for use without any licensing
16   restrictions, true?
17        A    I would say that that was an
18   oversimplification.
19        Q    But generally correct?
20        A    But general -- as a general statement, I
21   believe that programmers should not have to worry
22   about license terms when they use APIs.
23        Q    Okay.  But, of course, they do worry about
24   them now because that's the state of affairs in the
25   industry, right?
```

Page 74

```
 1              MR. KWUN:  Objection.  Form.
 2              THE WITNESS:  I believe that in the
 3    industry at the moment there is a growing concern,
 4    yes.
 5    BY MR. OTTENWELLER:
 6         Q    That's because in the industry use of APIs
 7    is subject to license terms, right?
 8         A    No.
 9              MR. KWUN:  Objection.  Form.
10              THE WITNESS:  That's because the practice
11    of the industry is that APIs are not subject to
12    license terms, and this decision appears to reverse
13    that industry practice and expectation.
14    BY MR. OTTENWELLER:
15         Q    All right.  So when you tell me, sir, that
16    the practice in the industry is to use APIs without
17    being subject to license terms, tell me specifically
18    in terms of hardcore facts what you're relying upon.
19         A    Okay.  So if you -- if you were to go and
20    get hold of a piece of software that's being
21    developed in an open source community -- let's take,
22    for example, Apache HTTPD, which is the most widely
23    used web server on the Internet.  When declarations
24    are made at the top of the file to indicate which
25    functions are going to be used by the program, there
```

Page 75

1    are not, next to those declarations, any comments or

2    repetition of copyrightable -- copyright ownership

3    or license terms associated with the function

4    declarations, which indicates that the programmers

5    are not concerned about the ownership of those

6    specific parts of the program; whereas, they're very

7    scrupulous to ensure that copyright terms and

8    licenses for the parts of the program that are

9    within the file are rehearsed.

10              I would have expected that if there was a

11   concern about the licenses for the function

12   declarations, that the programmers involved would

13   have some concern to document the way in which they

14   are complying with the license terms.

15        Q    Cite me the specific instances that you're

16   referring to.  Who?  What?  When?  Tell me the

17   details.

18              MR. KWUN:  Objection.  Form.

19              THE WITNESS:  Okay.  I think that's a very

20   difficult question to answer just at the snap of

21   fingers.  But I'd invite you to look at any of the

22   source files for Apache HTTPD and check whether any

23   of those files in the function declarations that

24   they make have any reference around the function

25   declaration to the copyright ownership or licensing

Veritext Legal Solutions
866 299-5127

```
 1              MR. KWUN:  Object- -- you have to let me
 2   finish my objection.
 3              THE WITNESS:  Okay.  Finish your
 4   objection.
 5              MR. KWUN:  Objection.  Form.
 6              THE WITNESS:  No, that doesn't refresh my
 7   recollection.
 8   BY MR. OTTENWELLER:
 9      Q    Looking back at the first page, do you
10   have any reason to question whether this was a
11   Sun-authored document?
12              MR. KWUN:  Objection.  Form.
13              THE WITNESS:  It's pretty hard to tell who
14   authored it, but it was -- there's -- there's a URL
15   at the bottom that says it was taken from Java.net.
16   So it's likely it was Sun authored.
17              MR. OTTENWELLER:  I'm sorry.  What was his
18   last phrase?
19              (Record read by the Reporter as follows:
20                "ANSWER:  It's pretty hard to tell who
21               authored it because there's a URL at the
22               bottom that says it was taken from
23               Java.net.  So it's likely it was Sun
24               authored."[sic])
25              THE WITNESS:  I didn't say "because," I
```

Page 88

1  don't think.  I just -- I just said "It's pretty
2  hard to work out who authored it, but there is --" I
3  think maybe that's what you heard.
4  BY MR. OTTENWELLER:
5       Q    Tell me, if you would, what GNU Classpath
6  is or was.
7       A    So GNU Classpath was a project to create
8  an independent implementation of the Java class
9  libraries under the GNU GPL.
10      Q    The GNU Classpath project was not
11 authorized by Sun, was it?
12      A    It was not.  I don't recall anyone asking
13 for authorization.  So it was not denied either.
14      Q    But as far -- we'll get to that.
15           But as far as you know, you never saw any
16 document that indicated that Sun authorized the GNU
17 Classpath project, right?
18      A    I'm not aware of any such document.
19      Q    Let me show you what has been marked as
20 trial Exhibit 5246.  5246 is an email from one
21 Matthew Marquis at Sun to a Mr. Kim.
22           Do you see that at the top?
23      A    Yep.
24      Q    Now, you know who Matthew Marquis is,
25 correct?

Veritext Legal Solutions
866 299-5127

1      Q     This refers to assisting with Sun's own

2    implementation of the APIs in OpenJDK.

3      A     It doesn't imply that Sun's -- that

4    they're assisting -- it's -- I understand what it

5    means.

6      Q     Well, tell me.

7      A     It says -- so what the IcedTea project was

8    doing was -- so we have to roll back.  OpenJDK, when

9    it was first released, had a number of functions

10   that were not implemented for IP reasons that I'm

11   not completely sure about, things like the media

12   APIs, and those were stubbed out so that programs

13   would compile without errors, but when programs

14   called the function, it would actually do nothing.

15         And the IcedTea project implemented mostly

16   Linux implementations of those functions so that the

17   functionality available on Linux would be the

18   equivalent of the functionality that was available

19   on the platforms that Sun was directly creating,

20   such as Windows.

21     Q     How --

22     A     And so they assisted the project in the

23   sense that -- oh, they assisted with Sun's

24   implementation of the APIs in the sense that they

25   were writing implementations for the -- to replace

Page 103

1   those stubs on Linux.  So it was a full

2   implementation.  They were not, however, employees

3   of Sun.

4        Q    How did Mr. Schwartz, the CEO of Sun,

5   authorize you to reach out to the open source

6   community?

7        A    He had encouraged me from the beginning of

8   his tenure as CEO to go and work on improving Sun's

9   reputation with the open source community and to

10  create a consulting group inside Sun to help our

11  product teams improve that set of relationships.

12       Q    Did he tell you in a verbal communication?

13       A    He certainly told me in a verbal

14  communication.

15       Q    Did he ever put it in writing?

16       A    I really don't recall, and you have much

17  better access to my email than I do, as I last saw

18  this email when it was automatically deleted one

19  year after it was created.  So who knows?  Maybe

20  there was an email many years ago.

21            MR. OTTENWELLER:  All right.  We are at

22  the end of the two-hour mark.  I am going to say

23  that Oracle is reserving its right to take more

24  deposition time with Mr. Phipps.  Given Google's

25  position that he is a key witness in the case, two

                                        Page 104

1       I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4       That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were administered an oath; that

8   a record of the proceedings was made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing is a true

    record of the testimony given.

11      Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review

14  of the transcript [  ] was [  ] was not requested.

15      I further certify that I am neither

16  financially interested in the action nor a relative

17  or employee of any attorney or any party to this

18  action.

19      IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21      Dated:  5/7/16

22

23      *Catherine A. Ryan*

24      Catherine A. Ryan, RMR, CRR

25      CSR No. 8239

Page 107