ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ROBERT L. URIARTE IN SUPPORT OF ORACLE'S BRIEF RE ADMISSIBILITY OF MAZZOCCHI EMAIL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |
|---|---|

I, Robert L. Uriarte, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Brief Re Admissibility of the April 17, 2008 Mazzocchi Email that is the subject of the Court's Order for Briefing, ECF No. 1851.

3. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by Google in discovery in this action bearing the bates number ASF-GOOGLE-0001393.

4. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Google in discovery in this action bearing the bates number ASF-GOOGLE-0001387.

5. Attached hereto as Exhibit 3 is a true and correct copy of an August 2, 2011 cover letter from Google's counsel to Oracle's counsel identifying physical media produced by Google to Oracle in discovery containing bates range ASF-GOOGLE-0000001 to ASF-GOOGLE-00003479.

6. Attached hereto as Exhibit 4 is a subpoena issued by Oracle to the Apache Software Foundation during discovery in this action.

7. Attached hereto as Exhibit 5 is a June 8, 2011 letter from the Apache Software Foundation to counsel for Oracle enclosing a response to Oracle's subpoena.

8. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Apache to Oracle in discovery in this matter bearing the bates number ASF00003024.

9. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by Apache to Oracle in discovery in this matter bearing the bates number ASF00003021.

10. Attached hereto as Exhibit 8 is a trial subpoena to Stefano Mazzocchi served on counsel for Google on March 21, 2016.

11. Attached hereto as Exhibit 9 is a trial subpoena to Stefano Mazzocchi served personally on Mr. Mazzocchi.

- 1 -    URIARTE DECL. ISO ORACLE'S BRIEF RE MAZZOCCHI EMAIL
CV 10-03561 WHA

12. Attached hereto as Exhibit 10 is a true and correct printout of a profile for LinkedIn user Stefano Mazzocchi.

13. Attached hereto as Exhibit 11 is a true and correct printout of a profile for LinkedIn user Sam Ruby.

14. Attached hereto as Exhibit 12 is a true and correct printout of metadata fields for documents produced by Google and Apache bearing bates numbers ASF00003021, ASF00003024, ASF-GOOGLE-0001387, and ASF-GOOGLE-0001393.

15. Attached hereto as Exhibit 13 is a true and correct copy of a Rule 26(a)(1) disclosure served by Google on Oracle during the first phase of discovery in this action.

16. Attached hereto as Exhibit 14 is a true and correct copy of a Rule 26(a)(1) disclosure served by Oracle on Google during the first phase of discovery in this action.

17. Attached hereto as Exhibit 15 is a true and correct copy of a Rule 26(a)(1) disclosure served by Google on Oracle during the retrial phase of discovery in this action.

18. Attached hereto as Exhibit 16 is a true and correct copy of a Rule 26(a)(1) disclosure served by Oracle on Google during the retrial phase of discovery in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of May, 2016, at San Francisco, CA.

Robert L. Uriarte

- 2 -

Uriarte Decl. ISO Oracle's Brief Re Mazzocchi Email
CV 10-03561 WHA