# Exhibit 3

**KING & SPALDING**

King & Spalding LLP
1185 Avenue of the Americas
New York, New York  10036-4003
www.kslaw.com

Mark H. Francis
Direct Dial:  (212) 556-2117
Direct Fax:   (212) 556-2222
mfrancis@kslaw.com

August 2, 2011

**VIA E-MAIL**

Michael A. Jacobs, Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA   94304-1018
mjacobs@mofo.com

  Re: *Oracle America, Inc. v. Google Inc.*, No. 3:10-CV-03561-WHA (N.D. Cal.)

Dear Michael,

  Three hard drives and two discs with volumes 50, 51, 53, 54, 56, 57, and 58 of Google's production were shipped to you on July 29.  This letter provides additional information about the contents of those productions, as well as providing information about the contents of volume 59 and other documents produced via FTP.

- Volume 50 contains additional custodial documents produced pursuant to the search terms requested by Oracle.  The following are the included custodians and their corresponding production numbers:

| Custodian | BegBates | EndBates |
|---|---|---|
| Rubin_Andy | GOOGLE-01-00132296 | GOOGLE-01-00132645 |
| Bornstein_Dan | GOOGLE-02-00480198 | GOOGLE-02-00480266 |
| Lockheimer_Hiroshi | GOOGLE-03-00332992 | GOOGLE-03-00351545 |
| McFadden_Andy | GOOGLE-04-00158239 | GOOGLE-04-00185186 |
| Buzbee_Bill | GOOGLE-05-00273725 | GOOGLE-05-00274483 |
| Cheng_Ben | GOOGLE-06-00267685 | GOOGLE-06-00268733 |
| Hao_Jeff | GOOGLE-07-00103874 | GOOGLE-07-00104266 |
| Hayes_Barry | GOOGLE-08-00241738 | GOOGLE-08-00244925 |
| Yellin_Frank | GOOGLE-09-00047746 | GOOGLE-09-00058945 |
| Bak_Lars | GOOGLE-10-00215286 | GOOGLE-10-00216124 |
| Griesemer_Robert | GOOGLE-11-00015860 | GOOGLE-11-00015877 |
| Lindholm_Tim | GOOGLE-12-00085298 | GOOGLE-12-00102352 |

