# Exhibit 5



**Software Freedom Law Center**

Aaron Williamson
+1-212-461-1911
aaronw@softwarefreedom.org

June 8, 2011

1995 Broadway, 17th Floor
New York, NY 10023-5882

Alanna Rutherford
Boies, Schiller & Flexner LLP
575 Lexington Ave
New York, NY 10022

tel +1-212-580-0800
fax +1-212-580-0898

www.softwarefreedom.org

By email

Dear Ms. Rutherford:

The Apache Software Foundation has made available documents responsive to Oracle's subpoena. All of the documents in this production are designated CONFIDENTIAL under the protective order. However, as all documents are provided in the native format in which they are kept by ASF, they are not marked "CONFIDENTIAL" internally. If you have any objection to this means of designation, please let me know.

The production contains the following documents:

- Email messages from ASF's private development mailing list for harmony (in native "mbox" format)
- Individual contributor license agreements for Apache Harmony completed by Google employees
- Authorized contributor questionnaires for Apache Harmony completed by Google employees

A ZIP archive containing these documents can be downloaded from our servers:

    URL:      http://collect.sflc.info/files/PaiChei2/
    Username: xoot9Jeb
    Password: zei1Nie9

Please contact me if you have any questions about this production.

Best regards,

Aaron Williamson