# Exhibit 10

What is LinkedIn?   Join Today   Sign In



## Stefano Mazzocchi
Software Engineer at Google

Greater Los Angeles Area | Internet

**383** connections

| | |
|---|---|
| Current | Google, Apache Software Foundation |
| Previous | Metaweb Technologies, Inc., MIT, Apache Software Foundation |
| Recommendations | **2** people have recommended **Stefano** |
| Websites | Personal Website<br>Blog |

**Search by name**

Over 400 million professionals are already on LinkedIn. Find who you know.

First Name    Last Name

**Example:** Jeff Weiner

**People Also Viewed**

 **Nevena Lazic**
Research Scientist at Google

 **Brian McCallister**
CTO of Platform at Groupon

 **Graham Hesselroth**
Staff Software Engineer

 **Gianugo Rabellino**
Senior Director, Open Source Programs Office at Microsoft

 **Ask Bjørn Hansen**

 **Erwin Tam**

 **John Giannandrea**

 **David Huynh**

 **Jamie Taylor**

 **Sam Ruby**

### Join LinkedIn and access Stefano's full profile. It's free!

As a LinkedIn member, you'll join 400 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact **Stefano** directly

[View Stefano's Full Profile]

## Experience

### Software Engineer
Google
July 2010 – Present (5 years 11 months)



### Member
Apache Software Foundation
November 1999 – Present (16 years 7 months)



### Application Catalyst
Metaweb Technologies, Inc.
September 2008 – July 2010 (1 year 11 months)



### Research Scientist
MIT
January 2004 – September 2008 (4 years 9 months)

### Director
Apache Software Foundation
May 2004 – June 2006 (2 years 2 months)

September 1997 – December 2003 (6 years 4 months)



What is LinkedIn?   Join Today   Sign In

## Skills

Distributed Systems     Architecture

## Recommendations

A preview of what LinkedIn members have to say about Stefano:

> *Seeing Stefano design a system was a watershed moment for me, and I remember thinking "Yes, this is how it is supposed to be done". He has an amazing*
> 
> See more

> *I learned a lot from Stefano, as we worked together on the Cocoon project at Apache. I attribute my desire to separate concerns and many of my design philosophies from*
> 
> See more

Sign up to see who recommended Stefano

---

## View Stefano's full profile to...

- See who you know in common
- Get introduced
- Contact **Stefano** directly

[ View Stefano's Full Profile ]

---

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more  |  Browse members  by country

© 2016  |  User Agreement  |  Privacy Policy  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Unsubscribe