# Exhibit 11

| | Search for people, jobs, companies, and more... | Advanced | | |    |

Home  Profile  My Network  Jobs  Interests    Business Services  Try Premium for free

ChapmanU M.S. in CSD - Graduates Are Eligible For A National Certificate Of Clinical Competence. | Read More »

# Sam Ruby
STSM at IBM

Raleigh-Durham, North Carolina Area | Computer Software

3rd

**Current**   W3C, The Apache Software Foundation, International Business Machines Corporation
**Education**  Christopher Newport University

Send Sam InMail

**220**
connections

https://www.linkedin.com/in/saruby                    Contact Info



**Background**

 **Summary**

http://en.wikipedia.org/wiki/Sam_Ruby

Specialties:Ridulously Easy Group Forming

 **Experience**

**co-chair HTML WG**
W3C
2009 – Present (7 years)

**Secretary and VP Legal Affairs** 
The Apache Software Foundation
2007 – Present (9 years)

**STSM** 
International Business Machines Corporation
1982 – Present (34 years)

**STSM**
IBM
July 1981 – Present (34 years 11 months)

I explore Emerging Technology

▼ 1 recommendation

   **Ken Coar**
   Prinicpal Application Software Engineer at Red Hat, Inc

   Sam is my primary touchstone for 'what would a sane person think?' His responses, regardless of how
   speedily they're returned, always seem well-considered and thought out in depth. I can always rely on him
   to tell me, politely, when I'm off-base. ... View

 **Education**

**Christopher Newport University**
BA, Math
1979 – 1981

**People Also Viewed**

 **Shane Curcuru**
VP, Brand Management, The Apache Software Foundation

 **Rich Bowen**
Openstack Community Liaison, Red Hat inc.

 **David Nalley**
Apache CloudStack committer, Doer of things at Citrix Systems, Fedora Project Contributor

 **Jim Jagielski**
Sr. Director in the Tech Fellows program at Capital One

 **Brett Porter**
Head of Architecture at SafetyCulture Pty Ltd, Chairman at Apache Software Foundation

 **Bertrand Delacrétaz**
Principal Scientist at Adobe Systems

 **Greg Stein**
Open Source Hacker

 **Chris Mattmann**
Principal Data Scientist & Chief Architect, Instrument & Science Data Systems Section at JPL & Director, IRDS@USC

 **Ken Coar**
Principal Application Software Engineer at Red Hat, Inc

 **Francisco X Leyva**
Sr. Process Engineer at Intel Corporation

**How You're Connected**

You



Shawn Atkinson

Shawn can introduce you to someone who knows Sam ▸

| Home | Profile | My Network | Jobs | Interests |  | Search for people, jobs, companies, and more... | Advanced | Business Services | Try Premium for free |

**Recommendations**

Received (1)

Sam Ruby

**STSM**
IBM



**Ken Coar**
Prinicipal Application Software Engineer at Red Hat, Inc

" Sam is my primary touchstone for 'what would a sane person think?' His responses, regardless of how speedily they're returned, always seem well-considered and thought out in depth. I can always rely on him to tell me, politely, when I'm off-base. Plus he has a wicked triple brut sense of humour.

July 23, 2007, Ken worked directly with Sam at IBM

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback