# Exhibit 12

**Beginning Bates Number:** ASF-GOOGLE-00001387

**Ending Bates Number:** ASF-GOOGLE-00001388

**Custodian:** APACHE

**Date:** 4/17/2008

**File Name or Subject:** Re: and what if we accepted the damn FOU restriction?

**Author or From:** Stefano Mazzocchi

**To:** members@apache.org

**CC:**

**BCC:**

**Beginning Bates Number:** ASF-GOOGLE-00001393

**Ending Bates Number:** ASF-GOOGLE-00001395

**Custodian:** APACHE

**Date:** 4/17/2008

**File Name or Subject:** Re: and what if we accepted the damn FOU restriction?

**Author or From:** sa3ruby@gmail.com

**To:** members@apache.org

**CC:**

**BCC:**

**Beginning Bates Number:** ASF00003021

**Ending Bates Number:** ASF00003023

**Custodian:** Apache Software Foundation

**Date:**

**File Name or Subject:** Re: and what if we accepted the damn FOU restriction?

**Author or From:** sa3ruby@gmail.com - on behalf of - Sam Ruby <rubys@intertwingly

**To:** members@apache.org

**CC:**

**BCC:**

**Beginning Bates Number:** ASF00003024

**Ending Bates Number:** ASF00003025

**Custodian:** Apache Software Foundation

**Date:**

**File Name or Subject:** Re: and what if we accepted the damn FOU restriction?

**Author or From:** Stefano Mazzocchi <stefano@apache.org

**To:** members@apache.org

**CC:**

**BCC:**