# Exhibit 15

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **DEFENDANT GOOGLE INC.'S FOURTH AMENDED SUPPLEMENTAL INITIAL WITNESS DISCLOSURE STATEMENT** <br><br> Dept.   Courtroom 8, 19th Fl. <br> Judge:  Hon. William Alsup |

1  Defendant Google Inc. ("Google") provides this Fourth Amended Supplemental Initial
2  Witness Disclosure Statement pursuant to the parties' agreement and pursuant to Rule
3  26(a)(1)(A) of the Federal Rules of Civil Procedure.  This disclosure is intended to supplement
4  (not replace or supersede) the previous witness disclosures served by Google in this matter, and
5  all previous initial disclosures and trial disclosures made by Google are expressly incorporated
6  herein by reference.

7  Google makes these disclosures based on its current knowledge, without the benefit of
8  completed discovery in this action, and without waiver of attorney-client privilege, work product,
9  common interest privilege, or any other privilege.  Google's investigations are continuing and
10 Google expressly reserves the right to amend, modify, or supplement these disclosures in
11 accordance with Rule 26, and the parties' agreement, based on additional information obtained
12 through formal discovery, continued investigation, or other means.  Google further reserves the
13 right to amend, modify, or supplement these disclosures depending on the number of depositions
14 permitted in this matter, whether limited by agreement of the parties or by Court order.  Google
15 further reserves the right to assert any objections to discovery propounded in this matter,
16 including in response to these disclosures, and reserves the right to object to depositions of any or
17 all witnesses disclosed in these or prior pretrial or trial disclosures.

18 Subject to the foregoing, Google provides the following supplemental disclosure of
19 witnesses in accordance with the parties' agreement and in accordance with subsections (i)
20 through (iv) of Rule 26(a)(1)(A):

| Witness | Subject(s) of Information |
|---|---|
| Fred Chung<br><br>(Contact through outside counsel for Google) | Google's communications and relationship with Android application developers partners; the Android platform and applications |
| Mitali Dhar<br><br>(Contact through outside counsel for Google) | Google's communications and relationship with Android application developers partners; the Android platform and applications |

| Witness | Subject(s) of Information |
|---|---|
| Anwar Ghuloum<br><br>(Contact through outside counsel for Google) | Features, functionality, development, design and design alternatives for versions of Android, including but not limited to the use of the structure, sequence, organization and declarations of Java APIs in Android |
| Jon Gold<br><br>(Contact through outside counsel for Google) | Financial information concerning Google operations that relate to Android, including but not limited to costs incurred by Google in connection with the design, development, and distribution of versions of Android |
| Urs Hoelzle<br><br>(Contact through outside counsel for Google) | Google background, history and product development; Java background, history and development; and use of aspects of the Java platform, including but not limited to industry use or implementation of the Java APIs |
| Billy Rutledge<br><br>(Contact through outside counsel for Google) | Google's communications and relationship with Android application developers partners; and the Android platform and applications |
| Reto Meier<br><br>(Contact through outside counsel for Google) | Google's communications and relationship with Android application developers partners; and the Android platform and applications |
| Rick Cattell<br><br>(Contact through outside counsel for Google) | Java, the Asserted Copyrights, the Asserted Works, the Java market, APIs, and issues related thereto. |
| Individuals with knowledge of Java history, background and development, including the use and implementation of the Java APIs, including but not limited to individuals who were disclosed, deposed, or testified in the first trial in this case.<br><br>(Contact through counsel noted on prior disclosures) | Java history, background and development, including the use and implementation of the Java APIs |
| Any witnesses listed on Oracle's past, current, or future Rule 26 disclosures, trial witness disclosures, or any other disclosures that have been or will be served by Oracle, and any witness who has been or will be deposed in this matter, including without limitation: Edward Senteno, Donald Smith, David K. Hofert, Mike Ringhofer, Mark Wayne, Terrence Barr, Alan Brenner, Georges Saab, Henrik Stahl, Jim Kolotouros, Felix Lin, Anwar Ghuloum, Jon Gold, Urs Hoelzle, Billy Rutledge, Reto Meier, | Any subject matter on which the witness was designated and/or disclosed as well as any other subject matters about which the witness testified |

| Witness | Subject(s) of Information |
|---|---|
| and John Duimovich<br><br>(Contact through counsel noted on prior disclosures and discovery materials) | |

Google further reserves the right to call any witnesses listed on Oracle's past, current, or future Rule 26 disclosures, trial witness disclosures, or any other disclosures that have been or will be served by Oracle, and any witness who has been or will be deposed in this matter.

Dated: January 27, 2016

KEKER & VAN NEST LLP

By: /s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On January 27, 2016, I served the following document(s):

**DEFENDANT GOOGLE'S FOURTH AMENDED SUPPLEMENTAL INITIAL WITNESS DISCLOSURE STATEMENT**

☑  by **ELECTRONIC MAIL (PDF)**:  Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below.  The email was transmitted without error.

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570)<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (SBN 148738)<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY (SBN 209218)<br>gramsey@orrick.com<br>405 Howard Street, San Francisco, CA 94105<br>Tel: 1.415.773.5700 / Fax: 1.415.773.5759<br>PETER A. BICKS (*pro hac vice*)<br>pbicks@orrick.com<br>LISA T. SIMPSON *pro hac vice*)<br>lsimpson@orrick.com<br>51 West 52nd Street, New York, NY 10019<br>Tel: 1.212.506.5000 / Fax: 1.212.506.5151 | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| DAVID BOIES<br>BOIES SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8201<br>Fax: 914-749-8300<br>Email: dboies@bsfllp.com | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| STEVEN C. HOLTZMAN (SBN 144177)<br>sholtzman@bsfllp.com<br>1999 Harrison St., Ste. 900, Oakland, CA 94612<br>Tel: 1.510.874.1000 / Fax: 1.510.874.1460 | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| Oracle/Google@orrick.com | Plaintiff's Counsel Service List |

Executed on January 27, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                /s/ *Edward A. Bayley*
                                                Edward A. Bayley