## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 5 hours<br>38 minutes |
| Date: | May 11, 2016 | | |
| Case No. | 3:10-cv-03561-WHA | | |

**Oracle America, Inc.**          v.          **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Christ Anderson
Daniel Purcell; Matthias Kamber
Michael Kwun; Reid Mullen
Maya Karwande; Steven Ragland
Catherine Locavera (Corp Rep)

Reporter:  Kathy Sullivan
                  Pam Batalo

Deputy Clerk:  Dawn Logan

### *PROCEEDINGS*

REASON FOR HEARING:     Further Jury Trial - HELD

RESULT OF HEARING:     Witnesses called.

CONTINUED TO: **May 12, 2016 at 7:30 am** for Further Jury Trial

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA                    Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 11, 2016 | Kathy Sullivan; Pam Batalo | Dawn Logan |
| **FURTHER TRIAL DATE:** | | |
| May 12, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:32 AM | | | Outside the presence of the jury - Court and counsel discussed preliminary matters | |
| | | 7:58 AM | | | Resumed - jury present | |
| | | | | | Court addressed the jury re attorney | |
| | | 8:00 AM | | | Cross Examination of **Eric Schmidt** continued by Peter Bicks | |
| 9197 | | | X | | Audio Played | |
| 406 | | | X | X | Email chain from Eric Schmidt to Brett Slatkin | |
| 5097 | | | X | X | Email chain from Chris DiBona to Vic Gundotra | |
| 405 | | | X | X | Email string from E. Schmidt to B. Lee re Sun Java SE | |
| | | 8:26 AM | | | Redirect Examination by Robert Van Nest | |
| | 406 | | X | X | Email chain from Eric Schmidt to Brett Slatkin | |
| | 5250 | | X | X | Google AdWords API beta: Terms & Conditions | |
| | 22 | | X | X | Email from K. Tsay to deal_review@google.com et al. re EMG Deal Review | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 8:37 AM | | | Recross Examination | |
| | | 8:38 AM | | | Witness Excused | |
| | | | | | Defendant's witness **Jonathan Schwartz** sworn-in. Direct by Robert Van Nest | |
| | 205 | | X | X | Email string from S. McNealy to E. Schmidt re Potential Sun Google partnership in the Mobile Java and OS Space | |
| | | 9:21 AM | | | Recess | |
| | | 9:37 AM | | | Outside the presence of the jury - Count | |
| | | 9:41 AM | | | Resumed - jury present | |
| | 435 | | X | X | Email from Jonathan.Schwartz@Sun.com | |
| | 2352 | | X | X | Blog Entry, Source: Jonathans Blog | |
| | 3341 | | X | X | Weblog: source.android.com | |
| | 2357 | | X | X | Email from Jonathan Schwartz to elt sun.com | |
| | 3466 | | X | X | Email from Schmidt to Schwartz re update on android licensing | |
| | 3103 | | X | X | Eric Klein - Android Demo - JavaOne | |
| | 7573 | | X | X | Email from Schwartz; Jonathan to Gadre, Anil re Google | |
| | 7746 | | X | X | Email from Schwartz, Jonathan to Delaney, Melanie re [Fwd: RE: Congrats | |
| | 7275.1 | | X | X | Video of Sun CEO Jonathan Schwartz | |
| | | 10:23 AM | | | Cross Examination by Peter Bicks | |
| 9191 | | | X | X | Phipps Deposition Exhibit 5176 | |
| 5989 | | | X | X | 3KUtbSRQKAxk5DD5A3zA3GIH- | |
| 5991 | | | X | X | Web.archive.org - "Who are the naught and nice CEOx?" | |
| 5984 | | | X | | Article titled "The 15 Worst CEO's in American History" | |
| 5985 | | | X | | Reuters.com - Finkle- "Special Report: Can that guy in Ironman 2 whip IBM in real life?" | |
| 5986 | | | X | X | The New York Times- Vance- "Sun's Chief Still Sunny After Drubbing from Ellison" | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2353 | | | X | X | Email from Jonathan Schwartz to Karen.Kahn@Sun.com | |
| 2368 | | | X | X | Email from Jonathan Schwartz to John Fowler re Java | |
| 5316 | | | X | X | Email chain from Jonathan Schwartz to David Douglas re Why are we waiting? | |
| 1048 | | | X | X | Sun concerned Google's Android will fracture Java | |
| 1055 | | | X | X | Email chain from Jonathan Schwartz to Karen Kahn re Google & SDK Announcement | |
| 5295 | | | X | | Oracle/Sun Reply re document titled "Questions and comments on the SECOND draft Form CO of 24 July 2009" | |
| 9116 | | | X | | Email from N. Periakaruppan to F. Jackson-Price | |
| 1056 | | | X | X | Email string from J. Schwartz to M. Mickos re Re: no doubt you saw... | |
| 610.1 | | | X | | Java 2 Platform Standard edition Development Kit 5.0 Specification | |
| 563 | | | X | X | Email from J. Schwartz to S. McNealy re Re: plane | |
| | | 11:25 AM | | | Redirect Examination | |
| | | 11:26 AM | | | Witness Excused | |
| | | 11:26 AM | | | Recess | |
| | | | | | Outside the presence of the jury - Court addressed references made during the examination | |
| | | 11:30 AM | | | Recess | |
| | | 11:44 AM | | | Resumed... jury present | |
| | | | | | Defendant's witness **Andrew Rubin** sworn-in. Direct by Christa Anderson | |
| | 1 | | X | X | Google PowerPoint presentation entitled "Android GPS: Key stategic decisions around Open Source" | |
| | 617 | | X | X | Email chain from Leo Cizek to Matthew Marquis | |
| | 2004 | | X | X | Email from Vineet Gupta to Andy Rubin | |
| | 11 | | X | X | Email from R. Miner to S. Horowtiz re Fwd: Sun doc | |
| | 331 | | X | X | Email from A. Rubin to T. Lindholm | |
| | 5317 | | X | X | Email string from V. Gupta to A. Rubin | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | 43.1 | | X | X | Android Platform Diagram | |
| | | 1:00 PM | | | Recess | |
| | | | | | Court and counsel addressed matters outside the presence of the jury | |
| | | 1:10 PM | | | Recess until 5/12/2016 at 7:30 AM | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |