**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

        Plaintiff,

  v.

GOOGLE INC.,

        Defendant.

                        /

No. C 10-03561 WHA

**REQUEST FOR GOOGLE'S
BRIEF RE JOSHUA BLOCH**

    At yesterday's hearing, counsel for Google handed to the Court a brief in response to Oracle's objection re Joshua Bloch, although it has not filed that brief on the docket. By **TODAY AT 10:00 P.M.**, Google shall please file that brief on the docket.

Dated:   May 11, 2016.

                                             
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE