KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA (DMR) <br><br> **GOOGLE INC.'S ROLLING LIST OF NEXT FOURTEEN WITNESSES** <br><br> Trial Date: May 9, 2016 <br> Dept:         Courtroom 8, 19th Fl. <br> Judge:       Hon. William Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (ECF 851), Google Inc. hereby files and serves its current list of anticipated next fourteen trial witnesses. Google includes fourteen witnesses because it may reach all of these in the next 38 hours, per the Court's rule.

1. Owen Astrachan
2. Terrence Barr (by video)
3. Josh Bloch
4. Dan Bornstein
5. Alan Brenner (by video)
6. Rick Cattell
7. Larry Ellison (by video)
8. Craig Gering (by video)
9. Andrew Hall
10. Simon Phipps
11. Hasan Rizvi (by video)
12. Billy Rutledge
13. Donald Smith (by video)
14. Henrik Stahl (by video)

Dated: May 11, 2016

KEKER & VAN NEST LLP

By: s/ Robert A. Van Nest
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.