IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **NOTICE RE MAZZOCCHI** |
| Defendant. | |

The parties shall please be prepared to argue Google's objection regarding Stefano Mazzocchi **TOMORROW AT 7:30 A.M.**

Dated: May 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE