```
                                          Pages 1 - 18

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE WILLIAM H. ALSUP
```

ORACLE AMERICA, INC.,                  )
                                       )
            Plaintiff,                 )
                                       )
  VS.                                  )   No. C 10-3561 WHA
                                       )
GOOGLE, INC.,                          )
                                       )
            Defendant.                 )
_____)   San Francisco, California


**MASTER INDEX OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**         ORRICK, HERRINGTON & SUTCLIFFE LLP
                           The Orrick Building
                           405 Howard Street
                           San Francisco, California  94105
                     **BY: ANNETTE L. HURST, ESQUIRE**
                           **GABRIEL M. RAMSEY, ESQUIRE**

                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                           The Orrick Building
                           51 West 52nd Street
                           New York, New York 10019
                     **BY: PETER A. BICKS, ESQUIRE**
                           **LISA T. SIMPSON, ESQUIRE**

 (Appearances continued on next page)


Reported By:   Katherine Powell Sullivan, CSR #5812, RMR, CRR
               Pamela A. Batalo, CSR No. 3593, RMR, FCRR
               Official Reporters - U.S. District Court

```
 1   APPEARANCES (CONTINUED):

 2   For Plaintiff:           ORRICK, HERRINGTON & SUTCLIFFE LLP
                              777 South Figueroa Street, Suite 3200
 3                            Los Angeles, California   90017-5855
                        BY:   ALYSSA M. CARIDIS, ESQUIRE
 4                            GEOFFREY GAVIN MOSS, ESQUIRE

 5                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                              2050 Main Street, Suite 1100
 6                            Irvine, California   92614-8255
                        BY:   CHRISTINA VON DER AHE RAYBURN,  ESQUIRE
 7
                              ORACLE
 8                            500 Oracle Parkway
                              Redwood City, California 94065
 9                      BY:   DORIAN ESTELLE DALEY, GENERAL COUNSEL
                              MATTHEW SARBORARIA,VICE PRESIDENT
10                             ASSOCIATE GENERAL COUNSEL

11   For Defendant:           KEKER & VAN NEST
                              633 Battery Street
12                            San Francisco, California   94111-1809
                        BY:   ROBERT A. VAN NEST, ESQUIRE
13                            CHRISTA M. ANDERSON, ESQUIRE
                              MICHAEL S. KWUN, ESQUIRE
14                            DANIEL PURCELL, ESQUIRE
                              MATTHIAS ANDREAS KAMBER, ESQUIRE
15                            EUGENE MORRIS PAIGE, ESQUIRE
                              STEVEN P. RAGLAND, ESQUIRE
16                            EDWARD A. BAYLEY, ESQUIRE

17                            KING & SPALDING LLP
                              1185 Avenue of the Americas
18                            New York, New York 10036-4003
                        BY:   BRUCE W. BABER, ESQUIRE
19
                              GOOGLE, INC.
20                            1600 Amphitheatre Parkway
                              Mountain View, California   94043
21                      BY:   RENNY HWANG, LITIGATION COUNSEL

22   Also Present:            GEORGES SAAB
                              ORACLE CORPORATE REPRESENTATIVE
23
                              CATHERINE LACAVERA
24                            GOOGLE CORPORATE REPRESENTATIVE

25   (Appearances continued on next page)
```

**APPEARANCES (CONTINUED):**

**Also Present:**

For Dr. James Kearl:     FARELLA, BRAUN & MARTEL LLP
                         235 Montgomery Street
                         San Francisco, California  94104
                    **BY: JOHN L. COOPER, ESQUIRE**

```
 1                          I N D E X

 2   Monday, May 9, 2016 - Volume 1

 3   Tuesday, May 10, 2016 - Volume 2

 4   Wednesday, May 11, 2016 - Volume 3

 5   Thursday, May 12, 2016 - Volume 4

 6   Friday, May 13, 2016 - Volume 5

 7   Monday, May 16, 2016 - Volume 6

 8   Tuesday, May 17, 2016 - Volume 7

 9   Wednesday, May 18, 2016 - Volume 8

10   Thursday, May 19, 2016 - Volume 9

11   Monday, May 23, 2016 - Volume 10

12   Tuesday, May 24, 2016 - Volume 11

13   Wednesday, May 25, 2016 - Volume 12

14   Thursday, May 26, 2016 - Volume 13

15
                                                    PAGE   VOL.
16
     Jury Voir Dire                                   26    1
17   Opening Statement by Mr. Bicks                  251    2
     Opening Statement by Mr. Van Nest               281    2
18   Defendant Rests                                1291    6
     Plaintiff Rests                                1886    9
19   Jury Instructions                              2077   10
     Closing Argument by Mr. Van Nest               2091   10
20   Closing Argument by Mr. Bicks                  2134   10
     Rebuttal Argument by Mr. Van Nest              2184   10
21   Jury Instructions                              2200   10
     Verdict                                        2323   13
22

23

24

25
```

