IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03561 WHA<br><br>**REQUEST FOR BRIEFING RE WILLFULNESS AND BAD FAITH BEFORE FEDERAL CIRCUIT DECISION** |

    From 2012 to 2014, the law in this case held that the declaring lines of code and the structure, sequence, and organization were not copyrightable. That was reversed by the 2014 ruling of the Federal Circuit, but an issue for us in this follow-on trial is whether and to what extent the jury may consider the law in the case prior to the 2014 holding by the Federal Circuit in evaluating willfulness and bad faith by Google during that period. Please cite decisions on point on or before **MONDAY AT NOON**. Please include decisions, pro and con, not just those on your side.

    **IT IS SO ORDERED.**

Dated: May 12, 2016.

                                                             WILLIAM ALSUP<br>                                                             UNITED STATES DISTRICT JUDGE