IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER RE FILING OF JUROR QUESTIONNAIRES** |
| Defendant. | |

The Clerk shall please **FILE** under seal the juror questionnaires sorted into three categories: (i) venirepersons passed for cause, (ii) venirepersons reseated and diverted to the end of venire list, and (iii) venirepersons excused for cause. As the parties agreed, the questionnaires from any venirepersons not called forward were not retained.

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE