UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

Judge:   William Alsup               Time in Court:
                                     5 hours; 33 min.
Date:    May 12, 2016

Case No.   3:10-cv-03561-WHA

**Oracle America, Inc.**         v.         **Google, Inc.**

**Plaintiff Counsel**                       **Defense Counsel**
Peter Bicks; Annette Hurst                  Robert Van Nest; Bruce Baber;
Matthew Bush; Lisa Simpson                  Christa Anderson; Daniel Purcell;
Gabriel Ramsey; Christina Von Der           Matthias Kamber; Michael Kwun;
Ahe; George Saab (Corp Rep)                 Reid Mullen; Maya Karwande;
                                            Steven Ragland; Catherine Locavera
                                            (Corp Rep)

Deputy Clerk: Angella Meuleman              Reporter: Pam Batalo

### PROCEEDINGS

REASON FOR HEARING:   Further Jury Trial - HELD

RESULT OF HEARING:    Witness called.

CONTINUED TO: **May 13, 2016 at 7:30 am** for Further Jury Trial.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA            Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: William Alsup | PLAINTIFF ATTORNEY: Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; George Saab (Corp rep) | DEFENSE ATTORNEY: Robert Van Nest; Christa Anderson; Bruce Baber; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
|---|---|---|
| JURY TRIAL: May 12, 2016 | REPORTERS: Pam Batalo | CLERK: Angella Meuleman |
| FURTHER TRIAL DATE: May 13 , 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:17 | | | Court in session. Outside the presence of the jury - Court and counsel discussed preliminary matters. | |
| | | 7:47 | | | Resumed.  Jury present.  Direct examination of Witness **Andrew Rubin** continued by Christa Anderson. | |
| | 2765 | | X | X | Statement of Work for Noser re: development of code. | |
| | 7755 | | X | X | Email from Horowitz, S. to Rubin, A. dated 11/12/2006.  The Court rules this exhibit admitted with a limited instruction to the jury.  Witness shown exhibit 2352 (previously admitted). | |
| | | 8:22 | | | Cross-examination by Annette Hurst. | |
| 1004 | | | X | X | Google Inc. Acquisition of Android, Inc. Closing Purchase Price Calculation and Allocation and Stock Purchase Agreement June 30, 2005. | |
| | | | X | | Deposition video clip of witness Andrew Rubin. | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 1065 | | | X | X | Email string from L. Page to A. Rubin re: Strategy 2006. | |
| 21 | | | X | X | Email string from A. Rubin to D. Bornstein and S. Horowitz re: What are we doing? | |
| 147 | | | X | X | Email string from U. Hoelzle to A. Rubin re: Skelmir. Qualification made to admit redacted version. Exhibit 401 (Email from Nick Sears to emg@google.com (previously admitted) shown to witness.). | |
| 216 | | | | | Email from Eric Schmidt to Andy Rubin (previously admitted via stipulation). | |
| 151 | | | X | X | Email from Steve Horowitz to Andy Rubin re: GPS Notes (redacted). | |
| 14 | | | X | X | Email from A. Rubin to sergey@google.com re: Sun Microsystems. | |
| 339 | | | X | X | Email from Andy Rubin to Timothy Lindholm, Richard Miner, Chris DiBona, et al. | |
| 134 | | | X | X | Email from V. Gupta to A. Rubin re Urgent stats needed. | |
| 15 | | | | | Email string from A. Rubin to R. Miner and T. Lindholm (previously admitted via stipulation). | |
| 6485 | | | X | X | Email from A. Rubin to N. Arora re 3GSM trip report. | |
| | | 9:33 | | | Recess. | |
| | | 9:51 | | | Resumed; Jury present. Cross-examination of witness Rubin continues. | |
| 196 | | | X | X | Email from Vineet Gupta to Andy Rubin re Sun Google Collaboration Draft Revisions and Feedback. | |
| 215 | | | X | X | Email from C. Desalvo to A. Rubin re Java Class Libraries. | |
| 190 | | | X | X | Email from Kristen Gil to Andy Rubin re: BOD question. | |
| 181 | | | X | X | Email chain from Andy Rubin to Alan Eustace re: Communication to Intel. | |
| 6027 | | | X | X | Email from Andy Rubin to Jha Sanjay re Anti Fragmentation Agreement. | |
| 5109 | | | X | X | Email from Andy Rubin to Rich Miner re: phone stuff. | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 5114 | | | X | X | Email from Andy Rubin to Steve Horowitz re: Latest material for CMCC's VP Sha visit Wed. morning. | |
| 5595 | | | X | X | Email from Ethan Beard to Andy Rubin, Rich Miner, Steve Horowitz re Presentation for DoCoMo and attachment. | |
| 7196 | | | X | X | Sun Fulfills Promise of Open and Free Java Technology and Releases Java SE Platform to OpenJDK Community, et al (admitted as notice to the witness) | |
| 207 | | | X | X | Email from E. Schmidt to A. Rubin re: Java Phone. (Previously admitted by stipulation). | |
| | | 11:10 | | | Recess. Jury not present. Housekeeping matters discussed. | |
| | | 11:27 | | | Resumed; Jury present. Cross-examination of witness continues. | |
| 7 | | | X | X | Email string from T. Cole to Jenifer, A. Rubin, and LSA re Sun Meeting. (previously admitted via stipulation). | |
| 8 | | | X | X | Email string from R. Miner to A. Rubin re Response. | |
| 13 | | | X | X | Email string from B. Swetland to M. Agopian, et al re: new java world. | |
| 5391 | | | X | X | T-Mobile Sidekick Slide, announced 25 Sep 2007, Motorola Q700. | |
| 17 | | | X | X | Email string from B. Coughran to T. Lindholm and A. Rubin re Travel for Android requested. | |
| 158 | | | X | X | Email from andyt@google.com to tangjianfeng@chinamobile.com, et al, materials on Google Open Handset OS attaching an Android PowerPoint presentation. | |
| 5557 | | | X | X | Email from Keva Nelson to Rich Miner, et al re: LG Slides/Meeting Info and attachment | |
| 5183 | | | X | X | Google presentation entitled "Android OC Quarterly Review - Q1 2009" | |
| 5389 | | | X | | HTC Dream Phone, Android OS | |
| 1061 | | | X | X | Email chain from Aditya Agarwal to Nicole Dalton re OCQ deck - quick help needed, with attachment (previously admitted via stipulation) | |

