KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:      (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                Plaintiffs,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                Defendant. | Case No.  3:10-cv-03561 WHA (DMR)<br><br>**GOOGLE INC.'S ROLLING LIST OF NEXT ELEVEN WITNESSES**<br><br>Trial Date:  May 9, 2016<br>Dept:          Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (ECF 851), Google Inc. hereby files and serves its current list of anticipated next eleven trial witnesses. Google includes eleven witnesses because it may reach all of these in the next 38 hours, per the Court's rule.

1. Owen Astrachan
2. Terrence Barr (by video)
3. Josh Bloch
4. Dan Bornstein
5. John Duimovich (by video)
6. Larry Ellison (by video and read in)
7. Craig Gering (by video)
8. Simon Phipps
9. Hasan Rizvi (by video)
10. Donald Smith (by video)
11. Henrik Stahl (by video)

Dated: May 12, 2016                KEKER & VAN NEST LLP

                                   By:   s/ Robert A. Van Nest
                                         ROBERT A. VAN NEST
                                         CHRISTA M. ANDERSON
                                         DANIEL PURCELL

                                         Attorneys for Defendant
                                         GOOGLE INC.