IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER FOR PARTIES TO ACCOMMODATE THE PRESS** |
| Defendant. | |

To accommodate the press, counsel shall each place five thumb drives containing copies of any trial exhibits they used (and for Monday, all prior exhibits as well) in the press room on the eighteenth floor after trial adjourns each day.  (Alternatively, the parties may collaborate to provide a joint compilation on one set of five thumb drives.)  Exceptions can be made in extraordinary circumstances.  To be clear, the parties need not provide copies of electronic devices, books, or other cumbersome exhibits or exhibits that are not easily conveyed in a digital format.

Members of the press are expected to share this resource and to leave the thumb drives in the press room for retrieval by the parties.

**IT IS SO ORDERED.**

Dated: May 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE