UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

| | | |
|---|---|---|
| Judge: | William Alsup | Time in Court: 5 hrs. 5 min. |
| Date: | May 13, 2016 | |
| Case No. | 3:10-cv-03561-WHA | |

**Oracle America, Inc.**   v.   **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Bruce Baber;
Christa Anderson; Ed Bailey; Daniel
Purcell; Matthias Kamber; Michael
Kwun; Reid Mullen; Maya
Karwande; Steven Ragland;
Catherine Locavera (Corp Rep)

Deputy Clerk: Angella Meuleman                    Reporter: Pam Batalo

### PROCEEDINGS

REASON FOR HEARING:    Further Jury Trial - HELD

RESULT OF HEARING:    Witnesses called.

CONTINUED TO: **May 16, 2016 at 7:30 am** for Further Jury Trial.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA        Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush; Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Bruce Baber; Ed Bailey; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 13, 2016 | Pam Batalo | Angella Meuleman |
| **FURTHER TRIAL DATE:** | | |
| May 16 , 2016 | | |

| PLF NO. | DEF NO | DATE/ TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:25 | | | Court in session. Outside the presence of the jury - Court and counsel discussed preliminary matters. | |
| | | 7:40 | | | Jury present. Defendant's witness **Larry Ellison by read in**. Date of transcript April 17, 2012. Previously sworn in. Reader, Ed Bailey, on witness stand. Direct by Robert Van Nest. | |
| | 2939.1 | 7:45 | X | X | Video of **Larry Ellison** at 2009 JavaOne Conference. Introduction by Ed Bailey. | |
| | 2041 | | X | X | Form: DEFA14A Sun Microsystems Inc. Ellison Dep | |
| | 2042 | | X | X | Email; dated May 22, 2009 from Lawrence Ellison to Scott McNealy | |
| | 2043 | | X | X | Email dated May 26, 2009 from James Gosling to Scott McNealy | |
| | 2044 | | X | X | Email dated June 25, 2009 from Thomas Kurian to Douglas Kehring, et al | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 7326 | 8:00 | X | X | Defendant's witness **John Duimovich by video**. Introduction by Ed Bailey. | |
| | | | | | Instructional Stipulation re: Java read by the Court to the Jury. | |
| | | 8:33 | | | Defendant's witness **Joshua Bloch** sworn in for testimony. Direct examination by Matthias Kamber. | |
| | 623.11 | | X | X | \j2se\src\java\lang\Math.java | |
| | 7640 | | X | | Bloch, J. "Effective Java" (2nd edition) | |
| | 984 | | X | X | Book: Java Language Specification, 3d.ed. | |
| | 4027 | | X | X | The Java Language Specification First Edition (Addison-Wesley 1996) | |
| | | 9:25 | | | Jury recessed. Matters discussed outside the presence of the Jury. | |
| | | 9:28 | | | Recess. | |
| | | 9:45 | | | Court in session. Jury present. Cross-examination of witness by Annette Hurst. | |
| 624 | | | X | X | Google PowerPoint presentation entitled "How to Design a Good API and Why it Matters" dated December 2005. | |
| 877 | | | X | X | Joshua Bloch: Bumper-Sticker API design, available at : htt///www.infoq.com/articles/API-Design-Joshua-Bloch | |
| 358 | | | X | X | Email from J. Bloch to J. Wilson re OpenJDK on Android | |
| | | | | | Video deposition snipet of Joshua Bloch. | |
| | | 10:03 | | | Witness excused and discharged. | |
| | | 10:05 | | | Defendant's witness, **Donald Smith by video**, sworn testimony of November 20, 2015. Introduction by Reid Mullen. | |
| | | 10:14 | | | Defendant's witness, **Simon Phipps**, sworn in for testimony. Direct examination by Michael Kwun. | |
| | 7717 | | X | X | Oracle Blog, Why Bother Open Sourcing Java? | |
| | 7722 | | X | X | Free and Open Source Java-FAQ available at https://web.archive.org/web/20061116051402/http:1/www.sun.com.software/opensource/java/faq.jsp | |
| | 7754 | | X | X | OpenJDK.java.net: "GNU General Public License, version 2, with the Classpath Exception" | |

3

|  | 7578 |  | X | X | Email from Phipps, S. to Opensource@sun.com re Code contribution to harmony. Received only for purposes known to Sun. |  |
|---|---|---|---|---|---|---|
|  |  | 10:43 |  |  | Cross-examination of witness by Lisa Simpson. |  |
|  |  |  |  |  | Witness shown exhibit 9191 previously admitted 5/11/2016. |  |
| 2207 |  |  | X | X | Email dated: April 10, 2007 from Jonathan Schwartz - jis sun.com to Simon Phipps - simon.phipps sun.com re: Open Letter from the Apache Software Foundation regarding the TCK license for Java SE 5 REINHOLD Dep Ex Google 340 |  |
| 9193 A |  |  | X | X | Email from B. Shannon to R. Gans et al re: update to the JRL on java.net without attachment. |  |
| 9193 B |  |  |  | X | Email from B. Shannon to R. Gans et al re: update to the JRL on java.net with attachment. |  |
| 9190 |  |  |  | X | Phipps Deposition Exhibit 5180: Email string from ospo-core@google.com to D. Berlin et al re [OSPO-core] Re: Phipps |  |
|  |  | 11:15 |  |  | Re-direct examination of witness by Michael Kwun. |  |
|  |  |  |  |  | Witness shown exhibits 2207, 9191, and 7722 previously admitted. |  |
|  |  | 11:19 |  |  | Witness excused and discharged. |  |
|  |  | 11:20 |  |  | Jury Recessed.  Matters discussed outside the presence of the jury. |  |
|  |  | 11:25 |  |  | Recess. |  |
|  |  | 11:38 |  |  | Court in session. Jurors present. |  |
|  |  | 11:40 |  |  | Defendant's witness, **Dan Bornstein,** sworn for testimony. Direct examination by Christa Anderson. |  |
|  |  |  |  |  | Witness shown exhibit 4027, previously admitted.  Witness demonstrates programming by drawing sketch on easel. |  |
|  |  |  |  |  | Witness shown exhibit 43.1, previously admitted. |  |
|  |  | 12:36 |  |  | Cross-examination of witness by Annette Hurst. |  |
|  |  |  |  |  | Witness shown exhibit 43.1, previously admitted. |  |
| 9505 |  |  | X | X | Email from Diaz to Dan Bornstein dated May 18, 2007. |  |
| 5048 |  |  | X | X | Email from Dan Bornstein to Ramy Dodin re java open source |  |

4

| 415 |  |  | X | X | Email from Dan Bornstein to Ray Chen, Steve Horowitz re Greetings from the Android VM team |  |
|---|---|---|---|---|---|---|
| 234 |  |  | X | X | Email string from mondrian@google.com to Bob Lee et al re a small code review: 1453557-p9 |  |
| 348 |  |  | X | X | Email from D. Morrill to ? (no recipients listed) re Results of Word Search on Android code - allowed *devene* |  |
|  |  | 1:00 |  |  | Recess. Jurors excused. |  |
|  |  |  |  |  | Matters discussed outside the presence of the jury. |  |
|  |  | 1:05 |  |  | Court in recess. |  |