1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                         SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO STRIKE PORTIONS OF DR. BLOCH'S TESTIMONY** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

1   This Court has read and considered Plaintiff Oracle America, Inc.'s Motion To Strike
2   Portions Of Dr. Bloch's Testimony, any Opposition thereto and Reply in support thereof, any and
3   all additional supporting papers, and any statements made by counsel at hearing on the Motion.
4   Based thereon, IT IS HEREBY ORDERED THAT Oracle's Motion is GRANTED.
5   1.  Dr. Bloch's testimony from page 982, line 18 through page 986 line 10 of the transcript
6   is hereby stricken and is no longer part of the record in this matter.
7   2.  The jury will be instructed that Dr. Bloch's testimony regarding the dependency of
8   certain packages and classes on the Java language, as contained in the above-referenced page and
9   line numbers, has been stricken and should not be considered by the jury in any way in its
10  deliberations.
11  3.  The Court orders any and all additional relief as the Court deems justified under the
12  circumstances.
13  IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING ORACLE'S
MOTION TO STRIKE PORTIONS OF
DR. BLOCH'S TESTIMONY