KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S CORRECTED ROLLING LIST OF NEXT SEVEN WITNESSES**<br><br>Trial Date:  May 9, 2016<br>Dept:        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (ECF 851), Google Inc. hereby files and serves its current list of anticipated next seven trial witnesses.

1. Owen Astrachan
2. Terrence Barr (by video)
3. Alan Brenner (by video)
4. Craig Gering (by video and read in)
5. Hasan Rizvi (by video)
6. Georges Saab
7. Henrik Stahl (by video)

Dated: May 14, 2016                                         KEKER & VAN NEST LLP

                                              By:   s/ Robert A. Van Nest
                                                    ROBERT A. VAN NEST
                                                    CHRISTA M. ANDERSON
                                                    DANIEL PURCELL

                                                    Attorneys for Defendant
                                                    GOOGLE INC.