IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. <br> / | No. C 10-03561 WHA <br><br> **ORDER SHORTENING TIME TO RESPOND TO ORACLE'S MOTION RE DR. BLOCH** |

By **6:00 P.M. ON SUNDAY**, Google shall please respond to Oracle's motion to strike portions of Dr. Bloch's testimony.

**IT IS SO ORDERED.**

Dated: May 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE