IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **NOTICE RE ANDROID N** |
| Defendant. / | |

    Any motion re opening the door to the 2015 implementation of OpenJDK in Android N must be filed by **TONIGHT AT 11:00 P.M.**

Dated: May 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE