```
 1   ORRICK, HERRINGTON & SUTCLIFFE LLP
     KAREN G. JOHNSON-MCKEWAN (SBN 121570)
 2   kjohnson-mckewan@orrick.com
     ANNETTE L. HURST (SBN 148738)
 3   ahurst@orrick.com
     GABRIEL M. RAMSEY (SBN 209218)
 4   gramsey@orrick.com
     405 Howard Street, San Francisco, CA  94105
 5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
     PETER A. BICKS (pro hac vice)
 6   pbicks@orrick.com
     LISA T. SIMPSON (pro hac vice)
 7   lsimpson@orrick.com
     51 West 52nd Street, New York, NY  10019
 8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

 9   BOIES, SCHILLER & FLEXNER LLP
     DAVID BOIES (pro hac vice)
10   dboies@bsfllp.com
     333 Main Street, Armonk, NY  10504
11   Tel: 1.914.749.8200 / Fax: 1.914.749.8300
     STEVEN C. HOLTZMAN (SBN 144177)
12   sholtzman@bsfllp.com
     1999 Harrison St., Ste. 900, Oakland, CA  94612
13   Tel: 1.510.874.1000 / Fax: 1.510.874.1460

     ORACLE CORPORATION
14   DORIAN DALEY (SBN 129049)
     dorian.daley@oracle.com
15   DEBORAH K. MILLER (SBN 95527)
     deborah.miller@oracle.com
16   MATTHEW M. SARBORARIA (SBN 211600)
     matthew.sarboraria@oracle.com
17   RUCHIKA AGRAWAL (SBN 246058)
     ruchika.agrawal@oracle.com
18   500 Oracle Parkway,
     Redwood City, CA 94065
19   Tel: 650.506.5200 / Fax: 650.506.7117

20   Attorneys for Plaintiff
     ORACLE AMERICA, INC.
```

Counsel listed above — *Attorneys for Plaintiff* ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br>　　v.<br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S ROLLING LIST OF WITNESSES**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

Pursuant to ECF No. 851, Oracle hereby submits a current list of its anticipated next eleven witnesses. Oracle includes eleven witnesses because it may reach all of these witnesses in the next 38 hours, per the Court's rule.

- Alan Brenner
- Safra Catz
- Neal Civjan
- Anwar Ghuloum (video)
- Urs Holzle (video)
- Reto Meier (video)
- Mark Reinhold
- Douglas Schmidt
- Edward Screven
- Bob Zeidman

*/s/ Annette L. Hurst*

Annette L. Hurst