| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:     (415) 773-5700/Fax:  (415) 773-5759<br><br>PETER A. BICKS (*pro hac vice* pending)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice* pending)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:     (212) 506-5000/Fax:  (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:     (650) 506-5200/Fax:  (650) 506-7117<br><br>Attorneys for Plaintiff<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Facsimile:     (415) 397-7188<br><br>KING & SPALDING  LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia  30309<br>Telephone:    (404) 572-4600<br>Facsimile:     (404) 572-5100<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  CV 10-03561 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PORTIONS OF DR. BLOCH'S TESTIMONY**<br><br>Trial Date:  May 9, 2016<br>Dept:         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

Following Oracle's Motion to Strike Portions of Dr. Bloch's Testimony, the parties met and conferred and reached the following agreement:

1. The testimony of Dr. Bloch at Tr. 985:3-986:10 and Tr. 989:3-12 shall be stricken, and neither party shall be allowed to rely on such testimony with other witnesses or in closing arguments.

2. The stricken testimony itself should not be read back to the jury; rather, the parties agree that it will suffice to inform the jury of the category of the testimony stricken.  To that end, the parties suggest the following instruction, subject to the Court's approval:  "The portion of Dr. Bloch's testimony regarding the indirect dependency of packages and classes in the Java Language Specification has been stricken and should be disregarded."

Dated: May 15, 2016                                   KEKER & VAN NEST LLP

                                              By:    /s/ Robert A. Van Nest
                                                     ROBERT A. VAN NEST

                                                     Attorneys for Defendant
                                                     GOOGLE INC.

Dated: May 15, 2016                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              By:    /s/ Annette L. Hurst
                                                     ANNETTE L. HURST

                                                     Attorneys for Plaintiff
                                                     ORACLE AMERICA, INC.

**ATTESTATION OF CONCURRENCE**

I, Robert Van Nest, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Portions of Dr. Bloch's Testimony, hereby attest that Annette L. Hurst concurs in this filing.

Dated: May 15, 2016

By:   /s/ *Robert A. Van Nest*
      ROBERT A. VAN NEST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

By: _____
    HON. WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE