| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN # 121570 |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST # 148738 |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY # 209218 |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street |
| 5 | San Francisco, California 94105-2669 |
|   | Tel:   (415) 773-5700 |
| 6 | Fax:  (415) 773-5759 |
| 7 | PETER A. BICKS (*pro hac* vice) |
|   | pbicks@orrick.com |
| 8 | LISA T. SIMPSON (*pro hac* vice) |
|   | lsimpson@orrick.com |
| 9 | 51 West 52nd Street |
|   | New York, New York 10019-6142 |
| 10 | Tel:   (212) 506-5000 |
|   | Fax:  (212) 506-5151 |
| 11 | |
|   | ORACLE CORPORATION |
| 12 | DORIAN DALEY # 129049 |
|   | dorian.daley@oracle.com |
| 13 | DEBORAH K. MILLER # 95527 |
|   | deborah.miller@oracle.com |
| 14 | MATTHEW M. SARBORARIA # 211600 |
|   | matthew.sarboraria@oracle.com |
| 15 | RUCHIKA AGRAWAL # 246058 |
|   | ruchika.agrawal@oracle.com |
| 16 | 500 Oracle Parkway |
|   | Redwood City, California 94065 |
| 17 | Tel:   (650) 506-5200 |
|   | Fax:  (650) 506-7117 |
| 18 | |
|   | *Attorneys for Plaintiff* |
| 19 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 23 | ORACLE AMERICA, INC. | Case No. 3:10-cv-10-03561 WHA |
| 24 | Plaintiff, | **NOTICE OF APPEARANCE BY** |
|   | v. | **GEOFFREY G. MOSS** |
| 25 | | |
| 26 | GOOGLE INC. | |
|   | Defendant. | |
| 27 | | |
| 28 | | |

NOTICE OF APPEARANCE BY GEOFFREY G. MOSS
CASE NO. CV 10-03561 WHA

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of attorney Geoffrey G. Moss
3  (gmoss@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 777 S. Figueroa St. #
4  3200, Los Angeles, CA 90017, as additional counsel of record in this action for Plaintiff Oracle
5  America, Inc.

7  Dated: May 15, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Geoffrey G. Moss*
GEOFFREY G. MOSS
(SBN 258827)
ORRICK, HERRINGTON & SUTCLIFFE LLP
gmoss@orrick.com
777 S. Figueroa St. # 3200
Los Angeles, CA
Tel.: (213) 626-2020
Fax: (213) 612-2499

Attorneys for Plaintiff
ORACLE AMERICA, INC.