| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:     (415) 773-5700/Fax:   (415) 773-5759<br><br>PETER A. BICKS (*pro hac vice* pending)<br>pbicks@orrick.com<br>LISA T. SIMPSON (*pro hac vice* pending)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:     (212) 506-5000/Fax:   (212) 506-5151<br><br>ORACLE CORPORATION<br>DORIAN DALEY # 129049<br>dorian.daley@oracle.com<br>DEBORAH K. MILLER # 95527<br>deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA # 211600<br>matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL # 246058<br>ruchika.agrawal@oracle.com<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:    (650) 506-5200/Fax:   (650) 506-7117<br><br>Attorneys for Plaintiff<br>ORACLE AMERICA, INC. | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>DANIEL PURCELL - # 191424<br>dpurcell@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) 397-7188<br><br>KING & SPALDING  LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia  30309<br>Telephone:   (404) 572-4600<br>Facsimile:    (404) 572-5100<br><br>Attorneys For Defendant<br>GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>GOOGLE INC.,<br><br>                    Defendant. | Case No.  CV 10-03561 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FACTS AND DOCUMENTS RELATED TO GOOGLE'S USE OF DECLARING CODE FROM JAVA SE 5 IN ANDROID**<br><br>Trial Date:  May 9, 2016<br>Dept:         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

The parties have met and conferred and reached the following agreement regarding basic facts and documents related to Google's use of declaring code from the 37 Java API packages at issue in Android:

1. The exhibits to Mr. Robert Zeidman's January 8, 2016 Expert Report (some as revised on March 15, 2016) (Trial Exhibits 6698-6712) will be made a part of the record. These exhibits will not be admitted into evidence, will not be displayed or otherwise shown to the jury, will not be provided to the jurors, and will not be sent into the jury room for deliberations.

2. Neither party will discuss in the presence of the jury the contents of Trial Exhibits 6698-6712, subject to paragraph (7).

3. Trial Exhibits 623 and 9100-9111 are admitted in evidence.

4. The parties agree the Court should read the following statement to the jury:

Mr. Robert Zeidman was retained by Oracle to perform a source code comparison. The parties have agreed that Mr. Zeidman shall not testify live in the case. Mr. Zeidman performed a comparison of the source code from the Java SE 5 platform and various versions of the Android platform. He determined that Google used the following numbers of declaring code statements from the 37 Java API packages in Android:

- Android Gingerbread (API Level 9) – 11,578 declaring code statements
- Android Gingerbread (API Level 10) – 11,578 declaring code statements
- Android Honeycomb (API Level 11) – 11,578 declaring code statements
- Android Honeycomb (API Level 12) – 11,578 declaring code statements
- Android Honeycomb (API Level 13) – 11,578 declaring code statements
- Android Ice Cream Sandwich (API Level 14) – 11,432 declaring code statements
- Android Ice Cream Sandwich (API Level 15) – 11,432 declaring code statements
- Android Jelly Bean (API Level 16) – 11,433 declaring code statements
- Android Jelly Bean (API Level 17) – 11,434 declaring code statements
- Android Jelly Bean (API Level 18) – 11,460 declaring code statements
- Android KitKat (API Level 19) – 11,470 declaring code statements
- Android KitKat (API Level 20) – 11,471 declaring code statements
- Android Lollipop (API Level 21) – 11,475 declaring code statements
- Android Lollipop (API Level 22) – 11,475 declaring code statements

- Android Marshmallow (API Level 23) – 11,457 declaring code statements

5. The jury shall be shown the demonstrative attached as **Exhibit A** while the Court reads the statement in Paragraph (4). The demonstrative itself shall not be admitted into evidence and shall not be given to the jury, though the numbers of declaring code statements read to the jury in Paragraph (4) are evidence.

6. The parties' other experts may rely upon Trial Exhibits 6698-6712 and this stipulation to the extent they could have done so if Mr. Zeidman had testified live.

7. The parties may state the number of declaring code statements set forth in Paragraph (4) at other points of the trial.

8. Neither party will call Mr. Zeidman to testify at trial.

Dated: May 16, 2016                    KEKER & VAN NEST LLP

                                       By:  /s/ Robert A. Van Nest
                                            ROBERT A. VAN NEST

                                            Attorneys for Defendant
                                            GOOGLE INC.

Dated: May 16, 2016                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                       By:  /s/ Annette L. Hurst
                                            ANNETTE L. HURST

                                            Attorneys for Plaintiff
                                            ORACLE AMERICA, INC.

**ATTESTATION OF CONCURRENCE**

I, Annette L. Hurst, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Facts and Documents Related to Google's Use of Declaring Code from Java SE 5 in Android, hereby attest that Robert A. Van Nest concurs in this filing.

Dated: May 16, 2016

By: */s/ Annette L. Hurst*
    ANNETTE L. HURST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

By: _____
    HON. WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE