# Summary of Java SE 5 Declaring Code Google Used in Android

| | API VERSION | # OF DECLARING CODE STATEMENTS USED |
|---|---|---|
| Gingerbread | 9 | 11,578 |
| | 10 | 11,578 |
| Honeycomb | 11 | 11,578 |
| | 12 | 11,578 |
| | 13 | 11,578 |
| Ice Cream Sandwich | 14 | 11,432 |
| | 15 | 11,432 |
| Jelly Bean | 16 | 11,433 |
| | 17 | 11,434 |
| | 18 | 11,460 |
| KitKat | 19 | 11,470 |
| | 20 | 11,471 |
| Lollipop | 21 | 11,475 |
| | 22 | 11,475 |
| Marshmallow | 23 | 11,457 |