# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

| | | |
|---|---|---|
| Judge: | William Alsup | Time in Court: 5 hrs. 26 min. |
| Date: | May 16, 2016 | |
| Case No. | 3:10-cv-03561-WHA | |

**Oracle America, Inc.**          v.          **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Bruce Baber; Christa Anderson; Ed Bailey; Daniel Purcell; Matthias Kamber; Eugene Paige; Michael Kwun; Reid Mullen; Maya Karwande; Steven Ragland; Catherine Locavera (Corp Rep)

Deputy Clerk: Angella Meuleman

Reporter: Pam Batalo; Kathryn Sullivan

## PROCEEDINGS

REASON FOR HEARING:   Further Jury Trial - HELD

RESULT OF HEARING:    Witnesses called.

CONTINUED TO: **May 17, 2016 at 7:30 am** for Further Jury Trial.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA          **Oracle America, Inc v. Google Inc.**

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Bruce Baber; Ed Bailey; Daniel Purcell; Michael Kwun; Reid Mullen; Eugene Paige; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 16, 2016 | Pam Batalo; Kathryn Sullivan | Angella Meuleman |
| **FURTHER TRIAL DATE:** | | |
| May 17 , 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:25 | | | Court in session. Outside the presence of the jury - Court and counsel discussed preliminary matters. | |
| | 7792 | | X | | Demonstrative drawing by Dan Bornstein. | |
| 26 | | | X | X | Email from D. Bornstein to cjd@google.com, ahaberlach@google.com, and revewlog9@google.com re A Medium-size Code Review | |
| | | 8:00 | | | Jury present.  Handout read aloud by the Court regarding Java platform given to the jury and collected back. | |
| | | 8:07 | | | Defense counsel, Robert Van Nest, presents summary of evidence statement. | |
| | | 8:14 | | | Plaintiffs' counsel, Peter Bicks, presents summary of evidence statement. | |

2

|  |  |  |  |  | |  |
|--|--|--|--|--|--|--|
|  |  | 8:21 |  |  | Defendant's witness, **Dan Bornstein**, on witness stand. Re-direct examination by Christa Anderson. |  |
|  | 9139 |  | X | X | Email from Dan Bornstein to Ihab Awad re Classpath exception stuff... |  |
|  |  |  |  |  | Witness shown exhibit 415 (previously admitted). |  |
|  |  | 8:39 |  |  | Sidebar. |  |
|  |  | 8:42 |  |  | Re-cross examination of witness by Annette Hurst. |  |
|  |  | 8:46 |  |  | Witness excused and discharged. |  |
|  |  | 8:47 |  |  | Reid Mullen reads a Stipulation aloud to the jury and is submitted as evidence into the record. |  |
|  |  | 8:48 |  |  | Defendant's witness, **Henrik Stahl, by video**. Deposition testimony taken 1/14/2016. Dan Purcell provides introduction. |  |
|  | 7362; 7381; 7383; 7389 |  | X X X X | X X X X | Email from Henrik Stahl to Nandini Ramani and George Saab. Email from Henrik Stahl to Amit Zavery, et al Oracle Presentation: Java Strategy Proposal Email from Henrik Stahl to Hasan Rizvi, et al |  |
|  |  | 9:07 |  |  | Defendant's witness, **Hasan Rizvi, by video.** Deposition testimony taken 7/28/2007. Dan Purcell provides introduction. |  |
|  | 2199; 2223 |  | X X | X X | PowerPoint; Author: SUN; Title: OneJava Market Landscape Discussion. PowerPoint; Author: Oracle; Title: Project Javelin, Strategy and Milestones |  |
|  |  | 9:15 |  |  | Jury at Recess. Housekeeping matters discussed outside the presence of the jury. |  |
|  |  | 9:16 |  |  | Recess. |  |
|  |  | 9:30 |  |  | Resumed; Jury present. |  |
|  |  | 9:33 |  |  | Defendant's witness, **Craig Gering, by video**. Deposition testimony taken 7/20/2011. Dan Purcell provides introduction. |  |
|  | 2052 |  | X | X | PowerPoint; date 3/19/09; Author: Craig Gering, SR Dir. Mobile & Embedded, SUN Title: Java in Wireless Business Review. |  |
|  |  | 9:40 |  |  | Read-in of additional deposition testimony by Ed Bailey. |  |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2053; 2061; 3508 | | X X X | X X X | Email dated 10/4/2006 from Lawrence Rau to Craig Gering. Email dated 1/21/2009 from Craig Gering to Vineet Gupta. Email from Nachi Periakaruppan to Craig Gering re meeting this week moved. | |
| | | 9:53 | | | Defendant's witness, **Terrance Barr, by video.** Deposition testimony taken 12/09/2015. Reid Mullen provides introduction. | |
| | 7459.1 7460.1 7234 | | X X X | X X X | Soooo, What About Google Android and phone ME? Terrance Barr Blog. Poll: Which GTK Device Should We Port phoneME Advance to: Terrance Barr Blog Email from Barr to Williams re: Dalvik | |
| | | 10:07 | X | X | Two Requests for Admission responses read into the record by Reid Mullen, admitted into evidence. | |
| | | 10:10 | | | Defendant's witness, **Owen Astrachan,** approaches the witness stand and sworn for testimony. Direct examination by Eugene Paige. | |
| | 7642.1 | | X | X | CV for Owen Astrachan. | |
| | | | | | Witness shown and provides demonstrative explanation re: exhibit 43.1, previously admitted. | |
| | | 11:15 | | | Jury at Recess. Matters re: direct and cross-examination of deposition testimony discussed outside the presence of the jury. | |
| | | 11:23 | | | Court in Recess. | |
| | | 11:37 | | | Resumed; Jury present. Jury given admonition by the Court re: qualification to the term transformativeness. | |
| | | 11:38 | | | Direct examination of witness continues. | |
| | 7793 | | X | X | Demonstrative exhibit of witness. | |
| | | 11:40 | | | Cross-examination of witness by Annette Hurst. | |
| | | | | | Video clip of deposition testimony of Owen Astrachan played. | |
| 5338 | | | X | X | ACM Code of Ethics and Professional Conduct. | |
| | | 12:14 | | | Re-direct examination of witness by Eugene Paige. | |
| | | 12:16 | | | Re-cross examination of witness by Annette Hurst. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 12:17 | | | Witness excused. | |
| | | 12:17 | | | Defense RESTS. | |
| 5868; 7368; 7237; 7239; 2036 | 573; 2009; 2010; 2019; 2021; 2237; 2564 | | X | X | Exhibits stipulated to between the parties. | |
| | | 12:22 | | | Plaintiff's witness, **Safra Catz,** approaches the witness stand and sworn for testimony. Direct examination by Annette Hurst. | |
| 6972 | | | X | | Oracle.com - Press Release: Oracle buys Sun. | |
| 2362 | | | X | X | Email chain from Larry Ellison to Jonathan Schwartz re: btw. Jury instructed by the Court that exhibit is limited to factually show communication existed by Sun prior to the acquisition. | |
| 5295 | | | X | | Oracle/Sun reply re document titled "Questions and comments on the SECOND draft Form CO of 24 July 2009." | |
| 464 | | | X | X | Certificate of Registration, Java 2 Standard Edition 1.4 | |
| 475 | | | X | X | Certificate of Registration, Java 2 Standard Edition, Version 5.0 | |
| | | 12:55 | | | Jury recessed. | |
| | | 12:56 | | | Rule 50 and procedural history matters discussed outside the presence of the jury. | |
| | | 1:00 | | | Court in recess. | |