United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

       Plaintiff,

  v.

GOOGLE INC.,

       Defendant.

                  /

No. C 10-03561 WHA

**NOTICE RE TRIAL TIME**

     Oracle has used 689 minutes and Google 673 minutes as of one o'clock on Tuesday, May 17.

Dated:  May 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE