UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

| | | |
|---|---|---|
| Judge: | William Alsup | Time in Court: 5 hrs. 25 min. |
| Date: | May 17, 2016 | |
| Case No. | 3:10-cv-03561-WHA | |

**Oracle America, Inc.**            v.            **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; Alyssa Caridis; George Saab
(Corp Rep)

**Defense Counsel**
Robert Van Nest; Bruce Baber;
Christa Anderson; Ed Bailey; Daniel
Purcell; Matthias Kamber; Eugene
Paige; Michael Kwun; Reid Mullen;
Maya Karwande; Steven Ragland;
Catherine Locavera (Corp Rep)

Deputy Clerk: Angella Meuleman

Reporter: Pam Batalo; Kathryn Sullivan

## PROCEEDINGS

REASON FOR HEARING:    Further Jury Trial - HELD

RESULT OF HEARING:    Witnesses called.

CONTINUED TO: **May 18, 2016 at 7:30 am** for Further Jury Trial.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA        **Oracle America, Inc v. Google Inc.**

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; Alyssa Caridis; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Bruce Baber; Ed Bailey; Daniel Purcell; Michael Kwun; Reid Mullen; Eugene Paige; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 17, 2016 | Pam Batalo; Kathryn Sullivan | Angella Meuleman |
| **FURTHER TRIAL DATE:** | | |
| May 18, 2016 | | |

| PLF NO. | DEF NO | DATE/ TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:20 | | | Court in session. Outside the presence of the jury - Court and counsel discussed expert testimony matters.  Offers of proof presented. | |
| | | 8:00 | | | Jury present.  Plaintiff's witness, **Safra Catz,** testimony continues.  Direct examination by Annette Hurst. | |
| 5961 | | | X | | Email from I. Guner to C. Safra re FY11 Budget Template Embedded attaching multiple attachments to include Oracle PowerPoint presentation entitled "Embedded - Oracle & Sun: FY11 Budget Review." | |
| | | 8:20 | | | Cross-examination of witness by Christa Anderson. | |
| | 971 | | X | X | Sun Microsystems, Inc. Form 10-K for the fiscal year ended June 30, 2009. | |
| | 2044 | | X | X | Email dated June 25, 2009 from Thomas Kurian to Douglas Kehring, et al. (previously admitted on 5/13/2016) | |

2

|  | 7406 |  | X | X | Email from Kurian, T. to Ellison, L., et al re: For your meeting with Eric Schmidt. |  |
|---|---|---|---|---|---|---|
|  | 1074 |  | X | X | Email chain from Safra Catz to dorian.daley@oracle.com with limitation. |  |
|  |  |  |  |  | Witness shown exhibit 2362, previously admitted. |  |
|  | 2041 |  | X | X | Form: DEFA14A Sun Microsystems Inc. ELLISON Dep. (previously admitted on 5/13/16). |  |
|  |  | 8:45 |  |  | Re-direct examination by Annette Hurst. |  |
|  |  | 8:50 |  |  | Plaintiff's witness, **Edward Screven,** approaches the witness stand and is sworn for testimony. Direct examination by Annette Hurst. |  |
| 610.1 |  |  | X | X | Java 2 Platform Standard Edition Development Kit 5.0 Specification (license.html) |  |
|  |  |  |  |  | Witness shown exhibit 2347, previously admitted. |  |
|  |  | 9:25 |  |  | Jury and court in recess. |  |
|  |  | 9:40 |  |  | Resumed; Jury present. Cross-examination of witness by Dan Purcell. |  |
|  |  |  |  |  | Witness shown exhibit 2036, previously admitted. |  |
|  |  |  |  |  | Witness shown exhibit 2237, previously admitted. |  |
|  |  | 10:08 |  |  | Re-direct examination of witness by Annette Hurst. |  |
|  |  | 10:11 |  |  | Witness excused. |  |
| 9223 |  | 10:15 | X | X | Plaintiff's witness, **Mark Reinhold,** approaches the witness stand. Stipulation re: fair use entered into the record and read aloud to the jury by the Court. |  |
|  |  | 10:20 |  |  | Witness is sworn for testimony. Direct examination by Lisa Simpson. |  |
| 9224 |  |  | X |  | Demonstrative slides. |  |
| 1028 |  |  | X | X | Poster: "The Java Class Libraries, Java 2 Platform, SE 5.0" |  |
|  |  |  |  |  | Witness shown exhibits 984 and 9223, already admitted. |  |
|  |  | 10:40 |  |  | Cross-examination of witness by Dan Purcell. |  |
|  | 7495 |  | X | X | Email from Paul Hohensee to Brian Goetz re: Java SE Mobile Profile |  |

3

|  |  |  |  |  | |  |
|---|---|---|---|---|---|---|
|  |  | 11:13 |  |  | Re-direct examination of witness by Lisa Simpson. |  |
|  |  | 11:14 |  |  | Witness excused. |  |
|  |  |  |  |  | Joint Stipulation Regarding Facts and Documents Related to Google's Use of Declaring Code from Java SE 5 in Android read aloud to the jury by the Court. |  |
|  |  | 11:20 |  |  | Jury in recess. Exhibits and expert testimony matters discussed outside the presence of the jury. |  |
|  |  | 11:35 |  |  | Court in recess. |  |
|  |  | 11:45 |  |  | Resumed; jury present. Video clip of sworn deposition testimony of **Urs Holzle** played. Introduction by Christy Von Der Ahe. |  |
|  |  | 11:50 |  |  | Video clip of sworn deposition testimony of **Reto Meier** played**.** Introduction by Christy Von Der Ahe. |  |
|  |  | 11:50 |  |  | Video clip of sworn deposition testimony of **Anwar Ghuloum** played**.** Introduction by Christy Von Der Ahe. |  |
|  |  | 11:55 |  |  | Plaintiff's witness, **Douglas Schmidt,** approaches the witness stand and is sworn for testimony. Direct examination of witness by Annette Hurst. |  |
| 6571 |  |  | X | X | Appendix A, "Curricula Vitae of Douglas C. Schmidt" from Expert Report of Professor Douglas C. Schmidt, PhD., dated 1/8/2016. |  |
|  |  |  |  |  | Witness shown exhibit 1028, previously admitted. Illustrative diagrams shown and provided by witness. |  |
|  |  |  |  |  | Witness shown demonstratives, T-Mobile Sidekick and HTC |  |
|  |  | 12:41 |  |  | Cross-examination of witness by Matthias Kamber. |  |
|  | 5332 |  | X |  | Exhibit A - Declarations in Classes Listed on TX1062 which are subject to a Technical Constraint Imposed by the Java Language Specification. |  |
|  |  | 1:00 |  |  | Jury excused. Matters discussed outside the presence of the jury. |  |
|  |  | 1:10 |  |  | Court in recess. |  |