KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ROLLING LIST OF WITNESSES**<br><br>Trial Date:  May 9, 2016<br>Dept:     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

Pursuant to the Court's Order regarding rolling lists of witnesses (ECF 851), Google Inc.
hereby files and serves its current list of anticipated next four trial witnesses.

1.      Owen Astrachan

2.      Anwar Ghuloum

3.      Gregory Leonard

4.      Geir Magnusson

Dated:  May 17, 2016                              KEKER & VAN NEST LLP


                                        By:    s/ Robert A. Van Nest
                                               ROBERT A. VAN NEST
                                               CHRISTA M. ANDERSON
                                               DANIEL PURCELL

                                               Attorneys for Defendant
                                               GOOGLE INC.

GOOGLE INC.'S ROLLING LIST OF WITNESSES
Case No.  3:10-cv-03561 WHA

1060877.01