ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF MATTHEW L. BUSH IN SUPPORT OF ORACLE'S RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Bush Decl. ISO Oracle's Rule 50(a) Motion for
Judgment as a Matter of Law
CV 10-03561 WHA

I, Matthew L. Bush, declare and state as follows:

1. I am a member of the bar of the State of New York, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Rule 50(a) Motion made at the close of Google's case in chief.

3. Attached hereto as Exhibit A is a true and correct copy of TX 5183, which has been admitted into evidence.

4. Attached hereto as Exhibit B is a true and correct copy of TX 1061, which has been admitted into evidence.

5. Attached hereto as Exhibit C is a true and correct copy of TX 951, which has been admitted into evidence.

6. Attached hereto as Exhibit D is a true and correct copy of TX 3211, which has been admitted into evidence.

7. Attached hereto as Exhibit E is a true and correct copy of TX 1004, which has been admitted into evidence.

8. Attached hereto as Exhibit F is a true and correct copy of TX 21, which has been admitted into evidence.

9. Attached hereto as Exhibit G is a true and correct copy of TX 5109, which has been admitted into evidence.

10. Attached hereto as Exhibit H is a true and correct copy of TX 13, which has been admitted into evidence.

11. Attached hereto as Exhibit I is a true and correct copy of TX 158, which has been admitted into evidence.

12. Attached hereto as Exhibit J is a true and correct copy of TX 18, which has been admitted into evidence.

1  13. Attached hereto as Exhibit K is a true and correct copy of TX 1, which has been
2  admitted into evidence.
3  14. Attached hereto as Exhibit L is a true and correct copy of TX 435, which has been
4  admitted into evidence.
5  15. Attached hereto as Exhibit M is a true and correct copy of TX 215, which has been
6  admitted into evidence.
7  16. Attached hereto as Exhibit N is a true and correct copy of TX 7, which has been
8  admitted into evidence.
9  17. Attached hereto as Exhibit O is a true and correct copy of TX 29, which has been
10 admitted into evidence.
11 18. Attached hereto as Exhibit P is a true and correct copy of TX 10, which has been
12 admitted into evidence.
13 19. Attached hereto as Exhibit Q is a true and correct copy of TX 624, which has been
14 admitted into evidence.
15 20. Attached hereto as Exhibit R is a true and correct copy of TX 877, which has been
16 admitted into evidence.
17 21. Attached hereto as Exhibit S is a true and correct copy of TX 205, which has been
18 admitted into evidence.
19 22. Attached hereto as Exhibit T is a true and correct copy of TX 14, which has been
20 admitted into evidence.
21 23. Attached hereto as Exhibit U is a true and correct copy of TX 3466, which has
22 been admitted into evidence.
23 24. Attached hereto as Exhibit V is a true and correct copy of TX 9191, which has
24 been admitted into evidence.
25 25. Attached hereto as Exhibit W is a true and correct copy of TX 5338, which has
26 been admitted into evidence.
27 26. Attached hereto as Exhibit X is a true and correct copy of the relevant portions of
28 the deposition testimony of Terence Barr, which was presented at trial, Trial Transcript 1203:3-

1  13, marked as Trial Exhibit 7805.

2  27. Attached hereto as Exhibit Y is a true and correct copy of the relevant portions of
3  the deposition testimony of Craig Gering, which was presented at trial, Trial Transcript 1190:4-
4  16, marked as Trial Exhibit 7806.

5  28. Attached hereto as Exhibit Z is a true and correct copy of TX 405, which has been
6  admitted into evidence.

7  29. Attached hereto as Exhibit AA is a true and correct copy of TX 358, which has
8  been admitted into evidence.

9  30. Attached hereto as Exhibit BB is a true and correct copy of TX 9223, which has
10  been admitted into evidence.

11  31. I declare under penalty of perjury under the laws of the United States that the
12  foregoing is true and correct.

14  Executed this 17th day of May, 2016, at San Francisco, CA.

16  */s/ Matthew L. Bush*
17  Matthew L. Bush

- 3 -

BUSH DECL. ISO ORACLE'S RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW
CV 10-03561 WHA