**Bush Declaration Ex. A**

# TX 5183



# Android

OC Quarterly Review – Q1 2009

Andy Rubin, Hiroshi Lockheimer, Patrick Brady, Erick Tseng, Jennie Ebbitt, Michael Morrissey, Eric Chu, Danielle Romain, Marc Vanlerberghe

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT  5183**

CASE NO. 10-03561 WHA

DATE ENTERED _____

BY _____
DEPUTY CLERK

Google Confidential and Proprietary

## Summary



- Budget actuals lower than plan
- Deployments exceeding plan
  - 7 countries
  - 13 languages
  - 19 design wins!
- Marketshare at 6% of mobile browsing
  - Ahead of Blackberry, Palm
  - Roughly equal to Windows, Symbian
- Search RPM is $22.70
  - Usage of search widget key contributor
- Three prong strategy working
  - Organic, Unbundled and Google Experience: All have customer traction
- Pain points: Scaling, hiring, UI, ecosystem

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOGLE-01-00136052

# Health Check





Subscribers

7 day active

Search Queries

ANRs per day

Battery life improvements

Check-ins over time

Developers

Paid Apps

Headcount

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136053

## OKRs



'09 Focus is on scale

- 20M Android-powered devices by EY09

Q1 '09

- Cupcake release launched
- Significant latency and battery life improvements
- Improvements to UI (polish)
- Improvements to camera/video
- Photos mirrored
- Launch new device

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136054



# Product Update (Erick Tseng)

## 1 Million Devices Sold in First 4 Months



**Devices checking in within last N days**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136055

# 92% of Android 7-Day Actives Use Gmail





## Other Apps

- Maps: 80%
- Marketplace: 68%
- YouTube: 61%
- StreetView: 11%

¹ Source: Android Dashboard (3/16/2009), https://dash/mobile/generic_product_overview.php?
daterange=99999&pagename=android&showEventsTable=false

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136056

# Search + Android = Huge



**Unique search users**



**Search queries**



- **Nearly 100%** of our users have searched in the last 30 days
- **43% of our users** have searched in the last 7 days

- **Speed matters**: 70% of all searches are initiated from Android search framework, rather than google.com website

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136057

# Mobile Browser Share





Mobile Browsing Share by Platform[1]

- iPhone
- Android
- Java ME
- Symbian
- Windows Mobile
- Other (Palm, Blackberry, BREW)

[1] Source: Net Applications Q4 2008 Mobile OS Market Share report.
URL: http://marketshare.hitslink.com/mobile-phones.aspx?qprid=55

- Android reached 6% mobile browsing share **4 months** after launch

- Symbian reached the same milestone in **10 years**

- AdMob processed **48M ad requests** in February, the first  month they launched Android ads

- In comparison, AdMob processed 50M ad requests the first month it launched iPhone ads last August

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136058

Trial Exhibit 5183, Page 8 of 97

# Product Roadmap (1/2)



- Cupcake (Q2 2009)
  - On-screen QWERTY keyboard
  - Video record and playback
  - YouTube uploads and "My Account"
  - Picasa Upload
  - Improved camera
  - Homescreen widgets
  - Stereo Bluetooth/A2DP
  - Browser Omnibox
  - Pervasive IM presence
  - New in-call keypad/timeout UI
  - Improved battery life
  - Framework refresh







HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136059



# Product Roadmap (2/2)

- **Donutburger (Q3 2009)**
  - Phone top "universal" search
  - Gesture shortcuts
  - Camera/Photos update
  - Enterprise features: VPN, IPSec
  - Backup settings and bookmarks to the cloud
  - Market update: 3rd party billing, "Share this app"
  - Integrate V8 engine in browser
  - Text to speech engine
  - App Fuel Gauge: for better battery mgmt
  - Live Wallpaper
  - DPI support
  - CDMA
- **Eclair (Q4 2009)**
  - All new user interface
  - Vector Maps with turn-by-turn directions
  - Augmented reality navigation
  - ActiveSync/Exchange support
  - Calendar update (view/add attendees)
  - Support for multiple accounts
  - Unveil: image recognition and OCR
  - Flash 10



