# Theme: Marketing (EMEA Launches)

## 1- EMEA Launch of the T-Mobile G1

Launched the T-Mobile G1 **in 6 EMEA markets** (30 Oct in UK, 29 Jan in DE-AT-CZ-NL, 23 Feb in PL).

- Sales: **~115k phones sold to date**
- T-Mobile marketing activities: ran ATL and BTL campaigns in all 6 markets. All campaigns are currently live.
- Google marketing activities:
    - Co-marketing funds: Committed **$10M** to support T-Mobile's ATL campaigns ($2M spent for UK in Q4 2008; $4.8M committed in Q1 2009. $3.2M to be spent in Q2 2009)
    - Ran promotions on local Google properties, including Google homepage, Gmail, Maps, and localized mobile google.com pages, and set up house ads. **Homepage impressions totalled over 1 Billion**
    - Supported the development of T-Mobile's advertising campaigns and messaging and trained T-Mobile sales and customer support teams on technical and marketing aspects of Android and Google products

## 2- Upcoming EMEA Launches

- Preparing to launch the **HTC Magic with Vodafone** in 5 largest EMEA markets (UK, ES, IT, FR, DE) in April. No Google co-marketing funds or promotions; 'with Google" branding contingent on data plans per market. Additional launches expected with Vodafone in 15 additional markets
- Preparing to launch the **HTC Dream with TIM, Telefonica, and Orange** (in IT, ES, FR) – and **HTC Magic with TIM in IT** – all in March/April timeframe. No Google co-marketing funds or promotions and no "with Google" branding.

## T-Mobile G1: Illustrative EMEA Campaigns



# Theme: Marketing (JAPAC Launches)

## 1- AU/SG Launch of HTC Dream with Optus/SingTel

Launched HTC Dream with Optus in AU on Feb. 5 anc with SingTel in Singapore on Feb. 21.

- Sales: **~3k phones sold to date (disappointing)**
- Only BTL campaigns, limited marketing investment.
- Optus Marketing activities:
  - Press event for 44 journalists/bloggers.
  - Most of the marketing activities focused on online banner ads, microsite, as well as in-retail posters.
- Google Marketing activities:
  - Training and demos at launch event
  - Review and approval of all collateral
  - Launch of mobile.google.xx sites in AU and SG
  - Launch of 'mobile tips' campaign to leverage Android buzz and build local story.

## 2- Upcoming JAPAC Launches

- Preparing to launch the **HTC Magic with NTT DoCoMo** at the end of May. Negotiating Google contribution of $5M in return for significant marketing commitment from NTT DoCoMo anc/or HTC.

- Not involved yet in any China opportunities (China Mobile, China Unicom), but we should ramp up efforts as soon as there is more clarity on launch schedules.



# Theme: Marketing (Commercials)

[Life's for Sharing](#) (T-Mobile UK)

[Guitar Hero](#) (T-Mobile UK)

[Glowing Reviews](#) (T-Mobile US)

[HTC Magic Intro](#) (Vodafone France-SFR) - First draft

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136077



# Key Insights (Andy)

- Overall strategy working
  - Marketshare looks good
  - Operator demand increasing
  - Committed deployments solid
- 1.0 lag
  - Single sourced (HTC) for 1.0
  - Other OEMs building now
  - Estimate a 6-9 month dry spell: Holiday '09 things pick up
- ~1.5 year window of opportunity
  - MSFT dormant, but not out
  - Symbian or LIMO will survive -- too early to tell which one
- Need ability to do direct marketing
  - For all Google experience devices, include a welcome message and direct-to-consumer opt-in option
  - Potentially offer consumers unlocked phones

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136078



# Pain Points

- Scaling the business
    - Can't launch every region
    - Prioritization is key - example: SingTel/Optus was a mistake
- Hiring
    - Filling reqs is slow and unpredictable
    - Need to hire in order to make our OKRs
- Innovation
    - Need to hire/acquire a UI team
    - Need more control over HW design
- Ecosystem health
    - Developers need a unified story
        - Don't fragment
    - GOAL: apps should run accross diverse products
    - Marketplace is a unifying service
- Payment systems
    - Checkout isn't a viable solution
        - Too slow, other priorities, legal issues

Google Confidential and Proprietary

# Asks



Google Confidential and Proprietary



END

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136081

# BACKUP



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136082



**HTC**

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136083

Trial Exhibit 5183, Page 33 of 97




MAGIC

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136084



HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136085






# HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136086

   

HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136087



HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136088

   

# HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136089













HERO-C

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136090



HERO-C

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136091



CLICK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136092













CLICK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136093



FIESTA

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136094













FIESTA

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136095



# Samsung

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136096



# Artemis: Design & CMF

## Stylish Android Touch QWERTY

### Design Concept

Refined Style

Optimized 4-line QWERTY keys

Differentiated CMF with
appealing patterns







Non Slip Silicon textured back
cover





Silicon Double Injection

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Caesar: Design & CMF

**SAMSUNG**

## Design Concept

Ergonomic human body

Lighting effect

Unique CMF (UV high-glossy)

Clean and simple lines









Lighting Effect (Green Light) & Ceramic Coating



Combined Metal & Plastics

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136098



# Galaxy A (InfoBowl): Design & CMF

**GEN Style
Emphasizing Google,
Ergonomic form**









HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY