

# Galaxy B (Poet): Design & CMF

Organic Style
Easy of Use
Ergonomic form











HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136100

Trial Exhibit 5183, Page 50 of 97



# Bigfoot A (Saturn): Design & CMF

Seamless & Clean look
Smooth rounded design
for comfortable grip
Youthful/ Fashionable







Easy to Use qwerty-keypad



Transparent High Glossy Material

Targeted to the fashionable Web generation with a
large Full-Touch LCD and Trackball navi-key



Tracking Ball Control Navi

SAMSUNG STRICTLY
HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-01-00136101

**SAMSUNG**

# Vins: Design & CMF

## Futuristic - Combination of softness and solid feel











Elegance & Ergonomic shape

*Ergonomic Curves*



Soft Touch Finish

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136102

# Sprint 2009 Android Product

**SAMSUNG**

## Instinct-Q
### ( '09.3Q )



# CDMA Android (Sprint)

- **3.2" HVGA AMOLED**
- **EVDO Rev.A, Dual Band(800, 1900)**
- **15.9mm Thickness w/ 1500mAh Battery**

# Operator Features

- **NFL, NASCAR, Sprint TV, Telenav GPS**
- **Active Sync**
- **FOTA (over DM)**



Vivid Color — High Contrast — Outstanding — Better Sunlight
Vivid Color — High Contrast — Luminescence — Readability

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136103



# T-Mobile / Global 2009 Android Product

## Houdini / Orion
### ('09.2Q/3Q )







## Stylish with extreme Display

- **115 x 56 x 11.9 mm**
- **Eco-friendly Vivid AMOLED LCD**
- **Tempered Glass**

## Rich Media Innovator

- **Best Browsing Experience**
- **Store a nice bit of Media files in 8GB Memory**
- **Enjoy online service constantly with 1500mAh Battery**
- **Stereo BT Headset**
- **Video recording**






**Vivid Color**   **High Contrast**   *Outstanding*   *Better Sunlight*
**Vivid Color**   **High Contrast** *Luminescence*   *Readability*

SAMSUNG STRICTLY

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00136104



# Global Android Product

## Spica
### ( '09.3Q )



# Compact stylish Design
- 3.0" WQVGA TFT LCD
- 12.9mm Thickness w/ 1500mAh Battery

# Enhanced UI & Features
- TouchWiz UI
- Touch Player
- Rich camera shots & effects
- DM FOTA
- Standard JAVA support
- Active Sync
- Support Operator's Customization

SAMSUNG STRICTLY

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136105

Trial Exhibit 5183, Page 55 of 97



# Global Android Product

## Naos
**( '09.3Q )**



# Easy Messaging
- **Full Touch & QWERTY keyboard**
- **Instant messenger & Consumer E-mail**

# Rich Media Innovator
- **Google Mobile Services**
- **Android Market**
- **Best Game controlling**
- **Enjoy online service constantly with**

**1500mAh** Battery

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136106



# Motorola

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136107







# Morrison

## Connect and share everywhere – from anywhere.

| | |
|---|---|
| Type | UMTS |
| Battery | 1400 mAh |
| Display | 3.1" HVGA Touch |
| Memory | 1GB internal + up to 32GB microSD |
| Data / Network | HSPA, Wifi, GPS |
| Connectivity | USB, Bluetooth 2.0, 3.5mm audio |
| Camera | 5MP AF |

Motorola
Confidential
March 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136108

# Motus
## New design.
## New experience.

| | |
|---|---|
| Type | UMTS |
| Battery | 1400 mAh |
| Display | 3.1" HVGA Touch |
| Memory | 1GB internal + up to 32GB microSD |
| Data / Network | HSPA, Wifi, GPS |
| Connectivity | USB, Bluetooth 2.0 3.5mm audio |
| Camera | 5MP AF |



Motorola Confidential
March 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-01-00136109

# Zeppelin

## Your connections.
## Your character.



| | |
|---|---|
| Type | UMTS |
| Battery | 1400 mAh |
| Display | 3.1" HVGA Touch |
| Memory | 1GB internal + up to 32GB microSD |
| Data / Network | HSPA, Wifi, GPS |
| Connectivity | USB, Bluetooth 2.0 3.5mm audio |
| Camera | 5MP AF |

Motorola
Confidential
March 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY                Oracle America v. Google, 3:10-cv-03561-WHA                GOOGLE-01-00136110

# Sholes CDMA

## Ultimate Hero Device:
## The Best QWERTY, In Best-in-Class Tablet Size

**Unrivalled Innovation Powered** by the 500Mhz OMAP3 processor, WVGA display and 3D graphics acceleration.

**Google Mobile Services and Experiences** delivered through Android Éclair enhancements and optimized applications.

**World's Best Mobile Internet Experience** enabled by Google's browser, Flash Lite, search and maps all on a huge high fidelity display.

**Best in Class Messaging** with an easy to use slide out QWERTY, MS exchange support and full SMS/MMS.

**Rich Application and Content Expandability** through OTA, PC Sync and the Android Marketplace.



### SPECIFICATIONS

- **QWERTY Touch Slider**
- **3.7" 16:9 WVGA Display, 480x854**
- **CDMA 800/1900; CDMA 1X / EV-DO Rev A**
- **5MP AF camera with dual-LED flash**
- **8GB Memory**
- **16GB and 32GB available**
- **Wifi 802.11 b/g**
- **aGPS & E-compass**
- **3 axis Accelerometer and Proximity Sensor**
- **USB 2.0 HS, Bluetooth 2.0 EDR**
- **3.5mm Headset**

Motorola Confidential Restricted

# Sholes CDMA CMF and Cobranding





Motorola Confidential Restricted

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY              Oracle America v. Google, 3:10-cv-03561-WHA              GOOGLE-01-00136112



# Sony Ericsson

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136113



Sensuous Black

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136114

Sony Ericsson



Rachael  Sensuous Black

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136115



Luster White

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136116



Sony Ericsson

Rachael Luster White

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136117

# Rachael basic specification

Tablet form factor
WVGA 4.0inch Display
Dimensions 119H x 63W x 12D (Max 13D)
Qualcomm Snapdragon 8250 1GHz clock
Capacitive full touch panel
8.1M AF camera
8GB microSD bundled(TBD)
384MB RAM/1GB ROM
Battery 1500mAh
3.5mm HP jack
SEPort: micro USB
RF variant: Triband UMTS+EDGE quad
A-GPS
BT 2.0
Wi-Fi 11b/g
Accelometer 6 axis
RTL color:TBD
MediaGo compatible as PC client

480 | Rachael WVGA4.0"
320 | G1 HVGA 3.2"
854
480

MSM7200 (Most Android) — 528MHz
QSD8250 (Rachael) — 1GHz

7

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136118



# Dell

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136119

# Streak Positioning
*Your Dell PC to-go*



## Web in-the-pocket
*Immersive PC-like browsing/surfing*
- 5" (800 x 480) screen for full page view
- Motion sensors & multi-touch gestures for simple easy manipulation of pages
- Performance & capability to consume the full web (Entertainment)

## Immersive Entertainment
*Movies, TV shows, web streaming to-go*
- Beautiful large 5" with HD content playback
- Simple access to all your content

## World's Smallest Big-Screen
*World's thinnest 5" mobile Internet device*
- At <10mm and only 116cc, it easily fits in your pocket or purse so its always with you

## Taking my Dell on the-go
*Synch/sharing of all my content on my PC*
- Stream, download, access all of my photos, videos, music, and files from my home PC
- Seamless sync my email, contacts, calendar
- Easily upload directly to my PC



**YOURS IS HERE**

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136120

# Smartphone Roadmap

## Roll-out strategy:
- China Touch Q2 CY09
- EMEA Touch Q3 CY09
- US Touch & Touch Qwerty Q4 CY09



**Flare** *(Gen Y, social networking, you "gotta have" device for me and my friends)*
3.5" WVGA, 3MP Camera, Touch & Qwerty, Android OS, TRI-BAND UMTS/EDGE/WiFi/GPS/BT

Q4 CY09



**Spark** *(Uncompromised multi-tasking for the business professional)*
3.5" WVGA, 3MP Camera, Touch & Qwerty, Android OS, TRI-BAND UMTS/EDGE/WiFi/GPS/BT

Q4 CY09



**Blaze** *(Discerning individuals looking for the best balance of style and capabilities)*
3.5" WVGA, 3MP Camera, Touch only, Android OS, TRI-BAND UMTS/EDGE/WiFi/GPS/BT

Q2 CY09

**Beacon TD (CMCC)**
Blaze Specs + TD-SCDMA + 5MP Camera

Q1 CY10



**Benzina** *(Trendsetting professional, style and image conscious, willing to pay for the very latest, wants the world to see, I have "it")*
3.5" WVGA, 3MP Camera, Touch only, Android OS, EDGE/WiFi/GPS/BT

Q2 CY09

**Benzina 3G Refresh (AT&T)**
Benzina Specs + Dual Band UMTS + 5MP Camera

Q4 CY09

| Q1 FY 10 | | | Q2 FY 10 | | | Q3 FY 10 | | | Q4 FY 10 | | | Q1 FY 11 | | | Q2 FY 11 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |

Dell Confidential

**DELL**

**YOURS IS HERE**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136121



introducing **Benzina**

technology elegance

premium finish & highly refined geometr

expressive & emotional character

uncompromised performance



Dell Confidential

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00136122

   

leather
texture

**DELL**

**YOURS IS HERE**

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136123



BLAZE

01:50 PM

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136124

# BLAZE






Dell Confidential



**YOURS IS HERE**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136125

# from first look, **SPARK** exudes performance

large full touch display

purposeful controls throughout the device



Dell Confidential

**YOURS IS HERE**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136126





SPARK









YOURS IS HERE

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136127

# hi. I am **FLARE**

for the social networker

expressive & energetic

come join my tribe

UI optimized for touch

best, largest screen in class





**DELL**

**YOURS IS HERE**

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136128





**FLAR
E**







Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**YOURS IS HERE**

Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136129



TWIST

Desirable

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136130



TWIS
T



Inspired



YOURS IS HERE

Dell Confidential

**TWIST**





**BEACON**

**DELL**

YOURS IS HERE

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136132

# STREAK: Pushing ID Limits



NCVM for premium finishes, Picasso for personalization

5 megapixel camera with autofocus and flash

5" diagonal capacitive touch display with WVGA 800x480 resolution

Front VGA camera for video chat

Capacitive touch front buttons

30-pin system connector




Dell Confidential

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136133

# STREAK: Accessories

An ecosystem of accessories styled to
match the handset and support the



Home dock w/ AV
output

PSU travel charger
w/ removable plugs

3.5mm headset w/
mic

USB sync/charge
cable

Not shown: auto/air charger, auto cradle,
etc.

Dell Confidential

DELL Slide

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136134



Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

**DELL**

**YOURS IS HERE**

GOOGLE-01-00136135



# Partner Update (Jennie - text version)

- ● **Google Experience opportunities**
  - ○ T-Mobile negotiating amendment underway
  - ○ Singtel-Optus Agreement completed and device launched
  - ○ Vodafone Master Agreement completed
    - ■ Five Contract of Adherences executed with France, UK, Italy, Spain & Germany
  - ○ Docomo definitive agreement negotiations undeway
  - ○ Verizon term sheet negotiations underway
  - ○ CMCC & China Unicom
- ● **Unbundled GMS + Android Open Source pipeline:**
  - ○ OEMs: HTC, Moto, Dell, SEMC, Samsung, ASUS, LG, Lenovo, Acer, Quanta, Kyocera, Huawei, Sharp, toshiba, Panasonic, NEC, Inventec, Foxconn
  - ○ Android Market only for Operators: Sprint, Roger, Bell
- ● **Other key Android deals**
  - ○ SVOX - text to speech
  - ○ Paypal - Android market
  - ○ AMDOCS - Carrier billing support
  - ○ ASUS
  - ○ Android for TV discussions w/ Ben
  - ○ Android for netbook discussions w/ Sundar

Google Confidential and Proprietary



# Theme: Disruption

- Mobile Platform
  - Changed mobile platform landscape - Nokia, Microsoft, Limo adjusted their strategy

- Semiconductor companies
  - Android is now the Linux platform for chip vendors- Qualcomm, TI, Marvell, etc.
  - Example: QCOMM has 40 Android-based design wins

- OEM
  - Leveraging Android and Google to minimize carrier wall garden and requirements
  - Replaced Symbian and Windows Mobile in many smartphone devices

- Carriers
  - Willing to "experiment" with no carrier-control open service & device model - T-Mobile, Vodafone, NTT DoCoMo, etc.
  - Using Android to lessen Nokia and Apple influence

- Developers
  - Android is ahead of Java, S60, & WinMo as premier mobile platform to target
  - Developers want Android Market to be the one and only content "store" for Android

- Users
  - Android users access the internet & connected services more

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Developers





Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136138

# Free apps





Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136139

# Paid apps





Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136140

Trial Exhibit 5183, Page 90 of 97

# Android ecosystem state



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136141



# Three Sub-Efforts Work in Concert







## Android Open Source Platform

## Unbundled Google Apps

## Google Experience Devices

- Organic Adoption
- Includes HTML browser
- The real revenue opportunity

- Depends on Android Platform
- Normal SPD sales path
- Unblocks OEMs from distributing Google apps
- Apps auto-update themselves

- Two devices per year
- Tightly integrated "with Google" (branded?)
- Managed device: OTAs, setting storage, mandatory GAIA, etc.
- Deep carrier partnerships
- Only will consider volume > 1M

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136142

# Google Experience Deployments

**Cupcake [ platform release ]**
April 2009

**TMUS**
January 2009
G1 - Petit Four

**App Refreshes**

May 2009 - December 2009

Market-based updates to Google apps

**Petit Four [ platform release ]**
January 2009

**Eclair [ platform release ]**
October 2009

**TMI**
February 2009
G1 - Petit Four

**DoCoMo (zaku)**
May 2009
Sapphire - Cupcake

**TMUS (opal)**
July 2009
Sapphire - Cupcake

**Verizon**
November 2009
Sholes - Eclair

**Singtel/Optus**
February 2009
G1 - Petit Four

**Voda (vfpioneer)**
May 2009
Sapphire - Cupcake

**Donutburger [ platform release ]**
July 2009

**TMUS**
November 2009
TBD - Eclair

| March 2009 | May 2009 | July 2009 | September 2009 |

Google Experience Deployments

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136143

# Deployment Summary

Today
- time lag: 1 OEM and 9 operators launched

By year end...
- 9+ major OEMs with handsets in market
- 15+ unique device models in market
- 20+ operators launched

Challenges
- Beachheads: each OEM's / operator's first device
- Dependencies between partner, platform launches (schedules)
- Filling reqs and bringing people on in fast lane

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136144

# Product Slides

## Backup Material

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY           Oracle America v. Google, 3:10-cv-03561-WHA           GOOGLE-01-00136145

# Top 1.0 Customer Complaints



Bottom 12 Features

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136146

# Dialing touch tones during a call...



Before



After

HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136147