# Bush Declaration Ex. B

# TX 1061

| From: | Aditya Agarwal. | Sent:10/5/2010 4:33 PM. |
|---|---|---|
| To: [ - ] | Nicole Dalton. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: OCQ deck - quick help needed. | |

No actually just use the attached Q2 deck to ensure that the numbers are consistent. I am pretty sure we had 6/30 numbers in the attached deck and they should be pretty solid.

--
Aditya Agarwal
Android Finance
650-253-1447


On Tue, Oct 5, 2010 at 4:13 PM, Nicole Dalton <ndalton@google.com> wrote:


Actually, no worries - I'll just do fresh Q/Q comparisons (based on 6/30 data).

I'll reach out to Ikkjin for fresh device data (Q2 and Q3).

Thanks,
Nicole


On Tue, Oct 5, 2010 at 4:06 PM, Nicole Dalton <ndalton@google.com> wrote:


Hi Aditya,

I do not have access to the Q2 deck. Can you please add me?

Thanks,
Nicole


On Tue, Oct 5, 2010 at 2:43 PM, Aditya Agarwal <adityaa@google.com> wrote:


Nicole, can you help me fill in all the data on slide 4 of the attached deck. All numbers to be as of 09/30/10. And you can do Q/Q comparison by using numbers from the Q2'10 OCQ deck.


Thanks!
--
Aditya Agarwal
Android Finance
650-253-1447



--
Nicole Dalton
Financial Analyst, PMEngOps Finance
desk: 650-214-5070; cell: 650-580-5009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1061**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-21-00008116

--
Nicole Dalton
Financial Analyst, PMEngOps Finance
desk: 650-214-5070; cell: 650-580-5009

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-21-00008117

Trial Exhibit 1061, Page 2 of 24

 **Android**

OC Quarterly Review - Q2 2010
July 12, 2010

Andy Rubin, Mario Queiroz, Daniel Conrad,
Aditya Agarwal, Matt Vokoun



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOGLE-21-00008118



**Agenda**

- OCQ
  - Android momentum
  - Highlights/Lowlights
  - P&L and key metrics
  - Product Roadmap
- Revenue Growth
  - Android strategy
  - Music
- Priorities and Asks



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008119

Trial Exhibit 1061, Page 4 of 24



# Android Momentum





HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008120



# Highlights & Lowlights

## >20M Android Devices Activated



**HIGHLIGHTS**

- 20M Android devices sold to date (+82% Q/Q)
- 160K Android devices with Google services activated per day (+128% Q/Q)
- 70K apps in Android Market (+94% Q/Q)
- 32M daily SRP (+82% Q/Q vs. +14% overall mobile)
- 2.65 searches/day per 7-day active device
- $120M/year ads revenue run-rate (+47% Q/Q)
- $9.83/year ads revenue per 7-day active device
- New wave of OEMs launching strong products: Samsung, Sony Ericcson, LG
- All major operators (worldwide) committed to Android
- Decisive and successful transition of DTC
- Marketing: Android app videos on YouTube; Verizon Droid Apps $60M+ campaign, Sprint Evo, Samsung co-marketing

**LOWLIGHTS**

- Apple momentum continues with strong launches (iPad, iOS, iPhone 4) + iBooks
- Behind on music, video, books
- Market: Low rate of app purchases, policy issues
- Billing: Geographies, credit-card only, no in-app, no subscription
- Various competing app stores, and carrier walled gardens (JIL)
- Some Android devices shipping without Google search

- Device numbers are "all-time check-ins"; data as of 6/30/2010. Data from go/android-stats
- As of Mar-2010: 29 devices across 62 carriers, 50 countries and 19 languages
- Revenue/Searches data from mobile dashboard

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008121

Trial Exhibit 1061, Page 6 of 24



# Android P&L

> **Strong revenue growth due to increase in the number of Android devices**
> - Continuing to invest in Engineering and Marketing
> - 20M Android phones now, 40M by YE 2010, 95M YE 2011, 145M YE 2012, 220M YE 2013

| amounts shown in USD millions | 2009 | YTD 2010 through May | | | FY 2010 | | | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Plan | Δ vs. Plan | Forecast | Plan | Δ vs. Plan | Target | Target | Target |
| **Revenue** | **16.8** | **132.1** | **240.3** | **(108.2)** | **278.1** | **626.0** | **(347.8)** | **507.3** | **840.2** | **1,336.3** |
| Revenue - Ads | 15.7 | 26.8 | 10.6 | 16.2 | 158.9 | 62.7 | 96.3 | 492.8 | 804.3 | 1,271.5 |
| Revenue - App Sales | 1.1 | 1.6 | 0.7 | 0.9 | 3.8 | 2.7 | 1.1 | 14.5 | 35.9 | 64.8 |
| Revenue - DTC | - | 103.7 | 229.1 | (125.4) | 115.4 | 560.6 | (445.2) | - | - | - |
| Rev Share - Ads | 2.8 | 10.4 | 2.7 | (7.7) | 61.8 | 16.2 | (45.7) | 192.2 | 313.7 | 495.9 |
| Operations | 0.5 | 0.5 | 0.5 | - | 1.2 | 1.2 | - | 1.4 | 1.5 | 1.6 |
| COS - DTC | 0.3 | 94.7 | 199.1 | 104.4 | 108.9 | 483.1 | 374.3 | - | - | - |
| **Gross Margin** | **13.2** | **26.4** | **38.0** | **(11.5)** | **106.3** | **125.5** | **(19.2)** | **313.7** | **525.0** | **838.8** |
| Sales | 3.2 | 2.0 | 2.0 | (0.1) | 5.0 | 5.0 | 0.0 | 5.7 | 6.3 | 6.6 |
| Marketing | 16.6 | 19.8 | 28.6 | 8.8 | 76.9(2) | 58.8 | (18.1) | 88.4 | 97.3 | 102.1 |
| PM | 1.9 | 2.5 | 1.2 | (1.3) | 7.3 | 3.1 | (4.3) | 8.4 | 9.3 | 9.7 |
| Engineering | 41.1 | 45.0 | 40.2 | (4.8) | 117.2 | 94.6 | (22.5) | 134.7 | 148.2 | 155.6 |
| Legal | 2.1 | 4.2 | 0.7 | (3.4) | 12.7 | 1.9 | (10.9) | 14.6 | 16.1 | 16.9 |
| **Product Contribution** | **(51.7)** | **(47.1)** | **(34.7)** | **(12.4)** | **(112.9)** | **(37.8)** | **(75.0)** | **61.8** | **247.8** | **547.8** |

Represents $1.3B in total App Sales (1)

(1) Google accounts ~5% revenues for App Sales and does not account for 70% that goes to the developers, and ~25% that goes to the carriers.
(2) 2010 Marketing spend includes $25M incremental H2 ask for tablets/ gaming devices co-marketing (pending OC approval).
- Only 15 of the 286 total heads work on the hardware releases with partners (5 Eng, 8 PSO, 2 Business Development).
- 2011, 2012, and 2013 Operating Expenses assume a growth rate of 15%, 10%, and 5% respectively.

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOGLE-21-00008122

Trial Exhibit 1061, Page 7 of 24



# Android Ads Revenue

## $120M/year run rate (+47% Q/Q)

- Android #2 contributor to Google mobile revenues, from #4 at the end of Q1. Apple $281M; DoComo $111M; KDDI $95M
- Strong growth from Droid, Droid Incredible, and Sprint Evo (430K Incredible's sold since Apr 29, 485K Evo's sold since June 4)
- Android RPM = $9; Apple = $6.7



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008123

Trial Exhibit 1061, Page 8 of 24



# Android Revenue Per Handset



## Annual Revenue Run Rate Per Android Handset (1)

> Revenue-per-device decline in Q2 2010 caused by smart-pricing (~75% of impact) & international growth and device mix (25%).

- $6.6
- $8.2
- $9.1
- $7.5

Legend:
- App Sales (2)
- mAFC/mAFS
- AFMA
- Distribution
- Organic

Dates: 9/30/2009, 12/31/2009, 3/31/2010, 6/30/10

## Key drivers of additional revenue opportunities

- Usage Growth as Hardware/Platform Improves
- Enhanced Display, Search, Local Ads Formats
- Tablet growth, with high usage and monetization
- Future revenue opportunities (e.g. Music)

1. All-time activations adjusted for device retirement. Device retirement as a % of activations: 9/30/09: 3%, 12/31/09: 6%, 3/31/10: 10%, 6/30/10: 12%.
   (2) Google books ~5% revenues for App Sales and does not account for 70% that goes to the developers, and ~25% that goes to the carriers.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008124

Trial Exhibit 1061, Page 9 of 24



# Froyo Release

- Tethering & Portable Hotspot

- Perf: JIT Compiler (2~5x),
  Browser (4x V8 Bench, 2x SunSpider)



- Adobe Flash support in Browser

- Cloud-to-Device Messaging API & Service

- Enterprise (Exchange & Necktie): security policies, remote
  wipe, Exchange GAL autocomplete in Email

- Market: auto-update, update-all, focus on discoverability
  (widget, spell correct), apps on SD card

Google Confidential and Proprietary



# Product Roadmap: New Releases Q3/Q4

| | |
|---|---|
| Unbundled Updates (Q3) | ~~Search~~ – suggest improvements for voice, market, business listings; additional voice control options (call, email, listen to, alarm set, etc) **Gmail** -- UI updates, reply and draft enhancements, performance **YouTube** -- UI, discovery redesign, monetizable content **Market –** recommendations, search suggest, PayPay, in-app billing, carrier billing, refund policy change, licensing server, large-file download/upload **Keyboard –** improved prediction, punctuation suggestion, editing suggestions |
| Platform Releases (Q4) | **Gingerbread** – Gaming device (Zeus) + Z-system (game kit) + Market update **Honeycomb –** Tablet (OS and apps) + Digital Media purchase and consumption |
| Lead Devices (Q4) | **Gingerbread: Sony Ericsson Playstation phone (Zeus):** <br> • Gaming device with slide out controls <br> • Game catalog/channel within Market <br> • PS1 Emulator and new Z-system content <br><br> **Honeycomb: Motorola Tablet (Stingray):** <br> • 10.1" 720p+ (1280x800) display, 10 finger multi-touch <br> • 1GB RAM, 32GB* flash; front- & rear-facing camera <br> • WiFi with pluggable 3G & LTE (technician or advanced user) |
| Digital Media (Q4) | • Store/Market: Web and device versions of store for apps, video, books, music; more carrier billing, PayPal phase 2, more Market geographies <br> • New tablet digital media consumption apps for video, books, music (linked to store) <br> • Music web consumption app (linked to store) -- skyjam <br> • Digital media back-end (aka Finsky): Integration to market and sources for video (YT), books (Ocean), music <br> • Video DRM |

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008126

# Tablet update



Google Confidential and Proprietary

# Tablet update (cont'd)



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

Google Confidential and Proprietary

GOOGLE-21-00008128



# Agenda

- OCQ
  - Android momentum
  - Highlights/Lowlights
  - P&L and key metrics
  - Product Roadmap
- Revenue Growth
  - Android strategy
  - Music
- Priorities and Asks



Google Confidential and Proprietary

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008129

Trial Exhibit 1061, Page 14 of 24



# Android spreads value

**Direct Revenue Impact**

- **Mobile Ads Revenue Enabled on Android -- $159M FY10**
    - Search $89M, AFMA $56M, AFMC/AFMS $14M
- **Android Market Revenue – $3.8M FY10 ($76M of apps sales)**

**Additional Benefits to Google**

- **Adoption of Open Smartphones with Heavy Internet Usage**
    - Increased penetration of smartphones and data plans
    - Greater share of smartphones using Google Search
    - Greater share of smartphones using Google applications/services
- **Significant Influence on the Mobile Internet**
    - Winning platform enables Google to be one of the major drivers of mobile internet
- **Technology Platform Leveraged by Other Google Products**
    - E.g., GoogleTV
- **Deeper, Stronger Relationships with Partners**
    - OEM: HTC, Motorola, Samsung, LG, etc.
    - Carrier: Verizon, T-Mobile, Vodafone, etc.
    - Semiconductor: Qualcomm, Intel, Nvidia, etc.
    - Software: Adobe
    - Media: Record labels, movie studios, news organizations, etc.

**Benefits to the Ecosystem**

- **Improved Mobile Ecosystem**
    - Changes in user expectations -- demanding better hardware, faster connections, better internet experience on phones
    - Lower-cost data plans
    - Reduced subscriber acquisition costs (Google brand drives users to carriers)
- **Improved Advertising Ecosystem**
    - Ad formats and targeting capability unique to smartphones (e.g., location)
    - Deeper user engagement and intent signals
- **Improved Publisher Ecosystem**
    - Emergence of entirely new publishing segment – Apps
    - Incremental traffic and more engaged users

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008130

Trial Exhibit 1061, Page 15 of 24



# Android Strategy - Focused on Phase 2, moving to Phase 3

| *2008-2010* | *2010-2011* | *2011-2013* | *2013+* |
|---|---|---|---|
| **① Ecosystem Building** | **② Extend Our Core Business** | **③ New Monetizable Services** | **④ Change The Rules / Scale** |

- *Leading SW Platform*
- *Apps (incl. Games)*
- *Multiple OEMs/Devices*
- *Multiple Carriers*
- *Millions of Users*

- *Search*
- *Ads (Search, Display, Apps)*
- *Apps*

- *Music*
- *Other Digital Content (Video, Books, etc.)*

- *Increase Google Net Rev. on Ads*
- *Increase Google Net Rev. on Apps*
- *Scale Volume of Devices (e.g., go down-market to feature phones)*

**Base Case**
*$1.3B Gross Rev. 2013*
*$0.8B Net Rev. 2013*

**Upside Case**
*$3.7B Gross Rev. 2013*
*$1.8B Net Rev. 2013*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008131

Trial Exhibit 1061, Page 16 of 24



# Android Music Opportunity – $1.3 - $2B business by 2013

## Music Download Service

- Purchase of non-DRM music
- $0.99-1.29 per song; 3.2 songs/user/mo
- 70% revenue share to labels
- Adoption: 10%/15% of Android Devices

## Music Locker

- Library storage in the cloud
- Upload once with ContentID
- One copy licensed and stored in cloud
- Stream or download anywhere
- ~$2.99 per month
- 50% revenue share to labels after costs
- Adoption: 7%/13% of Android Devices

## Additional Features to Drive Adoption of Music Locker

- **DRM Conversion**
  - Un-DRM songs on your hard drive & upload

- **Quality Upgrade**
  - Refresh old music files to "HD" (320 kb)

| Revenue (Millions) | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|
| **Download Users** | 1.8 | 6.7 | 13.4 | 21.3 |
| **Gross Revenue, Downloads** | $78 | $285 | $571 | $906 |
| *Net Revenue, Downloads* | $23 | $85 | $171 | $272 |
| **Music Locker Users** | 1.3 | 4.7 | 9.4 | 14.9 |
| **Gross Revenue, Music Locker** | $46 | $168 | $337 | $534 |
| *Net Revenue, Music Locker* | $26 | $94 | $189 | $300 |
| **Total Gross Revenue** | $124 | $452 | $908 | $1,439 |
| Revenue Share to Labels | $75 | $272 | $547 | $867 |
| *Total Net Revenue* | $49 | $180 | $361 | $572 |

Base Case

| Revenue (Millions) | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|
| **Download Users** | 2.7 | 10.0 | 20.1 | 31.9 |
| **Gross Revenue, Downloads** | $117 | $427 | $857 | $1,359 |
| *Net Revenue, Downloads* | $35 | $128 | $257 | $408 |
| **Music Locker Users** | 2.4 | 8.7 | 17.4 | 27.6 |
| **Gross Revenue, Music Locker** | $85 | $311 | $625 | $991 |
| *Net Revenue, Music Locker* | $48 | $175 | $352 | $558 |
| **Total Gross Revenue** | $202 | $738 | $1,482 | $2,350 |
| Revenue Share to Labels | $119 | $435 | $873 | $1,385 |
| *Total Net Revenue* | $83 | $303 | $609 | $965 |

Aggressive Case

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008132



# New Music opportunity, along with ads and apps, drives Android Revenue opportunity of $3.7B by 2013

| Gross Revenues ($M) | 2009 | 2010 | 2011 | 2012 | 2013 | CAGR (2010-2013) |
|---|---|---|---|---|---|---|
| Ads | 15.7 | 158.9 | 492.8 | 804.3 | 1,271.5 | 100% |
| Apps | 1.1 | 3.8 | 14.5 | 35.9 | 64.8 | 158% |
| Base Case | 16.8 | 162.7 | 507.3 | 840.2 | 1,336.3 | 102% |
| + Music | - | 202.0 | 738.0 | 1,482.0 | 2,350.0 | 127% |
| Upside Case | 16.8 | 364.7 | 1,245.3 | 2,322.2 | 3,686.3 | 116% |

Represents $1.3B in total App Sales (1)

| Net Revenues ($M) | 2009 | 2010 | 2011 | 2012 | 2013 | CAGR (2010-2013) |
|---|---|---|---|---|---|---|
| Ads | 12.9 | 97.1 | 300.6 | 490.6 | 775.6 | 100% |
| Apps | 1.1 | 3.8 | 14.5 | 35.9 | 64.8 | 158% |
| Base Case | 14.0 | 100.9 | 315.1 | 526.5 | 840.4 | 103% |
| + Music | - | 83.0 | 303.0 | 609.0 | 965.0 | 127% |
| Upside Case | 14.0 | 183.9 | 618.1 | 1,135.5 | 1,805.4 | 114% |



(1) Google accounts ~5% revenues for App Sales and does not account for 70% that goes to the developers, and ~25% that goes to the carriers
App Sales Revenue Accounting to be discussed with the Rev Accounting, Tax, and Compliance teams. For now, we will continue to book ~5% as Google revenues

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008133



## Agenda

- OCQ
  - Android momentum
  - Highlights/Lowlights
  - P&L and key metrics
  - Product Roadmap
- Revenue Growth
  - Android strategy
  - Music
- Priorities and Asks



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008134

Trial Exhibit 1061, Page 19 of 24



# Priorities and Asks

**Priorities for Remainder of 2010**

- Ginberbread/Zeus
- Honeycomb/Tablet
- Music store & cloud service

**Asks**

- Support for continued investment in new opportunities
  - resources
- Fast track approval process for digital content deals

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008135

Trial Exhibit 1061, Page 20 of 24



# **Appendix**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008136

# Smartphone and tablet projections

| Smartphones (M units) | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **Installed Base** | **5.5** | **40** | **95** | **145** | **220** |
| New Sales | 5 | 35 | 55 | 50 | 75 |
| Replacement Sales* | 0 | 0 | 5 | 40 | 95 |
| **Total Sales** | **5** | **35** | **60** | **90** | **170** |
| Smartphone Installed Base | 340 | 458 | 588 | 724 | 867 |
| *Implied Android % share* | *2%* | *9%* | *16%* | *20%* | *25%* |
| Smartphone Installed Base | 344 | 445 | 544 | 643 | 740 |
| *Implied Android % share* | *2%* | *9%* | *17%* | *23%* | *30%* |

Android

Strategy Analytics

GSSO Fact Pack

rtphones

| Tablets (M units) | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **Installed Base** | | **0.5** | **10** | **20** | **35** |
| **Sales** | | **0.5** | **10** | **10** | **15** |
| Tablet Shipments | | | 12 | 30 | 46 |
| *Implied Android % share* | | | *4%* | *33%* | *22%* |

Android

Morgan Stanley

ablet

* Assumes 2 year replacement cycle for smartphones
Note: Analyst tablet shipment forecasts vary significantly—directional only
Source: Morgan Stanley (June 8, 2010); GSSO Global Ad Spend Fact Pack (2010); Strategy Analytics (2010)

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008137



## Ads Revenue Forecast Model, yellow = input cells

| | 2010 | 2011 | 2012 | 2013 | CAGR ('10 - '13) |
|---|---|---|---|---|---|
| Installed base for # phones | 40,000,000 | 95,000,000 | 145,000,000 | 220,000,000 | 77% |
| Installed base for # tablets | 450,000 | 10,000,000 | 20,000,000 | 35,000,000 | 327% |
| Phone RPMs | $9.0 | $9.6 | $9.6 | $9.6 | |
| Queries per day per phone | 1.2 | 1.1 | 1.1 | 1.1 | |
| | | | | | |
| Gross Ads Revenues - phones | $157,680,000 | $382,808,671 | $584,286,919 | $886,504,291 | 78% |
| Gross Ads Revenues - tablets | $1,237,500 | $110,000,000 | $220,000,000 | $385,000,000 | 578% |
| **Total Gross Ads Revenues** | **$158,917,500** | **$492,808,671** | **$804,286,919** | **$1,271,504,291** | **100%** |
| | | | | | |
| Rev Share % | 39% | 39% | 39% | 39% | |
| Rev Share $ | $61,977,825 | $192,195,382 | $313,671,898 | $495,886,674 | 100% |
| Net Ads Revenues | $96,939,675 | $300,613,289 | $490,615,021 | $775,617,618 | 100% |
| | | | | | |
| *Components of Ads Revenues:* | | | | | |
| AFMA | $55,932,990 | $147,582,691 | $228,977,656 | $361,992,797 | 86% |
| Distribution | $73,171,545 | $239,781,216 | $403,295,432 | $637,573,309 | 106% |
| Organic | $15,479,611 | $58,938,333 | $96,113,149 | $151,946,126 | 114% |
| AFMS/ AFMC | $14,333,355 | $46,506,431 | $75,900,682 | $119,992,059 | 103% |
| **Total Gross Ads Revenues** | **$158,917,500** | **$492,808,671** | **$804,286,919** | **$1,271,504,291** | **100%** |



1. Ads Revenues modeled based on RPMs and Queries per day per device
2. 2011 RPMs increase from $9 to $9.6 due to Android Tablets, which are likely to have higher RPMs than phones. RPMs then stay flat from 2011 – 2013 because of international growth
3. Assuming Queries per day per device follow the same trend as an iPhone
4. Assumes Rev Share % staying flat from 2010 to 2013
5. 2010 Ads revenues constitute Search Distribution (46%), Search Organic (10%), AFMA (35%), and Display (9%: AFMS + AFMC)
6. Search share likely to increase from 56% in 2010 to 62% in 2013, AFMS share likely to go down from 35% in 2010 to 28% in 2013.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008138



## Apps Sales Revenue Forecast Model, yellow = input cells

| | 2010 | 2011 | 2012 | 2013 | CAGR ('10 - '13) |
|---|---|---|---|---|---|
| Installed base for # phones | 40,000,000 | 95,000,000 | 145,000,000 | 220,000,000 | 77% |
| Installed base for # tablets | 450,000 | 10,000,000 | 20,000,000 | 35,000,000 | 327% |
| Downloads per device | 170 | 172 | 175 | 175 | |
| % Paid Downloads - phones | 0.64% | 0.75% | 1.00% | 1.20% | |
| % Paid Downloads - tablets | 1.27% | 1.50% | 2.00% | 2.40% | |
| Avg Paid Download Price | $3.03 | $2.88 | $2.74 | $2.60 | |
| | | | | | |
| App Sales Gross Revenues - phones | $74,774,755 | $250,776,025 | $574,131,507 | $995,406,888 | 137% |
| App Sales Gross Revenues - tablets | $737,909 | $38,823,844 | $143,532,877 | $299,985,638 | 641% |
| **Total App Sales Gross Revenues** | **$75,512,664** | **$289,599,869** | **$717,664,383** | **$1,295,392,526** | **158%** |
| | | | | | |
| Rev Share %, paid to developers and carriers | 95% | 95% | 95% | 95% | |
| Rev Share $ | $71,737,031 | $275,119,876 | $681,781,164 | $1,230,622,899 | 158% |
| Net App Sales Revenues, booked to Google | $3,775,633 | $14,479,993 | $35,883,219 | $64,769,626 | 158% |

Conservative estimate, far from Apple's 25%

1. App Sales Revenues modeled based on Downloads per device, % paid downloads, and average paid download price
2. Assume number of downloads consistent with past 18 months, ~44 per user/qtr
3. Key driving assumption, percentage of D/Ls paid for: assume figure doubles in 3 years from 0.6% to 1.2%; conservative estimate, far from Apple's 25%
4. % paid downloads on a tablet are twice that of a phone
5. Price declines 5% a year from current $3.03 as competition in store increases
6. Assumes Rev Share % staying flat from 2010 to 2013.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-21-00008139