| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Change in unrealized gain (loss) on available-for-sale investments | — | — | — | — | — | — | — | — | (51) | — | (51) |
| Foreign currency translation adjustment | — | — | — | — | — | — | — | — | 1,662 | — | 1,662 |
| Net income | — | — | — | — | — | — | — | — | — | 105,648 | 105,648 |
| Total comprehensive income | — | — | — | — | — | — | — | — | — | — | 107,259 |
| Balance at December 31, 2003 | — $ | 13,871 | 71,662 $ | 44,346 | 160,866 $ | 161 $ | 725,219 $ | (4,300) $ | (369,668) $ | 1,660 $ | 191,352 $ | 588,770 |

See accompanying notes.

70

Google Inc.
### CONSOLIDATED STATEMENTS OF REDEEMABLE CONVERTIBLE PREFERRED STOCK WARRANT AND STOCKHOLDERS' EQUITY— (Continued)
(in thousands)

| | Redeemable Convertible Preferred Stock Warrant | | Convertible Preferred Stock | | Class A and Class B Common Stock | | Additional Paid-In Capital | Notes Receivable from Officer/ | Deferred Stock Based | Accumulated Other Comprehensive | Retained Earnings (Accumulated | Total Stockholders' |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | Shares | Amount | Amount | Stockholders | Compensation | Income | Deficit) | Equity |
| Balance at December 31, 2003 | — $ | 13,871 | 71,662 | $ 44,346 | 160,866 $ | 161 $ | 725,219 $ | (4,300) $ | (369,668) $ | 1,660 $ | 191,352 $ | 588,770 |
| Issuance of Class A and Class B common stock upon exercise of stock options and warrants for cash and upon cashless exercise of warrants, net of unvested stock options exercised early and repurchases | — | — | — | — | 4,460 | 4 | 3,801 | — | — | — | — | 3,805 |
| Vesting of shares exercised early (see Note 1) | — | — | — | — | 5,309 | 5 | 7,090 | — | — | — | — | 7,095 |
| Issuance of Series D preferred stock upon exercise of warrant | — | (13,871) | 7,437 | 35,514 | — | — | — | — | — | — | — | 35,514 |
| Issuance of Series B preferred stock upon exercise of warrant | — | — | 135 | 67 | — | — | — | — | — | — | — | 67 |
| Issuance of fully vested common stock and fully vested stock options in connection with acquisitions | — | — | — | — | 171 | 1 | 22,550 | — | — | — | — | 22,551 |
| Issuance of unvested stock options in connection with acquisitions | — | — | — | — | — | — | 7,069 | — | (3,906) | — | — | 3,163 |
| Issuance of restricted shares to an employee in connection with an acquisition | — | — | — | — | 16 | — | 1,538 | — | (1,538) | — | — | — |
| Issuance of restricted | | | | | | | | | | | | |

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169788

Trial Exhibit 3211 Page 77 of 129

| Description | | | | | Shares | $ | Amount | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| stock units to employees | — | — | — | — | — | | 12,000 | — | (12,000) | — | — |
| Issuance of common stock upon initial public offering, net of related costs of $41,001 | — | — | — | — | 14,142 | | 14 1,161,066 | — | — | — | 1,161,080 |
| Issuance of common stock in connection with Yahoo settlement | — | — | — | — | 2,700 | | 3 229,497 | — | — | — | 229,500 |
| Tax benefits from exercise of warrants and other | — | — | — | — | — | | 191,570 | — | — | — | 191,570 |
| Vesting of options and shares granted to non-employees | — | — | — | — | 19 | | 15,086 | — | — | — | 15,086 |
| Deferred stock-based compensation related to options granted to employees | — | — | — | — | — | | 136,384 | — | (136,384) | — | — |
| Amortization of deferred stock-based compensation, net of reversals for terminated employees | — | — | — | — | — | | (10,366) | — | 274,026 | — | 263,660 |
| Conversion of convertible preferred shares to common shares | — | — | (79,234) | (79,927) | 79,234 | | 79 79,848 | — | — | — | — |
| Payment of stockholder's note receivable | — | — | — | — | — | | — | 4,300 | — | — | 4,300 |
| Comprehensive income: | | | | | | | | | | | |
| Change in unrealized gain (loss) on available-for-sale investments (net of tax effects) | — | — | — | — | — | | — | — | — | (3,796) | — | (3,796) |
| Foreign currency translation adjustment (net of tax effects) | — | — | — | — | — | | — | — | — | 7,572 | — | 7,572 |
| Net income | — | — | — | — | — | | — | — | — | — | 399,119 | 399,119 |
| Total comprehensive income | — | — | — | — | — | | — | — | — | — | — | 402,895 |
| Balance at December 31, 2004 | — $ — | — | — $ — | | 266,917 | $ | 267 $2,582,352 | $ — $ (249,470) | $ 5,436 | $ 590,471 | $ 2,929,056 |

See accompanying notes.

71

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169790

**Trial Exhibit 3211 Page 79 of 129**

## Google Inc.
### CONSOLIDATED STATEMENTS OF CASH FLOWS
(In thousands)

|  | Year Ended December 31, | | |
|---|---:|---:|---:|
|  | 2002 | 2003 | 2004 |
| **Operating activities** | | | |
| Net income | $ 99,656 | $ 105,648 | $ 399,119 |
| Adjustments: | | | |
| Depreciation and amortization of property and equipment | 17,815 | 43,851 | 128,523 |
| Amortization of intangibles and warrants | 11,168 | 11,198 | 19,950 |
| In-process research and development | — | 11,618 | 11,343 |
| Stock-based compensation | 21,635 | 229,361 | 278,746 |
| Tax benefits from exercise of warrants and other | — | — | 191,570 |
| Non-recurring portion of settlement of disputes with Yahoo | — | — | 201,000 |
| Changes in assets and liabilities, net of effects of acquisitions: | | | |
| Accounts receivable | (43,877) | (90,385) | (156,928) |
| Income taxes, net | 11,517 | (6,319) | (125,227) |
| Prepaid revenue share, expenses and other assets | (5,875) | (58,913) | (99,779) |
| Accounts payable | 5,645 | 36,699 | (13,516) |
| Accrued expenses and other liabilities | 15,393 | 31,104 | 86,374 |
| Accrued revenue share | 13,100 | 74,603 | 33,872 |
| Deferred revenue | 9,088 | 6,980 | 21,997 |
| Net cash provided by operating activities | 155,265 | 395,445 | 977,044 |
| **Investing activities** | | | |
| Purchases of property and equipment | (37,198) | (176,801) | (318,995) |
| Purchase of marketable securities | (93,061) | (316,599) | (4,134,576) |
| Maturities and sales of marketable securities | 20,443 | 219,404 | 2,611,078 |
| Purchases of intangible and other assets | 99 | — | (36,906) |
| Acquisitions, net of cash acquired | — | (39,958) | (21,957) |
| Net cash used in investing activities | (109,717) | (313,954) | (1,901,356) |
| **Financing activities** | | | |
| Proceeds from exercise of stock options, net | 2,262 | 15,476 | 12,001 |
| Proceeds from exercise of warrants | — | — | 21,944 |
| Net proceeds from initial public offering | — | — | 1,161,080 |
| Payment of note receivable from office/stockholder | — | — | 4,300 |
| Payments of principal on capital leases and equipment loans | (7,735) | (7,386) | (4,707) |
| Net cash provided by (used in) financing activities | (5,473) | 8,090 | 1,194,618 |
| Effect of exchange rate changes on cash and cash equivalents | — | 1,662 | 7,572 |
| Net increase in cash and cash equivalents | 40,075 | 91,243 | 277,878 |
| Cash and cash equivalents at beginning of year | 17,677 | 57,752 | 148,995 |
| Cash and cash equivalents at end of period | $ 57,752 | $ 148,995 | $ 426,873 |
| **Supplemental disclosures of cash flow information** | | | |
| Property and equipment acquired under equipment leases | $ 7,303 | $ — | $ — |
| Cash paid for interest | $ 2,285 | $ 1,739 | $ 709 |
| Cash paid for taxes | $ 73,763 | $ 247,422 | $ 183,776 |

Issuance of redeemable convertible preferred stock warrant in conjunction with an

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169791

Trial Exhibit 3211 Page 80 of 129

| | | | |
|---|---|---|---|
| AdSense agreement | $ 13,871 | $ — | $ — |
| Issuance of convertible preferred stock warrants in conjunction with capital lease arrangements | $ 199 | $ — | $ — |
| Acquisition related activities: | | | |
| Issuance of equity in connection with acquisitions, net of deferred stock-based compensation | $ — | $ 73,540 | $ 25,714 |

See accompanying notes.

72

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169792

Trial Exhibit 3211 Page 81 of 129

Table of Contents

Google Inc.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### Note 1. The Company and Summary of Significant Accounting Policies

*Nature of Operations*

Google Inc. ("Google" or the "Company") was incorporated in California on September 1998. The Company re incorporated in the State of Delaware in August 2003. The Company offers highly targeted advertising solutions, global Internet search solutions through its own destination Internet site and intranet solutions via an enterprise search appliance.

*Basis of Consolidation*

The consolidated financial statements include the accounts of Google and its wholly-owned subsidiaries. All intercompany balances and transactions have been eliminated. The Company has included the results of operations of acquired entities from the date of acquisition (see Note 4).

*Use of Estimates*

The preparation of consolidated financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect the amounts reported and disclosed in the financial statements and the accompanying notes. Actual results could differ materially from these estimates.

On an ongoing basis, the Company evaluates its estimates, including those related to the accounts receivable allowance, fair value of marketable securities, fair value of acquired intangible assets and goodwill, useful lives of intangible assets and property and equipment, and income taxes, among others, as well as the value of common stock prior to its initial public offering for the purpose of determining stock-based compensation (see below). The Company bases its estimates on historical experience and on various other assumptions that are believed to be reasonable, the results of which form the basis for making judgments about the carrying values of assets and liabilities.

Prior to its initial public offering, the Company typically granted stock options at exercise prices equal to the values of the underlying stock as determined by its board of directors on the date of option grant. For purposes of financial accounting for stock-based compensation, management has applied hindsight within each year or quarter to arrive at reassessed values for the shares underlying these options and those issued under other transactions that are higher than the values determined by the board. These reassessed values were determined based on a number of factors, including input from advisors, the Company's historical and forecasted operating results and cash flows, and comparisons to publicly-held companies. The reassessed values were used to determine the amount of stock-based compensation recognized related to stock and stock option grants to employees and non-employees, the amount of expense related to stock warrants issued to third-parties and the purchase prices of the Company's acquisitions (see Note 4).

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169793

Trial Exhibit 3211 Page 82 of 129

Table of Contents

## Google Inc.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

*Revenue Recognition*

The following table presents the Company's revenues (in thousands):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2002 | 2003 | 2004 |
|  | (in thousands) | | |
| Advertising revenues: | | | |
| Google web sites | $306,978 | $ 792,063 | $1,589,032 |
| Google Network web sites | 103,937 | 628,600 | 1,554,256 |
| Total advertising revenues | 410,915 | 1,420,663 | 3,143,288 |
| Licensing and other revenues | 28,593 | 45,271 | 45,935 |
| Revenues | $439,508 | $1,465,934 | $3,189,223 |

In the first quarter of 2000, the Company introduced its first advertising program through which it offered advertisers the ability to place text-based ads on Google web sites targeted to users' search queries. Advertisers paid the Company based on the number of times their ads were displayed on users' search results pages and the Company recognized revenue at the time these ads appeared. In the fourth quarter of 2000, the Company launched Google AdWords, an online self-service program that enables advertisers to place text-based ads on Google web sites. AdWords advertisers originally paid the Company based on the number of times their ads appeared on users' search results pages. In the first quarter of 2002, the Company began offering AdWords exclusively on a cost per click basis, so that an advertiser pays the Company only when a user clicks on one of its ads. The Company recognizes as revenue the fees charged advertisers each time a user clicks on one of the text-based ads that are displayed next to the search results on Google web sites. Effective January 1, 2004, the Company offered a single pricing structure to all of its advertisers based on the AdWords cost per click model.

Google AdSense is the program through which the Company distributes its advertisers' text-based ads for display on the web sites of the Google Network members. In accordance with Emerging Issues Task Force ("EITF") Issue No. 99 19, *Reporting Revenue Gross as a Principal Versus Net as an Agent*, the Company recognizes as revenues the fees it receives from its advertisers. This revenue is reported gross primarily because the Company is the primary obligor to its advertisers.

The Company generates fees from search services through a variety of contractual arrangements, which include per-query search fees and search service hosting fees. Revenues from set up and support fees and search service hosting fees are recognized on a straight-line basis over the term of the contract, which is the expected period during which these services will be provided. The Company's policy is to recognize revenues from per-query search fees in the period queries are made and results are delivered.

The Company provides search services pursuant to certain AdSense agreements. Management believes that search services and revenue share arrangements represent separate units of accounting pursuant to EITF 00 21 *Revenue Arrangements with Multiple Deliverables*. These separate services are provided simultaneously to the Google Network member and are recognized as revenues in the periods provided.

The Company also generates fees from the sale and license of its Search Appliance, which includes hardware, software and generally 12 to 24 months of post-contract support. As the elements are not sold separately, vendor-specific objective evidence does not exist for the allocation of revenue. As a result, the entire fee is recognized ratably over the term of the post-contract support arrangement in accordance with Statement of Position 97 2, *Software Revenue Recognition*, as amended.

74

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169794

Trial Exhibit 3211 Page 83 of 129

Table of Contents

## Google Inc.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

Deferred revenue is recorded when payments are received in advance of the Company's performance in the underlying agreement on the accompanying consolidated balance sheets.

*Cost of Revenues*

Cost of revenues consists primarily of traffic acquisition costs. Traffic acquisition costs consist of amounts ultimately paid by the Company to its Google Network members. These amounts are primarily based on revenue share arrangements under which the Company pays its Google Network members most of the fees it receives from its advertisers whose ads the Company places on those Google Network member sites. In addition, certain AdSense agreements obligate the Company to make guaranteed minimum revenue share payments to Google Network members based on their achieving defined performance terms, such as number of search queries or advertisements displayed. The Company amortizes guaranteed minimum revenue share prepayments (or accretes an amount payable to its Google Network member if the payment is due in arrears) based on the number of search queries or advertisements displayed on the Google Network member's web site. In addition, concurrent with the commencement of a small number of AdSense agreements, the Company has purchased certain items from, or provided other consideration to, its Google Network members. These amounts are amortized on a straight-line basis over the related term of the agreement. Traffic acquisition costs were $94.5 million, $526.5 million and $1,228.7 million in 2002, 2003 and 2004.

In addition, cost of revenues consists of the expenses associated with the operation of the Company's data centers, including depreciation, labor, energy and bandwidth costs. Cost of revenues also includes credit card and other transaction fees relating to processing customer transactions as well as expenses related to the amortization of purchased and licensed technologies.

*Stock-based Compensation*

Stock-based compensation consists of amortization of deferred stock-based compensation related to restricted shares, restricted stock units and options to purchase Class A and Class B common stock to employees and the values of options to purchase such stock issued to non-employees.

As permitted by Statement of Financial Accounting Standards No. 123, Accounting for Stock-based Compensation ("SFAS 123"), the Company accounts for employee stock-based compensation in accordance with Accounting Principles Board Opinion No. 25, *Accounting for Stock Issued to Employees* ("APB 25"), and related interpretations. Under APB 25, deferred compensation for options granted to employees is equal to its intrinsic value, determined as the difference between the exercise price and the reassessed value for accounting purposes of the underlying stock on the date of grant.

Prior to the initial public offering, the Company typically granted stock options at exercise prices equal to or less than the value of the underlying stock as determined by its board of directors on the date of option grant. For purposes of financial accounting, the Company has applied hindsight within each year or quarter to arrive at reassessed values for the shares underlying these options. The Company has recorded deferred stock-based compensation equal to the difference between these reassessed values and the exercise prices. After the initial public offering, the Company has generally granted options at exercise prices equal to the fair market value of the underlying stock on the date of option grant. The Company has recorded deferred stock-based compensation for these options equal to the difference between the exercise prices and the fair market values of the underlying stock on the dates of grant.

75

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169795

Trial Exhibit 3211 Page 84 of 129

## Google Inc.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

In connection with restricted shares, restricted stock units and unvested stock options granted to employees, the Company recorded deferred stock-based compensation costs of $40.1 million, $551.4 million and $153.8 million in 2002, 2003, and 2004. The deferred stock-based compensation amounts arising from these equity activities for each of the eight three month periods ended December 31, 2004 were computed as follows:

| | Three Months Ended | | | | | Three Months Ended | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2003 | June 30, 2003 | Sept. 30, 2003 | Dec. 31, 2003 | 2003 Total | March 31, 2004 | June 30, 2004 | Sept. 30, 2004 | Dec. 31, 2004 | 2004 Total |
| | (unaudited) | (unaudited) | (unaudited) | (unaudited) | | (unaudited) | (unaudited) | (unaudited) | (unaudited) | |
| Options granted to employees | 10,262,100 | 1,431,552 | 5,785,185 | 1,281,895 | 18,760,732 | 1,004,780 | 965,520 | 635,371 | 50,904 | 2,656,575 |
| Weighted average exercise price | $ 0.49 | $ 3.30 | $ 5.17 | $ 9.62 | | $ 16.27 | $ 38.43 | $ 77.86 | $ 83.45 | |
| Weighted average reassessed or fair market value of underlying stock | $ 13.09 | $ 33.99 | $ 52.33 | $ 75.05 | | $ 88.13 | $ 97.03 | $ 85.00 | $ 144.11 | |
| Weighted average reassessed or contemporaneously determined deferred stock-based compensation per option | $ 12.60 | $ 30.69 | $ 47.16 | $ 65.43 | | $ 71.86 | $ 58.60 | $ 7.14 | $ 60.66 | |
| Deferred stock-based compensation related to options (in millions) | $ 129.3 | $ 43.9 | $ 272.8 | $ 83.9 | $ 529.9 | $ 72.2 | $ 56.6 | $ 4.5 | $ 3.1 | $ 136.4 |
| Restricted shares granted to employees | $ — | 120,000 | 114,999 | $ — | 234,999 | $ — | 16,175 | $ — | $ — | 16,175 |
| Weighted average reassessed value of restricted shares | $ — | $ 25.96 | $ 66.41 | $ — | | $ — | $ 95.09 | $ — | $ — | |
| Deferred stock-based compensation related to restricted shares (in millions) | $ — | $ 3.1 | $ 7.6 | $ — | $ 10.7 | $ — | $ 1.5 | $ — | $ — | $ 1.5 |
| Deferred stock-based compensation related to restricted stock units (in millions) | $ — | $ — | $ — | $ — | | $ — | $ — | $ — | $ 12.0 | $ 12.0 |
| Deferred stock-based compensation related to option modifications (in millions) | $ — | $ — | $ — | $ 10.8 | $ 10.8 | $ 3.9 | $ — | $ — | $ — | $ 3.9 |
| Total deferred stock-based compensation (in millions) | $ 129.3 | $ 47.0 | $ 280.4 | $ 94.7 | $ 551.4 | $ 76.1 | $ 58.1 | $ 4.5 | $ 15.1 | $ 153.8 |

76

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169796

Trial Exhibit 3211 Page 85 of 129

Google Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

The above table does not include options granted at exercise prices equal to the fair market value of the underlying stock at the time of, and subsequent to, the initial public offering. Also, it does not include options granted at exercise prices in excess of the reassessed values of the underlying stock prior to the initial public offering. These options were granted with no intrinsic value and, accordingly, no deferred stock-based compensation has been recorded. Also, the above table does not include restricted shares that were issued in connection with certain business acquisitions nor does it include shares that were fully vested at date of grant.

Net amortization of deferred stock-based compensation totaled $20.2 million, $213.5 million and $263.7 million in 2002, 2003 and 2004. The deferred stock-based compensation is being amortized using the accelerated vesting method, in accordance with SFAS 123, EITF 96 18, *Accounting for Equity Instruments That Are Issued to Other Than Employees for Acquiring, or in connection with Selling, Goods or Services* ("EITF 96 18"), and Financial Accounting Standards Board ("FASB") Interpretation ("FIN") No. 28, over the vesting period of each respective restricted share, restricted stock unit and stock option, generally over four or five years. The remaining unamortized, deferred stock-based compensation for all restricted shares, restricted stock units and stock option grants through December 31, 2004 will be expensed as follows over each of the next five years and thereafter (in millions) assuming all employees remain employed at Google for their remaining vesting periods and before consideration of the additional stock-based compensation the Company expects to recognize related to these stock options beginning July 1, 2005 under Statement of Financial Accounting Standards No. 123 (revised 2004), *Share-Based Payment* ("SFAS 123R") (for additional discussion regarding this pronouncement, see below under Effect of a Recent Accounting Pronouncement):

|  | (unaudited) |
|---|---|
| 2005 | $ 145.8 |
| 2006 | 70.5 |
| 2007 | 25.9 |
| 2008 | 5.6 |
| 2009 | 1.3 |
| Thereafter | 0.4 |
|  | $ 249.5 |

The Company accounts for stock awards issued to non-employees in accordance with the provisions of SFAS 123 and EITF 96 18. Under SFAS 123 and EITF 96 18, the Company uses the Black-Scholes method to measure the value of options granted to nonemployees at each vesting date to determine the appropriate charge to stock-based compensation.

The Company recorded stock-based compensation expense of $1.5 million, $15.8 million and $15.0 million for the value of stock options earned by non-employees in 2002, 2003 and 2004.

At December 31, 2004, there were 302,950 unvested options to purchase shares of Class B common stock held by nonemployees with a weighted-average exercise price of $0.52 and a weighted-average 36 month remaining vesting period. These options generally vest on a monthly and ratable basis. No options that vest over time were granted to non-employees in the year ended December 31, 2004.

Pro forma information regarding net income has been determined as if the Company had accounted for its employee stock options under the method prescribed by SFAS 123. The resulting effect on pro forma net income disclosed is not representative of the effects on net income on a pro forma basis in future years. For discussion regarding the anticipated effects of SFAS 123R on the Company's operating results, see below under Effect of a Recent Accounting Pronouncement.

77

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169797

Trial Exhibit 3211 Page 86 of 129

Table of Contents

Google Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

Had compensation cost for options granted under the option plans (see Note 10) been determined based on the fair value method prescribed by SFAS 123, the Company's net income and net income per share would have been adjusted to the pro forma amounts below (in thousands, except per share data):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2002 | 2003 | 2004 |
| Net income, as reported | $ 99,656 | $ 105,648 | $ 399,119 |
| Add: Stock-based employee compensation expense included in reported net income, net of related tax effects | 20,175 | 213,545 | 171,380 |
| Deduct: Total stock-based employee compensation expense under the fair value based method for all awards, net of related tax effects | (22,390) | (215,946) | (186,138) |
| Net income, pro forma | $ 97,441 | $ 103,247 | $ 384,361 |
| Net income per share: | | | |
| As reported—basic | $ 0.86 | $ 0.77 | $ 2.07 |
| Pro forma—basic | $ 0.85 | $ 0.75 | $ 1.99 |
| As reported—diluted | $ 0.45 | $ 0.41 | $ 1.46 |
| Pro forma—diluted | $ 0.44 | $ 0.40 | $ 1.41 |

For purposes of the above pro forma calculation, the value of each option granted through December 31, 2004 was estimated on the date of grant using the Black-Scholes pricing model with the following weighted-average assumptions:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2002 | 2003 | 2004 |
| Risk-free interest rate | 3.34% | 2.11% | 2.77% |
| Expected volatility | 75% | 75% | 69% |
| Expected life (in years) | 3 | 3 | 3 |
| Dividend yield | — | — | — |

The weighted-average fair value of an option granted in 2002, 2003 and 2004, was $2.79, $29.12, and $63.27, using the Black-Scholes pricing model.

*Stock Options Exercised Early*

The Company typically allows employees to exercise options prior to vesting. Upon the exercise of an option prior to vesting, the exercising optionee is required to enter into a restricted stock purchase agreement with the Company, which provides that the Company has a right to repurchase the shares purchased upon exercise of the option at the original exercise price; provided, however, that its right to repurchase these shares will lapse in accordance with the vesting schedule included in the optionee's option agreement. In accordance with EITF 00 23, *Issues Related to Accounting for Stock Compensation under APB Opinion No. 25 and FASB Interpretation No. 44*, stock options granted or modified after March 21, 2002, which are subsequently exercised for cash prior to vesting are treated differently from prior grants and related exercises. The consideration received for an exercise of an option granted after the effective date of this guidance is considered to be a deposit of the exercise price and the related dollar amount is recorded as a liability. The shares and liability are only reclassified into equity on a ratable basis as the award vests. The Company has applied this guidance and recorded a liability on the consolidated balance sheets relating to 11,987,482 and 7,605,222 of options granted subsequent to March 21, 2002 that were exercised and are unvested at December 31, 2003 and 2004. Furthermore, these shares are not presented as outstanding on the accompanying consolidated statements of

78

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169798

Trial Exhibit 3211 Page 87 of 129

Table of Contents

## Google Inc.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

redeemable convertible preferred stock warrant and stockholders' equity and consolidated balance sheets. Instead, these shares are disclosed as outstanding options in the footnotes to these financial statements.

*Net Income per Share*

The Company computes net income per share in accordance with SFAS 128, Earnings per Share. Under the provisions of SFAS 128, basic net income per share is computed using the weighted average number of Class A and Class B common shares outstanding during the period except that it does not include unvested Class A and Class B common shares subject to repurchase or cancellation. Diluted net income per share is computed using the weighted average number of Class A and Class B common shares and, if dilutive, potential Class A and Class B common shares outstanding during the period. Potential Class A and Class B common shares consist of the incremental Class A and Class B common shares issuable upon the exercise of stock options, warrants, unvested common shares subject to repurchase or cancellation and convertible preferred stock. The dilutive effect of outstanding stock options and warrants is reflected in diluted earnings per share by application of the treasury stock method. Convertible preferred stock is reflected on an if converted basis.

The following table sets forth the computation of basic and diluted net income per share (in thousands, except per share amounts):

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2002 | 2003 | 2004 |
| Basic and diluted net income per share: | | | |
| Numerator: | | | |
| Net income | $ 99,656 | $105,648 | $399,119 |
| Denominator: | | | |
| Weighted average Class A and Class B common shares outstanding | 143,317 | 168,093 | 210,877 |
| Less: Weighted average unvested Class A and Class B common shares subject to repurchase or cancellation | (28,075) | (30,396) | (17,701) |
| Denominator for basic calculation | 115,242 | 137,697 | 193,176 |
| Effect of dilutive securities | | | |
| Add: | | | |
| Weighted average convertible preferred shares | 70,432 | 71,128 | 47,584 |
| Weighted average stock options and warrants, restricted stock units and unvested Class A and Class B common shares subject to repurchase or cancellation | 34,959 | 47,813 | 32,021 |
| Denominator for diluted calculation | 220,633 | 256,638 | 272,781 |
| Net income per share, basic | $ 0.86 | $ 0.77 | $ 2.07 |
| Net income per share, diluted | $ 0.45 | $ 0.41 | $ 1.46 |

*Certain Risks and Concentrations*

The Company's revenues are principally derived from online advertising, the market for which is highly competitive and rapidly changing. Significant changes in this industry or changes in customer buying behavior could adversely affect the Company's operating results.

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169799

Trial Exhibit 3211 Page 88 of 129

Table of Contents

Google Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

Financial instruments that potentially subject the Company to concentrations of credit risk consist principally of cash equivalents, marketable securities and accounts receivable. Cash equivalents consist of money market funds, agency notes and municipal bonds. Marketable securities consist primarily of agency notes, market auction preferred securities, municipal auction rate receipts and municipal bonds held with four financial institutions. Accounts receivable are typically unsecured and are derived from revenues earned from customers primarily located in the U.S. In 2003 and 2004, the Company generated approximately 71% and 66% of its revenues from customers based in the U.S. with the majority of customers outside of the U.S. located in Japan and Europe. Many of the Company's Network members are in the Internet industry. To appropriately manage this risk, the Company performs ongoing evaluations of customer credit and limits the amount of credit extended, but generally no collateral is required. The Company maintains reserves for estimated credit losses and these losses have generally been within management's expectations.

Advertising and other revenues generated from America Online, Inc., which is also a stockholder, accounted for 15%, 16% and 12% of revenues, primarily through the Company's AdSense program, in 2002, 2003 and 2004. No other Google Network member generated greater than 10% of revenues in these periods.

*Fair Value of Financial Instruments*

The carrying amounts of the Company's financial instruments, including cash and cash equivalents, marketable securities, accounts receivable, accounts payable and accrued liabilities, approximate fair value because of their short maturities. The carrying amounts of the Company's equipment loans and capital leases approximate fair value of these obligations based upon management's best estimates of interest rates that would be available for similar debt obligations at December 31, 2003 and 2004.

*Cash and Cash Equivalents and Marketable Securities*

The Company invests its excess cash in money market funds and in highly liquid debt instruments of U.S. corporations, municipalities and U.S. government and its agencies. All highly liquid investments with stated maturities of three months or less from date of purchase are classified as cash equivalents; all highly liquid investments with stated maturities of greater than three months are classified as marketable securities.

Management determines the appropriate classification of its investments in debt and marketable equity securities at the time of purchase and reevaluates such designation at each balance sheet date. The Company's debt and marketable equity securities have been classified and accounted for as available for sale. The Company may or may not hold securities with stated maturities greater than twelve months until maturity. In response to changes in the availability of and the yield on alternative investments as well as liquidity requirements, the Company occasionally sells these securities prior to their stated maturities. As these securities are viewed by the Company as available to support current operations, based on the provisions of ARB No. 43, Chapter 3A, Working Capital-Current Assets and Liabilities, equity and debt securities with maturities beyond 12 months (such as the Company's auction rate securities) are classified as current assets in the accompanying balance sheet. These securities are carried at fair value, with the unrealized gains and losses, net of taxes, reported as a component of stockholders' equity. Any realized gains or losses on the sale of marketable securities are determined on a specific identification method, and such gains and losses are reflected as a component of interest income or expense.

*Accounts Receivable*

Accounts receivable are recorded at the invoiced amount and are non-interest bearing. The Company maintains an allowance for doubtful accounts to reserve for potentially uncollectible receivables. Management

80

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169800

Trial Exhibit 3211 Page 89 of 129

Table of Contents

Google Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

reviews the accounts receivable by amounts due by customers which are past due to identify specific customers with known disputes or collectibility issues. In determining the amount of the reserve, management makes judgments about the creditworthiness of significant customers based on ongoing credit evaluations. The Company also maintains a sales allowance to reserve for potential credits issued to customers. The amount of the reserve is determined based on historical credits issued.

*Property and Equipment*

Property and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is computed using the straight-line method over the estimated useful lives of the assets, generally two to five years. Equipment under capital leases and leasehold improvements are amortized over the shorter of the lease term or the estimated useful lives of the assets. Construction in process is primarily related to the building of production equipment servers and lease-hold improvements. Depreciation for these assets commences once they are placed in service.

*Long-Lived Assets Including Goodwill and Other Acquired Intangible Assets*

The Company reviews property and equipment and certain identifiable intangibles, excluding goodwill, for impairment whenever events or changes in circumstances indicate the carrying amount of an asset may not be recoverable. Recoverability of these assets is measured by comparison of its carrying amounts to the future undiscounted cash flows the assets are expected to generate. If property and equipment and certain identifiable intangibles are considered to be impaired, the impairment to be recognized equals the amount by which the carrying value of the asset exceeds its fair market value. The Company has made no adjustments to its long-lived assets in any of the years presented.

In accordance with SFAS No. 142, *Goodwill and Other Intangible Assets*, the Company tests its goodwill for impairment at least annually or more frequently if events or changes in circumstances indicate that this asset may be impaired. The Company found no impairment in any of the years presented. The tests were based on the Company's single operating segment and reporting unit structure.

SFAS No. 142 also requires that intangible assets with definite lives be amortized over their estimated useful lives and reviewed for impairment whenever events or changes in circumstances indicate an asset's carrying value may not be recoverable in accordance with SFAS No. 144, *Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of*. The Company is currently amortizing its acquired intangible assets with definite lives over periods ranging from one to four years. The Company believes no events or changes in circumstances have occurred that would require an impairment test for these assets.

*Income Taxes*

The Company recognizes income taxes under the liability method. Deferred income taxes are recognized for differences between the financial reporting and tax bases of assets and liabilities at enacted statutory tax rates in effect for the years in which the differences are expected to reverse. The effect on deferred taxes of a change in tax rates is recognized in income in the period that includes the enactment date.

*Foreign Currency*

Generally, the functional currency of the Company's international subsidiaries is the local currency. The financial statements of these subsidiaries are translated to U.S. dollars using month-end rates of exchange for

81

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169801

Trial Exhibit 3211 Page 90 of 129

Google Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

assets and liabilities, and average rates of exchange for revenues, costs and expenses. Translation gains and losses are deferred and recorded in accumulated other comprehensive income as a component of stockholders' equity. The Company recorded $1.7 million and $7.6 million of net translation gains in 2003 and 2004. There was no translation gain or loss in 2002. Net gains and losses resulting from foreign exchange transactions are included in the consolidated income statements. The Company recognized $2.1 million of net gains and $6.7 million of net losses resulting from foreign exchange transactions in 2003 and 2004. Net transaction gains and losses recognized during 2002 were not material.

*Derivative Financial Instruments*

The Company enters into forward foreign exchange contracts with financial institutions to reduce the risk that its cash flows and earnings will be adversely affected by foreign currency exchange rate fluctuations. This program is not designed for trading or speculative purposes. No foreign currency hedge transactions were entered into prior to 2004.

In accordance with SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities*, the Company recognizes derivative instruments as either assets or liabilities on the balance sheet at fair value. These forward exchange contracts are not accounted for as hedges and, therefore, changes in the fair value of these instruments are recorded as interest income (expense) and other, net. Neither the cost nor the fair value of these forward foreign exchange contracts was material at December 31, 2004. The notional principal of forward foreign exchange contracts to purchase U.S. dollars with Euros was $231.0 million at December 31, 2004. There were no other forward foreign exchange contracts outstanding at December 31, 2004.

*Promotional and Advertising Expenses*

The Company expenses promotional and advertising costs in the period in which they are incurred. For the years ended December 31, 2002, 2003 and 2004 promotional and advertising expenses totaled approximately $5.6 million, $20.9 million and $37.7 million.

*Comprehensive Income*

Comprehensive income is comprised of net income and other comprehensive income. Other comprehensive income includes unrealized gains and losses on foreign exchange and unrealized gains and losses on available for sale investments. The differences between total comprehensive income and net income as disclosed on the consolidated statement of redeemable convertible preferred stock warrant and stockholders' equity for 2002, 2003 and 2004 were insignificant.

*Effect of a Recent Accounting Pronouncement*

In December 2004, the Financial Accounting Standards Board issued SFAS No. 123 (revised 2004) ("SFAS 123R"), *Share-Based Payment*, that addresses the accounting for share-based payment transactions in which an enterprise receives employee services in exchange for equity instruments of the enterprise or liabilities that are based on the fair value of the enterprise's equity instruments or that may be settled by the issuance of such equity instruments. SFAS 123R eliminates the ability to account for share-based compensation transactions using the intrinsic value method under Accounting Principles Board Opinion No. 25 ("APB 25"), *Accounting for Stock Issued to Employees*, and generally would require instead that such transactions be accounted for using a fair-value-based method. SFAS 123R requires the use of an option pricing model for estimating fair value, which is amortized to expense over the service periods. The requirements of SFAS 123R will be adopted beginning July 1, 2005.

82

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169802

Trial Exhibit 3211 Page 91 of 129

Table of Contents

## Google Inc.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

If the Company had adopted the provisions of SFAS 123 in 2004, net income would have been reduced by approximately $14.8 million (as shown above). The additional stock-based compensation, net of income taxes that would have been recognized under SFAS 123 in 2004 is a function of the generally insignificant differences between the intrinsic values of stock options granted prior to the initial public offering and the related fair values on the dates of grant determined using the Black-Scholes method. This additional stock-based compensation, net of income taxes is substantially less than the additional amount that will be recognized after adoption of SFAS 123R compared to that which would have been recognized under APB 25. After the initial public offering, the Company began to grant stock options with generally no intrinsic value and expects to continue to do so in the foreseeable future. As the fair values of these options on the dates of grant are and will be significantly greater than the related intrinsic values, the Company will recognize significantly greater stock-based compensation after the adoption of SFAS 123R than it would have if it continued to apply APB 25, and significantly greater than the additional stock-based compensation, net of income taxes it would have recognized under SFAS 123 in 2004. The stock-based compensation the Company will recognize after the adoption of SFAS 123R will also be affected by the number and type of stock-based awards granted in the future and the pricing model and related assumptions used for estimating the fair values of options.

The provision for income taxes includes a reduction for disqualifying dispositions on incentive stock options using the portfolio rather than the individual award method. The portfolio method was used because it was more practicable to do so. SFAS 123R requires the use of the individual award method. If the Company had used the individual award method, its net income would have been reduced further than the approximate $14.8 million reduction in net income noted above if the Company had adopted the provisions of SFAS 123.

SFAS 123R allows for either prospective recognition of compensation expense or retrospective recognition, which may be back to the original issuance of SFAS 123 or only to interim periods in the year of adoption. The Company is currently evaluating these transition methods.

Finally, SFAS 123R requires that cash inflows from financing activities on the Company's statement of cash flows include the cash retained as a result of the tax deductibility of increases in the value of equity instruments issued under share-based payment arrangements in excess of any related stock-based compensation recognizable for financial reporting purposes. These tax benefits shall be determined based on the individual award method. In addition, cash outflows from operating activities must include the cash that would have been paid for income taxes if increases in the value of equity instruments issued under share-based arrangements had not been deductible in determining taxable income in excess of any related stock-based compensation recognizable for financial reporting purposes. The above amounts are the same. This cash benefit has been included in the determination of cash provided by operating activities on the Company's statement of cash flows in 2004. The change in methods will likely have a significant negative effect on the Company's cash provided by operating activities in periods after adoption of SFAS 123R.

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169803

Trial Exhibit 3211 Page 92 of 129

Google Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

### Note 2. Cash, Cash Equivalents and Marketable Securities

Cash, cash equivalents and marketable securities consist of the following (in thousands):

|  | As of December 31, | |
|---|---|---|
|  | 2003 | 2004 |
| Cash and cash equivalents | $148,995 | $ 426,873 |
| Marketable securities: | | |
| Municipal securities | 166,538 | 1,616,684 |
| U.S. government notes | 11,185 | 5,163 |
| U.S. corporate securities | 8,000 | 83,577 |
| Total marketable securities | 185,723 | 1,705,424 |
| Total cash, cash equivalents and marketable securities | $334,718 | $2,132,297 |

The Company has not experienced any significant realized gains or losses on its investments in the periods presented. Gross unrealized losses were $6.4 million at December 31, 2004 primarily related to municipal securities and were not material at December 31, 2003.

The following table summarizes the estimated fair value of the Company's securities held in marketable securities classified by the stated maturity date of the security (in thousands):

|  | As of December 31, | |
|---|---|---|
|  | 2003 | 2004 |
| Due within 1 year | $ 29,381 | $ 340,771 |
| Due within 1 year through 5 years | 81,830 | 853,604 |
| Due within 5 years through 10 years | 11,382 | 65,017 |
| Due after 10 years | 63,130 | 446,032 |
| Total marketable securities | $185,723 | $1,705,424 |

In addition, at December 31, 2003 and December 31, 2004, the Company had $11.0 million and $11.1 million of restricted cash and investment securities classified as other current assets which are included in "prepaid revenue share, expenses and other assets" in the accompanying consolidated balance sheets.

### Note 3. Interest Income (Expense) and Other

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2002 | 2003 | 2004 |
|  | (in thousands) | | |
| Interest income | $ 1,215 | $ 2,663 | $15,996 |
| Interest expense | (2,570) | (1,931) | (862) |
| Other | (196) | 3,458 | (5,092) |
| Interest income (expense) and other, net | $(1,551) | $ 4,190 | $10,042 |

### Note 4. Acquisitions

*Business Combinations*

During the year ended December 31, 2004, the Company acquired all of the voting interests of four companies. Three of the companies were accounted for as business combinations. Because the fourth company was considered a development stage enterprise, the transaction was accounted for as an asset purchase in

84

Oracle America v. Google
3:10-cv-03561-WHA

GOOGLE-03169805

**Trial Exhibit 3211 Page 94 of 129**