# Bush Declaration Ex. E

# TX 1004

Google Inc.
Acquisition of Android, Inc.
Closing Purchase Price Calculation and Allocation

| | | |
|---|---|---|
| Total Assets | $ | 237,818.00 |
| Shared Lease Liability | $ | 171,000.00 |
| Google Note Balance | $ | 150,887.67 |
| $1M cushion | $ | 1,000,000.00 |
| Total Liabilities | $ | 1,451,637.00 |
| Additional Liabilities not booked in FS | | |
|    Leak Bonus | $ | 50,000.00 |
|    Othmer Bonus | $ | 100,000.00 |
|    A. Rubin Note Differential | $ | 67,460.00 |
| Adjusted Net Equity | $ | (109,391.33) |
| Net Equity Shortfall | $ | 109,391.33 |
| Closing Purchase Price | $ | 10,890,608.67 |
| Escrow Amount | $ | 1,089,060.87 |
| Net Closing Purchase Price to Stockholders | $ | 9,801,547.80 |

| Name | Number of Shares of Company Common Stock Owned at the Closing | Closing Purchase Price Allocation |
|---|---|---|
| Rubin, Andrew E. | 2,860,000 | $2,616,005.97 |
| White, Christopher | 3,000,000 | $2,744,062.20 |
| Miner, Richard | 2,000,000 | $1,829,374.80 |
| Sears, Nickolas | 2,000,000 | $1,829,374.80 |
| McQueen, Sandra | 20,000 | $18,293.75 |
| Cole, Tracey | 156,270 | $142,938.20 |
| Hertzfeld, Andrew | 20,000 | $18,293.75 |
| Kim, John | 35,000 | $32,014.06 |
| Kirkpatrick, Ficus | 100,000 | $91,468.74 |
| McFadden, Andrew | 104,637 | $95,710.15 |
| Rubin, Katie | 20,000 | $18,293.75 |
| Rubin, Michael | 50,000 | $45,734.37 |
| Rubin, Robert | 50,000 | $45,734.37 |
| Swetland, Brian | 207,541 | $189,835.14 |
| Turk, Andrew K. | 92,287 | $84,413.76 |
| **Totals:** | **10,715,735** | **$9,801,547.81** |

STOCK PURCHASE AGREEMENT

BY AND AMONG

GOOGLE INC.

ANDROID, INC.

THE STOCKHOLDERS OF ANDROID, INC.

ANDREW E. RUBIN, AS STOCKHOLDER AGENT

AND

U.S. BANK, NATIONAL ASSOCIATION, AS ESCROW AGENT

DATED AS OF JUNE 30, 2005

C:\Documents and Settings\cbontia\Desktop\My Documents\MISC DELETE\Stock Purchase Agreement executed[1].doc

CONFIDENTIAL                                    Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-00303923

Trial Exhibit 1004, Page 2 of 82

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| ARTICLE I THE ACQUISITION | | 1 |
| 1.1 | Purchase and Sale | 1 |
| 1.2 | Milestone Payments | 2 |
| 1.3 | Achievement of Milestones | 3 |
| 1.4 | Support for Earn-Out Milestones | 4 |
| 1.5 | Limitations on Milestone Payments | 4 |
| 1.6 | Resolution of Disputes | 5 |
| 1.7 | Escrow | 5 |
| 1.8 | Closing | 5 |
| 1.9 | Effect of Transaction | 6 |
| 1.10 | Expenses | 6 |
| 1.11 | Required Withholding | 6 |
| 1.12 | Taking of Necessary Action; Further Action | 6 |
| ARTICLE II REPRESENTATIONS AND WARRANTIES OF THE COMPANY | | 7 |
| 2.1 | Organization and Standing of the Company | 7 |
| 2.2 | Authority; Valid and Binding Agreements | 7 |
| 2.3 | Conflicts; Consents | 8 |
| 2.4 | Subsidiaries; Powers of Attorney | 8 |
| 2.5 | Company Capitalization | 8 |
| 2.6 | Financial Information | 9 |
| 2.7 | Undisclosed Liabilities | 10 |
| 2.8 | Tax Matters | 10 |
| 2.9 | Assets Other than Real Property | 12 |
| 2.10 | Real Property | 13 |
| 2.11 | Intellectual Property and Related Matters | 13 |
| 2.12 | Material Contracts | 17 |
| 2.13 | Litigation | 18 |
| 2.14 | Absence of Changes or Events | 19 |
| 2.15 | Compliance with Applicable Laws | 20 |
| 2.16 | Certain Employee Matters | 21 |
| 2.17 | Benefit Plans | 22 |
| 2.18 | Transactions with Affiliates | 24 |
| 2.19 | Brokers | 25 |
| 2.20 | Insurance | 25 |
| 2.21 | Books and Records | 25 |
| 2.22 | Customers | 25 |
| 2.23 | Foreign Corrupt Practices Act | 25 |
| 2.24 | Business Practices | 25 |
| 2.25 | Disclosure | 26 |
| 2.26 | Investment Company Act | 26 |

C:\Documents and Settings\cbontia\Desktop\My Documents\MISC DELETE\Stock Purchase Agreement executed[1].doc

CONFIDENTIAL                               Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-00303924

# TABLE OF CONTENTS

| | | Page |
|---|---|---:|
| ARTICLE III | REPRESENTATIONS AND WARRANTIES OF THE STOCKHOLDERS | 26 |
| 3.1 | Ownership of Company Common Stock | 26 |
| 3.2 | Tax Matters | 26 |
| 3.3 | Absence of Claims by the Stockholders | 27 |
| 3.4 | Authority | 27 |
| 3.5 | No Conflict | 27 |
| 3.6 | Consents | 27 |
| 3.7 | Notes | 27 |
| ARTICLE IV | REPRESENTATIONS AND WARRANTIES OF BUYER | 28 |
| 4.1 | Organization and Standing of Buyer | 28 |
| 4.2 | Authority; Valid and Binding Agreement | 28 |
| 4.3 | Conflict | 28 |
| ARTICLE V | CONDUCT PRIOR TO THE EFFECTIVE TIME | 29 |
| 5.1 | Conduct of the Company | 29 |
| 5.2 | No Solicitation | 31 |
| 5.3 | No Transfer | 32 |
| ARTICLE VI | ADDITIONAL AGREEMENTS | 32 |
| 6.1 | Access to Information | 32 |
| 6.2 | Confidentiality | 32 |
| 6.3 | Consents | 33 |
| 6.4 | Reasonable Efforts | 33 |
| 6.5 | Notification of Certain Matters | 34 |
| 6.6 | 280G Approval | 34 |
| 6.7 | Acknowledgement; Release of Claims | 34 |
| 6.8 | Consent to Domain Name Assignment | 35 |
| 6.9 | Release of Claims | 35 |
| ARTICLE VII | CONDITIONS TO THE ACQUISITION | 35 |
| 7.1 | Conditions to Obligations of Each Party to Effect the Acquisition | 35 |
| 7.2 | Additional Conditions to Obligations of the Company and the Stockholders | 35 |
| 7.3 | Conditions to the Obligations of Buyer | 36 |
| ARTICLE VIII | TERMINATION, AMENDMENT AND WAIVER | 39 |
| 8.1 | Termination | 39 |
| 8.2 | Amendment | 40 |
| 8.3 | Extension; Waiver | 40 |
| ARTICLE IX | SURVIVAL OF REPRESENTATIONS AND WARRANTIES; | |

CONFIDENTIAL                                    Oracle America v. Google, 3:10-cv-03561-WHA         GOOGLE-00303925

Trial Exhibit 1004, Page 4 of 82

# TABLE OF CONTENTS

| | | Page |
|---|---|---|
| | INDEMNIFICATION | 41 |
| 9.1 | Survival of Representations and Warranties | 41 |
| 9.2 | Indemnification | 41 |
| 9.3 | Claims for Indemnification | 43 |
| 9.4 | Stockholder Agent; Power of Attorney | 45 |
| 9.5 | Protection of the Escrow Fund | 46 |
| 9.6 | Escrow Agent's Duties | 47 |
| 9.7 | Fees | 49 |
| 9.8 | Consequential Damages | 49 |
| **ARTICLE X GENERAL PROVISIONS** | | **49** |
| 10.1 | Notices | 49 |
| 10.2 | Interpretation | 50 |
| 10.3 | Counterparts | 50 |
| 10.4 | Entire Agreement; Assignment | 50 |
| 10.5 | Severability | 51 |
| 10.6 | Other Remedies | 51 |
| 10.7 | Governing Law | 51 |
| 10.8 | Specific Performance | 51 |
| 10.9 | Attorneys' Fees | 51 |
| 10.10 | WAIVER OF JURY TRIAL | 51 |
| 10.11 | Rules of Construction | 52 |
| **ARTICLE XI DEFINITIONS** | | **52** |
| 11.1 | Definitions | 52 |

CONFIDENTIAL          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-00303926

Trial Exhibit 1004, Page 5 of 82

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| Exhibit A | Form of Noncompetition Agreement |
| Exhibit B | Form of Legal Opinion |
| Exhibit C | Milestones |
| Exhibit D | Notes |

CONFIDENTIAL        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-00303927

Trial Exhibit 1004, Page 6 of 82