**STOCKHOLDERS:**

Andrew E. Rubin

Christopher White

Richard Miner

Nickolas Sears

Sandra ~~Bernardi~~ McQueen

Tracey Cole

Andrew Hertzfeld

John Kim

**SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT**

CONFIDENTIAL Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-00303989

Trial Exhibit 1004, Page 68 of 82

**STOCKHOLDERS:**

______________________________
Andrew E. Rubin

______________________________
Christopher White

______________________________
Richard Miner

______________________________
Nickolas Sears

______________________________
Sandra Bernardi

______________________________
Tracey Cole

______________________________
Andrew Hertzfeld

______________________________
John Kim

**SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT**

CONFIDENTIAL Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-00303990

Trial Exhibit 1004, Page 69 of 82

**STOCKHOLDERS:**

______________________________
Andrew E. Rubin

______________________________
Christopher White

______________________________
Richard Miner

______________________________
Nickolas Sears

______________________________
Sandra Bernardi

______________________________
Tracey Cole

Andrew Hertzfeld
______________________________
Andrew Hertzfeld

______________________________
John Kim

**SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT**

Ficus Kirkpatrick

Andrew McFadden

Katie Rubin

Michael Rubin

Robert Rubin

Brian Swetland

Andrew K. Turk

**SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT**

CONFIDENTIAL Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-00303992

Trial Exhibit 1004, Page 71 of 82

Ficus Kirkpatrick

Andrew McFadden

Katie Rubin

Michael Rubin

Robert Rubin

Brian Swetland

Andrew K. Turk

**SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT**

CONFIDENTIAL Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-00303993

Trial Exhibit 1004, Page 72 of 82

Ficus Kirkpatrick

Andrew McFadden

Katie Rubin

Michael Rubin

Robert Rubin

Brian Swetland

Andrew K. Turk

**SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT**

CONFIDENTIAL Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-00303994

Trial Exhibit 1004, Page 73 of 82

Ficus Kirkpatrick

Andrew McFadden

Katie Rubin

Michael Rubin

Robert Rubin

Brian Swetland

Andrew K. Turk

**SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT**

CONFIDENTIAL Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-00303995

Trial Exhibit 1004, Page 74 of 82

Ficus Kirkpatrick

Andrew McFadden

Katie Rubin

Michael Rubin

Robert Rubin

Brian Swetland

Andrew K. Turk

SIGNATURE PAGE TO STOCK PURCHASE AGREEMENT

CONFIDENTIAL Oracle America v. Google, 3:10-cv-03561-WHA GOOGLE-00303996

Trial Exhibit 1004, Page 75 of 82

## Schedule 1.1

| NAME AND ADDRESS | NUMBER OF SHARES OF COMPANY COMMON STOCK OWNED AT THE CLOSING | CLOSING PURCHASE PRICE ALLOCATION | WIRE TRANSFER INSTRUCTIONS |
|---|---|---|---|
| Rubin, Andrew E.<br>25299 La Loma Drive<br>Los Altos Hills, CA 94022 | 2,860,000 | [to come] | Name: Andrew Rubin<br>Bank: World Savings, 950 Stanford Shopping Center, Palo Alto, CA 94304<br>Account #: 673166906<br>ABA #: 122287196 |
| White, Christopher<br>461 Second Street, #331<br>San Francisco, CA 94107 | 3,000,000 | | Name: Chris White<br>Bank: J.P. Morgan Chase, One Chase Manhattan Plaza, New York, NY 10005<br>Routing #: 021-000021<br>For Credit to: National Financial Services LLC<br>Account #: 066196-221<br>FBO: Chris White<br>For Final Credit to: Z42349003 |
| Miner, Richard<br>175 Second Street<br>Cambridge, MA 02142 | 2,000,000 | | Name: Richard A. Miner<br>Bank: Bank of New York, New York, NY<br>ABA #: 021-000018<br>A/C: Pershing LLC<br>Account #: 890-051238-5<br>FFC Account Name: Richard Miner<br>FFC Account #: 5xm-003698 |
| Sears, Nickolas<br>17104 163rd Place, SE<br>Renton, WA 98058 | 2,000,000 | | Name: Nickolas Sears<br>Bank: Deutsche Bank Trust Company<br>FBO: National Investor Services Corp.<br>Account #: 00-853820<br>ABA #: 0-21001033<br>Primary Account Holder: Nickolas J. Sears<br>Joint Account Holder: Gloria Santoro<br>Account: 41509718-12 |
| McQueen, Sandra<br>215 Old Spanish Trail<br>Portola Valley, CA 94028 | 20,000 | | Name: Sandra McQueen<br>Bank: First Republic Bank<br>Account #: 95400012973<br>ABA #: 321081669 |

| Name and Address | Number of Shares of Company Common Stock Owned at the Closing | Closing Purchase Price Allocation | Wire Transfer Instructions | |
|---|---|---|---|---|
| Cole, Tracey<br>204 Bayswater Ave.<br>Burlingame, CA 94010 | 156,270 | | Name:<br>Bank:<br>Account #:<br>ABA #: | Tracey L. Cole<br>US Bank<br>153453-238591<br>121122676 |
| Hertzfeld, Andrew<br>329 Lincoln Ave.<br>Palo Alto, CA 94301 | 20,000 | | Name:<br>Bank:<br>Account #:<br>ABA #:<br>For Credit to GBTC: | Andy Hertzfeld<br>Cupertino National Bank & Trust<br>00-1200216<br>121141152<br>Hertzfeld #3590 |
| Kim, John<br>4833 Hillard Ave.<br>La Canada, CA 91011 | 35,000 | | Name:<br>Bank:<br><br><br>Account #:<br>ABA #: | John T. Kim<br>Bank of America<br>537 Foothill Blvd.<br>La Canada-Flintridge, CA 91011<br>488207576<br>122000661 |
| Kirkpatrick, Ficus<br>116 Raye St.<br>Seattle, WA 98109 | 100,000 | | Bank:<br><br><br>Account #:<br>ABA #: | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876<br>22556907<br>314074269 |
| McFadden, Andrew<br>1103 Lautrec Terrace<br>Sunnyvale, CA 94087-2700 | 104,637 | | Name:<br>Bank:<br><br><br>Citibank ABA #:<br>For Credit to:<br>Account #:<br>Name on account:<br>Schwab Account #: | Andrew Todd McFadden<br>Citibank NA<br>111 Wall Street<br>New York, NY 10043<br>0-21000089<br>Charles Schwab & Co., Inc.<br>4055-3953<br>Andrew Todd McFadden<br>6089-2826 |
| Rubin, Katie<br>911 Pennsylvania Place, #2<br>Davis, CA 95616 | 20,000 | | Name:<br>Bank:<br>Account #:<br>ABA #: | Kathryn Lauren Rubin<br>Washington Mutual<br>984354945<br>322271627 |
| Rubin, Michael<br>204 Nice Way<br>Colchester, VT 05446 | 50,000 | | Name:<br>Bank:<br><br>Account #:<br>ABA #: | Michael Rubin<br>New England Federal Credit<br>Union<br>1269251003<br>211691127 |

| Name and Address | Number of Shares of Company Common Stock Owned at the Closing | Closing Purchase Price Allocation | Wire Transfer Instructions | |
|---|---|---|---|---|
| Rubin, Robert<br>9421 Eagle Rock Ave. NE<br>Albuquerque, NM 87122 | 50,000 | | Name:<br>Bank:<br><br><br>Account #:<br>ABA #: | Robert W. Rubin<br>Bank of America<br>6410 Gibson Blvd. SE<br>Albuquerque, NM 87108<br>000-109683920<br>02600-9593 |
| Swetland, Brian<br>104 Paul Ave.<br>Mountain View, CA 94041-2236 | 207,541 | | Name:<br>Bank:<br>Account #:<br>ABA #: | Brian Swetland<br>Bank of America<br>06220-04887<br>121000358 |
| Turk, Andrew K.<br>750 Warfield Ave., #301<br>Oakland, CA 94610 | 92,287 | | Name:<br>Bank:<br><br><br>Account #:<br>ABA #: | Andrew K. Turk<br>Patelco Credit Union<br>156 Second Street<br>San Francisco, CA 94105-3700<br>74600020914311<br>321076470 |
| **Totals:** | **10,715,735** | | | |

Exhibit C

Milestones

Milestone 1

Buyer's mobile telephone handset manufacturing partner(s) shall have shipped a minimum of one functional mobile telephone using an operating system developed by the Company (a "**Company Enabled Phone**"), and Buyer shall have entered into a definitive agreement with at least one wireless carrier (which carrier must provide service to a minimum of 15 million customers) providing for the service contract related to the Company Enabled Phone. The Company Enabled Phone may not be a mere prototype but rather shall be a functional mobile telephone that, if replicated, would be suitable for use by a large number of consumer end users.

Milestone 2

Buyer's mobile telephone handset manufacturing partner(s) shall have shipped an aggregate of 5 million Company Enabled Phones.

Milestone 3

Buyer's mobile telephone handset manufacturing partner(s) shall have shipped an aggregate of 10 million Company Enabled Phones.

Milestone 4

Buyer's mobile telephone handset manufacturing partner(s) shall have shipped an aggregate of 50 million Company Enabled Phones.

## Exhibit D

## Notes

| Noteholder | Date of Note | Original Principal Amount | Additional Cash Payment If Acquisition Occurs | Total Amount Payable if Acquisition Occurs (Including Accrued Interest)[1] | Wire Transfer Instructions | |
|---|---|---|---|---|---|---|
| Andrew E. Rubin | 12/1/03 | $250,000 | $0 | $201,060.75 | Name: | Andrew Rubin |
| | | | | | Bank: | World Savings<br>950 Stanford Shopping Center<br>Palo Alto, CA 94304 |
| | 6/28/05 | $20,000 | $0 | $20,009.45 | Account #: | 673166906 |
| | | | | | ABA #: | 122287196 |
| Chris White | 12/15/04 | $50,000 | $0 | $51,559.59 | Name: | Chris White |
| | | | | | Bank: | J.P. Morgan Chase<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| | | | | | Routing #: | 021-000021 |
| | 3/8/05 | $50,000 | $0 | $50,905.82 | For Credit to: | National Financial Services LLC |
| | | | | | Account #: | 066196-221 |
| | | | | | FBO: | Chris White |
| | | | | | For Final Credit to: | Z42349003 |
| Stephen G. Perlman, Trustee of the Stephen G. Perlman Revocable Trust UDT dated August 7, 1997 | 7/1/04 | $100,000 | $0 | $105,829.86 | Name: | Stephen G. Perlman |
| | | | | | Bank: | First Republic |
| | | | | | Account #: | 95400016321 |
| | | | | | ABA #: | 321081669 |
| | | | | | Mailing Address: | 1107 Hamilton Ave.<br>Palo Alto, CA 94301 |
| Anthem/CIC Ventures Fund, LP | 11/10/04 | $75,000 | $0 | $78,830.14 | To: | SIL VLY BK SJ |
| | | | | | Routing & Transit #: | 121140399 |
| | | | | | For Credit of: | Anthem/CIC Ventures Fund, L.P. |
| | | | | | Credit Account #: | #3300416474 |
| | | | | | By Order of: | Google Inc. |

[1] Based on a Closing Date of July 1, 2005. If the Closing Date is not July 1, 2005, Exhibit D will be updated to reflect amounts payable on the actual Closing Date.

| Noteholder | Date of Note | Original Principal Amount | Additional Cash Payment If Acquisition Occurs | Total Amount Payable if Acquisition Occurs (Including Accrued Interest)[1] | Wire Transfer Instructions | |
|---|---|---|---|---|---|---|
| Bruce Leak | 3/25/05 | $100,000 | $50,000 | $151,543.84 | Account Title: | Bruce Leak |
| | | | | | Bank Name: | Wells Fargo Bank, N.A. |
| | | | | | City/State: | San Francisco, CA |
| | | | | | Routing Transit #: | 121000248 |
| | | | | | Account #: | 0471470252 |
| Konstantin Othmer | 1/5/05 | $100,000 | $100,000 | $202,788.36 | Wire to: | E*TRADE Securities Account |
| | | | | | Name: | Konstantin Othmer |
| | | | | | Address: | 550 Oak St.<br>Mountain View, CA 94041 |
| | | | | | Phone Number: | (650) 248-4331 |
| | | | | | Amount: | $202,788.36 |
| | | | | | E*TRADE Securities Brokerage Account Number: | ET6410-5815 |
| | | | | | Receiving Bank Name: | The Bank of New York |
| | | | | | ABA #: | 021 000 018 |
| | | | | | FBO #: | E*TRADE Securities LLC |
| | | | | | Account #: | 890 034 6256 |
| | | | | | For Further Credit to: | ET6410-5815 |
| Nickolas Sears | 2/28/05 | $15,000 | $0 | $15,290.65 | Name: | Nickolas Sears |
| | | | | | Bank: | Deutsche Bank Trust Company |
| | | | | | FBO: | National Investor Services Corp. |
| | | | | | Account #: | 00-853820 |
| | | | | | ABA #: | 0-21001033 |
| | | | | | Primary Account Holder: | Nickolas J. Sears |
| | | | | | Joint Account Holder: | Gloria Santoro |
| | | | | | Account: | 41509718-12 |
| Richard Miner | 3/21/05 | $30,000 | $0 | $30,482.05 | Name: | Richard A. Miner |
| | | | | | Bank: | Bank of New York<br>New York, NY |
| | | | | | ABA #: | 021-000018 |
| | | | | | A/C: | Pershing LLC |
| | | | | | Account #: | 890-051238-5 |
| | | | | | FFC Account Name: | Richard Miner |
| | | | | | FFC Account #: | 5xm-003698 |

| Noteholder | Date of Note | Original Principal Amount | Additional Cash Payment If Acquisition Occurs | Total Amount Payable if Acquisition Occurs (Including Accrued Interest)[1] | Wire Transfer Instructions | |
|---|---|---|---|---|---|---|
| Thoits Bros., Inc. | 6/23/05 | $11,200 | $0 | $11,214.12 | Name: | Thoits Bros., Inc. |
| | | | | | Bank: | Mid-Peninsula Bank |
| | Fee for Lease Modification (to be paid directly by Buyer to Thoits Bros., Inc.): | | | $342,000 | Account #: | 0101279701 |
| | | | | | ABA #: | 90-4153-1211 |
| | | | | | Routing #: | 121141534 |