# Bush Declaration Ex. G

# TX 5109

| | |
|---|---|
| From:     Andy Rubin | Sent:1/25/2007 10:01 AM |
| To: [ - ]     Rich Miner | |
| Cc: [ - ] | |
| Bcc: [ - ] | |
| Subject:   Re: phone stuff | |

Sweet. You and me, buddy. We'll make this happen.

I am open to Nokia and Sony/Erricsson. SE might be a better fit.


On Jan 25, 2007, at 9:55 AM, Rich Miner wrote:


Hey man you made my day!!!!

I dont care what little shit I start doing here in Boston, Android is and will remain my #1 priority and motivation here at Google.

I am making good progress and WILL get Red Hat and Nuance to close and join the alliance.

I am picking up things with Open office guys on SVG, (should we see if they have a PDF player as well?).

I have NMS coming in tomorrow and they are looking to join the alliance and contribute an IMS client stack.

I am sure we can get Openwave to join as well I will continue to push that.

I am working w/Nick today on a term sheet for Cingular to keep them warm and see if they are in the game before we cave for T-Mobile and give up exclusivity for an open platform.

We need to pick things up w/Telecom Italia to keep them warm as well.

I have one more WAKY IDEA -> Maybe its time to get in best w/Nokia. They want Linux and they are shut out of the other alliance. We could do a power share with them, we control the app framework and core and they can do all the telephony stuff... They are the market leader.

..Rich


On 1/25/07, Andy Rubin <arubin@google.com> wrote:

Give up? Me?

Never.

This stuff is really important.

I'm on it. Esmertec has a term sheet in hand and is flying here next
week. They have VM, libs, WAP and MMS.

Never fear -- we are both industry guys and know how important this
stuff is. We can't do a "ta da!" with a sub-standard platform.
That's not called a ta-da, it's an "oh no!".

- andy


On Jan 25, 2007, at 6:23 AM, Rich Miner wrote:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 5109**

CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-24-00183443

> Andy,
>
> a month ago you seemed energized that we did not have the necessary
> mobile libraries being built by our team. You had said you were
> going to lead the charge and take the responsibility yourself to
> get those implemented. We now seemed to be giving up and saying
> that we are just not going to do any of that stuff.
>
> Should we still be pursuing partnerships and vehicles to get that
> functionality completed? I just think that if we ignore them and
> only focus on a Google enabled phone, no matter how good a job we
> do, competing Linux solutions that meet core phone requirements
> might eclipse us as the defacto-standard.
>
> I grow concerned we might set our selves up to win a battle but
> loose the war..
>
> Can we have a strategic discussion about our goals and the best
> plan to achieve those goals?
>
> ..Rich

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-24-00183444

Trial Exhibit 5109, Page 2 of 2