# Bush Declaration Ex. L

# TX 0435

| From: | Jonathan.Schwartz@Sun.COM | Sent: 4/27/2006 5:58 PM |
|---|---|---|
| To: [ - ] | eschmidt@google.com | |
| Cc: [ - ] | Scott McNealy; sergey@google.com | |
| Bcc: [ - ] | | |
| Subject: | (SPAM: 6.58) Java/Linux Mobile Platform | |

Eric,

My team has alerted me that our negotiations to jointly create a Java-Linux mobile platform are at an impasse.

I believe this effort is an important project for both of our companies. We're at a critical stage in the industry where we still have a chance to successfully create an open platform that can target multiple consumer devices, but strong momentum around proprietary platforms is quickly building.

Sun is ready to embrace Google's innovation in order to make sure Google apps will shine, however, we are not willing to cede complete control of the management (hosting, authorizing committers) for key components of the stack.

We're eager to engage in the development of the stack in the true spirit of open source, where interested parties share control over key technology elements.

The customers we've jointly approached are telling us they want the combination of our strengths. Sun has key technology assets as well as enormous depth in creating communities and ecosystems. We know you guys bring brilliant innovation and a stellar team. Our companies both have fabulous track records for disruption.

Don't hesitate to let me know how Scott or I can move this forward.

Jonathan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 435**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-66-00000274

Trial Exhibit 435, Page 1 of 1