# Bush Declaration Ex. M

# TX 0215

| | |
|---|---|
| From: Chris Desalvo | Sent: 6/1/2006 4:10 PM |
| To: [ - ] Rubin Andy | |
| Cc: [ - ] | |
| Bcc: [ - ] | |
| Subject: Java class libraries | |

With talks with Sun broken off where does that leave us regarding Java class libraries? Ours are half-ass at best. We need another half of an ass.

-chris

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 215**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00081881

Trial Exhibit 215, Page 1 of 1