# Bush Declaration Ex. P

# TX 0010

From:     Tim Lindholm                                                              Sent: 8/6/2010 11:05 AM
To: [ - ]  Andy Rubin; benlee@google.com
Cc: [ - ]  Dan Grove; Tim Lindholm
Bcc: [ - ]
Subject:  Context for discussion: what we're really trying to do

Attorney Work Product
Google Confidential

Hi Andy,

This is a short pre-read for the call at 12:30. In Dan's earlier email we didn't give you a lot of context, looking for the visceral reaction that we got.

What we've actually been asked to do (by Larry and Sergei) is to investigate what technical alternatives exist to Java for Android and Chrome. We've been over a bunch of these, and think they all suck. We conclude that we need to negotiate a license for Java under the terms we need.

That said, Alan Eustace said that the threat of moving off Java hit Safra Katz hard. We think there is value in the negotiation to put forward our most credible alternative, the goal being to get better terms and price for Java.

It looks to us that Obj-C provides the most credible alternative in this context, which should not be confused with us thinking we should make the change. What we're looking for from you is the reasons why you hate this idea, whether you think it's a nonstarter for negotiation purposes, and whether you think there's anything we've missed in our understanding of the option.

-- Tim and Dan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 10**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-12-10000022

Trial Exhibit 10, Page 1 of 1