# Bush Declaration Ex. Q

# TX 0624



OAGOOGLE010021951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 624**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

OAGOOGLE010100219512

**JAVAPOLIS 2005**
Improve your patterns

## Why is API Design Important?

- APIs can be among a company's greatest assets
  - Customers invest heavily: buying, writing, learning
  - Cost to stop using an API can be prohibitive
  - Successful public APIs capture customers
- Can also be among company's greatest liabilities
  - Bad APIs result in unending stream of support calls
- Public APIs are forever - one chance to get it right



www.javapolis.com

OAGOOGLE0100219513

**JAVAPOLIS 2005**

## Why is API Design Important to *You*?

- If you program, you are an API designer
  - Good code is modular—each module has an API
- Useful modules tend to get reused
  - Once module has users, can't change API at will
  - Good reusable modules are corporate assets
- Thinking in terms of APIs improves code quality



www.javapolis.com

JAVAPOLIS 2005
IMPROVE YOUR PATTERNS

## Characteristics of a Good API

- Easy to learn
- Easy to use, even without documentation
- Hard to misuse
- Easy to read and maintain code that uses it
- Sufficiently powerful to satisfy requirements
- Easy to extend
- Appropriate to audience



www.javapolis.com

OAGOOGLE0100219514

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Outline

I. The Process of API Design

II. General Principles

III. Class Design

IV. Method Design

V. Exception Design

VI. Refactoring API Designs



www.javapolis.com

OAGOOGLE0100219515



OAGOOGLE0100219516

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Gather Requirements–with a Healthy Degree of Skepticism

- Often you'll get proposed solutions instead
  – Better solutions may exist

- Your job is to extract true requirements
  – Should take the form of *use-cases*

- Can be easier and more rewarding to build something more general

 Good



www.javapolis.com

OAGOOGLE010021 9517

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Start with Short Spec–1 Page is Ideal

- At this stage, agility trumps completeness

- Bounce spec off as many people as possible
  – Listen to their input and take it seriously

- If you keep the spec short, it's easy to modify

- Flesh it out as you gain confidence
  – This necessarily involves coding



www.javapolis.com

OAGOOGLE0100219518

JAVAPOLIS 2005
IMPROVE YOUR PATTERNS

## Write to Your API Early and Often

- Start *before* you've implemented the API
  - Saves you doing implementation you'll throw away

- Start *before* you've even specified it properly
  - Saves you from writing specs you'll throw away

- Continue writing to API as you flesh it out
  - Prevents nasty surprises
  - **Code lives on as examples, unit tests**



www.javapolis.com

OAGOOGLE0100219519

OAGOOGLE0100219520

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Writing to SPI is Even More Important

- Service Provider Interface (SPI)
  - Plug-in interface enabling multiple implementations
  - Example: Java Cryptography Extension (JCE)

- Write multiple plug-ins before release
  - If one, it probably won't support another
  - If two, it will support more with difficulty
  - If three, it will work fine

- Will Tracz calls this "The Rule of Threes"
  (*Confessions of a Used Program Salesman*, Addison-Wesley, 1995)

  Bad

www.javapolis.com

OAGOOGLE0100219521

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Maintain Realistic Expectations

- Most API designs are over-constrained
  - You won't be able to please everyone
  - Aim to displease everyone equally

- Expect to make mistakes
  - A few years of real-world use will flush them out
  - Expect to evolve API



www.javapolis.com



OAGOOGLE0100219522

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## API Should Do One Thing and Do it Well

- Functionality should be easy to explain
  - If it's hard to name, that's generally a bad sign
  - Good names drive development
  - Be amenable to splitting and merging modules



www.javapolis.com

OAGOOGLE0100219523

OAGOOGLE0100219524

**JAVAPOLIS 2005**

IMPROVE YOUR PATTERNS

## API Should Be As Small As Possible But No Smaller

- API should satisfy its requirements

- **When in doubt leave it out**
  - Functionality, classes, methods, parameters, etc.
  - **You can always add, but you can never remove**

- *Conceptual weight* more important than bulk

- Look for a good *power-to-weight ratio*



www.javapolis.com

OAGOOGLE0100219525

**JAVAPOLIS 2005**

## Implementation Should Not Impact API

- Implementation details
  - Confuse users
  - Inhibit freedom to change implementation
- Be aware of what is an implementation detail
  - Do not overspecify the behavior of methods
  - For example: do not specify hash functions
  - All tuning parameters are suspect
- Don't let implementation details "leak" into API
  - On-disk and on-the-wire formats, exceptions



www.javapolis.com

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Minimize Accessibility of Everything

- Make classes and members as private as possible

- Public classes should have no public fields
  (with the exception of constants)

- This maximizes **information hiding**

- Allows modules to be used, understood, built,
  tested, and debugged independently



www.javapolis.com

OAGOOGLE0100219526

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Names Matter–API is a Little Language

- Names Should Be Largely Self-Explanatory
  - Avoid cryptic abbreviations
- Be consistent–same word means same thing
  - Throughout API, (Across APIs on the platform)
- Be regular–strive for symmetry
- Code should read like prose

```
if (car.speed() > 2 * SPEED_LIMIT)
    generateAlert("Watch out for cops!");
```



www.javapolis.com

OAGOOGLE0100219527

Trial Exhibit 624, Page 17 of 47



OAGOOGLE0100219528

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Document Religiously

- Document **every** class, interface, method, constructor, parameter, and exception
  - Class: what an instance represents
  - Method: contract between method and its client
    - Preconditions, postconditions, side-effects
  - Parameter: indicate units, form, ownership

- Document state space very carefully



www.javapolis.com

OAGOOGLE010021 9529

**JAVAPOLIS 2005**

## Consider Performance Consequences of API Design Decisions

- Bad decisions can limit performance
  - Making type mutable
  - Providing constructor instead of static factory
  - Using implementation type instead of interface
- Do not warp API to gain performance
  - Underlying performance issue will get fixed, but headaches will be with you forever
  - Good design usually coincides with good performance



www.javapolis.com

OAGOOGLE010021953O

**JAVAPOLIS 2005**
IMPROVE YOUR PATTERNS

## Effects of API Design Decisions on Performance are Real and Permanent

- `Component.getSize()` returns `Dimension`

- `Dimension` is mutable

- Each `getSize` call must allocate `Dimension`

- Causes *millions* of needless object allocations

- Alternative added in 1.2; old client code still slow



www.javapolis.com

OAGOOGLE0100219531

OAGOOGLE010021 9532

**JAVAPOLIS 2005**

## API Must Coexist Peacefully with Platform

- Do what is customary
  - Obey standard naming conventions
  - Avoid obsolete parameter and return types
  - Mimic patterns in core APIs and language
- Take advantage of API-friendly features
  - Generics, varargs, enums, default arguments
- Know and avoid API traps and pitfalls
  - Finalizers, public static final arrays
- Don't Transliterate APIs



www.javapolis.com



OAGOOGLE0100219533

Trial Exhibit 624, Page 23 of 47