# Bush Declaration Ex. S

# TX 0205

| | | |
|---|---|---|
| From: | Scott McNealy. | Sent:2/8/2006 5:09 AM. |
| To: [ - ] | Eric Schmidt. | |
| Cc: [ - ] | scott.g.mcnealy@Sun.com; Andy Rubin; Jonathan Schwartz; Greg Papadopoulos. | |
| Bcc: [ - ] | . | |
| Subject: | Re: Potential Sun Google partnership in the Mobile Java and OS Space. | |

Thanks for the note. Jonathan and the team are on top of this - I'm worried about how we're going to replace the revenue this is likely going to submarine. I'm very supportive of driving a completely open phone stack, and even taking risk with Java to get there, but I just need to understand the economics.

But we're obviously supportive in helping to fuel the market.

Scott

PS Has you team had a chance to try out the new T2000 with 32 hw threads yet?


Eric Schmidt wrote:

>
>Scott.. I'm in a product review and we are looking at a very interesting
>partnership proposal with Sun. Basically, Andy Rubin runs our mobile
>os/search engineering group; he is talking with Alan Brenner, VP Consumer &
>Mobile Systems Group of Sun.
>
>Google has engaged with Sun's Java team in an effort to form an alliance
>around our Open Handset Platform. It is an opportunity for our two
>companies to work together to define the de-facto standard software stack
>for mobile phones. Google has adopted a completely open source model as a
>way to solve some intricate distribution dependencies. It makes sense to me
>that Sun and Google should do this together; can you check and hopefully
>dedicate the resources necessary to move this ahead at an accelerated pace.
>I wanted to make sure you know I will do the same on my side.
>
>Anyway, this is very exciting and hopefully a good idea for both of us !
>Thanks and take care.. Eric
>
>
>
>
>
>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 205**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
          DEPUTY CLERK