# Bush Declaration Ex. V

# TX 9191

| | |
|---|---|
| **From:** | Jonathan Schwartz <jis@sun.com> |
| **Sent:** | Fri Feb 09 2007 21:39:10 PST |
| **To:** | Simon Phipps <simon.phipps@sun.com> |
| **CC:** | |
| **Subject:** | Re: Request for assistance with Apache's Java SE TCK license |
| **Attachments:** | |
| | |
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

so ... what's the issue?

On Feb 9, 2007, at 9:40 PM, Simon Phipps wrote:

> /Much/ appreciated. Thank-you.
>
> On Feb 9, 2007, at 21:29, Jonathan Schwartz wrote:
>
>> Sorry for being incommunicado - thanks for your note.
>>
>> Just wanted to let you know I got your note, Rich and I are aware
>> of the issues, and will be sure we get a response to you asap.
>>
>> Again, apologies for the delay...
>>
>> Jonathan
>>
>> On Feb 4, 2007, at 3:33 PM, Geir Magnusson Jr. wrote:
>>
>>> Dear Jonathan,
>>>
>>> My name is Geir Magnusson Jr, and I'm the officer of the Apache
>>> Software Foundation charged with matters relating to the JCP. I
>>> am also the PMC Chair of the Apache Harmony project. We've
>>> exchanged mail in the past related to your blog (we argued about
>>> razors and handles) and we actually met once at an OSCON.
>>>
>>> Over the past 5+ months, the Apache Software Foundation has been
>>> attempting to secure an acceptable license from Sun for the TCK
>>> for Java SE, needed by the Apache Harmony project. By
>>> "acceptable", I mean a TCK license that does not attempt to limit
>>> the terms under which we distribute our software, and
>>> additionally, conforms to the terms of the JSPA and the public
>>> promises of the so-called "Apache Compromise", in which Sun
>>> pledged that Sun-led JSRs would be implementable in open source.
>>> Our negotiations started out well last August, but became
>>> difficult in October, and currently we are at an impasse.
>>>
>>> I believe you are our last chance for resolving this matter
>>> privately and quickly. Critics predicted that Sun would use
>>> control of the TCK as a means to harm and impede the Harmony

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 9191**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

OAGOOGLE0004632503

```
>>> project, a notion that has become exceedingly hard to credibly
>>> refute. Besides holding back the Harmony project, this issue
>>> poses serious risk to the credibility of the JCP as a standards
>>> organization, and the reputation of Java as an open ecosystem.
>>> Further, it also puts at risk the long-standing positive
>>> relationship between the Sun and the ASF (and I'd speculate the
>>> broader open source community), something I believe is valuable
>>> and should be preserved.
>>>
>>> The core problem is Sun is attempting to place limitations on the
>>> field of use of tested, compatible implementations of Java SE
>>> produced by the Harmony project. The reason given is that free
>>> availability of such software from the ASF would negatively
>>> impact Sun's embedded software business.
>>>
>>> We believe that such limitations are a violation of the
>>> fundamental philosophy of the JCP as well as the governance
>>> document, the JSPA, to which Sun is a signatory, where all
>>> necessary IP must be licensed royalty-free to any compatible
>>> implementation of a specification. They are also contrary to
>>> Sun's public promise that any Sun-led specification would be
>>> fully implementable and distributable in open source. It
>>> shouldn't have to be mentioned that "fully implementable"
>>> includes passing the TCK, as required by the specification
>>> license. Just as important to us, limitations on field of use is
>>> contrary to the basic principles inherent in open source
>>> licensing, and therefore these limitations would prevent
>>> distribution under an open source license.
>>>
>>> Our objections to the offered license are clear and valid. Even
>>> if it could be argued that there is room for debate about the
>>> specific meaning of phrases in the JSPA, the spec license, the
>>> TCK license, or the Apache Compromise, I think we both understand
>>> that the the situation we are facing is grossly in conflict with
>>> the basic IP philosophy of the JCP, the concept of Java as an
>>> open standards-based ecosystem, and Sun's public promises. The
>>> JCP was clearly designed to prevent any single actor from being
>>> able to exhibit this sort of market control. Additionally, it's
>>> contrary to the spirit of open source, the respect of which is a
>>> key element in Sun's business strategy.
>>>
>>> Through Apache Harmony, the ASF entered into the specification
>>> license in good faith, with the expectation that Sun as the spec
>>> lead would reciprocate. Our intention has always been to produce
>>> a certified compatible implementation of Java SE distributed
>>> under the Apache License. To do so, we need the TCK. Please
>>> help us rectify this situation immediately.
>>>
>>> I look forward to your response.
>>>
>>> geir
>>>
>>> Geir Magnusson Jr.
>>> VP, Java Community Process
```

CONFIDENTIAL                                                                                                                      OAGOOGLE0004632504

```
>>> Apache Software Foundation
>>> +1 203 665 6437
>>>
>>>
>>
>
```

CONFIDENTIAL                                                                                                          OAGOOGLE0004632505