# Bush Declaration Ex. X

# TX 7805

| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|   | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@kvn.com |
|   | CHRISTA M. ANDERSON - # 184325 |
| 3 | canderson@kvn.com |
|   | DANIEL PURCELL - # 191424 |
| 4 | dpurcell@kvn.com |
|   | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
|   | Telephone:    (415) 391-5400 |
| 6 | Facsimile:    (415) 397-7188 |
| 7 | KING & SPALDING  LLP |
|   | BRUCE W. BABER (pro hac vice) |
| 8 | bbaber@kslaw.com |
|   | 1180 Peachtree Street, N.E. |
| 9 | Atlanta, Georgia  30309 |
|   | Telephone:    (404) 572-4600 |
| 10 | Facsimile:    (404) 572-5100 |
| 11 | Attorneys for Defendant |
|   | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
| Plaintiffs, | **GOOGLE INC.'S DEPOSITION CLIPS OF TERRENCE BARR PLAYED BY VIDEO DURING TRIAL** |
| v. | |
| GOOGLE INC., | Trial Date: May 9, 2016 |
| Defendant. | Dept:       Courtroom 8, 19th Fl. |
| | Judge:      Hon. William Alsup |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT  7805**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

GOOGLE INC.'S DEPOSITION CLIPS OF TERRENCE BARR PLAYED BY VIDEO DURING TRIAL
Case No.  3:10-cv-03561 WHA

1060606.01

Defendant Google Inc. submits the following deposition clips of Terrence Barr played by video on May 16, 2016.

Dated: May 16, 2016              KEKER & VAN NEST LLP

                                 By:   s/ Robert A. Van Nest
                                       ROBERT A. VAN NEST
                                       CHRISTA M. ANDERSON
                                       DANIEL PURCELL

                                       Attorneys for Defendant
                                       GOOGLE INC.

1

GOOGLE INC.'S DEPOSITION CLIPS OF TERRENCE BARR PLAYED BY VIDEO DURING TRIAL
Case No. 3:10-cv-03561 WHA

1060606.01

Oracle v. Google_2



**Barr, Terrence (Vol. 01) - 12/09/2015 [2194450-1]**   1 CLIP  (RUNNING 00:11:37.739)



BARR_7        41 SEGMENTS  (RUNNING 00:11:37.739)        

1. PAGE 11:22 TO 12:04  (RUNNING 00:00:10.747)

```
        22       Q   Good morning, Mr. Barr.
        23       A   Good morning.
        24       Q   Could you please state your full name for
        25  the record?
00012:01         A   Terrence Barr.
        02       Q   And you are currently an employee of
        03  Oracle; is that correct?
        04       A   That's correct.
```

2. PAGE 15:11 TO 15:19  (RUNNING 00:00:21.907)

```
        11       Q   How long have you been employed at Oracle?
        12       A   Since Oracle acquired Sun.
        13       Q   You were at Sun before that?
        14       A   That's correct.
        15       Q   And that's Sun Microsystems?
        16       A   Yes.
        17       Q   What is your current job title?
        18       A   My current job title is senior principal
        19  technologist and product manager.
```

3. PAGE 52:07 TO 52:09  (RUNNING 00:00:08.325)

```
        07       Q   So at the time Google announced Android,
        08  you knew that Google was using the Java programming
        09  language in Android, correct?
```

4. PAGE 52:11 TO 52:15  (RUNNING 00:00:06.136)

```
        11            THE WITNESS:  I was not aware of that
        12  immediately.
        13  BY MR. MULLEN:
        14       Q   Were you aware of it shortly after the
        15  announcement?
```

5. PAGE 52:17 TO 52:24  (RUNNING 00:00:23.605)

```
        17            THE WITNESS:  As I was more aware of
        18  Android through public media, I understood that they
        19  were using -- that Android was using some aspects of
        20  the Java language, but I did not know exactly which
        21  aspects.
        22  BY MR. MULLEN:
        23       Q   Did you know that Google was using Java
        24  APIs in Android?
```

6. PAGE 53:01 TO 53:02  (RUNNING 00:00:06.647)

```
00053:01            THE WITNESS:  Again, the specific details
        02  of Android I was not aware of at the time.
```

7. PAGE 57:23 TO 58:07  (RUNNING 00:00:31.775)

```
        23            Did you used to have a blog at or around
        24  the time of the Android announcement?
        25       A   Yes.  That was a personal blog.
00058:01         Q   Where was that blog hosted?
        02       A   I don't remember specifically at that time
        03  where that blog was hosted.
```

**CONFIDENTIAL**                                                                    page 1

**Oracle v. Google_2**

```
         04       Q    Was it on java.net?
         05       A    Yes.
         06       Q    Was java.net a domain owned by Sun?
         07       A    I believe that is correct.
```

**8. PAGE 61:04 TO 61:10  (RUNNING 00:00:17.231)**

```
         04       Q    Was it part of your job responsibility at
         05  Sun to post and maintain a blog?
         06       A    Yes.
         07       Q    And why was that part of your job
         08  responsibilities as Sun?
         09       A    It was part of the evangelism and
         10  technology outreach responsibilities.
```

**9. PAGE 63:06 TO 63:08  (RUNNING 00:00:09.046)**

```
         06       Q    Please take a moment to look at
         07  Exhibit 1366, Mr. Barr, and when you've had a
         08  chance, tell me if you recognize it.
```

**10. PAGE 63:09 TO 63:11  (RUNNING 00:00:13.733)**

```
         09       A    So I recognize the post generally, yes.
         10       Q    What do you recognize it to be?
         11       A    A post that I made in 2007.
```

**11. PAGE 65:20 TO 65:25  (RUNNING 00:00:23.980)**

```
         20       Q    So Exhibit 1366 is a blog post that you
         21  authored on November 6th, 2007, correct?
         22       A    That's what it looks like.
         23       Q    And the blog post is commenting on the
         24  Android announcement; is that correct?
         25       A    That's what it appears to be, yes.
```

**12. PAGE 66:01 TO 66:07  (RUNNING 00:00:18.538)**

```
      00066:01    Q    Okay.  And one of the things you say in
         02  the third paragraph down, the end of the third
         03  paragraph, "I commend Google for taking this step."
         04            Do you see that?
         05       A    I see that.
         06       Q    So you were commending Google for its
         07  announcement of Android, correct?
```

**13. PAGE 66:09 TO 66:12  (RUNNING 00:00:14.532)**

```
         09            THE WITNESS:  What I was commending Google
         10  on specifically was that they announced a platform
         11  that would be accessible to a wide range of partners
         12  or players in the ecosystem.
```

**14. PAGE 122:20 TO 122:21  (RUNNING 00:00:14.028)**

```
         20            If you could take a look at Exhibit 1368.
         21  Just tell me generally whether you recognize
```

**15. PAGE 122:22 TO 122:24  (RUNNING 00:00:03.288)**

```
         22  Exhibit 1368, please.
         23       A    Yes.  It seems to be a series of blog
         24  posts by me.
```

**16. PAGE 123:08 TO 123:11  (RUNNING 00:00:08.603)**

```
         08            Is that a blog post that you wrote on
         09  July 10th, 2008, Mr. Barr?
         10       A    I'm just finishing reading it.
         11       Q    Sure.
```

Oracle v. Google_2
---

**17. PAGE 123:12 TO 124:04  (RUNNING 00:00:50.991)**

```
       12          A   Yes.  So that looks like a blog post by
       13   me.  Yes.
       14          Q   Okay.  And this is on the same blog that
       15   we were discussing before with Exhibit 1366,
       16   correct?
       17          A   Yes, java.net.
       18          Q   This was a blog that you wrote as part of
       19   your official job responsibilities at Sun
       20   Microsystems, correct?
       21          A   As a technology evangelist, yes.  Correct.
       22          Q   Looking at page 10, the third paragraph
       23   down -- actually, the first paragraph, you say, "On
       24   my various trips and presentations around the world,
       25   I often get asked to comment on Google's Android
00124:01   effort.  I blogged about Android before and mostly
       02   what I said then still holds true now."
       03              Do you see that?
       04          A   Yes.
```

**18. PAGE 133:21 TO 134:16  (RUNNING 00:01:25.384)**

```
       21          Q   In the third paragraph of the blog post
       22   that we're looking at that's Exhibit 1368, you say,
       23   "I still applaud Google for the effort.  The mobile
       24   industry is in the midst of a major shift and
       25   Android is an embodiment of that shift."
00134:01              What did you mean by "The mobile industry
       02   is in the midst of a major shift and Android is an
       03   embodiment of that shift"?
       04          A   Primarily what I meant was that mobile
       05   phone platforms were becoming more widespread, more
       06   generally available, and more flexible.  And also,
       07   the value chain was shifting from the carriers and
       08   the operators as the primary monetization point to
       09   other monetization models.  And so that's what I
       10   meant by that sentence.
       11          Q   At the time you wrote this blog post, was
       12   the mobile industry undergoing a transformation of
       13   sorts?
       14          A   In my opinion, yes.
       15          Q   And Android was an embodiment of that
       16   transformation; is that correct?
```

**19. PAGE 134:18 TO 134:19  (RUNNING 00:00:06.117)**

```
       18              THE WITNESS:  Android was a part of that
       19   transformation.  It was part of that overall shift.
```

**20. PAGE 134:21 TO 134:22  (RUNNING 00:00:06.385)**

```
       21          Q   Was Android a leader, in your opinion, in
       22   causing that overall transformation?
```

**21. PAGE 134:24 TO 135:02  (RUNNING 00:00:04.731)**

```
       24              THE WITNESS:  No, I wouldn't say so.
       25   ///
00135:01   BY MR. MULLEN:
       02          Q   And why would you say that?
```

**22. PAGE 135:04 TO 135:08  (RUNNING 00:00:15.273)**

```
       04              THE WITNESS:  There were multiple -- as we
       05   spoke before, there were multiple attempts by
       06   different companies and different players to
       07   establish a mobile phone platform.  Android at the
       08   time was one of them.
```

## Oracle v. Google_2

**23. PAGE 137:16 TO 137:18  (RUNNING 00:00:07.188)**

```
16        Q    Regarding Apple, is it fair to say that
17   Apple transformed the mobile industry?
18        A    Yes.
```

**24. PAGE 137:19 TO 137:20  (RUNNING 00:00:03.740)**

```
19        Q    Do you believe that Android transformed
20   the mobile industry as well?
```

**25. PAGE 137:22 TO 137:23  (RUNNING 00:00:05.165)**

```
22             THE WITNESS:  I think I answered that
23   before.  In some ways, yes.
```

**26. PAGE 137:25 TO 138:01  (RUNNING 00:00:04.517)**

```
  25          Q    Is Apple's IOS operating system
00138:01  transformative?
```

**27. PAGE 138:03 TO 138:07  (RUNNING 00:00:11.696)**

```
03             THE WITNESS:  "Transformative" is a really
04   vague term, so I'm not sure if I can answer that.
05   BY MR. MULLEN:
06        Q    In other words, did it change the status
07   quo in a very significant way when it came out?
```

**28. PAGE 138:09 TO 138:10  (RUNNING 00:00:03.264)**

```
09             THE WITNESS:  The status quo of the mobile
10   industry, yes.
```

**29. PAGE 138:12 TO 138:12  (RUNNING 00:00:02.590)**

```
12        Q    Was Android transformative?
```

**30. PAGE 138:14 TO 138:15  (RUNNING 00:00:05.570)**

```
14             THE WITNESS:  I think I already answered
15   that, that I believe in some ways, yes.
```

**31. PAGE 154:21 TO 155:03  (RUNNING 00:00:18.117)**

```
21        Q    Do you recognize Exhibit 1371?
22        A    Yes.
23        Q    And what is it?
24        A    It is an email that I sent to Nicholas
25   Williams, but I do not recollect who that was.
00155:01       Q    And you sent the email November 14th,
02   2007?
03        A    It looks like it.
```

**32. PAGE 155:14 TO 155:21  (RUNNING 00:00:18.290)**

```
14        Q    And you say in this email, "I am keeping
15   my fingers crossed that Android hits the 'powers
16   that be' at Sun as a wake-up call that our mobile
17   Java strategy is failing."
18             Do you see that?
19        A    Yes.
20        Q    And is that an accurate statement as of
21   the time you wrote this email, November 2007?
```

**33. PAGE 155:23 TO 156:04  (RUNNING 00:00:31.171)**

```
23             THE WITNESS:  So that is in the context of
24   my opinion that Sun needed to do more in the mobile
25   space and that we needed to evolve our strategy.
00156:01            I was not part of the executive-level
02   discussions that may or may not have happened so
03   this is my personal opinion in the context of that
```

```
        04   time.
```

**34. PAGE 156:09 TO 156:11  (RUNNING 00:00:06.848)**

```
        09             As of November 14th, 2007, you believed
        10   that Sun's mobile Java strategy was failing,
        11   correct?
```

**35. PAGE 156:13 TO 156:17  (RUNNING 00:00:13.642)**

```
        13             THE WITNESS:  I would qualify that today
        14   and say that the mobile Java strategy at the time
        15   needed to evolve faster.  I wouldn't use the word
        16   "failing" anymore, but that's what I wrote at the
        17   time.
```

**36. PAGE 157:15 TO 157:21  (RUNNING 00:00:19.156)**

```
        15        Q    Prior to the release of Android on
        16   November 5th, 2007, did you believe that Sun's
        17   mobile Java strategy was failing?
        18        A    As I said before, I would qualify it and
        19   put it differently, but at the time, yes.
        20        Q    Okay.  So that belief at that time had
        21   nothing to do with Android, correct?
```

**37. PAGE 157:23 TO 158:18  (RUNNING 00:01:21.235)**

```
        23             THE WITNESS:  No.  So I saw the market --
        24   and we spoke about that before -- I saw the market
        25   being in a transition.  I saw that the market was in
 00158:01   need for more powerful and more capable mobile Java
        02   platforms.
        03             To me, Android was a -- an instance of
        04   such a platform that required the mobile Java
        05   strategy at Sun to evolve.  But it was not the only
        06   one.
        07   BY MR. MULLEN:
        08        Q    Okay.  What other -- for what other
        09   reasons did you believe that the mobile Java
        10   strategy at Sun was failing at that time?
        11        A    The primary reasons -- and I believe we
        12   discussed those already -- were that I believe the
        13   mobile Java platform needed to evolve to encompass
        14   more functionality and provide developers with more
        15   features to develop applications, and so that was my
        16   primary concern, that -- that we needed to address
        17   that and evolve the Java platform, the mobile Java
        18   platform.
```

**38. PAGE 158:19 TO 158:21  (RUNNING 00:00:10.330)**

```
        19        Q    And did you believe that Sun was doing
        20   enough to address those issues as of November 14th,
        21   2007?
```

**39. PAGE 158:23 TO 159:02  (RUNNING 00:00:13.996)**

```
        23             THE WITNESS:  In my limited exposure to
        24   the conversations at Sun, that's what I believed,
        25   but I was not aware of any business or management
 00159:01   decisions that might have impacted that.  So it was
        02   a limited view.
```

**40. PAGE 159:06 TO 159:08  (RUNNING 00:00:18.769)**

```
        06             Prior to the release of Android, did you
        07   believe that Sun was failing to adequately address
        08   problems with its Java mobile strategy?
```

Oracle v. Google_2

```
41.  PAGE 159:10 TO 159:15 (RUNNING 00:00:21.453)
        10              THE WITNESS:  So I think I answered that
        11   before already.  I think the mobile strategy needed
        12   to evolve quicker than it did.  Sun was very
        13   successful in that space.  But as every technology
        14   platform needs to evolve to keep up with market
        15   demands, that was my primary concern.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:37.739)**