# Bush Declaration Ex. Y

# TX 7806

```
 1   KEKER & VAN NEST LLP
     ROBERT A. VAN NEST - # 84065
 2   rvannest@kvn.com
     CHRISTA M. ANDERSON - # 184325
 3   canderson@kvn.com
     DANIEL PURCELL - # 191424
 4   dpurcell@kvn.com
     633 Battery Street
 5   San Francisco, CA 94111-1809
     Telephone:     (415) 391-5400
 6   Facsimile:     (415) 397-7188

 7   KING & SPALDING LLP
     BRUCE W. BABER (pro hac vice)
 8   bbaber@kslaw.com
     1180 Peachtree Street, N.E.
 9   Atlanta, Georgia 30309
     Telephone:     (404) 572-4600
10   Facsimile:     (404) 572-5100

11   Attorneys for Defendant
     GOOGLE INC.
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **GOOGLE INC.'S DEPOSITION CLIPS OF CRAIG GERING PLAYED BY VIDEO DURING TRIAL** |
| v. | |
| GOOGLE INC., | Trial Date: May 9, 2016 |
| Defendant. | Dept: Courtroom 8, 19th Fl. |
| | Judge: Hon. William Alsup |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 7806**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

GOOGLE INC.'S DEPOSITION CLIPS OF CRAIG GERING PLAYED BY VIDEO DURING TRIAL
Case No. 3:10-cv-03561 WHA

1060609.01

Trial Exhibit 7806, Page 1 of 5

1   Defendant Google Inc. submits the following deposition clips of Craig Gering played by
2   video on May 16, 2016.

4   Dated: May 16, 2016                          KEKER & VAN NEST LLP

6                                          By:  s/ Robert A. Van Nest
                                                ROBERT A. VAN NEST
7                                               CHRISTA M. ANDERSON
                                                DANIEL PURCELL

                                                Attorneys for Defendant
                                                GOOGLE INC.

---

1
GOOGLE INC.'S DEPOSITION CLIPS OF CRAIG GERING PLAYED BY VIDEO DURING TRIAL
Case No.  3:10-cv-03561 WHA

1060609.01

Oracle v. Google_2

---

📁 **Gering, Craig (Vol. 01) - 07/20/2011**                                                 1 CLIP  (RUNNING 00:06:39.478)

🎬 THE REPORTER:  You do solemnly state under ...

**GERING_1**                14 SEGMENTS   (RUNNING 00:06:39.478)                      

**1. PAGE 9:05 TO 9:09  (RUNNING 00:00:10.492)**

```
      05              THE REPORTER:  You do solemnly state under
      06    penalty of perjury that the testimony you're about to
      07    give in this deposition shall be the truth, the whole
      08    truth and nothing but the truth?
      09              THE DEPONENT:  I do.
```

**2. PAGE 10:08 TO 10:10  (RUNNING 00:00:04.099)**

```
      08        Q.   Could you state your full name for the
      09    record.
      10        A.   Craig Edward Gering.
```

**3. PAGE 62:11 TO 62:13  (RUNNING 00:00:07.783)**

```
      11        Q.   (By Mr. Purcell)  Mr. Gering, the court
      12    reporter has marked a document as Exhibit 102.  You can
      13    take a look at that.
```

**4. PAGE 62:14 TO 62:17  (RUNNING 00:00:12.667)**

```
      14              This appears to be a presentation that's
      15    titled "Java and Wireless Business Review."  And it has
      16    your name as senior director of mobile and embedded on
      17    the front page.  And the date is March 16, 2009.
```

**5. PAGE 62:18 TO 62:20  (RUNNING 00:00:07.960)**

```
      18              If you could just take a look at it.  And my
      19    question is, is this a presentation that you created
      20    while at Sun?
```

**6. PAGE 62:21 TO 63:08  (RUNNING 00:00:37.763)**

```
      21        A.   So I don't recall the specific presentation,
      22    but I recognize a bunch of the slides.  I think they
      23    were created by a team of people, not my -- I didn't
      24    create the content for all the slides myself.  But my
      25    name is on it for...
   00063:01        Q.   So was the presentation created at your
      02    direction by you and your team?
      03        A.   Or -- either that, or I was -- I -- I don't
      04    recall the specific instances of why this presentation
      05    was put together.  So it could be that I had to present
      06    this to someone, so the team gathered various slides
      07    and created maybe some for this presentation.  But I
      08    don't remember this specific deck, the reason for it.
```

**7. PAGE 100:02 TO 100:07  (RUNNING 00:00:19.840)**

```
      02        Q.   Okay.  If you could turn the page to page 16.
      03    I have a couple of questions about these footprint
      04    slides.
      05              So this graph, the horizontal axis is labeled
      06    "Richness Capability."
      07        A.   Uh-huh.
```

**8. PAGE 101:05 TO 101:10  (RUNNING 00:00:07.968)**

```
      05        Q.   (By Mr. Purcell)  Okay.  That's fine.
```

---

**CONFIDENTIAL**                                                                            page 1

## Oracle v. Google_2

```
            06            The -- the vertical axis has three product
            07   categories:  Low cost, feature phone and smartphone.
            08       A.    Uh-huh.
            09       Q.    Do you see that?
            10       A.    Yes.
```

**9. PAGE 101:15 TO 102:25  (RUNNING 00:02:08.328)**

```
            15       Q.    And how would you describe a feature phone?
            16       A.    So the terminology that was -- that we used
            17   during this time frame, roughly, for -- was basically a
            18   feature phone is something running a realtime or
            19   nonopen OS.
            20            There are many definitions in the industry,
            21   so there's not a concrete this is the -- the
            22   definition, but that's what we used in-house.
            23            So -- so realtime OS was a feature phone.
            24       Q.    And was that the only definition requirement
            25   that you used at this time within Sun, a feature phone
   00102:01   was anything running a realtime OS?
            02       A.    Well, we -- we basically -- there were many
            03   discussions, I don't recall the specifics of them, to
            04   try and figure out which are the best ways to talk
            05   about devices.  And at the end of the day we -- we
            06   wound up using the OS to define the device versus the
            07   device.
            08       Q.    What distinguishes a feature phone, on the
            09   one hand, from a smartphone, on the other hand?
            10       A.    We decided to use operating system as the
            11   definition.  There are many different market
            12   segmentations that use different variables.
            13       Q.    What -- what's the difference in the
            14   operating system between a feature phone and a
            15   smartphone as Sun defined it in March of '09 -- defined
            16   those categories in March of '09?
            17       A.    I don't recall exactly.  But, in general, the
            18   idea was that a smartphone was something that had an
            19   operating environment with the notion of -- of -- of a
            20   rich OS, meaning processes, and memory management,
            21   and -- and -- well -- well, established set of APIs to
            22   access the device.  Those kind of things.
            23       Q.    So a smartphone had a rich OS, whereas a
            24   feature phone had a realtime?
            25       A.    Realtime or miniature or partial OS.
```

**10. PAGE 103:14 TO 104:04  (RUNNING 00:00:38.329)**

```
            14       Q.    What about a smartphone?  Is -- is a -- for
            15   instance, is the Apple iPhone, is that an example of a
            16   smartphone?
            17       A.    An iPhone is a smartphone in that -- based on
            18   that characterization, yes.
            19       Q.    And, in fact, we see the iPhone represented
            20   in the upper right-hand portion of this chart in the
            21   smartphone category?
            22       A.    Yes.
            23       Q.    And we also see Android represented right
            24   next to the iPhone in the smartphone portion of the
            25   chart?
   00104:01       A.    Yes.
            02       Q.    Based on this chart, it looks like that the
            03   Java footprint as of March of '09 was primarily in the
            04   feature phone category; is that accurate?
```

**11. PAGE 104:05 TO 104:09  (RUNNING 00:00:16.700)**

```
            05       A.    So I -- that's what's on this slide.  But my
            06   own recollection of that time is there were other
```

**Oracle v. Google_2**

```
          07  devices in the market that had Java on them.  In the
          08  smart -- for example RIM or -- or Nokia Series 60
          09  devices.
```

**12. PAGE 104:10 TO 104:15 (RUNNING 00:00:18.699)**

```
          10     Q.   Do you recall the RIM devices in the March of
          11  '09 time frame that had Java on them that would be in
          12  the smartphone category?
          13     A.   I think all RIM devices would be in the
          14  smartphone category based on the -- the way we talked
          15  about it.  Yeah.
```

**13. PAGE 106:02 TO 106:13 (RUNNING 00:00:42.554)**

```
          02     Q.   (By Mr. Purcell)  When you incorporated this
          03  into your presentation, you had no reason to think that
          04  this footprint graphic was inaccurate, correct?
          05     A.   I believe that this slide is taken -- yeah.
          06  I believe that this slide was -- is -- is to be taken
          07  in -- in connection with the next slide, and it was
          08  what they called action to try and talk about what
          09  things to do to the platform.
          10     Q.   Well, let's talk --
          11     A.   But I don't -- I don't -- I don't recall the
          12  specifics, but I think that's the general idea.
          13     Q.   Let's talk about the next slide then.
```

**14. PAGE 106:14 TO 107:06 (RUNNING 00:00:46.296)**

```
          14          So page 17 is a slide titled "Tomorrow's Java
          15  Footprint."  And as we see, the Java footprint has
          16  expanded and is larger in size than the one on the
          17  previous slide, correct?
          18     A.   Yes.
          19     Q.   And, primarily, it has expanded into the low
          20  cost phone segment all the way to the bottom of the
          21  graph, correct?
          22     A.   Yes.
          23     Q.   And it has expanded possibly a little bit,
          24  not as much, upward into the smartphone segment,
          25  correct?
   00107:01     A.   Yes.
          02     Q.   And it -- it hasn't expanded to overlap with
          03  the iPhone and Android icons in the top right-hand
          04  portion of the -- the chart, correct?
          05     A.   That's what the chart -- is on the chart,
          06  yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:39.478)**