# Bush Declaration Ex. AA

# TX 0358

| | | |
|---|---|---|
| From: | Joshua Bloch. | Sent:12/7/2009 2:26 PM. |
| To: [ - ] | Jesse Wilson. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: OpenJDK on Android?. | |

Jesse,

Oooh, you put your hand into the buzz saw.

Josh

On Mon, Dec 7, 2009 at 2:03 PM, Jesse Wilson <jessewilson@google.com> wrote:

Open source licensing folks,

I work on core libraries for the Android's Dalvik VM. Our code is derived from Apache Harmony, an Apache-licensed implementation of Java SE. Although we're steadily improving the quality of our code, it will be a long time until we meet feature and quality parity with OpenJDK. It's also a waste of Google's engineering talent to be maintaining two independent copies of the Java class libraries: Google3 and App Engine both use OpenJDK, but Crore and Android both use Harmony. I'd like to be certain that OpenJDK's class library is not an option for Android.

As I see it, the primary hurdle is OpenJDK's licensing. It's licensed under GPL+Classpath Exception; whereas Android is Apache licensed. But our Linux kernel is GPL, so there's a small precedent for mixed licensing in Android. As I understand it, OpenJDK's classpath exception gives us additional flexibility:

* We can use OpenJDK's class libraries on our Apache-licensed VM.
* We can distribute binaries of OpenJDK's class libraries alongside our Apache-licensed modules, such as the android.widget UI module.
* Applications written for an Android that include OpenJDK's class library would not be subject to the GPL.

Can you confirm?

Another consequence of using OpenJDK in Android would be logistical complexity. Maintainers of that code (such as myself potentially) would need to avoid mixing GPL and Apache-licensed code. We'd probably want to work in a separate source repository; I suspect this is how our Linux kernel folks already work.

Are there other hurdles preventing Android from adopting OpenJDK? If it's actually an option perhaps we want to figure out the costs and risks of switching.

Thanks,
Jesse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 358

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
  DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-20-00001439

Trial Exhibit 358, Page 1 of 1