# Bush Declaration Ex. BB

# TX 9223

**Declarations That Are Subject to a Technical Constraint Imposed by the Java Language Specification (3rd Edition)**

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.AbstractMethodError | package java.lang<br>public class AbstractMethodError … |
| java.lang.ArithmeticException | package java.lang<br>public class ArithmeticException … |
| java.lang.ArrayIndexOutOfBoundsException | package java.lang<br>public class ArrayIndexOutOfBoundsException … |
| java.lang.ArrayStoreException | package java.lang<br>public class ArrayStoreException … |
| java.lang.AssertionError | package java.lang<br>public class AssertionError … |
| java.lang.ClassCastException | package java.lang<br>public class ClassCastException … |
| java.lang.ClassCircularityError | package java.lang<br>public class ClassCircularityError … |
| java.lang.ClassFormatError | package java.lang<br>public class ClassFormatError … |
| java.lang.Error | package java.lang<br>public class Error extends Throwable |
| java.lang.Exception | package java.lang<br>public class Exception extends Throwable |
| java.lang.ExceptionInInitializerError | package java.lang<br>public class ExceptionInInitializerError …<br>public ExceptionInInitializerError(Throwable thrown) |
| java.lang.IllegalAccessError | package java.lang<br>public class IllegalAccessError … |
| java.lang.IllegalArgumentException | package java.lang<br>public class IllegalArgumentException … |
| java.lang.IllegalMonitorStateException | package java.lang<br>public class IllegalMonitorStateException … |
| java.lang.IncompatibleClassChangeError | package java.lang<br>public class IncompatibleClassChangeError … |
| java.lang.InstantiationError | package java.lang<br>public class InstantiationError … |
| java.lang.InstantiationException | package java.lang;<br>public class InstantiationException … |
| java.lang.InterruptedException | package java.lang<br>public class InterruptedException … |
| java.lang.LinkageError | package java.lang<br>public class LinkageError … |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 9223**

CASE NO. 10-03561 WHA

DATE ENTERED _____

BY _____
DEPUTY CLERK

**Declarations That Are Subject to a Technical Constraint Imposed by the Java Language Specification (3rd Edition)**

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.NegativeArraySizeException | package java.lang<br>public class NegativeArraySizeException … |
| java.lang.NoClassDefFoundError | package java.lang<br>public class NoClassDefFoundError … |
| java.lang.NoSuchFieldError | package java.lang<br>public class NoSuchFieldError … |
| java.lang.NoSuchMethodError | package java.lang<br>public class NoSuchMethodError … |
| java.lang.NullPointerException | package java.lang<br>public class NullPointerException … |
| java.lang.OutofMemoryError | package java.lang<br>public class OutOfMemoryError … |
| java.lang.RuntimeException | package java.lang<br>public class RuntimeException extends Exception |
| java.lang.StackOverflowError | package java.lang<br>public class StackOverflowError … |
| java.lang.UnsatisifedLinkError | package java.lang<br>public class UnsatisfiedLinkError … |
| java.lang.VerifyError | package java.lang<br>public class VerifyError … |
| java.lang.VirtualMachineError | package java.lang<br>public … class VirtualMachineError … |
| java.lang.Deprecated | package java.lang<br>public @interface Deprecated |
| java.lang.Override | package java.lang<br>public @interface Override |
| java.lang.SuppressWarnings | package java.lang<br>public @interface SuppressWarnings<br>String[] value() |
| java.lang.annotation.Annotation | package java.lang<br>public interface Annotation |
| java.lang.annotation.Inherited | package java.lang.annotation<br>public @interface Inherited |
| java.lang.annotation.Retention | package java.lang.annotation<br>public @interface Retention<br>public @interface Retention { RetentionPolicy … |
| java.lang.annotation.Target | package java.lang.annotation<br>public @interface Target<br>ElementType[] value() |

**Declarations That Are Subject to a Technical Constraint Imposed by the Java Language Specification (3rd Edition)**

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.Boolean | package java.lang<br>public … class Boolean …<br>public boolean booleanValue() |
| java.lang.Byte | package java.lang<br>public … class Byte …<br>public byte byteValue() |
| java.lang.Character | package java.lang<br>public … class Character …<br>public char charValue()<br>boolean isJavaIdentifierPart(int)<br>boolean isJavaIdentifierStart(int) |
| java.lang.Double | package java.lang<br>public ... class Double ...<br>public double doubleValue()<br>public ... doubleToRawLongBits(...)<br>public boolean isNaN()<br>public boolean isNaN(double)<br>public ... longBitsToDouble(...) |
| java.lang.Float | package java.lang<br>public ... class Float ...<br>public float floatValue()<br>public ... floatToRawIntBits(...)<br>public boolean isNaN()<br>public boolean isNaN(float)<br>public ... intBitsToFloat(...) |
| java.lang.Integer | package java.lang<br>public … class Integer …<br>public int intValue() |
| java.lang.Long | package java.lang<br>public … class Long …<br>public long longValue() |
| java.lang.Short | package java.lang<br>public … class Short …<br>public short shortValue() |
| java.lang.Void | package java.lang<br>public … class Void … |
| java.lang.Class | package java.lang<br>public … class Class<…> … |

**Declarations That Are Subject to a Technical Constraint Imposed by the Java Language Specification (3rd Edition)**

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.ClassLoader | package java.lang<br>public … class ClassLoader |
| java.lang.Cloneable | package java.lang<br>public interface Cloneable |
| java.lang.Enum | package java.lang<br>public … class Enum<…> … |
| java.lang.Iterable | package java.lang<br>public interface Iterable<…><br>… iterator() |
| java.lang.Math | package java.lang<br>public … class Math |
| java.lang.Object | package java.lang<br>public class Object<br>public final Class<?> getClass()<br>public String toString()<br>public boolean equals(Object obj)<br>public int hashCode()<br>protected Object clone() throws CloneNotSupportedException<br>public final void wait() throws IllegalMonitorStateException, InterruptedException<br>public final void wait(long millis) throws IllegalMonitorStateException, InterruptedException<br>public final void wait(long millis, int nanos) throws IllegalMonitorStateException, InterruptedException<br>public final void notify() throws IllegalMonitorStateException<br>public final void notifyAll() throws IllegalMonitorStateException<br>protected void finalize() throws Throwable |
| java.lang.Runtime | package java.lang<br>public class Runtime<br>public … exit(…) … |
| java.lang.String | package java.lang<br>public … class String … |
| java.lang.System | package java.lang<br>public … class System … |
| java.lang.Thread | package java.lang<br>public … class Thread … |
| java.lang.ThreadGroup | package java.lang<br>public class ThreadGroup … |
| java.lang.Throwable | package java.lang<br>public … class Throwable … |

**Declarations That Are Subject to a Technical Constraint Imposed by the Java Language Specification (3rd Edition)**

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.io.Serializable | package java.io<br>public interface Serializable |
| java.lang.annotation.ElementType | package java.lang.annotation<br>public … ElementType<br>TYPE<br>FIELD<br>METHOD<br>PARAMETER,<br>CONSTRUCTOR<br>LOCAL_VARIABLE<br>ANNOTATION_TYPE<br>PACKAGE |
| java.lang.annotation.RetentionPolicy | package java.lang.annotation<br>public … RetentionPolicy<br>CLASS<br>RUNTIME<br>SOURCE |