# EXHIBIT 2

| | |
|---|---|
| **From:** | Stefano Mazzocchi <stefano@apache.org> |
| **Sent:** | Friday, April 6, 2007 11:56 AM |
| **To:** | members@apache.org |
| **Subject:** | Re: FYI : Upcoming open letter to Sun |

Niall Pemberton wrote:

> - The proposal in this thread to release without a licensed TCK (and let
> Sun sue us) is a far greater breach of ASF principle IMO. The idea of
> the ASF condoning IP infringement would morally destroy the ASF long
> before a Sun court case actually put us out of existence. Personally I
> think considering all options in a debate is healthy - but if you want a
> list of banned subjects then you should add this as well IMO.

FWIW, the Harmony PMC has *never* even considered such an option. I would personally just continue to work on harmony this way, without a release, forever (well at least until we all get sick of it and move on) instead of making one and risk ours or our downstream users' ass on it.

--
Stefano.

CONFIDENTIAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 9200**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

ASF00003205