ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **[PROPOSED] ORDER GRANTING ORACLE JUDGMENT AS A MATTER OF LAW ON GOOGLE'S FAIR USE DEFENSE** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William Alsup |

1   This Court has read and considered Plaintiff Oracle America, Inc.'s Rule 50(a) Motion for

2   Judgment As A Matter of Law, as well as any Opposition thereto, any and all additional

3   supporting papers, and the evidence Google presented in its case in chief.

4   Based thereon [and on statements made by counsel at the hearing on the Motion], IT IS

5   HEREBY ORDERED THAT Oracle's Motion is GRANTED.

6   Google has been fully heard on its fair use defense to copyright infringement of Oracle's

7   copyrighted works, Java 2 SE 1.4 and Java 2 SE 5.0, and the Court finds that a reasonable jury

8   would not have a legally sufficient evidentiary basis for find in Google's favor on fair use.

9   Judgment is hereby entered in Oracle's favor on Google's fair use defense.

11   IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE