UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

Judge: William Alsup  
Time in Court: 5 hrs. 37 min.

Date: May 18, 2016

Case No. 3:10-cv-03561-WHA

**Oracle America, Inc.**   v.   **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der Ahe; Alyssa Caridis; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Bruce Baber; Christa Anderson; Ed Bailey; Daniel Purcell; Matthias Kamber; Eugene Paige; Michael Kwun; Reid Mullen; Maya Karwande; Steven Ragland; Catherine Lacavera (Corp Rep)

Deputy Clerk: Angella Meuleman

Reporter: Pam Batalo; Kathryn Sullivan

## PROCEEDINGS

REASON FOR HEARING:   Further Jury Trial - HELD

RESULT OF HEARING:   Witnesses called.

CONTINUED TO: **May 19, 2016 at 7:30 am** for Further Jury Trial.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA              **Oracle America, Inc v. Google Inc.**

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush; Christina Von Der Ahe; Alyssa Caridis; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Bruce Baber; Ed Bailey; Daniel Purcell; Michael Kwun; Steven Ragland; Reid Mullen; Eugene Paige; Matthias Kamber; Maya Karwande; Catherine Lacavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 18, 2016 | Pam Batalo; Kathryn Sullivan | Angella Meuleman |
| **FURTHER TRIAL DATE:** | | |
| May 19, 2016 | | |

| PLF NO. | DEF NO | DATE/ TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:11 | | | Court in session. Matters discussed outside the presence of the jury. The Court rules Exhibit 5046 admitted in evidence on laying foundation. Limited purpose of demonstrating individual's state of mind. | |
| 5046 | | | X | X | Email chain from sa3ruby@gmail.com to members@apache.org re and what if we accepted the damn FOU restriction? (to be redacted) Limited to reflect state of mind. | |
| | | 7:43 | | | Jury present; Witness, **Douglas Schmidt**, on the witness stand. Cross-examination of witness by Matthias Kamber. | |
| | | | | | Witness shown 43.1 (already admitted). | |
| | | 8:03 | | | Re-direct examination of witness by Annette Hurst. | |
| | | 8:08 | | | Re-cross-examination of witness by Matthias Kamber. | |
| | | 8:10 | | | Witness excused. | |

2

|  |  | 8:11 |  |  | Witness, **Neal Civjan,** approaches the witness stand and is sworn for testimony. Direct examination of witness by Peter Bicks. |  |
|---|---|---|---|---|---|---|
| 9133.1 |  |  | X | X | Graphic slides for meeting with Thomas/Hasan. |  |
| 1026 |  |  | X | X | Sun Community Source License: Danger, Inc. |  |
| 4108 |  |  | X | X | Excel spreadsheet titled "Strategic Forcast" |  |
|  |  | 8:41 |  |  | Cross-examination of witness by Steven Ragland. |  |
|  | 2436 |  | X | X | Email dated April 18, 2006 from Neal Civjan to Vineet Gupta cc: Alan Brenner, Michael Pfefferlin; Re: CONFIDENTIAL: Current Armstrong Biz status - Neal please review. |  |
|  | 7791 |  | X |  | Linked-in profile Resume of Neal Civjan. |  |
|  |  | 9:02 |  |  | Witness excused and discharged. |  |
|  |  | 9:03 |  |  | Witness, **Alan Brenner,** approaches the witness stand and sworn for testimony. Direct examination by Lisa Simpson. |  |
|  |  | 9:20 |  |  | Jury in Recess. Matters discussed outside the presence of the jury. Exhibit 9198 is allowed into evidence. |  |
|  |  | 9:40 |  |  | Court in Recess. |  |
|  |  | 9:47 |  |  | Resumed; Jury present. Direct examination of witness by Lisa Simpson continues. |  |
| 9198 |  |  | X | X | Letter to Haungnam, Kim from Alan Brenner (limited to show this transaction occurred with Korea). |  |
|  |  | 9:52 |  |  | Cross-examination of witness by Eugene Paige. |  |
|  |  |  |  |  | Witness shown exhibits 2436 and 9198 (previously admitted). |  |
|  |  |  |  |  | Witness shown exhibit 7237 (previously admitted). |  |
|  | 7238 |  | X | X | Alan Brenner, Senior Vice President, Client Systems Group, Sun Microsystems |  |
|  |  | 10:09 |  |  | Re-direct examination of witness by Lisa Simpson. |  |
|  |  | 10:14 |  |  | Re-cross examination of witness by Eugene Paige. |  |
|  |  | 10:16 |  |  | Witness excused and discharged. |  |
|  |  | 10:17 |  |  | Deposition Video clip of witness, **Brian Swetland**. Introduction made by Christy Von Der Ahe. 303,156,149 |  |

3

| | | | | | |
|---|---|---|---|---|---|
| 303 | | | X | X | Email from Michael Fleming to Brian Swetland re manifesto. |
| 156 | | | X | X | Email chain from Cedric Beust to David Turner re [android-team] Fwd:Java News from Sun. |
| 149 | | | X | X | Email from B. Swetland to arubin@google.com and danfuzz@google.com re: interesting. |
| | 10:20 | | | | Deposition Video clip of witness, **Bob Lee**. Introduction made by Christy Von Der Ahe. |
| | 10:28 | | | | Witness, **Stefano Mazzocchi,** approaches the witness stand and is sworn for testimony. Direct examination of witness by Annette Hurst. |
| 9518 | | | X | | Twitter feed of Stefano Mazzocchi. |
| 9207 | | | X | | Wayback Machine - "Foundation Project - The Apache Software Foundation." Dated 4/12/08 |
| 9206 | | | X | | Wayback Machine - "Foundation Project - The Apache Software Foundation." Dated 3/29/07 |
| | | | | | Witness shown redacted exhibit 5046 (previously admitted). |
| | 10:55 | | | | Cross-examination of witness by Michael Kwun. |
| | 10:57 | | | | Sidebar. |
| | 11:02 | | | | Direct-examination of witness by Annette Hurst. |
| 9200 | | | X | X | Email from S. Mazzocchi to memers@apache.org re: FYI: Upcoming open letter to Sun. (Limited instruction as to state of mind concerning what was customary practice re: declaring code without restriction) |
| 9201 | | | X | X | Email from Stefan Mazzocchi to members @apache.com re: Oracle buys Sun. (Limited instruction as to state of mind concerning customary practice re: declaring code without restriction) |
| | 11:05 | | | | Witness excused. |
| | | | | | Jury in recess. Matters discussed outside the presence of the jury. Proposed jury instructions to be circulated today. |
| | 11:15 | | | | Court in Recess. |
| | 11:25 | | | | Court in session. Matters discussed outside the presence of the jury. |

4

|  |  | 11:28 |  |  | Resumed; Jury present.  Witness, **Alan Jaffe**, approaches the witness stand and is sworn for testimony.  Direct examination by Peter Bicks. |  |
|--|--|--|--|--|--|--|
|  |  | 12:23 |  |  | Cross-examination of witness by Robert Van Nest. |  |
|  |  |  |  |  | Witness is shown exhibit 2052 (previously admitted) |  |
|  |  |  |  |  | Witness is shown exhibit 7237 (previously admitted) |  |
|  |  | 1:00 |  |  | Witness excused. |  |
|  |  | 1:00 |  |  | Jury in recess.  Matters discussed outside the presence of the jury. |  |
|  |  | 1:05 |  |  | Court adjourned. |  |