UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CIVIL MINUTES*

Judge: William Alsup

Time in Court: 5 hrs. 32 min.

Date: May 19, 2016

Case No. 3:10-cv-03561-WHA

**Oracle America, Inc.** v. **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst Matthew Bush; Lisa Simpson Gabriel Ramsey; Christina Von Der Ahe; Alyssa Caridis; Andrew Silverman; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Bruce Baber; Christa Anderson; Ed Bailey; Daniel Purcell; Matthias Kamber; Eugene Paige; Michael Kwun; Reid Mullen; Maya Karwande; Steven Ragland; Catherine Lacavera (Corp Rep)

Deputy Clerk: Angella Meuleman

Reporter: Pam Batalo; Kathryn Sullivan

*PROCEEDINGS*

REASON FOR HEARING: Further Jury Trial and Charging Conference - HELD

RESULT OF HEARING: Witnesses called. Plaintiff and Defense RESTS.

CONTINUED TO: **May 23, 2016 at 7:30 am** for Further Jury Trial.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA **Oracle America, Inc v. Google Inc.**

**EXHIBIT and WITNESS LIST**

| **JUDGE:** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY:** |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush; Christina Von Der Ahe; Alyssa Caridis; Andrew Silverman; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Bruce Baber; Ed Bailey; Daniel Purcell; Michael Kwun; Steven Ragland; Reid Mullen; Eugene Paige; Matthias Kamber; Maya Karwande; Catherine Lacavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 19, 2016 | Pam Batalo; Kathryn Sullivan | Angella Meuleman |
| **FURTHER TRIAL DATE:** | | |
| May 23, 2016 | | |

| **PLF NO.** | **DEF NO** | **DATE/ TIME OFFERED** | **ID** | **EVI. REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | 7:22 | | | Court in session. Matters discussed outside the presence of the jury. Exhibits stipulated to by both parties. | |
| | | 7:33 | | | Resumed; Jury present. Plaintiff's witness, **Larry Paige**, approaches the witness stand and sworn for testimony. Direct examination of witness by Peter Bicks. | |
| | | | | | Witness shown exhibits 7, 18, 190, 1065, and 3211 (already admitted) | |
| 5169 | | | X | | Seeking Alpha.com-Google Inc Q2 2010 Earnings Call Transcript. | |
| 6086 | | | X | X | Article titled "Google Management Discusses Q4 2011 Results - Earnings Call" Transcript. | |
| | | 7:56 | | | Cross-examination of witness by Robert Van Nest. | |
| | | 8:05 | | | Witness excused and discharged. | |
| | | | X | X | Read-ins of requests for admissions and stipulation by plaintiff. Deemed as evidence in the case. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 8:10 | | | Continuation of testimony of witness, **Adam Jaffe**. Cross-examination of witness by Robert Van Ness. | |
| | | | | | Witness shown exhibits 14, 971, 2199, 7234, 7237, 7362 (previously admitted). | |
| | | 8:48 | | | Re-direct examination of witness by Peter Bicks. | |
| | | | | | Witness shown exhibit 5322 (previously admitted). | |
| | | 8:55 | | | Witness excused. Jury recessed. Matters discussed outside the presence of the jury. | |
| | | | | | Exhibits stipulated to and admitted into the record: | |
| 6 | | | X | X | Email from A. Rubin to emg@google.com re Android GPS notes, with attachment. | |
| 12 | | | X | X | Email string from T. Lindholm to A. Rubin and D. Bornstein re JCP Click-Through Licenses? | |
| 23 | | | X | X | Email from B. Swetland to fadden@google.com, ficus@google.com, cdj@google.com re feedback welcome. | |
| 125 | | | X | X | Email string from T. Oindholm to A. Rubin re Anything useful in yesterday's Sun meeting? -com | |
| 154 | | | X | X | Email from J. Harinstein to A. Rubin and A. Zoufonoun re Java News from Sun | |
| 269 | | | X | X | Email chain from Dan Morrill to Jerry Wang re Search for Naughty Words | |
| 348 | | | X | X | Email from D. Morrill to ? (no recipients listed) re Results of Word Search on Android code. (Previously admitted on 5/13/2016). | |
| 356 | | | X | X | Email chain from Jean-Baptiste Queru to Dan Morrill re: The "bad word" hits | |
| 370 | | | X | X | Internal Google document entitled "Mobile Strategy Summit - Notes," dated November 4-5, 2010 | |
| 387 | | | X | X | Email from R. Miner to D. Thevenon re pres, attaching an Android PowerPoint presentation titled "The Google Phone," dated November 2006 | |
| 5241 | | | X | X | Email from R. Miner to E. Bear re android carrier deck and attachment. | |
| 5322 | | | X | X | Email string from R. Miner to A. Rubin re Android announce at 3GSM | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5560 | | | X | X | Email from Keva Nelson to Jason Mackenzie, Todd Achilles re 5/11 Dream Discussion topics and attachment | |
| 5562 | | | X | X | Email from Hiroshi Lockheimer to Jim Hutchison, Kippin, David re Some Materials from Today and attachment | |
| 5583 | | | X | X | Email from Rich Miner to Rich Miner re Pres and attachment | |
| 5584 | | | X | X | Email from Rich Miner to Rich Miner re Orange Pres and attachment | |
| 5585 | | | X | X | Email from S. Horowitz to R. Miner re Docs for LG, with attachment | |
| 5586 | | | X | X | Email from Rich Miner to Dan Zheng re Draft deck for AT&T meeting | |
| 5603 | | | X | X | Email from Rich Miner to Nick Sears re pres and attachment | |
| 6437 | | | X | X | Email chain from Mason Chiang to Hiroshi Lockheimer, Raymond Pao re Dream application data sheet and attachments | |
| 5137 | | | X | X | Email from Nikesh Arora to Henrique DE Castro re Fw: copy nikesh and attachment | |
| 5142 | | | X | X | Email from Clay Bavor to Alexanfer Kuscher, Andy Miller, Chris LaSala, et al re Mobile display long-term planning on Thursday - what to expect, agenda, and homework | |
| 5145 | | | X | X | Email from Jennifer Flannery to Mobilfinanceteam re Fwd: Official welcome to the Mobil team (and a name change) | |
| 5146 | | | X | X | Email from Wendy Anderer to Henrique DE Castro re Fwd: [hdc-leadership] Thank you and have a great holiday! | |
| 5148 | | | X | X | Email from Henrique De Castro to ktemsamani@google.com, nstaff@google.com, msalesleads@google.com, et al re Mobile World Congress | |
| | | 9:00 | | | Court in recess. | |
| | | 9:19 | | | Resumed; Jury present. | |
| | | 9:19 | | | Plaintiff RESTS. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 9:20 | | | Defendant's Rebuttal Witness, **Gregory Leonard,** approaches the witness stand and is sworn for testimony. Direct examination by Steven Ragland. | |
| | | 9:43 | | | Cross-examination of rebuttal witness by Annette Hurst. | |
| 6446 | | | X | X | Google Developers PowerPoint presentation entitled "State of the (Mobile) Developer- go/stateofthedeveloper2015" (page 46) | |
| | | 9:56 | | | Witness excused. | |
| | | 9:56 | | | Defendant's Rebuttal Witness, **Owen Astrachan,** approaches the witness stand (previously sworn). Direct examination by Eugene Paige. | |
| | | 10:20 | | | Cross-examination of rebuttal witness by Annette Hurst. | |
| 7641 | | | X | | Appendix S to the Expert Report of Dr. Chris F. Kemerer - Java SE and Java ME chart. | |
| | | 10:30 | | | Witness excused. | |
| | | 10:30 | | | Defense Rebuttal of Witnesses RESTS. | |
| | | 10:31 | | | Plaintiff Rebuttal of Witnesses RESTS. | |
| | | 10:31 | | | Jury excused. Matters discussed outside the presence of the jury. | |
| | | 10:36 | | | Resumed; Jury Present. | |
| | | 10:41 | | | Jurors admonished regarding next phase of trial and excused for the day. Court in recess. | |
| | | 10:55 | | | Resumed; Jury to be provided with an index of all admitted Exhibits in numerical and alphabetical formats. | |
| | | 11:00 | | | Charging Conference begins. Plaintiff counsel: Lisa Simpson and Andrew Silverman. Defense counsel: Bruce Baber and Robert Van Nest. | |
| | | 12:48 | | | Court in recess. | |
| | | 1:03 | | | Resumed. Charging Conference continues. | |
| | | 1:42 | | | Charging Conference concludes. Court is adjourned. | |