Volume 6

Pages 1129 - 1321

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

ORACLE AMERICA, INC.,          )
                               )
               Plaintiff,      )
                               )
  VS.                          )  No. C 10-3561 WHA
                               )
GOOGLE, INC.,                  )
                               )
               Defendant.      )
_____)  San Francisco, California
                                  Monday, May 16, 2016


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff:**              ORRICK, HERRINGTON & SUTCLIFFE LLP
                               The Orrick Building
                               405 Howard Street
                               San Francisco, California  94105
                          BY:  **ANNETTE L. HURST, ESQUIRE**
                               **GABRIEL M. RAMSEY, ESQUIRE**



(Appearances continued on next page)



Reported By:  Katherine Powell Sullivan, CSR #5812, RMR, CRR
              Pamela A. Batalo, CSR No. 3593, RMR, FCRR
              Official Reporters - U.S. District Court

```
 1   APPEARANCES (CONTINUED):

 2   For Plaintiff:          ORRICK, HERRINGTON & SUTCLIFFE LLP
                             The Orrick Building
 3                           51 West 52nd Street
                             New York, New York 10019
 4                      BY:  PETER A. BICKS, ESQUIRE
                             LISA T. SIMPSON, ESQUIRE
 5
                             ORRICK, HERRINGTON & SUTCLIFFE LLP
 6                           777 South Figueroa Street, Suite 3200
                             Los Angeles, California  90017-5855
 7                      BY:  ALYSSA M. CARIDIS, ESQUIRE

 8                           ORACLE
                             500 Oracle Parkway
 9                           Redwood City, California 94065
                        BY:  DORIAN ESTELLE DALEY, GENERAL COUNSEL
10                           MATTHEW SARBORARIA,VICE PRESIDENT
                              ASSOCIATE GENERAL COUNSEL
11
     For Defendant:          KEKER & VAN NEST
12                           633 Battery Street
                             San Francisco, California  94111-1809
13                      BY:  ROBERT A. VAN NEST, ESQUIRE
                             CHRISTA M. ANDERSON, ESQUIRE
14                           MICHAEL S. KWUN, ESQUIRE
                             DANIEL PURCELL, ESQUIRE
15                           MATTHIAS ANDREAS KAMBER, ESQUIRE
                             EUGENE MORRIS PAIGE, ESQUIRE
16
                             KING & SPALDING LLP
17                           1185 Avenue of the Americas
                             New York, New York 10036-4003
18                      BY:  BRUCE W. BABER, ESQUIRE

19                           GOOGLE, INC.
                             1600 Amphitheatre Parkway
20                           Mountain View, California  94043
                        BY:  RENNY HWANG, LITIGATION COUNSEL
21
     Also Present:
22                           GEORGES SAAB
                             ORACLE CORPORATE REPRESENTATIVE
23
                             CATHERINE LACAVERA
24                           GOOGLE CORPORATE REPRESENTATIVE

25
```

<u>**I N D E X**</u>

Monday, May 16, 2016 - Volume 6

|                                            | <u>**PAGE**</u> | <u>**VOL.**</u> |
|--------------------------------------------|-----------------|-----------------|
| Defendant Rests                            | 1291            | 6               |
| <u>**PLAINTIFF'S WITNESSES**</u>           | <u>**PAGE**</u> | <u>**VOL.**</u> |
| <u>**CATZ, SAFRA**</u>                     |                 |                 |
| (SWORN)                                    | 1294            | 6               |
| Direct Examination by Ms. Hurst            | 1294            | 6               |
| <u>**DEFENDANT'S WITNESSES**</u>           | <u>**PAGE**</u> | <u>**VOL.**</u> |
| <u>**BORNSTEIN, DANIEL  (RECALLED)**</u>   |                 |                 |
| (PREVIOUSLY SWORN)                         | 1168            | 6               |
| Recross-Examination by Ms. Hurst           | 1182            | 6               |
| <u>**STAHL, HENRIK**</u>                   |                 |                 |
| (By videotaped deposition)                 | 1187            | 6               |
| <u>**RIZVI, HASAN**</u>                    |                 |                 |
| (By videotaped deposition)                 | 1188            | 6               |
| <u>**GERING, CRAIG**</u>                   |                 |                 |
| (By videotaped deposition)                 | 1190            | 6               |
| <u>**GERING, CRAIG**</u>                   |                 |                 |
| (Deposition Testimony Read)                | 1191            | 6               |
| <u>**BARR, TERRENCE**</u>                  |                 |                 |
| (By videotaped deposition)                 | 1203            | 6               |
| <u>**ASTRACHAN, OWEN**</u>                 |                 |                 |
| (SWORN)                                    | 1206            | 6               |
| Direct Examination by Mr. Paige            | 1206            | 6               |
| Cross-Examination by Ms. Hurst             | 1263            | 6               |
| Redirect Examination by Mr. Paige          | 1287            | 6               |
| Recross-Examination by Ms. Hurst           | 1289            | 6               |

| | **E X H I B I T S** | | | |
|---|---|---|---|---|
| **TRIAL EXHIBITS** | | **IDEN** | **EVID** | **VOL.** |
| 26 | | | 1153 | 6 |
| 464 | | | 1315 | 6 |
| 475 | | | 1315 | 6 |
| 573 | | | 1291 | 6 |
| 2009 | | | 1291 | 6 |
| 2010 | | | 1291 | 6 |
| 2019 | | | 1291 | 6 |
| 2021 | | | 1291 | 6 |
| 2036 | | | 1291 | 6 |
| 2052 | | | 1191 | 6 |
| 2053 | | | 1202 | 6 |
| 2061 | | | 1202 | 6 |
| 2199 | | | 1188 | 6 |
| 2223 | | | 1188 | 6 |
| 2237 | | | 1291 | 6 |
| 2362 | | | 1307 | 6 |
| 2564 | | | 1291 | 6 |
| 3508 | | | 1202 | 6 |
| 5338 | | | 1278 | 6 |
| 5868 | | | 1291 | 6 |
| 7234 | | | 1203 | 6 |
| 7237 | | | 1291 | 6 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 7239 | | 1291 | 6 |
| 7362 | | 1187 | 6 |
| 7368 | | 1291 | 6 |
| 7381 | | 1187 | 6 |
| 7383 | | 1187 | 6 |
| 7389 | | 1187 | 6 |
| 7459.1 | | 1203 | 6 |
| 7460.1 | | 1203 | 6 |
| 7642.1 | | 1209 | 6 |
| 7792 | 1153 | | 6 |
| 7793 | 1263 | | 6 |
| 9139 | | 1170 | 6 |

PROCEEDINGS

```
 1   Monday - May 16, 2016                      7:27 a.m.

 2                   P R O C E E D I N G S

 3                       ---oOo---

 4       (Proceedings were heard out of presence of the jury:)

 5           THE COURT:  Here is depo designation that I've looked

 6   at.

 7       Angie, would you hand that to counsel.

 8       Okay.  What's the best way to use our time?  What can I do

 9   to help the lawyers this morning?

10           MR. VAN NEST:  Your Honor, just a couple housekeeping

11   things to alert the Court to what we expect to happen this

12   morning.  Of course we'll have Mr. Bornstein on the stand for

13   redirect.

14       The parties have agreed that some exhibits, a small

15   number, can be admitted into evidence without a witness on both

16   sides to eliminate witnesses or in some cases video plays.  The

17   exhibits will be used by other witnesses as the case goes

18   along.

19       But I intended to just read my list of five at the end of

20   our case in chief later on this morning and just indicate that

21   they are offered and there is no objection and ask that they be

22   admitted.  I won't do anything with them.  I'll simply read the

23   numbers out.

24           THE COURT:  Both sides okay with that?

25           MR. BICKS:  Yes.  And so, Your Honor, just to round
```

**PROCEEDINGS**

 1   that out, before the case started, the parties had agreed on

 2   both sides that certain exhibits would be admitted.  Your Honor

 3   then entered an order, but as a matter of housekeeping, at some

 4   point we should formally move those in, I guess, and both sides

 5   had some of those exhibits.

 6            **THE COURT:**  Fine.  Okay.  Good.

 7            **MR. VAN NEST:**  The only other thing that I have, we

 8   will -- we have a short stipulation from the Pretrial

 9   Conference Statement that we plan to read after Mr. Bornstein.

10   It's Stipulated Fact 3.  And we have a couple of requests for

11   admission that we've indicated Oracle will read a little bit

12   later on this morning before Mr. Barr testifies.  And the

13   parties submitted a stipulation regarding the testimony of

14   Dr. Bloch that Your Honor has and we should deal with that

15   before the Google case in chief closes.

16            **THE COURT:**  Well, what I propose to do is I have an

17   idea on that.  I would like to read your proposed curative

18   instruction on Dr. Bloch and then I thought this might be a

19   good place to read something that I guess is not in good enough

20   shape.  I don't know what exactly my order proposes to read

21   about the 62 classes and interfaces that are necessary to use

22   the Java language.  But I see from my order, I don't really

23   have a good, succinct statement to give them.

24        Can you two give me a succinct statement that I could read

25   to the jury?  This is my order dated May 6th where I said that

PROCEEDINGS

 1    I was going to struck the jury that there is 62 classes and

 2    interfaces that are necessary to use the language, and then if

 3    Google wanted to try to prove more, then they could try to do

 4    that.  But maybe the wording of my order is not in good enough

 5    form --

 6          MR. VAN NEST:  We'll take a look and try to propose

 7    something, Your Honor.

 8          THE COURT:  The Bloch thing would be an ideal moment

 9    to do that.

10          MR. VAN NEST:  We don't have to do that first thing.

11    We can do that after the break.  We'll take a look at your

12    order --

13          THE COURT:  All right.  You all take a look at -- all

14    right.

15          MR. VAN NEST:  Other than that, I think we expect to

16    play some video depositions following Mr. Bornstein, and we'll

17    have Dr.-- Professor Astrachan on the stand, and I think the

18    Google case in chief will probably close later this morning.

19          THE COURT:  That's great to hear.  I'm going to do --

20    you know, that statement that you all agreed on about the --

21    that starts off, "the Java platform" and so forth?  I'm going

22    to read that again.

23          MR. VAN NEST:  Okay.

24          THE COURT:  This time I'm going to hand it out and let

25    them read along, and I'll collect what they're reading from at

**PROCEEDINGS**

1  the end of the read.  Is that all right with you all?

2          **MR. VAN NEST:**  Sure.

3          **MR. BICKS:**  Yes.

4          **THE COURT:**  I think that's the single most important

5  thing that you all have agreed on in this case, and yet I can

6  tell from the blank stares that they are having a hard time

7  absorbing it.  So we're going to give that to them again.

8          **MR. BICKS:**  Can I raise a couple issues, Your Honor?

9          **THE COURT:**  You may.

10          **MR. BICKS:**  First of all, you indicated the parties

11  were going to make on Friday mini summaries, short five-minute

12  summaries.  We didn't do that.  I just wanted to let the Court

13  know I'm prepared to do that.

14          **THE COURT:**  How about this.  After I read this

15  statement again, each of you get five minutes to explain where

16  we are.  You can be a little argumentative.  This is what we

17  think we've proved, this is what we're going to prove, and this

18  is how what you've heard so far fits into the overall case.  I

19  think will it be very useful.

20          **MR. BICKS:**  I told Mr. Van Nest I was going to use

21  some graphics.  He said that was fine.

22          The other thing I wanted to ask the Court about is to let

23  them know we had agreed that when it comes to witnesses, that

24  the parties had agreed that they were not going to ask them how

25  much money they had been paid, and we had agreed on both sides

1    we weren't going to do that, but if the Court was going to

2    examine on that, I wanted to make sure we all had the ground

3    rules straight so if it was their witness up there and we

4    didn't ask any question about how much money they got paid and

5    then it came to our side and that issue came up --

6          THE COURT:  Why don't you both bring out on direct

7    that they have been compensated, that they have been paid.

8          MR. VAN NEST:  That's fine, Your Honor.

9          THE COURT:  Why do you want to keep from the jury how

10   much money they have been paid?  It would greatly affect the

11   credibility, I think.

12         MR. BICKS:  I think the amounts are comparable on both

13   sides, and it's as much as anything -- you know, keep us moving

14   forward and not getting on sideshows when both sides agreed --

15         THE COURT:  You both want to keep that away from the

16   jury?

17         MR. BICKS:  I don't see that it's --

18         MR. VAN NEST:  It's a little bit complicated in this

19   case, too, Your Honor, because our experts were here for the

20   first trial and this trial and their experts are all brand new

21   so they're not really on even footing.

22     Dr. Leonard and Professor Astrachan were here and

23   testified and worked up the first case, and they're back now

24   again.  And on the other side, all of the experts are brand

25   new.

**PROCEEDINGS**

1    So I think it's less confusing to just leave it as it is.

2    We can certainly bring out they are being compensated as an

3    expert --

4         **THE COURT:**  Is it true that somebody is being paid

5    more than a thousand dollars an hour?

6         **MR. VAN NEST:**  Excuse me?

7         **THE COURT:**  Is it true that one of them is being paid

8    more than a thousand dollars an hour?

9         **MR. VAN NEST:**  One of there experts is, yes, according

10   to his report.

11        **THE COURT:**  That would just shock the jury.

12        **MR. BICKS:**  Your Honor, the days of private practice,

13   those are numbers that are --

14        **THE COURT:**  Look, let's just do this.  With misgivings

15   if you each bring out from your own witness that they are being

16   compensated for their work in the case, I guess I'll leave it

17   at that.

18        **MR. VAN NEST:**  Thank you, Your Honor.

19        **MR. BICKS:**  Fair enough.

20   Just in terms of scheduling then, Your Honor, in terms of

21   how you see things unfolding, as we're looking at the clock,

22   it's likely that the case would -- the evidence and so forth

23   would be over, if all goes according to plan, probably middle

24   day Thursday and then Your Honor had indicated Friday was off.

25   I just wanted -- if Your Honor had thoughts of how we were

**PROCEEDINGS**

1    going to play this out.

2           THE COURT:   My thought is that we would give you over

3    the long weekend to prepare your closings.

4           MR. BICKS:   Yes.

5           THE COURT:   We would try hard to finish all the

6    evidence by Thursday.

7           MR. BICKS:   Yes.

8           THE COURT:   We should be able to, but things come up

9    and possibly we won't make it, but my guess is 75 percent that

10   we will finish the evidence on Thursday, including your

11   rebuttal case.

12          MR. VAN NEST:   Will you need us in here on Friday,

13   Your Honor?

14          THE COURT:   No, not on Friday.   But on Thursday we

15   have to go over the instructions, which I'm working on and

16   haven't quite got a draft for you yet, but I'm still seeing how

17   the case unfolds and things that need to be addressed as a

18   result of that.

19          MR. BICKS:   Understood.

20          THE COURT:   All right.   Can we turn to -- I have -- I

21   can cut through the -- have a proposal for you on this problem

22   of the -- I'm going to let you argue it, if you want, but I

23   have a proposal.   It's close to what Oracle has suggested, but

24   it seems to me that one way to go here would be to say to the

25   jury that everyone agrees -- or if you don't agree, I could

**PROCEEDINGS**

 1   just tell them, but hopefully everyone agrees that the body of

 2   evidence on which they should, for this first phase, determine

 3   bad faith or good faith, which is close to the willfulness

 4   issue, but willfulness is later.  But for this phase, we do

 5   have to decide or the jury has to consider good faith, bad

 6   faith.  That for this phase, the evidentiary record is up to

 7   the date of the Complaint.  That would pick up your Lindholm

 8   email, it would pick up all the evidence that you care about,

 9   and we would just say to the jury that that body of evidence

10   governs for the fair use issue.  And that it would

11   automatically apply -- that's not the right word, but it will

12   be deemed to apply to all of the versions of Android that are

13   before the jury.  So what do you think of that?

14          **MR. VAN NEST:**  Would the Court make it clear, though,

15   that the evidence following the filing of the Complaint is not

16   to be considered on the question of willfulness or bad faith --

17          **THE COURT:**  Well, for both willfulness and for the

18   good faith/bad faith, I think that's the only practical way to

19   deal with this.  And then that would be close to your

20   stipulation that would be -- it would not quite undo all the

21   suggestions that Oracle has made, but part of that is your own

22   fault for having agreed to that stipulation in the first place.

23      So I think the -- see, the filing of the Complaint is a

24   very clear-cut, easy to explain, the jury would understand the

25   evidentiary record stops as of the date of the Complaint, no

**PROCEEDINGS**

 1   one would question that.  And I think that picks up on the

 2   evidence that you care about on your side.  Right?  So I'm

 3   looking now at Oracle.

 4            **MR. VAN NEST:**  Your Honor, Mr. Baber --

 5            **THE COURT:**  Take a moment to consider whether you

 6   would accept that as a way to go forward *modus vivendi*.

 7        Just to be clear, I would tell them that the record is

 8   up to the date of the Complaint and that they should not

 9   consider evidence after that, but whatever their decision is as

10   to fair use, up to the date of the filing of the Complaint

11   would govern for all of the versions of Android that are in

12   play in this phase.

13        Can I have your attention for one other thing.  On the

14   issue of the 2015 version of OpenJDK as Android, part of this

15   would be that so far the door is not opened, but that if Oracle

16   were to open the door in the way that I have said that they

17   could on -- by claiming that it was not technically possible,

18   whatever I said in the -- then that would still be a

19   possibility for post -- post-Complaint evidence.  But so far I

20   would say no.  That would also be part of this deal.

21            **MR. VAN NEST:**  The later comment is fine, Your Honor.

22   As we indicated in our brief, if things change, we'll ask for

23   the Court's leave to deal with that.  But on the first point,

24   it does address -- your proposal does address the idea that

25   this evidence post Complaint cannot be considered.  It doesn't

1   really address the question that got us here, which is the

2   jurors wondering why we're here now and what happened before

3   and the fact that there was a prior trial, and given what's

4   been said both in the opening and in the cross-examinations of

5   both Mr. Rubin and Mr. Schmidt, I do think it's important for

6   the jury to understand what happened last time in some sort of

7   a neutral away along the lines Your Honor proposed; in other

8   words, that there was a prior trial, and at the conclusion of

9   that trial, the trial court found that the APIs were not

10  copyrightable and that decision was later reversed and that's

11  why we're here.  That would help them understand why evidence

12  that they have already heard post Complaint cannot be

13  considered on that issue.

14      Otherwise, it's sort of a mystery to them why we're

15  cutting the evidence off and they've certainly heard

16  cross-examination of two of our witnesses in this report and

17  the statement in opening that we were going forth recklessly,

18  intentionally making changes, especially if it's going to be

19  deemed relevant to all of the subsequent versions of Android

20  which the jury knows happened later than the filing of the

21  Complaint because that was stated in the opening.

22      So, frankly, I have no problem with the first part of your

23  proposal indicating that the evidence post-Complaint does not

24  go to willfulness or bad faith, but I don't think it would be

25  fair at this point, given what they've done, to leave it there.

1    I think the jury should be told something about why we're here.

2         **THE COURT:**  Ms. Simpson?

3         **MS. SIMPSON:**  Your Honor, we find your proposal

4    acceptable to Oracle.  We think that would solve the problem.

5    We do not agree that an instruction at this point is necessary

6    or would be wise for the variety of reasons that we've set

7    forth in our briefs.  We think it would be prejudicial --

8         **THE COURT:**  Well, can I -- I'm not saying I agree with

9    your points in the brief, but I'm just trying to find a way

10   forward here.

11        What if I were to say simply that -- make the statement

12   that I've already proposed and then say you've heard reference

13   to a prior trial.  It is true that there was a prior trial.  We

14   are going to be hearing testimony from that prior trial read in

15   now and then.  Don't speculate about what happened in the prior

16   trial and -- period.  And not get into who won or lost.

17        And the reason that I would feel that you wouldn't need to

18   get into that is the first part of what -- if we can agree that

19   the body of evidence that counts is pre-Complaint, up to the

20   date of the Complaint.

21        **MR. VAN NEST:**  The problem, Your Honor, is they sort

22   have already rung the bell, right?  They asked that question of

23   Schmidt and Rubin.  I'm not sure it was asked of Bornstein, but

24   they've already aggressively cross-examined both of them on the

25   fact that they didn't do anything and now we're telling the

1    jury well, that was all irrelevant.

2        You know, if they hadn't done that and all we had was an

3    opening statement, we'd be in a lot better shape, but the

4    opening statement went over this and then on our two key

5    witnesses, they were examined, and I don't think at this point

6    it's possible to unring that bell without some explanation of

7    why we're taking that period out of play.

8        To me, that's going to seem very mysterious to jurors, and

9    I think Your Honor can state the history in a neutral way and

10   it doesn't have to be that Your Honor made the decision.  The

11   trial judge made the decision --

12       **THE COURT:**  There is a way to do it.  I could just say

13   there was a decision on which -- there was a judicial decision

14   not even necessarily in this case.  There was a judicial

15   decision on which Google was entitled to rely, but in 2014.

16   An authoritative decision by the Court of Appeals held contrary

17   and wouldn't have to mention the trial court or me -- I could

18   get around that problem.  That's not what I'm trying to do.

19       What I am trying to do is cure the -- see, this is kind of

20   a mess that you lawyers have served up.  Why did you agree to

21   this stipulation in the first place, the stipulation where you

22   wouldn't refer to the prior proceedings?  So I think both of

23   you are responsible for the mess we find ourselves in and I'm

24   trying to figure out the fairest way to go forward.

25       **MR. VAN NEST:**  I think your last proposal, Your Honor,

1    is fine.  You don't have to say it was this Court.  You could

2    say a judicial decision that Google was entitled to rely on and

3    that's why during that period any evidence you've heard about

4    it is not within -- should not be within your consideration,

5    something like that.

6        THE COURT:  But even that wouldn't fully be accurate

7    because once -- from May 2014 forward, you had nothing to rely

8    on.  So I -- even that wouldn't be -- it's only a partial

9    solution.

10       MR. VAN NEST:  But if they go there and they argue

11   that, then we would ask to put OpenJDK in.  I'm not so worried,

12   but I am worried --

13       THE COURT:  You can use OpenJDK.  What you just can't

14   do is use your version of it in 2015.  You can still make the

15   argument that OpenJDK could be adjusted, but what you can't do

16   is say you actually did it.

17       MR. VAN NEST:  My point is if you're worried about

18   what happens to us if they argue that after the decision in

19   2014 we still went forward, then we would be entitled, I think,

20   to say well, no, we didn't.  We changed our system.  We went to

21   OpenJDK which was licensed and now we are no longer publishing

22   the old version.  We've published the new version.  That's what

23   would be the anecdote for them now arguing that, okay, up to

24   2014 they were fine, but then they made no changes.  That's not

25   true.  We did make the change.

1          **THE COURT:**  Has any manufacturer actually adopted the

2    new one?

3          **MR. VAN NEST:**  I think they are in the process of

4    doing it now.  Absolutely.

5          **THE COURT:**  Present participle tense.  That's like *the*

6    *check is in the mail*.  We don't know whether it has happened or

7    not.

8          **MR. VAN NEST:**  But it's certainly been published and

9    it's out there on the website, and the next version that any

10   manufacturer adopts will have it and maybe they have.  I'll

11   have to check the state of the record.

12        I'm not sore worried about that.  My concern is just

13   telling them hey, put this out of your minds and you can't

14   consider it's not fair when all the witnesses they could ask

15   this of are gone, right?  They've come and gone.  Mr. Schmidt

16   has come and gone and I told them you can't talk about OpenJDK

17   or changes.  You can't talk about the first trial.  You can't

18   talk about the copyrightability, neither Mr. Rubin or

19   Mr. Schmidt.  And then they ask well, you've continued going,

20   and you've done nothing and so on.  So I think there's got to

21   be some correction made.

22        **MS. SIMPSON:**  Your Honor, a couple of things.  First

23   of all, the Schmidt comment that's being referred to here

24   specifically referenced 2010, so I don't agree that that has

25   any relevance with respect to the problem that we're

 1   discussing.   It would fit right into the proposal that

 2   Your Honor has made.

 3        With respect to the proposal -- the first proposal that

 4   you made in terms of advising the jury that there had been a

 5   prior trial, Oracle would be agreeable to that.   Your latter

 6   proposal where you're talking about reliance, that is not

 7   acceptable from Oracle's perspective.   We don't think that that

 8   solves the problem and it suffers from many of the concerns

 9   that we've raised in our briefing with respect to confusion and

10   prejudice to Oracle.

11        We just don't think that there is any evidence in the

12   record that there has been reliance, and we shouldn't be

13   instructing the jury that they're entitled to rely on something

14   when even their own discovery responses don't indicate that

15   they have relied on it in any way.   It didn't come up a single

16   time in response to our discovery responses.

17        In addition, Your Honor, all this talk about Android N, I

18   think it's a little misleading, that that was not in the works

19   in response -- in direct response to the decision.   It came

20   much, much, much later, and we don't have a lot of discovery on

21   it, but it was a very recent event.

22             THE COURT:   Well, let's just focus on Android N, which

23   is the 2015 version.   If Google had put that out, say, 60 days

24   earlier than it did and given you more notice, then there

25   wouldn't even be any question that that could be referred to in

**PROCEEDINGS**

1    the case because it would tend to show that OpenJDK could have

2    been used and that it was a viable alternative.  That's for the

3    jury to decide.

4         So the only reason that I have excluded that, with some

5    reluctance, is that it wasn't fair to spring that on you at the

6    very close of discovery.

7              **MS. SIMPSON:**  Well, Your Honor, there's not a lot --

8              **THE COURT:**  Wait, wait, wait.  Let me finish my point.

9         So that is a different issue than this other problem of

10   the prior lawsuit and the prior -- the interim holding that it

11   was not copyrightable.  That's a different problem, and I'm not

12   suggesting that we roll that issue into the idea of a ruling by

13   the Court on -- along the lines that I mentioned earlier,

14   although I would stand by what I said earlier, which is that

15   it's not going to be referenced before the jury unless the door

16   to that gets opened.

17        But it's still perfectly okay for Google to say hey,

18   OpenJDK could have been adjusted and we could have lived with

19   that GPL Version 2 with the Classpath exception and just not

20   refer to the fact that they in fact have done it.

21        I see that as a different problem than the problem of how

22   do you deal with the interim order that was almost in effect

23   for two years until the Federal Circuit reversed it about

24   copyrightability and the problem of good faith and bad faith.

25   I have proposed a way to deal with it and I think it's pretty

**PROCEEDINGS**

 1   close to the best I could do --

 2          **MR. VAN NEST:**  Your Honor, I continue to think that

 3   rather than tell the jury what they can or can't do or what

 4   they can or can't consider at this point, the very simple

 5   procedural statement made as neutral as you can is better than

 6   that, because then you're simply providing them facts and

 7   context rather than telling them thou shalt not consider this

 8   or thou shalt not consider that.  I think that's going to be

 9   very confusing where we are now.

10       I think of the very simple statement that you laid out, if

11   Oracle has got problems with the language, okay, but the very

12   simple statement that will explain what happened and just put

13   the facts in is far better than trying to manipulate what they

14   can or cannot consider at this point in the case when our case

15   is just about to close.

16          **MS. SIMPSON:**  Your Honor, we disagree --

17          **MR. VAN NEST:**  Excuse me, counsel.

18       I think a neutral statement, very similar to the one you

19   gave -- because we all know that, A, the law was unsettled; B,

20   Google prevailed in the first trial, and then that was

21   reversed.

22       Now, you don't have to say Google prevailed, but certainly

23   the issue is when you finished that trial and the API

24   declarations were found not copyrightable, you know, there's no

25   judgment against Google at that point.

1    So it just seems to me that -- I'm happy to work with

2    counsel and the Court on something as neutral as possible, but

3    a simple statement of what happened I think would be better

4    than at this point telling them what they can or cannot do.

5          THE COURT:  All right, Ms. Simpson.

6          MS. SIMPSON:  Your Honor, it's not confusing to the

7    jury to tell them what they can and cannot consider.  It

8    happens all the time, and we're about to do it with respect to

9    the testimony was elicited from Mr. Bloch.  So that's not an

10   unusual occurrence, to tell the jury what they can and cannot

11   consider.  So I think that is a red herring.

12         We don't agree that we should be injecting into the jury's

13   considerations history with respect to the case that we can't

14   phrase in a way that is not prejudicial to the parties.  And so

15   far we haven't been able to come up with that language other

16   than what Your Honor proposed in his first proposal, which was

17   we simply say that there was a trial and explain that they're,

18   you know, hearing testimony from that prior trial.  That would

19   be fine.

20         But when we get beyond that, we're talking about injecting

21   into the jury deliberation things that happened in the prior

22   trial that are going to infect what they're doing in this

23   trial.

24         THE COURT:  All right.  I don't have an answer for

25   you.  I wish you good lawyers could -- see, you worked out this

**PROCEEDINGS**

1   stipulation that you would not refer to the prior proceedings,

2   and this is really Google's fault, in a way, for having agreed

3   to that.  Now you want to go back on it and I don't blame you

4   for wanting to go back on it, but it's not so clear-cut, what

5   should be done here.

6        All right.  I'm going to bring the jury in and we're going

7   to get started.

8            **MS. HURST:**  Your Honor, we have one more housekeeping

9   matter related to this witness, who is still on the stand.

10           **THE COURT:**  Mr. Bloch?

11           **MS. HURST:**  Mr. Bornstein.

12           **THE COURT:**  I'm sorry.  Mr. Bornstein, yes.

13           **MS. HURST:**  We've agreed that a document I referred to

14   on cross-examination may be admitted without further

15   examination of the witness, and that the demonstrative that he

16   used on direct shall be marked for purposes of identification

17   on the record.

18           **THE COURT:**  The one on the butcher block --

19           **MS. HURST:**  The one on the easel, Your Honor.

20           **THE COURT:**  Is that okay?

21           **MS. ANDERSON:**  The exhibit I believe counsel is

22   releasing to is Exhibit 26.  Is that correct?

23           **MS. HURST:**  Correct.

24           **THE COURT:**  26.  The thing he's got on the butcher

25   block?  Is that it?

1           **MS. HURST:**  26 is the one on cross, Your Honor.  Trial

2    Exhibit 26 is --

3           **THE COURT:**  26 is received in evidence; is that what

4    you're saying?

5           **MS. HURST:**  Yes.

6           **MS. ANDERSON:**  For Oracle's examination.  Oracle is

7    offering in evidence 26.  We do not object.

8        And then for the demonstrative exhibit, which is the

9    drawing Mr. Bornstein, did we would like to mark that for

10   identification 7792.

11          **THE COURT:**  Are we on cross yet?

12          **MS. HURST:**  We finished the cross, Your Honor.

13          **THE COURT:**  Where are we now?

14          **MS. ANDERSON:**  Redirect, Your Honor.

15          **MS. HURST:**  So it's Defendant's Demonstrative 7792 is

16   the drawing made on Mr. Bornstein's and Trial Exhibit 26 is

17   stipulated to be admitted as part of the cross.

18          **THE COURT:**  Got it.  26 is in.  7792 is demonstrable

19   only.

20   (Trial Exhibit 26 received in evidence)

21       (Trial Exhibit 7792 marked for identification)

22          **MS. ANDERSON:**  Thank you, Your Honor.

23          **THE COURT:**  Let's bring our jury in.

24       Are you both prepared with your five minute statements?

25          **MR. BICKS:**  Yes, Your Honor.

PROCEEDINGS

1          **MR. VAN NEST:**  Are we going to do that first thing?

2          **THE COURT:**  Yes.  We are going to do it first thing.

3   I'm going to the -- it will be very close to first thing.

4          (Proceedings were heard in the presence of the jury:)

5          **THE COURT:**  I hope you all had a great weekend.  Did

6   you have a good weekend?  What a beautiful weekend, wasn't it?

7   This is why people move to California, because of last weekend.

8          So here's -- we are going to take care of a couple of

9   things, and the first thing I want to do is to hand out to you

10  something, and I'm going to collect it right back up as soon as

11  we've read it.

12         Remember that statement that I read to you last week

13  twice?  I'm going to read it to you again, but this time I'm

14  going to let you follow along in writing, but then I'm going to

15  collect it back up.  I can't let you keep it really because --

16  maybe I could.  I told the lawyers I would collect it back up.

17         Angie, hand out the statement.

18         Don't make any notes on it.  Just read along as I read it

19  out loud.

20         I'm doing this because I felt like twice was probably not

21  enough, given that you all raised your hand, almost all of you.

22  You wanted to hear it again.  Okay.

23         So what we're going to do is I'm going to read this to

24  you, and then we'll collect it back up.  This is an agreed-on

25  statement by the lawyers.  It counts as evidence.  This is

1   evidence that you may consider.  It's like a stipulation.  This

2   time I'm just going to read it once since you are able to

3   follow along.

4       "The Java platform is a software application platform that

5   is used to write and to run programs in the Java programming

6   language.  The Java programming language is free and available

7   to use.

8       "The Java platform includes, among other things, the Java

9   virtual machine and the Java API packages.

10      "API stands for *application programming interface*.  What

11  is at issue in this case are the Java API packages, which are

12  sets of pre-written computer programs used to perform common

13  computer functions without a programmer needing to write code

14  from scratch.  These pre-written computer programs assist

15  developers in writing applications.

16      "These pre-written programs are organized into packages,

17  classes, and methods.  An API package is a collection of

18  classes.  Each class contains methods and other elements.

19      "The packages, classes, and methods are defined by a

20  declaring code.  The declaring code is the line or lines of

21  source code that introduce, name, and specify the package class

22  or method.

23      "The declaring code allows programmers to understand and

24  make use of the pre-written programs in the API packages to

25  write their own programs.  The declaring code for the packages,

1    classes, and methods reflects the structure, sequence, and

2    organization or SSO for the Java API packages.

3        "The SSO specifies the relationships between and among the

4    elements of the Java API packages and also organizes the

5    classes, methods, and other elements in the package.

6        "Each individual method performs a specific function.  The

7    declaring code for a method is sometimes referred to as the

8    method declaration, header, or signature.  The declaring code

9    for a method tells the programmer the information the method

10   needs, the inputs to perform the desired function.  Each method

11   also contains implementing code.

12       "The implementing code provides step-by-step instructions

13   that tell the computer how to perform the function specified by

14   the declaring code.

15       "The declaring code and the SSO of the 37 Java API

16   packages at issue are protected by copyrights owned by Oracle.

17   The copyright protection does not extend to the idea of

18   organizing functions into packages, classes, and methods, but

19   the copyright protection does cover the SSO as expressed in the

20   37 Java API packages."

21       All right.  I'm going to let you read that to yourself for

22   just a few seconds in case there's something you want to go

23   back over and then I'm going to collect these up from you.

24   Don't make any notes on it now, please.  Okay.

25       Angie, would you collect up these handouts.

**PROCEEDINGS**

1    So what we are going to do now is sometimes done in a case

2  like this.  I am going to give five minutes per side to let

3  each lawyer stand up and tell you what they -- where we are and

4  what they think has been proven and will be proven, and they

5  can be a little argumentive if they want, and to kind of remind

6  you of what happened last week and give you a heads-up as to

7  where we're going.  It's only five minutes per side, but this

8  will be a way to, as we're about halfway through this part of

9  the case -- for you to get a summary and maybe refresh your

10  memory as to some things that occurred last week.

11    Does one of you want to go first.

12    **MR. BICKS:**  Yes, Your Honor.

13    **MR. VAN NEST:**  I would like to, Your Honor, since we

14  have the burden.

15    **THE COURT:**  I'm going to let Google go first because

16  Google has the burden of proof on this phase of the case.

17  Because they have the burden of proof, I'm going to let them

18  speak first.

19    You have five minutes.

20    **MR. VAN NEST:**  Thank you, Your Honor.

21    Good morning everyone.  Thank you very much.  You've been

22  a very, very attentive jury, following the evidence, and we all

23  very much appreciate that.

24    I will have a bigger chance in closing argument to

25  actually show you the evidence, so now I'm just going to talk a

**PROCEEDINGS**

 1    little bit about what you've seen so far.

 2         And the first maybe most important thing you've seen is

 3    from the very top of both of these companies, it was clear to

 4    everybody that the Java API declarations were treated as Sun --

 5    by Sun as open and free.  Open and free, given away with the

 6    free Java language so that developers could use the language

 7    more effectively and there would be more widespread use.

 8         Mr. Schwartz, whom you heard from last week, was the Chief

 9    Executive Officer at Sun at the relevant time, and he came in

10    and under no uncertain terms and said we gave the API

11    declarations away for free and people competed on

12    implementations.

13         From my file cabinet, which is resting downstairs, these

14    are the declarations.  This label is the method declaration.

15    What Mr. Schwartz said was those are given away free, promoted

16    with the language.  Mr. Schwartz said it; Mr. Schmidt said it.

17    Mr. Schmidt, although he is now at Google, was the Chief

18    Technology Officer at Sun, back when Java was developed and

19    launched.  And what they both said was as long as you're just

20    using the labeling and you write your own implementing code,

21    that's what we understand is okay.  You can use the label.  And

22    what Mr. Schwartz said was it's like a menu.  It's like a menu.

23    Everybody is going to work off the same menu, but the food you

24    prepare must be done originally by you.

25         So everybody was in alignment -- Mr. Schwartz, Mr. Schmidt

1    and Mr. Bloch -- who wrote a lot of the API, said we wrote them

2    to give them away so developers could use them.

3        The other key point is that Sun was fully aware after the

4    negotiations ended that Google would be using the API

5    declarations in Android.  Mr. Schwartz said, "I was aware of

6    it."  Mr. Schmidt said, "I made them aware of it," and when it

7    was announced in November of 2007, Sun didn't have a complaint

8    because it was consistent with what Sun was doing as a business

9    practice.  It was consistent with giving away the declarations

10   and having people do their own implementing code.

11       So you saw Mr. Schwartz's blog.  That's just one part of

12   the evidence.  His blog said, "Welcome Android to the Java

13   community."  That shows you, proves essentially that Sun

14   recognized this as consistent with its business practices and

15   okay to do it.  As Mr. Schwartz said, I never told Google what

16   they were doing was wrong in any way.

17       But it's not just a blog post.  For years thereafter, in

18   '07, '08, '09, Mr. Schmidt and Mr. Schwartz exchanged emails,

19   calls, and meetings; Mr. Rubin and Mr. Gupta.  So Schwartz is

20   Sun; Schmidt is Google; rubin is Google.  He's the head of

21   Android.  He's exchanging with Mr. Gupta at Sun.  And

22   throughout those emails, what is being expressed by Sun is we'd

23   like to participate, we'd like to help, we'd like to support.

24   Can we help support your announcement?  Can we build our own

25   product and put it on top?  Can we work with you as part of

PROCEEDINGS

 1   Android?  That's the opposite of saying you're not allowed to

 2   do this.  They recognized it was fair at the time.  They never

 3   objected.  That went on for years.  I don't want you to have

 4   the impression it's just a single blog post.  It's email after

 5   email and calls and meetings.

 6        Mr. Schmidt met with Mr. Schwartz.  What's the subject?

 7   Not you can't use these.  The subject is I want to know if I,

 8   Sun, can build a product on top.  And then we saw the video

 9   where Sun was bragging at JavaOne we're going to put something

10   on top of Android.  They clearly understood that what Google

11   was doing was fair and consistent with their business

12   practices.

13        The third point that I want to touch on is you now know,

14   not from snippets of email -- by the way, this is not a contest

15   of email soundbites or little snippets of email.  You have now

16   heard from the key people at both companies, Mr. Schmidt and

17   Mr. Rubin from Google and Mr. Schwartz from Sun.  The

18   negotiations they had back in that '05, '06 period were not

19   about a license to APIs or the language.  Everybody assumed

20   those were free to use.  Those negotiations were for a joint

21   development partnership where Sun would be contributing

22   proprietary technology:  It's virtual machine, the implementing

23   code that Sun wrote.  Obviously this is Google's independent

24   implementation, but Sun had their own version.

25        Google was hoping that Sun would contribute its -- its

PROCEEDINGS

1   implementing code and make this whole process of building

2   Android faster.  So, yes, it's true, the emails you saw that

3   say we need a license, that was absolutely true in '05 and '06

4   because what Google wanted was implementing code, the virtual

5   machine, all of their proprietary technology, and the coffee

6   cup logo.

7          That didn't happen.  They didn't reach a deal.  They were

8   negotiating in the 30 to 50 million range as you saw from

9   Mr. Schwartz and Mr. Schmidt, and they couldn't agree on

10  control.

11         And when that happened, when that happened, Google did

12  exactly the right thing.  Google went forward, went out to the

13  market, got open source implementing code to put in Android,

14  didn't use any Sun technology, used the declaring lines, the

15  declarations, the method headers, which everybody assumed were

16  open and free.  That's what Mr. Schwartz said, that's what

17  Mr. Bloch said, that's what Mr. Schmidt said, that's what

18  Mr. Rubin said, and as Mr. Bornstein said it best, nobody owns

19  the API declarations.  Nobody owns them.  That's what these API

20  developers and companies have assumed for years, all along

21  until this lawsuit was filed.  That's what the operating

22  working assumption was.

23              THE COURT:  Okay.  You're out of time.

24              MR. VAN NEST:  Can I have one minute, Your Honor?

25              THE COURT:  I will give you half a minute.

1          **MR. VAN NEST:**  Half a minute.

2      This morning you're going to be hearing more about the

3  transformative nature of Android.  You heard some of that from

4  Mr. Rubin and Mr. Bornstein.  This morning we're going to show

5  some video from the Sun people and the Oracle people that

6  failed to build a smartphone.  They couldn't do it using the

7  same APIs.  And we are going to hear from a Duke University

8  Professor Astrachan, who will also talk about the

9  transformative nature of the Android platform.

10      Thanks very much for your attention, ladies and gentlemen.

11          **THE COURT:**  Thank you.

12          **MR. VAN NEST:**  Thank you, Your Honor.

13          **THE COURT:**  Thank you.

14      Mr. Bicks, you will get seven minutes, too.

15          **MR. BICKS:**  Angie, could we put the screen on, please.

16      So good morning, ladies and gentlemen.  I stood before you

17  in the opening statement and I said the case was about the

18  evidence.  And Judge Alsup pointed out that what lawyers say in

19  opening isn't evidence.  What I would like to report to you

20  today is what the evidence is going to show -- has shown so

21  far.  Not lawyer argument.

22      The first thing I want to touch on is where I ended my

23  opening.  I showed language from Google's own documents and I

24  said to you in my opening these were their words and not my

25  words.  Their words at the time.  So what's happened?

**PROCEEDINGS**

1    Every statement that I made to you in opening has now been

2    backed up by a trial exhibit.  Documents from their files.

3    Those are the trial exhibits that were admitted in this case

4    with their language.

5         APIs are copyrighted.  They knew it.  The alternatives all

6    sucked.  Make enemies along the way.  Don't demonstrate the Sun

7    employees were lawyers.  Those are all the admitted documents

8    in evidence that backs up and supports what I said in my

9    opening statement.

10        Now, this is a case about fair use.  These are the

11   factors.  You didn't hear Google's counsel talk very much about

12   these factors.  These are the questions that are before you

13   that Judge Alsup read in his instructions, and you'll hear more

14   about.

15        Four of them to the left and then the first one breaks

16   down into separate questions.  But it's very important that we

17   look at the evidence in -- when focusing on these factors.

18        So what I want to review now is what has the evidence

19   shown on these factors?

20        Good faith in factor 1, that's all the evidence that I

21   just showed to you.  Knowledge about copyright, knowledge that

22   the alternatives, that they had none, and that they had to take

23   that property without permission.

24        So let's go through some of this evidence.  They have the

25   burden of proof.  I pointed that out in the opening.  That's

1   why they have to go first.  We don't even have to put on

2   evidence.  But through their witnesses, we put on evidence.

3   And now I want to have you see what exactly happened.

4        Factor 1, is this commercial?  It's undisputed it's

5   commercial.  And then the question is how commercial is it?

6   That goes against fair use.

7        So what did we prove in their case?  Mr. Schmidt, Android,

8   more searches, more ads, more lucrative, hugely profitable.  No

9   question on the extent of commerciality here.  It is hugely

10  profitable.

11       When it comes to Mr. Schwartz, his blog, I told you in the

12  opening to watch out for what is a party line when somebody

13  finds themselves in a pickle and what the actual truth was when

14  you look at emails that were being sent internally so you can

15  see what somebody was really saying.  So I got him on the stand

16  and I wrote on a board what he said, that he was gritting his

17  teeth.  They was Google.  That they were taking without paying.

18  Taking without paying.  That's what he said.  Scroogel, he

19  called them.  Not my words; his words.  Playing fast and loose

20  with licensing terms.  Immune from the copyright laws.

21       And then Mr. Rubin, "I wanted to win.  Get to the market

22  in the shortest time possible.  Direct revenue impact.  Search

23  plus Android is huge."  That's on the first factor.  That was

24  their burden of proof to show you that this is not commercial

25  and that there is not a lot of money involved.  We proved in

 1    their case the exact opposite.

 2         Transformative, critical question.  Did they take our

 3    client's property?  Did Google take it and use it for a

 4    different purpose?  I told you in opening the evidence was

 5    going to be it was not a different purpose.  Those design of

 6    those packages do the same thing in their mobile phones that

 7    they do in Oracle's property.  And this was testimony from

 8    their executive, Mr. Rubin, same industry, similar products.

 9    This is what he said.  Competitive.  They were competitors.

10    Same industry, similar products.

11         Ladies and gentlemen, do not be fooled by this feature

12    phone smartphone distinction.  He said at Danger they built one

13    of the first smartphones, one of the first with Java SE in it,

14    with Oracle's API packages, in a smartphone.  The first one.

15    We were in that smartphone.  That's what the evidence shows.

16         This whole argument that Sun and Oracle failed to build a

17    phone, we're not in the business of building phones.  We

18    license technology.  That's the business model.  Licensing

19    technology.  That's what the evidence will show.

20         Now, on creativity, the judge has indicated another factor

21    in the fair use.  That there is already a level of creativity

22    found here because there was a copyright issue.  The question

23    is how creative is this?  Critical evidence that came in.

24    Again, not my words, the evidence in the case.  What was it?

25         Dr. Bloch, he wrote this:  "API design is an art, not a

**PROCEEDINGS**

1    science.  Strive for beauty."  Those were his words before

2    litigation.  If you can imagine evidence that shows creativity,

3    I can't imagine anything more forceful from the man who wrote

4    some of these APIs.  Art and beauty.  That is what creativity

5    is all about.

6        Dr. Bloch again, "creative writing and expression."  This

7    is the words from the Court.  "Expression."  He used that word

8    on cross-examination.  "How best to express."  And he talks

9    about how difficult this can be.  He used the words that match

10   exactly what the Court said about expression.

11       Factor 3, we're going to hear more about that, but this

12   was their burden to show you that what they took wasn't really

13   a lot, that they left a lot behind, but they haven't met that

14   burden yet.  This is their burden to show you this and they

15   haven't provided evidence at this point.

16       **THE COURT:**  You've hit the seven-minute mark.  Take a

17   few more seconds and wind up.

18       **MR. BICKS:**  Factor four, the final factor, market

19   harm.  Here is the evidence on market harm.

20       Mr. Schmidt, "taking someone's property when it's

21   unauthorized causes harm."  That's what he admitted on

22   cross-examination.

23       Mr. Schwartz, "frustrated because of a new competitor.

24   Concerned about fracturing because of Android."

25       And then Mr. Rubin, "revenues of over a hundred million

PROCEEDINGS

1  dollars from Sun were at risk of being submarined."

2       Again, these were their words, not mine.

3       And then "same industry, same products.  Head-to-head

4  competitors."  And then finally, "open source equals open and

5  free."  It doesn't.  Every one of their witnesses say that

6  that JDK open and free license that they keep saying free,

7  free, free, it wouldn't have worked for them.  They all said

8  that, every witness.  Mr. Rubin.  Mr. Bloch, verboten.  He kind

9  of fudged on the stand.  He didn't want to say verboten until

10  Ms. Hurst showed him his testimony.  And then finally Dan

11  Bornstein, "it was incompatible with Android's needs."

12       The evidence has completely undercut that this OpenJDK

13  license was a viable alternative back then.

14       That's my summary of the evidence.  And it is evidence.

15  We have not presented our case yet and we look forward to that

16  and we'll start today.  Thank you.

17       THE COURT:  All right.  Thank you.  Let's -- we are

18  going to now -- yes?

19       MS. ANDERSON:  Sorry, Your Honor.

20       THE COURT:  Are you ready to bring back Mr. Bornstein?

21       MS. ANDERSON:  We are, yes.

22       THE COURT:  Remind the jury, how far did we get with

23  him last time?

24       MS. ANDERSON:  Your Honor, we completed Oracle's

25  cross-examination and now we are returning to redirect

**PROCEEDINGS**

1    examination by Google's counsel.

2              **THE COURT:**  Let's bring Mr. Bornstein in.  While the

3    witness is coming in, let me give the jury a heads-up.  We all

4    think that we will finish the evidence part of this phase of

5    the case by Thursday.  That's just an estimate.  And that we

6    will argue the case the following Monday to you.  Remember,

7    this coming Friday you have off.  So we're expecting that the

8    evidence will be done this week.  So four days of evidence this

9    week.  All right.

10        So Mr. Bornstein, welcome back.  You're still under oath.

11   Ms. Anderson has some questions for you.

12        **DANIEL BORNSTEIN**, **DEFENDANT WITNESS, PREVIOUSLY SWORN**

13   BY MS. ANDERSON:

14   **Q.**   Good morning, Mr. Bornstein.  Welcome back.

15   **A.**   Thank you.  Good morning.

16   **Q.**   Thank you.

17        I just wanted to follow up with a few questions on some of

18   the testimony you gave on Friday.  Okay?

19   **A.**   Okay.

20   **Q.**   First, let's turn our attention to some testimony that you

21   gave about Sun's offering an open source implementation called

22   OpenJDK and your testimony about why you thought Google didn't

23   want to use the implementing source code from OpenJDK.  Do you

24   generally recall --

25   **A.**   I do, yes.

**PROCEEDINGS**

1    **Q.**    -- that area of testimony?

2    **A.**    Yes.

3    **Q.**    With that in mind, let me ask you a few questions.

4          First of all, when you were working on the Android team at

5    Google, were you the person in charge of making legal licensing

6    decisions for Google on Android?

7    **A.**    I was not.

8    **Q.**    What was your area of focus on the Android team?

9    **A.**    I was the technical lead for the virtual machine and core

10   libraries and that involved writing code and overseeing other

11   people who were writing code in various ways.

12   **Q.**    Did you hold yourself out as a legal expert on the Android

13   team?

14   **A.**    I did not.

15   **Q.**    Do you recall generally Oracle's counsel reading to you

16   some statements you thought you might have made at the time

17   about the ability of Android to use code licensed with a

18   Classpath exception?

19   **A.**    Yeah.  I remember.

20   **Q.**    What I would like you to do, please, is take out Exhibit

21   9139 that's in a folder there before you.

22   **A.**    9139?

23   **Q.**    This is not one of the documents Oracle's counsel showed

24   you on Friday, but what I'd like you to do is take a look at

25   this document for some statements, and let me know if some of

1  those statements were those read to you by Oracle's counsel

2  during exam on Friday.

3      In particular, please just take a look at the statement

4  that starts with the word "basically" about one-third of the

5  way down the page and just let me know if this was one of the

6  statements read to you on Friday by Oracle's counsel.

7  **A.**   That looks familiar, yes.

8  **Q.**   Okay.  Did Oracle's counsel quote to you all the

9  statements you made in this Exhibit 9139?

10  **A.**   No, they did not.

11  **Q.**   Are there other statements in this email that relate in

12  any way to your beliefs during the time you were with Android

13  about the possible use of Classpath licensed code in Android?

14  **A.**   Yes.

15      **MS. ANDERSON:**  Your Honor, we offer in evidence

16  Exhibit 9139.

17      **MS. HURST:**  No objection.

18      **THE COURT:**  9139?

19      **MS. ANDERSON:**  That's correct, Your Honor.

20      **THE COURT:**  All right.  Received in evidence.

21  (Trial Exhibit 9139 received in evidence)

22  **BY MS. ANDERSON:**

23  **Q.**   Mr. Bornstein, would you tell the jury what is this

24  document?

25  **A.**   This is an email from me to a gentleman named Ihab, who

PROCEEDINGS

1    was not on the Android team but did do some Java-related stuff.

2    Q.    And at the top of this email, we see the subject line.  Do

3    you see that?

4    A.    Yes.

5    Q.    Would you read that to the jury.

6    A.    It says "Re Classpath exception stuff."

7    Q.    Did you provide any caveats in connection with your

8    statements in this email?

9    A.    Yes.  I provided a huge caveat.

10   Q.    In particular, would you please read to the jury the first

11   line of your email?

12   A.    Yes.  This was in all caps.  "Huge caveat, I am not a

13   lawyer."

14   Q.    All right.  And then drawing your attention down about a

15   little more than halfway down the page in the paragraph that

16   starts "one analysis seems to be. " Do you see that paragraph?

17   A.    I do.

18   Q.    Do you see some language about the middle of this

19   paragraph which talks about whether or not you're a lawyer?

20   A.    Yes.

21   Q.    All right.  Would you please read that phrase to the jury.

22   A.    The phase -- the phase is "I am not a lawyer."

23   Q.    All right.  And continue to the end of the sentence,

24   please.

25   A.    Sorry.  "I'm not a lawyer and I am not interested in

PROCEEDINGS

1   claiming that any legal analysis I do is sound."

2   **Q.**   And then drawing your attention, if you would, down to the

3   next paragraph that starts with "GNU."  Do you see that?

4   **A.**   Uh-huh.

5   **Q.**   Would you please read this to the jury.

6   **A.**   "GNU plus Classpath very well may turn out not to be a

7   real problem, but my take is, quote, 'why tempt faith",

8   unquote, especially in that we are going to be able to deliver

9   a more favorably licensed version within a reasonable time

10   frame."

11   **Q.**   Thank you.

12   To what extent, if at all, did the statement you just read

13   accurately express your beliefs at the time?

14   **A.**   I think it was a very accurate statement of my belief at

15   the time.

16   **Q.**   And what is the date on this email?

17   **A.**   The date is March 30, 2007.

18   **Q.**   Okay.  Was this statement in this email written before or

19   after Sun had even offered its open source software?

20   **A.**   Before.

21   **Q.**   All right.  So you can go ahead and set that down.  Thank

22   you, Mr. Bornstein.

23   I would also like to turn your attention now to some other

24   testimony you gave generally about your explanation of the

25   Android platform, and you had explained your view that the

PROCEEDINGS

1    Android platform was a cohesive hole with pieces of the

2    platform generally having to work together.  Do you remember

3    that?

4    **A.**    I do.

5    **Q.**    All right.  On cross-examination by Oracle's counsel, you

6    were asked if the levels in the Android platform stack above

7    the core libraries depend on the core libraries to work.  Do

8    you generally recall that testimony?

9    **A.**    I do.

10   **Q.**    Are the core libraries in Android the only part of the

11   Android code that is depended upon by other parts of the

12   Android platform?

13   **A.**    No.

14   **Q.**    Would you please explain.

15   **A.**    Yes.  I could refer to the diagram, if you wanted to.  I

16   don't know --

17   **Q.**    Sure.  If we could have Exhibit 43.1.  Please just tell us

18   at a high level what you mean.

19   **A.**    So what I mean is that -- of course this is not -- you

20   know, this is only a sketch, right, but even so, you can sort

21   of see these layers, and the layers below serve as a foundation

22   in general for the layers above.

23       So if you look at like, say, the applications at the top,

24   the applications depend on the application framework and the

25   application framework depends on everything below that, and

1    that's -- so you can see all those green libraries to the left,

2    you can see the Android Runtime box to the right.  The stuff

3    above depends on all of that and then all of that stuff in turn

4    depends on the Linux kernel.

5    **Q.**   When you say all of that stuff in you turn depends on the

6    Linux kernel, what are you referring to when you say "all of

7    that stuff?"

8    **A.**   Everything that's represented above the red box at the

9    bottom.

10   **Q.**   Just in summary, are you saying that everything above the

11   Linux kernel depends on the Linux kernel?

12   **A.**   That's right.

13   **Q.**   Thank you.

14        Now if you would, please, take out Exhibit 415, which is

15   another document that Oracle's counsel asked you about.

16   **A.**   Okay.

17   **Q.**   You were asked some questions about the paragraph that

18   starts with the words "we talked about using GNU Classpath."

19   Do you see that?

20   **A.**   I do.

21   **Q.**   If we could have Exhibit 415 up, please, Mr. Dahm.  Thank

22   you very much.  If you could highlight for the jury, please,

23   Mr. Dahm the paragraph starting with "We talked about."  Thank

24   you.

25        Drawing your attention to the first couple sentences of

**PROCEEDINGS**

1    this paragraph, do you recall generally giving testimony about

2    those first two sentences?

3    **A.**    Just a second.  Yes.

4    **Q.**    Okay.  So with regard to the statement in this email that

5    you made about, quote, "we talked about using GNU Classpath,

6    but we ended up deciding against it," do you see that?

7    **A.**    I do.

8    **Q.**    To make sure there's no confusion here, would you please

9    tell the jury to what extent, if at all, the discussion that

10   we've highlighted here has anything to do with Google's

11   decision to create its own independent implementation of Java

12   APIs in Google.

13   **A.**    I'm sorry.  Say that again.

14   **Q.**    You testified on Friday generally about the fact that

15   Google made a decision to create its own independent

16   implementation of Java APIs in Google?

17   **A.**    Uh-huh.

18   **Q.**    This paragraph we're reading from that you quoted -- that

19   we've quoted from talks about using GNU Classpath.

20   **A.**    Right.

21   **Q.**    And in this particular couple sentences, you talk about a

22   potential for trouble; right?

23   **A.**    That's right.

24   **Q.**    To what extent, if at all, does this discussion have to do

25   with any concerns about potential for trouble from making an

**PROCEEDINGS**

1    independent implementation of Java APIs in Android?

2    **A.**    Nothing, if I understood you correctly.  GNU Classpath was

3    an independent implementation of Java APIs.  We were discussing

4    do we -- I think what I'm saying here is we talked about using

5    GNU Classpath.  That was one independent implementation and --

6    versus another one.  So in either -- either side of the

7    decision at that point would have been an independent

8    implementation.

9    **Q.**    Just to be career, would you tell the jury whether or not

10   in this paragraph you're talking at all about concerns about

11   Google doing its own independent implementation for Java APIs?

12   **A.**    No.  That's not what this was about.

13   **Q.**    Thank you.

14       At the time that you wrote the email in Exhibit 415, did

15   you believe that the Java API declarations were free for Google

16   to use in developing its independent implementation of Java

17   APIs?

18   **A.**    I did.

19   **Q.**    And let's take a look.  What is the date of Exhibit 415?

20   **A.**    February 26th, 2007.

21   **Q.**    At the time that you wrote this email, did you know that

22   Oracle was going to acquire Sun in 2010?

23   **A.**    No.

24   **Q.**    Okay.  And at the time that you wrote this email, did you

25   know that Oracle would --

1          **MS. HURST:**  Objection.  Argumentive.

2          **MS. ANDERSON:**  Your Honor, I'm --

3          **THE COURT:**  It does sound argumentive to me.

4          **MS. HURST:**  Leading.

5          **THE COURT:**  And it's also leading.  Sustained.

6          **MS. ANDERSON:**  All right.  Thank you, Your Honor.

7   **Q.**   Let's turn our attention now to another area you were

8   asked questions about, Mr. Bornstein.  You were asked some

9   questions and you testified about having taken action in

10  connection with your work on Android to scrub the source code

11  of the Android for certain words.  Do you generally recall that

12  testimony?

13  **A.**   I do.

14  **Q.**   And among the words you testified about were scrubbing for

15  what's referred to as a J-word or Java.  Do you generally

16  recall that line of testimony?

17  **A.**   I do.

18  **Q.**   All right.  Please explain to the jury why that was done.

19  **A.**   The -- I'm going to say that caveat again.  I'm not a

20  lawyer.  But I do understand that there is this thing called

21  trademark law, and I do understand that companies care very

22  much about how their trademarks are used.

23          And when we were doing what we were doing, we were

24  intentionally using the Java programming language, and in order

25  to use the Java programming language, you need to use the term

**PROCEEDINGS**

1   Java literally in many places in the code.

2        But that said, we wanted to be conservative with how we

3   used that term because we did not want to inadvertently violate

4   a trademark.  So, you know, what -- what we did was we tried to

5   look through the source code for the term and say like do we

6   think that this might be a trademark problem and versus do we

7   have to mention the word here because of the way the

8   programming language works.  And we tried to make reasonable

9   judgments about -- about the cases that we found, and in cases

10  where we thought that it was maybe a little questionable, we

11  tried to err on the side of removing the term.  That's all.

12  **Q.**   Is there anything in the Android source code that relates

13  to something called "comments"?

14  **A.**   Yes.  Comments are a thing that you find in practically

15  every programming language.

16  **Q.**   Was any of the scrubbing done in relation to comments?

17  **A.**   Almost all of the scrubbing was in comments.

18  **Q.**   Would you please tell the jury, are comments something

19  that the computer actually runs to perform the source code?

20  **A.**   No.  Comments are meant for people, for programmers to

21  read, to help them understand what's happening.

22  **Q.**   And the scrubbing that was done of comments, did that

23  scrubbing include scrubbing for other words, not just Java and

24  the J-word?

25  **A.**   Yeah.  There was a big list of things that we were looking

PROCEEDINGS

1    for.

2    **Q.**   Could you give the jury just a few examples of the kinds

3    of things that one on the Android team would have scrubbed for

4    to -- to scrub the comments?

5    **A.**   Yeah.  The -- I mean, the biggest -- the most memorable

6    one was we were looking for literally bad words and I'm not

7    going to say them here, but we wanted to -- this was code that

8    was going out to be visible to the public, to the world, and,

9    you know, the S-word and the F-word are not generally

10   considered professional, so we wanted to, you know, get those

11   out of the code.

12   **Q.**   And please tell the jury, was the scrubbing done to remove

13   the J-word or Java from the comments in the Android source code

14   in any way done to keep it a secret that Android was

15   implementing Java APIs in its open source platform?

16   **A.**   Not in the slightest.  That would have been obvious in

17   context.

18   **Q.**   Why would it have been obvious?

19   **A.**   Because there was all this stuff -- there were lots of

20   Javas that remained and the -- in publishing how to work with

21   Android, we talked about you use the Java programming language.

22   There was absolutely no secret about the relationship that

23   Android had with the Java programming language.

24           **MS. ANDERSON:**  Thank you, Mr. Bornstein.

25       I pass the witness.

 1          Thank you, Your Honor.

 2               THE COURT:  All right.  Anything more by --

 3               MS. HURST:  Your Honor, I apologize, but I need to

 4     request a sidebar.

 5               THE COURT:  Okay.  Let's have a sidebar.

 6          (The following proceedings were heard at the sidebar:)

 7               THE COURT:  What's the issue?

 8               MS. HURST:  Your Honor, my concern is the Court has

 9     already asked whether Google has impliedly waived its privilege

10     related to all of this licensing stuff, and this witness just

11     testified forcefully and repeatedly that he is not a lawyer and

12     asserted that he had no capability to make these instructions

13     because he's not a lawyer.

14          We see right here in this document that he is passing

15     along what he calls the lawyer-advised consensus.  Your Honor,

16     this opens the door to what's on their privileged log, we

17     should get what's on their privileged log, and I should be

18     allowed to ask this witness isn't it true this was the advice

19     you got from Google's lawyers and you passed along that advice

20     and instruction from Google's lawyers.

21               MS. ANDERSON:  I apologize, go ahead.

22               THE COURT:  Well is this document in evidence?

23               MS. HURST:  Yes.

24               MS. ANDERSON:  Yes.

25               THE COURT:  Who put it in evidence?

**SIDEBAR**

1      MS. ANDERSON:  Oracle's counsel.

2      THE COURT:  Didn't you already ask about the

3  lawyer-advised consent?

4      MS. HURST:  But I did not ask, Your Honor, out of

5  respect for attorney-client privilege isn't it true this was

6  the product of an actual communication and instruction from

7  Google's lawyers.

8      MS. ANDERSON:  Nor did I, Your Honor.

9      MS. HURST:  And the door has been opened to that on

10  redirect, and I should be permitted to ask it because

11  Ms. Anderson repeatedly asked the witness to swear and affirm

12  that he was not a lawyer and was not making legal advice, but

13  he was.  He was passing along legal advice --

14      THE COURT:  Is this the document that said he was not

15  a lawyer --

16      MS. HURST:  That was 9139.

17      MS. ANDERSON:  This is an exhibit, Your Honor, that

18  was produced in discovery a long time ago.  Oracle offered this

19  in evidence.  Oracle elected to ask the witness about this line

20  of this particular email.  He is not a lawyer.  He stated he is

21  not a lawyer.  He was only giving his state of mind to explain

22  his belief.

23      THE COURT:  We can't take any more time on this.

24  Here's the answer.  415, we've known about phrase.  We have

25  been debating this phrase about lawyer-advised consensus for a

1    long time.  If that was going to be the basis for waiver, it

2    should have been raised a long time ago.  You are free to say

3    *the lawyer-advised consensus was*.  You have already done that.

4    You can do it again, but what the --

5             MS. HURST:  This is the one, Your Honor.

6             THE COURT:  But this one over here where he says "I'm

7    not a lawyer --"

8             MS. HURST:  This is the one.

9             THE COURT:  That's okay.  He's just saying he is not a

10   lawyer and he is acting as a lay person.  I don't think that

11   waives the privilege.

12            MS. HURST:  Thank you, Your Honor.

13            MS. ANDERSON:  Thank you, Your Honor.

14            THE COURT:  Go ahead.

15                        <u>RECROSS-EXAMINATION</u>

16   BY MS. HURST:

17   Q.   Mr. Bornstein, in looking at Exhibit 9139, you offered

18   that you had written, "Huge caveat, I am not a lawyer"; Right?

19   A.   Yes.

20   Q.   It's up at the top there.  But if we look, sir, at Exhibit

21   415 -- do you have Exhibit 415 before you?

22   A.   Yep.

23   Q.   And that's the one you also talked about; is that true?

24   A.   Oh, sorry.  I didn't get that you were asking a question.

25   Q.   In that paragraph, you said "the lawyer-advised consensus

1   is that there is potential for trouble"; right?

2   **A.**   I -- yeah.  I wrote that.

3   **Q.**   And that's the information that you passed along at the

4   time; true?

5   **A.**   Yeah.  That's reasonable.

6   **Q.**   And you acted in accordance with that consensus at the

7   time; isn't that true?

8   **A.**   Yeah.

9   **Q.**   All right.  Now, you say that you scrubbed the Js for

10  trademark reasons.  Is that your testimony?

11  **A.**   My -- my belief was that that was the primary concern.

12  **Q.**   But we don't know exactly what you scrubbed because we

13  don't have that anymore; isn't that true?

14  **A.**   I'm -- what do you mean we don't have that anymore?

15  **Q.**   Well, you scrubbed it out; right?

16  **A.**   Well, we could -- I mean, I don't know what -- I don't

17  know what you have in evidence, but I -- the way source code

18  works in a professional organization, there is historical --

19  there is usually a historical record so you could -- again, I

20  don't know if you have access to it and I don't know --

21          **THE COURT:**  Just tell us what you do know.  What's the

22  question again?  You're not answering the question.

23          **MS. HURST:**  Why don't I ask a new one, Your Honor.

24  **Q.**   Did you bring here any examples with you today of the

25  things that you had scrubbed out of the Android source code?

1  **A.**   I don't.

2  **Q.**   All right.  And you remember one of the words that you

3  scrubbed out of the Android source code was "license."  Do you

4  remember that, Mr. Bornstein?

5  **A.**   I don't specifically remember scrubbing that term myself.

6  **Q.**   That was on the document that we looked at on Friday, on

7  the long list of words that were scrubbed; is that right?

8  **A.**   I'll take your word for it.

9  **Q.**   "License," that's not a trademarked word, is it, sir?

10 **A.**   Just -- just so -- just so I understand --

11 **Q.**   Mr. Bornstein?

12 **A.**   Maybe --

13 **Q.**   Mr. Bornstein, "license" that's not a trademark; right?

14 **A.**   No.  That's -- but that's not what I was saying.  I was

15 saying the word "Java" was about trademark.  The word -- the

16 S-word wasn't about trademark either.

17 **Q.**   And the word "license" is not a trademark, sir, is it?

18 **A.**   The word "license" is not -- broadly not related to

19 trademark.

20 **Q.**   So when you were scrubbing the word "license," you weren't

21 trying to protect anybody's trademarks, were you, sir?

22 **A.**   Again, you're implying that I scrubbed the word "license."

23 I don't remember doing that.

24 **Q.**   When Google scrubbed the word "license," sir, it was not

25 trying to protect anybody's trademarks, was it?

 1          MS. ANDERSON:  Objection, foundation.

 2          THE COURT:  If you know the answer, please answer.

 3          THE WITNESS:  I don't know.

 4          MS. HURST:  No further questions.

 5          THE COURT:  Anything more, Ms. Anderson?

 6          MS. ANDERSON:  No, thank you, Your Honor.

 7          THE COURT:  All right.  May this witness now be

 8   excused and discharged from any subpoena?

 9          MR. VAN NEST:  Yes, Your Honor.

10          MS. HURST:  Yes, Your Honor.

11          THE COURT:  All right.

12      Mr. Bornstein, you are free to go now.  Thank you, sir.

13          THE WITNESS:  Thank you.

14          THE COURT:  You are excused from the subpoena and just

15   take off.  Take off.  Okay.

16      Please collect up these documents up here and call your

17   next witness.

18          MR. VAN NEST:  Your Honor, Mr. Mullen is going to read

19   a short stipulation, and then we are going to present, as I

20   mentioned, some witness testimony by videotape and in one case

21   a reading, and Mr. Mullen and Mr. Purcell will be handling

22   that.

23          THE COURT:  All right.  Okay.

24      Mr. Mullen, how long is the stipulation?

25          MR. MULLEN:  Just two sentences, Your Honor.

1        **THE COURT:**  Okay.  So you're about to hear two

2   sentences.  Afterwards, I will ask Oracle counsel to tell us

3   that this is stipulated to, and if they both agree, then it

4   will be evidence in the case.

5        So please read slowly and distinctly.

6        **MR. MULLEN:**  "On January 27, 2010, Oracle Corporation

7   acquired Sun Microsystems, Inc., (Sun).  Sun is now Oracle

8   America, Inc., a subsidiary of Oracle Corporation."

9        **THE COURT:**  So stipulated?

10       **MS. HURST:**  Yes, Your Honor.

11       **THE COURT:**  All right.  That's now evidence in the

12  case.  Thank you.

13       All right.  Next item.

14       **MR. MULLEN:**  Your Honor, next I'd like to introduce

15  our witness that we are going to be playing by video.  This is

16  prior sworn testimony from Mr. Henrik Stahl, H-E-N-R-I-K,

17  S-T-A-H-L.  Mr. Stahl provided this testimony in depositions on

18  January 14, 2016, and on March 31, 2016.  And at both times, he

19  was an employee of Oracle.

20       **THE COURT:**  And how long will the deposition last?

21       **MR. MULLEN:**  Mr. Stahl's deposition is about 17

22  minutes, Your Honor.

23       **THE COURT:**  All right.  So here we go.  Are you ready

24  over there to hear another video?  Let's play the video.

25       (Whereupon, the video deposition was played for the jury.)

1          THE COURT:  Is that it?

2          MR. PURCELL:  Yes, Your Honor.

3          MR. MULLEN:  Actually, if we could, Your Honor, we

4    would like to read into evidence the exhibits that were

5    referenced in Mr. Stahl's deposition.

6          THE COURT:  Tell me the numbers.

7          MR. MULLEN:  Those are Trial Exhibits 7362, 7381,

8    7383, and 7389.

9          THE COURT:  Any objection?

10         MR. BICKS:  No objection, Your Honor.

11         THE COURT:  All of those are received.

12       (Trial Exhibits 7362, 7381, 7383, 7389 received in

13    evidence.)

14         THE COURT:  All right.

15         MR. MULLEN:  Thank you, Your Honor.

16         THE COURT:  Next witness.

17         MR. PURCELL:  Thank you, Your Honor.

18     Good morning.  My name is Dan Purcell.  I'm another one of

19    the lawyers representing Google.

20     And next up we're going to hear some prior deposition

21    testimony from a witness named Hasan Rizvi.  And his name is

22    spelled H-a-s-a-n.  And the last name is R-i-z-v-i.

23     This deposition was taken on July 28, 2011.  And, at the

24    time, Mr. Rizvi was the senior vice president of development at

25    Oracle.

1      It's about seven minutes long, Your Honor.

2           **THE COURT:**  Seven minutes.  All right.  After this we

3  will take our 15-minute break.

4      Okay.  Roll the tape.

5        (Videotaped deposition of Hasan Rizvi played for the

6  jury.)

7           **THE COURT:**  All right.  Is that it?

8           **MR. PURCELL:**  Your Honor, that's it for that witness.

9  Before we take our break, I would just like to move in the two

10 exhibits that the witness discussed.

11          **THE COURT:**  Very well.

12          **MR. PURCELL:**  2199, which I think has been stipulated

13 to by the parties.  And then 2223.

14          **THE COURT:**  Agreed?

15          **MR. BICKS:**  That's fine, Your Honor.

16          **THE COURT:**  Thank you.  Both received in evidence.

17      (Trial Exhibits 2199 and 2223 received in evidence.)

18          **THE COURT:**  We'll take a 15-minute break at this time.

19 Please remember the admonition.

20      (Jury out at 9:15 a.m.)

21          **THE COURT:**  Can you give me the time breakdown on

22 those read-ins.

23          **MR. MULLEN:**  Yes, Your Honor.  I have it here.

24          **THE COURT:**  Just the percentages now, because you

25 always give me less total time than it really took.

1            **MR. MULLEN:**  I have some percentages.  And they may be

2     more than Your Honor would like, but I'll read them.

3        For Mr. Stahl, 88 percent for Google.

4            **THE COURT:**  Okay.

5            **MR. MULLEN:**  12 percent for Oracle, obviously.

6        For Mr. Rizvi, that one is easy.  It's a hundred percent

7     for Google.

8            **THE COURT:**  All right.  So my notes show that between

9     the stipulation and Stahl, that was 20 minutes.  So 88 percent

10    of 20 minutes, what is that?  88 percent of 20 minutes is 17

11    minutes.  17 minutes goes to you.  And 3 minutes goes to

12    Oracle.

13       All right.  So anything the lawyers need from me right

14    now?

15            **MR. VAN NEST:**  No, Your Honor.

16            **MR. BICKS:**  No.

17            **THE COURT:**  We'll take our 15 minutes too.

18        (Recess taken from 9:16 a.m. to 9:30 a.m.)

19            **THE COURT:**  Do we have a live witness coming in?

20            **MR. VAN NEST:**  We have two more short videos and then

21    a live witness, yes.

22            **THE COURT:**  As soon as the court reporter is ready,

23    we'll bring in the jury.

24       Okay.  Bring in the jury.

25        (Jury enters at 9:31 a.m.)

 1              **THE COURT:**  Thank you.  Welcome back.  Please be

 2      seated.

 3          Mr. Purcell, who is your next witness?

 4              **MR. PURCELL:**  Our next witness is a man named Craig

 5      Gering.  And we have a short clip of his deposition.  And then

 6      we have a read-in.  The deposition was taken on July 20, 2011.

 7      And for your notes, his last name is spelled G-e-r-i-n-g,

 8      Gering.

 9          At the time of the deposition, Mr. Gering had left Oracle.

10      But he was a Sun or Oracle employee from 1990 to 2011.  And

11      from 2006 to 2010, he worked on Java licensing and development.

12              **THE COURT:**  All right.  Very well.  Let's -- and how

13      long is it?

14              **MR. PURCELL:**  Seven minutes, Your Honor.

15              **THE COURT:**  Very well.  Let's roll the tape, please.

16          (Videotaped deposition of Craig Gering played.)

17              **THE COURT:**  All right.

18              **MR. PURCELL:**  And, Your Honor, for -- because I know

19      you'll ask, the breakdown of that depo time is nearly 50/50.

20      To be accurate, it's 52 Google, 48 Oracle.

21              **THE COURT:**  All right.  Thank you.

22          Next witness.

23              **MR. PURCELL:**  And before I do that, I'd like to move

24      in Exhibit 2052, which I think is also preadmitted, which the

25      witness referred to in his testimony.

1        **THE COURT:**  Agreed?

2        **MR. BICKS:**  Admitted.

3        **THE COURT:**  Thank you.

4        (Trial Exhibit 2052 received in evidence.)

5        **MR. PURCELL:**  As I said, now we have a reading from

6   prior sworn testimony from Mr. Gering.  And on account of his

7   similar facial hair, I thought Mr. Ragland would be the right

8   person to read this in.

9        **MR. RAGLAND:**  I will be someone else today.

10       **MR. PURCELL:**  He's no longer Larry Ellison.  He's now

11  Craig Gering.

12       **MR. RAGLAND:**  May I take a seat?

13       **THE COURT:**  Yes.  The same drill applies as before.

14  This is just to bring to light, here in the courtroom, prior

15  testimony.

16       So go ahead.

17            **GERING CRAIG, DEFENDANT'S WITNESS**

18       **(Transcript of deposition testimony read by Mr. Purcell**

19  **and Mr. Ragland as follows:)**

20  **BY MR. PURCELL**

21  **Q.**   Mr. Gering, you worked for Sun Microsystems from about

22  1990, until Oracle bought Sun in 2010?

23  **A.**   That's correct.

24  **Q.**   And then you worked for Oracle for about a year after

25  that?

GERING - DEPOSITION TESTIMONY

1    A.    Right.

2    Q.    And you left Oracle in early 2011?

3    A.    Yes.

4    Q.    When you left Oracle, you'd worked for Sun or Oracle for

5    about 21 years?

6    A.    That's correct.

7    Q.    And in about 2006, you took over management of engineering

8    services for the Java licensing organization for mobile and

9    embedded devices; is that correct?

10   A.    Yes.  There is an engineering services and a Java

11   licensing engineering.  There were two teams within that

12   organization.

13   Q.    And you were part of the management team in both of those

14   organizations?

15   A.    Yes.

16   Q.    And you were in those positions until Oracle acquired Sun

17   in January 2010?

18   A.    Yes.

19   Q.    Mr. Gering, I just handed you Trial Exhibit 2053.

20        (Document displayed.)

21   Q.    This is an email you received on October 4th, 2006?

22   A.    Yes.

23   Q.    And parts of this email relate to a company called Savaje;

24   correct?  S-a-v-a-j-e.

25   A.    Yes.

1   Q.   Now, in October 2006, Savaje was a small company that had

2   been trying to build a mobile phone operating platform; is that

3   right?

4   A.   Yes.  I believe they were trying to deliver a phone and a

5   phone platform to the market.

6   Q.   And at some point after this, Sun actually bought Savaje;

7   correct?

8   A.   Yes.

9   Q.   And Sun bought the entire company, its personnel, its

10  technology; is that right?

11  A.   Yes.  What was left of it at the time.  It had shrunk over

12  a period of time between this email and when it was purchased.

13  Q.   Now, have you ever heard the term "full stack" with

14  respect to mobile operating platforms?

15  A.   Within Sun at the time there were multiple terms used to

16  refer to building a complete mobile platform.  "Full stack" was

17  one of them.  "Vertical platform" was another.

18  Q.   Now, a full stack or a vertical platform, that would

19  include multiple layers of software; correct?

20  A.   Yes, it was used in comparison to the Java being a

21  horizontal play across multiple devices and platforms.

22  Q.   So Java wasn't a full stack; correct?

23  A.   At that time, no.  Java was a horizontal approach across

24  multiple platforms.  This included everything in Java Plus.

25  All the drivers you need to talk to the hardware and operating

1  system.  Those kind of things which weren't part of Java.

2  **Q.**   So in contrast to Java, Android, the Google platform that

3  eventually came out, Android was a full stack; correct?

4  **A.**   Uhm, in how -- how it was referred to in that time, my

5  understanding is yes.

6  **Q.**   And Apple's iPhone operating system, that was also a

7  full stack; correct?

8  **A.**   Oh, it's a completely closed platform.  So I don't

9  actually -- I don't know, actually, what's in there.  But the

10  highest level of trying to get -- characterize those things,

11  yes.

12  **Q.**   At the time Sun bought Savaje, Sun didn't have a full

13  stack on the market; correct?

14  **A.**   That's correct.

15  **Q.**   But you do know that Sun, after acquiring Savaje,

16  attempted to turn the Savaje technology into a full stack

17  platform; correct?

18  **A.**   I know there were plans to build a stack of some sort.  I

19  don't know if it was a completely full stack or a mostly full

20  stack.  That I don't know.

21  **Q.**   The project that Sun pursued to build a stack from the

22  Savaje technology, that was internally at Sun called Project

23  Arcadia; correct?

24  **A.**   So there were multiple projects for that basic idea of the

25  vertical offering.  It was called Arcadia at one point in time,

**GERING - DEPOSITION TESTIMONY**

1  but it changed names a few times based on where it was in the

2  organization, who it was reporting to.  And I'm not sure if the

3  feature sets changed or not with it.  It was referred to with

4  multiple names over a period of time.

5  **Q.**   If Sun had gotten the Project Arcadia technology to

6  market, it would have had a full stack on the market to compete

7  with Android; correct?

8  **A.**   I don't remember the exact details of what Arcadia was

9  versus the initial Savaje acquisition.  So I don't recall if

10 the Arcadia project was still a complete full stack or mostly a

11 full stack.  I just don't recall the details.

12 **Q.**   Mr. Gering, as you sit here today, you're not aware of any

13 product that Sun brought to marked based on the technology Sun

14 bought from Savage?

15 **A.**   No.

16 **Q.**   And, certainly, Sun never brought a full stake mobile

17 operating platform to market based on the Savaje technology;

18 correct?

19 **A.**   No, not to my knowledge.

20 **Q.**   In fact, during your time at Sun, Sun never brought a full

21 stack mobile operating platform to market at all, did it?

22 **A.**   No.

23 **Q.**   All right.  So you were at Sun when Google released

24 Android; correct?

25 **A.**   Yes.

**GERING - DEPOSITION TESTIMONY**

1   Q.   And you were aware that Google had released Android?

2   A.   I was aware of Android being in the marketplace.  I don't

3   know the exact date.

4   Q.   After Google released Android, Sun made an effort to

5   develop technologies that would work with Android; correct?

6   A.   There was a point in time when we did technical

7   explorations of various technologies that we had in-house, with

8   Android, for different reasons.

9   Q.   I've just handed the witness Trial Exhibit 2052.

10       Mr. Gering, there is a presentation on -- a Sun-formatted

11  presentation titled "Java and Wireless Business Review."  Do

12  you see that?

13       (Document displayed.)

14  A.   Yes, I do.

15  Q.   And your name is there on the front page; correct?

16  A.   Yes, it is.

17  Q.   It's dated March 16, 2009?

18  A.   Yes.

19  Q.   So just going by the timeline, that's after Google

20  released the Android platform in October 2008.

21  A.   Okay.

22  Q.   Could we turn to page 20 of the document.

23       (Document displayed.)

24  Q.   This page discusses something called Project Daneel.  Do

25  you see that?

1  **A.**   Yes, I do.

2  **Q.**   And Project Daneel was also known inside Sun as Project

3  Sundroid; isn't that right?

4  **A.**   There was a Project Sundroid.  There was a Project Daneel.

5  They had a lot of the same similar characteristics.  I don't

6  remember if they were exactly the same or not.

7  **Q.**   All right.  The idea of both Project Daneel and Project

8  Sundroid was to try to insert a Sun Java virtual machine into

9  the Android platform in place of Google's Dalvik virtual

10  machine; right?

11  **A.**   Yes.  Daneel project had two -- it had multiple phases.

12  The first phase was to put Sun's VM and stack next to the

13  Google stack that was 0, a Google VM.  So it had two VMs on

14  that stack.  And that was called a Google stack approach.

15        And then the second, the Phase One, which was the second

16  phase, was to actually replace the VM with Sun's VM.

17  **Q.**   And that's reflected here on Trial Exhibit 2052.  There's

18  a reference to Phase 0 and Phase 1?

19  **A.**   Yes.

20  **Q.**   And there's also Phase 2, which is a full Linux platform.

21  Do you see that?

22  **A.**   I do.

23  **Q.**   So Project Daneel ultimately would have evolved into a

24  full stack.  Is that how you understand that?

25  **A.**   So my memory of Daneel is Phase 0 and Phase 1 were fairly

GERING - DEPOSITION TESTIMONY

1  well defined.  And Phase 2 was not as well defined, at least as

2  I recall.

3  **Q.**  So as far as you recall, Sun never really developed a

4  concrete definition of Phase 2 of Project Daneel?

5  **A.**  More accurately, I think there were multiple definitions

6  at that Sundroid-Daneel time.  But I just don't recall what

7  were the contents of that bucket, because we were focused --

8  the engineering team was focused on Phase 0 and Phase 1.

9  **Q.**  With respect to Project Daneel, Sun got as far as

10  developing a Phase 1 prototype of a Sun virtual machine running

11  on the Android platform in place of the Dalvik virtual machine;

12  is that right?

13  **A.**  That's correct.

14  **Q.**  But that was as far as it went; correct?

15  **A.**  As far as I know.

16  **Q.**  The product that was developed in Project Daneel never got

17  to market; correct?

18  **A.**  Correct.

19  **Q.**  Mr. Gering, I just handed you Trial Exhibit 2061.

20      (Document displayed.)

21      **MR. PURCELL:**  If we could blow up the top half of

22  that.

23      Thank you, Ben.

24  **BY MR. PURCELL**

25  **Q.**  This is an email that you sent to Vineet Gupta in

GERING - DEPOSITION TESTIMONY

1  January 2009; correct?

2  A.   Yes.

3  Q.   First off, Mr. Gupta, in January 2009, his job at Sun was

4  negotiating Java licenses with manufacturers of mobile phones;

5  correct?

6  A.   He was the CTO of the -- he was in charge of the SEs and

7  also the CTO for the embedded sales force.  So as part of that

8  responsibility, he was involved in those discussions.

9  Q.   Mr. Gupta is referring there in the second paragraph,

10  "I've been getting several requests regarding partnering with

11  us to provide a Dalvik/Java ME combined platform.  Samsung is

12  really pushing for partnership discussions ASAP."

13       Do you see that?

14  A.   Yes.

15  Q.   And in the next paragraph he refers to, "Samsung, HTC,

16  Sprint, T-Mobile, LGE are the top candidates approaching us."

17       Do you see that?

18  A.   I do.

19  Q.   Those are some of the most prominent phone manufacturers

20  in the world, aren't they?

21  A.   Yes, they're a subset of them, yes.

22  Q.   Despite Mr. Gupta's optimism that there were these

23  opportunities out there for Sundroid, with some of the most

24  prominent mobile phone manufacturers in the world, Sun still

25  never managed to get a Sundroid product to market; correct?

1  **A.**   Sun did not bring a Sundroid product to market.

2  **Q.**   Mr. Gering, this document is Trial Exhibit 3508.  And,

3  Mr. Gering, this is an email you received in October 2009.

4     Do you see that?

5     (Document displayed.)

6  **A.**   Yes, I do.

7  **Q.**   And it attaches a couple of presentations?

8  **A.**   Yes, I see it.

9  **Q.**   If we can just look at the first presentation right after

10  the cover email.  It's called "OneJava Market Landscape

11  Discussion."  Do you see that?

12  **A.**   I do.

13  **Q.**   And if we could just go to the second page.

14     (Document displayed.)

15  **Q.**   Looking at the second bullet point there, that's "Sun's

16  leadership around Java is perceived as stagnant, and Java is

17  considered legacy."

18     Do you see that?

19  **A.**   I do.

20  **Q.**   First bullet under that says, "Stagnant innovation."  Do

21  you see that?

22  **A.**   Yes.

23  **Q.**   The third bullet says, "Fragmented between Java SE and

24  Java ME, and between Java ME mobile and TV and within mobile

25  and TV."

**GERING - DEPOSITION TESTIMONY**

1          Do you see that?

2    **A.**   I do.

3    **Q.**   Now, all those references there to Java SE, Java ME, those

4    are different Java platforms, correct?

5    **A.**   Java ME and Java SE were two different editions of Java.

6    **Q.**   And there's no mention on this slide of fragmentation of

7    Java due to Android; correct?

8    **A.**   I don't see any.

9    **Q.**   This is just fragmentation within Sun's own Java products;

10   correct?

11   **A.**   So I don't -- what I -- I don't recall fragmentation being

12   used this way, in my experience with ME.

13   **Q.**   Well, it's used that way on the slide, isn't it?

14   **A.**   I understand that.

15   **Q.**   And you were explaining the -- your use of the word

16   "fragmentation" and your response to questioning from Google's

17   counsel.

18         Can you continue your answer, please.

19   **A.**   So as I recall fragmentation within the ME world, it

20   really referred to -- there's two distinct things I remember.

21   One is hardware fragmentation, meaning that different devices

22   had different capabilities.  And sometimes the software dealt

23   with that properly and sometimes it didn't.

24         So, for example, like if a device had a point or it

25   didn't --

GERING - DEPOSITION TESTIMONY

1   **Q.**   Slow down just a bit.

2   **A.**   Sorry.

3        So that was one type of fragmentation.  And the second

4   type of fragmentation was incompatibility with bugs, or

5   performance problems between implementations by different

6   vendors.

7        So the way Java came to market is, different people built

8   implementations of it.  They licensed it.  They built

9   implementations of it.  And sometimes there were bugs or

10  performance issues which would cause some applications to work

11  in one device but not in another.  So that's how I remember

12  "fragmentation" being used.

13              **MR. PURCELL:**  Your Honor, that's all for that witness.

14              **THE COURT:**  All right.  Thank you.

15              **MR. PURCELL:**  And the breakdown is 95 Google, 5

16  Oracle.

17              **THE COURT:**  All right.  Thank you.

18              **MR. PURCELL:**  And, finally, we'd just like to move in

19  the three exhibits that aren't already in, that were used with

20  that witness; which are 2053, 2061, and 3508.

21              **THE COURT:**  Agreed?

22              **MR. BICKS:**  Yes, Your Honor.

23              **THE COURT:**  All received.  Thank you.

24        (Trial Exhibit 2053, 2061, and 3508 received in

25  evidence.)

1              **MR. PURCELL:**  Thank you, Your Honor.

2              **THE COURT:**  Next witness.

3              **MR. MULLEN:**  One final video play, Your Honor.

4        Ladies and gentlemen, the next witness you're going to

5    hear from is Mr. Terrence Barr.  T-e-r-r-e-n-c-e.  B-a-r-r.

6        He provided testimony in a deposition on December 9, 2015.

7    And at the time of that deposition, he was an employee of

8    Oracle.

9              **THE COURT:**  Thank you.

10       And how long will it be?

11             **MR. MULLEN:**  The deposition is about 11 minutes.

12             **THE COURT:**  Okay.

13        (Videotaped deposition of Terrence Barr played.)

14             **MR. MULLEN:**  That's the end of the video portion of

15   the day, Your Honor.  But I would like to move into evidence

16   the three exhibits that Mr. Barr discussed in his depo.

17             **THE COURT:**  Sure.

18             **MR. MULLEN:**  Those are 7459.1, 7460.1, and 7234.

19             **MR. BICKS:**  No objection, Your Honor.

20             **THE COURT:**  Received.

21        (Trial Exhibits 7459.1, 7460.1, and 7234  received in

22   evidence.)

23             **THE COURT:**  Thank you.

24        Next witness.

25             **MR. MULLEN:**  Our next witness is going to be

 1  Dr. Astrachan, Your Honor.

 2      But before we do that, we have two RFA responses that we

 3  would like to read into the record.

 4          THE COURT:  How long will they take?

 5          MR. MULLEN:  They are very short.  Should be one

 6  minute.

 7          THE COURT:  Okay.  I need to explain what "RFA" means.

 8      You know, you've already learned over there in the jury

 9  box that in litigation both sides can go take depositions

10  before the trial comes up.  Another thing they can do is ask

11  the other side to request to admit something.  Like admit that

12  the sky is blue.  You know.  And you would either say admitted

13  or not admitted.  Maybe the sky is gray.  They say, "No.  The

14  sky is gray.  We don't admit that."

15      Anyway, they get to ask these questions.  And the other

16  side has to respond under oath.  And every now and then one of

17  these actually gets used in a trial, like now.

18      So this is evidence that you're about to hear.  So what

19  counsel will do is read the statement that was asked to be

20  admitted, the truth of, and then the other will read the -- I

21  guess it's Oracle's response; right?

22          MR. MULLEN:  Yes.

23          THE COURT:  All right.  So you may read slowly and

24  distinctly.

25      And this is the only time you're going to hear this, so

**GERING - DEPOSITION TESTIMONY**

1   please go ahead.

2           **MR. MULLEN:**  Okay.  So there are two of these.  Start

3   with the first one.

4           "Admit that in May 2007, Sun released the code for

5       Java SE containing the APIs at issue under the terms of

6       the GNU General Public License with the Classpath

7       Exception (GPLv2+CE) as part of the OpenJDK project.

8           "ANSWER:  Admitted."

9       Second request for admission:

10          "Admit that Oracle continues to release the code for

11      Java SE containing the APIs at issue under the terms of

12      the GNU General Public License with the Classpath

13      Exception (GPLv2+CE) as part of the OpenJDK Project.

14          "ANSWER:  Admitted."

15          **THE COURT:**  All right.  So both of those two things

16  that you just heard are admitted and are evidence in the case.

17      Thank you.

18          **MR. MULLEN:**  Thank you, Your Honor.

19      Thank you, ladies and gentlemen.

20          **THE COURT:**  Next.

21          **MR. PAIGE:**  Your Honor, Google calls Professor

22  Astrachan to the stand.

23          **THE COURT:**  All right.  Let's bring him in.

24      (Pause)

25          **THE COURT:**  You must be the professor.

```
 1              THE WITNESS:  I am indeed, sir.

 2              THE COURT:  Please raise your right hand and take an

 3     oath to tell the truth.

 4              OWEN ASTRACHAN, DEFENDANT'S WITNESS, SWORN

 5              THE CLERK:  Please state your name for the Court, and

 6     spell your last name for the record.

 7              THE WITNESS:  My name is Owen Astrachan.

 8     A-s-t-r-a-c-h-a-n.

 9              THE COURT:  All right.

10              MR. PAIGE:  Good morning, ladies and gentlemen.  My

11     name is Gene Paige.  I'm one of the attorneys for Google.

12              THE COURT:  Go ahead.

13                          DIRECT EXAMINATION

14     BY MR. PAIGE

15     Q.    Good morning, Professor Astrachan.  How are you?

16     A.    Good.   Thanks.

17     Q.    Can you please introduce yourself and let the jury know

18     what you do for a living.

19     A.    My name is Owen Astrachan.  I'm a teacher.  I'm a

20     professor of computer science at Duke University in North

21     Carolina.

22     Q.    And can you briefly describe your educational background.

23     A.    Sure.

24          I have a bachelor of arts in mathematics that I earned

25     from Dartmouth College.  And then I earned a master of arts in
```

1   teaching when I was a high school teacher, teaching

2   mathematics.  And then subsequent to that I earned master of

3   science and Ph.D. degrees in computer science, also from Duke.

4   **Q.**   What are your research interests at Duke?

5   **A.**   My research interests have been built on developing

6   curriculum, tools and resources for teaching about computer

7   science and programming at undergraduate level and high

8   schools.

9   **Q.**   What sort of students do you teach?

10  **A.**   I teach, primarily, undergraduate students from the

11  beginning of their time as computer science majors through

12  their senior year.  And I also teach courses for non-majors who

13  might be interested in understanding computer science.

14  **Q.**   When did you first start using computer programming

15  languages.

16  **A.**   I was fortunate to have an after-school program.  And I

17  wrote my first basic program in 1973.  And then I continued to

18  write basic programs when I was an undergraduate.  And I also

19  took one course in computer science, where we used Algol and

20  PL1.

21       And when I started teaching high school, I learned Logo.

22  I continued to learn Basic.  I learned Pascal and a few other

23  languages.  And then in graduate school I learned C and C++,

24  Modula, Lisp, more languages.

25       And I continued to learn Java and Python as I started

1    teaching computer science.

2    **Q.**   So you're familiar with the Java programming language?

3    **A.**   I am.  I have written many programs in Java.  I teach many

4    courses that use Java programming language.

5    **Q.**   How did you first learn Java?

6    **A.**   I first learned Java right in about 1995, when it came

7    out, so I could begin teaching with it.  And I read books and

8    used some online sources to help me understand how Java worked

9    and how the API libraries with it worked as well.

10   **Q.**   When you first learned Java, how did it compare to

11   computer languages with which you were already familiar?

12   **A.**   Java is an object-oriented language, which means it uses

13   classes.  And that's similar to C++, a language with which I

14   was very familiar because I had been using it for several years

15   in both my research and my teaching.

16       So it was relatively straightforward to pick up Java

17   because, conceptually, it was related to C++.  And, also, the

18   API libraries were similar to C and C++ as well.

19   **Q.**   What courses, if any, have you taught on Java?

20   **A.**   The first course I taught in Java was in 1996.  That was

21   an advanced course in software design.  And we continue to use

22   Java in that course today.

23       We also began using Java in our first courses for majors

24   in the early 2000s.  And I still teach a course with Java.

25   That's the second course that our majors take, and we continue

 1   to use it there.

 2   **Q.**   Have you won any awards?

 3   **A.**   I've won several teaching awards at Duke for my teaching.

 4   I've won an award, when I was on leave, at the University of

 5   British Columbia, in Canada, for teaching a Java course when I

 6   was there for one year.

 7        And I've won some awards from the National Science

 8   Foundation.

 9        (Reporter interrupts.)

10   **A.**   Sorry.

11        I've won an award for teaching a Java course at University

12   of British Columbia.   I've also won some awards from NSF, for

13   the work I do on my research and teaching.

14           **MR. PAIGE:**   Your Honor, may I approach the witness?

15           **THE COURT:**   Yes.

16   **BY MR. PAIGE**

17   **Q.**   Professor Astrachan, I've handed you Trial Exhibit 7642.1.

18        Could you take a look at it and identify that document?

19   **A.**   This is a copy of my curriculum vitae, my CV or resume.

20           **MR. PAIGE:**   Your Honor, me move the admission of

21   TX 7642.1.

22           **MS. HURST:**   That's fine, Your Honor.

23           **THE COURT:**   All right.   It's received in evidence.

24        (Trial Exhibit 7642.1 received in evidence.)

25

ASTRACHAN - DIRECT / PAIGE

1    BY MR. PAIGE

2    **Q.**    Professor Astrachan, have you been retained by Google in

3    this case?

4    **A.**    I have.

5    **Q.**    And are they compensating you for your time in this case?

6    **A.**    They are.

7    **Q.**    Okay.   What assignment were you given by Google?

8    **A.**    I was asked to look at the 37 API package labels that are

9    at issue in this case and to develop opinions about how those

10   API package labels are used on the Android platform as part of

11   creating Android.

12   **Q.**    What did you do to form your opinions on that subject?

13   **A.**    I used my understanding of programming languages, and of

14   Java in particular.   I used my knowledge of Android and

15   programming.   And I wrote software that I used to analyze the

16   code base for both Android and Java SE, as part of developing

17   my opinions.

18   **Q.**    And could you just tell the jury, at a high level, what

19   the opinions you developed were.

20   **A.**    At a high level, Google is using the 37 API packages, the

21   labels, the method declarations from these 37 API packages in

22   creating a new context, the Android Operating System.

23        So in my technical analysis using the code bases for

24   these, I've seen that the 37 API labels are combined with new

25   implementing code as part of creating the Android Operating

ASTRACHAN - DIRECT / PAIGE

1   System and full stack platform.

2        And they've used C++ and Java libraries also optimized and

3   designed for a mobile platform in creating Android.

4        I also see that these API levels, the method declarations

5   and class declarations, are by nature functional because that's

6   what API labels are.  And, in particular, these API labels are

7   short, descriptive and functional in terms of what they do.

8   And the API label declarations are very small part of the Java

9   SE platform.

10       In creating -- in develop -- in using these labels to make

11  Android, we see that Java is still the number one programming

12  language in the world, and these API package declarations are

13  part of the OpenJDK release of Java SE.

14  **Q.**   So before we go into the details of your opinion, I would

15  like to have you give the jury a little background.

16       Can you explain to the jury what a computer programming

17  language is.

18  **A.**   Sure.  And I have a slide that shows some of this

19  information.

20       At the lowest level, programs run on computers.  That's

21  why they're called computer programs.  And those are 0s and 1s.

22       But when we talk about programming languages, we're

23  talking about languages like Java and C++.  That's the source

24  code that you see in this diagram on the right.

25       And the process of taking a program written in these

1   high-level languages, in Java and C++, if you look at the

2   language, they look a little more like English, a language that

3   you would, kind of, be able to read and write, not like the 0s

4   and 1s that are actually executed on the computer.

5        And the high-level source code is translated -- in the

6   diagram you see it's compiled -- into the binary code or 0s and

7   1s that are executed on the computer.

8   **Q.**   And you have two different types of setups there.

9        Can you explain to the jury what the top and bottom ones

10  are.

11  **A.**   Sure.  In some languages, like C++, when that source code

12  is compiled or translated into the 0s or 1s, that binary code

13  runs directly on the hardware.

14       And in a language like Java, there's a virtual machine.

15  And the source code in Java is compiled into bytecode.  And

16  that bytecode is run on the virtual machine, which turns it

17  into the 0s and 1s that are executed on the computer.

18       But their process is the same in both languages.  Starting

19  with source code and ultimately getting to the 0s and 1s that

20  are the computer program that runs.

21  **Q.**   What are the differences, if any, between languages that

22  use virtual machines and those that do not?

23  **A.**   The virtual machine has a small overhead.  So often

24  programs that are run on the virtual machine might run slightly

25  more slowly than they do for programs that don't use the

1  virtual machine.

2  **Q.**   Was Java the first language to use a virtual machine?

3  **A.**   No.  Virtual machines had been used for years before Java.

4  The P-code virtual machine ran both Pascal and PL1.  So there

5  were virtual machines in existence before Java.

6  **Q.**   Why do computer programmers use high-level computer

7  programming languages?

8  **A.**   It would be really hard to write a program just with 0s

9  and 1s.  So the high-level programming languages allow

10  programmers to be productive and effective in making the

11  programs and applications that they do as part of their job and

12  their hobbies.

13  **Q.**   Can a computer programmer who writes in one language

14  generally write in any computer language?

15  **A.**   Well, you have to pick up the new language.  But once

16  you've learned one language and the libraries that are

17  associated with it, it's usually reasonably straightforward to

18  pick up a new language and the new API libraries, especially if

19  those languages are similar.

20       But computer languages are much closer to each other than,

21  say, if I already know Spanish, it would be really hard for me

22  to learn Chinese.  The alphabets are different.  The words are

23  different.

24       But when you know Java and the libraries associated with

25  it, it's relatively straightforward to be able to pick up a new

**ASTRACHAN - DIRECT / PAIGE**

 1   language because the source languages and the libraries are

 2   often very similar.

 3   **Q.**   Now, could you explain to the jury what an application

 4   programming interface is.

 5   **A.**   Sure.  We've heard "application programming interface" or

 6   "API."

 7        And that's a piece of software that allows you to connect

 8   my -- the program I'm writing as the developer with code

 9   written that's stored in the library.  So the API is one way

10   that I can write my code and use code that someone else has

11   developed.

12   **Q.**   What is an API used for by programmers?

13   **A.**   Well, as I explained, when I write my source code, my

14   software, I could write everything myself.  But some programs

15   would be unbelievably long and complicated.

16        For example, the process of opening a Web page in a

17   program would be really long.  Or Internet protocols and Web

18   protocols I would have to understand, I would like to just be

19   able to say "open a Web page," and then have thousands of lines

20   of code that were needed to actually open that Web page and get

21   it.  It would be wonderful if those were already written and

22   debugged and robust and I could just use that code.

23        So what the API does in this case, the label "open Web

24   page" would be enough for me to use in my program and then

25   access the thousands of lines of implementing code that had

ASTRACHAN - DIRECT / PAIGE

1    already been written and tested.

2        So in that case, the API is, I write the code that says

3    "open Web page," and then I access the step-by-step

4    functionality that's part of the implementing code that lets me

5    actually accomplish that task.

6    **Q.**   Now, can you provide the jury with an example of something

7    in everyday life that's comparable to an API?

8    **A.**   Sure.

9        I have an example that I often use in my classes.  And I

10   have an exhibit that we've created to kind of explain that.

11       Probably everybody has been in a car.  Most of us have

12   been a driver in a car.

13       And when you get into a car, even if you've never had that

14   model car before, whether it's a convertible or a pickup truck

15   or a smart car, we know that the steering wheel, when you turn

16   it to the left, the car goes to the left.  When the steering

17   wheel turns to the right, the car goes to the right.  And that

18   works whether the steering is a rack and pinion or power

19   steering.

20       So the steering wheel is this, kind of, API that allows me

21   to operate the car without knowing how the underlying steering

22   mechanism works.

23       The accelerator works the same way.  I know, in any kind

24   of car I get into, when I press down on the accelerator, the

25   car is going to go.  And when I ease up, the car slows down.

**ASTRACHAN - DIRECT / PAIGE**

1    And that works whether it's an electric car, a V6, a V8,

2  fuel injection.

3    (Reporter interrupts.)

4  **A.**   Sorry.  Sure.

5    If the car has an electric engine, or a fuel-injected

6  engine, a V6, a V8, when you press down, the car goes.  And I

7  don't have to know how the drive shaft works our how the

8  pistons work.  So all that functionality of how the engine

9  works is accessed by the accelerator that works the same way.

10    Brakes work in a similar way.  When I press the brake, I

11  know that some kind of brake, disk brake, caliper, is going to

12  stop the car.

13    So these aspects of driving, steering wheel, accelerator,

14  brake, they serve as a kind of analogy because I can use them

15  to accomplish the task of driving my car without knowing how

16  the underlying system works, without having to understand what

17  kind of engine it is.

18    And the API software also allows me to access that

19  functionality of the implementing code without needing to

20  understand exactly how it works, just being able to rely on the

21  step-by-step instructions that I've accessed by using the label

22  declaration of the API.

23  **Q.**   How does use of APIs help computer programmers that are

24  trying to program in other contexts or other platforms?

25  **A.**   Well, I talk about how, first, it saves me the time from

ASTRACHAN - DIRECT / PAIGE

1    having to write the thousands of steps that might be needed.

2        And if an API in one language is the same between

3    platforms, whether I might be writing for a desktop or a mobile

4    device, if I can rely on that API being used to access that

5    same functionality, that will help me develop software more

6    easily.

7    Q.   And can you --

8             THE COURT:  Can I ask a question on this?

9             MR. PAIGE:  Of course.

10            THE COURT:  It sounds like, you know, you've drawn a

11   distinction between the label or the declaring code and then

12   the implementing code; right?

13            THE WITNESS:  Yes.

14            THE COURT:  Okay.  As you use the term "API," it

15   sounds like you're referring to the collection of all of the

16   labels and not including the implementing code; is that

17   correct?

18            THE WITNESS:  I'm -- I'm trying to be careful because

19   I understand that what we're talking about here is just the

20   declaring code.  And so I'm trying to say declaring code in

21   API.

22        But API as a term is reasonably broad.  And in teaching

23   with it and understanding how software engineers use it, an API

24   by itself could refer to API services, or the implementing

25   code, or, kind of, a general understanding of how to use the

ASTRACHAN - DIRECT / PAIGE

1   API.

2       So I'm trying to be precise here in saying the label

3   declarations, that's the declaring code that we're talking

4   about.  But I might slip a few times and say "API," and end up

5   encompassing the implementing code.

6       So what I know here is that we're talking about just the

7   declaring code for what Google used at the beginning of

8   creating the Android platform.

9       So I'll try to not use "API" in this all-encompassing way.

10  Although, I think that's part of the general confusion that

11  we've seen that can mean this conceptual piece or the

12  implementing code.

13          THE COURT:  All right.  Thank you.

14      Go ahead.

15  BY MR. PAIGE

16  Q.   It seems like it's a good time, Professor Astrachan, to

17  perhaps explain to the jury the parts of the API.  Could you do

18  that?

19  A.   Sure.

20      The API -- and I've got a diagram that shows this; and

21  this goes to what Judge Alsup just asked -- includes, for the

22  purposes of what we're talking about here, the method

23  declaration.  That's the label that we've been referring to

24  when we talk about the labels of the declaring code.

25      And that's in yellow, that you see on this slide.  And

**ASTRACHAN - DIRECT / PAIGE**

 1   this particular method, we see the name of the method.  That's

 2   shown as "compareto."  And in Java, that would be in a class,

 3   in a package, that's also part of this API not shown there.

 4        And the method declaration "compareto" -- API methods also

 5   have an input and an output.  We've heard that before.

 6        You can think of things like in a calculator when square

 7   root might be the name of the API.  And it has input, you put

 8   in the number 25.  And then you have an output.  You get back

 9   5.

10        In this case, the method declaration has a name,

11   "compareto"; an input, that's labeled as "String

12   anotherString," that's what goes into this method; and then an

13   output.  That's the return type.  That's shown as "int."

14        So, in general, all these method declarations have a

15   name -- and in Java that includes the class and package name --

16   and an input or parameter, and output, the return type.  Name,

17   parameter, return type.

18   **Q.**  And can you point to where the return type perimeters are

19   found there on the slide?

20   **A.**  When you read "public int," the "int" is the return type;

21   "compareto" is the name of the method; and then "anotherString"

22   is the parameter.

23        So it starts with the return type, then the name of the

24   method, and then the parameter.  Those all together create the

25   method declaration.

ASTRACHAN - DIRECT / PAIGE

1   Q.   Now, can you explain to the jury what the implementation

2   of an API is?

3   A.   Sure.

4        I've talked before about how this one label allows me to

5   access all the functionality as a programmer, so I don't have

6   to write it myself over and over again.

7        Here, the implementing code is shown in gray.  And that's

8   this step-by-step sequence of instructions that would actually

9   get ultimately executed as 0s and 1s when I call the API label.

10       So I use the label to access the functionality.  And that

11  gray step-by-step sequence of instructions then returns my

12  result.  So there's the declaration and the implementing code.

13  Q.   And what's at issue in this cases, Dr. Astrachan?

14  A.   In this case, what's at issue is just the declaring code,

15  just what you see in yellow on that slide, the return type, the

16  name that includes the package and class, and the parameters.

17  Q.   Can you explain to the jury what might happen if you had

18  APIs change?

19  A.   Sure.

20       Here's another example that might make sense for what an

21  API is.

22       If you use software and you print a Web page or print a

23  wordprocessing document, sometimes you see "print" in the file

24  menu.  And that might be control P or command P.  That just

25  makes things print.

ASTRACHAN - DIRECT / PAIGE

1    What would happen if, all the sudden, control P or command

2   P meant paste, because P starts with paste.  Then printing

3   wouldn't work anymore.  So that if the API changed so that

4   command P meant paste, then users of that file menu and their

5   software wouldn't be able to accomplish their tasks.

6    The same thing would happen for a software developer.  If

7   the API labels change, then either the software wouldn't

8   continue to work anymore or the developer would have to use a

9   whole -- would have to learn a whole new language to be able to

10  use these API labels.

11  **Q.**   Can you explain to the jury what libraries for programming

12  languages are.

13  **A.**   Sure.  A library -- well, in this file menu that I talked

14  about, if you've used software before, you know in the file

15  menu you see "print" and "new" and "open" and "save."  That's a

16  collection of operations that are in one place.  The file menu.

17   And a library in software is kind of the same idea.

18  Classes or ideas that are grouped together are in the same

19  library.  And the methods that are in the class that are in a

20  library all would be related functionality.  So a library is a

21  collection of related software.

22  **Q.**   Are there other names for libraries in computer languages?

23  **A.**   There are.

24   In Java, we use the word "package."  That's, kind of, a

25  required name in Java.  And "package" is a library.

ASTRACHAN - DIRECT / PAIGE

1    A package contains classes in Java that are related.

2    Conceptually related.  So a package in Java is a library.

3    Q.   And what's the relationship between libraries and computer

4    programming languages?

5    A.   In order to make effective use of a programming language,

6    you need libraries.  We can't write all the code ourselves.

7    And sometimes it wouldn't even be possible, without libraries,

8    to do things like print or make your program run.

9        So for developers and programmers to be effective, you

10   have to have libraries that are essentially associated with the

11   language, to be a productive program.

12   Q.   I would like to turn, now, to talk a little bit about

13   Java.

14       When were the Java APIs initially created?

15   A.   The Java APIs, along with the Java programming language,

16   were first introduced to the public in about 1995.  So we had

17   the language and the APIs that were released at the same time.

18   Q.   And you've said in Java that libraries are called

19   "packages."  Can you explain to the jury how Java organizes the

20   material within those packages?

21   A.   Sure.

22       I mentioned that Java is an object-oriented language,

23   which just means that we use the word "class" to encompass a

24   bunch of code, a bunch of concepts that are realized in code.

25       So in Java, a package is a collection of classes.  That's

ASTRACHAN - DIRECT / PAIGE

1   required by the language.  And each class is a collection of

2   methods and a few other things.

3       So the organization in Java, that's required by the

4   language, is a package.  It's a collection of classes.  That's

5   software.  And each class is a collection of methods.

6       So these labels are methods within the class that are part

7   of a package in Java.

8   Q.   And what's the order of naming in these labels?

9   A.   We typically, and the way Java kind of requires things to

10  write is you say, package name, class name, method name.

11  Q.   And how do the names of the labels relate to the

12  structure, sequence and organization of Java SE?

13  A.   Well, the Java Language requires that we use package name,

14  class name, method name in describing these labels.

15      So if we saw something like the max method, that we saw

16  Mr. Bornstein write, that would be java.lang, that's the

17  package, .map, that's the class, .max, that's the method.

18      So that sequence of package name, class name, method name,

19  that's required by the language, and that's how Java works.

20  Q.   So is the name of the method interchangeable with the SSO

21  of the method?

22  A.   I treat the names -- because they start package name,

23  class name, method names.  That is the structure, sequence and

24  organization that Java requires us to use.  So I, kind of,

25  treat those declarations in the SSO as the same.

ASTRACHAN - DIRECT / PAIGE

1    Q.   What's your understanding of Java's place in the world of

2    programming languages today?

3    A.   I know that Java is really widely used in teaching in the

4    academic setting I work in.  And I know that the students I

5    teach go out and get jobs writing Java.  And I also know that

6    on Oracle's website it says that Java is the number one

7    programming language.  So it's really widely used.

8    Q.   And do you have an understanding as to how Java became so

9    popular?

10   A.   Well, I know in part how it became popular.

11        When Java was first released in 1995, Sun made a great

12   effort to make Java and the API libraries available to both me

13   in my teaching responsibilities, but also to companies that

14   would be able to use Java.  And they developed programming

15   environments.  Some specifically for professional programmers.

16        We've heard, maybe, about NetBeans here.  But also for

17   beginning programmers.  So there's a programming environment

18   called Blue Jay, that was supported by Sun, designed

19   specifically for teaching.

20        So Sun took great, kind of, care and steps to make sure

21   that Java and the APIs were both well-known and easy to use for

22   both teaching purposes and for developers writing programs.

23   Q.   Now I would like to talk about the Java platform.

24        Could you tell the jury about what versions there are of

25   the Java platform?

ASTRACHAN - DIRECT / PAIGE

1   **A.**   We've heard about three platforms here, and I, kind of,

2   have a graphic that describes them all.

3        The Java Standard Edition, that we see in the middle,

4   that's Java SE, that's used by developers to create programs

5   that run on desktop and laptop computers and maybe small

6   servers.  So Java SE is the platform that we're talking about

7   here.  And it has about 166 packages in it.

8   **Q.**   What's the Java Enterprise Edition?

9   **A.**   The Java Enterprise Edition, that you see on the left, is

10  used for enterprise applications.  That would be, kind of, big

11  server applications or things that you would deploy in a

12  business with thousands of computers.

13       And that has a hundred more packages, roughly, than we see

14  in Java SE because those programs have, kind of, a different

15  functionality or purpose than they do on the ones -- than the

16  ones that run on your laptop or desktop computer.

17  **Q.**   And can you tell the jury a little bit about the Java

18  Micro Edition?

19  **A.**   We see there on the right the Micro Edition that we've

20  heard it's a programming platform used on feature phones.  And

21  that has far fewer of the packages that we're talking about

22  here.  It has about 10 packages.

23  **Q.**   Which of these versions of Java is at issue in this case,

24  Professor Astrachan?

25  **A.**   The API declarations, the label declarations that we're

 1    talking about here, come from Java SE, the platform that's

 2    designed to create programs that run on desktop and laptop

 3    computers.

 4    Q.   And what specific packages are at issue in the case?

 5    A.   There are 37 packages that we're talking about here.   And

 6    we can see them listed up there.

 7         We don't have to go through all these packages, but these

 8    are all the package names.   And you can see they start with

 9    either Java or JavaX.   And then the names essentially describe

10    what you'd expect to find in those classes -- in those

11    packages.

12    Q.   Now let's talk a little bit about Android.   Could you

13    explain to the jury what the Android platform is?

14    A.   Sure.

15         We have a picture of the Android platform that I could

16    use --

17              MR. PAIGE:   Your Honor, may I show the board?

18              THE COURT:   Of course.

19              MR. PAIGE:   Exhibit 43.1 in evidence.

20              THE WITNESS:   It would be helpful if I could go over

21    there and point --

22              THE COURT:   Be my guest.   Just keep your voice up.

23              THE WITNESS:   Okay.

24              THE COURT:   Can the jury see that okay?   We'll move

25    it if you can't see.

1    Why don't you move it closer to the jury box.

2              **THE WITNESS:**  Okay.

3              **MR. PAIGE:**  Certainly.

4              **THE WITNESS:**  Here we go.

5              **THE COURT:**   How many lawyers does it take to move an

6    easel?

7         (Laughter)

8              **THE COURT:**  Can you all see now?

9         All right.  Mr. Paige, you're going to have to move back.

10   I think you're blocking the view of some of the jurors.

11             **THE WITNESS:**  Stand to the side.

12             **THE COURT:**  So let's go ahead.

13   **BY MR. PAIGE**

14   **Q.**   So could you explain what exists at the lowest level of

15   the Android platform?

16   **A.**   At this lowest level, we see the Linux kernel.  That's the

17   low-level operating system.  And this is an open source kernel

18   that Google used and made, kind of, special for this mobile

19   platform.  And that's what's at this lowest level.

20   **Q.**   And what exists above that lowest level in the Android

21   platform?

22             **THE COURT:**  Mr. Paige, would you scoot back one more

23   step.

24             **MR. PAIGE:**  Of course.

25             **THE COURT:**  There we go.

1           **THE WITNESS:**  We can see here what's labeled the

2    "Android runtime."  And that consists of the core libraries,

3    which are the new implementations of the packages from which

4    these 37 API package labels come from.  So those are included

5    here, as are other libraries that are designed for this mobile

6    platform.

7           So these are the Java libraries, including new

8    implementations of the 37 packages.  And then new libraries

9    that are part of creating this mobile platform.  Those are part

10   of this Android runtime.

11   **BY MR. PAIGE**

12   **Q.**   And what are those new libraries for, Professor Astrachan?

13   **A.**   Well, these libraries would be for things like making Web

14   browsers.  Or in a smartphone, it has location awareness for

15   GPS.  That's not something that you would expect on a laptop or

16   desktop computer, where Java SE comes from.

17          It has accelerometers.  When your phone shakes, something

18   happens.  It has a camera.  Those are also features that you

19   wouldn't expect on desktop or laptop computers.

20          So many of those libraries are designed specifically for

21   the mobile platform, which is a different platform from where

22   the 37 API packages came from.

23   **Q.**   And beneath the core libraries what is that, Professor

24   Astrachan?

25   **A.**   Well, that's labeled here the "Dalvik virtual machine."

 1   And we either have a Dalvik virtual machine or the Android

 2   runtime.

 3        If you remember back from the first slide I had, where

 4   translating a programming language into the 0s and 1s used a

 5   virtual machine, this is a virtual machine designed

 6   specifically for a mobile platform.

 7        It has smaller bytecodes than you'd find in the virtual

 8   machine on the Java SE platform.  It's designed to run more

 9   efficiently on a mobile platform, which has battery

10   capabilities that are different than you would find on a

11   desktop computer.  And it runs on a mobile smartphone platform

12   that would have less memory, for example.

13        So this virtual machine is designed specifically for this

14   Android smartphone platform.

15   **Q.**   And in the green area, can you explain to the jury what

16   that is, Professor Astrachan?

17   **A.**   We can see here that those are labeled "libraries," which

18   we know are collections of code.  And in this case these are

19   open source or public domain libraries that were written in C++

20   or maybe Java.

21        And they are specific, again, for a mobile platform, a

22   smartphone platform.  Web.Kit, for example, is software

23   produced by Apple that allows us to create a browser that would

24   run on a smartphone.

25        We have Open GL embedded system.  That's a graphics

1  library that makes graphics run quickly and smoothly.

2      SQlite is a database that allows the mobile phone to

3  access the database.

4      In general, these are libraries that are part of the

5  mobile platform.  And these are open source libraries that are

6  integrated with the core libraries as part of creating the

7  Android platform.

8  **Q.**  If a developer wanted to create an application, how would

9  a developer do that on the Android platform.

10 **A.**  Top level applications, that is where a developer would

11 create an application, like a contact list or a phone screen

12 that you see over here over here.  Those applications, which

13 are largely written in Java or they can be written in C++ or

14 C -- those applications take advantage of an application

15 framework, which is a set of services kind of provided by the

16 Runtime in these other libraries.

17     So the key here is that the applications are written at

18 this high level and it makes use of all the libraries here and

19 then we heard how those also depend on the Linux kernel down

20 below.

21 **Q.**  Thank you, Professor Astrachan.

22     Now, I believe you had mentioned that the -- the

23 applications could be written in Java or C++.  How would one

24 write an application in C++ for Android?

25 **A.**  Well, an application written in C++ on Android would use

 1   what is called the NDK.  That's a library instead of code that

 2   Android provides to use C++ in creating software that would

 3   also run in the Android platform.

 4   **Q.**   How is the Android platform distributed?

 5   **A.**   The Android platform is distributed as an open source

 6   platform.  So that means the source code is free for anyone to

 7   use.

 8   **Q.**   Now is the Android platform compatible or intraoperative

 9   with the Java SE platform?

10   **A.**   No, it's not.  We talked about how the Java SE is designed

11   for laptop and desktop computers, and an application written

12   for those would use likely the 37 API packages and their

13   implementations, but maybe the hundred-plus more that were

14   there for a desktop or laptop computer.

15        So if it used all those API packages, the declaring code

16   and implementing code to run on a desktop or laptop, we

17   wouldn't expect it to run on a mobile device because it

18   wouldn't use all those API packages.

19        And similarly, if we wrote an application that ran an

20   Android, it would -- it might use some of those 37 independent

21   implementations in the packages, but it might use the

22   accelerometer and the location services, and if it used those,

23   those new libraries that were designed specifically for the

24   Android platform, it wouldn't work on your desktop or laptop

25   computer.  So in general, those platforms aren't compatible.

1   Q.   Was it necessary for Google -- was Google required to

2   replicate the API labels in SSO of the 37 Java SE API packages

3   in order to use the Java programming language?

4   A.   I understand that Oracle has said that roughly 60 classes

5   in 3 packages are constrained --

6            MS. HURST:   Your Honor, I'm going to object.   This is

7   beyond the scope of the witness' opening report.

8            THE COURT:   Is that true?

9            MR. PAIGE:   It is, Your Honor.

10           THE COURT:   Sustained.

11           MR. PAIGE:   It's required by your motion in limine.

12           THE COURT:   What?

13           MR. PAIGE:   This is -- this testimony was required by

14   your motion in limine.   I'm happy not to put it in --

15           MS. HURST:   But not in the opening, Your Honor.

16           THE COURT:   Well, I apologize for not having -- I just

17   have to count on counsel to do it the way I said before.   Can

18   you skip this for now?

19           MR. PAIGE:   I can, Your Honor.

20           THE COURT:   Are you saying I ordered you to take this

21   up on direct?

22           MR. PAIGE:   You ordered that he save it, so I'm happy

23   to move on if you don't --

24           THE COURT:   Let's come back to it.

25           MR. PAIGE:   Very good, Your Honor.

1  **Q.**  Professor Astrachan, what might happen if you use

2  different method declarations for classes in a given package?

3  **A.**  Well, I talked before about how if the method declarations

4  changed, then software that had already been written would no

5  longer work, but if the method declarations changed, that

6  wouldn't meet developer expectations, and so developers

7  wouldn't be able to be effective in using these packages if the

8  label declarations were all different than what they expected

9  and had knew from what was -- their development with Java.

10  **Q.**  What would the programmer need to do if the method

11  declarations were to change?

12  **A.**  Well, if the method declarations changed, the programmer

13  would have to learn the new labels by consulting documentation

14  and reading books, and software that had already been written

15  would have to be rewritten to use these new API declarations.

16  **Q.**  Okay.  Professor Astrachan, you had given an overview of

17  your opinions earlier.  I would now like to discuss some

18  details in your opinions.

19  Based on the work you've done, what opinions do you have

20  with respect to the way Google has used the API labels of these

21  37 packages in Android?

22  **A.**  Can I use the diagram again?

23  **Q.**  Of course.

24  Your Honor, may he approach the easel?

25  **THE COURT:**  Yes, of course.

1         **THE WITNESS:**  I'm going to just kind of describe at a

2    high level what happened here.

3         We talked about these core libraries.  The first thing

4    Google did was they selected just the 37 packages and then you

5    used the labels from these 37 packages in creating the Android

6    platform.

7    **BY MR. PAIGE:**

8    **Q.**   How many packages did they select those 37 from?

9    **A.**   Those 37 packages were from selected from 166 packages

10   that are part of Java SE, so the ones that were selected were

11   the ones that would be useful to use on this mobile platform.

12   And then after selecting those 37 packages, they then

13   implemented them with new source code that was optimized for

14   the mobile platform.

15        So because they only took the label declarations, they

16   then had to create new implementations, again optimized for a

17   mobile platform.  That was part of how they used these

18   declarations in creating Android.

19        And then once they implemented these 37, they had to add

20   new libraries -- I talked about this before -- so the new

21   libraries that would be part of the mobile Android platform.

22   So after selecting the 37 and then implementing them, they

23   developed new libraries that were integrated with these as part

24   of creating the platform.

25   **Q.**   And what did implementing, putting the new implementing

1    code in do for the platform?

2    **A.**   This created a new context for these other labels to be

3    used because now they're part of a mobile smartphone platform

4    that's different from the desktop and laptop platform that

5    these 37 labels had been used before.

6         So in selecting them and then re-implementing them for

7    mobile and then developing the new libraries, we see that these

8    are used in the new context, a different context than they had

9    been used before.

10   **Q.**   When you say they develop new implementations, how was

11   that tuned for mobile, if at all?

12   **A.**   The new implications of these 37 packages are about 80

13   percent the size of the libraries that were implemented for

14   Java SE, so we've seen that those new implementations are a

15   smaller amount of source code than they were on the Java SE

16   platform.

17   **Q.**   The new Java library, what was the point of putting those

18   in?

19   **A.**   These new Java libraries, as I mentioned, are needed to

20   access the functionality and purpose of this new context in

21   which the labels are used:  Cameras, accelerometers, location

22   services.  These new libraries allow these labels to be used in

23   this new context.

24   **Q.**   So in addition to the new libraries, what did Android add?

25   **A.**   Well, I talked before and we can see down here that there

1  is this Dalvik Virtual machine.  Adding that to these helped

2  make the whole platform work because this virtual machine was

3  optimized again for a smartphone platform.

4       So by selecting the 37, making new implementations,

5  developing new libraries, and then creating this new Dalvik

6  Virtual machine, the Google engineers were able to use those

7  declarations in this new context on the smartphone platform.

8  **Q.**   How was Dalvik optimized for mobile?

9  **A.**   Dalvik is optimized for mobile by first using smaller

10  bytecodes than are used in the Java Virtual machine, and it's

11  also designed to take advantage, as I mentioned earlier, of

12  power constraints and memory constraints that are different on

13  a smartphone platform than they are on a desktop or laptop.

14  **Q.**   What else was added to the 37 labels?

15  **A.**   Well, finally at the bottom level -- and I'm not going to

16  get down to the floor to point.  I'll just reference that it's

17  down there in red -- we see the Linux kernel, and that Linux

18  kernel is the low-level operating system that Google used

19  because it's an open source operating system and then

20  specialized for use on the smartphone handset.

21       So that's the lowest level of what Google did in creating

22  this new context in which those 37 labels were used.  So we can

23  see that all these features went into creating the new context

24  that shows how those 37 labels -- they're 37 packages, labels

25  from them, were used in this new context.

**ASTRACHAN - DIRECT / PAIGE**

1  **Q.** And does the green layer enter into the context as well,

2  Professor Astrachan?

3  **A.** Well, that green layer is kind of part of these new

4  libraries, so some of these libraries were written in Java and

5  some of the libraries were open source libraries that were

6  incorporated into that section.

7  **Q.** And how, if at all, did those serve to create a new

8  context for the 37 Java APIs?

9  **A.** Again, since we have the re-implementation, the new

10 libraries that allowed the smartphone to function, things like

11 a media framework and the secure sockets layer and the web kit,

12 those hadn't been incorporated before with these 37 packages to

13 create this smartphone platform.

14 **Q.** Thank you, Professor Astrachan.

15 **A.** You're welcome.

16 **Q.** So could you explain to the jury how, if at all, the ways

17 in which this whole Android platform has been used affect your

18 opinion regarding the nature of Google's use of these APIs?

19 **A.** Yes. As I mentioned, in selecting all of these and then

20 creating a smartphone platform and releasing it as open source,

21 Google has created new opportunities. I can show on the screen

22 here one of my independent -- one of my exhibits that says the

23 Kindle Fire, which is both hardware and an operating system

24 that Amazon has developed, that's based on Android, but not the

25 same as Android, **so because Android is released as open source,**

**Amazon was able to use it and develop Kindle Fire, which is**

**both a device and an operating system that Amazon releases that**

**doesn't work the same way as Android does but is built on**

**Android.**

On the right, we see a handset created by Wileyfox, which

is a handset manufacturer in the UK that runs Cyanogen, which

is -- the CyanogenMod is an operating system, again built on

Android because it's open source, but different with different

functionality.  Because Android is open source, the Cyanogen

Company can take that and do what they want.  So here are two

examples that show how the open source nature of Android has

created opportunities for companies to use that.

Q.   How, if at all, do past attempts by Sun to create a

smartphone platform figure into your opinion about Google's use

of the 37 APIs?

A.   We know that Sun had the 37 packages and their labels and

their implementation, along with 100 other packages.  Those

were part of Sun's Java software product, and Sun was not able

to use those to create a smartphone.

Q.   To what extent, if at all, do Oracle's statements

regarding Android enter into your opinions regarding Google's

use of the Java APIs?

A.   Well, we just saw a video right before here of Terrence

Barr saying that Android was transformative, and in my opinion,

that's true.  The Android platform is a transformative use of

1  these package labels from the 37 APIs.

2       MS. HURST:  Your Honor, that was covered by the MIL,

3  and that's a specific legal definition.

4       THE COURT:  Well, you are talking about Mr. Barr?  Is

5  that the motion in limine you're referring to?

6       MS. HURST:  Actually, the motion in limine for

7  Dr. Astrachan also had limitations on his ability to

8  characterize things as transformative, Your Honor.

9       MR. PAIGE:  I don't think that is correct, Your Honor.

10      THE COURT:  I honestly don't remember.  We will have

11 to take this one up at the break.  So let's strike that answer

12 for the time being.  We will come back to it after the next

13 break.  Okay.  Go ahead.

14 BY MR. PAIGE:

15 Q.   Professor Astrachan, based on the work that you've done,

16 have you formed any opinions about the nature of the material

17 that Google has used from the 37 APIs?

18 A.   Yes.  I talked earlier in my kind of summary that the

19 label declarations are functional because they connect the

20 developer software with the software in the library, the

21 implementing code.

22      So these API labels are very functional in nature.  And

23 the labels themselves are also descriptive and functional of

24 their purpose because that allows developers to be able to use

25 them more effectively.

ASTRACHAN - DIRECT / PAIGE

1  Q.   And so do you have any opinions about what the names

2  themselves of the API are in terms of their nature?

3  A.   Sure.  I can -- I can show you some of the names.

4  Certainly not all of the label declarations, but I've got a

5  slide, it's in my slide 9, that shows some of these.

6       We can look at this slide first.  This is a slide that

7  shows the package names, and we can see that the packages are

8  very descriptive of their purpose.  So, for example -- and all

9  packages start with Java or Java X.  Net is a collection of

10 network classes.  IO is a collection of input/output, which are

11 called IO by programmers.

12      SEQUEL or SQL is a structured query language, and in that

13 package, we'd find the classes to access database programs

14 using SEQUEL.

15      Security is very important in programming today.  When

16 your program accesses your bank, for example, you want to be

17 sure that it's a secure transaction.  And in the security

18 package, we'd find the classes that are related to security.

19      Java.util is a collection of utility classes that

20 programmers use to connect different pieces of software.  So

21 here we see that the package names are highly descriptive of

22 what their purpose is.

23      And then on the next slide, we see some method and class

24 names.

25 Q.   Being descriptive of their purpose, what does that mean

1    about the nature of these names?

2    **A.**   The names, as I mentioned, are both descriptive and

3    functional in describing what they do.

4    **Q.**   So you would say you're going to look at some method and

5    class names.  Could you explain to the jury what these tell you

6    about the functionality of what Google has used?

7    **A.**   As it turns out, in Java, methods are supposed to start

8    with a lower case letter.  So on that graphic, you see two

9    methods that are in lower case letters, that's the top.  That's

10   get date and time.  And it's probably reasonable to think that

11   that method gets the date and time.

12       And then the method set date and time would allow you, the

13   programmer, to set the date and time that are used when you

14   write programs.  So those method names, although they're not

15   short, are highly functionally descriptive of what their

16   purpose is.

17   **Q.**   Have you looked into how many such get and set methods

18   there are in Java?

19   **A.**   Yes.  There are thousands of get and set methods in Java.

20   Get and set is a reasonably common convention used in

21   programming to get and set different properties in a class, so

22   there are thousands of them in these 37 API packages.

23   **Q.**   How about the rest of those classes on your slide?

24   **A.**   Class names in Java start with capital letters, and we can

25   see here that the class names are also descriptive of their

1    purpose and function.  So events are things that occur in

2    programming that you connect one part of your program to

3    another.  And there we see preference change event and connect

4    event.

5        For example, if a user changes their preferences in a

6    phone or piece of software, there might be a preference change

7    event.  And then a connect event would be connecting one event

8    with something else.

9        We see three input streams.  A stream is a way for

10   information to flow into your program.  Well, an input stream

11   has information flowing in, and that could come from a file or

12   from a zip file, that's a zip -- a compressed collection, or

13   from an object.  So we see here that these class names are also

14   related and similar to each other in describing their function

15   and purpose for a programmer.

16   **Q.**   Again, how are these names used in Java or Android?

17   **A.**   Well, the method declarations require that we have a

18   package name and a class name and a method name.  So

19   programmers would use these class names in writing the programs

20   that they need to run on an Android platform, for example.

21   **Q.**   When they wrote that class name, what would then happen?

22        **THE COURT:**  You're saying wrote it in the particular

23   program that they themselves are writing, or do you mean when

24   it's written as part of the library?

25

ASTRACHAN - DIRECT / PAIGE

1    BY MR. PAIGE:

2    Q.   Sure.  When someone writes that name into a program they

3    themselves are writing and compile it, what does that name then

4    do?

5    A.   You write the class name and the method name in the

6    program that I'm writing over here, and that would then

7    complied into this bytecode that runs as 0s and 1s, and it

8    would access the implementing code in the library.  So as the

9    developer of the application, I use the package class and

10   method name to connect my software with the implementing code

11   that's in the package.

12   Q.   So what function does that name serve?

13   A.   That name serves the function of connecting my software

14   with the implementing code in the library.

15   Q.   Based on your knowledge of programming languages, what

16   similarities, if any, exist between the names used in Java and

17   the names used in other programming languages?

18   A.   Well, we've heard here last week, and I know from my

19   experience teaching, that Java uses many names that are similar

20   in, say, C++ and C.  So that's part of what makes learning a

21   new programming language more straightforward because we expect

22   to see the same names in one language in the libraries that are

23   associated with that language used in another language.

24   Q.   Based on the work that you've done is it important that

25   names for APIs be creative?

ASTRACHAN - DIRECT / PAIGE

1  **A.**   No.   We wouldn't want names to be creative because as

2  software developers, we'd expect to have the names in our

3  programming libraries be descriptive and functional of their

4  purpose.   So we would want square root, for example, to mean

5  find the square root, not some complicated, long name that

6  wouldn't be indicative of its function and purpose.

7       So creative names wouldn't be helpful for a developer in

8  finding and accessing the functionality that we'd expect to

9  find in libraries.

10 **Q.**   Professor Astrachan, as part of your work in this case,

11 did you analyze amount of material that Google used from

12 Java SE?

13 **A.**   I did.   I wrote software to analyze both the Java SE

14 platform and the Android platform.

15 **Q.**   And how many lines did you understand have been used by

16 Google from Java SE?

17 **A.**   I talked about the method and class declarations that were

18 selected in creating Android, and there are about 11,500

19 declaring lines of code that were selected in creating the

20 Android platform.

21 **Q.**   Did you quantify how that Java SE material compared to the

22 amount of source code in Java SE?

23 **A.**   If we look at Java SE and the 166 Java packages that are

24 part of Java SE, we see that in those 166 packages, there are

25 about 2.86 million lines of code.   So the 11,500 that were

1    selected, that's about .4 percent of the implementing code for

2    all 166 packages, and if you look at all of Java SE, that's

3    about five million lines of code.

4    Q.   How many lines are code are there of the Android platform

5    generally?

6    A.   The software I wrote indicates that there are about 15

7    million lines of code in the Android platform.

8    Q.   Professor Astrachan, based on the work you've done, have

9    you formed any opinions about the effect that the release of

10   Android has had on Java?

11   A.   Yes.  As I mentioned earlier, Java is the number one

12   programming language in use.  That's what I know from my own

13   work and what we see on Oracle's website.  So I think that's a

14   good indication of part of the development environment we see

15   today.

16   Q.   And what is part of that development environment that has

17   Java still remaining number one?

18   A.   We have the Android platform so that programmers can

19   develop in Java for the Android platform, and we have the

20   Java SE platform so programmers can continue to develop with

21   Java for that desktop and laptop platform as well.

22   Q.   What is OpenJDK?

23   A.   OpenJDK is an open source implementation of Java SE that

24   Sun Oracle has released.

25   Q.   And how did it release the OpenJDK?

**A.**    The OpenJDK is released with a GNU version -- GPL Version

2.0 with GNU Classpath license.  That's a specific open source

license, the one that's used in the OpenJDK.

**Q.**    And you mentioned the Classpath exception.  What does that

allow a user to do?

**A.**    The Classpath exception allows a user to develop their own

program and release that program with a different license, if

that's what they want.  It's what's called a linking exception.

**Q.**    What is linking as a technical matter?

**A.**    Well, I've talked all along about how the libraries are

the implementing code and how developers use the API

declarations to access the functionality of the implementing

code.

So here I am the developer, writing my software, and I use

the declaration.  Now I compile my program into bytecode and I

want it to run, but it needs that library to run because I just

used the method declaration, and for it to work, I need the

libraries that it's accessing.  So those libraries are also

compiled to bytecode.

So here's my program and here's the library and I need to

combine them.  The process of combining these two different

bytecode programs together, that's linking.  They're linked

together to create the application that will run an Android

platform.

**Q.**    And what form are those programs in at the time they're

1  linked?

2  **A.**   Well, as I just discussed, you take your source code,

3  compile it down into bytecode or 0s and 1s, object code.   Same

4  things with my libraries.   I compile those down into bytecode

5  or 0s and 1s and then I link those low-level 0s and 1s or

6  bytecodes programs together.   So the linking occurs at the low

7  level.

8  **Q.**   How many of the 37 Java API labels, package labels, does

9  OpenJDK contain?

10  **A.**   OpenJDK contains all of the API declarations that we're

11  talking about here.   All of them are part of OpenJDK.

12  **Q.**   How do you know that?

13  **A.**   I wrote software that looked at those method declarations

14  and saw that they were in OpenJDK.

15  **Q.**   How can those persons or companies that choose to adopt

16  the OpenJDK use those 37 Java API packages labels?

17  **A.**   Well, I mentioned that OpenJDK is released with a GPL 2.0

18  with Classpath exception license, and because of that,

19  companies and users of OpenJDK are able to use those 37 API

20  package labels in all of OpenJDK, essentially in any way they

21  wish.

22       And we can see on my demonstrative part of an FAQ that

23  comes with OpenJDK, and the question here is, "Can someone

24  create and distribute an implementation that isn't compatible

25  with a Java specification using this code," and this code here

**ASTRACHAN - DIRECT / PAIGE**

1   is the OpenJDK that includes the 37 API pack labels.

2       And the answer to this question is, "Yes.  We do not

3   recommend or endorse that action, however.  In addition, they

4   cannot label that implementation with Java compatible or Java

5   powered for Java ME brand and logo.  These brands are your

6   assurance that an implementation has passed the relevant TCKs."

7       So this shows how, because of the GPL Version 2.0 with

8   Classpath license, that anyone can take the OpenJDK and add to

9   it or take from it just pieces.  That's what this FAQ is

10  saying.

11  **Q.**   You mentioned this is an FAQ.  What is an FAQ?

12  **A.**   That's a frequently-asked-questions document.  That's

13  typically put on the web or distributed in other ways to help

14  developers or companies or users understand something about how

15  this OpenJDK product is distributed.

16  **Q.**   And who wrote this FAQ?

17  **A.**   This is part of the OpenJDK release.  That would be

18  Oracle, which distributes OpenJDK.

19  **Q.**   How much does Oracle charge for use of its method

20  declarations in the OpenJDK?

21  **A.**   Nothing, because OpenJDK is distributed with this open

22  source GPL Version 2.0 license, so there is no charge to use

23  any parts of OpenJDK.  It's free.

24  **Q.**   Can you use as much or little of the OpenJDK as you'd

25  like?

1   **A.**   Yes.  As I mentioned, that's what this question and answer

2   in the FAQ indicates.  All of OpenJDK is free so you can use

3   just some pieces of it or you can add to it.  It's all free.

4   **Q.**   Professor Astrachan, can you explain to the jury what it

5   means to independently implement APIs?

6   **A.**   Well, we've heard that phrase, and for the purposes of

7   this explanation, we'll start with the labels from these 37

8   packages.  And we know that, for example, Sun implemented them.

9   And we've seen that there are other independent

10  implementations, meaning you start from just the API method

11  declarations and some specifications or comments about how they

12  work and you create your own implementation without looking at

13  the other one.  What makes them independent is that this

14  implementation is created without looking at the other

15  implementing code, just looking at the method declarations and

16  the specification for how they work.

17  **Q.**   How common is it to create independent implementations of

18  APIs?

19  **A.**   Well, we've seen and heard about both the GNU Classpath

20  implementation of Java SE and the Apache Harmony implementation

21  of Java SE.  Those are two independent implementations of

22  Java SE.

23  **Q.**   Are there independent implementations of other computer

24  languages?

25  **A.**   Of other libraries, we have independent implementations.

1  For example, the C++ libraries, there are LLVM, which is from

2  University of Illinois and GNU software Foundation and Boost

3  and IBM.  All of those groups have created independent

4  implementations of the C++ standard libraries.

5  **Q.**  You mentioned GNU Classpath.  What was GNU Classpath?

6  **A.**  GNU Classpath was an independent implementation of Java SE

7  developed by the GNU Software Foundation.

8  **Q.**  And you also mentioned Apache Harmony.  What is Apache

9  Harmony?

10 **A.**  Apache Harmony is an independent implementation of Java SE

11 that was developed by the nonprofit Apache Foundation.  Both

12 the GNU Software Foundation and Apache are nonprofit

13 foundations.

14 **Q.**  To what extent, if at all, is the existence of Apache

15 Harmony relevant to your opinions in this case?

16 **A.**  Well, Apache Harmony and the other independent

17 implementations help me understand that in general, it was very

18 common to have independent implementations.  That kind of

19 demonstrates that it would be expected and reasonable for those

20 things to happen.

21 **Q.**  Are you aware of any examples of independent

22 implementations of APIs by Sun?

23 **A.**  Sun created Open and StarOffice, which are their own

24 office suite of applications, kind of like Excel and Word that

25 you might see from Microsoft.  And in the OpenOffice

ASTRACHAN - DIRECT / PAIGE

1   implementation of the spreadsheet program, that uses the same

2   functions, which are APIs, that are found in VisiCalc, one the

3   first spreadsheet programs from the early '80s.

4        So functions that we see in VisiCalc for spreadsheet

5   operations that are also part of Microsoft Excel continue to be

6   used in StarOffice so that a spreadsheet application can run on

7   any of those platforms using the same names and the same APIs.

8   **Q.**   Are you aware of any other examples of Sun independently

9   implementing the names of APIs?

10  **A.**   Sun also has or had Solaris, an operating system that they

11  distributed and marketed, and Solaris is a UNIX-based system.

12  I used it when I was a graduate student.  And it included some

13  APIs from Linux, a different operating system.  So those same

14  APIs that were part of Linux were reimplemented and used as

15  part of the Solaris operating system so that users of Solaris

16  would be able to make the same use of those Linux APIs.

17  **Q.**   Are you aware of Oracle engaging in any independent

18  implementations of APIs?

19  **A.**   Oracle distributes database products, and those database

20  products today use SQL.  I mentioned that earlier, the

21  structured query language.  SQL was something that IBM released

22  in the mid to late '60s as part of System R.  So those same

23  APIs that are part of SQL continue to be used in database

24  products today like the one that Oracle markets.

25  **Q.**   And how, if at all, do these independent implementations

1    support your opinions in this case?

2    **A.**   All these independent implementations of APIs, from

3    spreadsheets to databases to independent implementations of

4    Java SE, show that it's reasonable to expect that these

5    independent implementations was something that was common.

6    **Q.**   And I would like you now to please summarize the opinions

7    you developed in the case for the jury, if you could?

8    **A.**   I can, and I have one final graphic that explains this.

9            **THE COURT:**  I am going to interrupt for a minute.  I'm

10   going to let you finish this answer, but we are going to take a

11   break after this answer.  All right.  Sorry.  Go ahead.

12           **THE WITNESS:**  In selecting the 37 API packages and the

13   method declarations from them, Google created a new context for

14   those to be used, the new Android mobile smartphone platform.

15   That's a completely different context than these have been used

16   before.

17       The labels themselves are these functional descriptions.

18   I've got one example here, java.lang.math.max.  That's the

19   package, class, and method name.  So these method names are

20   very functional and descriptive of their purpose.

21       A very, very small amount of Java SE was used.  The 11,500

22   out of 2.86 or 5 million lines is a very small percentage.  And

23   we see that Java is the world's number one programming language

24   today, in part because of Android.  And all 37 API package

25   labels and their implementing code are released as part of

 1    OpenJDK.

 2        So in looking at the use of them in creating Android, in

 3    the nature of what was used, in the amount of Java SE that was

 4    used and how Java is continued to be used today, I think that

 5    all together, these point to Google's use being a fair use.

 6        THE COURT:  We are going to take a 15-minute break.

 7    Please remember the admonition.  See you back here then.

 8        (Proceedings were heard out of presence of the jury:)

 9        THE COURT:  We might need the witness here.  Help me

10    understand the issue on theses things that we didn't get into.

11        MS. HURST:  Well, Your Honor, with respect to that

12    last bit of testimony we have a problem because the Court

13    ordered in the Cattell order, Docket 1879, that examples that

14    do not specify whether re-implementations were done without

15    permission or regard for whether or not a license existed

16    should not be used.

17        And we just heard a long litany of supposed, you know,

18    custom of reasonable re-implementation without one single

19    mention that those were unlicensed.  And it's not in the

20    witness' report anywhere that those were unlicensed.  And so

21    all of that testimony should be stricken, Your Honor.  That was

22    already addressed in the Court's Cattell order.

23        THE COURT:  But that was in the Cattell order.  This

24    is not Cattell.

25        MS. HURST:  But it's the same issue, Your Honor.

1          THE COURT:  Well --

2          MR. PAIGE:  There was no motion on this in the

3     Astrachan motion in limine, Your Honor.  I have the order in

4     front of me.  It was in his report, many paragraphs.

5          THE COURT:  I'm going to let you cross-examine on

6     that.  I'm not going to -- it's a good point.  I wish I had

7     known then what I know now, but it's something that can be

8     cured with cross-examination.

9       But you have raised two other points.

10         MS. HURST:  One other point was that the Court's order

11    said that he was not allowed to characterize this as

12    transformative.  That was in docket --

13         THE COURT:  My law clerk has failed to give me the

14    order.  I need a copy of the order.

15         MR. PAIGE:  I have it right here.  It says "not

16    permitted to offer testimony regarding his understanding of the

17    law; i.e., that transformativeness means opening new horizons.

18    Nevertheless, he may testify to his belief that Android opened

19    new horizons which could help the jury in assessing

20    transformativeness."  There is nothing in his testimony that

21    said this is the law.

22         MS. HURST:  Well, new horizons was fine, Your Honor.

23    I didn't object to that.  It was not until he said it was

24    transformative.  That was the problem.  Because that's equating

25    what's happened with the Court's legal standard.  It's also

1    equating what Mr. Barr's testimony was with the legal standard,

2    and the Court has already ruled also that that didn't meet the

3    legal standard.

4         THE COURT:  I thought he did say it.  I heard it on

5    the screen myself.  He did use the word "transformative" on the

6    screen.

7         MS. HURST:  He used it to say, Your Honor, that it

8    transformed the smartphone market.  That's not the definition

9    of "transformative" under the first factor, which is exactly

10   why the Court ordered the other day that if that Barr testimony

11   was going to be played, all the lead-up would have to be

12   included.  "I don't know what you mean", "what is the

13   definition of that term."  And then there would be, you know --

14   it would be clear that they were not employing the definition

15   that the Court is instructing the jury to use, which has many

16   aspects to it, including the distinctness of purpose

17   requirement, not superseding the market for the original, and

18   all that other stuff that's in the Court's proposed -- the

19   instruction.

20        THE COURT:  Can I see what -- the order that I wrote?

21        MS. HURST:  Yes, Your Honor.

22        THE COURT:  Where do I look?

23        MS. HURST:  I think it's page 4, Your Honor.  That

24   discusses the ins and outs of transformative.  Bottom of page

25   3.  If would look at page 4, Your Honor, lines 15 through 20

ASTRACHAN - DIRECT / PAIGE

```
 1   and 21 through 25.  He is allowed to say "new horizons," but
 2   not "transformativeness."  That's the way we understood the
 3   order, Your Honor.
 4        MR. PAIGE:  And we understood it to say he shouldn't
 5   offer legal testimony, Your Honor, which he hasn't.
 6        THE COURT:  All right.  What I'm going to do is
 7   tell -- I'm going to let the testimony stand, but say that the
 8   witness is not qualified -- that the word "transformative" is
 9   a -- both a legal term and an English word.  And he is not
10   qualified to tell us the legal meaning.
11        So the jury must take his use of "transformative" in more
12   limited sense of English word, and I will -- I have instructed
13   on meaning of "transformative."
14        I just can't tell people not to use English words.
15   "Transformative" is an English word.
16        MS. HURST:  Totally solves the problem.  Thank you,
17   Your Honor.
18        THE COURT:  That's what I'm going to do.
19        What was the thing about the 62 now?
20        MS. HURST:  That's not in the opening report,
21   Your Honor, and the Court ordered that if there was going to be
22   testimony about constraints, it had to be offered in a
23   particular way.  But we still maintain our objection that
24   things that are not in the opening report should not be
25   presented at this time.
```

1           **MR. PAIGE:**  So, Your Honor, Your Honor did say

2    Professor Astrachan must clearly state --

3           **THE COURT:**  Where did I say that?

4           **MR. PAIGE:**  This is on page 6 of your Astrachan

5    motion, Your Honor.  Docket 1738.

6           **THE COURT:**  Is that what I'm already looking at?

7           **MR. PAIGE:**  Lines 21 through 25.

8           **THE COURT:**  Just a minute.  Well, how did I get off

9    into this anyway if it's not in his report?

10          **MR. PAIGE:**  Well, Your Honor --

11          **THE COURT:**  Is it --

12          **MS. HURST:**  It's in his rebuttal reports, Your Honor.

13          **MR. PAIGE:**  That's not really true.  Paragraph 164 of

14   his opening report he does talk about Dr. Reinhold's concession

15   at the last trial, that 61 classes were necessary to use the

16   programming language.

17       Now, a few months ago, Oracle revised their position and

18   submitted the new thing saying that in fact, it's 62, and it

19   isn't even all of these classes.  It's just little parts and

20   pieces and snippets of these classes.

21       And then they turned around and said since we have now

22   conceded that, everyone agrees that this is what is needed.

23   And that all happened in February -- February 29 is when they

24   put this new interpretation out retracting Dr.--

25          **THE COURT:**  Let me hear from the witness.  If you are

 1  allowed to answer this question, what are you going to say?

 2       THE WITNESS:  My understanding is that Oracle has said

 3  that roughly 60 classes from three API packages are constrained

 4  by the Java programming language and thus are technically

 5  necessary as part of implementing the Java programming

 6  language.

 7       THE COURT:  You are just basing that on what Oracle

 8  has said.

 9       THE WITNESS:  But I'm also going to add that

10  developers would expect to be able to make effective use of the

11  programming language that more would be there.

12       THE COURT:  Well, I don't like testimony where -- what

13  I just heard, where the witness is throwing back something that

14  Oracle said.  No.  There's too much lawyer-like -- no.

15       So if it comes up on cross-examination or the door is

16  opened on cross, then you can get back into that.

17       But I want to say, I do think we should clarify for the

18  jury this 62 thing.  And I am a little irritated that you

19  lawyers are not coming to grips with that, but I think we

20  should clarify that for the jury, but we're not going to do it

21  the way this witness has just suggested.

22       MS. HURST:  We have been trying to get a stipulation

23  since the Court ordered us to this morning.  I will check in on

24  the progress of that, Your Honor.

25       MR. VAN NEST:  I can report that we have one --

1           **MS. HURST:**  Not until I read it.

2           **MR. VAN NEST:**  Well, you can read it, but it's been

3    approved by both sides.

4           **THE COURT:**  You can give it to me later.

5           **MR. PAIGE:**  If I may --

6           **THE COURT:**  What's the problem now?

7           **MR. PAIGE:**  To circle back for a second to the first

8    thing Ms. Hurst had spoken about.

9           She said ancient APIs, the old APIs, shouldn't come in,

10   and in fact, in your OpenJDK order, on May 5th, you said "So

11   for now, Oracle's motion on ancient APIs and custom evidence is

12   denied."  So they moved to keep these APIs out.  You denied

13   that motion.  I'm not sure what the Cattell motion has to do --

14          **THE COURT:**  Well, the Cattell thing -- see, it came up

15   in two different ways.  I'm not going to say ancient APIs.

16   That's just an argumentive term anyway, "ancient."  It just

17   means anything that Oracle or Sun did is ancient now.  That

18   doesn't work that way.

19          But it wasn't pitched to me in the -- whether or not there

20   was a license or not.  So if there was a license, then that

21   reduces the probative value, and so some of this has gotten in

22   anyway.  Or if it was done without regard to whether or not

23   there was a license, that would be of some probative value, but

24   this witness on what he's just said a while ago didn't make any

25   of those qualifications.  Nevertheless, I'm not going to strike

1   that testimony.  However, Ms.Hurst can examine on that.

2          MS. HURST:  Thank you, Your Honor.

3          THE COURT:  We are going to take 12 minutes.

4               (Recess taken at 11:24 a.m.)

5               (Recess taken at 11:35 a.m.)

6      (Proceedings were heard out of presence of the jury:)

7          THE COURT:  Do you want to hand up to me the 62

8   stipulation.

9          MS. HURST:  We need a little more time.

10  Unfortunately, none of our team at the table had seen it yet so

11  we are still working on it.

12         THE COURT:  All right.  Let's bring in the jury.  How

13  close are we to the end of your --

14         MR. PAIGE:  Just one more question with regard to what

15  Your Honor had spoken about, and then I will mark this and we

16  are done.

17         THE COURT:  Is this your last witness?

18         MR. VAN NEST:  We have to offer some exhibits into

19  evidence, but that's it.

20         THE COURT:  So we are going to start your case.

21     Who is your first witness?

22         MS. HURST:  Safra Catz, Your Honor.

23     (Proceedings were heard in the presence of the jury:)

24         THE COURT:  I need to give you an admonition over

25  there in the jury box.  Okay.  So our witness, Dr. Astrachan,

1    used the word "transformative" in his testimony, and I'm going

2    to give you a qualification to that.

3         You will remember when I read to you that instruction at

4    the outset about fair use, one of the considerations concerned

5    transformativeness; right?  Do you remember that term?  And I

6    then gave you a paragraph explaining what that term means under

7    the law.

8         All right.  So that's fine.  But in addition,

9    transformative is maybe not an ordinary, but at least it's an

10   English word, right, and so the witness is entitled to use the

11   word in his testimony.

12        But what I have to tell you is that his use of the word as

13   an ordinary English word, okay, good for him.  However, he is

14   not qualified to tell you what it means under the law, and I

15   have given you a very specific definition, and when you go to

16   deliberate, I will give you -- repeat it, and the jury

17   instructions, a very specific definition of what the term

18   "transformativeness" means.

19        So it's okay that the witness used the term, but you need

20   to put an asterisk by that word and remember what I told you is

21   the definition of that term is what counts for purposes of your

22   deliberations.

23        We are almost done, I'm told, with the direct examination.

24        Mr. Paige, you have a few more questions; right?

25             **MR. PAIGE:**  I do, Your Honor.

1    **THE COURT:**  Please continue.

2    **BY MR. PAIGE:**

3    **Q.**   Professor Astrachan, do you have an opinion about what

4    developers would expect in terms of the Java API packages

5    availability?

6    **A.**   I do.  I think developers, just like my students, would

7    expect that if you're going to be using the Java programming

8    language, that you have access to a rich suite of APIs, both

9    the declarations and the libraries, to be able to write the

10   programs that you would be writing for whatever platform that

11   would be.

12   **Q.**   What does that mean for the ability to make effective use

13   of the language?

14   **A.**   In general, programs do complicated things.  They might

15   open a web page or print something or connect with a user in a

16   touch screen.  All those things require libraries because

17   developers couldn't do them from scratch.

18       So the effective use would be depending on the purpose of

19   your program to write it effectively I need libraries to be

20   able to use the language.

21   **Q.**   How do that relate to the selection of the 37 out of the

22   166?

23   **A.**   I spoke earlier about selecting the 37 packages and using

24   just those label declarations, and in incorporating that into

25   the Android mobile smartphone platform, we saw that developers

1    would expect to see both the implementations of those 37

2    packages and the other libraries that I spoke of to be able to

3    make applications for that platform.

4    **Q.**    Thank you, Professor Astrachan.

5         May we mark as his demonstrative as Exhibit 7793,

6    Your Honor.

7              **THE COURT:**  Sure.

8          (Trial Exhibit 7793 marked for identification)

9              **THE COURT:**  Give me the number again.  Seven what?

10             **MR. PAIGE:**  7793.

11             **THE COURT:**  All right.  That will be the

12   demonstrative.  All right.  Okay.

13        Ms.Hurst, are you ready?

14             **MS. HURST:**  I'm ready, Your Honor.

15             **THE COURT:**  Please proceed.

16                        <u>**CROSS-EXAMINATION**</u>

17   BY MS. HURST:

18   **Q.**    Good morning, Dr. Astrachan.

19   **A.**    Good morning.

20   **Q.**    Let's talk about some terminology first.  When you say

21   "specification," you mean the -- both the API declaration and

22   the text that describes how to use it; is that correct?

23   **A.**    I think that's correct.  The text meaning what's typically

24   the comment or what you'd find along with the declaration to

25   understand how to use it, that's right.

1   Q.   All right.  And you don't consider the source code that

2   implements the API to be part of the API; true?

3   A.   I try to be very careful in speaking about the API method

4   declarations.  I think that when one understands API, that

5   that's widely used and means different things, depending on the

6   context, but for the purposes of what we're talking about here,

7   we're just talking about the API method declarations.

8        There are other contexts in which somebody might use the

9   implementing code to be part of the API, but I wanted to be

10  careful here.  I'm trying to be careful in saying just the

11  declaring code from the API.  It's possible that in other uses,

12  it might include the implementing code and the specification.

13  Q.   Is it true, sir, that you don't consider the source code

14  that implements the API to be part of the API; you consider

15  that the implementation that's not the API?

16  A.   I think for the purposes of what we're talking about here,

17  that seems like a reasonable way of looking at it, yes.

18  Q.   Now, the purpose of an API is to understand and use the

19  implementing software; true?

20  A.   I -- I concentrate on use rather than understand.  We

21  don't really need to understand the implementing code to be

22  able to use it.  We need to understand it at a high level, but

23  we don't need to understand the thousands of steps that might

24  be needed.

25       I think what we need to understand is how to map the

 1  inputs to the outputs so that using the API is absolutely an

 2  important part of it.

 3  **Q.**   Is it true, sir, that APIs are ways to help understand and

 4  use software?

 5  **A.**   Absolutely.

 6  **Q.**   And is it true that the purpose of the 37 Java APIs in

 7  Android is the same as it is in the Java platform?

 8  **A.**   Well, I spoke earlier about how these method declarations

 9  are being used in a new context, and in that sense, that

10  purpose is different because creating an application on the

11  Android platform is a different context than creating an

12  application on the laptop or desktop computer.  So at that

13  level, the API purpose is different because I'm creating a

14  different kind of program.

15      At a lower level, as I mentioned earlier the API has the

16  sale purpose.  It connects my code with the implementing code.

17  That purpose is the same.

18  **Q.**   It's true that knowing how the API is structured in Java

19  will help in writing an Android program where the API is the

20  same; correct?

21  **A.**   Yes.  That's correct.

22  **Q.**   And you, sir, have offered no opinion on whether Android

23  as a whole transformed the Java SE platform as a whole;

24  correct?

25  **A.**   I think that's correct, yes.

1  Q.   Now, you've been in here in court in the past week; true?

2  A.   Yes.

3  Q.   And you heard Mr. Rubin say that he used the Java SE APIs

4  in Danger; right?

5  A.   I did hear him say that.

6  Q.   He used it in the Hiptop and T-Mobile Sidekick; true?

7  A.   That's what I understand, yes.

8  Q.   And you also heard him say that those were smartphones;

9  right?

10  A.   I heard him say that they were early smartphones.

11  Q.   And you know from your work in this case, sir, that there

12  was a company called Savage that also used Java SE in mobile

13  phones; true?

14  A.   That was represented to me as part of my work, yes.

15  Q.   And you also know, sir, from your work in this case that

16  Sun licensed Nokia to use Java SE in mobile phones; true?

17  A.   I -- I accept that as true, sure.

18  Q.   Now, designing a good API is difficult, isn't it?

19  A.   Yes.  The design process of creating an API is -- is

20  difficult for sure.

21  Q.   And designing an API is hard in the same way that being an

22  artist or a concert violinist is hard; isn't that true?

23  A.   I think that's a quote from one of my depositions where I

24  said that being a football player or a concert violinist or a

25  ballerina, all those are hard things to do, and being an

 1  effective software developer is also a hard thing to do.  There

 2  are difficult kinds of hardness.  I don't know how to be a

 3  football player.  I have an idea how to be a developer.

 4  **Q.**   Do you stand by your testimony, sir, that designing an API

 5  is hard in the same way that being an artist or concert

 6  violinist is hard?

 7          **MR. PAIGE:**  Objection, Your Honor.

 8          **THE COURT:**  Overruled.  Please answer.

 9          **THE WITNESS:**  I think they're hard.  I don't think

10  they're hard in the same way.  They're very different kinds of

11  tasks.  They are hard.  In the sense that they're hard, that's

12  the same thing.

13          **THE COURT:**  All right.  The thing to do, just read

14  exactly the question and answer, which you haven't done yet,

15  and so we get the full context of the question and the answer

16  and then we'll move on.

17          **MS. HURST:**  Your Honor, September 9, 2011, deposition,

18  at 127/23 to 128/13.

19          **THE COURT:**  All right.  Please read it exactly.

20          **MS. HURST:**  Okay.  We have a video for this one, Your

21  Honor.

22       Clip 1057, please, Trudy.

23        (Video played.)

24  **BY MS. HURST**

25  **Q.**   The Java programming language is different from the APIs;

ASTRACHAN - CROSS / HURST

1   is that correct?

2   **A.**   Yes.  I think the programming language and the APIs are

3   used together, but they're different.  Yes.  That's reasonable,

4   yes.

5   **Q.**   And Google could have written its own different Java API;

6   is that true?

7   **A.**   I think if you're asking a technical question, would it be

8   possible to rewrite APIs using something that was a completely

9   different package and class organization, that from a technical

10  perspective that's true.  But it wouldn't meet developer

11  expectations using the Java programming language.

12  **Q.**   The choice to use the 37 APIs was not a requirement of the

13  Java programming language; correct?

14  **A.**   That's correct.

15      And I'm not sure if I'm supposed to answer with the other

16  thing that we talked about or not here.

17          **THE COURT:**  All right.  I think both sides will agree

18  that we're going to eventually get to tell you a stipulation

19  that pertains to a small number of the 37, which I believe

20  they're going to say was necessary to use the programming

21  language.

22      Am I correct on that?

23          **MS. HURST:**  Yes, Your Honor.

24          **THE COURT:**  Is that correct over there, Mr. Van Nest?

25          **MR. VAN NEST:**  I'm not sure how small, but yes.

1    **THE COURT:**  Well, say in the range of three.

2    **MR. VAN NEST:**  Yes.

3    **THE COURT:**  All right.  So something like that.  We'll

4    get you the details later.  But that is what the witness is

5    referring to.

6    So with that qualification, do you want to ask that

7    question again?

8    **MS. HURST:**  Yes.

9    **BY MS. HURST**

10   **Q.**   With that qualification, sir, the choice to use the 37

11   APIs was not a requirement of the Java programming language;

12   correct?

13   **A.**   That's correct.  It wasn't a requirement in the language.

14   It was required to meet developer expectations in using the

15   language effectively.  That was required.

16   **Q.**   Well, when you say "developer expectations," what you mean

17   are Google's business goals; isn't that right?

18   **A.**   No.  I was referring to a general idea of to use a

19   language effectively, as I mentioned earlier, you need access

20   to libraries.  So that's independent of Google or a specific

21   company.

22   Even for my students to work effectively in the classroom,

23   they need access to the libraries to be able to use the

24   language to create software.

25   **Q.**   Isn't it true, sir, that if my question is, In the world

 1  where Google didn't want to leverage a large body of software

 2  developers, and didn't want to leverage a large existing body

 3  of code and other libraries, if that wasn't something they

 4  wanted to do, they could have refrained from using the APIs and

 5  done something different?  Isn't that right?

 6  A.   I think I understand the question, which is, is there a

 7  universe in which Google engineers could have used a completely

 8  different set of APIs?

 9       And I believe there is such a place.

10  Q.   And that is -- place is particularly the place where

11  Google doesn't want to leverage a large body of software

12  developers and leverage a large existing body of code and other

13  libraries; isn't that right?

14  A.   I don't think I'm -- I know why Google would or wouldn't

15  do something.  I think it's certainly possible to create API

16  packages with different labels.  And then you wouldn't be using

17  the same Java developers.  So that's true.  But I don't know

18  what -- why Google might do something.

19  Q.   It's true, sir, that the Java APIs are viewed by the

20  community at large as reasonably good APIs, aren't they?

21  A.   Yes, I think that's true.

22  Q.   And you agree they are good APIs?

23  A.   I do.

24  Q.   And not all software is the same, is it?

25  A.   If you mean not all software is good, I agree with that as

1   well.

2   **Q.**   Because there's a notion of quality in software; isn't

3   that true?

4   **A.**   There is a notion of quality in software, absolutely.

5   **Q.**   And some lines of code are better than others?

6   **A.**   Sometimes it's tricky to go on a line-by-line basis.  But,

7   in general, some software is better than others.  And sometimes

8   you might be able to look at a few lines of code and say, well,

9   those are absolutely better than some other lines of code.  So

10  sure.

11  **Q.**   And that's true of APIs as well.  There's quality in APIs;

12  right?

13  **A.**   There is quality in APIs, yes.

14  **Q.**   And a good API makes a programmer's task simpler than a

15  bad API; true?

16  **A.**   I think that's a reasonable characteristic -- one of the

17  characteristics of what a good API is -- that it does make a

18  programmer's task simpler, yes.

19  **Q.**   In fact, it is your view that without the Java APIs that

20  Google took, Java programmers would have found it cumbersome to

21  program for the Android platform; isn't that right?

22  **A.**   Let me equate that to what I said earlier, which is, in

23  using these API declarations, Android met developer

24  expectations.  If they hadn't, it would have been cumbersome to

25  use.

1    So in using these API declarations, the Android platform

2    was one that developers could use much more easily.  It would

3    have been cumbersome if they hadn't used these same API

4    declarations.

5    **Q.**   And so you thought it was a sound business practice for

6    Google to leverage the existing community of developers,

7    minimizing the amount of new material and maximizing existing

8    knowledge; isn't that true?

9    **A.**   That sounds like a reasonable statement.  And I'm

10   confident it's something that I said.

11   **Q.**   All right.  And you also agree, sir, that android would

12   not work without the Java APIs that Google copied; isn't that

13   right?

14   **A.**   Android wouldn't work if you took one line of code out of

15   Android.  It would stop working.

16       So if you took the 37 API package declarations that Google

17   used in creating it, it would also not work.  But if you

18   removed the libraries that I spoke about, it also would stop

19   working.

20   **Q.**   All right.  Now, it's true, sir, that you are not an

21   economist?

22   **A.**   That is true.  I am not an economist.

23   **Q.**   And you did not apply any economic expertise in evaluating

24   the effect of Android on Java SE; isn't that right?

25   **A.**   That is true.

ASTRACHAN - CROSS / HURST

1   **Q.**   And, sir, is it also true that Java ME is a subset of

2   Java SE?

3   **A.**   There are editions to the Java ME that aren't part of

4   Java SE because it runs on feature phones and embedded devices.

5   But, in general, it's a subset.

6   **Q.**   Is it true that most of Java ME is a subset of something

7   in Java SE?

8   **A.**   I think that's reasonable.

9   **Q.**   Now, you were not offering any opinion in your report

10  about whether SE could be used in mobile phones; is that right?

11  **A.**   I think that I spoke about how Java SE had not been used

12  in a mobile phone, in my report, other than on the Android

13  platform.

14  **Q.**   Well, and other than Danger and Savaje, that you heard

15  about while you were sitting here this week; right?

16  **A.**   Yes.  But I believe you asked about my report.  And I did

17  not know -- I didn't hear about Danger and Savaje before I

18  wrote my opening report.

19  **Q.**   So that's not something Google called to your attention

20  before you wrote your opening report?

21  **A.**   I think that's reasonably correct, yes.

22  **Q.**   Is it true, sir, that you have not offered an opinion

23  whether Java SE is something that could be used in phones?

24  **A.**   I'm trying to understand.  You mean all of Java SE?

25  Because as we've been talking about here, we've used API

1    declarations from 37 packages to create this new context,

2    Android phone.

3        If you're asking did I offer an opinion about Java SE on

4    phones, I don't think that's in my report.  I think that's

5    right.

6            MS. HURST:  Your Honor, permission to read from the

7    March 2016 deposition, page 134, line 24, through 135 line 6.

8            THE COURT:  Any objection?

9        Go ahead.  No objection.

10           MS. HURST:  (As read:)

11       "Q.  Now, is it your opinion in this case that because

12       Java SE was designed with desktops in mind that it could

13       never be used in phones?

14       "A.  I don't think I have offered an opinion about whether

15       SE would be something that could be used in phones.  So I

16       don't -- but, so I don't think I offered that opinion,

17       no."

18   BY MS. HURST

19   Q.   Is it true, sir, that you don't have the business

20   expertise to be able to say what a company's assets are?

21   A.   I don't -- as I mentioned earlier, I'm not an economist.

22   Nor am I a specialist in business practices, that's right.

23   Q.   And you've never created software in a commercial setting?

24   A.   I have created software that I've sold.

25   Q.   Has that changed since the time of your last deposition in

ASTRACHAN - CROSS / HURST

1   this matter?

2   **A.**    I think at one point I talked about when I was a graduate

3   student, friends of mine and I developed software for other

4   aspects at -- at Duke for physicians in the hospital to

5   accomplish certain tasks.  And we sold that software to them.

6        I was never employed in a company in a commercial setting.

7   But the software that I wrote at different times was something

8   that I sold.

9   **Q.**    In reaching your opinions that you've offered here today,

10  you did not consider whether there was any harm to the Java

11  platform in reaching those opinions; is that right?

12  **A.**    I think that's right.

13  **Q.**    The IEEE, that's the Institute for Electrical and

14  Electronic Engineers; correct?

15  **A.**    Yes, that's IEEE.

16  **Q.**    And ACM is the Association for Computing Machinery.  Is

17  that right?

18  **A.**    That's correct.

19  **Q.**    And these are both organizations to which software

20  engineers belong; is that true?

21  **A.**    They can belong to them.  It's not a requirement.  But

22  they are organizations that both academics and software

23  engineers belong to, yeah.

24  **Q.**    Is it true, sir, that ACM and IEEE work together to create

25  some standards that apply to what you do?

1    **A.**   They do.   They create many standards that are offered for

2    academics and software practitioners to use in their work, yes.

3    **Q.**   And you're not aware of any ACM standard that includes

4    within it a requirement to use the Java SE API; correct?

5    **A.**   I think that's right.   Even in the curriculum standards

6    that are part of ACM/IEEE, they talk about Java as being useful

7    in academic courses.   But there are no requirements that Java

8    be used, nor that the Java SE platform be used.

9    **Q.**   And you're not aware of any standard adopted by IEEE that

10   includes within it a requirement to use the Java API; correct?

11   **A.**   That's right.   I'm not aware of any such standard.   That's

12   right.

13   **Q.**   All right.   Now, your expert report in this case did not

14   identify any peer-reviewed article or publication of any kind

15   saying that APIs are not subject to copyright; true?

16   **A.**   Just trying to parse all the nots there.

17   **Q.**   Yeah.   It's a tricky one.

18   **A.**   I'm pretty confident that if I said, I included no

19   references to articles and journals that talked about the

20   copyrightability of APIs.

21   **Q.**   All right.   No papers; no websites; no surveys; no

22   peer-reviewed publications; correct?

23   **A.**   I think that's right, yes.

24   **Q.**   All right.   And you don't know whether GNU Classpath or

25   Apache Harmony were licensed; right?

1    **A.**   I have a hard time understanding that question.

2         Both GNU Classpath and Apache Harmony have a license.

3    They're licensed with different open source software licenses.

4    So Apache Harmony has an Apache license, and GNU Classpath has

5    a GPL Classpath Exception license.  But I'm guessing you're

6    asking me a different question.

7    **Q.**   I'm asking you, sir, whether -- you don't know whether

8    they had licenses from a licensor to do the work that they did;

9    isn't that right?

10   **A.**   I don't know whether they had a license from Sun to work

11   on Java, that's correct.

12   **Q.**   All right.  And you would agree with me, sir, that you

13   don't need fair use when you've been expressly authorized to do

14   something; isn't that right?

15   **A.**   Are you asking me a legal question?  Because I'm -- I

16   understand I'm not really supposed to answer questions from a

17   legal perspective.

18   **Q.**   I'm just asking your understanding, sir.

19        You don't need to make a claim of fair use if you've got a

20   license; right?

21   **A.**   That sounds to me like something legal, that I don't

22   understand.  So I'll say, caveat, I am not a lawyer.

23        (Laughter)

24   **A.**   And then say that if I have a license to do something, I

25   understand that that gives me permission to do exactly what

1    that license says.  And so I would be able to go forth and do

2    it.

3    Q.    The ACM, the Association of Computing Machinery, publishes

4    a code of ethics; is that right?

5    A.    Yes, they do.

6    Q.    I'm going to show you Exhibit 5338.

7             MS. HURST:  May I approach, Your Honor?

8             THE COURT:  Sure, you may.

9    BY MS. HURST

10   Q.    Do you recognize that as the ACM code of ethics?

11   A.    I do.

12   Q.    And you agree with the ACM code of ethics, don't you, sir?

13   A.    I think, in general, it's a good guideline for academics

14   and professionals to follow.

15            MS. HURST:  I move the admission of Exhibit 5338, Your

16   Honor.

17            MR. PAIGE:  No objection.

18            THE COURT:  Received.

19       (Trial Exhibit 5338 received in evidence.)

20       (Document displayed.)

21   BY MS. HURST

22   Q.    Let's look at paragraph 1.5 on page 3 of Exhibit 5338.

23   A.    Okay.

24   Q.    And do you see what that head there is, sir?

25   A.    I believe it says, "Honor property rights, including

1    copyrights and patent."

2    **Q.**   And could you read the second sentence there.

3    **A.**   The one that starts with "Even"?

4    **Q.**   Yes.

5    **A.**   "Even when software is not so protected, such violations

6    are contrary to professional behavior."

7    **Q.**   And would you read the next sentence, please.

8    **A.**   "Copies of software should be made only with proper

9    authorization."

10   **Q.**   And the final one, sir.

11   **A.**   "Unauthorized duplication of materials must not be

12   condoned."

13   **Q.**   Now, you tell your students that if they're going to use

14   commercial software, they should pay for that software; right?

15   **A.**   For commercial software, yes, they should pay for it.

16   That's correct.

17   **Q.**   And you ask your classes how many -- raise your hand, how

18   many of you have broken the law by downloading music or videos;

19   right?

20   **A.**   I do.  And it's surprising how many of them raise their

21   hand.

22   **Q.**   And you tell them just because other people do it doesn't

23   make it the right thing to do, don't you?

24   **A.**   I do.

25   **Q.**   Because you're trying to convey to them what is

1  appropriate behavior for software professionals; isn't that

2  right?

3  **A.**   That's correct.

4  **Q.**   You think the right thing to do is purchase things that

5  need to be purchased; cite things that need to be cite; and act

6  both according to the law and a sense of moral and ethical

7  code; isn't that right?

8  **A.**   That sounds like a good way of conducting what you do,

9  yes.

10  **Q.**   Now, you're familiar with open source licensing; right?

11  **A.**   I have a general familiarity with open source and free

12  software licenses, yes.

13  **Q.**   You've read lots of literature written by people in the

14  open source community.  And you've read the open source and GNU

15  licenses; right?

16  **A.**   I've certainly read lots of literature.  And I have read

17  some of the licenses, yes.

18  **Q.**   All right.  You've heard of the GPL license?

19  **A.**   Yes.

20  **Q.**   And you have heard that referred to as a "copyleft"

21  license; right?

22  **A.**   I have.

23  **Q.**   And it's a license that's sometimes called "viral"; is

24  that true?

25  **A.**   That is true.

ASTRACHAN - CROSS / HURST

1   Q.   You don't like that word very much?

2   A.   I think there's a community of people that don't like

3   "viral" because it reminds you of a virus, which is not a good

4   thing.

5        But we've also heard of viral videos.  And those are good

6   things.  So viral today, I think, is less offensive to a lot of

7   people because viral videos are good.

8        So "viral" is not so bad.  It's a word that some people

9   don't like.

10  Q.   The word "viral" means that the code covered by the GPL

11  license becomes infected with the license, such that all of the

12  new changes downstream have to be published.

13       And they have to be published under the same license

14  terms; is that right?

15  A.   Well, this is why, for example, people don't like the word

16  "viral," because you're talking about infected.

17       The proponents of free software say, if you use something

18  licensed with the GPL, then you are obligated to put it back to

19  the community to share with everybody the same work that you've

20  done because you got and were allowed to use it by them giving

21  it to you.

22       So the free software people view it as giving back to the

23  community.  If you use something with GPL, and you make changes

24  to it, if it's straight GPL you must give it back to the

25  community as well.

ASTRACHAN - CROSS / HURST

1  **Q.**   And you have to give it back to the community under the

2  same terms, true?

3  **A.**   With the GPL license, that's correct.

4  **Q.**   And you agree that copyright is an indispensable tool in

5  the open source movement for enforcing that kind of license,

6  don't you?

7  **A.**   That's my general understanding, that the reason that

8  software can be licensed with the GPL and other licenses is

9  because if you decide to do that, it's because you have the

10  copyright.  And that's what gives you the ability to license it

11  with different licenses, that's correct.

12  **Q.**   And without the copyright, the owner of the copyright

13  couldn't enforce the give-back provision; right?  There would

14  not be any way to make people follow giving back?

15  **A.**   Now, that sounds like a legal thing.  I'm not sure how to

16  do that.

17      I understand copyright is what allows me to license

18  things.  I don't know about how to enforce a license.

19  **Q.**   All right.  You agree, sir, that if an individual or -- as

20  an individual or company, if you use software with a specific

21  license then you should follow the terms of that license;

22  right?

23  **A.**   I think that's, in general, a good idea, yes.  You should

24  try to follow the license, yes.

25  **Q.**   And you also agree that if you're not prepared to obey

1   those terms, then you should not make excuses about it later;

2   isn't that right?

3   **A.**   Sounds like something that Dad would say.  But, sure, I'll

4   go with that.

5   **Q.**   Sir, if everyone was able to ignore the restrictions of

6   open source licenses by claiming that it was fair use because

7   it was open in the first place, then pretty soon there would be

8   no more open source licensing, would there?

9           **MR. PAIGE:**  Objection, Your Honor.  Argumentative.

10          **THE COURT:**  Well, no.  That's what experts are for.

11  They are arguments to begin with.  So it's okay to argue with

12  an expert.  Overruled.

13      Please answer the question.

14          **THE WITNESS:**  Well, I think that was kind of a

15  complicated question.

16      I think the question was, if all open source licenses were

17  ignored because fair use was being used to claim that they were

18  ignored, then wouldn't the world be different --

19          **THE COURT:**  No, that's not quite what she said.  Let's

20  see if I can say it.

21      The open source system does have a license, the GPL

22  license, for example.  And what Ms. Hurst is asking, if you

23  acquired something under a GPL license as an open source, but

24  then claimed that you didn't need a license to begin with

25  because it was fair use, because it was being open sourced,

1   then wouldn't that erode and prejudice the whole open source

2   system?

3          That's not quite as good a question.

4              **MS. HURST:**  It was far better than mine, Your Honor.

5              **THE COURT:**  That's what she's getting at.  So what do

6   you say to that point?

7              **THE WITNESS:**  I don't think that's right, because I

8   think that it -- it's trying to equate something in general to

9   what we're talking about here, which is using just a very small

10  amount of the code.

11         I mean, as I understand fair use, we've heard about the

12  four factors that I don't understand from a legal perspective.

13  I only understand from what was represented here in the court.

14         And if I use the entirety of a piece of software without

15  paying attention to the license, that would be an issue.  But

16  if I'm just using parts of the software or using it in

17  different ways, then, as I understand it, the reason that we're

18  here is to understand whether a use might be fair.

19         So I don't think it's reasonable to say that if fair use

20  was just used to copy software indiscriminately, wouldn't that

21  change open source, I don't think that's a reasonable question.

22  So I don't think I can really answer it that way.

23             **MS. HURST:**  Your Honor, permission to read from the

24  deposition of March 2016, at page 30, lines 22 through 34 line

25  10.

1          **THE COURT:**  Okay.  Go ahead.

2          **MS. HURST:**  (As read:)

3     "Q.  Let's just stick with some flavor of GPL; right.  The

4     software has been made available, let's say under GPLv2.

5     You've got some group of people that come along and they

6     take it and they use it, and they don't give back their

7     modifications.  And then they say, 'Well, because you made

8     it freely available, I shouldn't have to give you back my

9     modifications.  It's not hurting you any if I don't do

10    that.'  What do you think of that?

11    "A.  My understanding is if, as an individual or company,

12    I use software with a specific license, then I should

13    ascribe to the terms of that license.

14    "Q.  And you don't think you should make an excuse and say

15    you don't have to comply just because somebody made it

16    freely available in the first place?

17    "A.  Again, in the hypothetical that you are providing, if

18    I am using software with a specific license, I should use

19    and obey the terms of that license.

20    "Q.  All right.  But, really, what I want to get of the

21    idea of whether you think there's an excuse for not

22    following a license because the code was made freely

23    available under that license in the first place?

24    "A.  I think that if as a software developer I know,

25    understand licensing, and that's much more something that

1        is important in today's software world, that I should base

2        the libraries and softwares I'm using on how I am going to

3        put and give back what I do so that if I'm a developer

4        using a GPL-based piece of software, I should be prepared

5        to obey the terms of that license.  And if I am not, I

6        should look for a different licensed piece of software.

7        "Q.  So, in other words, if you are not prepared to obey

8        those terms, you should not make excuses about it later?

9        "A.  I think doing that is not something that I would

10       think is proper in the sense of both either ethics or

11       legal as you mentioned before."

12       "Q.  And, in fact, if everybody did that, if they just

13       ignored the terms of the license and then made excuses

14       later, pretty soon that would kill open source licensing,

15       wouldn't it, because it would kill the whole obligation to

16       give back that was part of that copyleft foundation?

17       "A.  I don't think I'm omniscient enough to be able to say

18       what would make or sustain or stop the free software open

19       source licensing.  I think in the current world, those are

20       working very well.  If you are asking to imagine a world

21       in which they are no longer working, I guess that's

22       conceivable.  But I'm not prepared at this point to say

23       why that might happen.

24       "Q.  Don't you think it would be a logical conclusion,

25       though, to put 1 and 1 together and reach 2, that if

1    everybody just disregarded the license terms and stopped

2    giving back, that the incentives for open source software

3    would be substantially diminished?

4    "A.   I think that's a hypothetical.  It's a little

5    difficult to get my head around because what, as I

6    understand it, you have asked, if every single group,

7    person, individual stopped obeying licenses that they were

8    supposed to do, would that change the landscape, that's

9    seems reasonable that it might change the landscape.  But

10   how it would change it is not something I am prepared to,

11   kind of, undertake as an intellectual exercise.

12   "Q.   And you have not done that in connection with this

13   case, just to be clear?

14   "A.   Not in connection with this case, I have not."

15        MS. HURST:  Pass the witness.

16        THE COURT:  All right.  We will now go back to

17   redirect.

18                    <u>**REDIRECT EXAMINATION**</u>

19   BY MR. PAIGE

20   Q.   Professor Astrachan, you had mentioned in your testimony

21   "straight GPL."

22        What were you differentiating when you said "straight

23   GPL"?

24   A.   Well, we talked about, with OpenJDK, that it's GPL Version

25   2.0 with a Classpath Exception.  And I explained how linking

1    worked as part of explaining that Classpath Exception.  And, in

2    particular, that that allows a developer to create their

3    software with a different license than the GPL.

4         So whereas the GPLv2 by itself might be considered viral

5    or require you to give it back, with the Classpath Exception

6    that allows me to write software with a different set of

7    license if I'm linking it against something else.

8    **Q.**   So if there's the Classpath Exception, does that infect

9    the software you're linking it to?

10   **A.**   No.  Although, I don't really like the word "infect."  In

11   the case we're talking about here, the software would not be

12   tainted or infected, or be required to give back.  That would

13   not be the case.

14   **Q.**   Now, Ms. Hurst asked you whether Android transformed the

15   Java SE as a whole.

16        Do you have an opinion as to whether Java transformed the

17   37 API packages here?

18   **A.**   I do.  I think those package labels were absolutely

19   transformed in creating this new context, the mobile platform

20   that is Android.

21        That is absolutely a new context and shows how those

22   labels were transformed in creating that platform.

23             **MR. PAIGE:**  I pass the witness, Your Honor.

24             **THE COURT:**  All right.  Anything more, Ms. Hurst?

25             **MS. HURST:**  Two questions, Your Honor.

1     THE COURT:  Okay.

2                  RECROSS-EXAMINATION

3   BY MS. HURST

4   Q.   If we look at Exhibit 43.1.

5        (Document displayed.)

6   Q.   And this was the big board that you had during your

7   discussion, sir.

8        Those core libraries, and the Dalvik Virtual Machine, and

9   the green libraries, and the blue application framework, those

10  are all part of the Android program; is that right?

11  A.   Yeah.

12           MR. PAIGE:  Objection.  This is beyond the scope of

13  the redirect.

14           THE COURT:  It does sound like it's beyond the scope.

15           MS. HURST:  It's related to the testimony regarding

16  linking, Your Honor.

17           THE COURT:  All right.  I'll take your word for it.

18  Objection overruled for now.

19  BY MS. HURST

20  Q.   Those are all part of the same, the program Android; isn't

21  that right?

22  A.   The Android platform they're part of, yes.

23  Q.   And that program includes 37 Java APIs in the core

24  libraries; right?

25  A.   The API package declarations and their independent

 1    implementations are part of those libraries, that's correct.

 2             MS. HURST:  All right.  No further questions.

 3             THE COURT:  Okay.  All right.  So may the witness be

 4    excused?

 5             MR. PAIGE:  Yes, Your Honor.

 6             THE COURT:  Okay.  We'll excuse you for now.  Please

 7    leave all the documents up here unless you brought them to the

 8    stand.  And counsel will take care of them.

 9        And you may -- you are entitled to have a seat since the

10    lawyers have agreed that the retained experts may stay in the

11    room.

12        Right?

13             MR. VAN NEST:  That's right, Your Honor.

14             MR. BICKS:  Yes.

15             THE WITNESS:  Thank you.

16             THE COURT:  Okay.  Thank you, sir.

17        All right.  I wanted to read that instruction to the jury,

18    but I think you're about to wind up; right?

19             MR. VAN NEST:  I am.

20             THE COURT:  Okay.  So why don't I let you do that, and

21    then I'll read the instruction.

22             MR. VAN NEST:  Your Honor, we have a list of exhibits

23    that the parties have agreed can be admitted.

24        And I'm going to read part of it, and then Mr. Mullen may

25    supplement it.  But let me read these five.

 1          TX 5868.   TX 7368.   TX 7237.   TX 7239.   And TX 2036.   We'd

 2    move those into evidence.

 3               **THE COURT:**  Any objection?

 4               **MR. BICKS:**  No objection, Your Honor.

 5               **THE COURT:**  All received.

 6          (Trial Exhibits 5868, 7368, 7237, 7239, 2036 received in

 7    evidence.)

 8               **MR. VAN NEST:**  There are also some exhibits on the

 9    preadmitted list, that Mr. Mullen is going to reference now.

10               **THE COURT:**  Okay.

11               **MR. MULLEN:**  Your Honor, on the preadmitted list we

12    have just five or six.   They are TX 573.   TX 2009.   TX 2010.

13    TX 2019.   2021.   2237.   And 2564.

14               **THE COURT:**  Any objection?

15               **MR. BICKS:**  No objection.

16               **THE COURT:**  All of those are received.

17          (Trial Exhibits 573, 2009, 2010, 2019, 2021, 2237, 2564

18    received in evidence.)

19               **MR. MULLEN:**  Thank you.

20               **THE COURT:**  Okay.

21               **MR. VAN NEST:**  Your Honor, at this time, subject to

22    some potential housekeeping related to exhibits, Google rests

23    its case-in-chief.

24          (Defendant rests.)

25               **THE COURT:**  All right.   So we've reached a milestone.

1    The party with the burden of proof is resting its

2 case-in-chief.  And we are about to start to hear the other

3 side's case, since we have 40 minutes left.  And we will get

4 right down to it.

5    Would it help you if I postponed the reading of this,

6 given the time?  It's up to you.

7    This is the thing about expert witnesses.  I don't -- in

8 other words, I don't -- if we can finish your witness today, I

9 don't want to inconvenience your witness.

10    **MR. VAN NEST:**  We can wait, Your Honor, on the reading

11 you're talking about.

12    **THE COURT:**  How about you, can you -- I'm going to

13 read this tomorrow.

14    I have an instruction that I have constructed for you on

15 expert witnesses.  And I want you to -- because you're going to

16 have a lot of expert witnesses in this case.  But I'll read

17 that in the morning, rather than read it to you right now, if

18 that's okay with counsel.

19    Is that all right?

20    **MR. VAN NEST:**  That's fine, Your Honor.

21    **THE COURT:**  How about you?

22    **MR. BICKS:**  Your Honor, Oracle would intend to be

23 making a Rule 50A motion.

24    **THE COURT:**  Okay.  I'm going to deem that to be made

25 right now, but we'll hear it later.

1          **MR. BICKS:**  Thank you.

2          **THE COURT:**  But is it okay with you if I read this

3    instruction tomorrow morning, rather than now?

4          **MR. BICKS:**  That's fine.

5          **THE COURT:**  At this time, then, we will turn

6    immediately to the -- to the Oracle case.

7       And I just want to give you a heads-up.  I think we're

8    about 60 -- even though we're further ahead than it sounds,

9    because it's about 60 percent of the time, a little more than

10   that has actually been used.  So we're on track to finish this

11   case this week, evidence-wise.  And then argue it next week.

12   Okay.

13      And remember, tomorrow I'm going to give you an

14   instruction that will be about two minutes long on expert

15   witnesses.  And we just heard one from -- I'll put that in

16   quotes.  "Expert witness," in quotes because that's how lawyers

17   refer to them, all retained experts.  So I need to give you an

18   instruction on that, but it's going to wait until tomorrow.

19      Let's call your first witness.

20         **MS. HURST:**  Your Honor, Oracle calls Safra Catz.

21         **THE COURT:**  All right.  Let's bring her in.

22      Welcome.  How are you today?

23         **THE WITNESS:**  Fine.  Thank you.

24         **THE COURT:**  Please raise your right hand.

25

1          **SAFRA CATZ, PLAINTIFF'S WITNESS, SWORN**

2          **THE CLERK:**  Please state your name for the Court, and

3     spell your last name for the record.

4          **THE WITNESS:**  May name is Safra Catz.  C-a-t-z.

5          **THE COURT:**  All right.  You're coming through loud and

6     clear.  That's great.  Welcome, again.

7          Go ahead, Ms. Hurst.

8          **MS. HURST:**  Thank you, Your Honor.

9                      **DIRECT EXAMINATION**

10    BY MS. HURST

11    **Q.**   Ms. Catz, would you please introduce yourself to the jury

12    and tell us a little bit about your personal background.

13    **A.**   Sure.  My name is Safra Catz.  I was born in Israel.  And

14    I came to the United States in 1967, with my parents.  I became

15    an American citizen in 1972.

16         I'm married.  And I have two sons.  And I live near our

17    Redwood City headquarters.

18    **Q.**   And what is your role at Oracle?

19    **A.**   I am co-CEO with Mark Herd.  And I'm responsible for

20    day-to-day operations of Oracle and a number of other parts of

21    our business, as well as I'm chairman of our educational

22    foundation.

23    **Q.**   And how did it come to pass that you are presently the CEO

24    or co-CEO at Oracle?

25    **A.**   Well, I was -- I originally joined in 1999, to help Larry

1    Ellison, our CEO at the time, do a business transformation of

2    Oracle.

3        And over the time period that was extremely successful,

4    and I was given additional responsibilities.  I was chief

5    financial officer a number of times.  I became president.  And

6    I was promoted to co-CEO over a year ago.

7    **Q.**   And are you also a member of the board of Oracle?

8    **A.**   Yes.  I've been a member of the board of Oracle for over a

9    decade.

10   **Q.**   And prior to joining Oracle, could you give us a brief

11   description of your employment history.

12   **A.**   Uhm, well, actually, other than waitressing, I have had

13   one other job.  I worked on Wall Street right out of law

14   school, at a small investment bank.  And I started a group

15   which focused exclusively on software companies.  It was the

16   '80s, and software companies were really coming into their own

17   at that time.

18   **Q.**   All right.  Could you give us a brief introduction to

19   Oracle the company.

20   **A.**   Sure.  Oracle was founded nearly 40 years ago, 1977, as a

21   database company.  And it was founded by our current chairman

22   and chief technology officer, Larry Ellison.  He founded it

23   with two of his colleagues.  And it started with database and

24   expanded from that to applications and ultimately to hardware

25   and cloud services.

1  Q.   And what, in a nutshell, is Oracle's business?

2  A.   Well, what Oracle does is we focus on solving the most

3  complicated technical issues in computing.  We make all sorts

4  of software that most people don't actually realize they're

5  using our software.  They use it every day, multiple times a

6  day, to get their jobs done.

7  Q.   And who are Oracle's customers?

8  A.   Our customers are anywhere from Ford Motor Company to

9  Tesla to, like, the oldest companies like General Electric, to

10 Facebook and Stripe.

11      We help hospitals, so, M.D. Anderson, in cancer studies,

12 to University of Pennsylvania, medical centers, universities,

13 like the University of California.  It's businesses.  It's

14 government.  It's the Air Force, the Navy.

15      And including things like Levi Stadium.  When you order a

16 hot dog, you actually use Oracle software to do it.

17 Q.   What are some other examples of how the jury might be

18 interacting with Oracle software and not even realize it?

19 A.   Well, anytime they use an ATM machine, it's hitting

20 hundreds of Oracle databases.

21      When they make a phone call, the very way that the phone

22 company knows where your cell phone is, is again hitting Oracle

23 databases all over.

24      Really, every time they get a paycheck, most times it's

25 been Oracle software that actually makes that possible.

1   **Q.**   All right.  And how many people does Oracle employ?

2   **A.**   Well, we have over 135,000 right now.

3   **Q.**   And does Oracle -- is it located in the Bay Area?

4   **A.**   Yes.  We're in Redwood Shores.  But we also have

5   operations in Pleasanton, in Santa Clara, up here in the city.

6   We have a lot of facilities.  We've got thousands of people

7   here.

8   **Q.**   All right.  Ms. Catz, there's a thing over here on this

9   big whiteboard called the "Joint Timeline."

10      Do you see that?

11  **A.**   Yes, I do.

12  **Q.**   All right.  And if you look over there, you might see

13  that -- was there some point in time when Oracle considered

14  acquiring Sun Microsystems?

15  **A.**   Yes.  In early 2009.

16  **Q.**   Okay.  So over here, early 2009 (indicating).

17      All right.  And how did that come about?

18  **A.**   Well, we had always worked with Sun Microsystems over the

19  years, for many years.  And once Java was developed, we

20  actually used Java to build our software, most of our

21  middleware and applications.

22      And when the Internet bubble imploded in 2001, a number of

23  companies started to have problems.  And over time some of them

24  recovered and some didn't.  And Sun Microsystems, by 2005-2006,

25  was having some problems.

1    And at one point, Scott McNealy, who is the former CEO,

2    stepped down.  There was a new CEO with a different strategy,

3    that was very unsuccessful.  And so Sun Microsystems did not do

4    well during that period, and we were concerned that there would

5    be issues with funding Java.

6    **Q.**  All right.  And so how did the decline in Sun's business,

7    if at all, affect your thinking about Java?

8    **A.**  Well, the first thing was we were concerned that they

9    wouldn't invest.  And Java was absolutely critical for the

10    success of our platform and our product.

11    And, secondly, as their stock price went down

12    precipitously during this period, there was the possibility

13    that another company might buy them or they might go private,

14    and that would put us at a disadvantage regarding Java.

15    **Q.**  All right.  And so you mentioned the precipitous decline

16    in stock price.  About when did that occur?

17    **A.**  2007 to 2008.  It was down about 80 percent at that point.

18    **Q.**  All right.  And so what were the next steps in connection

19    with Oracle's consideration of acquiring Sun?

20    **A.**  Well, the Sun Microsystems was a hardware and software

21    company.  And we were just a software company.  So at first we

22    looked at just buying the software business.  And we offered to

23    Sun for us to buy some of their software assets, including

24    Java.  But they said no.

25    **Q.**  All right.  And then what happened next?

1    **A.**   Well, we read in the *Wall Street Journal* and in all the

2    newspapers that one of our competitors --

3          **MS. ANDERSON:**  Objection, Your Honor.  The witness is

4    testifying about a news article.

5          **MS. HURST:**  It's not offered for the truth, Your

6    Honor.  It's just for the sequence of events.

7          **THE COURT:**  Is that inflammatory?

8          **MS. HURST:**  Not at all, Your Honor.

9          **THE COURT:**  All right.  I'll take your word for it.

10   If it's inflammatory, I'll have to strike it out.

11        So stick to noninflammatory things you read.

12         **THE WITNESS:**  Yes.  We read that IBM was going to buy

13   Sun.  And so we thought we would rather buy Sun, if we could,

14   than have IBM buy it.

15         **THE COURT:**  Okay.  That's all right.  That's not

16   inflammatory.

17        (Laughter)

18         **MS. HURST:**  Thank goodness.

19   **BY MS. HURST**

20   **Q.**   All right.  And so is that what happened?

21   **A.**   Yes.  Actually, we did very fast due diligence.  And we

22   actually outbid IBM and agreed with Sun for us to acquire them

23   in April of 2009.

24   **Q.**   All right.  So that's over here on the timeline at

25   April 2009?

1  **A.**   Yes.

2  **Q.**   All right.  Before you, Ms. Catz, there's a stack of

3  documents and folders.

4       Do you see there Exhibit 6792?

5  **A.**   Yes, I do.

6  **Q.**   All right.  Do you recognize Exhibit 6792?

7  **A.**   Yes.  This is the press release we put out on the morning

8  that we were announcing that we were buying Sun Microsystems.

9  **Q.**   And Oracle was a public company then?

10 **A.**   Yes, it was.

11 **Q.**   And you had an obligation to report material events such

12 as that acquisition?

13          **MS. ANDERSON:**  Objection.  Leading, Your Honor.

14          **MS. HURST:**  It's foundation for the admission of the

15 document, Your Honor.

16          **THE COURT:**  Well, it's foundational enough.

17 Overruled.

18      Please answer.

19          **THE WITNESS:**  Yes.

20          **MS. HURST:**  Move the admission of 6972.

21          **MS. ANDERSON:**  Objection, Your Honor.  This is a

22 hearsay document.  And, also, there is no ruling; although, I

23 understand that issue may be handled in another way.  But this

24 is still a hearsay article.

25          **MS. HURST:**  It's a business record, Your Honor, that

1  they had an obligation to report to the SEC.  And it's been

2  redacted for the information that's covered by the --

3          THE COURT:  Is this an SEC filing?

4          MS. HURST:  It was later filed --

5  BY MS. HURST

6  Q.   Ms. Catz, was this press release later filed with the SEC?

7  A.   Yes.  It was filed that day.

8          MS. ANDERSON:  Your Honor --

9          THE COURT:  Well, let me see it.  I'm sorry, I have to

10  look at it.

11      (Pause)

12          THE COURT:  Do you think next time you could make the

13  print smaller?

14      (Laughter)

15          THE COURT:  This is a hearsay document.  Offered by

16  you, it's hearsay.

17          MS. HURST:  Well, it's a business record, Your Honor.

18          THE COURT:  No, it's not a business record.  Come on.

19      This is not in evidence.  The witness can testify to

20  probably everything in there.  But she -- it is a hearsay

21  document.  The objection is sustained.

22          MS. HURST:  All right.

23  BY MS. HURST

24  Q.   What, if anything, did Oracle announce about the

25  significance of Java in connection with its acquisition of Sun,

1    Ms. Catz?

2    **A.**   We announced that we thought Java was the single most

3    important software asset Oracle had ever acquired.

4    **Q.**   And how did Oracle plan to approach Java after the

5    acquisition?

6    **A.**   We intended to invest in it and bring the Java community

7    together, and come out with new versions of Java going forward.

8    **Q.**   What was your role in the acquisition of Sun?

9    **A.**   I did the original due diligence.  Meaning I met with Sun.

10   I reviewed the Sun business case.  I negotiated the

11   transaction.  I recommended it to -- with Larry Ellison,

12   Oracle's CEO at the time, to the board of directors.  And I

13   voted for it.  I was also in charge of the integration

14   planning.

15   **Q.**   Did you buy Sun because you wanted to file a copyright

16   lawsuit against Google?

17        **MS. ANDERSON:**  Objection.  Leading.

18        **THE COURT:**  It is leading.

19     This is an exception that I allow whenever somebody makes

20   an accusation.  I will allow them to ask a direct leading

21   question to elicit the denial.  It's a time-honored exception.

22     Did you answer the question?

23        **THE WITNESS:**  No.

24        **THE COURT:**  Okay.  Next question.

25

1  BY MS. HURST

2  **Q.**   No, you did not; right?

3  **A.**   No, we did not.  We did not buy Sun to file this lawsuit.

4  **Q.**   Now, there was a period of time between when you agreed to

5  acquire Sun and the transaction was final; is that right?

6  **A.**   Yes.

7  **Q.**   All right.

8  **A.**   It was not final for months.

9  **Q.**   And that's over here on the timeline as well?

10  **A.**   Yes.   It became final in January 2010.

11  **Q.**   And who was in charge of Sun in that period of time

12  between April 2009 and January 2010?

13  **A.**   The Sun management team and the Sun board of directors.

14  **Q.**   And why was that?

15  **A.**   Because we didn't own Sun.

16  **Q.**   Okay.  And how would you characterize the relationship

17  between Oracle and Sun during that period of time?

18  **A.**   Well, I believe that when we announced that we were buying

19  Sun, and not IBM, employees generally were very excited and

20  very happy about it.

21      Our relationship with the CEO of Sun was not as -- as

22  good.

23          **THE COURT:**  Is not as sunny.

24      (Laughter)

25          **MS. HURST:**  Not as sunny.

1   BY MS. HURST

2   Q.   Before we get to that, could you give the jury some

3   examples of the sorts of things that came up.

4        I think you said integration planning was one of the

5   things you worked on?

6   A.   Yes.

7        So integration planning is really a preparation on both

8   sides, both on the Oracle side and the Sun side, of how the two

9   companies should come together and what would happen after the

10  acquisition closed, assuming we got permission by the

11  government.

12       And so it would be things like they were in the process of

13  upgrading their accounting system.  But we already had an

14  accounting system that was completely current and up-to-date.

15  And so we didn't think -- you know, we advised them that

16  whatever they did upgrading their system would just be wasted,

17  and that they may want to delay that.

18  Q.   Were there other examples?

19  A.   Oh, yes.  They -- they were in very difficult

20  circumstances at the time, and were in the process of doing a

21  number of layoffs, mostly in the research and development

22  groups.

23       And we advised them that we really wanted those people to

24  stay at Oracle; and that we would want to hire them back; and

25  that we would hope that they did not fire them.

1   Q.   And what was the result?

2   A.   They actually ultimately did not fire them.

3   Q.   And did that episode, in connection with the layoffs, did

4   that lead to any tension between you and Mr. Schwartz?

5   A.   Yes, it did.  He thought -- yes, it did.  We -- we really

6   did not want any more actions that were damaging Sun

7   Microsystems.  And we actually asked the board of directors if

8   it was possible for them to assign a different executive to

9   lead the company and the integration until we could take over.

10  Q.   And did that come about?

11  A.   Yes.  They -- they assigned an executive vice president

12  named Brian Sutphin, S-u-t-p-h-i-n.

13  Q.   Now, before that happened, did Android come up at all in

14  your discussions with Mr. Schwartz?

15  A.   Yes.  It actually came up right after the announcement of

16  the merger.

17  Q.   All right.  Let me ask you, Ms. Catz, to please put that

18  first document aside and look at the next one, which should be,

19  if all has gone well, Exhibit 2362.

20       Do you have that?

21  A.   Yes, I do.

22  Q.   And do you recognize Exhibit 2362?

23  A.   Yes, I do.

24  Q.   And is that an email exchange among you and Mr. Schwartz

25  and, ultimately, Mr. Ellison?

1   **A.**   Yes, it is.

2   **Q.**   All right.  And this was an email that you received at the

3   time in connection with the acquisition of Sun; is that right?

4   **A.**   Yes.

5   **Q.**   All right.

6          **MS. HURST:**  Your Honor, this is responsive to the

7   Schwartz testimony that was elicited in the defendant's case.

8   I would like to offer it as a response to that.

9          **MS. ANDERSON:**  Your Honor, objection.  The document is

10  hearsay among representatives of the same company.

11         **MS. HURST:**  May I show you the document, Your Honor?

12         **THE COURT:**  Yes, you may.

13         **MS. HURST:**  The part at the bottom of the first page,

14  discussing battles, Your Honor, that I'd like to offer it for.

15         **THE COURT:**  Do I look at the back page too?

16         **MS. HURST:**  No, just the bottom of that first page is

17  the important part, where Mr. Schwartz is writing about

18  battles.

19         **THE COURT:**  Well, I'm going to let this in, but I have

20  to give a limiting instruction.  So are you going to put this

21  on the screen?

22         **MS. HURST:**  Yes, Your Honor.

23         **THE COURT:**  I prefer to give the limiting instruction

24  once the jury can see this.

25         **MS. HURST:**  All right.

1          **THE COURT:**  So 2362 allowed in evidence with a

2    limiting instruction.

3          (Trial Exhibit 2362 received in evidence.)

4          **MS. HURST:**  Just the bottom part, Trudy.

5          **THE COURT:**  Members of the jury, if you'll look down

6    near the bottom, you'll see that there's an email from Jonathan

7    Schwartz.  I believe he was the witness we had on here last

8    week; right?  To Mr. Ellison and to Safra Catz in 2009.

9          And I guess the part that Counsel is referring to,

10   Mr. Schwartz says something along the lines of a personal tour,

11   about what they've been up to.

12         "There's obviously a lot we didn't focus on during the

13   past (worldwind) week ... from the instrumentation we're

14   building into our open source assets (so they auto-generate

15   data about the millions of customers downloading them) to the

16   battles with Adobe Flash/Google Android, Microsoft's

17   distribution dependencies, etc."

18         All right.  So the limited purpose for which this will be

19   allowed is to show that a communication did exist in April 29;

20   the fact of the communication about Google Android between

21   these -- between Schwartz and this witness.

22         And that's -- but it is not admissible -- it is hearsay --

23   to the truth of whether or not there was a battle going on or

24   not.  That would be hearsay.  And it's not admissible for the

25   truth of whether or not there was a battle going on.  But it is

 1  admissible for the information that was received by this

 2  witness.

 3      I hope that makes sense.  But that's the limited purpose

 4  for which this can be received in evidence because, otherwise,

 5  it is hearsay.

 6          MS. HURST:  Thank you, Your Honor.

 7  BY MS. HURST

 8  Q.   As part of the integration planning process with Sun,

 9  Ms. Catz, did you become further aware of what battles with

10  Google Android were at issue with Sun?

11          MS. ANDERSON:  Objection.  Leading and

12  mischaracterizes the text of the document.

13          THE COURT:  Well, it's -- the witness can explain.

14      Overruled.  Please answer.

15          MS. ANDERSON:  Thank you, Your Honor.

16          THE WITNESS:  Yes, I became aware of the fact that

17  Google had -- was using Java without a license.

18  BY MS. HURST

19  Q.   And what, if anything, did Mr. Schwartz tell you about

20  that?

21  A.   That they had worked very hard --

22          MS. ANDERSON:  Objection, Your Honor.  Hearsay.

23          THE COURT:  All right.  The reason this is -- I have

24  to give another limiting instruction.  And I'm sorry I have to

25  do this to the jury.

1       But, ordinarily, this would be hearsay and not admissible.

2   However, Google has laid a suggestion before you that Oracle is

3   the one who cooked up a lawsuit, and that this -- this whole

4   lawsuit is something that Sun never wanted to do, but Google

5   thought -- I'm sorry, Oracle thought of it on its own, after

6   acquiring the company.

7       That may or may not be true.  I don't know.  That's for

8   you to evaluate; not for me to evaluate.

9       But in response to that suggestion, counsel -- I'm sorry,

10  Oracle is entitled to show that the idea preceded the

11  acquisition, in order to meet the suggestion that has been made

12  by Google.

13      So it's okay, then, for that limited purpose, to show that

14  this communication was made by Sun before the acquisition.

15  That's the limited purpose for which this hearsay is admitted.

16  That's the only way it can be admitted.  And for that limited

17  purpose, it will be admitted.

18      Overruled.  Please go ahead.

19          **MS. HURST:**  Thank you, Your Honor.

20  **BY MS. HURST**

21  **Q.**   So with that understanding, Ms. Catz, what did

22  Mr. Schwartz tell you about the battles with Google?

23  **A.**   He told us that they'd been talking with Google and had

24  been trying to get a -- get them to license Java; and that they

25  had taken -- that Android was an unauthorized fork of Java.

1  Q.   What do you mean by that, "fork"?

2  A.   That it was a noncompatible version of Java.

3  Q.   When you learned this from Mr. Schwartz, did that stop you

4  from going ahead with the acquisition?

5  A.   No, it didn't, because Java was too important as a

6  foundation for our own products.  And it was very important

7  that we have Java and that we invest in Java going forward.

8  Q.   What was the significance, if anything, as you understood

9  it, of this forking idea?

10  A.   Well, the problem with forking is that one of the key

11  tenets of Java is that a developer can write it once and it can

12  run anywhere.  And Sun had worked for years in building the

13  Java community and building up many, many, many, many

14  developers who learned Java.

15       The problem is that forking breaks apart the community,

16  because if you write it for Android it actually runs only on

17  Android.  Unlike if -- and if you write it for Java, it won't

18  run on Android.

19       So one of the most, sort of, liberating and important

20  things about Java was this write once, run anywhere.  And this

21  was all of a sudden stopping that.

22       Additionally, what this also meant is Android, which was

23  free, was taking away customers from Sun --

24            MS. ANDERSON:  Objection, Your Honor.  This witness

25  was not disclosed as an expert.  To the extent she's moving

 1   into expert testimony on market effects, we would object as

 2   beyond the scope of your disclosure.

 3           **MS. HURST:**  It's been offered to describe her

 4   understanding at the time, Your Honor.

 5           **THE COURT:**  Well, ask a -- so far everything is okay,

 6   subject to the limitation I gave.

 7       Ask a fresh question before we get off into a new subject.

 8           **MS. HURST:**  Will do, Your Honor.

 9   **BY MS. HURST**

10   **Q.**   So there was a regulatory process between April of 2009

11   and January of 2010?

12   **A.**   Yes.  We had to get approval from the U.S. government and

13   also from the European Commission and a number of other

14   countries.

15   **Q.**   And were you involved in that regulatory process?

16   **A.**   Yes, I was very involved.

17   **Q.**   And what, if anything, during that process did you learn

18   about Sun's position with respect to Android?

19           **MS. ANDERSON:**  Objection, Your Honor.  Hearsay.

20           **MS. HURST:**  For the same purpose that the Court gave

21   the earlier instruction, Your Honor, to respond to the

22   suggestion that Oracle cooked up the lawsuit.

23           **MS. ANDERSON:**  Your Honor, this is an ongoing thing of

24   trying to put in evidence that is clearly hearsay, not within

25   any exception.

1    So continuing limiting instructions is simply a way that

2    Oracle is putting in evidence, documents, and information that

3    are purely hearsay.

4         **MS. HURST:**  Your Honor, this will be a governmental

5    record sworn by the companies.  It is not hearsay.  But even if

6    it were, it would be proper for the purpose the Court earlier

7    described.

8         **THE COURT:**  Well, I'll hear the answer before I make a

9    ruling on it.  Let's hear the answer.  Maybe I'll strike it

10   out.  But we'll see.

11        Go ahead.

12   **BY MS. HURST**

13   **Q.**   Okay.  Ms. Catz, was there some kind of regulatory

14   document describing Sun's position respecting Android?

15   **A.**   Yes.  We filed a document, with Sun's help, with the

16   European Commission answering specific questions regarding

17   Sun's view and dispute with Google Android.

18   **Q.**   And is that document before you, Exhibit 5295?

19   **A.**   Yes.

20   **Q.**   All right.  And if you look at page 39 of that document,

21   of the exhibit, is that -- do you see there the information

22   that you were referring to?

23   **A.**   Yes.  It's actually in paragraph 70.  It says, "Please

24   explain the conflict between Sun and Google with regard to

25   Google's Android."

 1          And the answer is --

 2          **MS. ANDERSON:**  Objection, Your Honor.  We object to

 3    reading into the record a hearsay document.  The document

 4    hasn't been offered in evidence.

 5          This is not a business record.  It's an exceptional

 6    situation where Oracle wrote a document and submitted it to a

 7    governmental agency in a unique situation which would,

 8    therefore, be hearsay, Your Honor.

 9          **MS. HURST:**  Your Honor, it's a regulatory filing sworn

10    by the companies.

11          **THE COURT:**  That part doesn't matter.  That doesn't

12    change the hearsay nature of it.  So that's -- that doesn't cut

13    a figure.

14          But when was this in terms of the acquisition?  And who

15    filed it?  Was it an Oracle document or a Sun document?

16    **BY MS. HURST**

17    **Q.**   It's an Oracle document; is that right, Ms. Catz?

18    **A.**   It's an Oracle document, but Sun answered the questions

19    and gave us the answers to these questions.

20    **Q.**   Sun supplied you with the answers for the Sun questions;

21    is that right?

22    **A.**   Yes.  Only they could supply those to us.  It was

23    July 24th, 2009.

24          **THE COURT:**  Look.  That -- if Oracle is the one who

25    filed it, it's not admissible.  It's hearsay.

1         **MS. HURST:**  Your Honor, we produced all of the drafts

2    leading up to this, showing Sun's participation in the

3    drafting.

4         **THE COURT:**  Show the document that came from Sun.  And

5    it was before the acquisition; is that what you're saying?

6         **MS. HURST:**  Yes.  It's in the July 2009 time period,

7    Your Honor, exactly when Mr. Schmidt --

8         **THE COURT:**  That document would be admissible, I

9    think, for the same limitation.  That would be a Sun document.

10        **MS. HURST:**  All right.  We're going to look for it,

11   Your Honor.  And we're going to have it here tomorrow morning

12   when we come back.

13        **THE COURT:**  All right.  Thank you.

14   **BY MS. HURST**

15   **Q.**   All right.  So I'm going to move ahead, Ms. Catz.  And

16   we'll come back to that document tomorrow.

17       Ms. Catz, in your diligence and integration planning for

18   the acquisition of Sun, did you ever see anything that was a

19   license between Google and Sun, or other kind of permission

20   between those companies?

21   **A.**   No.

22   **Q.**   And did Mr. Schwartz ever indicate to you, in words or

23   substance, that Google's use of the Java platform in Android

24   was okay with Sun?

25   **A.**   No.

1    Q.    And when did Oracle's acquisition of Sun finalize?

2    A.    January of 2010.

3    Q.    As part of the due diligence, did you learn whether Sun

4    owned any copyright registrations related to the Java platform?

5    A.    Yes.  Sun owned many.

6    Q.    What happened to those after the acquisition?

7    A.    Well, Sun Microsystems became -- in the merger, became

8    Oracle America.  And so Oracle America, which is a subsidiary

9    of Oracle, owns them.

10   Q.    All right.  Would you look before you, Ms. Catz, and see

11   if exhibits 464 and 475 are there.

12   A.    Yes, they're both here.

13   Q.    And do you recognize those as the copyright registrations

14   for Java SE 1.4 and 5?

15   A.    Yes, Java SE 1.4, Java 2, SE version 5.0.

16   Q.    And you understand those are the works at issue in this

17   lawsuit?

18   A.    Yes.

19   Q.    And Oracle America, which used to be Sun, is now the

20   plaintiff in this lawsuit; is that right?

21   A.    That is correct.

22          MS. HURST:  Move the admission of 464 and 475.

23          MS. ANDERSON:  No objection, Your Honor.

24          THE COURT:  Those two are received.

25        (Trial Exhibits 464 and 475 received in evidence.)

1    **MS. HURST:**  That's a good breaking point, Your Honor,

2    if about it makes sense to stop four minutes early.

3        **THE COURT:**  It will.  I'm going to take advantage of

4    the five minutes and read the one sentence that you all asked

5    me to read about Dr. Bloch.

6       Is that okay?

7           **MR. VAN NEST:**  That's fine, Your Honor.

8       **MS. HURST:**  Yes.

9        **THE COURT:**  All right.  Okay.  I need for you over

10   there -- this will take one minute.  But you remember

11   Dr. Bloch?  Maybe you remember him.  I think he was the

12   energetic witness.

13       (Laughter)

14       **THE COURT:**  He gave some testimony.  And now the

15   lawyers have both agreed that a tiny piece of his testimony or

16   a portion of his testimony should be disregarded.  So that's

17   what I'm going to tell you now.  I'm going to read exactly what

18   the lawyers want me to read.

19       The portion of Dr. Bloch's testimony regarding the

20   indirect dependency of packages and classes in the Java

21   Language specification has been stricken and should be

22   disregarded.

23       I'll read it again.

24       The portion of Dr. Bloch's testimony regarding the

25   indirect dependency of packages and classes in the Java

1   Language specification has been stricken and should be

2   disregarded.

3      And I am pretty sure that by tomorrow we will have a

4   stipulation that will supercede and deal with that subject.

5      So there we are.  Correct?  We're going to have that

6   stipulation by tomorrow; right?

7         **MS. HURST:**  We're going to have it, Your Honor.

8         **MR. VAN NEST:**  Yes, Your Honor.

9         **THE COURT:**  All right.  So you don't need to worry

10   about Dr. Bloch in that connection.  So there we are.

11      Okay.  We will now take our break five minutes early.

12   We're on track.  See you here tomorrow.  Have a great evening.

13   Remember the admonition.

14      (Jury out at 12:56 p.m.)

15         **THE COURT:**  Be seated.

16      Ms. Catz, you can be back here at 7:30, please, in the

17   morning.

18         **THE WITNESS:**  Sure.  Of course.

19         **THE COURT:**  You have a good evening as well.

20         **MS. HURST:**  Thank you, Your Honor.

21         **THE COURT:**  Let's talk a minute about what's going to

22   happen tomorrow.

23      On your Rule 50, you can -- let's have that.  When can you

24   do it in writing?

25         **MR. BICKS:**  Your Honor, I think we definitely can get

PROCEEDINGS

1    it done no later than tomorrow night.  And if the Court wants

2    it earlier, I bet --

3            THE COURT:  No, that's fine.

4            MR. BICKS:  Okay.

5            THE COURT:  That's fine.  And it would be as if it

6    were made at the close of the Google case.

7            MR. BICKS:  Yes.

8            THE COURT:  All right.  That's fine.

9        Next, the Zeidman thing -- I'm happy to read this, but

10   this is very turgent -- turbit, I guess is the word.  Turbit.

11   It's going to be hard for me to even read this and get it

12   right.

13       But that's what you want me to do?

14           MR. BICKS:  I think there's a demonstrative that kind

15   of goes with it, that I think --

16           THE COURT:  All right.

17           MR. BICKS:  -- helps it out.

18           THE COURT:  Are we going to have that ready for

19   tomorrow?

20           MR. BICKS:  Yes.

21           THE COURT:  We'll do that tomorrow.  You're going to

22   get me the stipulation on the 62.

23       What else?

24           MR. BICKS:  I don't think we have anything.

25           THE COURT:  Who's our witness after this witness?

PROCEEDINGS

```
 1          MR. BICKS:  Mr. Screven.

 2          THE COURT:  Okay.  I thought I -- all right.  That's

 3   great.

 4          MR. BICKS:  Yeah.

 5          THE COURT:  Did the lawyers need me for anything now?

 6          MR. MULLEN:  Actually, Your Honor, I don't know --

 7   Reid Mullen for Google.

 8       I don't know if we gave you the time allotment on the

 9   Terrence Barr designations.  If we didn't, I apologize for

10   that.  It's 80/20.  80 for Google.  20 for Oracle.

11          THE COURT:  All right.  Thank you.

12          MR. MULLEN:  Thank you.

13          MR. VAN NEST:  Your Honor, there is one other thing.

14       On the issue we discussed first thing this morning, with

15   respect to the procedural history, we have revised a proposal

16   and provided it to Oracle.  And we'll continue to work with

17   them to try to give you something.  This is on the procedural

18   history of the case, and so on.

19       We just created a new -- based on your comments this

20   morning about something, let's say, more vanilla, we have

21   created one and sent it.  And we'll continue working and

22   hopefully come to an agreement.  And, if not, we'll submit what

23   we --

24          THE COURT:  All right.  Well, I've been working on

25   a -- not a proposal.  At some point, the fact you can't agree,
```

**PROCEEDINGS**

 1   you two, then I just have to make a decision.  And so I'm

 2   gliding, in my mind, toward a landing spot.

 3        (Laughter)

 4        **MR. VAN NEST:**  Okay.  Good.  We'll try to help.

 5        **THE COURT:**  I'm not saying it may be one that you

 6   like.  May be one the other side likes.  I don't know.  I hope

 7   it's fair to both sides.  But I would prefer that you two give

 8   me an agreed-upon solution.

 9        **MR. VAN NEST:**  We're trying to do that.

10        **THE COURT:**  I will not get anything out -- I'll wait

11   and see what you have tomorrow morning.

12        **MR. VAN NEST:**  Thank you.

13        **MR. BICKS:**  Thank you.

14        **THE COURT:**  What else do you have for me?

15        **MR. VAN NEST:**  That's it on our side.

16        **MR. BICKS:**  Got nothing further, Your Honor.

17        **THE COURT:**  All right.  Be thinking about how much

18   time you need for closing argument.

19        Don't tell me yet, but I -- you need to be thinking about

20   that so I can plan ahead.  But maybe on -- today is Monday.

21   Maybe on Wednesday I would need to know that.

22        **MR. BICKS:**  Yeah.

23        **MR. VAN NEST:**  We'll talk about that too, Your Honor.

24        **THE COURT:**  Okay.

25        **MR. VAN NEST:**  Thank you.

 1          **MR. BICKS:**  Thank you.

 2          **THE COURT:**  Good night.

 3          (At 1:00 p.m. the proceedings were adjourned until

 4   Tuesday, May 17, 2016.)

 5                              -   -   -   -

 6

 7

 8                     CERTIFICATE OF REPORTERS

 9          We certify that the foregoing is a correct transcript

10   from the record of proceedings in the above-entitled matter.

11

12   DATE: May 16, 2016

13

14                       _Katherine Sullivan_

15   _____

16        Katherine Powell Sullivan, CSR #5812, RMR, CRR
                     U.S. Court Reporter

17

18

19                       _Pamela A. Batalo_
     _____

20        Pamela A. Batalo, CSR No. 3593, RMR, FCRR
                     U.S. Court Reporter

21

22

23

24

25