1

2

3

4

5

6                                   IN THE UNITED STATES DISTRICT COURT

7

8                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10     ORACLE AMERICA, INC.,                              No. C 10-03561 WHA

11                Plaintiff,

12        v.

13      GOOGLE INC.,                                      **REQUEST FOR RESPONSE**
                                                          **RE TECHNICALLY NECESSARY**
14                Defendant.                              **COPYING**

15     _____/

16            In connection with the pending Rule 50 motion by Oracle, the Court asks both sides to

17     explain how, if at all, Java programmers knew which classes and methods in the Java library

18     were technically required to write in the language and which were not.  Is this explained in the

19     book?  In the code comments?  Or would a programmer have to deconstruct the Java language

20     itself to find the invocations of classes and methods in the library?  Please stick to the trial

21     record.  If the essential ones were not readily identifiable and the essential ones were mixed in

22     with the nonessential ones, should all be treated as fair use?  Google should answer in its

23     opposition due Saturday and Oracle may file a reply brief on TUESDAY BY NOON.

24

25

26     Dated:   May 20, 2016.

27                                                        WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California