KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:   (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF KATE LAZARUS IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE'S RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Dept:     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

DECL. OF KATE LAZARUS ISO GOOGLE'S OPP. TO ORACLE'S RULE 50(A)
MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No.  3:10-cv-03561 WHA

1062047

I, Kate Lazarus, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. I submit this declaration in support of Google Inc.'s Opposition to Oracle America, Inc.'s ("Oracle") Rule 50(A) Motion for Judgment as a Matter of Law. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Trial Exhibit 1, which has been admitted into evidence.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Trial Exhibit 22, which has been admitted into evidence.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Trial Exhibit 617, which has been admitted into evidence.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Trial Exhibit 971, which has been admitted into evidence.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Trial Exhibit 980, which has been admitted into evidence.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Trial Exhibit 984, which has been admitted into evidence.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Trial Exhibit 1055, which has been admitted into evidence.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Trial Exhibit 1062, which was admitted into evidence in the 2012 trial.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Trial Exhibit 2036, which has been admitted into evidence.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Trial Exhibit 2041, which has been admitted into evidence.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Trial Exhibit 2052, which has been admitted into evidence.

1

DECL. OF KATE LAZARUS ISO GOOGLE'S OPP. TO ORACLE'S RULE 50(A)
MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No. 3:10-cv-03561 WHA

1062047

13. Attached hereto as **Exhibit 12** is a true and correct copy of Trial Exhibit 2352, which has been admitted into evidence.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Trial Exhibit 2362, which has been admitted into evidence.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Trial Exhibit 2765, which has been admitted into evidence.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Trial Exhibit 3441, which has been admitted into evidence.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Trial Exhibit 3508, which has been admitted into evidence.

18. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of Trial Exhibit 4027, which has been admitted into evidence.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Trial Exhibit 5887, which has been admitted into evidence.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Trial Exhibit 7237, which has been admitted into evidence.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Trial Exhibit **7**326, which has been admitted into evidence

22. Attached hereto as **Exhibit 21** is a true and correct copy of Trial Exhibit 7362, which has been admitted into evidence.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Trial Exhibit 7406, which has been admitted into evidence.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Trial Exhibit 7578, which has been admitted into evidence.

25. Attached hereto as **Exhibit 24** is a true and correct copy of Trial Exhibit 7722, which has been admitted into evidence.

26. Attached hereto as **Exhibit 25** is a true and correct copy of Trial Exhibit 7787, which is Google Inc.'s Deposition Clips of Larry Ellison Played By Video During Trial.

2
DECL. OF KATE LAZARUS ISO GOOGLE'S OPP. TO ORACLE'S RULE 50(A)
MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No.  3:10-cv-03561 WHA

1062047

27. Attached hereto as **Exhibit 26** is a true and correct copy of Trial Exhibit 7788, which is Google Inc.'s Deposition Clips of Donald Smith Played By Video During Trial.

28. Attached hereto as **Exhibit 27** is a true and correct copy of Trial Exhibit 7803, which is Google Inc.'s Deposition Clips of Henrik Stahl Played By Video During Trial.

29. Attached hereto as **Exhibit 28** is a true and correct copy of Trial Exhibit 7804, which is Google Inc.'s Deposition Clips of Hasan Rizvi Played By Video During Trial.

30. Attached hereto as **Exhibit 29** is a true and correct copy of Trial Exhibit 7805, which is Google Inc.'s Deposition Clips of Terrence Barr Played By Video During Trial.

31. Attached hereto as **Exhibit 30** is a true and correct copy of Trial Exhibit 9223, which has been admitted into evidence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on May 21, 2016.

By: _____
KATE E. LAZARUS

3
DECL. OF KATE LAZARUS ISO GOOGLE'S OPP. TO ORACLE'S RULE 50(A)
MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No. 3:10-cv-03561 WHA

1062047