# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____ DEPUTY CLERK

GOOGLE-00-00001772



# Android GPS

## Key strategic decisions around Open Source

July 26, 2005




GOOGLE CONFIDENTIAL

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Trial Exhibit 1, Page 1 of 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001773

# Agenda

- Status Update
- What is Android?
- Near-term strategic decisions
  - Which type of Open Source are we?
  - How do we interact with OSS community?
  - How do we Open Source our JVM?



GOOGLE CONFIDENTIAL

July 26, 2005

## Status: Hide the food, Android is here

- **Where**: Building 41, second floor
- **Group meeting**: Presented to wireless team. Making contacts and working well as a group
- **Development status**: Perforce server installed. Engineers are coding again.
- **Strategy**: Working with Deep, Nikesh and others to help define Android strategy going forward.
- **GPS**: Full-fledged GPS at a future date.
- **Demo**: Available upon request.

July 26, 2005

Google

GOOGLE CONFIDENTIAL

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY
Trial Exhibit 1, Page 3 of 10

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001774

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001775

# What is Android?

Project Android is building the world's first Open Source handset solution with built-in Google applications



GOOGLE CONFIDENTIAL

July 26, 2005

Trial Exhibit 1, Page 4 of 10

# The Model

Google works closely with Carriers and OEMs to help incorporate its Open Source OS into handset designs.

- The Carriers benefit from the ability to quickly deploy differentiating features and applications.

- The OEMs benefit from the above, and a dramatic reduction in BOM costs by utilizing a robust, free consumer OS platform.

- Google benefits by having more control of the user experience and built-in Google apps.

July 26, 2005  GOOGLE CONFIDENTIAL

Google

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY
Trial Exhibit 1, Page 5 of 10

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001776

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Why Open Source*

- To disrupt the closed and proprietary nature of the two dominant industry players: MSFT and Symbian

- To provide Carriers and OEMs a non-threatening solution for cross-vendor compatibility

- To eventually build a community force around Google handset APIs and applications

\* Our OSS license is a rider on a mainstream license such as Mozilla that requires licensee to maintain compatibility with Google APIs



July 26, 2005

GOOGLE CONFIDENTIAL

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001777

Trial Exhibit 1, Page 6 of 10

# Which OSS Model?

- Build product

  A strategy where development happens internally, and once product has reached a certain level of stability it is released as open source.

- Community effort

  A strategy where development is a collaborative effort between internal Google resources and a larger more diverse community of external Open Source developers. Typically there is a publicly accessible source code repository with a informal check-in procedure.



July 26, 2005   GOOGLE CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Trial Exhibit 1, Page 7 of 10
Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA
GOOGLE-00-00001778

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001779

# JAVA

- Why Java?
  - Carriers require it
  - MSFT will never do it
  - Elegant tools story
  - Safe sandbox for 3rd party developers
  - Existing pool of developers and applications
  - Who pays? OEM pays sun a license, typically < .30 in volume



GOOGLE CONFIDENTIAL

July 26, 2005

# JAVA

- Java + Javascript/XML = Key differentiator

Current scenario:
- Developing a clean-room implementation of a JVM
- Need coffee-cup logo for carrier certifications
- Must take license from Sun
- Cost isn't the issue, open source JVM is the issue

Proposal:
- Google/Android, with support from Tim Lindholm, negotiates the first OSS J2ME JVM license with Sun
- Outcome could reinforce our JVM development, or perhaps result in us convincing Sun to Open Source their MVM implementation.

July 26, 2005                GOOGLE CONFIDENTIAL                Google

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY
Trial Exhibit 1, Page 9 of 10

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001780

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# End.

Google

GOOGLE CONFIDENTIAL

July 26, 2005

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001781

Trial Exhibit 1, Page 10 of 10