# Exhibit 2

| From: | Karen Tsay. | Sent:4/21/2006 4:25 PM. |
|-------|-------------|--------------------------|
| To: [ - ] | deal_review@google.com; emg@google.com; EMGEA@google.com; ostaff@google.com; Anne Montez; Brad Chin; Diane Noonan; Ginger Franke; Jim Marocco; Joan Braddi; Julio Pekarovic; Mark Fuchs; Nicole Wong; Susan Wojcicki. | |
| Cc: [ - ] | Jeff Shardell; David Graham; Andy Rubin; Vinay Bhargava; Daniel I. Alegre; Sanjay Kapoor. | |
| Bcc: [ - ] | . | |
| Subject: | EMG Deal Review - April 24, 2005. | |

We have the following agenda for next week's EMG deal review:

- Sun / Android (Andy Rubin)
- HP SMB (Vinay Bhargava)
- Intel OEM Program (Vinay Bhargava)
- Amazon (David Graham)
- China Mobile (Daniel Alegre) - tentative

Attached please find the presentation slides sans Amazon and China Mobile.

The meeting will be at 11am PST in Marrakesh building 43.

Dial in details:
conference number: 888-834-2663
international: 617-786-4658
Conference Code: 77734112


Deal Review Team

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 22**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-26-00031474



# EMG Deal Review – April 24, 2006

- Sun / Android (Andy Rubin)

- HP SMB (Vinay Bhargava)

- Intel OEM Program (Vinay Bhargava)

- Amazon (David Graham)

- 1 -

CONFIDENTIAL – FOR INTERNAL USE ONLY

Trial Exhibit 22, Page 2 of 24





# Android/Sun

## final approval

Andy Rubin, Tim Lindholm, Chris DiBona, Ethan Beard, Frank Montes

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00031476

Trial Exhibit 22, Page 3 of 24



3

## Agenda

- Partner Overview

- Sun + Google co-development agreement status

- Open Source License status

- Fees and payments

- Press announcement

- What if?

- Key Asks

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00031477

Trial Exhibit 22, Page 4 of 24



4

## Partner Overview - Sun Microsystems



### Who Are They?

- Products and services for network computing
  - Java dominates wireless industry
  - Carriers require Java in their terminal terminal specifications

- Statistics
  - Not profitable
  - $15.4B Market Cap
  - $11.6B revenue
  - $469M EBITDA
  - $2.45B cash

- Market Presence
  - 1B Java embedded handsets
  - 180 carrier deployments

- Size
  - Offices in 170 countries worldwide
  - 40k employees

### Why Do the Deal?

- Provides a professional services and distribution for our open source handset strategy

- Dramatically accelerates our schedule

- Form an open industry alliance to block MSFT

- Create value for wireless stakeholders

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-26-00031478

Trial Exhibit 22, Page 5 of 24

Google

## Proposed Deal Terms

5

| Client | • Sun Microsystems |
|---|---|
| Term | • 5 years, renewable<br>• Co-development partnership |
| Proposal | • Sun makes Java Open Source as part of Android platform<br>• Companies work together to bring Android platform to market |
| Exclusivity | • Exclusive |
| Data Use /<br>Restrictions | • See detailed slides |
| Fee | • $28M<br>• Payments spread over 3 years |
| Attribution | • N/A |
| Termination /<br>Other Issues | • Structured as 4 agreements. Initial agreement Plus…<br>• Project Plan (aka schedule)<br>• Go To Market Plan (aka open source hosting, launch partners)<br>• Governance Model (alliance structure) |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-26-00031479



6

## Agreement Status

- Base agreement ready to sign

- Exhibits 45 days after signing

  - Project Plan

  - Marketing Plan

  - Governance model

- No payment until all are signed

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-26-00031480



7

## Agreement highlights

- This is a Co-development agreement
  - Sun handles Java + Tools
  - Google handles OS
  - Mutually agree on architecture
- Sun creates commercial implementation, becomes "Redhat"
  - Provides Carrier and OEM support
    - Core to their business model
  - Does not want Google to compete
    - Google carved out HTC and LG
    - Google can work with its partners 6 months after initial release
  - Sun manages developer community
  - Google manages repository and bug database, becomes "Linus Torvalds"

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00031481

Trial Exhibit 22, Page 8 of 24



8

## Open Source License

- Only OSI Certified Licenses

- Dual License

- Sun CDDL (OSI approved, Mozilla derivative) for Java

  - http://www.sun.com/cddl/

  - Includes patent grants

  - Granular file-based copy-left

  - Required because of MSFT settlement

- ASF 2.0 for everything Google

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY



9

## Fees and Payments

- Previously $36M approved by EMG

- EMG uncomfortable with price

- Negotiations ensued

- New price $28M spread over 3 years

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-26-00031483

Trial Exhibit 22, Page 10 of 24



10

## Press Announcement

• Both parties agree to a joint press announcement

• Best strategy is a pre-announcement to relieve industry fears

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00031484

Trial Exhibit 22, Page 11 of 24



Google

11

## What If?

- What if we don't do this deal?

  - Too expensive
  - Co-development suboptimal
  - Open Source our Guava implementation
  - Schedule impact
  - Adversarial Approach
  - Some carriers require Java certification
  - Take a lesser license
  - Smaller payment
  - Not Open, puts Sun in a position of control

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-26-00031485



Google

12

## Key Asks

- Final Approval

- Agree to press announcement

- Agree to co-location of Sun engineers at Google

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Google

13

Q&A

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-26-00031487

Trial Exhibit 22, Page 14 of 24



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

REDACTED



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-26-00031489



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-26-00031490



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-26-00031491
ONLY



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-26-00031492

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-26-00031493
ONLY



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-26-00031494

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-26-00031495

REDACTED



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-26-00031496

Emg mailing list
Emg@google.com
https://mailman.corp.google.com/mailman/listinfo/emg

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-26-00031497

Trial Exhibit 22, Page 24 of 24