# Exhibit 5

# James Gosling • Frank Yellin • The Java Team

# The Java™ Application Programming Interface, Volume 1
## Core Packages

The Java Series



*...from the Source*™



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 980**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

OAGOOGLE0000107143

Trial Exhibit 980, Page 1 of 528

## Introduction

These books are reference manuals for Java application and applet programmers. To make full use of them you should be familiar with the Java programming language and its core concepts such as object orientation, garbage collection, and multithreading.

The extent of the API and the choice of functionality have been driven by several factors. First and foremost, the API should be simple and easy to use. Parts of the API, such as the support for multithreading, might introduce functionality that is new to you, but we think you will find these new concepts simpler and easier to use than in most other programming environments.

The libraries in these books are the first generation of an API for writing Internet programs. A simple form of an Internet program is an *applet*—a small Java program that can be embedded in an HTML page.

The API has been designed with the Java language in mind. Important Java features such as object orientation, garbage collection, and multithreading played an important role in the API design. Instead of taking existing libraries and simply rewriting them in Java, we designed and implemented the API with full use of the Java language.

For Java 1.0, we have tried to stay away from certain complex functionality, such as video and 3D, so that library implementations can be ported easily. We can include only functionality that is not proprietary and that is easily implemented on many platforms.

We expect to add to the API, but not to subtract from it or change its behavior. The API documented in this book will remain available to all Java programs through future releases.

If you have ideas about how the API could be improved or how to implement some of the missing functionality, we would like to hear from you. Please send your ideas and implementations to java@java.sun.com.

## Using These API Books

Do not get overwhelmed by the multitude of classes documented in these two books. The structure of the Java language encourages the programmer to break up libraries into many classes, each describing a small part of the functionality. The class diagrams in the following section are a good starting point for getting an impression of the relationships among classes.

As you design and implement Java programs, you should write short test programs to verify your understanding of the classes. When in doubt, try it out!