# Exhibit 6

James Gosling • Bill Joy • Guy Steele • Gilad Bracha

# The Java™ Language Specification, Third Edition



The Java™ Series

...from the Source™

Sun microsystems

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 984**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

Trial Exhibit 984, Page 1 of 670