# Exhibit 7

| | |
|---|---|
| **From:** | Jonathan Schwartz <jis@sun.com> |
| **Sent:** | Mon Nov 12 2007 19:07:33 PST |
| **To:** | Karen Kahn <karen.kahn@sun.com> |
| **CC:** | Anil Gadre <anil.gadre@sun.com>;Rich Green <rich.green@sun.com>;Jacquelyn Decoster <jacki.decoster@sun.com>;Ingrid Van Den Hoogen <ingrid.vandenhoogen@sun.com>;Frank Smith <franke.smith@sun.com> |
| **Subject:** | Re: Google & SDK Announcement |
| **Attachments:** | |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

A separate implementation isn't a fork - so long as Google agrees to certify their platform as compliant with the Java specification. If they don't, they won't be able to call it Java - we should ask the press to ask Google if their platform will be compliant with the Java specification. Let's get them on defense...

"The Java community has never been stronger - Google's endorsement of the platform gives yet more opportunity to developers wanting to capitalize on the billions of devices running the Java platform around the world."


On Nov 12, 2007, at 6:09 PM, Karen Kahn wrote:

> fyi on cnet story that just posted. working with software team on
> updated version of partyline to better scope out our position.
>
> Jacquelyn Decoster wrote:
>> Google made their SDK announcement today. Shankland just posted a
>> story saying that it looks like Google is going to fork Java.
>> (Article pasted below) http://www.news.com/
>> 8301-13580_3-9815495-39.html?tag=blog.3
>>
>> Rich Green is quoted in the CNET story based on a comment he gave
>> Dawn Kawamoto last week during the OOW pre-brief interview. His
>> quote and the Sun positioning is accurate:
>>
>> "For its part, Sun supports Java and open-source software on
>> mobile devices, but expessed some caution about joining Google's
>> alliance. "We were interested in being part of the Google
>> ecosystem, but we were interested in getting more clarity on what
>> this program entails," said Rich Green, executive vice president
>> of Sun's software effort."
>>
>> Paryline on this will follow.
>>
>> November 12, 2007 4:26 PM PST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1055**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK


>> Google's Android parts ways with Java industry group
>> Posted by Stephen Shankland
>>
>> Google's Android software gives Sun Microsystems' Java technology
>> a starring role--but not the version of Java the rest of the
>> mobile phone industry has been developing since the 1990s.
>>
>> Instead, Google struck off on its own in an attempt to improve
>> performance and openness for the software used in the Open Handset
>> Alliance phones. That means programmers will have a new variety of
>> Java to reckon with--offset somewhat by Google's $10 million code
>> contest to draw developers in.
>>
>> One difference is Google's development of its own core Java
>> virtual machine (JVM) technology called Dalvik, the software that
>> actually executes Java programs on an Android phone, which Google
>> says means Java programs run fast even on the constrained hardware
>> of mobile phones. But a more significant departure than just using
>> an in-house JVM is the fact that Android isn't part of the Java
>> Community Process that Sun established in 1999 to oversee the
>> development of new Java features.
>>
>> The JCP governs Java by codifying new features as application
>> programming interfaces (APIs), so programmers can have a standard
>> way of calling upon new technology such as Bluetooth support or 3D
>> graphics. But that existing Java realm wouldn't accommodate the
>> developer freedoms Google thought were important in Android.
>>
>> "We wanted the platform to be open in a lot of different ways,"
>> said Mike Cleron, a Google senior staff engineer working on
>> Android. "The idea is that anybody can come along and replace the
>> pieces of the Android experience on a very fine-grained level. The
>> existing APIs didn't really allow the level of openness we were
>> hoping to achieve in Android."
>>
>> It should be noted that Google isn't working in a Java vacuum. For
>> example, one of the OHA partners, Motorola, has helped lead
>> development of Java for mobile devices, and Google wants to keep
>> the Java programming experience familiar to developers. And Google
>> is an executive committee member of the JCP, though only for the
>> Standard and Enterprise editions that run on PCs and servers, not
>> the mobile edition for phones and other devices.
>>
>> "We have people on the team who are active in the Java community.
>> They've been helpful in informing us and guiding us, making sure
>> what we were doing is familiar to folks in the Java community,"
>> said Steve Horowitz, Android's engineering director.
>>
>> Further fragmented?
>> But the bigger issue is whether Google's effort will worsen the
>> already fractured world of Java. Not all phones support all the
>> same Java standards, so programmers can't be sure that their
>> software will run on a multiplicity of devices, as the "write
>> once, run anywhere" Java tagline promises.

CONFIDENTIAL

OAGOOGLE0004646435

Trial Exhibit 1055, Page 2 of 4

>>
>> "They are using Java, but they aren't implementing any well-known
>> Java framework, and really that just creates another standard to
>> support. The risk they take here is that they might fragment the
>> market further," Benoit Schillings, Trolltech chief technology
>> officer, told my comrade Maggie Reardon. Trolltech, which sells
>> tools and components for programmers whose software runs either on
>> PCs or on mobile phones.
>>
>> Mauro Lollo, CEO of mobile phone video-streaming company Movidity,
>> saw Google's work similarly. "In essence, they've created another
>> standard. Standards are great, but the challenge is that there are
>> so many of them," he said.
>>
>> Google also faces a common risk of open-source software, that the
>> openness will mean programmers can "fork" projects in different,
>> incompatible directions. (Indeed, this was one of the earlier
>> reasons Sun resisted its eventual decision to make Java open-
>> source software.) "In the end, you could have 20 different
>> versions of the Android technology that are incompatible, because
>> anyone can take the license, modify it, and create another
>> variation," Schillings said.
>>
>> For its part, Sun supports Java and open-source software on mobile
>> devices, but expessed some caution about joining Google's
>> alliance. "We were interested in being part of the Google
>> ecosystem, but we were interested in getting more clarity on what
>> this program entails," said Rich Green, executive vice president
>> of Sun's software effort.
>>
>> Asked if there's any possibility of unifying the Android work with
>> the Java Community Process, Horowitz said, "It's an open alliance.
>> We can welcome anybody who wants to join."
>>
>> Android uptake
>> Techno-politics aside, Google clearly has grand aspirations for
>> Android. And it wants outsiders to be part of the development.
>>
>> In stark contrast to Apple, which plans to release a software
>> developer for its iPhone in February, half a year after the
>> product began shipping, Google is releasing its SDK about a year
>> before any Android phones ship.
>>
>> "We're making it available pretty early--early enough that we can
>> get feedback at a point where we can still impact the direction of
>> the software," Horowitz said. "People tend not to ship SDKs until
>> the products are done. In this case we thought the platform was
>> such an important part that we wanted to get that out early."
>>
>> Of course, there's another advantage to releasing an SDK early:
>> the open-source community can help build interesting applications
>> that give Android phones more than just the basic set of programs.
>>
>> So far, so good, said Horowitz, pointing to "unprecedented"

CONFIDENTIAL                                                                OAGOOGLE0004646436
Trial Exhibit 1055, Page 3 of 4

>> interest in Android compared to other projects hosted at Google's
>> open-source projects site, code.google.com. "It is above and
>> beyond anything Google has seen to date," Horowitz said.
>>
>> Among details in the SDK:
>>
>> • It makes mention of support for GSM mobile phone networks, the
>> leading technology for mobile phone networks, but is silent on
>> support for the top rival, Qualcomm's CDMA. That will come,
>> though, Horowitz said, pointing to CDMA allies such as Qualcomm
>> that are members of OHA. "It's clearly something on the roadmap,
>> but we're not talking about specific support for it at this time,"
>> he said.
>>
>> • OHA supports touch-screen technology, but Horowitz declined to
>> comment on support for multitouch, a notable iPhone ability that
>> opens up user-interface possibilities, beyond saying multitouch
>> support isn't in the first version of the Android SDK.
>>
>> • Google will release a new version of the Android SDK once
>> feedback from programmers starts coming in. "We're committed to a
>> regular release cycle," Horowitz said.
>>
>> • Software should run quickly on mid-range phone hardware such as
>> those with a 200MHz ARM 9 processor. "One of the key goals of the
>> project was to ensure we can run on a broad range of phones that
>> don't require a high-end processor at all," Horowitz said. "When
>> we bring it to higher-performance devices, it's just going to
>> scream."
>>
>> • The SDK so far permits development only of software that runs on
>> the Java foundation, not natively on the hardware itself. "We are
>> aware of the interest in native application development, but we
>> having nothing to comment on right now," Horowitz said. But
>> performance shouldn't be an issue: "Our system is designed to take
>> full advantage of native code in performance-critical areas and
>> expose this functionality through our framework APIs."
>>
>>
>>
>