# Exhibit 8

```
                              jls-classes.txt

Classes and Interfaces Mentioned in the
Java Language Specification (third edition)
(excluding examples and commentary)

Total: 61

Interfaces outside of java.lang (2)

    java.io.Serializable
    java.util.Iterator

Primitive-type classes (9)

    java.lang.Boolean
    java.lang.Byte
    java.lang.Character
    java.lang.Double
    java.lang.Float
    java.lang.Integer
    java.lang.Long
    java.lang.Short
    java.lang.Void

Annotations (7)

    java.lang.Deprecated
    java.lang.Override
    java.lang.SuppressWarnings
    java.lang.annotation.Annotation
    java.lang.annotation.Inherited
    java.lang.annotation.Retention
    java.lang.annotation.Target

Classes and interfaces in java.lang (13)

    java.lang.Class
    java.lang.ClassLoader
    java.lang.Cloneable
    java.lang.Enum
    java.lang.Iterable
    java.lang.Math
    java.lang.Object
    java.lang.Runtime
    java.lang.String
    java.lang.System
    java.lang.Thread
    java.lang.ThreadGroup
    java.lang.Throwable

Errors and exceptions (30)

    java.lang.AbstractMethodError
    java.lang.ArithmeticException
    java.lang.ArrayIndexOutOfBoundsException
    java.lang.ArrayStoreException
    java.lang.AssertionError
    java.lang.ClassCastException
    java.lang.ClassCircularityError
    java.lang.ClassFormatError
    java.lang.Error
    java.lang.Exception
    java.lang.ExceptionInInitializerError
                                Page 1
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1062**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

Trial Exhibit 1062, Page 1 of 2

```
                              jls-classes.txt
java.lang.IllegalAccessError
java.lang.IllegalArgumentException
java.lang.IllegalMonitorStateException
java.lang.IncompatibleClassChangeError
java.lang.InstantiationError
java.lang.InstantiationException
java.lang.InterruptedException
java.lang.LinkageError
java.lang.NegativeArraySizeException
java.lang.NoClassDefFoundError
java.lang.NoSuchFieldError
java.lang.NoSuchMethodError
java.lang.NullPointerException
java.lang.OutOfMemoryError
java.lang.RuntimeException
java.lang.StackOverflowError
java.lang.UnsatisfiedLinkError
java.lang.VerifyError
java.lang.VirtualMachineError
```

Trial Exhibit 1062, Page 2 of 2