# Exhibit 9



Oracle Competitive Intelligence



# Concerns about Sun Microsystems

**ORACLE**

**Keith Hoang**
Oracle Technology Competitive Intelligence
Last Updated: 18 November 2008

ORACLE

[Slide 1]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 2036**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____ DEPUTY CLERK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        OAGOOGLE0100072599

Trial Exhibit 2036 Page 1 of 15

**Oracle Competitive Intelligence**

(C) 2008, Oracle. All rights reserved. This document is provided for information purposes only, and the contents hereof are subject to change without notice. This document is not warranted to be error-free, nor is it subject to any other warranties or conditions, whether expressed orally or implied in law, including implied warranties and conditions of merchantability or fitness for a particular purpose. We specifically disclaim any liability with respect to this document, and no contractual obligations are formed either directly or indirectly by this document.

Competitive information was gathered from a mix of public sources, customers, and industry consultants and experts.

Reference herein to third party content, including analysis, opinions, predictions and statements, does not constitute or imply Oracle's endorsement of or concurrence with such content.

ORACLE

[Slide 2]

Oracle Competitive Intelligence



## Sun Microsystems to cut up to 18% of workforce

"The moves will lead to the loss of between 5,000-6,000 jobs, or 15-18 per cent of the company's workforce ... The company said the job cuts would lead to charges against profits of $500-600m, adding to a lengthening line of restructuring announcements that have dented its performance in recent years. It had already announced restructuring charges in each of the last seven years, for a total of more than $2bn."

– Financial Times, Nov 14, 2008

Source: http://www.ft.com/cms/s/0/f823d16c-b264-11dd-bbc9-0000779fd18c.html

ORACLE

[Slide 3]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          OAGOOGLE0100072601

Trial Exhibit 2036 Page 3 of 15

Oracle Competitive Intelligence

# Sun's Recurring Restructurings

| Plan | Date | Headcount Reduction |
|---|---|---|
| Plan IX | November 2008 | 5,000-6,000 |
| Plan VIII | May 2008 | 1,500-2,500 |
| Plan VII | August 2007 | 1,450 |
| Plan VI | May 2006 | 2,150 |
| Plan V | June 2005 | 1,400 |
| Plan IV | March 2004 | 4,300 |
| Plan III | October 2002 | 3,200 |
| Plan II | 2nd Qtr 2002 | 3,900 |
| Plan I* | 4th Qtr 2001 | - |

* Included facility exits only; no workforce reductions

Source: Sun corporate reports and Credit Suisse, Nov 17, 2008

ORACLE

[Slide 4]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE0100072602

Trial Exhibit 2036 Page 4 of 15

Oracle Competitive Intelligence

# Analyst Perspective: Sun

- **Thomas Weisel Partners (17 Nov '08):** "We believe that there are significant risks with executing the announced program including: (1) timeliness of staff reductions, (2) potential for creating further market share losses and (3) accelerating weakening of JAVA's net cash position with $0.55bn of cash charges associated the staff reduction. Additionally, **we believe the restructuring program (15-18% headcount reductions) signals that the business is heading for an 11-15% y/y decline in FY09.**"

- **Cowen & Company (14 Nov '08):** "Sun is looking a lot like Data General, Sequent, Tandem, Stratus, SGI, Unisys all companies which were acquired on the cheap, or **never re-emerged from various rounds of restructuring.** The issue is too much legacy technology which is in markets which are slowly shrinking."

- **Bernstein Research (14 Nov '08):** "While an aggressive workforce reduction is likely the most straightforward path to profitability in the near term, we believe a controlling shareholder could also realize meaningful value by selectively selling, harvesting, or growing specific business lines within Sun … **Sell select parts of the businesses, including MySQL, Java, and other software assets.**"

ORACLE

[Slide 5]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         OAGOOGLE0100072603

Trial Exhibit 2036 Page 5 of 15

Oracle Competitive Intelligence

# Analyst Perspective: Sun (cont'd)

- **Goldman Sachs (14 Nov '08):** "Sun also announced that it is formally splitting its systems and software businesses in an internal reorganization. While **we doubt that this will improve Sun's competitive positioning**, it should provide a clearer picture of the prospects and the potential value of each business unit."

- **Forrester Research (14 Nov '08):** "This partition [new org structure] is easier for someone to understand, and it makes them a little more acquirable. Someone might want to acquire [the systems or applications] units, and that way they could take one of the three along with a portion of services and sales."

- **Interarbor Solutions (14 Nov '08):** "This is more of a continuation of Sun's downward spiral that has been going on for a while -- and it seems to be accelerating. Another 18 percent on top of the last round of layoffs is way beyond just trimming fat. We are well into muscle and bone and maybe some vital organs."

- **Wall Street Journal (14 Nov '08):** "Sun's shares Friday rose 1%, or 4 cents a share, to $4.12, in 4 p.m. trading on the NASDAQ Stock Market. The company's market valuation, which once topped $120 billion, stands at about $3.04 billion, below the $3.1 billion in cash and securities the company reported on its balance sheet as of Sept. 28."

ORACLE

[Slide 6]

Oracle Competitive Intelligence

# Analyst Perspective: Oracle

- **Piper Jaffray (14 Nov '08):** "This supports our thesis of ORCL's superior earnings resiliency and reinforces the idea that ORCL is uniquely advantaged by a weak economy."

- **Goldman Sachs (12 Nov '08):** "In a tougher macro environment we view Oracle as defensive given the following:
  (1) Large recurring revenue stream…
  (2) As well as significant cross-sell opportunities
  (3) Ability to consolidate share away from best-of-breed pure-plays.
  (4) Well-executed acquisition strategy, with still plenty of room for ongoing vertical and horizontal adds.
  (5) Valuation remains very attractive and balance sheet strength is notable."

- **UBS Investment Research (28 Oct '08):** "Oracle Corporation – a relatively safer port in the storm. While ORCL is not immune from the macro dislocation, its strong maintenance base, at 50% of sales vs 37% in FY02, helps to cushion the decline we expect to see in license sales. We also see the addition of BEAS maintenance rev as helping protect EPS."

ORACLE

[Slide 7]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    OAGOOGLE0100072605

Trial Exhibit 2036 Page 7 of 15

Oracle Competitive Intelligence

# Sun Losses & Negative Growth

**Sun Microsystems (JAVA)**
*($ Millions Except Per Share Data)*

### Sales By Segment

| | F2008 | | | | | F2009E | | |
|---|---|---|---|---|---|---|---|---|
| | 9/07 | 12/07 | 3/08 | 6/08 | 9/08 | 12/08E | 3/09E | 6/09E |
| Total Revenues | $3,219.0 | $3,615.0 | $3,266.0 | $3,780.0 | $2,990.0 | $3,183.6 | $2,865.9 | $3,477.9 |
| Total Products | 1,980.0 | 2,249.0 | 2,003.0 | 2,386.0 | 1,764.0 | 1,837.4 | 1,624.2 | 2,114.4 |
| Computer Systems Products | 1,475.0 | 1,594.0 | 1,473.0 | 1,722.0 | 1,257.0 | 1,195.5 | 1,104.8 | 1,463.7 |
| Data Management Products | 505.0 | 655.0 | 530.0 | 664.0 | 507.0 | 641.9 | 519.4 | 650.7 |
| Total Services | 1,239.0 | 1,366.0 | 1,263.0 | 1,394.0 | 1,226.0 | 1,346.2 | 1,241.7 | 1,363.4 |
| Support Services | 979.0 | 1,041.0 | 961.0 | 1,042.0 | 963.0 | 1,024.0 | 945.3 | 1,025.0 |
| Professional Services and Educational Services | 260.0 | 325.0 | 302.0 | 352.0 | 263.0 | 322.3 | 296.4 | 338.5 |
| Y/Y Growth | 1% | 1% | (1%) | (1%) | (7%) | (12%) | (12%) | (8%) |
| Total Products | 1% | (0%) | (3%) | (4%) | (11%) | (18%) | (19%) | (11%) |
| Computer Systems Products | 0% | (2%) | (2%) | (7%) | (15%) | (25%) | (25%) | (15%) |
| Data Management Products | 3% | 5% | (5%) | 4% | 0% | (2%) | (2%) | (2%) |
| Total Services | 1% | 5% | 3% | 4% | (1%) | (1%) | (2%) | (2%) |
| Support Services | (1%) | 4% | 1% | 2% | (2%) | (2%) | (2%) | (2%) |
| Professional Services and Educational Services | 7% | 7% | 11% | 10% | 1% | (1%) | (2%) | (4%) |
| Net Income (GAAP) | $89.0 | $260.0 | ($34.0) | $88.0 | ($177.0)* | ($35.6) | ($137.8) | ($78.7) |

* When including one-time charges, the FY1Q09 quarterly loss is $1.68 billion.

Source: "Sun Microsystems, Inc.," Bank of America Securities, October 30, 2008

ORACLE

[Slide 8]


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    OAGOOGLE0100072606

Trial Exhibit 2036 Page 8 of 15

# Oracle Competitive Intelligence
# Sun Accelerated Revenue Decline

**JAVA: Estimated YoY Revenue Growth at Constant Currency**



Source: Corporate reports, Factset, Bernstein estimates and analysis
Note: FQ109 ends on September 30, 2008

Bernstein Research: "Sun has now missed consensus revenue estimates for three consecutive quarters. This will also be the sixth straight quarter that Sun has delivered negative revenue growth at constant currency, which is unparalleled among major IT hardware vendors."

Source: "Sun Microsystems: FQ109 Debrief – Does JAVA Have the Fortitude to Cut Big?" Bernstein Research, October 31, 2008

ORACLE     [Slide 9]



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        OAGOOGLE0100072607

Trial Exhibit 2036 Page 9 of 15

Oracle Competitive Intelligence

# Investment in R&D: Oracle vs. Sun

### Annual R&D Investment (in $ million)

|  | FY04 | FY05 | FY06 | FY07 | FY08 |
|---|---|---|---|---|---|
| Oracle | $1,254 | $1,481 | $1,872 | $2,195 | $2,741 |
| YoY % Change |  | 18.10% | 26.40% | 17.25% | 24.87% |
| Sun Microsystems | $1,926 | $1,785 | $2,046 | $2,008 | $1,834 |
| YoY % Change |  | -7.32% | 14.62% | -1.86% | -8.67% |

Source: Company 10K reports. Sun fiscal year ended on June 30. Oracle fiscal year ended on May 31.

- Oracle increases R&D investment consistently year-over-year, enabling Oracle to be more innovative and thus benefiting customers.
- In contrast, Sun's investment in R&D declines, thus impacting Sun's long-term competitiveness.

ORACLE

[Slide 10]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE0100072608

Trial Exhibit 2036 Page 10 of 15

# Oracle Competitive Intelligence

## Stock Performance of Sun Lags Behind Oracle



COMPARISON OF 5-YEAR CUMULATIVE TOTAL RETURN*
AMONG ORACLE CORPORATION, THE S&P 500 INDEX
AND THE DOW JONES U.S. SOFTWARE INDEX

* $100 INVESTED ON MAY 31, 2003 IN STOCK OR
INDEX INCLUDING REINVESTMENT OF DIVIDENDS.

As of May 31

|  | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| Oracle | 100 | 87.62 | 98.39 | 109.3 | 148.96 | 175.56 |
| S&P 500 | 100 | 118.32 | 128.07 | 139.13 | 170.84 | 159.4 |
| Dow Jones U.S. Software | 100 | 109.22 | 119.48 | 113.63 | 151.06 | 149.95 |

COMPARISON OF 5 YEAR CUMULATIVE TOTAL RETURN*
Among Sun Microsystems, Inc., The S&P 500 Index
And The S&P Computer Hardware Index

As of June 30

|  | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| Sun Microsystems | 100 | 93.12 | 80.22 | 89.25 | 113.12 | 58.49 |
| S&P 500 | 100 | 119.11 | 126.64 | 137.57 | 165.9 | 144.13 |
| S&P Computer Hardware | 100 | 108.87 | 112.31 | 116.24 | 170.42 | 183.6 |

Source: Company 10K reports.

ORACLE

[Slide 11]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE0100072609

Trial Exhibit 2036 Page 11 of 15



# Oracle Competitive Intelligence

## Sun Software Revenue vs. Total Revenue
(in $ million)

| | FY07 | FY08 |
|---|---|---|
| Total Annual Revenue | $13,873 | $13,880 |
| Software Revenue | $639 | $644 |

Source: Sun corporate reports. Fiscal year ended on June 30.

- Sun is primarily a hardware company. Sun's software revenue as a percentage of total annual revenue is less than 5% and its year-over-year growth is minimal.
- Software revenue consists of Java middleware, identity management, MySQL, Solaris, virtualization, and Java licensing. It does not include maintenance and support revenue.

ORACLE

[Slide 12]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    OAGOOGLE0100072610

Trial Exhibit 2036 Page 12 of 15

Oracle Competitive Intelligence

# Sun Management Departures

- Rich Green, EVP of Software, resigned November 2008
- Andy Bechtolsheim, co-founder of Sun, resigned October 2008
- Adolfo Hernandez, SVP Worldwide Services (consulting, support, education), resigned November 2008
- Michael "Monty" Widenius, CTO of Software, resigned September 2008
- David Axmark, co-founder of mySQL, resigned October 2008
- Jim Starkey, architect of mySQL, resigned

ORACLE

[Slide 13]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE0100072611

Trial Exhibit 2036 Page 13 of 15

# Oracle Competitive Intelligence
## Summary



- Investing in Sun technologies is a risky bet
- Sun is losing momentum and share
- Recurring restructurings are disruptive to business and customers
- Shrinking R&D investment will hurt long-term innovation and competitiveness
- Potential sales of part or all of Sun, as suggested by some analysts, can be disruptive to customers
- Software is a "step child" of the broader hardware business
- Resignation of software executives hurts employee morale and corporate focus
- Sun's weak position will be most impacted in today's challenging economic environment

ORACLE

[Slide 14]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            OAGOOGLE0100072612

Trial Exhibit 2036 Page 14 of 15



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          OAGOOGLE0100072613

Trial Exhibit 2036 Page 15 of 15