# Exhibit 11

OAGOOGLE0000156418

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 2052**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____ DEPUTY CLERK



# Java in Wireless
# Business Review

**Craig Gering**
**Sr. Director**
**Mobile & Embedded**

**March 16, 2009**

CONFIDENTIAL

# Wireless Java vision

## Java is what makes all mobile devices work

> Java is recognized and valued as the superior software platform to deliver compelling online services and content across all mobile devices

Sun Proprietary/Confidential

CONFIDENTIAL

OAGOOGLE0000156419

2

# Market View

# Handsets : Growing, Maturing

- Market growth is now driven by China / India

| | CAGR 07-11 |
|---|---|
| NAM + Europe | 3.9% |
| China India | 11.7% |
| Rest | 4.3% |

*[Handset volumes]*

- OEMs face falling ASPs




- 5 vendors = 80% of the market
  - › Nokia remains dominant: superior profitability, market share
  - › Vendors from PRC, Korea & Taiwan building brands, gaining share



*Sources Ovum 08*



Sun Proprietary/Confidential

CONFIDENTIAL

OAGOOGLE0000156420

Trial Exhibit 2052 Page 3 of 23



# Open, Rich Platforms Emerging

- RTOS share shrinking but remains largest segment
  - › Smart OS reach 30% in 4 yrs.
  - › Giving developers more options besides Java to deploy rich content
- Limo/Symbian/Android driving OS & middleware into low cost
- Diversity remains
  - › Operators expected to support at least 3 platforms



Handset Shipments (Munits)

| | Other OS |
| | Brew |
| | Linux |
| | Symbian |
| | Microsoft |

*Handset Volumes, Source Ovum 08*



Sun Proprietary/Confidential

CONFIDENTIAL

OAGOOGLE000156421

4



## Market View

# Operators Drive the Market

- Operators subsidize and set requirements for devices and content. Sun-Operator engagement is critical to Java success.



| | SUBSCRIBERS (Millions) | | | share |
|---|---|---|---|---|
| 1 | China Mobile | China | 369 | 17% |
| 2 | Vodatone | UK | 252 | 12% |
| 3 | Telefónica / Movistar / O2 | Spain | 171 | 8% |
| 4 | China Unicom | China | 160 | 7% |
| 5 | América Móvil | Mexico | 153 | 7% |
| 6 | T-Mobile | Germany | 123 | 6% |
| 7 | Orange / France Télécom | France | 110 | 5% |
| 8 | Telenor | Norway | 90 | 4% |
| 9 | MTS | Russia | 84 | 4% |
| 10 | AT&T Mobility | USA | 71 | 3% |
| 11 | Verizon | USA | 67 | 3% |
| 19 | Sprint/Nextel | USA | 53 | 2% |

## CSG Activity

*Some engagement, but not much focus*

*Various engagements but limited in scope*

*Current CSG strategic focus is on US carriers leveraging broader SMI relationships and strong CDMA market.*

Sun Proprietary/Confidential

5

OAGOOGLE0000156422

CONFIDENTIAL



Sun microsystems

**Market View**

# Mobile Operators need ...

Products and services that drive:

- Low cost of ownership
  - › Consistent user experience driving brand
  - › Minimal development, test, distribution, and support costs
- Attractiveness/Stickiness
  - › Enlist new customers and retain users on their network
- New monetization vectors
  - › Generate revenue streams outside of data subscription plans such as advertising, distribution, premium services…
  - › Deliver services on all devices – not only smartphones

Sun Proprietary/Confidential

6

OAGOOGLE0000156423

CONFIDENTIAL



**Problem Statement**

# Wireless Java Problems

- Java is not the vehicle for flagship content
  - No buzz around Java apps
  - Alternatives to Java targeting ease of creating compelling apps

- Fragmentation(s) damage Java value proposition
  - Limitation of WORA means increased testing costs, lower margins
  - Lack of coherent ecosystem/model to bring applications to market

- CSG monetization of the wireless market is very low, limited
  - Sun revenue **< 0.1%** of device price
  - Sun revenue **= 0%** of operator ongoing ARPU

Sun Proprietary/Confidential

7

OAGOOGLE0000156424

CONFIDENTIAL

Trial Exhibit 2052 Page 7 of 23



# Java is the Competitive Target

- Java is strongest cross device run-time & language

- Competition is evolving to dislodge Java – targeting Java weaknesses (fragmentation, ease of development, biz model)

- In one year there will be proven, credible alternatives to Java for developers

**Cross-Platform Capability**

Browser

Bondi
Chrome

Flash

Capucchin

JavaFX

Java

Silverlight

Symbian

Brew

Android

Symbian Foundation

**Rich phone functionality**

Sun Proprietary/Confidential

OAGOOGLE0000156425

CONFIDENTIAL

8



# Call to Action

Few Short Years Ago...

ME monetization model under price pressure

Partners/Customers not valuing monetizing
IP/conformance instead of Implementation

New entries creating alternatives for developers
(flash/web)

And...

Developers finding platform complex

No unified java developer channel to market

Sun Proprietary/Confidential

CONFIDENTIAL

OAGOOGLE0000156426



# Path to New Business Proposition



OAGOOGLE0000156427

Sun Proprietary/Confidential

CONFIDENTIAL





# Engineering Services

## Making solutions out of technologies

- Skilled, professional, global team of experts
- Work with carriers and device manufacturers
- Create quality JavaME solutions

CONFIDENTIAL

OAGOOGLE0000156428



OAGOOGLE0000156429

CONFIDENTIAL



# Q2 ES Bits In The Market



|  | FY07 | | FY08 | | FY09 so far.. | |
|---|---|---|---|---|---|---|
|  | Project | DW | Project | DW | Project | DW |
| Wireless | 23 | 15 | 26 | 14 | 18 | 13 |
| Media | 4 | 4 | 13 | 10 | 16 | 6 |
| Embedded | 5 | 3 | 13 | 6 | 10 | 3 |
| Embedded(SE) | 0 | 0 | 4 | 2 | 6 | 3 |
| Total | 32 | 22 | 56 | 32 | 50 | 25 |

**Expecting extended growth in FY09, FY10**

Sun Proprietary/Confidential

13

OAGOOGLE0000156430

CONFIDENTIAL





# Growth in BRICA

## Growth Indications
**China, Africa, India**

2008 Cellphone Shipments by Region

2008 Cellphone Shipment Growth

14

OAGOOGLE000156431

CONFIDENTIAL



OAGOOGLE0000156432

# The BRICA Opportunity
## *Java is the best possible solution for BRICA*

- **BRICA mandates ULC mobile phones**
  - › Our competition is much weaker here
    - › Flash, iPhone, Android, WinMobile not relevant
  - › This is where the volume / growth / $$$
  - › JavaME is the natural choice. Covering the full range from ULC-Feature phones-Smart phones

- **Maximizing the opportunity with phone-top**
  - › Offering excellent value for a competitive price
  - › Moving up in the chain – position Java as a center
  - › Leverage existing OEM relationships to construct the new "BRICA solution"

**BRICA countries will represent 44 % of global GDP**

Sun Proprietary/Confidential

CONFIDENTIAL





OAGOOGLE0000156433





OAGOOGLE0000156434

Sun Proprietary/Confidential

CONFIDENTIAL

Trial Exhibit 2052 Page 17 of 23



# OneJava Vision

- One modular Java across all screens of your life

  › Scalable footprint for an ever increasing range of devices

  › Support for common JavaFX functionality on all screens

- Best of class universal language

  › Leverage the latest Java language set

  › Enabling 6+ million developers to reach outside the desktop

  › Creating an even richer pool of tools










Sun Proprietary/Confidential

18

OAGOOGLE0000156435

CONFIDENTIAL

Trial Exhibit 2052 Page 18 of 23



# Directions for Java



**JavaFx**
- Presentation Layer
- App framework and Middleware
- Runtime Environment

**ONEJAVA**
- Mobile Pack | TV Pack | Desktop Pack
- OneJava VM
- Operating System

*Porting Layer*

**OneJava**
- Unified language features
- VM selection based on footprint and performance considerations
- Base packs (mobile, TV, SE) focus on feature sets

Sun Proprietary/Confidential

**JavaFx**
- JavaFX for Mobile | JavaFX for TV | JavaFX for Desktop

**Java ME** | **Java ME** | **Java SE**
- MSA | TV FP/PP | Java SE
- CDC/CLDC | CDC | JVM
- Operating System

*Porting Layers*

**Current Java Platforms**
- Different versions of Java language
- Incompatible security models
- Fragmented JSR sets

OAGOOGLE0000156436

CONFIDENTIAL

19

# Project Daneel

- Sun is the source for certified, indemnified Java for Android Platform

- FX Mobile enabled, JavaME enabled

- Multi-Phased approach
  - Phase 0 – Java ME
    - Samsung, Borks, HTC, LGE and others expressing interest
  - Phase 1 – 1 VM
  - Phase 2 – Full linux platform

- Announce Phase 0 now to OEM partners

- Go Public with entire plan by JavaOne

20

OAGOOGLE0000156437

Sun Proprietary/Confidential

CONFIDENTIAL

Trial Exhibit 2052 Page 20 of 23

# Growing the Wireless Business

- ODP (On Device Portal)
  - Quick Service Deployment
  - Connected Back
  - Idle Sreen
- Capture more Developers/Content
  - JavaFX
  - Web Technology Integration (align & extend)
    - Browser Integration & Rendering technologies (Project Snapple)
    - JavaScript, JSR 290, etc.
    - Web Server
  - OneJava
- Provide Java Based Solution for low end handsets

Sun Proprietary/Confidential

CONFIDENTIAL

OAGOOGLE0000156438

21

**Products**

# FY09 Product Priorities

- Sun Java Wireless Client and Binary Releases
  - › Best of breed MSA implementations
  - › Monetize at the point of value with Engineering Services
  - › Java impl. as first-class citizen on the phone with ODP

- Next Generation Wireless Client – Migrate to One Java
  - › Leverage opportunity from migration to MSA2
  - › Vehicle for platform "facelift" & innovation – toward "OneJava"

- Java Task Force Against Fragmentation (JATAF)
  - › Increase quality & consistency of Java implementations/apps
  - › Participation and group work should drive new test development, implementation modifications/clarifications

Sun Proprietary/Confidential

22

CONFIDENTIAL

OAGOOGLE0000156439



Backup Slides

OAGOOGLE0000156440

CONFIDENTIAL