# Exhibit 12



# Jonathan's Blog

» ZFS Puts Nat App... | Main | Offering Color on... »

MONDAY NOV 05, 2007

### Congratulations Google, Red Hat and the Java Community!

I just wanted to add my voice to the chorus of others from Sun in offering my heartfelt congratulations to Google on the announcement of their new Java/Linux phone platform, Android. Congratulations!

I'd also like Sun to be the first platform software company to commit to a complete developer environment around the platform, as we throw Sun's NetBeans developer platform for mobile devices behind the effort. We've obviously done a ton of work to support developers on all Java based platforms, and were pleased to add Google's Android to the list.

The Java platform has come a long way - we're on the vast majority of mobile devices in the marketplace today (well **over a billion phones** at last count), and with Google's mobile services (like gMail and Google Maps), along with Yahoo!'s Go Mobile, alongside a massive spectrum of incredible entertainment offerings from folks like Electronic Arts, we have by far and away the most complete content ecosystem on the market today. Enabling carriers, handset manufacturers, content creators - and most of all, consumers - to get the most from their mobile devices.

 NetBeans



And needless to say, Google and the Open Handset Alliance just strapped another set of rockets to the community's momentum - and to the vision defining opportunity across our (and other) planets.

Today is an incredible day for the open source community, and a massive endorsement of two of the industry's most prolific free software communities, Java and Linux.

Stay tuned for specific details - for those so inclined, download NetBeans here to check out the industry's most popular IDE for mobile Java development.

And in the spirit of offering congratulations, I'd like to offer a similar shout out to our friends at Red Hat Linux - who today announced their support for the OpenJDK project. With friends like Google and Red Hat, it sure seems like the momentum behind Java's on the rise...

Posted on 01:27PM Nov 05, 2007  Comments[76]

Share this post

### Comments:

Why isn't Sun part of the OpenHandsetAlliance? Is it another case of NIH, since Google is not using JavaFXMobile so Sun doesn't want to be part of it?

Posted by Enalet on November 05, 2007 at 02:07 PM PST # 

Jonathan, it is amazing the amount of value this has brought to Google's share prices as the investment world was speculating on Google's play in this industry.

It is companies like Sun and Google, which are helping the possibility and connectivity of the net expand on a daily basis.

Thank you

Posted by Steve on November 05, 2007 at 02:07 PM PST # 

How come the stock tanked with such a good news? After hours trading JAVA down 2.8% or 12 cents to $5.56

Posted by Michael Byrne on November 05, 2007 at 02:19 PM PST # 

"How come the stock tanked with such a good news?"

Uh, 'cause as usual with Java, there's no money in it for Sun

Posted by whpstopnow on November 05, 2007 at 02:25 PM PST # 

Wait, I didn't hear or see any mention of Java during the whole Open Handset Alliance introduction. The openhandsetalliance.com has NO mention of Java either. Where is the Java?

Posted by Adam Khul on November 05, 2007 at 02:30 PM PST # 

This is truly a great news for Java/developers, congratulations.
I wonder if iJobs got this AMAZING news on his kind of mobile device;)

Thanks very much.

Posted by Threeda on November 05, 2007 at 02:38 PM PST # 

Great. The Java platform seems to be pretty healthy. The only need it really needs is a great

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

SELECT A LANGUAGE

**English**
日本語
Français
Deutsch
Italiano
中文(繁)
正體中文
Portuguese
Español
Русский
한국어

**ABOUT ME**

Biography
Sun Executive Perspectives

**SUN'S STRATEGY**

Understanding Sun
Technology Adoption
Sun's Network Innovations
Sun's Cloud

**ARCHIVES**

« August 2010
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

Today

**SUBSCRIBE**



**SEARCH**

Search

Search filtering requires JavaScript

**PROGRAMS**


Sun Startup Essentials

**DOWNLOADS**


Free & Open Software from Sun

**COMMUNITY**


opensolaris
Get  Share  Learn

**NEWS**

CNET News.com
eWEEK.com
NY Times
The Economist
The Register

**COOL STUFF**

Flight Conditions [US]
Flight Routes
OpenSolaris
OpenSolaris Brazil
OpenSPARC
opentable.com
Project GlassFish
Sun Blog Policy

GOOGLE-00-00000512

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRIAL EXHIBIT 2352

CASE NO. 10-03561 WHA
DATE ENTERED _____

BY _____
DEPUTY CLERK