# Exhibit 13

| | |
|---|---|
| From: | Larry Ellison <larry.ellison@oracle.com> |
| Sent: | Mon Apr 20 2009 08:34:18 PDT |
| To: | Jonathan Schwartz <jis@sun.com> |
| CC: | safra.catz@oracle.com Catz <safra.catz@oracle.com> |
| Subject: | RE: btw |
| Attachments: | |

| | |
|---|---|
| Importance: | Normal |
| Priority: | Normal |
| Sensitivity: | None |

Thanks Jonathan.

I'd like to get together as soon as I get back from Italy.

Larry

---

From: Jonathan.Schwartz@sun.com [mailto:Jonathan.Schwartz@sun.com] On Behalf Of Jonathan Schwartz
Sent: Monday, April 20, 2009 3:40 PM
To: Larry.ellison@oracle.com
Cc: safra.catz@oracle.com Catz
Subject: Fwd: btw

No worries.

Larry, first, congrats.

Second, let me know if you'd like the personal tour of what we've been up to. There's obviously a lot we didn't focus on during the past (whirlwind) week... from the instrumentation we're building into our open source assets (so they auto-generate data about the millions of customers downloading them), to the battles with Adobe Flash/Google Android, Microsoft's distribution dependencies, etc.

Lots of great opportunities under the covers (and lots of great people to

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 2362**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

drive them forward).

Jonathan

Begin forwarded message:

From: Safra Catz <safra.catz@oracle.com>

Date: April 20, 2009 3:21:53 AM PDT

To: Jonathan Schwartz <jis@sun.com>

Subject: RE: btw

Reply-To: safra.catz@oracle.com

Larry.ellison@oracle.com
He's been away, that's all

----------Original Message----------

From: Jonathan Schwartz <jis@sun.com>
Sent: Sun, April 19, 2009 11:34 PM
To: "safra.catz@oracle.com Catz" <Safra.Catz@oracle.com>
Subject: btw

let me know if you're comfortable sharing larry's email address - seems odd we've never had the chance to speak.

Jonathan

CONFIDENTIAL

OAGOOGLE0003904947

Trial Exhibit 2362 Page 2 of 2