# Exhibit 15

From: Jonathan.Schwartz@sun.com                                   Sent: 11/9/2007 8:06 AM
To: [ - ]   Eric Schmidt
Cc: [ - ]
Bcc: [ - ]
Subject:   Re: android

A few of your alliance partners have reached out to us to build a
"separate but equal" effort - we would love, having seen this movie a
few times before, to have one big tent, rather than a hundred little
ones... and we can obviously bring a global Java community to the party.

On Nov 9, 2007, at 8:00 AM, Eric Schmidt wrote:

> Thanks Jonathan.. I will review right now; the SDK is supposed to
> release in
> "early look" on Monday. Eric
>
> -----Original Message-----
> From: Jonathan.Schwartz@sun.com [mailto:Jonathan.Schwartz@sun.com]
> On Behalf
> Of Jonathan Schwartz
> Sent: Friday, November 09, 2007 10:57 AM
> To: Eric Schmidt
> Subject: android
>
> Let us know how we can help support your announcements next week -
> we're
> happy to do so.
>
> Jonathan
>

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-27-00010382

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 3441
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

Trial Exhibit 3441 Page 1 of 1