# Exhibit 16
# Part 1

**From:**     Nachi.Periakaruppan@Sun.COM <nachi.periakaruppan@sun.com>
**Sent:**     Mon Oct 05 2009 13:11:17 PDT
**To:**       craig gering <gering@sun.com>
**CC:**       Jai Suri <jai.suri@sun.com>;Nachi Periakaruppan <nachi.periakaruppan@sun.com>
**Subject:**  Re: meeting this week moved to friday
**Attachments:** 1j.091004.ppt;1j.091002.ppt

**Importance:**  Normal
**Priority:**    Normal
**Sensitivity:** None

the original from fri is the 091002 version.

i've updated the rev. this is teh 091004 version.

nachi

craig gering wrote:
> can you send me the source for these slides (ppt fine, or open office)
>
> -Craig
>
>
> Jai Suri wrote:
>> Attached is the slide deck for today's discussion.
>>
>>
>> -------------------------------------------------------------------------
>>
>> thanks,
>> Jai
>>
>> On Sep 29, 2009, at 6:37 PM, craig gering wrote:
>>
>>> in order to accomodate product mgmt request, the meeting this week
>>> is moved to friday 9am. The agenda is to go over product mgmt
>>> ideas/use cases for one java.
>>>
>>> thx,
>>> Craig
>>>
>>> where: 9am dodgeball
>>>
>>> Dial In: 866-545-5224 (Internal Ext. 44413)
>>> Int'l: 213-787-0525
>>> Access: 9351218
>>> Host: Craig
>>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 3508**

CASE NO. 10-03561 WHA
DATE ENTERED _____

BY _____
DEPUTY CLERK

CONFIDENTIAL

OAGOOGLE0008486496



OneJava Market
Landscape
Discussion

CSG Marketing
Noel Poore

OAGOOGLE000486497

CONFIDENTIAL

Trial Exhibit 3508 Page 2 of 58

# Trends

- Content is a mashup of RIA, Web and Data Management
  - ∧ Immersive user experience
  - ∧ Data driven from web services
  - ∧ Managed locally on device through computational, business logic
  - ∧ Competition enabling all content types

- Sun's leadership around Java is perceived as stagnant, and Java is considered legacy
  - ∧ Stagnant innovation
  - ∧ Only aimed at Java programmers
  - ∧ Fragmented between Java SE and Java ME, and between Java ME Mobile and TV and within Mobile and TV

2009 JavaOne VIP Program, San Francisco       Slide 2       Sun Microsystems Proprietary - Confidential

OAGOOGLE000486498

CONFIDENTIAL

Trial Exhibit 3508 Page 3 of 58



# Competition enabling new models

- Android, ChromeOS, Flash, HTML5/JavaScript

- Multiple development models and developer types

- Simplified and assisted development/deployment (tools, stores, existing back-end services, etc)

- Single runtime for the multiple app models

- Seamless end-to-end app platforms

- Minimal differentiation across enterprise or consumer apps

CONFIDENTIAL

OAGOOGLE000486499



# Modernize and Unify Java

- Leverage strengths of Java:
  - › Portability and ubiquity
  - › Existing standardized, implemented device and network APIs
  - › A true end-to-end platform
  - › Existing investments from ecosystem

- Define one development model across all device types, allowing for industry-specific customization w/o fragmentation of features
  - › "Common-izing" Java for Java ME, SE and EE
  - › Expanding content developer audience to Web developers and designers
  - › Blended Apps

- Simplify development and deployment of content through Sun tools, store and services

- Single, performant, portable OneJava Runtime

OAGOOGLE000486500

CONFIDENTIAL

Trial Exhibit 3508 Page 5 of 58



# The App Platform model today

OAGOOGLE000486501

Sun Microsystems Proprietary - Confidential

2009 JavaOne VIP Program, San Francisco     Slide 5

OAGOOGLE000486502



# Key Advantages of OneJava

## Value to Ecosystem

- Incumbent, standardized, cross-screen, open ties to device capabilities
- Extremely fast VM
- Large developer base
- Protecting ecosystem investment
- Ubiquity as opposed to silo-ed platforms (Android, iPhone)
- Addresses fragmentation

## Value to Sun

- Re-invigorates interest in Java
- Stickiness of Runtime
- Enables new services, business models

**Blended Application Model**

Web

JavaFX
RIA

Java

**Java + HTML + JavaScript RT**

**Desktop**    **Mobile**    **TV**

Sun Microsystems Proprietary - Confidential

Slide 6

2009 JavaOne VIP Program, San Francisco

CONFIDENTIAL

# Target Device Segments

- Smartphones (read: Open OS-based phones)
  > Next growth in wireless space

- Netbooks / MIDs
  > Likely the fastest growing consumer device for next 2-3 years

- Hi-end TV / Set Top Boxes
  > Sets up for Quad play

- Desktop / Laptops
  > Current battleground

- Server Configurations

- Minimum hardware: T-Mobile G2 class hardware

- Potentially any other devices that fits min HW (eg. VOIP devices, etc)

- Not for Feature Phones, Low-Mid end DTV/STBs (Java ME continues)

2009 JavaOne VIP Program, San Francisco          Slide 7          Sun Microsystems Proprietary - Confidential

OAGOOGLE000486503

CONFIDENTIAL

**Trial Exhibit 3508 Page 8 of 58**



# OneJava on a Device

- OneJava defines the App Platform and is implemented as the Runtime

- OneJava can be extended to enable FWs and Apps but this is defined w/in specific markets / business

- OneJava RT is highly performant and portable

- OneJava RT will have to provide reference AMS

- OS is out of scope

| Apps |
| Market Specific App FW |
| AMS w/ UE |

| Device Specific FWs | |
| OneJava RunTime | |
| OS | |

Sun Microsystems Proprietary - Confidential

2009 JavaOne VIP Program, San Francisco

Slide 8

OAGOOGLE000486504

CONFIDENTIAL

OAGOOGLE000486505



# Feature Quick Hits for OneJava 1.0

- Hotspot VM and core libraries from JDK7 codebase

- SE subset APIs + ME APIs + extras + cleanup

- JavaScript engine integrated

- Java FX 1.3 (SoMa) integrated

- HTML5/CSS integrated

- Use JavaFX model for common & profile definition

- Initial device targets: G2 handset (Android) and Acer Netbook (Linux)

- Embedded runtime expectations of performance and memory usage

CONFIDENTIAL
Trial Exhibit 3508 Page 10 of 58



# Monetization of OneJava

- OneJava is a platform: an application model, a runtime and a set of tools

  > Not a business

- CSG traditional businesses (desktop, mobile and TV) will implement products and services based on OneJava

  > Industry specific

  > Potentially different business models

  > TB discussed later

- Example: OneJava for Mobile is likely a Smartphone product w/ a set of Carrier Services, and monetization happens at carrier

OAGOOGLE000486506

CONFIDENTIAL

Trial Exhibit 3508 Page 11 of 58



# Proposed Development Train



OneJava
Platform Defn

OneJava
SDK / Tools

OneJava For
Mobile

OneJava For
Netbooks

OneJava For
TV

OneJava For
Desktops

OneJava For
Servers

Sun Microsystems Proprietary - Confidential

Slide 11

2009 JavaOne VIP Program, San Francisco

OAGOOGLE000486507

CONFIDENTIAL

**Trial Exhibit 3508 Page 12 of 58**



OAGOOGLE000846508

CONFIDENTIAL

Trial Exhibit 3508 Page 13 of 58



# Expected Adoption of OneJava

|  | CY11 | CY12 | CY13 |
|---|---|---|---|
| Smartphones | | Java ME + JavaFX | OneJava |
| Feature Phones | | | |
| Hi-end DTV | | Java ME + JavaFX | OneJava |
| Mainstream DTV | | | |
| Netbooks | | | OneJava |
| Desktops | TBD: Java SE + JavaFX / OneJava Phase Over / Cut Over in CY11 | | |
| Servers | TBD: Java EE / OneJava Phase Over or Cut Over in CY12 | | |

2009 JavaOne VIP Program, San Francisco          Slide 13          Sun Microsystems Proprietary - Confidential

OAGOOGLE000486509

CONFIDENTIAL

Trial Exhibit 3508 Page 14 of 58



Sun Microsystems Proprietary - Confidential

OAGOOGLE000486510

# OneJava
# Developer Model
# Discussion

## Jai Suri
## Noel Poore



CONFIDENTIAL

Trial Exhibit 3508 Page 15 of 58



# Development & Deployment Environment

**Tools**
- IDE
- RAD Tool
- Authoring Tool

**Tool Extensions**
- OneJava SDK
- Emulator integration
- On-Device debugging
- Messages console
- Applications log
- Assets Importer
- Services integration

**Command Line Tools**
- Packaging
- Project Creation
- Debugging

**SDK Documentation**

**Emulator**
- Skins/Profiles
- Network Simulation

**Development Device**

**Server-side Integration Framework**

Sun Microsystems Proprietary - Confidential

OAGOOGLE000486511

CONFIDENTIAL

**Trial Exhibit 3508 Page 16 of 58**

2009 JavaOne VIP Program, San Francisco          Slide 15





OAGOOGLE000486512

Sun Microsystems Proprietary - Confidential

Slide 16

2009 JavaOne VIP Program, San Francisco

CONFIDENTIAL
Trial Exhibit 3508 Page 17 of 58



# Developer Profiles

## Sample profiles of developers building applications on OneJava

| | Web Developer | Mobile (Java) Developer | JavaFX Developer | Java SE Developer |
|---|---|---|---|---|
| **Which programming languages will they use?** | HTML, JavaScript, CSS | Java | JavaFX Script, CSS, Java | Java |
| **What tools will they use?** | Authoring Tool RAD Tool | RAD Tool IDE | Authoring Tool RAD Tool | RAD Tool IDE |
| **What types of applications will they build?** | End-user applications | • End-user applications • On-device services used by applications | End-user applications | • End-user applications • On-device services used by applications |
| **What frameworks will they use?** | JavaScript/AJAX frameworks e.g., JQuery | Custom MVC framework Legacy support to run LWUIT, MSA applications | Custom MVC framework | Custom MVC framework |

OAGOOGLE000486513

CONFIDENTIAL

**Trial Exhibit 3508 Page 18 of 58**

OAGOOGLE000486514



# Development Model

## Considerations

> OneJava is primarily a client-side platform

> Hence simplifying UI development is paramount to success

> Typical UI consists of various components

| | |
|---|---|
| • Data | • I18N |
| • Interaction design | • Validation |
| • Visual design | • Remoting |
| • Connectivity | • Unit testing |
| • Multi-threading | • Multimedia |
| • Security | • Black magic |

> Easily fit into an N-tiered service-oriented architecture

CONFIDENTIAL
Trial Exhibit 3508 Page 19 of 58



# Competitive Development Frameworks

Most UI technologies have adopted MVC or derivative framework to simplify UI development, including new mobile platforms such as Android and Palm WebOS

## Android's Application Framework



```
$ android create project \
--package com.android.helloandroid \
--activity HelloAndroid --target 2
--path <path-to-your-project>/HelloAndroid
```

## WebOS' Application Framework



```
$ palm-generate AppName
```

Sun Microsystems Proprietary - Confidential

CONFIDENTIAL

OAGOOGLE000486515



# Development Framework Guidelines

## OneJava Application Framework characteristics

- Ideal framework would be MVVM (Model-View-ViewModel)

  > Separates views from view logic enabling cross-screen UI development

- Framework should not be mandatory to develop applications

- Framework should scale from none -> MVC -> MVVM

- Should enable easy service-oriented application development

| View |
| View-Model |
| Controller |
| Model |

MVVM

2009 JavaOne VIP Program, San Francisco          Slide 20          Sun Microsystems Proprietary - Confidential

CONFIDENTIAL

OAGOOGLE000486516



# Development Framework Guidelines

## OneJava Application Framework characteristics

> Clearly separates view, model and control layers

> Allows developers in a team to work independently on each layer and integrate later

> Allows developers to use the technology that works best for each layer

> Allows each layer to be unit tested independently

OAGOOGLE000486517

CONFIDENTIAL

Trial Exhibit 3508 Page 22 of 58



# OneJava Development Frameworks

Current development models on Java platform are

### #1: Java-based Development Model

| Java |
|------|

UI, Interaction, Services, Platform API

### #2: JavaFX-based Development Model

| JavaFX Script |
|---------------|
| CSS |
| Java |

UI (Graphics, Rich media, UI Widgets), Interaction

Style

Services, Platform API

OAGOOGLE000486518

CONFIDENTIAL

**Trial Exhibit 3508 Page 23 of 58**



# OneJava Development Frameworks

OneJava Development framework should offer web application development models that allow developers to combine the strengths of web technologies

### #3: Web-based Development Model

| HTML 5 | Layout and UI Widgets |
| CSS | Style |
| JavaScript | UI interaction logic |
| Java | Services & Platform API |

### #4:  Blended Development Model

| HTML 5 | Layout and UI Widgets |
| CSS | Style |
| JavaScript | UI interaction logic |
| JavaFX Script | Rich media, animation, graphics |
| Java | Services & Platform API |

OAGOOGLE000486519

CONFIDENTIAL

Trial Exhibit 3508 Page 24 of 58



OAGOOGLE000486520

CONFIDENTIAL

Trial Exhibit 3508 Page 25 of 58