# Exhibit 16
# Part 2



# OneJava Development Framework Features

- Dynamic invocation of services (Inversion of Control container?)

- Remoting support to seamlessly work in an N-tier architecture (e.g. Adobe BlazeDS, .NET RIA Services)

- Messaging framework that allows data sharing among application components and also among different applications

- Extensibility for adding or removing new platform services

- Application lifecycle events

- L10N & I18N

- Accessibility

- Offline applications support

OAGOOGLE000486521

CONFIDENTIAL

Trial Exhibit 3508 Page 26 of 58



# Why a New Development Framework?

- Extend the Java platform to 8 Million+ web developers

- Make it easy to build and deploy N-tier enterprise mobile applications on Java

- Enable carriers and operators to quickly and easily offer new services to consumers

- Provide a simple development environment that allows an efficient, iterative designer-developer workflow

- Allow applications to leverage the vast amount of web content

OAGOOGLE000846522

CONFIDENTIAL

Trial Exhibit 3508 Page 27 of 58



# Deployment Considerations

- OneJava should have a common application packaging format for all device platforms

- Allow dynamic loading of libraries (modularization?)

- Packaging format should support deployment
  - From a provisioning service such as Java Marketplace or CDS
  - Downloading from a network location
  - Directly from a computer tethered to a phone
  - Transfer from one phone to another via Bluetooth

- Should support remote and background loading of assets and libraries from network

- Support a security policy

- Provide an application launch experience that is highly customizable and user-friendly

OAGOOGLE000486523

CONFIDENTIAL

Trial Exhibit 3508 Page 28 of 58



# HTML5 Top Features

- Web workers – Background threads for processing

- &lt;Video&gt; and &lt;Audio&gt;

- &lt;Canvas&gt; for graphics

- Storage API for offline applications

- Geolocation

- New structural elements - &lt;article&gt;, &lt;footer&gt;

- Easy web forms validation

- Contenteditable attribute to mark regions for user-generated content

OAGOOGLE000486524

CONFIDENTIAL

Trial Exhibit 3508 Page 29 of 58

OAGOOGLE000486525





# HTML5 Advantages & Disadvantages

## Advantages

- Minimal learning curve, large pool of HTML/CSS developers
- Plenty of free HTML WYSIWG tools
- No plug-in needed, runs on any browser
- Search engine friendly

## Disadvantages

- W3C standards body moves very slowly
- User experience will vary between browser/hardware platforms
- HTML apps will be constrained to the capabilities of the browser
- Limited support for media formats
- Lack of good tooling for developing creative HTML 5 applications

CONFIDENTIAL
Trial Exhibit 3508 Page 30 of 58

OAGOOGLE000486526



OneJava Market Landscape Discussion

CSG Marketing
Noel Poore

CONFIDENTIAL
Trial Exhibit 3508 Page 31 of 58



# Trends

- Content is a mashup of RIA, Web and Data Management
  - > Immersive user experience
  - > Data driven from web services
  - > Managed locally on device through computational, business logic
  - > Competition enabling all content types

- Java is perceived as stagnant and legacy
  - > Stagnant innovation
  - > Only aimed at Java programmers
  - > Fragmented between Java SE and Java ME, and between Java ME Mobile and TV and within Mobile and TV

OAGOOGLE000486527

CONFIDENTIAL

Trial Exhibit 3508 Page 32 of 58



# Competition enabling new models

- Android, ChromeOS, Flash, HTML5/JavaScript
- Multiple development models and developer types
- Seamless end-to-end app platforms
- Simplified and assisted development/deployment (tools, stores, existing back-end services, etc)
- Single runtime for the multiple app models
- Minimal differentiation across enterprise or consumer apps

OAGOOGLE000486528

CONFIDENTIAL

**Trial Exhibit 3508 Page 33 of 58**



# Modernize and Unify Java

- Leverage strengths of Java:
  - › Portability and ubiquity
  - › Existing standardized, implemented device and network APIs
  - › A true end-to-end platform
  - › Existing investments from ecosystem

- Define one development model across all device types, allowing for industry-specific customization w/o fragmentation of features
  - › "Common-izing" Java
  - › Expanding content developer audience to Web developers and designers
  - › Blended Apps

- Simplify development and deployment of content through Sun tools, store and services

- Run Web, RIA and Java content on the Java runtime

2009 JavaOne VIP Program, San Francisco          Slide 4          Sun Microsystems Proprietary - Confidential

CONFIDENTIAL

OAGOOGLE000486529

**Trial Exhibit 3508 Page 34 of 58**





# The App Platform model today

OAGOOGLE000486530

CONFIDENTIAL

Trial Exhibit 3508 Page 35 of 58



# Key Advantages of OneJava



**Blended Application Model**

- Web
- RIA
- Java

Java + HTML + JavaScript RT

- Desktop
- Mobile
- TV

- Incumbent, standardized, cross-screen, open ties to device capabilities
- Extremely fast VM
- Large developer base
- Protecting ecosystem investment
- Ubiquity as opposed to silo-ed platforms (Android, iPhone)
- Addresses fragmentation

Sun Microsystems Proprietary - Confidential

2009 JavaOne VIP Program, San Francisco          Slide 6

OAGOOGLE000486531

CONFIDENTIAL

**Trial Exhibit 3508 Page 36 of 58**



# Target Device Segments

- Smartphones (read: Open OS-based phones)
  > Next growth in wireless space

- Netbooks / MIDs
  > Likely the fastest growing consumer device for next 2-3 years

- Hi-end TV / Set Top Boxes
  > Sets up for Quad play

- Desktop / Laptops
  > Current battleground

- Minimum hardware: T-Mobile G2 class hardware

- Potentially any other devices that fits min HW

OAGOOGLE000846532

CONFIDENTIAL

Trial Exhibit 3508 Page 37 of 58



# OneJava is NOT....

- Not a software stack for mobile, DTV devices or anything else (No OS, apps, device specific frameworks included)

- Not a solution w/ bundled applications

- Not a solution w/ a *top (phonetop, TV-top)

- Not a replacement for Java ME in feature phones, Java ME in TV

OAGOOGLE000848653

CONFIDENTIAL

**Trial Exhibit 3508 Page 38 of 58**



# Feature Quick Hits for OneJava 1.0

- Hotspot VM and core libraries from JDK7 codebase

- SE subset APIs + ME APIs + extras + cleanup

- Initial device targets: G2 handset (Android) and Acer Netbook (Linux)

- JavaScript engine integrated

- Java FX 1.3 (SoMa) integrated

- HTML5/CSS integrated

- Use JavaFX model for common & profile definition

- Embedded runtime expectations of performance and memory usage

OAGOOGLE000486534

CONFIDENTIAL

**Trial Exhibit 3508 Page 39 of 58**



# Monetization of OneJava

- OneJava is a platform: an application model, a runtime and a set of tools

  > Not a business

- CSG traditional businesses (desktop, mobile and TV) will implement products and services based on OneJava

  > Industry specific

  > Potentially different business models

  > TB discussed later

- Example: OneJava for Mobile is likely a Smartphone product w/ a set of Carrier Services, and monetization happens at carrier

OAGOOGLE000486535

CONFIDENTIAL

Trial Exhibit 3508 Page 40 of 58





# Proposed Roadmap

OAGOOGLE000486536

CONFIDENTIAL

Trial Exhibit 3508 Page 41 of 58



# Expected Adoption of OneJava

| | CY11 | CY12 | CY13 |
|---|---|---|---|
| Smartphones | Java ME | | OneJava |
| Feature Phones | | | |
| Hi-end DTV | Java ME | | OneJava |
| Mainstream DTV | | | |
| Netbooks | | | OneJava |
| Desktops | TBD: SE / OneJava Phase Over or Cut Over in CY11 | | |

OAGOOGLE000486537

CONFIDENTIAL

Trial Exhibit 3508 Page 42 of 58

OAGOOGLE000486538

Sun Microsystems Proprietary - Confidential



# OneJava
# Developer Model
# Discussion

Jai Suri
Noel Poore



CONFIDENTIAL

**Trial Exhibit 3508 Page 43 of 58**



# Development & Deployment Environment

**Tools**
- IDE
- RAD Tool
- Authoring Tool

**Tool Extensions**
- OneJava SDK
- Emulator integration
- On-Device debugging
- Messages console
- Applications log
- Assets Importer
- Services integration

**Command Line Tools**
- Packaging
- Project Creation
- Debugging

**SDK Documentation**

**Emulator**
- Skins/Profiles
- Network Simulation

**Development Device**

**Server-side Integration Framework**

Sun Microsystems Proprietary - Confidential

2009 JavaOne VIP Program, San Francisco

Slide 14

OAGOOGLE000486539

CONFIDENTIAL

Trial Exhibit 3508 Page 44 of 58



OAGOOGLE000486540

CONFIDENTIAL

Trial Exhibit 3508 Page 45 of 58



# Developer Profiles

## Sample profiles of developers building applications on OneJava

| | Web Developer | Mobile (Java) Developer | JavaFX Developer | Java SE Developer |
|---|---|---|---|---|
| **Which programming languages will they use?** | HTML, JavaScript, CSS | Java | JavaFX Script, CSS, Java | Java |
| **What tools will they use?** | Authoring Tool RAD Tool | RAD Tool IDE | Authoring Tool RAD Tool | RAD Tool IDE |
| **What types of applications will they build?** | End-user applications | • End-user applications • On-device services used by applications | End-user applications | • End-user applications • On-device services used by applications |
| **What frameworks will they use?** | JavaScript/AJAX frameworks e.g., JQuery | Custom MVC framework Legacy support to run LWUIT, MSA applications | Custom MVC framework | Custom MVC framework |

OAGOOGLE000486541

CONFIDENTIAL

Trial Exhibit 3508 Page 46 of 58

OAGOOGLE000486542



# Development Model

## Considerations

> OneJava is primarily a client-side platform

> Hence simplifying UI development is paramount to success

> Typical UI consists of various components

| | |
|---|---|
| • Data | • I18N |
| • Interaction design | • Validation |
| • Visual design | • Remoting |
| • Connectivity | • Unit testing |
| • Multi-threading | • Multimedia |
| • Security | • Black magic |

> Easily fit into an N-tiered service-oriented architecture

CONFIDENTIAL
Trial Exhibit 3508 Page 47 of 58



# Competitive Development Frameworks

Most UI technologies have adopted MVC or derivative framework to simplify UI development, including new mobile platforms such as Android and Palm WebOS

## WebOS' Application Framework



$ palm-generate AppName

## Android's Application Framework



```
$ android create project \
--package com.android.helloandroid \
--activity HelloAndroid --target 2
--path <path-to-your-project>/HelloAndroid
```

CONFIDENTIAL

Trial Exhibit 3508 Page 48 of 58

OAGOOGLE000486543



# Development Framework Guidelines

## OneJava Application Framework characteristics



| View |
| View-Model |
| Controller |
| Model |

MVVM

- Ideal framework would be MVVM (Model-View–ViewModel)

    > Separates views from view logic enabling cross-screen UI development

- Framework should not be mandatory to develop applications

- Framework should scale from none -> MVC -> MVVM

- Should enable easy service-oriented application development

CONFIDENTIAL

OAGOOGLE000486544

Trial Exhibit 3508 Page 49 of 58



# Development Framework Guidelines

## OneJava Application Framework characteristics

> Clearly separates view, model and control layers

> Allows developers in a team to work independently on each layer and integrate later

> Allows developers to use the technology that works best for each layer

> Allows each layer to be unit tested independently

OAGOOGLE000486545

CONFIDENTIAL

Trial Exhibit 3508 Page 50 of 58



# OneJava Development Frameworks

Current development models on Java platform are

### #1: Java-based Development Model

| Java | UI, Interaction, Services, Platform API |
|---|---|

### #2: JavaFX-based Development Model

| JavaFX Script | UI (Graphics, Rich media, UI Widgets), Interaction |
|---|---|
| CSS | Style |
| Java | Services, Platform API |

OAGOOGLE000486546

CONFIDENTIAL

**Trial Exhibit 3508 Page 51 of 58**



# OneJava Development Frameworks

OneJava Development framework should offer web application development models that allow developers to combine the strengths of web technologies

## #3: Web-based Development Model

| | |
|---|---|
| **HTML 5** | Layout and UI Widgets |
| **CSS** | Style |
| **JavaScript** | UI interaction logic |
| **Java** | Services & Platform API |

## #4:  Blended Development Model

| | |
|---|---|
| **HTML 5** | Layout and UI Widgets |
| **CSS** | Style |
| **JavaScript** | UI interaction logic |
| **JavaFX Script** | Rich media, animation, graphics |
| **Java** | Services & Platform API |

OAGOOGLE000486547

CONFIDENTIAL

**Trial Exhibit 3508 Page 52 of 58**



OAGOOGLE000486548

CONFIDENTIAL

Trial Exhibit 3508 Page 53 of 58

OAGOOGLE000486549


Sun
microsystems

# OneJava Development Framework Features

- Dynamic invocation of services (Inversion of Control container?)

- Remoting support to seamlessly work in an N-tier architecture (e.g. Adobe BlazeDS, .NET RIA Services)

- Messaging framework that allows data sharing among application components and also among different applications

- Extensibility for adding or removing new platform services

- Application lifecycle events

- L10N & I18N

- Accessibility

- Offline applications support

CONFIDENTIAL
Trial Exhibit 3508 Page 54 of 58



# Why a New Development Framework?

- Extend the Java platform to 8 Million+ web developers

- Make it easy to build and deploy N-tier enterprise mobile applications on Java

- Enable carriers and operators to quickly and easily offer new services to consumers

- Provide a simple development environment that allows an efficient, iterative designer-developer workflow

- Allow applications to leverage the vast amount of web content

OAGOOGLE000486550

CONFIDENTIAL

**Trial Exhibit 3508 Page 55 of 58**



# Deployment Considerations

- OneJava should have a common application packaging format for all device platforms

- Allow dynamic loading of libraries (modularization?)

- Packaging format should support deployment
  - ᐳ From a provisioning service such as Java Marketplace or CDS
  - ᐳ Downloading from a network location
  - ᐳ Directly from a computer tethered to a phone
  - ᐳ Transfer from one phone to another via Bluetooth

- Should support remote and background loading of assets and libraries from network

- Support a security policy

- Provide an application launch experience that is highly customizable and user-friendly

OAGOOGLE000486551

CONFIDENTIAL
Trial Exhibit 3508 Page 56 of 58



# HTML5 Top Features

- Web workers – Background threads for processing

- <Video> and <Audio>

- <Canvas> for graphics

- Storage API for offline applications

- Geolocation

- New structural elements - <article>, < <footer>

- Easy web forms validation

- Contenteditable attribute to mark regions for user-generated content

OAGOOGLE000486552

CONFIDENTIAL

Trial Exhibit 3508 Page 57 of 58



# HTML5 Advantages & Disadvantages



## Advantages

- Minimal learning curve, large pool of HTML/CSS developers
- Plenty of free HTML WYSIWG tools
- No plug-in needed, runs on any browser
- Search engine friendly

## Disadvantages

- W3C standards body moves very slowly
- User experience will vary between browser/hardware platforms
- HTML apps will be constrained to the capabilities of the browser
- Limited support for media formats
- Lack of good tooling for developing creative HTML 5 applications

OAGOOGLE000486553

CONFIDENTIAL

**Trial Exhibit 3508 Page 58 of 58**