# Exhibit 17

# James Gosling · Bill Joy · Guy Steele

# The Java™ Language Specification



The Java Series

... from the Source™



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 4027**

CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

OAGOOGLE0000109681

Trial Exhibit 4027, Page 1 of 843