# Exhibit 18

| | | |
|---|---|---|
| From: | Jonathan.Schwartz@sun.com. | Sent:4/9/2008 11:33 PM. |
| To: [ - ] | Eric Schmidt. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: congrats. | |

I did.

At some point, I'd love to get the teams in a room to talk about Java certifying the platform - and having Sun ship it as such.

If that happens, we can bring 10,000 apps to it nearly instantly...

On Apr 9, 2008, at 11:29 PM, Eric Schmidt wrote:

> Thanks Jonathan! Did you get the email I sent about the details on
> Android licensing? I sent it to jonathan.schwartz@sun.com thanks
> eric
>
> On Apr 9, 2008, at 11:12 PM, Jonathan Schwartz wrote:
>
>> ...on your deal.
>>
>> Don't hesitate to let me know if I or Sun can be supportive.
>>
>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 5987

CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK