# Exhibit 19

OAGOOGLE0011726508



# SW Business Review

# Java ME: Mobile and Embedded

**Alan Brenner**
**Herb Hinstorff**

## September 29, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 7237**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____ DEPUTY CLERK

CONFIDENTIAL



# Consistent Top and Bottom Line Growth Through IP-centric OEM Business Model

**Our business has been growing faster than our largest market**

**Java ME 5yr CAGR of 17.9% beats device market 5yr CAGR of 14.5%**



Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726509

CONFIDENTIAL



# But Market Changes Threaten Our Position

- Market is increasingly driven by content, bringing in a new set of players (e.g. Google, Disney, Apple)

- Gaming is decreasing as a percentage of mobile data services revenue. Therefore Java is decreasing as:
  - \> percentage of data ARPU and SW BOM
  - \> driver of per device revenue for carriers and developers

- Increase in device capability and networking shifting the market to advanced platforms; growth is more than 5x feature phones
  - \> New competitors entering the advanced market; no entrenched incumbent
  - \> **OS**: MSFT mobile, Symbian Series 60, RIM, Access (Palm), Linux, QCOM; **Application platform**: Java ME CDC, Flash, MSFT, Native

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726510

Trial Exhibit 7237, Page 3 of 32



# With Fragmentation Further Undermining The Java Value Proposition

- "Having it your way" - liberal source distribution - accelerated adoption, but spawned implementation variations across the ecosystem (fragmentation)

- Test and certification across device/platform/implementation combinations drives 55% of development costs on average rising to 80% for more popular applications

  > Can cost $150k - $450k to develop a midrange Java application

- Competitors, e.g. BREW, MSFT, Flash perceived as less fragmented and easier for developers to monetize

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726511

CONFIDENTIAL

Trial Exhibit 7237, Page 4 of 32



# Stay The Course and Revenue Drops



ME POR Revenue Forecast

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726512

CONFIDENTIAL

Trial Exhibit 7237, Page 5 of 32



# Flat Investment in a Growth Market Means SMI Ceding Market Position

## Growth vs. Investment ($M)





- ME Revenue
- ME Contribution Margin
- ME OPEX

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726513

Trial Exhibit 7237, Page 6 of 32

# Global Wireless Data Revenue is Growing; Position Java To Capture a Bigger Share

**Quarterly data revenue cagr is 16.8% (Cowen and company)**

Our 3 Imperatives:

- Address fragmentation – make Java a viable platform for rich data services across devices

  > Deliver a full stack Java implementation; use open source to engage developers and accelerate adoption

- Expand Java beyond gaming – focus on ISVs and what they need to write rich data apps to our platform

  > Enable migration of native and markup apps to Java

- Implementation Specialist

  > Create ecosystem around Sun bits, not just Java
  > In deep with OEMs – use relationship with market tippers to drive ISV certification to our bits

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



OAGOOGLE0011726515

# We Need to Shift From Carrier-centric to Developer/content-centric

- Leverage the community to drive the kind of innovation needed for a platform that enables rich data services

- Open Source will help us to interact with and understand the needs of developers, and how to solve their problems

  > Both platform and application developers will have the ability to help drive the evolution of these platforms in the community

- Developer engagement at this level will accelerate adoption of the platform, driving implementation consistency up and fragmentation down

  > Unification of the platform reduces porting and development costs, while increasing available device volume

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

Trial Exhibit 7237, Page 8 of 32



# Invest to go beyond Mobile Gaming

- Capture non-gaming mobile content
  - › P2P Messaging (SMS/MMS, IM, IMS)        $ 90 bil in 09
  - › Consumer Information Services            $ 41 bil in 09
  - › Rich Multimedia Services (TV, Music)     $ 26 bil in 09

- Enable "Off deck" branded Services
  - › Without the expense of being a MVNO

- Position Java as the primary application environment for Mobile Linux

- Convergence for enabling multi-screen services

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726516

Trial Exhibit 7237, Page 9 of 32



# Java ME's Big Bets

| | |
|---|---|
| **Java System Executive ("Operating System")** | Integration with Advanced OS |
| | Browser Integration |
| | Java Multitasking |
| **Content Management** | Intelligent File System |
| | DRM Integration |
| | Device Management |
| **Advanced UI** | Declarative UI |
| | XML based UI |
| | Customizable Look and Feel |
| **Data Services Integration** | IMS Client Framework |
| | Web Services enablement |

Sun Proprietary/Confidential. Internal Use Only

OAGOOGLE0011726517

CONFIDENTIAL



# Java as the Primary Environment

| | |
|---|---|
| **P2P Messaging** | IMS Client Framework |
| | PIM Integration |
| | SMS / MMS |
| | Local Connectivity (WiFi, BT) |
| **Consumer Information Services** | Browser Integration |
| | Location-Based Services |
| | Web Services Enablement |
| | XML and SVG UI Integration |
| **Rich Multimedia Services (TV, Movies, Music, etc.)** | SVG |
| | Mobile Broadcast |
| | Digital Right Management |
| | Payment |
| **Enabling "Off deck" Branded Services (Without MVNO expense)** | Declarative UI |
| | XML and SVG UI Integration |
| | Device Management |
| | Native / Java App Integration |
| | Over-The-Air Updates |
| | Customizable Look & Feel |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

Trial Exhibit 7237, Page 11 of 32

OAGOOGLE0011726518



# Commercial Roadmap Themes

|  | March 2007 | September 2007 | March 2007 | September 2008 |
|---|---|---|---|---|
| **Feature Phone : Follow the Market Requirements** | | | | |
| **Wireless Performance Pack** | Non-Gaming enablement (SMS/MMS, Rich 3d Graphics, M-Commerce) | | | |
| **Portfolio Source** | | OEM specific ports ahead of engagments<br>Factory of 3rd party components<br>Carrier solutions for Vodafone VFX, Sprint, and as developed, Cingular, Orange | | |
| **Binary Solutions** | | Build or drive to standard binaries<br>Windows Mobile binary | | |
| **Advanced Phone : Changing the Market** | | | | |
| **Create Base CDC Wireless Base Product** | | | Define, Drive adoption of Java Wireless Player and Solution<br>Leverage existing Umbrella Java Wireless Standards<br>Push customizable UE and dynamic computing platform<br>Extend to develop converged device platform | |
| **Develop a Sun Phonetop Solution for Linux** | | | | Define, Drive adoption of Sun Phonetop for Linux |

Sun Proprietary/Confidential: Internal Use Only



# Commercial Feature Roadmap

| | | 1H 2007 | 2H 2007 | 1H 2008 |
|---|---|---|---|---|
| **Feature Phone Java Player** | **P2P Messaging** | MMS / SMS | Mobile Telephony | |
| | **Mobile Multimedia** | Audio / Video Recording / Playback | | Mobile Broadcast |
| | **Consumer Information Services** | Location, Payment, Authentication and Web Services | IMS Client Framework, Web Services Improvments | DRM Integration |
| | **"Off deck" Applications** | SVG UI, Browser integration | | Advanced XML UI, SVG 2.0 |
| | **"Operating Systems" capabilities** | Multiple MIDlet support | Skinning / Theming | MIDP 3 |
| | **Platforms** | Linux/ARM | Nucleus/TI, Brew/Qualcomm, Windows Mobile | Keep with OEM roadmap |
| **Advanced Phone Java Player** | **P2P Messaging** | | | |
| | **Mobile Multimedia** | | Replicate Feature Phone Capabilities | Replicate Feature Phone Capabilities |
| | **Consumer Information Services** | | | |
| | **"Off deck" Applications** | | | |
| | **"Operating Systems" capabilities** | | Multiple Java application support | Xlet application model |
| | **Platforms** | | Linux/ARM | Windows Mobile, S60/Symbian |
| **Advanced Phone Linux Phonetop** | **Advanced UI** | | | Customizable Look and Feel |
| | **Java System Executive** | | | Content Manager, Native app/Java app co-existence |
| | **Content Management** | | | Ringtones, Java, Native app mgmt, DRM engine |
| | **Applications** | | | PIM, Preferences, Status |

Sun Proprietary/Confidential. Internal Use Only

CONFIDENTIAL

Trial Exhibit 7237, Page 13 of 32

OAGOOGLE0011726520



# ISV Program: 3 Tiers

**Member:**

- Community based information sharing
- Access to papers, newsletters, forums, bug tracking, …
- Invitations to partner briefings and webinars on new technologies, products, & services
- Viral promotion of innovative ISV technologies
- Open to all, simple community registration

**Associate: Member benefits +**

- Access to dedicated technical support resources
- Access to engineering services
- Invitation to "private" briefings on new technologies products & services
- Ability to augment testing and verification suites (JDTS, Java Verified)
- Listing in ISV directory
- By Invitation: Commit to one application though Java Verified

**Executive: Associate benefits + (Commit to one application though Java Verified)**

- Early access to Sun distributions and devices with those distributions
- Ability to influence implementation and roadmaps
- Invitation to participate in marketing activities (java.com) and events
- Access to named technical support resources
- Member of the "ISV Executive Council"
- Commit to certifying on Sun distributions and commit to joint marketing

CONFIDENTIAL

OAGOOGLE0011726521

Trial Exhibit 7237, Page 14 of 32



# Mobile ISV Program Key Target Markets

## Infotainment Subcategories

Infotainment 36.1%

- Ringtones
- Music
- Graphics
- Gaming
- Video/TV
- Basic non-video

- **Games**
  - ⟩ EA
  - ⟩ Killo
  - ⟩ Digital Chocolate
- **Video**
  - ⟩ MobiTv
  - ⟩ Kamera
  - ⟩ BBC
- **Music**
  - ⟩ RadioDJ
  - ⟩ Real

- **Pictures**
  - ⟩ Mspot
- **Messaging**
  - ⟩ OZ
  - ⟩ Opera
- **Ecosystem Partners**
  - ⟩ Bango
  - ⟩ Mpowerplayer
  - ⟩ MobileComplete

Other segments to consider: Social Networking (myspace), Mobile Messaging (Funambol), video (YouTube mobile)

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726522



# Why Use Sun Bits? Sun Is the Mobile Implementation Specialist

- Requires a closer relationship with our customers and a deep understanding of their business – our engineers at their site (e.g. BenQ)

- Our value is integration which offers faster time to market, reduced cost and simplification of third party licensing and integration for our customers.

- We will monetize commercial licensing, services and implementations, leveraging our expertise to sell training, support and testing services.

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726523

CONFIDENTIAL

Trial Exhibit 7237, Page 16 of 32

# Increasing Monetization as Mobile Implementation Specialists

- Implementing more of the Phone stack
  - ∧ Deeper & broader device middleware integration
  - ∧ Implement non-Java middleware to add value – Linux

- Moving from a few reference ports to a larger collections of "off-the-shelf" phone ports
  - ∧ Add embedded OS/HW combinations as supported platforms (TI Neptune/Nucleus, TI 2430/Nucleus, Qualcomm/Brew, Windows Mobile)

- Driving to customer deployable solutions
  - ∧ "Portfolio" source – Deliver solutions on customer ref. platforms
  - ∧ Binary solutions

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726524





# Monetizing the Commercial Product

Tier 1 OEMs

| Base Source | + | Most in-house, OI potential | + | Included in License |

Tier 2 OEMs

Add + Carriers

| Portfolio Source Custom Binary | + | Implementation Specialist, Phone top | + | Included in License |

Tier 3 OEMs

| Binary | + | Premium Binary, Porting | + | Binary Support |

Customers: OEMs Carriers

How We Monetize →

| Licensing | Added Value | Support |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726525

Trial Exhibit 7237, Page 18 of 32



# Java/Linux Mobile Platform Architecture

- Full stack Java/Linux implementation:

  – Supported on multiple hardware platforms

  – Integrated Java/XML/Scripting platform

- Allows for OEM and Carrier customization of UI and Services



Sun Proprietary/Confidential. Internal Use Only

OAGOOGLE0011726526

CONFIDENTIAL

Trial Exhibit 7237, Page 19 of 32

CONFIDENTIAL

Trial Exhibit 7237, Page 20 of 32

Sun Proprietary/Confidential Internal Use Only

OAGOOGLE00117265Z7

# Java stack enables developers





# Revenue Scenario: Shipment volume averaged and held constant

| | High Data ARPU growth | Low |
|---|---|---|
| **High**<br>**Java relevance in Data ARPU** | **Fat City** | **Small Market Dominator**  |
| **Low**<br>**Java relevance in Data ARPU** | **Drafting** | **Commodity** |

Sun Proprietary/Confidential. Internal Use Only

OAGOOGLE0011726528

CONFIDENTIAL



# Scenario Model - Pricing

**Drafting Scenario– High Data APRU Growth, Java drive small % of overall data APRU, slight price erosion for current products, slower ramp up**

| CDC | Nokia | Motorola | Tier 2 | Tier 3 | CLDC | Nokia | Motorola | Tier 2 | Tier 3 |
|---|---|---|---|---|---|---|---|---|---|
| Standards | $0.00 | $0.00 | $0.23 | $0.59 | Standards | $0.00 | $0.00 | $0.11 | $0.25 |
| Base Impl. | $0.04 | $0.07 | $0.22 | $0.55 | Base Impl. | $0.04 | $0.07 | $0.14 | $0.32 |
| Portfolio Source | $0.04 | $0.07 | $0.32 | $0.83 | Portfolio Source | $0.04 | $0.07 | $0.22 | $0.47 |
| Custom Binary | $0.07 | $0.16 | $0.66 | $1.58 | Custom Binary | $0.07 | $0.16 | $0.44 | $0.90 |
| Custom Binary + Source code | $0.07 | $0.16 | $0.66 | $1.58 | Custom Binary + Source code | $0.07 | $0.16 | $0.44 | $0.90 |
| Phone Top | $0.90 | $0.90 | $1.35 | $1.80 | | | | | |

**Fat City Scenario – High Data APRU Growth, Java drive large % of overall data APRU, price with premium, cap applied across OEMs**

| CDC | Nokia | Motorola | Tier 2 | Tier 3 | CLDC | Nokia | Motorola | Tier 2 | Tier 3 |
|---|---|---|---|---|---|---|---|---|---|
| Standards | $0.00 | $0.00 | $0.42 | $1.06 | Standards | $0.00 | $0.00 | $0.19 | $0.45 |
| Base Impl. | $0.04 | $0.12 | $0.38 | $0.98 | Base Impl. | $0.04 | $0.12 | $0.26 | $0.56 |
| Portfolio Source | $0.06 | $0.12 | $0.58 | $1.47 | Portfolio Source | $0.06 | $0.12 | $0.38 | $0.84 |
| Custom Binary | $0.13 | $0.29 | $1.18 | $2.80 | Custom Binary | $0.13 | $0.29 | $0.78 | $1.60 |
| Custom Binary + Source code | $0.13 | $0.29 | $1.18 | $2.80 | Custom Binary + Source code | $0.13 | $0.29 | $0.78 | $1.60 |
| Phone Top | $1.60 | $1.60 | $2.40 | $3.20 | | | | | |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

Trial Exhibit 7237, Page 22 of 32

OAGOOGLE0011726529



# Business Case and ROI – includes isv/sdn/tools ($9m incremental OPEX)

| ($M) | FY07 | FY08 | FY09 | FY10 | Cumulative |
|---|---|---|---|---|---|
| Revenue | 138.3 | 154.7 | 241.4 | 342.5 | 876.9 |
| COGS | 14.0 | 23.0 | 58.0 | 109.0 | 204.0 |
| Gross Margin | 124.3 | 131.7 | 183.4 | 233.5 | 672.9 |
| SW OPEX | 43.3 | 46.8 | 46.8 | 46.8 | 183.7 |
| ROI Ratio | 2.9 | 2.8 | 3.9 | 5.0 | 3.7 |



## Drafting Scenario
## Data ARPU Growth = High
## Java Relevance = Low

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726530

Trial Exhibit 7237, Page 23 of 32



# Business Case and ROI – includes isv/sdn/tools ($9m incremental OPEX)

| ($M) | FY07 | FY08 | FY09 | FY10 | Cumulative |
|---|---|---|---|---|---|
| Revenue | 138.3 | 231.0 | 359.0 | 478.0 | 1206.3 |
| COGS | 14.0 | 33.0 | 81.5 | 147.5 | 276.0 |
| Gross Margin | 124.3 | 198.0 | 277.5 | 330.5 | 930.3 |
| SW OPEX | 43.3 | 46.8 | 46.8 | 46.8 | 183.7 |
| ROI Ratio | 2.9 | 4.2 | 5.9 | 7.1 | 5.1 |



**Fat City Scenario**
**Data ARPU Growth = High**
**Java Relevance = High**

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726531

CONFIDENTIAL

Trial Exhibit 7237, Page 24 of 32



# Summing It Up: This is good business

- Staying the course means walking away from this market over time

- Business model of developer/content centric with an active focus of enrolling ISVs to help drive adoption of our bits can reposition Sun as a leader in the mobile market

- We need $9m* in annual runrate to fund activities across software (CSG, MDE, SDN, Tools) for a return over 4 years of from $876m to $1.2b (ROI ratio in 2010 of 5-7.1)

**\* FY07 = $2.25m/quarter; begin ramp in Q2, total = $5.5m**

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726532

# But Even With $9m, It's Not Fast Enough to Counter Market Forces

- Current trajectory won't position Sun to win the Advance OS Mobile app platform battle

- 100% alignment with Nokia's CDC Java direction to solve fragmentation & leverage Nokia's mobile developers

  › Key initiatives:

    › Secure the VM design win in Series 60

    › Align Sun's Java ME commercial stacks to Nokia Series 60 Java platform behavior

    › Fast track CDC/MIDP/OSGi/eSWT solution

    › Collaborate with Nokia to complete Declarative UI technology

- Issues: Eclipse v. Netbeans for Nokia ecosystem; eSWT

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726533





**Extra Slides**

OAGOOGLE0011726534

CONFIDENTIAL

Trial Exhibit 7237, Page 27 of 32



# Investment Distribution

|                   | FY07 ($M) | FY08 ($M) | FY09 ($M) | FY10 ($M) |
|-------------------|-----------|-----------|-----------|-----------|
| R&D Community     | $1.70     | $2.80     | $2.80     | $2.80     |
| R&D Commercial/ES | $2.00     | $3.50     | $3.50     | $3.50     |
| Prod Dev Support  | $0.40     | $0.60     | $0.60     | $0.60     |
| ISV               | $1.00     | $1.50     | $1.50     | $1.50     |
| Tools             | $0.40     | $0.60     | $0.60     | $0.60     |
| SDN               | TBD       | TBD       | TBD       | TBD       |
| Marketing         | TBD       | TBD       | TBD       | TBD       |
|                   | $5.50     | $9.00     | $9.00     | $9.00     |

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE001172 6535

CONFIDENTIAL



# Optimal product investment/revenue lifecycle



**Sow**

In the early stage, investment is rising and higher than revenue return; margins and ROI are negative

**Grow**

In order to capture potential revenue & margins in the growth stage, investment must be increasing with significant upside in ROI

**Harvest**

In later stages, investment levels off while still extracting high revenue and margins

Stage of Life Cycle
Revenue
Investment

Time

$$

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726536

CONFIDENTIAL
Trial Exhibit 7237, Page 29 of 32



# Advanced Phones Growing Faster

## Aggressive Shipment Outlook (Visiongain)

Java Shipment Forecast (M units)



Legend:
- CLDC
- CDC
- Non-Java

## Conservative Shipment Outlook (Strategy Analytic)

Java Shipment Forecast(M units)



Legend:
- CLDC Shipment
- CDC Shipment
- Non-Java Shipment

Source: Strategy Analytics, Visiongain, Ovum

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726537



# And Developers Carry Most of the Cost

Cost Burden for Java ME Application Development and Delivery

Source: Yankee Group, 2006 [WMT-14802, exhibit 11]
© Copyright 2006. Yankee Group Research, Inc. All rights reserved.

OAGOOGLE0011726538

CONFIDENTIAL

Trial Exhibit 7237, Page 31 of 32



# Driving Value Across the Chain
## Content drives adoption and monetization



Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726539