# Exhibit 20

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT  7326**
CASE NO. 10-03561 WHA
DATE ENTERED._____
BY_____
DEPUTY CLERK

IBM 000003



## Apache Harmony: An Open Innovation

**Tim Ellison**
Apache Harmony Project
http://harmony.apache.org

# JavaOne

Join me during the next 45 mins to…

Learn about the motivations, current status, and future plans of the Apache Harmony project.

Apache Harmony

IBM 000004

IBM 000005

# JavaOne

http://harmony.apache.org

## Agenda

Project History

Development Model

Code and Runtime Modularity

How Are We Doing?

Demo

Harmony and the JCK

Wrap-up

Trial Exhibit 7326, Page 3 of 37



IBM 000006

IBM 000007

# JavaOne



## Enhanced IP-cleanliness

- Contributors detail their prior access via a project questionnaire.

- Developers can contribute in functional areas where they have not studied closed-source implementations (exceptions apply).

- Existing code being contributed to the project must provide acceptable pedigree information.

  This is in *addition* to the standard Apache contribution processes



See: http://harmony.apache.org/auth_cont_quest.html

Apache Harmony   | JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | -#-   http://harmony.apache.org

IBM 000008



# Bootstrapping the project

- Establish a common goal
  - compliant and compatible Java SE implementation

- JVM contributions
  - initial VM implementations, ... from Cobbs and Lydick
  - DRLVM, ... from Intel

- Class library code contributions
  - core lang, util, net, IO, beans, ... from IBM
  - security, print, sound, awt, swing, ... from Intel
  - math, rmi, ... from National University of Cordoba, Argentina

- Production-quality VMs for build and test
  - IBM J9 and BEA JRockit were made available to project
    - Used for development
    - Not under open source license, not a contribution

**Apache Harmony**    | JavaOne 2010 Conference   |   San Francisco, CA   |   Apache Harmony: An Open Innovation   |   #

http://harmony.apache.org

JavaOne

## Agenda

Project History

Development Model

Code and Runtime Modularity

How Are We Doing?

Demo

Harmony and the JCK

Wrap-up

IBM 000009

http://harmony.apache.org

| JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | -#-

Apache Harmony

# Spec-driven development
## Producing a compliant implementation



*iterative*

| Post intentions on the dev list | Specification Reading | Writing Unit Tests | Writing implementation | Send patch and discuss problems on dev list |

*progress*

- Implementing the Java specifications as found in
  - Java SE platform Javadoc
  - Java Programming Language Specification
  - Java Virtual Machine (JVM) Specification, etc.

- Ambiguities and omissions…
  - resolved by consulting the Reference Implementation
  - determined by functional API testing

Apache Harmony    | JavaOne 2010 Conference  |  San Francisco, CA  |  Apache Harmony: An Open Innovation  | -#-    http://harmony.apache.org

IBM 000010

IBM 000011

# Test-driven development
## Producing a robust, compatible implementation



all code is guilty

until proven innocent

- Functional testing
  - API tests, internal interfaces tests, bug regression tests
  - Component oriented

- Integration testing
  - Build verification, test with different VMs
  - Component assembly oriented

- Application / System testing
  - Running popular applications, *ad hoc* and test suites
  - End-product and compatibility oriented

- Platform, Performance and Stress testing
  - Multi-platform continuous integration, performance / stress suites
  - Robustness and quality oriented

Apache Harmony      | JavaOne 2010 Conference   |   San Francisco, CA   |   Apache Harmony: An Open Innovation   |   <#>      http://harmony.apache.org

Trial Exhibit 7326, Page 9 of 37

IBM 000012

# JavaOne

## Project repository organization

### /classlib
– the class library code
– branches for Java 5 and Java 6

### /drlvm
– the VM, JIT, GC

### /jdktools
– Java technology development tools
(javac, javah, javap, ...)

Java 5 code base is >1.5 Million
non-comment lines of code



generated using David A. Wheeler's 'SLOCCount'

| JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | <#> | http://harmony.apache.org

IBM 000013

# JavaOne

## Federated workspace build
Bringing it all together

```
/trunk
    build.xml
    /classlib        -> class libraries
    /drlvm           -> virtual machine, JIT, GC
    /jdktools        -> developer tools
    /common_resources -> shared resources
```

- Single command build, just type "ant"

- Downloads project dependencies

- Successful build results in:
  Harmony Development Kit (HDK) – for implementation developers,
  Java Development Kit (JDK) – for Java developers,
  Java Runtime Environment (JRE) – for Java users.

Apache Harmony

Trial Exhibit 7326, Page 11 of 37



# Distributed build-test
Heterogeneous build and test farm across community

IBM 000014

# JavaOne

## Agenda

Project History

Development Model

Code and Runtime Modularity

How Are We Doing?

Demo

Harmony and the JCK

Wrap-up

IBM 000015

| JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | -#-

Apache Harmony

http://harmony.apache.org




IBM 000016

# JavaOne

## Harmony DRLVM – the Java Virtual Machine

- Core interpreter
  - Bytecode verifier, class file loading / unloading, debug interface, JVMTI etc.

- Just in Time compilers
  - profiling engine selects compiler based on typical code paths, data values, …
  - "JET" fast compiler
    - ~14K NSLOC, ~10-20K methods/sec, resulting code 10x faster than interpreter
  - "OPT" optimizing compiler
    - multiple code transformations, resulting code 2x faster than JET

- Memory managers
  - "GCv4" stop the world, sequential copying compacting
  - "GCv5" stop the world, parallel copying compacting generational
  - "Tick" on the fly, concurrent mark, parallel, mark-sweep-compact generational

| JavaOne 2010 Conference  |  San Francisco, CA  |  Apache Harmony: An Open Innovation  |  # |   http://harmony.apache.org

Apache Harmony



# Virtual Machine modularity
## Code execution and memory management

- Well-defined interfaces, consistent across platforms

- Interfaces do not compromise runtime performance

- Modules either build-time or runtime replaceable

- Multiple implementations already exist for some modules



IBM 000018

IBM 000019

# JavaOne

## Harmony's VMI

Virtual Machine Interface to the class libraries

- VM-specific 'kernel' classes
  - 23 publicly defined Java SE types that the VM typically knows intimately, plus one helper
- Access to our C struct from JavaVM / JNIEnv pointers
  - 10 new C functions that augment standard JNI

- The VMI provides:
  - Access to the operating system abstraction library (port library)
  - Access to per-VM storage functions (VMLS) which allows multiple VMs to exist in a single address space
  - Ability to get/set/iterate system properties
- The VMI does not :
  - Require any enhanced VM/class library linkage
  - Prescribe object layout, garbage collection, synchronization, and so on



class libraries

RVM

Apache Harmony

## Class library modularization

Java SE platform implemented in ~30 components

- A module…

  - is related functionality scoped by Java packages

  - 'exports' user-API and internal-API, hides private internal implementation

  - defined by dependencies
    in the Java specification

  - minimizes coupling by
    explicit internal APIs

  - is delivered as a JAR file, a real OSGi bundle

- Observed benefits

  - easier to manage prior exposure

  - freedom of assembly for module consumers

  - unit of replacement for fixes and updates

  - facilitates contributions



JavaOne

Apache Harmony | JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | ‹#› | http://harmony.apache.org

IBM 000020

IBM 000021

# JavaOne

## Development time modularity
The Harmony Development Kit ("HDK")

- Not a replacement for JDK software
  - HDK → Harmony developers :: JDK software → Java developers
  - Contains all files necessary for Harmony development and testing
- Enables fast rebuild of individual modules – Java platform and native
- Removes necessity to check out whole source tree
- Supports separate or in-place development of HDK trees

```
$ svn co http://... modules/nio
$ cd modules/nio
$ ant -DHY.HDK=path/to/hdk -DHY.TARGET=path/to/target
```



http://harmony.apache.org

Apache Harmony      | JavaOne 2010 Conference  |  San Francisco, CA  |  Apache Harmony: An Open Innovation  |  #

IBM 000022

# JavaOne

## Packaging Modularity
### Software assemblies

Conventional approach

rt.jar

jsse.jar

jce.jar

...

Harmony's approach

prefs.jar +
prefs-src.jar +
hyprefs.dll

Trial Exhibit 7326, Page 20 of 37

IBM 000023

# JavaOne

# Multi-configuration support

"Right sized" application runtimes

- Harmony's modules enable flexible assemblies:

  – Apache Harmony : builds all modules into Java 5 and Java 6 configurations

  – IBM Java 6 SE : a number of modules sourced from Harmony

  – Android : core libraries adapted to run on Dalvik VM

| Harmony | IBM Java 6 | Android |
|---|---|---|
| accessibility | | |
| annotation | | |
| applet | | |
| archive | | |
| auth | | |
| awt | | |
| beans | | |
| concurrent | | |
| crypto | | |
| imageio | | |
| instrument | | |
| jndi | | |
| lang-management | | |
| logging | | |
| luni | | |
| math | | |
| nio | | |
| nio_char | | |
| pack200 | | |
| prefs | | |
| print | | |
| regex | | |
| rmi | | |
| security | | |
| sound | | |
| sql | | |
| swing | | |
| text | Xerces | |
| xml | | kXML |
| x-net | | |

Trial Exhibit 7326, Page 21 of 37

## JavaOne

# Runtime modularity
## Multi-VM and tools launcher

- Single native launcher program

- Runs command-line Java technology programs, including generic launcher and JDK software tools

- Select VM provider based on command-line option

- Select runtime specified modules (e.g. GC algorithm)

```
jre/bin/
    java.exe
    default/
    drlvm-v1/
    drlvm-v2/
    ibm-j9/
$ java MyClass
$ java -vmdir:ibm-j9 MyClass
$ java -vmdir:drlvm-v1 MyClass
```

Apache Harmony

IBM 000024

# JavaOne

## Agenda

Project History

Development Model

Code and Runtime Modularity

How Are We Doing?

Demo

Harmony and the JCK

Wrap-up

IBM 000025

http://harmony.apache.org

| JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | ‹#›

Apache Harmony

IBM 000026

# JavaOne

## API completeness
### Our original goal - Java SE platform 5

- Completeness "heat map" courtesy of JAPI tool
  - compares API compatibility

All correct -               - None correct



- Over 99% 1.5 API complete

- Missing functionality is now primarily in...
  - providers
    - sound formats encoding / decoding
    - Kerberos authentication
  - command-line tools
    - javadoc, javaws, jstack, native2ascii, etc.

| Comparison | Good | Minor | Bad | Missing | Abs.add |
|---|---|---|---|---|---|
| Harmony 5.0 | 99% | 0.16% | 0.01% | 0.8% | 0% |
| Harmony 6.0 | 96.74% | 0.17% | 0.15% | 2.91% | 0.01% |

September 2010

See: http://kaffe.org/~stuart/japi

Apache Harmony          | JavaOne 2010 Conference  |  San Francisco, CA  |  Apache Harmony: An Open Innovation  |  #        http://harmony.apache.org

# Fit for Purpose Runtimes

- Java technology targeting specific runtime uses

- Mobile devices vs. server-grade services

- Virtualization
  - Cloud computing platform
  - Hypervisor-aware managed runtimes

- Big data
  - Map-reduce optimized runtimes

Trivial headless subset for "Hello World!"

| Name ▲ | Size |
|---|---|
| icu4j_4.2.1 | |
| annotation.jar | 27 KB |
| archive.jar | 81 KB |
| concurrent.jar | 192 KB |
| luni.jar | 897 KB |
| nio.jar | 172 KB |
| nio_char.jar | 1,372 KB |
| security.jar | 486 KB |

Apache Harmony | JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | #: http://harmony.apache.org

IBM 000027

## Feature groups

JDK tools

JRE tools

UI frameworks

Feature XML

Integration

Base enhancements

Core technology

JVM & JIT

http://harmony.apache.org

IBM 000028

### Harmony Select

| OUT | MORE | CORE | | |
|---|---|---|---|---|

javac · jar · jdwp · more...

java · more...

| xml-stax | rmi | lang-mgmt | awt datatrf |
| xml-jaxb | beans | | logging |
| xml-jaxws | auth | jndi | crypto |
| xml-saaj | jsse | sql | prefs |
| jmx | regex | xml-jaxp | nio chars |
| script | concurrent | text | annotation |
| tools | math | nio | archive |
| | luni | security | |

javadoc · jconsole

awt · swing

orb · plugin · webstart

print · sound · imageio

instrument · pack200 · activation

DRLVM

| JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | #

Apache Harmony

IBM 000029

# JavaOne

## Code quality
### testing, bug fixing, metrics, …

- Harmony suites:
  - Class library unit tests
  - DRL VM unit and regression tests
  - Functional test suite
  - JDKTools unit tests
  - Reliability test suite
  - Stress test suite
  - VM Validation test suite

- Application scenarios:
  - Apache Ant scenario
  - Apache Axis2 client-server scenario
  - Apache Struts scenario
  - Apache Tomcat scenario
  - Dacapo benchmark
  - Eclipse hello world application
  - Eclipse Geronimo application
  - JEdit scenario
  - Jetty scenario
  - LDAP scenario
  - Scimark benchmark

- External test suites:
  - Apache Ant 1.7.0 unit tests
  - Apache Maven unit tests
  - Eclipse unit tests.
  - Eclipse TPTP tests
  - Geronimo unit tests.
  - JUnit tests
  - Mauve test suite



http://harmony.apache.org

| JavaOne 2010 Conference  |  San Francisco, CA  |  Apache Harmony: An Open Innovation  |  # |

# JavaOne

## Multi-platform support
Write once, debug everywhere!

- Community builds, tests, and reports results on :
  - x86 / x86_64 Windows 2000, Windows XP, Windows Server 2008
  - x86 / x86_64 Debian, SLES11, RedHat AL 6, Ubuntu 10
  - PPC 32bit / 64bit RedHat AL6, SLES 11, AIX6.1
  - zSeries 31bit / 64 bit zLinux and zOS V1R12

- Work in progress on :
  - Itanium Linux and Windows
  - x86 Mac OS X and FreeBSD

- Interested in other platforms? Us too!





http://harmony.apache.org

IBM 000030

Trial Exhibit 7326, Page 28 of 37

# DEMO

- Harmony in action

Apache Harmony

JavaOne

http://harmony.apache.org

IBM 000031

IBM 000032



# Apache Harmony + Apache Hadoop

- Distributed compute cluster
  - Nodes running on right sized runtimes
  - Harmony in the cloud



Trial Exhibit 7326, Page 30 of 37

# JavaOne

## Agenda

Project History

Development Model

Code and Runtime Modularity

How Are We Doing?

Demo

Harmony and the JCK

Wrap-up

Apache Harmony   | JavaOne 2010 Conference   |   San Francisco, CA   |   Apache Harmony: An Open Innovation   |   <#>   http://harmony.apache.org

IBM 000033





# Apache's JCK issue with Sun

- First request for Java SE JCK v5 - August 2006
  - As per changes to agreement in JSPA, the "Apache Compromise"

- Sun offered JCK with FoU restrictions – 3Q2006 / 1Q2007
  - Limits how users can use compliant software, ASF reject as not allowing distribution simply under ALv2.

- Open Letter from ASF to Sun – April 2007
  - Appeal directly to Schwartz gets no response.

- ASF position on the JCP – August 2007
  - The ASF will vote "no" on any proposal involving:
    - x JCP lead who is not complying with the JSPA
    - x JSRs where the TCK-license contains FoU restrictions

**History**

 

| JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | #. http://harmony.apache.org

Apache Harmony

IBM 000034

IBM 000035



# JavaOne

## ORACLE®

## Apache's JCK issue

- Current position

  - Last Sun offer with new terms for the JCK are still unacceptable.

  - Contains FoU limitations on ASF's usage of the JCK (rather than downstream user restrictions).

    - This would allow us to redistribute under ALv2.

  - However, terms contain the requirement for an 'official' notice from Sun regarding IP notice and certification requirements – effectively a *de facto* augmentation of the Apache License, and therefore unacceptable.

  **Apache does not make statements regarding intellectual property other than facts we explicitly know to be true and are thereby disclosed in Notice files and the Apache License.**

- Oracle not yet offered alternative terms

Apache Harmony    | JavaOne 2010 Conference  |  San Francisco, CA  |  Apache Harmony: An Open Innovation  | #    http://harmony.apache.org

# JavaOne

## Agenda

Project History

Development Model

Code and Runtime Modularity

How Are We Doing?

Demo

Harmony and the JCK

Wrap-up

http://harmony.apache.org

| JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | <#>

Apache Harmony

IBM 000037

# JavaOne

## Summary
The best is yet to come...

- We invested time up-front getting the IP infrastructure right.

- Rapidly approaching a full compatible, open-source, implementation of Java SE.

- The core code has been picked up and used in non-trivial commercial runtimes.

- Our modularity story has given us flexibility and robustness to progress quickly and maintain stability.

- Harmony is a fountain of innovation in Java technology.



Apache Harmony   | JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | ‹#›   http://harmony.apache.org

IBM 000038



JavaOne

## Active areas of effort
What we still need to do … help appreciated

- Class library providers completion

- VM performance work

- Porting to new operating systems

- Improved test case coverage

- Real-world application testing

- Community growth



# Apache Harmony

http://harmony.apache.org

Apache Harmony    | JavaOne 2010 Conference | San Francisco, CA | Apache Harmony: An Open Innovation | -#-

# JavaOne

## Q&A

Tim Ellison

tellison@apache.org

http://harmony.apache.org

Apache Harmony

http://harmony.apache.org

IBM 000039