# Exhibit 21

| | |
|---|---|
| From: | Henrik Stahl <henrik.stahl@oracle.com> |
| To: | Nandini Ramani <Nandini.Ramani@oracle.com> |
| CC: | Georges Saab <georges.saab@oracle.com> |
| Sent: | 2/22/2012 7:27:26 PM |
| Subject: | Re: 21st Century - KonyOne? |

We have no solution for smart phones, true. But if this is positioned in the wrong way, it can hurt feature phone business. Also, it can hurt the future of Java on mobile devices.

On Feb 22, 2012, at 11:11 AM, Nandini Ramani wrote:

I agree... but on the flip side, we need a viable Java solution on mobile (which we don;t have today). So, in parallel we need to amp up our efforts so we can show that there is an alternative to ADF mobile (and we are working on this), but just pointing it out

On Feb 22, 2012, at 11:08 AM, Henrik Stahl wrote:

Yeah, the issue here is that Oracle as a company must have a consistent strategy. If we throw Java under the bus for mobile development, it needs to be a high level strategic discussion since it has significant revenue and ecosystem impact.

Something to bring up with Hasan.

Henrik

On Feb 22, 2012, at 10:59 AM, Georges Saab wrote:

That is just wrong -- we need to put it right.

On 22 feb 2012, at 10:57, Henrik Stahl wrote:

I must say that pitching ADF mobile as a generic mobile application development environment seems like a shot in the back at Java...?

Begin forwarded message:

**From:** Shay Shmeltzer <shay.shmeltzer@oracle.com>
**Subject: Re: 21st Century - KonyOne?**
**Date:** February 22, 2012 9:57:35 AM PST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 7362**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL                                                                                                    OAGOOGLE2000034948

Trial Exhibit 7362, Page 1 of 2

To: Philip Mcglauchlin <philip.mcglauchlin@oracle.com>
Cc: compias_us@oracle.com, David Folk <david.folk@oracle.com>, "HUANG,JOSEPH" <joe.huang@oracle.com>

Philip,

Oracle's mobile development solution is ADF Mobile - basic info here:
http://www.oracle.com/technetwork/developer-tools/adf/overview/adf-mobile-096323.html
Cc'ing David and Joe who might have more competitive information.

Shay

On 2/22/2012 9:53 AM, Philip Mcglauchlin wrote:
The customer is looking at KonyOne http://www.kony.com for mobile app development.

Do we have any information on them?

Phil.

Philip McGlauchlin
Sales Consultant
Oracle Corporation
Cell: 847-830-5778
philip.mcglauchlin@oracle.com

CONFIDENTIAL

OAGOOGLE2000034949

Trial Exhibit 7362, Page 2 of 2