# Exhibit 23

| | |
|---|---|
| From: | Simon Phipps <Simon.Phipps@Sun.COM> |
| To: | Opensource@Sun.COM <Opensource@Sun.COM> |
| Sent: | 11/8/2005 3:17:00 PM |
| Subject: | Fwd: Code contribution to harmony |
| Attachments: | smime.p7s |

IBM bootstraps Apache Harmony...

Begin forwarded message:

**From:** Tim Ellison <t.p.ellison@gmail.com>
**Date:** November 8, 2005 19:49:40 JST
**To:** harmony-dev <harmony-dev@incubator.apache.org>
**Subject: Code contribution to harmony**
**Reply-To:** harmony-dev@incubator.apache.org

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

I'm delighted to be able to make a code contribution to the Harmony
project on behalf of IBM.  The code comprises a concrete implementation
of the interface between virtual machine and class library that we have
been discussing recently, together with a set of core Java classes.  The
aim is to ground the discussion in reality and provide an opportunity
for people to collaborate on enhancements and improvements to actual
code.  The Java classes are a subset of Java SE 1.4.2 APIs sufficient to
run Ant and the Eclipse Java compiler, to provide a basic self-hosting
environment.  Some of the types are simply stubs to enable full
recompilation of the Java code.  The ZIP also includes HTML
documentation for the VM interface.

I've uploaded the contribution here:
    http://issues.apache.org/jira/browse/HARMONY-14

The expected MD5 sums are:
73ade240df20dec481806130fc8b4875 *Harmony-contribution_Part-1-of-2.zip
bc9117d9b4af113eaf5250883d1ce669 *Harmony-contribution_Part-2-of-2.zip

A number of people were involved with getting the code ready for
contribution (too many to name individually!), and they have done a fine
job.  There is still plenty of work to do; for example, we renamed some
code to "Hy", but some still has a "com.ibm" prefix.  The code needs
bringing up to the project goal of supporting 5.0 APIs.  It is targeted
at Windows and Linux on Intel 32-bit machines.  Now it is everyone's
code, join in!

In the meantime we are working on making a VM available for download
(under a binary evaluation license) from IBM's DeveloperWorks site that
implements the class library interface.  By getting the VM and unzipping
into the same directory you can run the contributed code and try out
your changes.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 7578**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

I'll post the URL for the VM download (as soon as I know it) as a follow-up to this mail -- it could take a couple of days to organize.

Just to avoid confusion, the DeveloperWorks VM not a regular IBM JRE. It is a VM being made available to enable Harmony development and is _not_ a contribution.


Regards,
Tim

- --

Tim Ellison (t.p.ellison@gmail.com)
IBM Java technology centre, UK.
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.1 (MingW32)
Comment: Using GnuPG with Thunderbird - http://enigmail.mozdev.org

iD8DBQFDcILEQeoJoFeTSY8RAosaAJ4wnnCaMDb9faTA52UGfxUGLqEOEgCg4ByR
lCoq7wUHcDbd/sJxWBiLs60=
=E8W4
-----END PGP SIGNATURE-----