# Exhibit 25

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S DEPOSITION CLIPS OF LARRY ELLISON PLAYED BY VIDEO DURING TRIAL**<br><br>Trial Date: May 9, 2016<br>Dept:         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT  7787
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
             DEPUTY CLERK

GOOGLE INC.'S DEPOSITION CLIPS OF LARRY ELLISON PLAYED BY VIDEO DURING TRIAL
Case No.  3:10-cv-03561 WHA

964206

1  Defendant Google Inc. submits the following deposition clips of Larry Ellison played by
2  video on May 13, 2016.
3
4  Dated: May 15, 2016                    KEKER & VAN NEST LLP
5
6                                  By:  s/ Robert A. Van Nest
                                        ROBERT A. VAN NEST
7                                       CHRISTA M. ANDERSON
                                        DANIEL PURCELL
8
                                        Attorneys for Defendant
9                                       GOOGLE INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
GOOGLE INC.'S DEPOSITION CLIPS OF LARRY ELLISON PLAYED BY VIDEO DURING TRIAL
Case No.  3:10-cv-03561 WHA

964206

Oracle v. Google_2

 **Ellison, Lawrence J. (Vol. 01) - 08/12/2011**    1 CLIP  (RUNNING 00:11:54.273)

🎬 Please state your name. ...



**ELLISON_4**          35 SEGMENTS  (RUNNING 00:11:54.273)

**1. PAGE 6:05 TO 6:10  (RUNNING 00:00:10.034)**

```
        05              THE REPORTER:  Raise your right hand, please.
        06              You do solemnly state that the evidence you
        07   shall give in this matter shall be the truth, the whole
        08   truth and nothing but the truth, so help you God.
        09              THE WITNESS:  I do.
        10              THE REPORTER:  Thank you.
```

**2. PAGE 6:13 TO 6:17  (RUNNING 00:00:11.191)**

```
        13        Q.   Please state your name.
        14        A.   Lawrence J. Ellison.
        15        Q.   What is your business address, Mr. Ellison?
        16        A.   500 Oracle Parkway, Redwood -- Redwood City,
        17   California.
```

**3. PAGE 9:21 TO 9:25  (RUNNING 00:00:10.351)**

```
        21        Q.   Now, prior to acquiring Sun Microsystems, did
        22   Oracle make an offer to purchase just some of Sun's
        23   software assets?
        24        A.   We did.
        25        Q.   And how did that come about?
```

**4. PAGE 10:03 TO 10:04  (RUNNING 00:00:05.044)**

```
        03              THE WITNESS:  I decided to write a letter to
        04   the Sun board offering to buy their software assets.
```

**5. PAGE 14:12 TO 14:14  (RUNNING 00:00:10.376)**

```
        12        Q.   Now, was the initial offer for software
        13   motivated at all by a desire to compete with Apple in the
        14   smartphone business?
```

**6. PAGE 14:16 TO 15:02  (RUNNING 00:01:01.170)**

```
        16              THE WITNESS:  I think there -- certainly
        17   owning Java would give us the opportunity to develop a
        18   Java-based smartphone and Java-based mobile devices or
        19   expand.  In fact, Java was already widely used in mobile
        20   devices, and our plan was to expand the Java business.
        21   In other words, we'd like to see it even more broadly
        22   used in mobile devices.
        23              So since Apple is in the mobile device
        24   business and we wanted to expand the -- the Java
        25   business, one sensible avenue for us to pursue would be
   00015:01   increasing -- the increasing use of Java in mobile
        02   devices.
```

**7. PAGE 15:14 TO 15:15  (RUNNING 00:00:05.571)**

```
        14        Q.   Was the Java presence at that time primarily
        15   limited to what are called feature phones?
```

**8. PAGE 15:18 TO 16:04  (RUNNING 00:00:27.634)**

```
        18              THE WITNESS:  At that time?  At that time,
        19   Sun's business was primarily feature phones.
        20        Q.   BY MR. VAN NEST:  And so was one of the
```

**CONFIDENTIAL**                                                                                                    page 1

## Oracle v. Google_2

```
        21  motivating factors, in your mind, Mr. Ellison, the idea
        22  that you could use Java to expand mobile business at Sun,
        23  including into smartphones?
        24          A.  Absolutely.
        25          Q.  And compete with Apple?
00016:01          A.  Yes.
     02          Q.  And did the idea of competing with Google's
     03  Android play any role in the decision to make this
     04  initial offer?
```

**9. PAGE 16:05 TO 16:10  (RUNNING 00:00:18.053)**

```
        05          A.  Again, we had a general notion of expanding
        06  the use of Java in the mobile device business, including
        07  feature phones and smartphones, and that -- Android was
        08  in the smartphone business, Apple was in the smartphone
        09  business.  So I suppose we'd be competing with both of
        10  them, yes.
```

**10. PAGE 47:05 TO 47:10  (RUNNING 00:00:08.968)**

```
        05          Q.  And you understand that nobody owns the Java
        06  programming language; right?
        07          A.  That's correct.
        08          Q.  Anybody can use that without any royalty at
        09  all?
        10          A.  Correct.
```

**11. PAGE 57:19 TO 57:23  (RUNNING 00:00:20.160)**

```
        19          Q.  BY MR. VAN NEST:  Now, soon after the deal
        20  was announced, did you indicate that one of the top
        21  priorities for Oracle was to build a Java phone?
        22          A.  I said building a Java phone is something we
        23  should explore.
```

**12. PAGE 60:18 TO 61:11  (RUNNING 00:00:52.010)**

```
        18          Q.  BY MR. VAN NEST:  Take a moment, Mr. Ellison,
```

2042 -

```
        19  to review Exhibit 395 and tell me whether or not you
        20  recognize it.
        21          A.  I do.
        22          Q.  What is it?
        23          A.  It's an email from me to Scott McNealy
        24  copying Oracle president Safra Catz and Charles Philips.
        25          Q.  Does it address the building of a Java phone?
00061:01          A.  It does.
     02          Q.  And you say there in the first sentence:
     03  "Scott, I think the best way to increase Java revenue is
     04  to build a mobile phone application suite on top of
     05  Java FX which will make Apple's iPhone a direct
     06  competitor of ours."
     07          Do you see that?
     08          A.  I do.
     09          Q.  Was that your sentiment at the time?
     10          A.  I think -- obviously, at the moment I wrote
     11  this, I thought it was a good idea.
```

**13. PAGE 62:16 TO 63:15  (RUNNING 00:01:08.007)**

```
        16          Q.  And why did you regard this as the best way
        17  to increase Java revenue?  Why was that the case?
        18          A.  Because there are a lot of -- because I
        19  believe the smartphone -- the smartphone market will be
        20  the largest computer market in the world.
        21          Q.  And was that your view at the time?
        22          A.  Yeah.
```

**Oracle v. Google_2**

```
        23            Q.  So you felt the smartphone market was the
        24   best way, the best market for Oracle to explore with
        25   Java?
  00063:01            A.  I thought -- I thought it was an idea we had
        02   to explore, yes.
        03            Q.  And at that time, you thought it was the best
        04   idea; right?  Because it was the biggest market?
        05            A.  I thought it was the biggest market and it
        06   was an idea that needed to be explored, yes.
        07            Q.  Now, you mention in your email here to
        08   Mr. McNealy that Apple is destined to become a major
        09   competitor.
        10                What did you mean by that?
        11            A.  Apple at the time was the leading supplier of
        12   smartphones.
        13            Q.  So you contemplated building a Java phone
        14   that would compete with iPhone.  Is that the idea?
        15            A.  That's correct.
```

**14. PAGE 68:10 TO 68:17 (RUNNING 00:00:30.907)**

```
        10            Q.  Did you talk with James Gosling about the
        11   Java phone idea?
        12            A.  I believe there were email messages about the
        13   Java phone from James where he said Sun -- Sun had
        14   thought of that before us.
        15            Q.  And what did he say about that?
        16            A.  That for some -- some reason, Sun didn't
        17   pursue it.  I don't recall what the reason was.
```

**15. PAGE 68:18 TO 68:18 (RUNNING 00:00:03.238)**

```
        18                MR. VAN NEST:  Let's mark this next in order.
```

**16. PAGE 68:21 TO 68:23 (RUNNING 00:00:05.789)**

```
        21            Q.  BY MR. VAN NEST:  When you've had chance to
        22   review this, Mr. Ellison, let me know.
        23            A.  Okay.
```

**17. PAGE 68:24 TO 69:13 (RUNNING 00:00:32.800)**

2043 -

```
        24            Q.  And I'm going to be asking you about the
        25   email at the top of the page.  The one below that is the
  00069:01   same one that we've been looking at.
        02            A.  Okay.  I've read it.
        03            Q.  So do you remember getting an email from
        04   Mr. Gosling in May of 2009?
        05            A.  I do.
        06            Q.  And he told you that, in effect, they wanted
        07   to build a Java phone as well?
        08            A.  Yes.
        09            Q.  And they couldn't fund it internally so it
        10   got nowhere?
        11            A.  Correct.
        12            Q.  They went out and acquired a company and that
        13   didn't work?
```

**18. PAGE 69:15 TO 69:15 (RUNNING 00:00:02.405)**

```
        15                THE WITNESS:  That's what this says, right.
```

**19. PAGE 70:20 TO 71:03 (RUNNING 00:00:28.487)**

```
        20            Q.  Did there become a project within Oracle
        21   known as Project Java Phone?
        22            A.  I'm not trying to be cute with semantics.
```

CONFIDENTIAL

**Oracle v. Google_2**

```
       23   There was never really a project.  Maybe there was
       24   potential project called Java phone.  Because we never
       25   funded a project.  We never had a project, no.  We just
00071:01   had discussions, and we decided not to do it before we
       02   started a project.
       03            MR. VAN NEST:  Let's mark this next in order.
```

**20. PAGE 71:06 TO 71:08  (RUNNING 00:00:06.816)**

```
       06            Q.  BY MR. VAN NEST:  Take a moment, Mr. Ellison,
```

2044-003 -

```
       07   to review Exhibit 397 and tell us whether or not you
       08   recognize it.
```

**21. PAGE 71:09 TO 71:09  (RUNNING 00:00:04.301)**

```
       09            A.  I do.
```

**22. PAGE 71:10 TO 71:14  (RUNNING 00:00:18.377)**

```
       10            Q.  What is it?
       11            A.  Again, we were discussing this potential --
       12   potential project to build a Java FX phone, and this is a
       13   review of -- of how we might go about doing that if we
       14   decided to go ahead with the project.
```

**23. PAGE 108:11 TO 108:13  (RUNNING 00:00:10.391)**

```
       11            Q.  Let's go back to Exhibit 397, which is the
       12   report on the Java phone project.
       13            A.  Give me a second.  Getting close.
```

**24. PAGE 108:14 TO 108:14  (RUNNING 00:00:02.030)**

```
       14            Okay.
```

**25. PAGE 110:22 TO 110:22  (RUNNING 00:00:05.141)**

2044-024 -

```
       22            Q.  Let's go down to page 23.
```

**26. PAGE 110:23 TO 111:03  (RUNNING 00:00:19.008)**

2044-024 -

```
       23            It says, "Issues" at the very top of the
       24   page, and a list of five problems.  Do you see that?
       25            A.  I do.
00111:01            Q.  What is your understanding of what this was
       02   intended to summarize?
       03            A.  Give me a moment.
```

**27. PAGE 111:04 TO 112:06  (RUNNING 00:01:12.544)**

```
       04            The difficulties of getting a -- we deemed it
       05   was very important to get a product to market quickly,
       06   because, again, Android was -- had a lot of momentum and
       07   was getting momentum every day.  So it was very important
       08   for us to get to market quickly.  And the -- it's a
       09   complicated project, so these were all of the concerns we
       10   had about initiating the smartphone project.
       11            Q.  And those concerns included that there was a
       12   very short time to market?
       13            A.  We had to get there quickly, yes.
       14            Q.  Right.  Many interlinked decisions and
       15   deliverables.  That's what you meant by complex
       16   project --
```

**CONFIDENTIAL**                                                                  page 4

Oracle v. Google_2

```
        17          A.   Exactly, yes.
        18          Q.   -- right?
        19               Very limited internal expertise to make smart
        20  decisions.  What did that refer to?
        21          A.   We'd never built a smartphone before.
        22          Q.   And didn't have the internal staff to do
        23  that?
        24          A.   Correct.  No experience.
        25          Q.   Each decisions effects others and overall
  00112:01  cost and price.  That reflects the complexity; right?
        02          A.   Right.
        03          Q.   And delays have an impact on successful
        04  deliver?
        05          A.   Yeah.  Every day that's delayed, Android got
        06  stronger.
```

**28. PAGE 134:20 TO 134:22 (RUNNING 00:00:07.332)**

```
        20          Q.   So obviously running on Java programming
        21  language with a Java virtual machine, that doesn't ensure
        22  success in the smartphone market; right?
```

**29. PAGE 134:24 TO 135:01 (RUNNING 00:00:05.698)**

```
        24               THE WITNESS:  Of course not.  We decided not
        25  to go into the smartphone market with the Java virtual
  00135:01  machine.
```

**30. PAGE 135:09 TO 135:12 (RUNNING 00:00:10.034)**

```
        09          Q.   BY MR. VAN NEST:  Were there any other
        10  efforts that you made to enter in to this large
        11  smartphone market, apart from the various ones we've
        12  already talked about?
```

**31. PAGE 135:23 TO 136:21 (RUNNING 00:01:20.689)**

```
        23               THE WITNESS:  We never made an effort to
        24  enter the smartphone market.  We analyzed whether we had
        25  a reasonable likelihood of success if we entered the
  00136:01  smartphone market and decided, you know, that Android had
        02  already -- there already was a Java smartphone with a lot
        03  of momentum, and, therefore, we could not enter the
        04  smartphone market.
        05          Q.   BY MR. VAN NEST:  You've mentioned that
        06  decision or the basis for that decision a number of
        07  times.  Have you seen any documents that actually reflect
        08  that a factor in your inability to get into the market
        09  was Android?
        10          A.   I haven't seen any documents that enumerate
        11  why we didn't go into the smartphone market.
        12          Q.   And you certainly haven't seen any that blame
        13  that on Android, have you?
        14          A.   As I say, I have not seen -- I have not
        15  seen -- again, I made the decision -- it was my decision
        16  to consider the smartphone market.  It was my -- you
        17  know, I put it out there, so I made the decision to do
        18  the analysis, and I made the decision to kill it.  And I
        19  don't know if I wrote down -- I've never seen a document
        20  written down that we are not entering the smartphone
        21  market because of this reason.
```

**32. PAGE 151:06 TO 151:09 (RUNNING 00:00:11.250)**

```
        06          Q.   And did you present a model for expected Java
        07  financial performance to the board back in '09 when you
        08  made the acquisition?
        09          A.   Probably.
```

Oracle v. Google_2

**33. PAGE 151:10 TO 151:12 (RUNNING 00:00:10.082)**

```
10        Q.  How has the Java portion of your business
11   performed financially against that model in '09 and '10
12   and so far in 2011?
```

**34. PAGE 151:14 TO 152:01 (RUNNING 00:00:31.712)**

```
14             THE WITNESS:  I think -- again, I think it
15   was a reasonably conservative board model.  And I think
16   it's done okay, but I'd have to look at the numbers.  I
17   don't know offhand.
18        Q.  BY MR. VAN NEST:  Has Java revenue increased
19   since you acquired Sun?
20        A.  I believe so.
21        Q.  By what kind of factor?  Do you know?
22        A.  I don't know.
23        Q.  Do you know why it's increased?
24        A.  We -- we're selling more.  What do you mean
25   by that?  We're -- we're selling -- you know, we're
00152:01  selling more of it.
```

**35. PAGE 153:18 TO 153:23 (RUNNING 00:00:06.673)**

```
18        Q.  So you're doing better in the categories you
19   have?
20        A.  Right.
21        Q.  And you're expanding to the categories as
22   well?
23        A.  Yeah.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:54.273)

Depo Clip of Ellison Played During Trial

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 7787**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK