# Exhibit 26

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **GOOGLE INC.'S DEPOSITION CLIPS OF DONALD SMITH PLAYED BY VIDEO DURING TRIAL** <br><br> Trial Date: May 9, 2016 <br> Dept:        Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT  7788
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

1    Defendant Google Inc. submits the following deposition clips of Donald Smith played by
2    video on May 13, 2016.
3
4    Dated:  May 15, 2016                              KEKER & VAN NEST LLP
5
6                                                 By:    s/ Robert A. Van Nest
                                                        ROBERT A. VAN NEST
7                                                       CHRISTA M. ANDERSON
                                                        DANIEL PURCELL
8
                                                        Attorneys for Defendant
9                                                       GOOGLE INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
GOOGLE INC.'S DEPOSITION CLIPS OF DONALD SMITH PLAYED BY VIDEO DURING TRIAL
Case No.  3:10-cv-03561 WHA

1060224

Oracle v. Google_2

 **Smith, Donald (Vol. 01) - 11/20/2015 [2187585]**                     **1 CLIP  (RUNNING 00:06:57.937)**

🎬 Okay.  Good morning, Mr. Smith. ...



**D_SMITH_CLIP1**            35 SEGMENTS  (RUNNING 00:06:57.937)

**1. PAGE 8:07 TO 8:11  (RUNNING 00:00:06.745)**

```
    07        Q.   Okay.  Good morning, Mr. Smith.
    08        A.   Good morning.
    09        Q.   Could you please state your full name for the
    10   record?
    11        A.   Sure.  It's Donald Owen Smith.
```

**2. PAGE 8:12 TO 8:24  (RUNNING 00:00:26.133)**

```
    12        Q.   Have you ever been deposed before?
    13        A.   I have not.
    14        Q.   Well, I assume you understand that it's a
    15   general question and answer process?
    16        A.   I do.
    17        Q.   I'll be asking the questions; you'll be
    18   answering them.  If you don't understand any of my
    19   questions, please just feel free to let me know.  I'm
    20   happy to restate it in a way that you can understand.
    21        A.   Okay.
    22        Q.   If you don't say that, if you don't ask me to
    23   clarify, I'll just assume you understood the question.
    24        A.   Sure.
```

**3. PAGE 9:03 TO 9:08  (RUNNING 00:00:12.816)**

```
    03        Q.   And you understand that you're here as a
    04   30(b)(6) witness; is that correct?
    05        A.   I do.
    06        Q.   And you understand that that means you're
    07   speaking on behalf of Oracle, the company?
    08        A.   I do.
```

**4. PAGE 22:16 TO 22:17  (RUNNING 00:00:04.445)**

```
    16        Q.   So do you understand the Java language to
    17   include the APIs?
```

**5. PAGE 22:19 TO 22:20  (RUNNING 00:00:06.958)**

```
    19             THE WITNESS:  Yes.  I mean, the APIs are a
    20   critical part of the Java language.
```

**6. PAGE 22:22 TO 22:23  (RUNNING 00:00:04.229)**

```
    22        Q.   Would you say that's true for the APIs that
    23   are at issue in the case?
```

**7. PAGE 22:25 TO 23:02  (RUNNING 00:00:11.984)**

```
    25             THE WITNESS:  Yes, those APIs are a
 00023:01   fundamental part of what makes Java Java -- what makes a
    02   developer recognize Java.
```

**8. PAGE 23:18 TO 23:19  (RUNNING 00:00:05.616)**

```
    18        Q.   Do you believe that the Java language and the
    19   Java APIs are inseparable?
```

**9. PAGE 23:22 TO 24:01  (RUNNING 00:00:18.566)**

```
    22             THE WITNESS:  Inseparable?  I'm sorry, I'm not
```

**CONFIDENTIAL**                                                                                            page 1

**Oracle v. Google_2**

```
        23    sure I fully understand the context of that.
        24    BY MR. MULLEN:
        25         Q.   Well, in other words, can the two be
   00024:01    separated for purposes of what use is permissible?
```

**10. PAGE 24:05 TO 24:08 (RUNNING 00:00:15.171)**

```
        05              THE WITNESS:  So again, like, as it relates to
        06    the specification and both the languages as it's
        07    defined, no, they're not separable.  It's all defined
        08    together under the same specification.
```

**11. PAGE 30:06 TO 30:07 (RUNNING 00:00:13.007)**

```
        06         Q.   Is one of the goals of your job to encourage
        07    developers to use the Java programming language?
```

**12. PAGE 30:09 TO 30:09 (RUNNING 00:00:03.940)**

```
        09              THE WITNESS:  Yes.
```

**13. PAGE 30:21 TO 30:23 (RUNNING 00:00:08.795)**

```
        21              Is it part of Oracle's overall business
        22    strategy, as it relates to Java, to encourage people to
        23    write in the Java programming language?
```

**14. PAGE 30:25 TO 31:04 (RUNNING 00:00:17.956)**

```
        25              THE WITNESS:  Yes, we -- again, a lot of our
   00031:01    products are based on Java and are based on companies
        02    building Java applications.  So the more that the
        03    platform is available, the better it is for us as a
        04    business.
```

**15. PAGE 32:09 TO 32:10 (RUNNING 00:00:06.774)**

```
        09         Q.   Do you have an understanding of how many Java
        10    developers there are in the world today, roughly?
```

**16. PAGE 32:12 TO 32:18 (RUNNING 00:00:24.952)**

```
        12              THE WITNESS:  Yes.  So the approved number
        13    that we use is 10 million plus.  There's often press and
        14    analysts that talk about it in terms of tens of
        15    millions.
        16    BY MR. MULLEN:
        17         Q.   Do you have an understanding of whether that
        18    number of developers has increased over time?
```

**17. PAGE 32:20 TO 32:23 (RUNNING 00:00:04.983)**

```
        20              THE WITNESS:  It has been increasing over
        21    time.
        22    BY MR. MULLEN:
        23         Q.   Has it increased since 2011?
```

**18. PAGE 32:25 TO 33:01 (RUNNING 00:00:05.117)**

```
        25              THE WITNESS:  I would -- yes, it would be fair
   00033:01    to say it's increased since 2011.
```

**19. PAGE 277:15 TO 277:16 (RUNNING 00:00:04.616)**

```
        15         Q.   Do you expect Java SE revenue to increase
        16    going forward?
```

**20. PAGE 277:19 TO 277:24 (RUNNING 00:00:15.497)**

```
        19              THE WITNESS:  So when you say "Java SE
        20    revenue," it depends on what you mean, right, because
        21    there are a number of ways we generate revenue from Java
        22    SE.  Some are growing; some are not.
```

```
            23   BY MR. MULLEN:
            24      Q.   How is the business doing overall?
```

**21. PAGE 278:02 TO 278:07  (RUNNING 00:00:30.542)**

```
            02              THE WITNESS:  Right.  So Java SE -- like Java
            03   SE Advanced is growing well.  Support revenue is growing
            04   well.  So that the Java SE business -- I mean, I would
            05   have to have the actual accounting numbers here, but
            06   it's like $150 million for what I personally carve out
            07   as what my team is responsible for generating.
```

**22. PAGE 288:14 TO 288:24  (RUNNING 00:00:29.450)**

```
            14      Q.   Mr. Smith, do you recall that you testified
            15   earlier today about the relationship between the Java
            16   language and the Java API?
            17      A.   Yes.
            18      Q.   And do you recall that you said that the APIs
            19   are a critical part of the Java language?
            20      A.   Yes.
            21      Q.   Do you believe that statement was accurate?
            22      A.   In the context of the specification, that's
            23   what I was referring to, but no, I don't believe it was
            24   accurate in isolation.
```

**23. PAGE 288:25 TO 289:05  (RUNNING 00:00:24.597)**

```
            25      Q.   Did you speak with Mark Reinhold to get a
       00289:01   correct understanding of the relationship between the
            02   Java language and the Java API?
            03      A.   Yes.  I've spoken with Mark Reinhold.  He's
            04   the expert in how the specification is created and how
            05   everything is created and interconnects.
```

**24. PAGE 290:14 TO 290:16  (RUNNING 00:00:08.431)**

```
            14      Q.   And are there others at Oracle who are more
            15   knowledgeable about the technical details of the Java
            16   language or the Java API than you?
```

**25. PAGE 290:18 TO 290:19  (RUNNING 00:00:05.895)**

```
            18              THE WITNESS:  Well, so Mark Reinhold would be
            19   particular expert in this topic.
```

**26. PAGE 291:02 TO 291:03  (RUNNING 00:00:03.472)**

```
            02      Q.   And is the Java language within your job
            03   responsibilities?
```

**27. PAGE 291:05 TO 291:05  (RUNNING 00:00:03.141)**

```
            05              THE WITNESS:  It would be under Mark.
```

**28. PAGE 291:08 TO 291:10  (RUNNING 00:00:05.110)**

```
            08              At the time you answered the questions this
            09   morning, what did you understand the context of those
            10   questions to be?
```

**29. PAGE 291:12 TO 291:18  (RUNNING 00:00:32.165)**

```
            12              THE WITNESS:  So the context that I was
            13   working on was talking about within the specification
            14   itself, like the specification in its entirety.
            15   BY MS. LEWIS-GRUSS:
            16      Q.   So was it -- so now do you understand the
            17   context -- do you understand that you were asked a
            18   different question this morning?
```

Oracle v. Google_2

**30. PAGE 291:21 TO 291:24 (RUNNING 00:00:16.696)**

```
21             THE WITNESS:  Yeah, so this morning I was
22   concerned that I misunderstood the question, and that's
23   why I asked if it would be okay to talk to Mark Reinhold
24   to further my knowledge in this area, in this topic.
```

**31. PAGE 292:02 TO 292:04 (RUNNING 00:00:08.552)**

```
02       Q.   So if I asked you whether or not the Java API
03   and the Java language were inseparable, what would your
04   answer be?
```

**32. PAGE 292:09 TO 292:11 (RUNNING 00:00:10.640)**

```
09             THE WITNESS:  Yeah, so they are separate
10   documents under the same specification, and they are
11   separate.
```

**33. PAGE 293:09 TO 293:11 (RUNNING 00:00:08.523)**

```
09       Q.   As you sit here today, do you have personal
10   knowledge of the distinction between the Java language
11   and the Java API?
```

**34. PAGE 293:13 TO 293:14 (RUNNING 00:00:04.339)**

```
13             THE WITNESS:  I'm sorry, I'm just not sure I
14   understand the question.
```

**35. PAGE 295:22 TO 295:24 (RUNNING 00:00:08.084)**

```
22       Q.   And when I asked you those questions this
23   morning, were you confused at that time?
24       A.   I was confused, yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:57.937)**

Depo Clip of Smith Played During Trial

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 7788**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK