# Exhibit 27

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>         Plaintiffs, <br><br>    v. <br><br> GOOGLE INC., <br><br>         Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **GOOGLE INC.'S DEPOSITION CLIPS OF HENRIK STAHL PLAYED BY VIDEO DURING TRIAL** <br><br> Trial Date: May 9, 2016 <br> Dept:       Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT  7803**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

GOOGLE INC.'S DEPOSITION CLIPS OF HENRIK STAHL PLAYED BY VIDEO DURING TRIAL
Case No.  3:10-cv-03561 WHA

1060606.01

1  Defendant Google Inc. submits the following deposition clips of Henrik Stahl played by
2  video on May 16, 2016.
3
4  Dated: May 16, 2016                                        KEKER & VAN NEST LLP
5
6                                              By:   s/ Robert A. Van Nest
                                                     ROBERT A. VAN NEST
7                                                    CHRISTA M. ANDERSON
                                                     DANIEL PURCELL
8
                                                     Attorneys for Defendant
9                                                    GOOGLE INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
GOOGLE INC.'S DEPOSITION CLIPS OF HENRIK STAHL PLAYED BY VIDEO DURING TRIAL
Case No. 3:10-cv-03561 WHA

1060606.01

Oracle v. Google_2

 **Stahl, Henrik (Vol. 01) - 01/14/2016 [2210624A]**                                     1 CLIP  (RUNNING 00:13:57.579)

 Good morning, Mr. Stahl. ...

STAHL_CLIP_1              40 SEGMENTS  (RUNNING 00:13:57.579)          

**1. PAGE 10:22 TO 11:02  (RUNNING 00:00:13.138)**

```
         22         Q.    Good morning, Mr. Stahl.
         23         A.    Good morning.
         24         Q.    Could you please state your full
         25    name for the record?
     00011:01      A.    My name is Per Henrik Stahl.  My use
         02    name is Henrik.
```

**2. PAGE 11:06 TO 11:17  (RUNNING 00:00:28.027)**

```
         06         Q.    And you are a current Oracle
         07    employee, correct?
         08         A.    Yes.
         09         Q.    What is your title at Oracle?
         10         A.    Vice president, product management.
         11         Q.    How long have you been employed by
         12    Oracle?
         13         A.    I started working for BEA Systems in
         14    2004.  BEA was acquired by Oracle in 2007.
         15         Q.    So you've been an Oracle employee
         16    since 2007?
         17         A.    Yes.
```

**3. PAGE 134:19 TO 135:13  (RUNNING 00:00:41.576)**

```
         19               Do you recognize Exhibit 1400,
         20    Mr. Stahl?
         21         A.    I recognize it.  It's an e-mail that
         22    I wrote to, I believe, my manager at the time.
         23    Or, actually, it might be -- not be a
         24    colleague.  If not, he ended up being my
         25    manager.
     00135:01              I don't remember writing this
         02    e-mail, but I'm sure I did.
         03         Q.    The e-mail is dated February 22,
         04    2012.
         05               Do you see that?
         06         A.    Uh-huh.
         07         Q.    And you say at the top of the
         08    string, "We have no solutions for smartphones,
         09    true, but if this is positioned in the wrong
         10    way, it can hurt feature phone business.  Also,
         11    it can hurt the future of Java on mobile
         12    devices."
         13         A.    Yes.
```

**4. PAGE 146:03 TO 146:12  (RUNNING 00:00:23.925)**

```
         03         Q.    And when you said, "We have no
         04    solution for smartphones," what did you mean by
         05    that?
         06         A.    In this particular context, I meant
         07    we have no way -- Oracle does not provide a way
         08    for a Java developer to write a Java program
         09    and then deploy it to iPhone, Android and
         10    Microsoft phones.
         11               So within the context of this
         12    e-mail, that's what I meant.
```

**CONFIDENTIAL**                                                                                  page 1

Oracle v. Google_2

**5. PAGE 148:25 TO 149:05 (RUNNING 00:00:19.253)**

```
         25          Q.    Has Oracle ever licensed Java SE for
00149:01     use in a mobile phone?
         02          A.    I don't know.  Not that I'm aware
         03     of.
         04          Q.    Are you aware of any efforts by
         05     Oracle to do so?
```

**6. PAGE 149:07 TO 149:07 (RUNNING 00:00:02.528)**

```
         07          A.    Not that I can recall.
```

**7. PAGE 151:03 TO 151:19 (RUNNING 00:00:56.527)**

```
         03          Q.    Is Exhibit 1422 an e-mail that you
         04     wrote on December 21, 2011?
         05          A.    Yes, it must be.
         06          Q.    And you wrote this e-mail in the
         07     ordinary course of your business at Oracle,
         08     correct?
         09          A.    Yes.
         10          Q.    And the third bullet point down you
         11     say, "Today, we have no part of the smartphone
         12     market.  It's all iOS and Android."
         13                What did you mean by that?
         14          A.    So within the context of this
         15     e-mail, I believe that -- in fact, I mention
         16     iOS and Android, basically means we have -- we
         17     have no solution I'm aware of that, you know,
         18     runs on or parallel to iOS and Android.
         19                It's an unclear statement.
```

**8. PAGE 153:17 TO 153:18 (RUNNING 00:00:05.917)**

```
         17                Does Oracle currently have a product
         18     that could compete in the smartphone market?
```

**9. PAGE 153:20 TO 153:24 (RUNNING 00:00:16.262)**

```
         20          A.    And we mean smartphone software
         21     platform?  Not that I'm aware.  I would be very
         22     surprised if such a product existed.
         23          Q.    Has Oracle ever had a product that
         24     could compete in the smartphone market?
```

**10. PAGE 154:01 TO 154:03 (RUNNING 00:00:06.979)**

```
00154:01          A.    As far as I'm aware, no, nor have I
         02     been aware of any attempt to build such a
         03     stack.
```

**11. PAGE 162:19 TO 163:07 (RUNNING 00:00:43.419)**

```
         19          Q.    Has Oracle made any effort to keep
         20     up with the evolving technology for mobile
         21     phones?
         22          A.    That's a variation of a question you
         23     asked earlier.  We are not investing in phones.
         24     We made a conscious decision in the, you know,
         25     2011, 2012 time frame not to invest in software
00163:01     for phones, except opportunistically if we had
         02     a large customer asking for something specific.
         03                Those decisions were based on the
         04     simple observation that we didn't think there
         05     was any market left after Android appeared and
         06     got dominance, and no investments have been
         07     made since, as far as I'm aware.
```

**12. PAGE 173:12 TO 173:21 (RUNNING 00:00:28.426)**

```
       12          Q.   Do you believe, as you sit here
       13     today, that Oracle would have to incur
       14     significant costs to create a mobile phone
       15     software stack?
       16          A.   I believe that creating a mobile
       17     phone software stack is a significant
       18     investment, yes.  So for Oracle, it would be a
       19     significant investment to do that, which would
       20     have to be offset by, you know, revenue in some
       21     shape, way or form.
```

**13. PAGE 173:25 TO 174:21 (RUNNING 00:01:11.752)**

```
       25               Why does it take significant
    00174:01     investment to build a mobile phone software
       02     stack?
       03          A.   I'm no expert, but based on my
       04     knowledge from software projects, building and
       05     maintaining a complete software stack, any
       06     complete software stack, is a fairly costly
       07     endeavor, and when it involves interfacing with
       08     hardware, you have to constantly invest in
       09     keeping up with that hardware, and when that
       10     hardware evolves rapidly, that constant
       11     investment -- it's an ongoing cost.
       12               You might be able to offset it by,
       13     you know, getting someone else to pitch in and
       14     help with some of that, which is what is
       15     happening within the Linux community or Android
       16     and the Google community, but it's a
       17     non-insignificant tax however you look at it.
       18          Q.   So it takes a significant amount of
       19     time and resources to build a mobile phone
       20     software stack?
       21          A.   That's my layman estimate, yes.
```

**14. PAGE 175:02 TO 175:05 (RUNNING 00:00:11.699)**

```
       02          Q.   And Oracle chose not to undertake
       03     the time and resource expenditure to build its
       04     own competing software stack for mobile phones,
       05     correct?
```

**15. PAGE 175:07 TO 175:10 (RUNNING 00:00:08.783)**

```
       07          A.   So we are now looking at the time
       08     frame, late 2011 to 2012, yes, Oracle did
       09     intentionally decide not to do that.  That's
       10     correct.
```

**16. PAGE 193:01 TO 193:02 (RUNNING 00:00:05.527)**

```
    00193:01          Q.   Do you recognize Exhibit 1425,
       02     Mr. Stahl?
```

**17. PAGE 193:03 TO 193:03 (RUNNING 00:00:03.029)**

```
       03          A.   (Perusing.)  So, yes, I do.
```

**18. PAGE 198:02 TO 198:09 (RUNNING 00:00:18.306)**

```
       02          Q.   If you turn to the next page of the
       03     document, page 25, it says, "Java, as a mobile
       04     platform, not competitive."
       05               Do you see that?
       06          A.   I do.
       07          Q.   Is it correct that, as of
       08     April 2012, Java, as a mobile platform, was not
       09     competitive?
```

**CONFIDENTIAL**                                                                                                                                     page 3

Trial Exhibit 7803, Page 5 of 11

## Oracle v. Google_2

**19. PAGE 198:11 TO 198:19  (RUNNING 00:00:32.982)**

```
          11         A.   I'm trying to remember what I meant
          12   when I wrote this.  I believe that what I meant
          13   was that the current set of technology that
          14   Oracle provided as products were not
          15   competitive with up-to-date platforms in the
          16   market, and that was the current state of
          17   affairs when this was written.
          18         Q.   And by competitive, did you mean
          19   competitive on a technological level?
```

**20. PAGE 198:21 TO 199:02  (RUNNING 00:00:15.860)**

```
          21         A.   Both.
          22         Q.   What would be the other in both?
          23         A.   Business.
          24         Q.   Business.  Okay.
          25              So was it your view that, as of
    00199:01   April 2012, Java, as a mobile platform, was not
          02   technologically competitive in the market?
```

**21. PAGE 199:04 TO 199:08  (RUNNING 00:00:10.076)**

```
          04         A.   The Java product from Oracle, at
          05   that point in time, did not have all the
          06   features it would need in order to be, you
          07   know, a complete and competitive mobile
          08   platform.
```

**22. PAGE 206:03 TO 206:05  (RUNNING 00:00:11.916)**

```
          03         Q.   So consumers began to demand
          04   smartphones with more features as opposed to
          05   older feature phones, correct?
```

**23. PAGE 206:07 TO 206:09  (RUNNING 00:00:06.565)**

```
          07         A.   Consumers began to demand a more
          08   advanced functionality from their phones.
          09   That's correct.
```

**24. PAGE 206:10 TO 206:12  (RUNNING 00:00:13.191)**

```
          10         Q.   And Oracle did not provide a
          11   solution that could be used in those more
          12   modern feature-rich phones, correct?
```

**25. PAGE 206:14 TO 207:02  (RUNNING 00:00:34.690)**

```
          14         A.   We did not provide -- actually, we
          15   never provided a complete software stack for
          16   any phone.  We licensed Java for phones.
          17              Now, when lower-end phones were more
          18   prevalent, Java ME was a great solution and a
          19   lot of vendors licensed Java from us.
          20              When the hardware became more
          21   capable, the OEMs moved to Android, because it
          22   provided a Java-like environment.  Why would
          23   they come and buy something from Oracle.
          24              You could have taken Oracle's Java
          25   technology and used it in an Android phone,
    00207:01   right?  There are no technical issues with
          02   that.  It just wasn't done.
```

**26. PAGE 207:19 TO 207:21  (RUNNING 00:00:08.253)**

```
          19         Q.   And as people moved towards more
          20   advanced phones with more capabilities, they
          21   moved away from feature phones, correct?
```

Trial Exhibit 7803, Page 6 of 11

Oracle v. Google_2

---

**27. PAGE 207:23 TO 208:08  (RUNNING 00:00:27.193)**

```
         23           A.   They moved away from low-end phones
         24     where Java ME was the best solution to run Java
         25     applications, which is, I guess, what we mean
00208:01        when we say feature phones here.
         02           Q.   The second bullet point in the
         03     document on page 30 says, "Old technology
         04     stack."
         05           A.   Uh-huh.
         06           Q.   Was it your view, at the time of
         07     this document in April 2012, that Java ME was
         08     an old technology stack?
```

**28. PAGE 208:10 TO 208:21  (RUNNING 00:00:28.846)**

```
         10           A.   Yes, I believe that if you wanted to
         11     continue to use and license Java ME and, in
         12     particular, to be able to compete with
         13     something like Android, would have to make
         14     significant investments in it.
         15                Now, that might not be the right
         16     decision, which is kind of what the third
         17     bullet here is referring to.
         18           Q.   And Oracle did not, in fact, make
         19     the significant investment required to keep up,
         20     correct?
         21           A.   We considered it.
```

**29. PAGE 208:23 TO 208:24  (RUNNING 00:00:02.558)**

```
         23           A.   We considered it.  We decided
         24     against it.
```

**30. PAGE 215:05 TO 215:07  (RUNNING 00:00:09.927)**

```
         05           Q.   So there eventually came a point in
         06     time where Oracle gave up marketing Java ME for
         07     phones of any kind, correct?
```

**31. PAGE 215:09 TO 215:11  (RUNNING 00:00:08.957)**

```
         09           A.   There came a time when we decided
         10     that we would not invest in new versions of
         11     Java ME for phones.  It's quite possible that
```

**32. PAGE 220:03 TO 220:06  (RUNNING 00:00:16.567)**

```
         03           Q.   Do you recognize Exhibit 1426,
         04     Mr. Stahl?
         05           A.   (Perusing.)  I don't remember it,
         06     but I'm sure I sent this.
```

**33. PAGE 225:17 TO 226:12  (RUNNING 00:01:00.251)**

```
         17           Q.   In the e-mail in Exhibit 1426, you
         18     say, "TCK's concern, on the other hand, was
         19     more geared towards dated upper stack APIs,
         20     which make Java ME look old and feature poor
         21     compared to Android."
         22           A.   Uh-huh.
         23           Q.   What did you mean by that?
         24           A.   So with upper stack APIs, we meant
         25     APIs that were specifically built to interact
00226:01        with modern, you know, hardware capabilities
         02     provide by in the current generation phones at
         03     the time, things like cameras and, you know,
         04     the GPS receiver, so on and so forth.
         05                There were Java ME APIs that
         06     provided access to such features, but those
         07     APIs were fairly dated, and they didn't work on
```

```
          08    Java SE.
          09            So what we did here was try to
          10    analyze, like, which of those APIs could we
          11    carry forward, and if we carried them forward,
          12    like, where would we start.
```

**34. PAGE 226:13 TO 226:17  (RUNNING 00:00:11.900)**

```
          13        Q.   What do you mean by carry forward?
          14        A.   Take the APIs, modernize them, and
          15    make them -- make them work, not only on ME,
          16    but also on SE, so that you could more easily
          17    move between the two platforms.
```

**35. PAGE 227:10 TO 227:12  (RUNNING 00:00:06.522)**

```
          10        Q.   And why didn't Oracle go very far
          11    down that path of modernizing Java ME and Java
          12    SE?
```

**36. PAGE 227:14 TO 228:04  (RUNNING 00:00:43.808)**

```
          14        A.   So that's not a correct statement.
          15    We actually did modernize both Java ME and Java
          16    SE.  The core platforms, as a matter of fact,
          17    are significantly modernized, and actually
          18    very, very good today, both Java ME 8 and SE 8.
          19            What we didn't do is we didn't
          20    produce new versions of all of these APIs that
          21    we identified as necessary to have, you know, a
          22    complete, modernized phone tablet stack.
          23            And the reason for that was simply
          24    once, you know, push came to shove, and we did
          25    the resource cost analysis and the revenue
     00228:01    analysis, it didn't make sense anymore.  We
          02    didn't think there would be enough market.  So
          03    we went and focused on embedded, which didn't
          04    need these APIs.
```

**37. PAGE 228:05 TO 228:07  (RUNNING 00:00:13.283)**

```
          05        Q.   So Oracle chose not to reproduce or
          06    modernize the APIs in Java ME or Java SE,
          07    correct?
```

**38. PAGE 228:09 TO 228:19  (RUNNING 00:00:29.234)**

```
          09        A.   For supporting phone-specific
          10    hardware, yes, we never produced any product
          11    or, like, officially supported updated library
          12    with this functionality.
          13            We did spend a fair amount of time
          14    on it, and there was a number of R&D projects
          15    proving the concept that this would be doable.
          16        Q.   But Oracle chose not to actually
          17    complete that process?
          18        A.   We choose never to productize it,
          19    correct.
```

**39. PAGE 229:21 TO 229:23  (RUNNING 00:00:09.101)**

```
          21        Q.   Did you believe, at the time you
          22    wrote this, that Java ME looked old and feature
          23    poor compared to Android?
```

**40. PAGE 229:25 TO 230:06  (RUNNING 00:00:30.826)**

```
          25        A.   I don't remember.  I certainly
     00230:01    believed that there were, you know, development
          02    we had to make to enable the full range of, you
          03    know, modern phone capabilities to Java
```

**Oracle v. Google_2**

```
04    developers, things like an updated camera API,
05    a GPS stack and Bluetooth, and so on and so
06    forth.
```

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**page 7**

Oracle v. Google_2

**Stahl, Henrik (Vol. 01) - 03/31/2016 [2279519-1]**                                    1 CLIP  (RUNNING 00:02:57.380)

Good morning, Mr. Stahl. ...



STAHL_CLIP_2                    10 SEGMENTS  (RUNNING 00:02:57.380)

**1. PAGE 5:15 TO 5:21 (RUNNING 00:00:10.606)**

```
    15        Q      Good morning, Mr. Stahl.
    16               Could you please state your full name
    17   one more time for the record?
    18        A      My name is Henrik Stahl.
    19        Q      And you are a current Oracle employee,
    20   correct?
    21        A      Correct.
```

**2. PAGE 39:05 TO 39:20 (RUNNING 00:00:46.208)**

```
    05               What is your understanding of what
    06   market share the iPhone has today in the United
    07   States?
    08        A      I actually don't know what their market
    09   share is in the United States.  I believe that the
    10   worldwide market share is on the order of 10 percent,
    11   probably a little bit more, and I base that on
    12   articles that I read in trade press.
    13        Q      So in other words, approximately
    14   10 percent of the mobile phones in the world today
    15   are iPhones?
    16        A      Yeah, I think that's correct.
    17        Q      And the existence of 10 percent of the
    18   mobile phones in the world being iPhones does not in
    19   any way affect the potential market for Java in
    20   phones, in your opinion, is that right?
```

**3. PAGE 39:22 TO 40:08 (RUNNING 00:00:36.219)**

```
    22        A      So, like I said, if we were to remove
    23   the iPhone from the market today and not replace it
    24   with anything else, I guess there is a potential
    25   that, you know, the addressable market would be
 00040:01   larger, but I actually believe that the existence of
    02   iPhone as a, you know, the platform, and with a
    03   stronghold in the premium side of the market, that is
    04   actually positive for the phone market as a whole.
    05   So removing it would, in that way, be detrimental to
    06   the market.  And my guess, I haven't done an
    07   analysis, is that these two things balance out, so I
    08   think it's neutral.
```

**4. PAGE 40:09 TO 40:11 (RUNNING 00:00:06.010)**

```
    09        Q      I'm sorry, did you say you haven't done
    10   the analysis, have not?
    11        A      I have not done a detailed analysis.
```

**5. PAGE 40:12 TO 40:14 (RUNNING 00:00:05.374)**

```
    12        Q      Why do you say the existence of the
    13   iPhone is actually a positive for the phone market as
    14   a whole?
```

**6. PAGE 40:16 TO 40:20 (RUNNING 00:00:11.982)**

```
    16        A      So, like I said a number of times, I
    17   generally believe that competing products in the
```

**CONFIDENTIAL**                                                                                                    **page 8**

Oracle v. Google_2

```
        18  market, varying innovation in the market, can and
        19  actually help expand the market for all players
        20  involved.
```

**7. PAGE 40:21 TO 41:03  (RUNNING 00:00:24.970)**

```
        21       Q    Do you believe that the existence of
        22  Android is a positive for the mobile phone market as
        23  a whole?
        24       A    Yes, I think the existence of Android is
        25  positive for the mobile phone market.  And Android as
 00041:01  an example of the widely-available platform.  It
        02  could have been any other platform, acclimated
        03  platform.
```

**8. PAGE 59:13 TO 59:15  (RUNNING 00:00:07.168)**

```
        13       Q    Do you believe that Java ME provides the
        14  features and functionality needed for a modern
        15  smartphone?
```

**9. PAGE 59:17 TO 59:22  (RUNNING 00:00:12.188)**

```
        17       A    No, I believe that the logical choice
        18  for a modern phone would be to adopt Java SE from a
        19  technology perspective.
        20       Q    So you don't believe that Java ME has
        21  the features and functionality needed for a modern
        22  smartphone?
```

**10. PAGE 59:24 TO 60:04  (RUNNING 00:00:16.655)**

```
        24       A    I don't think it was ever intended for
        25  that.  Java ME was intentionally designed for
 00060:01  resource restricted hardware.  As hardware became
        02  more powerful, there would be no reason to adopt Java
        03  ME.  It would be better to adopt Java SE, which has
        04  the features I believe of the iOS functionality.
```

**TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:16:54.959)**