# Exhibit 28

1   KEKER & VAN NEST LLP
    ROBERT A. VAN NEST - # 84065
2   rvannest@kvn.com
    CHRISTA M. ANDERSON - # 184325
3   canderson@kvn.com
    DANIEL PURCELL - # 191424
4   dpurcell@kvn.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:     (415) 391-5400
6   Facsimile:     (415) 397-7188

7   KING & SPALDING  LLP
    BRUCE W. BABER (pro hac vice)
8   bbaber@kslaw.com
    1180 Peachtree Street, N.E.
9   Atlanta, Georgia  30309
    Telephone:     (404) 572-4600
10  Facsimile:     (404) 572-5100

11  Attorneys for Defendant
    GOOGLE INC.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16  ORACLE AMERICA, INC.,                Case No.  3:10-cv-03561 WHA

17            Plaintiffs,               **GOOGLE INC.'S DEPOSITION CLIPS OF
                                        HASAN RIZVI PLAYED BY VIDEO
18       v.                             DURING TRIAL**

    GOOGLE INC.,                        Trial Date: May 9, 2016
19                                      Dept:       Courtroom 8, 19th Fl.
              Defendant.                Judge:      Hon. William Alsup
20

21

22

23

24

25

26                                      UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
27                                      TRIAL EXHIBIT  7804
                                        CASE NO. 10-03561 WHA
28                                      DATE ENTERED_____
                                        BY_____
                                        DEPUTY CLERK

---

GOOGLE INC.'S DEPOSITION CLIPS OF HASAN RIZVI PLAYED BY VIDEO DURING TRIAL
Case No.  3:10-cv-03561 WHA

1060607.01

1       Defendant Google Inc. submits the following deposition clips of Hasan Rizvi played by

2  video on May 16, 2016.

3

4  Dated:  May 16, 2016                KEKER & VAN NEST LLP

5

6                            By:   s/ Robert A. Van Nest

7                                ROBERT A. VAN NEST
                                CHRISTA M. ANDERSON

8                                DANIEL PURCELL

9                                Attorneys for Defendant
                                GOOGLE INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1060607.01

Trial Exhibit 7804, Page 2 of 6

Oracle v. Google_2

 **Rizvi, Hasan (Vol. 01) - 07/28/2011**   1 CLIP  (RUNNING 00:07:00.903)

🎬 Could you state your name for the record? ...

**RIZVI_4**   **17 SEGMENTS  (RUNNING 00:07:00.903)**   

**1. PAGE 6:11 TO 6:19  (RUNNING 00:00:12.688)**

```
11     Q.     Could you state your name for the record?
12     A.     Hasan Rizvi.
13     Q.     You're a current employee of Oracle
14  America, Incorporated?
15     A.     Yes.
16     Q.     And prior to Oracle Corporation's
17  acquisition of Sun Microsystems, you were an
18  employee of Oracle Corporation?
19     A.     Yes.
```

**2. PAGE 11:17 TO 11:19  (RUNNING 00:00:05.754)**

```
17     Q.     When were you first hired for your first
18  stint at Oracle?
19     A.     1990.
```

**3. PAGE 12:23 TO 13:05  (RUNNING 00:00:15.705)**

```
23            You said you were at Oracle for about
24  eight years during that first stint?
25     A.     Yes.
00013:01  Q.  So you would have left in about 1998?
02     A.     Yes.
03     Q.     At the time you left Oracle in 1998, what
04  was your position there?
05     A.     Director of development.
```

**4. PAGE 17:05 TO 17:07  (RUNNING 00:00:06.718)**

```
05     Q.     When you rejoined Oracle in October of
06  2001, what was your position at that point?
07     A.     Vice president of development.
```

**5. PAGE 17:15 TO 18:03  (RUNNING 00:00:32.863)**

```
15     Q.     Who were you reporting to when you
16  rejoined Oracle as Vice President of Development?
17     A.     Chuck Rozwat.
18     Q.     And what was Mr. Rozwat's position?
19     A.     He was heading up large parts of
20  development.  I think he was EVP of development.
21     Q.     And to whom at that point did Mr. Rozwat
22  report?
23     A.     Mr. Ellison.
24     Q.     That's Larry Ellison?
25     A.     Yes.
00018:01  Q.  And he was at that time the CEO of Oracle
02  Corporation?
03     A.     Yes.
```

**6. PAGE 83:15 TO 83:18  (RUNNING 00:00:16.634)**

```
15     Q.     Mr. Rizvi, Exhibit 191 appears to
16  be a presentation with an Oracle format that's
17  entitled "Project Javelin:  Strategy and
18  Milestones," Version 0.7, dated June 23, 2009.
```

CONFIDENTIAL

Oracle v. Google_2

---

**7. PAGE 83:22 TO 84:07  (RUNNING 00:00:22.336)**

```
       22    Q.    Do you recognize this presentation?
       23    A.    Yes.
       24    Q.    And do you know who created this
       25 presentation?
00084:01    A.    I'm not exactly sure.
       02    Q.    Was it created by someone within your
       03 team?
       04    A.    Most likely, yes.
       05    Q.    And do you recall reviewing it at the time
       06 around the time it was created?
       07    A.    Yes.
```

**8. PAGE 85:07 TO 85:11  (RUNNING 00:00:11.472)**

```
       07    Q.    What -- was the purpose of this
       08 presentation to outline various things that Oracle
       09 might do with the Java platform in the event it
       10 acquired Sun?
       11    A.    Yes.
```

**9. PAGE 86:14 TO 87:21  (RUNNING 00:01:21.270)**

```
       14    Q.    The next page states a number of long-term
       15 goals; this is page 3 of the document.  The first
       16 is "Grow monetization opportunities for Java on
       17 mobile devices."
       18          Do you see that?
       19    A.    Yes.
       20    Q.    And then there's a number of bullets below
       21 that.  The first is "Create a new business model to
       22 turn carriers into customers."
       23    A.    Uh-huh.
       24    Q.    Did Oracle ever follow through with any
       25 initiative to try to create a new business model to
00087:01 turn carriers into customers with respect to Java?
       02    A.    No.
       03    Q.    Do you even know what that refers to?
       04    A.    Yes.  In the sense that obviously we
       05 have -- Oracle has customers or carriers, broadly
       06 speaking.  The Java licensees that we have,
       07 primarily -- the Java is primarily licensed by
       08 device manufacturers as opposed to carriers.  So
       09 I think this is referring to a business model which
       10 would make an offering to the carriers which would
       11 be something that we could sell to the carriers, I
       12 guess.
       13    Q.    And when you say "carriers," you mean
       14 wireless carriers like T-Mobile and Verizon?
       15    A.    Yes.
       16    Q.    And if I understand correctly, what you're
       17 saying is that traditionally Sun had licensed Java
       18 to handset manufacturers like Motorola and Samsung
       19 but not necessarily to the wireless carriers;
       20 correct?
       21    A.    Right.
```

**10. PAGE 87:22 TO 88:01  (RUNNING 00:00:08.339)**

```
       22    Q.    And Oracle was looking to expand the
       23 licensing business into the carrier market?
       24    A.    We were exploring opportunities.
       25    Q.    And did Oracle ever do that?
00088:01    A.    No.
```

**11. PAGE 89:19 TO 90:07  (RUNNING 00:00:45.217)**

```
       19    Q.    The fourth bullet is "Create application
```

Trial Exhibit 7804, Page 4 of 6

Oracle v. Google_2

```
        20  distribution business through a vibrant marketplace
        21  for applications and Java services."
        22          What does that refer to?
        23      A.    I think that is referring to if we
        24  would create a store, for lack of a better word,
        25  marketplace, as I'm using that to mean a store,
00090:01  where we could distribute applications.
        02      Q.    So this refers to sort of an Oracle
        03  application store for Java applications?
        04      A.    Yeah.
        05      Q.    Did Oracle ever create an Oracle
        06  application store for Java applications?
        07      A.    No.
```

**12.  PAGE 100:09 TO 100:13  (RUNNING 00:00:18.187)**

```
        09      Q.    We talked about Java ME.  What is JavaFX?
        10      A.    So JavaFX is an effort to -- for a new
        11  UI interface capability for the Java platform, so
        12  graphics and user interface development for the
        13  Java platform.
```

**13.  PAGE 100:21 TO 101:16  (RUNNING 00:00:47.687)**

```
        21      Q.    And JavaFX isn't particular to Java ME or
        22  Java SE, correct, it would be a layer on top of all
        23  those different variations of the Java platform?
        24      A.    It could be.  But we will have to -- it
        25  would -- it could be, but we have to -- at Oracle we
00101:01  had to make calls on which one would be focused on
        02  first; whether it would be on the desktops or the
        03  mobile or the phones, et cetera.
        04      Q.    And what call did Oracle make, if any,
        05  about how to focus JavaFX?
        06      A.    Right now JavaFX is focused on the
        07  desktop.
        08      Q.    So there's no active development for
        09  JavaFX in the mobile space?
        10      A.    Yes.
        11      Q.    And when did that development cease for
        12  JavaFX in the mobile space, if you know?
        13      A.    I don't remember exactly, but sometime
        14  after the acquisition.
        15      Q.    That was a decision made by Oracle?
        16      A.    Yes.
```

**14.  PAGE 106:08 TO 106:23  (RUNNING 00:00:45.252)**

```
        08      Q.    Which particular areas within Java had
        09  become dated and needed to be refreshed more
        10  urgently?
        11      A.    As I mentioned, SE was one, where SE 6 was
        12  a few years old and needed to be refreshed.  ME was
        13  another one which was, you know, dated.
        14      Q.    The first bullet under that main bullet,
        15  "Java is perceived as stagnant and legacy," states,
        16  "Stagnant innovation."
        17          That's pretty much what we just discussed;
        18  correct?
        19      A.    Again, I wouldn't necessarily use those
        20  terms, but there were emerging requirements on the
        21  ME side, smartphones being a good example.  On the
        22  SE side, there were other factors at play that were
        23  not being addressed.
```

**15.  PAGE 201:24 TO 202:01  (RUNNING 00:00:05.798)**

```
        24      Q.    Does Oracle have a smartphone operating
        25  system on the market?
```

Trial Exhibit 7804, Page 5 of 6

**Oracle v. Google_2**

```
00202:01      A.    No.
```

**16.  PAGE 202:22 TO 203:07  (RUNNING 00:00:27.065)**

```
        22      Q.    Is Java ME something that could be
        23 installed in a smartphone in place of, say, the
        24 Symbian OS?
        25      A.    Yes.
00203:01      Q.    Would it provide the full functionality
        02 that the Symbian OS provides?
        03      A.    No.
        04      Q.    What would be missing?
        05      A.    I couldn't give you the details, but Java
        06 ME is not fully capable for what is required by a
        07 smartphone device.
```

**17.  PAGE 205:21 TO 206:03  (RUNNING 00:00:17.918)**

```
        21      Q.    What -- as far as your understanding goes,
        22 what are the components of a full stack?
        23      A.    I think a full stack, like I referred to
        24 earlier, where you've got the operating system with
        25 native device specific capabilities included.
00206:01      Q.    And by that definition, is Java ME a full
        02 stack?
        03      A.    No.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:00.903)**

**CONFIDENTIAL**