# Exhibit 29


KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S DEPOSITION CLIPS OF TERRENCE BARR PLAYED BY VIDEO DURING TRIAL**<br><br>Trial Date:  May 9, 2016<br>Dept:         Courtroom 8, 19th Fl.<br>Judge:        Hon. William Alsup |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 7805
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
          DEPUTY CLERK

1   Defendant Google Inc. submits the following deposition clips of Terrence Barr played by
2   video on May 16, 2016.
3
4   Dated: May 16, 2016                         KEKER & VAN NEST LLP
5
6                                       By:    s/ Robert A. Van Nest
                                               ROBERT A. VAN NEST
7                                              CHRISTA M. ANDERSON
                                               DANIEL PURCELL
8
                                               Attorneys for Defendant
9                                              GOOGLE INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
GOOGLE INC.'S DEPOSITION CLIPS OF TERRENCE BARR PLAYED BY VIDEO DURING TRIAL
Case No. 3:10-cv-03561 WHA

1060606.01

Oracle v. Google_2

---

 **Barr, Terrence (Vol. 01) - 12/09/2015 [2194450-1]**     1 CLIP  (RUNNING 00:11:37.739)



**BARR_7**             41 SEGMENTS  (RUNNING 00:11:37.739)      

**1. PAGE 11:22 TO 12:04  (RUNNING 00:00:10.747)**

```
         22        Q    Good morning, Mr. Barr.
         23        A    Good morning.
         24        Q    Could you please state your full name for
         25   the record?
    00012:01        A    Terrence Barr.
         02        Q    And you are currently an employee of
         03   Oracle; is that correct?
         04        A    That's correct.
```

**2. PAGE 15:11 TO 15:19  (RUNNING 00:00:21.907)**

```
         11        Q    How long have you been employed at Oracle?
         12        A    Since Oracle acquired Sun.
         13        Q    You were at Sun before that?
         14        A    That's correct.
         15        Q    And that's Sun Microsystems?
         16        A    Yes.
         17        Q    What is your current job title?
         18        A    My current job title is senior principal
         19   technologist and product manager.
```

**3. PAGE 52:07 TO 52:09  (RUNNING 00:00:08.325)**

```
         07        Q    So at the time Google announced Android,
         08   you knew that Google was using the Java programming
         09   language in Android, correct?
```

**4. PAGE 52:11 TO 52:15  (RUNNING 00:00:06.136)**

```
         11             THE WITNESS:  I was not aware of that
         12   immediately.
         13   BY MR. MULLEN:
         14        Q    Were you aware of it shortly after the
         15   announcement?
```

**5. PAGE 52:17 TO 52:24  (RUNNING 00:00:23.605)**

```
         17             THE WITNESS:  As I was more aware of
         18   Android through public media, I understood that they
         19   were using -- that Android was using some aspects of
         20   the Java language, but I did not know exactly which
         21   aspects.
         22   BY MR. MULLEN:
         23        Q    Did you know that Google was using Java
         24   APIs in Android?
```

**6. PAGE 53:01 TO 53:02  (RUNNING 00:00:06.647)**

```
    00053:01             THE WITNESS:  Again, the specific details
         02   of Android I was not aware of at the time.
```

**7. PAGE 57:23 TO 58:07  (RUNNING 00:00:31.775)**

```
         23             Did you used to have a blog at or around
         24   the time of the Android announcement?
         25        A    Yes.  That was a personal blog.
    00058:01        Q    Where was that blog hosted?
         02        A    I don't remember specifically at that time
         03   where that blog was hosted.
```

---

**CONFIDENTIAL**                                                                          page 1

Trial Exhibit 7805, Page 3 of 8

## Oracle v. Google_2

```
       04         Q    Was it on java.net?
       05         A    Yes.
       06         Q    Was java.net a domain owned by Sun?
       07         A    I believe that is correct.
```

**8. PAGE 61:04 TO 61:10  (RUNNING 00:00:17.231)**

```
       04         Q    Was it part of your job responsibility at
       05   Sun to post and maintain a blog?
       06         A    Yes.
       07         Q    And why was that part of your job
       08   responsibilities as Sun?
       09         A    It was part of the evangelism and
       10   technology outreach responsibilities.
```

**9. PAGE 63:06 TO 63:08  (RUNNING 00:00:09.046)**

```
       06         Q    Please take a moment to look at
       07   Exhibit 1366, Mr. Barr, and when you've had a
       08   chance, tell me if you recognize it.
```

**10. PAGE 63:09 TO 63:11  (RUNNING 00:00:13.733)**

```
       09         A    So I recognize the post generally, yes.
       10         Q    What do you recognize it to be?
       11         A    A post that I made in 2007.
```

**11. PAGE 65:20 TO 65:25  (RUNNING 00:00:23.980)**

```
       20         Q    So Exhibit 1366 is a blog post that you
       21   authored on November 6th, 2007, correct?
       22         A    That's what it looks like.
       23         Q    And the blog post is commenting on the
       24   Android announcement; is that correct?
       25         A    That's what it appears to be, yes.
```

**12. PAGE 66:01 TO 66:07  (RUNNING 00:00:18.538)**

```
    00066:01       Q    Okay.  And one of the things you say in
       02   the third paragraph down, the end of the third
       03   paragraph, "I commend Google for taking this step."
       04              Do you see that?
       05         A    I see that.
       06         Q    So you were commending Google for its
       07   announcement of Android, correct?
```

**13. PAGE 66:09 TO 66:12  (RUNNING 00:00:14.532)**

```
       09              THE WITNESS:  What I was commending Google
       10   on specifically was that they announced a platform
       11   that would be accessible to a wide range of partners
       12   or players in the ecosystem.
```

**14. PAGE 122:20 TO 122:21  (RUNNING 00:00:14.028)**

```
       20              If you could take a look at Exhibit 1368.
       21   Just tell me generally whether you recognize
```

**15. PAGE 122:22 TO 122:24  (RUNNING 00:00:03.288)**

```
       22   Exhibit 1368, please.
       23         A    Yes.  It seems to be a series of blog
       24   posts by me.
```

**16. PAGE 123:08 TO 123:11  (RUNNING 00:00:08.603)**

```
       08              Is that a blog post that you wrote on
       09   July 10th, 2008, Mr. Barr?
       10         A    I'm just finishing reading it.
       11         Q    Sure.
```

Oracle v. Google_2

**17. PAGE 123:12 TO 124:04  (RUNNING 00:00:50.991)**

```
       12        A   Yes.  So that looks like a blog post by
       13   me.  Yes.
       14        Q   Okay.  And this is on the same blog that
       15   we were discussing before with Exhibit 1366,
       16   correct?
       17        A   Yes, java.net.
       18        Q   This was a blog that you wrote as part of
       19   your official job responsibilities at Sun
       20   Microsystems, correct?
       21        A   As a technology evangelist, yes.  Correct.
       22        Q   Looking at page 10, the third paragraph
       23   down -- actually, the first paragraph, you say, "On
       24   my various trips and presentations around the world,
       25   I often get asked to comment on Google's Android
 00124:01   effort.  I blogged about Android before and mostly
       02   what I said then still holds true now."
       03            Do you see that?
       04        A   Yes.
```

**18. PAGE 133:21 TO 134:16  (RUNNING 00:01:25.384)**

```
       21        Q   In the third paragraph of the blog post
       22   that we're looking at that's Exhibit 1368, you say,
       23   "I still applaud Google for the effort.  The mobile
       24   industry is in the midst of a major shift and
       25   Android is an embodiment of that shift."
 00134:01            What did you mean by "The mobile industry
       02   is in the midst of a major shift and Android is an
       03   embodiment of that shift"?
       04        A   Primarily what I meant was that mobile
       05   phone platforms were becoming more widespread, more
       06   generally available, and more flexible.  And also,
       07   the value chain was shifting from the carriers and
       08   the operators as the primary monetization point to
       09   other monetization models.  And so that's what I
       10   meant by that sentence.
       11        Q   At the time you wrote this blog post, was
       12   the mobile industry undergoing a transformation of
       13   sorts?
       14        A   In my opinion, yes.
       15        Q   And Android was an embodiment of that
       16   transformation; is that correct?
```

**19. PAGE 134:18 TO 134:19  (RUNNING 00:00:06.117)**

```
       18            THE WITNESS:  Android was a part of that
       19   transformation.  It was part of that overall shift.
```

**20. PAGE 134:21 TO 134:22  (RUNNING 00:00:06.385)**

```
       21        Q   Was Android a leader, in your opinion, in
       22   causing that overall transformation?
```

**21. PAGE 134:24 TO 135:02  (RUNNING 00:00:04.731)**

```
       24            THE WITNESS:  No, I wouldn't say so.
       25   ///
 00135:01   BY MR. MULLEN:
       02        Q   And why would you say that?
```

**22. PAGE 135:04 TO 135:08  (RUNNING 00:00:15.273)**

```
       04            THE WITNESS:  There were multiple -- as we
       05   spoke before, there were multiple attempts by
       06   different companies and different players to
       07   establish a mobile phone platform.  Android at the
       08   time was one of them.
```

**23. PAGE 137:16 TO 137:18  (RUNNING 00:00:07.188)**

```
    16        Q    Regarding Apple, is it fair to say that
    17   Apple transformed the mobile industry?
    18        A    Yes.
```

**24. PAGE 137:19 TO 137:20  (RUNNING 00:00:03.740)**

```
    19        Q    Do you believe that Android transformed
    20   the mobile industry as well?
```

**25. PAGE 137:22 TO 137:23  (RUNNING 00:00:05.165)**

```
    22             THE WITNESS:  I think I answered that
    23   before.  In some ways, yes.
```

**26. PAGE 137:25 TO 138:01  (RUNNING 00:00:04.517)**

```
    25        Q    Is Apple's IOS operating system
 00138:01   transformative?
```

**27. PAGE 138:03 TO 138:07  (RUNNING 00:00:11.696)**

```
    03             THE WITNESS:  "Transformative" is a really
    04   vague term, so I'm not sure if I can answer that.
    05   BY MR. MULLEN:
    06        Q    In other words, did it change the status
    07   quo in a very significant way when it came out?
```

**28. PAGE 138:09 TO 138:10  (RUNNING 00:00:03.264)**

```
    09             THE WITNESS:  The status quo of the mobile
    10   industry, yes.
```

**29. PAGE 138:12 TO 138:12  (RUNNING 00:00:02.590)**

```
    12        Q    Was Android transformative?
```

**30. PAGE 138:14 TO 138:15  (RUNNING 00:00:05.570)**

```
    14             THE WITNESS:  I think I already answered
    15   that, that I believe in some ways, yes.
```

**31. PAGE 154:21 TO 155:03  (RUNNING 00:00:18.117)**

```
    21        Q    Do you recognize Exhibit 1371?
    22        A    Yes.
    23        Q    And what is it?
    24        A    It is an email that I sent to Nicholas
    25   Williams, but I do not recollect who that was.
 00155:01        Q    And you sent the email November 14th,
    02   2007?
    03        A    It looks like it.
```

**32. PAGE 155:14 TO 155:21  (RUNNING 00:00:18.290)**

```
    14        Q    And you say in this email, "I am keeping
    15   my fingers crossed that Android hits the 'powers
    16   that be' at Sun as a wake-up call that our mobile
    17   Java strategy is failing."
    18             Do you see that?
    19        A    Yes.
    20        Q    And is that an accurate statement as of
    21   the time you wrote this email, November 2007?
```

**33. PAGE 155:23 TO 156:04  (RUNNING 00:00:31.171)**

```
    23             THE WITNESS:  So that is in the context of
    24   my opinion that Sun needed to do more in the mobile
    25   space and that we needed to evolve our strategy.
 00156:01             I was not part of the executive-level
    02   discussions that may or may not have happened so
    03   this is my personal opinion in the context of that
```

Oracle v. Google_2

```
         04  time.
```
**34. PAGE 156:09 TO 156:11  (RUNNING 00:00:06.848)**
```
         09             As of November 14th, 2007, you believed
         10  that Sun's mobile Java strategy was failing,
         11  correct?
```
**35. PAGE 156:13 TO 156:17  (RUNNING 00:00:13.642)**
```
         13             THE WITNESS:  I would qualify that today
         14  and say that the mobile Java strategy at the time
         15  needed to evolve faster.  I wouldn't use the word
         16  "failing" anymore, but that's what I wrote at the
         17  time.
```
**36. PAGE 157:15 TO 157:21  (RUNNING 00:00:19.156)**
```
         15        Q   Prior to the release of Android on
         16  November 5th, 2007, did you believe that Sun's
         17  mobile Java strategy was failing?
         18        A   As I said before, I would qualify it and
         19  put it differently, but at the time, yes.
         20        Q   Okay.  So that belief at that time had
         21  nothing to do with Android, correct?
```
**37. PAGE 157:23 TO 158:18  (RUNNING 00:01:21.235)**
```
         23             THE WITNESS:  No.  So I saw the market --
         24  and we spoke about that before -- I saw the market
         25  being in a transition.  I saw that the market was in
  00158:01  need for more powerful and more capable mobile Java
         02  platforms.
         03             To me, Android was a -- an instance of
         04  such a platform that required the mobile Java
         05  strategy at Sun to evolve.  But it was not the only
         06  one.
         07  BY MR. MULLEN:
         08        Q   Okay.  What other -- for what other
         09  reasons did you believe that the mobile Java
         10  strategy at Sun was failing at that time?
         11        A   The primary reasons -- and I believe we
         12  discussed those already -- were that I believe the
         13  mobile Java platform needed to evolve to encompass
         14  more functionality and provide developers with more
         15  features to develop applications, and so that was my
         16  primary concern, that -- that we needed to address
         17  that and evolve the Java platform, the mobile Java
         18  platform.
```
**38. PAGE 158:19 TO 158:21  (RUNNING 00:00:10.330)**
```
         19        Q   And did you believe that Sun was doing
         20  enough to address those issues as of November 14th,
         21  2007?
```
**39. PAGE 158:23 TO 159:02  (RUNNING 00:00:13.996)**
```
         23             THE WITNESS:  In my limited exposure to
         24  the conversations at Sun, that's what I believed,
         25  but I was not aware of any business or management
  00159:01  decisions that might have impacted that.  So it was
         02  a limited view.
```
**40. PAGE 159:06 TO 159:08  (RUNNING 00:00:18.769)**
```
         06             Prior to the release of Android, did you
         07  believe that Sun was failing to adequately address
         08  problems with its Java mobile strategy?
```

## Oracle v. Google_2

```
41. PAGE 159:10 TO 159:15 (RUNNING 00:00:21.453)
       10               THE WITNESS:  So I think I answered that
       11    before already.  I think the mobile strategy needed
       12    to evolve quicker than it did.  Sun was very
       13    successful in that space.  But as every technology
       14    platform needs to evolve to keep up with market
       15    demands, that was my primary concern.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:37.739)**