1   KEKER & VAN NEST LLP
    ROBERT A. VAN NEST - # 84065
2   rvannest@kvn.com
    CHRISTA M. ANDERSON - # 184325
3   canderson@kvn.com
    DANIEL PURCELL - # 191424
4   dpurcell@kvn.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    (415) 391-5400
6   Facsimile:    (415) 397-7188

7   KING & SPALDING  LLP
    BRUCE W. BABER (pro hac vice)
8   bbaber@kslaw.com
    1180 Peachtree Street, N.E.
9   Atlanta, Georgia  30309-3521
    Tel:    (404) 572-4600
10  Fax:    (404) 572-5100

11  Attorneys for Defendant
    GOOGLE INC.

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  ORACLE AMERICA, INC.,                  Case No. 3:10-cv-03561 WHA

17            Plaintiffs,                   **DEFENDANT GOOGLE INC.'S
                                            REQUEST FOR CORRECTION TO THE
18       v.                                 COURT'S FINAL CHARGE TO THE
                                            JURY(PHASE ONE) (ECF NO. 1928)**
18  GOOGLE INC.,

19            Defendant.

20                                          Dept.:      Courtroom 8, 19th Fl.
                                            Judge:      Hon. William Alsup
21

22

23

24

25

26

27

28

GOOGLE'S REQUEST FOR CORRECTION TO THE COURT'S FINAL CHARGE TO THE JURY
Case No. 3:10-cv-03561 WHA

1    Defendant Google Inc. ("Google") has reviewed the Court's Final Charge To The Jury

2 (Phase One), ECF No. 1928, and requests one correction to the final charge.

3    Google understood at the charging conference that the Court would change the sentence

4 that now appears in paragraph 20 of the instructions starting on page 11, line 15 from the

5 following, which appeared in the prior draft instructions, ECF No. 1923 at 13:18-20:

6        The point of contention is over the declaring lines of code within the 37 API packages,

7        also known as the header lines, which Google concededly used in Android . . .

8 to:

9        The point of contention is over the declaring lines of code within the 37 API packages,

10        also *referred to as declarations or* header lines, which Google concededly used in

11        Android . . .

12 *See* Tr. 5/19/2016 at 1978:18-1979:14.

13    In the final charge, ECF No. 1928 at 11:15-17, however, the words "referred to as

14 declarations or" were not included.  Google requests that they be added in place of the phrase

15 "known as the."

16

17 DATED:  May 22, 2016

KEKER & VAN NEST LLP

18

19

By:  /s/ Robert A. Van Nest
        ROBERT A. VAN NEST

20

Attorneys for Defendant
GOOGLE INC.

21

22

23

24

25

26

27

28

1

GOOGLE'S REQUEST FOR CORRECTION TO THE COURT'S FINAL CHARGE TO THE JURY
Case No. 3:10-cv-03561 WHA