UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*AMENDED CIVIL MINUTES*

| | | |
|---|---|---|
| Judge: | William Alsup | Time in Court: 5 hours; 33 min. |
| Date: | May 12, 2016 | |
| Case No. | 3:10-cv-03561-WHA | |

**Oracle America, Inc.**         v.         **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Bruce Baber;
Christa Anderson; Daniel Purcell;
Matthias Kamber; Michael Kwun;
Reid Mullen; Maya Karwande;
Steven Ragland; Catherine Locavera
(Corp Rep)

Deputy Clerk:  Angella Meuleman                    Reporter:  Pam Batalo

*PROCEEDINGS*

REASON FOR HEARING:    Further Jury Trial - HELD

RESULT OF HEARING:     Witness called.

CONTINUED TO: **May 13, 2016 at 7:30 am** for Further Jury Trial.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA             Oracle America, Inc v. Google Inc.

***AMENDED EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Bruce Baber; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 12, 2016 | Pam Batalo | Angella Meuleman |
| **FURTHER TRIAL DATE:** | | |
| May 13 , 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:17 | | | Court in session. Outside the presence of the jury - Court and counsel discussed preliminary matters. | |
| | | 7:47 | | | Resumed.  Jury present.  Direct examination of Witness **Andrew Rubin** continued by Christa Anderson. | |
| | 2765 | | X | X | Statement of Work for Noser re: development of code. | |
| | 7755 | | X | X | Email from Horowitz, S. to Rubin, A. dated 11/12/2006.  The Court rules this exhibit admitted with a limited instruction to the jury.  Witness shown exhibit 2352 (previously admitted). | |
| | | 8:22 | | | Cross-examination by Annette Hurst. | |
| 1004 | | | X | X | Google Inc. Acquisition of Android, Inc. Closing Purchase Price Calculation and Allocation and Stock Purchase Agreement June 30, 2005. | |
| | | | X | | Deposition video clip of witness Andrew Rubin. | |

2

| | | | | | |
|---|---|---|---|---|---|
| 1065 | | | X | X | Email string from L. Page to A. Rubin re: Strategy 2006. |
| 21 | | | X | X | Email string from A. Rubin to D. Bornstein and S. Horowitz re: What are we doing? |
| 147 | | | X | X | Email string from U. Hoelzle to A. Rubin re: Skelmir. Qualification made to admit redacted version. Exhibit 401 (Email from Nick Sears to emg@google.com (previously admitted) shown to witness.). |
| *216 | | | X | X | Email from Eric Schmidt to Andy Rubin (previously admitted via stipulation). |
| 151 | | | X | X | Email from Steve Horowitz to Andy Rubin re: GPS Notes (redacted). |
| 14 | | | X | X | Email from A. Rubin to sergey@google.com re: Sun Microsystems. |
| 339 | | | X | X | Email from Andy Rubin to Timothy Lindholm, Richard Miner, Chris DiBona, et al. |
| 134 | | | X | X | Email from V. Gupta to A. Rubin re Urgent stats needed. |
| *15 | | | X | X | Email string from A. Rubin to R. Miner and T. Lindholm (previously admitted via stipulation). |
| 6485 | | | X | X | Email from A. Rubin to N. Arora re 3GSM trip report. |
| | | 9:33 | | | Recess. |
| | | 9:51 | | | Resumed; Jury present. Cross-examination of witness Rubin continues. |
| 196 | | | X | X | Email from Vineet Gupta to Andy Rubin re Sun Google Collaboration Draft Revisions and Feedback. |
| 215 | | | X | X | Email from C. Desalvo to A. Rubin re Java Class Libraries. |
| 190 | | | X | X | Email from Kristen Gil to Andy Rubin re: BOD question. |
| 181 | | | X | X | Email chain from Andy Rubin to Alan Eustace re: Communication to Intel. |
| 6027 | | | X | X | Email from Andy Rubin to Jha Sanjay re Anti Fragmentation Agreement. |
| 5109 | | | X | X | Email from Andy Rubin to Rich Miner re: phone stuff. |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 5114 | | | X | X | Email from Andy Rubin to Steve Horowitz re: Latest material for CMCC's VP Sha visit Wed. morning. | |
| 5595 | | | X | X | Email from Ethan Beard to Andy Rubin, Rich Miner, Steve Horowitz re Presentation for DoCoMo and attachment. | |
| 7196 | | | X | X | Sun Fulfills Promise of Open and Free Java Technology and Releases Java SE Platform to OpenJDK Community, et al (admitted as notice to the witness) | |
| 207 | | | X | X | Email from E. Schmidt to A. Rubin re: Java Phone. (Previously admitted by stipulation). | |
| | | 11:10 | | | Recess. Jury not present. Housekeeping matters discussed. | |
| | | 11:27 | | | Resumed; Jury present. Cross-examination of witness continues. | |
| 7 | | | X | X | Email string from T. Cole to Jenifer, A. Rubin, and LSA re Sun Meeting. (previously admitted via stipulation). | |
| 8 | | | X | X | Email string from R. Miner to A. Rubin re Response. | |
| 13 | | | X | X | Email string from B. Swetland to M. Agopian, et al re: new java world. | |
| 5391 | | | X | X | T-Mobile Sidekick Slide, announced 25 Sep 2007, Motorola Q700. | |
| 17 | | | X | X | Email string from B. Coughran to T. Lindholm and A. Rubin re Travel for Android requested. | |
| 158 | | | X | X | Email from andyt@google.com to tangjianfeng@chinamobile.com, et al, materials on Google Open Handset OS attaching an Android PowerPoint presentation. | |
| 5557 | | | X | X | Email from Keva Nelson to Rich Miner, et al re: LG Slides/Meeting Info and attachment | |
| 5183 | | | X | X | Google presentation entitled "Android OC Quarterly Review - Q1 2009" | |
| 5389 | | | X | | HTC Dream Phone, Android OS | |
| 1061 | | | X | X | Email chain from Aditya Agarwal to Nicole Dalton re OCQ deck - quick help needed, with attachment (previously admitted via stipulation) | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | | | X | X | Email from T. Lindholm to A. Rubin, et al re Context for Discussion re Alternatives to Java. | |
| 18 | | | X | X | Email string from G. Stein to A. Rubin re The open J2ME project. (previously admitted via stipulation). | |
| 180 | | | X | X | Email chain from Erin Fors to Michael Kirkland, Barry Schnitt, Andy Rubin re Fwd: New question on Android Java. | |
| 538 | | | X | X | Email from Vineet Gupta to Andy Rubin re: IMPT: Ref JavaME. | |
| 382 | | | X | X | Email string from A. Rubin to E. Chu, R. Miner, B. Schnitt, et al re Google folks being quoted. | |
| 165 | | | X | X | Email string from R. Miner to A. House, A. Rubin, and E. Fors re Future of Mobile. | |
| 217 | | | X | X | Email from D. Burke to A. Rubin re Future of Mobile Conference. | |
| 29 | | | X | X | Email string from A. Rubin to D. Wall and android-comms@google.com re Android Presence at JavaOne. | |
| | | 12:50 | | | Re-direct examination of witness by Christa Anderson. | |
| | | 12:58 | | | Re-cross examination of witness by Annette Hurst. | |
| | | 12:59 | | | Witness excused.  Jury excused for the day. | |
| | | 1:00 | | | Court and counsel addressed matters outside the presence of the jury. | |
| | | 1:03 | | | Recess until 5/13/2016 at 7:30 AM. | |
| * | | | | | Amended to mark admitted exhibits 216 and 15. | |

5