IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**SPECIAL VERDICT FORM FOR DAMAGES**

**YOUR ANSWERS MUST BE UNANIMOUS.**

1. Has Google proven by a preponderance of the evidence that its infringement was innocent?

    Yes _____        No _____

2. Has Oracle proven by a preponderance of the evidence that Google's infringement was willful?

    Yes _____        No _____

3.   What "statutory damages" do you award by reason of the infringement?

$_____

4.   What "actual damages," if any, has Oracle proven by a preponderance of the evidence was sustained by Sun/Oracle by reason of the infringement?

$_____

**5.   Google's Profits Attributable to the Infringement. This includes up to three subparts:**

(a)   What amount, if any, of Google's gross revenue has Oracle proven by a preponderance of the evidence bears a reasonable relationship to the infringement?

$_____

**IF THE ANSWER IS NONE PROVEN, THEN YOU ARE DONE; SIGN AND DATE THE FORM. OTHERWISE, GO TO THE FOLLOWING QUESTIONS.**

2

    (b)    What amount, if any, of the above gross revenue has Google proven by a preponderance of the evidence constitute deductible expenses and elements of profit attributable to factors other than the copyrighted works?

$_____

    (c)    Deduct the amount indicated in (b) from the amount indicated in (a). This is the amount you find constitute Google's profits attributable to the infringement and which net amount will be awarded to Oracle (if this net amount exceeds the amount you find for Question 4).

$_____

Dated: _____

                                FOREPERSON