**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| Defendant. | |

Oracle may file its motion for reconsideration, as appended to its request for leave by **9:00 P.M. TONIGHT**. Google may file a response **NOT TO EXCEED SIX PAGES** by **9:00 P.M. TOMORROW**.

**IT IS SO ORDERED.**

Dated: May 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE