UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

Judge: **William Alsup**  Time in Court: 5 hours 9 minutes

Date: May 23, 2016

Case No.   3:10-cv-03561-WHA

**Oracle America, Inc.**   v.   **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Christ Anderson
Daniel Purcell; Matthias Kamber
Michael Kwun; Reid Mullen
Maya Karwande; Steven Ragland
Catherine Locavera (Corp Rep)

Reporter:  Kathy Sullivan
Deputy Clerk:  Dawn Logan            Pam Batalo

## PROCEEDINGS

REASON FOR HEARING:   Further Jury Trial - HELD

RESULT OF HEARING:   Closing Arguments made.  Jury Instructions read.  Jury Deliberation began.

Exhibits vetted before going into the jury room. Exhibits only in electronic form on Jury PC. Two poster boards given to the jury: time line and exhibit #1028.

CONTINUED TO: **May 24, 2016 at 7:30 am** for Further Jury Trial

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA    Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Catherine Locavera (Corp rep) |
| JURY TRIAL: | REPORTERS: | CLERK: |
| May 23, 2016 | Kathy Sullivan; Pam Batalo | Dawn Logan |
| FURTHER TRIAL DATE: | | |
| May 24, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 AM | | | Outside the presence of the jury - Counsel raised issues regarding exhibits.  Per the Parties stipulation, the following exhibits are received into evidence: 623, 9100, 9101, 9102, 9103, 9104, 9105, 9106, 9107, 9108, 9109, 9110, and 9111. Plaintiff's exhibit 2347 is received.  Plaintiff's poster board exhibit 1028 shall replace the smaller version marked in evidence. | |
| 623 | | | X | X | Java SE 5 Source Code | |
| 9100-9111 | | | X | X | Source Code for Android | |
| 2347 | | | X | X | Letter to Jonathan Schwartz re Your Direct Involvement to resolve an outstanding concern | |
| | | 7:49 AM | | | Resumed ...Jury Present | |
| | | 7:51 AM | | | Preliminary Jury Instructions | |
| | | 8:16 AM | | | **Defendant's Closing Argument** | |
| | | 9:20 AM | | | Recess | |

2

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | Outside the presence of the jury - Counsel preloaded the exhibits in electronic form and source code on the Jury PC.  Court will allow the time line poster board into the jury room. |   |
|   | 9:22 AM |   | Recess |   |
|   | 9:38 AM |   | Resumed ...Jury Present |   |
|   | 9:39 AM |   | **Plaintiff's Closing Argument** |   |
|   | 11:10 AM |   | Recess |   |
|   | 11:30 AM |   | Resumed ... Jury Present |   |
|   | 11:30 AM |   | **Defendant's Rebuttal Closing Argument** |   |
|   | 11:54 AM |   | **Final Jury Instructions Read** |   |
|   | 12:29 PM |   | Recess<br><br>**Jury Deliberation Began** |   |
|   |   |   | Outside the presence of the jury - Court and counsel discussed phase two schedule.  Each side shall have 30 minutes for opening statements. |   |
|   | 12:39 PM |   | Recess |   |
|   |   |   | Parties vetted the jury exhibits before going into the jury room.  Parties provided two versions of exhibit indexes and a revised deposition translation for use by the jury during deliberation. |   |
|   | 1:00 PM |   | Recess until 5/24/2016 |   |