ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Case No. CV 10-03561 WHA<br>**ORACLE'S PROFFER REGARDING DR. MARK REINHOLD'S PHASE II TESTIMONY**<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

Oracle offers the following proffer regarding what it expects Dr. Mark Reinhold will testify to during Phase II.

Oracle expects that Dr. Reinhold will explain the relationship between Java SE and Java ME.  In particular, he will quantify the degree of overlap between Java ME and Java SE, and testify as to material added to SE from ME, including Java SE versions 1.4 and 5.0, and later versions of Java ME.  He will also testify regarding the copyright registration of those works. Oracle also expects that Dr. Reinhold will testify regarding the importance of APIs and declaring code to app programmers (rather than API re-implementers).  In particular, Dr. Reinhold will explain that the declaring code is necessary for app programmers to access and use the functions provided in the APIs.

This testimony should come as no surprise to Google.  It was disclosed in Oracle's Rule 26(a)(2)(C) disclosure.  Oracle disclosed that Dr. Reinhold:

- "may present testimony on the history of the Java platform, including Java SE and ME and the relationship between ME and SE, and on the composition, structure, and function of components of the Java platform, including the Java language, the Java APIs, and the Java virtual machine;"

- "may also present testimony on Java API structure, design, and functional aspects, including the relationship between implementing code and declaring code in the Java platform;"

- "may testify regarding the structure, sequence, and organization (the 'SSO') of the Java API packages and the significance and importance of the SSO;"

- "may testify specifically regarding the SSO and declaring code copied by Google and testify that what Google took is an important part of Java;" and

- "may also present testimony regarding the value and quality of the 37 Java API packages and Oracle's investment in Java and its importance."

Oracle's 2/29/2016 Supplemental Rule 26(a)(2)(C) Disclosure.

1 | Dated: May 23, 2016

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: */s/ Annette L. Hurst*
    Annette L. Hurst

Counsel for ORACLE AMERICA, INC.