ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>  Plaintiff,<br>  v.<br>GOOGLE INC.<br><br>  Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ROBERT T. KEELE IN SUPPORT OF ORACLE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER RE LOST PROFITS, ECF NO. 1798**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

I, Robert T. Keele, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Motion for Reconsideration of the Court's Order Limiting Mr. Malackowski's Lost Profits Opinion, ECF No. 1798.

3. Attached hereto as Exhibit A is a true and correct copy of the relevant portions of the deposition testimony of James Malackowski, Deposition Transcript 20:1-12, 275:21-276:3.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of May, 2016, at San Francisco, CA.

*/s/ Robert T. Keele*

Robert T. Keele

- 1 -

KEELE DECL. ISO ORACLE'S MOTION FOR RECONSIDERATION OF LOST PROFITS ORDER
CV 10-03561 WHA