| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY 10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA 94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **ORACLE'S ROLLING LIST OF WITNESSES** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William H. Alsup |

Pursuant to ECF No. 851, Oracle hereby submits a current list of its anticipated next witnesses. Oracle includes more than seven witnesses because it may reach all of these witnesses in the next 38 hours, per the Court's rule:

- Mark Reinhold
- Edward Screven
- Georges Saab
- Chris Kemerer
- Andy Rubin
- John Gold
- Edward Senteno
- Urs Hoelzle (by video)
- Anwar Ghuloum (by video)
- Reto Meier (by video)
- Hiroshi Lockheimer (by video)
- Daniel Morrill (by video)
- Daniel Bornstein (by video)
- Aditya Agarwal (by video)
- Eric Schmidt (by video)
- John Gold (by video)
- John Duimovich (by video)
- Andy Rubin (by video)
- James Malackowski

/s/ Annette L. Hurst

Annette L. Hurst