IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE ELECTRONIC CART**

Given that the parties have exceeded the limit of the hard drive on the electronic evidence cart, a lawyer for both sides must approve the parties' fix before it will be wheeled into the jury room. Let the Court know immediately if this needs his attention.

**IT IS SO ORDERED.**

Dated: May 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE