ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiff Oracle America, Inc. ("Oracle")
2    hereby moves to file under seal the following:
3    • Portions of Oracle's Opposition to Google's Rule 50(a) Motion & Resp. To ECF Nos.
4      1934 & 1955; and
5    • The entirety of Exhibit A to the Declaration of Andrew D. Silverman in Support of
6      Oracle's Opposition to Google's Rule 50(a) Motion & Resp. To ECF Nos. 1934 &
7      1955
8    The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
9    this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
10   "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
11   public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
12   Protective Order § 14.4, ECF No. 66.
13   Google has designated certain documents summarized, quoted, or reproduced in Oracle's
14   Opposition to Google's Rule 50(a) Motion & Resp. To ECF Nos. 1934 & 1955 and Exhibit A to
15   the Silverman Declaration as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –
16   ATTORNEY'S EYES ONLY" pursuant to the Protective Order.  Therefore, pursuant to the
17   Protective Order, Oracle moves to seal those portions of Oracle's Opposition to Google's Rule
18   50(a) Motion & Resp. To ECF Nos. 1934 & 1955 that summarize, quote from, or reproduce those
19   documents, as well as the entirety of Exhibit A to the Silverman Declaration.
20   Oracle states no position as to whether disclosure of these materials would cause harm to
21   Google or any third parties.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2015 | KAREN G. JOHNSON-MCKEWAN |
| 2 | | ANNETTE L. HURST |
| | | GABRIEL M. RAMSEY |
| 3 | | PETER A. BICKS |
| | | LISA T. SIMPSON |
| 4 | | Orrick, Herrington & Sutcliffe LLP |

By: */s/ Matthew Bush*
Matthew Bush

Attorneys for Plaintiff
ORACLE AMERICA, INC.