# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 51 W 52nd St., New York, New York 10019. On May 24, 2016, I served the following document(s):

**DECLARATION OF MATTHEW BUSH SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF ORACLE'S OPPOSITION TO GOOGLE'S RULE 50(A) MOTION & RESP. TO ECF NOS. 1934 & 1955**

**THE UNREDACTED VERSION OF ORACLE'S OPPOSITION TO GOOGLE'S RULE 50(A) MOTION & RESP. TO ECF NOS. 1934 & 1955**

**THE UNDER SEAL VERSION OF EXHIBIT A TO THE DECLARATION OF ANDREW D. SILVERMAN**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email addresses:

DALVIK-KVN@kvn.com;

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on May 24, 2016, at San Francisco, California.

*/s/ Matthew Bush*
Matthew Bush