# EXHIBIT A

# TENTATIVELY FILED UNDER SEAL