1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21                 UNITED STATES DISTRICT COURT

22                NORTHERN DISTRICT OF CALIFORNIA

23                   SAN FRANCISCO DIVISION

24 ORACLE AMERICA, INC.                 | Case No. CV 10-03561 WHA

25              Plaintiff,              | **ORACLE'S ROLLING LIST OF
       v.                               | WITNESSES**

26 GOOGLE INC.                          | Dept.: Courtroom 8, 19th Floor
                                        | Judge: Honorable William H. Alsup
              Defendant.

27

28

1       Pursuant to ECF No. 851, Oracle hereby submits a current list of its anticipated next

2   witnesses.  Oracle includes more than seven witnesses because it may reach all of these

3   witnesses in the first 38 hours after a verdict, per the Court's rule:

4

5       • Mark Reinhold
        • Google Document Custodian (authentication)
6       • Hiroshi Lockheimer (authentication)
        • Patrick Brady (authentication)
7       • Chris Kemerer
        • Andy Rubin
8       • John Gold
9       • Edward Senteno
        • Georges Saab
10      • Video/Read-Ins
                o   Hiroshi Lockheimer
11              o   Rich Miner
                o   Leonard Astrachan
12              o   Eric Schmidt
13              o   Larry Page
                o   Anwar Ghuloum
14              o   John Gold
                o   Urs Hoelzle
15              o   Reto Meier
                o   Daniel Morrill
16              o   Daniel Bornstein
17              o   Aditya Agarwal
                o   John Dumovich
18              o   Andy Rubin
        • James Malackowski
19

20

21                                                      _____
                                                              /s/ Annette L. Hurst
22                                                          Annette L. Hurst

23

24

25

26

27

28

ORACLE'S ROLLING LIST OF WITNESSES
                                                     CV 10-03561 WHA