| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25 | Plaintiff, v. | **DECL. OF ROBERT T. KEELE IN SUPPORT OF ORACLE'S OBJECTION TO DR. LEONARD'S EXHIBIT 2B AND OPINIONS BASED THEREON** |
| 26 | GOOGLE INC. | |
| 27 | Defendant. | |
| 28 | | Dept.: Courtroom 8, 19th Floor |
| | | Judge: Honorable William Alsup |

I, Robert T. Keele, declare and state as follows:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Objection to Exhibit 2b of Google Expert Dr. Gregory Leonard's Opening Expert Report and Opinions Based Thereon.

3. Attached hereto as Exhibit A is a true and correct copy of Exhibit 2b to Dr. Leonard's first report (corrected), dated March 10, 2016.

4. Attached hereto as Exhibit B is a true and correct copy of the relevant portions of the deposition testimony of Gregory Leonard, March 11, 2016, Deposition Transcript 191:25-194:2.

5. Attached hereto as Exhibit C is a true and correct copy of the relevant portions of the trial transcript from the first trial in this matter, dated May 3, 2012.

6. Attached hereto as Exhibit D is a true and correct copy of the relevant portions of the deposition testimony of William S. Rutledge III, December 9, 2015, Deposition Transcript 34:16-22; 75:11-15.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of May, 2016, at San Francisco, CA.

*/s/ Robert T. Keele*

Robert T. Keele

- 1 -

KEELE DECL. ISO ORACLE'S ORACLE'S OBJECTION TO DR. LEONARD'S EXHIBIT 2B
CV 10-03561 WHA