# Appendix A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
ORACLE, INC.

       Plaintiff,

   v.                                                            Case No. CV 10-03561 WHA

GOOGLE INC.,

       Defendant.
_____

**HIGHLY CONFIDENTIAL**

**EXPERT REPORT OF DR. GREGORY K. LEONARD**

**CORRECTED (MARCH 10, 2016)**

Highly Confidential — Attorneys' Eyes Only

# Exhibit 2b
# Programming Languages
# of Multi-Homed Applications Appearing on Monthly Top 100 Download Lists
# 2012-2013

| No. | Android Applications | Programming Language |
|---|---|---|
| (a) | (b) | (c) |
| 1 | 4 Pics 1 Song | NDK |
| 2 | Angry Birds | NDK |
| 3 | Angry Birds Friends | NDK |
| 4 | Angry Birds Go! | NDK |
| 5 | Angry Birds Rio | NDK |
| 6 | Angry Birds Seasons | NDK |
| 7 | Angry Birds Space | NDK |
| 8 | Angry Birds Star Wars | NDK |
| 9 | Angry Birds Star Wars II | NDK |
| 10 | Arcane Empires | NDK |
| 11 | Asphalt 7: Heat | NDK |
| 12 | Asphalt 8: Airborne | NDK |
| 13 | Avengers Alliance | NDK |
| 14 | Backflip Madness | NDK |
| 15 | Bad Piggies | NDK |
| 16 | BBM | NDK |
| 17 | Beard Salon - Free games | NDK |
| 18 | Beat the Boss 2 | NDK |
| 19 | Bejeweled Blitz | NDK |
| 20 | Bitstrips | NDK |
| 21 | Blood Brothers (RPG) | NDK |
| 22 | Bloons TD 5 | NDK |
| 23 | Bubble Witch Saga | NDK |
| 24 | Can You Escape | NDK |
| 25 | Candy Crush Saga | NDK |
| 26 | Castle Clash: Age of Legends | NDK |
| 27 | CastleVille Legends | NDK |
| 28 | Clash of Clans | NDK |
| 29 | Clear Vision (17+) | NDK |
| 30 | Clear Vision 2 | NDK |
| 31 | Crazy Dentist - Fun games | NDK |
| 32 | CSR Racing | NDK |
| 33 | Cut the Rope: Experiments | NDK |
| 34 | Dark Summoner | NDK |
| 35 | DEAD TRIGGER | NDK |
| 36 | Diamond Dash | NDK |

| No. | Android Applications | Programming Language |
|---|---|---|
| (a) | (b) | (c) |
| 37 | Diptic | NDK |
| 38 | Dots: A Game About Connecting | NDK |
| 39 | Drag Racing Classic | NDK |
| 40 | DragonVale | NDK |
| 41 | Draw Something | NDK |
| 42 | Draw Something Free | NDK |
| 43 | Dropbox | NDK |
| 44 | Dumb Ways to Die | NDK |
| 45 | Earn to Die | NDK |
| 46 | eBay | NDK |
| 47 | ESPN | NDK |
| 48 | Farming Simulator 14 | NDK |
| 49 | Fashion Story™ | NDK |
| 50 | Flow Free | NDK |
| 51 | Frozen Free Fall | NDK |
| 52 | Fruit Ninja | NDK |
| 53 | Fruit Ninja Free | NDK |
| 54 | Fun Run - Multiplayer Race | NDK |
| 55 | Gangstar Rio: City of Saints | NDK |
| 56 | Google Earth | NDK |
| 57 | Google Translate | NDK |
| 58 | Grand Theft Auto III | NDK |
| 59 | Grand Theft Auto: San Andreas | NDK |
| 60 | Grand Theft Auto: Vice City | NDK |
| 61 | Guncrafter | NDK |
| 62 | Hard Time (Prison Sim) | NDK |
| 63 | Hardest Game Ever 2 | NDK |
| 64 | Hay Day | NDK |
| 65 | Hill Climb Racing | NDK |
| 66 | Hungry Shark Evolution | NDK |
| 67 | Ice Age Village | NDK |
| 68 | Injustice: Gods Among Us | NDK |
| 69 | Instagram | NDK |
| 70 | Into the Dead | NDK |
| 71 | Iron Man 3 - The Official Game | NDK |
| 72 | Jackpot Party Casino - Slots | NDK |
| 73 | Jelly Splash | NDK |
| 74 | Jetpack Joyride | NDK |
| 75 | Juice Cubes | NDK |
| 76 | Jurassic Park™ Builder | NDK |
| 77 | Kik | NDK |
| 78 | Kingdom Rush Frontiers | NDK |
| 79 | Lazors | NDK |

| No. | Android Applications | Programming Language |
|---|---|---|
| (a) | (b) | (c) |
| 80 | Legend of the Cryptids | NDK |
| 81 | Line Runner | NDK |
| 82 | LinkedIn | NDK |
| 83 | Magic Piano by Smule | NDK |
| 84 | MARVEL War of Heroes | NDK |
| 85 | Max Payne Mobile | NDK |
| 86 | Mega Jump | NDK |
| 87 | Megapolis | NDK |
| 88 | Messenger | NDK |
| 89 | Minecraft: Pocket Edition | NDK |
| 90 | MLB.com At Bat | NDK |
| 91 | Modern Combat 3: Fallen Nation | NDK |
| 92 | Modern Combat 4: Zero Hour | NDK |
| 93 | Monster Doctor - kids games | NDK |
| 94 | Moto X Mayhem | NDK |
| 95 | My Singing Monsters | NDK |
| 96 | My Talking Tom | NDK |
| 97 | NBA 2015-16 | NDK |
| 98 | NCAA March Madness Live | NDK |
| 99 | Netflix | NDK |
| 100 | Order & Chaos Online | NDK |
| 101 | Papa Pear Saga | NDK |
| 102 | Parking Frenzy 2.0 | NDK |
| 103 | Path | NDK |
| 104 | Pet Rescue Saga | NDK |
| 105 | Photo Editor by Aviary | NDK |
| 106 | Pinterest | NDK |
| 107 | Plague Inc. | NDK |
| 108 | Plants vs. Zombies™ 2 | NDK |
| 109 | Rayman Jungle Run | NDK |
| 110 | Real Basketball | NDK |
| 111 | Real Boxing | NDK |
| 112 | Real Racing 3 | NDK |
| 113 | Real Steel | NDK |
| 114 | Riptide GP2 | NDK |
| 115 | Robot Unicorn Attack 2 | NDK |
| 116 | Ruzzle | NDK |
| 117 | Samurai Siege: Alliance Wars | NDK |
| 118 | Scribblenauts Remix | NDK |
| 119 | Shark Dash | NDK |
| 120 | SimpleRockets | NDK |
| 121 | Ski Safari | NDK |
| 122 | Slots Journey | NDK |

| No. | Android Applications | Programming Language |
|---|---|---|
| (a) | (b) | (c) |
| 123 | Snapchat | NDK |
| 124 | SongPop | NDK |
| 125 | Sonic Dash | NDK |
| 126 | Sonic The Hedgehog | NDK |
| 127 | SoundCloud - Music & Audio | NDK |
| 128 | Stickman Cliff Diving | NDK |
| 129 | Subway Surfers | NDK |
| 130 | Survivalcraft | NDK |
| 131 | Talking Tom Cat 2 | NDK |
| 132 | Temple Run | NDK |
| 133 | Temple Run 2 | NDK |
| 134 | Temple Run: Brave | NDK |
| 135 | Temple Run: Oz | NDK |
| 136 | The Amazing Spider-Man | NDK |
| 137 | The Impossible Game | NDK |
| 138 | The Lost City | NDK |
| 139 | The Simpsons™: Tapped Out | NDK |
| 140 | The Sims 3 | NDK |
| 141 | The Sims™ FreePlay | NDK |
| 142 | Tiny Village | NDK |
| 143 | Toca Hair Salon 2 | NDK |
| 144 | Top Girl | NDK |
| 145 | Trial Xtreme 3 | NDK |
| 146 | Tumblr | NDK |
| 147 | Turbo FAST | NDK |
| 148 | Twitter | NDK |
| 149 | Unblock Me FREE | NDK |
| 150 | Viber | NDK |
| 151 | Voxer Walkie Talkie Messenger | NDK |
| 152 | WatchESPN | NDK |
| 153 | WhatsApp Messenger | NDK |
| 154 | Wheres My Mickey? Free | NDK |
| 155 | Wheres My Water? 2 | NDK |
| 156 | Wild Blood | NDK |
| 157 | Wipeout | NDK |
| 158 | WolframAlpha | NDK |
| 159 | Word Search Puzzles | NDK |
| 160 | World War™ | NDK |
| 161 | YouTube | NDK |
| 162 | Zombie Highway | NDK |
| 163 | Bible | Java |
| 164 | Bubble Mania™ | Java |
| 165 | Comics | Java |
| 166 | DC Comics | Java |

| No. | Android Applications | Programming Language |
|---|---|---|
| (a) | (b) | (c) |
| 167 | DOOORS - room escape game - | Java |
| 168 | Dungeon Village | Java |
| 169 | ESPN Fantasy Football | Java |
| 170 | Geocaching | Java |
| 171 | Hanging With Friends | Java |
| 172 | Heads Up! | Java |
| 173 | HotSchedules | Java |
| 174 | IRS2Go | Java |
| 175 | Lord of the Dragons | Java |
| 176 | Marvel Comics | Java |
| 177 | Move the Box | Java |
| 178 | OkCupid Dating | Java |
| 179 | PicFrame | Java |
| 180 | Robot Unicorn Attack | Java |
| 181 | SimSimi | Java |
| 182 | Solitaire | Java |
| 183 | The Oregon Trail | Java |
| 184 | Word Streak With Friends | Java |
| 185 | Yelp | Java |
| 186 | Doodle Jump | Java |
| 187 | Facebook | Java |
| 188 | The Moron Test | Java |
| 189 | 4 Pics 1 Word | Middleware |
| 190 | Icomania | Middleware |
| 191 | Talking Pierre the Parrot | Middleware |
| 192 | Toms Love Letters | Middleware |
| 193 | ZEDGE™ Ringtones & Wallpapers | Middleware |
| 194 | Amazing Alex | Unknown |
| 195 | Asphalt 6: Adrenaline | Unknown |
| 196 | Assassins Creed Pirates | Unknown |
| 197 | BIG WIN Football | Unknown |
| 198 | Bloons TD 4 | Unknown |
| 199 | CONTRA：EVOLUTION | Unknown |
| 200 | D.O.T. Defender of Texel (RPG) | Unknown |
| 201 | Devils Attorney | Unknown |
| 202 | Dragon Story: New Dawn | Unknown |
| 203 | Dragon Story: Valentines Day | Unknown |
| 204 | Dragon Story™ | Unknown |
| 205 | Dream Heights | Unknown |
| 206 | Dream Zoo | Unknown |
| 207 | Family Feud® & Friends | Unknown |
| 208 | Fast & Furious 6: The Game | Unknown |
| 209 | Jaws™ Revenge | Unknown |
| 210 | MADDEN NFL 12 by EA SPORTS™ | Unknown |
| 211 | MLB Big Stars Baseball | Unknown |
| 212 | MONOPOLY Millionaire | Unknown |
| 213 | Monsters University | Unknown |
| 214 | NFL Flick Quarterback | Unknown |
| 215 | NFL Kicker 13 | Unknown |
| 216 | NFL Kicker! | Unknown |
| 217 | Pet Shop Story™ | Unknown |

| No. | Android Applications | Programming Language |
|---|---|---|
| (a) | (b) | (c) |
| 218 | Rage of Bahamut | Unknown |
| 219 | Slots by Zynga | Unknown |
| 220 | Smurfs Village | Unknown |
| 221 | SongPop Plus | Unknown |
| 222 | Star Wars: Tiny Death Star | Unknown |
| 223 | Tap Zoo | Unknown |
| 224 | Toy Story: Smash It! | Unknown |
| 225 | Ugly Meter | Unknown |
| 226 | Whats My IQ?™ | Unknown |
| 227 | Wheres My Mickey? | Unknown |
| 228 | Wheres My Perry? Free | Unknown |
| 229 | Wheres My Water? | Unknown |
| 230 | Wheres My Water? Free | Unknown |
| 231 | World Series of Poker | Unknown |
| 232 | Wreck-it Ralph | Unknown |
| 233 | ZENONIA® 4 | Unknown |
| 234 | Zombies, Run! | Unknown |

Notes: There are 162 NDK apps.

There are 26 Java apps.

There are 5 Middleware apps.

There are 41 unknown apps.

Sources: "Market Data," App Annie, data as of December 18, 2015.

Programming languages are identified by Google.

Expert Report of Dr. Cox, Exhibit 1b and Exhibit 1c, October 3, 2011.