# Appendix B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4

    ORACLE AMERICA, INC.
5        Plaintiff,
6           vs.              Case No. 3:10-cv-03561-WHA
7    GOOGLE, INC.,
8        Defendant.
    _____
9
10
11
12       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13              PURSUANT TO THE PROTECTIVE ORDER
14
15      VIDEO DEPOSITION OF GREGORY K. LEONARD, Ph.D.
16                 San Francisco, California
17                 Friday, March 11, 2016
18                        Volume I
19
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2241706
25   PAGES 1 - 405
```

```
 1   with the development of Android TV?
 2              MR. PURCELL:  Object to the form.
 3              THE DEPONENT:  Again, I don't know one
 4   way or the other, as I'm sitting here.
 5        Q.   (By Ms. Hurst)  Same question with
 6   respect to Brillo and Weave, and Google's other
 7   Internet of things-related offerings?
 8              MR. PURCELL:  Object to the form.
 9              THE DEPONENT:  Let me take a look here
10   just to be sure I don't have something about it in
11   my report.
12              Yeah, I don't have any more details, so I
13   don't know as I'm sitting here.
14        Q.   (By Ms. Hurst)  And with respect to the
15   marketing, legal, sales, G&A, did those include
16   expenses for these other flavors of Android,
17   Android TV, Android Auto, Android Wear, Brillo?
18              Are those included?
19              MR. PURCELL:  Object to the form.
20              THE DEPONENT:  I think the answer would
21   be the same, as I'm not sure as I'm sitting here.
22        Q.   (By Ms. Hurst)  Would you turn to
23   Schedule 2b of your report, please.
24        A.   Okay.
25        Q.   Now, what is Schedule 2b?
```

```
 1          A.   Schedule 2b gives a list of applications
 2   and the -- basically, whether they were developed
 3   using the NDK, the SDK, or unknown.
 4          Q.   And NDK is what?
 5          A.   NDK is called the Native Development Kit.
 6   It's Android -- it's support, basically, for
 7   developing an application in C++.
 8          Q.   And what is SDK?
 9          A.   SDK is the -- is the development kit for
10   people who want to develop applications in Java.
11          Q.   All right.  Now, how do you know for
12   Schedule 2b whether these applications were
13   developed using the NDK, SDK, or one of the other
14   options that are listed here?
15          A.   Ultimately, I heard from people at
16   Google.
17          Q.   Okay.  And is that reflected in your note
18   to Schedule 2b that says, "Programming languages
19   are identified by Google"?
20          A.   Yes.
21          Q.   And where did they identify that?
22          A.   They produced a -- a spreadsheet that
23   gave the indications.
24               In a way, this is just sort of printing
25   out that spreadsheet.
```

Page 192

```
 1      Q.   Who produced that spreadsheet?
 2      A.   The people at Google did.
 3      Q.   Which people?
 4      A.   I'm not -- I can't recall at this point
 5   which individual did it.
 6      Q.   What analysis did they perform?
 7      A.   My understanding is they do keep track
 8   of -- of how applications are developed.  And so
 9   they consulted that.
10      Q.   How do they keep track of it?
11      A.   I don't know the details of that.
12      Q.   What did they consult?
13           MR. PURCELL:  Object to the form.
14           THE DEPONENT:  I think they have internal
15   information that they're looking at.
16      Q.   (By Ms. Hurst)  Were those documents
17   produced in this case?
18      A.   I don't know.
19      Q.   Did you do anything to verify this
20   information?
21      A.   I wouldn't say that I verified each one
22   of these, no.  That's why I was asking Google to
23   provide that information.
24      Q.   And that's why you printed their
25   spreadsheet?
```

Page 193

1    A.   No.  I printed their spreadsheet just to
2  provide the information.
3    Q.   Well, did you rely on Schedule 2b in your
4  analysis anywhere?
5    A.   Yes.
6    Q.   What did you rely on Schedule 2b for?
7    A.   Well, I think I talk, for instance, about
8  the number of these applications that are NDK
9  versus -- versus Java.
10   Q.   And what significance did you take from
11 that?
12   A.   That a lot of the applications are
13 written in C++.
14   Q.   And what significance did you take from
15 that?
16   A.   Just, again, demonstrates that -- I mean,
17 this -- the particular purpose of this is to --
18 these are also, by the way, multi-honed
19 applications.
20        So -- but the -- you know, the purpose of
21 this is to say, well, look, there's a lot of
22 applications that are written in C++, there's
23 actually relatively fewer that are written in Java.
24        And, you know, that suggests again that,
25 you know, there's -- developers are going to be

Page 194

1  I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3  That the foregoing proceedings were taken before me
4  at the time and place herein set forth; that any
5  witnesses in the foregoing proceedings, prior to
6  testifying, were administered an oath; that a record of
7  the proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is true record of the
10  testimony given.
11  Further, that if the foregoing pertains to the
12  original transcript of a deposition in a Federal Case,
13  before completion of the proceedings, review of the
14  transcript [ ] was [X] was not requested.
15  I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney or any party to this action.
18  IN WITNESS WHEREOF, I have this date subscribed my
19  name.
20
21  Dated:  March 14, 2016
22
23  *[signature: Rebecca L. Romano]*
24  Rebecca L. Romano, RPR,
25  CSR. No 12546