UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 55 minutes |
| Date: | May 24, 2016 | | |
| Case No. | 3:10-cv-03561-WHA | | |

**Oracle America, Inc.**          v.          **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Christ Anderson
Daniel Purcell; Matthias Kamber
Michael Kwun; Reid Mullen
Maya Karwande; Steven Ragland;
Bruce Baber
Catherine Locavera (Corp Rep)

Deputy Clerk:  Dawn Logan                              Reporter:  Kathy Sullivan

## PROCEEDINGS

REASON FOR HEARING:     Further Jury Trial - HELD

RESULT OF HEARING:      Deliberation Continued.

CONTINUED TO: **May 25, 2016 at 7:30 am** for Further Jury Trial

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA  Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush;  Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Bruce Baber; Edward Bayley Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 24, 2016 | Kathy Sullivan | Dawn Logan |
| **FURTHER TRIAL DATE:** | | |
| May 25, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 AM | | | Outside the presence of the jury - Court confirmed the amount of time the parties used in their case-in-chief. Parties agree to Dr. Reinhold testifying during the Damages Phase, with a jury instruction.  By 5/25, Oracle shall file a response to Google's oral motion re if and when Oracle elects a statutory remedy.  Parties agree to provide the jury a hard drive with the electronic exhibits that didn't fit on the Jury PC.  Google advised the Court that Dr. Kearl is sending a letter requesting notice for the Damages Phase. | |
| | | 7:41 AM | | | Recess | |
| | | | | | | |
| | | 11:00 AM | | | Outside the presence of the jury - Attorneys addressed the issue of opening exhibits on the Jury PC.  Parties will work on instruction. | |
| | | 11:23 AM | | | Recess | |
| | | | | | | |

2

|  |  | 12:13 PM |  |  | Outside the presence of the jury - Court and counsel discussed Jury Note #1 - parties shall file briefs by midnight tonight.  Court advised the jury to wait until tomorrow for a response.  Parties submitted an agreed instruction for accessing exhibits on the PC and agreed to remove exhibit #4108. |  |
|---|---|---|---|---|---|---|
|  |  | 12:34 PM |  |  | Recess |  |
|  |  |  |  |  |  |  |
|  |  | 1:00 PM |  |  | Recess until 5/25/2016 7:30 AM |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |