UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 1 hour 12 minutes |
| Date: | May 25, 2016 | | |
| Case No. | 3:10-cv-03561-WHA | | |

**Oracle America, Inc.**             v.             **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Christ Anderson
Daniel Purcell; Matthias Kamber
Michael Kwun; Reid Mullen
Maya Karwande; Steven Ragland
Edward Bayley; Bruce Baber
Catherine Locavera (Corp Rep)

Deputy Clerk:  Dawn Logan                    Reporter:  Kathy Sullivan

## PROCEEDINGS

REASON FOR HEARING:   Further Jury Trial - HELD

RESULT OF HEARING:    Deliberation Continued.

CONTINUED TO: **May 26, 2016 at 7:30 am** for Further Jury Trial

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA    Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush; Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Bruce Baber; Edward Bayley; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 25, 2016 | Kathy Sullivan | Dawn Logan |
| **FURTHER TRIAL DATE:** | | |
| May 26, 2016 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:40 AM | | | Resumed ... Jury Present | |
| | | | | | Court responded to jury note #1 | |
| | | 7:44 AM | | | Recess - Deliberation Continued | |
| | | | | | | |
| | | 7:44 AM | | | Outside the presence of the jury - Several matters were addressed. Counsel made objections to the Court's response. Arguments were made on the statutory damages and the motion for reconsideration re Mr. Malackowski's opinion | |
| | | 8:52 AM | | | Recess | |
| | | | | | | |
| | | | | | | |
| | | 1:00 PM | | | Recess until 5/26/16 at 7:30 am | |
| | | | | | | |
| | | | | | | |