**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **REQUEST FOR RESPONSE RE DR. REINHOLD** |
| Defendant. | |

    Oracle will please respond to Google's objection to Oracle's proffer regarding Dr. Mark Reinhold's testimony by **9:00 P.M. TONIGHT**.

**IT IS SO ORDERED.**

Dated: May 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE