United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**SPECIAL VERDICT FORM**

**YOUR ANSWER MUST BE UNANIMOUS.**

Has Google shown by a preponderance of the evidence that its use in Android of the declaring lines of code and their structure, sequence, and organization from Java 2 Standard Edition Version 1.4 and Java 2 Standard Edition Version 5.0 constitutes a "fair use" under the Copyright Act?

    Yes  _____ (finding for Google)

    No  _____ (finding for Oracle)

Dated: May \_\_, 2016.

    _____
    **FOREPERSON**