UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

**FILED**

MAY 26 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:  3:10-cv-03561-WHA

Case Name:  Oracle America, Inc. v. Google Inc.

## NOTE FROM THE JURY

Note number:  1

Date:  5-24-16

Time:  12:05 pm

1. The Jury has reached a unanimous verdict ☐

Or

2. The Jury has the following question:

Can jurors:
1) Take their handwritten notes (notepads) home with them each night?
2) Review "trial exhibits" on their own if they arrive early or want to stay late?
3) Take the jury instructions home with them each night?

_____
Presiding Juror

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT of CALIFORNIA

Case Number: __3:10-cv-03561-WHA__

Case Name: __Oracle America, Inc. v. Google Inc.__

## NOTE FROM THE JURY

Note number: __2__

Date: __5-26-16__

Time: __12:45 pm__

1. The Jury has reached a unanimous verdict ☒

Or

2. The Jury has the following question:

_____
Presiding Juror