UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 10 minutes |
| Date: | May 25, 2016 | | |
| Case No. | 3:10-cv-03561-WHA | | |

**Oracle America, Inc.**         v.         **Google, Inc.**

**Plaintiff Counsel**
Peter Bicks; Annette Hurst
Matthew Bush; Lisa Simpson
Gabriel Ramsey; Christina Von Der
Ahe; George Saab (Corp Rep)

**Defense Counsel**
Robert Van Nest; Christ Anderson
Daniel Purcell; Matthias Kamber
Michael Kwun; Reid Mullen
Maya Karwande; Steven Ragland
Edward Bayley; Bruce Baber
Catherine Locavera (Corp Rep)

Deputy Clerk: Dawn Logan                    Reporter: Pam Batalo

## PROCEEDINGS

REASON FOR HEARING:    Further Jury Trial - HELD

RESULT OF HEARING:    Deliberation Continued. Verdict reached, in favor of Google. Jury polled, thanked and discharged.

Two boxes of trial exhibits deposited in the Clerk's office. Blown up poster board of the time line and exhibit #1028 returned to Oracle.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:10-cv-03561-WHA            Oracle America, Inc v. Google Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Peter Bicks; Annette Hurst; Lisa Simpson; Gabriel Ramsey; Matthew Bush; Christina Von Der Ahe; George Saab (Corp rep) | Robert Van Nest; Christa Anderson; Daniel Purcell; Michael Kwun; Reid Mullen; Matthew Kamber; Maya Karwande; Bruce Baber Edward Bayley; Catherine Locavera (Corp rep) |
| **JURY TRIAL:** | **REPORTERS:** | **CLERK:** |
| May 26, 2016 | Pam Batalo | Dawn Logan |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 AM | | | Jury Deliberation Continued | |
| | | | | | | |
| | | | | | | |
| | | 1:00 PM | | | Resumed ... Jury Present | |
| | | | | | Verdict Read, in favor of Google. Jury polled, thanked and discharged. | |
| | | 1:05 PM | | | Recess | |
| | | | | | | |
| | | | | | | |
| | | 1:30 PM | | | Court and counsel addressed any pending issues | |
| | | 1:30 PM | | | Adjourned | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2