IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**FINAL JUDGMENT**

Based upon the unanimous verdict by the jury, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Google Inc., and against plaintiff Oracle America, Inc.

**IT IS SO ORDERED.**

Dated: June 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE