KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
| Plaintiffs, | GOOGLE INC.'S BILL OF COSTS |
| v. | |
| GOOGLE INC., | Dept:         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |
| Defendant. | |

**BILL OF COSTS**

Final Judgment having been entered on June 8, 2016 [Dkt. 1989] in favor of Defendant Google Inc. ("Google"), as to the relief sought by Plaintiff Oracle America, Inc. ("Oracle") in this litigation, the Clerk is hereby requested to tax the following as costs pursuant to 28 U.S.C. § 1920 and Civil L.R. 54-3.

| | | |
|---|---|---|
| **2010-2012** | | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | $1,750,518 | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case. | $143,341 | |
| Compensation of the court-appointed expert. | $986,978 | |
| **2015-2016** | | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | $52,829 | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case. | $147,619 | |
| Compensation of the court-appointed expert. | $849,925 | |
| **TOTAL** | **$3,931,211** | |

This Bill of Costs is supported by the Declaration of Kristin Zmrhal (Exhibit A hereto), an Itemized Bill of Costs (Exhibit B hereto), and corresponding invoices (Exhibit C hereto).

| | |
|---|---|
| Dated:  June 22, 2016 | KEKER & VAN NEST LLP |
| | By:  /s/ *Robert A. Van Nest* |
| | ROBERT A. VAN NEST |
| | CHRISTA M. ANDERSON |
| | DANIEL PURCELL |
| | |
| | Attorneys for Defendant |
| | GOOGLE INC. |