# EXHIBIT C
### (Part 2 of 5)



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Christa Anderson, Esq |
| | Keker & Van Nest LLP |
| | 633 Battery St |
| | San Francisco, CA, 94111-1809 |

| | |
|---|---|
| **Invoice #:** | SF2501915 |
| **Invoice Date:** | 12/17/2015 |
| **Balance Due:** | $941.25 |

| Case: | Oracle America, Inc. v. Google Inc. |
|---|---|
| Job #: | 2189227 | Job Date: 12/8/2015 | Delivery: Expedited |
| Billing Atty: | Christa Anderson, Esq |
| Location: | King & Spalding LLP |
| | 601 S California Ave | #100 | Palo Alto, CA 94304 |
| Sched Atty: | | Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| *Hiroshi Lockheimer* | Video - Transcript Synchronization | Per hour | 7.25 | $906.25 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $941.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $941.25 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*ok to pay*
*12/30/15*



POSTED
DEC 30 2015
Keker & Van Nest, LLP

PAID
JAN 21 2016

---

| **To pay online, go to** | Please remit payment to: | **Invoice #:** | SF2501915 |
| **www.Veritext.com** | **Veritext** | **Job #:** | 2189227 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** | 12/17/2015 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** | $941.25 |

42943





# Veritext
# Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Christa Anderson, Esq<br>Keker & Van Nest LLP<br>633 Battery St<br><br>San Francisco, CA, 94111-1809 | **Invoice #:** SF2501884<br>**Invoice Date:** 12/15/2015<br>**Balance Due:** $3,119.50 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2189227 \| Job Date: 12/8/2015 \| Delivery: Expedited |
| **Billing Atty:** | Christa Anderson, Esq |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave \| #100 \| Palo Alto, CA 94304 |
| **Sched Atty:** | \| Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 370.00 | $2,331.00 |
| | Exhibits - Color | Per Page | 6.00 | $9.00 |
| | Exhibits | Per Page | 40.00 | $26.00 |
| Hiroshi Lockheimer | Realtime Services | Page | 370.00 | $610.50 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,119.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,119.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*ok To pay*
*R magat*
*12/30/15*

**POSTED**
DEC 30 2015
Keker & Van Nest, LLP

**PAID**
MAR 4 2016

*PD-3/4/16*

---

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42943

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | SF2501884 |
|---|---|
| **Job #:** | 2189227 |
| **Invoice Date:** | 12/15/2015 |
| **Balance:** | $3,119.50 |

*500*                                                                              *DROID* ✓

# Veritext
# Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Michael S. Kwun Esq | Invoice #: | SF2501994 |
|---|---|---|---|
| | Keker & Van Nest LLP | Invoice Date: | 12/15/2015 |
| | 633 Battery St | Balance Due: | $2,024.55 |
| | San Francisco, CA, 94111-1809 | | |

| | |
|---|---|
| Case: | Oracle America, Inc. v. Google Inc. |
| Job #: | 2189230 | Job Date: 12/9/2015 | Delivery: Expedited |
| Billing Atty: | Michael S. Kwun Esq |
| Location: | King & Spalding LLP |
| | 601 S California Ave | #100 | Palo Alto, CA 94304 |
| Sched Atty: | | Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Anwar Ghuloum 30(b)(6) | Certified Transcript | Page | 204.00 | $1,285.20 |
| | Exhibits - Color | Per Page | 119.00 | $178.50 |
| | Exhibits | Per Page | 125.00 | $81.25 |
| | Realtime Services | Page | 204.00 | $336.60 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | Invoice Total: | $2,024.55 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,024.55 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*ok to pay msk*
*12/28/15*

POSTED
DEC 30 2015
Keker & Van Nest, LLP

PAID
JAN 21 2016

---

| | |
|---|---|
| **To pay online, go to** | **Please remit payment to:** |
| **www.Veritext.com** | **Veritext** |
| Veritext accepts all major credit cards | **P.O. Box 71303** |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** |

| Invoice #: | SF2501994 |
|---|---|
| Job #: | 2189230 |
| Invoice Date: | 12/15/2015 |
| Balance: | $2,024.55 |

42943



DRed

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Edward A. Bayley, Esq.,<br>Keker & Van Nest LLP<br>633 Battery St<br><br>San Francisco, CA, 94111-1809 | **Invoice #:** SF2501907<br>**Invoice Date:** 12/15/2015<br>**Balance Due:** $503.75 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196290 | Job Date: 12/9/2015 | Delivery: Normal |
| **Billing Atty:** | Edward A. Bayley, Esq., |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave | #100 | Palo Alto, CA 94304 |
| **Sched Atty:** | | Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| William S. Rutledge | Video - Transcript Synchronization | Per hour | 3.75 | $468.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $503.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $503.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services-information

ok to pay
E Bayley
12/29/15

POSTED

DEC 30 2015

Keker & Van Nest, LLP



JAN 21 2016

---

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | SF2501907<br>2196290<br>12/15/2015<br>$503.75 |

42943




# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Edward A. Bayley, Esq., |
| | Keker & Van Nest LLP |
| | 633 Battery St |
| | |
| | San Francisco, CA, 94111-1809 |

| Invoice #: | SF2501960 |
| Invoice Date: | 12/15/2015 |
| Balance Due: | $1,395.60 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196290 \| Job Date: 12/9/2015 \| Delivery: Expedited |
| **Billing Atty:** | Edward A. Bayley, Esq., |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave  \| #100 \| Palo Alto, CA 94304 |
| **Sched Atty:** | \| Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 152.00 | $957.60 |
| | Exhibits | Per Page | 68.00 | $44.20 |
| William S. Rutledge | Realtime Services | Page | 152.00 | $250.80 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,395.60 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,395.60 |

**TERMS:**  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*ok to pay*
*E Bayley*
*12/29/15*

POSTED
DEC 30 2015
*Keker & Van Nest, LLP*
PAID
JAN 2 1 2016

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SF2501960 |
| Job #: | 2196290 |
| Invoice Date: | 12/15/2015 |
| Balance: | $1,395.60 |

42943



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**Bill To:** Christa Anderson, Esq
Keker & Van Nest LLP
633 Battery St

San Francisco, CA, 94111-1809

| | |
|---|---|
| **Invoice #:** | SF2503979 |
| **Invoice Date:** | 12/20/2015 |
| **Balance Due:** | $785.00 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196292 \| Job Date: 12/11/2015 \| Delivery: Expedited |
| **Billing Atty:** | Christa Anderson, Esq |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave  \| #100 \| Palo Alto, CA 94304 |
| **Sched Atty:** | \| Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Jonathan Gold 30(b)(6) | Video - Transcript Synchronization | Per hour | 6.00 | $750.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | | | |
|---|---|---|---|---|
| | | | **Invoice Total:** | $785.00 |
| | | | **Payment:** | $0.00 |
| | | | **Credit:** | $0.00 |
| | | | **Interest:** | $0.00 |
| | | | **Balance Due:** | $785.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

POSTED
DEC 30 2015
Keker & Van Nest, LLP

PAID
JAN 2 1 2016

*ok to pay*
*C Parker - 12/19/15*

| | |
|---|---|
| **To pay online, go to** | |
| **www.Veritext.com** | |
| Veritext accepts all major credit cards | |
| (American Express, Mastercard, Visa, Discover) | |

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2503979 |
| **Job #:** | 2196292 |
| **Invoice Date:** | 12/20/2015 |
| **Balance:** | $785.00 |

42943

*500*  *DROID*



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Daniel Purcell, Esq. | |
| Keker & Van Nest LLP | |
| 633 Battery St | |
| San Francisco, CA, 94111-1809 | |

| | |
|---|---|
| **Invoice #:** | SF2504468 |
| **Invoice Date:** | 12/17/2015 |
| **Balance Due:** | $2,618.25 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196292 \| Job Date: 12/11/2015 \| Delivery: Expedited |
| **Billing Atty:** | Daniel Purcell, Esq. |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave  \| #100 \| Palo Alto, CA 94304 |
| **Sched Atty:** | \| Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 276.00 | $1,738.80 |
| | Exhibits - Color | Per Page | 24.00 | $36.00 |
| | Exhibits | Per Page | 377.00 | $245.05 |
| Jonathan Gold 30(b)(6) | Realtime Services | Page | 276.00 | $455.40 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,618.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,618.25 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*ok to pay*
*DEP -*
*12/29/15*



POSTED
DEC 30 2015
Keker & Van Nest, LLP

PAID
JAN 2 1 2016

---

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2504468 |
| **Job #:** | 2196292 |
| **Invoice Date:** | 12/17/2015 |
| **Balance:** | $2,618.25 |

42943

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Joanne Winars<br>Keker & Van Nest LLP<br>633 Battery St<br>San Francisco, CA, 94111-1809 | | |
|---|---|---|---|
| | | **Invoice #:** | SF2596725 |
| | | **Invoice Date:** | 4/4/2016 |
| | | **Balance Due:** | $412.50 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196292 \| Job Date: 12/11/2015 \| Delivery: Normal |
| **Billing Atty:** | Daniel Purcell, Esq. |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave  \| #100 \| Palo Alto, CA 94304 |
| **Sched Atty:** |  \| Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Jonathan Gold 30(b)(6) | Confidential Designation, First Instance | 1 | 5.50 | $412.50 |

| Notes: | | Invoice Total: | $412.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $412.50 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2596725 |
| **Job #:** | 2196292 |
| **Invoice Date:** | 4/4/2016 |
| **Balance:** | $412.50 |

42943




# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Carrie Parker<br>Keker & Van Nest LLP<br>633 Battery St<br><br>San Francisco, CA, 94111-1809 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF2509622<br>12/23/2015<br>$503.75 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2201610 \| Job Date: 12/11/2015 \| Delivery: Expedited |
| **Billing Atty:** | Carrie Parker |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave  \| #100 \| Palo Alto, CA 94304 |
| **Sched Atty:** |  \| Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Reto Meier | Video - Transcript Synchronization | Per hour | 3.75 | $468.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $503.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $503.75 |

**TERMS:**   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

POSTED

DEC 30 2015

*Keker & Van Nest, LLP*



PAID

JAN 2 1 2016

*ok to pay*

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SF2509622 |
| **Job #:** | 2201610 |
| **Invoice Date:** | 12/23/2015 |
| **Balance:** | $503.75 |

42943

500

paid



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Edward A. Bayley, Esq.,<br>Keker & Van Nest LLP<br>633 Battery St<br><br>San Francisco, CA, 94111-1809 | **Invoice #:** SF2504522<br>**Invoice Date:** 12/17/2015<br>**Balance Due:** $1,617.55 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2201610 \| Job Date: 12/11/2015 \| Delivery: Expedited |
| **Billing Atty:** | Edward A. Bayley, Esq., |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave \| #100 \| Palo Alto, CA 94304 |
| **Sched Atty:** | \| Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 141.00 | $888.30 |
| | Exhibits | Per Page | 544.00 | $353.60 |
| Reto Meier | Realtime Services | Page | 141.00 | $232.65 |
| | Premium Depo Litigation Pkge (SBF,PTZ,LEF) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,617.55 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,617.55 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

ck to pay
E Bayley
12/29/15



POSTED

DEC 30 2015

Keker & Van Nest, LLP

PAID
JAN 2 1 2016

| | |
|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 |

| | |
|---|---|
| **Invoice #:** | SF2504522 |
| **Job #:** | 2201610 |
| **Invoice Date:** | 12/17/2015 |
| **Balance:** | $1,617.55 |

42943



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**Bill To:** Steven P. Ragland, Esq.
Keker & Van Nest LLP
633 Battery St

San Francisco, CA, 94111-1809

| | |
|---|---|
| **Invoice #:** | SF2511782 |
| **Invoice Date:** | 12/24/2015 |
| **Balance Due:** | $372.00 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196295 | Job Date: 12/14/2015 | Delivery: Normal |
| **Billing Atty:** | Steven P. Ragland, Esq. |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave | #100 | Palo Alto, CA 94304 |
| **Sched Atty:** | | Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Felix Lin | Blueprint/Oversize Exhibits-Color | | 24.00 | $372.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $372.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $372.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*ok to pay*
*SPR - 1/4/16*



POSTED
DEC 30 2015
Keker & Van Nest, LLP

PAID
JAN 21 2016

| | |
|---|---|
| **To pay online, go to** | |
| **www.Veritext.com** | |
| Veritext accepts all major credit cards | |
| (American Express, Mastercard, Visa, Discover) | |

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2511782 |
| **Job #:** | 2196295 |
| **Invoice Date:** | 12/24/2015 |
| **Balance:** | $372.00 |

42943

505



# Veritext
## Western Regional Headquarters



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Steven P. Ragland, Esq. | | Invoice #: | SF2511916 |
|---|---|---|---|---|
| | Keker & Van Nest LLP | | Invoice Date: | 12/26/2015 |
| | 633 Battery St | | Balance Due: | $566.25 |
| | San Francisco, CA, 94111-1809 | | | |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196295 | Job Date: 12/14/2015 | Delivery: Expedited |
| **Billing Atty:** | Steven P. Ragland, Esq. |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave  | #100 | Palo Alto, CA 94304 |
| **Sched Atty:** | | Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Felix Lin | Video - Transcript Synchronization | Per hour | 4.25 | $531.25 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

Notes:  Replaces Invoice No. 2506628

| | |
|---|---|
| **Invoice Total:** | $566.25 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $566.25 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

POSTED

DEC 30 2015

Keker & Van Nest, LLP

ok to pay—
SPR – 1/7/16

PAID

JAN 21 2016

## To pay online, go to
## www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42943

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2511916 |
| **Job #:** | 2196295 |
| **Invoice Date:** | 12/26/2015 |
| **Balance:** | $566.25 |



# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | SF2507911 |
| **Invoice Date:** | 12/21/2015 |
| **Balance Due:** | $1,632.85 |

**Bill To:** Steven P. Ragland, Esq.
Keker & Van Nest LLP
633 Battery St

San Francisco, CA, 94111-1809

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2196295 | Job Date: 12/14/2015 | Delivery: Expedited |
| **Billing Atty:** | Steven P. Ragland, Esq. |
| **Location:** | King & Spalding LLP |
| | 601 S California Ave | #100 | Palo Alto, CA 94304 |
| **Sched Atty:** | | Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 184.00 | $1,159.20 |
| | Exhibits - Color | Per Page | 2.00 | $3.00 |
| | Exhibits | Per Page | 37.00 | $24.05 |
| Felix Lin | Realtime Services | Page | 184.00 | $303.60 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $58.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,632.85 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,632.85 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

ok to pay -
SPR - 12/29/15

POSTED

DEC 30 2015

Keker & Van Nest, LLP

PAID

JAN 21 2016

---

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SF2507911 |
| **Job #:** | 2196295 |
| **Invoice Date:** | 12/21/2015 |
| **Balance:** | $1,632.85 |

42943




# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**Bill To:** Carrie Parker
Keker & Van Nest LLP
633 Battery St

San Francisco, CA, 94111-1809

| | |
|---|---|
| **Invoice #:** | SF2510756 |
| **Invoice Date:** | 12/24/2015 |
| **Balance Due:** | $378.75 |

| | |
|---|---|
| **Case:** | Oracle America, Inc. v. Google Inc. |
| **Job #:** | 2203183 | Job Date: 12/18/2015 | Delivery: Normal |
| **Billing Atty:** | Carrie Parker |
| **Location:** | Keker & Van Nest LLP |
| | 633 Battery Street | San Francisco, CA 94111 |
| **Sched Atty:** | | Orrick Herrington & Sutcliffe LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Felix Lin 30(b)(6) (Vol. 2) | Video - Transcript Synchronization | Per hour | 2.75 | $343.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $378.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $378.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

POSTED

DEC 30 2015

Keker & Van Nest, LLP



PAID

JAN 2 1 2016

### To pay online, go to
### www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2510756 |
| **Job #:** | 2203183 |
| **Invoice Date:** | 12/24/2015 |
| **Balance:** | $378.75 |

42943