IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER RE GOOGLE'S PRÉCIS LETTER** |
| Defendant. | |

The Court has reviewed Google's précis request regarding Oracle's disclosures at a discovery hearing. Google may file a motion, noticed on the thirty-five day calendar, however, that motion and Oracle's opposition shall **NOT EXCEED FIFTEEN PAGES**. Google's reply shall **NOT EXCEED TEN PAGES**.

**IT IS SO ORDERED.**

Dated: June 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE