ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>    Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF ANDREW D. SILVERMAN IN SUPPORT OF ORACLE'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

I, Andrew D. Silverman, declare and state as follows:

1.      I am a member of the bars of the States of California, New York, and the District of Columbia, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.  I submit this declaration in support of Oracle's Rule 50(b) Motion For Judgment As A Matter Of Law.

2.      Attached as Exhibit A is a true and correct copy of the demonstratives used during the testimony of Douglas Schmidt.

3.      Attached as Exhibit B is a true and correct copy of the demonstratives used during the testimony of Adam Jaffe.

4.      Attached is a true and correct copy of admitted Trial Exhibit 1, a Google presentation entitled "Android GPS: Key strategic decisions around Open Source," dated July 26, 2005.

5.      Attached is a true and correct copy of admitted Trial Exhibit 7, an email string from Tracey Cole to Jenifer (jaustin@google.com), Andy Rubin, and LSA re Sun Meeting, dated September 6, 2005.

6.      Attached is a true and correct copy of admitted Trial Exhibit 10, an email from Tim Lindholm to Andy Rubin, benlee@google.com, Dan Grove, and Tim Lindholm re Context for Discussion re Alternatives to Java, dated August 6, 2010.

7.      Attached is a true and correct copy of admitted Trial Exhibit 13, an email string from Brian Swetland to Mathias Agopian, fadden@google.com, arubin@google.com, and joeo@google.com re new java world, dated January 3, 2006.

8.      Attached is a true and correct copy of admitted Trial Exhibit 14, an email from Andy Rubin to sergey@google.com, Larry Page, LSA, and Alan Eustace re Sun Microsystems, dated January 13, 2006.

9.      Attached is a true and correct copy of admitted Trial Exhibit 18, an email string

1   from Greg Stein to Andy Rubin re Confidential: The open J2ME project, dated March 24, 2006.

2          10.     Attached is a true and correct copy of admitted Trial Exhibit 29, an email string

3   from Andy Rubin to D. Wall and androidcomms@google.com re Android Presence at JavaOne,

4   dated March 24, 2008.

5          11.     Attached is a true and correct copy of admitted Trial Exhibit 31, a Google

6   presentation entitled: "Android 101:  An introduction to Android and Android Partnerships,"

7   dated December, 2008.

8          12.     Attached is a true and correct copy of admitted Trial Exhibit 151, an email with

9   attachment from Steve Horowitz to Andy Rubin re GPS Notes (redacted), dated January 17, 2007.

10         13.     Attached is a true and correct copy of admitted Trial Exhibit 158, an email from

11   andyt@google.com to tangjianfeng@chinamobile.com, billwli@google.com, and

12   arubin@google.com re Materials on Google Open Handset OS attaching An Android PowerPoint

13   presentation entitled: "Android: Open Handset Platform," dated September 28, 2006.

14         14.     Attached is a true and correct copy of admitted Trial Exhibit 190, an email from

15   Kristen Gil to Andy Rubin, theoc@google.com re Fwd: BOD question, dated October 11, 2010.

16         15.     Attached is a true and correct copy of admitted Trial Exhibit 215, an email from

17   Chris DeSalvo to Andy Rubin re Java Class libraries, dated June 1, 2006.

18         16.     Attached is a true and correct copy of admitted Trial Exhibit 339, an email from

19   Andy Rubin to Tim Lindholm, Chris DiBona, Frank Montes, Ethan Beard, Rich Miner re Sun

20   Deal Review, dated April 20, 2006.

21         17.     Attached is a true and correct copy of admitted Trial Exhibit 405, an email string

22   from Eric Schmidt to Bob Lee and eschmidt@google.com re It was great chatting with you

23   yesterday, dated May 30, 2008

24         18.     Attached is a true and correct copy of admitted Trial Exhibit 435, an email from

25   Jonathan.Schwartz@Sun.COM to eschmidt@google.com, Scott McNealy, and

26   Sergey@google.com re (SPAM: 6.58) Java/Linux Mobile Platform, dated April 27, 2006.

27         19.     Attached is a true and correct copy of admitted Trial Exhibit 610.1, Java 2

28   Platform Standard Edition Development Kit 5.0 Specification (license.html), dated August 25,

SILVERMAN DECL. ISO ORACLE'S RULE 50(b)
MOTION FOR JUDGMENT AS A MATTER OF LAW

1    2004.

2         20.      Attached is a true and correct copy of admitted Trial Exhibit 624, a Google

3    presentation entitled "How to Design a Good API and Why it Matters," dated December 12,

4    2005.

5         21.      Attached is a true and correct copy of admitted Trial Exhibit 877, an article

6    entitled "Joshua Bloch:  Bumper-Sticker API design," available at

7    http://www.infoq.com/articles/API-Design-Joshua-Bloch, dated September 22, 2008.

8         22.      Attached is a true and correct copy of admitted Trial Exhibit 951, Google Inc.'s

9    Q3 2010 Earnings Call Transcript, dated October 14, 2010.

10        23.      Attached is a true and correct copy of the relevant excerpts of admitted Trial

11   Exhibit 980, a book entitled "The Java Application Programming Interface, Vol. 1 - Core

12   Packages" dated 1996.

13        24.      Attached is a true and correct copy of admitted Trial Exhibit 1026, a Sun

14   Community Source License between Sun Microsystems and Danger, Inc., dated August 26, 2003.

15        25.      Attached is a true and correct copy of admitted Trial Exhibit 1061, an email chain

16   from Aditya Agarwal to Nicole Dalton re OCQ deck- quick help needed, with attachment, dated

17   October 5, 2010.

18        26.      Attached is a true and correct copy of excerpts of admitted Trial Exhibit 3211,

19   Google form 10-k for the fiscal year ending December 31, 2004, dated March 30, 2005.

20        27.      Attached is a true and correct copy of admitted Trial Exhibit 5046, an email from

21   sa3ruby@gmail.com to members@apache.org re and what if we accepted the damn FOU

22   restriction?, dated April 17, 2008.

23        28.      Attached is a true and correct copy of admitted Trial Exhibit 5114, an email from

24   Andy Rubin to Steve Horowitz re Latest material for CMCC's VP Sha visit Wed morning, dated

25   March 28, 2007.

26        29.      Attached is a true and correct copy of admitted Trial Exhibit 5183, a Google

27   presentation entitled "Android OC Quarterly Review - Q1 2009," dated 2009.

28        30.      Attached is a true and correct copy of admitted Trial Exhibit 5322, an email from

SILVERMAN DECL. ISO ORACLE'S RULE 50(b)
MOTION FOR JUDGMENT AS A MATTER OF LAW

1  Rich Miner to Andy Rubin re Android announcement at 3GSM, dated October 23, 2006.

2      31.    Attached is a true and correct copy of admitted Trial Exhibit 6053, an article from

3  cnbc.com titled "CNBC's Jim Cramer Interviews Google Inc. Chairman & CEO Eric Schmidt,"

4  dated August 15, 2008.

5      32.    Attached is a true and correct copy of admitted Trial Exhibit 6446, an excerpt of

6  Google Developers presentation entitled "State of the (Mobile) Developer-go/stateofthedeveloper

7  2015," dated 2015.

8      33.    Attached is a true and correct copy of admitted Trial Exhibit 9200, an email from

9  Stefano Mazzocchi to members@apache.org re FYI: Upcoming open letter to Sun, dated April 6,

10  2007.

11      34.    Attached is a true and correct copy of admitted Trial Exhibit 9201, an email from

12  Stefano Mazzocchi to members@apache.org re Oracle buys Sun, dated April 20, 2009.

13      35.    Attached is a true and correct copy of Trial Exhibit 9214, designations from the

14  deposition of Anwar Ghuloum taken December 9, 2015.

15      36.    Attached is a true and correct copy of Trial Exhibit 9226, designations from the

16  deposition of Bob Lee taken August 3, 2011.

17      I declare under penalty of perjury under the laws of the United States the foregoing is true

18  and correct.

19      Executed this 6th day of July, 2016, at New York, NY.

20

21

22

23  ANDREW D. SILVERMAN

24

25

26

27

28

SILVERMAN DECL. ISO ORACLE'S RULE 50(b)
MOTION FOR JUDGMENT AS A MATTER OF LAW