# EXHIBIT A

# Use of Declaring Code and Design of Java APIs in Android – A Technical Perspective

PROF. DOUGLAS C. SCHMIDT

MAY 17, 2016

# Background: What Is the Java Platform?
## Three Main Components – Each With Its Own Published Specification



**Java Language**
Popular object-oriented language

**Java API Packages**
Pre-written Programs Providing Useful Functionality To Easily Create Feature-rich And Powerful Applications

**Java Virtual Machine**
Runs Java apps on a wide range of operating systems

The Java programming language, API Packages,
and Virtual Machine are defined in three separate specifications
**GOOGLE COPIED A KEY PART OF THE JAVA PLATFORM**

2

# Summary of Opinions

BASIS OF OPINION

The **declaring code and organization** of the 37 API packages **constitute the heart of the copyrighted work**

- The declaring code and design of the copied 37 Java APIs are critically important to developers

Google **did not transform the declaring code or organization** of the 37 API packages

- The purpose of the declaring code and design of the 37 Java APIs is the same
- Java-based mobile platforms existed before Android

The **declaring code and organization** of the 37 API packages **are creative and expressive**

- The copied declaring code and design reflect creative choices and could have been achieved very differently

Android is **not interoperable or compatible** with Java

- Java apps won't run on Android; Android fails the Java compatibility test

3

# Software Map of the Java SE5 APIs
## Classes and Interfaces



# Software Map of the Java SE5 APIs
## Packages, Classes, and Interfaces



# Software Map of the Java SE5 APIs
## Packages, Classes and Interfaces

**java.util**



# Software Map of the Java SE5 APIs
## Class/Interface Relationships



**java.util**

# Software Map of the Java SE5 APIs
## Class/Interface Relationships – java.util



**java.util**

# Software Map of the Java SE5 APIs
Relationships Between Classes and Interfaces



# The Heart of the Java SE5 API is Found in Android



# The Copied Code Is a Critical Part of Android



**COPIED CODE**
IS IN THE
CORE LIBRARIES

# The Copied Code Is a Critical Part of Android

**Platform dependency test highlights the dependence of the Android platform on the copied declaring code**



12

# Google Wrote Only 23% of Android Donut



**Authorship of Android Code**

# Sun's SavaJe OS and Android OS Have Similar Architecture



# Android Technology Has Java-Based Predecessors

**Java used in mobile platforms many years before Android**

|  | T-Mobile Sidekick | HTC Dream |
|---|---|---|
| **Operating System** | **DangerOS** | **Android** |
| **Uses Java?** | ✓ | ✓ |
| **Full keyboard, 'slider' form factor?** | ✓ | ✓ |
| **Runs apps?** | ✓ | ✓ |
| **Licensed Java?** | ✓ | ✗ |

15

# The Purpose of the Copied APIs Is Not Altered
## java.security – Package Use Is Unchanged in Android vs. Java SE



**Java SE 5**



**Android Gingerbread**





"The java.security package, its subpackages…and its extensions… provide **classes and functionality related to security**, as the names suggest."

"Provides **classes and interfaces for the security framework.** This includes classes that implement…access control security architecture"

16

# There Is Diversity and Creativity in Class and Method Names



# Design of Java APIs is Unique and Creative
## EXAMPLE: Four options for Collections Libraries

**Collections Libraries:**
**Create/manipulate data (e.g. lists)**

**Java Collections Framework**
(1998) – Single Package

**SIMILAR**
**COLLECTIONS**
**CAPABILITIES**

**ObjectSpace JGL**
(1996) – 6 Packages

java.util

com.objectspace.jgl
com.objectspace.jgl.adapters
com.objectspace.jgl.algorithms
com.objectspace.jgl.functions
com.objectspace.jgl.predicates
com.objectspace.jgl.util



# Java and Android Applications Are Not Interoperable

**Java apps do not run on Android**



Java class bytecode

**Android apps do not run on Java**



Android Dex bytecode

19

# Android's Copying Breaks Compatibility with Java SE
## JCK Signature Test: Industry Benchmark Test of Java SE Compatibility

**Android Lollipop makes incompatible modifications (to copied 37 APIs)**



*JCK for Java SE 5 against Android Lollipop*

| Package Name | Class Added | Class Missing | Method Added | Method Missing | Other Added | Other Missing | Total |
|---|---|---|---|---|---|---|---|
| java.awt.font | 1 | 16 | 0 | 1 | 7 | 0 | 25 |
| java.beans | 0 | 32 | 0 | 0 | 0 | 0 | 32 |
| java.io | | | | | | | 110 |
| java.lang | | | | | | | 359 |
| java.lang.annotation | | | | | | | 10 |
| java.lang.reflect | | | | | | | 33 |
| java.net | 5 | 0 | 57 | 16 | 1 | 0 | 89 |
| java.nio | 1 | 0 | 22 | 1 | 0 | 0 | 24 |
| java.nio.channels | 7 | 0 | 37 | 0 | 0 | 0 | 54 |
| java.nio.channels | 4 | 0 | 0 | 0 | 0 | 0 | 4 |
| java.nio.charset | 1 | 0 | 12 | 0 | 0 | 0 | 13 |
| java.security | 7 | 1 | 62 | 16 | 2 | 0 | 88 |
| java.security.acl | | | | | | | |
| java.security.cert | | | | | | | |
| java.security.spec | | | | | | | |
| java.sql | | | | | | | |
| java.text | | | | | | | |

**Missing Class** — **Java SE** ✔ — **Android** ✗

```
public final class
GlyphMetrics{
```

**Added Method** — **Java SE** ✗ — **Android** ✔

```
public static Policy
getInstance
(String type, Policy
Parameters params) throws
NoSuchAlgorithmException{
```

FAILED

20

# Summary of Opinions

- The copying is **not transformative**
  - Android uses the declaring code and design of the 37 Java APIs in the same way as the Java platform
  - Java-based mobile platforms already existed before Android

- The copied declaring code and design **are creative**
  - The copied declaring code and design reflect creative choices and could have been achieved very differently

- The copied packages are **very substantial**
  - The heart of the Java SE5 platform is found in Android

- The copying creates an **incompatible fork** of the Java Platform

21