# EXHIBIT B

# Adam Jaffe

EXPERT WITNESS

# Summary of Opinions

**If Google had not copied the 37 Java API packages:**

- Android very likely would not have been as successful
- Java was poised to enjoy continued success in mobile

**From an economic perspective, Google's copying of the API packages in Android is:**

- Highly commercial
- A substitute for the Java API packages
- Causes significant harm to the actual and potential markets for the Java API packages

# Platform Economics

**Drivers**



**Uber**



**Platform**



**Riders**

- ✓ *Network Effects*
- ✓ *Expectations*
- ✓ *Scale*
- ✓ *Tipping Points*

3

# The Java Platform



# Java Monetization: Licensing



Royalty-Free



## Developers

## Device Makers





# Java Adaptation to Different Device Categories



TX 5397 (Expert Report of Adam Jaffe (2/8/16) Fig. 3)

# Mobile Phone Continuum



| 2003 | 2004 | 2005 | 2006 | 2007 |

TX 5397 - Expert Report of Adam Jaffe (2/8/16), Figure 15

# Internal Sun Presentation on Java
## 2005



TX 0134 (GOOGLE-01-00018140, at 142.)

# Android and Java in the Smartphone Market



TX 5397 (Expert Report of Adam Jaffe (2/8/16), Figure 1

# Google Internal Presentation on Android

Google          **Why did Google invest in Android?**          android

- Help deliver on the promise of open mobile Internet access
  - Better browser, location, etc. technology
  - Leverage point for cheaper, flat rate data plans

- Drive innovation in the mobile industry
  - Build a large platform and application developer communities
  - Drive investment in mobile software

- Don't get locked out!
  - Major mobile platform players are pushing into the software services space
  - Platform consolidation moving to the major players
  - Google can only be successful when there is true openness and competition

TX 31 (GOOGLE-00298438)

# Window of Opportunity



# Android Chicken & Egg Problem



# Google Presentation on Android





Developers



Supporting Java is the best way to harness developers

Fact: Linux fragmentation threatens market acceptance. Tools and new app frameworks are biggest hurdles. 6M Java developers worldwide. Tools and documentation exist to support app development without the need to create a large developer services organization. There exist many legacy Java applications. The wireless industry has adopted Java, and the carriers require its support.

Strategy: Leverage Java for its existing base of developers. Build a useful app framework (not J2ME). Support J2ME apps in compatibility mode. Provide an opT-Mobileized JVM (Dalvik).

Google confidential                                                                        39

TX 0387 (GOOGLE-24-00147890)

13

# Google Presention to Potential Partners



**Device Makers & Carriers**

Developers

## Android

### Android Advantages

FIRST truly open, freely available Linux-based phone stack
built from the ground up offering:

- Great phone experience
- Integrated Google applications
- Powerful, simple Java Application Framework
- Scalable, customizable applications and user experience
- Takes advantage of existing Linux driver model
- Advanced graphics system & rich media experience
- Advanced, standards-based Web Browser
- Complete phone solution

Google CONFIDENTIAL

3

TX 5562 (GOOGLE-03-00146537)

14

# Android Revenue $42.35 billion (2008-2015)



TX 5397 (Jaffe Report - GOOGLE-00303725, GOOGLE-01-00053552, GOOGLE-77-00053555, GOOG-00134535, GOOG-10005423, GOOG-10005422)

# Android's Commercial Strategy



TX 1061, p.13

# Mobile Phone Continuum



| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |

TX 5397 (Expert Report of Adam Jaffe (2/8/16), Figure 15)

# HTC Dream v. HTC Touch Pro



**HTC Dream**



**HTC Touch Pro**

# Mobile Ecosystem



# Oracle sales team email exchange
## October 8, 2010

Mike,

Need your help.
Spent 2hr+ meeting with HTC yesterday.
It was a sobering meeting for Oracle as our HTC counterparts explained
how their java shipments will dry up very quickly as
they migrate over to Android devices. Furthermore and most importantly
for us, they intend not to make any prepayment.

This seriously damages fundamental assumptions built into TW FY11 goaling.

I, therefore, would like to get on a call with you either during your
Fri. or Mon. next week.
I can do a call on Fri. 10/8 4pm PT onwards or early morning PT on 10/11
Mon.

Please let me know your availability. It is critical we try talk at
earliest.
Regards,
James//

TX 0551 (OAGOOGLE0001156560)

# Oracle sales team email exchange
## March 10, 2010

On 03/10/10 07:19, Geoff Morton wrote:
Neal

Overview of Android impact in EMEA.

1. Nokia
   o They see Android and Apple as the main competitors in the smartphone arena
   o They say they have no plans to adopt Android. They keep to the same story privately
   o Revenue impact : None they still have 6-years to run on their agreement, paying $7m p.a. as a minimum
2. Sony Ericsson
   o They see Android as their primary platform in the smartphone market
   o Until end-CY09 95%+ of all their handsets included Java (approx. 50m units in CY09)
     ▪ They have stated that only legacy phones will continue with Java with final model releases in CY11
     ▪ Last featurephones with Java during CY12
   o Essentially all new smartphone models will be based on Android
     ▪ They have some Win Mobile (approx 3m)
     ▪ Even less based on Symbian S60
   o Revenue impact :
     ▪ Jun-10 they pay there final $5,100k for upcoming year
     ▪ FY11 will have to re-negotiate a new term and/or agreement
       ▪ The forecasted volumes are likely to be around 50% of current agreement levels for FY11 and reducing below this FY12, FY13
     ▪ FY13 could be down to 0% of models shipping with Java

TX 5057 (OAGOOGLE0000152466, p.2)

# Java Quarterly Sales Review
## July 2010

 **Android Impact = Revenue Decline**

- Android has severely damaged handset Java sales and future trending is poor:

  - *SEMC* : Over 80% of SmartPhones will be Android.  EOLed their FeaturePhone platform.  Revenues expected to drop to $2M - $3M from $5M+

  - *Motorola* : Moved to Android for SmartPhones.  Limited FeaturePhone shipments.  Negotiating lower volumes for Java.  Expected to drop revenues to $2M range from $5M+

  - *HTC*: More than 60% total units to be Android.  Expected loss of $1M+

  - *LGE*: 50% of SmartPhones to be Android.  Expected loss of $1M+

  - *Samsung*: 50% of SmartPhones to be Android. Pushing native BADA platform as well.  Expected no growth to committed FY11 payment

  - *Samsung*:  Chose Flash over JavaFX for their IPTV platform deployment

  - *Amazon*:  Looking for Java alternatives including Android.  Asking for lower royalty structures.  FY10 payments including pre-pay  $2.1M. Expected FY11 payment  based on volume forecast $600K

  - Over-all Java attach rate dropping due to decline in demand

# Summary of Opinions

**1**



Java mobile ecosystem was thriving

**2**



Google's mobile window was closing

**3**



Java APIs in Android = Billions

**4**



Java API market economically harmed

23