# TRIAL EXHIBIT 1

# Android GPS

## Key strategic decisions around Open Source





July 26, 2005                GOOGLE CONFIDENTIAL

Google™

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT  1**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY
Trial Exhibit 1, Page 1 of 10

Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA

GOOGLE-00-00001772

# Agenda

- Status Update

- What is Android?

- Near-term strategic decisions

    - Which type of Open Source are we?

    - How do we interact with OSS community?

    - How do we Open Source our JVM?

July 26, 2005        GOOGLE CONFIDENTIAL        

# Status: Hide the food, Android is here

- **Where**: Building 41, second floor
- **Group meeting**: Presented to wireless team. Making contacts and working well as a group
- **Development status**: Perforce server installed. Engineers are coding again.
- **Strategy**: Working with Deep, Nikesh and others to help define Android strategy going forward.
- **GPS**: Full-fledged GPS at a future date.
- **Demo**: Available upon request.

July 26, 2005        GOOGLE CONFIDENTIAL        

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Oracle America, Inc. v. Google Inc.
3:10-cv-03561-WHA
GOOGLE-00-00001774
Trial Exhibit 1, Page 3 of 10

# What is Android?

Project Android is building the world's first Open Source handset solution with built-in Google applications

July 26, 2005        GOOGLE CONFIDENTIAL        

# The Model

Google works closely with Carriers and OEMs to help incorporate its Open Source OS into handset designs.

- The Carriers benefit from the ability to quickly deploy differentiating features and applications.

- The OEMs benefit from the above, and a dramatic reduction in BOM costs by utilizing a robust, free consumer OS platform.

- Google benefits by having more control of the user experience and built-in Google apps.

July 26, 2005          GOOGLE CONFIDENTIAL          

HIGHLY CONFIDENTIAL -          Oracle America, Inc. v. Google Inc.          GOOGLE-00-00001776
ATTORNEYS' EYES ONLY          3:10-cv-03561-WHA
Trial Exhibit 1, Page 5 of 10

# Why Open Source*

To disrupt the closed and proprietary nature of the two dominant industry players: MSFT and Symbian

To provide Carriers and OEMs a non-threatening solution for cross-vendor compatibility

To eventually build a community force around Google handset APIs and applications

---

\* Our OSS license is a rider on a mainstream license such as Mozilla that requires licensee to maintain compatibility with Google APIs

July 26, 2005    GOOGLE CONFIDENTIAL    

# Which OSS Model?

- Build product

  A strategy where development happens internally, and once product has reached a certain level of stability it is released as open source.

- Community effort

  A strategy where development is a collaborative effort between internal Google resources and a larger more diverse community of external Open Source developers. Typically there is a publicly accessible source code repository with a informal check-in procedure.

July 26, 2005        GOOGLE CONFIDENTIAL        

ATTORNEYS' EYES ONLY           3:10-cv-03561-WHA
Trial Exhibit 1, Page 7 of 10

GOOGLE-00-0001779

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# JAVA

- Why Java?
  - Carriers require it
  - MSFT will never do it
  - Elegant tools story
  - Safe sandbox for 3rd party developers
  - Existing pool of developers and applications
  - Who pays?  OEM pays sun a license, typically < .30 in volume

July 26, 2005          GOOGLE CONFIDENTIAL          

Trial Exhibit 1, Page 8 of 10

# JAVA

- Java + Javascript/XML = Key differentiator

  Current scenario:
  - Developing a clean-room implementation of a JVM
  - Need coffee-cup logo for carrier certifications
  - Must take license from Sun
  - Cost isn't the issue, open source JVM is the issue

  Proposal:
  - Google/Android, with support from Tim Lindholm, negotiates the first OSS J2ME JVM license with Sun
  - Outcome could reinforce our JVM development, or perhaps result in us convincing Sun to Open Source their MVM implementation.

July 26, 2005             GOOGLE CONFIDENTIAL                

HIGHLY CONFIDENTIAL -              Oracle America, Inc. v. Google Inc.              GOOGLE-00-00001780
ATTORNEYS' EYES ONLY               3:10-cv-03561-WHA
Trial Exhibit 1, Page 9 of 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOGLE-00-00001781

# End.

July 26, 2005    GOOGLE CONFIDENTIAL