# TRIAL EXHIBIT 29

| | | |
|---|---|---|
| From: | Andy Rubin. | Sent:3/24/2008 11:58 AM. |
| To: [ - ] | Dick Wall. | |
| Cc: [ - ] | android-comms@google.com. | |
| Bcc: [ - ] | . | |
| Subject: | Re: [android-comms] Android presence at JavaOne. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 29**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

1) Are we able to answer direct developer questions about Android at the booth?

Yes. One-on-one only, please

2) Can we demonstrate the tooling, emulator, developer environment, etc?

Yes, one-on-one only please, where you know exactly who you are talking to. Please dont demonstrate to any sun employees or lawyers.

3) Assuming either of the above is possible, do we need to make it explicitly clear before talking to developers that Android does not use the JVM and has it's own VM instead?

The truth is always the best approach.

4) Is the story of "you use Java source code, but libraries and VM differ from Java SE" still the right message to be carried?

"We use standard development tools such as Eclipse and IntelliJ and developers can use those tools to develop in the Java programming language"

5) Can we put any material out about Android at the booth, assuming such material has been scrutinized and approved first?

No.


On Mar 24, 2008, at 11:01 AM, Dick Wall wrote:


Hi Folks

I will be at JavaOne for the entire week and will be volunteering for several spots of booth duty. As a side effect of this I have some questions regarding Android.

I expect (in fact I am almost certain) that developers will visit the Google booth curious about Android. There are lots of different options if they do so, here are some of the questions I would like considered...


Are we able to answer direct developer questions about Android at the booth?

Can we demonstrate the tooling, emulator, developer environment, etc?

Assuming either of the above is possible, do we need to make it explicitly clear before talking to developers that Android does not use the JVM and has it's own VM instead?

Is the story of "you use Java source code, but libraries and VM differ from Java SE" still the right message to be carried?

Can we put any material out about Android at the booth, assuming such material has been scrutinized and approved first?

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00035931

Finally, if none of the above is possible, what is our response for questions about Android at the booth? Just point them at android.com or press@google.com?

I ask this because JavaOne is the largest developer conference of its kind and will bring together a very large number of developers who are very suitable for Android development. If there is any way we can hit them, it would be a good idea to try.

JavaOne is about 6 weeks away, but it would be great to get answers to these questions pretty soon, in case there is something we can do to get Android out there at JavaOne.

Cheers


Dick _____
android-comms mailing list
android-comms@google.com
https://mailman.corp.google.com/mailman/listinfo/android-comms

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-01-00035932

---
android-comms mailing list
android-comms@google.com
https://mailman.corp.google.com/mailman/listinfo/android-comms

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY            Oracle America v. Google, 3:10-cv-03561-WHA            GOOGLE-01-00035933

Trial Exhibit 29, Page 3 of 3