# TRIAL EXHIBIT 31

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298438

Google

# Android 101

An introduction to Android and Android partnerships

Last updated: December 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 31**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298439

Google

# Contents



- ## Introduction

  - Mobile Market and Android Opportunity

  - Why Android, What is Android, Android Value Proposition

  - Android Market Overview

- ## Partner Overview

  - Open Handset Alliance Overview

  - Android Partner Types

  - Android Partnership models

- ## Extra Slides

  - T-Mobile G1 Launch and Stats

Google Confidential and Proprietary    2

Trial Exhibit 31, Page 2 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3-10-cv-03561-WHA

GOOGLE-00298440



# Mobile Market Opportunity

… it's big and it's growing

Trial Exhibit 31, Page 3 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298441

# Google  Why Mobile?

By the end of 2008 there is roughly **~4 billion mobile phone users worldwide**. Almost 1 billion mobile handsets were sold in each of 2006 and 2007. **That is 63% mobile penetration**.

*To put this in context, worldwide there are*:

- 800M Automobiles
- 850M Personal Computers
- 1.3B Landline Telephones
- 1.5B Televisions
- 1.4B Credit Cards
- 1.4B Internet users

**"The biggest growth areas are clearly going to be in the mobile space. Mobile, mobile, mobile."** – *Eric Schmidt, NY Times, 4/20/2007*



**Units in Billions**

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298442

# Google

# **Why Android?**



- ## Does the world really need another phone stack?
  - Android strategic value proposition

- ## Why did Google invest in Android?
  - … and then give it away?

- ## What does Android mean for Partnerships?
  - Who do we partner with and how?

Trial Exhibit 31, Page 5 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298443

Google      **Does the world need another phone stack?**      

- ## The mobile world of tomorrow:
  - Today's phones are as powerful as yesterday's computers
  - Many people will never have a PC – only a mobile phone

- ## Held back by the mobile world of today:
  - Continued promise of a mobile Internet not yet delivered
  - Mobile ecosystem is broken
    - Access to users is tightly controlled
    - Broken relationship between OEMs and operators
    - Need for more software expertise
    - Limited power and freedom for developers
    - Locked down devices and network access

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298444

# Google    **The model is changing…**    

- A few years ago, mobile platforms were driven by OEM and carrier requirements

- Enter:  **Microsoft**,  **Apple**,  **Blackberry**… and **Nokia** (s/w)

- Major shift to people who understand software, customer experience, application development

- **But the ecosystem is still broken and not open!**
  - Access to users still controlled
  - Other handset OEMs (50% of market) don't have a solution
  - Service providers still at the mercy of those who control the access points

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298445

Google

# Why Google?

## Why does Google care?

Trial Exhibit 31, Page 8 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Google  **Mobile and Desktop query patterns converging** 

Query patterns on high-end mobile devices closely mimic computer-based search patterns.  This implies that as mobile devices and networks become more advanced, the trajectory for mobile search will converge with conventional computer based search...

*-- Google Research*

Google Confidential and Proprietary     9

Trial Exhibit 31, Page 9 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298447

# Desktop vs. iPhone Traffic





Trial Exhibit 31, Page 10 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298448

# Google search traffic by platform



## North America



## United Kingdom



Trial Exhibit 31, Page 11 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298449

# Google    **Why did Google invest in Android?** 

- ## Help deliver on the promise of open mobile Internet access
  - Better browser, location, etc. technology
  - Leverage point for cheaper, flat rate data plans

- ## Drive innovation in the mobile industry
  - Build a large platform and application developer communities
  - Drive investment in mobile software

- ## Don't get locked out!
  - Major mobile platform players are pushing into the software services space
  - Platform consolidation moving to the major players
  - Google can only be successful when there is true openness and competition

Google Confidential and Proprietary    12

Google **…and then give it away?** 

- ## Android is no way tied to Google services
  - ### You could use it to build a Yahoo or Baidu phone*

- ## We've open sourced the entire platform
  - ### Hosted at kernel.org, not Google servers
  - ### Will grow the core technical team to include many other entities

- ## People don't need a partnership with Google to launch Android-powered devices

\* I leave out Microsoft because they would *probably* use Windows Mobile.

Google Confidential and Proprietary    13

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298450

Trial Exhibit 31, Page 13 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298451

# Google     **Android is not a Google product… why?!** 

- ## For Android to be successful, it needs to:

  - Be truly open and free of any single party control

  - Enable and encourage customization, commercialization and differentiation

  - Innovate faster than any other mobile platform

- ## Google only has 100 engineers on Android, and we need a much larger team to make the platform successful

  - Be full featured

    – Google doesn't have all the expertise on mobile embedded software (CDMA, SIM Toolkit, power management, etc.)

  - Be widely supported

    – We need the highly-fragmented mobile industry adopt Android

Trial Exhibit 31, Page 14 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3-10-cv-03561-WHA

GOOGLE-00298452



# What is Android?

## Is it a Gphone?  Is it a phone?

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298453

# What is Android?



A complete, modern, **open source mobile platform**

A **series of phones** powered by that platform

A **go-to market strategy** to promote openness

Google Confidential and Proprietary     16

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298454

# Google   **Android Value Proposition**   

- ## Powerful
  - Full WebKit browser with support for AJAX and Gears
  - Rich 3D, multi-media, location-based services
  - Robust security model

- ## Open
  - Available under the Apache2 license
  - No license to Google, no restrictions on UI
  - Open architecture and extremely customizable UI

- ## Ecosystem
  - Software Development Kit
  - Android Developer Challenge
  - Android Market

Trial Exhibit 31, Page 17 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298455

Google

# Android Value Proposition



## Application Developers

- Simple, yet powerful application development framework and Software Development Kit
- Open access to APIs to build richer applications
- Simplified application distribution model

## End Users

- Better, more powerful software that takes full advantage of the device capabilities
- Full Internet browser with desktop-like browsing experience
- Open access to the Internet and applications

## Mobile Handset Manufacturers

- Complete, open and free mobile phone stack
- Reduced software costs (both acquisition and R&D)
- Extensive support for customization

## Mobile Network Operators

- Powerful software platform to promote data usage and premium services
- Extensive support for add-on services and customization
- Simplified content distribution and revenue-share model

Trial Exhibit 31, Page 18 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298456



# Android Platform Overview

A technical overview of the Android platform

Trial Exhibit 31, Page 19 of 47

Google

# Android Project Goals



**1** Enable a great mobile phone experience

---

**2** Provide an open and extensible application architecture

---

**3** Provide a highly portable and scalable mobile platform

---

**4** Provide a comprehensive open source solution

---

Google Confidential and Proprietary 20

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3-10-cv-03561-WHA

GOOGLE-00298457

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298458

# Google     **Goal 1: Great Phone Experience**     

- ## Powerful features
  - Platform must support an integrated user experience
  - Support for rich graphics, media, network and location services

- ## Responsive user interface
  - Phone application must always be responsive
  - Wayward applications can't crash phone

- ## Seamless multi-tasking
  - Can switch in and out of applications while in a call
  - Applications don't lose state

Trial Exhibit 31, Page 21 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298459

# Goal 2: Open Architecture



- ## Powerful, simple application framework with Java language APIs
  - No need for developers to learn a new language or work with low-level programming details
  - Enabling reuse and replacement of components

- ## Scalable user experience
  - 12 key, QWERTY, touch screen, combinations
  - Portrait, landscape, pivoting, etc
  - Software multimedia implementation with hardware support

Google Confidential and Proprietary     22

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3-10-cv-03561-WHA

GOOGLE-00298460

# Open Architecture





Trial Exhibit 31, Page 23 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298461

Google **Goal 3: Portable Platform** 

- Portable to almost any device which can run Linux

- Dalvik VM provides consistent runtime for applications across hardware platforms

- Robust abstraction layer for hardware

Trial Exhibit 31, Page 24 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298462

# Google   Goal 4: Open Source Platform   

Android is a fully featured, open, free and customizable mobile phone platform that will be made available as open source software*.  It includes:

- Operating System (Android Linux Kernel Enhancements)

- Middleware (Android Libraries and Application Framework)

- Runtime (Dalvik Virtual Machine)

- Core applications

- Software Development Kit


All available as free open source software.

*All Linux kernel enhancements will be distributed under GNU General Public License (GPL) v2 and, with few
 exceptions, all remaining source will be distributed under Apache Software License (ASL) 2.0.

Google Confidential and Proprietary     25

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298463

# Google **Android Platform**
# **Android Architecture**





HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298464



# Android Market

Solving the mobile software distribution problem

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298465

# Google

# **Vision**



Create a global applications market that simplifies content distribution and maximizes value to content providers and operators

Trial Exhibit 31, Page 28 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298466

Google

# Market Value Proposition



**Developers**
- A single, unified place to access users, with a global distribution
- Open to everyone
- Simple, easy, revenue share model

**End Users**
- A single, unified place to get all the best content
- Consumer ratings drive content ranking

**Mobile Handset Manufacturers**
- Provide access to content worldwide to all Android devices

**Mobile Network Operators**
- Provide the best and most complete source of content to users, without the need for direct deals with each developer
- Drive data plan subscriptions with access to great content

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298467

Google **Product Overview** 

- # Open Market

  - Application developers can register on-line and choose to provide their applications for free or for a fee

  - No certification process for applications (all must be digitally signed by provider)

  - Self reinforcing content filtering model. Users rate and flag content (similar to YouTube)

- # Integrated Billing

  - Google Checkout provides billing back-end for 1.0

  - Support for refunds and chargebacks

- # Scale

  - Single marketplace drives volume and open access to applications

  - Reduces application distribution costs for content provider and operator

Trial Exhibit 31, Page 30 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Google **Google Mobile Services (GMS)** 

Google Mobile Services (GMS) is a collection of applications and services built by Google on top of the Android Application Framework to enable Google-specific features on the platform. This will include the following applications (among others):

 Gmail           Google Talk           Maps

 Calendar (Sync)           Contact Sync           YouTube

Google Mobile Services will not be provided as open source software, but will be available in binary form as part of a distribution agreement with Google.

More Google Mobile Services may be added in future.

Google Confidential and Proprietary

Oracle America v. Google, 3-10-cv-03561-WHA

GOOGLE-00298468

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298469



# Android Partnerships Overview

An introduction to Android strategic partnerships

Trial Exhibit 31, Page 32 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298470

Google  **What is the Open Handset Alliance?**  

The Open Handset Alliance™ is a group of more than **30 technology and mobile companies** who have come together to **accelerate innovation in mobile and offer consumers a richer, less expensive, and better mobile experience**.



- Five categories of alliance members:
  - Semiconductor Companies
  - Handset Manufacturers
  - Operators
  - Software Vendors
  - Commercialization Partners

- Each member **contributes** something to the platform or ecosystem.

- Note: Open Handset Alliance members are not necessarily Google *partners*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298471

# Google   **Android is all about Partnerships**   

Google will form strategic partnerships with Mobile Network Operators (MNOs) and Handset Manufacturers (OEMs) to build and deploy Android-powered devices

## •OEM Partnerships

- Partner with OEM to build best-in-class Android-powered handsets with the latest and greatest Android platforms

- Work with OEMs to ensure Android compatibility

- Work with OEM to integrate Google Mobile Services into the device

## •Mobile Network Operator Partnerships

- Partner with Operator to deploy best-in-class Android-powered devices

- Collaborative marketing agreement

- Android Market rev-share and *maybe* ad rev-share

- Drive flat-rate data plans

Trial Exhibit 31, Page 34 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298472

Google **Android Teams within Google** 

## Android Platform Eng

- Responsible for core open source platform
- Working directly on open-source repository
- Platform release management

## Google Mobile Eng

- Responsible for Google Mobile Services (GMS) on Android

## Android Deployment Eng

- Work with small set of partners on next-gen Android handset development
- BSP for strategic chipsets
- Work with partners to enable new features for specific projects

## Partner Solutions

- Provide partner support for Android handset development
- Responsible for GMS distribution on Android handsets
- May work closely with Android Deployment Eng on lead devices, but may work on separate projects

Google Confidential and Proprietary    35

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298473

# Google   **Android Teams within Google**   

Android Platform Eng = Focused on Open Source Platform

– Provide best possible open source mobile platform

Google Mobile Eng = Focused on Google Mobile Apps

– Provide best possible Google experience on Android

Android Deployment Eng = Focused on Lead Devices

– Drive commercial viability of platform releases and drive handset innovation

Partner Solutions = Focused on Strategic Android Partners

– Drive Android adoption and compatibility through partners

Trial Exhibit 31, Page 36 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298474



# Android Partnership Models

An overview of Android partnership models

Trial Exhibit 31, Page 37 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298475

# Google    **Android Go-to-Market**    



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298476

Google  **Android Partnership Types**  

## Unbundled Google Mobile Services (GMS) Deals

- Similar to standard Google Mobile Services deals for other platforms
- Google plays a supporting role to the OEM, who manages the device launch



**Google (PSO)**
- Provide high-level platform support and coordination for technical issues
- Provide guidance on platform integration and compatibility issues
- Enable Google Mobile Services (GMS) integration

**OEM**
- Customizes Android to fit their needs. May create entirely new UI / UX
- Manages operator and standards (WiFi, BT, GSM) certification
- Operator and OEM customizations

**Operator**
- Sell to consumers!

Google Confidential and Proprietary   39

Trial Exhibit 31, Page 39 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298477

Google   **Android Partnership Types**   

## Google Experience Device Deals

- Google manages the whole device launch and is responsible for all of the software on the device.



This makes sense for lead devices on new platform releases, new device profiles, or new silicon: ~2-3 per year.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298478

Google 

# Android OEM Launches



: handset launch

Google Confidential and Proprietary    41

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298479

# Android Operator Launches





T-Mobile US launch with HTC
Q4 2008

T-Mobile EU launch
Q1 2009

Vodafone launch
Q2 2009

CMCC launch
Q2 2009

AT&T launch
Q3 2009

DoCoMo launch
Q3 2009

Sprint launch
Q3 2009

TIM, Telefonica, Orange
Q1 2009

SingTel, Optus
Q1 2009

Google Confidential and Proprietary    42

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298480

# Extra slides

Trial Exhibit 31, Page 43 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298481

Google

# T-Mobile G1 Launch





Devices checking in within last N days

333,458 @ 60 days
332,853 @ 30 days
324,264 @ 14 days
311,692 @ 7 days
299,399 @ 3 days
290,600 @ 1 day

Google Confidential and Proprietary    44

Trial Exhibit 31, Page 44 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298482

# Google

# **Healthy Query Growth**





## 1.49 Queries Per Day / Device

Trial Exhibit 31, Page 45 of 47

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-00298483

# Google — **Android Device Projections** 

- 110,296 unique users to date (as of 2pm 23 Oct 2008)

- Company OKR to hit 1M devices by end of 2008

- 8-12M devices projected by end of 2009



Trial Exhibit 31, Page 46 of 47

# Slide Notes

**Slide 20:**

Provide an extremely portable platform

Full mobile handset platform as open opensource platform

**Slide 22:**

"scalable" user experience can be modified/improved.

**Slide 45:**

$0.04 per device per day vs. $0.01 for iPhone

$11k per day

$4M run rate at 340k devices

$14M run rate at 1M devices

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-00298484