# TRIAL EXHIBIT 151

| | |
|---|---|
| From: Steve Horowitz. | Sent: 1/17/2007 10:05 PM. |
| To: [ - ]   Andy Rubin. | |
| Cc: [ - ]   . | |
| Bcc: [ - ]   . | |
| Subject:   Re: GPS Notes. | |

revised

On 1/17/07, Andy Rubin <arubin@google.com> wrote:

Wow, these are the best notes from ANY GPS I've ever seen.

Call me if you have a sec: ▮▮▮▮▮▮


On Jan 17, 2007, at 9:43 PM, Steve Horowitz wrote:

> Please review content and Actions/Takeaways before I send out... I
> will send tomorrow.
> <Android GPS.doc>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 151**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
        DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY         Oracle America v. Google, 3:10-cv-03561-WHA         GOOGLE-01-00025329

Trial Exhibit 151, Page 1 of 6

```
Android GPS
1/17/07
```

**Attendees:** Eric Schmidt, Larry Page, Sergey Brin, Salar Kamangar, Andy Rubin, Deep Nishar, Steve Horowitz, Yael Shacham, Nick Sears, Rich Miner, Jonathan Rosenberg, Francoise Brougher, Bill Coughran, Elliot Schrage

**Action Items**
- Andy to create budget for Android going forward
- Android deal team to go through deal review process for carrier partners

**Takeaways**
- Android strategic framework: free software platform, collaborating licensees, relationship with phone manufactures and carriers as launch partners.

**Summary of discussion**

**Eric:** Need to know how we get strategic convergence, how we're organized to win.

**Andy:** We are a technology project, with the goal of quick time to market using approved open source, mobile technology. We've built the "Open Handset Alliance" to help us go to market and we will open source technology on behalf of partners. The alliance has expanded to include carriers, handset partners, professional services companies, etc. It is a loosely governed alliance.

The challenge is how to align handset venders, carriers, etc. to build product around our software stack. At CES, saw a spike of interest from companies looking to compete with iPhone. Cingular/Apple is exclusive; TMobile and others want to compete.

Our software platform is superior because it is open, uses standard tools, compilers, has open APIs, etc. The challenge is in integrating the hardware and the

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-01-00025330

Trial Exhibit 151, Page 2 of 6

software since we don't control the hardware like Apple. We need to get good at driving our handset partners to ensure a great holistic experience.

**Nick** (carrier update): Tried to address carrier concerns, offering Google phone first, open platform later. If they launch Google phone (**Eric:** don't use that term), we send them leads directly from our site. TMobile is very enthusiastic and interested in a platform that allows them to create their own customized phone later. Will launch Google phone initially if that gets them platform.

**Eric:** So there are two choices, a Google phone and a TMobile phone based on our platform.

**Andy:** A Google phone means a phone where we specify every feature.

**Eric:** Don't use "Google Phone" term.

**Nick:** TMobile has given a verbal "yes". We gave them a term sheet and they are updating and returning it soon. Want to expand to Europe (Germany, England) as well.

**Andy:** TMobile is a global launch.

**Eric:** Wants to talk strategy, not tactics. We will make 5000-10,000 units for developers and announce at D-conference. What is our strategy? Is it a Google phone? Do we allow the carriers to simply license and customize?

**Andy:** We create an instance of a phone to set the bar then release to the rest of the world later. We partnered with HTC, LG, Motorola and will pair them with carriers.

**Eric:** We are technology suppliers -- hardware manufacturers will build to our spec and release to carriers.

**Andy:** We release to carriers and control the user experience. We don't want to cannibalize their existing

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025331

Trial Exhibit 151, Page 3 of 6

business. For example, we would implement "My Faves" for TMobile to enable them to up sell their existing features.

**Jonathan:** Need to create new business model.

**Andy:** $100-150 subsidy. Online lead generation spiff to carriers, not Best Buy. Not just TMobile, they are only first, 26% UK, 37% Germany, US not as good.

**Eric:** Strategic framework: free software platform, collaborating licensees, relationship with phone manufactures and carriers as launch partners.

**Andy:** Handset manufacturers will drive Operators.

**Eric:** TMobile contract says they'll buy X million phones. Do deals have money in them from carrier's perspective?

**Nick:** No advertising in TMobile deal.

**Eric:** Put more money on the table; get a budget and approval to guarantee against rev-share on ads. Need to rationalize versus existing deals (Vodafone, etc.)

**Jonathan:** Change game and minimize subsidies across the board, change economics across the board.

**Nick:** Can't go below cost structure

**Larry:** What am I going to ask for when I buy this phone? How will it not be Google branded?

**Andy:** Google brand in software, not on the phone.

**Larry:** Like when you buy a Treo, you decide between Windows and Palm. GoogleOS, competing against Palm, used by various OEMs, carriers

**Larry:** Phones will be standardized?

**Andy:** Yes, across partners.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00025332

Trial Exhibit 151, Page 4 of 6

**Larry:** What about hardware?

**Andy:** Hardware will be different across OEMS/Carriers

**Larry:** FNDR is high end

**Andy:** There will be multiple devices

**Eric:** What about timing? Announcement?

**Andy:** Eric will be up on stage announcing open handset OS, talking about alliance, carrier launch partners. First though that Mossberg conference was good timing, but now coincides with iPhone availability and Steve Jobs at Mossberg conference.

**Eric:** End of May still, though? Can't announce in August, June, July

**Sergey:** Could be positive for both Apple and Google to be in this space. If press positions Apple vs Google then people won't talk about the other options.

**Eric:** Shouldn't be about Apple. Who is running the deals?

**Andy:** Nick handles US carriers and Rich handles Europe. Ethan does the deal structure.

**Eric:** Need to start going through deal review for carriers. We have already approved technology deals, however, we need to start reviewing carrier or business deals with financial obligations.

**Eric:** I now understand strategy, timing.

**Sergey:** Will it be good?

**Eric:** What about Java?

**Andy:** We're doing it ourselves, have JVM but not libraries. Still shopping for libs/JVMs. Talking to various partners including IBM, Esmertec, XCE, etc. This is still a hotspot.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025333

Carriers want exclusive features.

**Andy does demo**

**Eric:** iPhone is three devices. We need a similar story. GPhone is phone, web, keyboard, should be consumer blackberry.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY         Oracle America v. Google, 3:10-cv-03561-WHA         GOOGLE-01-00025334

Trial Exhibit 151, Page 6 of 6