# TRIAL EXHIBIT 158

| | |
|---|---|
| From: andyt@google.com. | Sent:9/28/2006 8:05 PM. |
| To: [ - ] tangjianfeng@chinamobile.com. | |
| Cc: [ - ] billwli@google.com; arubin@google.com. | |
| Bcc: [ - ] . | |
| Subject: Materials on Google Open Handset OS. | |

Dir. Tang,

Pls see attached for the materials on our open handset OS.

Let me know if you need more info,

Thanks!

Andy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 158**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK





Open Handset Platform



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY                    Oracle America v. Google, 3:10-cv-03561-WHA                    GOOGLE-01-00025576

Trial Exhibit 158, Page 2 of 13

# Introduction



We are building an Open Source handset solution with built-in Google applications

We have created an alliance of interested partners who wish to help define the platform

Google confidential

2

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-01-00025577

Trial Exhibit 158, Page 3 of 13



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-01-00025578

Trial Exhibit 158, Page 4 of 13

## The Problem



- Hardware innovation has out paced software innovation

- Wireless Operators have become more demanding of software capabilities, need ability to differentiate

- Handset OEMs are not modern software development shops and have proved weak at being integrators

Google confidential

4

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-01-00025579

Trial Exhibit 158, Page 5 of 13



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-01-00025580

Trial Exhibit 158, Page 6 of 13

## Improving the core platform




- Proven Open Source platform has worldwide adoption
- Linux kernel enables hardware abstraction
- World class XML based graphics subsystem enables high performance carrier customization
- Telephony API's support multiple semiconductor architectures
- Application stack supports Smartphone-like feature set
- Simulation environment supports off-device development
- UI mark-up tool enables point and click UI creation

Google confidential

6

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY         Oracle America v. Google, 3:10-cv-03561-WHA         GOOGLE-01-00025581

# Improving the core platform (cont'd)







- Google & Alliance will make the integrated Java/Linux Mobile Platform available through an open source distribution

- Companies will be able to adopt this solution and customize for their own devices & network... Including components, applications and branding

- The Java platform will be CDC based with the ability to run all the midlet-base content

- Application framework and optimized graphics system built on top of Linux kernel

# A complete stack is the way to accelerate adoption



Fact: Industry noise around Linux is at its all-time high. Still, no one is offering a complete platform in an open way -- instead, we find people using open source as a marketing advantage, and offer only certain layers of the stack. Examples:

- Access/PalmSource: Using Linux to build a closed system
- Motorola/Samsung/NTT/Vodafone-Japan: Trying to specify apps environment.

    Where are the software companies?

- TrollTech: Green Phone. NOT OPEN.
- MLI, LiPS: Specification only, no implementation.

Strategy: Open Source the entire stack only after the first devices show up in the market. Send a strong signal to the industry that they now have everything they need to build devices as-good-as or better than the ones we just released.

## Supporting Java is the best way to harness developers



Fact: Linux fragmentation threatens value. Tools and new app frameworks are biggest hurdles. 6M Java developers worldwide. Tools and documentation exist to support app development without the need to create a large developer services organization. There exist many legacy Java applications. The wireless industry has adopted Java, and the carriers require its support.

Strategy: Leverage Java for its existing base of developers. Build a useful app framework (not J2ME). Support J2ME apps in compatibility mode. Provide an optimized JVM (Dalvik). Integrate class libraries and other technology from Skelmir acquisition to accelerate effort.

## Details



- Google & Alliance will make the integrated Java/Linux Mobile Platform available through an open source distribution

- Companies will be able to adopt this solution and customize for their own devices & network.... Including components, applications and branding

- The Java platform will be CDC based with the ability to run all the midlet-base content

- Application framework and optimized graphics system built on top of Linux kernel

Google confidential

10

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025585

Trial Exhibit 158, Page 11 of 13

## How China Mobile can participate and what benefits it can reap



Google invites China Mobile to be one of the first carriers to embrace an open OS and make a significant impact on the mobile industry, no just in China, but worldwide

As a participant, China Mobile will be able to

- Help shape the OS platform requirements with carrier services in mind
- Deploy its next generation mobile devices & services based on this platform
- Develop together with Google an innovative handset using the OS to demonstrate power of the open platform

Benefits of working with Google

- Google has the best mobile software industry experts
- Google's OS is the most open platform with the most flexible license
- Google has tremendous expertise in user-centric software design
- Google will invest to help China Mobile succeed

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY              Oracle America v. Google, 3:10-cv-03561-WHA              GOOGLE-01-00025586



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00025587