# TRIAL EXHIBIT 339

| From: | Andy Rubin. | Sent: 1/31/2006 12:20 PM. |
|---|---|---|
| To: [ - ] | lindholm Timothy; Richard Miner; Chris DiBona; David Lee. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | FYI. | |

FMG deal review enclosed.

FMG is finance. We then go to EMG.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 339**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-14-00042243

Trial Exhibit 339, Page 1 of 12

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-14-00042244

Trial Exhibit 339, Page 2 of 12



# Open Handset Alliance

Andy Rubin and Android team



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-14-00042245

# Project Android



> We are building the world's first Open Source handset solution with built-in Google applications

> We are forming an alliance with interested parties to make this free platform the de facto standard for modern handsets

Google confidential

2

Trial Exhibit 339, Page 3 of 12

## Partner Overview - Sun Microsystems





### Who Are They?

- Products and services for network computing
    - Java dominates wireless industry
    - Carriers require Java in their terminal terminal specifications
- Statistics
    - Not profitable
    - $15.4B Market Cap
    - $11.6B revenue
    - $469M EBITDA
    - $2.45B cash
- Market Presence
    - xxx Java embedded handsets
    - xxx carrier relationships
- Size
    - xx offices worldwide
    - xxx employees

### Why Do the Deal?

- Critical to our open source handset strategy
- Dramatically accelerates our schedule
- Form an industry alliance to block MSFT
- Create value for wireless stakeholders

Google confidential

3

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-14-00042247

## Status



- Discussions started as result of our last GPS
- Alliance consists of key players of the wireless industry, including handset OEMs and wireless carriers
- Sun becomes founding partner in alliance
- Companies engage in a co-development relationship

Google confidential

4

## Proposed Deal Terms



| | |
|---|---|
| **Client** | • Sun Microsystems |
| **Term** | • 3 years<br>• Co-development partnership |
| **Proposal** | • Sun makes Java Open Source as part of Android platform<br>• Companies work together to bring Android platform to market |
| **Exclusivity** | • Exclusive |
| **Data Use / Restrictions** | • See detailed slides |
| **Fee** | • $25-50M<br>• To be negotiated potential rev share on platform-enabled mobile ads |
| **Attribution** | • N/A |
| **Termination / Other Issues** | • N/A |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-14-00042248

Google confidential

Trial Exhibit 339, Page 6 of 12

5

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-14-00042249

# Terms



- Sun will open source CDC JavaME by "m/m/m" date
- Google and Sun will produce the "Open Source Java Linux Mobile platform" by "n/n/n" date
  - Sun to govern the CDC codebase with partial governance by Google
  - Google to govern the Linux codebase with partial governance by Sun
- Sun to provide a commercial implementation of the "Open Source Java Linux Mobile platform"
  - Google to provide backline support for the "Linux Mobile platform"
- Google agrees NOT to offer commercial implementations of the "Open Source Java Linux Mobile platform" or similar stack except as necessary for initial launch

Google confidential

6

Trial Exhibit 339, Page 7 of 12

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-14-00042250

## Terms (cont'd)



- Sun agrees to adopt certain key Google enablers (JavaScript, others tbd) in CDC and Google agrees to adopt appropriate Sun enablers in Linux stack

- Google provides Sun with all Google owned handset technologies, un-encumbered rights, from day one. Sun can only ship this technology commercially after it has been open sourced

- Sun provides Google with all Sun owned CDC JavaME technologies, un-encumbered rights, from day one. Google can only ship this technology commercially after it has been open sourced

- Sun and Google to promote the Java Brand for mobile

- Google to certify their applications on Sun's commercial implementations

Google confidential

7

Trial Exhibit 339, Page 8 of 12

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-14-00042251

## Terms (cont'd)



- Sun and Google will jointly engage in recruiting OEMs and Service Providers

- Sun intends to monetize the commercial implementation of the "Open Source Java Linux Mobile Platform" Stack and services around it (support, ES, updates/upgrades, customizations + IP value add) in the following areas.  This list is not intended to be comprehensive and does not restrict Google from providing underlying technology:

    – Device management

    – Security upgrades / Patch management

    – User interface customization for OEMs, MVNOs, carriers

    – Enterprise level synchronization

    – Network quality monitoring

    – User experience customization based on device usage

Google confidential

8

Trial Exhibit 339, Page 9 of 12

## Terms (cont'd)



- Google agrees to adopt and promote NetBeans and Sun Java Wireless Tool Kit (WTK) along with its tools. Where appropriate, companies will merge their tools
- Where appropriate, Mobile client apps provided by Google to work with Sun backend
- Google Open Source License to be ASF2.0
- Sun Open Source License to be decided with the goal:
  – Non viral
  – Non discriminatory, equal access
  – No field of use restrictions
  – Freely distributed
  – Compatible with an existing license

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-14-00042252

Google confidential

9

Trial Exhibit 339, Page 10 of 12

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

# Financial compensation

- Google compensates Sun for current business risk
  - Estimated cost: $25-50M
- If Google recognizes $s from services running on "Open Source Java Linux Mobile platform" or derivatives, Google will revenue share with Sun

Google confidential

GOOGLE-14-00042253

# Key Asks





- Approve joint development
- Approve to proceed to contract
- Approve spend ranges
- Approve to enter into multi-party discussions

Google confidential

11

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-14-00042254

Trial Exhibit 339, Page 12 of 12