# TRIAL EXHIBIT 980

# James Gosling • Frank Yellin • The Java Team

# The Java™ Application Programming Interface, Volume 1
## Core Packages



The Java Series

... from the Source™



JAVA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 980**

CASE NO. 10-03561 WHA

DATE ENTERED_____

BY_____
DEPUTY CLERK

OAGOOGLE0000107143

2550 Garcia Avenue, Mountain View, California 94043-1100 U.S.A.

© 1996 Sun Microsystems, Inc.
2550 Garcia Avenue, Mountain View, California 94043-1100 U.S.A.
Duke™ designed by Joe Palrang
All rights reserved.

RESTRICTED RIGHTS LEGEND: Use, duplication, or disclosure by the United States Government is subject to the restrictions set forth in DFARS 252.227-7013 (c)(1)(ii) and FAR 52.227-19.

The release described in this manual may be protected by one or more U.S. patents, foreign patents, or pending applications.

Sun Microsystems, Inc. (SUN) hereby grants to you a fully paid, nonexclusive, nontransferable, perpetual, worldwide limited license (without the right to sublicense) under SUN's intellectual property rights that are essential to practice this specification. This license allows and is limited to the creation and distribution of clean-room implementations of this specification that (i) are complete implementations of this specification, (ii) pass all test suites relating to this specification that are available from SUN, (iii) do not derive from SUN source code or binary materials, and (iv) do not include any SUN binary materials without an appropriate and separate license from SUN.

Java and JavaScript are trademarks of Sun Microsystems, Inc. Sun, Sun Microsystems, Sun Microsystems Computer Corporation, the Sun logo, the Sun Microsystems Computer Corporation logo, Java and HotJava are trademarks or registered trademarks of Sun Microsystems, Inc. UNIX® is a registered trademark in the United States and other countries, exclusively licensed through X/Open Company, Ltd. All other product names mentioned herein are the trademarks of their respective owners.

THIS PUBLICATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT.

THIS PUBLICATION COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN; THESE CHANGES WILL BE INCORPORATED IN NEW EDITIONS OF THE PUBLICATION. SUN MICROSYSTEMS, INC. MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED IN THIS PUBLICATION AT ANY TIME.

THE PUBLISHER OFFERS DISCOUNTS ON THIS BOOK WHEN ORDERED IN QUANTITY FOR SPECIAL SALES. FOR MORE INFORMATION, PLEASE CONTACT:

CORPORATE AND PROFESSIONAL PUBLISHING GROUP

ADDISON-WESLEY PUBLISHING COMPANY

ONE JACOB WAY

READING, MASSACHUSETTS 01867

ISBN: 0-201-63453-8
Text printed on recycled and acid-free paper.
12345678910 - MA -99989796
First Printing, May 1996

OAGOOGLE0000107148