# TRIAL EXHIBIT 5114

| | | |
|---|---|---|
| From: | Andy Rubin. | Sent:3/28/2007 10:22 AM. |
| To: [ - ] | Steve Horowitz. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: Latest material for CMCC's VP Sha visit Wed morning. | |

He got different input from you and I. Additionally, I have a
presentation which I show.

I need you to focus 100% on execution of the handset. We risk
failure if you get distracted. We'll talk later about how I can help
you. We are beyond out of time.


On Mar 28, 2007, at 10:17 AM, Steve Horowitz wrote:

> Sorry.... Was just trying to help correct some of the big errors.
> Wasn't sure how much time you'd have to review before the 9am
> meeting. Apologies.
>
>
> -----Original Message-----
> From: Andy Rubin
> To: Steve Horowitz
> Sent: Wed Mar 28 10:05:47 2007
> Subject: Re: Latest material for CMCC's VP Sha visit Wed morning
>
> Steve,
>
> Please let me handle the partnership presentations!
>
>
>
>
> On Mar 28, 2007, at 6:28 AM, Steve Horowitz wrote:
>
>
> Andy -- some comments below:
>
> - Slide 12 has a minor typo, should read "Ads are only shown to
> users..." (currently says "Ads are only show to users"
>
> - For slide 41 I have enclosed a new deck that has a more updated
> picture of our current device and screenshot. The version you have
> is about 1 year old. Also, I would remove the "UI Markup tool
> enables..." line from this slide.
>
> - On slide 42, I would suggest changing the last two lines to
> something more like this:
>
> "Powerful Java Application framework and optimized graphics system
> built on top of Linux kernel with the ability to run midlet-based
> content"
>
> - On slide 44, remove the line about Skelmir (we have taken a
> different path for Java libraries)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 5114**

CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-38-00125563

```
>
> - On slide 45, change line to "The Java platform will have the
> ability to run midlet based content" (remove CDC based). Also,
> change last line to "Java Application framework...."
>
> - You can remove handset OS architecture slide in the appendix and
> this will be covered in the Android deep dive this diagram is old
>
> Thanks,
> -Steve
>
>
>
>
>
> On 3/28/07, Andy Tian <andyt@google.com> wrote:
>
> Hi all,
>
> After reviewing the PPT with CMCC folks tonight, I made a few
> adjustments. Pls see attached for the latest PPT for tomorrow.
>
> Just got notified that Alan won't arrive until 9:30am, so I will
> try to get the CMCC delegation to arrive at the conference room
> around 9:15, so we can spend some time to chat before Alan arrives
> and starts the official meeting. This way we can do an official
> intro of Alan to CMCC VP Sha.
>
> Thanks,
>
> Andy
>
> --
> Andy Tian ???
> Strategic Partnership Development ????
> Google Inc.
>
> Phone: +86.10.6250.3000
> Direct: +86.10.6250.3846
> Mobile: +86.1391.061.9810
> Fax: +86.10.6250 3001
> andyt@google.com
>
> ????????????1??,
> ?????6??,????, 100084
>
> Tsinghua Science Park Building 6
> No. 1 Zhongguancun East Road
> Haidian District Beijing P.R.China. 100084
>
> ----------------------------------------------------
> This email and the information it contains are confidential and
> may be privileged. If you have received this email in error please
> notify me immediately. You should not copy it for any purpose, or
> disclose its contents to any other person. Internet communications
> are not secure and, therefore, Google does not accept legal
> responsibility for the contents of this message as it has been
> transmitted over a public network. If you suspect the message may
> have been intercepted or amended please call me.
>
>
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-38-00125564

Trial Exhibit 5114, Page 2 of 3

```
>
> <Sooner.ppt>
>
>
```

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-38-00125565