# TRIAL EXHIBIT 5183



# Android

OC Quarterly Review – Q1 2009

Andy Rubin, Hiroshi Lockheimer, Patrick Brady, Erick Tseng, Jennie Ebbitt, Michael Morrissey, Eric Chu, Danielle Romain, Marc Vanlerberghe

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT  5183**

CASE NO. 10-03561 WHA

DATE ENTERED _____

BY _____
DEPUTY CLERK

Google Confidential and Proprietary



# Summary

- Budget actuals lower than plan
- Deployments exceeding plan
  - 7 countries
  - 13 languages
  - 19 design wins!
- Marketshare at 6% of mobile browsing
  - Ahead of Blackberry, Palm
  - Roughly equal to Windows, Symbian
- Search RPM is $22.70
  - Usage of search widget key contributor
- Three prong strategy working
  - Organic, Unbundled and Google Experience: All have customer traction
- Pain points: Scaling, hiring, UI, ecosystem

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOGLE-01-00136052

# Health Check





Subscribers

7 day active

Search Queries

ANRs per day

Battery life improvements

Check-ins over time

Developers

Paid Apps

Headcount

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136053



# OKRs

'09 Focus is on scale

- 20M Android-powered devices by EY09

Q1 '09

- Cupcake release launched
- Significant latency and battery life improvements
- Improvements to UI (polish)
- Improvements to camera/video
- Photos mirrored
- Launch new device

Google Confidential and Proprietary

# Product Update (Erick Tseng)



## 1 Million Devices Sold in First 4 Months



Devices checking in within last N days

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136055

# 92% of Android 7-Day Actives Use Gmail





## Other Apps

- Maps: 80%
- Marketplace: 68%
- YouTube: 61%
- StreetView: 11%

¹ Source: Android Dashboard (3/16/2009), https://dash/mobile/generic_product_overview.php?
daterange=99999&pagename=android&showEventsTable=false

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136056

# Search + Android = Huge



**Unique search users**



- **Nearly 100%** of our users have searched in the last 30 days
- **43% of our users** have searched in the last 7 days

**Search queries**



- **Speed matters**: 70% of all searches are initiated from Android search framework, rather than google.com website

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136057

# Mobile Browser Share





Mobile Browsing Share by Platform[1]

- iPhone
- Android
- Java ME
- Symbian
- Windows Mobile
- Other (Palm, Blackberry, BREW)

[1] Source: Net Applications Q4 2008 Mobile OS Market Share report.
URL: http://marketshare.hitslink.com/mobile-phones.aspx?qprid=55

- Android reached 6% mobile browsing share **4 months** after launch

- Symbian reached the same milestone in **10 years**

- AdMob processed **48M ad requests** in February, the first month they launched Android ads

- In comparison, AdMob processed 50M ad requests the first month it launched iPhone ads last August

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136058

# Product Roadmap (1/2)



- Cupcake (Q2 2009)
  - On-screen QWERTY keyboard
  - Video record and playback
  - YouTube uploads and "My Account"
  - Picasa Upload
  - Improved camera
  - Homescreen widgets
  - Stereo Bluetooth/A2DP
  - Browser Omnibox
  - Pervasive IM presence
  - New in-call keypad/timeout UI
  - Improved battery life
  - Framework refresh







HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136059



# Product Roadmap (2/2)

- Donutburger (Q3 2009)
  - Phone top "universal" search
  - Gesture shortcuts
  - Camera/Photos update
  - Enterprise features: VPN, IPSec
  - Backup settings and bookmarks to the cloud
  - Market update: 3rd party billing, "Share this app"
  - Integrate V8 engine in browser
  - Text to speech engine
  - App Fuel Gauge: for better battery mgmt
  - Live Wallpaper
  - DPI support
  - CDMA
- Eclair (Q4 2009)
  - All new user interface
  - Vector Maps with turn-by-turn directions
  - Augmented reality navigation
  - ActiveSync/Exchange support
  - Calendar update (view/add attendees)
  - Support for multiple accounts
  - Unveil: image recognition and OCR
  - Flash 10



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00136060



# Product Challenges

- Scaling to meet usage goals: 20M users by end of 2009
- Continuing to innovate killer apps
- Multiple product configurations
- Fragmentation
- iPhone: 72 countries, 3.0 Firmware
- Market: quantity (2K apps vs. iPhone's 25K apps) and quality
- Innovating a next generation UI



Worldwide smartphone market share (Q4 2008)

Other, 1%
Android, 2%
Linux, 4%
Apple, 12%
Microsoft, 14%
Symbian, 48%
RIM, 20%
Source: Canalys, smartphone analysis, Q4 2008

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136061

# Engineering Update (Hiroshi Lockheimer)



## Dissecting the roadmap: Deployment vs. Innovation

| '09 Releases | Deployment | Innovation |
|---|---|---|
| *Cupcake (April)* | - Touch-only form-factor (Voda, DoCoMo, T-Mobile US)<br>- Perf (updated WebKit), battery life<br>- UI refresh | - Bluetooth stereo headset<br>- Video record (and playback), including YT upload<br>- Picasa integration<br>- Home screen gadgets |
| *Donutburger (July)* | - DPI support (WVGA, QVGA, new form-factors)<br>- CDMA plumbing<br>- Perf (V8?), battery life (new sync protocol) | - Universal Search<br>- Gesture shortcuts<br>- Cloud backup (settings, bookmarks)<br>- Active wallpapers<br>- TTS |
| *Eclair (October)* | - Holiday '09 Google Experience Devices (Verizon, TMUS)<br>- HW accelerated graphics, 3D | - Next generation UI |

## Deployment vs. Innovation = Platform vs. Product
## (balancing Google's needs and ecosystem requests)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOGLE-01-00136062



# Engineering Update (cont'd)

Organization
- Before: ~70 direct reports
- Now: ~20 direct reports, 9 teams
- Focus on: scale, communication, accountability

Challenges
- Deployment vs. Innovation, Platform vs. Product
- Dates, dates, dates
  - ○ Upfront release planning
  - ○ Parallel development
- Hiring (*filling* reqs, not reqs)
  - ○ Bringing core innovation back in house (app, UI developers)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136063

Trial Exhibit 5183, Page 13 of 97

# Android Services (Michael Morrissey)



*Not a single service, but a collection of 7 services which rely on caribou, doozer, focus, buzz, youtube, checkout, kansas, gaia, megastore, blobstore, st, zipit, goops, chubby/svelte, cart, crash2, cdd...and all the services they rely on*

## Footprint

- Frontends in 4 DCs (Oregon, Atlanta, East, Belgium)
- Backends in 3 DCs (Iowa, Atlanta, East)
- Need to expand into Europe & Asia to match deployments
- Projected resource spend for 2009: $586K

## Scalability issues

- Must greatly improve FE machine utilization
  - Only 20k connections/machine at present
  - Bin-packing with Buzz to increase capacity
- Move FE machines out of CLIBs where machines are scarce

## Challenges

- Dependency management for other Google services
- Handling carrier networking issues
- Hiring -- particularly for Market

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136064

# Android P&L



| amounts shown in $ millions | | Q3 | Q4 | FY 2008 | Annual Plan | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Q1 | Q2 | Q3 | Q4 | FY 2009 |
| Gross Revenue | $ | 0.0 $ | 0.7 $ | 0.7 $ | 2.4 $ | 2.2 $ | 3.6 $ | 5.1 $ | 13.3 |
| TAC | | 0.0 | 0.2 | 0.2 | 0.5 | 0.5 | 0.8 | 1.2 | 2.9 |
| **Net Revenue** | **$** | **0.0 $** | **0.5 $** | **0.5 $** | **1.9 $** | **1.7 $** | **2.8 $** | **3.9 $** | **10.4** |
| *Net Margin* | | *N/A* | *73%* | *73%* | *81%* | *78%* | *77%* | *77%* | *78%* |
| *Q-O-Q Growth* | | | | | *252%* | *-8%* | *61%* | *40%* | |
| Operations | | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 |
| Other COS | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Gross Profit** | **$** | **(0.1) $** | **0.4 $** | **0.3 $** | **1.8 $** | **1.7 $** | **2.7 $** | **3.8 $** | **10.0** |
| *Gross Margin* | | *N/A* | *59%* | *46%* | *77%* | *74%* | *75%* | *76%* | *75%* |
| **_Direct Expenses_** | | | | | | | | | |
| Sales | | 0.2 | 0.3 | 0.9 | 0.5 | 0.5 | 0.5 | 0.5 | 2.1 |
| Marketing | | 0.1 | 12.1 | 12.3 | 13.0 | 7.8 | 7.8 | 7.8 | 36.3 |
| PM | | 0.0 | 0.0 | 0.0 | 0.3 | 0.3 | 0.3 | 0.3 | 1.1 |
| Engineering | | 29.2 | 18.4 | 86.3 | 17.5 | 15.6 | 13.1 | 13.3 | 59.5 |
| G&A | | 0.3 | 0.3 | 1.0 | 0.3 | 0.3 | 0.3 | 0.3 | 1.1 |
| **Product Contribution** | **$** | **(29.9) $** | **(30.5) $** | **(100.3) $** | **(29.7) $** | **(22.8) $** | **(19.3) $** | **(18.4) $** | **(90.1)** |
| *Contribution Margin* | | *N/A* | *-4,122%* | *-13,547%* | *-1,260%* | *-1,021%* | *-532%* | *-361%* | *-678%* |
| **_Headcount_** | | | | | | | | | |
| Sales | | | | 6 | | | | | 10 |
| Marketing | | | | 0 | | | | | 2 |
| PM | | | | 3 | | | | | 5 |
| Engineering (SWE, Test, Tech Writers, UX) | | | | 109 | | | | | 141 |

## Handset Volumes Drive Revenue Growth

- Goal: ship 20 million Android enabled handsets by year-end 2009
- Search widget and browser search box drive 80% of Android revenue (est. $10.6 million)
  - TAC rate 24 – 32%
- Organic revenue contributes an addition $2.7 million

## Carrier Adoption, Co-Branding

- Adding carriers in Japan and EMEA during first half 2009. China in late 2009
- Focus on developing partnerships with mass carriers (+50 million subscribers)
  - $10 million per co-branding deal, contingent upon data plan guarantees

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00136065

# Search Stats

Android and iPhone queries are similar in length.
(Android: 2.73 iPhone: 2.8)

Android users trigger spell correct *less* often that iPhone users.
(Android 10.54% iPhone 12.89%)

iPhone query categories and Android query categories are similar.
(Android users issue less sports queries than iPhone users, but issue more Online Communities queries).

Android users query more often than iPhone users per day.
(Android: 6.69 iPhone 5.44 avg queries per week)

Source: Maryam Kamvar: Search Log Analysis

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY            Oracle America v. Google, 3:10-cv-03561-WHA            GOOGLE-01-00136066

# Theme: Monetization (Erick Tseng)





- Android RPM: $22.70
- iPhone RPM: $15.10



- Android CTR: 2.6%
- iPhone CTR: 2.2%

Google Confidential and Proprietary

# Theme: Scale (Jennie Ebbitt & Patrick Brady)



| **GOOGLE EXPERIENCE** | **Unbundled GMS + Android OS** | **Other key Android deals:** |
|---|---|---|
| • T-Mobile: Amendment negotiations underway<br><br>• Singtel/Optus: Completed<br><br>• Vodafone (5 Op Cos): Completed<br><br>• Docomo: DA negotiations underway<br><br>• Verizon: Term sheet negotiations underway<br><br>• CMCC: Working with CMCC OEMs<br><br>• China Unicom: Exploratory | • OEM pipeline<br>  ○ HTC<br>  ○ MOT<br>  ○ Dell<br>  ○ Samsung<br>  ○ SEMC<br>  ○ ASUS<br>  ○ LG<br>  ○ Lenovo<br>  ○ Acer<br>  ○ Quanta<br>  ○ Kyocera<br>  ○ Huawei<br>  ○ Sharp<br>  ○ Toshiba<br>  ○ Panasonic<br>  ○ NEC<br>  ○ Inventec<br>  ○ Foxconn<br>• Android Market for Operators<br>  ○ Sprint<br>  ○ Rogers | • Paypal for Android market<br>• AMDOCS for Carrier Billing<br>• SVOX: text to speech<br>• ASUS: Google device<br>• Android everywhere<br>  ○ Android for TV discussions w/ Ben<br>  ○ Android for netbook discussions w/ Sundar |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136068



# Theme: Scale (cont'd)

Represents current plans. Not all launches confirmed.

| | Q4 2008 | Q1 2009 | Q2 2009 | Q3 2009 | Q4 2009 |
|---|---|---|---|---|---|
| **Dell and others** | | | | 🔵 🔵 | 🔵 🔵 |
| **LGE** | | | | 🔵 | 🔵 |
| **Sony Ericsson** | | | | | 🔵 |
| **Motorola** | | | | 🔵 🔵 | 🟢 |
| **Samsung** | | | 🟢 | 🔵 | 🔵 🔵 |
| **HTC** | 🟢 | 🟢 🟢 🔵 | 🔵 🔵 🟢 | 🔵 🔵 🔵 | 🔵 🔵 |

🔵 : "un-bundled GMS" device      🟢 : "Google experience" device

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136069



# Theme: Scale (cont'd)

Represents current plans. Not all launches confirmed.



**T-Mobile US launch**
Q4 2008

**T-Mobile EU launch**
Q1 2009

**Vodafone launch**
Q2 2009

**CMCC launch**
Q2 2009

**Rogers launch**
Q2 2009

**Verizon launch**
Q3 / Q4 2009

**DoCoMo launch**
Q2 2009

**Sprint launch**
Q3 2009

TIM, Telefonica, Orange
Q1 2009

**Google Experience**

Unbundled w/ GMS

**MTN launch**
Q1 / Q2 2009

**SingTel, Optus**
Q1 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136070

# Theme: Ecosystem (Eric Chu)



- **Marketplace Stats**
  - 2k SDK downloads per day with 13k 7-day active
  - 11k+ Developers with 2,700 apps; 1/3 paid apps
  - 43+ mil downloads with 85% users downloaded min. 1 app

- **What's working**
  - Android Market one of top 3 apps on phone
  - Android is one of top 3 platforms for developers

- **Key Challenges**
  - Paid apps download extremely low; 72k purchases so far
  - Billing cost too high for apps price point below $3.00
  - Difficult to operate, expand, & enhance service with current resource level
  - Short term difficulties in competing with iPhone for developer mindshare

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY            Oracle America v. Google, 3:10-cv-03561-WHA            GOOGLE-01-00136071

# Theme: Ecosystem (cont'd)



- **OHA Status**
  - 47 Members - 9 carriers, 9 device manufacturers, 13 Semiconductor companies, 10 software companies, & 6 commercialization companies
  - With the exception of Nokia, Apple, & RIM, everyone is investing in Android deployments

- **What's working**
  - Market relevance achieved
  - Many companies want Google + Android = Google Experience Devices

- **Key Challenges**
  - Need strong "stewardship" to remain agile while preventing fragmentation
  - Difficult to both move fast and involve partners in evolution of Android

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136072

# Theme: Marketing (Marc Vanlerberghe)



- **Key Insights**
  - When carriers commit serious marketing resources, sales follow. But the reverse is true as well.
  - Carriers want Android + Google experience.
  - Google's ability to generate sales leads is unmatched.

- **What's working**
  - 'with Google' branding as negotiation lever for better data plans.
  - Co-marketing $ creates leverage and buys influence in campaign strategy and execution.
  - Scaling of marketing approval process.

- **Key Challenges**
  - Lack of differentiation between GED and non-GED w/ GMS could lead to consumer confusion and carrier frustration.
  - Increased dependency on partners for direct-to-consumer marketing
  - Small marketing team handling increasing number of launches and partnerships.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Theme: Marketing (North America Launches)

## North America

### 1- T-Mobile G1: US Campaigns

Sustaining buzz and driving continued sales of the G1 in the US

- o Sales: **~1MM phones sold to date**.
- Glowing Reviews ATL campaign
  - o Highlighting selected quotes from popular sources (Time, Vibe, GQ).
  - o Major continued investment from TMO-US, no additional $$ cost to Google.
  - o Mass media activities: TV, Billboards, Print
  - o TV: Feb' 25th - April 12th (plans to expand until July). 11 major US metros. 735MM impressions, 84.5% Reach.
  - o Online and POS will highlight some new Google Apps: Latitude, Search By Voice, My tracks
- MTV Cancun Spring Break co-branding. March 7th-27th
  - o Featured device on 'The Real World' show. (Airing in June)
  - o "G1 Terraza" where spring break students interact with the G1. 200 G1 giveaways for trend-makers.

### 2- Upcoming Launches and Partnerships

- T-Mobile US: Preparing to launch the **HTC Sapphire** in July. Announcement and pre-sales in mid-June.
  - o Google Experience Device.
  - o Hero device for Back to School window: Major marketing push and 'with Google" branding.
- Rogers: Launching both Dream and Sapphire
  - o Launching both Dream and Sapphire in Q2
  - o Non Google Experience Devices
- Early ongagements with Motorola (Verizon device) and Sprint.

## T-Mobile G1: Glowing Reviews Campaign

**T-Mobile G1 commercial "Glowing Reviews"**







## T-Mobile G1: MTV Cancun Spring Break




HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

# Theme: Marketing (EMEA Launches)

### 1- EMEA Launch of the T-Mobile G1

Launched the T-Mobile G1 **in 6 EMEA markets** (30 Oct in UK, 29 Jan in DE-AT-CZ-NL, 23 Feb in PL).

- Sales: **~115k phones sold to date**
- T-Mobile marketing activities: ran ATL and BTL campaigns in all 6 markets. All campaigns are currently live.
- Google marketing activities:
  - Co-marketing funds: Committed **$10M** to support T-Mobile's ATL campaigns ($2M spent for UK in Q4 2008; $4.8M committed in Q1 2009. $3.2M to be spent in Q2 2009)
  - Ran promotions on local Google properties, including Google homepage, Gmail, Maps, and localized mobile google.com pages, and set up house ads. **Homepage impressions totalled over 1 Billion**
  - Supported the development of T-Mobile's advertising campaigns and messaging and trained T-Mobile sales and customer support teams on technical and marketing aspects of Android and Google products

### 2- Upcoming EMEA Launches

- Preparing to launch the **HTC Magic with Vodafone** in 5 largest EMEA markets (UK, ES, IT, FR, DE) in April. No Google co-marketing funds or promotions; 'with Google" branding contingent on data plans per market. Additional launches expected with Vodafone in 15 additional markets
- Preparing to launch the **HTC Dream with TIM, Telefonica, and Orange** (in IT, ES, FR) – and **HTC Magic with TIM in IT** – all in March/April timeframe. No Google co-marketing funds or promotions and no "with Google" branding.

## T-Mobile G1: Illustrative EMEA Campaigns



# Theme: Marketing (JAPAC Launches)

## 1 - AU/SG Launch of HTC Dream with Optus/SingTel

Launched HTC Dream with Optus in AU on Feb. 5 anc with SingTel in Singapore on Feb. 21.

- Sales: ~3k phones sold to date (disappointing)
- Only BTL campaigns, limited marketing investment
- Optus Marketing activities:
    - Press event for 44 journalists/bloggers.
    - Most of the marketing activities focused on online banner ads, microsite, as well as in-retail posters.
- Google Marketing activities:
    - Training and demos at launch event
    - Review and approval of all collateral
    - Launch of mobile.google.xx sites in AU and SG
    - Launch of 'mobile tips' campaign to leverage Android buzz and build local story.

## 2 - Upcoming JAPAC Launches

- Preparing to launch the **HTC Magic with NTT DoCoMo** at the end of May. Negotiating Google contribution of $5M in return for significant marketing commitment from NTT DoCoMo anc/or HTC.

- Not involved yet in any China opportunities (China Mobile, China Unicom), but we should ramp up efforts as soon as there is more clarity on launch schedules.



# Theme: Marketing (Commercials)

[Life's for Sharing](#) (T-Mobile UK)

[Guitar Hero](#) (T-Mobile UK)

[Glowing Reviews](#) (T-Mobile US)

[HTC Magic Intro](#) (Vodafone France-SFR) - First draft

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      *Oracle America v. Google,* 3:10-cv-03561-WHA      GOOGLE-01-00136077



# Key Insights (Andy)

- Overall strategy working
  - Marketshare looks good
  - Operator demand increasing
  - Committed deployments solid
- 1.0 lag
  - Single sourced (HTC) for 1.0
  - Other OEMs building now
  - Estimate a 6-9 month dry spell: Holiday '09 things pick up
- ~1.5 year window of opportunity
  - MSFT dormant, but not out
  - Symbian or LIMO will survive -- too early to tell which one
- Need ability to do direct marketing
  - For all Google experience devices, include a welcome message and direct-to-consumer opt-in option
  - Potentially offer consumers unlocked phones

Google Confidential and Proprietary



# Pain Points

- Scaling the business
  - Can't launch every region
  - Prioritization is key - example: SingTel/Optus was a mistake
- Hiring
  - Filling reqs is slow and unpredictable
  - Need to hire in order to make our OKRs
- Innovation
  - Need to hire/acquire a UI team
  - Need more control over HW design
- Ecosystem health
  - Developers need a unified story
    - Don't fragment
  - GOAL: apps should run accross diverse products
  - Marketplace is a unifying service
- Payment systems
  - Checkout isn't a viable solution
    - Too slow, other priorities, legal issues

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOGLE-01-00136079

# Asks



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136080



# END

Google Confidential and Proprietary.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136081





# BACKUP

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136082



# HTC

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136083



MAGIC

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136084



HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136085






**HERO**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136086






HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136087



HERO

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136088






**HERO**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136089










**HERO-C**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136090



HERO-C

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136091



CLICK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136092










**CLICK**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136093



FIESTA

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136094













FIESTA

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136095



Samsung

Google Confidential and Proprietary.

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136096

Trial Exhibit 5183, Page 46 of 97



# Artemis: Design & CMF

## Stylish Android Touch QWERTY

**Design Concept**

Refined Style

Optimized 4-line QWERTY keys

Differentiated CMF with appealing patterns







Non Slip Silicon textured back cover





Silicon Double Injection



SAMSUNG STRICTLY

Oracle America v. Google, 3:10-cv-03561-WHA

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOGLE-01-00136097

Trial Exhibit 5183, Page 47 of 97

# Caesar: Design & CMF

**SAMSUNG**

## Design Concept

Ergonomic human body

Lighting effect

Unique CMF (UV high-glossy)

Clean and simple lines









Lighting Effect (Green Light) & Ceramic Coating



Combined Metal & Plastics

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136098

# Galaxy A (InfoBowl): Design & CMF

**SAMSUNG**

**GEN Style**
**Emphasizing Google,**
**Ergonomic form**







HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136099



# Galaxy B (Poet): Design & CMF

Organic Style
Easy of Use
Ergonomic form











HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136100

# SAMSUNG

# Bigfoot A (Saturn): Design & CMF

Seamless & Clean look
Smooth rounded design
for comfortable grip
Youthful/ Fashionable





Easy to Use qwerty-keypad



Transparent High Glossy Material



Targeted to the fashionable Web generation with a
large Full-Touch LCD and Trackball navi-key



Tracking Ball Control Navi

SAMSUNG STRICTLY
HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136101

# SAMSUNG

# Vins: Design & CMF

## *Futuristic - Combination of softness and solid feel*















Elegance & Ergonomic shape

*Ergonomic Curves*



Soft Touch Finish

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136102



# Sprint 2009 Android Product

## Instinct-Q
### ( '09.3Q )



## CDMA Android (Sprint)
- **3.2" HVGA AMOLED**
- **EVDO Rev.A, Dual Band(800, 1900)**
- **15.9mm Thickness w/ 1500mAh Battery**

## Operator Features
- **NFL, NASCAR, Sprint TV, Telenav GPS**
- **Active Sync**
- **FOTA (over DM)**



Vivid Color   High Contrast   Outstanding   Better Sunlight
Vivid Color   High Contrast  Luminescence   Readability

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136103

 # T-Mobile / Global 2009 Android Product

## Houdini / Orion
('09.2Q/3Q)





# Stylish with extreme Display
- **115 x 56 x 11.9 mm**
- **Eco-friendly Vivid AMOLED LCD**
- **Tempered Glass**

# Rich Media Innovator
- **Best Browsing Experience**
- **Store a nice bit of Media files in 8GB Memory**
- **Enjoy online service constantly with 1500mAh Battery**
- **Stereo BT Headset**
- **Video recording**



*Vivid Color*    *High Contrast*    *Outstanding*    *Better Sunlight*
*Vivid Color*    *High Contrast* *Luminescence*   *Readability*

SAMSUNG STRICTLY
HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-01-00136104



# Global Android Product

## Spica
( '09.3Q )



# Compact stylish Design

- **3.0" WQVGA TFT LCD**
- **12.9mm Thickness w/ 1500mAh Battery**

# Enhanced UI & Features

- **TouchWiz UI**
- **Touch Player**
- **Rich camera shots & effects**
- **DM FOTA**
- **Standard JAVA support**
- **Active Sync**
- **Support Operator's Customization**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY
Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136105

# Global Android Product

**SAMSUNG**

## Naos
### ( '09.3Q )



# Easy Messaging
- **Full Touch & QWERTY keyboard**
- Instant messenger & Consumer E-mail

# Rich Media Innovator
- Google Mobile Services
- Android Market
- Best Game controlling
- Enjoy online service constantly with
**1500mAh** Battery

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

SAMSUNG STRICTLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136106



# Motorola

Google Confidential and Proprietary.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136107







# Morrison

## Connect and share everywhere – from anywhere.

| | |
|---|---|
| Type | UMTS |
| Battery | 1400 mAh |
| Display | 3.1" HVGA Touch |
| Memory | 1GB internal + up to 32GB microSD |
| Data / Network | HSPA, Wifi, GPS |
| Connectivity | USB, Bluetooth 2.0, 3.5mm audio |
| Camera | 5MP AF |

Motorola
Confidential
March 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136108

# Motus
## New design.
## New experience.

| | |
|---|---|
| Type | UMTS |
| Battery | 1400 mAh |
| Display | 3.1" HVGA Touch |
| Memory | 1GB internal + up to 32GB microSD |
| Data / Network | HSPA, Wifi, GPS |
| Connectivity | USB, Bluetooth 2.0 3.5mm audio |
| Camera | 5MP AF |



Motorola Confidential
March 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136109

# Zeppelin

## Your connections.
## Your character.



| | |
|---|---|
| Type | UMTS |
| Battery | 1400 mAh |
| Display | 3.1" HVGA Touch |
| Memory | 1GB internal + up to 32GB microSD |
| Data / Network | HSPA, Wifi, GPS |
| Connectivity | USB, Bluetooth 2.0 3.5mm audio |
| Camera | 5MP AF |

Motorola
Confidential
March 2009

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136110

# Sholes CDMA

## Ultimate Hero Device:
## The Best QWERTY, In Best-in-Class Tablet Size

**Unrivalled Innovation Powered** by the 500Mhz OMAP3 processor, WVGA display and 3D graphics acceleration.

**Google Mobile Services and Experiences** delivered through Android Éclair enhancements and optimized applications.

**World's Best Mobile Internet Experience** enabled by Google's browser, Flash Lite, search and maps all on a huge high fidelity display.

**Best in Class Messaging** with an easy to use slide out QWERTY, MS exchange support and full SMS/MMS.

**Rich Application and Content Expandability** through OTA, PC Sync and the Android Marketplace.



## SPECIFICATIONS

- **QWERTY Touch Slider**
- **3.7" 16:9 WVGA Display, 480x854**
- **CDMA 800/1900; CDMA 1X / EV-DO Rev A**
- **5MP AF camera with dual-LED flash**
- **8GB Memory**
- **16GB and 32GB available**
- **Wifi 802.11 b/g**
- **aGPS & E-compass**
- **3 axis Accelerometer and Proximity Sensor**
- **USB 2.0 HS, Bluetooth 2.0 EDR**
- **3.5mm Headset**

**ANDROID**

Motorola Confidential Restricted

# Sholes CDMA CMF and Cobranding





Motorola Confidential Restricted

**android** | **M**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136112



# Sony Ericsson

Google Confidential and Proprietary



Sensuous Black

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136114



Sony Ericsson

Rachael Sensuous Black

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136115



Luster White

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136116





Rachael Luster White

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136117

# Rachael basic specification

Tablet form factor
WVGA 4.0inch Display
Dimensions 119H x 63W x 12D (Max 13D)
Qualcomm Snapdragon 8250 1GHz clock
Capacitive full touch panel
8.1M AF camera
8GB microSD bundled(TBD)
384MB RAM/1GB ROM
Battery 1500mAh
3.5mm HP jack
SEPort: micro USB
RF variant: Triband UMTS+EDGE quad
A-GPS
BT 2.0
Wi-Fi 11b/g
Accelometer 6 axis
RTL color:TBD
MediaGo compatible as PC client



480  Rachael WVGA4.0"   320  G1 HVGA 3.2"
854                          480

MSM7200
(Most Android)   528MHz

QSD8250
(Rachael)   1GHz

7

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136118



# Dell

Google Confidential and Proprietary.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136119

# Streak Positioning
## Your Dell PC to-go



## Web in-the-pocket
### Immersive PC-like browsing/surfing
- 5" (800 x 480) screen for full page view
- Motion sensors & multi-touch gestures for simple easy manipulation of pages
- Performance & capability to consume the full web (Entertainment)

## Immersive Entertainment
### Movies, TV shows, web streaming to-go
- Beautiful large 5" with HD content playback
- Simple access to all your content

## World's Smallest Big-Screen
### World's thinnest 5" mobile Internet device
- At <10mm and only 116cc, it easily fits in your pocket or purse so its always with you

## Taking my Dell on the-go
### Synch/sharing of all my content on my PC
- Stream, download, access all of my photos, videos, music, and files from my home PC
- Seamless sync my email, contacts, calendar
- Easily upload directly to my PC



**YOURS IS HERE**

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136120

# Smartphone Roadmap

## Roll-out strategy:

- China Touch Q2 CY09
- EMEA Touch Q3 CY09
- US Touch & Touch Qwerty Q4 CY09



**Flare** *(Gen Y, social networking, you "gotta have" device for me and my friends)*
3.5" WVGA, 3MP Camera, Touch & Qwerty, Android OS, TRI-BAND UMTS/EDGE/WiFi/GPS/BT

Q4 CY09



**Spark** *(Uncompromised multi-tasking for the business professional)*
3.5" WVGA, 3MP Camera, Touch & Qwerty, Android OS, TRI-BAND UMTS/EDGE/WiFi/GPS/BT

Q4 CY09



**Blaze** *(Discerning individuals looking for the best balance of style and capabilities)*
3.5" WVGA, 3MP Camera, Touch only, Android OS, TRI-BAND UMTS/EDGE/WiFi/GPS/BT

Q2 CY09

**Beacon TD (CMCC)**
Blaze Specs + TD-SCDMA + 5MP Camera

Q1 CY10



**Benzina** *(Trendsetting professional, style and image conscious, willing to pay for the very latest, wants the world to see, I have "it")*
3.5" WVGA, 3MP Camera, Touch only, Android OS, EDGE/WiFi/GPS/BT

Q2 CY09

**Benzina 3G Refresh (AT&T)**
Benzina Specs + Dual Band UMTS + 5MP Camera

Q4 CY09

| Q1FY10 | | | Q2 FY10 | | | Q3 FY10 | | | Q4 FY10 | | | Q1 FY11 | | | Q2 FY11 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |

**DELL**

Dell Confidential

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136121

Trial Exhibit 5183, Page 71 of 97



introducing **Benzina**

technology elegance

premium finish & highly refined geometr

expressive & emotional character

uncompromised performance



Dell Confidential

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136122



leather
texture

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

YOURS IS HERE

GOOGLE-01-00136123



BLAZE

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136124

# BLAZE

   

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**DELL**

**YOURS IS HERE**

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136125

# from first look, **SPARK** exudes performance

large full touch display

purposeful controls throughout the device



Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**YOURS IS HERE**

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136126





SPARK









# hi. I am **FLARE**

for the social networker

expressive & energetic

come join my tribe

UI optimized for touch

best, largest screen in class





Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

**DELL**

**YOURS IS HERE**

GOOGLE-01-00136128

Trial Exhibit 5183, Page 78 of 97





**FLARE**







Dell Confidential

**YOURS IS HERE**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136129

TWIST



Desirable

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136130





Inspired

YOURS IS HERE

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136131

**TWIST**







BEACON

**DELL**

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

YOURS IS HERE

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136132

# STREAK: Pushing ID Limits



NCVM for premium finishes, Picasso for personalization

5 megapixel camera with autofocus and flash

5" diagonal capacitive touch display with WVGA 800x480 resolution

Front VGA camera for video chat

Capacitive touch front buttons

30-pin system connector



YOURS IS HERE

Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136133

# STREAK: Accessories

An ecosystem of accessories styled to
match the handset and support the



Home dock w/ AV
output

PSU travel charger
w/ removable plugs

3.5mm headset w/
mic

USB sync/charge
cable

Not shown: auto/air charger, auto cradle
etc.

Dell Confidential



Slide

YOURS IS HERE

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136134



Dell Confidential

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**DELL**

**YOURS IS HERE**

Oracle America v. Google, 3:10-cv-03561-WHA                GOOGLE-01-00136135



# Partner Update (Jennie - text version)

- **Google Experience opportunities**
  - ○ T-Mobile negotiating amendment underway
  - ○ Singtel-Optus Agreement completed and device launched
  - ○ Vodafone Master Agreement completed
    - ■ Five Contract of Adherences executed with France, UK, Italy, Spain & Germany
  - ○ Docomo definitive agreement negotiations undeway
  - ○ Verizon term sheet negotiations underway
  - ○ CMCC & China Unicom
- **Unbundled GMS + Android Open Source pipeline:**
  - ○ OEMs: HTC, Moto, Dell, SEMC, Samsung, ASUS, LG, Lenovo, Acer, Quanta, Kyocera, Huawei, Sharp, toshiba, Panasonic, NEC, Inventec, Foxconn
  - ○ Android Market only for Operators:  Sprint, Roger, Bell
- **Other key Android deals**
  - ○ SVOX - text to speech
  - ○ Paypal - Android market
  - ○ AMDOCS - Carrier billing support
  - ○ ASUS
  - ○ Android for TV discussions w/ Ben
  - ○ Android for netbook discussions w/ Sundar

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136136

# Theme: Disruption



- Mobile Platform
  - Changed mobile platform landscape - Nokia, Microsoft, Limo adjusted their strategy

- Semiconductor companies
  - Android is now the Linux platform for chip vendors- Qualcomm, TI, Marvell, etc.
  - Example: QCOMM has 40 Android-based design wins

- OEM
  - Leveraging Android and Google to minimize carrier wall garden and requirements
  - Replaced Symbian and Windows Mobile in many smartphone devices

- Carriers
  - Willing to "experiment" with no carrier-control open service & device model - T-Mobile, Vodafone, NTT DoCoMo, etc.
  - Using Android to lessen Nokia and Apple influence

- Developers
  - Android is ahead of Java, S60, & WinMo as premier mobile platform to target
  - Developers want Android Market to be the one and only content "store" for Android

- Users
  - Android users access the internet & connected services more

# Developers





Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136138

# Free apps





Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136139

# Paid apps





Google Confidential and Proprietary

# Android ecosystem state



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136141

# Three Sub-Efforts Work in Concert









## Android Open Source Platform

## Unbundled Google Apps

## Google Experience Devices

- Organic Adoption
- Includes HTML browser
- The real revenue opportunity

- Depends on Android Platform
- Normal SPD sales path
- Unblocks OEMs from distributing Google apps
- Apps auto-update themselves

- Two devices per year
- Tightly integrated "with Google" (branded?)
- Managed device: OTAs, setting storage, mandatory GAIA, etc.
- Deep carrier partnerships
- Only will consider volume > 1M

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136142

# Google Experience Deployments



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136143

# Deployment Summary

Today
- time lag: 1 OEM and 9 operators launched

By year end...
- 9+ major OEMs with handsets in market
- 15+ unique device models in market
- 20+ operators launched

Challenges
- Beachheads: each OEM's / operator's first device
- Dependencies between partner, platform launches (schedules)
- Filling reqs and bringing people on in fast lane

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00136144

# Product Slides

## Backup Material

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-01-00136145

# Top 1.0 Customer Complaints



Bottom 12 Features



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136146

# Dialing touch tones during a call...





Before

After

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00136147