# TRIAL EXHIBIT 6446



# State of the (Mobile) Developer

go/stateofthedeveloper2015

brought to you by Developer Intelligence
go/dev-intel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 6446**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

Confidential and proprietary

Google Developers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            GOOG-00105585



# Most feature phone users expected to become Android phone users

2015 Canalys estimates
Feature phones (bada, Brew MP, Firefox, Garnet OS, Linux, LiMo, MeeGo, MOAP, S60, Symbian, Tizen, UIQ, webOS, Others)

Confidential and proprietary

Others: bada, Brew MP, Firefox, Garnet OS, Linux, LiMo, MeeGo, MOAP, S60, Symbian, Tizen, UIQ, webOS, Others

Google Developers