# TRIAL EXHIBIT 9214

| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (pro hac vice) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (pro hac vice) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (pro hac vice) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
| | DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com |
| | RUCHIKA AGRAWAL (SBN 246058) |
| 18 | ruchika.agrawal@oracle.com |
| | 500 Oracle Parkway, |
| 19 | Redwood City, CA 94065 |
| | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | Attorneys for Plaintiff |
| | ORACLE AMERICA, INC. |

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 9214
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
       DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 24 | ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| 25 | Plaintiff, | **ORACLE AMERICA INC.'S DEPOSITION DESIGNATIONS OF ANWAR GHULOUM PLAYED BY VIDEO DURING TRIAL** |
| 26 | v. | |
| | GOOGLE INC., | |
| 27 | Defendant. | Trial: May 9, 2016, 8:00 a.m. |
| 28 | | Dept: Courtroom 8, 19th Floor |
| | | Judge:    Hon. William H. Alsup |

ORACLE'S DEPOSITION DESIGNATIONS
OF ANWAR GHULOUM
CV 10-03561 WHA

1  Plaintiff Oracle America, Inc. submits the following deposition designations of
2  Anwar Ghuloum played by video on May 17, 2016.
3
4
5
6  Dated: May 17, 2016

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: /s/ *Andrew Silverman*
 Andrew Silverman

Counsel for ORACLE AMERICA, INC.

ORACLE'S DEPOSITION DESIGNATIONS
OF ANWAR GHULOUM
CV 10-03561 WHA

**Case Clip(s) Detailed Report**
Sunday, May 15, 2016, 2:54:15 PM

## ORACLE V GOOGLE II

 **Ghuloum 30(b)(6), Anwar (Vol. 01) - 12/09/2015**                           1 CLIP  (RUNNING 00:03:05.333)

Anwar Ghuloum - Combined Designations

AG03                14 SEGMENTS  (RUNNING 00:03:05.333)                          

**1. PAGE 7:11 TO 7:12  (RUNNING 00:00:04.448)**

```
    11     Q     All right.  Good morning, Mr. Ghuloum.  My
    12  name is Gabe Ramsey.
```

**2. PAGE 8:03 TO 8:07  (RUNNING 00:00:10.853)**

```
    03            So you understand that you've been
    04  designated today to testify on behalf of Google on a
    05  topic in a deposition notice that Oracle sent to
    06  Google?
    07     A     Yes.
```

**3. PAGE 16:17 TO 16:19  (RUNNING 00:00:06.007)**

```
    17     Q     Is it Google's view that the core -- the
    18  APIs in the core libraries are known to Java
    19  programmers?
```

**4. PAGE 16:21 TO 16:21  (RUNNING 00:00:01.551)**

```
    21            THE WITNESS:  Yes.
```

**5. PAGE 90:06 TO 90:17  (RUNNING 00:00:32.853)**

```
    06     Q     Do you agree that in 2007 when Android was
```

📄 **-KE6093-008 - Clear Attached Exhibit 6093-008**                                

```
    07  first released, there wasn't a community of
    08  developers that knew about Android initially,
    09  correct?
    10     A     No, there wasn't.
    11     Q     And so Google had to attract developers to
    12  the Android platform through some means in order to
    13  get them to write programs for it?
    14     A     Yeah.  Yeah, that's true.
    15     Q     And one of the ways that Google attracted
    16  programmers was using the Java platform, including
    17  APIs, that developers knew about?
```

**6. PAGE 90:19 TO 91:06  (RUNNING 00:00:40.853)**

```
    19            THE WITNESS:  Yeah.  I mean, certainly as
    20  a part of the whole, the -- the language that you're
    21  using is a -- is a consideration for a developer.
    22  BY MR. RAMSEY:
    23     Q     Do you think that developers in 2007,
    24  application developers, by that point, there was a
    25  pretty large community of application developers
 00091:01  that knew about the Java APIs?
    02     A     Yeah, but I don't know what the exact
    03  numbers are.  There actually are resources for
    04  tracking this, but, yeah, it was one of the -- one
    05  of the better known languages along with, you know,
    06  C, C++ and so on.
```

**7. PAGE 183:05 TO 183:07  (RUNNING 00:00:10.193)**

```
    05     Q     Do you agree with me that the Java classes
    06  and methods that are reproduced in Android serve the
```

```
            07  same purpose in Android that they serve in Java?
```

**8. PAGE 183:10 TO 183:11 (RUNNING 00:00:03.376)**

```
            10          THE WITNESS:  Yeah, I believe they -- they
            11  serve the same purpose.
```

**9. PAGE 183:20 TO 183:24 (RUNNING 00:00:14.563)**

```
            20  BY MR. RAMSEY:
            21      Q   Well, so, for example, if there's a class
            22  NumericShaper with -- that includes methods in
            23  Android, those same methods and class are contained
            24  in Java for the same purpose?
```

**10. PAGE 184:03 TO 184:13 (RUNNING 00:00:23.991)**

```
            03          THE WITNESS:  The methods here, we strive
            04  to make sure that the methods provide the same
            05  functionality that are provided in -- in OpenJDK or
            06  other implementations of Java.
            07  BY MR. RAMSEY:
            08      Q   All right.
            09          So the method declarations within the
            10  various Java classes contained in Android, those
            11  declarations serve the same purpose as the
            12  corresponding declarations over in the Java
            13  platform?
```

**11. PAGE 184:15 TO 184:23 (RUNNING 00:00:24.087)**

```
            15          THE WITNESS:  In terms of functionality,
            16  they provide the same functionality.  That's the
            17  intent of our work.
            18  BY MR. RAMSEY:
            19      Q   Do you believe that the text of a method
            20  declaration in one of these Java classes in Android
            21  is likely to be understood by the -- to be
            22  achieved -- by developers as achieving the same
            23  purpose as the corresponding declaration in Java?
```

**12. PAGE 184:25 TO 184:25 (RUNNING 00:00:01.638)**

```
            25          THE WITNESS:  Yeah, I believe so.
```

**13. PAGE 199:24 TO 199:25 (RUNNING 00:00:04.842)**

```
            24      Q   Do you agree that you are a senior
            25  executive in the Android organization?
```

**14. PAGE 200:02 TO 200:04 (RUNNING 00:00:06.078)**

```
            02          THE WITNESS:  I don't refer to myself as
            03  an executive, but yes, I think that would be
            04  considered the case.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:05.333) |
|---|