# TRIAL EXHIBIT 9226

| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com<br>GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com<br>405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759<br>PETER A. BICKS (pro hac vice) |
| 6 | pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice) |
| 7 | lsimpson@orrick.com<br>51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (pro hac vice) |
| 10 | dboies@bsfllp.com<br>333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300<br>STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com<br>1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION<br>DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com<br>DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com<br>MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com<br>RUCHIKA AGRAWAL (SBN 246058) |
| 18 | ruchika.agrawal@oracle.com<br>500 Oracle Parkway, |
| 19 | Redwood City, CA 94065<br>Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |

> TRIAL EXHIBIT  9226
> UNITED STATES DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> CASE NO. 10-03561 WHA
> DATE ENTERED _____
> BY _____
> DEPUTY CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE AMERICA INC.'S DEPOSITION DESIGNATIONS OF BOB LEE PLAYED BY VIDEO DURING TRIAL**<br><br>Trial: May 9, 2016, 8:00 a.m.<br>Dept: Courtroom 8, 19th Floor<br>Judge:    Hon. William H. Alsup |

ORACLE'S DEPOSITION DESIGNATIONS
OF BOB LEE
CV 10-03561 WHA

1 Plaintiff Oracle America, Inc. submits the following deposition designations of Bob Lee
2 played by video on May 18, 2016.

5 Dated: May 19, 2016

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: /s/ *Andrew Silverman*
     Andrew Silverman

Counsel for ORACLE AMERICA, INC.

ORACLE'S DEPOSITION DESIGNATIONS
OF BOB LEE
CV 10-03561 WHA

Case Clip(s) Detailed Report
Saturday, May 14, 2016, 10:42:47 PM

## ORACLE V GOOGLE II

📁 **Lee, Bob (Vol. 01) - 08/03/2011**                                             1 CLIP  (RUNNING 00:02:08.196)

  Bob Lee - Combined Designations

**BL04**              7 SEGMENTS  (RUNNING 00:02:08.196)                          

**1. PAGE 5:17 TO 5:25  (RUNNING 00:00:26.284)**

```
         17           Q.  Well.  Would you state your full name and
         18   current address for the record, please.
         19           A.  It's Robert Lee, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
         20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
         21           Q.  And what's your current employment?
         22           A.  I'm the CTO of Square.
         23           Q.  Did you work for Google?
         24           A.  I did.  Up until the end of 2010, I was the
         25   core library lead for Android.
```

**2. PAGE 14:03 TO 14:04  (RUNNING 00:00:03.002)**

```
         03           Q.  Would you say that designing APIs is a
         04   creative activity?
```

**3. PAGE 14:06 TO 14:06  (RUNNING 00:00:02.020)**

```
         06               THE WITNESS:  Yes, absolutely.
```

**4. PAGE 64:08 TO 64:13  (RUNNING 00:00:28.036)**

```
         08           Q.  BY MR. PETERS:  How did -- how did -- how did
         09   you know that the Android code correctly implemented the
         10   Java APIs?
         11           A.  There were a number of ways.  We read the
         12   specification, and like it describes, the span of the
         13   implementations.  And wrote tests for that specification.
```

**5. PAGE 65:15 TO 66:09  (RUNNING 00:00:54.534)**

```
         15           Q.  BY MR. PETERS:  I guess what I'm really
         16   getting at is, you know, you -- you know, Google was
         17   developing an implementation of a Java API.
         18           A.  Uh-huh.
         19           Q.  And in order to know whether it behaves
         20   correctly, it would have to know what the behavior is
         21   supposed to be; isn't that right?
         22           A.  Yes.
         23           Q.  And the description of the behavior is in the
         24   API specification.
         25           A.  Right.  The Java docs, yes.  Uh-huh.
      00066:01           Q.  Did you consult the Java docs when doing your
         02   work on the API implementations for Android?
         03           A.  Yes.
         04           Q.  Okay.  And where did you obtain those Java
         05   docs?
         06           A.  They're posted for free on Sun's website.
         07           Q.  Okay.  So you consulted Sun's website for the
         08   API specifications when doing the work for Google?
         09           A.  Yes.
```

**6. PAGE 66:17 TO 66:19  (RUNNING 00:00:05.847)**

```
         17           Q.  BY MR. PETERS:  Did you observe any copyright
         18   notices on the specifications?
         19           A.  Yes.
```

**Case Clip(s) Detailed Report**
**Saturday, May 14, 2016, 10:42:47 PM**

## ORACLE V GOOGLE II

**7. PAGE 66:20 TO 66:22  (RUNNING 00:00:08.473)**

```
20          Q.  And what did the copyright notices on Sun's
21   API specifications say?
22          A.  I didn't -- I don't recall.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:08.196)

CONFIDENTIAL