ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **DECLARATION OF MICHELLE O'MEARA IN SUPPORT OF ORACLE'S OBJECTIONS TO GOOGLE'S BILL OF COSTS** |
| v. | |
| GOOGLE INC. | Dept.: Courtroom 8, 19th Floor |
| Defendant. | Judge: Honorable William Alsup |

I, Michelle O'Meara, declare and state as follows:

1.      I am a member of the bar of the State of California and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2.      I submit this declaration in support of Oracle's Objections to Google's Bill of Costs.

3.      Attached as Exhibit A is a true and correct copy of Google Inc.'s Bill of Costs and the public versions of the related exhibits, including the Declaration of Kristin Zmrhal in Support of Google's Bill of Costs, filed on July 5, 2012, as ECF No. 1216.

4.      Attached as Exhibit B is a true and correct copy of this Court's Order Regarding Bill of Costs, filed on September 4, 2012, as ECF No. 1241.

5.      Attached as Exhibit C is a true and correct copy of this Court's Final Judgment, entered on June 20, 2012, as ECF No. 1211.

6.      Attached as Exhibit D is a true and correct copy of the under seal version of Exhibit B to Google Inc.'s Bill of Costs, filed on July 13, 2012, as ECF No. 1220.

7.      Attached as Exhibit E is a true and correct copy of the under seal version of Exhibit C to Google Inc.'s Bill of Costs, filed on July 13, 2012, as ECF No. 1220.

8.      Attached as Exhibit F is a true and correct copy of Oracle's Objections to Google's Bill of Costs, filed on July 23, 2012, as ECF No. 1225.

9.      Attached as Exhibit G is a true and correct copy of the Special Verdict Form, filed on May 26, 2016, as ECF No. 1982.

10.     Attached as Exhibit H is a true and correct copy of this Court's Final Judgment, filed on June 8, 2016, as ECF No. 1989.

11.     Attached as Exhibit I is a true and correct copy of the Stipulation and Order to Stay Execution of Costs Award Pending Appeal, filed on October 15, 2012, as ECF No. 1253.

I declare under penalty of perjury under the laws of the United States that the foregoing is

DECL. OF MICHELLE O'MEARA ISO ORACLE'S
OBJECTIONS TO GOOGLE'S BILL OF COSTS
CV 10-03561 WHA

1    true and correct.

2         Executed this 6th day of July, 2016, at Los Angeles, California.

3                                          Michelle O'Meara

4                                          Michelle O'Meara

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MICHELLE O'MEARA ISO ORACLE'S
OBJECTIONS TO GOOGLE'S BILL OF COSTS
CV 10-03561 WHA