# EXHIBIT E
# Filed Under Seal Pursuant to Prior Court Order
# [ECF No. 1218]