# EXHIBIT I

1 [counsel listed on signature page]

2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
9 NORTHERN DISTRICT OF CALIFORNIA
10 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA (DMR) |
| 12 Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 13 v. | **ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL** |
| 14 GOOGLE INC. | |
| 15 Defendant. | Dept.: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL
CASE NO. CV 10-03561 WHA (DMR)
sf-3202204

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on September 4, 2012, the Court awarded costs to Google in the amount of |
| 3 | $1,130,320 ("Costs Award") (ECF 1241 at 5); |
| 4 | WHEREAS, on October 3, 2012, Oracle filed a Notice of Appeal from the Final Judgment |
| 5 | entered by the Court on June 20, 2012 (ECF 1211); |
| 6 | WHEREAS, Oracle desires to stay execution of the Costs Award pending appeal, |
| 7 | pursuant to Fed. R. Civ. P. 62(d), and seeks a waiver of the requirement that it post a supersedeas |
| 8 | bond; and |
| 9 | WHEREAS, Google is agreeable to staying execution of the Costs Award pending appeal |
| 10 | and agrees to waive the requirement that Oracle post a supersedeas bond, provided that Oracle |
| 11 | pay the Costs Award with post-judgment interest, provided the Costs Award has not been |
| 12 | overturned, at the exhaustion of all appellate proceedings; |
| 13 | NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE as follows: |
| 14 | 1. Pursuant to Fed. R. Civ. P. 62(d), execution of the costs awarded by this Court on |
| 15 | September 4, 2012, shall be stayed pending appeal from the Final Judgment of June 20, 2012. By |
| 16 | agreement of the parties, Oracle is not required to post a supersedeas bond. |
| 17 | 2. Provided the Costs Award has not been overturned, at the exhaustion of all |
| 18 | appellate proceedings Oracle shall pay that award with post-judgment interest. |

STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL
CASE NO. CV 10-03561 WHA (DMR)

sf-3202204

1

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: October 15, 2012.

_____
Honorable William Alsup
Judge of the United States District Court

STIPULATION AND [~~PROPOSED~~] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL
CASE NO. CV 10-03561 WHA (DMR)

sf-3202204

2

| | | |
|---|---|---|
| 1 | Dated: October 15, 2012 | MORRISON & FOERSTER LLP |

By:  /s/ Michael A. Jacobs

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (Admitted *Pro Hac Vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
STEVEN C. HOLTZMAN (Bar No. 144177)
sholtzman@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ORACLE CORPORATION
DORIAN DALEY (Bar No. 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (Bar No. 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL
CASE NO. CV 10-03561 WHA (DMR)

3

sf-3202204

| | | |
|---|---|---|
| 1 | Dated: October 15, 2012 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | By: __/s/ Robert A. Van Nest__ |
| 4 | | ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com |
| 5 | | CHRISTA M. ANDERSON (SBN184325)<br>canderson@kvn.com |
| 6 | | DANIEL PURCELL (SBN 191424)<br>dpurcell@kvn.com |
| 7 | | 710 Sansome Street<br>San Francisco, CA 94111-1704 |
| 8 | | Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |
| 9 | | SCOTT T. WEINGAERTNER (*Pro Hac Vice*)<br>sweingaertner@kslaw.com |
| 10 | | ROBERT F. PERRY<br>rperry@kslaw.com |
| 11 | | BRUCE W. BABER (*Pro Hac Vice*)<br>bbaber@kslaw.com |
| 12 | | 1185 Avenue of the Americas<br>New York, NY 10036-4003 |
| 13 | | Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222 |
| 14 | | |
| 15 | | DONALD F. ZIMMER, JR. (SBN 112279)<br>fzimmer@kslaw.com |
| 16 | | CHERYL A. SABNIS (SBN 224323)<br>csabnis@kslaw.com |
| 17 | | KING & SPALDING LLP<br>101 Second Street - Suite 2300 |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 318-1200 |
| 19 | | Facsimile: (415) 318-1300 |
| 20 | | GREENBERG TRAURIG, LLP<br>IAN C. BALLON (SBN 141819) |
| 21 | | ballon@gtlaw.com<br>HEATHER MEEKER (SBN 172148) |
| 22 | | meekerh@gtlaw.com<br>1900 University Avenue |
| 23 | | East Palo Alto, CA 94303<br>Telephone: (650) 328-8500 |
| 24 | | Facsimile: (650) 328-8508 |
| 25 | | *Attorneys for Defendant*<br>GOOGLE INC. |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL
CASE NO. CV 10-03561 WHA (DMR)

4

sf-3202204

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL. In compliance with General Order 45, X.B., I hereby attest that Robert A. Van Nest has concurred in this filing.

Date:   October 15, 2012                    */s/ Michael A. Jacobs*