ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF ANDREW D. SILVERMAN IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: ORACLE'S RULE 59 NEW TRIAL MOTION** |

1    I, Andrew D. Silverman, declare and state as follows:

2    1.    I am a member of the bar of the New York State Bar, admitted to practice before this Court, and am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for Plaintiff Oracle America, Inc. ("Oracle").  I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

3    2.    I submit this declaration in support of Oracle's Administrative Motion to File Under Seal.  Google Inc. ("Google") has designated the following materials discussed in Oracle's Motion as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order:

- Oracle's Rule 59 Motion for A New Trial at page 3:20-26; 4:26-27; 5:17-28; 6:1-6; 6:11-13; 6:19-20; 6:21-26; 7:1-8; 10:19-20; 10:28-11:1; 11:25-27
- Matthew Bush Decl., Ex. G
- Matthew Bush Decl., Ex. L at page 9:22-25; 25:1-26
- Matthew Bush Decl., Ex. M
- Matthew Bush Decl., Ex. N
- Matthew Bush Decl., Ex. O
- Matthew Bush Decl., Ex. P
- Matthew Bush Decl., Ex. S
- Matthew Bush Decl., Ex. V
- Matthew Bush Decl., Ex. Y
- Matthew Bush Decl., Ex. AA
- Matthew Bush Decl., Ex. BB
- Matthew Bush Decl., Ex. FF
- Matthew Bush Decl., Ex. KK
- Matthew Bush Decl., Ex. PP
- Matthew Bush Decl., TX 2449
- Matthew Bush Decl., TX 4104

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct.
3  Executed this 6th day of July, 2016, at New York, New York.

*/s/ Andrew D. Silverman*

Andrew D. Silverman