ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br>    v.<br>GOOGLE INC.<br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: ORACLE'S OPPOSITION TO GOOGLE'S MOTION IN LIMINE # 2**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

1  Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal.
2  Having considered the Administrative Motion to File Under Seal, the declarations in support
3  thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File
4  Under Seal is **GRANTED**.
5      **IT IS HEREBY ORDERED** that the following materials should be sealed and that
6  counsel for Oracle America, Inc. may file the following portions under seal:

| Document | Text to be sealed |
|---|---|
| Oracle's Rule 59 Motion for A New Trial | Text found at page 3:20-26; 4:26-27; 5:17-28; 6:1-6; 6:11-13; 6:19-20; 6:21-26; 7:1-8; 10:19-20; 10:28-11:1; 11:25-27 |
| Matthew Bush Decl., Ex. G | Entire document |
| Matthew Bush Decl., Ex. L | Text at page 9:22-25; 25:1-26 |
| Matthew Bush Decl., Ex. M | Entire document |
| Matthew Bush Decl., Ex. N | Entire document |
| Matthew Bush Decl., Ex. O | Entire document |
| Matthew Bush Decl., Ex. P | Entire document |
| Matthew Bush Decl., Ex. S | Entire document |
| Matthew Bush Decl., Ex. V | Entire document |
| Matthew Bush Decl., Ex. Y | Entire document |
| Matthew Bush Decl., Ex. AA | Entire document |
| Matthew Bush Decl., Ex. BB | Entire document |
| Matthew Bush Decl., Ex. FF | Entire document |
| Matthew Bush Decl., Ex. KK | Entire document |
| Matthew Bush Decl., Ex. PP | Entire document |
| Matthew Bush Decl., TX 2449 | Entire document |
| Matthew Bush Decl., TX 4104 | Entire document |

| Document | Text to be sealed |
|---|---|
| Oracle's Rule 59 Motion for A New Trial | Text reflecting third party names on pages 11, 12, 13, and 25 |
| Matthew Bush Decl., Ex. W | Text revealing the identity of third parties on pages 87, 88, 98,102, and 103. |
| Matthew Bush Decl., Ex. X | Text revealing the identity of third parties on pages 45, 46, 47, 48, 49, 54, 55, 56, 57, and 107 |
| Matthew Bush Decl., Ex. Z | Text revealing the identity of third parties on page 214 |
| Matthew Bush Decl., Ex. CC | Text revealing the identity of third parties on pages 147, 148, 156, and 242 |
| Matthew Bush Decl., Ex. CC | Text revealing the identity of third parties on pages 147, 148, 156, and 242 |
| Matthew Bush Decl., Ex. DD | Text revealing the identity of third parties on page 292 |
| Matthew Bush Decl., Ex. MM | Text revealing the identity of third parties on pages 41, 42, 70, 71, 72, 73, 74, 75, 77, 80, 83, 84, 85, 91, 93, 94, 95, and 96 |
| Matthew Bush Decl., Ex. NN | Text revealing the identity of third parties on pages 173, 174, and 175 |
| Matthew Bush Decl., Ex. QQ | Text revealing the identity of third parties on pages 81, 82, 83, 84, 102, 103, 108, 109. 110, 111, 127, 128, and 129 |
| Mathew Bush Decl., Ex LL | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5059 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5060 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5063 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5064 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5627 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5628 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5632 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5634 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5635 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5637 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5642 | Text reflecting third party business discussions |

| | |
|---|---|
| Mathew Bush Decl., TX 5840 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5844 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5850 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5886 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5887 | Entire document |
| Mathew Bush Decl., TX 5893 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5894 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5961 | Entire document |
| Mathew Bush Decl., TX 6431 | Entire document |
| Mathew Bush Decl., TX 6470 | Entire document |
| Mathew Bush Decl., TX 6905 | Entire document |
| Mathew Bush Decl., 9179 | Text reflecting third party business discussions |

**IT IS SO ORDERED.**

Dated: _____

                                            Honorable William Alsup
                                     United States District Court Judge