ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**DECL. OF NATHAN SHAFFER IN SUPPORT OF ORACLE'S RULE 59 MOTION FOR A NEW TRIAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

1       I, Nathan Shaffer, declare and state as follows:

2       1.      I am a member of the bar of the State of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of Oracle's Rule 59 Motion For A New Trial.

3       2.      On June 17, 2016, I received an automated news alert that contained a link to an Engadget articled titled "Android apps are now available on Chrome OS," dated the same day. The Engadget article I reviewed is attached to the Bush Declaration filed in support of Oracle's Rule 59 Motion For A New Trial as Exhibit D. The article also linked to a Google I/O 2016 presentation that took place on May 19, 2016 announcing the availability of the Google Android Play Store on the Chrome Operating System ("Chrome OS"), which is attached to the Bush Declaration as Exhibit F. Exhibit F provided further details about Google's new product, which I understand to be a full implementation of Android Marshmallow, including its APIs, running within Chrome OS, an operating system designed to power laptop and desktop personal computers.

4       3.      Through further research, I found several additional articles related to Google's new Android Marshmallow/Chrome OS product and a Google presentation from Google I/O 2016 that provided further technical details related to Marshmallow/Chrome OS. *See* Bush Decl. Exs. A-F, H-J, V. I also found Exhibit I, an Ars Technica article dated April 24, 2016, which states that Google had planned to release the Google Play Store on Chrome OS at least as early as April 24, 2016, when it released code related to Chrome OS without any announcement.

5       4.      Before, during, and after trial in this matter, I regularly reviewed public articles and information related to Google's Android and related products. I had also watched the Google I/O 2016 Keynote, Exhibit EE, but I had not seen any information related to Marshmallow/Chrome OS prior to June 17, 2016. I shared the information I found with the attorneys at Orrick and the attorneys at Oracle, and I believe I was the first member of Oracle's

- 2 -    SHAFFER DECL. ISO ORACLE'S RULE 59 MOTION FOR A NEW TRIAL

legal team to learn about Google's Marshmallow/Chrome OS product.

5. I personally reviewed Google's discovery responses in this litigation as well as the deposition transcripts of Google employees taken in this matter, and I was unable to find any information related to Google's Marshmallow/Chrome OS product.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Executed this 6th day of July, 2016, at San Francisco, CA.

*/s/ Matthew Shaffer*

SHAFFER DECL. ISO ORACLE'S RULE 59 MOTION FOR A NEW TRIAL