ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>   Plaintiff,<br>   v.<br><br>GOOGLE INC.<br><br>   Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF NEAL CIVJAN**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |
|---|---|

I, Neal Civjan, declare and state as follows:

1. This declaration is made pursuant to Fed. R. Evid. 803(6) and 902(11) for the purpose of authenticating and certifying as a business record a document developed by or located in the archives of Oracle America, Inc. ("Oracle"). I have personal knowledge of the facts set forth herein, and if I had been allowed to testify about the documents marked by Oracle as Trial Exhibits 6431 and 6470, I could and would have testified competently to the statements made herein.

2. I reside in Palo Alto, California.

3. I was employed by Sun Microsystems, Inc. ("Sun") from 1994 until it was acquired by Oracle in 2010. I was then employed by Oracle until I left the company in 2011. Prior to the acquisition, Sun, among other things, licensed the use of its copyrighted software, including different Java platforms, such as Java SE, Java ME, and Java Card, to those desiring to use that software. Oracle continued to license the Java platforms after it acquired Sun.

4. I first licensed the Java platforms in 1995. In 2000, I took on the responsibility of running Sun's worldwide software sales group, the focus of which was licensing the Java platforms. I was given the title Vice President Worldwide Software and Technology Sales in 2003 and I held that position until I left Oracle.

5. I have reviewed a document produced by Oracle in discovery in the above-captioned case marked as Trial Exhibit 6431 (attached hereto as Exhibit A) and bearing production numbers OAGOOGLE0013122654 through OAGOOGLE0013122783. The document marked as Trial Exhibit 6431 is a true and correct copy of the email I received from Christina Lucke on December 16, 2010 that attached a PowerPoint presentation I had prepared. At the time she sent the email, Ms. Lucke was the Senior Administrator to me and my colleague Vineet Gupta. I understand that Ms. Lucke's email and the attached presentation are held in Oracle's archives.

6. The presentation marked as Trial Exhibit 6431 is dated December 17, 2010 and bears the title "Worldwide Alliances & Channels and Embedded Sales – Java Business Review." The presentation is a record of regularly conducted business activity and was prepared and kept in

- 1 -

DECL. OF NEAL CIVJAN
CV 10-03561 WHA

the course of a regularly conducted business activity of Oracle; specifically, conducting reviews of the Java Sales business to better understand the state of the Java business, including the financial condition of the Java business, licensing successes and the competitive landscape. I created the presentation marked as Trial Exhibit 6431 in the regular course of my job responsibilities for business purposes. Specifically, I presented the PowerPoint in a meeting I had with Mark Hurd, then the Chief Executive Officer of Oracle, to provide him information about the state of sales in the Java Platform Group. The information contained in the presentation was used by Mr. Hurd to, among other things, make strategic decisions about the future of the Java sales business.

7. At the time I created the document marked as Trial Exhibit 6431, my job responsibilities included managing the Java sales business, reviewing the state of the business and providing Oracle's management with regular reports regarding the state of the business. I regularly created and presented PowerPoint presentations, including the presentation marked as Trial Exhibit 6431, in order to convey accurate information about the Java sales business to Oracle's management. I created the presentation marked as Trial Exhibit 6431 at or near the time of the occurrence of the matters set forth relying on my personal knowledge and information transmitted by a person with knowledge of those matters. To the extent I incorporated information transmitted by others into the presentation, that information was provided to me by my sales team, who were under a business duty to accurately report information to me.

8. I have also reviewed a document produced by Oracle in discovery marked as Trial Exhibit 6470 (attached hereto as Exhibit B) and bearing production numbers OAGOOGLE0014164955 through OAGOOGLE0014165010. The document marked as Trial Exhibit 6470 is a true and correct copy of the email I received from Ed Washington on August 3, 2010. At the time he sent the email, Mr. Washington's job responsibilities included Java product marketing and business development. Additional recipients of the email were Mr. Gupta, Ms. Lucke, and additional Oracle employees Dororthy Brentari and Govind Vedantaham. Attached to Mr. Washington's email is a PowerPoint presentation titled "Q1FY11 Java Sales Review" that is dated July 6, 2010. I understand that Mr. Washington's email and the attached presentation are

1  held in Oracle's archives.

2       9.    Much like the document marked as Trial Exhibit 6431, I created the presentation marked as Trial Exhibit 6470 for business purposes. Specifically I presented the PowerPoint in a meeting I had with Oracle management to educate them on the state of the Java business, including sales and licensing for the Java platforms. The presentation is a record of regularly conducted business activity and was prepared and kept in the course of a regularly conducted business activity of Oracle; specifically, conducting reviews of the Java Sales business to better understand the state of the Java business, including the financial condition of the Java business, licensing successes and the competitive landscape. The information contained in the presentation was used by me and upper management to, among other things, better understand the competitive pressure faced by our team and make strategic decisions about the future of the Java sales business.

     10.    At the time I created the document marked as Trial Exhibit 6470, my job responsibilities included managing the Java sales business, reviewing the state of the business, and understanding the competitive landscape. I regularly created and presented PowerPoint presentations, including the presentation marked as Trial Exhibit 6470, in order to provide accurate information about the Java sales business to Oracle management. I created the presentation marked as trial Exhibit 6470 at or near the time of the occurrence of the matters set forth relying on my personal knowledge and information transmitted by a person with knowledge of those matters. To the extent I incorporated information transmitted by others into the presentation, that information was provided to me by my sales team, who were under a business duty to accurately report information to me.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 6th day of July, 2016, at Palo Alto, CA.

_____
Neal Civjan