# EXHIBIT SOUGHT TO BE SEALED IN ITS ENTIRETY