# EXHIBIT B

 **The Chromium Projects**

Search this site

Home
Chromium
Chromium OS

**Quick links**

Report bugs
Discuss
Sitemap

**Other sites**

Chromium Blog
Google Chrome
Extensions
Google Chrome Frame

Except as otherwise noted, the content of this page is licensed under a Creative Commons Attribution 2.5 license, and examples are licensed under the BSD License.

Chromium OS >

# Chrome OS Systems Supporting Android Apps

Soon, you'll be able to use the Google Play Store and Android apps on many Chromebooks. Find out more on the Google Chrome blog.

The Chromebooks, Chromeboxes, and Chromebases that will be able to install Android apps are listed below. While we won't be able to bring Android apps to every Chromebook ever made, we're continuing to evaluate more devices based on a range of factors, like processor type, GPU, and drivers. We'll update this list as new devices are added.

For the best experience with Android apps on Chromebooks, we recommend purchasing a device from the list below.

Even if your Chromebook isn't on this list, it will continue to get other new features and improvements.

### Chromebooks that will work with Android apps in June/July 2016

Android apps are now available on the M53 dev channel for the Asus Chromebook Flip.

Soon, support for Android apps will extend to two more Chromebooks:

- Acer Chromebook R11 / C738T
- Google Chromebook Pixel (2015)

### Chromebooks that will work with Android apps later in 2016/2017

| Manufacturer | Device |
| --- | --- |
| Acer | Chromebook 11 C740 |
| | Chromebook 11 CB3-111 / C730 / CB3-131 |
| | Chromebook 14 CB3-431 |
| | Chromebook 14 for Work |
| | Chromebook 15 CB5-571 / C910 |
| | Chromebook 15 CB3-531 |
| | Chromebox CXI2 |
| | Chromebase 24 |
| Asus | Chromebook C200 |
| | Chromebook C201 |
| | Chromebook C202SA |
| | Chromebook C300SA |
| | Chromebook C300 |
| | Chromebox CN62 |
| | Chromebit CS10 |
| AOpen | Chromebox Commercial |
| | Chromebase Commercial 22" |
| Bobicus | Chromebook 11 |

| | |
|---|---|
| CDI | eduGear Chromebook K Series |
| | eduGear Chromebook M Series |
| | eduGear Chromebook R Series |
| CTL | Chromebook J2 / J4 |
| | N6 Education Chromebook |
| | J5 Convertible Chromebook |
| Dell | Chromebook 11 3120 |
| | Chromebook 13 7310 |
| Edxis | Chromebook |
| | Education Chromebook |
| Google | Chromebook Pixel (2015) |
| Haier | Chromebook 11 |
| | Chromebook 11e |
| | Chromebook 11 G2 |
| Hexa | Chromebook Pi |
| HiSense | Chromebook 11 |
| Lava | Xolo Chromebook |
| HP | Chromebook 11 G3 / G4 / G4 EE |
| | Chromebook 14 G4 |
| | Chromebook 13 |
| Lenovo | 100S Chromebook |
| | N20 / N20P Chromebook |
| | N21 Chromebook |
| | ThinkCentre Chromebox |
| | ThinkPad 11e Chromebook |
| | N22 Chromebook |
| | Thinkpad 13 Chromebook |
| | Thinkpad 11e Chromebook Gen 3 |
| Medion | Akoya S2013 |
| | Chromebook S2015 |
| M&A | Chromebook |
| NComputing | Chromebook CX100 |
| Nexian | Chromebook 11.6" |
| PCMerge | Chromebook PCM-116E |
| Poin2 | Chromebook 11 |
| Samsung | Chromebook 2 11" - XE500C12 |
| | Chromebook 3 |
| Sector 5 | E1 Rugged Chromebook |
| Senkatel | C1101 Chromebook |
| Toshiba | Chromebook 2 |
| | Chromebook 2 (2015) |
| True IDC | Chromebook 11 |
| Viglen | Chromebook 11 |

## Comments

You do not have permission to add comments.