# EXHIBIT D

# Android apps are now available on Chrome OS

The Play Store is now live on the ASUS Chromebook Flip.


Steve Dent , @stevetdent
06.17.16 in Personal Computing

9
Comments

751
Shares

  



François Beaufort



Imagine a world without a shared inbox.

GET IT NOW

The ASUS Chromebook Flip is the first Chrome OS device to get Android Apps after Google announced the feature at its I/O conference in May. If you own that device and are willing to download an early alpha version of Chrome OS 53, the Google Play store icon will appear on the desktop. According to Google's François Beaufort, the build should also bring Android apps to the 2015 Chromebook Pixel and Acer Chromebook R11. However, some Reddit user say that the Play Store isn't yet working on those devices.


FAST, AWESOME CUSTOMER SERVICE
AdChoices 

Sponsored Links by Taboola


Resize, Crop and Transcode Videos Easily
Cloudinary


The Gmail Trick that Google Doesn't Want You to Know
Boomerang for Gmail


Everything marketers need to know about buyers guides for lead generation
ConsumerAffairs


Coming to a Chromebook near you - Google I/O 2016


Imagine a world without spreadsheets.
salesforce desk   FAST, AWESOME CUSTOMER SERVICE   GET IT NOW
AdChoices

Google first revealed that Chrome OS would get Android apps back in 2014, so the feature has obviously taken a long time to implement. The company recently showed a demo (above) to give you an idea as to how it would work. The takeaway is that it's probably best to have a touchscreen and reasonably powerful machine. Android apps will benefit Chrome OS users

enormously, letting them easily swap files and work offline.

For now, the laptop acts like Android 6.01 and only works with tablet apps. Reddit users say there are minor bugs with the accelerometer and racing games, but generally report that it's working well considering it's still a developer build. However, users who rely on their Chromebooks should wait until at least the beta software comes in about a month. Other devices will get Android apps "later in 2016," according to Google -- for a complete list, check here.

Source: François Beaufort (G+)

In this article: AndroidApps, Apps, AsusFlip, Chromebook, gear, google, GooglePlay, personal computing, personalcomputing

751
Shares