# EXHIBIT E



SIGN IN

# Schedule

May 19

9 A

Accessibility is My Favorite Part of the Platform
1 hour / Stage 10 | Cassiopeia

Advanced Data Binding
1 hour / Stage 8 | Crater

Android themes & styles demystified
1 hour / Stage 4 | Ursa Major

Earn more revenue from the AdMob platform
1 hour / Stage 6 | Virgo

Google Apps: New APIs for Building Rich Workflows
1 hour / Stage 5 | Libra

Grow your app with Firebase using Notifications, App Indexing, Dynamic Links & more
1 hour / Stage 2 | Hydra

Machine learning office hours
1 hour / Office Hours | Tables 3&4

Office hours with the Firebase team
1 hour / Office Hours | Tables 1&2

SIGN IN

**The key to Firebase security**
1 hour / Stage 7 | Leo

**Understand your Place in this world**
1 hour / Stage 1 | Hercules

**VR at Google**
1 hour / Amphitheatre

**What's new in Android security (M and N Version)**
1 hour / Stage 3 | Ursa Minor

**What's new with Notifications in Android N and Android Wear 2.0**
1 hour / Stage 9 | Cepheus

### 10 A

**Best practices in media playback**
1 hour / Stage 3 | Ursa Minor

**Building for billions on the web**
1 hour / Stage 10 | Cassiopeia

**Create a great user experience with native ads**
1 hour / Stage 6 | Virgo

**Daydream Labs: Lessons Learned from VR Prototyping**
1 hour / Stage 2 | Hydra

**Deep Dive into the Realtime Database**
1 hour / Stage 4 | Ursa Major

**Google Cloud Messaging performance factors**
1 hour / Stage 7 | Leo

**Google Play: We are family**

1 hour / Stage 8 | Crater

Learning to speak Designer
1 hour / Stage 5 | Libra

Lightweight real world interactions with the Physical Web
1 hour / Stage 1 | Hercules

Office Hours for the Living Room: Android TV and Google Cast
1 hour / Office Hours | Tables 3&4

Office hours with Android app performance teams
1 hour / Office Hours | Tables 1&2

What's new in Android development tools
1 hour / Amphitheatre

WhatsApp and Google Drive: The story of our integration
1 hour / Stage 9 | Cepheus

## 11 A

Codeless Middleware: from paradox to reality
1 hour / Stage 6 | Virgo

Coming to a Chromebook near you
1 hour / Stage 8 | Crater

Cross-Platform coding without a net
1 hour / Stage 3 | Ursa Minor

Fast and resilient web apps: Tools and techniques for delivering great user experiences
1 hour / Stage 10 | Cassiopeia

Firebase Tech Deep Dive for Android
1 hour / Stage 7 | Leo

Google Cloud Spin: Stopping time with the power of the Cloud
1 hour / Stage 5 | Libra

Office hours with the Android Battery & Framework teams
1 hour / Office Hours | Tables 3&4

Office hours with the Android Multi-Window team
1 hour / Office Hours | Tables 1&2

Project Tango Developer Panel
1 hour / Stage 1 | Hercules

Smarter sharing and onboarding with Firebase Dynamic Links and Firebase Invites
1 hour / Stage 4 | Ursa Major

VR Distortion Correction Using Vertex Displacement for Cardboard Apps
1 hour / Stage 9 | Cepheus

What's new in Google Play for developers
1 hour / Amphitheatre

What's new in Android Wear 2.0?
1 hour / Stage 2 | Hydra

**1 P**

Monetization and Distribution on Daydream
1 hour / Stage 1 | Hercules

A new development frontier: Android + Pepper the interactive robot
1 hour / Stage 9 | Cepheus

Advanced Espresso
1 hour / Stage 3 | Ursa Minor

Building rich fitness experiences with Google Fit platform and Android

Wear
1 hour / Stage 4 | Ursa Major

DevTools in 2016: Accelerate your workflow
1 hour / Stage 10 | Cassiopeia

Material improvements
1 hour / Stage 5 | Libra

Office hours with the Google Apps team
1 hour / Office Hours | Tables 3&4

Office hours with the Google Cloud Platform Team
1 hour / Office Hours | Tables 1&2

Search and the mobile content ecosystem
1 hour / Amphitheatre

What iOS Developers Should Know About the Firebase Platform
1 hour / Stage 7 | Leo

What's next for the web?
1 hour / Stage 2 | Hydra

reCAPTCHA: Tough on Bots, Easy on Humans, Great on Mobile
1 hour / Stage 8 | Crater

2P

Android Wear 2.0: Making Watch Apps more Standalone
1 hour / Stage 3 | Ursa Minor

Building geo services that scale
1 hour / Stage 9 | Cepheus

Designing & Developing for the Daydream Controller
1 hour / Stage 4 | Ursa Major

Firebase App Indexing: Rules of Engagement
1 hour / Stage 7 | Leo

Firebase for Games
1 hour / Stage 6 | Virgo

Grow your app or game business in Japan, Korea, and Southeast Asia
1 hour / Stage 8 | Crater

How startups are succeeding on Google Play
1 hour / Stage 5 | Libra

Office hours with the Android Pay Team
1 hour / Office Hours | Tables 3&4

The Mobile Web: State of the Union
1 hour / Amphitheatre

The experts' guide to Android development tools
1 hour / Stage 2 | Hydra

VR & Cinema
1 hour / Stage 1 | Hercules

Your Apps at work
1 hour / Stage 10 | Cassiopeia

**3 P**

"I'm Just Trying to Survive": Ethnographic research on notifications and attention management
1 hour / Stage 8 | Crater

An in-depth look at the Leanback library
1 hour / Stage 9 | Cepheus

Android Wear 2.0: Building Apps with Material Design
1 hour / Stage 3 | Ursa Minor

Android high-performance audio
1 hour / Stage 1 | Hercules

Building for billions on Android
1 hour / Stage 5 | Libra

Notifications: Everything you need in 45 minutes
1 hour / Stage 7 | Leo

Office hours with the Android Location & Context team
1 hour / Office Hours | Tables 3&4

Polymer and Progressive Web Apps: Building on the modern web
1 hour / Amphitheatre

Principles of mobile app design: Delight users and drive conversions
1 hour / Stage 4 | Ursa Major

Scaling your data from concept to petabytes
1 hour / Stage 6 | Virgo

What's New with Project Tango
1 hour / Stage 2 | Hydra

Who are you, really: Safer and more convenient sign-in on the web
1 hour / Stage 10 | Cassiopeia

**4 P**

Android N Office Hours
1 hour / Stage 9 | Cepheus

Android Wear 2.0: Watch faces and Complications
1 hour / Stage 3 | Ursa Minor

Angular 2
1 hour / Stage 8 | Crater

Bring Your Android App to Chrome OS
1 hour / Stage 5 | Libra

Firebase Fireside Chat
1 hour / Stage 2 | Hydra

Instant Loading: Building offline-first Progressive Web Apps
1 hour / Amphitheatre

Know and grow your users in emerging markets
1 hour / Stage 6 | Virgo

Office hours with the Google Maps API team
1 hour / Office Hours | Tables 1&2

Office hours with the YouTube team
1 hour / Office Hours | Tables 3&4

Progressive, Performant, Polymer: Pick Three
1 hour / Stage 10 | Cassiopeia

Supercharging Firebase with Google Cloud Platform
1 hour / Stage 7 | Leo

VR Design Process
1 hour / Stage 1 | Hercules

**5P**

Android Platform Fireside Chat
1 hour / Stage 2 | Hydra

Fireside Chat with the Progressive Web Apps Crew
1 hour / Stage 10 | Cassiopeia

Google.org: Accelerating innovation for people with disabilities
1 hour / Stage 1 | Hercules

Ignite@I/O
1 hour / Stage 7 | Leo

Machine learning & art
1 hour / Stage 5 | Libra

Mobile Web Office Hours
1 hour / Office Hours | Tables 1&2

Mobile Web Office Hours
1 hour / Office Hours | Tables 3&4

Office hours with the Firebase team
1 hour / Stage 9 | Cepheus

The year ahead in Global Tech Policy, and why it matters to you
1 hour / Stage 8 | Crater

6 P

Speechless@I/O
1 hour / Amphitheatre

7 P

Google Play Awards
1 hour / Stage 7 | Leo

After Hours: Art House
3 hours / Stage 6 | Virgo

730 P

After Hours: Planetarium
2.5 hours / Stage 3 | Ursa Minor

After Hours: Tilt Brush Throwback

|   |   |   |
|---|---|---|
|   | 2.5 hours / Stage 5 \| Libra | ⊕ |
|   | After Hours: Underwater Disco<br>2.5 hours / Stage 1 \| Hercules | ⊕ |
| 8 P | After Hours: Phantogeist with AR gameplay and Project Tango<br>2 hours / Stage 10 \| Cassiopeia | ⊕ |
|   | After Hours: The I/O Arcade<br>2 hours / Stage 4 \| Ursa Major | ⊕ |



File a bug

I/O 2015

FAQ

Google Developers

I/O Community

Privacy & Terms

Google