# EXHIBIT F

## (VIDEO FILE – LODGED WITH COURT)