# EXHIBIT J

## (VIDEO FILE – LODGED WITH COURT)