# EXHIBIT J-1

**Transcript Of "Bring Your Android App to Chrome OS - Google I/O 2016" Presentation**

**May 19, 2016**

0:00    LUIS HECTOR CHAVEZ: Hello, everyone.

0:01    Welcome to Google I/O. My name is Luis Hector Chavez

0:04    and I'm one of the engineers in the Chrome OS team.

0:07    Maybe you saw today's earlier announcement

0:09    that we're bringing Android apps to Chrome books.

0:13    Yay.

0:18    So I'm super excited to be here because I can finally

0:20    tell you guys what we've been working on

0:22    for the last few months.

0:23    So it's not a secret anymore.

0:26    All right, so first of all, let's

0:29    talk a little bit about why we're doing this

0:32    and why it should be interesting to you.

0:34    First of all, Chrome OS is a growing platform.

0:37    While overall PC shipments are declining,

0:39    Chrome OS continues to grow.

0:41    In fact, last year we had 32% year over year growth.

0:45    The numbers get even better in certain segments.

0:47    For instance, Chromebooks are the number one device

0:50    in K-12 edu in the US.

0:54    There are millions of active users

0:56    with more than 50 different devices from 13 OEMs in 44

1

0:58    countries, and we've got lots of amazing Chromebooks coming out.

1:05    OK, so we have a large, growing platform

1:07    with a large number of potentially new users.

1:10    This is where you Android Developers

1:12    come into the picture.

1:14    All Android developers want more users.

1:18    All Chromebook users want more apps,

1:20    but they just don't want any app.

1:22    They want the apps they know and love.

1:26    So we believe that bringing Android apps to Chromebooks

1:28    provides a middle ground that helps both groups of people.

1:32    OK if a developer wanted to bring their application

1:35    in Chromebooks, what are their options?

1:39    Let's start with a non-solution.

1:41    You can write a Chrome OS app.

1:43    This is essentially writing your application twice.

1:45    This requires you to learn a new platform, which

1:49    might yield an application that looks more native,

1:52    but it's a lot of work.

1:53    It's a lot of upkeep, and you need

1:55    to maintain two potentially separate code bases.

1:57    So it's not an option for most people.

2:01    Another option was to build an HTML5 application.

2:05    This might yield an application that looks and feels

2:08    native in Chrome OS, but you would

2:10    need an Android HTML wrapper, which

2:13    doesn't look super native.

2:15    It also doesn't take a lot of advantage of the Android

2:18    platform.

2:19    So it's still not a great option.

2:24    Another option was App Runtime for Chrome.

2:26    We in the Chrome OS team released this

2:28    2 years ago in 2014 as a way to run Android applications

2:32    in Chromebooks.

2:33    We're running full Android instances

2:36    in a Native Client sandbox.

2:38    Unfortunately, it had some challenges for developers.

2:44    Access to some of the system resources

2:45    were restricted due to the advanced nature

2:47    of Native Client sandbox.

2:49    For instance, we had to do a full file system

2:51    emulation because it was not available to us.

2:54    And some apps didn't work great with this.

2:58    Native Client also had a single process execution model,

3:02    which caused some applications to not work great, especially

3:06    the Google Play Store.

3:10    Finally, some of the features that

3:12    are critical for developers, like in-app payments,

3:15    required extra work on your behalf.

3:20    Having said all that, we still believe

3

3:22    that getting Android applications running

3:23    as a fully integrated native Chrome OS apps

3:26    was the right idea, so we made a lot of improvements

3:30    and we're building a whole new platform to run

3:33    Android apps on Chromebooks.

3:36    All right, so many of you might have

3:39    missed today's earlier demo, so I'm going to give a shorter

3:43    one right now.

3:46    OK, so first of all, this is standard Chrome OS desktop,

3:51    but you can see we have the Play Store now.

3:53    Yay.

3:57    And, of course, I don't have internet

3:59    so there's no Play Store.

4:02    But fortunately I already installed a few apps

4:05    like Gmail.

4:07    Ta-da.

4:08    So one of things we're doing here

4:10    is that we do have multi-window support.

4:21    And not only that, we can also change the size of the window.

4:24    We can also maximize it, stuff like that.

4:28    Neat things.

4:34    We also support integration with some Chrome OS

4:37    native notifications-- for instance, hello, world!

4:50    And, of course, as I mentioned before, I don't have internet,

4:53    so let's skip that.

4:54    Oh, there you go.

4:56    So as we see, we can have offline access in Android apps

4:59    now.

5:04    Right let's go back to the slides.

5:10    OK, we already saw what it looks like,

5:12    so let's talk a little bit more about how it's implemented.

5:18    First of all, we're not using Native Client anymore.

5:21    We're using a brand new sandboxing mechanism.

5:27    It uses existing Linux namespaces

5:30    to isolate Android and Chrome OS.

5:32    These are you already used in Chrome OS

5:34    and in some of our cloud offerings.

5:36    We're using that mount, process, user, network,

5:39    and IPC namespaces.

5:43    The core security team also developed new features

5:46    for this.

5:47    Since Android is running directly

5:49    on top of the Linux kernel, this increased the attack surface

5:52    a little bit more than we were comfortable with,

5:56    so the Chome OS security team developed a new way to add

6:00    alternate sys call tables.

6:02    This is more efficient and configurable

6:04    than existing system call filtering techniques

6:06    like seccomp-bpf, which, by the way, the Chrome OS team

6:10    also developed.

6:13    Having both Android and Chrome OS

6:15    do their own compositing would make everything slower,

6:18    so we have a shared compositing model where there is only

6:20    one overall compositor.

6:22    This makes things a lot faster and more responsive.

6:26    Finally, since we know that a lot of developers target

6:31    indicate for arm only, we're providing just-in-time binary

6:34    translation so that their already existing arm

6:37    applications can run on x86 devices like the Google

6:40    Chromebook Pixel with no work required on your part.

6:47    So this new approach still maintains a high level

6:49    of security in both operating systems.

6:52    You get to keep all of Chrome OS' security features

6:54    like verified root, user data encryption, continuous updates,

6:59    and Android still has [INAUDIBLE] Linux running.

7:04    There are no virtual machines or emulation going on,

7:06    so you get full native performance.

7:10    And finally, since we're running the whole Android system,

7:14    you get to run all of Android Marshmallow within Chrome OS.

7:17    This includes the Google Play Store.

7:21    So something that we learned with App Runtime for Chrome

7:25    is that integration matters.

7:26    The more integrated the apps are with the rest of the operating

7:29    system, the better they look and feel.

7:32    So we only grant direct hardware access

7:34    to Android in very few locations.

7:35    The rest of the time, the hardware

7:37    is still managed by Chrome OS.

7:39    But still, we had a lot of integration points

7:41    so that Android developers can still call the same APIs,

7:45    and those APIs underneath will make calls to Chrome OS.

7:49    This allows both operating systems

7:51    to share the same view of the system

7:52    instead of having split views.

7:56    OK, so what does it all translate into,

7:58    and how does it impact your applications?

8:03    Because we're running a full Android system,

8:05    it means that most applications can

8:06    be running Chrome OS without any code changes at all.

8:09    Of course, since this is a new platform,

8:12    you might want to still make some optimizations

8:14    and small tweaks.

8:18    But your app works like a Chrome OS app.

8:23    Most of the things you expect the Android system to do

8:25    will be now provided by Chrome OS instead of being constrained

8:29    to a little window.

8:31    Every task runs in its own window.

8:34    You get Android notifications together with Chrome OS'.

8:37    There's just one App Launcher in shelf.

8:40    Sign-in information will be shared

7

8:41    between operating systems, so you don't have to log in twice.

8:46    You're also able to share files in the Downloads folder,

8:48    as well.

8:52    Hardware is also integrated so you still get connectivity

8:55    to Wi-Fi and Bluetooth.

8:57    Camera, microphone, audio, and video still work.

9:04    All of Chrome OS' input mechanisms

9:06    are still plumbed through the application,

9:08    so keyboard and trackpad events will

9:10    be delivered to your application,

9:12    and also touch events if the Chromebook supports it.

9:17    Meanwhile, your application still

9:19    behaves like an Android application.

9:22    Since we're running a full Android stack,

9:24    the whole Marshmallow API is available to you.

9:27    This includes Google Play services,

9:29    so things like in-app payments will

9:30    be available in consumer Chromebooks.

9:33    We're also not adding any new APIs,

9:35    so there's nothing for you to learn this time.

9:40    All system services are running, and all the interactions

9:43    between the system services and your application

9:45    are exactly like you would expect.

9:47    This includes things like the application lifecycle events.

9:53    Finally, the hardware is abstracted so that you don't

9:55    need to worry about anything.

10:00   And I'm going to be clear-- while apps

10:02   can be run in Chrome OS, we still

10:05   require Chrome OS users to opt in to use this feature.

10:08   We understand that there are some scenarios in which people

10:10   don't want to enable this just yet.

10:13   We're also providing enterprise and education users

10:16   with additional policies that can enforce if and which

10:19   applications can run on the devices they manage.

10:23   All right, when is this going to be available?

10:25   For you developers, we're enabling this feature on Chrome

10:29   OS 53.

10:30   This should be available in the DEV channel in June,

10:34   and 53 should be generally available

10:37   for all users in the stable channel in September,

10:39   so you still have some time to prepare.

10:43   We'll start by supporting three devices-- the Asus

10:45   10-inch Flip, the Acer Chromebook R11,

10:48   and the Chromebook Pixel 2015.

10:51   We'll gradually bring support to more devices

10:52   in later milestones, so stay tuned.

10:54   And that's the URL where you can check

10:56   which devices will be getting support on which releases.

11:01   So stay tuned.

11:04   OK, it's great that most applications will work out

11:06   of the box without any node changes,

11:08   but let's take a look at the best practices

11:13   you can take into account so your application works

11:17   even better on Chromebooks.

11:22   There's a wide variety of Chromebook form factors.

11:25   All of them have a physical keyboard and trackpad.

11:28   Most of the advices we'll be rolling out

11:30   support to have a touch screen, as well.

11:32   Some of them are even convertible so they

11:34   can switch between a laptop and a tablet form factor.

11:38   While we're testing applications, most of them,

11:41   we found out that they already work pretty well

11:43   with keyboard and mouse.

11:45   Still, not all of them did.

11:47   So it's better that you developers

11:51   take into account testing with a keyboard and mouse.

11:55   Also, since there's essentially new hardware available to you,

11:58   might as well make the best of it.

12:02   So productivity applications can have

12:04   things like hotkey support.

12:08   That'll make users even more productive.

12:11   Some games even lend themselves to be controlled

12:13   using a keyboard and mouse.

12:26   OK, now for the important coding part.

12:29   By default, all Android applications

12:31   set the touchscreen hardware feature to be required.

12:35   Now, I mentioned before that not all Chromebooks

12:38   will provide touchscreen.

12:40   So it's very important that on your AndroidManifest.xml

12:45   you set the android.hardware.touchscreen

12:48   feature to be not required.

12:51   This will allow your application to appear

12:52   in the Play Store for all Chromebooks

12:54   instead of just for the Chromebooks that support touch.

12:57   If you go out of this presentation with just one

12:59   thing in mind, let it be this.

13:04   All right, best practices for multi-windows.

13:07   On laptops, everybody uses multiple windows

13:09   for productivity given that there are more pixels available

13:11   on the screen.

13:14   Now, I did mention a couple of times

13:15   before that we're supporting Marshmallow API,

13:19   and Marshmallow doesn't have the APIs for multi-window.

13:22   I also mentioned that we are not adding any new APIs,

13:25   so how does it work?

13:28   In order to minimize the amount of work needed for everybody,

13:30   we are only supporting a few layouts

13:32   that your application already most likely supports.

13:39   First of all, we have a landscape.

13:40   This is the default layout.

13:42   This uses a Nexus 9 aspect ratio and device [INAUDIBLE].

13:50   We also support portrait, which runs just like a Nexus 5.

13:56   We also have maximized windows, which

13:57   take up all available pixels in the screen.

14:03   Finally, for convertibles, we have

14:04   touch me mode, which is more or less the same as maximize,

14:08   but hides the window decorations and the shelf at the bottom,

14:11   so it's similar to Android's immersive mode.

14:16   We added some window controls to toggle between all

14:19   the available layouts.

14:21   This allows both users and developers

14:24   to choose the right balance of information density

14:27   in the sizes and layouts their applications were originally

14:29   designed for.

14:31   Now, some things you need to be aware of.

14:34   Similar to [INAUDIBLE] multi-window implementation,

14:37   we're not changing the application lifecycle model.

14:40   Exactly one application will be on the onResume state,

14:43   and this is the window that's currently focused.

14:45   All the rest of the windows and applications

14:47   are in the onPause state.

14:50   Also, the out-of-memory killer is integrated

14:53   with the rest of the operating system,

14:55   and it takes the z order of the windows

14:57   into account when calculating the final score.

12

15:00   So applications that have been least recently used

15:04   will be killed first.

15:08   OK, so since changing orientation also

15:14   changes the physical size of your window or of the device,

15:18   you need to declare the correct Android screen

15:20   orientation so that it only uses the ones it supports.

15:27   Now, it's also important that you

15:28   go read this document, the Handle Runtime

15:30   Changes in the official Android documentation.

15:36   There will be some things that you

15:38   don't expect to change whenever changing orientation.

15:42   For instance, the screen width and height

15:44   will change in ways you don't necessarily

15:46   expect because on normal devices,

15:48   they only flip between them, and here

15:50   you can have totally different values.

15:53   Also, the density DPI setting can change

15:57   when you switch orientation.

15:59   Also, very important-- make sure you invalidate any cache

16:02   resources.

16:03   Since once you change orientation,

16:05   you're effectively changing device,

16:08   you need to make sure that you load the correct resources

16:10   after the orientation has changed.

16:13   Now, these two things are still important for Android

16:16   [INAUDIBLE], so might as well do them right now.

16:23   Also, use the correct task affinities.

16:26   As I showed in the demo, it's possible for a task

16:30   to launch another activity in a new task.

16:33   This will render a new window.

16:35   But if your intention was to have a [? modal ?] window,

16:37   you should put that activity in the same task.

16:41   Otherwise, you might get into application faults

16:45   that you weren't expecting.

16:49   Finally, respect the onPaused state.

16:52   While your application might be paused,

16:54   it's still visible, so make sure you're not

16:56   doing any rendering because that might

16:57   look awkward for the user.

16:59   And it will also consume a lot of battery.

17:05   Using backup and restore effectively

17:06   is also very important.

17:08   One of the best features about Chromebooks

17:10   is that users can just throw out their machines, get a new one,

17:14   login, and all their applications and settings

17:17   will be there.

17:18   So it's not totally required to support backup and restore,

17:22   but it's a very good idea and users will love it.

17:25   Make sure you read the official documentation

17:27   in Backup & Restore.

14

17:30   There are also some scenarios in which

17:33   Chromebooks can be shared amongst a large number

17:35   of users.

17:36   For instance, in education, students

17:38   don't get their own personal Chromebooks.

17:40   They are shared between students.

17:43   So if you're writing applications for education

17:45   purposes, make sure to take this scenario into account

17:48   and be mindful of the local storage you use.

17:54   In general, Chromebooks support a less amount of sensors

17:56   compared to mobile devices.

17:58   For instance, most Android developers

18:01   are used to having a GPS device to get accurate location

18:04   information.

18:06   Chromebooks don't have a GPS device,

18:08   but they can still get [INAUDIBLE]

18:09   location information through the use of Wi-Fi.

18:12   This might be enough to get the best restaurants around you,

18:15   but it might not be enough to just grab a Chromebook,

18:18   put it in your car, expect to have turn-by-turn navigation.

18:24   So the recommendation is to make sure you don't require hardware

18:27   that might not be available.

18:30   Of course, if your application does

18:31   require some piece of hardware that's

18:33   not available on Chromebooks, we'll respect your decision

18:36   and not show that application on the Play Store for Chromebooks.

18:46   There are some other software features

18:47   that are not going to be supported in Chrome OS.

18:52   Since we want users to have the full Chrome OS experience,

18:55   applications that customize some parts of the UI

18:57   will not be available.

18:59   Applications that provide custom input methods, app widgets,

19:03   live wallpapers, or home screens won't be supported.

19:08   Also, Chrome OS is going to be the device manager for Android,

19:11   so applications that declare themselves

19:13   to be the device admins or manage users

19:16   also won't be supported.

19:23   We will be shipping initially with Android Marshmallow,

19:26   but it's still a good idea to focus some efforts in upgrading

19:31   to N eventually because you'll bring

19:33   a lot of features that will improve

19:35   desktop productivity to users.

19:37   For instance, you will have the ability

19:40   to fully resize activities instead

19:41   of being constrained to one of the four layouts

19:43   we support right now.

19:45   You'll also be able to use drag and drop between applications.

19:49   And there's going to be a new mouse cursor API available.

19:54   So in order to learn more about N,

19:55   you can watch these two presentations

16

19:59   that aired yesterday today here in I/O,

20:02   the What's new in Android and Multi-Window Mode.

20:05   Also, you can consult the official Android N Developer

20:08   Preview documentation.

20:12   OK, if we have any more questions about this,

20:15   you can consult the official documentation

20:17   for Android Apps for Chromebooks.

20:20   You can also ask questions in Stack Overflow or post

20:22   questions on the Android G+ Community.

20:29   Now, before I go, a lot of you tried

20:32   to get to today's earlier announcement

20:35   but couldn't get to it, so we're going

20:37   to redo the demo that we gave earlier today.

20:40   So here's Katie that will present to you the earlier

20:43   demo.

20:50   KATIE: All right, thanks a lot Luis.

20:52   LUIS HECTOR CHAVEZ: Can we switch to the demo?

20:57   KATIE: All right, very good.

20:59   So apologies this morning that we are a little short on space.

21:03   So we thought with these extra few minutes,

21:04   we could go back through our demo flow.

21:08   So unfortunately, it'll be a mild different second

21:12   rendition.

21:13   Hopefully a little bit better.

21:14   But here we've got a Pixel 2.

21:19   It looks like a regular Chromebook.

21:21   Got our Chrome browser here.

21:23   But you obviously now have the Play Store on the shelf here.

21:27   So we'll go ahead and launch that.

21:29   So here we can actually browse through our apps.

21:34   This looks just like the regular Play Store, so let's go ahead

21:36   and install something.

21:38   So I think we decided Bejeweled is a pretty good game.

21:41   Let's search for that, and we'll go ahead and install.

21:50   Oh, and look at that.

21:51   Coincidentally, apparently Kan's wife

21:54   is asking me to make a poster for Kan's child's birthday

21:58   party.

21:59   So being a good employee, let's go ahead

22:02   and reply to Kan's wife-- I'd love to.

22:08   The great thing about the way we've integrated Android

22:12   is we get the nice in-line reply that you'd

22:14   expect on your tablets and phones,

22:15   so I'll go ahead and send that off now.

22:18   Great.

22:19   So let's go ahead and do that.

22:21   I've already installed Photoshop Mix from the Play Store,

22:25   so we'll go ahead and launch that now.

22:26   So that's actually a picture of Kan's kid,

22:29   I think, feeding a pen to Piglet.

18

22:33   Odd.

22:34   Anyway, I've been told that it would

22:36   be more appropriate to put ice cream there instead.

22:40   So we'll go ahead and try to find some ice cream here.

22:43   So luckily from Adobe stock, they've

22:45   got some great photos of ice cream.

22:47   It's actually very bizarre, like half neapolitan ice

22:50   cream with some pistachio.

22:54   But that looks kind of big, so why don't we

22:56   go ahead-- we can use the touchscreen

22:58   just like we'd expect.

22:59   We can go ahead and shrink our ice cream cone down.

23:03   That's a little bit better than a pen, I suppose.

23:07   One of the problems here, though, is obviously now

23:09   our cone is kind of over her hand,

23:12   so we'll go ahead and cut out that.

23:14   We can zoom in and zoom in a little bit more.

23:17   We can go ahead again, use the touchscreen.

23:20   That was a chunk out we didn't want.

23:21   We'll go ahead [INAUDIBLE] that.

23:26   There we go.

23:30   That Photoshopping live, not my finest work.

23:40   Probably come up in my next performance review,

23:43   but OK, let's go ahead and save that anyway.

23:48   All right, we're saving that.

23:49   That looks great.

23:52   So I've been told that he wants a poster, so let's go ahead

23:56   and open up Word for that.

23:58   What's really nice about this is I can now just go--

24:01   and I've got regular Word here, throw in some photos

24:04   for Leanne's birthday party.

24:06   There we go.

24:07   That looks pretty good.

24:10   So I want to now give this back to Kan's wife.

24:14   So let's go ahead and we can click that we want

24:17   to share this as an attachment.

24:20   Go ahead, open up the Gmail.

24:22   We hear that's a pretty good product.

24:24   And go ahead and send this off to Nan.

24:29   That looks great.

24:30   Let's go ahead and send that off.

24:33   Oh, what do you know?

24:34   Just coincidentally, someone is attacking me on Clash of Clans.

24:38   So again, with how we've integrated the Android

24:43   framework, chat has just worked.

24:45   This is Shahid right here.

24:49   We'll go ahead-- we better go check out our village.

24:53   So Clash of Clans.

24:55   We go ahead and close Photoshop.

24:57   We don't need that anymore.

20

25:01   Go ahead, get Clash of Clans rolling for us.

25:04   Oh dear.

25:06   You guys have never, ever seen a demo not work on stage.

25:13   We'll go ahead-- we actually have a slight known bug here.

25:18   Any case, though, we'll go ahead and continue on from that.

25:23   Apologies there.

25:24   Another great game other than Clash of Clans,

25:26   which I also like a lot, is Galaxy on Fire.

25:29   Here we're able to get the nice use of a desktop GPU.

25:34   Everything's super smooth.

25:35   I don't know if it looks super nauseating to you

25:38   all in the audience, but anyway, very good performance here

25:41   as well.

25:44   With that, I can also do in-app purchase, as well.

25:47   So we can go direct, we can go into buy an add-on.

25:51   And go ahead and click Buy.

25:53   And now this will be available on my phone--

25:57   payment successful, great-- as well as my tablet, as well.

26:03   So again, this was just a quick view of what we also

26:06   showed this morning.

26:07   We are, of course, very excited to be working with all of you

26:10   to bring your apps to Chromebooks.

26:11   So thank you very much.

26:21   LUIS HECTOR CHAVEZ: All right, that's it from both of us.

26:23   Enjoy the rest of the show.

21

26:24   If you have any questions, ask them of the Spaces app,

26:27   or we'll be hanging around down the stage.

26:29   Thank you.

26:29   Bye.