# EXHIBIT J-2

# Why Chromebooks



### 13+ OEMs
Acer, Asus, Dell, HP, Haier, Hisense, Lenovo, LG, Samsung, Toshiba



### #1 selling device
in U.S. K–12 schools
*more Chromebooks sold than all other devices combined*
Source: Futuresource Consulting



By 2018, **a quarter of all Fortune 500 companies** will have IT-supported Chromebooks deployed within their organization."

*IDC FutureScape*



