# EXHIBIT J-3

