# EXHIBIT Q

| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY 10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA 94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
| | DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com |
| | RUCHIKA AGRAWAL (SBN 246058) |
| 18 | ruchika.agrawal@oracle.com |
| | 500 Oracle Parkway, |
| 19 | Redwood City, CA 94065 |
| | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | |
| | *Attorneys for Plaintiff* |
| 21 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUESTS FOR PRODUCTION TO GOOGLE INC., SET ELEVEN** |
| GOOGLE INC. | |
| Defendant. | |

PLAINTIFF'S RFPs TO GOOGLE, SET
ELEVEN
CV 10-03561 WHA

1  each of "API Level 1" through "API Level 23" and including all constituent packages, classes,
2  methods, constructors, fields, interfaces, errors, exceptions, enums, and annotation types of each
3  such "API Level."

4   10. "GOOGLE SERVICES" means applications, services, software, updates and
5  functionality offered by Google to be deployed in connection with or used for development in
6  connection with ANDROID devices or other device platforms, including but not limited to
7  services called "Google Services," "Google Mobile Services," and "Google Play Services" and
8  where such services may include, but are not limited to one or more of Gmail, Chrome, Google+,
9  Google Maps, YouTube, Google Docs, Google Translate, Waze, Google Search, Google Talk,
10 Google Hangouts, Google Play, Google Now on Tap, Android Market, and any software installed
11 in WEARABLES, AUTOMOTIVE PRODUCTS, IOT DEVICES, Google at Work, Arc Welder,
12 Brillo, or Weave, or other similar or related applications.

13  11. In directing these requests to GOOGLE, ORACLE seeks DOCUMENTS and
14 tangible things available to GOOGLE, including those relating to companies GOOGLE has
15 acquired (such as Android, Inc.) and parent companies (such as Alphabet, Inc.). These requests
16 require YOU to produce those DOCUMENTS and tangible things that are in YOUR actual or
17 constructive possession, custody, or control.

18  12. Wherever these requests seek information related to dynamic data (i.e., data
19 regarding the number of ANDROID users or devices or data regarding financial projections and
20 actuals), ORACLE seeks data for the finest frequency available.

21                  **REQUESTS FOR PRODUCTION**
22 **REQUEST FOR PRODUCTION NO. 324**
23  Source code and DOCUMENTATION for all GOOGLE software that can be used to
24 facilitate use of ANDROID (including software derived from ANDROID such as Brillo) on
25 devices other than mobile phones, including by way of example and not limitation source code
26 and documentation for Weave and source code and documentation for software related to porting
27 ANDROID to desktop or laptop computers.
28

Dated: November 4, 2015

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By:   */s/ Lisa T. Simpson*
    Lisa T. Simpson
    Attorneys for Plaintiff
    ORACLE AMERICA, INC.

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On November 4, 2015, I served the following document:

**PLAINTIFF'S REQUESTS FOR PRODUCTION TO GOOGLE INC., SET ELEVEN**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy, pursuant to Google's counsel's email dated August 24, 2015, to the following listserv:

DALVIK-KVN@kvn.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on November 4, 2015 at Redwood City, California.

*/s/Robert L. Uriarte*
Robert L. Uriarte