# EXHIBIT W

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3          CASE NO. 10-cv-03561-WHA (DMR)

4   ORACLE AMERICA, INC.,

5        Plaintiff,

6

         vs.

7

8   GOOGLE INC.,

9        Defendant.

10   - - - - - - - - - - - - - - - -

11

12          DEPOSITION OF:  HENRIK STAHL

13

14          TRANSCRIPT of the stenographic notes of

15   the proceedings in the above-entitled matter as

16   taken by and before RUTHANNE UNGERLEIDER, a

17   Certified Court Reporter and Notary Public, held at

18   the office of ORRICK, HERRINGTON & SUTCLIFFE, LLP,

19   51 West 52nd Street, New York, New York, on

20   Thursday, March 31, 2016, commencing at

21   approximately 10:13 in the forenoon.

22

23

24

25     Job No. CS2279519

1      A     I don't know if it makes sense to bring

2   it up as bullets in the document, but I do have

3   extensive knowledge about our product strategy of

4   Java, in particular, starting with 2012, as well

5   as -- I mean, a fair amount of technical knowledge,

6   not necessarily in the same depth as other expert

7   witnesses.

8      Q     Do you have any knowledge of Oracle's

9   product strategy for Java prior to 2012?

10      A     Some.

11            As I said in my prior deposition, Oracle

12   acquired Sun in 2010 I believe the acquisition

13   closed.  At the time of -- at that time, I was

14   responsible for the Enterprise Java implementation.

15   Somewhat later, my responsibilities expanded to

16   include the remaining parts of the Java products

17   family.

18      Q     When you say Enterprise Java, do you

19   mean Java EE?

20      A     No.  I'm sorry, that's easily

21   misunderstood.  I mean Java SE when used in an

22   Enterprise environment; in particular, Enterprise

23   servers.

24      Q     Does Android compete with Java on the

25   Enterprise side?

1          MS. SIMPSON:  Objection to form.

2          MR. MULLEN:  Actually, that was a bad

3     question.  I'll rephrase that.

4     Q      Does Android compete with Java for

5     Enterprise uses?

6          MS. SIMPSON:  Objection to form.

7     A      Do you mean Enterprise server-side Java?

8     Q      Yes.

9     A      No, I don't believe so.

10     Q      Has it ever competed with Enterprise

11     server-side Java?

12     A      Not that I'm aware.

13     Q      Prior to 2012, did you have any

14     responsibility for Java ME at Oracle?

15     A      So I don't remember the exact date when

16     which my responsibilities expanded to include Java

17     ME, but there was a specific reorganization that

18     happened when I got responsibility for the entire

19     product strategy for all of Java.  I believe it was

20     in early 2012.  I may be wrong on the date.  Prior to

21     that date, whenever it was, I had no responsibility

22     for Java ME at Oracle.

23     Q      Were you ever an employee of Sun

24     Microsystems?

25     A      No.

1    Q     Do you have any knowledge of Sun's

2    business strategy for Java?

3    A     That's a very wide question.

4          Certainly, I have been following it as a

5    spectator during a number of years, but I have no

6    more knowledge than any other spectator would have.

7    And after Oracle's acquisition of Sun I had a number

8    of colleagues that had been working at Sun, and, of

9    course, I spent a fair amount of time talking to

10   these colleagues, some of them were employees of

11   mine, and I learned things after the fact about their

12   strategy.  So I guess the answer is yes with the

13   explanation I just stated.

14   Q     So is it fair to say that as to events

15   that occurred before Oracle acquired Sun, you have no

16   firsthand knowledge of Sun's business strategy for

17   Java?

18         MS. SIMPSON:  Objection to form.

19   A     I'm not sure you can accurately make

20   that distinction.  I certainly spent a lot of time

21   talking to a number of people that explained some of

22   the history and some of the decisions made.  So I

23   wasn't there as it happened because I wasn't part of

24   Sun at the time, but I do have a fair amount of

25   knowledge that I've learned through colleagues,

```
 1   before, which was the -- an Oracle response to a

 2   number of Google questions, and there were, I

 3   believe, three or four other documents that were

 4   shown to me, that I guess are exhibits in this case,

 5   PowerPoint presentation and an e-mail related --

 6            MS. SIMPSON:  I'm going to caution you,

 7   Henrik, not to reveal any conversations with counsel

 8   because they're covered by privilege.

 9            THE WITNESS:  Sorry.

10       A    I was shown a few documents.

11       Q    Did any of those documents refresh your

12   recollection about any of the issues in this case?

13       A    No.

14       Q    And why do you say that?

15       A    I -- none of them really struck me as,

16   "Oh, I actually, I hadn't remembered this, this is

17   completely new to me."

18            There were -- I mean, when I was shown

19   the documents, there were a few details that I

20   remembered that I hadn't necessarily remembered

21   before.  If someone had reminded me of a particular

22   document, it would have had the same effect, but I

23   don't think it's fair to say that it refreshed my

24   recollection.

25       Q    Did any of the documents inform the
```

```
 1    bases for any of your opinions as an expert in this
 2    case?
 3         A     No.
 4               MR. MULLEN:  Counsel, I think the
 5    documents should probably be produced given what he
 6    said about refreshing recollection, but we can talk
 7    about that during the break.
 8               MS. SIMPSON:  Okay.
 9         Q     Did you do anything to search for
10    documents on your own, Mr. Stahl?
11         A     No, I did not.
12               There was one thing I did on the way
13    here, which was, I was uncertain about the definition
14    of a smartphone versus a feature phone since that had
15    come up in my prior deposition, and I looked up the
16    Wikipedia pages to see if anyone else were smarter
17    than I when it came to this.
18         Q     And what did you find out?
19         A     Wikipedia was equally confused.
20         Q     What do you mean by "equally confused"?
21         A     So I think it's very well stated on the
22    Wikipedia page for the feature phone, there is a
23    section on it that basically goes through the
24    differences between smartphone and feature phone, and
25    that section states that there is no clear
```

Page 21

```
 1  distinction between a smartphone and a feature phone,
 2  and as a matter of fact the word "smartphone" has
 3  been used over the years frequently to describe the
 4  most current phone technology, and then as time
 5  passes what was called smartphone is no longer called
 6  it.  So it's a sliding scale that changes with time.
 7       Q     At a fixed point in time, do you believe
 8  that there is a difference between a smartphone and a
 9  feature phone?
10       A     So that's the thing, I don't think that
11  that's accurate because I think it's always a sliding
12  scale, and it may be that the term "feature phone"
13  today is used to describe something that wasn't
14  called a feature phone when such phones existed.
15       Q     Let's take today, for example.
16             If I asked you what the difference today
17  is between a smartphone and a feature phone, what
18  would you say?
19             MS. SIMPSON:  Objection to form.
20             MR. MULLEN:  That is a good objection.
21       Q     Today, what is the difference between a
22  smartphone and a feature phone, if any?
23             MS. SIMPSON:  Objection to form.
24       A     So I believe if you ask a random person
25  on the street, I believe that person, when you say
```

Page 22

1    "What's a smartphone," would specifically say, "Oh,

2    it's an iPhone, right, or it's a Samsung Galaxy," so

3    that kind of will describe what smartphone is.

4              Many people would say, if they're shown,

5    you know, an old BlackBerry phone with a keyboard,

6    that it's a smartphone, but I think a lot of other

7    people would say that it's not.

8              So I don't really know what the good

9    answer is, I'm sorry.

10        Q    Well, I'm just asking you for your best

11   testimony, not necessarily what other people would

12   say.

13             What do you think, today, is the

14   difference, if any, between a smartphone and a

15   feature phone?

16        A    And I have to go back to what I said a

17   couple minutes ago.  I looked up the Wikipedia pages

18   because I was confused and I didn't have a clear

19   definition, and I still don't have a clear

20   definition.

21        Q    Have you reviewed any deposition

22   transcripts other than your own in this case?

23        A    No.

24        Q    Have you reviewed any of the trial

25   transcripts from the previous trial?

Page 23

```
 1        A      No.

 2        Q      Did you review any expert reports from

 3   this case?

 4        A      No.

 5        Q      And other than lawyers, have you talked

 6   to anybody about your deposition?

 7        A      Only in extremely general terms, like

 8   mentioning that I was here, mentioning how many hours

 9   it took, and tell people, such as my wife, that it

10   was in relation to the Oracle versus Google trial.  I

11   have not discussed any details of the deposition with

12   anyone.

13        Q      Have you ever spoken with any of the

14   expert witnesses retained by Oracle in this case?

15        A      And just to clarify, these are the names

16   that were culled out in this -- no.

17        Q      No.

18               I'll ask you, actually, the names.  I'll

19   name the expert witnesses that Oracle has retained in

20   this case and you can tell me if you have ever spoken

21   with them.

22               Adam Jaffe?

23        A      No.

24        Q      Chris Kemerer?

25        A      No.
```

Page 24

1      Q      James Malackowski?

2      A      No.

3      Q      Gwen Murray?

4      A      I recognize the name, but I -- I may be

5   wrong -- I don't think I spoke to her.

6             I'm sorry, where was she employed?  Who

7   did she work for?

8      Q      I don't know the answer to that offhand,

9   I apologize.

10     A      Maybe I know someone else with the same

11   name.

12            I don't think I ever spoke to anyone

13   with that name who was an expert witness in this

14   case.

15     Q      Have you ever spoken with Douglas

16   Schmidt?

17     A      No.

18     Q      Oliver Toubia?

19     A      No.

20     Q      Robert Zeidman?

21     A      No.

22     Q      Other than the three or four documents

23   that you mentioned you reviewed yesterday in

24   preparation for your deposition, have you reviewed

25   any documents specifically for this litigation?

Page 25

1       A       Beyond my -- the transcript from my old

2   deposition and the exhibits that -- that you brought

3   up with me then, no.

4       Q       Have you prepared any summary or

5   demonstrative of any opinions you might have in this

6   case?

7       A       No.

8       Q       Have you prepared any summary or

9   demonstrative or analysis of any kind in connection

10  with this case?

11      A       No.

12      Q       Do you expect to do so between now and

13  the time of trial?

14      A       No one has asked me for anything yet, so

15  no.

16      Q       Do you expect to testify at trial?

17      A       I don't know.  I think there is a fair

18  chance I will be asked to, but I don't know.

19      Q       Have you discussed that with anybody

20  other than your attorneys?

21      A       Well, my wife.

22      Q       Anybody else?

23      A       I may have mentioned it to my kids.

24  Beyond that, no.

25              Actually, that's not correct.  I told my

1  direct manager, for example, that I may have to

2  testify at trial, so people that I work with for whom

3  this matter, for planning purposes, like you can't

4  necessarily plan for me to do other work during this

5  period of time, I told that I may be at the trial,

6  and there may be a few more people in that group.

7       Q       Let's hand you a document that has been

8  already marked in a previous deposition as 1585.   I

9  apologize, I don't have a copy with the sticker.

10      A       So this is the document that I mentioned

11  that I was sent about a week ago.

12      Q       Was that the first time you had ever

13  seen that document?

14      A       Yes, I believe so.

15      Q       So you didn't have any input on the

16  content of the document, correct?

17      A       Not that I'm aware.

18      Q       Okay.

19              If you could turn to page four, and do

20  you see there your name listed with several bullet

21  points in the paragraph of text beneath it?

22      A       Yes.

23      Q       And do you understand that those are the

24  topics, generally, on which you have been disclosed

25  as somebody who might have expert testimony?

Page 29

1       Q       Do you know approximately when Android

2   was announced, Mr. Stahl?

3       A       Approximately, I believe it was in 2006.

4   Could be '7, I may be wrong.

5       Q       And prior to the introduction of

6   Android, you weren't an employee of Sun Microsystems,

7   correct?

8       A       I was never an employee of Sun

9   Microsystems.

10      Q       Nor were you an employee of Oracle prior

11  to the introduction of Android, correct?

12      A       If my dating of the introduction of

13  Android is correct, I became an employee at Oracle

14  with the acquisition of BEA Systems, which was in

15  2007.  I believe that was after the introduction of

16  Android.

17      Q       So any knowledge you have regarding the

18  market for Java before the introduction of Android

19  would not be knowledge that you had gained within the

20  scope of your employment with either Sun or Oracle,

21  correct?

22              MS. SIMPSON:  Objection to form.

23      A       We're looking at the time frame up to

24  2007?

25      Q       I would like to look at the time frame

1    prior to the introduction of Android.

2         A      Correct.  Right.  So up until the time I

3    started working for Oracle, because of the

4    acquisition, I obviously had no insight as an

5    employee of Sun or Oracle.

6         Q      Any other opinions you have regarding

7    the market for Java before the introduction of

8    Android beyond what you said already today?

9         A      I'm sorry, I thought I gave a fairly

10   broad answer to a broad question.

11              I believed it was dominant in a number

12   of markets.

13        Q      What types of markets?

14        A      So phones were certainly one.

15   Enterprise servers was one.  That one was one I had a

16   lot of personal familiarity with as a development

17   environment for cross platform desktop applications,

18   as a development environment for advanced web

19   applications through what was called applets.  I was

20   also, at the time, generally familiar with the fact

21   that Java was present in a large number of other

22   markets, such as, you know, set-top boxes and other

23   media devices, embedded devices, and smart cards.

24   Most of that knowledge came from, you know, visiting

25   Java One and learning information from Sun's

Page 31

1    marketing and things.

2         Q      The familiarity and the knowledge you

3    just described in your previous answer, that came

4    simply from being, as you put it, a spectator in the

5    industry, correct?

6              MS. SIMPSON:  Objection to form.

7         A      And a user.

8         Q      But not as an employee of either Oracle

9    or Sun?

10        A      That's correct.

11        Q      The markets you described in your

12   previous answer, do you believe that any of those

13   markets have been harmed by the introduction of

14   Android?

15        A      Yes.

16        Q      Which of those markets are you referring

17   to specifically?

18        A      So certainly phones, but it extends far

19   beyond that.

20              Any market where there is a

21   consumer-type device, multi-media entertainment

22   dashboard or smart TV or some other type of device

23   with a programming environment, or even broader than

24   that, any type of device in an embedded context that

25   has a user interface.

1      Q      So maybe I should clarify my question.

2             Prior to the introduction of Android,

3  what markets was Sun licensing Java for?

4      A      Phones, set-top boxes, media players.  I

5  don't recall when Blu-ray players were introduced,

6  but certainly Blu-ray players.

7             I believe it was used -- I know it was

8  used in ATM machines, I know it was used in printers,

9  and there are several other areas.

10     Q      What other areas?

11     A      Many of them are mentioned later in this

12  document.

13            I don't know when the Kindle was

14  introduced, but E-readers for sure.  IP phones, this

15  is like the phone we have on this table today, I

16  believe runs Java.  Home gateways.

17     Q      What types -- strike that.

18            Prior to the introduction of Android,

19  who were Sun's competitors in the market for mobile

20  phones?

21     A      So it's interesting to talk about

22  competitors.

23            Sun licensed Java to a large number of

24  different players and Java was integrated into a

25  variety of mobile platforms and operating systems.

1   So Sun competitors would be companies that, for

2   whatever reason, either licensed a competing product

3   or choose to push an alternative technology.  I think

4   the main one would have been a Windows phone, I don't

5   actually know what that product was called then, but

6   Microsoft's smartphone -- sorry, actually, smartphone

7   stack is incorrect.  Microsoft phone stack, I think

8   it was called Windows CE, or something like that, and

9   I guess you could argue that iOS was a competing

10  technology, but it never competed with Java in the

11  market.  But beyond that, pretty much everyone was

12  using Android -- sorry -- was using Java.  They

13  licensed it from Sun and incorporated it into

14  their stacks.

15        Q     Why do you say that iOS never competed

16  with Java in the market?

17        A     Because iOS has never been licensed or

18  sold separately, it's always been only an integrated

19  part of Apple iPhone related products.

20        Q     Do you believe that introduction of iOS

21  and the rise of the iPhone harmed the market for

22  Java-based mobile phones?

23        A     Actually, I do not.

24              I believe that if we assume that Android

25  had never existed, the introduction of the iPhone

Page 75

1      A     No.

2      Q     Have you ever had responsibility for

3 Java sales?

4      A     I've never had responsibility for Java

5 sales.  I've had responsibility for Java's product

6 strategy.

7      Q     Have you ever had responsibility for

8 Java licensing?

9      A     Yes, that was part of my work

10 responsibility, but I have to qualify that.

11      Licensing is a very, very broad topic,

12 but certain things I was directly responsible for,

13 like the licensing text that we use to license, you

14 know, Java SE in the Enterprise context, so I kind of

15 own that document from an Oracle perspective for a

16 number of years.

17      Q     Other than the use of Java in an

18 Enterprise context, have you ever had responsibility

19 for Java licensing?

20      A     I'm sorry, you have to clarify.  Are we

21 talking commercial licensing of Java?

22      Q     Correct.

23      A     I was in the review and approval queue

24 for Java licensing deals.

25      Q     What types of licensing deals?

Page 76

1      A     So anytime Oracle closes a commercial

2   contract with a customer, there is -- typically,

3   there is a standard contract form that can be used

4   and there is standardized pricing that can be used

5   and there are certain things that a salesperson can

6   negotiate.

7            If, as frequently happens, if it's a

8   complex deal, there are certain terms that the

9   customer would like changed, maybe it's the timeline

10  of the deal, maybe they would like a discount because

11  of a very large volume buy or something similar, then

12  the contract would have to be modified, and those

13  modifications would have to be approved.  Who

14  approved them depends on the scope of the change.  In

15  some cases, I was the final approver for things like

16  this; in other cases, I was an intermediate approver

17  and it would have to go to a more senior executive

18  for final approval.

19     Q     Is it your opinion that Android has

20  harmed the market for Java in Internet of Things type

21  devices?

22     A     So Internet of Things is a very poorly

23  defined term.

24     Q     I'm just looking at what's --

25     A     Yeah, I know.

1          My title is Internet of Things, but even

2    so, I think it's a poorly defined term.

3          There are a lot of markets that fall

4    under the umbrella Internet of Things, and in the

5    parts of those markets where Android is a viable

6    technology it has significantly hurt Oracle's chances

7    of selling Java.

8      Q     And has Oracle ever actually lost a deal

9    in the market for the Internet of Things to Android?

10     A     Many times.

11     Q     And what are some examples?

12     A     Smart TVs is one example.  Java had a

13   strong presence in TVs, still does in some segments

14   of the TV and general media player space, but many of

15   those vendors have moved on to Android as a platform

16   instead.

17          Java had -- I don't know the exact size

18   of Java, but Java had presence in the multi-media

19   entertainment space, and, again, that is a space

20   which Android is extremely strong in today and it's

21   practically impossible to sell Java because of the

22   existence of Android.

23          That is just a few examples.  There are

24   more in the end of this document.

25     Q     So let me clarify.

1              Is it your understanding that the

2     Internet of Things includes products such as TVs and

3     cars and wearable devices?

4          A      That's what I'm saying.  It's a very

5     vaguely defined term, but I think yes.

6              If you use the term "Internet of Things"

7     the way it is being used by most people, including,

8     you know, media and the conferences, and so on and so

9     forth, it's an incredibly encompassing term that

10    covers a large set of consumer-facing devices as well

11    as devices that target more industrial, commercial

12    uses cases.

13         Q      And you don't -- so you see TVs,

14    wearables and cars as all part of the same market?

15             MS. SIMPSON:  Objection to form.

16         A      No, I think they're a large series of

17    related markets.

18         Q      Okay.

19             Is that different from the Internet of

20    Things or is Internet of Things more of an umbrella

21    term that covers them all?

22         A      Internet of Things is more of an

23    umbrella term that covers all of these.

24         Q      Is it your opinion that the processing

25    power of mobile phones and other small devices has

1   increased rapidly with the evolution of hardware for

2   those devices?

3          A       Yes.

4          Q       Do you believe -- is it your opinion

5   that Java has fragmented -- or, excuse me, Android

6   has fragmented Java?

7          A       Yes.

8          Q       What is the basis for that opinion?

9          A       I believe we discussed that in my last

10  deposition.

11              The general problem is that if you look

12  at Java and Android as a variant of Java, if you

13  will, Java-like, you cannot directly take the skills

14  and tools and so on that you have gained by working

15  on Java SE and then transferring them to Android, you

16  have to relearn certain things, and vice versa.

17  Android may be similar to Java, but if you start by

18  working on Android, you cannot immediately transfer

19  those skills and tools and so on and so forth and

20  start working on Java, you have to relearn certain

21  things.

22              And I actually believe that these

23  platforms have grown more apart over time because

24  when Android was first introduced, it was kind of

25  based on something that was a subset of Java SE5, and

1  Java is now up to Java 8, with significant

2  innovations and enhancements going into it.

3            So that was like a split in the

4  community when Android was introduced, and that

5  split, the rift, if you will, has deepened.

6            Now, some people still work on both

7  technologies and are able to do that, but there were

8  also people that worked exclusively on Java SE and

9  don't work on Android and vice versa.

10            The fact that this split occurred and

11  this rift in the market occurred, you may not be able

12  to use the exact same tools, certainly not the exact

13  same libraries, is, in my book, fragmentation.  I

14  think that hurt Java, I think it hurt Oracle, both

15  from a community and a commercial perspective, and I

16  think it hurt the community as an entity perspective.

17       Q      Have you done any analysis of any

18  commercial impact due to fragmentation of Java?

19       A      Analysis?  No.

20       Q      Is there another word you would use?

21       A      I'd say indications, if you will.

22       Q      And what are those indications?

23       A      So we have, over the years, a number of

24  times -- well, okay.

25            Let me give you an example.