# EXHIBIT DD

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,             )
                                       )
 6              Plaintiff,             )
                                       ) Case No.
 7        vs.                          ) CV 10-03561 WHA
                                       )
 8   GOOGLE, INC.,                     )
                                       )
 9              Defendant.             )
     _____)
10
11
12
13
14
15       VIDEOTAPED DEPOSITION OF TERRENCE BARR
16            San Francisco, California
17          Wednesday, December 9, 2015
18                   Volume I
19
20   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24
25   Job No. CS2194450
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 291

1  engaged with several automotive customers.
2          And at the time my impression was that
3  Android -- or that Google is not making a lot of
4  progress in the automotive space, but I believe
5  that's changed to some extent.
6  BY MR. MULLEN:
7     Q   Halfway down the email, you say, "It's
8  important to differentiate within automotive
9  systems," and then you list two things, the first
10 being the infotainment.
11         What is the infotainment system for a car?
12    A   Yes.  So in automotive systems, people
13 generally distinguish between the infotainment part
14 of the automotive system, which is typically user
15 visible functionality, and I list some of the
16 examples here.  So it's media playback, navigation,
17 sort of comfort functions.  That's what people
18 typically describe as infotainment.
19    Q   And what is the in-vehicle control and
20 telematics?
21    A   That is another -- a different domain in
22 automotive systems.  Those are typically -- that's
23 part of the in-vehicle telematics unit that -- or
24 telematics system that is not visible to the user
25 that handles in-vehicle components and systems, such

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 292

1  as brakes, stability control, monitoring of
2  components, and so on.
3         Q    Does Oracle compete with Google in the
4  market for technology related to in-vehicle control
5  and telematics?
6         A    In my experience, yes.
7         Q    In what ways?
8         A    So one concrete example is the ▆▆▆▆▆▆
9  Corporation.  So we have several projects -- Oracle
10 has several projects with them in different areas.
11             One of the projects that I worked on
12 directly is a connected car gateway, so it's part of
13 the telematics subsystem.
14             We delivered a solution based on Java ME
15 to ▆▆▆▆▆▆▆ but we were made aware that
16 ▆▆▆▆▆▆▆ also uses Android-based technology in
17 some of their telematics systems.  And so that
18 created a competitive situation.
19        Q    Is it fair to say that your conclusion in
20 this email that Android by design would focus on
21 number one, is it fair to say that conclusion was
22 incorrect?
23             MS. LEWIS-GRUSS:  Object to the form.
24             THE WITNESS:  At the time when I wrote
25 this, that was my impression.  Since then, yes, I

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 293

1  believe that is incorrect.  Android -- we are seeing
2  Android competition in number two as well.
3          MR. MULLEN:  You can put that exhibit
4  aside.
5          MS. LEWIS-GRUSS:  While you're going
6  through your documents, I just wanted to state on
7  the record that per the parties' practice and their
8  agreement, we ask that this entire transcript be
9  marked highly confidential and attorneys' eyes only.
10 Additionally, we request that the witness have 30
11 days to review and sign his transcript.
12         Do you have any disagreement to that?
13         MR. MULLEN:  No.
14         MS. LEWIS-GRUSS:  Thank you.
15         THE WITNESS:  Sorry.  What's the time?
16 How long has the last session been?
17         MS. LEWIS-GRUSS:  The time is now
18 7:18 p.m., so I think we have about 30 minutes left
19 on the tape.
20         MR. MULLEN:  We can take a break now.
21         MS. LEWIS-GRUSS:  Do you want to take a
22 break?
23         THE WITNESS:  Yeah.
24         MR. MULLEN:  That's fine.
25         THE VIDEO OPERATOR:  We're off the record

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 294

1  at 7:18 p.m.
2           (Recess, 7:18 p.m. - 7:33 p.m.)
3           THE VIDEO OPERATOR:  We're back on the
4  record at 7:33 p.m.
5           MR. MULLEN:  Mark Exhibit 1384.
6           (Exhibit 1384 was marked for
7       identification and is attached hereto.)
8  BY MR. MULLEN:
9       Q   Do you recognize Exhibit 1384 as an email
10 you wrote on July 18, 2008, Mr. Barr?
11      A   Yes.
12      Q   And in the email, you are discussing an
13 OSIM conference in Berlin.  What is the OSIM
14 conference?
15      A   If I remember correctly, it's open source
16 and mobile conference.
17      Q   And were you giving a discussion on
18 Java ME?
19      A   Let me just quickly scan.
20          Okay.  Yes.  Say again.
21      Q   Were you doing a discussion on Java ME?
22      A   I believe I had a 30-minute high-level
23 technical talk.  I don't remember exactly what the
24 topic was.
25      Q   The -- you say here, "I'm not sure it's

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 321

1       I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12      Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [x] was [ ] was not requested.
16      I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21
22 Dated: _____
23
24                              *Carla Soares*
25                           CARLA SOARES
                             CSR No. 5908