# EXHIBIT EE

## (VIDEO FILE – LODGED WITH COURT)