# EXHIBIT GG

# The Evidence:
## "Android Using Harmony Code is Illegal"



TX 5046

52