# EXHIBIT LL

| | |
|---|---|
| **From:** | Scott Stillabower |
| **To:** | Jim Lipkis; David Hofert |
| **Sent:** | 2/7/2012 9:38:29 PM |
| **Subject:** | Re: QUICK TURN: IMPT: Do we have feature requests for ME7? |
| **Attachments:** | Untitled attachment 116468.htm |

The list of technical asks previously proposed seems like one that can be submitted if you are looking at specific needs. There are multiple opportunities though, which require different things. One is around deeply embedded opps which require small footprint Java and one is for consumer devices where we are fighting against platforms that compete with our aging OJWC and CLDC/MIDP solutions.

1) Bare Metal/M2M/Sensors - A lot of opportunities today stem from getting Java closer to the chip. This is consistent with the opportunities and interactions we are seeing with all of the chip companies as well as within the verticals. Here we need a binary model, with support for specific chip/os combinations (Arm/Kiel OS, threadx, PPC, etc) as well as communication protocols like Zigbee/Bluetooth and database integration with BDB/Mobile Sync. This will enable us to take advantage of the sensor explosion that is coming and leverage Java development into the huge volume expected there. Deeply embedded devices will be collecting data from sensors and performing some localized analytics, storage, computational analysis before sending it to the cloud or data center. This use case Oracle understands inherently.

2) Consumer Devices -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000062898

SE8/CDC may not address all of the embedded Java opps in consumer devices when it is released even though it might scale down to smaller footprint. User Interface needs and API needs for the next generation consumer devices may require something that scales down smaller than what is being proposed in SE 8/Jigsaw. We are not seeing many new opportunities here today because we lack a suitable binary, downloadable solution for the current class of consumer devices. Refreshing the platform and providing a binary model may work here to some extent as far as leads but still would not be competitive with other solutions on the market.

Some current customer/prospect conversations that bear out the above scenarios include (but not limited to):



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
--

Oracle
<http://www.oracle.com/>
Scott Stillabower |
Director, Americas Java
Sales Consulting
Oracle Java Group |
Alliances and Channels
World Exchange Plaza,
Suite 400 | 45 O'Connor
Street,Ottawa, Ontario |
K1P 1A4
Phone: +16132163086 |
Cell:+16133029693
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000062900