# EXHIBIT MM

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

    _____

5                                )

    ORACLE AMERICA, INC.,         )

6                                )

              Plaintiff,          )

7                                )

        vs.                      )Case No.:

8                                )3:10-cv-03561-WHA

    GOOGLE, INC.,                 )

9                                )

              Defendant.          )

10  _____)

11

12

13

14     VIDEOTAPED DEPOSITION OF DONALD SMITH

15          San Francisco, California

16         Wednesday, April 6, 2016

17                Volume 1

18

19    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20

21

22

23  Reported by:

    RACHEL FERRIER, CSR No. 6948

24  Job No. 2279510

25  PAGES 1 - 103

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 38

1    BY MR. MULLEN:

2        Q   Was the SavaJe phone -- well, strike that.

3            Did SavaJe actually have a product on the market

4    for sale?

5            MS. LEWIS-GRUSS:  Objection.

6            THE WITNESS:  I think so, yeah.

7    BY MR. MULLEN:

8        Q   Okay.  Do you remember what the phone was called?

9        A   You mean the model number?  So I know -- so I

10   know the branding was -- his name -- there's a guy on

11   our team, Jasper, and -- but I couldn't tell you the

12   model number or whatever.

13       Q   Okay.   Was the Jasper phone a success?

14           MS. LEWIS-GRUSS:  Objection.

15           THE WITNESS:  Well, define "success."  I mean,

16   Sun eventually bought them with the intent to, you know,

17   license, you know, what the -- the -- the technology and

18   the -- the people behind it, so depends on your

19   perspective, but I -- I would call that part a success

20   at least.

21   BY MR. MULLEN:

22       Q   Was the Jasper phone ever successful in the

23   consumer market for mobile phones?

24           MS. LEWIS-GRUSS:  Objection.

25           THE WITNESS:  So I'm not sure, actually.  I

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 39

1    couldn't tell you how many units were sold.

2    BY MR. MULLEN:

3       Q   Other than the two examples of SavaJe and Nokia,

4    did Sun ever license Java SE for use in a mobile phone?

5          MS. LEWIS-GRUSS:  Objection.

6          THE WITNESS:  Sorry, did -- I missed the very

7    last -- did Sun ever license?

8    BY MR. MULLEN:

9       Q   Java SE for use in a mobile phone?

10         MS. LEWIS-GRUSS:  Same objection.

11         THE WITNESS:  Those are -- those are the two

12   examples I'm familiar with.  I'm not aware of any

13   others.  There may be some, but.

14   BY MR. MULLEN:

15      Q   Okay.  Would you tell me what opinions, if any,

16   you have on the market for Java in the Internet of

17   Things?

18      A   Yeah.  So the first thing -- we need to talk

19   about those.  What we mean by "the Internet of Things,"

20   right?  You know, just because that -- that is a --

21   that's a term that has a lot of meaning, right?

22         And so, you know, we'll talk about things like

23   the impact on home gateways; that there are companies

24   that are establishing home routers with the ability to

25   kind of broker messaging from edge-device-type things,

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 40

1    whether it be an appliance or a wearable or something

2    like that, through to those actual edge-device-type

3    things.

4         Yeah, so -- so we will talk about that and how,

5    you know, basically our strategy over the last couple

6    years has had to pivot to be one that's more server-side

7    and cloud-oriented just because of how much resistance

8    we are getting to try to license Java in -- in these

9    spaces because of the presence of Android.

10   Q    Okay.  Has Oracle successfully licensed Java for

11   use in an Internet of Things-type device?

12        MS. LEWIS-GRUSS:  Objection.

13        THE WITNESS:  I'm -- yes, I'm sure we have some

14   examples.

15   BY MR. MULLEN:

16   Q    And what are such examples?

17   A    Let's see.  I'm trying to think of the name.

18   There's a deal not that long ago that I helped.  It was

19   on a -- it was on one of the router-type things, the

20   home gateway -- sorry, I've got to use the correct

21   marketing terminology, a home gateway, but I'll be

22   darned if I can remember the name of the company.

23   Q    Any other examples that you are aware of?

24   A    Off the top of my head, no.  I know there's a --

25   you know, there's a bunch that we have sent along --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 41

1   further along here, right?  So, you know -- well --
2   well, sorry, that jumps into wearables.  See, there's --
3   there's another thing -- you talk about Internet of
4   Things, but we could -- Internet of Things, you could --
5   is wearable and Internet of thing, right?  So we
6   could -- we could include -- we could include examples
7   like that as well.
8       Q    Okay.  Setting aside wearables, are you aware of
9   any licenses for Java that Oracle has in the Internet of
10  Things space?
11      A    So -- yeah, so our strategy is to work with
12  partners who -- who will bring those types of products
13  to -- to market.
14          I'm just trying to see if the name of the company
15  I was thinking of was -- was there.  I don't see it.
16  No.
17          Yeah, so -- yeah, so one example is ████████where
18  they were looking to license a -- Java for an
19  air-conditioner, and then there was -- oh, actually,
20  ███████████████████is a good example
21  because I was -- they were somebody that we worked with
22  for a couple of years, actually, so we had a
23  longstanding relationship where they even keynoted a
24  Java 1 one year.
25          ████████is a company that builds -- they build

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 42

1  chips, basically, but they don't just build simple

2  processor-type chips, they build chips that do the

3  processor and some other added logic.

4      And we were working with them to -- they were

5  building circuit boards that they would then sell to,

6  say, an appliance company, like somebody that actually

7  built fridges and stoves, and they would use the

8  Freescale system-on-chips in their appliances.

9      And so as I understand it from -- from the sales

10  team and from the business development folks who were

11  working with ██████████ they just -- they eventually

12  went quiet, and one of the sales folks had a

13  presentation from ██████████ where they were going all in

14  on Android, and so that's -- that, to me, is -- is an

15  example that I was involved with, you know, from a --

16  from a few different angles within Oracle.

17  Q   Is it your opinion --

18      THE WITNESS:  Sorry.

19      I was just curious --

20      MS. LEWIS-GRUSS:  I was asking for a time check.

21      THE WITNESS:  No, no.  Yeah, I was just curious

22  about the time, but I'm happy to keep going if --

23      MS. LEWIS-GRUSS:  It's -- it's approximately

24  11:00.

25      MR. MULLEN:  Yeah, we -- we have been going about

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 43

1    an hour.  We can take a quick break.

2           THE WITNESS:  I don't mind either way, so you

3    tell me.

4           MS. LEWIS-GRUSS:  Well, let's take a quick break.

5           THE WITNESS:  Okay.

6           MR. MULLEN:  Yeah.

7           THE VIDEOGRAPHER:  Going off the record, the time

8    is 11:00.

9           (Recess taken.)

10          THE VIDEOGRAPHER:  Back on the record, the time

11   is 11:14 a.m.

12          MR. MULLEN:  Welcome back, Mr. Smith.

13     Q    Is it your opinion that Android has harmed the

14   market for Java in mobile phones?

15     A    Yes.

16     Q    And what are the bases for that opinion?

17     A    That the -- the phone manufacturers that have

18   been licensing Java ME for, you know, a long period of

19   time were moving to Android.

20     Q    Any other bases?

21     A    Sorry, the question was specific to?

22     Q    Mobile phones.

23     A    Yeah, to mobile phones.  Yeah.

24          Sorry, the question again?

25     Q    Yeah.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 70

1      A    So, like, older in terms of, like, an older

2   model, yeah.

3      Q    So ██████is using Java on less advanced and

4   cheaper phones; correct?

5          MS. LEWIS-GRUSS:  Objection.

6          THE WITNESS:  Yeah.

7          MR. MULLEN:  Yeah.

8      Q    And ██████uses Android for the more modern and

9   advanced phones; correct?

10         MS. LEWIS-GRUSS:  Objection.

11         THE WITNESS:  Yeah, so, again, it's, like,

12  depending on what you mean by more -- "more modern,"

13  but, yeah, so ██████is -- is -- yeah, I mean,

14  basically this -- this is their -- this is their

15  wind-down.  It's another way to put it.  Like, that's

16  the way sales puts it, right?  It's basically a

17  wind-down.  So it's a product that they -- that they had

18  that they still have some residual market for, and so

19  they are just continuing with that.

20  BY MR. MULLEN:

21     Q    So, again, on its newer and more modern phones,

22  ██████uses Android; correct?

23     A    Yeah.  They have been using Android for many

24  years on many phones, yes.

25     Q    Okay.  And are you aware of -- well, strike that.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 71

1       Is it your opinion that Android has harmed the

2   market for Java in wearables?

3       A    Yeah, so, you know, depending on what we mean by

4   "wearables," so I know ██████████ -- well, so, again,

5   sorry, I have to disclaim is -- is that ███ is one of

6   these companies with which we have many different

7   products and many different lines of business, but I

8   know that their -- that their healthcare business was

9   looking at licensing for some medical devices, which

10  they classified as a wearable, and so -- so they were

11  looking at using Java in that space, but they have ended

12  up using Android.

13      Q    Okay.  Do you know why ██████████ ended up

14  using Android instead of Java?

15      A    Yeah, for cost.

16      Q    And what -- what is the basis for that?

17      A    The basis for that is that every conversation I

18  have ever seen to or from ███ is about cost.

19      Q    Okay.  Other than ██████████ are you aware of

20  any other instance in which Android has harmed the

21  market for Java in wearables?

22      A    So, yeah.  So, I mean, I would -- I would have

23  hoped to see Java on, say, watches at this point.  You

24  know, there's a resurgence in watches as a -- not only a

25  fashion statement, but because of Moore's law, you can

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 72

1   get some pretty advanced technology into a watch these

2   days.  Unfortunately, it's -- you know, it's a -- it's

3   an example of a market where we can't even get started

4   because Android is just all over it first.  And this is

5   one of these niche-creation-type things that, you know,

6   from a -- from a business or product management

7   perspective, it's frustrating to try to overcome -- to

8   try to get yourself into a niche when Android is there

9   and established instantly.

10      Q   Has Oracle made any effort to license Java in the

11  market for wearables other than █████████████████

12      A   So, yeah, I'm sure there's -- I'm sure there's

13  other -- other examples here.  Again, you know,

14  wearables is one of those things where there's -- you

15  know, there's a few different things we could -- we

16  could include.

17          And I think -- I can't remember if we had -- I

18  was going to say, I think we had talked about LG in my

19  last deposition, but I think ███ and the context there

20  was more in automotive, not -- not wearables.

21      Q   So other than ██████████████ are you aware of any

22  deals in the wearable market that you believe Oracle has

23  lost due to Android?

24      A   Yeah, I mean, just based on conversations with

25  sales.  And, you know, in particular, again, it's like

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 73

1    if you look at -- so -- so, you know, when we say

2    "wearables," what a lot of people are thinking of is

3    watches, right?  I think of it a little more broadly

4    and -- you know, when I'm looking at the wearables

5    market, but most people are talking about watches, and,

6    again, it's like -- it's a case where the peop- -- the

7    companies that would want to -- that would want to

8    license Java for a watch are just going to use Android

9    because it's available and it's free.

10        But then the other part of it is, because Android

11   is so established, like -- the fact is that the

12   wearables market largely relies on having a mobile

13   device associated with it, and so Android is attractive

14   on wearables because of its dominance on mobile phones

15   as well, so it's -- it's really difficult to break into

16   these new -- new markets.  You can't even have the

17   conversation with -- with the companies that are making

18   this stuff because they are already going in on Android.

19   Q    And are you aware of any specific business

20   opportunities that Oracle has lost due to Android in the

21   market for automotive?

22   A    Just through conversations with sales.  Like I --

23   I know that there are -- that there are examples.  When

24   it -- when it comes to automotive, my -- my personal

25   involvement is with a company called ███████ but --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 74

1    but I know through sales, they -- especially in APAC,

2    they have examples of -- of customers that are -- that

3    have gone Android in the infotainment units.

4        Q   But -- but I'm asking you:  Are you aware of any

5    business opportunity that Oracle has lost due to Android

6    in the market for automotive?

7        A   Yeah, so I'm aware based on my conversation with

8    sales.

9        Q   And -- and what are those business opportunities?

10       A   Yeah, so -- so one example is the -- with ████

11       Q   Okay.

12       A   Yeah.

13       Q   And what was the opportunity with ████

14       A   So I don't have the specifics of the -- it's just

15   the conversation with sales.

16       Q   Okay.  Is there anything further you can tell me

17   about the deal with ████

18       A   No.

19       Q   Anybody else besides ████ that you believe

20   Oracle has lost a deal to -- excuse me.  Strike that.

21           Is there anybody else besides Honda for which

22   Oracle has lost a deal due to Android in the automotive

23   market?

24       A   So it's -- yeah, I'm not aware of a specific

25   example.  I know there are examples, and I know I've

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 75

1    given you ███████ I know sales has -- has a few

2    different examples.

3            What I'm -- you know, what I'm more worried about

4    and what I'm dealing with is, we are working with a

5    partner, ████████ who is trying to get into -- they

6    are trying to get -- they are trying to bring Java to

7    their -- Oracle Java to their customers, and I'm worried

8    that it's -- it's a lot of effort that we are going

9    through with them for nothing because those automakers

10   are just going to eventually be going all in on Android,

11   and the reason I think that is just based on what I see

12   in the press with all of the different -- all of the

13   different companies that are, you know, apparently going

14   to license Java through ████████ working on various

15   initiatives with Google and Android.

16   Q   What Java product does Oracle license in the

17   automotive industry?

18   A   So it -- it would vary, so the -- in the

19   ████████ example, we actually -- we license source code

20   to -- to ████████ They build the TCK-compliant,

21   compatible implementation of Java, which we will then

22   sell binary licenses to the automakers, so ████████

23   is -- is one company that they feel confident they are

24   going to get. ██████████████████ And

25   those companies are going -- going to be using Java for

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 76

1    their infotainment systems.

2        Q   So I want to understand.

3            Is it Java SE or Java ME?

4        A   Oh, it's Java SE Embedded.

5        Q   Java SE Embedded.  Okay.

6            And what's the difference, if any, between

7    Java SE Embedded and Java SE?

8        A   Yeah, so they're -- it's the same -- it's the

9    same specification, so, like, it's not a separate

10   specification, but Java SE Embedded allows you to create

11   what we call "compact profiles," which allows an

12   application developer, who may only need a limited set

13   of functionality, to use one of the compact profiles

14   with the application, and that allows the -- them to use

15   a less memory, basically.

16       Q   Does Java SE Embedded have the same APIs as

17   Java SE?

18       A   Yeah, if you are an application developer, it's

19   exactly the same.

20       Q   Okay.  And what product does -- what Java product

21   does Oracle license or try to license in the wearables

22   market?

23       A   In the wearables market, I -- so if we -- if we

24   could -- right?  Again, because of the reasons I

25   mentioned before, it's -- if we are talking about, say,

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 77

1  watches, for example -- I don't know where processing

2  power is there.  I don't know if they would want to go

3  with ME or SE, but they could choose either.  Like it

4  would be --

5       Q   What was the --

6       A   -- it would be an either/or.

7       Q   -- what was the product that Oracle was trying to

8  license to GE Healthcare?

9       A   ██████████████████   I'm -- actually, I'm not sure

10  if that was SE Embedded or if it was ME.  I think it was

11  SE Embedded, but I would have to check with the sales

12  team.

13      Q   Is it your opinion that Android has harmed the

14  market for Java in televisions?

15      A   Yeah, absolutely.

16      Q   And what is the basis for that opinion?

17      A   Well, so, you know, again -- and I think we

18  talked about this in my last deposition, which is that

19  the Blu-ray player market is Java-based.  It's --

20  there's a specification for the -- for Blu-ray that

21  mandates that it be Java.  And so it seems like all

22  the -- all the companies that were making Blu-ray

23  players were also the same companies that were making

24  televisions, and it seemed like it would be a natural

25  pivot for those manufacturers who were comfortable using

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 78

1   Java and had been building Blu-ray-based

2   set-top-box-type applications for their Blu-ray players

3   to then pivot into smart television.  And -- but,

4   unfortunately, Android came along and they saw it as

5   a -- as an opportunity to effectively get the same for

6   free.

7       Q    Did -- or strike that.

8            Has Oracle ever licensed Java for use in a smart

9   TV?

10      A    Yes.

11           So there's the -- the Ginga -- the Ginga-J

12  standard in Brazil, and so that -- you know, that's a

13  smart TV.  I know -- I know there's other examples

14  through sales where they have been trying to -- to get

15  deals on those, but I -- I'm not sure how far they got.

16      Q    And other -- other than what you have just

17  testified to, is there any basis for the -- your opinion

18  that Android has harmed the market for Java in

19  televisions?

20      A    Yeah, for the -- for the reasons I just

21  described, yeah.

22      Q    Has Android harmed the market for Java in Blu-ray

23  players?

24      A    It has not because the definition of a Blu-Ray

25  player is that it run Java.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 79

1    Q   Has Android harmed the market for Java in media

2    players?

3    A   Sorry, can I double back on that?  There was just

4    one clarification I wanted to make.

5    Q   Sure.

6    A   Is that -- so I was literally taking you to mean

7    the Blu-ray player itself, so basically, you know, the

8    reading -- the reading of the disc and the playing of

9    the content, but there are cases where the -- these

10   companies would look at adding extra functionality.

11   Like, if you buy a Blu-Ray player today, it often does a

12   lot more than just a Blu-Ray player, and so even though

13   they need Java to run the Blu-ray part of it, they may

14   look at other -- other things like Android to run the

15   other -- other functionality.

16   Q   But --

17   A   Sorry, your --

18   Q   -- has that actually happened?  Are you aware of

19   that actually happening?

20   A   So I -- I -- I know -- I've talked to sales about

21   situations like that, but I don't have a specific

22   example off my head.

23   Q   Are you aware -- or strike that.

24       Has Android harmed the market for Java in media

25   players, slash, set-top boxes?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 80

1     A    Yes.

2          And, again, this is the kind of thing where,

3     based on our experiences in Brazil, with Ginga-J, we

4     could have easily leveraged that into other -- other

5     markets, but they have been turning to Android.

6     Q    Okay.  And what is the basis for your opinion

7     that Android has harmed Java in the market for media

8     players, slash, set-top boxes?

9     A    So exactly as I had just described.  It's the

10    fact that we have this -- have this business that should

11    have easily pivoted into these other -- with these other

12    customers in other markets, but because of the emergence

13    of Android as a free alternative, we were unable to do

14    so.

15    Q    And are you aware of any media player,

16    set-top-box manufacturer actually choosing Android

17    instead of Java?

18    A    Me, personally, interacting with -- with a

19    set-top box manufacturer, no, but I know through sales

20    that -- that there are examples.

21    Q    Okay.  And what are those examples?

22    A    So I believe there's -- there is some here,

23    right?  ███████████████ is one.  I'm sure there's

24    others.  Yeah, well, there's a few others there.

25         MS. LEWIS-GRUSS:  Two things.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 81

1          One, for the record, consistent with the parties'

2     past practice, we are going to mark this transcript

3     "Highly Confidential - Attorneys' Eyes Only."

4          I also believe we have been going about two

5     hours.  I think it would be a good time to take a break

6     and we can figure out what our plan is to go forward.  I

7     mean, the parties have agreed to a two-hour deposition.

8     I understand you are still asking questions about this

9     Exhibit D.  We will not cut the deposition off before

10    you have gone through Exhibit D, but the witness does

11    have time constraints.

12         MR. MULLEN:  Got it.  Let's go off the record.

13         THE VIDEOGRAPHER:  Going off the record, the time

14    is 12:07 p.m.

15         (Recess taken.)

16         THE VIDEOGRAPHER:  Back on the record, the time

17    is 12:19 p.m.

18    BY MR. MULLEN:

19    Q   Mr. Smith, is it your opinion that Android has

20    harmed Java in the market for the Internet of Things?

21    A   Yes.

22    Q   And what product -- what Java product does Oracle

23    license in the Internet of Things market?

24    A   So, yeah, Internet of Things is -- is one of

25    those things that is incredibly broad, but it's also

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 82

1  something I think we talked about earlier, if I remember

2  correctly -- right? -- where, when we talk about the

3  Internet of Things, there's -- we could be talking about

4  edge devices.  We could be talking about the gateways

5  and routers, and I think we went through some examples

6  there, like -- so I know -- and I still can't recall the

7  name of the company, but I know recently we did a -- a

8  home gateway deal with a company.

9        And then in terms of edge devices, well, that

10 could be -- that could be a lot of different things.

11    Q   So -- but my question is:  What -- what specific

12 Java product?  Is it SE?  Is it ME?  Is it SE Embedded?

13    A   Oh.

14    Q   What does Oracle license in the Internet of

15 Things market?

16    A   Any -- any and all --

17    Q   Okay.

18    A   -- right?  So depending on the processing power

19 and underlying hardware requirements, it could be

20 Java ME.  It could be SE Embedded.  It could be SE.

21    Q   And are you aware -- or strike that.

22        What are -- who are Oracle's licensees for

23 Java SE in the Internet of Things market?

24    A   Yeah, so, again, you know, based on my

25 experience, it's one of these things where it depends

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 83

1   what you mean by "the Internet of Things," and I -- I

2   know we have the list here of products that -- that

3   we've sold.  This comes from the sales team, so there's,

4   you know, lots of examples here in this -- in this

5   exhibit, and I gave you an example of one.

6       Q   But I'm asking about Java SE specifically.

7       A   Oh, sorry, Java -- okay.  Java SE specifically.

8   Got it.

9           So, yeah, so we have an example here of Java SE

10  on a gateway with GE.

11      Q   Are there any other examples that you are aware

12  of?

13      A   Well, yeah, so there's -- there's lots of

14  examples here, right?  There's the one from ████████

15      Q   Is that a Java SE deal?

16      A   Yes.

17      Q   Okay.  And what is the device on which Java SE

18  would be running?

19      A   It's a gateway.

20      Q   And is that the full Java SE specification?

21      A   I believe that is a -- yeah, it's the Java SE.

22      Q   Okay.  With all of the APIs?

23      A   Yeah, it's the full Java SE.

24      Q   Okay.  And other than ████████████ are you aware

25  of any other licenses that Oracle has for Java SE in the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 84

1    Internet of Things market?

2        A    Well, so there's the example there for ██████████

3        Q    Okay.  Any others?

4        A    Well, there's the ████████████████████

5        Q    Any others?

6        A    I -- I would have to ask sales if -- if there was

7    any other specific -- I would have to look through the

8    agreements, basically, to see what we have licensed out

9    there.

10       Q    And do you have personal knowledge of any of

11   those deals that you just mentioned for ████████████

12   ████████████████

13            MS. LEWIS-GRUSS:  Objection.

14            THE WITNESS:  Yeah, so -- well, I -- I had

15   knowledge of the one whose company -- the company name I

16   can't remember.  It's a fairly new company.

17   ████████ yeah, so I -- I was involved in the ███ deal

18   at some point.  That was based on, again, e-mail --

19   e-mail conversations and approvals with sales team where

20   ████ had kind of specific questions about certain topics.

21   BY MR. MULLEN:

22       Q    And what about for ████████████████████████

23   ████████████ do you have any personal knowledge of those

24   deals?

25       A    So --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 85

1        MS. LEWIS-GRUSS:  Objection.

2        THE WITNESS:  So I have to admit I -- I can't

3    recall being involved in something related to ████

4    but ████ is an example of a company for which we have

5    lots of different fronts, and I'm -- I'm frequently

6    doing something for somebody related to ████

7    BY MR. MULLEN:

8        Q   But do you have knowledge of this Internet of

9    Things deal for Java SE as it relates to ████

10       A   Yeah, so I do -- I do remember the -- the -- the

11   gateway and that they were licensing Java SE for

12   gateway, but I would have to go and look for -- I would

13   have go look at the agreement for specifics or talk to

14   the sales team.

15       Q   And what is the basis for your opinion that

16   Android has harmed Java in the market for Internet of

17   Things devices?

18       A   So, again, it's -- it's a case of -- well,

19   there's two parts, right?  One is, depends what we mean

20   by "the Internet of Things," but No. 2, it is that, you

21   know, this -- the Internet of Things is -- is a

22   relatively new thing, right?  It's basically the fact

23   that, thanks to Moore's law, we are able to run

24   applications on things like light switches, thermostats,

25   on, you know, all these different types of edge devices,

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 86

1   and so we would expect to see Java SE as -- as a -- as a

2   choice there, but what's happening is there's a lot of

3   Android already there because people believe that that

4   is already Java.

5      Q   And is there any other basis for your opinion

6   besides what you just mentioned?

7      A   Yeah.  Just based on my experiences with the

8   customers, with the sales, with trade shows, stuff like

9   that, yeah.

10      Q   And do you have any basis to believe that Oracle

11   has actually lost business because of Android in the

12   market for Internet of Things?

13         MS. LEWIS-GRUSS:  Objection.

14         THE WITNESS:  Yes.

15  BY MR. MULLEN:

16      Q   And what is that basis?

17      A   Well, the -- the basis is that Android is there,

18   right?  And so you see --

19      Q   But what --

20      A   -- you see Android in -- in all these Internet of

21   Things-marketed edge devices, and that could be Oracle's

22   market if Android wasn't there and people weren't

23   confused into thinking that it was Java.

24      Q  Sure.

25         But -- but  I'm trying to understand the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 87

1    difference between an actual deal that you lost and

2    something that could have materialized.

3         And for any of those deals, to --

4    A    Mm-hmm.

5    Q    -- to what basis, if any, do you have to believe

6    that Oracle would have obtained the deal but for

7    Android?

8    A    Right.  Well, we -- we have a lot of examples

9    from sales where the customer has said that they went

10   with Android instead.

11        But -- but to your second point, you know, it's

12   the fact -- more and more, I fear -- that we are not

13   even seeing the opportunity.  We are not even being

14   contacted because they have just gone with Android, and

15   that's -- that's what I worry about the most.

16   Q    Okay.  Can you -- as you sit here today, can you

17   think of any example where a specific customer has told

18   you that they are using Android instead of Java?

19        MS. LEWIS-GRUSS:  Objection.

20        THE WITNESS:  So, again, me, personally, from a

21   customer, no, but through -- through -- through the

22   sales, through forwarded e-mails, presentations, I see

23   lots of examples of that.

24   BY MR. MULLEN:

25   Q    And you mentioned that the Internet of Things is

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 88

1  a relatively new market; is that right?

2      A   Well, you know, again, a lot -- a lot of these

3  things are marketing terms.  It comes back to feature

4  phone versus smartphone, and so, like, you know, based

5  on my experiences in the industry, I know a lot of

6  people -- I know a lot of people who spend way too much

7  time debating whether something is an Internet of Thing

8  thing or something else, and so -- I mean, this all

9  started -- I don't know if you recall, but it started in

10  the M2M market, the machine-to-machine market, and that

11  was the branding that came out, but then that pivoted

12  and people started to latch on to this phrasing of

13  "Internet of Things."

14          But, I mean, basically, the Internet of Things is

15  a combination of edge devices, gateways, and some sort

16  of cloud-based service.

17      Q   Sure.

18          But so however you define the Internet of Things,

19  I think you mentioned that's a relatively new market; is

20  that accurate?

21      A   Well, so what I -- so what I meant was that the

22  term "Internet of Things" is relatively new.  Like,

23  that's maybe five or ten years at the most.  It started

24  off as M2M.

25          The concepts of edge devices, gateways, and --