# EXHIBIT NN

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5  ORACLE AMERICA, INC.,           )
                                    )
 6            Plaintiff,            )
                                    ) Case No.
 7       vs.                        ) CV 10-03561 WHA
                                    )
 8  GOOGLE, INC.,                   )
                                    )
 9            Defendant.            )
    _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF DAVID K. HOFERT
15             San Francisco, California
16            Tuesday, December 1, 2015
17                    Volume I
18
19   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
20
21
22  Reported by:
    CARLA SOARES
23  CSR No. 5908
24  Job No.  2193496
25  Pages 1 - 272
```

Veritext Legal Solutions

800-567-8658                                    973-410-4040

1    Q    Did Oracle move forward with the CDC 1.6
2    initiative?
3    A    I don't believe so.  I don't recall.
4    Q    Was there ever an update to the then nine
5    years old CDC specification after July of 2011 until
6    the present?
7    A    Yes, there were some updates on the road
8    to the newer Java ME 8 platform.
9    Q    Was there ever a full-scale new release of
10   CDC after July 2011?
11   A    There were new releases of Java ME, which
12   I believe incorporated CDC specifications as usual
13   on the road to this more unified product that we
14   have today.
15   Q    When you say the "more unified product
16   that we have today," are you referring to the
17   Java ME product?
18   A    Yes, and eventually the Java SE 9 product
19   next year.
20   Q    When did the Java ME product that you're
21   describing as more unified, when was that first
22   released?
23   A    I believe in 2013.
24   Q    Do you recall when in 2013?
25   A    My recollection is around the middle of

Page 173

1   the year, but I can't say for sure.
2        Q    All right.  So roughly two years after
3   this email was written, there was a unified version
4   of Java ME released?
5        A    At least at that point, yes.
6        Q    And what was that version of Java ME?
7   What was its name?
8        A    I think they called it OJWC 3.1, 3.2.
9   That's my recollection of what they called it.
10       Q    And at that point did Oracle do away with
11  the CDC and CLDC categories?
12       A    Those remained for legacy customers even
13  as they do today.  But for the ongoing development
14  activity, it was moving more towards this OJWC.
15       Q    When Oracle eventually releases Java SE 9
16  and unifies Java SE and ME, will the prior
17  iterations of Java ME and SE, CLDC, CDC, all of
18  those platforms, will they still be available for
19  legacy customers?
20       A    That's my understanding.
21       Q    You haven't heard any indication that
22  Oracle is planning to do away with them?
23       A    No.  We continue to support those.
24       Q    Okay.  Turning back to the document, the
25  next paragraph after the discussion of Ginga without

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 174

1    Java reads, "Regarding the threat to current revenue
2    streams: ▓▓▓▓▓▓▓▓▓▓ two of the largest
3    non-TV OEMs with a total of over 11 million revenue
4    in fiscal year '11, are both already moving to
5    Android in newer or high-end devices.  In both cases
6    we have an opportunity to protect and grow our CDC
7    revenue.  However, the lack of a modern product will
8    frustrate that effort and accelerate migration to
9    Android or other competitors."
10           Do you recall that in July of 2011 ▓▓▓▓
11   ▓▓▓▓▓▓ were moving to Android in newer or
12   high-end devices?
13       A   I do recall that that was on the table for
14   them, yes.
15       Q   And do you agree that in both cases Oracle
16   had an opportunity to protect and grow its CDC
17   revenue?
18       A   Yes, we did have an opportunity to protect
19   and grow.  Yes.
20       Q   And what happened with those business
21   opportunities?  Did ▓▓▓▓▓ move to Android and leave
22   Java?  Leave CDC?
23       A   No.  ▓▓▓▓▓▓ did adopt Android for their
24   newest platform, but they retained the use of Java
25   on their older platform.

1    Q    And is the same true with [redacted] they
2    moved to Android on a newer platform but retained
3    CDC on an older platform?
4    A    I don't know as clearly about [redacted]
5    Q    With respect to [redacted] did Oracle
6    actually grow its CDC revenue from Amazon in the
7    years following July of 2011?
8    A    I can't say for certain.
9    Q    Do you know one way or the other?
10   A    My understanding is that we have grown
11   some, but I don't know specifically.
12   Q    And what about in the case of [redacted]  Do
13   you know in the case of [redacted] whether Oracle was
14   able to grow its CDC revenue in the years following
15   July of 2011?
16   A    No, I do not know.
17        MS. SIMPSON:  Can we go off the record for
18   one second?
19        MR. PURCELL:  Sure.
20        THE VIDEO OPERATOR:  Off the record at
21   1:47 p.m.
22        (Recess, 1:47 p.m. - 2:00 p.m.)
23        (Exhibit 1333 was marked for
24      identification and is attached hereto.)
25        THE VIDEO OPERATOR:  This is the beginning

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 204

```
 1   BY MR. PURCELL:
 2       Q   Mr. Hofert, this looks like an early
 3   draft, but it's titled "Oracle Request for Java
 4   Engineering Services," and it's dated March 6th,
 5   2012.
 6           Do you see that?
 7       A   I do see that.
 8       Q   And then if you look at the very last
 9   page -- sorry, one more.
10       A   Okay.
11       Q   -- you're listed as the necessary approver
12   for the sales organization.
13       A   That's correct.
14       Q   Have you seen this document before?
15       A   I believe that I have.
16       Q   You may have seen additional versions of
17   this.  I don't know.  Let me just ask you about it.
18           The "Introduction" field on the first page
19   says that "The M2M device space is growing faster
20   than all mobile segments and will represent more
21   than 50 percent of all connected devices by 2020."
22           Do you see that?
23       A   I do see that.
24       Q   Just for the record, what does M2M refer
25   to?
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 205

1       A    Machine-to-machine.
2       Q    And what does that mean?  What types of
3   device are included within the machine-to-machine
4   category?
5       A    It's very broad, but it refers to
6   lower-level systems such as those that have
7   eventually evolved into the Internet of Things
8   activity where there's automated control systems
9   running.  So there's communication between smaller
10  devices in a sort of automated way.
11      Q    So not under the control of a user, but
12  just things that happen in an automated fashion,
13  communications between devices?
14      A    Yes.  If you can imagine a manufacturing
15  assembly line where the devices are coordinating
16  with each other to manufacture some equipment or
17  product or something.
18      Q    So the introduction goes on to say, "70
19  percent of these devices will use RF communication
20  protocols such as Bluetooth, Zigbee, Z-wave,
21  et cetera."
22           RF there stands for radio frequency?
23      A    Yes, that's correct.
24      Q    And then the final sentence of the
25  introduction says, "For Java to be relevant in the

Case 3:10-cv-03561-WHA   Document 1999-14   Filed 07/06/16   Page 9 of 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 206

1  M2M space we need to establish Java APIs for sharing
2  data over these transports across the entire range
3  of connected Oracle VMs."
4      Do you see that?
5  A   I do see that.
6  Q   Did Oracle ever accomplish that,
7  establishing Java APIs for sharing data over these
8  transports?
9  A   There is an existing Java API that does
10 handle Bluetooth communication support.
11 Q   And was it developed subsequent to March
12 of 2012 when this document was created?
13 A   I believe it existed at that time already.
14 Q   Subsequent to this document being created,
15 were there any new Java APIs established for sharing
16 data in the M2M space?
17 A   I'm not sure.  I can't say.
18 Q   Down a little bit farther in the "Scope"
19 field, there's a number of numbered paragraphs,
20 still on the first page.
21 A   Okay.  "Scope."  Got it.
22 Q   Paragraph 2 says, "Where possible make
23 these Java APIs consistent with Java ME
24 implementations for app portability, possibly by
25 leveraging GCF and JSR 197."

Veritext Legal Solutions
800-567-8658                                          973-410-4040

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 272

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4        That the foregoing proceedings were taken
5   before me at the time and place herein set forth;
6   that any witnesses in the foregoing proceedings,
7   prior to testifying, were administered an oath; that
8   a record of the proceedings was made by me using
9   machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12       Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [X] was [ ] was not requested.
16       I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19       IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: _____
23
24                              *Carla Soares*
25                              CARLA SOARES
                                CSR No. 5908