ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**NOTICE OF MANUAL FILING RE EXHIBITS F, J, EE, AND OO TO THE DECLARATION OF MATHEW BUSH RE: ORACLE'S RULE 59 MOTION FOR A NEW TRIAL**<br><br>Dept.: Courtroom 8, 19th Floor |
|---|---|

# MANUAL FILING NOTIFICATION

<u>Regarding: Manually Filed Exhibits F, J, EE, and OO to the Declaration of Matthew Bush in Support of Oracle's Rule 59 Motion for a New Trial</u>

This filing is in physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe):

Dated: July 6, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Robert L. Uriarte
Robert L. Uriarte

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

- 1 -

MANUAL FILING NOTIFICATION
CV 10-03561 WHA