# EXHIBIT OO-1

## Transcript of Google 2014 I/O Conference Keynote

## June 25, 2014

2:50    FEMALE SPEAKER: Ladies and gentlemen,

2:52    please welcome Senior Vice President, Android, Chrome,

2:55    and Apps, Sundar Pichai.

3:08    SUNDAR PICHAI: Thank you everyone.

3:10    It's great to see all of you.

3:12    Welcome to Google I/O. Every year,

3:15    we look forward to this date.

3:16    We've been hard at work since last I/O evolving our platforms

3:21    so that developers like you can build amazing experiences.

3:24    So thank you for joining us in person.

3:27    I/O is a pretty global event.

3:30    We have viewing parties in over 597 locations

3:35    in 85 countries in six continents,

3:39    and there are over one million people

3:42    watching this on the live stream today.

3:45    Let's say hello to a few locations.

3:46    London.

3:48    [APPLAUSE]

3:53    Hello, London.

3:57    Let's say hello to Brazil.

3:58    Everyone is talking about Brazil today.

4:01    If it weren't for I/O, I would be there for the World Cup.

4:05    [APPLAUSE]

4:15   I'm tempted to shout, "Goal."

4:18   Finally, let's go to Nigeria.

4:20   We're thrilled to have an all-female developer group

4:22   in Nigeria, and--

4:24   [APPLAUSE]

4:35   We're working hard to elevate women in computer science,

4:38   so look forward to seeing what they develop one day.

4:41   In fact, at I/O this year, we are very excited.

4:45   There is over 20% female participation,

4:48   which is up from 8% last year.

4:51   [APPLAUSE]

4:56   And even more excited, we are joined

4:59   over 1,000 women in this room today, so thank you.

5:08   Of course, I/O is when we talk about our two large computing

5:12   platforms, open platforms, Android and Chrome, which

5:17   are built from the ground up for developers like you.

5:21   Today, we're going to give you an update

5:23   on the momentum we are seeing in mobile.

5:25   We are living in amazing times, so we

5:27   want to talk about the mobile momentum we see

5:31   and how we are evolving our platforms to support

5:35   that momentum.

5:36   And more importantly, we are beginning to think and evolve

5:38   our platforms beyond mobile.

5:40   You will hear about that from us today.

5:42   And finally, we want to talk to you

5:44   as developers as to how you can achieve success

5:47   on top of our platforms, including an update on Google

5:51   Cloud Platform and Google Play.

5:53   So let's get started.

5:57   If you look at global smartphone shipments,

5:59   the numbers are stunning.

6:01   The industry shipped over 300 million phones last quarter,

6:04   so they are on track to ship well

6:06   over a billion phones each year.

6:09   So how is Android doing in the face of this momentum?

6:13   In the past, we've talked about cumulative activations

6:16   of Android.

6:17   We're switching and focusing on 30-day active users,

6:20   users who are currently using their Android devices globally.

6:24   And you can see the number has been doubling every year.

6:27   We've gone from 220 million to over 530 million

6:30   as of last year's I/O. We are very excited.

6:33   As of this year's I/O, we are over one billion

6:36   30-day active users.

6:38   [APPLAUSE]

6:43   The robot is pretty happy as well.

6:46   So let's internalize what one billion users actually mean.

6:49   Android users, on a given day, send

6:52   over 20 billion text messages each and every day.

6:56    More importantly, perhaps, they take around 93 million selfies

7:01    every day.

7:02    The team tells me about 31 million

7:04    of these are duck faces.

7:07    We estimate Android users take around

7:11    1.5 trillion steps per day, and they pull out their phones

7:16    and check it over 100 billion times each day.

7:19    Important use cases which we are working on addressing,

7:23    and you'll hear about it later today.

7:27    Developers are building profound experiences

7:29    on top of smartphones.

7:31    Stories we hear every day.

7:33    Few examples.

7:35    In Kenya, 40% of Kenya's GDP flows through M-Pesa,

7:39    giving unbanked people access to financial transactions

7:44    throughout the country.

7:47    Netra G. A company uses a smartphone and just

7:50    off the shelf accessories to measure your eye prescription,

7:54    and they are as accurate as $50,000 equipment

7:58    you find in optometrists' offices,

8:00    providing very, very affordable care too many people.

8:04    And finally, University of Michigan,

8:06    they are using for their patients,

8:08    they monitor subtle changes in voice quality

8:11    using their smartphone to detect early signs of bipolar

8:15   disorder.

8:16   So the kind of experiences we are

8:18   seeing on top of these phones are amazing.

8:22   So far, I've been talking about phones.

8:24   Let's shift to tablets.

8:26   We are seeing amazing growth in Android tablets as well.

8:30   There is tremendous adoption of these devices,

8:33   and if you look at how we are doing vis a vis the overall

8:36   market, Android tablets accounted

8:39   for 39% of all shipments two years ago.

8:42   That number increased to 46% as of last year's

8:45   I/O. As of this year's I/O, Android tablets

8:50   account for 62% of the overall market.

8:52   [APPLAUSE]

8:55   We don't include other variants of Android like Kindle.

8:59   If you add that, it would go up a few percentage points.

9:02   These are shipment numbers.

9:03   Again, we care about usage, so we

9:06   view these as leading indicators of where usage would be.

9:09   If you take a look at tablet usage,

9:12   we're going to use YouTube as a proxy to understand usage.

9:17   A year ago, the total tablet viewership of YouTube, 28%

9:22   was from Android.

9:23   That number has gone up again to 42%.

9:26   So we are seeing usage track shipments,

9:28    and we are very excited people are

9:30    adopting these devices as well.

9:32    Another metric of engagement is app installs.

9:36    App installs just this year alone on tablet

9:39    is up by over 200%, so people are really

9:43    engaging with these devices.

9:46    So we are very excited we have a billion uses,

9:48    but we talked about this at last year's

9:50    I/O. Our goal is to reach the next five

9:53    billion people in the world.

9:55    If you look at a map of the world today, all the regions

9:59    in blue, emerging markets, the majority of users,

10:03   don't have a smartphone.

10:06   When I go back home to India and other countries like that--

10:11   [APPLAUSE]

10:14   Thank you.

10:14   It is exciting to see the impact phones have on people's lives,

10:19   but it's disappointing that less than 10% of the population

10:22   have access to smartphones.

10:24   We want to change that.

10:26   So we've been working hard with our ecosystem

10:30   on a very important initiative which we call Android One.

10:35   So let me talk to you about Android One.

10:38   What we are doing for the first time,

10:39   if you look at all the OEMs in these countries, each of them

10:43   has to reinvent the wheel, and in a fast-paced mobile

10:46   industry, they have to build a new smartphone

10:49   within nine months.

10:50   So we want to pool resources and help everyone,

10:54   so we are working on a set of hardware reference platforms.

10:58   We identify the components which go into a next generation

11:01   smartphone.

11:03   These are high quality, affordable smartphones.

11:06   We qualify vendors so that we provide

11:09   a turnkey solution for OEMs to more easily build a smartphone.

11:14   In addition to hardware, we are working on software as well.

11:19   So the software on Android One is the same software

11:22   you see running on stock Android, Nexus

11:24   phones, and Google Play edition phones.

11:26   In addition, through Play, we allow OEMs and carriers

11:31   to add locally relevant applications

11:34   on the device which users have full control over.

11:37   And finally, we provide full automatic updates.

11:41   All the software in Android One comes from Google,

11:44   so we will keep them updated just like we

11:46   do with Nexus and Google Play edition phones.

11:49   [APPLAUSE]

11:55   Let's take a look at one example device which we are working on.

11:58   So this is a device with Micro Max.

12:00   You can see there's a 4.5 inch screen.

12:03   It has features which matter to a country like India-- dual

12:06   SIM, removable SD cards, and FM radio.

12:11   I'm used to cutting edge phones, and I've

12:13   been using this phone for awhile, and it is really good,

12:16   and it costs less than $100.

12:19   [APPLAUSE]

12:25   We are working with many partners.

12:27   We are going to be launching this around the world,

12:29   but we started this journey in India,

12:31   and we are launching this with three OEMs in India

12:33   in the fall of this year, Micro Max, Carbon, and Spice.

12:38   We are also working with carriers in these markets

12:43   to provide affordable connectivity packages

12:45   with these devices.

12:47   What we are excited is this is a leverage turnkey solution

12:51   so that at scale, we can bring high quality,

12:55   affordable smartphones so that we can get the next billion

12:58   people access to these devices, and we

13:01   can't wait to see the impact that it will have.

13:07   So we've talked about the momentum in mobile.

13:10   The next thing we want to talk to you

13:11   is about how we are evolving our platforms, Android and Chrome.

13:17   And today, for the first time since we

13:20   launched Android with the open SDK,

13:22   we're going to give you a preview of the upcoming L

13:25   release.

13:26   [APPLAUSE]

13:32   You will be able to download this later on your development

13:35   devices.

13:36   We've been working very hard.

13:38   This is one of the most comprehensive releases

13:40   we have done.

13:41   It has over 5,000 new APIs, and we are thinking about L release

13:46   not just for mobile, but for form factors beyond mobile.

13:51   One of the things, as we thought about L,

13:54   we wanted to take a radical, new approach to design.

13:57   User experiences are evolving rapidly,

14:00   and we wanted to rethink the user design

14:02   experience in Android to have a fresh, bold, and new look.

14:07   To talk about the design for L, let me invite Matias Duarte.

14:12   [APPLAUSE]

14:17   MATIAS DUARTE: Thank you, Sundar.

14:21   Design is essential in today's world.

14:23   It defines your experiences and your emotions.

14:27   So we challenged ourselves to create a design that was not

14:30   just for Android phones and tablets.

14:33   We worked together-- Android, Chrome, and across all

14:38   of Google-- to craft one consistent vision

14:41   for mobile, desktop, and beyond.

14:46   We wanted a design that was clear and simple,

14:49   and that people would intuitively understand.

14:52   So we imagined, what if pixels didn't just

14:56   have color, but also depth?

14:59   What if there was an intelligent material that

15:02   was as simple as paper but could transform and change

15:05   shape in response to touch?

15:11   And this led us to a way of thinking

15:14   that we call material design.

16:07   [APPLAUSE]

16:12   We drew inspiration from paper and ink.

16:15   However, unlike real paper, our digital material

16:19   can expand, reform, and reshape intelligently.

16:23   The material has physical surfaces and edges

16:26   because the human mind is wired at its most primitive level

16:30   to instinctively understand objects

16:32   and their relationships.

16:34   Those scenes and shadows provide meaning

16:36   about what you can touch and how it will move.

16:40   In the real world, every small change in position and depth

16:44   creates subtle but important changes

16:47   in lighting and shadows.

16:49   So as part of the L preview, we'll now allow app developers

16:52   to specify an elevation value for any UI surface,

16:57   and the framework will render it in correct perspective

17:01   with virtual light sources and real time shadows.

17:04   [APPLAUSE]

17:09   Material design is beautiful and bold

17:12   because clean, typographical layouts

17:14   are simple and easy to understand.

17:17   Your content is the focus.

17:19   So the L preview will allow app developers

17:21   to easily colorize all framework elements in your app

17:25   to match the theme to your brand.

17:27   And we're previewing a new support library

17:30   that we call Palette to easily extract colors from images

17:33   and really put those vivid pictures front and center.

17:37   We're giving designers familiar tools like baseline grids

17:42   that work across screens.

17:44   Grids ensure apps have a consistent rhythm

17:46   and character, and this will allow

17:48   you to start with a design on a phone,

17:50   and logically and easily bring that same design to tablets

17:54   and laptops.

17:56   Now, one design doesn't mean one size fits all.

17:59   Our guidelines allow you to appropriately adapt the UI,

18:02   so your users will already know their way around your app

18:07   no matter what screen they use it

18:08   on And we've also updated our system font, Roboto,

18:15   so that designers and developers can use one type face designed

18:19   and optimized for every screen, from your watch to your laptop

18:23   to your television.

18:26   So now let's talk about animation.

18:28   It's delightful when your touch is rewarded with motion,

18:31   and material surfaces slide around

18:33   with the physics of card stock, but they

18:36   respond to touch with splashes of virtual ink

18:39   that are like ripples in a pond.

18:41   As part of the L preview, all of your application's UI building

18:45   blocks have been updated to include rich, animated touch

18:49   feedback.

18:50   [APPLAUSE]

18:52   And no detail is too small to bring a smile to your face,

18:57   like when the reload button loops around or the playback

18:59   controls can change.

19:02   Finally, in the real world, nothing teleports from one

19:05   place to another, and that's why it's so important

19:07   to animate every change on screen

19:10   in a way that makes sense.

19:12   In the L preview, Android developers

19:14   will now be able to create seamless animations

19:17   from any screen to any other between activities, and even

19:21   between apps.

19:23   [APPLAUSE]

19:27   So you're probably wondering how this looks like in practice.

19:30   We're going to give you a sneak peak at one

19:32   of our familiar Google applications

19:34   in the new material design.

19:38   Here you can see, step by step, how

19:40   we update the design-- the typography,

19:46   the grid changes, and finally, the surfaces and bold colors.

19:55   And a few small changes make a really big difference.

19:59   And you can also see how easy it is

20:01   to take that same design to different screens.

20:06   Now, I've talked about only a few

20:09   of the highlights of material design and just some

20:11   of the APIs that you can try out in the Android L preview.

20:16   But as we all know, people spend an enormous amount of time

20:19   on the web, and especially the mobile web.

20:22   Last year at I/O, we announced Polymer,

20:25   which was a powerful new UI library for the web.

20:29   Today, we're bringing you all of the material design

20:32   capabilities to the web through Polymer.

20:36   As a web developer, you'll be able to build applications

20:41   out of material design building blocks

20:43   with all of the same surfaces, bold graphics,

20:46   and smooth animations at 60 frames per second.

20:54   So between the L preview and Polymer,

20:57   you can bring the same rich, fluid material design

21:02   to every screen.

21:04   And to help you take full advantage of this framework,

21:07   we've also completely redesigned and created

21:10   one unified set of style guidelines for every screen

21:14   and for all devices.

21:16   These guidelines will help designers and developers

21:18   alike understand best practices and build

21:20   consistent, beautiful experiences.

21:24   We're releasing the first draft of these guidelines as part

21:27   of our preview today at google.com/design.

21:30   [APPLAUSE]

21:35   And now that you've seen our new look and feel,

21:37   I'd like to invite Dave Burke to show

21:39   you some of the new features in the Android L developer

21:42   preview.

21:43   [APPLAUSE]

21:48   DAVE BURKE: All right.

21:49   So over the last eight months, our team

21:51   has been busy cooking up the biggest

21:53   release in the history of Android.

21:55   And as Sundar mentioned, we've added

21:57   over 5,000 new APIs touching nearly every aspect

22:01   of the system.

22:02   Now, we don't have time to even come

22:04   close to covering everything in L today,

22:05   so instead, what I'd like to do is walk you through some

22:08   of the highlights of the tremendous steps

22:11   we're taking on the user experience

22:13   and on the performance of the underlying platform.

22:16   So let's start with user experience.

22:19   Now, bringing material to L is, of course,

22:22   a big part of what we're trying to do here.

22:24   We've added a new material theme,

22:25   so it's a new style for your application

22:27   that includes new system widgets, transition animations,

22:30   and animated touch feedback.

22:33   We've also added new animation support,

22:35   so a new drawable for animated ripples, a reveal animator

22:38   to animate a clipping circle to reveal views.

22:41   And we've extended views to not just have an x and y component,

22:45   but also a z component to provide elevation.

22:48   So you can float elements of your UI

22:50   and the framework will cast a real time shadow for you.

22:53   My favorite feature that we've added in support of material

22:56   is the ability to customize activity, entry,

22:58   and exit animations.

23:00   You can even include a share a hero element,

23:02   for example, an image that starts in one activity

23:05   and animates seamlessly through translation and scaling

23:08   into another.

23:09   So let's take a look at this in practice.

23:11   Let's have a look at an app we're all familiar with,

23:13   which is the phone dialer.

23:15   Thanks, Marcello.

23:18   So the first thing you'll notice when you fire up the phone

23:21   dialer are those bold material colors and shadows.

23:25   And you'll see the ripple touch effect

23:28   as I touch each of these tabs, and you'll

23:30   get a more subtle material touch effect on the recent calls.

23:34   You'll see that the Dialer button has its elevation set

23:36   so it's floating above the UI, and as I tap it,

23:39   you get these really nice, delightful animations.

23:43   Now, another feature we added to support material

23:45   is something we call nested scrolling.

23:47   And the idea is as I scroll, we propagate the scroll events

23:50   up the view hierarchy and different parts of your views

23:54   can respond differently.

23:55   So for example, as I scroll upwards here,

23:57   you'll notice that the recent call to Marcello

23:59   will start to shrink and disappear,

24:01   then the search box will start getting pushed upwards

24:04   and the tabs will lock into place.

24:06   It's a really nice effect.

24:08   So let's go over to the dialer.

24:12   So it turns out my mom's a big fan of material design.

24:14   I need to go call her up and tell her

24:16   about how to set elevations on her views.

24:17   I know she loves that.

24:18   So let's go ahead and start dialing.

24:20   You'll see that ripple touch effect again

24:21   emanating out from the buttons.

24:24   Then when I go to place a call, you'll see a view animator,

24:27   and it will animate into the in call screen like so.

24:31   It's a really nice effect.

24:34   So that's a quick taster of material in L.

24:37   What you're seeing here is really

24:38   a sneak peak of work in progress.

24:41   We wanted to give you guys early access

24:43   so you could start bringing material to your apps.

24:46   And we also recognize that changing

24:48   the UI in such a big way will take some time,

24:50   so we started with the dialer as a showcase.

24:53   Over the coming summer months, we'll be extending material

24:56   to all aspects of our apps on the system,

24:58   and the result is going to be a dramatically enhanced, fresh

25:01   user experience.

25:05   So another area where we've improved the user experience

25:08   on L is around notifications.

25:10   One of the most frequent reasons we all

25:12   take our phone out of our pocket every day

25:14   is to respond to incoming notifications.

25:17   We all do this dozens and dozens of times a day,

25:20  so we wanted to streamline the process, everything

25:23  from the phone buzzing to you acting on the notification.

25:26  In L, we give you instant, interactive access

25:29  to notifications right from the lock screen.

25:32  So now you can read, open, and dismiss in seconds.

25:36  So let's take a look at my device.

25:38  The first thing you'll see are all my top notifications

25:41  on the lock screen, and we're rendering them

25:43  as sheets of material.

25:44  They animate really beautifully.

25:45  If I touch them, you can see that material touch effect.

25:48  Now, in L, we've improved the way Android organizes

25:51  and prioritizes notifications by analyzing user behavior

25:55  to make sure only the most useful, relevant notifications

25:58  are presented to you.

26:00  I can swipe down and I get my full list of notifications.

26:04  And we've done a clever thing here

26:05  where we've merged the notification shade, something

26:08  that's been in Android since 1.0, with the lock screen.

26:11  And so from here, I can double tap on a notification

26:14  to launch the corresponding app, or if there's

26:16  something I don't need, I can just

26:18  dismiss with a single swipe.

26:20  And to unlock the phone, well, this

26:22  is just a notification shade, so you just swipe it away

26:25   and you're straight into the device, fast and simple.

26:28   We've also introduced a new type of notification

26:31   in L that we call the heads up notification,

26:34   and this can be used to let you know about something urgent

26:36   without interrupting what you're doing.

26:38   So let's say I'm playing my new favorite game, which

26:40   is Piano Tiles, and I'm going along

26:42   here, about to get my highest score ever.

26:44   And then all of a sudden, I get a call from Marcello.

26:47   So from here, I can keep going or, if I

26:49   want to act on it, I can answer it, or if I'm busy,

26:51   swipe it away.

26:53   And then I can go back to my game

26:55   and get the highest score that I've ever got in public.

26:59   Yeah!

27:01   That's actually my worst score I've ever got.

27:03   Anyway, let's move on.

27:05   So while we've made the notifications more powerful,

27:08   if you're one of the approximately 15%

27:10   of people who has a PIN or pattern lock,

27:13   you waste many minutes a day cumulatively

27:15   on that fiddly task of entering your PIN

27:17   So we figured there's got to be a better way.

27:19   In L, we're introducing a new concept

27:22   we call personal unlocking.

27:24    And personal unlocking enables the device

27:26    to determine if it's in a trusted environment, say

27:28    in the owner's hand or beside the owner on a table.

27:32    Personal unlocking uses signals such as locations

27:34    you designate, Bluetooth devices that are visible,

27:37    even your unique voice print.

27:39    So for example, let's have a look at this device.

27:41    Thanks, Marcello.

27:43    So I currently have a pattern lock on this device,

27:47    but because I'm wearing a Bluetooth watch,

27:49    my phone knows it's me who's present,

27:51    and so it doesn't challenge me with an unlock.

27:54    So for example, if I just swipe up,

27:56    the phone will unlock just like that.

27:58    Now, let me reset that.

28:00    If I take my watch off-- let me just

28:01    hand it to Marcello-- so now, my phone

28:06    can no longer see the watch.

28:08    And because of that, my phone cannot ascertain if it's me

28:10    who's present.

28:12    As a result, my phone will lock down its security.

28:14    So now, when I go to unlock the device,

28:17    it presents me with a PIN lock.

28:18    It's a really great feature.

28:20    [APPLAUSE]

28:26   So that's a few of the user experience improvements

28:28   we've made to support material and notifications.

28:32   Another area of L where we're significantly

28:34   improving the user experience is around

28:36   how we've integrated the mobile web into the platform.

28:39   So to learn more, let me invite up Avni Shah to the stage.

28:43   [APPLAUSE]

28:49   AVNI SHAH: Thanks, Dave.

28:51   A core part of your experience with mobile devices

28:53   is the mobile web.

28:54   Just to get a sense of the growth

28:56   that we've been seeing, at the beginning of last year,

28:58   we had 27 million monthly active users of Chrome on mobile.

29:02   Today, we have more than 300 million.

29:05   That's 10x growth.

29:06   [APPLAUSE]

29:07   Yeah.

29:08   It's awesome.

29:08   It's 10x growth in just the last year alone.

29:12   What that means for us is that we need to make the mobile web

29:14   work well for our developers and our users.

29:17   Today, I'm going to talk about three ways

29:19   we're going to do that.

29:21   We're enabling material design experiences on the mobile web,

29:24   we're redesigning recents to help you multitask,

29:27   and we're extending our capabilities of app indexing

29:30   to help people get to where they want to go faster.

29:33   So first, let's talk about material design.

29:35   One of the big parts of your experience with the mobile web

29:37   is, well, obviously, the websites themselves.

29:40   They need to work well.

29:41   They need to look great.

29:43   They need to be fun to use.

29:44   You heard Matias earlier talking about the philosophy

29:47   of material design, a bold, consistent, intuitive

29:51   experience that just works across screens.

29:53   Well, we've been working really hard at making

29:55   those experiences not just possible,

29:57   but the new standard for the mobile web.

30:00   To show you what this looks like,

30:01   my good friend Tom here is going to walk us

30:04   through an exploration of google.com search results

30:07   on the mobile web, re-envisioned with material design.

30:11   So, Tom, let's go ahead and do that search

30:13   for "A Starry Night."

30:15   Now the first thing that you see here

30:17   is that this panel is rendered as a beautiful material-style

30:20   card.

30:21   You notice the use of color.

30:22   The title is on s blue background that was actually

30:25   pragmatically matched to the painting.

30:27   And if Tom clicks on to expand the card,

30:30   you'll notice that it filled the screen

30:31   with a continuous animation.

30:33   If he scrolls, the header will shrink.

30:36   It won't pop into place, but it has a smooth animation

30:39   that just makes sense.

30:40   Now let's go ahead and click on the suggestion at bottom

30:42   to get more of van Gogh's artwork.

30:45   And you'll see those search results also smoothly animated

30:48   into place.

30:49   Tom is going to continue to give us

30:50   some demo eye candy over here.

30:53   And while this is just an exploration that you're seeing,

30:56   I want to mention that this is fast, fluid, continuous

30:59   animation at 60 frames per second.

31:03   This thing just wasn't possible year ago.

31:06   [APPLAUSE]

31:11   We've been working really hard at improving the performance

31:14   and predictability of the platform

31:15   to make things like this possible.

31:17   For example, this demo shows off the work

31:19   that we've done on touch latency,

31:20   giving you, as a developer, a notice of touch events earlier

31:23   in the frame so you have more time to act.

31:25   And as Matias mentioned earlier with Polymer,

31:27   our UI toolkit for the web, all of you

31:30   can build web experiences that feel as awesome as this.

31:35   The next big area we've been thinking about

31:36   is how to help you multitask.

31:38   And we think the Recents feature on Android

31:40   is one way we can actually make this easier, especially

31:42   as tasks cross both the web and apps, as they often do.

31:46   So once again, Tom is going to walk us through the changes

31:48   here.

31:51   So, Tom, let's go ahead and click

31:52   on the Recents icon, the lower right.

31:56   Now, as Tom scrolls through, the first thing that you'll notice

31:59   is Recents has also been grounded in material design.

32:01   You'll notice the overlapping cards

32:03   been rendered with realistic shadows and perspective.

32:06   But there's another thing going on here

32:08   that may not be immediately apparent.

32:11   Tom's Chrome tabs are also listed here as well.

32:14   He's been researching restaurants to go in SF,

32:16   so he has articles from the "New York Times" and the "SF

32:18   Chronicle" here as individual items.

32:21   You'll notice the site icons or the fav icons there.

32:24   As he scrolls back a bit further,

32:25   you'll notice he's been researching in the Urban Spoon

32:28   app.

32:28   He has Docs app open where he's been

32:30   collaborating with some friends.

32:32   So let's go ahead and click on that doc

32:33   and see what your friends have to say.

32:41   I've heard great things about state bird provisions.

32:43   Let's check out that article here.

32:48   Now what you see here as this loads is this

32:50   is actually loading as a website in Chrome.

32:52   You'll notice the URL up at the top.

32:54   Now, if Tom pops it back into Recents,

32:57   that page is now listed there, along with all

32:59   of his other open stuff.

33:01   I want to point out what the big difference is here.

33:04   This is a view you couldn't get before today.

33:07   If you wanted to get to all your open websites,

33:09   you'd have to go into Chrome and kind of flip through them

33:11   there.

33:11   But by bringing all of your individual Chrome tabs

33:13   here and listing them in your Recents view,

33:15   we're making it really easy for you

33:17   to move between the web and apps, making multitasking

33:20   just that much easier.

33:22   [APPLAUSE]

33:28   And last but not least, this change to Chrome

33:30   is actually built on top of a new API in L

33:33   that allows apps to populate multiple items in Recents.

33:35   So for all you app developers, does this kind of thing

33:37   make sense for you?

33:39   You can make use of it as well.

33:40   [APPLAUSE]

33:45   Going a step further, we're also making it easy

33:48   for you to find content using Google search,

33:50   whether it's deep in the web or deep in an app.

33:53   So last fall we announced app indexing.

33:55   As a developer, this capability lets you get your users

33:59   to app content directly from the search results page.

34:02   Since then, we've been working on a ton of UI improvements

34:05   and extending some APIs to make this more powerful.

34:08   But let me just give you a quick refresher

34:10   of what this capability enables.

34:13   So let's go ahead and do a search for Waterbar Restaurant.

34:15   I've heard good things about it over by the Embarcadero.

34:19   As Tom scrolls through the search results,

34:21   you'll see close the top there's a link for the home page

34:24   to Waterbar.

34:25   And near the bottom of the screen,

34:26   there's-- actually in the middle of the screen,

34:29   there's a result for Open Table.

34:32   Now what's different about this UI is this link to Open Table,

34:35   instead of going to the website, is actually

34:37   going to take us to the Open Table app

34:40   because Tom happens to have the app installed.

34:43   So let's go ahead and click on that link.

34:45   And you'll see it takes us directly

34:46   to Waterbar within the Open Table app.

34:48   [APPLAUSE]

34:54   Up until now, this was only available

34:56   to a few applications.

34:57   But today, we're opening it up to all Android app developers

35:00   globally, along with some tools to get you started.

35:03   [APPLAUSE]

35:07   And going further, if your app requires your users to sign

35:11   in, you'll be able to use Google+ sign-in in the coming

35:14   months to have your public content show up in search

35:17   as well.

35:19   You know, we thought this would be

35:20   even better if we could help your users rediscover content

35:23   that they've already found in your apps.

35:25   So we're adding a new API in Google Play services

35:27   to do just that.

35:29   So let's quickly show you how this works.

35:31   Tom found this really cool 3D tour of the Ferry Building

35:34   earlier, and he wants to get back to it.

35:36   So starting with the search box on his home screen,

35:38   he's going to do a search for Ferry Building.

35:41   And what you'll notice at the bottom of the screen

35:43   is there are search suggestions for Ferry Building

35:45   Marketplace in the Google Earth app.

35:47   And this is there because this is the app

35:49   that he was using when he found that tour before, even if he

35:51   himself didn't remember.

35:53   With a single click, he'll get taken directly

35:55   to the tour of the Ferry Building

35:57   within the Google Earth app.

36:00   [APPLAUSE]

36:05   Now, this is possible because the app

36:07   is making its content available based

36:09   on its user's previous actions.

36:10   We just showed you this with Google Earth

36:12   that any app that utilizes this new API

36:15   will have the same capability.

36:16   For developers, we think this is a great way for you

36:19   to help your users rediscover content right when

36:21   they're looking for it.

36:23   And with that, I'll hand it back to Dave,

36:24   who is going to take you through some more of the enhancements

36:26   you can look forward to in L.

36:28   [APPLAUSE]

36:34   DAVE BURKE: Thanks, Avni.

36:36   So we've covered some of the highlights of the user

36:38   experience.

36:39   But there's lots of other user experience improvements in L,

36:41   for example, a new keyboard UI, a Do Not Disturb

36:44   mode, new quick settings, and much, much more.

36:46   But in the interest of time, let's move

36:48   on to the second major theme of L, and that's performance.

36:52   Let's start with the Android virtual machine.

36:55   So you might remember that we made

36:56   a very early version of our new runtime,

36:59   ART, available as a developer option in KitKat.

37:02   Well, we got some really great feedback

37:03   from you guys, as well as some excellent open source

37:05   contributions from ARM and Intel and MIPS.

37:09   And I'm excited to say that we're finally

37:10   ready to pull the trigger on this bad boy,

37:12   because the L release run exclusively on the new ART

37:15   runtime.

37:16   [APPLAUSE]

37:21   So we wrote ART from the ground up to support a mix of Ahead

37:24   of Time Compile, Just in Time Compile, and interpreted code.

37:27   And it's truly cross platform.

37:29   So it supports ART, x86, and MIPS.

37:32   We put a lot of effort into optimizing ART's back end

37:36   compilers.

37:37   And this has resulted in a 2x improvement

37:39   performance over Dalvik.

37:41   And best of all, this one is on us.

37:43   You don't have to make a single change.

37:45   All of your app code just gets the performance improvement

37:47   for free.

37:49   [APPLAUSE]

37:54   ART also has a brand new garbage collector and memory allocator.

37:57   So this dramatically reduces the number of pauses

38:00   and the duration of pauses associated

38:02   with a garbage collection event.

38:04   As a result, your app runs more smoothly.

38:06   So if you take a look, for example,

38:07   at Google Maps on both Dalvik and ART,

38:10   firsts you'll notice a number of pauses

38:12   have reduced from two to one.

38:14   But also, the pause duration has reduced

38:16   from roughly 10 milliseconds down to about two

38:19   to four milliseconds.

38:20   So now, it fits comfortably in a vsync window--

38:22   no more application stutters.

38:26   [APPLAUSE]

38:30   And there's more.

38:31   ART doesn't just bring better performance.

38:33   It's also more memory efficient.

38:34   So it's smart about when the app is

38:36   put into the background, in which case

38:38   we'll apply a slower but more intensive

38:41   moving collector to save anything from hundreds

38:43   of kilobytes to many megabytes.

38:46   And finally, ART is fully 64-bit compatible.

38:49   In fact, we've adapted and optimized the entire platform

38:53   to take advantage of new 64-bit architectures.

38:56   So now, you can benefit from larger number of registers,

38:59   newer instruction sets, and increased memory addressable

39:02   space.

39:03   [APPLAUSE]

39:09   So to take advantage of 64-bit, we've

39:12   added support for new ABIs in the NDKs, so ARMv8, x86-64,

39:17   and NIP 64.

39:18   And of course, if your app is written in Java,

39:20   then it will work with absolutely no modification

39:23   on u64bit hardware.

39:26   OK, so that's CPU performance.

39:28   The other side of the coin is GPU performance, graphics.

39:31   And I'm really excited about some of the things

39:33   that we're doing in L in this area.

39:35   So historically, mobile graphics has lagged desktop

39:39   by virtue of the fact that mobile GPUs are

39:41   smaller and more power constrained.

39:44   But that's changing quickly.

39:45   Mobile GPU performance is catching up

39:47   with console graphics and even PC graphics.

39:50   So in L, we specifically wanted to close

39:53   the gap between desktop DX11 class

39:55   graphics capabilities and mobile.

39:58   And we're doing that with something we

39:59   call Android extension pack.

40:02   So we set out to work with GPU vendors,

40:04   including NVIDIA, Qualcomm, ARM, and Imagination Technologies.

40:09   And together, we defined the Android extension pack.

40:12   So it's a set of features that includes things

40:14   like tessellation geometry shaders, is compute shaders,

40:17   and advanced ASTC texture compression.

40:20   So let's take a look at the Android extension

40:22   pack in action.

40:24   And what you're about to see is Epic's Unreal Engine 4     40:28   desktop rendering pipeline running

40:30   on Android L on the latest NVIDIA tablet hardware.

40:34   Now, the Android extension pack enables much more advanced

40:37   shaders.

40:37   So we can have more realistic environments,

40:39   more realistic characters--

40:40   [LOUD BOOM]

40:41   --and vastly improved lighting.

40:42   So let's go start this up.

40:43   [VIDEO PLAYBACK]

40:47   [CRASH]

40:50   [HEAVY BREATHING]

40:52   [LOUD BOOMING SOUND]

40:57   [LOUD BOOMING SOUND]

41:02   [GRUNTING]

41:05   [DRUMMING]

41:07   [GRUNTING]

41:08   -You wanna play?

41:09   [HEAVY BREATHING]

41:11   -OK.

41:12   [DRUMMING]

41:17   [CHICKENS CLUCKING]

41:18   [DRUMMING]

41:24   [CRASHING SOUND]

41:26   [CHICKENS CLUCKING]

41:27   [END VIDEO PLAYBACK]

41:28   [APPLAUSE]

41:31   DAVE BURKE: OK.

41:32   So, as I mentioned, this isn't just a cut scene.

41:35   It's actually live.

41:36   And we can fly through the world.

41:38   Some of the rendering that you saw there was truly incredible.

41:41   So there were really amazing reflections

41:42   in the water, lighting effects.

41:44   Tessellation were being used for the smoke affects.

41:47   And starting with the L release in the fall,

41:49   you're going to see new, high-end tablets and phones

41:52   shipping on Android with this level of graphics capabilities.

41:55   So quite literally, this is PC-gaming graphics

41:57   in your pocket.

42:00   The last performance enhancement I want to take you

42:02   through is on battery.

42:03   And we've worked hard to make sure

42:05   that the battery keeps up with the performance.

42:07   And of course, there are a variety

42:08   of systems and components that tax the battery

42:10   on a modern phone or tablet, so WiFi radios, cell radios, GPS,

42:14   CPU, et cetera.

42:17   And you might remember we've had some previous efforts

42:20   to improve quality on other releases--

42:21   so Project Butter for UI smoothness

42:23   in Jelly Bean; Project Svelte for memory footprint in KitKat.

42:27   Well, on the same team, and brought to you

42:29   by those same project naming geniuses,

42:32   we have Project Volta.

42:34   And the goal of Project Volta is to optimize

42:37   how the expensive subsystems of the devices are used

42:39   and to improve overall battery life.

42:42   So the first thing we did was improve

42:44   our instrumentation of battery data.

42:46   You can't improve unless you can measure.

42:49   So we created the tool that we call Battery Historian.

42:52   And it helps you visualize on a time axis the battery usage

42:56   information.

42:57   Now you can correlate battery discharge

42:59   with what was happening to the device at the time.

43:02   [APPLAUSE]

43:03   So, on a Nexus 5 running on Battery Saver mode,

43:06   you can extend your battery life by up to 90 minutes of usage

43:09   within a typical single day's use.

43:11   So, I just gave you a quick, whirlwind tour

43:13   of some of the highlights of L, how we're improving the user

43:16   experience through steps like improved design,

43:18   smarter notifications, and intuitive authentication,

43:22   and also the enhancements on the performance side,

43:24   so faster runtime, better graphics,

43:26   and stronger battery performance.

43:28   But I only scratched the surface of L.

43:30   And as I mentioned at the start, this

43:32   is our biggest release to date.

43:34   You're going to find things like better multitasking, Bluetooth

43:36   4.1, burst mode camera APIs, USB audio support, and much,

43:40   much more.

43:42   Tomorrow morning, we're going to be making the L developer

43:44   preview STK available from developer.android.com

43:47   and also posting early system images for the Nexus

43:51   5 and Nexus 7 so you can start developing for L today.

43:54   [APPLAUSE]

44:01   So with that, let me hand back to Sundar.

44:03   Thank you.

44:03   [APPLAUSE]

44:11   SUNDAR PICHAI: Thank you, Dave.

44:13   As Dave said, the L release with 5,000 new APIs

44:16   is one of our most comprehensive.

44:18   And we're very excited to be sharing it today.

44:21   We have a whole new design with L, tons of UX features,

44:25   and a whole slew of performance improvements.

44:29   When you take a step back and you

44:30   look at what we are doing with Android,

44:33   the approach we are taking is very unique and distinctive.

44:37   We aren't building a vertically integrated product.

44:41   What we are doing is building an open platform at scale.

44:46   We work with hundreds of partners

44:48   globally to bring a product and a platform that

44:52   touches billions of people.

44:54   And we want to do it in a way in which we are innovating

44:57   at a very, very fast pace.

45:00   If you take a look at the innovation

45:01   that's happening in Android, and if you

45:04   look at some of the recent announcements from others,

45:06   you can see that things like custom keyboards, widgets--

45:11   those things happened in Android four to five years ago.

45:14   [APPLAUSE]

45:19   We are working very, very hard to bring open platform

45:25   and innovate on it at an unprecedented scale.

45:28   We want to make sure we ship these features to users

45:30   as fast as possible.

45:32   That's where Google Play services come in.

45:35   Google Play services ships every six weeks.

45:39   And 90% of our users are on the latest version of Google Play

45:44   services across all versions of Android.

45:46   [APPLAUSE]

45:49   In fact, by shipping every six weeks, we in many ways

45:53   can iterate faster than typical OS release cycles.

45:57   While it's open platform, and we want to innovate fast,

46:01   we want to make sure it's very, very secure as well.

46:03   So we take security very seriously.

46:06   Let's take an example at malware production.

46:08   In Google Play, we automatically scan every single application

46:13   for malware.

46:14   And if users opt in, we even scan applications from outside

46:18   of Google Play to make sure they are malware free.

46:21   Given the popularity of Android, there's

46:23   a whole vested industry, given there's

46:25   a lot at stake around security.

46:27   But based on every data we see, well,

46:29   well less than half a percent of uses ever run

46:33   into any malware issues.

46:35   And increasingly, we are pushing security updates

46:38   through Google Play.

46:40   Any security updates related to Google server communications,

46:43   we are now pushing those updates through Google Play services

46:46   so that we can get them to users within six weeks.

46:51   With L, we are also launching factory reset protection,

46:54   so that if your phone get stolen,

46:56   users have full control to disable their phones.

47:00   [APPLAUSE]

47:05   Finally, privacy is an important part of security.

47:09   So with L release, for the first time

47:11   we have a centralized setting, what

47:13   they call universal data controls,

47:15   where users can go and manage their important privacy

47:18   protections.

47:19   They can control data that is shared from the device,

47:23   like location history, et cetera.

47:25   And so we are doing that in L as well.

47:27   [APPLAUSE]

47:31   So far, we have been talking about L release

47:34   in the context of mobile phones and tablets.

47:38   But users increasingly are living in a multi-screen world.

47:43   You are using other connected devices,

47:46   the television in your living room.

47:48   You're increasingly wearing things on your body.

47:52   When you get into your car, you expect a connected experience.

47:55   We want to work to create a seamless experience across all

47:59   these connected devices.

48:01   So with L, as well with Chrome, we

48:04   started laying some foundational principles

48:07   on how evolve our platforms to support

48:09   these new connected experiences.

48:11   So here are a few principles.

48:13   We are making everything contextually aware.

48:17   We want to understand whether you're home with your kids

48:19   and you want to be entertained or you're

48:21   work trying to be productive.

48:23   Or maybe you're traveling.

48:25   We want to bring the right information to you

48:27   at the right time.

48:29   We want the experience to be voice enabled.

48:32   We are building the most advanced voice recognition

48:34   infrastructure in the world, and we

48:36   want to help users interact with computing

48:39   devices in an intuitive way.

48:41   For example, when they're driving or cooking,

48:43   we want voice to be a major source of input.

48:46   We want the experience to be seamless.

48:49   It shouldn't matter which device you were using before.

48:51   We want to pick up where you left off.

48:54   And finally, users always have their smartphone.

48:58   So we want to make sure all these connected experiences

49:01   work based on your smartphone, be it your wearables,

49:04   be it your car, or like, we have shown with Chromecast,

49:07   be your television.

49:09   So, both with L release and Chrome,

49:13   we are bringing a whole set of new experiences

49:15   to many connected screens around you.

49:18   The first area we are going to talk to you about is wearables.

49:22   About three months ago, we launched

49:25   our preview of Androidwear.

49:27   We announced a developer SDK, and the reception

49:29   has been very, very positive.

49:31   To give you further update, I'm going

49:33   to invite David Singleton on to the stage.

49:36   [APPLAUSE]

49:42   DAVID SINGLETON: We're right at the beginning

49:44   in a new phase in the miniaturization of technology,

49:48   which means that it's finally possible to make

49:50   a powerful computer small enough to wear comfortably

49:53   on your body all day long.

49:56   And there's a huge opportunity to bring rich user experiences

49:59   to these devices.

50:01   And that's why we're building Androidwear as our platform

50:04   for wearables based on Android.

50:07   Androidwear makes it easy for developers

50:10   to reach users on this new form factor using

50:13   precisely the same tools we're already

50:16   familiar with on Android phones and tablets.

50:21   People will be wearing these small, powerful devices,

50:24   so style is important.

50:26   And that's why Androidwear supports

50:28   both square and circular screens.

50:31   And we think that there will be a wide variety

50:33   of fashionable designs.

50:36   Sensors will help them understand your context.

50:39   So they can provide useful information when you need it

50:43   and help you reach your fitness goals.

50:45   And as the device that you always have with you,

50:48   your watch will also provide intelligent answers

50:50   to spoken questions and as Dave showed us earlier,

50:54   act as your key in a multi-screen world.

50:58   Across the world, people check their Android phones

51:01   an average of 125 times every day.

51:07   And that's why we've designed Androidwear to quickly show

51:09   you relevant information and make sure

51:11   you never miss an important message,

51:13   while letting you stay engaged with the people

51:15   that you're actually with.

51:17   We do this by working to understand the context of what

51:21   you care about, while enabling very

51:23   brief interactions with the device.

51:26   Here's a live demo on the LGG watch.

51:30   You can see that it has an Always On display,

51:32   than at any given time, it shows you the most important thing we

51:36   for you.

51:38   So Jeff, it looks like your flight

51:40   to Brazil for the World Cup is on time.

51:43   I guess you do deserve a break after this big demo.

51:46   And if Jeff wanted to see more, he

51:47   can simply raise his watch of tap the screen

51:50   to switch into vibrant, full color

51:52   that you're already seeing here.

51:54   Throughout the day, if Jeff receives a notification which

51:57   buzzes his phone, his watch will vibrate on his wrist

52:00   and show him what's up at a glance.

52:02   So he won't miss an important message like this one.

52:06   Swiping up and down navigates you

52:08   through this stream of cards, which includes information

52:11   from Google Now, apps running on Jeff's phone,

52:14   and apps running directly on the wearable itself.

52:18   And when there's a page indicator,

52:20   Jeff can swipe horizontally to see more details.

52:24   You can see that we've applied material design here.

52:26   The cards float above beautiful, textured backgrounds.

52:30   And just like in your phone's notification shade,

52:35   you can swipe a card away to remove it from your stream.

52:37   Let's take a look at Jeff's phone.

52:39   And that notification has disappeared.

52:42   Back at the watch face, pressing and holding

52:46   lets you choose a different one.

52:51   You can see that there's a broad selection

52:53   of analog and digital designs in a variety of styles

52:56   to suit your tastes.

52:59   OK, now that we're acquainted with the overall UI model,

53:03   let's see how Androidwear can work for you.

53:06   Imagine that Jeff has just got up in the morning.

53:08   He swipes up and sees the weather forecast for the day.

53:12   His commute's not looking too bad.

53:15   And oh look, Jeff, I guess you need that package for your trip

53:18   to Brazil.

53:19   You better not forget to pick it up.

53:21   JEFF: OK, Google.

53:22   Remind me to check my mailbox when I get home.

53:25   DAVID SINGLETON: Now If we can see Jeff's phone

53:27   at the same time, you'll see that this is immediately

53:30   synced across.

53:31   [APPLAUSE]

53:36   DAVID SINGLETON: And in this case,

53:38   his watch was smart enough to know where home is.

53:42   A little later on, as Jeff is arriving at the office,

53:45   his watch vibrates again with a chat message

53:47   from one of the team.

53:49   He can see who it's from and what he's saying, all

53:52   without having to fumble around and get out his phone.

53:57   You're watching your phone stay in sync.

54:00   When you swipe away a notification on the watch,

54:02   it disappears from the phone, as Jeff is showing now.

54:08   [APPLAUSE]

54:12   It's super convenient.

54:14   In the evening, Jeff is having dinner

54:16   with a friend at a restaurant.

54:18   If he's unfamiliar with one of the ingredients on the menu,

54:21   he can just say--

54:23   JEFF: What is limburger?

54:27   DAVID SINGLETON: So it looks like limburger

54:28   or is a type of cheese.

54:30   Jeff is lactose intolerant, so he better

54:32   order something different, or this dinner could go wrong.

54:36   And when Jeff receives a phone call, his watch will vibrate,

54:39   and he can see who's calling at a glance.

54:42   It's another one of Jeff's co-workers.

54:44   Now Jeff could get out his phone to answer, but since he's busy,

54:48   he can either swipe to reject the call from his wrist

54:52   or swipe up to choose from one of these quick SMS replies.

54:55   His phone sends the SMS, and he's done.

54:59   [APPLAUSE]

55:05   Sometimes you're enjoying dinner so much that you

55:07   want to avoid any more interruptions.

55:09   And for that, you can set Do Not Disturb

55:12   with a single downward swipe from the top of the screen.

55:16   [APPLAUSE]

55:18   And now Jeff's watch won't buzz again until he wants it to.

55:23   Later that night, Jeff arrives home.

55:26   Oh, that's right.

55:27   Your package is here.

55:28   Now that he's at home, the reminder

55:30   that Jeff created this morning has triggered.

55:34   You can also use Androidwearables

55:35   to control other devices around you.

55:38   Let's loosen up with a bit of music.

55:40   JEFF: Play some music.

55:45   DAVID SINGLETON: Now you'll see that Jeff

55:46   has music controls on his watch.

55:48   [MUSIC - CHROMEO, "JEALOUS (I AIN'T WITH IT)"]

55:49   He can see what song is playing.

55:51   He can pause the music or skip to the next track.

55:54   And while it's playing, the album art

55:56   is beautifully displayed right there on his wrist.

56:01   Finally, at the end of the day, it's time for bed.

56:06   JEFF: Set an alarm for 7:00 AM.

56:11   DAVID SINGLETON: With glanceable notifications and quick voice

56:14   actions, Androidwear gives you what

56:16   you need right when you need it.

56:18   Let's take a closer look at some of the contextual information

56:22   that Androidwear provides when you're traveling.

56:24   So Jeff's about to leave on that big trip to the World Cup.

56:28   It's the morning of his flight.

56:29   So his phone is already displaying relevant information

56:32   for his trip.

56:34   He can see his flight status and even show his boarding pass.

56:39   His hotel address will be there when he needs it.

56:42   And he knows whether or not he'll need to pack an umbrella.

56:45   It does look like it's going to rain in Brazil on Friday.

56:48   Once he's in Brazil, Androidwear continues

56:52   to give him useful, timely information

56:54   at a glance, whether it's his restaurant

56:57   reservation, the time back at home

57:00   so he knows when to call as family,

57:02   or the local bus schedule.

57:04   And while he's walking around the city,

57:07   Jeff can see how many steps he's taken today,

57:09   along with a step count history for the week.

57:13   On devices that support it, he can even

57:15   check his heart rate after a jog.

57:18   [APPLAUSE]

57:24   So we've shown you what Androidwear

57:25   can do out of the box.

57:27   We're even more excited to see what developers

57:30   build on top of this platform.

57:33   The Androidwear SDK enables you to build

57:36   glanceable, contextual apps for this new category of device.

57:40   Let's talk through the capabilities

57:41   it gives to developers.

57:43   And then we'll show some examples.

57:45   Right off the bat, Androidwear automatically bridges

57:48   notifications from your Android phone

57:50   or tablet directly to your watch.

57:53   Now, Android's notification APIs already

57:56   allow you to build beautiful user interfaces

57:59   with big pictures, actions, and more.

58:03   And there are hundreds of thousands

58:04   of apps delivering billions of these notifications every day.

58:09   And now, they're available on your wrist.

58:13   Back in March, we released a developer preview, enabling

58:16   apps running on the phone to add things like voice replies,

58:20   have several pages, and group notifications in bundles.

58:24   With these additions, you can begin

58:26   to provide a tailored experience for wearables.

58:30   And we've used these features to add wear support

58:32   to Google apps, like Hangouts and Gmail.

58:36   And there's been a huge response from developers.

58:39   The very best wearable apps respond to the user's context,

58:44   put glancable cards in the stream,

58:46   and allow the user to take direct action

58:48   in just a few seconds.

58:50   Here's one of my favorite examples.

58:53   With Pinterest, you can follow other people's pins.

58:57   Pinterest app will let you know when you're near a place that's

59:00   being pinned by someone you follow.

59:03   So Jeff's friend Susie loves Korean barbecue.

59:06   And she's somewhat of an authority

59:07   on the best restaurants in San Francisco.

59:10   So when Jeff is in the city, Pinterest

59:13   can notify him that he's near one

59:15   of Susie's pinned restaurants.

59:17   The notification will appear on his wrist just like this.

59:20   And it uses pages, allowing him to quickly glance

59:23   at the details, then swipe to see a map.

59:25   And if he like it, he can start navigation right

59:28   from his wrist.

59:31   This is using Google Maps for mobile,

59:33   which gives you turn by turn directions on your watch.

59:36   It's particularly useful when you're walking.

59:39   And it works with all Android Wear devices.

59:43   In addition to what's possible with notifications bridged

59:45   from the phone, today we're making a full Android Wear

59:49   SDK available which enables you to write

59:52   code-- It's pretty great.

60:01   It enables you to write code that runs directly

60:03   on the wearable itself.

60:05   And almost all the API's that you're already

60:08   familiar with on Android are available here.

60:15   That means that you can present fully customized UI,

60:18   read sensors directly, and much, much more.

60:22   We're also introducing a new set of API's and Google Play

60:24   services that makes it easy for your app

60:27   to send data between a phone or tablet and a wearable.

60:31   And we've road tested these API's with some developers

60:33   over the past few weeks.

60:35   Let's take a look at examples of what they built.

60:39   Eat 24 is an app that makes food ordering both fun and easy.

60:44   Now watch this.

60:45   Hopefully I'm going to order a pizza in 20 seconds.

60:49   When it comes to take out, I'm a creature of habit.

60:52   And Eat 24 has recognized this and takes

60:55   advantage of that contextual stream.

60:57   Around the same time I made an order last week

61:00   it puts a notification suggesting I order again.

61:04   I can tap on the notification and launch

61:06   into their full screen UI.

61:09   And here I'm presented with a beautiful interface that

61:12   lets me confirm the kind of food I'd like today,

61:15   let's stick with pizza.

61:17   And then I can quickly swipe to see and repeat my last order.

61:21   Just one more tap to pay, and the pizza's on its way.

61:34   I think that clocked in under 20 seconds.

61:37   Now you might be wondering how this got to my watch.

61:41   Well all I had to do was install the Eat 24 app

61:44   from the Play store on my phone.

61:47   When a watch is connected, the wearable portion of the app

61:50   is automatically installed and kept up to date on that watch.

62:01   I mentioned the new wearable API's

62:03   for easy communication between phone and watch.

62:07   All the Cooks is a social recipes app which has made

62:10   really great use of these API's.

62:13   I don't know about you, but I find it really hard

62:15   to follow recipes, especially when

62:17   it gets to those tricky bits where everything's

62:19   happening at the same time.

62:20   So wouldn't it be more convenient if I could just

62:22   look down at my watch and see what to do next?

62:25   With the All the Cooks app I can choose a recipe.

62:29   Let's go into my favorites and choose this beef brisket chili.

62:34   The recipe will immediately appear on my watch.

62:36   So it's always right there with me.

62:38   Let's get started.

62:42   I've got all the ingredients, so let's start

62:44   following the steps.

62:45   Now watch the phone carefully.

62:47   As I move from step to step, the phone stays in sync too.

62:57   And if you're wondering whether or not

62:58   it's safe to wear your watch while cooking,

63:01   it's great to know that all the devices we're

63:03   talking about today are water resistant.

63:10   And with All the Cooks, whenever a recipe calls for a timer,

63:13   like this four hours in the oven,

63:15   I can do that right away on my wrist.

63:22   So no more burnt dinner.

63:25   We saw some great examples of voice actions earlier today.

63:29   And we believe voice actions will

63:30   be most useful when they can invoke

63:32   the best service in any app.

63:35   We're just getting started with this,

63:36   but we're making voice available for some key actions

63:39   on the wearable today and we'll be adding more

63:42   over the coming months.

63:44   Lift is a transportation service and ride sharing

63:47   app that allows you to request a car

63:49   to pick you up at your exact location.

63:52   Lift have implemented our call a car intent.

63:55   So it's really easy to just walk outside and say, "OK, Google,

64:00   call me a car."

64:05   You'll see that Lift is able to determine Jeff's exact location

64:08   from his phone an presents this confirmation

64:10   screen so he can verify his address.

64:13   The app is also made great use of notifications in the stream.

64:16   You can see when your car has arrived,

64:18   keep up to date throughout the journey, and even rate

64:21   your driver right from your wrist

64:22   when you're at your destination.

64:25   Thanks to all our developers.

64:35   Now, we showed a preview of a couple of

64:37   watched we were working on with our partners back in March.

64:41   The LGG watch will be available to order

64:45   later today on the Play store.

64:53   In addition, you might have caught

64:55   a glimpse of a new device during the demos.

64:57   We're very happy that Samsung is joining the Android wear

65:01   family with the Samsung Gear Live.

65:09   And the Samsung Gear Live is also

65:11   available to order later today.

65:19   The Moto 360 is the first watch to adopt the round Android Wear

65:23   UI.

65:24   And it will be available for sale later this summer.

65:28   Those are just the first three watches.

65:31   There are many more on the way, and we're

65:33   thrilled to enable developers across the world

65:37   to build apps for what we believe

65:39   will be a revolutionary new form factor.

65:42   And now, I'd like to invite Patrick Brady on stage

65:45   to tell you about how we're bringing Android to the car.

65:50   PATRICK BRADY: Thank you, David.

65:52   Thank you. isn't that great?

65:55   Android Wear creates a seamless experience

65:59   by connecting your Android smartphone

66:01   to a wearable device.

66:03   And the result is truly amazing.

66:06   Wouldn't it be great if all of your devices

66:08   were this connected.

66:10   For many of us, cars are an integral and essential part

66:14   of life.

66:15   They bring us to the grocery store,

66:17   and take us on weekend trips.

66:19   They bring us to work, and take us home.

66:22   In fact, in the United States, the average commuter

66:26   spends over one hour in the car every day.

66:29   In many ways, our cars keep us connected to the physical world

66:33   around.

66:34   But they remain disconnected from our other devices

66:37   in our digital lives.

66:39   So what have drivers done to bridge this divide?

66:42   Well even though it's unsafe, and in many cases illegal,

66:46   people use their phones while driving.

66:49   And reports show that 25% of accidents in the US

66:53   are caused by people fumbling with gadgets behind the wheel.

66:57   There's got be a better way.

66:59   So back in January we announced the open automotive alliance

67:03   to address this problem and make the connected car a reality.

67:08   We'd like to show you what we've all been working on.

67:11   And today, we're happy to announce Android Auto.

67:22   We've re-designed the Android platform for automotive,

67:25   making it easier and safer to use the connected apps

67:29   and services drivers want in the car.

67:32   We looked at what people do with their phones in the car today.

67:35   And these things stood out to us.

67:38   Navigation, communication, music,

67:41   and other forms of streaming media.

67:44   Android Auto puts these front and center.

67:46   So you don't have to go hunting through a grid of icons

67:49   to find the apps that are most important to you

67:51   when you're in the car.

67:53   Android Auto is contextually aware

67:55   to give you the right information

67:57   right when you need it.

67:59   And most importantly, Android Auto

68:01   is completely voice enabled, so that you

68:04   can keep your hands on the wheel,

68:06   and your eyes on the road.

68:08   You know, we really wanted to drive a car up here on stage

68:12   and show you this live in action.

68:15   But apparently there these regulations and logistics

68:18   that make driving a vehicle in a room packed with 6,000 people

68:22   a very hard thing to do.

68:25   So we set one of our engineers on the problem.

68:28   And apparently, this is what happens

68:30   when engineers have access to a blow torch.

68:36   So we're down one test car, but we

68:39   have a great demo cockpit to show you.

68:41   And now I'm happy to introduce Andy Brenner, our product

68:44   manager, who will literally drive this demo.

68:52   So to start, Andy connects his Android phone to the car.

68:57   And the phone casts the Android Auto experience

68:59   to the car's screen.

69:04   Andy can now put his phone down and used the familiar car

69:07   controls, steering wheel buttons, console dials,

69:11   and touch screens to control Android Auto.

69:14   It looks and feels like it's part of the car.

69:17   But all of the apps we see here are running on Andy's phone.

69:21   Which means that the experience gets better when Andy updates

69:24   his apps, or gets a newer, faster phone.

69:28   This also means that Andy has a personalized experience that he

69:31   can bring with them into any compatible car.

69:35   The first thing Andy sees is the overview screen

69:39   which shows personal and contextually relevant

69:42   destinations, reminders, contacts,

69:46   and music from Google Now another apps.

69:49   One tap and he's navigating, or listening to his favorite road

69:52   trip mix.

69:54   Andy, why don't you play us some music?

70:01   [MUSIC - THE MOWGLI'S, "SAN FRANCISCO"]

70:12   Let's look for a second at Play music.

70:14   It has been adapted to have simple, glanceable controls

70:17   for the car.

70:18   Andy has access to all of his curated playlists, radio

70:22   stations, albums and artists.

70:24   And to all the key features in Google Play Music.

70:27   He can also use voice or the steering wheel

70:29   controls to control the music in the car,

70:32   keeping his hands on the wheel.

70:34   Fantastic.

70:36   Of course, Android Auto needs great maps and navigation.

70:41   So let's show you Google Maps.

70:45   We all love Google Maps because it's fast, accurate, updated,

70:49   and it seems to know where everything is.

70:52   In Android Auto, drivers have access

70:55   to all their favorite maps features.

70:57   Great local search, personalized suggestions,

71:01   live traffic, and of course, turn by turn navigation.

71:06   And Google Maps for Android Auto is even more powerful,

71:09   because it is completely voice enabled.

71:13   Andy, why don't you take us for a drive?

71:18   ANDY BRENNER: How late is the de Young Museum opened today?

71:24   GOOGLE: De Young Museum is open from 9:30 a.m.

71:27   to 5:15 p.m. on Wednesday.

71:29   ANDY BRENNER: Oh good, I can go there.

71:36   Navigate there.

71:40   GOOGLE: Navigating to de Young museum.

71:45   Head for 4th street, northeast on Minna St. In 600 feet

71:50   use any lane to turn right onto 4th street.

71:54   PATRICK BRADY: So Andy was able to start navigation

71:56   without ever entering an address or taking

71:58   his hands off the steering wheel.

72:00   During navigation, instructions are spoken, as you heard,

72:04   and displayed on the screen in a material

72:07   car that floats above the map.

72:09   Great.

72:11   So that's music and navigation.

72:13   What's next?

72:15   Let's show you voice enabled messaging.

72:23   GOOGLE: New message from Hiroshi Lockheimer.

72:26   Here it is.

72:27   Andy, are we there yet?

72:31   PATRICK BRADY: As you can see, incoming messages

72:33   show up as heads up notifications.

72:35   So Andy can still see the upcoming turn in Maps.

72:39   When he's ready, he can just use the steering wheel voice button

72:42   to reply.

72:46   ANDY BRENNER: Reply.

72:49   GOOGLE: What's the message?

72:51   ANDY BRENNER: I have no wheels.

72:54   GOOGLE: Here's your message to Hiroshima Lockheimer,

72:56   I have no wheels.

72:57   Do you want to send it?

73:00   ANDY BRENNER: Sure.

73:02   GOOGLE: Sending message.

73:11   PATRICK BRADY: So we're really excited to bring

73:13   these great experiences into the car.

73:16   But we also want you, our developers,

73:18   to come along for the ride.

73:20   We know it's not easy to build apps for cars today.

73:23   There are dozens of different car platforms, input controls,

73:27   and user interfaces.

73:28   There is no central way to distribute your app,

73:31   or keep it updated.

73:33   Wouldn't it be great if building an app for the car

73:35   was just like building an app for your smartphone or tablet?

73:38   Well, we have good news for you.

73:41   The road ahead is brighter, and today we're

73:43   announcing the Android Auto SDK.

73:46   So that you-- We thought you'd like that.

73:54   So that you can just focus on making great apps for the car.

73:58   We're starting with a full set of API's

74:00   for audio and messaging applications.

74:03   First, let's talk about audio.

74:05   We worked with a great set of developers

74:08   on a prereleased version of the Android Auto SDK

74:11   to develop some great audio streaming

74:13   apps that let you listen to music, internet radio, news,

74:17   sports, and podcasts on the go.

74:20   You can try these apps out live in our demo cars right outside.

74:25   Next, let's talk about messaging apps.

74:28   Andy showed us earlier how he can send text messages using

74:32   Android Auto, completely with his voice.

74:35   Well we're opening this up to your messaging apps.

74:38   So using these API's your apps can

74:41   notify users of incoming messages

74:45   and allow them to respond using voice.

74:47   And this is the same API we're using for notifications

74:50   and remote reply on Android Wear.

74:53   With just a few lines of code, you

74:56   can let users know on their wrist or in their car.

74:59   it's really, really powerful.

75:02   So we're really excited about Android Auto

75:04   and we think we've found that better way.

75:06   But I know what your all thinking,

75:09   when some rubber actually meet the road?

75:11   Well, we're happy to say that you won't have to wait long.

75:16   The Android Auto SDK will be published soon.

75:19   And the Android Auto experience will be available to users

75:22   with the public L release, later this year.

75:25   And the excitement in the auto industry

75:27   is really been growing.

75:29   Today, we're happy to announce that over 40 new partners have

75:32   joined the Open Automotive Alliance.

75:41   Over 25 car brands have signed up

75:43   to ship Android Auto in the near future.

75:46   What's more, the first cars with Android Auto

75:49   will be rolling off dealer lots before the end of this year.

75:57   So that's just a peek at Android Auto, an Android experience

76:01   that's been redesigned for the car,

76:03   with all the apps drivers know and love,

76:06   through an interface that's built for drive.

76:08   Now I'd like to welcome Dave Burke back

76:10   on stage to tell us about Android in the living room.

76:19   DAVE BURKE: Thanks Patrick.

76:20   It's pretty cool to see what you guys are doing at Autos,

76:22   but some of us don't actually have a car in our living room,

76:25   wheels or not.

76:25   So I'm going to talk about a different form

76:27   factor and that's TV.

76:29   So TV's are fast becoming smarter, more connected.

76:33   And really, they're becoming computing devices

76:35   in their own right.

76:36   So we see a great opportunity to bring

76:38   some of the strong capabilities of Android, such as voice

76:41   input, user experience and content

76:44   to the largest screen in your house.

76:47   Now in some ways, TV space is not

76:49   too dissimilar to the mobile space in 2006.

76:53   Each TV manufacturer has a different OS

76:55   with different API's and programming model,

76:57   often with limited developer tools.

76:59   And the cost and friction to develop a service

77:01   to run across multiple TVs is too expensive.

77:05   As a result, smart TVs are typically limited

77:07   and not competitive with their mobile cousins.

77:10   So we wanted to go and change that.

77:12   Today, we're announcing Android TV.

77:22   So, this isn't a new platform.

77:24   That's kind of the point.

77:25   We're simply giving TV the same level of attention

77:28   as phones and tablets have traditionally enjoyed.

77:31   We want you to be able to leverage your existing skills

77:33   and investment in Android, and extend them to TV.

77:37   There's now one Android SDK for all form factors.

77:44   Now, remotes are a core part of the TV experience.

77:47   And Android TV requires just a D-pad with voice input.

77:51   And that can be made available as a hardware remote control,

77:54   as a game controller, or even a virtual controller on a phone

77:57   or tablet.

77:58   So today, I'm going to use the Android TV app on my phone.

78:03   And the best way to understand Android TV

78:05   is to just see it in action.

78:07   So what you're about to see is hot off the press, and really

78:10   just an early look at the TV support

78:12   that we're adding to the L developer preview.

78:15   OK, so let's start with the most integral part of television,

78:18   live TV.

78:22   So in L, we've added what we call the TV input

78:26   framework to Android.

78:27   So it enables Android-based TVs to handle video

78:29   from sources such as HDMI, TV tuners, and IP TV receivers.

78:34   And the UI provides a unified view of your channels

78:36   in a familiar channel hopping UI with the channel

78:39   information on the top.

78:41   Now, if you want to do something different,

78:43   just like every other Android device, you press home.

78:46   And you'll notice that home overlays on top of the content.

78:50   So I can keep watching while I browse.

78:52   But unlike phones and tablets, where the behavior

78:54   is more task based, we designed home

78:57   to be a super simple, lean back experience.

79:00   Because TVs, unlike computers or mobile devices,

79:03   they're primarily entertainment interfaces.

79:05   Users don't expect or want complexity from their TV.

79:09   So the launcher presents you with a set

79:10   of content recommendations at the top,

79:12   floating over the UI using that familiar material theme.

79:15   As I scroll down you get immediate access

79:18   to your applications, ordered by how often you use them.

79:21   Scroll down again, you get access

79:23   to your apps, also ordered by usage order.

79:27   Now if I scroll back up to the content recommendations

79:30   you can see this is a quick way for me to watch content.

79:33   The recommendation system is completely open.

79:35    Any app can publish to it, and it's

79:37    ranked according to your usage patterns.

79:39    So for example, I'm currently binge watching Game of Thrones.

79:42    I am actually.

79:43    And I'll automatically be presented

79:45    with a recommendation for the next episode, like so.

79:49    So that's the home.

79:50    Let's talk about search.

79:52    Today, people regularly take out their phone

79:54    to search for something to watch.

79:56    With Android TV, we decided to build a core search

79:59    functionality, directly into the experience, powered by voice.

80:03    So for example, I could just simply say, Breaking Bad.

80:12    Google will interpret the results,

80:14    and get me a result for the popular TV show.

80:16    Now with one click, I can then watch it

80:18    in Google Play movies and TV, or any other service

80:20    that I have installed.

80:22    If I scroll down, you'll see information on cast members.

80:25    Scroll down again, I get related search terms, also

80:28    YouTube clips at the bottom.

80:30    Now, I can also pivot on cast members.

80:32    So for example, I can click on Anna Gunn,

80:35    I'll get that nice material transition,

80:36    I'll get information on the actress.

80:38   Scroll down, I can get movies and TV shows

80:41   that she's starred in.

80:42   Even YouTube clips of interviews with the actress.

80:46   Now, the power of Google comes into its own

80:48   for more abstract queries.

80:49   So for example, I can just say, Oscar

80:52   nominated movies from 2002.

80:56   Google with interpret that query and of course

80:58   get me all my Oscar nominated movies.

81:06   And so, from here, of course, one click, I can watch it.

81:09   Now, search, of course, is backed by Google's knowledge

81:11   graph.

81:12   So I could also ask it a question.

81:13   So for example, I could say something like,

81:16   who played Katniss in the Hunger Games?

81:20   And of course, the answer is, Jennifer Lawrence

81:23   played Katniss Everdeen in the Hunger Games.

81:29   And again, I get movies and TV shows

81:31   she's involved, other related queries and YouTube clips.

81:35   So that's Google search tailored for your TV.

81:38   Let's now take a look at some of the applications.

81:41   So let me launch Google Play movies and TV first.

81:45   Now, developing for TV means creating a 10 foot user

81:48   experience, so-called because that's typically

81:50   how far you're standing from, or sitting from the screen.

81:53   In L, we've expanded the platform

81:56   to support a lean back experience with new framework

81:59   classes that help you to quickly and easily build

82:02   fluid cinematic, ten foot user experiences.

82:05   Our Play movies team was able to take their existing tablet

82:08   app from Android, quickly add the lean back classes on top

82:10   of it to produce a great TV experience.

82:13   They now have the same APK for TV, phones and tablets.

82:17   So what you see here is the browse fragment,

82:20   part of the lean back classes.

82:21   You got nice slick animations, you

82:23   got those bold material colors.

82:27   If I then dig into a TV show I can get more information.

82:31   This is showing our details view.

82:33   By the way, if you don't have your remote handy,

82:35   you can always use your Android Wear watch as a D-pad.

82:37   So for example, let's try this out.

82:40   So we've created a little wearable app.

82:43   So from here, I can actually interact with the TV.

82:46   So I can go back.

82:47   Let's go up and watch, Now You See Me,

82:49   I think that'll be a good show.

82:50   So I click that, and then we can start watching it.

83:00   So to wrap up, all of these lean back building blocks

83:03   are ready for you to reuse and customize

83:05   in your own applications as you see fit.

83:08   OK.

83:09   So next, let's talk about games.

83:11   People who have traditionally not thought of themselves as

83:14   gamers, frequently download and play games

83:16   on their phones and tablets.

83:17   And in fact, three out of four Android users

83:19   are playing games.

83:20   Which has helped make the Play store one of the biggest

83:23   catalogs of games in the world.

83:26   With Android TV, we enable you to take your games

83:28   to the biggest screen in your house.

83:30   And the games are getting really good.

83:32   So for example, let me fire up, one

83:34   of my favorites, which is Leo's Fortune, with this game pad.

83:39   And this is a really good, fun game.

83:40   It's kind of typical of a modern Android game.

83:42   It's got great game, it's got great graphics, fast and fluid.

83:46   I also like it because our lead UX designer's name is Leo.

83:49   He's not quite as cuddly as this guy,

83:51   but I can definitely see him in a handlebar moustache.

83:54   Anyway, so another advantage of Android TV

83:57   is you can tap into Google Play games

84:00   to share achievements and leader boards with friends.

84:03   You can even play multiplayer games,

84:05   which are friends playing from any device.

84:07   So for example, I can launch NBA Jam, which

84:11   is a really great game, and play a multiplayer game

84:13   with my friend, Alan here on the sofa.

84:15   So let's try it out.

84:16   So he's playing on his tablet.

84:18   I've got my game controller.

84:19   Let's try this.

84:20   So we have a bet on.

84:21   The first person to store is me.

84:24   OK, first one to two.

84:25   OK, let's go.

84:26   So the first person to do, has to buy the other person

84:28   beer tonight.

84:29   Let's go.

84:30   Oh.

84:32   Hopefully I can actually score.

84:33   I'm from Ireland, so I don't really understand this game.

84:36   Let's try this.

84:38   Oh.

84:40   OK.

84:40   One all.

84:42   Did you get two?

84:43   OK, last one, last one.

84:45   Bear with us.

84:46   I want free beer tonight.

84:52   Yeah.

84:54   All right.

84:55   It's a good thing there's a free bar at the after party, Alan.

84:58   OK.

84:59   I hope.

85:00   OK.

85:01   So that's games.

85:02   Now, sometimes you just want to cast or send

85:06   content from your movie, such as movies or music

85:09   from your phone.

85:10   So Android TV includes full Google cast support.

85:14   So you can use it just like a chrome cast.

85:20   In fact, Android TV enables us to bring

85:22   Google Cast to more TVs.

85:24   So for example, imagine Alan's visiting my house

85:26   and he wants to share his new favorite jam with me.

85:28   He could just fire Play music on his phone or tablet,

85:31   and cast it directly to my TV.

85:36   And hopefully his music will appear.

85:38   I'm always really nervous about what

85:39   he's actually going to play.

85:40   I'm not sure I even what to see this.

85:42   OK, that's pretty innocuous.

85:43   That's cool.

85:44   All right, works great.

85:45   So that's Cast.

85:47   Now, to distribute your applications,

85:49   we've designed a very TV-centric Play store experience.

85:53   I'll just fire it up here.

85:58   The L developer preview comes with a sneak peek of TV apps

86:01   and games to showcase the platform.

86:02   And you'll recognize big names like Netflix and TED,

86:05   as well as some great casual and multiplayer games.

86:08   The store will open officially in the fall

86:10   with the launch of L, packed with some of the best content

86:13   available today for Android, tailored, of course, for TV.

86:16   So that's a quick overview of Android TV.

86:19   Android TV is ideal for multiple device types.

86:23   So everything from built-in televisions, to set-top boxes,

86:26   to streaming boxes, and gaming consoles.

86:29   We're working with silicon vendors across the industry,

86:31   including everyone from Marvell, to Intel and more.

86:35   Today, I'm super excited to announce that the entire 2015   86:38   HD and 4K Smart TV ranges from Sony, and the 2015      86:43   ranges of Sharp and TP Visions, Phillips

86:45   will run on Android TV.

86:54   We're also seeing activity in the pay TV space

86:57   with Bouygues, SFR, and LG uplus adopting Android TV.

87:00   And we'll also be seeing streaming boxes powered

87:02   by Razor, Asus others launching this fall.

87:06   And the Unreal engine demo that I showed you

87:08   earlier, that was running an Android TV,

87:10   with Nvidia's TK1 reference design,

87:12   capable of console style gaming.

87:14   And we expect to see TV products based

87:16   on that hardware in the fall, too.

87:19   Finally, to bootstrap the ecosystem today,

87:21   we're making a development kit we

87:23   call ADT-1, available through a sign-up page

87:26   to application developers like yourselves,

87:28   so you can start developing for TV today.

87:30   In fact, all the demos we saw were running on ADT-1.

87:34   So to learn more about Android TV,

87:35   you can visit developer.android.com/tv.

87:39   And I mentioned earlier, that Google Cast

87:41   is a core part of the Android TV experience.

87:43   And as Cast gets better, so does Android TV.

87:46   So to learn more about some of the exciting new developments

87:48   in Google Cast, and Chrome Cast, let me hand it over to Rishi.

87:51   Thank you.

87:56   RISHI CHANDRA: Thanks Dave.

87:58   So I want to give an update on Chromecast.

88:00   We launched Chromecast last July to deliver a new TV experience

88:05   that was both simple and powerful.

88:07   By using devices you already know and love,

88:09   your phone, your tablet, and your laptop.

88:12   And for the first time you had an experience that just worked.

88:16   All it took was the simple press of a button

88:18   from your favorite app.

88:20   Now we've been really happy about the positive reaction

88:22   we've gotten from both press and consumers.

88:25   We've sold millions of devices, and consistently

88:28   outsell all other streaming devices

88:30   combined in major retail channels like Best Buy.

88:38   And recently we've been able to replicate that

88:40   success in 18 countries.

88:42   Today, Chromecast is a top selling electronics device

88:46   on Amazon.

88:47   In the US, UK, France, Japan and Canada.

88:53   Thank you.

88:53   [APPLAUSE]

88:56   And as sales have ramped up, usage per device

88:58   has increased 40 percent.

89:01   Already, YouTube sees more active engagement on Chromecast

89:05   than any other TV streaming product.

89:08   The model is working.

89:10   Now, Chromecast is just the beginning.

89:12   We want to build an ecosystem of Google Cast ready apps,

89:15   and Google Cast ready devices.

89:17   So that's why we're excited that Google Cast support's coming

89:20   to Android TV devices as devices roll out later this year.

89:24   So let's talk a little bit about developers.

89:26   We launched Chomecast with five content apps.

89:28   And since then, we brought on board many of the top content

89:31   apps from around the world, including the BBC iPlayer,

89:35   and the WatchESPN app, which came just in time for the World

89:38   Cup to kill all productivity of the Chromecast team.

89:42   Luckily, we have a Brazilian VP.

89:45   Google Cast is designed to work with the most popular devices

89:47   you find in a home today.

89:49   In fact, in the last 30 days, almost 50 percent

89:52   of Chromecasts were used by devices for multiple platforms.

89:57   That's why in February, we launched the Google Cast SDK

90:00   across Android, iOS, and Chrome.

90:03   So now, any developer can take their existing mobile or web

90:06   app, and extend it right to the TV.

90:10   In just a few months, we have over 6,000 developers

90:12   registered, who are actively building over

90:14   10,000 Google Cast apps.

90:16   So we're starting to see a lot of momentum.

90:18   Now, as more and more apps are coming on board

90:20   and integrating with the SDK, we want

90:22   to make it even easier for consumers

90:24   to find your Google Cast ready app.

90:27   So today, we're announcing new discovery experiences

90:30   on Android, iOS, and Chrome.

90:32   Consumers can find these at chromecast.com/apps,

90:35   or from the Chrome Cast app on your phone, tablet, or laptop.

90:38   This is one of many improvements we're

90:39   making to Google Cast to make it even easier to use.

90:43   For example, one of my favorite features of Chromecast

90:46   is that it works with my friends and family,

90:49   because they can use their own devices.

90:51   Well today, we're announcing a new feature

90:53   to make that even easier by allowing others

90:55   to Cast your TV without needing to be

90:58   in the same Wi-Fi network.

91:04   So I've AK here on stage with me.

91:06   And let's say AK is over at my house,

91:08   and he wants to use his phone to share or Cast

91:11   one of his favorite YouTube videos to my TV.

91:13   Now normally, I need to share my Wi-Fi password with them.

91:16   But sometimes they're long and complicated,

91:18   or I don't rememeber it.

91:19   In this case, I just don't trust them with the password.

91:22   But I still wanted to see his great video.

91:25   Well with this new feature, AK can still take out his phone

91:28   and open up the YouTube app.

91:29   And you'll see in the top right, he's

91:31   only connected to the cellular network.

91:33   But you still see the Cast button.

91:35   Simply press the button, and it allow

91:38   him to connect to nearby devices.

91:40   Now in a few seconds, his phone will

91:42   connect to Chromecast through the cloud.

91:47   And that's it.

91:48   So now, we can control the video,

91:50   pause the video, play the video, just as

91:52   if he was on my same Wi-Fi network.

91:55   So how do we do it?

91:56   We're using a variety of different technologies, which

91:58   allows us to authenticate users in the same room

92:01   as a Chromecast.

92:02   And if for whatever reason, we can't automatically

92:04   detect or authenticate from you, we'll

92:06   ask for a pin that will always be present on the screen.

92:09   Oh, check this part out, this is my favorite part of the video.

92:16   It's pretty cool.

92:17   So now, you can invite all your friends over to your house,

92:20   kick back, and let them Cast to your TV

92:22   without any friction or hassle.

92:24   It makes Chromecast an even more social experience.

92:27   Now, this is an opt-in feature, so you always

92:29   have control over who can cast to your TV.

92:32   We'll be rolling this out to all Android users later this year.

92:36   And developers will get this for free by the Google Cast SDK.

92:41   So we also spent a lot of time thinking

92:42   about new use cases for the television.

92:45   For example, today lots of people talk

92:47   about the five hours per day people watch TV.

92:50   What about the 19 hours per day your TV's

92:53   just a blank, empty screen?

92:55   With Chromecast, we want to use this large, beautiful canvas.

92:59   So we start with something really simple.

93:01   A feed of scenic images that's been gradually expanding

93:04   over time.

93:05   Today, we're announcing the new Google Cast ambient experience.

93:09   And we call it Backdrop.

93:11   It just takes a minute to set up,

93:12   and you can do it for any iOS or Android device.

93:15   In this case, we're going to use an iPhone 5 for the demo.

93:18   And we have the feed accelerated just for the demo purposes,

93:21   so you can see more images.

93:24   So let's go in and open up the Chromecast app.

93:26   And you'll see Backdrop's a new option in the App drawer.

93:30   And from here, you can personalize the feed

93:32   to match your own interests and tastes.

93:35   One of the top feature requests we've gotten

93:37   is the ability to add your own personal photos

93:39   to the ambient feed.

93:41   Well now, you can.

93:42   So we turn on photos, you can select from one or multiple

93:46   Google+ photo albums.

93:49   And in a few seconds, you'll start seeing my personal photos

93:53   show up right on the TV screen.

94:02   It's that simple.

94:03   Your TV is now the largest picture frame in the house.

94:06   Grandparents everywhere are going to love this feature.

94:10   So we also have a lot more topics.

94:13   We want to give you an infinite source

94:14   of great and beautiful images.

94:16   One of my favorites is one called

94:18   Places, which brings geospatial images

94:21   from Google Maps to your TV.

94:24   These satellite photos give you a totally different perspective

94:26   on how you can see the world.

94:28   It's really amazing.

94:32   We also have other topics like news, and lifestyle,

94:35   and Google+ featured photos.

94:37   One of my other favorite topics is

94:38   art, which includes artwork from famous museums and collections

94:41   from around the world, including the Getty Museum,

94:44   and the National Museum of Women in the Arts.

94:47   And now, my TV's a beautiful set of paintings.

94:50   Every topic is curated to make sure we're

94:53   showing high quality and safe images.

94:57   And every user has the ability to control

94:59   which topics show up on the TV.

95:01   Now, generally I'm going to leave

95:03   this in the background of my house.

95:04   But let's say one of the images catches my eye,

95:07   and I want to learn a little bit more info about it.

95:10   I can use Google Voice Search to always learn more.

95:15   MALE VOICE: What's on my Chromecast?

95:21   RISHI CHANDRA: For every topic, we'll

95:23   show a synchronized card that will

95:30   show you relevant information and relevant actions.

95:33   So in this case, I can learn more

95:35   about any artist of the painting.

95:38   Backdrop brings your TV to life even when

95:40   you're not actively using it.

95:42   And we're looking forward to working with third party

95:45   developers to actually bring in their own topics into the feed.

95:49   Backdrop will roll out to all Chromecast users

95:51   later this summer.

95:53   So finally, one of the big advantages of the Google Cast

95:56   model is that we can start thinking beyond traditional use

95:59   cases of the TV like video.

96:02   For example, your phone and your tablet

96:03   have unlimited possibilities.

96:05   And there's many times we want to bring those experiences

96:07   and extend them to the TV.

96:10   Well to help accelerate that shift,

96:11   we're launching a new Google Cast

96:13   feature that allows you to mirror any Android

96:15   device to your television.

96:22   So to start mirroring, just go to your Chromecast app

96:24   on your Android device and select Cast screen.

96:28   And from here, everything on your phone

96:30   will just show up on the TV.

96:32   It's that simple.

96:34   No cables or wires needed.

96:37   Now we built our own protocol to reduce latency and framedrops,

96:40   so the experience feels really natural and smooth.

96:43   And now you can share anything on the big screen.

96:46   So let me give one example, a real life

96:48   example I had a few months ago using Google Earth.

96:53   I was planning a family trip to Maui later in the year,

96:55   and I want to show my four-year-old daughter

96:58   where Maui is on the map.

97:00   So instead of huddling around my small phone,

97:02   I ended up opening Google Earth and projecting right to the TV.

97:05   So let's type in Molokini, one of my favorite snorkleing

97:07   destinations in Maui.

97:10   And as you can see, it's a totally different experience

97:13   to navigate the world with my daughter

97:14   on the biggest screen in the house.

97:17   You can play with this for hours.

97:20   So we're going to do one more fun thing.

97:22   We're actually going to open up the camera app.

97:24   And we're actually going to mirror in live action --

97:26   a little nervous -- in live action all of you on the big

97:29   screen.

97:38   It's a lot of fun.

97:40   So we're working with a large variety of devices,

97:43   from Samsung, from Nexus HTC, and LG,

97:48   with many more devices coming soon.

97:51   We'll be rolling out this initially in beta

97:53   as devices get updated to the latest version of Google Play

97:55   services, which will happen over the next few weeks.

97:59   As you can see, we're really excited to show

98:02   how the Cast model can change how

98:04   we think about entertainment in the home.

98:06   And we look forward to innovating with all of you

98:08   to make that a reality.

98:10   Now I'll pass it back to Sundar.

98:20   SUNDAR PICHAI: Thanks, Rishi.

98:21   So we've talked so far about wearables, your car,

98:25   and the television in your living room.

98:28   Another important device in our lives is our laptop.

98:32   Our journey here began with Chromebooks.

98:36   We are seeing tremendous momentum here.

98:37   We started the journey with one reference device, the Cr-48,

98:43   which we launched about three years ago.

98:46   A year later, but with Samsung and Asus,

98:49   we launched two devices in two countries.

98:53   Fast forward to today, we have eight OEMs making 15 devices,

98:58   with many more on the way in 28 countries.

99:06   Users really love the fundamental insight

99:09   behind Chromebooks.

99:10   Speed, simplicity, and security.

99:14   All 10 of the top 10 highest rated laptops today in Amazon

99:19   are all Chromebooks.

99:25   We are seeing tremendous traction in education, as well.

99:28   Just this year alone, the number of Chromebooks sold to K

99:32   through 12 schools in the United States has grown by 6x.

99:36   And we are investing a lot more in this area.

99:40   So let me talk about how we're evolving the Chromebook

99:42   experience.

99:43   As I said earlier, users almost always

99:46   have a smartphone with them, including

99:48   when they're using a Chromebook.

99:50   So we want to increasingly connect these experiences

99:52   together, so that they have a seamless experience

99:55   across their devices.

99:57   Let's take a look at what they can do.

99:59   Dave, Kan is going to help me through with some demos.

100:02 Dave talked already about how with the L release,

100:05 you can unlock your phone knowing

100:07 that it is with you, based on what

100:10 we are doing with APIs now.

100:12 Well if we can unlock your phone,

100:14 we can also unlock your Chromebook.

100:16 Every time you approach your Chromebook,

100:18 and your phone is with you, we will automatically

100:21 unlock your Chromebook, and sign you

100:23 into your favorite applications and services.

100:25 So it works seamlessly.

100:31 We've already added Google Now notifications,

100:34 so the same Google Now cards, which you see on your phone,

100:37 you see them on your Chromebook.

100:39 And we are adding a few more things.

100:41 Let's say you get an incoming phone call.

100:43 You will start seeing those incoming call

100:45 notifications on you Chromebook.

100:48 If you get a text message, you would see those text messages

100:52 on your Chromebook, as well.

100:54 And I recently had this experience,

100:56 my phone was in my pocket and running out of battery.

100:59 And my Chromebook popped up a notification,

101:02 and said your phone is running out of your battery.

101:04 Simple, delightful experiences to connect

101:07 your phone and your Chromebook.

101:10 As we started working on this, one

101:13 of the things that struck us is, wouldn't it

101:15 be nice if you could get some off your favorite Android

101:19 applications, which you love on your phone, on your Chromebook.

101:24 So this is a difficult challenge technically,

101:27 so we've been working on this project for a while.

101:30 Our goal is to bring your favorite Android applications

101:33 in a thoughtful manner to Chromebooks.

101:36 We want this to be intuitive for users.

101:38 These applications were built for Android for the phone,

101:42 so we want them to work when there is a mouse, keyboard

101:44 and touch events, et cetera.

101:46 For developers, we want this to work

101:49 with as little modifications as possible.

101:53 So we are in early days, and we are

101:54 going to show you a preview today.

101:56 And Kan is going to help me with it.

101:58 So Kan is going to pull his tablet up.

102:01 And what you're seeing on his tablet is Evernote.

102:04 This is one of his favorite applications.

102:07 And I think he is planning a birthday party there.

102:10 Let's switch over to the Chromebook.

102:12 And the same Android application is now

102:15 available in the launcher on your Chromebook.

102:19 So you can click that, and you get the exact same application.

102:23 And because you're on a Chromebook,

102:25 you can start making changes to it.

102:27 You can go to the web, copy-paste,

102:30 everything just works.

102:32 We've ported that Android application

102:34 to run within your Chromebook.

102:37 Let's give you one more example.

102:40 We'll pull a canonical application, an application

102:43 you see on your phone, like Vine.

102:46 We now have that application running on your Chromebook

102:49 Pixel, as well.

102:51 Kan is going to browse through the World Cup channel.

102:54 And you can see how they experience

102:55 feels native and intuitive on a Chromebook.

102:59 And because the app has access to some of the underlying

103:02 device APIs, it has access to the camera API,

103:06 Kan can actually take a clip of himself, just like a Vine user,

103:09 and post it straight from his Chromebook.

103:14 The final application we want to show to you is Flipboard.

103:17 It's a beautiful, immersive experience.

103:20 And the Android version of the app

103:21 now comes alive on Chromebooks.

103:23 And you can see how beautiful and immersive this experience

103:26 is.

103:27 We are very, very excited about bringing

103:30 important, favorite Android applications for uses straight

103:34 on their Chromebooks, so that they

103:35 can get an even more connected experience.

103:38 And we are working on bringing our experiences

103:41 across both Android and Chrome together,

103:43 so that it looks in a delightful way for our users.

103:53 So far we've talked about bringing our platforms, Android

103:57 and Chrome, to all the connected devices in your life,

104:00 so that we can create a great experience across all of them.

104:04 But there's another important environment,

104:06 we want to talk to you about it as well.

104:08 Most of you spend a lot of time in your workplace.

104:12 We've always had this funny insight inside at Google,

104:15 that it is the same person at work,

104:18 and it's the same person at home.

104:20 That's a picture of Matt, which is his work badge.

104:23 In his spare time, he's an Lonely Planet traveller,

104:26 and he writes books for them.

104:28 So you can see, people have very, very different contexts.

104:31 Yet your computing experience is very fragmented.

104:35 The way it worked in the PC world

104:37 is companies gave you a separate laptop for work

104:41 and you had your own personal laptop.

104:44 The experience was disconnected.

104:47 And that model starts breaking down

104:49 when you start thinking about phones.

104:51 No one wants to carry two phones around.

104:54 So what we are doing is, with the L release and Android,

104:59 we are adding a whole set of APIs to unify this experience.

105:03 So we are bringing both your experiences, so that as a user

105:08 you can have one experience, and both your personal applications

105:12 and corporate applications can live on the same device.

105:20 We are doing it thoughtfully by providing underlying data

105:23 separation.

105:25 So all your personal data is isolated

105:27 from your corporate stuff, and vice versa.

105:30 So we're providing full data isolation and security,

105:33 which enterprises care about.

105:35 As developers, there is no modification

105:38 needed of your existing apps.

105:40 All your apps will be available through Google Play,

105:43 and companies can buy them in bulk and deploy it,

105:46 so you can reach many more users.

105:49 These are all available in L, but we are wrapping up many

105:52 of these features as a separate apps

105:54 so that it will also work on prior versions of Android.

105:59 And finally, Samsung has done a lot of important work

106:02 in this area with Knox.

106:05 And we really want to thank Samsung,

106:07 they are contributing all of their work in Knox

106:09 to the Android platform, so that we have one consistent story

106:13 for enterprises across Android.

106:24 So we are also working with major partners, all major OEMs,

106:29 names you would recognize, in the fall

106:32 to have a certified Android for Work program,

106:35 by which we can bring these devices to companies

106:38 with guaranteed updates and full security.

106:40 So we are very excited by this journey.

106:43 As we bring Android for Work, one of the important use cases

106:47 we care about is productivity.

106:50 Documents collaboration.

106:52 Which is why we've invested a lot in Google Docs

106:55 and the whole suite of editors.

106:57 We've always had great mobile apps

106:59 for Google Docs and Sheets.

107:01 And today, we are also announcing Google Slides,

107:04 so that you can create and share presentations

107:07 straight from your mobile devices.

107:09 One of the common use cases we run into in companies,

107:13 when people use this, is they run into Office files.

107:16 It's a very common experience for all of us.

107:18 And we want to make sure as we bring Android for Work, Office

107:22 files work seamlessly.

107:24 So we acquired Quickoffice, and we've

107:27 been hard at work integrating Quickoffice into Google Docs.

107:31 And today we are announcing native office editing

107:34 built within the Google Docs suite of editors.

107:42 Let's take a look.

107:44 Kan is going to show how this works.

107:46 I'm sure you're all familiar with getting emails

107:49 in which you get a Word file.

107:51 And so if you get a Word file in your email,

107:54 you can click on it.

107:55 In the past, we would convert it into a Docs file,

107:59 but we don't anymore.

108:01 And so what you see is a native Word file,

108:03 handled straight within Google Docs.

108:05 And this looks for sheets and presentations as well.

108:08 And Kan can make edits to the document.

108:11 And most importantly, when he saves it,

108:13 it saves back as a Word file, so that he can send it back

108:16 to people.

108:17 So it works seamlessly.

108:20 You can always convert this to Google Docs,

108:24 so that you get advantage of world class collaboration

108:26 features.

108:30 One of the common features we get requests on is redlining.

108:34 So we have done great work to bring modern collaborative

108:37 approach to redlining.

108:38 And the feature is called suggested edits.

108:41 So just like Google Docs always does,

108:44 people can add their comments and very easily you

108:49 can review and accept changes.

108:51 So with suggested edits, we have modern, collaborative features.

108:55 And with built-in native Office, we

108:58 think our productivity suite is great for the workplace.

109:03 All our productivity files live in Google Drive.

109:06 We launched Google Drive about two years ago.

109:10 And today, we are very excited to announce

109:12 Google Drive has over 190 million 30-day active users.

109:21 These are not registered users, these are 30-day active users.

109:25 And the number has grown over 85 percent just last year alone.

109:29 We are now bringing all of Google Drive

109:31 for Work functionality to companies as well.

109:36 And what we are doing is we are encrypting the data,

109:39 both during transit and at rest on our servers.

109:44 We are providing enterprises full APIs.

109:48 Audit, and analytics APIs, based on how their employees are

109:52 using their data across the company.

109:55 And finally, it is hassle free.

109:58 Unlimited storage for just $10 per user per month.

110:09 So the combination of Android for Work,

110:12 our Google Docs suite, and Google Drive for work,

110:15 really offers a comprehensive suite for companies,

110:19 and joins Google Apps and Chromebooks.

110:21 And as companies are thinking about moving away

110:23 from traditional Windows architecture,

110:26 we are seeing tremendous momentum.

110:29 67 off the top 100 startups gone Google.

110:32 58% of Fortune 500 companies have gone Google.

110:37 And 72 of the top 100 universities have gone Google.

110:48 So we've talked about how we are bringing our platforms, Android

110:52 and Chrome, across all your devices.

110:55 Not just for your personal life, but also for your workplace.

110:59 We're going to switch gears now, and talk

111:01 about how you all as developers can build success

111:04 on top of our platforms.

111:06 In fact we hear amazing stories every day.

111:10 From corporate startups to students who act as developers

111:15 and create amazing experiences on top of our platforms.

111:19 We've put together a video so that you can take a look.

111:23 [VIDEO PLAYBACK]

111:34 -Jackthreads is a ecommerce destination for men's fashion.

111:38 I think everyone here is unique in so many ways.

111:40 We have such a crazy hodgepodge of people here.

111:44 -We understand so much about our guys needs.

111:47 The demand that they have for truly

111:49 personalized communication.

111:51 Almost 70% of the interactions that we have our audience

111:54 are mobile.

111:55 More than 50% of our transactions

111:56 are driven through mobile.

111:58 We've leaned in really hard to build best in class

112:01 mobile experiences, where every day

112:03 you don't know what you're going to find.

112:05 We want to feel like the smallest

112:08 big company in the world.

112:16 -There's 1.2 billion people in the world

112:18 learning a foreign language.

112:19 The majority of these people are learning to get a job,

112:22 and they are low socioeconomic conditions.

112:24 My views on education have always

112:26 been influenced by where I come from, which is Guatemala.

112:29 So Guatemala is a very poor country.

112:31 I wanted to come up with a way to teach

112:33 languages that was entirely free.

112:35 Today, Duolingo was the most popular way

112:37 to learn languages in the world.

112:38 We have 30 million students.

112:40 There are more people learning a language on Duolingo

112:43 than in the entire US public school system.

112:46 85% of the people use it through an app.

112:49 Over the next 20 years, education

112:50 is going to fundamentally shift.

112:52 Smartphones are going to allow us bring education

112:55 to the people who don't have access to it.

113:03 -We had seen Andres a couple times during our PE period,

113:07 studying the track.

113:08 And we didn't realize it took so much work

113:11 to actually get to know the school.

113:13 -They have to live through darkness every day.

113:16 No one can really feel it, they take seeing for granted.

113:18 -We were like why not create something

113:20 that will actually make a difference.

113:22 -Hello Navi will use GPS and a location sensor,

113:26 so that way you have a specific point for each of his classes.

113:29 -Where do you want to go?

113:31 -The coding, it took weeks just to get it down.

113:36 -If you mess up one little tiny thing

113:38 it can mess up the whole app.

113:41 -We made a difference today, not just to him,

113:43 but to many others that will eventually use this app.

113:46 -They care about me.

113:48 That's why they made this app happen.

113:51 I never got to hear the word "inspiration"

113:55 in my whole entire life.

113:58 It made me proud.

114:02 [MUSIC PLAYING]

114:07 [END VIDEO PLAYBACK]

114:09 [APPLAUSE]

114:12 SUNDAR PICHAI: I was incredibly moved

114:14 when I saw that video the first time.

114:16 And even more excited, all the folks

114:18 in the video, including those middle school

114:19 students from Resaca School in Texas

114:22 are joining us in the audience today.

114:24 [APPLAUSE]

114:51 Thank you.

114:53 We know these examples are just the tip of the iceberg.

114:56 And we care deeply about evolving our platform

114:59 so that you can continue to create

115:00 these amazing experiences.

115:02 So we're going to talk about that next.

115:04 The first is how you can build and scale your applications

115:08 on top of Google Cloud Platform.

115:11 We've been within Google building world class

115:14 infrastructure, and running large scale services,

115:17 like Search, Maps, YouTube, and Gmail.

115:21 And we are very excited we are bringing

115:23 the full power of the Google Cloud Platform

115:25 to developers like you.

115:26 To talk about that, I'm going to invite Urs Holzle.

115:34 URS HLZLE: Thank you.

115:35 Thank you, Sundar.

115:37 Hi everyone.

115:37 I'm Urs Holzle.

115:39 And my team and I built the Google Cloud Platform.

115:42 And every day, we go to work excited to see what you all

115:48 are doing with it.

115:49 And literally every day, there's hundreds of thousands

115:51 of developers building applications

115:53 that scale to hundreds of millions of users.

115:57 And they keep their teams small.

115:59 And they can focus on what they do best.

116:02 Because we run the rest of the infrastructure for them.

116:05 Let's have a quick look on what the Google Cloud

116:09 Platform is about.

116:11 First of all, of course we have VMs with Compute Engine.

116:15 And they are best in class performance and price.

116:19 And you can run whatever code you want.

116:21 But if you don't want to bother administering machines,

116:24 we also have App Engine.

116:26 And App Engine makes it incredibly easy

116:28 to write really high scale applications.

116:31 That's how Snapchat got to incredible scale

116:34 without having a single back-end developer.

116:38 On storage, we offer many options,

116:41 including, of course, SQL as a fully managed service,

116:45 NoSQL, which we invented, by the way.

116:48 Our NoSQL services running billions of queries every hour.

116:52 And then, of course, object storage

116:53 that scales to exabytes.

116:55 But you cannot just store data.

116:58 You also want to analyze it.

117:00 And in our platform, you have many tools

117:02 that make it really easy for you to analyze data

117:04 sets without worrying about scalability.

117:06 For example, with BigQuery, you could

117:08 stream hundreds of thousands of records per second

117:11 into the cloud, and inquiry then interactively with SQL.

117:17 Beyond technology, we also lead the industry

117:19 in price and performance.

117:22 And as hardware gets cheaper, we pass on these things to you,

117:26 so you see Moore's Law in the cloud.

117:29 And moreover, you get great sustained usage discount

117:34 without having to sign up for contracts,

117:37 without having to make upfront payments,

117:39 or without having to forecast your utilization

117:42 for the next three years, just to get right pricing.

117:45 But of course what really matters to

117:47 us is seeing what you developers do with our platform.

117:52 And whether it's Netflix for storage, or Wix web filings,

117:57 Khan Academy who run their entire business on our cloud,

118:00 there's a lot going on.

118:02 And I'm going to tell you just two things

118:04 about two recent new customers.

118:07 First, Secret.

118:09 Secret, with a single back-end developer,

118:12 built an application that in two months

118:15 saw an over 1000-fold increase in traffic.

118:20 And they came to Google because they needed a platform that

118:23 can handle this kind of hyper-scale growth

118:27 without much hassle.

118:29 And that's exactly what they got.

118:31 Or maybe you've seen the debut of "Rising Star" on ABC

118:35 last Sunday.

118:36 It's an interactive music competition

118:38 where millions of TV viewers vote

118:41 in real time on the winner.

118:43 Screenz, the company behind "Rising Star"

118:45 is using Compute Engine and BigQuery

118:48 for the instant voting app.

118:50 And it's been battle tested to run

118:52 at 1.3 million queries per second.

118:55 But that's why developer productivity is actually

118:58 very important to us.

119:00 We try to make our cloud not just

119:02 highly functional, but also really easy to use.

119:06 And as you've seen, the best mobile apps

119:09 come with an intelligent back end that's in the cloud.

119:14 And there's no better place to build that back end then

119:17 on Google.

119:18 Because we have the performance and we have the tools

119:21 that make it really easy for you to build those applications

119:24 with small teams and little focus on operations.

119:28 And today I'm very excited to show you four new tools.

119:31 Very, very cool new tools that make it really easy

119:34 to understand your server side applications.

119:37 So please welcome, Greg DeMichelle,

119:38 who's going to show you some demos.

119:41 GREG DEMICHELLE: Thanks, Urs.

119:47 As part of showing you some of the new features

119:49 that we're showing you for the cloud for the cloud platform,

119:51 I've built a sample application here.

119:54 It allows me to record walks that I'm taking.

120:00 So this application allows me to record

120:03 a walk I took through the city, share it with my friends,

120:06 let them experience the same walk I took,

120:08 and then share comments.

120:09 Now, since this whole purpose of this application

120:12 is to share information, obviously I

120:14 need to store that data somewhere other than my device.

120:17 And how do I do that?

120:18 The answer is Cloud Save.

120:20 Cloud Save is a new, simple API, that

120:23 lets me save and retrieve per user information.

120:26 Now that could be application data,

120:28 it could be user preferences or setting.

120:30 And I do this with no server side coding.

120:33 I just do a few lines of client side.

120:35 And with that my data can be stored in the cloud.

120:38 It can be retrieved and synchronized to other devices.

120:41 It can be available offline, so if my user

120:43 doesn't have an internet connection

120:44 they can still walk through this walk.

120:47 And I'm a cloud guy, so what really gets me excited

120:50 is that this data is stored in Cloud Datastore.

120:53 Which means I have the full access to the cloud platform.

120:56 I can query that data with BigQuery.

120:58 I could build web applications that

121:00 use that data using App Engine or Compute Engine.

121:03 And that's in fact what I've done in this case.

121:05 So let me show you the web app version of Walk Share,

121:07 accessing the same walk data.

121:10 So this is the web version.

121:11 I took a nice walk out by the Golden Gate Bridge

121:14 yesterday and recorded it.

121:16 I can expand the window and I can see the comments.

121:19 Now, if you look at the comments,

121:20 right away you can see that there's something a little

121:22 funky going on.

121:23 I have code here to replace common character sequences

121:27 with emoticons.

121:28 but if you look at that, they're sort of running amok.

121:30 I'm putting emoticons where they don't belong.

121:32 So I've got some sort of bug that I need to find.

121:35 So I'm going to flip over here and look at the source code

121:37 from GitHub for this application.

121:40 Now, this application's running in production.

121:42 It's not running on one server, it's

121:44 running on tens or hundreds of servers.

121:46 And there's no way to debug an application that's

121:48 running in that kind of environment,

121:50 at least not until today.

121:52 So I'm going to click into the debug mode.

121:54 I'm going to click down here, and I'm

121:56 going to put a watch point on this line of code.

121:58 Now the platform is watching all those servers until one of them

122:03 actually hits that line of code.

122:05 So at this point there's people hitting the traffic,

122:07 it'll take a few seconds.

122:10 Take a few seconds.

122:13 Nope.

122:14 Not like, oh there it went, I just had to wait long enough.

122:19 Patience pays off.

122:21 You'll notice, however, I didn't hit the right comment

122:24 because this doesn't show the bug.

122:25 So I'm actually going to us a conditional watch point and say

122:27 comment, dot commentator, name is Rachel.

122:36 And now I'm going to wait a few seconds,

122:38 and will actually hit the break point for that comment.

122:42 Call stack, local window, and sure enough,

122:44 this is the one that's having the problem.

122:47 So, to fix it, I'm going to go up

122:49 and I see here's the code that was being called.

122:51 I can switch into edit mode and very quickly change

122:54 this regular expression to be the correct one

122:57 and learn that I should always have Urs do my code

122:59 reviews because he never makes regular expression errors.

123:02 So that's cloud debugging.

123:05 But when I was looking at that application,

123:07 I also noticed that the application

123:09 seemed a little slow to me.

123:11 It seemed like it wasn't really responding right.

123:13 How do I find out what's happening in production there?

123:16 Another new feature of the platform is cloud tracing.

123:20 Cloud tracing gives me a tracing view

123:22 of all the various requests my application was processing

123:25 and how long they took.

123:27 I'm going to drill in for comments,

123:30 and sure enough, when I look at this,

123:32 I've got some queries here that are taking 200 milliseconds.

123:35 That really seems long.

123:37 I'm going to drill into one of them,

123:38 and I get a view of all the service

123:40 calls that went into that request.

123:45 So what it appears to be happening here

123:47 is that I'm doing a bunch of data store

123:49 operations in sequence instead of doing them in parallel.

123:52 And that's not really the best practice for data store.

123:55 So to fix that I'll switch over to the code for that.

123:59 I'll edit it.

124:00 Sure enough, this whole block of code is in a four loop.

124:03 That's not really the best practice

124:05 for getting the best performance out of data store.

124:07 So we will delete all that.

124:09 And I'll paste in the proper version of the code, which

124:13 actually then does all of that as one operation.

124:15 I can commit to change.

124:16 It gets rebuilt.

124:17 I'm in production.

124:18 I fix my performance problem.

124:20 Now, I fix it for one user, how do

124:23 I know I fixed it for everybody?

124:25 Well it turns out, cloud tracing also gives you

124:28 the ability to have reports.

124:30 So this is a report that I've done

124:32 that compares the latency before and after that change.

124:36 The blue part is before I made the change,

124:38 the orange part is after I made the change.

124:40 So sure enough, I can see that my curve shifted to the left,

124:43 my application is in fact faster, not just for one user,

124:46 but for every user.

124:49 So the last thing I want to show you cloud monitoring.

124:52 Last month the team from Stackdriver joined Google.

124:55 And I'm really happy to show you some

124:56 of the integration we've been working on.

124:58 One of the hard parts about operating a service

125:00 and production is building up the monitoring

125:02 and alerting that you need in order to stay on top of things.

125:06 With cloud monitoring you of course

125:08 get the basic infrastructure type monitoring you'd expect.

125:12 Disks, VMs, that sort of thing.

125:14 But what's really powerful is you also

125:16 get service level monitoring.

125:18 We automatically detect what services you're using

125:21 and give you default dashboards and monitoring.

125:24 And it's just for Google services.

125:26 We automatically detect over a dozen open source packages,

125:29 such as Redis in this case, and automatically

125:32 give you intelligent default monitoring for those.

125:35 So with no additional work, I get a dashboard

125:38 that helps me stay on top of what's

125:40 happening in my app in production.

125:43 Finally, as everybody who runs a service knows,

125:46 the last thing you want is your customers

125:48 to be the first ones to find out that you've got a problem.

125:50 You want to have alerting in the event of problems.

125:54 Cloud monitoring includes alerting.

125:56 So I can go and set custom alerts

125:58 on any of a variety of metrics.

126:00 Whether it's on App Engine or Compute Engine or Redis.

126:03 In this case I have an alert set up

126:05 to tell me if Redis exceeds its memory threshold for more

126:09 than five minutes, and I have a choice

126:11 of how I want to be notified.

126:13 Do I want to be emailed, or paged, or sent a text message.

126:17 So that was just a very fast preview of four new developer

126:19 productivity features coming to the cloud platform.

126:22 And with that, I'll turn it back over to you, Urs.

126:24 URS HLZLE: Thank you, Greg.

126:30 So you just saw four new features

126:31 that make it much easier to build and understand

126:34 your back end.

126:35 Cloud Save securely saves and synchronizes across devices.

126:39 No service side code, just a few lines of client code.

126:43 Cloud Debugger gets your desktop debugging in your server app.

126:47 Debug, a live production apps with live traffic,

126:50 get local stack traces, and so on, and so on.

126:53 How cool is that?

126:54 Cloud Trace then shows you your latency statistics

126:58 across different groups.

126:59 You can compare before and after.

127:01 And Cloud Monitoring gets you intelligent

127:03 monitoring with almost no set up,

127:06 including for many popular open source packages.

127:10 But now let's go from code to data.

127:14 Information is being generated at an incredible rate.

127:17 And of course, we want you to be able to analyze

127:20 that information without worrying about scalability.

127:25 And today, even when you're using MapReduce,

127:28 which we invented over a decade ago,

127:30 it's still cumbersome to write and maintain

127:33 analytics pipelines.

127:35 And if you want streaming analytics you're out of luck.

127:39 And in most systems, once you have more than a few petabytes,

127:42 they kind of break down.

127:45 So we've done analytics at scale for awhile,

127:47 and we've learned a few things.

127:49 For one, we don't really use MapReduce anymore.

127:53 It's great for simple jobs, but it gets too cumbersome

127:57 as you build pipelines and really, everything

127:59 is an analytics pipeline these days.

128:02 So what we needed was a new analytic system that scales

128:06 to exabytes, that makes it really easy to write pipelines,

128:10 that optimizes these pipelines for you.

128:13 And that let's you use the same code for both batch

128:16 and streaming analytics.

128:19 And today we're announcing just that with Cloud Dataflow.

128:22 Cloud Dataflow is the result of over a decade of experience

128:27 in analytics to simple fully managed service.

128:30 So no machines to worry about.

128:32 You can create data pipelines for ingesting, transforming,

128:36 and analyzing arbitrarily large data sets,

128:41 both in batch, and in real time mode.

128:44 And to see data flow in action, I've

128:47 asked no other than our very own, Eric Schmidt,

128:50 to help me look at something that's happening right now,

128:53 namely the World Cup.

128:54 So please welcome Eric Schmidt.

129:00 ERIC SCHMIDT: Thanks, Urs.

129:02 This demo is about performing sentiment analysis of World Cup

129:05 matches with Cloud Dataflow.

129:08 We're going to analyze millions and millions of tweets

129:11 per match, and calculate negative or positive sentiment

129:15 per team, and correlate the sentiment to match data.

129:19 I'd like to thank the developer relations team at Twitter

129:23 for the support in using the Twitter data

129:25 APIs for this demo.

129:27 Cloud Dataflow is an SDK and a managed service

129:31 for building big and fast parallellized data analysis

129:36 pipelines.

129:37 You write a program as a logical set of data

129:41 transformations to specify your analysis.

129:43 You then submit the pipeline to the data flow service.

129:47 And it handles all the optimization, deployment

129:49 of VM's, scheduling and monitoring for you.

129:54 Now here's the code for my sentiment pipeline.

129:57 The data flow API provides a simple mechanism for you

130:00 to add one to many transforms to your data.

130:03 The first transform extracts a real time stream of JSON data

130:08 from Cloud Pub/Sub.

130:10 Now, this pipeline is running in streaming mode.

130:13 However, Dataflow can also be run in batch mode.

130:16 Meaning I could point this exact same pipeline at Archive Data,

130:22 say in BigQuery, and produce the exact same analysis.

130:25 One pipeline, batch or stream.

130:28 Now let's drill into the second transform, tweet transformer.

130:34 Tweet transformer is responsible for the core transformation

130:37 and mapping of my data.

130:39 I deserialized the stream of JSON into a tweet object.

130:43 I translate it if it's needed, using Google Translate API,

130:47 and I score the sentiment with a third party

130:50 service from AlchemyAPI.

130:52 Now the part of syntax that you see

130:54 here is what parallelizes the processing for each step.

130:57 This parallelization is optimized for you

131:00 by the data flow service across processes of machines.

131:04 Now finally, I apply another transform

131:07 to calculate the average for all the tweets in a three minute

131:11 sliding window.

131:13 Dataflow provides powerful built-in primitives

131:16 for doing MapReduce-like and continuous computation

131:20 operations.

131:21 Two lines of code, two lines of code

131:24 to create a sliding window, and to average all the tweets

131:26 within that window, reducing a mass of a collection

131:29 of data down to one record, per minute, per team.

131:33 Dataflow handles all the aging out of my data,

131:36 shuffling, et cetera.

131:37 I don't have to worry about that.

131:39 So awesome, we have a pipeline.

131:41 Let's switch gears and take a look

131:42 at what this would look like in production.

131:47 What you see here is my deployed pipeline

131:52 shown in the data flow monitoring UI built right

131:55 into the cloud developer's console.

131:58 I'm going to go ahead and click in,

132:00 and you'll notice that the graph correlates

132:03 one to one to the code that I just showed you.

132:06 Making it easy for you to understand your processing

132:11 topology.

132:12 If I scroll down further, I can see other information.

132:16 For example, the total records of processed.

132:19 So I started this pipeline this morning,

132:21 right before I went on stage.

132:22 We processed around 5 million, 5.2 million tweets.

132:27 And right now I'm running at about 406 records a second.

132:30 We have lots more head room with this pipeline,

132:33 but I wanted to show you that my data is actually flowing.

132:37 Now our goal is to make data flow monitoring

132:40 valuable and integrated with the rest of your cloud development

132:43 experience.

132:47 Now, let's take a look at what we could do with this data.

132:52 This is a replay of the opening match

132:54 between Brazil and Croatia.

132:58 This represents an analysis of millions and millions of tweets

133:02 and tens of thousands of touch information

133:06 represented in the match.

133:08 Now if I scroll back and forth, I

133:10 can see something interesting happened at the 71st minute.

133:16 Brazil scores a goal, but you'll notice,

133:19 in orange, Brazil's sentiment goes down.

133:23 So this is odd.

133:24 Typically the team that scores a goal

133:26 will have positive sentiment.

133:29 Now if I look in the timeline, there's

133:31 also some information that's been

133:32 injected for me by my pipeline.

133:34 That says controversial goal, controversial call

133:39 related to the goal.

133:41 So this is giving me some insight

133:42 as to why there may be some negative sentiment

133:44 towards Brazil, but I still don't trust my algorithm.

133:48 So, fortunately, I've had Dataflow stream

133:52 all of my raw data into BigQuery so that it can easily

133:56 perform interactive analysis over very, very large data

133:59 sets.

134:00 Now, here are some of the filter raw data

134:03 around that 71st, 72nd minute.

134:06 So there you have it.

134:07 The fans are upset with Brazil related to a bad call

134:12 by the referee.

134:13 Now, I think I understand my correlation

134:16 a little bit better.

134:17 I absolutely love the World Cup.

134:19 So thanks Dataflow.

134:20 With cloud Dataflow you have a fully managed service

134:23 and unified programming model for classic ETL

134:26 and continuous analysis over simple or highly complex

134:30 pipelines in batch or streaming mode.

134:33 Back to you, Urs.

134:34 URS HLZLE: Thank you, Eric.

134:36 And I'm sure as all of you know Switzerland is playing,

134:40 my home country Switzerland is playing at 1:00 PM today,

134:43 and I hope at the end of the game

134:44 my sentiment is going to be at 100.

134:47 But, to go back to the technical part,

134:50 I hope you understand now why we stopped

134:53 using MapReduce years ago.

134:56 Cloud Dataflow really does for entire pipelines

134:59 what MapReduce did for a single step.

135:03 Namely it just makes it very easy.

135:05 You don't have to worry about scalability,

135:06 you don't have to worry about parallelism.

135:09 And it will run faster and scale better than pretty much

135:14 any other system out there because we needed it to,

135:17 to solve our own problems.

135:20 So whether it's data or code on a server or on a mobile device,

135:25 we tried to make your life easier as a developer.

135:28 More productive, while giving you

135:30 the best price and the best performance of any cloud.

135:35 We've released hundreds of new features in just last year,

135:39 and we're seeing incredible growth, thanks

135:41 to all of you who are using the platform.

135:44 I'm very excited to see what you can

135:46 do next year with the power of Google behind.

135:49 Thank you.

135:55 And now I would like to introduce

135:57 Ellie to talk about Google Play.

135:59 Ellie.

136:05 ELLIE POWERS: Hi everybody, I'm Ellie.

136:07 And I'm absolutely thrilled to be talking to you

136:09 about a few things that we're doing

136:11 to help you all create amazing user experiences

136:14 and also grow your businesses.

136:16 Now Google Play is the key to getting your apps

136:19 into the hands of millions of users globally.

136:22 More users than on other platform.

136:25 And Google offers app developers a wide range

136:28 of cross platform tools.

136:29 And we build on this every year.

136:31 Now you've just heard about the cloud platform,

136:34 and now, I want to talk about a few ways that Google Play is

136:38 helping app developers differentiate

136:40 their applications and accelerate momentum.

136:43 We've been making aggressive investments across development

136:46 tools, ways to distribute and engage,

136:49 and new mechanisms to generate robust revenue

136:51 for your business.

136:53 So I'm going talk today about a few of our efforts

136:55 in each of these areas.

136:57 What we're doing to help you develop,

136:59 what we're doing on distribution,

137:01 and what we're doing to help you monetize your apps.

137:03 So let's talk first about development.

137:06 Building a great application.

137:08 A key part of this is testing.

137:11 You've told us the testing can be painful,

137:13 and we want it to be easy.

137:15 Today we are completely thrilled to announce that the Appurify

137:18 team is joining Google.

137:26 Appurify offers the most sophisticated mobile device,

137:29 cloud testing service.

137:31 And more importantly, they're just

137:33 as passionate as we are about delivering high quality user

137:36 experiences.

137:37 Appurify is leading the way in replicating

137:40 how your app behaves in the real world.

137:43 And we're excited to help them further scale

137:45 and bring their expertise to your app development process.

137:49 Appurify allows you to test your apps

137:51 across a wide range of devices.

137:54 And this is critical if you want to be sure

137:56 that your app produces consistently amazing results

137:59 on every type of device, on iOS and Android all over the world.

138:04 But ensuring quality means more than just device testing.

138:08 Appurify service can simulate a specific mobile network,

138:12 and it can even simulate what happens

138:14 if the connection is weak or drops out completely.

138:17 Appurify also gives you detailed log data

138:20 on device performance, network issues, power consumption

138:24 and stability.

138:25 And this means your engineering team gets all the information

138:28 they need to fix the problem without needing

138:30 to repro on a local device.

138:33 Now, developers tell us that testing

138:35 is the cornerstone of creating high quality experiences.

138:39 And we want to make testing available

138:41 to as many developers as possible.

138:43 That's why Appurify will continue

138:45 to be cross platformed on both iOS and Android,

138:50 and available is a freemium service.

138:58 So next, let's talk about building

139:01 apps that help users get the most of wearable devices.

139:05 This is a new area that we're really

139:07 excited about as you can tell.

139:09 Today we're announcing a platform preview of Google Fit.

139:13 This is an open platform designed

139:15 to help users-- yeah, thank you.

139:21 We want to help users keep better track of their fitness

139:23 goals.

139:24 So we're providing a single set of API's

139:26 to manage fitness data from apps and sensors

139:30 on both cross platform devices and on wearables.

139:35 Now, before Google Fit I was trying

139:37 to track and monitor my bike rides through my bike computer,

139:40 and then my weight training through a specialized app,

139:43 and it was a huge hassle.

139:44 The information was way too siloed to actually help me.

139:48 Fit takes away the complexity of handling multiple sources,

139:52 giving you a unified view of a users fitness activity.

139:56 And this helps you create more comprehensive apps.

139:59 So if a user grants permission, apps

140:01 can have access to user's entire fitness stream

140:04 to give better recommendations through

140:06 this additional context.

140:08 So for example, Noom is a weight loss coach app.

140:11 And they've been an early partner on Google Fit.

140:14 So let's just take a second to point out

140:16 how the platform has helped Noom to enhance their app.

140:19 So you'll see that Noom is able to combine

140:22 my workouts, nutritional information, and my weight.

140:25 And because it can talk directly to my Withings scale,

140:29 it can let me know when my daily cookie happy gets

140:31 just that little bit overboard.

140:33 So to centralize everything, Google Fit APIs

140:36 allows fitness apps and brands to share your fitness activity,

140:40 but only with your explicit permission.

140:42 That's the key.

140:43 You're in control.

140:44 You can choose who you share what with,

140:46 and you can delete your fitness activity whenever you want.

140:50 Google Fit APIs are also opening up new access

140:52 to data coming in through hardware from top fitness

140:56 brands.

140:57 For example, Adidas has a collection of smart sensors

141:00 that they're opening up to developers for the first time.

141:03 And we're thrilled to announce that Nike is allowing

141:06 other apps and fitness devices to integrate with Nike Fuel

141:09 through this API.

141:11 Nike will be publishing Nike Fuel to the Fit platform,

141:14 meaning that your app can use it to give better

141:16 insights into user's fitness.

141:19 And of course there are many, many,

141:21 many partners that are joining the Google Fit ecosystem.

141:24 More partners in the program means

141:26 you can all create more meaningful experiences

141:29 for users.

141:30 So we're incredibly excited about the potential

141:32 here for our platform approach in this area.

141:35 We want to make it so that you can build great fitness

141:37 experiences with just one API.

141:40 The platform preview SDK will be available in just a few weeks,

141:44 so stay tuned.

141:47 So next, let's talk about increasing distribution

141:50 for your apps, growing your user base.

141:52 And that's where Google Play comes in.

141:55 So last year we announced our cross platform service,

141:58 Google Play Games.

141:59 And we've been delighted by the response

142:01 from users and developers.

142:03 Google Play Games is now the fastest growing mobile game

142:07 network of all-time.

142:10 We have activated over 100 million new users

142:13 in just the past six months.

142:15 And Google Play Games connects your game

142:17 to a concentrated network of people who love games.

142:20 It makes gaming more fun through services like achievements,

142:24 leader boards, multiplayer, game gifts and cloud save.

142:28 Developers use these to make awesome games

142:31 and bring players back more frequently,

142:33 boosting their success.

142:34 And today, we're announcing new experiences and games services

142:39 to help you further enhance gameplay.

142:41 So first step, we have the new game profile.

142:45 In the new Play Games app your game profile

142:47 changes automatically based on the games you play

142:50 and your achievements in each game.

142:53 This new profile means that each player expresses

142:55 their own gaming identity and it makes

142:57 playing games with friends more fun.

143:00 Since the launch last year, users

143:01 have loved saving their Play Games process in the cloud.

143:05 And we're evolving that now into saved games.

143:09 Users will be able to see bookmarks of their progress

143:12 in the play games app.

143:13 So, Dave had showed us Leo's Fortune earlier.

143:16 This is a really fun game, and I just

143:18 started playing it last week.

143:19 So I can see here in the Play Games app, my saved game

143:22 with a screen shot of me playing level three.

143:25 And we're rolling out a new feature called Quests.

143:28 So Quests is an online time-based goal

143:31 that you can set up in your game, such as collecting

143:34 a bunch of in-game items on a specific day.

143:37 Now we're offering a set of APIs that

143:39 can run these events for your players and reward them,

143:41 all without you needing to update your game.

143:45 We have some early games that have started integrating Quests

143:48 and save games, and we can't wait

143:50 to see how you are going to integrate these

143:51 into your games.

143:53 These features will roll out soon

143:54 in the next update of Google Play services and the Play

143:57 Games app.

143:59 OK.

144:00 So, we've had a look at a few ways

144:02 that you can build high quality, differentiated experiences

144:05 and distribute them to a broad audience.

144:08 Now let's talk about what Google Play

144:10 is doing to help you monetize your business.

144:13 So one popular way that users pay on Google Play

144:16 is their direct carrier billing.

144:18 And this means charging Google Play purchases directly

144:21 to the mobile phone bill.

144:23 Now we've been working hard, rolling out direct carrier

144:26 billing to our fastest growing markets.

144:28 It's taken off really quickly.

144:30 We've just expanded coverage with seven new markets

144:33 for a total of 25 countries.

144:36 We're happy to announce that direct carrier billing is now

144:39 going to be available on more devices, on tablets.

144:42 So if you have a phone and you've already

144:44 set up carrier billing, you'll be

144:46 able to pay for apps, games, movies, music, books

144:50 and other content on your tablet,

144:52 all still paid through that monthly phone bill.

144:55 It'll even work on tablets that are Wi-Fi only.

144:58 OK.

144:59 So there we are.

145:00 App testing, the Google Fit platform, new play games

145:04 capabilities and direct carrier billing for tablets.

145:06 These are four new ways that we can

145:08 help you to create uniquely delightful experiences

145:11 for your users.

145:13 Thank you.

145:17 All right, back to you, Sundar.

145:21 SUNDAR PICHAI: Thanks, Ellie.

145:23 We are seeing tremendous momentum in Google Play.

145:26 And we really take this seriously

145:27 because it translates to success for you all.

145:31 In fact, since last year's I/O, we

145:34 have paid out over $5 billion to developers

145:39 on top of Google Play.

145:44 It's not just the volume of this number,

145:47 but the rate at which this number is growing.

145:49 It's increased 2 and 1/2 times, from $2 billion

145:52 the year before.

145:53 So we are seeing tremendous momentum

145:55 and we have very excited because it directly

145:57 translates developers building their livelihood

146:00 on top of our platforms.

146:03 Of course your all don't just come to I/O to hear stats

146:05 like this, you also come because you

146:07 get your hands on cool new gadgets.

146:10 So, we're going to give you some.

146:17 The first is an interesting one.

146:20 A set of engineers in their 20 person team surprised all of us

146:25 with what you can do, just with the an

146:27 off the shelf cardboard and your smartphone.

146:30 And the combination takes you into a very, very immersive

146:34 experience.

146:35 We're going to hand each and every one of you a cardboard.

146:38 As you walk out from the keynote.

146:40 And please share your thoughts on [INAUDIBLE] cardboard.

146:50 Next, we are very excited about Android Wear,

146:53 and so we're going to give each and every one

146:55 off you either the LGG watch, or the Samsung Gear Live.

147:09 These are great devices, and I hope you enjoy them.

147:12 We don't want you to just create experiences

147:14 for square-faced watches, we want

147:16 to make sure you think about circular ones as well.

147:19 And so we will give each and every one of a Motorola 360  147:22 as soon as it is available.

147:37 It's an incredible time in personal computing.

147:39 You saw our journey today across our platforms.

147:42 Across all these computing devices which people are using.

147:45 It's tough to believe that personal computing started

147:48 only a few decades ago.

147:50 We feel humbled to be part of this journey with you

147:52 all, and we look forward to building

147:54 more amazing experiences with you.

147:56 Thank you, have a great conference.

147:58 [APPLAUSE]