HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3           SAN FRANCISCO DIVISION
4    ------------------------------x
5    ORACLE AMERICA, INC.,
6            Plaintiff,
7            vs.              Case No.
8    GOOGLE, INC.,             CV 10-03561 WHA
9            Defendant.
10   ------------------------------x
11           December 2, 2015
             9:39 a.m.
12
13   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION of MIKE RINGHOFER,
16   taken by Defendant, pursuant to Notice,
17   at the offices of Orrick Herrington &
18   Sutcliffe LLP, 51 West 52nd Street,
19   Carnegie Hill, 23rd Floor, New York, New
20   York, before Amy Klein Campion, a
21   Shorthand Reporter and Notary Public
22   within and for the State of New York.
23
24
25     Job No. CS2193288

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 81

1          MS. LEWIS-GRUSS:  My objection
2     is stated for the record.  The witness
3     may answer the question.
4          MR. MULLEN:  The objection is
5     stated for the record but it was an
6     improper objection and you know that
7     so --
8          MS. LEWIS-GRUSS:  I stated my
9     objection.  The witness can answer the
10    question.
11    A.    Could you repeat the question?
12  It got a little...
13         MR. MULLEN:  Could you read it
14    back, please.
15         THE REPORTER:  Sure.
16         (Requested portion of record
17    read.)
18    A.    That is incorrect.  We just
19  licensed them another set of licenses for
20  approximately $1 million that I discussed
21  a week ago.
22    Q.    So Oracle is actively pursuing
23  ██████ to license Java in mobile phones?
24    A.    Yes.
25    Q.    Okay.  I must have misunderstood

Page 82

1   your testimony earlier.
2              Who else on this list is Oracle
3   actively pursuing to license Java in
4   mobile phones?
5       A.   The -- so I do not know when the
6   agreements expire for the other accounts
7   that I mentioned our current licensees.
8   But when those licensees are coming to
9   expiration, we will clearly look to
10  continue those for the current business at
11  hand.
12      Q.   But are you currently aware of
13  any efforts to do so?
14      A.   My team is on top of all deals
15  that still need licensing and have an
16  opportunity to -- I just am not aware of
17  when the license end dates are outside of
18  the deal we just did with ▮▮▮▮▮▮▮▮
19      Q.   Is Oracle currently trying to
20  win new deals with ▮▮▮▮▮▮▮▮
21             MS. LEWIS-GRUSS:  Objection to
22      form.
23      A.   We're absolutely trying to win
24  new deals with ▮▮▮▮▮▮▮▮ yes.
25      Q.   Can you tell me about those

```
 1    efforts?
 2        A.   I think I just spoke a little
 3    while ago of SmartThings was a new win we
 4    tried to get with          It was in one
 5    of the IoT, if you would, devices.
 6             So we are constantly looking at
 7    business.          is a huge device
 8    manufacturer.  In the list they're in
 9    wearables.  We're pursuing to get them on
10    a Smartwatch.  We lost that to Android.
11    We pursued them with Smart Appliances such
12    as a Smart air-conditioner which we lost
13    to Android.  So we are constantly looking
14    to license        new Java opportunities.
15        Q.   So I apologize, I intended to
16    limit my question to mobile phones.
17        A.   Okay.  We -- with the current
18    licensing that just was completed
19    approximately a week ago, they are
20    probably licensed for the near term, and
21    the rest of their phones have Android and
22    we have -- we have no opportunity from
23            because they are believed they're
24    getting Java already for free from
25    Android.  So we are not pursuing that
```

Page 84

1    portion of Android business.  Because
2    we've been told time and time again
3    they're not interested in paying when they
4    got it for free.
5         Q.   Okay.  To clarify, then, Oracle
6    is not actively trying to license Java for
7    ███████████████████████ phones; is that
8    correct?
9              MS. LEWIS-GRUSS:  Objection to
10        form.
11        A.   We will absolutely try to
12    license them on new phones, yes.
13        Q.   What phones are those?
14        A.   I'm not aware of the details or
15    specifics at my level.  But if there's a
16    new designed one or a new phone that comes
17    up, that there's an opportunity for Java
18    to be part of, and clearly if Android
19    [sic] is an opportunity for that phone --
20    Java is an opportunity for that phone then
21    we would participate to try to win.
22        Q.   So but are you currently aware
23    of any such activities?
24             MS. LEWIS-GRUSS:  Objection to
25        form.

Page 101

1    what they license.  I believe it was ME.
2    They licensed -- they licensed Java ME
3    and -- of the current deal that we have --
4    historically had -- we still -- what we
5    have had and still have is based on Java
6    ME.
7        Q.   Is Java ME different than the
8    CDC Stack?
9            MS. LEWIS-GRUSS:  Objection to
10       form and scope.
11       A.   It's part -- it's -- it's a
12   deployment of Java ME.  Outside of it --
13   it's not different, it's part of the ME.
14       Q.   Are you familiar with the term
15   "full stack operating system"?
16           MS. LEWIS-GRUSS:  Objection to
17       form and scope.
18       A.   No.
19       Q.   You never heard that term
20   before?
21       A.   Full stack operating system, no.
22       Q.   Looking back at Exhibit 1344,
23   you see the row that says, "Wearables"?
24       A.   (Indicating.)
25       Q.   I think you mentioned -- well,

1    strike that.
2            Does Oracle currently have a
3    license with ▇▇ for Java in wearables?
4        A.    We are opportunistically
5    pursuing an opportunity.  And what I mean
6    by opportunistic, is sometimes some deals
7    will come to us or have interest where we
8    certainly bid on.  So that's what we're
9    doing with ▇▇ and it's -- I believe it's
10   specific in some kind of a -- like a
11   healthcare device to ▇▇▇.
12       Q.    So is there currently a license
13   with ▇▇▇.
14       A.    There is not.
15       Q.    Is there a current license with
16   ▇▇▇ for use of Java in any wearable?
17       A.    There is not because they have
18   selected Android.
19       Q.    And is there a current license
20   between Oracle and ▇▇▇▇▇ for a
21   wearable device?
22       A.    There is not because they had
23   selected Android as well.
24       Q.    Does Oracle have any current
25   licenses for the use of Java in a wearable

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 103

1   device?
2       A.   We do not because this is one
3   market that Android absolutely went after
4   and has made it extremely difficult for
5   Oracle to have an opportunity when they
6   give Java away as part of their oh, that's
7   for free, we have not been able to
8   penetrate, and basically have been -- have
9   stayed away, our strategy, from wearables
10  because Android is being proliferated
11  significantly in that market.
12      Q.   Has Oracle ever had a market for
13  the use of Java in a wearable device?
14           MS. LEWIS-GRUSS:  Objection to
15      form.
16      A.   I don't know.
17      Q.   Did you do anything in
18  preparation for your deposition today to
19  find out the answer to that question?
20      A.   I was definitely looking to see
21  if we had won anything at ███████████
22  Sold a few of these accounts.
23  Wholistically an exhaustive across all of
24  accounts, no.
25      Q.   Other than ███████████

1   module companies -- so, sorry.  Handset
2   companies.  The ones that we talked about
3   for phone categories also produce things
4   that are called wireless modules.
5           And so licensing of Java, that
6   could be in a car to phone home if a crash
7   happened, to communicate diagnostics back
8   to the car company, so it's in the car.
9   That may be licensed by an OEM, a Tier 1,
10  or it may be licensed from the automotive
11  itself.  So that's what I mean by I need
12  to find out exactly where the licensing
13  occurs.  But at the end of the day it ends
14  up in BMW cars.
15      Q.    Okay.  What about ▓▓▓▓▓
16      A.    My understanding is, is they're
17  directly licensed from us.
18      Q.    What have they licensed?
19      A.    I believe it's Java ME.
20      Q.    And for what purpose?
21      A.    So there's an on-board
22  diagnostic port on vehicles, and they have
23  a module that plugs into the diagnostic
24  port -- or Obd2, or whatever it's called,
25  and it tracks how someone's driving the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 109

1   car, how aggressive are they, how fast
2   they accelerate, how fast they brake, and
3   they typically sell this system or this
4   service to leasing companies to make sure
5   the cars are not being abused.
6       Q.   Are they currently paying
7   royalties to Oracle?
8       A.   My understanding is that they
9   are.
10      Q.   Do you know how much?
11      A.   I don't.
12      Q.   Okay.  Of the companies listed
13  under the "Automotive" category, who
14  amongst them has Oracle lost business due
15  to Android?
16      A.   I'm aware of ▇▇▇▇▇▇▇▇▇▇
17  specifically.  I'm also aware of an
18  earlier opportunity at ▇▇▇ and I believe
19  all three, to the best of my knowledge,
20  center around the kind of the
21  infotainment -- the head unit, the main
22  unit that when you get into your car
23  you're looking at, at controls, the
24  climate, the radio, that head unit.  I
25  believe in all three scenarios we

Page 110

```
 1    participated lost to Android.
 2         Q.   So did Oracle have a license
 3    with ▮▮▮▮▮▮▮▮ that -- strike that.
 4              Did Oracle have a license with
 5    Volkswagen and then ▮▮▮▮▮▮▮ moved to
 6    Android?
 7              MS. LEWIS-GRUSS:  Objection to
 8         form.
 9         A.   We did not.  We competed, and
10    they're extremely price-sensitive, and
11    unfortunately our price was more than
12    free.
13         Q.   Did Oracle have a license with
14    Hyundai or Honda?
15         A.   We did not.  Not for Java.
16         Q.   So "Lost" in this context does
17    not mean Oracle had a deal and lost it?
18         A.   It was a lost opportunity to win
19    business.
20         Q.   Meaning that Oracle tried to win
21    the business but did not?
22         A.   Yes, correct.
23         Q.   Are there any companies besides
24    those listed here that Oracle's actively
25    pursuing to license Java in an automotive?
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 111

1   A.  There may be.  I'm just -- don't
2   know every deal that's going on or every
3   engagement that's going on worldwide.
4       Q.  Do you know any besides the ones
5   listed here?
6       A.  I'm not aware.
7       Q.  For "Televisions," of the
8   companies listed here on Exhibit 1344 in
9   the "Television" category, who amongst
10  them is a current Oracle licensee?
11      A.  ████████████████████ they are
12  all licensees.
13      Q.  Anybody else?
14      A.  Hmmm...
15          Not -- there may be but not --
16  not that I specifically remember.
17      Q.  Who is TPV?
18      A.  They're a company based between
19  Brazil and I believe Taipei that sells TVs
20  for the Ginga-J, it's a -- it's basically
21  a standard that's used mainly in South
22  America for digital TV in Brazil and they
23  use Java in these markets.  In --
24  basically in Brazil.
25      Q.  So is Ginga-J a company?

1           MS. LEWIS-GRUSS:  Objection to
2      form.
3      A.    No.
4      Q.    What about for "Cameras"?  Are
5   either of those companies listed here
6   companies for whom Oracle once had a deal
7   for Java that it lost due to Android?
8           MS. LEWIS-GRUSS:  Objection to
9      form.
10     A.    Specifically to "Cameras"?
11     Q.    Yes.
12     A.    Okay.  We lost to Android,
13  meaning, we weren't -- but we did not have
14  a win to begin with.  So, no, we did not
15  have a win, but we lost competing against
16  them.
17     Q.    And the "E-Book readers," I see
18  the "Kindle" and the "Kindle Fire" there.
19  Does the Kindle currently use Java?
20     A.    Yes.
21     Q.    So that is not a device for
22  which Oracle has lost --
23     A.    Well, the Kindle Fire uses
24  Android.
25     Q.    Yep.  Sorry, I apologize.  I was

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 127

1   slowing down a little bit in my question.
2   But if you could just be careful of the
3   pause and give me a chance to finish my
4   question, that would be great.
5       A.   Sorry.
6       Q.   I'll try to do the same for your
7   answers.  I know it's not always easy.
8            So does the Kindle currently use
9   Java?
10      A.   Kindle, i.e., eReader not Kindle
11  Fire.
12      Q.   Correct.
13      A.   Yes, it does.
14      Q.   The Kindle Fire, did Oracle ever
15  have a deal with Amazon to use Java on the
16  Kindle Fire?
17      A.   We did not.
18      Q.   In "Voiceover IP Phones," has
19  Oracle ever had a deal with ▮▮▮▮ or any
20  other company that it lost to Android?
21      A.   Yes.
22      Q.   And was that with ▮▮▮▮
23      A.   Yes.
24      Q.   So ▮▮▮▮ used to use Java?
25      A.   They still do in some devices.

1      Q.    And they use Android in others?
2      A.    But this synopsis is we have
3   lost the high end and low end market of
4   the phones, and basically only currently
5   license the legacy or the -- the older,
6   mid-range phones.  But the high end and
7   low end phones have since went to Android.
8      Q.    What do you mean by "high end
9   phones"?
10          MS. LEWIS-GRUSS:  Objection.
11     A.    They have different categories.
12  I don't know the specifics, but basically
13  the low feature, low end cheaper from
14  the -- phones, and the higher end or more
15  expensive phones had went to Android,
16  basically the newer phones, and we have
17  been stuck with the legacy phones that are
18  still using Java.
19     Q.    And are you aware of why it is
20  that ▓▓▓▓▓ has decided to use Android for
21  the more expensive higher end phones?
22          MS. LEWIS-GRUSS:  Objection to
23     form.
24     A.    It's because of price
25  sensitivity.  They believe they are

Page 129

```
 1    getting it for free.
 2        Q.   Are there any other reasons?
 3        A.   Not that I'm aware of.
 4        Q.   Did Oracle ever have a deal with
 5    ████ for the use of Java in high end
 6    voiceover IP phones?
 7        A.   We used -- yes, we used to
 8    license, to my understanding, high end and
 9    low -- all their phones in the beginning.
10        Q.   And was that a deal that
11    resulted in royalties to Oracle?
12        A.   Yes.
13        Q.   Do you have a general
14    understanding of how much?
15        A.   I do not.
16        Q.   Okay.  And just so the record is
17    clear, voiceover IP phone is what?
18        A.   A phone such as one in this
19    conference room that (indicating) uses a
20    back end server that provides voiceover IP
21    protocol.
22        Q.   In other words, not a mobile
23    phone?
24        A.   Not a mobile phone.
25        Q.   Okay.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 130

1  MR. MULLEN: I think we're about
2  to run out of time on this tape. So
3  maybe now is a good chance to take a
4  break.
5  THE VIDEO OPERATOR: We're going
6  off the record at 12:10 p.m.
7  It's end of tape number 2.
8  (A recess was taken.)