# TRIAL EXHIBIT 43.1



Trial Exhibit 43.1 Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 43.1**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK