# TRIAL EXHIBIT 5059





**ORACLE®**

# FY12 Java Strategic Planning Review : Americas Region

Americas' Java Sales Team

**Highly Confidential - Attorneys' Eyes Only**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 5059**

CASE NO. 10-03561 WHA

DATE ENTERED _____

BY _____ DEPUTY CLERK

OAGOOGLE2000003423

Trial Exhibit 5059, Page 1 of 39

# Agenda

> State of the Business

> FY12  Preliminary Forecast

✓ FY12 Pipeline (New Blood)

> Progress on Sales Campaigns

> Vertical Market Strategy Update

> Major Accounts Update



ORACLE

Highly Confidential - Attorneys' Eyes Only

# State of the Business

## Q1

- Year of transition and learning the Oracle way
- Java 7 launch activities
- Hosted 7 Java User groups in 7 cities
- Java Customer Days (3 to date)
- Partnership with Product Development, Management & A&C team
- Started customer calls with Dev Team execs

## FY12

- We Reloaded!
  - Focused Strategy
  - Increased Morale
    - Team has focus and mojo back
- Major organizational changes
  - Vertical Mkt. Coverage
  - Business Plan
- Build bridge to FY13 & beyond
- New Wins with existing base as well as new customers
- Lock in legacy customers for 2-3 yr terms
- Compliance Initiative
- Deal approval velocity still major issue
- Distribution Services overhaul

ORACLE

3

© 2011 Oracle Corporation – Proprietary and Confidential

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003425

# FY12 Opportunity Pipeline

| As at 27-Jul-11 | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Known Business | $7.1M | $18.4M | $4.1M | $4.0M | $33.6M |
| Uncommitted Opportunities | $0 | $1.2M | $8.0M | $2.5M | $11.7M |
| Total | $7.1M | $19.6M | $12.1M | $6.5M | $45.3M |
| FY12 Plan | $7.5M | $9M | $15M | $18.5M | $50M |
| Variance (*) | ($400K) | $10.6 | ($2.9M) | ($12M) | ($4.7M) |

Q4 pipeline is weak. Looking to increase current low probability deals to strong upside

© 2011 Oracle Corporation – Proprietary and Confidential

ORACLE

4

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003426

Trial Exhibit 5059, Page 4 of 39

## FY12 Revenue Outlook (License only)

| Q2 FY12 | $k | FY12 | $k |
|---|---|---|---|
| Q2 FY12 Goal | $9,000,000 | FY12 Goal | $50,000,000 |
| Q2 FY12 Actuals | $0 | YTD FY12 Actual [Q1] | $7,100,000 |
| Q2 FY12 Forecast | $18,400,000 | Q2-4 FY12 Forecast | $26,500,000 |
| Gap to Goal [Q2 FY12] | $0 | Gap to Goal [FY12] | $16,300,000 |
| Q2 FY12 Pipeline Upside | $1,200,000 | FY12 Pipeline Upside | $11,700,000 |
| Q2 FY12 Outlook | $19,600,000 | FY12 Outlook | $45,300,000 |
| Overall | $10,600,000 | Overall | -$4,700,000 |

- Sales activity to "bridge the gap"

  - Increase $/deal on each compliance deal over 40% probability



  - Close some "early adopter" deals in vertical market sectors

© 2011 Oracle Corporation – Proprietary and Confidential

Highly Confidential - Attorneys' Eyes Only

ORACLE

5

OAGOOGLE2000003427

Trial Exhibit 5059, Page 5 of 39

# Current Q2 Pipeline

| Account | Product | Probability | Revenue | Action |
|---------|---------|-------------|---------|--------|
|         |         |             |         |        |

ORACLE

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003428

# FY12 Java Distribution Deals' Update

ORACLE

OAGOOGLE2000003429

Trial Exhibit 5059, Page 7 of 39

Highly Confidential - Attorneys' Eyes Only

# Dependencies and Obstacles

- More velocity needed on Approval Process
  - 38 Days to get one deal approved will not scale
- BDB Offering
  - No access to agreements
  - Cannot fulfill Prop Hosting Deals
- Java Support Offerings
  - No OEM Support
  - Little visibility of JSE Enterprise products outside JEG
    - Education on pricing

ORACLE

© 2011 Oracle Corporation – Proprietary and Confidential

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003430

Trial Exhibit 5059, Page 8 of 39



# Progress with Sales Campaigns

**Compliance**
- Targeting Network Management across verticals for Java use cases.
- ~ 400 prospects in pipeline and 40 active engagements

**Healthcare**
- Still heavily engaged in BD and industry activities (GBU, Continue Alliance, ATA show)
- Patient Monitoring is beginning to yield some opportunities

**Smart Grid/Meters**
- Still heavily engaged with BD and industry activities (UGBU, SOC vendors, Grid week/Autovation shows)
- Making some progress with residential gateway focus.

**M2M**
- Exploring MTConnect and OPC UA standards,
- Targeting Johnson Controls, exploring second win within Rockwell.

**Other**
- Working all leads that come from JSE-E and OJEC download pages, BDB
- Participated in Java 7 launch through JUG presentations and Customer Java Days

ORACLE

© 2011 Oracle Corporation – Proprietary and Confidential

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003431

Trial Exhibit 5059, Page 9 of 39

# Vertical Market Focus Activities



**Healthcare**
- Company targets : McKesson, V-GO, Baxter, Analogic, Medtronic
- Events : Siebel end-to-end demo at ATA, Continua Alliance meetings

**Smart Grid/Meters**
- Company targets : Echelon, Elster, GE, iControl, ITRON, Silver Spring Networks
- Events : Gridweek, Autovation, JavaOne targeted email campaign, Distributech

**M2M**
- Company targets : Rockwell, Johnson Controls, 8D, Schneider, Tridium, Fluke
- Events : MTConnect TAG Meeting, Rockwell Java Day, JavaOne

**Other**
- Company targets....GM, Honeywell, General Dynamics, Boeing, Cisco
- Current pipeline....see forecast
- Events : JavaOne, ARM Developer Conference, Embedded Systems Conference

ORACLE

10

© 2011 Oracle Corporation – Proprietary and Confidential

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003432

Trial Exhibit 5059, Page 10 of 39

# Lead Generation & Relationship Building

Prospecting in Territory/Named Accts, Contractual Contact Mining, Tradeshows, Marketing Campaigns, etc with reps.

## Drive Leads

### JUGs
- Java 7 Launch, JSE-E specific JUGs
- 7 cities
- ~5200 attendees overall

### Win Workshop

### BDB
- Engineering use case analysis
- Analyze Robert Brucksteins spreadsheet

## Drive Downloads

### Customer Java Days

### OTN Developer Days
- We present the Embedded track typically
- 3 in 2011

### JavaOne Labs
- 4 labs including SE-E for smartgrid and healthcare
- Devised email campaign for SmartGrid

ORACLE

11

OAGOOGLE2000003433

Trial Exhibit 5059, Page 11 of 39

Highly Confidential - Attorneys' Eyes Only

# Lead Generation and Relationship Building .Next

- ## A. Leverage all the work that went in to JavaOne

  1) We have 4 potential customer training tools the field can leverage in Java SE-Embedded, JavaFX, LWUIT, Ginga-J HOL's

  2) Dave Hofert, Fareed Sulliman, Nandini Ramani teams all generated interesting demos. (ie. JavaFX on iPAD)

  3) 56 attendees at SE-E Lab at JavaOne including

- ## B. Tradeshow/Download lead followup

  1) Leads from ATA/Gridweek/Autovation/JavaOne need to be engaged.

ORACLE

12

Highly Confidential - Attorneys' Eyes Only

# JSE-E/OJEC Downloads – Leading Indicator

| SC LEAD GENERATION | STATISTICS | WHO IS DOWNLOADING |
|---|---|---|
| Java SE Embedded Download Stats (CY2011) | 1412 Downloads, 211 Raw Leads, 3 Wins | |
| Oracle Java Embedded Client Download Stats (since June 2011) | 144 Downloads, 34 Raw Leads, 0 Wins | |
| BDB (Since June 2011) | Still working on how to get download lead information.<br><br>Multiple prospecting initiatives underway in our named accounts. | |

Contact information is typically unreliable – Fixing by requiring an OTN membership.

## Will be entering qualified data into GCM starting in Q2.

Contact is usually an engineer who is doing a technical evaluation.

Start generating quarterly report with vertical market identification.

ORACLE

13

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003435

Trial Exhibit 5059, Page 13 of 39

# Percent of Leads By Vertical



ORACLE

Highly Confidential - Attorneys' Eyes Only

Trial Exhibit 5059, Page 14 of 39

OAGOOGLE2000003436

# Americas SmartGrid Vertical

## Home Energy Network

- Target Accounts

  [redacted]

- Findings to Date

  Java used on back end systems, possible compliance issues.

  Need Java Client for ADR

  [redacted]

## Grid Network

- Target Accounts

  [redacted]

- Findings to Date:

  Management Platform, concentrators leverage micro-controllers with very small program space

  Interest in Oracle RAC for robust DB solutions for MDM integration

## Network Management

- Target Accounts

  [redacted]

- Findings to Date:

  Investments going into comms interoperability between Meters and MDM Vendors platforms

  Seeing strategic alignments with comm chip houses, ie Qualcomm

ORACLE

15

OAGOOGLE2000003437

Trial Exhibit 5059, Page 15 of 39

Highly Confidential - Attorneys' Eyes Only

# SmartGrid Account Activity Highlights

| Account | Activity | Future Potential |
| --- | --- | --- |

ORACLE

16

Highly Confidential - Attorneys' Eyes Only

Trial Exhibit 5059, Page 16 of 39

OAGOOGLE2000003438

# SmartGrid Other Activity

| Account | Activity | Future Potential |
|---------|----------|------------------|



ORACLE

17

OAGOOGLE2000003439

Trial Exhibit 5059, Page 17 of 39

Highly Confidential - Attorneys' Eyes Only

# Americas SmartGrid "What Do We Need"

| Account | NEED | Future Potential |
|---------|------|------------------|

ORACLE

18

OAGOOGLE2000003440

Highly Confidential - Attorneys' Eyes Only

Trial Exhibit 5059, Page 18 of 39

# Expanded SC Focus on Industrial Automation

## What We Have in Americas:

## What We Are Planning To Do Next:

ORACLE

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003441

Trial Exhibit 5059, Page 19 of 39

# Industrial Automation Vertical Activity

| Activity / Event | Date | Type | WWA&C Activity |
|---|---|---|---|
| | | | |

ORACLE

20

OAGOOGLE2000003442

Trial Exhibit 5059, Page 20 of 39

Highly Confidential - Attorneys' Eyes Only

# Americas Java Healthcare Vertical

## Opportunity/Plan/Current Status

### Patient Monitoring

Trending Now :

Activities in Progress:

### Medical Imaging

Trending Now :

Replicate :

Activities in Progress:

End to End at ATA

ORACLE

21

OAGOOGLE2000003443

Trial Exhibit 5059, Page 21 of 39

Highly Confidential - Attorneys' Eyes Only

# Americas Java Healthcare Targets

| COMPANY | CLASSIFIER | PRIORITY | ACTION | LIFE SCIENCES PARTNER | STATUS |
|---------|-----------|----------|--------|----------------------|--------|
| | IMAGING | HIGH | CLOSE | | ENGAGED AT EXEC / SALES LEVEL |
| | IMAGING | HIGH | ENGAGE | | ENGAGED AT SALES LEVEL |
| | IMAGING | HIGH | ENGAGE | | ENGAGED AT SALES LEVEL |
| | MONITORING | HIGH | ENGAGE | | ENGAGED AT SALES LEVEL |
| | MONITORING | HIGH | ENGAGE | | NEED TO ENGAGE |
| | MONITORING | HIGH | ENGAGE | | ENGAGED AT SALES LEVEL |
| | MONITORING | HIGH | ENGAGE | | MOBILITY DAY UPCOMING ENGAGED AT SALES LEVEL |
| | MONITORING | HIGH | ENGAGE | | NEED TO ENGAGE |
| | MONITORING | HIGH | ENGAGE | | JAVA REQUIREMENT ENGAGED AT SALES LEVEL |
| | MONITORING | HIGH | ENGAGE | | BUSINESS DEVELOPMENT ENGAGED AT SALES LEVEL |

ORACLE

22

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003444

Trial Exhibit 5059, Page 22 of 39



23

ORACLE

OAGOOGLE2000003445

Trial Exhibit 5059, Page 23 of 39

Highly Confidential - Attorneys' Eyes Only

ORACLE

24

OAGOOGLE2000003446

Highly Confidential - Attorneys' Eyes Only

Trial Exhibit 5059, Page 24 of 39

ORACLE

25

OAGOOGLE2000003447

Trial Exhibit 5059, Page 25 of 39

Highly Confidential - Attorneys' Eyes Only

ORACLE

26

OAGOOGLE2000003448

Trial Exhibit 5059, Page 26 of 39

Highly Confidential - Attorneys' Eyes Only

ORACLE

OAGOOGLE2000003449

Highly Confidential - Attorneys' Eyes Only

Trial Exhibit 5059, Page 27 of 39

# Appendix

ORACLE

28

© 2011 Oracle Corporation – Proprietary and Confidential

**Highly Confidential - Attorneys' Eyes Only**

OAGOOGLE2000003450

ORACLE

29

OAGOOGLE2000003451

Trial Exhibit 5059, Page 29 of 39

Highly Confidential - Attorneys' Eyes Only

The dotted line is the previous prediction.

ORACLE

30

OAGOOGLE2000003452

Highly Confidential - Attorneys' Eyes Only

Trial Exhibit 5059, Page 30 of 39

ORACLE

31

OAGOOGLE2000003453

Trial Exhibit 5059, Page 31 of 39

Highly Confidential - Attorneys' Eyes Only

OAGOOGLE2000003454

Trial Exhibit 5059, Page 32 of 39

Highly Confidential - Attorneys' Eyes Only

ORACLE

33

OAGOOGLE2000003455

Trial Exhibit 5059, Page 33 of 39

Highly Confidential - Attorneys' Eyes Only

ORACLE

34

OAGOOGLE2000003456

Trial Exhibit 5059, Page 34 of 39

Highly Confidential - Attorneys' Eyes Only



OAGOOGLE2000003457

Trial Exhibit 5059, Page 35 of 39

Highly Confidential - Attorneys' Eyes Only



ORACLE

OAGOOGLE2000003458

Trial Exhibit 5059, Page 36 of 39

Highly Confidential - Attorneys' Eyes Only



ORACLE

37

OAGOOGLE2000003459

Trial Exhibit 5059, Page 37 of 39

Highly Confidential - Attorneys' Eyes Only





ORACLE

OAGOOGLE2000003460

Trial Exhibit 5059, Page 38 of 39

Highly Confidential - Attorneys' Eyes Only



OAGOOGLE2000003461

Trial Exhibit 5059, Page 39 of 39

Highly Confidential - Attorneys' Eyes Only