# TRIAL EXHIBIT 5062

| | |
|---|---|
| **From:** | Kyunghan Kim <kyunghan.kim@oracle.com> |
| **To:** | Jerry Lee <jaehyou.lee@oracle.com> |
| **Sent:** | 3/12/2014 2:42:00 AM |
| **Subject:** | Fwd: Korea Wearable Market status - Samsung/LG |

FYI

Begin forwarded message:

**From:** Bongsoo Ko <bongsoo.ko@oracle.com>
**Date:** 2014년 3월 12일 오전 11시 20분 42초 GMT+9
**To:** Charles Shih <charles.shih@oracle.com>, Yoonseok Choi <yoonseok.choi@oracle.com>
**Cc:** Bryan Pryce <bryan.pryce@oracle.com>, Byunghwan Lim <byunghwan.lim@oracle.com>, Jerry Lee <jerry.lee@oracle.com>, Kyunghan Kim <kyunghan.kim@oracle.com>, Hong-Il Kim <hong-il.kim@oracle.com>, Seungho Choi <seungho.choi@oracle.com>
**Subject: Korea Wearable Market status - Samsung/LG**

Brief update for ISV/OEM and Java team in Korea.
It happens what we were afraid of in Korea IoT market.

Samsung Electronics announced Tizen as a wearable device platform.
LG Electronics will also announce Android-Wearable platform as a wearable device (within 3 months)

Oracle (ISV/OEM and Java Team) should prepare :
- Samsung Corporate-level collaboration model
- Round table with LG R&D about IoT Device platform

Check it out:
http://news.cnet.com/8301-1023_3-57620090-93/google-to-launch-sdk-for-android-wearables-in-two-weeks/
http://finance.yahoo.com/news/google-launching-android-wearables-191605736.html

---

Bongsoo Ko | Presales Principal Consultant | ISV&OEM | Oracle Korea
Office : +82.2.2194.8819 | Mobile : +82.10.4538.0041 | email : **bongsoo.ko@oracle.com**
IoT Taskforce Team Group Mail: **jpac_m2m_grp@oracle.com**

**Hardware and Software**
ORACLE
**Engineered to Work Together**

---

**From:** David Hicks
**Sent:** Wednesday, March 12, 2014 5:09 AM
**To:** iot_interest_us_grp
**Subject:** Google Launching Android for Wearables

http://finance.yahoo.com/news/google-launching-android-wearables-191605736.html

--
ORACLE

David Hicks | Vice President, Worldwide ISV, OEM, and Java Business Development
Phone: +1 7197573027 | Fax: +1 7197573027 | Mobile: +1 7202367532
12320 Oracle Blvd | Colorado Springs, Colorado 80921

Oracle is committed to developing practices and products that help protect the environment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5062**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK