# TRIAL EXHIBIT 5063

| | |
|---|---|
| **From:** | Gordon Tsang <gordon.tsang@oracle.com> |
| **To:** | Dave Hofert <dave.hofert@oracle.com>;Veronique Alaton <veronique.x.alaton@oracle.com> |
| **CC:** | Sajith Ainikkal <sajith.ainikkal@oracle.com>;Naveen Bidare Ramaswamy <naveen.bidare.ramaswamy@oracle.com>;Charles Shih <charles.shih@oracle.com> |
| **Sent:** | 4/9/2014 1:35:55 AM |
| **Subject:** | RE: Status update on Java BD Leads and Opportunities |

Going through final BGV now. Should be on board around 2 weeks if no issue on BGV.

Regards,
Gordon

---

**From:** David Hofert
**Sent:** Tuesday, April 08, 2014 7:20 PM
**To:** Veronique Alaton
**Cc:** Sajith Ainikkal; Gordon Tsang; Naveen Bidare Ramaswamy; Charles Shih
**Subject:** Re: Status update on Java BD Leads and Opportunities

Agreed.  When do we expect an SR onboard for India?

    Dave

On Apr 8, 2014, at 3:35 AM, Veronique Alaton <veronique.x.alaton@oracle.com> wrote:


Thanks for the update Sajith.
And thanks for documenting your update in the note of the lead in Fusion.
We fully understand that the lack of SR is impacting the progress on these opportunities, and we all appreciate your efforts here.

Regards,
Veronique

On 04/08/2014 9:00 AM, sajith ainikkal wrote:
Hi Veronique,

I have rejected / retired 2-3 leads in Fusion. Probably that was submitted by PBC.

BDB and DMS part we needs to further qualify and I have suggested Naveen to organize a meeting with their technical team.

We (self /Naveen) are in touch with  most of the other companies in the list. Most of them are small OEMs / design houses and there are no immediate revenue opportunities.
Some of them ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I have even suggested BLRA with pay as you go▓▓▓▓surely a compliance candidate. Others also probably using Java in their products.
Challenge is the bandwidth to chase all these low value deals. Hope once a SR is on board things will be better.

Regards
Sajith

On 4/7/2014 6:19 PM, Veronique Alaton wrote:
Sajith,

I see some updates from you following my report this morning.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5063**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

But I don't see any rejected, and it seems that GE Healthcare is not yet accepted.

I have re-run the report and here's the output.

Thanks
Veronique

On 04/07/2014 1:46 PM, Sajith Ainikkal wrote:
Hi Veronique,

Today morning I have reviewed Fusion Leads.  I have accepted most of the leads and rejected / retired 2-3 with reasons. Can you re-check and let me know if there is any leads left out.

Regards
Sajith

On Monday 07 April 2014 05:09 PM, Veronique Alaton wrote:
Hi,

**Leads**

- No update on leads awaiting for Sales to accept (still 5 leads)

    - EMEA 2 Leads assigned to SR 34 days ago
    - India 3 Leads (same as last week) - leads assigned more than 34 days ago

- Quite a few leads are aging

    - in NAS, 8 out of the 9 leads are older than 124 days (4 months)
    - in Japan, the assignment age is between 66 and 132 days
    - all Indian leads are aging (due to lack of SR in India)

**Opportunities**

- 1 new opportunity in Korea: ███████████████████

**Summary**

- Pipeline is down from $4.7M tp $4.6M

    - FY14 pipeline is down to $233K - due to move of oppties from FY14 to FY15
    - FY15 pipeline is down to $3.7M - due to resizing of 2 oppties in China to $0

- Won opportunities total is up at $650,000
- Conversion rate (from Sales lead to Opportunity) is 58%

In addition to the highlights and charts below,  please make sure to look at the attached excel spreadsheet in which you will find all the details.

Regards,
Veronique

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           OAGOOGLE2000128380
Trial Exhibit 5063, Page 2 of 3

--

\<graphics1.gif\>
Véronique Alaton | Director, Business Development Programs
Java Embedded & Oracle's Internet of Things (IoT) Platform
Phone: +33 1 340 30412 | Mobile +33 6 07 29 18 46
Oracle
http://www.oracle.com/goto/javaembedded
http://www.oracle.com/IoT


--


\<graphics1.gif\>
Véronique Alaton | Director, Business Development Programs
Java Embedded & Oracle's Internet of Things (IoT) Platform
Phone: +33 1 340 30412 | Mobile +33 6 07 29 18 46
Oracle
http://www.oracle.com/goto/javaembedded
http://www.oracle.com/IoT


--

ORACLE


David Hofert | Senior Director, Markets and Business Development
M2M and Internet of Things
Mobile: +1.617.678.1564
Oracle Java Embedded Global Sales Unit | Boston, MA

http://www.oracle.com/iot
http://www.oracle.com/goto/javaembedded

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          OAGOOGLE2000128381
Trial Exhibit 5063, Page 3 of 3