# TRIAL EXHIBIT 5064

| | |
|---|---|
| **From:** | Nori Shibuya <nori.shibuya@oracle.com> |
| **To:** | Dave Hofert <dave.hofert@oracle.com>;Scott Armour <scott.armour@oracle.com> |
| **CC:** | Gen Shimada <gen.shimada@oracle.com>;David Hicks <david.hicks@oracle.com>;Paul Gallagher <paul.x.gallagher@oracle.com>;Gordon Tsang <gordon.tsang@oracle.com>;Geoffrey Morton <geoffrey.morton@oracle.com>;Simon Nicholson <simon.nicholson@oracle.com>;Peter Utzschneider <peter.u@oracle.com> |
| **Sent:** | 5/19/2014 6:16:58 PM |
| **Subject:** | RE: Automotive Telematics and IoT platform |
| **Attachments:** | Oracle Car demo concept with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮037.jpg |

Hi Scott, Hi David san

My proposal is related to Automotive Telematics….

As you know word "Telematics" is newly combined words of (Telecommunication + Infomatics) which includes broad-meanings …. for example, weather information, traffic information, email, vehicle tracking, etc….Lexus's G-book, GM's On-Star, Honda's Inter-navi, Ford's Ford Sync are good examples…..in very short..whatever the information connected outside of vehicle are call "Tele-matics"

Now, my demo includes the followings.

1.  CAN data display…..goes to data mining in cloud to calculate insurance rate.  This data shows "how you drive data"
2.  Round view……picture data (not real-time) going to be saved as evidence for many purposes (for insurance/for police)….goes cloud as  event processing
3.  Drive Diagnosis….feed back to driver with insurance discount rate from cloud.
4.  Wearable……Driver to Car connectivity. Can also be uploaded to cloud to indicate emergency.

Note) All the above demo are automotive connectivity demo (tele-matics).

Today, traditional "heavy data " car navigation system goes out of market because of smart phone and connectivity. Processing power of navigation goes to optimal. Many processing would be done by cloud.
Also, near future trend is that cluster (meters and gauges) and infotainments panels getting very closer.(see the Tesla models)…Today, clusters use many different real-time OS platform, and infotainment panel also uses many different OS and platforms.  The huge battle to win the initiative is under go today. (Google, Tizen, MS etc) but as far as I hear, Linux , specially Automotive Grade Linux would be the major platform.

According ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮..this means we must do something today. Google pushing Android but only Honda is using▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In summary, the situation in automotive connectivity platform today is still soft state…even automotive OEM account sometimes are not really clear what they want to do with their products….
I believe that  Oracle,  both Java Embedded and Big data/cloud team really have to work together to jointly promote "user experience" and "cloud service" to automotive accounts.

Finally, I want Java8 to be built on ▮▮▮▮▮▮▮▮ platform as standard Automotive platform, so we could secure business from each sales they make to any aut▮▮▮▮▮▮▮▮▮▮▮▮
This demo is combined work with▮▮▮▮▮▮▮▮▮▮▮d would be extended globally. ▮▮▮▮▮▮s the number one platform supplier for automotive account and we need to maintain close discussions & relations and partnership.

Thank you
Regards
Nori

<div style="border:1px solid black">
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 5064**

CASE NO. 10-03561 WHA

DATE ENTERED _____

BY _____
DEPUTY CLERK
</div>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000128185

**From:** David Hofert
**Sent:** Monday, May 19, 2014 8:24 PM
**To:** scott armour
**Cc:** Gen Shimada; Nori Shibuya; David Hicks; Paul Gallagher; Tak wah gordon Tsang; Geoff Morton; Simon Nicholson; Peter Utzschneider
**Subject:** Re: Automotive Telematics and IoT platform

Hi Scott –

I think what Nori is proposing is related more to telematics than infotainment – but it does involve the driver display element which is typically where infotainment appears.



This is a model for many companies to illustrated how near real-time data can be collected from vehicles for other purposes such as vehicle tracking and traffic management. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Other applications are video image processing from car-mounted cameras for parking assist, and insurance data collection.

I need to clarify further with Nori how/when monetization would occur but I see this as a telematics application.  We do need to understand how media integrates with this system, but it's likely an overlay – just as it is on many new vehicles where media can be delivered via HTML5 on browser apps/applets.

I'm interested in Peter/Simon's feedback – and I'll work with Shibuya-san to refine the request presentation and share that as well.

      Dave

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



On May 19, 2014, at 12:45 AM, scott armour <scott.armour@oracle.com> wrote:


I am not clear what this means.

Are we asking if we should/could invest in IVI in addition to the telematics?  This is an important question.  We are NOT focusing on the Infotainment elements in cars as the significant tie-in with smart phones puts us at a distinct disadvantage.   We are focused on the telematics (behind the dashboard) elements.

Where do we see IVI fitting in?

Simon/Peter - your thoughts?

Dave - your thoughts?
<oracle-email-sig-198324-355094.jpg>
Scott Armour | Group Vice President | +1.650.350.8715
Oracle Worldwide Alliances & Channels
Oracle Corporation
500 Oracle Parkway
Building 600
Redwood Shores, CA 94065

<o-tagline-em-275526-355093.jpg>
On 5/18/2014 9:16 AM, Gen Shimada wrote:
Hi all,

Please let me jump in for the point Nori-san is talking about.

There are two Automotive opportunites; 1. IVI (Car Navigation), 2. Telematics.
He is claiming importance of Automotive IVI business, as our new direction is for Telematics, instead of IVI.

Regards,
Gen

**From:** David Hofert
**Sent:** Saturday, May 17, 2014 1:51 AM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    OAGOOGLE2000128187

**To:** scott armour
**Cc:** Nori Shibuya; David Hicks; Gen Shimada; Paul Gallagher; Gordon Tsang; Geoff Morton
**Subject:** Re: Automotive Telematics and IoT platform

Thanks Scott.

Nori/Gen - I'll send you the business plan template I have out for review right now so you can consider how you'd fill it out and to provide feedback.  See next note for that.

Thanks -

     Dave

On May 16, 2014, at 12:43 PM, scott armour <scott.armour@oracle.com> wrote:

Shibuya-san,

Auto Telematics is a strategic segment for us and key design wins will be valuable building this segment for Oracle and Java.  An important component of Design Wins gong forward is developing a business plan in association with the Design Win so we have clear line of site to the eventual revenue that results from the Design Win and associated investments.  In some cases, the revenue will come directly from the Design Win partner (Fuji or Hitachi) and in other cases the revenue will be realized somewhere else in the supply chain.

Given the resource and $ required to pursue these design wins, please explain:

1) The actual design win(s) associated with this project (the note discusses demo's which are interesting but demos are not design wins).  What are the actual deliverables that will go into the market as a result of these activities?

2) What is the Auto Telematics Supply Chain that these Design Win Deliverables feed into?  If we map from components to final solution, who are all the players and how do the relate to get the final solution to the final buyer?

3) Within that supply chain, where and how do we plan to monetize our Java content?  Will we monetize with ▮▮▮▮▮ ▮▮▮▮ or are we just enabling at that stage and expect to monetize at another point in the supply chain?

4) Within that model, how much revenue do we expect to capture and over what period of time?  In particular, between now and end of Fiscal 2017, how much revenue will be generated for Java from this project and from what members of the Solution supply chain?

Given the significant investment of scarce resource and budget, we need a complete business plan view to make informed decisions on priorities and investments.

Dave and Geoff, we have discussed a template for the business plan and an example.  This could be an excellent case to build the example and validate the template.

Thank you,

<oracle-email-sig-198324-355094.jpg>
Scott Armour | Group Vice President | +1.650.350.8715
Oracle Worldwide Alliances & Channels
Oracle Corporation
500 Oracle Parkway
Building 600

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000128188

Redwood Shores, CA 94065

<o-tagline-em-275526-355093.jpg>

On 5/16/2014 2:58 AM, Nori Shibuya wrote:

Hi David, Hi Scott

I hear that Automotive Infotainment would no longer on focus segment but automotive telematics remain as focused segment.

Please allow me to explain the automotive telematics development which I am developing together with support from ███████████████████████

There are two demos:



1. ████████████████████████████
   - █████████████████████████████████████████
   - ████████████████████████████
   - ████████████

2. ████████████████████████████████
   ████████████████████
   - ████████████████████████████████
   ████████████████
   - ███████████████████████████████████
   ████████████████████████
   - ████████████████████████████
   ████████████████████



████████████████████████████████
███████████████████
███████████████████████████████
████████████████████████

Note 2.  Cost wise: I am asking both SI to make it under 50KUS$ and discount....working toward >100KUS$

(Comment & Request)

████████████████████████████████
███████████████████████████████████
███████████████
████████████████████████████████
██████████████████████

████████████████████████████████

Thank you
Regards
Nori Shibuya


--

<Mail Attachment.jpeg>


David Hofert | Senior Director, Markets and Business Development
M2M and Internet of Things

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    OAGOOGLE2000128189

Mobile: +1.617.678.1564
Oracle Java Embedded Global Sales Unit | Boston, MA

http://www.oracle.com/iot
http://www.oracle.com/goto/javaembedded

--

ORACLE


David Hofert | Senior Director, Markets and Business Development
M2M and Internet of Things
Mobile: +1.617.678.1564
Oracle Java Embedded Global Sales Unit | Boston, MA

http://www.oracle.com/iot
http://www.oracle.com/goto/javaembedded

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        OAGOOGLE2000128190