# TRIAL EXHIBIT 5627

**From:** Jerry Lee <jaehyou.lee@oracle.com>
**To:** Byunghwan Lim <byunghwan.lim@oracle.com>;Kyunghan Kim <kyunghan.kim@oracle.com>
**Sent:** 6/8/2013 12:34:35 PM
**Subject:** RE: 삼성 M2M 관련 엔지니어팀 의견입니다. (6월 7일 미팅)

Hi Khan, Brian,

Please refer to below meeting minutes.



Best regards,
Jerry

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5627**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

**From:** byunghwan lim
**Sent:** Saturday, June 08, 2013 12:35 AM
**To:** Kyunghan Kim; Jerry Lee
**Subject:** Re: 삼성 M2M 관련 엔지니어팀 의견입니다. (6월 7일 미팅)

Meeting minute 이 잘 정리되었습니다.
몇몇 사항 추가 합니다.

- Customer Feedback
  Since Android is dominant on mobile devices, Oracle needs to be more flexible



On 2013-06-07 오후 11:55, Kyunghan Kim wrote:

Best,
Khan

Kyunghan(Khan) Kim | Director, 상무
Mobile: +82 10 4320 3664 | Office: +82 2 2194 8433
Oracle Java Embedded Global Sales Unit

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            OAGOOGLE2000023784
Trial Exhibit 5627, Page 2 of 3



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     OAGOOGLE2000023785
Trial Exhibit 5627, Page 3 of 3