# TRIAL EXHIBIT 5628

| | |
|---|---|
| **From:** | Kevin Smith <kevin.ks.smith@oracle.com> |
| **To:** | Paul Gallagher <paul.x.gallagher@oracle.com> |
| **CC:** | Henrik Stahl <henrik.stahl@oracle.com>;David Clack <david.clack@oracle.com> |
| **Sent:** | 4/23/2012 11:31:39 PM |
| **Subject:** | Re: meeting request - ▮▮▮▮▮▮ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5628**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

This is Tom's write up on our ▮▮▮▮▮▮ opportunity :

**Executive Summary:**

[redacted]

[redacted]

**Java Run Time Competition:**
- Skelmir
- Android
- Adobe Air
- HTML5

[redacted]

Oracle ROI-
Estimated porting costs will be in the $150K to $300K range. ROI from a single MSO or Digital Set Top Box deal would pay all of this back with margin.

[redacted]

Oracle Investment requirement-
Binary Porting effort plus channel business model.

**Action Items and Follow Up:**

[redacted]

On Apr 23, 2012, at 2:06 PM, Paul Gallagher wrote:

Kevin Smith is working with ███████ on some new initiatives. Have cc'd him so he can advise.

Best

--
<image001.gif>
Paul Gallagher | Alliances Director, Industry Solutions Group
Phone: +1 4082762336 | Mobile: +1 8313253264
Oracle Alliances & Channels | Java Embedded Global Sales Unit
4220 Network Circle | Santa Clara, CA 95054
<image002.gif> Oracle is committed to developing practices and products that help protect the environment

---

**From:** Henrik Stahl
**Sent:** Monday, April 23, 2012 2:03 PM
**To:** David Clack
**Cc:** Daniel Green; Nicolas Lorain; David Therkelsen; Carlos Lucasius; John Bates; Paul Gallagher; Robin Smith
**Subject:** Re: meeting request - ███████████████████

Great news, do we have any idea how and how we would license a Java binary to at this point ?

TBD.

Do you have any information about whether we are talking to ███████████████████████████████?

I don't. Someone else on this thread (Paul?) might.

Thanks
 Dave

---

**From:** Henrik Stahl
**Sent:** Monday, April 23, 2012 8:57 AM
**To:** David Clack
**Cc:** Daniel Green; Nicolas Lorain; David Therkelsen; Carlos Lucasius; John Bates; Paul Gallagher; Robin Smith
**Subject:** Re: meeting request - ███████████████████

Our ARM v7 headful binaries work on the ████████████████████████████████████████

Also, we are qualifying them in the next feature release (7u6) - this is confidential for now.

Henrik Stahl | Sr. Director, Product Management
Java Platform Group
Office (408) 276-2331 | Mobile (650) 704-8611

On Apr 23, 2012, at 8:55 AM, David Clack wrote:

Hi Dan,

So it looks like the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we only have headless for download, which may be a problem as they are running the ▮▮▮▮▮esktop.

Dave or Carlos do we have a non released headfull for the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ?

Thanks
 Dave

-----Original Message-----
From: Daniel Green
Sent: Monday, April 23, 2012 8:39 AM
To: Henrik Ståhl; Nicolas Lorain
Subject: meeting request - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Henrik,

  We're working with ▮▮▮ on having a presence at the bay area Maker Faire May 19th-20th, and there's interest in including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  There are typically 100,000 to 200,000 attendees at these events.  Based on ongoing conversations with the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ it seems like it would be best to be on the same page.  Are you available to chat with the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ given they have OpenJDK up and running but the optimizations aren't working well enough to be usable yet?

  If you agree, I can work with Tanica to schedule it.

  Thanks.

  Best regards,

-- DanG
Daniel Green, Oracle Corporation
daniel.l.green@oracle.com, 816-665-7950

Michael Kölling wrote:

They are still hard to get.

I got two ▮▮▮▮▮▮▮▮ units last week, and we started work to get

Java to run on them (mainly with the intention of running Greenfoot on them). Since the Oracle Academy is now seriously invested in Greenfoot, this is a nice case of two different strands coming together.

The short summary is: We got OpenJDK working, but it lacks optimisations at every corner (especially graphics). The X server is also not graphics optimised. The result: Greenfoot (and other Java Apps) are working, but essentially currently unusable.

Using the Oracle JDK has the potential to improve things greatly, but currently there is no (full) Oracle JDK for this ARM processor.

I have discussed this with ▇▇▇▇ from the ▇▇▇▇▇▇▇▇ team. They are VERY interested in getting Java to run properly, and they have also been talking to various people at Oracle. Most significantly, she told me she is in conversation with Henrik Stahl, and she said that Henrik is "very excited" about this and indicated that Oracle might develop a JDK for the ▇▇▇▇▇▇▇▇

Now, the crux is all in the "might". We have no commitment for this from Oracle so far, and no time frame. The ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ It's an optimistic position.

Would it be worth contacting Henrik Stahl directly and try to get a feel for how seriously they are looking at this, and time lines?

Michael