# TRIAL EXHIBIT 5632

| | |
|---|---|
| **From:** | Gen Shimada |
| **To:** | Jongin Lee; Charles Shih |
| **CC:** | Dave Hofert; Koji Uno; Kenichi Fujita; Rob Barnes; Naveen Asrani |
| **Sent:** | 9/21/2012 10:09:49 AM |
| **Subject:** | Meeting Minutes ▓▓▓▓ |

Met ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ General Manager today.

Java is not used in Digital Camera today. But ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

<Attendees>

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- Oracle: Uno-san, Fujita-san, Gen-san

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5632**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

<Current Status>

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- There is no concrete plan to develop successor model.

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

<Android vs Java>

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ understands Java is better than Android, considering performance, reliability, number of libraries, asset portability, etc.

Ø  He also sees Android frequently updates its version which ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ JavaFX. This can be also good tool for GUI building.

Ø  Will find some time to show the demo in the near future. (Maybe at ▓▓▓▓▓▓▓ or other Event)

&lt;Application&gt;

- █████████

  ø  What application would be appropriate for camera is a question.

- Telecommunication is and will be an important function for Digital Camera.

  ø  ███████████████████████████████████

  ███████████████████████████████████████████████
  ███████████████████████████████

- ███████████████████████████████████████

  ø  iOS, Android have good infrastructure in that sense. Even SNS like Facebook is well used for Android.

  ø  █████████████████████████████
  ████

- ███████████████████████████████████████████
  █████

- ███████████████████████████████████████████

  ████████████████████████████████████

  █████████████████████

  ███████████████████████████████████████████
  ██████████████

  ████████████████████████████████████

&lt;Actions&gt;

- ███████████████████████████████████████████
  ████████

- We encouraged him to evaluate Java under the Evaluation License. ███████
  ███████████████████████████████
  █████████████████████████████

- █████████████████████████████████████
  █████████

<Platform info>

Ø ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

Regards,

Gen Shimada

CONFIDENTIAL                                              OAGOOGLE2000059829

Trial Exhibit 5632, Page 3 of 3