# TRIAL EXHIBIT 5634

| | |
|---|---|
| **From:** | Rupindera Rai |
| **To:** | David Karl Hofert |
| **CC:** | Eunkyung Lee |
| **Sent:** | 6/22/2012 5:25:18 PM |
| **Subject:** | ████████████ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 5634
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

Dave,
Here is the timeline and key points discussed with ████████████████████████████████████████
████████████████████████████

1) 10/4 3pm meeting
Oracle attendees: Dave Hofert, Rup Rai, Jenn Yonemitsu, kei lee

[redacted content]

Oracle attendees: Geoff Morton, Nandini Ramani, kei lee

[redacted content]



```
Thanks - talk to you at 11am PT.
Rup
===
```