# TRIAL EXHIBIT 5635

| | |
|---|---|
| **From:** | charles shih <charles.shih@oracle.com> |
| **To:** | SCOTT.ARMOUR <scott.armour@oracle.com>;Dave Hofert <dave.hofert@oracle.com> |
| **CC:** | Gordon.tsang@oracle.com <Gordon.tsang@oracle.com>;Andy (Eunchae) Shin <eunchae.shin@oracle.com> |
| **Sent:** | 3/7/2015 9:16:29 PM |
| **Subject:** | ████████████████████████████████ |
| **Attachments:** | ████████████████████ |

Hi Scott, Dave,

We have a $220K ME8.1 FPE opportunity with ██████ team for healthcare and other smart devices. What is special for this project is that ████ wants the source code of the ████ specific APIs that ██ will develop for them and ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Detailed information can be found in Andy Shin's email below and the attached █ opportunity request from Jerry Lee.

We are seeking your approval for the required source release.� ████████████████████████

Please advice.

Best regards,
Charles


-------- Forwarded Message --------
**Subject:** ████████████████████████████
**Date:** Sun, 08 Mar 2015 03:11:02 +0900
**From:** Andy Shin <eunchae.shin@oracle.com>
**To:** Charles Shih <charles.shih@oracle.com>

Hello Charles,

Sales submitted the opportunity request to port ME8.1 on ████ small IoT devices.

The below is high level background.

████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████

We had a technical meeting with ████████████████ and captured the requirement.

Demo FPE: ████████████████████████████████████████████████████████████████
████████████████████████████

Production FPE: ██████████████████████████████████████████████████████████████

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5635**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

CONFIDENTIAL                                                                                                                          OAGOOGLE2000131360

���

Showstopper of Demo FPE:

Deliverables of FPE:

���
�����

Best Regards,
Andy

CONFIDENTIAL

OAGOOGLE2000131361

Trial Exhibit 5635, Page 2 of 5



# Opportunity Request
# Java Engineering Services



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY			OAGOOGLE2000131362
Trial Exhibit 5635, Page 3 of 5



**Additional data**

[Replace this text with any additional information or name of document.]

2 | June 9 2014 | Oracle Corporation – Proprietary and Confidential – Internal Use Only

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                   OAGOOGLE2000131363

Opportunity Data Sheet Request for Java Engineering Services

**Notes to requestor:**

- WAR (Work At Risk) project will enable to start the engineering effort, but no delivery to customer will be made until the contract is signed.
- A WAR approval is only valid for a 3 months period maximum.
- BE (Budgetary Estimate) may not be shown or released to the customer before all approvals are obtained.
- Submission – Send to Chris Smith <chris.c.smith@oracle.com> for review

## DO NOT FILL – RESERVED

**Actions:**

| ID | Action Item | Assigned To | Due By |
|---|---|---|---|
| | | | [mm/dd/yyyy] |
| | | | [mm/dd/yyyy] |
| | | | [mm/dd/yyyy] |

**Comments:**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    OAGOOGLE2000131364
Trial Exhibit 5635, Page 5 of 5