# TRIAL EXHIBIT 5637

# ORACLE
## Executive Briefing Document

**ORACLE EXECUTIVE BEING REQUESTED**

Name of Executive/s:
N/A

Date / Time / Location confirmed for the meeting:
DATE:  Wednesday, 09/25/13
TIME: 11:00 am PT
LOCATION:  Hilton Hotel, Marina Conference Room, Lobby Level

**MEETING INFORMATION**

[redacted]

**BRIEFING INFORMATION**

[redacted]

**ORACLE EXECUTIVE JUSTIFICATION**

N/A

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5637**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

SB Version -September 16, 2009 - MM