# TRIAL EXHIBIT 5642

# ORACLE®

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 5642**

CASE NO. 10-03561 WHA

DATE ENTERED _____

BY _____
DEPUTY CLERK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008897992



# Java Market Analysis

October 2012




PARTNERNETWORK

Specialized. Recognized by Oracle.
Preferred by Customers.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008897993



# Objectives

- Analyse past Java business data in order to provide focus for the future
- Identify positive market trends in order to focus product development and resource
- Prioritise vertical market alignment with wider Oracle
- Identify specific accounts where we can replicate success and grow 'comparable' business
- Provide approach focus for the Java and ISV/OEM organisations
- Identify development requirements

**ORACLE**

3  |  © 2011 Oracle Corporation – Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008897994



# Assumptions

## Ongoing Exercise

- Takes a global view
    - Regional variances have been noted during the analysis
- Revenue Projections
    - Based on overall market share.  Based on extrapolation of largest design win in sector.
- Market Share data
    - Based on various industry reports
- Growth
    - Assumed in all accounts including those where there is an existing design win
- Data
    - Segment data may be skewed by the fact that some companies (Samsung, Cisco, IBM, Huwai etc.) operate in multiple sectors.  The data set for this exercise assigns the company to the major Java revenue sector in which they operate.  Further data refinement is required for complete accuracy.

**ORACLE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008897995



# Market Segment Actuals

## FY07 – FY12



**Total**

| Sum of Total | |
|---|---|
| **Main Sector** | **Total** |
| Mobile | 402,293,538 |
| Distribution Services | 285,499,632 |
| Consumer Goods - Home/Media | 222,840,866 |
| Smart Card | 181,374,168 |
| Enterprise Solutions | 125,903,023 |
| Network Equipment Providers | 90,679,784 |
| Computer Hardware - Storage/Peripherals | 29,538,522 |
| Semi-Conductor | 24,878,809 |
| Retail | 6,892,888 |
| Public Sector | 3,638,546 |
| Industrial Automation | 3,244,380 |
| Finance | 2,694,111 |
| Aerospace & Defense | 2,120,321 |
| Automotive | 1,370,113 |
| Systems Integrator | 1,354,509 |
| Healthcare | 453,205 |
| Research/Education/Standards | 431,006 |
| Utilities | 254,034 |
| **Grand Total** | **1,385,461,453** |

**ORACLE**

5 |  © 2011 Oracle Corporation – Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008897996



# Market Segment Trends

FY07 – FY12



6   |   © 2011 Oracle Corporation – Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
OAGOOGLE2008897997



# Top 6 Revenue Grossing Sectors



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 7 of 27

OAGOOGLE2008897998

# Top 25 partners





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 8 of 27

OAGOOGLE2008897999



# Sustained Growth

### FY07 – FY12 (Smart Card, Mobile, Distribution Services removed)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 9 of 27

OAGOOGLE2008898000



# Growth Hot Spots



Consumer Goods (Home & Media)
$50M in FY12
$41M in FY10

Enterprise Solutions
$22M in FY12
$19M in FY10

Semi-Conductor
$11M in FY12
$1.5M in FY10

NEPs
$29M in FY12
$11M in FY10

Computer Hardware (Storage & Peripherals)
$9M in FY12
$2M in FY10

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 10 of 27

OAGOOGLE2008898001



# Revenue Growth Trends



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 11 of 27

OAGOOGLE2008898002



# Replicate, Leverage, Replicate

**Network Equipment Providers – VoIP Handsets**



ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 12 of 27

OAGOOGLE2008898003



# Replicate, Leverage, Replicate
**Network Equipment Providers – M2M Modules**



ORACLE®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 13 of 27

OAGOOGLE2008898004



# Replicate, Leverage, Replicate
**Computer Hardware (Storage/Peripherals) - Printers**



ORACLE®

14 | © 2011 Oracle Corporation – Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898005



# Replicate, Leverage, Replicate

- There are an additional 100+ identified replication targets
- Example product areas include: Control Systems, POS, Computer Peripherals
- Identified using 'next nearest' analysis

**ORACLE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898006



ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898007

Trial Exhibit 5642, Page 16 of 27



# Fledgling Growth Potential

## FY07 – FY12

• All sub-$2.5M global annual revenue
• Erratic Trends
• Low short term pipeline impact
• 2+ year growth targets
• BD focus for messaging and growth



Legend:
- Sum of FY'07
- Sum of FY'08
- Sum of FY'09
- Sum of FY'10
- Sum of FY'11
- Sum of FY'12

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 17 of 27

OAGOOGLE2008898008



# Java Market Opportunity

## Growth & Revenue Potential

 © 2011 Oracle Corporation – Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Summary

- 17 of top 25 Java partners are in Java saturated markets and therefore not replication targets

- Most replication likely in 550 'other' accounts that have generated combined $350M over last 5 years

- 117 partners identified as replication targets

- Compliance discussions evident

- Extrapolated revenue potential to date $130M+

**ORACLE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898010



# Next Steps

- Move forward with a replication program to execute on 'next nearest' list of replication targets
  - Collateral & Messaging
  - Fusion reporting
- Deeper synchronisation with product management

**ORACLE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898011



# Existing Design Wins



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898012



# Targets for Replication

117 identified



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898013



# Targets for Replication

## 117 identified



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 23 of 27

OAGOOGLE2008898014



# Actions Completed

- Analysis of historical data to highlight focus hot spots
- Creation of design win list
- Creation of Replication Program structure
- Engagement with relevant teams within the ISV/OEM and Java organisation

**ORACLE**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 24 of 27

OAGOOGLE2008898015

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Trial Exhibit 5642, Page 26 of 27

OAGOOGLE2008898016

# Replication Program Management

## Leverage 3x3x3 Reporting

### Revenue Pipeline Management



| 153 | • Total # Global Opportunities |
| $ 20,669,392 | • Total Pipeline Revenue |
| $ 1,593,221 | • Pipeline Revenue Won |

**Revenue Pipeline per Region**

**3x3x3 Opportunities by Region**

25 | © 2011 Oracle Corporation – Proprietary and Confidential

ORACLE



# Actions to Progress

- Turn design wins into win stories and references
- Work with product team to create replication package (collateral, messaging, demos)
- Create Fusion reports

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2008898018