# TRIAL EXHIBIT 5840

```
From:       RUPINDERA RAI
To:         YONEMITSU,JENNIFER; David Hofert
Sent:       2/23/2012 10:35:48 PM
Subject:    
Attachments:
```

Jenn and Dave,

Regards,
Rup
=====

-------- Original Message --------
Subject:
Date: Fri, 17 Feb 2012 23:53:59 +0800
From: ice chen <ice.chen@oracle.com>
To: Charles Shih <charles.shih@oracle.com>, David Wu <jinjin.wu@oracle.com>
CC: Rupindera Rai <rupindera.rai@oracle.com>, Alex Yuan <alex.yuan@oracle.com>, Hank Chen <hank.wei-han.chen@oracle.com>, Steven Chen <ming-jun.chen@oracle.com>, Mark Iskra <mark.iskra@oracle.com>


Charles, David and all,



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5840**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    OAGOOGLE2000180303

Trial Exhibit 5840, Page 1 of 12

[redacted]

Thanks a lot.

Best regards,
Ice Chen


于 2012/2/17 22:58, Charles Shih 写道:
> David and all,
>
> I would like to add the following comments:
>
> [redacted]
>
> Regards,
> Charles
>
> On 2/17/2012 6:03 AM, David Wu wrote:
>>
>> Dears
>>
>> We had a meeting with [redacted] this afternoon, and here is the
>> meeting minutes and follow up action plan:
>>
>> Date & Time: 15:00-17:30, 17 Feb,2012
>>
>> Attendees:
>>
>> [redacted]
>>
>> Charles, Director , JAPAC Sales Consulting, Oracle
>>
>> Ice Chen, Sales Consultant, Oracle
>>

```
>> David Wu, Partner Sales, Oracle
>>
>> ██████████████████████████████
>>
>> Topic covered:
>>
   ██████████████████████████████████████████
█
   ████████████████████████████████████
   █████████████████████████████
█  ████████ █ ███████████████ █ ███████████
   ██████████████████████████████████
█
   ███████████████████████████████████████
█
   ██████████████████████████████████████████
   █████████████
█  ██████████████
█
   █████████████████████████████████████
   ██████████████
█
   █████████████████████████████████████
█  ███████████████████████████
█
   █████████████████████████
>>
>> Follow up action plan:
>>
>> ███████████████████████████████████████
   ██████████████
█
   █████████████████████████████████
   ███████████████████
█
   █████████████████████████████████
█
   ████████████████████████████████████████
█  ████████████████
█
   ████████████████████████████████████
   █████████████████████████
█
   ██████████████████████████████
>>
>> Regards,
>>
>> David
>>
>> cid:part2.04030105.01020608@oracle.com <http://www.oracle.com/>
>> David Wu Jin Jin| Principal Alliances Consultant, Partner Sales, China
>> Mobile: +86 13560789163 | Work: +86 755 8396 5166
>>
>> OracleAlliances & Channels | Java Embedded Global Sales Unit
>>
>> Green Oracle <http://www.oracle.com/commitment>Oracle is committed to
>> developing practices and products that help protect the environment
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              OAGOOGLE2000180305

Trial Exhibit 5840, Page 3 of 12

```
>>
>> *From:*Charles Shih
>> *Sent:* 2012年2月10日12:29
>> *To:* RUPINDERA RAI
>> ███████████████████████████████████████████
   ███████████████████████████
>>
>> Hi Rup and all,
>>
>> ███████████████████████████████████████████
   ███████████████████████████████████████████
   █████████████████████████
>>
>> Thanks,
>> Charles
>>
>> On 2/7/2012 6:59 AM, RUPINDERA RAI wrote:
>>
>> ██████
   ███████████████████████████████████████████
   ███████████████████████████████████
>>
>> At our November meeting with the CEO ███████████████████
   ██████████████████████████████ all of HTML5, Flash, Java.
>>
>> ███████████████████████████████████████████
   █████████████████████████████████
>>
>> ███████████████████████████████████████████
   ███████████████████████████████████████████
   ███████████████████████.
>>
>> Please let me know what David and I can do to support efforts.
>>
>> Regards,
>> Rup
>> =====
>>
>> On 2/7/2012 12:13 AM, ice chen wrote:
>>
>> Charles,
>>
>> Very glad to know we can start the formally SOW discussion with
>> ████████now.
>>
>> We will start the SOW scope discussion soon.
>>
>> Thanks a lot.
>>
>> Best regards,
>> Ice Chen
>>
>> 于2012/2/7 15:41, Charles Shih 写 道:
>>
>> Dear all,
>>
>> ███████████████████████████████████████████
   ███████████████████████████████████████████
   ████████████████
>>
>> Thanks,
>> Charles
```

```
>>
>> On 2/6/2012 11:08 PM, Alex Yuan wrote:
>>
>> Copy Steven.
>>
>> Hi David,
>>
>> [redacted]
>>
>> Thanks.
>>
>> Alex
>>
>> Oracle <http://www.oracle.com/>
>> Alex Yuan | Senior Account Manager
>> Phone:+86-21-23023729| Fax:+86-21-63406055| Mobile:+86-13501932191
>> OracleAlliances & Channels | Java Embedded Global Sales Unit
>>
>>
>> On 2012-2-7 14:12, David Wu wrote:
>>
>> Hi, Hank
>>
>> [redacted]
>>
>> Cc Alex
>>
>> [redacted]
>>
>> Cc Ice
>>
>> [redacted]
>>
>> cid:part2.04030105.01020608@oracle.com <http://www.oracle.com/>
>> David Wu Jin Jin | Principal Alliances Consultant, Partner Sales, China
>> Mobile: +86 13560789163 | Work: +86 755 8396 5166
>>
>> Oracle Alliances & Channels | Java Embedded Global Sales Unit
>>
>> Green Oracle <http://www.oracle.com/commitment>Oracle is committed to
>> developing practices and products that help protect the environment
>>
>> *From:*Hank Chen
>> *Sent:* 2012年2月6日0:41
>> *To:* David Wu
>> *Cc:* Alex Yuan; Ice Chen
>> *Subject:* About [redacted]
>>
>> Hi David:
>>
>> Nice talking to you last week. Per our discussion, we all agreed that
```

```
>> ████████████████████████████████████████
>>
>> Hank Chen
>>
>> cid:part1.00040604.01080006@oracle.com <http://www.oracle.com/>
>>
>> Hank Chen 陳 韋涵|Greater China Sales director 大中華區 業務 副總 經
>> 理, APAC Java Sales team
>> Mobile: +886 920 851 980(TW) | +86 186 111 34210 (CN)
>>
>> Phone: +886 2 2312 7349 I Fax: +886 2 2381 9698
>>
>> Oracle Alliances & Channels | Java Embedded Global Sales Unit
>>
>> Green Oracle <http://www.oracle.com/commitment>
>>
>>
>>
>> Oracle is committed to developing practices and products that help
>> protect the environment
>>
>> --
>> <http://www.oracle.com/>
>>
>> Charles T. Shih | Director, JAPAC Sales Consulting
>> Mobile +1 408 582 4900 | Phone +1 408 276 3208
>> OracleAlliances & Channels | Java Embedded Global Sales Unit
>>
>
```



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                               OAGOOGLE2000180309

Trial Exhibit 5840, Page 8 of 12



Copyright © HiSilicon Technologies Co., Ltd. 2011. All rights reserved.
Manufacture Center of Huawei Electrical,
Huawei Base, Bantian, Longgang District, Shenzhen, P. R. China
Postal Code: 518129                              2

Tel: +86-0755-28788858
Fax: +86-0755-28357515
www.hisilicon.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                OAGOOGLE2000180310



Copyright © HiSilicon Technologies Co., Ltd. 2011. All rights reserved.
Manufacture Center of Huawei Electrical,  
Huawei Base, Bantian, Longgang District, Shenzhen, P. R. China  
Postal Code: 518129  

Tel: +86-0755-28788858  
Fax: +86-0755-28357515  
www.hisilicon.com  

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          OAGOOGLE2000180311

Copyright © HiSilicon Technologies Co., Ltd. 2011. All rights reserved.
Manufacture Center of Huawei Electrical,
Huawei Base, Bantian, Longgang District, Shenzhen, P. R. China
Postal Code: 518129

Tel: +86-0755-28788858
Fax: +86-0755-28357515
www.hisilicon.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          OAGOOGLE2000180312
Trial Exhibit 5840, Page 10 of 12



Copyright © HiSilicon Technologies Co., Ltd. 2011. All rights reserved.
Manufacture Center of Huawei Electrical, Tel: +86-0755-28788858
Huawei Base, Bantian, Longgang District, Shenzhen, P. R. China Fax: +86-0755-28357515
Postal Code: 518129                5                www.hisilicon.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    OAGOOGLE2000180313
Trial Exhibit 5840, Page 11 of 12

**Full Name:**  Rupindera Rai
**Last Name:**  Rai
**First Name:**  Rupindera
**Job Title:**  Sr. Manager
**Company:**  Oracle
Alliances and Channels

**Business:**  415-505-4306

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                              OAGOOGLE2000180314
Trial Exhibit 5840, Page 12 of 12