# TRIAL EXHIBIT 5844



# Go to market activities

**Target**

- ▇▇▇▇▇▇▇▇▇▇▇▇
  – Take the discussion forward from Q2 and Indentify 2 new lead

**Data source**

Lead sent to Veronique on 25th Feb 2014

**Score** 15/15

**Justification:**

▇▇▇▇▇▇▇ building a wireless module based on ▇▇▇▇▇▇▇▇▇
the technical discussion have started and initiate the discussion on the agreement by mid of March.

1 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097108

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5844**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

## Lead Submission – Go to Market



2 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097109

Trial Exhibit 5844, Page 2 of 17



# Indirect Revenue



Score 10/10

ORACLE

3 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097110

Trial Exhibit 5844, Page 3 of 17




# Presentation Slides & Partner products slides

4 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           OAGOOGLE2000097111
Trial Exhibit 5844, Page 4 of 17

# Email discussion on ▮▮▮▮▮▮▮▮▮ – Indirect Revenue



5 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     OAGOOGLE2000097112

# Partner Management & Development

Partner Stratergies - ███████████
Goal:

1. ████████████████████████████████
   ████████████████
   - ███████████████████
   - ██████
   - ████ ████
   - ████████████████████████
   ██████████████████████████████
   - ████████████████████████████████
   ██████████████████
   - █████████████████████
   - █████████████████████████████
   ████████████

2. Submit 2 leads
   - Received 2 leads from ████████████████
   - ████████████████████████████
   - ██████████████████████████████
   ██████████████

**Score 20/20**

6 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    OAGOOGLE2000097113
Trial Exhibit 5844, Page 6 of 17

## Lead submission – Partner Management & Development

7 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097114



# Partner Recruitment



Score 10/10

8 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097115

Trial Exhibit 5844, Page 8 of 17



# Partner Revenue (█████ █ ██████)



9 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097116

Trial Exhibit 5844, Page 9 of 17



# Pipeline

**Target:**
3 New Leads for Q2 from the following.
1. Direct Customer calls
2. Seminars
3. Joint SoC customer engagements

**Data source:**
Lead mailers to Veronique and Slide 8 contains snapshot of the activity.

**Scores: 20/20**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   OAGOOGLE2000097118
Trial Exhibit 5844, Page 11 of 17



# Solution and Design Wins

Target:



Scores: 15/15

12 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097119



# Stretch - Goal 1 of 2

**Target**
- M2M Seminars

Goal:
1. Work with corporate on the approvals for participation in M2M forum.
2. Identify & qualify 3 Leads

Score 10/10



13 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    OAGOOGLE2000097120
Trial Exhibit 5844, Page 13 of 17



# Stretch - Goal 1 of 2

**Target**

- Goal:

- M2M Seminars Goal: 1. Work with corporate on the approvals for participation in M2M forum 2. Identify & qualify 3 Leads

- **Data source**

  Lead submission to Veronique (Slide 15, 16)

**Score  15/15**

# Lead Submission – stretched targets

[redacted]

ORACLE

15 Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY OAGOOGLE2000097122

Trial Exhibit 5844, Page 15 of 17




# Stretch - Goal 2 of 2

**Target**
- Goal:

- [redacted]

- **Data source**
  List of Gateway OEMs

Score  15/15

OEM/ODM

ORACLE

17 | Copyright © 2013, Oracle and/or its affiliates. All rights reserved. | Proprietary and Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

OAGOOGLE2000097124