# TRIAL EXHIBIT 5850

| | |
|---|---|
| **From:** | Paul Gallagher |
| **To:** | Dave Hofert |
| **Sent:** | 2/14/2012 1:14:33 AM |
| **Subject:** | FW: ▮ Overview |

Here's an example of how partnering with ▮▮▮▮▮▮ allows us to address new opportunities as part of a bigger solution. Now the key is to make sure we are in sync with Oracle Japan. As you know there is little visibility across regions so need a process where at least quarterly Geo reviews get shared across regions. My impression is that there is still old behavior of keeping things close to the chest that won't allow us to scale in the future. Anyway who should I talk to in Japan. Hope your trip is going well.


Thanks


--
HYPERLINK "http://www.oracle.com/" \nOracle
Paul Gallagher | Alliances Director, Industry Solutions Group
Phone: HYPERLINK "tel:+1%204082762336"+1 4082762336 | Mobile: HYPERLINK "tel:+1%208313253264"+1 8313253264
Oracle Alliances & Channels | Java Embedded Global Sales Unit
4220 Network Circle | Santa Clara, CA 95054

HYPERLINK "http://www.oracle.com/commitment" \nGreen Oracle

Oracle is committed to developing practices and products that help protect the environment


From: John Bates
Sent: Monday, February 13, 2012 1:55 PM
To: Paul Gallagher
Cc: John Bates
Subject: ▮▮▮▮▮▮

Paul,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5850**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

As we discussed today, ▮▮ is the first of four greenfield opportunities identified at the Feb 1-2 FSL-ORCL meeting in Austin. By greenfield, I mean that they are new, strategic opportunities in which neither ▮▮▮▮▮▮ or Oracle has been selected. To summarize:


There is a highly competitive opportunity at ▮▮ for their next generation Home Gateway device.
The opportunity is projected at millions of Home Gateway units per year.
Timeframes are: demos and evals in early 2012; selection in late 2012; deployment in 2013.
>From what we know, ▮▮ is currently leaning toward non-Oracle Java (Dalvik, cleanroom, etc) ▮▮▮▮▮▮ is in the running, but there is heavy competition at processor level.
▮▮▮▮ will be part of the solution.
Our proposed solution will be: FSL PPC; Linux; Java Embedded; ▮▮ (likely ▮▮▮▮▮▮ .
▮▮▮▮▮▮ competitive advantage is a well integrated, well supported, high performing hardware/software solution.
A ▮▮▮▮▮▮ tiger team has been formed. Our first meeting was on 02/09, we are developing action item list and will meet weekly and as needed to drive the opportunity.

Mark's team is involved, as is Oracle Java Development. ▇▇▇▇▇▇ is involved at director and above levels of Business Development, Industry Solutions Marketing, and Product Management.

I need to engage with Territory Sales in Japan and need to know the appropriate contact(s). We must also be properly coordinated within Geoff's organization to ensure we are working toward common goals in these strategic and long term opportunities.

The engagement model above will be replicated across the three additional opportunities that are getting underway with ▇▇▇. All are greenfield. All are large. All are cross-geo. All are 2013 and beyond.

Regards,


/jb

---

John Bates

Java Embedded Global Business Unit
Phone: 207-370-1415
Email: HYPERLINK "mailto:john.bates@oracle.com"john.bates@oracle.com