# TRIAL EXHIBIT 5886

**From:** Jennifer Yonemitsu
**To:** David Hofert
**CC:** KENNETH SANTORO; PETER.U@ORACLE.COM; STAHL,HENRIK; Simon Nicholson; Paul Gallagher; RUPINDERA RAI
**Sent:** 7/17/2012 7:00:52 AM
**Subject:** Re: Important: Customer feedback on the major China M2M opportunity discussed at JBR-Fwd: JDR request for a major opportunity with [REDACTED]

Hi Dave / ken
At JBR we said that for activation based pricing we would need an upfront commitment ie prepay and count down as units are activated we can talk more if needed tomorrow

Thanks
Jenn

Sent from my iPhone

On Jul 16, 2012, at 6:31 PM, David Hofert <DAVE.HOFERT@ORACLE.COM> wrote:

> Hi Ken -
>
> Did we already come back to say that we couldn't do activation pricing?
>
> I must say that I think we need a different tack in any case:
> 1. Google doesn't care if anyone does anything to Dalvik - if data finds it's
> way back to their ad machine, then great. They also (apparently) don't
> care if people fork Dalvik/Android. So, zero risk for them.
> 2. We however, do care if someone runs off with our code without paying
> because we're offering a product - it runs well, it's maintained, it has
> support, and a future. Therefore, to offer it on the same terms doesn't
> have the same risk profile.
> 3. We have also heard in the field the issues around security for Dalvik
> as well as support. I think [REDACTED] needs to sell our solution harder.
> We are a major business company (not a search company) that understands
> business and can offer the connection to a vast array of technology and
> services to make any business successful.
>
> [REDACTED] needs to sell Oracle and our vision. If that other company wants to
> go with Dalvik on price alone, then I don't think we can or should compete like that.
> We have a lot more to offer, and to give it away at their price model isn't right.
>
> Dave
>
> On Jul 16, 2012, at 9:12 PM, KENNETH SANTORO wrote:
>
>> Team,
>>
>> Here's feedback from the follow-up conversations I had with [REDACTED] regarding the short-fuse, M2M opportunity they have with a "major industry leader in mobility and telecommunication" in China (see attached). It seems our inability to offer [REDACTED] an activation-based model, unencumbered with guaranteed revenue "hooks", ensures that this major deal will be lost to Dalvik. This slams the door on our opportunity to engage this market leader on a Java-based approach for the big, emerging China M2M market. [REDACTED] is firm on this. Is there any opportunity to discuss alternative approaches on our side?
>>
>> Regards,
>>
>> KS
>>
>> <OracleLogo.jpg>
>> Ken Santoro | Partnerships and Alliances, North America
>> Phone: +1 408 276-6793 | Mobile: +1 707 888-5930
>> Oracle Worldwide Java Sales
>> 4220 Network Circle (USCA22-316), Santa Clara, CA 95054
>>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5886**
CASE NO. 10-03561 WHA
DATE ENTERED ____________
BY ____________________
DEPUTY CLERK

>>
>> -------- Original Message --------
>> Subject: JDR request for a major opportunity with [REDACTED]
>> Date: Fri, 06 Jul 2012 11:53:24 -0700
>> From: KENNETH SANTORO <kenneth.santoro@oracle.com>
>> Organization: Oracle Corporation
>> To: YONEMITSU,JENNIFER <jennifer.yonemitsu@oracle.com>
>> CC: RUPINDERA RAI <rupindera.rai@oracle.com>
>>
>> Jennifer,
>>
>> Our VAP partner's [REDACTED] has a sub called [REDACTED] who handles all [REDACTED] JME business. One of [REDACTED] customers in China is a major industry leader in mobility and telecommunication services. This customer is working on an industry-wide effort to standardize machine-2-machine technology for the various industry domains in their region. [REDACTED] has a short fuse, competitive opportunity to position Oracle's Java technology vs Google's Dalvik as the centerpiece of this industry leader's effort. In support of the business requirements for this important competitive opportunity, I'd like to get the attached JBR request onto next Tuesday's agenda.
>>
>> Please review and let me know if this is doable or get back to me if you have any questions.
>>
>> Regards,
>>
>> KS
>>
>> --
>> <Mail Attachment.jpeg>
>> Ken Santoro | Partnerships and Alliances, North America
>> Phone: +1 408 276-6793 | Mobile: +1 707 888-5930
>> Oracle Worldwide Java Sales
>> 4220 Network Circle (USCA22-316), Santa Clara, CA 95054
>>
>>
>>
>> [REDACTED]
>
> --
>
> <oracle_sig_logo.gif>
> David Hofert | Senior Alliances Director, Industry Solutions Group
> Phone: +14082763883 Mobile: +16176781564
> Oracle Alliances & Channels | Java Embedded Global Sales Unit | Boston, MA
> <green-for-email-sig_0.gif> Oracle is committed to developing practices and products that help protect the environment
>
>