# TRIAL EXHIBIT 5893

| | |
|---|---|
| **From:** | Paul Gallagher |
| **To:** | Dave Hofert |
| **Sent:** | 2/9/2012 4:37:34 AM |
| **Subject:** | RE: Input to PM and Dev |

Dave - I've spent hours rooting around and here's all I have including info from my earlier e-mail:

1. Small embedded: This is an important market for us as Android has not penetrated here as of yet. This is where we are going to see the 500 billion sensors forecasted by 2020.

. Wearable devices - These dollars based off CLDC standard pricing & royalty tables

Financial Opportunity : (considering wearable device with a retail value of between $50 to $150 per device.)

2013 - 500,000 devices = $ 550,000 / $1.10 per unit

2014 - 5,000,000 devices = $1,000,000 / .20 per unit

2015 - 50,000,000 devices = $8,000,000 / .16 per unit

Primary customers are OEMs like [REDACTED]

. M2M -

The number of M2M connected devices has been conservatively estimated to be approximately 250 billion by the end of the decade. We partner with

Chip makers like [REDACTED]

2. ME7

3. OJSB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 5893**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

4. Embedded Suite

```
--
HYPERLINK "http://www.oracle.com/" \nOracle
Paul Gallagher | Alliances Director, Industry Solutions Group
Phone: HYPERLINK "tel:+1%204082762336"+1 4082762336 | Mobile: HYPERLINK
"tel:+1%208313253264"+1 8313253264
Oracle Alliances & Channels | Java Embedded Global Sales Unit
4220 Network Circle | Santa Clara, CA 95054

HYPERLINK "http://www.oracle.com/commitment" \nGreen Oracle

Oracle is committed to developing practices and products that help protect the environment
```

From: David Hofert
Sent: Wednesday, February 08, 2012 6:17 PM
To: Paul Gallagher
Cc: Dave Hofert
Subject: Fwd: Input to PM and Dev

Latest update - I didn't incorporate your work yet, but did look up older data.

One interesting source of data is attached and I've pulled from this for some

of the numbers below.