# TRIAL EXHIBIT 5894

| | |
|---|---|
| **From:** | David Hofert |
| **To:** | Dave Hofert |
| **Sent:** | 2/6/2012 4:59:08 PM |
| **Subject:** | NOTES: ▓▓▓▓▓ |

```
- Looks at devices for how we bring our Health Management platform to bear
- What is the value add?
- ▓▓▓▓
- ▓▓▓ offering - collect data and then put stuff up in the cloud
- apparently they went with Android
- some guys weren't happy
- how do we go to version 2?
- Java team connections
- Connected to ▓▓▓▓▓
- talk to ▓▓▓▓▓▓▓, sit on board
- devices are small - need something that doesn't take a lot of cycles
- talked to them originally around embedded DB - but it didn't have any play
- aggregator hubs
- ▓▓▓▓▓▓ - about a year ago
- did a prototype to do the aggregation
- want to put something together to demonstrate the business value of Java

- ▓▓▓▓
- good org for device manufacturers
- but have trouble driving adoption at the consumer level
- products on the shelf - hard to express the value - $24-$30 is average, but this one is $100
- so why
is it better? It says connected, but what's the value?
- there hasn't been a face for ▓▓▓▓▓▓ for a while
- got to the cloud discussion
- so we took a bigger position in ▓▓▓▓▓▓ this year
- up to 56 devices are ▓▓▓▓▓▓ertified
- tele-health, tele-medicine devices
- bumped investment in the org, now on the board
- we'll be the face for ▓▓▓▓▓▓ - show our analytics
- show how you'll get the value
- everybody wants this!

- Objective for OOW
- want to do something interesting with Komen
- Reid knows that they'll just jump at it
- bottom line:
- this demo of 50K medical devices - we have stuff that will demonstrate
- Komen walks
- good friend is a nurse - never been able to do this walk
- what if you could wear a pink pedometer on that day and report in
- give everyone a pedometer
- 50-70k pedometers
- would you like to participate in "walk for the cure" - add it to the registration
- pick up your laptop bag & your pedometer
- register
- Komen stations where you can wave your pedometer over a pad
- Corporate cup - Kaiser Permanente - donate $5/person

- Setup
- need Health management SW up in the cloud
- need these Komen stations w/ good UIs
- need to integrate into the registration process - scan badge & box for pedometer
- need a device

- Activity
- talking to corporate giving, branding & marketing, etc.

- Have a lot of work to do
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 5894
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

```
- At Komen station ███████
  ███████████████████████████████████
- device side
- ████
- missing:
- infrastructure to stand up all the requests
- create consumer-friendly UIs
- ████████████████████████████████████████████
- steps to create the registration and user pages
- by end of Feb go/no-go
- need the registration component ready by March
- meters right now - best bid $20 cost A&D
- includes NFC
- includes branding
- ███████ said they'd give us the station gear
- find hardware in the cloud to support the data
- need a SW team
- ███ - don't have anything - no equipment, no budget
- can work the biz contacts

Ask
- case study - get a writer to follow around the process
- if we actually get 50K devices out in the field - we'd be the largest tele-health network in
the world

AI: pointers JavaOne FX demo
AI: software on devices

Assembled a plan / pictures - executive

--


David Hofert | Senior Alliances Director, Industry Solutions Group
Phone: +14082763883 Mobile: +16176781564
Oracle Alliances & Channels | Java Embedded Global Sales Unit | Boston, MA
Oracle is committed to developing practices and products that help protect the environment
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              OAGOOGLE2000062996
Trial Exhibit 5894, Page 2 of 2