# TRIAL EXHIBIT 7237





# SW Business Review

# Java ME: Mobile and Embedded

## Alan Brenner
## Herb Hinstorff

## September 29, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 7237**
CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK



# Consistent Top and Bottom Line Growth Through IP-centric OEM Business Model



**Our business has been  growing faster than our largest market**

**Java ME 5yr CAGR of 17.9% beats device market 5yr CAGR of 14.5%**

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



# But Market Changes Threaten Our Position

- Market is increasingly driven by content, bringing in a new set of players (e.g. Google, Disney, Apple)

- Gaming is decreasing as a percentage of mobile data services revenue. Therefore Java is decreasing as:
  - > percentage of data ARPU and SW BOM
  - > driver of per device revenue for carriers and developers

- Increase in device capability and networking shifting the market to advanced platforms; growth is more than 5x feature phones
  - > New competitors entering the advanced market; no entrenched incumbent
  - > **OS**: MSFT mobile, Symbian Series 60, RIM, Access (Palm), Linux, QCOM; **Application platform**: Java ME CDC, Flash, MSFT, Native

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

Trial Exhibit 7237, Page 3 of 32



# With Fragmentation Further Undermining The Java Value Proposition

- "Having it your way" - liberal source distribution - accelerated adoption, but spawned implementation variations across the ecosystem (fragmentation)

- Test and certification across device/platform/implementation combinations drives 55% of development costs on average rising to 80% for more popular applications
  - > Can cost $150k - $450k to develop a midrange Java application

- Competitors, e.g. BREW, MSFT, Flash perceived as less fragmented and easier for developers to monetize

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726511

Trial Exhibit 7237, Page 4 of 32



# Stay The Course and Revenue Drops



ME POR Revenue Forecast

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726512



# Flat Investment in a Growth Market Means SMI Ceding Market Position



Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726513



# Global Wireless Data Revenue is Growing; Position Java To Capture a Bigger Share
## Quarterly data revenue cagr is 16.8% (Cowen and company)

Our 3 Imperatives:

- Address fragmentation – make Java a viable platform for rich data services across devices
  - > Deliver a full stack Java implementation; use open source to engage developers and accelerate adoption

- Expand Java beyond gaming – focus on ISVs and what they need to write rich data apps to our platform
  - > Enable migration of native and markup apps to Java

- Implementation Specialist
  - > Create ecosystem around Sun bits, not just Java
  - > In deep with OEMs – use relationship with market tippers to drive ISV certification to our bits

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726514



# We Need to Shift From Carrier-centric to Developer/content-centric

- Leverage the community to drive the kind of innovation needed for a platform that enables rich data services

- Open Source will help us to interact with and understand the needs of developers, and how to solve their problems
  - > Both platform and application developers will have the ability to help drive the evolution of these platforms in the community

- Developer engagement at this level will accelerate adoption of the platform, driving implementation consistency up and fragmentation down
  - > Unification of the platform reduces porting and development costs, while increasing available device volume

Sun Proprietary/Confidential: Internal Use Only

Page 8

CONFIDENTIAL

OAGOOGLE0011726515



# Invest to go beyond Mobile Gaming

- Capture non-gaming mobile content
  - > P2P Messaging (SMS/MMS, IM, IMS)    $ 90 bil in 09
  - > Consumer Information Services         $ 41 bil in 09
  - > Rich Multimedia Services (TV, Music)  $ 26 bil in 09

- Enable "Off deck" branded Services
  - > Without the expense of being a MVNO

- Position Java as the primary application environment for Mobile Linux

- Convergence for enabling multi-screen services

Sun Proprietary/Confidential: Internal Use Only

OAGOOGLE0011726516

Trial Exhibit 7237, Page 9 of 32



# Java ME's Big Bets

| | |
|---|---|
| **Java System Executive ("Operating System")** | Integration with Advanced OS<br>Browser Integration<br>Java Multitasking |
| **Content Management** | Intelligent File System<br>DRM Integration<br>Device Management |
| **Advanced UI** | Declarative UI<br>XML based UI<br>Customizable Look and Feel |
| **Data Services Integration** | IMS Client Framework<br>Web Services enablement |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726517



# Java as the Primary Environment

| P2P Messaging | IMS Client Framework |
|---|---|
| | PIM Integration |
| | SMS / MMS |
| | Local Connectivity (WiFi, BT) |
| | |
| Consumer Information Services | Browser Integration |
| | Location-Based Services |
| | Web Services Enablement |
| | XML and SVG UI Integration |
| | |
| Rich Multimedia Services (TV, Movies, Music, etc.) | SVG |
| | Mobile Broadcast |
| | Digital Right Management |
| | Payment |
| | |
| Enabling "Off deck" Branded Services (Without MVNO expense) | Declarative UI |
| | XML and SVG UI Integration |
| | Device Management |
| | Native / Java App Integration |
| | Over-The-Air Updates |
| | Customizable Look & Feel |
| | |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726518

Trial Exhibit 7237, Page 11 of 32



# Commercial Roadmap Themes

|  | March 2007 | September 2007 | March 2007 | September 2008 |
|---|---|---|---|---|
| **Feature Phone : Follow the Market Requirements** | | | | |
| **Wireless Performance Pack** | Non-Gaming enablement (SMS/MMS, Rich 3d Graphics, M-Commerce) | | | |
| **Portfolio Source** | OEM specific ports ahead of engagments<br>Factory of 3rd party components<br>Carrier solutions for Vodafone VFX, Sprint, and as developed, Cingular, Orange | | | |
| **Binary Solutions** | Build or drive to standard binaries<br>Windows Mobile binary | | | |
| **Advanced Phone : Changing the Market** | | | | |
| **Create Base CDC Wireless Base Product** | | | Define, Drive adoption of Java Wireless Player and Solution<br>Leverage existing Umbrella Java Wireless Standards<br>Push customizable UE and dynamic computing platform<br>Extend to develop converged device platform | |
| **Develop a Sun Phonetop Solution for Linux** | | | | Define, Drive adoption of Sun Phonetop for Linux |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL



# Commercial Feature Roadmap

|  |  | 1H 2007 | 2H 2007 | 1H 2008 |
|---|---|---|---|---|
| **Feature Phone Java Player** | **P2P Messaging** | MMS / SMS | Mobile Telephony | |
| | **Mobile Multimedia** | Audio / Video Recording / Playback | | Mobile Broadcast |
| | **Consumer Information Services** | Location, Payment, Authentication and Web Services | IMS Client Framework, Web Services Improvments | DRM Integration |
| | **"Off deck" Applications** | SVG UI, Browser integration | | Advanced XML UI, SVG 2.0 |
| | **"Operating Systems" capabilities** | Multiple MIDlet support | Skinning / Theming | MIDP 3 |
| | **Platforms** | Linux/ARM | Nucleus/TI, Brew/Qualcomm, Windows Mobile | Keep with OEM roadmap |
| **Advanced Phone Java Player** | **P2P Messaging** | | Replicate Feature Phone Capabilities | Replicate Feature Phone Capabilities |
| | **Mobile Multimedia** | | | |
| | **Consumer Information Services** | | | |
| | **"Off deck" Applications** | | | |
| | **"Operating Systems" capabilities** | | Multiple Java application support | Xlet application model |
| | **Platforms** | | Linux/ARM | Windows Mobile, S60/Symbian |
| **Advanced Phone Linux Phonetop** | **Advanced UI** | | | Customizable Look and Feel |
| | **Java System Executive** | | | Content Manager, Native app/Java app co-existence |
| | **Content Management** | | | Ringtones, Java, Native app mgmt, DRM engine |
| | **Applications** | | | PIM, Preferences, Status |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726520



# ISV Program: 3 Tiers

**Member:**
- Community based information sharing
- Access to papers, newsletters, forums, bug tracking, ...
- Invitations to partner briefings and webinars on new technologies, products, & services
- Viral promotion of innovative ISV technologies
- Open to all, simple community registration

**Associate: Member benefits +**
- Access to dedicated technical support resources
- Access to engineering services
- Invitation to "private" briefings on new technologies products & services
- Ability to augment testing and verification suites (JDTS, Java Verified)
- Listing in ISV directory
- By Invitation: Commit to one application though Java Verified

**Executive: Associate benefits + (Commit to one application though Java Verified)**
- Early access to Sun distributions and devices with those distributions
- Ability to influence implementation and roadmaps
- Invitation to participate in marketing activities (java.com) and events
- Access to named technical support resources
- Member of the "ISV Executive Council"
- Commit to certifying on Sun distributions and commit to joint marketing

CONFIDENTIAL



# Mobile ISV Program Key Target Markets

### Infotainment Subcategories



- **Games**
  - > EA
  - > Killo
  - > Digital Chocolate
- **Video**
  - > MobiTv
  - > Kamera
  - > BBC
- **Music**
  - > RadioDJ
  - > Real

- **Pictures**
  - > Mspot
- **Messaging**
  - > OZ
  - > Opera
- **Ecosystem Partners**
  - > Bango
  - > Mpowerplayer
  - > MobileComplete

Other segments to consider: Social Networking (myspace), Mobile Messaging (Funambol), video (YouTube mobile)

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726522

Trial Exhibit 7237, Page 15 of 32



# Why Use Sun Bits?  Sun Is the Mobile Implementation Specialist

- Requires a closer relationship with our customers and a deep understanding of their business – our engineers at their site (e.g. BenQ)

- Our value is integration which offers faster time to market, reduced cost and simplification of third party licensing and integration for our customers.

- We will monetize commercial licensing, services and implementations, leveraging our expertise to sell training, support and testing services.

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726523



# Increasing Monetization as Mobile Implementation Specialists

- Implementing more of the Phone stack
  - > Deeper & broader device middleware integration
  - > Implement non-Java middleware to add value – Linux

- Moving from a few reference ports to a larger collections of "off-the-shelf" phone ports
  - > Add embedded OS/HW combinations as supported platforms (TI Neptune/Nucleus, TI 2430/Nucleus, Qualcomm/Brew, Windows Mobile)

- Driving to customer deployable solutions
  - > "Portfolio" source – Deliver solutions on customer ref. platforms
  - > Binary solutions

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726524



# Monetizing the Commercial Product



Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726525



# Java/Linux Mobile Platform Architecture



- Full stack Java/Linux implementation:
  - Supported on multiple hardware platforms
  - Integrated Java/XML/Scripting platform
- Allows for OEM and Carrier customization of UI and Services

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

Trial Exhibit 7237, Page 20 of 32

# Java stack enables developers

**Java ME MSA/ Platform 1.0 (JSR 248)**

PDAOP (JSR 75)

Bluetooth/Obex (JSR 82)

MMAPI 1.1 (JSR 135)

Web Services (JSR 172)

*SATSA (JSR 177)*

*Location (JSR 179)*

SIP (JSR 180)

3DGraphics (JSR 184)

CHAPI (JSR 211)

SVG (JSR 226)

WMA 2.0 (JSR 205)

Payment API (JSR 229)

Adv. media (JSR 234)

MI18N (JSR 238)

**MIDP 2.0 (JSR 118)**

**CDC/FP**

Sun Proprietary/Confidential: Internal Use Only



OAGOOGLE0011726527

# Revenue Scenario: Shipment volume averaged and held constant



Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726528



# Scenario Model - Pricing

**Drafting Scenario– High Data APRU Growth, Java drive small % of overall data APRU, slight price erosion for current products, slower ramp up**

| CDC | Nokia | Motorola | Tier 2 | Tier 3 | CLDC | Nokia | Motorola | Tier 2 | Tier 3 |
|---|---|---|---|---|---|---|---|---|---|
| Standards | $0.00 | $0.00 | $0.23 | $0.59 | | $0.00 | $0.00 | $0.11 | $0.25 |
| Base Impl. | $0.04 | $0.07 | $0.22 | $0.55 | | $0.04 | $0.07 | $0.14 | $0.32 |
| Portfolio Source | $0.04 | $0.07 | $0.32 | $0.83 | | $0.04 | $0.07 | $0.22 | $0.47 |
| Custom Binary | $0.07 | $0.16 | $0.66 | $1.58 | | $0.07 | $0.16 | $0.44 | $0.90 |
| Custom Binary + Source code | $0.07 | $0.16 | $0.66 | $1.58 | | $0.07 | $0.16 | $0.44 | $0.90 |
| Phone Top | $0.90 | $0.90 | $1.35 | $1.80 | | | | | |

**Fat City Scenario – High Data APRU Growth, Java drive large % of overall data APRU, price with premium, cap applied across OEMs**

| CDC | Nokia | Motorola | Tier 2 | Tier 3 | CLDC | Nokia | Motorola | Tier 2 | Tier 3 |
|---|---|---|---|---|---|---|---|---|---|
| Standards | $0.00 | $0.00 | $0.42 | $1.06 | | $0.00 | $0.00 | $0.19 | $0.45 |
| Base Impl. | $0.04 | $0.12 | $0.38 | $0.98 | | $0.04 | $0.12 | $0.26 | $0.56 |
| Portfolio Source | $0.06 | $0.12 | $0.58 | $1.47 | | $0.06 | $0.12 | $0.38 | $0.84 |
| Custom Binary | $0.13 | $0.29 | $1.18 | $2.80 | | $0.13 | $0.29 | $0.78 | $1.60 |
| Custom Binary + Source code | $0.13 | $0.29 | $1.18 | $2.80 | | $0.13 | $0.29 | $0.78 | $1.60 |
| Phone Top | $1.60 | $1.60 | $2.40 | $3.20 | | | | | |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726529



# Business Case and ROI – includes isv/sdn/tools ($9m incremental OPEX)

| ($M) | FY07 | FY08 | FY09 | FY10 | Cumulative |
|---|---|---|---|---|---|
| Revenue | 138.3 | 154.7 | 241.4 | 342.5 | 876.9 |
| COGS | 14.0 | 23.0 | 58.0 | 109.0 | 204.0 |
| Gross Margin | 124.3 | 131.7 | 183.4 | 233.5 | 672.9 |
| SW OPEX | 43.3 | 46.8 | 46.8 | 46.8 | 183.7 |
| ROI Ratio | 2.9 | 2.8 | 3.9 | 5.0 | 3.7 |

**Drafting Scenario**
**Data ARPU Growth = High**
**Java Relevance = Low**



Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726530



# Business Case and ROI – includes isv/sdn/tools ($9m incremental OPEX)

| ($M) | FY07 | FY08 | FY09 | FY10 | Cumulative |
|---|---|---|---|---|---|
| Revenue | 138.3 | 231.0 | 359.0 | 478.0 | 1206.3 |
| COGS | 14.0 | 33.0 | 81.5 | 147.5 | 276.0 |
| Gross Margin | 124.3 | 198.0 | 277.5 | 330.5 | 930.3 |
| SW OPEX | 43.3 | 46.8 | 46.8 | 46.8 | 183.7 |
| ROI Ratio | 2.9 | 4.2 | 5.9 | 7.1 | 5.1 |

**Fat City Scenario**
**Data ARPU Growth = High**
**Java Relevance = High**



Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726531



# Summing It Up: This is good business

- Staying the course means walking away from this market over time

- Business model of developer/content centric with an active focus of enrolling ISVs to help drive adoption of our bits can reposition Sun as a leader in the mobile market

- We need $9m* in annual runrate to fund activities across software (CSG, MDE, SDN, Tools) for a return over 4 years of from $876m to $1.2b (ROI ratio in 2010 of 5-7.1)

**\* FY07 = $2.25m/quarter; begin ramp in Q2, total = $5.5m**

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726532



# But Even With $9m, It's Not Fast Enough to Counter Market Forces

- Current trajectory won't position Sun to win the Advance OS Mobile app platform battle

- 100% alignment with Nokia's CDC Java direction to solve fragmentation & leverage Nokia's mobile developers
  - > Key initiatives:
    - > Secure the VM design win in Series 60
    - > Align Sun's Java ME commercial stacks to Nokia Series 60 Java platform behavior
    - > Fast track CDC/MIDP/OSGi/eSWT solution
    - > Collaborate with Nokia to complete Declarative UI technology

- Issues: Eclipse v. Netbeans for Nokia ecosystem; eSWT

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726533







**Extra Slides**

CONFIDENTIAL

OAGOOGLE0011726534



# Investment Distribution

|                   | FY07 ($M) | FY08 ($M) | FY09 ($M) | FY10 ($M) |
|-------------------|-----------|-----------|-----------|-----------|
| R&D Community     | $1.70     | $2.80     | $2.80     | $2.80     |
| R&D Commercial/ES | $2.00     | $3.50     | $3.50     | $3.50     |
| Prod Dev Support  | $0.40     | $0.60     | $0.60     | $0.60     |
| ISV               | $1.00     | $1.50     | $1.50     | $1.50     |
| Tools             | $0.40     | $0.60     | $0.60     | $0.60     |
| SDN               | TBD       | TBD       | TBD       | TBD       |
| Marketing         | TBD       | TBD       | TBD       | TBD       |
|                   | $5.50     | $9.00     | $9.00     | $9.00     |

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726535

Trial Exhibit 7237, Page 28 of 32



# Optimal product investment/revenue lifecycle



CONFIDENTIAL

OAGOOGLE0011726536

Trial Exhibit 7237, Page 29 of 32



# Advanced Phones Growing Faster

Conservative Shipment Outlook
(Strategy Analytic)

Aggressive Shipment Outlook
(Visiongain)

Java Shipment Forecast(M units)

Java Shipment Forecast (M units)





Source: Strategy Analytics, Visiongain, Ovum

Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726537

Trial Exhibit 7237, Page 30 of 32



# And Developers Carry Most of the Cost



Cost Burden for Java ME Application Development and Delivery

Source: Yankee Group, 2006 [WMT-14802, exhibit 11]
© Copyright 2006. Yankee Group Research, Inc. All rights reserved.

Page 31

CONFIDENTIAL

OAGOOGLE0011726538



# Driving Value Across the Chain
## Content drives adoption and monetization



Sun Proprietary/Confidential: Internal Use Only

CONFIDENTIAL

OAGOOGLE0011726539