# TRIAL EXHIBIT 9179





**Java Source Licensee Update - 20th July 2012**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 9179**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                  OAGOOGLE2000387343

## Licensee Distribution

|             | Licensees | With Support |
|-------------|-----------|--------------|
| Java Card   | 39        | 2            |
| Java SE     | 17        | 7            |
| Java ME     | 48        | 10           |
| Java EE     | 17        | 6            |
| PC-OEM      | 13        | NA           |
| SE Embedded | 97        | NA           |
| JDTS        | 1         | NA           |
| OpenJDK     | 9         | NA           |

ORACLE

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        OAGOOGLE2000387344
Trial Exhibit 9179, Page 2 of 14

# Java Card Expirations

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
| | -135 | 2012 . Jan . 25 | |
| | -106 | 2012 . Mar . 18 | |
| | -93 | 2012 . Mar . 31 | |
| | -39 | 2012 . May . 24 | |
| | -33 | 2012 . May . 30 | |
| | -29 | 2012 . Jun . 03 | |
| | -24 | 2012 . Jun . 08 | |
| | -24 | 2012 . Jun . 08 | |
| | -22 | 2012 . Jun . 10 | |
| | -20 | 2012 . Jun . 12 | |
| | -16 | 2012 . Jun . 16 | |
| | -16 | 2012 . Jun . 16 | |
| | -7 | 2012 . Jun . 25 | |
| | -3 | 2012 . Jun . 29 | |
| | 16 | 2012 . Jul . 19 | |
| | 29 | 2012 . Aug . 01 | |
| | 33 | 2012 . Aug . 05 | |
| | 36 | 2012 . Aug . 08 | |
| | 38 | 2012 . Aug . 10 | |
| | 59 | 2012 . Aug . 31 | |
| | 63 | 2012 . Sep . 04 | |

ORACLE

## Java ME Expirations

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
| | -115 | 2012 . Mar . 09 | |
| | -101 | 2012 . Mar . 23 | |
| | -93 | 2012 . Mar . 31 | |
| | -69 | 2012 . Mar . 31 | |
| | -54 | 2012 . May . 09 | |
| | -45 | 2012 . May . 18 | |
| | -39 | 2012 . May . 24 | |
| | -36 | 2012 . May . 27 | |
| | -35 | 2012 . May . 28 | |
| | -34 | 2012 . May . 29 | |
| | -30 | 2012 . Jun . 02 | |
| | -18 | 2012 . Jun . 14 | |
| | -14 | 2012 . Jun . 18 | |
| | -5 | 2012 . Jun . 27 | |
| | -2 | 2012 . Jun . 30 | |
| | -2 | 2012 . Jun . 30 | |
| | 18 | 2012 . Jul . 21 | |
| | 24 | 2012 . Jul . 27 | |
| | 27 | 2012 . Jul . 30 | |
| | 28 | 2012 . Jul . 31 | |

ORACLE

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                         OAGOOGLE2000387346
Trial Exhibit 9179, Page 4 of 14

# Java SE Expirations

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
|  | -444 | 2011 . Apr . 15 |  |
|  | -193 | 2011 . Dec . 22 |  |
|  | -100 | 2012 . Mar . 24 |  |
|  | -7 | 2012 . Jun . 25 |  |
|  | 46 | 2012 . Aug . 17 |  |
|  | 51 | 2012 . Aug . 22 |  |
|  | 61 | 2012 . Sep . 01 |  |
|  | 117 | 2012 . Oct . 27 |  |
|  | 152 | 2012 . Dec . 01 |  |
|  | 172 | 2012 . Dec . 21 |  |
|  | 182 | 2012 . Dec . 31 |  |
|  | 182 | 2012 . Dec . 31 |  |
|  | 225 | 2013 . Feb . 12 |  |
|  | 248 | 2013 . Mar . 07 |  |
|  | 249 | 2013 . Mar . 08 |  |
|  | 317 | 2013 . May . 15 |  |
|  | 359 | 2013 . Jun . 26 |  |
|  | 1249 | 2015 . Dec . 03 |  |
|  | 3027 | 2020 . Oct . 15 |  |

ORACLE

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   OAGOOGLE2000387347
Trial Exhibit 9179, Page 5 of 14

# Java EE Expirations

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
| ███████ | -193 | 2011 . Dec . 22 | Extended 180 days |
| ███████ | -150 | 2012 . Jan . 31 | No information available |
| ███████ | -133 | 2012 . Feb . 20 | Extended 180 days |
| ███████ | -17 | 2012 . Jun . 15 | Extended 180 days |
| ███████ | 52 | 2012 . Aug . 24 | No information available |

ORACLE

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                             OAGOOGLE2000387348
Trial Exhibit 9179, Page 6 of 14

# Java PC-OEM Expirations

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
|  | -396 | 2011 . Jun . 02 | Don Smith following up for possible renewal |
|  | -391 | 2011 . Jun . 07 | Don Smith following up for possible renewal |
|  | 390 | 2011 . Jun . 08 | Don Smith following up for possible renewal |
|  | -380 | 2011 . Jun . 18 | Don Smith following up for possible renewal |
|  | -288 | 2011 . Sep . 18 | Don Smith following up for possible renewal |
|  | -215 | 2011 . Nov . 30 | Don Smith following up for possible renewal |
|  | -193 | 2011 . Dec . 22 | Don Smith following up for possible renewal |
|  | -180 | 2012 . Jan . 04 | Don Smith following up for possible renewal |
|  | -23 | 2012 . Jun . 09 | Don Smith following up for possible renewal |
|  | -8 | 2012 . Jun . 24 | Don Smith following up for possible renewal |
|  | 81 | 2012 . Sep . 21 |  |
|  | 154 | 2012 . Dec . 03 |  |
|  | 168 | 2012 . Dec . 17 |  |
|  | 178 | 2012 . Dec . 27 |  |
|  | 182 | 2012 . Dec . 31 |  |
|  | 406 | 2013 . Aug . 12 |  |
|  | 410 | 2013 . Aug . 16 |  |
|  | 416 | 2013 . Aug . 22 |  |
|  | 534 | 2013 . Dec . 18 |  |
|  | 721 | 2014 . Jun . 23 |  |
|  | 743 | 2014 . Jul . 15 |  |

ORACLE

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   OAGOOGLE2000387349
Trial Exhibit 9179, Page 7 of 14

# Java SE Embedded Expirations

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
| | -98 | 2012 . Mar . 26 | |
| | -97 | 2012 . Mar . 27 | |
| | -93 | 2012 . Mar . 31 | |
| | -86 | 2012 . Apr . 07 | |
| | -82 | 2012 . Apr . 11 | |
| | -80 | 2012 . Apr . 13 | |
| | -66 | 2012 . Apr . 27 | |
| | -62 | 2012 . May . 01 | |
| | -59 | 2012 . May . 04 | |
| | -56 | 2012 . May . 07 | |
| | -52 | 2012 . May . 11 | |
| | -42 | 2012 . May . 21 | |
| | -36 | 2012 . May . 27 | |
| | -35 | 2012 . May . 28 | |
| | -23 | 2012 . Jun . 09 | Renewal in progress |
| | -22 | 2012 . Jun . 10 | |
| | -11 | 2012 . Jun . 21 | |
| | -4 | 2012 . Jun . 28 | |
| | -2 | 2012 . Jun . 30 | |

ORACLE

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       OAGOOGLE2000387350
Trial Exhibit 9179, Page 8 of 14

# Java for Business / Java SE Support Expirations

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
| ██████ | -132 | 2012 . Feb . 21 | |
| ██████ | -131 | 2012 . Feb . 22 | |
| ██████ | -130 | 2012 . Feb . 23 | |
| ██████ | -129 | 2012 . Feb . 24 | Extended 90 days |
| ██████ | -124 | 2012 . Feb . 29 | |
| ██████ | -122 | 2012 . Mar . 02 | |
| ██████ | -109 | 2012 . Mar . 15 | |
| ██████ | -96 | 2012 . Mar . 28 | |
| ██████ | -89 | 2012 . Apr . 04 | |
| ██████ | -88 | 2012 . Apr . 09 | |
| ██████ | -76 | 2012 . Apr . 17 | |
| ██████ | -74 | 2012 . Apr . 19 | |
| ██████ | -63 | 2012 . Apr . 30 | |

## Java SE Support Program

- Customer access transferred from Java Partner to My Oracle Support (MOS) on June 1, 2012
- Customers still trying to access Java Partner (e.g. Sony Pictures)

ORACLE

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     OAGOOGLE2000387351
Trial Exhibit 9179, Page 9 of 14

# Java Licensees with Extended Contracts

| Java Licensee | Days to Expiration | Extended Date | Comments |
|---|---|---|---|
| ██████ | 2012.06.15 | 2012.12.11 | Extended 180 days |
| ██████ | 2011.03.20 | 2012.03.08 | Extended 720 days |
| ██████ | 2012.09.14 | 2012.11.12 | Extended 60 extra days due to signature delay |
| ██████ | 2012.06.14 | 2012.09.12 | Extended 90 days |
| ██████ | 2012.05.28 | 2012.08.26 | Extended 90 days |
| ██████ | 2011.05.08 | 2013.04.27 | Extended 720 days |
| ██████ | 2012.06.25 | 2012.08.24 | Extended 60 days |
| ██████ | 2012.06.30 | 2012.07.30 | Extended 30 extra days due to signature delays |
| ██████ | 2012.01.31 | 2012.10.27 | Extended 270 days |
| ██████ | 2012.01.31 | 2012.10.27 | Extended 270 days |
| ██████ | 2011.06.02 | 2012.08.02 | Extended 425 days |
| ██████ | 2012.05.24 | 2012.08.22 | Extended 90 days |
| ██████ | 2012.05.24 | 2012.08.22 | Extended 90 days |
| ██████ | 2012.06.10 | 2012.07.10 | Extended 30 days |
| ██████ | 2012.05.18 | 2012.08.16 | Extended 90 days |

ORACLE

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   OAGOOGLE2000387352
Trial Exhibit 9179, Page 10 of 14

# Java Licensees with Scholarship Contracts

| Java Licensee | Days to Expiration | Expiration Date | Comments |
|---|---|---|---|
| ███████████ | 2012.06.15 | 2012.12.11 | Extended 180 days |
| ███████████ | NA | 2014.02.10 | |

ORACLE

11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    OAGOOGLE2000387353
Trial Exhibit 9179, Page 11 of 14

# Java SE 8 Embedded Evaluation

**Trial Time**

**From**  2012.05.17

**To**  2012.09.30

Dates are set by
Oracle Beta Program

ORACLE

12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                OAGOOGLE2000387354
Trial Exhibit 9179, Page 12 of 14

## Java Branding & Certification - CY 2012

| Java Platform | Products | Licensees | Licensees or Products |
|---|---|---|---|
| Java Card | 9 | 6 | |
| Java ME - CDC | 8 | 3 | |
| Java ME - CLDC | 34 | 9 | |
| Java SE | 45 | 3 | |
| Java EE | 12 | 3 | |
| Java TV | 53 | 10 | |

ORACLE

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    OAGOOGLE2000387355
Trial Exhibit 9179, Page 13 of 14



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    OAGOOGLE2000387356
Trial Exhibit 9179, Page 14 of 14