## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On July 6, 2016, I served the following document(s):

> NOTICE OF MANUAL FILING RE: EXHIBTS F, J, EE, AND OO TO THE DECLARATION OF MATTHEW BUSH IN SUPPORT OF ORACLE'S RULE 59 MOTION FOR NEW TRIAL
>
> MANUALLY FILED EXHIBITS F, J, EE, AND OO TO THE DECLARATION OF MATTHEW BUSH IN SUPPORT OF ORACLE'S RULE 59 MOTION FOR NEW TRIAL

on the interested parties in this action via U.S. Certified Mail.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 6, 2016, at Menlo Park, California.

_____
José E. Valdés