1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA 94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY 10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY 10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA 94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   RUCHIKA AGRAWAL (SBN 246058)
18 ruchika.agrawal@oracle.com
   500 Oracle Parkway,
19 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
20
   *Attorneys for Plaintiff*
21 ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: ORACLE'S RULE 59 MOTION FOR A NEW TRIAL** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

1    Plaintiff Oracle America, Inc. ("Oracle") hereby moves to file portions of its Rule 59
2    Motion for a New Trial and supporting materials under seal pursuant to Civil Local Rules 7-11
3    and 79-5.
4    The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
5    this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
6    "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
7    public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
8    Protective Order § 14.4, ECF No. 66.
9    Google Inc. ("Google") has designated material discussed in Oracle's Rule 59 motion
10   "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant
11   to the Protective Order.  Therefore, Oracle moves to seal the following Google-designated
12   information:

| Document | Text to be sealed |
|---|---|
| Oracle's Rule 59 Motion for A New Trial | Text found at page 3:20-26; 4:26-27; 5:17-28; 6:1-6; 6:11-13; 6:19-20; 6:21-26; 7:1-8; 10:19-20; 10:28-11:1; 11:25-27 |
| Matthew Bush Decl., Ex. G | Entire document |
| Matthew Bush Decl., Ex. L | Text at page 9:22-25; 25:1-26 |
| Matthew Bush Decl., Ex. M | Entire document |
| Matthew Bush Decl., Ex. N | Entire document |
| Matthew Bush Decl., Ex. O | Entire document |
| Matthew Bush Decl., Ex. P | Entire document |
| Matthew Bush Decl., Ex. S | Entire document |
| Matthew Bush Decl., Ex. V | Entire document |
| Matthew Bush Decl., Ex. Y | Entire document |
| Matthew Bush Decl., Ex. AA | Entire document |
| Matthew Bush Decl., Ex. BB | Entire document |

| | |
|---|---|
| Matthew Bush Decl., Ex. FF | Entire document |
| Matthew Bush Decl., Ex. KK | Entire document |
| Matthew Bush Decl., Ex. PP | Entire document |
| Matthew Bush Decl., TX 2449 | Entire document |
| Matthew Bush Decl., TX 4104 | Entire document |

Oracle states no position as to whether disclosure of these materials would cause harm to Google or any third parties.

Oracle has also designated material discussed in Oracle's Rule 59 motion as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY." Oracle moves for a very limited, narrow sealing order permitting Oracle to file under seal the following documents reflecting confidential financial data and information reflecting business discussions and negotiations with third parties:

| Document | Text to be sealed |
|---|---|
| Oracle's Rule 59 Motion for A New Trial | Text reflecting third party names on pages 11, 12, 13, and 25 |
| Matthew Bush Decl., Ex. W | Text revealing the identity of third parties on pages 87, 88, 98, 102, and 103. |
| Matthew Bush Decl., Ex. X | Text revealing the identity of third parties on pages 45, 46, 47, 48, 49, 54, 55, 56, 57, and 107 |
| Matthew Bush Decl., Ex. Z | Text revealing the identity of third parties on page 214 |
| Matthew Bush Decl., Ex. CC | Text revealing the identity of third parties on pages 147, 148, 156, and 242 |
| Matthew Bush Decl., Ex. CC | Text revealing the identity of third parties on pages 147, 148, 156, and 242 |
| Matthew Bush Decl., Ex. DD | Text revealing the identity of third parties on page 292 |
| Matthew Bush Decl., Ex. MM | Text revealing the identity of third parties on pages 41, 42, 70, 71, 72, 73, 74, 75, 77, 80, 83, 84, 85, 91, 93, 94, 95, and 96 |
| Matthew Bush Decl., Ex. NN | Text revealing the identity of third parties on pages 173, 174, and 175 |
| Matthew Bush Decl., Ex. QQ | Text revealing the identity of third parties on pages 81, 82, 83, 84, 102, 103, 108, 109. 110, 111, 127, 128, and 129 |

| | |
|---|---|
| Mathew Bush Decl., Ex LL | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5059 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5060 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5063 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5064 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5627 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5628 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5632 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5634 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5635 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5637 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5642 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5840 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5844 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5850 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5886 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5887 | Entire document |
| Mathew Bush Decl., TX 5893 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5894 | Text reflecting third party business discussions |
| Mathew Bush Decl., TX 5961 | Entire document |
| Mathew Bush Decl., TX 6431 | Entire document |
| Mathew Bush Decl., TX 6470 | Entire document |
| Mathew Bush Decl., TX 6905 | Entire document |
| Mathew Bush Decl., 9179 | Text reflecting third party business discussions |

As set forth in the Declaration of Andrew Temkin, the limited information Oracle seeks to seal is competitively sensitive information that Oracle maintains in confidence. Unnecessary public disclosure of Oracle's confidential business discussions with third parties could cause Oracle commercial injury and could harm Oracle's business relationships. Accordingly, Oracle respectfully submits that the risk of competitive injury to Oracle justifies the narrowly tailored relief requested. *See, e.g., Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1181 (9th Cir. 2006) (setting standard); *Finjan, Inc. v. Proofpoint, Inc*., 2016 U.S. Dist. LEXIS 15825, at *5 (N.D. Cal. Feb. 9, 2016) (granting motion to seal confidential revenue data) (citing *inter alia Nixon v. Warner Communications, Inc.,* 435 U.S. 589, 598, 98 S. Ct. 1306, 55 L. Ed. 2d 570 (1978) (holding access to court records has been denied when it includes "sources of business information that might harm a litigant's competitive standing.").

Dated: July 6, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By: */s/ Andrew D. Silverman*

Attorneys for Plaintiff
ORACLE AMERICA, INC.