IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant.<br>                                          / | No. C 10-03561 WHA<br><br><br><br>**ORDER RE BRIEFING ON<br>BILL OF COSTS** |

     Google seeks leave to file a response to Oracle's objections to Google's bill of costs, inasmuch as Oracle's objections ask the Court to take action before the Clerk taxes costs. Consistent with the procedure following the prior trial, Google may respond to Oracle's objections by **JULY 15 AT NOON**.

     The Clerk shall please **HOLD IN ABEYANCE** taxation of Google's bill of costs until further ordered by the Court.

**IT IS SO ORDERED.**

Dated: July 12, 2016.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE