IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **ORDER RE ORACLE'S PRÉCIS REQUEST TO REPLY RE BILL OF COSTS** |
| Defendant. | |

Oracle seeks leave to respond to the new arguments made in Google's reply to Oracle's objections to its bill of costs. Oracle may file a response brief **NOT TO EXCEED TEN PAGES** by **JULY 22 AT NOON**. Oracle's brief must be limited to the arguments made for the first time in Google's brief; it should not revisit arguments Oracle already made in conjunction with its original objections.

**IT IS SO ORDERED.**

Dated: July 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE