IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>  Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br><br>  Defendant.<br> / | No. C 10-03561 WHA<br><br>**ORDER SETTING DEADLINE FOR SANCTIONS MOTION** |

Google shall file its motion for sanctions by **JULY 21**.

**IT IS SO ORDERED.**

Dated: July 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE