1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
6  Facsimile:    (415) 397-7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1180 Peachtree Street, N.E.
9  Atlanta, Georgia 30309
   Telephone:    (404) 572-4600
10 Facsimile:    (404) 572-5100

11 Attorneys for Defendant
   GOOGLE INC.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT 4 TO KARWANDE DECLARATION IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.    Courtroom 8, 19th Fl.<br>Judge:   Hon. William Alsup |

GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT 4 TO KARWANDE DEC ISO
GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION
Case No. 3:10-cv-03561 WHA

1077728

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby
2  moves to file under seal Exhibit 4 to the Declaration of Maya Karwande in support of Google's
3  Opposition to Oracle's Rule 59 Motion for a New Trial.  Google seeks to file under seal the
4  portions of the response that summarize, quote from, or reproduce portions of materials that have
5  been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –
6  ATTORNEY'S EYES ONLY" under the Protective Order.  The portions of this response that
7  summarize, quote from, or reproduce portions of materials designated by Oracle as
8  "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" are set
9  forth in the Declaration of Maya Karwande in Support of Google's Administrative Motion to Seal
10 Exhibit 4 to Google's Opposition to Oracle's Rule 59 Motion.  Google states no position on
11 whether disclosure of the information designated by Oracle would result in competitive harm to
12 Oracle.

14 Dated:  July 20, 2016    KEKER & VAN NEST LLP

16                           By:  */s/ Robert A. Van Nest*
                                  ROBERT A. VAN NEST
17                                CHRISTA M. ANDERSON
                                  DANIEL PURCELL
18
                                  Attorneys for Defendant
19                                GOOGLE INC.

1
GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL EXBHIT 4 TO KARWANDE DEC ISO
GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION
Case No.  3:10-cv-03561 WHA

1077728