KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT 4 TO GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION** <br><br> Dept.        Courtroom 8, 19th Fl. <br> Judge:       Hon. William Alsup |

I, Maya Karwande, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Exhibit 4 to Karwande Declaration in support of Google's Opposition to Oracle's Rule 59 Motion. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. Paragraphs 97, 99-105 of Exhibit 4 summarize, quote from, or reproduce portions of materials that have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on July 20, 2016.

MAYA KARWANDE

---

1

DECLARATION OF MAYA KARWANDE ISO GOOGLE'S MOT. TO SEAL EXHIBIT 4 TO GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION
CASE NO. 3:10-CV-03561 WHA

1077732.01