KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **[PROPOSED] ORDER RE GOOGLE'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT 4 TO GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION** <br><br> Dept.    Courtroom 8, 19th Fl. <br> Judge:   Hon. William Alsup |

[PROPOSED] ORDER RE GOOGLE'S MOT. TO SEAL EXHIBIT 4 TO GOOGLE'S OPP TO ORACLE'S
OPPOSITION TO RULE 59 MOTION
Case No.  3:10-cv-03561 WHA

1077738.01

**IT IS HEREBY ORDERED** that Exhibit 4 to the Declaration of Maya Karwande in support of Google's Opposition to Oracle's Rule 59 Motion should be sealed and that counsel for Google Inc. may file the following under seal:

**IT IS SO ORDERED.**

Dated: _____

                                                HON. WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE GOOGLE'S MOT. TO SEAL EXHIBIT 4 TO GOOGLE'S OPP TO ORACLE'S
OPPOSITION TO RULE 59 MOTION
Case No.  3:10-cv-03561 WHA

1077738.01