KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION FOR A NEW TRIAL**<br><br>Hearing:     August 18, 2016<br>Time:         8:00 .a.m.<br>Dept.         Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the above-captioned action. I submit this declaration in support of Google's Opposition to Oracle's Rule 59 Motion for A New Trial. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Expert Report of Robert Zeidman, dated January 8, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of "Getting Started with ARC," available at https://developer.chrome.com/apps/getstarted_arc and downloaded on July 20, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a snippet of "ARC Welder" available at https://chrome.google.com/webstore/detail/arc-welder/emfinbmielocnlhgmfkkmkngdoccbadn, accessed via internet on July 20, 2016.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Expert Report of Professor Douglas C. Schmidt, dated January 8, 2016.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the video, "Coming to a Chromebook near you – Google I/O", available at https://www.youtube.com/watch?v=yDy1WWUdlY8.

7. Attached hereto as **Exhibit 6** is a true and correct copy of "Google I/O" from Wikipedia, the free encyclopedia, available at https://en.wikipedia.org/wiki/Google_I/O, downloaded on July 20, 2016.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a post from Sundar Pichai available at https://plus.google.com/+SundarPichai/posts/Gi7EcHRTrNc, downloaded on July 20, 2016.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of video of Larry Ellison and Scott McNealy 2009 JavaOne Conference, marked as Trial Exhibit 2939.1.

10. Attached hereto as **Exhibit 9** is a true and correct copy of "Jonathan's Blog," dated November 5, 2007 and marked as Trial Exhibit 2352.

11. Attached hereto as **Exhibit 10** is a true and correct copy of "Terrence Barr's Blog," dated July 24, 2008 and marked as Trial Exhibit 7459.1.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an email from Jonathan Schwartz to Eric Schmidt, dated January 9, 2007 and marked as Trial Exhibit 3441.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from a PowerPoint Presentation titled "Java Business Update," marked as Trial Exhibit 9133.1.

14. T Attached hereto as **Exhibit 13** is a true and correct copy of "Strategic Forecast," marked as Trial Exhibit 4108.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on July 20, 2016.

_____
MAYA KARWANDE