# EXHIBIT 3



# ARC Welder



offered by arc-eng

★★★☆☆ (1275)   Developer Tools   644,717 users

| OVERVIEW | REVIEWS | SUPPORT | RELATED |
| --- | --- | --- | --- |

  6.1k



 Compatible with your device

### Package Android APKs for ARC (App Runtime for Chrome)

Introducing ARC Welder -- a tool to help you test and publish your Android Apps to Chrome OS using the App Runtime for Chrome (beta), ARC.

See https://developer.chrome.com/apps/getstarted_arc for more detailed instructions.

For questions about ARC Welder or ARC's capabilities, join us on Stack Overflow: http://stackoverflow.com/questions/tagged/google-chrome-arc?sort=newest

🛑 Report Abuse

**Additional Information**
Version: 50.5021.602.0
Updated: May 16, 2016
Size: 12.78MiB
Language: English

### USERS OF THIS APP HAVE ALSO USED

| | Zed Code Editor | | Handcraft | | JavaScript Editor | | Button Generator | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ‹ | ★★★★☆ (209) |  | ★★★★☆ (383) |  | ★★★★☆ (181) |  | ★★★★☆ (63) |  | › |





