# EXHIBIT 5

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **MANUAL FILING NOTIFICATION** <br><br> **EXHIBIT 5** <br> **(DVD OF YOUTUBE VIDEO)** <br><br> Dept:     Courtroom 8, 19th Fl. <br> Judge:    Hon. William Alsup |

Regarding: EXHIBIT 5 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION.

This Filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s);

☐ Voluminous Document (PDF file size larger than efiling system allowances)

☐ Unable to Scan Documents

☐ Physical Object (description):

☑ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (description):

Dated: July 20, 2016                               KEKER & VAN NEST LLP

                                                By:   /s/ *Robert A. Van Nest*
                                                      ROBERT A. VAN NEST
                                                      CHRISTA M. ANDERSON
                                                      DANIEL PURCELL

                                                      Attorneys for Defendant
                                                      GOOGLE INC.

---

1

MANUAL FILING NOTIFICATION
Case No. 3:10-cv-03561 WHA

1077745