# EXHIBIT 6

# Google I/O

From Wikipedia, the free encyclopedia

**Google I/O** is an annual developer-focused conference held and organized by Google in San Francisco, California. Google I/O features highly technical, in-depth sessions focused on building web, mobile, and enterprise applications with Google and open web technologies such as Android, Chrome, Chrome OS, APIs, Google Web Toolkit, App Engine, and more.

Google I/O was started in 2008, and is held annually by the team. The "**I**" and "**O**" in the name stand for input/output, as well as the slogan "**I**nnovation in the **O**pen".[2] The format of the event is similar to that of the Google Developer Day.



| | Google I/O |
|---|---|
| Date(s) | Either May-June; usually lasts 2-3 days |
| Frequency | Annual |
| Venue | 2008-2015: Moscone Center<br>2016: Shoreline Amphitheatre |
| Location(s) | 2008-2015: San Francisco, CA, USA<br>2016: Mountain View, CA, USA |
| Founded | 28 May 2008 |
| Most recent | 18 May 2016[1] |
| Next event | 2017 |
| Participants | 5000 |
| Organized by | Google |
| Website | |
| events.google.com/io2016/ (https://events.google.com/io2016/) | |

## Contents

- 1  2008 (May 28–29, 2008)
- 2  2009 (May 27–28, 2009)
- 3  2010 (May 19–20, 2010)
- 4  2011 (May 10–11, 2011)
- 5  2012 (June 27–29, 2012)
    - 5.1  Day 1
    - 5.2  Day 2
    - 5.3  Day 3
- 6  2013 (May 15–17, 2013)
    - 6.1  Day 1
    - 6.2  Day 2
- 7  2014 (June 25–26, 2014)
- 8  2015 (May 28–29, 2015)
- 9  2016 (May 18–20, 2016)
- 10  References
- 11  External links



Google I/O 2008

## 2008 (May 28–29, 2008)

- The major themes were OpenSocial, App Engine, Android and Bionic libc, Google Maps API, and Google Web Toolkit.
    - Google I/O 2008 - Anatomy and Physiology of an Android (https://www.youtube.com/watch?v=G-36noTCaiA) on YouTube

- Speakers included Marissa Mayer, David Glazer, Alex Martelli, Steve Souders, Dion Almaer, Mark Lucovsky, Guido van Rossum, Jeff Dean, Chris DiBona, Josh Bloch, Raffaello D'Andrea, and Geoff Stearns.[3]

## 2009 (May 27–28, 2009)

- The major themes were Android, App Engine, Chrome, Google Web Toolkit, OpenSocial, Google AJAX APIs, and Google Wave.
- Speakers included Aaron Boodman, Adam Feldman, Adam Schuck, Alex Moffat, Alon Levi, Andrew Bowers, Andrew Hatton, Anil Sabharwal, Arne Roomann-Kurrik, Ben Collins-Sussman, Jacob Lee, Jeff Fisher, Jeff Ragusa, Jeff Sharkey, Jeffrey Sambells, Jerome Mouton, Jesse Kocher, et al.[4]

Hardware giveaways to attendees:

- HTC Magic

## 2010 (May 19–20, 2010)

- The major themes were Android, App Engine, Chrome, Enterprise, Geo, Google APIs, Google TV, Google Web Toolkit, Social Web, and Google Wave.
- Speakers included Aaron Koblin, Adam Graff, Adam Nash, Adam Powell, Adam Schuck, Alan Green, Albert Cheng, Albert Wenger, Alex Russell, Alfred Fuller, Amit Agarwal, Amit Kulkarni, Amit Manjhi, Amit Weinstein, Anders Sandholm, Angus Logan, Anne Veling, Arne Roomann-Kurrik, Bart Locanthi, Ben Appleton, Ben Cheng, Ben Collins-Sussman, et al.[5]

Hardware giveaways to attendees:

- At the event: HTC Evo 4G
- Prior to the event: USA attendees: Motorola Droid
- Prior to the event: non-USA attendees: HTC Nexus One

## 2011 (May 10–11, 2011)

The main theme of the first day was Android, of the second - Chrome and Chrome OS.[6]

Main Android announcements:

- Google Music - A wireless music streaming service somewhat akin to Amazon Cloud Player and Spotify[7]
- Google Movies - video on demand service to rent movies and TV shows
- Honeycomb update 3.1 - To allow honeycomb devices to directly transfer content from USB devices
- Ice Cream Sandwich - Merging Honeycomb and Gingerbread into a unified OS

Main Chrome and Chrome OS announcements:

- Chromebooks from Samsung and Acer starting selling at June 15
- In-app purchases in Chrome Web Store apps with a flat 5% fee
- Web version of Angry Birds

Hardware giveaways to attendees:

- Samsung Galaxy Tab 10.1[8]
- Samsung Series 5 Chromebook[9]
- Verizon MiFi Mobile Hotspot

Google Afterparty:

- Jane's Addiction

# 2012 (June 27–29, 2012)

It was held at Moscone Center West in San Francisco and was extended to three days, instead of the previous two.[10]

Hardware giveaway to attendees:

- Samsung Galaxy Nexus
- Asus Nexus 7
- Nexus Q
- Samsung Chromebox

Google Afterparty:

- Paul Oakenfold and Train

## Day 1

The main topics throughout the day were Android, Google+ and Project Glass. A keynote was held on this day.[11]

Official announcements included the following:

- Android 4.1 ("Jelly Bean")
    - Project Butter
    - Google Now
- Introduction of the Nexus 7[12]
- Introduction of the Nexus Q
- Project Glass
- Android surpasses 400 million activations worldwide
- In-App Payments: new pricing and subscription options for integrating Google Wallet
- Offline maps for Android
- Version 2 of the Google Drive SDK
- Google+ Hangout apps and metrics
- New 3D Imagery for Google Earth for Android
- New and updated showing 720p HD quality YouTube API's
- Public transit data now included in Google Maps API
- Updated YouTube app for Android

### Day 2

The main topics throughout the day were Google Chrome and Project Glass. A second (and final) keynote was held on this day.[11]

Official announcements included the following:

- Google Chrome now has 310 million active users worldwide
- Gmail now has 425 million active users worldwide
- Google+ Platform for Mobile (including SDKs for Android and iOS)

Official releases included the following:

- Google Chrome for Android becomes stable
- Google Chrome for iOS
- Google Drive for iOS
- Google Docs now available offline
- Google Compute Engine an IaaS product that allows users to run large-scale computing workloads on Linux Virtual Machines hosted on Google's infrastructure
- Heat Maps and Symbols added to Google Maps API
- Enhancements to Styled Maps added to Google Maps API

### Day 3

Official announcements included the following:

- Mobile App Analytics

Official releases included the following:

- Google Analytics for Android

## 2013 (May 15–17, 2013)

Google I/O 2013 was held at the Moscone Center, San Francisco. Announcements of updates for Android, Chrome OS, Google Chrome and other services were expected during the conference.[13] The registration opened on March 13, 2013 at 7:00 AM PDT (GMT-7).[11] It took only 49 minutes for all the $900 (or $300 for school students and faculty) tickets to get sold out, even with the added requirement that registrants must have both Google+ and Google Wallet accounts.[14]

There was a fleet of remote-controlled blimps, equipped with camera, streaming a bird's-eye (https://www.youtube.com/watch?v=zhmk22GHaE8) view inside Google I/O.

Google Afterparty:

- Billy Idol

### Day 1

Announcements and introductions:

- Google Play Music All Access (subscription streaming)
- Google Play Games
- Updated Google Play Services
- Google Play for Education
- Android Studio development environment
- Samsung Galaxy S4 with stock Android to be sold from Google Play
- Google+ redesign with emphasis on photo management and sharing
- Google Hangouts, updated instant messaging platform
- Redesigned Google Maps desktop and Android app
- Updated Google Search app for Android
- Android surpasses 900 million activations worldwide
- Google App Engine now supports PHP
- Google TV updated to Android 4.2.2 Jelly Bean

### Day 2

The main themes of the day were Google Glass apps and Google+ Development.

Hardware giveaway to attendees:

- Google Chromebook Pixel

## 2014 (June 25–26, 2014)

Google I/O 2014 was held at the Moscone Center, San Francisco.

Official announcements included the following:

- Android 5.0 "Lollipop"
- Android Wear
- Android Auto
- Android TV
- Android One
- Google Fit
- New material design standard
- Improvements to Chromebooks
- Gmail API
- Google Slides mobile app for Android

Hardware giveaway to attendees:

- LG G Watch or Samsung Gear Live
- Motorola Moto 360 to be shipped after it was available
- Google Cardboard, a fold-out cardboard smartphone mount that, when combined with lenses, a magnet, a piece of hook-and-loop fastener and a rubber band and held against the face, allows for a virtual reality experience.[15]

## 2015 (May 28–29, 2015)

Registration began on March 17, 2015 and closed on March 19, 2015. [16] It held at the Moscone Center, San Francisco.[17]



Sundar Pichai at Google I/O 2015

Some of the major highlights included the following:

1. Android M. The next iteration of Android OS which includes new features such as:
    - Granular app permission controls.
    - Native finger-print scanning.
    - "Deep sleep" mode when the device is not being used which allows for better power saving.
    - Support for USB Type-C.
    - App deep linking. Android will now directly open links to apps that are verified to "own" the URL.
    - Auto-backup for apps.
2. Android Pay.
3. Android Wear.
    - "Always on" time now extending to apps.
    - Wrist gestures.
4. Chrome Custom tabs.
5. Google Maps Offline.
6. Google Photos.
    - A new app that allows photos and videos to be synced across all devices.
    - Pinch-to-expand which increases time-frame between photos taken.
    - Uses machine learning to automatically group photos based on their contents.
    - Unlimited storage for 16MP photos and 1080p videos.
7. Google Play Store.
    - Developer "About" pages.
    - A/B app listings.
    - Play Store listing experiments.
    - "Family Star" badge.
8. Inbox availability for everyone.
9. Google Now. Focus on understanding the context and reducing voice recognition error rate.
10. Nanodegree. Android course on Udacity.
11. Project Brillo and Project Weave.
    - Project Brillo is a new operating system for The Internet of Things (IOT) based on Android.
    - Project Weave is a common language that allows the devices of IOT to communicate with each other.

Hardware giveaways to attendees:[18]

1. A HTC Nexus 9 tablet.
2. A new Google Cardboard that works with phones up to 6 inches, including Apple iPhones, and has a physical button, instead of the magnet on last year's model.

## 2016 (May 18–20, 2016)

Sundar Pichai announced, via Google+,[19] that the 2016 Google I/O event helt in the Shoreline Amphitheatre in Mountain View, and registration began March 8. The outdoor venue's amphitheatre was used for the keynote and the various displays were at the nearby parking lots; attendees were given sunglasses and sunscreen.[20] The event had long queues under the sun and the second day there were attendees with sunburns.[21] It was common to not be able to attend to a talk even after queuing for a long time. Although the keynote was one of the shortest in recent years (under 2 hours (https://www.youtube.com/watch?v=862r3XS2YB0)), they have managed to show a ton of new features that complete the Android Ecosystem. The most exciting feature, according to the users, was the Instant apps feature, demonstrated with the B&H (https://play.google.com/store/apps/details?id=com.bhphoto&hl=en) website/app.[22][23][24][25]

Official announcements included the following:

- Google Assistant - A cousin of Google Now; an intelligent personal assistant.[26]
- Google Home - a voice-activated wireless speaker that will run Assistant, and is a competitor to the Amazon Echo[27]
- Allo - a messaging app[28]
- Duo - a video chatting app[29]
- Daydream - a VR platform for Android N[30]
- Android Wear 2.0 - Redesigned version of Android Wear with standalone app support.[31]
- Android Instant Apps - A code path that allows the use of apps without being installed[32]
- Google Play on Chrome OS - allows virtually all Android Apps to run natively on Chrome OS devices[33]
- Android N - the next version of Android was announced to have reached beta quality with developer preview release 3[34]
- Firebase - a notification platform for mobile apps is now complimented with storage, reporting & analytic features.[35]

No hardware giveaways.

## References

1. "sundarpichai on Twitter". *Twitter*.
2. "Four things to expect from Google's upcoming I/O conference". indiatimes.com. 2016-05-16. Retrieved 2016-05-31.
3. "2008 Google I/O Session Videos and Slides".
4. Google I/O 2009 (http://www.google.com/events/io/2009/)
5. Google I/O 2010 (http://www.google.com/events/io/2010/)
6. Google I/O 2011 (http://www.google.com/events/io/2011/)
7. Google I/O: The Android Story (http://redmonk.com/sogrady/2011/05/12/google-io-the-android-story/) Red Monk, May 12, 2011
8. "Google gives away 5,000 Samsung Galaxy Tab 10.1 tablets to devs at I/O". *engadget.com*. AOL Inc. Retrieved 1 March 2012.
9. "Google Taps Amazon to Distribute Free Chromebooks to I/O Attendees". *AllThingsD.com*. Dow Jones & Company Inc. Retrieved 1 March 2012.
10. "Google I/O 2012 extended to three days from June 27-29, 2012 - The official Google Code blog". Googlecode.blogspot.com. 2011-11-28. Retrieved 2013-05-10.
11. "Google I/O 2013". Developers.google.com. Retrieved 2013-05-10.
12. "Google I/O 2012 : Day 1". Gadgetronica. 2012-06-28. Retrieved 2013-05-10.
13. Murph, Darren (2012-12-04). "Google I/O 2013 dates announced: starts May 15th, registration to open early next year". Engadget.com. Retrieved 2013-05-10.

14. Wednesday, March 13th, 2013 (2013-03-13). "Google I/O 2013 Registration Sells Out In 49 Minutes As Users Report Problems Early On Making Payments". TechCrunch. Retrieved 2013-05-10.
15. "Cardboard". *Google Developers*. Google. Retrieved 17 July 2014.
16. "Registration". Retrieved 24 February 2015.
17. "Mark Your Calendars—Google I/O 2015 Is Happening On May 28th And 29th". Retrieved 13 February 2015.
18. Brownlee, John (29 May 2015). "Google I/O Was Boring This Year, And That's Okay". *Fast Company*. Retrieved 31 May 2015.
19. "Exciting news: we're only 18 weeks away from Google I/O! 2016 is going to be a…". *plus.google.com*. Retrieved 2016-01-14.
20. Google I/O 2016 in pictures: What happens when you make nerds go outside (http://arstechnica.com/gadgets/2016/05/google-io-2016-is-part-developer-conference-and-part-county-fair/) Ars Technia, May 20, 2016
21. Truong, Alice. "Developers, who fix problems for a living, find solutions to the never-ending lines at Google I/O". *Quartz*. Retrieved 2016-05-28.
22. Marques Brownlee (2016-05-19), *Top 5 Google I/O 2016 Recap!*, retrieved 2016-07-14
23. Brandom, Russell (2016-05-18). "The 10 biggest announcements from Google I/O 2016". *The Verge*. Retrieved 2016-07-14.
24. *The top 5 biggest announcements from Google I/O 2016 video*, retrieved 2016-07-14
25. "All the Biggest Announcements From Google I/O 2016". Retrieved 2016-07-14.
26. "Google I/O 2016: Latest news on Android, virtual reality and AI". *The Telegraph*. Retrieved 2016-05-18.
27. Dieter Bohn (18 May 2016). "Google Home: a speaker to finally take on the Amazon Echo". *The Verge*. Vox Media.
28. "Google on Twitter". *Twitter*. Retrieved 2016-05-18.
29. Bohn, Dieter (2016-05-18). "Google Duo makes mobile video calls fast and simple". *The Verge*. Retrieved 2016-05-18.
30. Robertson, Adi (2016-05-18). "Daydream is Google's Android-powered VR platform". *The Verge*. Retrieved 2016-05-18.
31. Statt, Nick (2016-05-18). "Google announces Android Wear 2.0 with standalone app support and tiny keyboard". *The Verge*. Retrieved 2016-05-18.
32. "Android Instant Apps will blur the lines between apps and mobile sites". *Ars Technica*. Retrieved 2016-05-18.
33. "The Google Play store, coming to a Chromebook near you". *Chrome Blog*. Retrieved 2016-05-19.
34. "What's new in Android: the N-Release, Virtual Reality, Android Studio 2.2 and more - Android Developers Blog".
35. http://www.theverge.com/2016/5/18/11704050/googl firebase-baas-facebook-parse-google-io-2016

## External links

- Official website (https://events.google.com/io2016/)
- Google I/O on Twitter (https://twitter.com/googleio) (official hashtags: #io2008, #io2009, #io2010, #io11, #io12, #io13, #io14, #io15, #io16)
- Google I/O 2008 Session Videos and Slides (http://sites.google.com/site/io/)
- Google I/O 2009 Session Videos and Slides (http://www.google.com/events/io/2009/sessions.html)
- Google I/O 2010 Session Videos and Slides (http://www.google.com/events/io/2010/sessions.html)
- Google I/O 2011 Session Videos and Slides (http://www.google.com/events/io/2011/sessions.html)
- Google I/O 2012 Session Videos and Slides (http://developers.google.com/events/io/2012/)
- Google I/O 2013 Session Videos and Slides (http://developers.google.com/events/io/2013/)
- Google I/O 2014 Session Videos and Slides (https://www.google.com/events/io)
- Google I/O 2015 Session Videos (https://events.google.com/io2015/videos)
- Official app (https://play.google.com/store/apps/details?id=com.google.samples.apps.iosched&hl=en)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Google_I/O&oldid=729745511"

Categories: Google events │ Google software │ Web-related conferences

- This page was last modified on 14 July 2016, at 07:50.

- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.