# EXHIBIT 7

Search Google+

Home



**Sundar Pichai**

Follow

**3,621,938** followers  |  **37,875,910** views



**Sundar Pichai**

Shared publicly  ·  Jan 12, 2016

Exciting news: we're only 18 weeks away fro
special year for us -- we held our first develo
Googleplex. To celebrate our 10th anniversa
hosting I/O in our backyard at the Shoreline
from May 18th - 20th. We'll have 3 full days
content, code labs, and more. If you can't m
I/O Live and through an I/O Extended event
**#io16** and +GoogleDevelopers in the coming

1918    436

194 comments

 Constantin A.   Jan 12, 2016  *+26*