# EXHIBIT 8

**Excerpt of Video of Larry Ellison & Scott McNealy 2009 JavaOne Conference**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 2939.1**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

Trial Exhibit 2939.1, Page 1 of 1