# EXHIBIT 12




# Java Business Update
## Oct 27th, 2009

**Neal Civjan**
Vice President

**Vineet Gupta**
Chief Technology/Strategy Officer

**World Wide OEM Software Sales**

CONFIDENTIAL   OAGOOGLE0014129393

Trial Exhibit 9133.1, Page 1 of 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 9133.1**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

# Worldwide OEM Software Sales

 Sun microsystems

**Vice President WW OEM Software Sales — Neal Civjan (CA)**

**Project Coordinator — Christina Lucke**

**Director WW SE's /CTO — Vineet Gupta (CA)** * See SE Org Chart Pg 2

### APAC Sales Dir — James Lee

**Min Yeo - Admin**
- Murphy Chen, (Taiwan)
- Hank Chen, (Taiwan)
- Sharon Tang, (China)
- Qing Tang, SR (China)
- Alex Yuan, (China)
- Wayne Cheung, (China)
- DoHyung Kim (KR)
- Jong Hyeok Lee, (KR)
- Kei Lee (KR)
- Namki (Chris) Koo (KR)
- Heejung Oh, (KR)
- **Thomas Sung (KR)***
- Bonny Warjri (India)

### Americas Sales Dir — Lino Persi

- Tim Bardwell, (CA)
- Jeff Bartlett, (NY)
- Margaret Casey, (DC)
- Leo Cizek, (CA)
- Laura Egley, (CA)
- Lauren Jarae, (FL)
- Kevin Kaine, (IL)
- Timothy Kay, (MA)
- Tom Kosturos, (CA)
- Robert Mangin, (TX)
- Brian Rice, (CA)
- Paulo Riskalla (Brazil)
- Robert Rogers (MA)
- Brian Samms, (AZ)
- Glenn Terry, (CA)

John Bates (ME)
Art Glazer (IL)

### Japan Sales Dir — Norio Gokita

**Satoko Miyakoshi – Admin**
- Kaori Shida – Sales Support
- Kazumasa Goto, SR
- Toshihiro Kohgo, SR
- Yuko Misawa, SR,
- Yo Ohara, SR
- Koji Yamada, SR

**Masahide Maekawa, Mgr**
- Akiko Ueno SR
- Yasufumi Otsuka, SE
- *Yuka Beppu* – Sales Sppt
- * not in HC*

**Japan SEs - AAR to V. Gupta**
- Akihiko Kusanagi, SE
- Mitsuru Sasanuma, SE
- Kazuchika Sekiya, SE
- Koji Uno, SE

### EMEA Sales Dir — Geoff Morton (UK)

- Niklas Astrom (Sweden)
- Torbjorn Beite, (Sweden)
- Leo Bots, (Netherlands)
- Margot Wik, (Finland/Nokia)
- Marc Maathuis, SR - (France)
- Richard Miedzinski (France)
- Robert Mayer (Germ/Siemens)
- Andreas Schroeder, (Germany)
- Lee Desborough (UK)
- Ian Sharratt (UK)
- Rhian Sugden (UK)
- Jill Anolik, SR (Israel)

### WW Strategic Sales Manager Telco/Product Leaders & Channels — Richard Gee

**Strategic Initiative Drivers**
- Keith Lambert (CA)
- Rupindera Rai, (CA)
- Mike Ringhoffer (IL) (HQ)
- Ken Santoro, (CA)

**Strategic Acct Mgrs**
- John Bates, (CT)
- Andrew Beairsto (Canada)
- Laurent Gayral (France)
- Arthur Glazer, (IL)
- Yue (Danny) Yang, (China)
- Land Tao, (China)

Niklas Astrom (Sweden)
Margot Wik, (Finland)
Robert Mayer (Germany)

### Director NA MySQL OEM Sales — Joe Pendleton

- Cindy Holteen (Bay area)
- Rich Nigro (Bay area)
- Mick Jovich (Bay area)
- Daniel Dolce (Austin, TX)
- Uwe Lieckfeldt (S. Cal)
- Robert Wilcox (Bay area)

**Mark Rubin - Manager**
- Patti Curtin (Boston)
- Paul Gerlach (New York)
- Jon Clarke (Atlanta)
- Mike Radencich (Toronto)

---

- Operations — Robert Bruckstein
- Legal — Mark Wayne
- Finance — Juliet Belko & Ed Senteno
- HR — Mariah Giovanetti
- Collections
- Compensation
- Order Ops — Arlene Lajeuness

### Current Headcount including SEs

| | |
|---|---|
| Regular Employees | 133* |
| OSS Open Reqs | 0 |
| Total OSS HC – with reqs | 133 |
| Non HC – Contractors (purple) | 1 |

* includes Tom Sung who is funded by GSS team
*not in OSS HC*

Direct Reports
Dotted Line

**OSS COVERAGE MODEL URL:** http://mysales.central/public/oem/coverage.html

OEM Software Sales Q2 FY10    Sun Confidential: Internal Only    Last Updated 10/20/09

CONFIDENTIAL    OAGOOGLE0014129395



# Java Landscape Today



- 2.6B Java-enabled mobile devices
  - 85% of all mobile devices
- 5.5 B Java Cards
- 40M+ Java-enabled TV devices
  - 7M+ Java powered Blu-Ray players
- 840M total Java desktops
  - (91% of internet-connected PCs)
- 48M downloads of the JRE in May 2009
  - 14M new installs
- 52% of Developers in the US use Java
  - Up from 47% in 2008
- 6.5M+ Java developers worldwide

CONFIDENTIAL

OAGOOGLE0014129401

Trial Exhibit 9133.1, Page 3 of 4



# Eco-system Opportunities – e.g. Mobile



Source: Sun, Ovum

CONFIDENTIAL

OAGOOGLE0014129406

Trial Exhibit 9133.1, Page 4 of 4