# EXHIBIT 13

# This file provided in native format.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT  4108**

CASE NO. 10-03561 WHA
DATE ENTERED_____
BY_____
DEPUTY CLERK

CONFIDENTIAL

Trial Exhibit 4108, Page 1 of 1

OAGOOGLE0100164541

## Strategic Forecast

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|-----|---------|------------|-----------|---------|---------|------------------------------|
| | Total JAVA | 63,427 | 59,067 | 75,242 | 92,660 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 189,987 | 230,205 | |

### Low

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|-----|---------|------------|-----------|---------|---------|------------------------------|
| | Total JAVA | 63,427 | 59,067 | 15,252 | 11,951 | |
| | | 0 | 0 | -59,991 | -80,710 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 66,995 | 79,732 | |
| | | 0 | 0 | -122,992 | -150,473 | |
| | TOTAL Loss | 0 | 0 | -182,983 | -231,183 | |

### Medium

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|-----|---------|------------|-----------|---------|---------|------------------------------|
| | Total JAVA | 63,427 | 59,067 | 52,146 | 66,433 | |
| | | 0 | 0 | -23,096 | -26,227 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 94,304 | 104,247 | |
| | | 0 | 0 | -95,683 | -125,958 | |
| | TOTAL Loss | 0 | 0 | -118,779 | -152,185 | |

### High

| LOB | Product | FY07 Actual | FY08 Total | FY09 SF | FY10 SF | Forecast Notes (FY09 & FY10) |
|-----|---------|------------|-----------|---------|---------|------------------------------|
| | Total JAVA | 63,427 | 59,067 | 81,842 | 99,260 | |
| | | 0 | 0 | 6,600 | 6,600 | |
| | Total Mobile/Embedded | 154,434 | 143,697 | 166,048 | 206,125 | |
| | | 0 | 0 | -23,939 | -24,080 | |
| | TOTAL Loss | 0 | 0 | -17,339 | -17,480 | |

OAGOOGLE0100164541