KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Dept:            Courtroom 8, 19th Fl. |
| GOOGLE INC., | Judge:           Hon. William Alsup |
| Defendant. | |

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On July 20, 2016, I served the following document(s):

- **EXHIBIT 4 TO DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION FOR A NEW TRIAL [UNDER SEAL]**

- **MANUAL FILING NOTIFICATION (DVD OF YOUTUBE VIDEO)**

☑ by **ELECTRONIC MAIL (PDF)**: Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Oracle/Google@orrick.com

BOIES SCHILLER & FLEXNER LLP
Oracle-Google@BSFLLP.com
David Boies:          dboies@bsfllp.com
Steven C. Holtzman:   sholtzman@bsfllp.com

Attorneys for Plaintiff
ORACLE AMERICA, INC.

Executed on July 20, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Alisa Thompson