KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Telephone:     404-572-4600
Facsimile:      404-572-5100

KING & SPALDING LLP
JOSEPH R. WETZEL - # 238008
jwetzel@kslaw.com
101 Second Street, Suite 2300
San Francisco, California  94105
Telephone:     415-318-1200
Facsimile:      415-318-1300

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION FOR A FINDING OF CIVIL CONTEMPT AND FOR SANCTIONS**<br><br>Date:　　September 8, 2016 at 8:00 a.m.<br>Dept.:　　Courtroom 8, 19th Fl.<br>Judge:　　Hon. William Alsup |

1    This matter having come before the Court on Defendant Google Inc.'s Motion For a
2 Finding of Civil Contempt and For Sanctions, and the Court having considered the Motion, the
3 materials in support thereof, Oracle's opposition thereto, the pleadings on file and other
4 relevant materials that have been submitted for consideration, the Court hereby **GRANTS**
5 Google's Motion.

6    **IT IS HEREBY ORDERED** that:

7    1.   The Court finds that plaintiff Oracle America, Inc. and its outside
8 counsel at the firm of Orrick, Herrington & Sutcliffe LLP violated the Protective
9 Order in this action; and

10   2.   Defendant Google Inc. is entitled to recover from Oracle America,
11 Inc. and the firm of Orrick, Herrington & Sutcliffe LLP the expenses, costs and
12 attorneys' fees incurred by Google as a result of the violations of the Protective
13 Order.

14   **IT IS FURTHER ORDERED** that Google shall provide to Oracle, within ten (10)
15 days of the date of this Order, an itemization of the amounts incurred by Google as a result of
16 the violations, and that the parties shall confer in good faith, within seven (7) days after receipt
17 of such itemization, regarding whether they can reach agreement regarding the amount to be
18 paid by Oracle and Orrick Herrington to Google in accordance with the above.  In the event the
19 parties cannot reach agreement, Google shall file, within five (5) days of the parties'
20 conference, a request for the Court to determine the amount.

21   **IT IS SO ORDERED.**

23 Dated:

25                              By: _____
                                    HON. WILLIAM ALSUP
26                                  UNITED STATES DISTRICT JUDGE