ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA  94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY  10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY  10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA  94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>              Plaintiff,<br><br>     v.<br><br>GOOGLE INC.<br><br>              Defendant. | Case No. CV 10-03561 WHA<br><br>**ORACLE'S STATEMENT REGARDING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL (ECF No. 2011)**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

1  Oracle America, Inc. ("Oracle") files this statement in response to Google Inc.'s
2  Administrative Motion to Seal Exhibit 4 to Karwande Declaration in Support of Google's
3  Opposition to Oracle's Rule 59 Motion (ECF No. 2011).
4  Exhibit 4 is an excerpt from documents or transcripts designated by Oracle as
5  "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant
6  to the Protective Order in this case.
7  Oracle states that it does not seek to seal Exhibit 4.  Exhibit 4 was already filed publicly.
8  *See* ECF No. 1465-3.  Oracle, however, reserves its rights with regard to confidentiality
9  designations for any underlying materials referenced therein.

Dated: July 25, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
VICKIE L. FEEMAN
Orrick, Herrington & Sutcliffe LLP


By: */s/ Vickie L. Feeman*
VICKIE L. FEEMAN

Attorneys for Plaintiff
ORACLE AMERICA, INC.