ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN # 121570
kjohnson-mckewan@orrick.com
ANNETTE L. HURST # 148738
ahurst@orrick.com
GABRIEL M. RAMSEY # 209218
gramsey@orrick.com
405 Howard Street
San Francisco, California 94105-2669
Tel: (415) 773-5700/Fax: (415) 773-5759

PETER A. BICKS (pro hac vice)
pbicks@orrick.com
LISA T. SIMPSON (pro hac vice)
lsimpson@orrick.com
51 West 52nd Street
New York, New York 10019-6142
Tel: (212) 506-5000/Fax: (212) 506-5151

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel: (650) 506-5200/Fax: (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100

JOSEPH R. WETZEL #238008
jwetzel@kslaw.com
101 Second Street, Suite 2300
San Francisco, California 94105
Tel: (415) 318-1200
Fax: (415) 318-1300

Attorneys For Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING ON GOOGLE'S MOTION FOR CIVIL CONTEMPT AND SANCTIONS (ECF NO. 2014)**<br><br>**Dept.**:　　Courtroom 8, 19th Floor<br>**Judge**:　　Hon. William Alsup |

**STIPULATION**

WHEREAS, on July 21, 2016, Google noticed a hearing on September 8, 2016 at 8 a.m. in connection with its motion for civil contempt and sanctions (ECF No. 2014);

WHEREAS, Oracle's counsel is unavailable on September 8, 2016;

WHEREAS, pursuant to Civil Local Rule 6-2, the parties stipulate to move the hearing on Google's motion to September 15, 2016 at 8 a.m., and this stipulated request is accompanied by a declaration setting for the reasons for the requested change in time, previous time modifications, and the effect the requested time modification would have on the case schedule;

THEREFORE, subject to the Court's approval, it is hereby stipulated and agreed that Google's motion will be heard on September 15, 2016 at 8 a.m.

Dated: July 26, 2016                              ORRICK HERRINGTON & SUTCLIFFE LLP

                                          By:     */s/ Robert P. Varian*
                                                  ROBERT P. VARIAN

                                                  Attorneys for Plaintiff
                                                  ORACLE AMERICA, INC.

Dated: July 26, 2016                              KING & SPALDING LLP

                                          By:     */s/ Bruce W. Baber*
                                                  BRUCE W. BABER

                                                  Attorneys For Defendant
                                                  GOOGLE INC.

**ATTESTATION OF CONCURRENCE**

I, Robert P. Varian, the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order, hereby attest that Bruce Baber has concurred in this filing.

Dated: July 26, 2016                              By:  */s/ Robert P. Varian*

**[PROPOSED] ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: _____     _____
                                                                   Honorable William Alsup
                                                                   Judge of the United States District Court