1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON (*pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
15 dorian.daley@oracle.com
   DEBORAH K. MILLER (SBN 95527)
16 deborah.miller@oracle.com
   MATTHEW M. SARBORARIA (SBN 211600)
17 matthew.sarboraria@oracle.com
   500 Oracle Parkway,
18 Redwood City, CA 94065
   Tel: 650.506.5200 / Fax: 650.506.7117
19
   *Attorneys for Plaintiff*
20 ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>         Plaintiff, <br>    v. <br><br> GOOGLE INC., <br><br>         Defendant. | Case No. CV 10-03561 WHA <br><br> **ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiff Oracle America, Inc. ("Oracle")
2  hereby moves to file under seal the following:
3  
- Portions of Oracle's Reply in Support of Its Rule 59 Motion for a New Trial

4  The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
5  this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
6  "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
7  public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
8  Protective Order § 14.4, ECF No. 66.
9  Google has designated certain documents summarized, quoted, or reproduced in Oracle's
10 Reply in Support of Its Rule 59 Motion for a New Trial as "CONFIDENTIAL" or "HIGHLY
11 CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order.  Therefore,
12 pursuant to the Protective Order, Oracle moves to seal those portions of Oracle's Reply in
13 Support of Its Rule 59 Motion for a New Trial that summarize, quote from, or reproduce those
14 documents.
15 Oracle states no position as to whether disclosure of these materials would cause harm to
16 Google or any third parties.

Dated: July 27, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
Orrick, Herrington & Sutcliffe LLP

By: */s/ Matthew Bush*
Matthew Bush

Attorneys for Plaintiff
ORACLE AMERICA, INC.

- 1 -   ORACLE'S ADMIN. MOT. TO FILE UNDER SEAL