```
 1  ORRICK, HERRINGTON & SUTCLIFFE LLP
     KAREN G. JOHNSON-MCKEWAN (SBN 121570)
 2   kjohnson-mckewan@orrick.com
     ANNETTE L. HURST (SBN 148738)
 3   ahurst@orrick.com
     GABRIEL M. RAMSEY (SBN 209218)
 4   gramsey@orrick.com
     405 Howard Street, San Francisco, CA  94105
 5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
     PETER A. BICKS (pro hac vice)
 6   pbicks@orrick.com
     LISA T. SIMPSON pro hac vice)
 7   lsimpson@orrick.com
     51 West 52nd Street, New York, NY  10019
 8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

 9   BOIES, SCHILLER & FLEXNER LLP
     DAVID BOIES (pro hac vice)
10   dboies@bsfllp.com
     333 Main Street, Armonk, NY  10504
11   Tel: 1.914.749.8200 / Fax: 1.914.749.8300
     STEVEN C. HOLTZMAN (SBN 144177)
12   sholtzman@bsfllp.com
     1999 Harrison St., Ste. 900, Oakland, CA  94612
13   Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14   ORACLE CORPORATION
     DORIAN DALEY (SBN 129049)
15   dorian.daley@oracle.com
     DEBORAH K. MILLER (SBN 95527)
16   deborah.miller@oracle.com
     MATTHEW M. SARBORARIA (SBN 211600)
17   matthew.sarboraria@oracle.com
     500 Oracle Parkway,
18   Redwood City, CA 94065
     Tel: 650.506.5200 / Fax: 650.506.7117

19   Attorneys for Plaintiff
     ORACLE AMERICA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

[PROPOSED] ORDER

1  Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal.
2  Having considered the Administrative Motion to File Under Seal, the Declaration of Matthew
3  Bush in support thereof, the pleadings on file, and any other relevant materials, the
4  Administrative Motion to File Under Seal is **GRANTED**.
5  **IT IS HEREBY ORDERED** that the designated portions of the following documents
6  should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Title of Document to Be Sealed | Entirety or Portion Thereof |
|---|---|
| Oracle's Reply in Support of Its Rule 59 Motion for a New Trial | Portions thereof, including the redactions marked on page 2, lines 2-4; page 3, lines 15-17; page 4, lines 14-17; and page 6, lines 23-24, 27-28. |

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　Honorable. William H. Alsup
　　　　　　　　　　　　　　　　　　　　United States District Court Judge