**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 51 W 52nd St., New York, New York 10019. On July 27, 2016, I served the following document(s):

**DECLARATION OF MATTHEW BUSH SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF ORACLE'S REPLY IN SUPPORT OF ITS RULE 59 MOTION FOR A NEW TRIAL**

**THE UNREDACTED VERSION OF ORACLE'S REPLY IN SUPPORT OF ITS RULE 59 MOTION FOR A NEW TRIAL**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email addresses:

DALVIK-KVN@kvn.com;

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on July 27, 2016, at New York, New York.

*/s/ Matthew Bush*
Matthew Bush