ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF SECOND STIPULATION RE: HEARING ON GOOGLE'S MOTION FOR CIVIL CONTEMPT** |
|---|---|

1    I, Robert L. Uriarte, declare and state as follows:

2    1.   I am a member of the bar of the California State Bar, admitted to practice before this Court, and am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for Plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

3    2.   I submit this declaration pursuant to Civil Local Rule 6-2 in support of the parties' Second Joint Stipulation and Proposed Order re: Hearing on Google's Motion for Civil Contempt and Sanctions.

4    3.   A scheduling conflict exists on September 15, 2016 for one of the attorneys responsible for assisting with Oracle's opposition to Google's Motion. In addition, the parties desire brief extensions on the time to file their respective briefs to further accommodate schedules.

5    4.   I have reviewed the docket in this matter to determine previous modifications in this case, whether by stipulation or Court order. Attached hereto as Appendix A is a list of these time modifications.

6    5.   It is my understanding that the requested change in hearing date for Google's motion will not impact the schedule of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of August, at San Francisco, California.

                                                    */s/ Robert L. Uriarte*
                                                    Robert L. Uriarte

# APPENDIX A

Pursuant to Local Rule 6-2(a)(2), the following is a list of all previous time modifications in the case, whether by stipulation or Court order:

- On August 25, 2010, Google filed a stipulation extending the deadline to file its responsive pleading from September 3, 2010 to October 4, 2010. Dkt. 9.

- On July 28, 2011, Oracle filed a stipulation extending fact discovery cut-off and due dates for expert reports. Dkt. 246. The order was entered on August 1, 2011. Dkt. 257.

- On August 18, 2011, Oracle filed a motion extending time to file their response to Google's request to file a motion for summary judgment on Oracle's infringement allegations under 35 U.S.C. § 271(c) . Dkt. 321. The motion was granted that same day. Dkt. 322.

- On August 22, 2011, Google filed a stipulation extending due dates for expert rebuttal and reply reports on patent-related issues. Dkt. 348. The order was entered on August 29, 2011. Dkt. 364.

- On September 1, 2011, Oracle filed a stipulation extending the cut-off for the deposition of Motorola Mobility, Inc., Dipchand Nishar, and Timothy Lindholm.  Dkt. 378.  The order was entered that same day.  Dkt. 381.

- On September 2, 2011, the Court shortened the briefing schedule for Google's motion to strike. Dkt. 385.

- On September 15, 2011, Oracle filed a stipulation extending the non-damages expert discovery cut-off for the deposition of David August. Dkt. 432. The order was entered on September 16, 2011. Dkt. 437.

- On October 5, 2011, Google filed a stipulation extending time to file certain pre-trial materials. Dkt. 487. The order was entered on October 6, 2011. Dkt. 488.

- On October 12, 2011, Oracle filed a stipulation extending time to file jury instructions, verdict forms, and trial briefs. Dkt. 516. The order was entered that same day. Dkt. 517.

- On October 28, 2011, John Cooper on behalf of Dr. James Kearl filed a request for extension of time to file Rule 706 expert report. Dkt. 754. The order was entered that same day. Dkt. 575.

- On November 17, 2011, Google filed a stipulation extending time for depositions of Timothy Bray and John Rizzo. Dkt. 623. The order was entered on November 18, 2011. Dkt. 624.

- On December 27, 2011, the Court extended the due date for Dr. James Kearl's expert report. Dkt. 658.

- On April 23, 2012, Google filed a Motion for Extension of Time to File Motion for

Administrative Relief to Extend Deadline for Filing Under Seal. Dkt. 966. That motion was granted on April 25, 2015. Dkt. 973.

- On October 13, 2015, Oracle filed a stipulation extending the deadlines in the Third Case Management Order. Dkt. 1334. The order was entered on November 3, 2015. Dkt. 1356.

- On December 16, 2015, Oracle filed a stipulation extending the deadline to take the depositions of Henrik Stahl and Henrique De Castro. The order was entered on December 17, 2015. Dkt. 1401.

- On January 14, 2016, Oracle filed a stipulation extending the deadline to depose Henrique De Castro. Dkt. 1424. The order was entered on January 15, 2016. Dkt. 1429.

- On February 8, 2016, non-party LG Electronics, Inc. filed a motion seeking an extension of time in which to seek a protective order. Dkt. 1484. The Court granted the motion on February 10, 2016. Dkt. 1499.

- On February 11, 2016, he parties filed a stipulation and proposed order seeking to continue the hearings on Google's sealing motions. Dkt. 1502. The court subsequently vacated the hearings. Dkt. 1511.

- On February 17, 2016, Google filed a stipulation modifying and extending Schedule for Expert Reports. Dkt 1507. The order was entered on February 18, 2016. Dkt. 1509.

- On April 22, 2016, Oracle filed a stipulation extending the deadline to take the deposition of Rohit Chatterjee. Dkt. 1724. The order was entered on April 25, 2016. Dkt. 1729.

- On July 26, 2016, the parties filed a joint stipulation to continue the hearing on Google's motion for civil contempt and sanctions from September 8, 2016 to September 15, 2016, which the Court approved on July 27, 2016.