| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>KAREN G. JOHNSON-MCKEWAN # 121570<br>kjohnson-mckewan@orrick.com<br>ANNETTE L. HURST # 148738<br>ahurst@orrick.com<br>GABRIEL M. RAMSEY # 209218<br>gramsey@orrick.com<br>405 Howard Street<br>San Francisco, California  94105-2669<br>Tel:     (415) 773-5700/Fax:   (415) 773-5759<br><br>PETER A. BICKS (pro hac vice)<br>pbicks@orrick.com<br>LISA T. SIMPSON (pro hac vice)<br>lsimpson@orrick.com<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Tel:     (212) 506-5000/Fax:   (212) 506-5151 | KING & SPALDING LLP<br>BRUCE W. BABER (pro hac vice)<br>bbaber@kslaw.com<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309-3521<br>Tel:  (404) 572-4600<br>Fax:  (404) 572-5100<br><br>JOSEPH R. WETZEL #238008<br>jwetzel@kslaw.com<br>101 Second Street, Suite 2300<br>San Francisco, California 94105<br>Tel:  (415) 318-1200<br>Fax:  (415) 318-1300<br><br>Attorneys For Defendant<br>GOOGLE INC. |

ORACLE CORPORATION
DORIAN DALEY # 129049
dorian.daley@oracle.com
DEBORAH K. MILLER # 95527
deborah.miller@oracle.com
MATTHEW M. SARBORARIA # 211600
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL # 246058
ruchika.agrawal@oracle.com
500 Oracle Parkway
Redwood City, CA 94065
Tel:     (650) 506-5200/Fax:   (650) 506-7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　　Defendant. | Case No.  CV 10-03561 WHA<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RE GOOGLE'S MOTION FOR CIVIL CONTEMPT AND SANCTIONS (ECF NO. 2014)**<br><br>**Dept.**:　　Courtroom 8, 19th Floor<br>**Judge**:　　Hon. William Alsup |

**STIPULATION**

WHEREAS, on July 21, 2016, Google noticed a hearing on September 8, 2016 at 8 a.m. in connection with its motion for civil contempt and sanctions (ECF No. 2014);

WHEREAS, the parties stipulated to continue the September 8, 2016 to September 15, 2016 due to the unavailability of the attorney responsible for briefing and arguing Oracle's opposition, which stipulation the Court approved on July 27, 2016 (ECF No. 2017);

WHEREAS, another scheduling conflict exists for another member of Oracle's team on September 15, 2016;

WHEREAS, pursuant to Civil Local Rule 6-2, the parties stipulate to move the hearing on Google's motion to September 22, 2016 at 8 a.m. and to modify the briefing schedule so that Oracle's Opposition Brief will be due on Monday, August 8, 2016 and Google's Reply Brief will be due on Friday, August 19, 2016, and this stipulated request is accompanied by a declaration setting for the reasons for the requested change in time, previous time modifications, and the effect the requested time modification would have on the case schedule;

THEREFORE, subject to the Court's approval, it is hereby stipulated and agreed that:

(1) Google's motion will be heard on September 22, 2016 at 8 a.m.; and

(2) Oracle's Opposition Brief will be due on Monday, August 8, 2016 and Google's Reply Brief will be due on Friday, August 19, 2016.

| | |
|---|---|
| Dated:  August 4, 2016 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | By:   */s/ Robert P. Varian*<br>ROBERT P. VARIAN<br>Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| Dated:  August 4, 2016 | KING & SPALDING LLP |
| | By:   */s/ Bruce W. Baber*<br>BRUCE W. BABER<br><br>Attorneys For Defendant<br>GOOGLE INC. |

### ATTESTATION OF CONCURRENCE

I, Robert P. Varian, the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order, hereby attest that Bruce Baber has concurred in this filing.

Dated:  August 4, 2016         By:   */s/ Robert P. Varian*

### [PROPOSED] ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date:  August 4, 2016.         _____
Honorable William Alsup
Judge of the United States District Court

SECOND STIP. & [PROPOSED] ORDER RE GOOGLE'S CONTEMPT MOTION
Case No.  CV 10-03561 WHA