ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. CV 10-03561 WHA <br> **ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br> Dept.: Courtroom 8, 19th Floor <br> Judge: Honorable William H. Alsup |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiff Oracle America, Inc. ("Oracle")
2    hereby moves to file under seal the following:
3    - Portions of Oracle's Opposition To Motion For Finding of Contempt And For
4      Sanctions including the redactions marked on page 2, lines 7-11 and 12-13;
5    - Portions of Exhibit A to the Declaration of Annette L. Hurst dated August 8, 2016
6      ("Hurst Decl.") including the redactions marked on pages 13-15; page 16, lines 1-23;
7      page 18; and page 19, lines 1-7;
8    - Portions of Exhibit B to the Hurst Decl. including the redactions marked on page 207,
9      lines 1-25; and 208, lines 1-25; and
10   - Portions of Exhibit C to the Hurst Decl. including the redactions marked on page 118,
11     lines 3-6 and 24-25; and page 119, lines 1, 12, and 19-20.
12   The Order Approving Stipulated Protective Order Subject to Stated Conditions entered in
13   this case, ECF No. 68, states that when material has been designated as "CONFIDENTIAL" or
14   "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," a party may not file it in the
15   public record, but must seek to file it under seal pursuant to Civil Local Rule 79-5.  Stipulated
16   Protective Order § 14.4, ECF No. 66.
17   Google has designated certain documents summarized, quoted, or reproduced in Oracle's
18   Opposition To Motion For Finding of Civil Contempt And Sanctions and the papers offered in
19   support thereof as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES
20   ONLY" pursuant to the Protective Order.  *See* Shaffer Decl.  Therefore, pursuant to the Protective
21   Order, Oracle moves to seal those portions of Oracle's Opposition To Motion For Finding of
22   Civil Contempt And Sanctions and the papers offered in support thereof that summarize, quote
23   from, or reproduce those documents.
24   Oracle states no position as to whether disclosure of these materials would cause harm to
25   Google or any third parties.

| | |
|---|---|
| Dated: August 8, 2016 | KAREN G. JOHNSON-MCKEWAN<br>ANNETTE L. HURST<br>GABRIEL M. RAMSEY<br>PETER A. BICKS<br>LISA T. SIMPSON<br>Orrick, Herrington & Sutcliffe LLP |
| | By: */s/ Robert P. Varian*<br>     Robert P. Varian |
| | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |