ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**DECLARATION OF NATHAN SHAFFER IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |
|---|---|

DECL. OF NATHAN SHAFFER

1    I, Nathan Shaffer, declare and state as follows:

2    1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff Oracle America, Inc. ("Oracle"). I am familiar with the events, pleadings and discovery in this action and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal.

3. Portions of Plaintiff Oracle America, Inc.'s Opposition to Motion for Finding of Civil Contempt And For Sanctions summarize, quote from, or reproduce materials that have been designated by Google as "CONFIDENTIAL" or ""HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. *See* ECF No. 66. Specifically, the redactions marked on page 2, lines 7-11 and 12-13 have been designated pursuant to the Protective Order.

4. Portions of Exhibit A to the Declaration of Annette L. Hurst dated August 8, 2016 ("Hurst Decl.") have been designated by Google as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. *See* ECF No. 66. Specifically, the redactions marked on pages 13-15; page 16, lines 1-23; page 18; and page 19, lines 1-7 have been designated pursuant to the Protective Order.

5. Portions of Exhibit B to the Hurst Decl. have been designated by Google as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. *See* ECF No. 66. Specifically, the redactions marked on page 207, lines 1-25; and 208, lines 1-25 have been designated pursuant to the Protective Order.

6. Portions of Exhibit C to the Hurst Decl. have been designated by Google as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order. *See* ECF No. 66. Specifically, the redactions marked on page 118, lines 3-6 and 24-25; and page 119, lines 1, 12, and 19-20 have been designated pursuant to the Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is

DECL. OF NATHAN SHAFFER

1  true and correct.

2  Executed this 8th day of August, 2016, at San Francisco, CA.

_____
Nathan Shaffer