Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal. Having considered the Administrative Motion to File Under Seal, the Declaration of Nathan Shaffer in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the designated portions of the following documents should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Title of Document to Be Sealed | Entirety or Portion Thereof |
|---|---|
| Plaintiff Oracle America, Inc.'s Opposition to Motion for Finding of Civil Contempt And For Sanctions | Portions thereof, including the redactions marked on page 2, lines 7-11 and 12-13. |
| Transcript of the deposition of Jonathan Gold dated December 11, 2015. | Portions thereof, including the redactions marked on pages 13-15; page 16, lines 1-23; page 18; and page 19, lines 1-7. |
| Transcript of the deposition of James Malackowski dated March 17, 2016. | Portions thereof, including the redactions marked on page 207, lines 1-25; and 208, lines 1-25. |
| Transcript of the deposition of James R. Kearl dated March 23, 2016. | Portions thereof, including the redactions marked on page 118, lines 3-6 and 24-25; and page 119, lines 1, 12, and 19-20. |

**IT IS SO ORDERED.**

Dated: _____

                                        Honorable. William H. Alsup
                                        United States District Court Judge