# EXHIBIT A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,              )
 6              Plaintiff,              )
         vs.                            ) Case No.
 7   GOOGLE, INC.,                      ) CV 10-03561 WHA
 8              Defendant.              )
     _____)
 9                  CONFIDENTIAL
10
11    VIDEOTAPED DEPOSITION OF GOOGLE'S 30(b)(6) WITNESS
12                    JONATHAN GOLD
13               Palo Alto, California
14            Friday, December 11, 2015
                       Volume I
15   Reported by:
16   CARLA SOARES, CSR No. 5908
17   Job No.  2196292
18
     PAGES 1 - 320
19   PAGES 13-16, 18-19, 22-24, 26-31, 34-52, 55-57,
20   59-65, 67-70, 72-92, 94-109, 111-115, 117-121,
     123-126, 129-131, 133-136, 138-139, 141-142,
21   144-147, 149-150, 152-155, 157-162, 167, 176-180,
22   182-184, 186-189, 192-198, 200-203, 205-206,
     209-212, 214-231, 234-239, 241-246, 248-261,
23   263-267, 269-273, 275-297, 299-305, 307-318 ARE
24   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY AND
25   ARE BOUND SEPARATELY
```

Page 1

1    Mr. Gold?
2         A    I have.
3         Q    Do you understand that you have been
4    designated by Google to testify today on behalf of
5    the company regarding Topic 1, Topic 3, Topic 5 and
6    Topic 6?
7              MR. PURCELL:  Object to the form.
8              THE WITNESS:  I just want to make sure I'm
9    reading it correctly.
10             Yeah.  My understanding is most or
11   parts -- in some case parts of those.  But yes.
12   BY MS. LEWIS-GRUSS:
13        Q    Okay.  That's fine.
14             So one of the topics you have been
15   designated on is Topic 1H; is that correct?
16        A    I believe so, yes.
17             (Pages 13 through 16 are marked "Highly
18   Confidential - Attorneys' Eyes Only," pursuant to
19   protective order, and are bound under separate
20   cover.  The non-confidential portion of this
21   transcript continues on page 17.)
22                        --o0o--
23
24
25

Page 12



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 14





```
 1   ████████████████
 2      █ ████████████████████████████████
 3   ██████████████████
 4      █ ███████████████
 5      █ ████████████████████████████████
 6   ████████
 7      █ ██████████████████████████████
 8   █████████████████████████
 9      █ ████████████████████████████
10   ████████████████████
11         ████████████████████████████
12         █████████████████████████████
13   ██████
14   ██████████████████
15      █ █████████████████████████████████
16      █ ██████████████
17      █ ████████████████████████████████
18   ████████
19      █ █████████████████████████████████
20   █████████████████████████
21      █ ██████████████████████████████
22   █████████████████
23      █ ██████████████████████
24              (End of confidential portion.)
25                        --o0o--
```

Page 16

1    Q   By the term P&L, you understand that to
2    mean a profit and loss statement?
3    A   I do.
4         (Pages 18 and 19 are marked "Highly
5    Confidential - Attorneys' Eyes Only," pursuant to
6    protective order, and are bound under separate
7    cover.  The non-confidential portion of this
8    transcript continues on page 20.)
9                        --o0o--
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 18

1  █████████████████
2     █  █████████████████████████
3  ███████████████████████████████
4  ██████
5         ████████████████████████
6         ██████████████████████████████
7  ███████████████████████████
8            (End of confidential portion.)
9                     --o0o--
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 266

1  █████████████████████████████████████████
2  ████
3  ████████████████████████████████
4  █████████████████████████████████
5  █████████████████████████████████████████
6  ██████████████
7  █ ███████████████████████████████████████
8  █████████
9  █  ██████████
10 █ ██████████████████████████████████████
11 ██████
12 ██████████████████████████
13 ███████████████████████████
14 ███████████████
15              (End of confidential portion.)
16                        --o0o--
17
18
19
20
21
22
23
24
25

Page 267