# EXHIBIT B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4    ORACLE AMERICA, INC.,

5         Plaintiff,

6              vs.          Case No. 3:10-cv-03561-WHA

7    GOOGLE, INC.,

8         Defendant.
     _____

9

10

11

12

13     *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

14           PURSUANT TO THE PROTECTIVE ORDER

15        VIDEO DEPOSITION OF JAMES MALACKOWSKI

16             San Francisco, California

17            Wednesday, March 17, 2016

18                    Volume I

19

20

21

22    REPORTED BY:

23    REBECCA L. ROMANO, RPR, CSR No. 12546

24    JOB NO. 2265299

25    PAGES 1 - 385

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 208