# EXHIBIT A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,                 )
 6                 Plaintiff,              )
                vs.                        ) Case No.
 7   GOOGLE, INC.,                         ) CV 10-03561 WHA
 8                 Defendant.              )
     _____)
 9                   CONFIDENTIAL
10
11   VIDEOTAPED DEPOSITION OF GOOGLE'S 30(b)(6) WITNESS
12                    JONATHAN GOLD
13                 Palo Alto, California
14              Friday, December 11, 2015
                     Volume I
15   Reported by:
16   CARLA SOARES, CSR No. 5908
17   Job No.  2196292
18
     PAGES 1 - 320
19   PAGES 13-16, 18-19, 22-24, 26-31, 34-52, 55-57,
20   59-65, 67-70, 72-92, 94-109, 111-115, 117-121,
     123-126, 129-131, 133-136, 138-139, 141-142,
21   144-147, 149-150, 152-155, 157-162, 167, 176-180,
22   182-184, 186-189, 192-198, 200-203, 205-206,
     209-212, 214-231, 234-239, 241-246, 248-261,
23   263-267, 269-273, 275-297, 299-305, 307-318 ARE
24   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY AND
25   ARE BOUND SEPARATELY
```

CONFIDENTIAL

```
1    Mr. Gold?
2           A    I have.
3           Q    Do you understand that you have been
4    designated by Google to testify today on behalf of
5    the company regarding Topic 1, Topic 3, Topic 5 and
6    Topic 6?
7                 MR. PURCELL:  Object to the form.
8                 THE WITNESS:  I just want to make sure I'm
9    reading it correctly.
10                Yeah.  My understanding is most or
11   parts -- in some case parts of those.  But yes.
12   BY MS. LEWIS-GRUSS:
13          Q    Okay.  That's fine.
14                So one of the topics you have been
15   designated on is Topic 1H; is that correct?
16          A    I believe so, yes.
17                (Pages 13 through 16 are marked "Highly
18   Confidential - Attorneys' Eyes Only," pursuant to
19   protective order, and are bound under separate
20   cover.  The non-confidential portion of this
21   transcript continues on page 17.)
22                          --o0o--
23
24
25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 14

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



(End of confidential portion.)

--o0o--

Page 16

CONFIDENTIAL

1        Q   By the term P&L, you understand that to

2    mean a profit and loss statement?

3        A   I do.

4            (Pages 18 and 19 are marked "Highly

5    Confidential - Attorneys' Eyes Only," pursuant to

6    protective order, and are bound under separate

7    cover.  The non-confidential portion of this

8    transcript continues on page 20.)

9                        --o0o--

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8    (End of confidential portion.)

9    --o0o--

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 266

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



15          (End of confidential portion.)

16                    --o0o--

Page 267