# EXHIBIT C

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4    ORACLE AMERICA, INC.,

5         Plaintiff,

6            vs.          Case No. 3:10-cv-03561-WHA

7    GOOGLE, INC.,

8         Defendant.

     _____

9

10

11

12

13              *HIGHLY CONFIDENTIAL*

14         PURSUANT TO THE PROTECTIVE ORDER

15      VIDEO DEPOSITION OF JAMES R. KEARL, Ph.D.

16            San Francisco, California

17            Wednesday, March 23, 2016

18                   Volume I

19

20

21

22   REPORTED BY:

23   REBECCA L. ROMANO, RPR, CSR No. 12546

24

25   Job No. CS2276036

HIGHLY CONFIDENTIAL

Page 116

1   categories of programmers face.

2       Q.   Is it fair to say that you're spending

3   more time than you want to at lawyers' services?

4       A.   Absolutely.

5            MR. COOPER:  Yes.

6       Q.   (By Mr. Ragland)  Well, I should have

7   asked a foundational question.

8            What -- what do you mean by multi-homing?

9       A.   Multi-homing, I think, means that I write

10  for several platforms that presumably have

11  different implementing -- well, different

12  app-support platforms.

13           That is, you've got -- this is awkwardly

14  put.  You've got to write in different languages.

15  Okay.

16      Q.   In your report, on paragraph 59, which is

17  on -- you can race to get to the page -- pages 30

18  and 31, you state in there that, "Google makes less

19  search-related profit when users switch from an

20  Android phone to another smartphone."

21           What is -- to your recollection,

22  what's the -- the evidence or basis for that -- for

23  that statement?

24      A.   This has a long predicate to it, which I

25  describe in my -- in my -- early on in the report,

HIGHLY CONFIDENTIAL

Page 117

1    which is, you would think that the nature of

2    traffic acquisition costs would be sort of almost

3    stipulated, that everybody would agree that the

4    record would be clear on this matter, that we would

5    know who pays what and how much.

6            And the record is a hash.  It's not

7    clear.  And the experts aren't clear either.

8    Because I asked them this question when I had an

9    opportunity to pose questions in depositions.

10           So it -- with that as background, it's my

11   understanding that when Google sells an ad, its

12   revenue doesn't depend upon which -- it's -- the

13   price it gets paid for placing the ad doesn't

14   depend upon which platform it's on.

15           So its revenue are platform neutral, but

16   that its costs are not.  And that the advantage of

17   Android is that it reduced traffic acquisition

18   costs.

19           That's what I believe the facts will be,

20   but they're not clear.  Okay.

21           I think there's some indirect evidence

22   that that's what Google wanted.  It wanted to

23   reduce traffic acquisition costs.

24           That may have occurred in two ways.  Only

25   one way is handled by all of the experts in this

HIGHLY CONFIDENTIAL

Page 118

1  matter, including me.  And that is there was a

2  direct reduction in costs.

3  ███████████████████████████████████████████

4  ███████████████████████████████████████████

5  ███████████████████████████████████████████

6  ████████████

7      Q.   Let me just --

8      A.   -- Android.

9      Q.   Let me break in for a moment because it

10 sounds like we're --

11         MS. HURST:  Objecting to you --

12     Q.   (By Mr. Ragland)  -- like we're getting

13 into information under the protective order for

14 which Oracle's representative has to be excused.

15         Apologies --

16     A.   I apologize.

17         MS. HURST:  No, it's not your fault.  We

18 tried to get that altered, but thank you for your

19 consideration.

20     Q.   (By Mr. Ragland)  So I'm sorry to

21 interrupt you for that.

22         Please continue if you want to refer to

23 the -- to the LiveNote feed.

24  ████  ████████████████████████████████████

25 ███████████████████████████████████████████

1      ██████████████████████

2              And it's that quantitative and the

3      overall qualitative thing that informs my decision,

4      and -- and informs my -- my opinion, not

5      decision -- and is what is reflected in this

6      paragraph, and reflected, I think, in the other

7      experts' reports.

8              There's a second way that Android may

9      have mattered to Google that has not been

10     quantified by anybody, and that is whether it put

11     Google in a stronger position in negotiating what

12     ███████████████████████████████████████████

13     prevent, for example, being blocked out of the

14     platform or -- or something of that sort.

15             Nobody has taken that on.  But, at least,

16     again, there's some qualitative things evidenced,

17     that is stuff that I've seen that suggests that

18     there was some concern about being blocked and

19     ████████████████████████████████████

20     ██████████████████████████████████

21     negotiating TAC up.

22             But none of that figures into anybody's

23     damages numbers here, none.  What figures into the

24     damage numbers is -- is this different than

25     acquisition costs.

HIGHLY CONFIDENTIAL

Page 120

1              So long answer.

2              To repeat the short version of this is,

3   I'm assuming that the -- that the revenues -- and I

4   think all the other experts do as well -- will be

5   more or less the same, but that Android had lower

6   acquisition -- that Google had lower acquisition

7   costs because of Android, and, therefore, its

8   profits were greater.

9              MR. RAGLAND:  And I will take this

10  opportunity to designate this transcript as highly

11  confidential under the protective order subject to

12  de-designation.

13             MS. HURST:  So I -- I just have to object

14  to that.  The Judge has already said that nothing

15  outside of the last two years should be

16  considered -- should be considered under seal at

17  this point in the case.

18             And while that particular answer I can

19  understand is consistent with prior court orders,

20  designating the whole transcript at this point in

21  the case when we have Daubert motions to file, that

22  just doesn't meet the Ninth Circuit standard for

23  compelling reasons.

24             MR. RAGLAND:  Well, my --

25             MS. HURST:  I object to you doing that.