# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105. On August 8, 2016, I served the following document(s):

**DECLARATION OF NATHAN SHAFFER IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF ORACLE'S OPPOSITION TO MOTION FOR FINDING OF CIVIL CONTEMPT AND SANCTIONS**

**THE UNREDACTED VERSION OF ORACLE'S OPPOSITION TO MOTION FOR FINDING OF CIVIL CONTEMPT AND SANCTIONS**

**THE REDACTED EXHIBIT A TO THE DECLARATION OF ANNETTE L. HURST DATED AUGUST 8, 2016**

**THE UNREDACTED EXHIBIT A TO THE DECLARATION OF ANNETTE L. HURST DATED AUGUST 8, 2016**

**THE REDACTED EXHIBIT B TO THE DECLARATION OF ANNETTE L. HURST DATED AUGUST 8, 2016**

**THE UNREDACTED EXHIBIT B TO THE DECLARATION OF ANNETTE L. HURST DATED AUGUST 8, 2016**

**THE REDACTED EXHIBIT C TO THE DECLARATION OF ANNETTE L. HURST DATED AUGUST 8, 2016**

**THE UNREDACTED EXHIBIT C TO THE DECLARATION OF ANNETTE L. HURST DATED AUGUST 8, 2016**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email address:

DALVIK-KVN@kvn.com;

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on August 8, 2016, at San Francisco, California.

Nathan Shaffer