**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ORACLE AMERICA, INC.,                        No. C 10-03561 WHA

11            Plaintiff,

12      v.                                        **NOTICE RE OPPORTUNITIES
                                                  FOR YOUNG ATTORNEYS**
13   GOOGLE INC.,

14            Defendant.

15   _____/

16        Counsel will please keep in mind the need to provide arguments and courtroom

17   experience to the next generation of practitioners.  The Court will particularly welcome any

18   lawyer with four or fewer years of experience to argue the upcoming motions.

19

20

21

22   Dated:   August 12, 2016.

23                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
24

25

26

27

28