| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| 14 | ORACLE CORPORATION |
| | DORIAN DALEY (SBN 129049) |
| 15 | dorian.daley@oracle.com |
| | DEBORAH K. MILLER (SBN 95527) |
| 16 | deborah.miller@oracle.com |
| | MATTHEW M. SARBORARIA (SBN 211600) |
| 17 | matthew.sarboraria@oracle.com |
| | 500 Oracle Parkway, |
| 18 | Redwood City, CA 94065 |
| | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 19 | |
| | *Attorneys for Plaintiff* |
| 20 | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE BY MICHELLE O'MEARA COUSINEAU** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Michelle O'Meara Cousineau (momeara@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, CA 90017, as additional counsel of record in this action for Plaintiff Oracle America, Inc.

Dated: August 16, 2016

KAREN G. JOHNSON-MCKEWAN
ANNETTE L. HURST
GABRIEL M. RAMSEY
PETER A. BICKS
LISA T. SIMPSON
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Michelle O'Meara Cousineau*
Michelle O'Meara Cousineau
(SBN 286797)

ORRICK, HERRINGTON & SUTCLIFFE
momeara@orrick.com
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017
Tel.: (213) 626-2020
Fax: (213) 612-2499

Attorneys for Plaintiff
ORACLE AMERICA, INC.

- 1 -

NOTICE OF APPEARANCE BY
MICHELLE O'MEARA COUSINEAU
CV 10-03561