# United States District Court
# Northern District of California

# Document Locator

Case Number: 15-3561 WHA

Date Filed: August 17, 2016

**Document:**

- ○ Reporter's Transcript:
- ☒ Trial Exhibts: 2 boxes ~~at one expedo~~
- ○ Lodged Documents:
- ○ Sealed Documents:
- ○ Declaration(s)

- ○ Other:

**Location:**

- ○ Expando File (Next to Case File)
- ○ Overflow Shelf:
- ○ Vault
- ○ Other:

**Document Number:** Shelf 65