# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 8/17/16 | **Time:** 2 hours | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Kathy Sullivan | |

**Attorney for Plaintiff:** Annette Hurst; Nathan Shaffer; Lisa Simpson; Michelle O'Meara

**Attorney for Defendant:** Robert Van Nest; Dan Purcell; Christa Anderson; Reid Mullen; Bruce Baber; Maya Karwande; Kate Lazarus

# PROCEEDINGS

Motion for Judgment as a Matter of Law (dkt #1993) - Taken Under Submission

Motion for New Trial (dkt #1997) - Taken Under Submission

PRETRIAL SCHEDULE:

Parties shall meet and confer regarding objections to cost bill.