| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | KEKER & VAN NEST LLP |
| KAREN G. JOHNSON-MCKEWAN # 121570 | ROBERT A. VAN NEST - # 84065 |
| kjohnson-mckewan@orrick.com | rvannest@kvn.com |
| ANNETTE L. HURST # 148738 | CHRISTA M. ANDERSON - # 184325 |
| ahurst@orrick.com | canderson@kvn.com |
| GABRIEL M. RAMSEY # 209218 | DANIEL PURCELL - # 191424 |
| gramsey@orrick.com | dpurcell@kvn.com |
| 405 Howard Street | 633 Battery Street |
| San Francisco, California 94105-2669 | San Francisco, CA 94111-1809 |
| Tel: (415) 773-5700/Fax: (415) 773-5759 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| PETER A. BICKS (pro hac vice) | |
| pbicks@orrick.com | KING & SPALDING LLP |
| LISA T. SIMPSON (pro hac vice) | BRUCE W. BABER (pro hac vice) |
| lsimpson@orrick.com | bbaber@kslaw.com |
| 51 West 52nd Street | 1180 Peachtree Street |
| New York, New York 10019-6142 | Atlanta, GA 30309 |
| Tel: (212) 506-5000/Fax: (212) 506-5151 | Tel: (404) 572-4826 |
| ORACLE CORPORATION | |
| DORIAN DALEY # 129049 | *Attorneys For Defendant* |
| dorian.daley@oracle.com | GOOGLE INC. |
| DEBORAH K. MILLER # 95527 | |
| deborah.miller@oracle.com | |
| MATTHEW M. SARBORARIA # 211600 | |
| matthew.sarboraria@oracle.com | |
| RUCHIKA AGRAWAL # 246058 | |
| ruchika.agrawal@oracle.com | |
| 500 Oracle Parkway | |
| Redwood City, CA 94065 | |
| Tel: (650) 506-5200/Fax: (650) 506-7117 | |

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. CV 10-03561 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF COSTS AWARD** |
| GOOGLE INC., | |
| Defendant. | **Dept.**: Courtroom 8, 19th Floor |
| | **Judge**: Hon. William Alsup |

**STIPULATION**

WHEREAS, as directed by the Court, Oracle and Google met and conferred about Google's Bill of Costs (ECF 1990) and Oracle's objections thereto (ECF 1994);

WHEREAS, the Parties reached an agreement resolving the disputes relating to Google's Bill of Costs (ECF 2039);

WHEREAS, pursuant to the Parties' agreement in ECF 2039, the total amount of costs to be awarded to Google is $2,153,444;

WHEREAS, Oracle desires to stay execution of the costs agreed to by the Parties until the conclusion of the case and, to the extent any appeals are filed, seeks a waiver of the requirement that either Party post a supersedeas bond; and

WHEREAS, Google is agreeable to staying execution of the costs agreed to by the Parties and agrees that, to the extent any appeals are filed, the requirement to post a supersedeas bond should be waived, provided that Oracle pay the costs agreed to by the Parties with post-judgment interest, provided the judgment upon which the costs were agreed to (ECF 1989) has not been overturned, at the conclusion of the case;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE as follows:

1. Execution of the costs agreed to by the Parties (ECF 2039) shall be stayed pending the conclusion of the case. By agreement of the Parties, to the extent any appeals are filed, neither Party is required to post a supersedeas bond.

2. Provided that the judgment underlying the costs agreed to by the Parties (ECF 1989) is not overturned, Oracle shall pay the costs agreed to by the Parties with post-judgment interest.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: August 19, 2016 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By:    */s/ Vickie L. Feeman* |
| | Attorneys for Plaintiff<br>ORACLE AMERICA, INC. |
| Dated: August 19, 2016 | Keker & Van Nest LLP |
| | By:    */s/ Reid P. Mullen* |
| | Attorneys For Defendant<br>GOOGLE INC. |

## ATTESTATION OF CONCURRENCE

I, Vickie L. Feeman, the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order to Stay Execution of Costs Award, hereby attest that Reid P. Mullen has concurred in this filing.

Dated:   August 19, 2016          By:    */s/ Vickie L. Feeman*

# [PROPOSED] ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date:  August 22, 2016.

_____
Honorable William Alsup
Judge of the United States District Court