# EXHIBIT 3



# Chromium Blog

News and developments from the open source browser project

---

## From Chrome Apps to the Web

Friday, August 19, 2016

We have always believed in making the open, interoperable web as strong as possible. For a while there were certain experiences the web couldn't provide, such as working offline, sending notifications, and connecting to hardware. We launched Chrome apps three years ago to bridge this gap.

Since then, we've worked with the web standards community to enable an increasing number of these use cases on the web. Developers can use powerful new APIs such as service worker and web push to build robust Progressive Web Apps that work across multiple browsers. More capabilities will continue to become available on the web.

As we continue our efforts to simplify Chrome, we believe it's time to begin the evolution away from the Chrome apps platform. There are two types of Chrome apps: packaged apps and hosted apps. Today, approximately 1% of users on Windows, Mac and Linux actively use Chrome packaged apps, and most hosted apps are already implemented as regular web apps. We will be removing support for packaged and hosted apps from Chrome on Windows, Mac, and Linux over the next two years.

All types of Chrome apps will remain supported and maintained on Chrome OS for the foreseeable future. Additional enhancements to the Chrome apps platform will apply only to Chrome OS devices, including kiosks. Developers can continue to build Chrome apps (or Android apps) for Chrome OS.

Starting in late 2016, newly-published Chrome apps will only be available to users on Chrome OS. Existing Chrome apps will remain accessible on all platforms, and developers can continue to update them.

In the second half of 2017, the Chrome Web Store will no longer show Chrome apps on Windows, Mac, and Linux, but will continue to surface extensions and themes. In early 2018, users on these platforms will no longer be able to load Chrome apps.

On Windows, Mac, and Linux, we encourage developers to migrate their Chrome apps to the web. Developers who can't fully move their apps to the web can help us prioritize new APIs to fill the gaps left by Chrome apps. In the short term, they can also consider using a Chrome extension or platforms such as Electron or NW.js.

As the capabilities of the web continue to grow, we're excited to see what developers build next. Alongside other browser vendors, we remain committed to investment in the web and enabling users and developers to benefit from its openness and reach.

Posted by Rahul Roy-Chowdhury, VP Product Management

  

## 218 comments

Add a comment as Nathan Shaffer

Top comments

**Eli Fennell** via Google+   5 days ago   ·  Shared publicly
**Google Discontinuing Chrome Browser Apps (Except On Chrome OS)**

In a blog post today, Google announced that they will be phasing out Chrome Apps
(Packaged and Hosted) for the Chrome Browser on every platform except Chrome OS
Read more (14 lines)

**+69**   [ 1 ]  ·  Reply

View all 10 replies

**Robert M. Papillion**   14 hours ago
**+Emílio B. Pedrollo** You have absolutely no problems. If you use a Chromebook or
Android, you won't lose anything. But if you use Windows, you can switch to the Plex
app from the Windows store. And if you're willing to use Web apps and Chrome
Read more

**Emílio B. Pedrollo**   13 hours ago   **+1**
**+Robert M. Papillion** I'm a Windows and Linux user, On my Linux Machine I'll be an Plex
orphan anyway, on my windows machine i will have to purchase the Plex app from
Windows Store (It's limited to 1 minute of playback until payment). The Hangouts app
Read more

**Peggy K** via Google+   5 days ago   ·  Shared publicly
**Google to remove support for Chrome apps for Mac, Windows, Linux by 2018**

Chrome apps will remain available for Chrome OS.

Read more (15 lines)

**+16**   [ 1 ]  ·  Reply



Google                                    Google · Privacy · Terms