# EXHIBIT 1



The latest news from the Google Chrome team

# First set of Android apps coming to a Chromebook near you

Thursday, September 11, 2014

Chromebooks were designed to keep up with you on the go—they're thin and light, have long battery lives, resume instantly, and are easy to use. Today, we're making Chromebooks even more mobile by bringing the first set of Android apps to Chrome OS:

- Duolingo - a fun and free way to learn a new language before your next trip
- Evernote - write, collect and find what matters to you, with a full-size keyboard and touchscreen
- Sight Words - a delightful way for you to help improve your child's reading skills
- Vine - create short, beautiful, looping videos in a simple and fun way



These first apps are the result of a project called the App Runtime for Chrome (Beta), which we announced earlier this summer at Google I/O. Over the coming months, we'll be working with a select group of Android developers to add more of your favorite apps so you'll have a more seamless experience across your Android phone and Chromebook.

In the meantime, please tell us which of your favorite Android apps you'd like to see on your Chromebook.

Posted by Ken Mixter, Software Engineer & Josh Woodward, Product Manager (Android Dreamers)

  

493 comments



Google · Privacy · Terms