# EXHIBIT 2



Apps

Learn Basics

Learn with Codelab

Run Chrome Apps on Mobile

Run Android Apps on Chrome OS

**Getting Started With ARC**

Enable Play Services in Your ARC App

In-app Purchases for ARC Apps

Samples

Develop in the Cloud

User Low-Level System Services

MVC Architecture & Frameworks

Distribute Apps

Chrome Platform APIs

Help

Extensions

Native Client

Store

# Getting Started with ARC

The App Runtime for Chrome (Beta), or ARC, lets you run your favorite Android apps on Chrome OS. By following these steps, you can try out the **App Runtime for Chrome (Beta)** during this Developer Preview.

To test your app, you need three things:

1. Your APK.
2. PC, Mac, Linux, or Chromebook on Chrome Version 41+.

   ◦ Note: ARC is no longer supported on 32-bit x86 platforms and those platforms will no longer receive updates after October 13, 2015. All ARM platforms will continue to work and receive updates.

3. **The ARC Welder app**.

# Test your app

Open ARC Welder, attach your APK, and select your options. Click **Launch App** to test your app.

# Upload your app

In ARC Welder, click **Download ZIP**. Upload your ZIP file to the Chrome Web Store. See **Publishing Your App** for more details.

# Best practices

When testing your APK on ARC, developers have passed along these helpful tips:

• Use *Tablet* or *Maximized* for your form factor and *Landscape* for your orientation.
• Be sure your app works well for touch and non-touch Chromebooks.
• If you need to check if your app is running on Chrome OS, look for *chromium* as the `android.os.Build.BRAND` and `android.os.Build.MANUFACTURER`.
• Getting logs:

   ◦ On a PC, you can get logs from your app by running `plugin.shell('adbd')` in the JavaScript console (chrome://inspect/#apps) and then running either `adb logcat` or `adb pull /data/data/package_name/path/to/your/log.txt` from the Android SDK tools.
   ◦ On a Chromebook, where adb isn't available right now, run either `plugin.shell('logcat')` or `plugin.shell('cat /data/data/package_name/path/to/your/log.txt')` directly in the JavaScript console (chrome://inspect/#apps).

- ◦ If the app crashes and you can't get logs using logcat, try collecting **stdout and stderr from Chrome/NaCl**. On Chrome OS, you can get these logs from chrome://system/ and expanding *ui_log*.
- ◦ Javascript console logs sometimes contain relevant information. There are two contexts, the background page (chrome://extensions, enable Developer Mode, select app_main.html for your app), and the app window (chrome://inspect/#apps).

- To enable Google Play services, **read more**.
- Since ARC is in Beta, it doesn't support all of Google Play Services yet. However, here are some available APIs:

  - ◦ **Auth (OAuth2)**
  - ◦ **GCM**
  - ◦ **Google+ sign-in**
  - ◦ **Maps**
  - ◦ **Location**
  - ◦ **Ads**

- To ensure compatibility with all users, package and test your app on the **Chromebook Stable channel**.
- To use in-app payments, **read more**.

*Content available under the* ***CC-By 3.0 license***

**Google**    **Terms of Service**    **Privacy Policy**    **Report a content bug**

G+1 ⟨14M⟩    **Add us on** G+