# Exhibit 4
## (Document Sought to be Sealed)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4      ORACLE AMERICA, INC.,                )

5                 Plaintiff,          ) Case No.

6            vs.                      ) CV 10-03561 WHA

7      GOOGLE, INC.,                        )

8                 Defendant.          )

9      _____) VOLUME I

10

11          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12        VIDEOTAPED 30(b)(6) DEPOSITION OF GOOGLE, INC.

13                DESIGNEE:  FELIX LIN

14                 Palo Alto, California

15               Monday, December 14, 2015

16

17

18

19

20

21

22     Reported by:

23     KELLI COMBS, CSR No. 7705

24     Job No.  2196295

25     Pages 1 - 184

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | If you'll wait just one moment, I'll put | 10:07:00AM |
| 2 | an objection in. | |
| 3 | BY MS. HURST: | |
| 4 | Q    And would you correct my pronunciation of | |
| 5 | any names if they're wrong today?  I don't want to | 10:07:07AM |
| 6 | offend anyone by getting the names wrong. | |
| 7 | Is that -- is that all right with you? | |
| 8 | A    Sure.  Yes. | |
| 9 | Q    Thank you. | |
| 10 | And during what period of time did you | 10:07:17AM |
| 11 | understand Mr. Pichai to be responsible for | |
| 12 | Chrome OS? | |
| 13 | MR. RAGLAND:  Objection to form. | |
| 14 | THE WITNESS:  Pretty much from the | |
| 15 | beginning. | 10:07:27AM |
| 16 | BY MS. HURST: | |
| 17 | Q    Now, in 2009, Google had already created | |
| 18 | and announced Android; is that correct? | |
| 19 | A    Yes. | |
| 20 | Q    And Android is an operate -- or includes | 10:07:39AM |
| 21 | an operating system, true? | |
| 22 | MR. RAGLAND:  Objection; form. | |
| 23 | THE WITNESS:  Yes. | |
| 24 | BY MS. HURST: | |
| 25 | Q    ████████████████████████████████ | 10:07:47AM |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



19          MR. RAGLAND:  Objection; outside the scope

20   and form.                                    10:09:59AM

21          I'll also take this opportunity to

22   designate the transcript as Highly Confidential,

23   Attorneys' Eyes Only subject to review, as we've

24   been doing in other depositions.

25          THE WITNESS:  What was the question again?   10:10:09AM

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 16



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      ██████████████████████████              10:13:14AM

2      BY MS. HURST:

3           Q    But you have been able to create a

4      solution that will allow Android applications to run

5      on Chrome OS, true?                        10:13:22AM

6                MR. RAGLAND:  Objection to form and

7      outside the scope.

8                THE WITNESS:  We've managed to get some

9      Android applications running on Chrome OS.

10     BY MS. HURST:                              10:13:35AM

11          Q    And the -- are you familiar with

12     ARC Welder?

13          A    Yes.

14          Q    What is ARC Welder?

15                MR. RAGLAND:  Objection; outside the    10:13:43AM

16     scope.

17                THE WITNESS:  ARC Welder is a tool that

18     allows application developers to try to get their

19     applications running on Chrome OS.

20     BY MS. HURST:                              10:13:52AM

21          Q    And why did you create ARC Welder?

22                MR. RAGLAND:  Same objection.

23                THE WITNESS:  We wanted to make it

24     possible for application developers who were

25     familiar and had built Android applications to make  10:14:02AM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   encourage developers to write for the form factor,      10:15:09AM

 2   so they don't necessarily offer the best solution by

 3   simply taking a device -- an application written for

 4   a phone and running it on a -- on a larger display.

 5   BY MS. HURST:                                           10:15:22AM

 6       Q    So then why not simply encourage them to

 7   develop for Chrome OS devices?  I mean, why offer

 8   ARC Welder at all?

 9       A    We do.

10            MR. RAGLAND:  Objection to form and            10:15:31AM

11   outside the scope.

12            THE WITNESS:  We do.

13   BY MS. HURST:

14       Q    And have you been successful in getting

15   many developers of Android applications to port them    10:15:36AM

16   over to Chrome OS?

17            MR. RAGLAND:  Same objections.

18            THE WITNESS:  We've seen some success,

19   yes.

20   BY MS. HURST:                                           10:15:45AM

21       Q    Can you approximate how many Android

22   applications have been ported over to Chrome OS

23   without use of ARC Welder?

24            MR. RAGLAND:  Objection to form and

25   outside the scope.                                      10:15:53AM
```

Page 21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
 1

23    BY MS. HURST:

24         Q    Would you agree that major platform

25    providers in the marketplace are working towards the     10:20:32AM
```

Page 25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the scope.                                          10:24:00AM

2            THE WITNESS:  I see different strategies

3    for different companies playing out.

4    BY MS. HURST:

5        Q    My question now is:  Thinking forward and     10:24:20AM

6    projecting into the future with the goals for

7    Google, wouldn't you like to have a unified

8    experience for your customers, that is, end user

9    customers, across any device that they may choose to

10   use?                                               10:24:35AM

11           MR. RAGLAND:  Objection to form, outside

12   the scope.

13           THE WITNESS:  Google tries to make its

14   applications available on all platforms, yes.

15   BY MS. HURST:                                      10:24:44AM

16       Q    And how does Google make money?

17           MR. RAGLAND:  Objection; outside the

18   scope, form.

19           THE WITNESS:  Today, Google primarily

20   makes money from advertising.                      10:24:57AM

21   BY MS. HURST:

22       Q    And in what forms does Google deliver the

23   advertising from which it makes that money?

24           MR. RAGLAND:  Same objections.

25           THE WITNESS:  Largely online.              10:25:08AM

                                                        Page 29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 1 | BY MS. HURST: | 1:28:38PM |

1    BY MS. HURST:                                              1:28:38PM

2        Q    Did Exhibit 5089, this article, did it

3    prompt any discussion on your part with anybody else

4    at Google about the information contained therein?

5            MR. RAGLAND:  Objection to form and beyond      1:28:48PM

6    the scope.

7            THE WITNESS:  Other -- other people on the

8    team saw it.  I think, in general, people thought it

9    was an interesting analysis but, you know, there

10   wasn't really any discussion beyond that.             1:29:05PM

11           MS. HURST:  Exhibit 5090 is a Wall Street

12   Journal article dated October 29, 2015, entitled

13   "Alphabet's Google to Fold Chrome Operating System

14   into Android."

15                  (Deposition Exhibit 5090 marked       1:30:02PM

16                   for identification.)

17   BY MS. HURST:

18       Q    Mr. Lin, did you read this article on or

19   about the time it was published?

20       A    I did.                                        1:30:30PM

21       Q    And what was your reaction to it at the

22   time?

23           MR. RAGLAND:  Objection; outside the

24   scope.

25           THE WITNESS:  My impression was that          1:30:44PM

Veritext Legal Solutions
866 299-5127

1    somebody who had done some analysis was completely          1:30:46PM

2    misreading what was actually going on.

3

Veritext Legal Solutions
866 299-5127



Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 ████████  ████████████  ████████

2 █ ████████████████████

3 █ ████████  ████████████

4 █ █████████████████████████

5 █ ████████████████  ████████

6 █ ████████████

7 █ █ ████████

8 █ ████████  ████████████

9 █ ████████  ██████

10  BY MS. HURST:                                            1:34:06PM

11      Q    What was the goal of creating ARC Welder?

12           MR. RAGLAND:  Objection to scope.

13           THE WITNESS:  Are you asking about the

14  technical goal or what -- what do you mean?

15  BY MS. HURST:                                            1:35:09PM

16      Q    Well, let's start with the technical goal.

17           MR. RAGLAND:  Same objection, also to

18  form.

19           THE WITNESS:  The technical goal was to

20  just make it easier for application developers to        1:35:16PM

21  put the finishing touches on Android applications so

22  that they could run on Chrome OS.

23  BY MS. HURST:

24      Q    What were the bus- --

25           What was the business goal or goals of          1:35:26PM

Page 109

1 ██████ ████████ ██████

██ ████████

██ █ ██████████████

██ ████████████

██ ██████ ████████ ██████

██ ██████ ██████████████

██ ████

██ ████████

██ █ ████████████

██ ███████████████ ██████

██ ████████ ████████

██ ██████████████

██ ████████ ████████

██ ██████████████

██ ██████████████ ██████

██ ████████████

17  BY MS. HURST:

18      Q   Is there some version of Android that's

19  API-level version that's been released where ARC

20  does support all of the libraries?                    1:42:19PM

21          MR. RAGLAND:  Same objections.

22          THE WITNESS:  I don't know that we have

23  produced that or that it's been made available, no.

24  BY MS. HURST:

25      Q   Which -- which libraries are not          1:42:33PM

Page 115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    there.  It's just a matter of getting application          1:43:45PM

2    developers to make their applications at the margin

3    work.  I just don't know for certain, one way or the

4    other.

5    BY MS. HURST:                                              1:43:56PM

6         Q    And is it your goal and plan to get

7    application developers to do the work to support

8    Android on Chrome OS using ARC Welder or otherwise?

9              MR. RAGLAND:  Objection to form and beyond

10   the scope of noticed topics.                               1:44:11PM

11             THE WITNESS:  I think if we could make it

12   possible for every Android application to run on

13   Chrome OS without any developer work, that would be

14   phenomenal; just like I think Microsoft would love

15   to have every Android application running on           1:44:30PM

16   Windows, and I suspect, at least customers who are

17   using iPhones, would love to have all the Android

18   apps that aren't currently running on iPhones

19   available to them on iPhones as well.

20   BY MS. HURST:                                              1:44:53PM

21        Q    Does ARC support Google Play Services?

22             MR. RAGLAND:  Objection; beyond the scope.

23             THE WITNESS:  I don't know the answer to

24   that.

25

Page 117

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3      That the foregoing proceedings were taken

4  before me at the time and place herein set forth; that

5  any witnesses in the foregoing proceedings, prior to

6  testifying, were administered an oath; that a record of

7  the proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is a true record of the

10  testimony given.

11      Further, that the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, a review of the

14  transcript [X] was [ ] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or any party to this action.

18      IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated:   12/16/2015

22

23

24  _____

        KELLI COMBS

25      CSR No.  7705

                                    Page 184