# EXHIBIT 16

Chromebook Help

CHROMEBOOK          FORUM          CONTACT US

# Stable, beta, and development channels

You can test the latest features of the Chrome operating system (OS) by switching channels to a more experimental version.

You'll need to be the Chromebook owner to switch channels.

To see which channel you're using:

1. Click the status area, where your account picture appears.
2. Click **Settings** > **About Chrome OS**.
3. An "About" window will open with your version number and channel.

## Before you switch channels

**Stable channel**: This channel is fully tested by the Chrome OS team, and is the best choice to avoid crashes and other problems. It's updated roughly every 2-3 weeks for minor changes, and every 6 weeks for major changes.

**Beta channel**: If you want to see upcoming changes and improvements with low risk, use the Beta channel. It's updated roughly every week, with major updates coming every 6 weeks, more than a month before the Stable channel gets them.

**Dev channel**: If you want to see the latest Chrome OS features, use the Dev channel. The Dev channel gets updated once or twice weekly. While this build is tested, it might have bugs, as we want people to see what's new as soon as possible.

**Warning**: Switching from an experimental channel to a more stable channel will delete everything from your Chromebook, like downloaded files, photos, owner permissions, and saved networks for all accounts. You'll need to enter all your Google Accounts again.

## Switch channels

1. Sign in to your Chromebook with the owner account.
2. Click the status area, where your account picture appears.
3. Click **Settings** > **About Chrome OS** > **More info...**.
4. Click the **Change channel...** button.
5. Pick a channel from the box that appears.

Move to an experimental channel

Move to a more stable channel

Discuss with other Chromies in Chromebook Central.

Share this:

Casey is a Chromebook expert and author of this help page. Help her improve this article by leaving feedback below.

**Was this article helpful?**

YES     NO

**Operating system and browser**

**Stable, beta, and development channels**

Update your Chromebook operating system

Clear browsing data

Watch video tutorials

To get the latest tips, tricks, and how-to's, subscribe to our YouTube Channel.

En...

©2016 Google - Privacy Policy - Terms of Service - Contact Us