# Exhibit 17



Release updates from the Chrome team

## Beta Channel Update

Wednesday, June 15, 2016

The beta channel has been updated to 52.0.2743.41 for Windows, Mac, and Linux.

A partial list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Richard Bustamante
Google Chrome

  

Labels: Beta updates

## Dev Channel Update

Wednesday, June 15, 2016

The dev channel has been updated to 53.0.2767.4 /53.0.2767.5 for Windows, 53.0.2767.4 Mac and Linux.

A partial list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Krishna Govind
Google Chrome

     

Labels: Dev updates

## Beta Channel Update for Chrome OS

Tuesday, June 14, 2016

The Beta channel 52.0.2743.32 (Platform version: 8350.21.1) has been released. This build contains a number of bug fixes, security updates and feature enhancements. A list of changes can be found here.

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback using 'Report an issue...' in the Chrome menu (3 vertical dots in the upper right corner of the browser).

Grace Kihumba

Google Chrome

 

Chrome Releases

# Dev Channel Update for Chrome OS

Friday, June 10, 2016

The Dev channel has been updated to 52.0.2743.32 (Platform version: 8350.21.1) for all Chrome OS devices except for monroe. This build contains a number of bug fixes, security updates and feature enhancements. A list of changes can be found here.

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback using 'Report an issue...' in the Chrome menu (3 vertical dots in the upper right corner of the browser).

Grace Kihumba

Google Chrome





http://googlechromereleases.blogspot.com/search?updated-max=2016-06-15T17:16:00-07:...   8/25/2016

## Dev Channel Update

Thursday, June 9, 2016

The dev channel has been updated to 53.0.2763.0 for Windows, Mac, and Linux.

A partial list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Krishna Govind
Google Chrome

   

Labels: Dev updates

## Chrome for Android Update

Wednesday, June 8, 2016

Good news, everyone!  Chrome 51 for Android has been released and is now available in Google Play. This release includes two barges full of performance and stability fixes, and also brings tabs back into the Chrome

application. A partial list of the other changes in this build is available in the Git log. If you find a new issue, please let us know by filing a bug. More information about Chrome for Android is available on the Chrome site.

Alex Mineer

Google Chrome

   

Labels: Chrome for Android , Stable updates

# Dev Channel Update for Chrome OS

Wednesday, June 8, 2016

The Dev channel has been updated to 52.0.2743.32 (Platform version: 8350.21.0) for all Chrome OS devices. This build contains a number of bug fixes, security updates and feature enhancements. A list of changes can be found here.

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback using 'Report an issue...' in the Chrome menu (3 vertical dots in the upper right corner of the browser).

Josafat Garcia

Google Chrome

   

**Labels:** Chrome OS , Dev updates

# Beta Channel Update

Wednesday, June 8, 2016

The beta channel has been updated to 52.0.2743.33 for Windows, Mac, and Linux.

A partial list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Di Mu

Google Chrome

   

**Labels:** Beta updates

# Admin Console Update

Tuesday, June 7, 2016

The Admin console has been updated. Admins can now schedule a timed reboot for Chrome devices for meetings based on a specific time in the local time zone.

Known issues are available here. Chrome for Work and Education customers can view detailed release notes in Google for Work Connect. Admins can report an issue by contacting support.

Lawrence Lui

Google Chrome

     

Labels: Admin Console

# Stable Channel Update for Chrome OS

Tuesday, June 7, 2016

The Stable channel has been updated to 51.0.2704.79 (Platform version: 8172.47.0/1/2) for all Chrome OS devices. This build contains a number of bug fixes, security updates, and feature enhancements. Systems will be receiving updates over the next several days.

Some highlights of these changes are:

- Chrome OS now has support for 3+ displays
- Chrome OS now automatically calibrates certain external monitors using specialized ICC profiles and settings

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback

using 'Report an issue...' in the Chrome menu (3 horizontal bars in the upper right corner of the browser).

Bernie Thompson

Google Chrome

   

**Labels:** Chrome OS , Stable updates

# Stable Channel Update

Monday, June 6, 2016

The stable channel has been updated to 51.0.2704.84 for Windows, Mac, and Linux.

A list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Krishna Govind
Google Chrome

   

**Labels:** Stable updates

## Beta Channel Update for Chrome OS

Friday, June 3, 2016

The Beta channel has been updated to 51.0.2704.79 (Platform version: 8172.47.0) for all Chrome OS devices except Dell Chromebook 11 and the Lenovo N22 Chromebook. This build contains a number of bug fixes, security updates and feature enhancements.

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback using 'Report an issue...' in the Chrome menu (3 horizontal bars in the upper right corner of the browser).

Bernie Thompson
Google Chrome

   

## Dev Channel Update

Thursday, June 2, 2016

The dev channel has been updated to 53.0.2756.0 for Windows, Mac, and Linux.

A partial list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Anantha Keesara

Google Chrome

   

**Labels:** Dev updates

# Beta Channel Update

Thursday, June 2, 2016

The Chrome team is excited to announce the promotion of Chrome 52 to the beta channel for Windows, Mac and Linux. Chrome 52.0.2743.24 contains our usual under-the-hood performance and stability tweaks, as well as cool new features to explore - head to the **Chromium** blog to learn more about what's happening with Chrome!

A full list of changes in this build is available in the **log**.  Interested in switching release channels?  Find out how **here**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Richard Bustamante

Google Chrome

   

## Dev Channel Update for Chrome OS

Thursday, June 2, 2016

The Dev channel has been updated to 52.0.2743.19, 52.0.2743.21 (Platform version: 8350.14.0) for all Chrome OS devices except for celes and x86-alex-he . This build contains a number of bug fixes, security updates and feature enhancements. A list of changes can be found here.

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback using 'Report an issue…' in the Chrome menu (3 vertical dots in the upper right corner of the browser).

Grace Kihumba

Google Chrome

   

## Stable Channel Update

Wednesday, June 1, 2016

The stable channel has been updated to 51.0.2704.79 for Windows, Mac, and Linux.

**Security Fixes and Rewards**

*Note: Access to bug details and links may be kept restricted until a majority of users are updated with a fix. We will also retain restrictions if the bug exists in a third party library that other projects similarly depend on, but haven't yet fixed.*

This update includes 15 security fixes. Below, we highlight fixes that were contributed by external researchers. Please see the Chromium security page for more information.

[$7500][601073] **High** CVE-2016-1696: Cross-origin bypass in Extension bindings. *Credit to anonymous.*
[$7500][613266] **High** CVE-2016-1697: Cross-origin bypass in Blink. *Credit to Mariusz Mlynski.*
[$4000][603725] **Medium** CVE-2016-1698: Information leak in Extension bindings. *Credit to Rob Wu.*
[$3500][607939] **Medium** CVE-2016-1699: Parameter sanitization failure in DevTools. *Credit to Gregory Panakkal.*
[$1500][608104] **Medium** CVE-2016-1700: Use-after-free in Extensions. *Credit to Rob Wu.*
[$1000][608101] **Medium** CVE-2016-1701: Use-after-free in Autofill. *Credit to Rob Wu.*
[$1000][609260] **Medium** CVE-2016-1702: Out-of-bounds read in Skia. *Credit to cloudfuzzer.*

We would also like to thank all security researchers that worked with us during the development cycle to prevent security bugs from ever reaching the stable channel.

As usual, our ongoing internal security work was responsible for a wide range of fixes:

- [616539] CVE-2016-1703: Various fixes from internal audits, fuzzing and other initiatives.

Many of our security bugs are detected using AddressSanitizer, MemorySanitizer, Control Flow Integrity or LibFuzzer.

A list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Krishna Govind
Google Chrome

   

Labels: Stable updates

# Beta Channel Update for Chrome OS

Tuesday, May 31, 2016

The Beta channel has been updated to 51.0.2704.64 (Platform version: 8172.45.0) for all Chrome OS devices except those listed below. This build contains a number of bug fixes, security updates and feature enhancements.

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback using 'Report an issue...' in the Chrome menu (3 horizontal bars in the upper right corner of the browser).

Bernie Thompson

Google Chrome

Systems missing in this release:

- Google Chromebook Pixel
- Some Acer C7 Chromebooks
- Lenovo Thinkpad X131e Chromebook
- Lenovo ThinkPad 11e Chromebook
- AOpen Chromebox Commercial
- Acer Chromebook R11
- Acer Chromebook 14

   

Labels: Beta updates , Chrome OS

## Dev Channel Update

Tuesday, May 31, 2016

The dev channel has been updated to 52.0.2743.19 for Windows, Mac, and Linux.

A partial list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Anantha Keesara

Google Chrome

   

**Labels:** Dev updates

## Dev Channel Update for Chrome OS

Thursday, May 26, 2016

The Dev channel has been updated to 52.0.2743.0 (Platform version: 8350.1.0, 8350.2.0, 8350.3.0) for all Chrome OS devices except for x86-mario, x86-zgb and expresso . This build contains a number of bug fixes, security updates and feature enhancements. A list of changes can be found here.

If you find new issues, please let us know by visiting our forum or filing a bug. Interested in switching channels? Find out how. You can submit feedback using 'Report an issue...' in the Chrome menu (3 vertical dots in the upper right corner of the browser).

Grace Kihumba

Google Chrome

   

## Dev Channel Update

Thursday, May 26, 2016

The dev channel has been updated to 52.0.2743.10 for Windows, Mac, and Linux.

A partial list of changes is available in the **log**. Interested in **switching** release channels? Find out **how**. If you find a new issue, please let us know by **filing a bug**. The **community help forum** is also a great place to reach out for help or learn about common issues.

Anantha Keesara
Google Chrome

   

**Labels:** Dev updates

   



Google · Privacy · Terms