1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

   ORACLE CORPORATION
14 DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>          Plaintiff,<br>   v.<br>GOOGLE INC.<br>          Defendant. | Case No. CV 10-03561 WHA<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |

1   Before the Court is Oracle America, Inc.'s Administrative Motion to File Under Seal.
2   Having considered the Administrative Motion to File Under Seal, the Declaration of Matthew
3   Bush in support thereof, the pleadings on file, and any other relevant materials, the
4   Administrative Motion to File Under Seal is **GRANTED**.

5   **IT IS HEREBY ORDERED** that the designated portions of the following documents
6   should be sealed and that counsel for Oracle America, Inc. may file the following under seal:

| Title of Document to Be Sealed | Entirety or Portion Thereof |
|---|---|
| Oracle's Response and Objection to ECF 2036 | Portions thereof, including the redactions marked on the following page/lines: 3:3-6; 3:9-14; 8:9-15; 9:25-26; 10:4-8; 10:12-14; 10:17-18. |
| Exhibit 1 to the Declaration of Annette L. Hurst Per 2036 | Portions thereof, including the redactions marked on the following page/lines of the deposition transcripts: 9:22-25, 12:7-24, 13:10-15, 13:24-19:10, 19:20-22:3, 22:15-24:14, 25:1-22, 27:15-29:14, 37:22-39:16, 47:3-55:21, 59:14-60:6, 63:22-25, 64:18-73:5, 75:10-18, 79:21-81:1, 100:4-101:20, 102:2-103:14, 104:9-22, 105:3-16, 107:3-109:9, 114:17-117:25, 122:18-123:2, 124:12-135:13, 137:12-21, 138:9-25, 144:7-21, 145:22-152:5, 152:23-154:11, 156:13-18, 157:12-158:6, 158:13-21, 161:16-162:23, 165:13-166:6, 171:13-178:8, 196:4-197:5, 197:23-199:9, 199:24-200:23, 202:9-25, 205:12-216:7, 216:17-237:7, 238:8-254:10, 258:11-278:13, 278:24-298:9, 300:9-16. |

| Exhibit 2 to the Declaration of Annette L. Hurst Per 2036 | Entirety |
|---|---|

**IT IS SO ORDERED.**

Dated: _____

                                        Honorable William Alsup
                                    United States District Court Judge