KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**[PROPOSED] ORDER RE GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL DECLARATION OF CHRISTA A. ANDERSON IN RESPONSE TO AUGUST 18, 2016 ORDER (ECF 2036)**<br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

**IT IS HEREBY ORDERED** that the designed portions of the following documents should be sealed and that counsel for Google Inc. may file the following under seal:

| | |
|---|---|
| Declaration of Christa M. Anderson | 4:1-5, 6-9, 10-11, 24-28; 5:1-2, 5-7, 10-13; 6:1-6, 6:28; 7:1-2; 10:3-6; 16:14-17:4; 17:6-8; 18:13-14; 18:16-20. |
| Exhibit 4 | 13:25-15:18; 16:1-19:1; 20:1-22; 107:4-109:9; 115:1-16. |
| Exhibits 3, 5-14 | Entirety |

**IT IS SO ORDERED.**

Dated: _____

By: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE