KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF RENNY HWANG IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL DECLARATION OF CHRISTA M. ANDERSON IN RESPONSE TO AUGUST 18, 2016 ORDER (ECF 2036)**<br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

I, RENNY HWANG, declare as follows:

1. I am an attorney employed by Google Inc. ("Google"), where I have served as senior litigation counsel for the last six years. My job responsibilities include, but are not limited to, supervising our outside counsel in connection with litigation matters (such as this one), as well as familiarizing myself with the areas of Google's businesses and documentation concerning those businesses as they relate to litigation matters under my supervision. I submit this declaration in support of Google's Administrative Motion to Seal the Declaration of Christa M. Anderson in Response to August 18, 2016 Order ("Anderson Declaration"). I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I have reviewed the Anderson Declaration and the exhibits attached to the Declaration. Exhibits 3, 5-14 and the following portions of the Anderson Declaration and Exhibit 4 contain highly sensitive and confidential information regarding Google's internal business strategy and on-going product development plans:

- Anderson Declaration:  4:1-5, 6-9, 10-11, 24-28; 5:1-2, 5-7, 10-13; 6:1-6, 6:28; 7:1-2; 10:3-6; 16:14-17:4; 17:6-8; 18:13-14; 18:16-20.
- Exhibit 4 (December 14, 2016 Lin Deposition Testimony): 13:25-15:18; 16:1-19:1; 20:1-22; 107:4-109:9; 115:1-16.

Google keeps the information identified confidential and public disclosure of this information would provide a competitive advantage to Google's competitors and could have negative effects on Google's business. In particular, public disclosure of on-going product development information could allow competitors access to confidential information regarding Google's ongoing business plans.

3. The above-listed portions of the Motion and Exhibits containing confidential information related to Google's internal business strategy and product development should therefore be sealed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

1

DECL. OF RENNY HWANG ISO GOOGLE'S MOTION TO SEAL DECL. OF CHRISTA M. ANDERSON
Case No.  3:10-cv-03561 WHA

1    Executed this 25th day of August, 2016 at Sunnyvale, California.

                                    By: _____
                                           RENNY HWANG