## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.  On August 25, 2016, I served the following document(s):

**DECLARATION OF MATTHEW BUSH IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF ORACLE'S RESPONSE AND OBJECTION TO ECF NO. 2036**

**THE UNREDACTED VERSION OF ORACLE'S RESPONSE AND OBJECTION TO ECF NO. 2036**

**THE REDACTED VERSION OF EXHIBIT 1 TO THE DECLARATION OF ANNETTE L. HURST PER 2036**

**THE UNREDACTED VERSION OF EXHIBIT 1 TO THE DECLARATION OF ANNETTE L. HURST PER 2036**

**THE REDACTED VERSION OF EXHIBIT 2 TO THE DECLARATION OF ANNETTE L. HURST PER 2036**

**THE UNREDACTED VERSION OF EXHIBIT 2 TO THE DECLARATION OF ANNETTE L. HURST PER 2036**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email addresses:

DALVIK-KVN@kvn.com;

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 25, 2016, at Los Angeles, California.

Michelle O'Meara