ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>GOOGLE INC., <br><br>　　　　　Defendant. | Case No. CV 10-03561 WHA <br><br>**ORACLE'S STATEMENT RE AMENDMENT OF JUDGMENT** |

ORACLE'S STATEMENT RE
AMENDMENT OF JUDGMENT

1  As directed by the Court (ECF 2036), the parties met and conferred regarding amendment of the Final Judgment (ECF 1989) pursuant to Rule 52(c).  Oracle's view, and it understands that Google agrees, is that Rule 52(c)—which covers findings after nonjury trials—has no application here.

Oracle further contends that no amendment of the Final Judgment is otherwise warranted absent a decision by the Court to vacate the judgment in light of Oracle's pending motions pursuant to Rules 50(b) and 59.  ECF Nos. 1993, 1997.  As the Court has previously ruled (ECF Nos. 1479 and 1781), it dismissed all of Oracle's other allegations without prejudice and Oracle retains the right to file new proceedings on those allegations.

This statement is without prejudice to and without waiver of any claim of error.

Dated: August 25, 2016

Respectfully submitted,

Orrick, Herrington & Sutcliffe LLP

By: */s/ Annette L. Hurst*
Annette L. Hurst

Counsel for ORACLE AMERICA, INC.

- 1 -

ORACLE'S STATEMENT RE AMENDMENT OF JUDGMENT