KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **DECLARATION OF RENNY HWANG IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO SEAL (ECF 2046)** <br><br> Dept.     Courtroom 8, 19th Fl. <br> Judge:    Hon. William Alsup |

I, RENNY HWANG, declare as follows:

1. I am an attorney employed by Google Inc. ("Google"), where I have served as senior litigation counsel for the last six years. My job responsibilities include, but are not limited to, supervising our outside counsel in connection with litigation matters (such as this one), as well as familiarizing myself with the areas of Google's businesses and documentation concerning those businesses as they relate to litigation matters under my supervision. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal. *See* ECF No. 2046. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I have reviewed Oracle's Response and Objection to ECF 2036 ("Oracle's ECF 2036 Response") and Exhibits 1 and 2 to the Declaration of Annette Hurst Per ECF 2036. *See* ECF No. 2043, 2046-2, 2046-4. Portions of Oracle's ECF 2036 Response contain highly sensitive and confidential information regarding Google's internal business strategy and on-going product development plans:

- **Oracle's ECF 2036 Response:** 10:9 (quoted deposition material), 10:4-6 (quoted deposition material).

3. I have also reviewed Exhibit 1, the entire transcript of the deposition of Felix Lin, Volume I dated December 14, 2015 and Volume II, dated December 18, 2015, and Exhibit 2, the entire transcript of the deposition of Hiroshi Lockheimer, dated December 8, 2015. The majority of the deposition testimony in Exhibits 1 and 2 was designated Highly Confidential-Attorneys Eyes Only and is not relied upon by either party in its respective post-trial briefing. Nor was this testimony introduced at trial. The following portions of Exhibit 1 and 2 reflect confidential information regarding Google's and Android's internal financial statements, agreements with third parties, and Google's internal business strategy and on-going product development plans.

- **Exhibit 1:** 12:7-24, 13:25-19:1, 20:1-25, 22:3, 22:15-24:14, 25:1-22, 27:15-28:25, 37:22-39:16, 47:3-54:24, 59:14-60:6, 64:18-73:5, 75:10-18, 79:21-81:1, 100:4-101:20, 102:2-103:14, 104:9-22, 105:3-16, 107:3-109:9, 114:17-115:16, 122:18-123:2, 124:12-135:13, 137:12-21, 138:9-25, 144:7-21, 145:22-152:5, 152:23-154:11,

1 | 156:13-18, 157:12-158:6, 158:13-21, 161:16-162:23, 165:13-166:6, 171:13-178:8, 196:4-197:5, 197:23-199:9, 199:24-200:23, 202:9-25, 205:12-216:7, 216:17-237:7, 238:8-254:10, 258:11-278:13, 278:24-298:9, 300:9-16.

- **Exhibit 2:** 7:18-23:10, 23:17-26:11, 26:18-67:25, 70:8-10, 71:1-94:16, 95:7-17, 95:25-96:10, 96:23-98:10, 99:10-100:2, 101:15-25, 102:4-13, 103:4-190:23, 191:21, 197:12-25, 199:1-355:22, 359:6-368:3.

4. Google keeps the information identified in paragraphs 2 and 3 confidential and public disclosure of this information would provide a competitive advantage to Google's competitors and could have negative effects on Google's business. In particular, public disclosure of on-going product development information could allow competitors access to confidential information regarding Google's ongoing business plans.

5. The above-listed portions of Oracle's ECF 2036 Response and Exhibits 1and 2 should therefore be sealed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of August, 2016 at Sunnyvale, California.

By: _____
RENNY HWANG

2
DECL. OF RENNY HWANG ISO ORACLE'S MOTION TO SEAL (ECF 2046)
Case No. 3:10-cv-03561 WHA

1103594