IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **REQUEST FOR RESPONSE** |
| Defendant. | |

By **FRIDAY, SEPTEMBER 9 AT NOON**, both sides shall file sworn responses, **NOT TO EXCEED TWELVE PAGES**, to the declarations of Attorneys Christa Anderson and Annette Hurst, respectively (Dkt. Nos. 2043, 2047).

**IT IS SO ORDERED.**

Dated:   September 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE