IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-03561 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE INC., | **FURTHER REQUEST FOR RESPONSE** |
| Defendant. | |

With regard to the sworn statements due on Friday, September 9, both sides are requested to include an accurate statement whether, in connection with Google's motion *in limine* on new products (or the opposition), reference was made to implementations of Android on desktops or laptops. Please check the transcript of any hearings on that motion as well as the briefing. Please provide citations to the docket number and page number.

Dated:   September 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE