KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL DECLARATION OF CHRISTA M. ANDERSON IN RESPONSE TO COURT ORDERS ECF 2052 & 2053**<br><br>Dept.     Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

GOOGLE'S ADMINISTRATIVE MOTION TO SEAL DECL. OF CHRISTA M. ANDERSON IN
RESPONSE TO ECF 2052 & 2053
Case No.  3:10-cv-03561 WHA

1113575

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google Inc. ("Google") hereby
2  moves to file under seal portions of the Declaration of Christa M. Anderson in Response to ECF
3  2052 & 2053 ("Anderson Declaration").  Google seeks to file under seal the portions of the
4  response that summarize, quote from, or reproduce portions of materials that have been
5  designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S
6  EYES ONLY" under the Protective Order.  The portions of the Anderson Declaration that
7  summarize, quote from, or reproduce portions of materials designated by Oracle as
8  "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" are set
9  forth in the Declaration of Maya Karwande in Support of Google's Administrative Motion to Seal
10 Declaration of Christa M. Anderson in Response to Court Orders ECF 2052 & 2053.  Google
11 states no position on whether disclosure of the information designated by Oracle would result in
12 competitive harm to Oracle.

Dated:  September 9, 2016

KEKER & VAN NEST LLP

By: _____
CHRISTA M. ANDERSON
ROBERT A. VAN NEST
DANIEL PURCELL

Attorneys for Defendant
GOOGLE INC.

1
GOOGLE'S ADMINISTRATIVE MOTION TO SEAL DECL. OF CHRISTA M. ANDERSON IN
RESPONSE TO ECF 2052 & 2053
Case No.  3:10-cv-03561 WHA

1113575