KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL DECLARATION OF CHRISTA M. ANDERSON IN RESPONSE TO COURT ORDERS ECF 2052 & 2053**<br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

DECL. OF MAYA KARWANDE ISO ADMINISTRATIVE MOTION TO SEAL DECLARATION OF
CHRISTA M. ANDERSON IN RESPONSE TO ECF 2052 & 2053
Case No.  3:10-cv-03561 WHA

1113578.01

I, Maya Karwande, declare as follows:

1. I am an associate at the law firm of Keker & Van Nest LLP, counsel to Google Inc. ("Google") in the present case. In accordance with Local Rule 79-5(d)(1)(A) & (e), I submit this declaration in support of Google's Administrative Motion to Seal Declaration of Christa M. Anderson in Response to Court Orders ECF 2052 & 2053 ("Anderson Declaration"). I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

2. The following portions of the Anderson Declaration summarize, quote from, or reproduce portions of materials that I believe have been designated by Oracle as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order in this case:

- Page 2, lines 25-28.
- Page 3, lines 5-7.

3. The Anderson Declaration also quotes from documents that Google has designated as Highly-Confidential Attorney's Eyes Only pursuant to the Stipulated Protective Order and previously filed under seal. *See* ECF 2047-2. Google does not seek to seal the specific portions of these documents quoted in paragraph 13 of the Anderson Declaration. Google maintains its designation of underlying documents that Google has designated Highly-Confidential Attorney's Eyes Only pursuant to the Stipulated Protective Order in this case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California on September 9, 2016.

By: _____
MAYA KARWANDE

1

DECL. OF MAYA KARWANDE ISO ADMINISTRATIVE MOTION TO SEAL DECLARATION OF
CHRISTA M. ANDERSON IN RESPONSE TO ECF 2052 & 2053
CASE NO.  3:10-CV-03561 WHA

1113578.01