KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br>           Plaintiffs, <br><br>      v. <br><br> GOOGLE INC., <br><br>           Defendant. | Case No.  3:10-cv-03561 WHA <br><br> **[PROPOSED] ORDER RE GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL DECLARATION OF CHRISTA A. ANDERSON IN RESPONSE TO COURT ORDERS ECF 2052 & 2053** <br><br> Dept.       Courtroom 8, 19th Fl. <br> Judge:      Hon. William Alsup |

**IT IS HEREBY ORDERED** that the designed portions of the following documents should be sealed and that counsel for Google Inc. may file the following under seal:

| | |
|---|---|
| Declaration of Christa M. Anderson in Response to Court Orders ECF 2052 & 2053 | Page 2, lines 25-28; page 3, lines 5-7. |

**IT IS SO ORDERED.**

Dated: _____

By: _____
   HON. WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE MOT. TO SEAL DECL. OF CHRISTA M. ANDERSON IN RESPONSE TO
ECF 2052 & 2053
Case No. 3:10-cv-03561 WHA

1113580.01