# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017. On September 9, 2016, I served the following document(s):

**DECLARATION OF MATTHEW BUSH IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**THE REDACTED VERSION OF THE DECLARATION OF ANNETTE L. HURST PER ECF 2052 AND 2053**

**THE UNREDACTED VERSION OF THE DECLARATION OF ANNETTE L. HURST PER ECF 2052 AND 2053**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing a true and correct copy to the following email addresses:

DALVIK-KVN@kvn.com;

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 9, 2016, at Los Angeles, California.

_Michelle O'Meara_
Michelle O'Meara