Michael A. Jacobs, Esq.
August 2, 2011
Page 2

| Custodian | BegBates | EndBates |
|---|---|---|
| Bloch_Joshua | GOOGLE-13-00346047 | GOOGLE-13-00364960 |
| DiBona_Chris | GOOGLE-14-00062635 | GOOGLE-14-00062636 |
| Heyl_Ed | GOOGLE-15-00311592 | GOOGLE-15-00313549 |
| Hughes_Elliot | GOOGLE-16-00190801 | GOOGLE-16-00190971 |
| Morrill_Dan | GOOGLE-17-00859856 | GOOGLE-17-00860218 |
| Queru_Jean-Baptiste | GOOGLE-18-00189353 | GOOGLE-18-00189356 |
| Shapiro_Carl | GOOGLE-19-00095557 | GOOGLE-19-00098292 |
| Wilson_Jesse | GOOGLE-20-00524811 | GOOGLE-20-00554380 |
| Agarwal_Aditya | GOOGLE-21-00068512 | GOOGLE-21-00068754 |
| Brady_Patrick | GOOGLE-22-00489940 | GOOGLE-22-00492351 |
| Lagerling_John | GOOGLE-23-00014816 | GOOGLE-23-00022202 |
| Miner_Rich | GOOGLE-24-00205616 | GOOGLE-24-00205710 |
| Chu_Eric | GOOGLE-25-00048292 | GOOGLE-25-00064573 |
| Page_Larry | GOOGLE-26-00031976 | GOOGLE-26-00038598 |
| Schmidt_Eric | GOOGLE-27-00010314 | GOOGLE-27-00014346 |
| Carlstrom_Brian | GOOGLE-28-00547604 | GOOGLE-28-00549965 |
| Beard_Ethan | GOOGLE-29-00006070 | GOOGLE-29-00006334 |
| Conway_David | GOOGLE-30-00057682 | GOOGLE-30-00094409 |
| Czajkowski_Gregorz | GOOGLE-31-00026319 | GOOGLE-31-00027345 |
| Flannery_Jennifer | GOOGLE-32-00062147 | GOOGLE-32-00064474 |
| Ancone_Jack | GOOGLE-33-00009281 | GOOGLE-33-00009343 |
| Gandhi_Amar | GOOGLE-34-00102690 | GOOGLE-34-00108530 |
| Vanlerberghe_Marc | GOOGLE-35-00090054 | GOOGLE-35-00096418 |
| Duarte_Matias | GOOGLE-36-00014030 | GOOGLE-36-00014455 |
| Bray_Tim | GOOGLE-37-00027679 | GOOGLE-37-00028107 |
| Horowitz_Steve | GOOGLE-38-00212237 | GOOGLE-38-00212276 |
| Bort_Dave | GOOGLE-39-00085634 | GOOGLE-39-00087576 |
| Lee_Bob | GOOGLE-40-00336093 | GOOGLE-40-00337653 |
| Fleming_Michael | GOOGLE-41-00071960 | GOOGLE-41-00072630 |
| Chan_Michael | GOOGLE-42-00151302 | GOOGLE-42-00154110 |
| Rice_Dan | GOOGLE-43-00127313 | GOOGLE-43-00127733 |
| DeSalvo_Chris | GOOGLE-44-00001817 | GOOGLE-44-00001901 |
| Berlin_Daniel | GOOGLE-46-00112250 | GOOGLE-46-00112298 |
| Buchholz_Martin | GOOGLE-47-00011686 | GOOGLE-47-00011831 |
| Dang_Hung | GOOGLE-48-01487404 | GOOGLE-48-01523254 |
| Doherty_Shari | GOOGLE-49-00057151 | GOOGLE-49-00061908 |
| Ducrohet_Xavier | GOOGLE-50-00482591 | GOOGLE-50-00487334 |
| Gibson_Ryan | GOOGLE-51-00002704 | GOOGLE-51-00002863 |
| Gundotra_Vic | GOOGLE-52-00005832 | GOOGLE-52-00023956 |
| Hooft_Maarten | GOOGLE-53-00312445 | GOOGLE-53-00314862 |
| Lawee_David | GOOGLE-54-00000686 | GOOGLE-54-00003015 |
| Morrissey_Michael | GOOGLE-55-00012511 | GOOGLE-55-00012841 |

Michael A. Jacobs, Esq.
August 2, 2011
Page 3

| Custodian | BegBates | EndBates |
|---|---|---|
| Nelson_Keva | GOOGLE-56-00096832 | GOOGLE-56-00099847 |
| Queiroz_Mario | GOOGLE-57-00007532 | GOOGLE-57-00018937 |
| Rosenberg_Jonathan | GOOGLE-58-00006304 | GOOGLE-58-00021064 |
| Sears_Nick | GOOGLE-59-00040130 | GOOGLE-59-00042276 |
| Spero_Jason | GOOGLE-60-00003979 | GOOGLE-60-00020615 |
| Swetland_Brian | GOOGLE-61-00154266 | GOOGLE-61-00156461 |
| Temsamani_Karim | GOOGLE-62-00001165 | GOOGLE-62-00004875 |
| Tseng_Erick | GOOGLE-63-00087060 | GOOGLE-63-00109706 |
| Fitzpatrick_Brad | GOOGLE-65-00076628 | GOOGLE-65-00091790 |
| Brin_Sergey | GOOGLE-66-00005748 | GOOGLE-66-00006367 |
| Arora_Nikesh | GOOGLE-67-00000895 | GOOGLE-67-00029405 |
| Choksi_Priti | GOOGLE-72-00000045 | GOOGLE-72-00007136 |
| Ebbitt_Jennie | GOOGLE-74-00000914 | GOOGLE-74-00033127 |
| Dalton_Nicole | GOOGLE-77-00005852 | GOOGLE-77-00042116 |
| Hoelzle_Urs | GOOGLE-80-00019195 | GOOGLE-80-00026238 |
| Eustace_Alan | GOOGLE-81-00003173 | GOOGLE-81-00006620 |
| Cannings_Rich | GOOGLE-82-00059760 | GOOGLE-82-00095873 |
| Lee_Reena | GOOGLE-83-00035647 | GOOGLE-83-00113173 |
| Medina_Alex | GOOGLE-84-00102399 | GOOGLE-84-00314576 |
| Lee_Jong_Yeong | GOOGLE-85-00011739 | GOOGLE-85-00031540 |
| Hwang_Joseph | GOOGLE-86-00026442 | GOOGLE-86-00069202 |
| Wojcicki_Susan | GOOGLE-87-00000001 | GOOGLE-87-00005377 |

- Volume 51 contains additional custodial documents produced pursuant to the search terms requested by Oracle. The following are the included custodians and their corresponding production numbers:

| Custodian | BegBates | EndBates |
|---|---|---|
| Rubin_Andy | GOOGLE-01-00132702 | GOOGLE-01-00133841 |
| Bornstein_Dan | GOOGLE-02-00480528 | GOOGLE-02-00485940 |
| Lockheimer_Hiroshi | GOOGLE-03-00357139 | GOOGLE-03-00359301 |
| McFadden_Andy | GOOGLE-04-00187821 | GOOGLE-04-00187985 |
| Buzbee_Bill | GOOGLE-05-00274484 | GOOGLE-05-00274489 |
| Cheng_Ben | GOOGLE-06-00269375 | GOOGLE-06-00269641 |
| Hayes_Barry | GOOGLE-08-00245029 | GOOGLE-08-00245043 |
| Bak_Lars | GOOGLE-10-00216125 | GOOGLE-10-00216125 |
| Griesemer_Robert | GOOGLE-11-00016050 | GOOGLE-11-00016057 |
| Lindholm_Tim | GOOGLE-12-00117891 | GOOGLE-12-00117893 |
| Bloch_Joshua | GOOGLE-13-00365037 | GOOGLE-13-00365079 |
| DiBona_Chris | GOOGLE-14-00062637 | GOOGLE-14-00062637 |
| Heyl_Ed | GOOGLE-15-00313711 | GOOGLE-15-00314016 |
| Hughes_Elliot | GOOGLE-16-00191068 | GOOGLE-16-00191081 |

Michael A. Jacobs, Esq.
August 2, 2011
Page 4

| Custodian | BegBates | EndBates |
|---|---|---|
| Morrill_Dan | GOOGLE-17-00860839 | GOOGLE-17-00861148 |
| Queru_Jean-Baptiste | GOOGLE-18-00189357 | GOOGLE-18-00189410 |
| Wilson_Jesse | GOOGLE-20-00564972 | GOOGLE-20-00564994 |
| Agarwal_Aditya | GOOGLE-21-00068755 | GOOGLE-21-00068871 |
| Brady_Patrick | GOOGLE-22-00493164 | GOOGLE-22-00499771 |
| Lagerling_John | GOOGLE-23-00022639 | GOOGLE-23-00022639 |
| Miner_Rich | GOOGLE-24-00205872 | GOOGLE-24-00206536 |
| Chu_Eric | GOOGLE-25-00068675 | GOOGLE-25-00070041 |
| Page_Larry | GOOGLE-26-00040168 | GOOGLE-26-00040191 |
| Schmidt_Eric | GOOGLE-27-00016413 | GOOGLE-27-00016420 |
| Carlstrom_Brian | GOOGLE-28-00551233 | GOOGLE-28-00551234 |
| Beard_Ethan | GOOGLE-29-00006366 | GOOGLE-29-00006371 |
| Conway_David | GOOGLE-30-00128085 | GOOGLE-30-00128086 |
| Gandhi_Amar | GOOGLE-34-00108997 | GOOGLE-34-00109004 |
| Horowitz_Steve | GOOGLE-38-00213328 | GOOGLE-38-00220124 |
| Bort_Dave | GOOGLE-39-00087839 | GOOGLE-39-00087906 |
| Lee_Bob | GOOGLE-40-00337676 | GOOGLE-40-00338110 |
| Chan_Michael | GOOGLE-42-00154210 | GOOGLE-42-00154247 |
| Rice_Dan | GOOGLE-43-00133073 | GOOGLE-43-00133093 |
| DeSalvo_Chris | GOOGLE-44-00001910 | GOOGLE-44-00001960 |
| Berlin_Daniel | GOOGLE-46-00112299 | GOOGLE-46-00112311 |
| Dang_Hung | GOOGLE-48-01529794 | GOOGLE-48-01529957 |
| Doherty_Shari | GOOGLE-49-00062058 | GOOGLE-49-00062070 |
| Ducrohet_Xavier | GOOGLE-50-00502532 | GOOGLE-50-00502608 |
| Hooft_Maarten | GOOGLE-53-00315019 | GOOGLE-53-00315058 |
| Nelson_Keva | GOOGLE-56-00100340 | GOOGLE-56-00103262 |
| Sears_Nick | GOOGLE-59-00042585 | GOOGLE-59-00042663 |
| Swetland_Brian | GOOGLE-61-00157394 | GOOGLE-61-00157398 |
| Tseng_Erick | GOOGLE-63-00115958 | GOOGLE-63-00116437 |
| Fitzpatrick_Brad | GOOGLE-65-00098578 | GOOGLE-65-00098581 |
| Brin_Sergey | GOOGLE-66-00006848 | GOOGLE-66-00006875 |
| Ebbitt_Jennie | GOOGLE-74-00036240 | GOOGLE-74-00036275 |
| Dalton_Nicole | GOOGLE-77-00051697 | GOOGLE-77-00051698 |
| Hoelzle_Urs | GOOGLE-80-00080978 | GOOGLE-80-00081282 |
| Eustace_Alan | GOOGLE-81-00012524 | GOOGLE-81-00012603 |
| Lee_Reena | GOOGLE-83-00127627 | GOOGLE-83-00127703 |
| Hwang_Joseph | GOOGLE-86-00079292 | GOOGLE-86-00079334 |

- Volume 53 contains a production of documents labeled ASF-GOOGLE-00000001 to ASF-GOOGLE-00003479 and produced by Apache pursuant to a subpoena issued in this case. A non-labeled version of these documents has already been provided to Oracle.

Michael A. Jacobs, Esq.
August 2, 2011
Page 5

- Volume 54 contains additional non-custodial documents in the above-captioned case, bearing production numbers GOOGLE-00-00000528 to GOOGLE-00-00000822.  In particular, these documents include additional license agreements and additional documents relating to Android or Java.

- Volume 56 contains additional non-custodial documents in the above-captioned case, bearing production numbers GOOGLE-03381142 to GOOGLE-03393419.  In particular, these materials include documents from the public Android website, documents from the re-examination proceedings of the asserted patents, documents relating to copyright issues, Google license agreements with Sun, documents relating to Dalvik and just-in-time compilers, and updated Android P&L materials.

- Volume 57 contains additional custodial documents produced pursuant to the search terms requested by Oracle.  The following are the included custodians and their corresponding production numbers:

| Custodian | BegBates | EndBates |
|---|---|---|
| Rubin_Andy | GOOGLE-01-00133842 | GOOGLE-01-00133846 |
| Bornstein_Dan | GOOGLE-02-00485941 | GOOGLE-02-00486036 |
| Lockheimer_Hiroshi | GOOGLE-03-00359302 | GOOGLE-03-00359482 |
| McFadden_Andy | GOOGLE-04-00187986 | GOOGLE-04-00192937 |
| Buzbee_Bill | GOOGLE-05-00274490 | GOOGLE-05-00274650 |
| Cheng_Ben | GOOGLE-06-00269642 | GOOGLE-06-00269715 |
| Hao_Jeff | GOOGLE-07-00104449 | GOOGLE-07-00104660 |
| Hayes_Barry | GOOGLE-08-00245044 | GOOGLE-08-00245282 |
| Yellin_Frank | GOOGLE-09-00059524 | GOOGLE-09-00059782 |
| Bak_Lars | GOOGLE-10-00216126 | GOOGLE-10-00216172 |
| Griesemer_Robert | GOOGLE-11-00016058 | GOOGLE-11-00016074 |
| Lindholm_Tim | GOOGLE-12-00117894 | GOOGLE-12-00133660 |
| Bloch_Joshua | GOOGLE-13-00365080 | GOOGLE-13-00365334 |
| DiBona_Chris | GOOGLE-14-00062638 | GOOGLE-14-00062661 |
| Hughes_Elliot | GOOGLE-16-00191082 | GOOGLE-16-00191084 |
| Morrill_Dan | GOOGLE-17-00861149 | GOOGLE-17-00861482 |
| Shapiro_Carl | GOOGLE-19-00098350 | GOOGLE-19-00098428 |
| Wilson_Jesse | GOOGLE-20-00564995 | GOOGLE-20-00567774 |
| Agarwal_Aditya | GOOGLE-21-00068872 | GOOGLE-21-00068883 |
| Brady_Patrick | GOOGLE-22-00499772 | GOOGLE-22-00500793 |
| Lagerling_John | GOOGLE-23-00022640 | GOOGLE-23-00022669 |
| Miner_Rich | GOOGLE-24-00206537 | GOOGLE-24-00206552 |
| Chu_Eric | GOOGLE-25-00070042 | GOOGLE-25-00071940 |
| Page_Larry | GOOGLE-26-00040192 | GOOGLE-26-00040411 |
| Schmidt_Eric | GOOGLE-27-00016421 | GOOGLE-27-00017120 |
| Carlstrom_Brian | GOOGLE-28-00551235 | GOOGLE-28-00552094 |
| Conway_David | GOOGLE-30-00128087 | GOOGLE-30-00128482 |

Michael A. Jacobs, Esq.
August 2, 2011
Page 6

| Custodian | BegBates | EndBates |
|---|---|---|
| Czajkowski_Gregorz | GOOGLE-31-00030236 | GOOGLE-31-00030392 |
| Flannery_Jennifer | GOOGLE-32-00064711 | GOOGLE-32-00064998 |
| Gandhi_Amar | GOOGLE-34-00109005 | GOOGLE-34-00109179 |
| Vanlerberghe_Marc | GOOGLE-35-00096705 | GOOGLE-35-00096751 |
| Duarte_Matias | GOOGLE-36-00014459 | GOOGLE-36-00014485 |
| Horowitz_Steve | GOOGLE-38-00220125 | GOOGLE-38-00220521 |
| Bort_Dave | GOOGLE-39-00087907 | GOOGLE-39-00088040 |
| Lee_Bob | GOOGLE-40-00338111 | GOOGLE-40-00338634 |
| Fleming_Michael | GOOGLE-41-00072798 | GOOGLE-41-00072900 |
| Chan_Michael | GOOGLE-42-00154248 | GOOGLE-42-00154594 |
| Rice_Dan | GOOGLE-43-00133094 | GOOGLE-43-00133362 |
| DeSalvo_Chris | GOOGLE-44-00001961 | GOOGLE-44-00001962 |
| Berlin_Daniel | GOOGLE-46-00112312 | GOOGLE-46-00114384 |
| Dang_Hung | GOOGLE-48-01529958 | GOOGLE-48-01538981 |
| Doherty_Shari | GOOGLE-49-00062071 | GOOGLE-49-00062210 |
| Ducrohet_Xavier | GOOGLE-50-00502609 | GOOGLE-50-00503335 |
| Gibson_Ryan | GOOGLE-51-00002898 | GOOGLE-51-00002920 |
| Gundotra_Vic | GOOGLE-52-00027169 | GOOGLE-52-00027537 |
| Hooft_Maarten | GOOGLE-53-00315059 | GOOGLE-53-00315067 |
| Lawee_David | GOOGLE-54-00003316 | GOOGLE-54-00003346 |
| Morrissey_Michael | GOOGLE-55-00012865 | GOOGLE-55-00012865 |
| Nelson_Keva | GOOGLE-56-00103263 | GOOGLE-56-00103465 |
| Queiroz_Mario | GOOGLE-57-00019766 | GOOGLE-57-00020233 |
| Rosenberg_Jonathan | GOOGLE-58-00038148 | GOOGLE-58-00039449 |
| Sears_Nick | GOOGLE-59-00042664 | GOOGLE-59-00044996 |
| Spero_Jason | GOOGLE-60-00023311 | GOOGLE-60-00024745 |
| Swetland_Brian | GOOGLE-61-00157399 | GOOGLE-61-00157514 |
| Temsamani_Karim | GOOGLE-62-00005738 | GOOGLE-62-00005955 |
| Tseng_Erick | GOOGLE-63-00116438 | GOOGLE-63-00118221 |
| Fitzpatrick_Brad | GOOGLE-65-00098582 | GOOGLE-65-00107135 |
| Brin_Sergey | GOOGLE-66-00006876 | GOOGLE-66-00006931 |
| Arora_Nikesh | GOOGLE-67-00038109 | GOOGLE-67-00040663 |
| Choksi_Priti | GOOGLE-72-00008962 | GOOGLE-72-00008993 |
| Ebbitt_Jennie | GOOGLE-74-00036276 | GOOGLE-74-00036879 |
| Dalton_Nicole | GOOGLE-77-00051699 | GOOGLE-77-00053541 |
| Hoelzle_Urs | GOOGLE-80-00081283 | GOOGLE-80-00083591 |
| Eustace_Alan | GOOGLE-81-00012604 | GOOGLE-81-00013551 |
| Cannings_Rich | GOOGLE-82-00115384 | GOOGLE-82-00118929 |
| Lee_Reena | GOOGLE-83-00127704 | GOOGLE-83-00252482 |
| Medina_Alex | GOOGLE-84-00395235 | GOOGLE-84-00502391 |
| Lee_Jong_Yeong | GOOGLE-85-00043279 | GOOGLE-85-00044645 |
| Hwang_Joseph | GOOGLE-86-00079335 | GOOGLE-86-00092941 |

Michael A. Jacobs, Esq.
August 2, 2011
Page 7

| Custodian | BegBates | EndBates |
|---|---|---|
| Wojcicki_Susan | GOOGLE-87-00013255 | GOOGLE-87-00015122 |

- Volume 58 contains additional non-custodial documents in the above-captioned case, bearing production numbers GOOGLE-03393420 to GOOGLE-03399879.  In particular, these documents include native format CTS reports.  (TIFFed versions will be forthcoming.)

- Volume 59 was produced by Chris Carnaval on July 29 via FTP and contains additional non-custodial documents in the above-captioned case, bearing production numbers GOOGLE-03399880 to GOOGLE-03402089.  In particular, these documents include additional prior art materials.

- A production by Chris Carnaval on July 28 via FTP with additional non-custodial documents in the above-captioned case, bearing production numbers GOOGLE-00-00000823 to GOOGLE-00-00001425, contains documents related to copyright issues.

- Another production by Chris Carnaval on July 29 via FTP with additional non-custodial documents in the above-captioned case, bearing production numbers GOOGLE-00-00001426 to GOOGLE-00-00001716, contains license agreements, Android revenue information, and documents related to copyright issues.

Certain documents in these productions have been marked CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and should be treated in accordance with the terms of the Protective Order entered in this case.  As previously indicated, any custodial or non-custodial materials that have been designated HIGHLY CONFIDENTIAL – SOURCE CODE pursuant to the Protective Order entered in this case are being made available for review at King & Spalding LLP, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065.

As always, the enclosed production data has been delivered in an encrypted TrueCrypt volume, requiring the same password as the last Google production.  Please refer to the December 1, 2010 letter from Robert Young at FTI for instructions on how to download and install TrueCrypt.

Google anticipates that it will produce additional documents for these and other custodians as discovery continues.

Please contact me if you have any questions or concerns,

Sincerely,

/s/ Mark H. Francis
Mark H. Francis