**I N D E X**

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **SCHMIDT, ERIC** | | |
| (SWORN) | 329 | 2 |
| Direct Examination by Mr. Van Nest | 330 | 2 |
| Cross-Examination by Mr. Bicks | 380 | 2 |
| Cross-Examination resumed by Mr. Bicks | 462 | 3 |
| Redirect Examination by Mr. Van Nest | 479 | 3 |
| Recross-Examination by Mr. Bicks | 487 | 3 |
| | | |
| **SCHWARTZ, JONATHAN** | | |
| (SWORN) | 490 | 3 |
| Direct Examination by Mr. Van Nest | 491 | 3 |
| Cross-Examination by Mr. Bicks | 562 | 3 |
| Redirect Examination by Mr. Van Nest | 612 | 3 |
| | | |
| **RUBIN, ANDY** | | |
| (SWORN) | 615 | 3 |
| Direct Examination by Ms. Anderson | 616 | 3 |
| Direct Examination resumed by Ms. Anderson | 722 | 4 |
| Cross-Examination by Ms. Hurst | 748 | 4 |
| Redirect Examination by Ms. Anderson | 912 | 4 |
| Recross-Examination by Ms. Hurst | 919 | 4 |
| | | |
| **ELLISON, LAWRENCE J.** | | |
| By Deposition | 944 | 5 |
| | | |
| **ELLISON, LAWRENCE J.** | | |
| By Videotape Deposition (not reported) | 949 | 5 |
| | | |
| **DUIMOVICH, JOHN** | | |
| By Videotape Deposition (not reported) | 952 | 5 |
| | | |
| **BLOCH, JOSHUA** | | |
| (SWORN) | 959 | 5 |
| Direct Examination by Mr. Kamber | 960 | 5 |
| Voir Dire Examination by Ms. Hurst | 976 | 5 |
| Direct Examination resumed by Mr. Kamber | 977 | 5 |
| Cross-Examination by Ms. Hurst | 1002 | 5 |
| | | |
| **SMITH, DONALD** | | |
| By Videotape Deposition (not reported) | 1013 | 5 |
| | | |
| **PHIPPS, SIMON** | | |
| (SWORN) | 1014 | 5 |
| Direct Examination by Mr. Kwun | 1014 | 5 |
| Cross-Examination by Ms. Simpson | 1037 | 5 |
| Redirect Examination by Mr. Kwun | 1063 | 5 |

```
 1                          I N D E X

 2   DEFENDANT'S WITNESSES                              PAGE   VOL.

 3   BORNSTEIN, DANIEL
     (SWORN)                                            1071    5
 4   Direct Examination by Ms. Anderson                 1071    5
     Cross-Examination by Ms. Hurst                     1110    5
 5   Redirect Examination by Ms. Anderson               1168    6
     Recross-Examination by Ms. Hurst                   1182    6
 6
     STAHL, HENRIK
 7   (By videotaped deposition)                         1187    6

 8   RIZVI, HASAN
     (By videotaped deposition)                         1188    6
 9
     GERING, CRAIG
10   (By videotaped deposition)                         1190    6

11   GERING, CRAIG
     (Deposition Testimony Read)                        1191    6
12
     BARR, TERRENCE
13   (By videotaped deposition)                         1203    6

14   ASTRACHAN, OWEN
     (SWORN)                                            1206    6
15   Direct Examination by Mr. Paige                    1206    6
     Cross-Examination by Ms. Hurst                     1263    6
16   Redirect Examination by Mr. Paige                  1287    6

17


18   PLAINTIFF'S WITNESSES                              PAGE   VOL.

19   CATZ, SAFRA
     (SWORN)                                            1294    6
20   Direct Examination by Ms. Hurst                    1294    6
     Direct Examination resumed by Ms. Hurst            1350    7
21   Cross-Examination by Ms. Anderson                  1364    7
     Redirect Examination by Ms. Hurst                  1385    7
22
     SCREVEN, EDWARD
23   (SWORN)                                            1389    7
     Direct Examination by Ms. Hurst                    1389    7
24   Cross-Examination by Mr. Purcell                   1413    7
     Redirect Examination by Ms. Hurst                  1438    7
25
```

```
 1                         I N D E X

 2   PLAINTIFF'S WITNESSES                              PAGE   VOL.

 3   REINHOLD, MARK
     (SWORN)                                            1446    7
 4   Direct Examination by Ms. Simpson                  1446    7
     Cross-Examination by Mr. Purcell                   1465    7
 5   Redirect Examination by Ms. Simpson                1490    7

 6   HOLZLE, URS
     (By videotaped deposition)                         1507    7
 7
     MEIER, RETO
 8   (By videotaped deposition)                         1508    7

 9   GHULOUM, ANWAR
     (By videotaped deposition)                         1508    7
10
     SCHMIDT, DOUGLAS
11   (SWORN)                                            1510    7
     Direct Examination by Ms. Hurst                    1510    7
12   Cross-Examination by Mr. Kamber                    1548    7
     Cross-Examination resumed by Mr. Kamber            1597    8
13   Redirect Examination by Ms. Hurst                  1612    8
     Recross-Examination by Mr. Kamber                  1616    8
14
     CIVJAN, NEAL
15   (SWORN)                                            1619    8
     Direct Examination by Mr. Bicks                    1619    8
16   Cross-Examination by Mr. Ragland                   1642    8

17   BRENNER, ALAN
     (SWORN)                                            1660    8
18   Direct Examination by Ms. Simpson                  1661    8
     Cross-Examination by Mr. Paige                     1686    8
19   Redirect Examination by Ms. Simpson                1699    8
     Recross-Examination by Mr. Paige                   1703    8
20
     SWETLAND, BRIAN
21   By Videotape Deposition (not reported)             1705    8

22   LEE, BOB
     By Videotape Deposition (not reported)             1706    8
23

24

25
```

# I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **MAZZOCCHI, STEFANO** | | |
| (SWORN) | 1706 | 8 |
| Direct Examination by Ms. Hurst | 1707 | 8 |
| Cross-Examination by Mr. Kwun | 1726 | 8 |
| Redirect Examination by Ms. Hurst | 1732 | 8 |
| **JAFFE, ADAM** | | |
| (SWORN) | 1740 | 8 |
| Direct Examination by Mr. Bicks | 1740 | 8 |
| Cross-Examination by Mr. Van Nest | 1778 | 8 |
| **PAGE, LARRY** | | |
| (SWORN) | 1824 | 9 |
| Direct Examination by Mr. Bicks | 1825 | 9 |
| Cross-Examination by Mr. Van Vest | 1840 | 9 |
| **JAFFE, ADAM (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1850 | 9 |
| Cross-Examination resumed by Mr. Van Nest | 1850 | 9 |
| Redirect Examination by Mr. Bicks | 1877 | 9 |
| **LEONARD, GREGORY** | | |
| (SWORN) | 1887 | 9 |
| Direct Examination by Mr. Ragland | 1887 | 9 |
| Cross-Examination by Ms. Hurst | 1905 | 9 |
| **ASTRACHAN, OWEN** | | |
| (PREVIOUSLY SWORN) | 1917 | 9 |
| Direct Examination by Mr. Paige | 1917 | 9 |
| Cross-Examination by Ms. Hurst | 1936 | 9 |

**I N D E X**

**E X H I B I T S**

| | **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| | 1 | | 640 | 3 |
| | 6 | | 1883 | 9 |
| | 7 | | 856 | 4 |
| | 8 | | 858 | 4 |
| | 10 | | 882 | 4 |
| | 11 | | 653 | 3 |
| | 12 | | 1883 | 9 |
| | 13 | | 861 | 4 |
| | 14 | | 780 | 4 |
| | 15 | | 791 | 4 |
| | 17 | | 866 | 4 |
| | 18 | | 891 | 4 |
| | 21 | | 764 | 4 |
| | 22 | | 423 | 2 |
| | 23 | | 1883 | 9 |
| | 26 | | 1153 | 6 |
| | 29 | | 907 | 4 |
| | 31 | | 412 | 2 |
| | 43.1 | | 668 | 3 |
| | 125 | | 1883 | 9 |
| | 134 | | 788 | 4 |
| | 147 | | 766 | 4 |

**<u>I N D E X</u>**

**<u>E X H I B I T S</u>**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 149 |  | 1705 | 8 |
| 151 |  | 775 | 4 |
| 154 |  | 1883 | 9 |
| 156 |  | 1705 | 8 |
| 158 |  | 868 | 4 |
| 165 |  | 903 | 4 |
| 180 |  | 896 | 4 |
| 181 |  | 817 | 4 |
| 190 |  | 809 | 4 |
| 196 |  | 798 | 4 |
| 205 |  | 351 | 2 |
| 207 |  | 842 | 4 |
| 215 |  | 803 | 4 |
| 217 |  | 905 | 4 |
| 234 |  | 1122 | 5 |
| 269 |  | 1883 | 9 |
| 303 |  | 1705 | 8 |
| 331 |  | 660 | 3 |
| 339 |  | 782 | 4 |
| 348 |  | 1124 | 5 |
| 348 |  | 1883 | 9 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 356 | | 1883 | 9 |
| 358 | | 1009 | 5 |
| 370 | | 1883 | 9 |
| 382 | | 900 | 4 |
| 387 | | 1883 | 9 |
| 401 | | 413 | 2 |
| 405 | | 475 | 3 |
| 406 | | 467 | 3 |
| 415 | | 1119 | 5 |
| 435 | | 355 | 2 |
| 464 | | 1315 | 6 |
| 475 | | 1315 | 6 |
| 538 | | 899 | 4 |
| 563 | | 608 | 3 |
| 573 | | 1291 | 6 |
| 610.10 | | 1394 | 7 |
| 617 | | 646 | 3 |
| 623.11 | | 966 | 5 |
| 623 | | 2065 | 10 |
| 624 | | 1003 | 5 |
| 877 | | 1006 | 5 |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 886.1 | | 389 | 2 |
| 951 | | 419 | 2 |
| 971 | | 1369 | 7 |
| 980 | | 382 | 2 |
| 984 | | 979 | 5 |
| 1004 | | 749 | 4 |
| 1026 | | 1625 | 8 |
| 1028 | | 1452 | 7 |
| 1048 | | 592 | 3 |
| 1055 | | 594 | 3 |
| 1056 | | 604 | 3 |
| 1061 | | 876 | 4 |
| 1065 | | 762 | 4 |
| 1074 | | 1388 | 7 |
| 2004 | | 649 | 3 |
| 2009 | | 1291 | 6 |
| 2010 | | 1291 | 6 |
| 2019 | | 1291 | 6 |
| 2021 | | 1291 | 6 |
| 2036 | | 1291 | 6 |
| 2041 | | 950 | 5 |

**I N D E X**

**E X H I B I T S**

| | TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 4 | 2041 | | 1383 | 7 |
| 5 | 2042 | | 950 | 5 |
| 6 | 2043 | | 950 | 5 |
| 7 | 2044 | | 950 | 5 |
| 8 | 2044 | | 1376 | 7 |
| 9 | 2052 | | 1191 | 6 |
| 10 | 2053 | | 1202 | 6 |
| 11 | 2061 | | 1202 | 6 |
| 12 | 2199 | | 1188 | 6 |
| 13 | 2207 | | 1048 | 5 |
| 14 | 2223 | | 1188 | 6 |
| 15 | 2237 | | 1291 | 6 |
| 16 | 2347 | | 2069 | 10 |
| 17 | 2352 | | 367 | 2 |
| 18 | 2353 | | 583 | 3 |
| 19 | 2357 | | 545 | 3 |
| 20 | 2362 | | 1307 | 6 |
| 21 | 2368 | | 585 | 3 |
| 22 | 2372 | | 357 | 2 |
| 23 | 2436 | | 1647 | 8 |
| 24 | 2564 | | 1291 | 6 |

**I N D E X**

**E X H I B I T S**

| | **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| 4 | 2765 | | 732 | 4 |
| 5 | 2939.1 | | 950 | 5 |
| 6 | 3103 | | 550 | 3 |
| 7 | 3211 | | 391 | 2 |
| 8 | 3441 | | 374 | 2 |
| 9 | 3466 | | 371 | 2 |
| 10 | 3508 | | 1202 | 6 |
| 11 | 4027 | | 987 | 5 |
| 12 | 4108 | | 1639 | 8 |
| 13 | 5046 | | 1716 | 8 |
| 14 | 5048 | | 1116 | 5 |
| 15 | 5097 | | 471 | 3 |
| 16 | 5109 | | 829 | 4 |
| 17 | 5114 | | 831 | 4 |
| 18 | 5121 | | 403 | 2 |
| 19 | 5137 | | 1883 | 9 |
| 20 | 5142 | | 1883 | 9 |
| 21 | 5145 | | 1883 | 9 |
| 22 | 5146 | | 1883 | 9 |
| 23 | 5147 | | 396 | 2 |
| 24 | 5148 | | 1883 | 9 |

**I N D E X**

**E X H I B I T S**

| | TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 4 | 5167 | | 395 | 2 |
| 5 | 5183 | | 871 | 4 |
| 6 | 5241 | | 1883 | 9 |
| 7 | 5250 | | 400 | 2 |
| 8 | 5316 | | 588 | 3 |
| 9 | 5317 | | 661 | 3 |
| 10 | 5321 | | 415 | 2 |
| 11 | 5322 | | 1883 | 9 |
| 12 | 5338 | | 1278 | 6 |
| 13 | 5391 | | 863 | 4 |
| 14 | 5557 | | 870 | 4 |
| 15 | 5559 | | 838 | 4 |
| 16 | 5560 | | 1883 | 9 |
| 17 | 5562 | | 1883 | 9 |
| 18 | 5583 | | 1883 | 9 |
| 19 | 5584 | | 1883 | 9 |
| 20 | 5585 | | 1883 | 9 |
| 21 | 5586 | | 1883 | 9 |
| 22 | 5603 | | 1883 | 9 |
| 23 | 5868 | | 1291 | 6 |
| 24 | 5986 | | 578 | 3 |

**I N D E X**

**E X H I B I T S**

| | **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| 4 | 5987 | | 376 | 2 |
| 5 | 5989 | | 572 | 3 |
| 6 | 5991 | | 574 | 3 |
| 7 | 6027 | | 826 | 4 |
| 8 | 6053 | | 427 | 2 |
| 9 | 6086 | | 1838 | 9 |
| 10 | 6437 | | 1883 | 9 |
| 11 | 6446, page 46 | | 1911 | 9 |
| 12 | 6485 | | 793 | 4 |
| 13 | 6571 | | 1513 | 7 |
| 14 | 7196 | | 842 | 4 |
| 15 | 7234 | | 1203 | 6 |
| 16 | 7237 | | 1291 | 6 |
| 17 | 7238 | | 1698 | 8 |
| 18 | 7239 | | 1291 | 6 |
| 19 | 7275_1 | | 560 | 3 |
| 20 | 7326 | | 954 | 5 |
| 21 | 7362 | | 1187 | 6 |
| 22 | 7368 | | 1291 | 6 |
| 23 | 7381 | | 1187 | 6 |
| 24 | 7383 | | 1187 | 6 |

**I N D E X**

**E X H I B I T S**

| | TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 4 | 7389 | | 1187 | 6 |
| 5 | 7406 | | 1378 | 7 |
| 6 | 7459.1 | | 1203 | 6 |
| 7 | 7460.1 | | 1203 | 6 |
| 8 | 7495 | | 1484 | 7 |
| 9 | 7573 | | 553 | 3 |
| 10 | 7578 | | 1036 | 5 |
| 11 | 7642.1 | | 1209 | 6 |
| 12 | 7717 | | 1021 | 5 |
| 13 | 7722 | | 1023 | 5 |
| 14 | 7746 | | 555 | 3 |
| 15 | 7754 | | 1033 | 5 |
| 16 | 7755 | | 740 | 4 |
| 17 | 7792 | 1153 | | 6 |
| 18 | 7793 | 1263 | | 6 |
| 19 | 9100 | | 2065 | 10 |
| 20 | 9101 | | 2065 | 10 |
| 21 | 9102 | | 2065 | 10 |
| 22 | 9103 | | 2065 | 10 |
| 23 | 9104 | | 2065 | 10 |
| 24 | 9105 | | 2065 | 10 |

**I N D E X**

**E X H I B I T S**

| | **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| 4 | 9106 | | 2065 | 10 |
| 5 | 9107 | | 2065 | 10 |
| 6 | 9108 | | 2065 | 10 |
| 7 | 9109 | | 2065 | 10 |
| 8 | 9110 | | 2065 | 10 |
| 9 | 9111 | | 2065 | 10 |
| 10 | 9133.1 | | 1621 | 8 |
| 11 | 9139 | | 1170 | 6 |
| 12 | 9191 | | 568 | 3 |
| 13 | 9193B | 1052 | | 5 |
| 14 | 9193 | | 1052 | 5 |
| 15 | 9198 | | 1684 | 8 |
| 16 | 9200 | | 1731 | 8 |
| 17 | 9201 | | 1731 | 8 |
| 18 | 9223 | | 1442 | 7 |
| 19 | 9224 | 1447 | | 7 |
| 20 | 9505 | | 1114 | 5 |