| | | | | | |
|---|---|---|---|---|---|
| 10 | | | X | X | Email from T. Lindholm to A. Rubin, et al re Context for Discussion re Alternatives to Java. |
| 18 | | | X | X | Email string from G. Stein to A. Rubin re The open J2ME project. (previously admitted via stipulation). |
| 180 | | | X | X | Email chain from Erin Fors to Michael Kirkland, Barry Schnitt, Andy Rubin re Fwd: New question on Android Java. |
| 538 | | | X | X | Email from Vineet Gupta to Andy Rubin re: IMPT: Ref JavaME. |
| 382 | | | X | X | Email string from A. Rubin to E. Chu, R. Miner, B. Schnitt, et al re Google folks being quoted. |
| 165 | | | X | X | Email string from R. Miner to A. House, A. Rubin, and E. Fors re Future of Mobile. |
| 217 | | | X | X | Email from D. Burke to A. Rubin re Future of Mobile Conference. |
| 29 | | | X | X | Email string from A. Rubin to D. Wall and android-comms@google.com re Android Presence at JavaOne. |
| | | 12:50 | | | Re-direct examination of witness by Christa Anderson. |
| | | 12:58 | | | Re-cross examination of witness by Annette Hurst. |
| | | 12:59 | | | Witness excused.  Jury excused for the day. |
| | | 1:00 | | | Court and counsel addressed matters outside the presence of the jury. |
| | | 1:03 | | | Recess until 5/13/2016 at 7:30 AM. |