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-01-00136060



# Product Challenges

- Scaling to meet usage goals: 20M users by end of 2009
- Continuing to innovate killer apps
- Multiple product configurations
- Fragmentation
- iPhone: 72 countries, 3.0 Firmware
- Market: quantity (2K apps vs. iPhone's 25K apps) and quality
- Innovating a next generation UI



Worldwide smartphone market share (Q4 2008)

Other, 1%
Android, 2%
Linux, 4%
Apple, 12%
Microsoft, 14%
Symbian, 48%
RIM, 20%

Source: Canalys, smartphone analysis, Q4 2008

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136061



# Engineering Update (Hiroshi Lockheimer)

## Dissecting the roadmap: Deployment vs. Innovation

| '09 Releases | Deployment | Innovation |
|---|---|---|
| *Cupcake (April)* | - Touch-only form-factor (Voda, DoCoMo, T-Mobile US)<br>- Perf (updated WebKit), battery life<br>- UI refresh | - Bluetooth stereo headset<br>- Video record (and playback), including YT upload<br>- Picasa integration<br>- Home screen gadgets |
| *Donutburger (July)* | - DPI support (WVGA, QVGA, new form-factors)<br>- CDMA plumbing<br>- Perf (V8?), battery life (new sync protocol) | - Universal Search<br>- Gesture shortcuts<br>- Cloud backup (settings, bookmarks)<br>- Active wallpapers<br>- TTS |
| *Eclair (October)* | - Holiday '09 Google Experience Devices (Verizon, TMUS)<br>- HW accelerated graphics, 3D | - Next generation UI |

## Deployment vs. Innovation = Platform vs. Product
## (balancing Google's needs and ecosystem requests)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136062



# Engineering Update (cont'd)

## Organization
- Before: ~70 direct reports
- Now: ~20 direct reports, 9 teams
- Focus on: scale, communication, accountability

## Challenges
- Deployment vs. Innovation, Platform vs. Product
- Dates, dates, dates
  - ○ Upfront release planning
  - ○ Parallel development
- Hiring (*filling* reqs, not reqs)
  - ○ Bringing core innovation back in house (app, UI developers)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136063

# Android Services (Michael Morrissey)



*Not a single service, but a collection of 7 services which rely on caribou, doozer, focus, buzz, youtube, checkout, kansas, gaia, megastore, blobstore, st, zipit, goops, chubby/svelte, cart, crash2, cdd...and all the services they rely on*

## Footprint
- Frontends in 4 DCs (Oregon, Atlanta, East, Belgium)
- Backends in 3 DCs (Iowa, Atlanta, East)
- Need to expand into Europe & Asia to match deployments
- Projected resource spend for 2009: $586K

## Scalability issues
- Must greatly improve FE machine utilization
  - Only 20k connections/machine at present
  - Bin-packing with Buzz to increase capacity
- Move FE machines out of CLIBs where machines are scarce

## Challenges
- Dependency management for other Google services
- Handling carrier networking issues
- Hiring -- particularly for Market

# Android P&L



| amounts shown in $ millions | | Q3 | | Q4 | FY 2008 | Annual Plan | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Q1 | Q2 | Q3 | | Q4 | FY 2009 |
| Gross Revenue | $ | 0.0 | $ | 0.7 | $ 0.7 | $ 2.4 | $ 2.2 | $ 3.6 | $ 5.1 | $ | 13.3 |
| TAC | | 0.0 | | 0.2 | 0.2 | 0.5 | 0.5 | 0.8 | 1.2 | | 2.9 |
| **Net Revenue** | **$** | **0.0** | **$** | **0.5** | **$ 0.5** | **$ 1.9** | **$ 1.7** | **$ 2.8** | **$ 3.9** | **$** | **10.4** |
| Net Margin | | N/A | | 73% | 73% | 81% | 78% | 77% | 77% | | 78% |
| Q-O-Q Growth | | | | | | 252% | -8% | 61% | 40% | | |
| Operations | | 0.1 | | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | | 0.3 |
| Other COS | | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 |
| **Gross Profit** | **$** | **(0.1)** | **$** | **0.4** | **$ 0.3** | **$ 1.8** | **$ 1.7** | **$ 2.7** | **$ 3.8** | **$** | **10.0** |
| Gross Margin | | N/A | | 59% | 46% | 77% | 74% | 75% | 76% | | 75% |
| **Direct Expenses** | | | | | | | | | | | |
| Sales | | 0.2 | | 0.3 | 0.9 | 0.5 | 0.5 | 0.5 | 0.5 | | 2.1 |
| Marketing | | 0.1 | | 12.1 | 12.3 | 13.0 | 7.8 | 7.8 | 7.8 | | 36.3 |
| PM | | 0.0 | | 0.0 | 0.0 | 0.3 | 0.3 | 0.3 | 0.3 | | 1.1 |
| Engineering | | 29.2 | | 18.4 | 86.3 | 17.5 | 15.6 | 13.1 | 13.3 | | 59.5 |
| G&A | | 0.3 | | 0.3 | 1.0 | 0.3 | 0.3 | 0.3 | 0.3 | | 1.1 |
| **Product Contribution** | **$** | **(29.9)** | **$** | **(30.5)** | **$ (100.3)** | **$ (29.7)** | **$ (22.8)** | **$ (19.3)** | **$ (18.4)** | **$** | **(90.1)** |
| Contribution Margin | | N/A | | -4,122% | -13,547% | -1,260% | -1,021% | -532% | -361% | | -678% |
| **Headcount** | | | | | | | | | | | |
| Sales | | | | | 6 | | | | | | 10 |
| Marketing | | | | | 0 | | | | | | 2 |
| PM | | | | | 3 | | | | | | 5 |
| Engineering (SWE, Test, Tech Writers, UX) | | | | | 109 | | | | | | 141 |

## Handset Volumes Drive Revenue Growth

- Goal: ship 20 million Android enabled handsets by year-end 2009
- Search widget and browser search box drive 80% of Android revenue (est. $10.6 million)
  - TAC rate 24 - 32%
- Organic revenue contributes an addition $2.7 million

## Carrier Adoption, Co-Branding

- Adding carriers in Japan and EMEA during first half 2009. China in late 2009
- Focus on developing partnerships with mass carriers (+50 million subscribers)
  - $10 million per co-branding deal, contingent upon data plan guarantees

Google Confidential and Proprietary

# Search Stats

Android and iPhone queries are similar in length.
(Android: 2.73 iPhone: 2.8)

Android users trigger spell correct *less* often that iPhone users.
(Android 10.54% iPhone 12.89%)

iPhone query categories and Android query categories are similar.
(Android users issue less sports queries than iPhone users, but issue more Online Communities queries).

Android users query more often than iPhone users per day.
(Android: 6.69 iPhone 5.44 avg queries per week)

Source: Maryam Kamvar: Search Log Analysis

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136066

# Theme: Monetization (Erick Tseng)





- Android RPM: $22.70
- iPhone RPM: $15.10



- Android CTR: 2.6%
- iPhone CTR: 2.2%

Feb 23 - Background color for ads is darkened to make ads more differentiated from search results

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136067

Trial Exhibit 5183, Page 17 of 97

# Theme: Scale (Jennie Ebbitt & Patrick Brady)



| **GOOGLE EXPERIENCE** | **Unbundled GMS + Android OS** | **Other key Android deals:** |
|---|---|---|

**GOOGLE EXPERIENCE**

- T-Mobile: Amendment negotiations underway
- Singtel/Optus: Completed
- Vodafone (5 Op Cos): Completed
- Docomo: DA negotiations underway
- Verizon: Term sheet negotiations underway
- CMCC: Working with CMCC OEMs
- China Unicom: Exploratory

**Unbundled GMS + Android OS**

- OEM pipeline
  - HTC
  - MOT
  - Dell
  - Samsung
  - SEMC
  - ASUS
  - LG
  - Lenovo
  - Acer
  - Quanta
  - Kyocera
  - Huawei
  - Sharp
  - Toshiba
  - Panasonic
  - NEC
  - Inventec
  - Foxconn
- Android Market for Operators:
  - Sprint
  - Rogers

**Other key Android deals:**

- Paypal for Android market
- AMDOCS for Carrier Billing
- SVOX: text to speech
- ASUS: Google device
- Android everywhere
  - Android for TV discussions w/ Ben
  - Android for netbook discussions w/ Sundar

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Theme: Scale (cont'd)



Represents current plans. Not all launches confirmed.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136069

# Theme: Scale (cont'd)



Represents current plans. Not all launches confirmed.



**T-Mobile US launch**
Q4 2008

**T-Mobile EU launch**
Q1 2009

**Vodafone launch**
Q2 2009

CMCC launch
Q2 2009

Rogers launch
Q2 2009

**Verizon launch**
Q3 / Q4 2009

**DoCoMo launch**
Q2 2009

Sprint launch
Q3 2009

TIM, Telefonica,
Orange
Q1 2009

**Google Experience**

Unbundled w/ GMS

MTN launch
Q1 / Q2 2009

**SingTel, Optus**
Q1 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136070

# Theme: Ecosystem (Eric Chu)



- **Marketplace Stats**
  - 2k SDK downloads per day with 13k 7-day active
  - 11k+ Developers with 2,700 apps; 1/3 paid apps
  - 43+ mil downloads with 85% users downloaded min. 1 app

- **What's working**
  - Android Market one of top 3 apps on phone
  - Android is one of top 3 platforms for developers

- **Key Challenges**
  - Paid apps download extremely low; 72k purchases so far
  - Billing cost too high for apps price point below $3.00
  - Difficult to operate, expand, & enhance service with current resource level
  - Short term difficulties in competing with iPhone for developer mindshare

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOGLE-01-00136071



# Theme: Ecosystem (cont'd)

- **OHA Status**
  - 47 Members - 9 carriers, 9 device manufacturers, 13 Semiconductor companies,10 software companies, & 6 commercialization companies
  - With the exception of Nokia, Apple, & RIM, everyone is investing in Android deployments

- **What's working**
  - Market relevance achieved
  - Many companies want Google + Android = Google Experience Devices

- **Key Challenges**
  - Need strong "stewardship" to remain agile while preventing fragmentation
  - Difficult to both move fast and involve partners in evolution of Android

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136072



# Theme: Marketing (Marc Vanlerberghe)

- ## Key Insights
  - When carriers commit serious marketing resources, sales follow. But the reverse is true as well.
  - Carriers want Android + Google experience.
  - Google's ability to generate sales leads is unmatched.

- ## What's working
  - 'with Google' branding as negotiation lever for better data plans.
  - Co-marketing $ creates leverage and buys influence in campaign strategy and execution.
  - Scaling of marketing approval process.

- ## Key Challenges
  - Lack of differentiation between GED and non-GED w/ GMS could lead to consumer confusion and carrier frustration.
  - Increased dependency on partners for direct-to-consumer marketing
  - Small marketing team handling increasing number of launches and partnerships.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOGLE-01-00136073

# Theme: Marketing (North America Launches)

## North America

### 1- T-Mobile G1: US Campaigns

Sustaining buzz and driving continued sales of the G1 in the US

- o Sales: **~1MM phones sold to date.**
- Glowing Reviews ATL campaign:
    - o Highlighting selected quotes from popular sources (Time, Vibe, GQ).
    - o Major continued investment from TMO-US, no additional $$ cost to Google.
    - o Mass media activities: TV, Billboards, Print
    - o TV: Feb' 25th - April 12th (plans to expand until July). 11 major US metros. 735MM impressions, 84.5% Reach.
    - o Online and POS will highlight some new Google Apps: Latitude, Search By Voice, My tracks
- MTV Cancun Spring Break co-branding. March 7th-27th
    - o Featured device on 'The Real World' show. (Airing in June)
    - o "G1 Terraza" where spring break students interact with the G1. 200 G1 giveaways for trend-makers.

### 2- Upcoming Launches and Partnerships

- T-Mobile US: Preparing to launch the **HTC Sapphire** in July. Announcement and pre-sales in mid-June.
    - o Google Experience Device.
    - o Hero device for Back to School window: Major marketing push and "with Google" branding,
- Rogers: Launching both Dream and Sapphire
    - o Launching both Dream and Sapphire in Q2
    - o Non Google Experience Devices
- Early ongagomonts with Motorola (Verizon device) and Sprint.

## T-Mobile G1: Glowing Reviews Campaign

**T-Mobile G1 commercial "Glowing Reviews"**



  

## T-Mobile G1: MTV Cancun Spring Break

 

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY