KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Case No.  3:10-cv-03561 WHA<br><br>**DECLARATION OF RENNY HWANG IN SUPPORT OF ORACLE'S ADMINISTRATIVE MOTION TO SEAL (ECF 2054)**<br><br>Dept.　　Courtroom 8, 19th Fl.<br>Judge:　Hon. William Alsup |

I, RENNY HWANG, declare as follows:

1. I am an attorney employed by Google Inc. ("Google"), where I have served as senior litigation counsel for the last six years. My job responsibilities include, but are not limited to, supervising our outside counsel in connection with litigation matters (such as this one), as well as familiarizing myself with the areas of Google's businesses and documentation concerning those businesses as they relate to litigation matters under my supervision. I submit this declaration in support of Oracle's Administrative Motion to File Under Seal. *See* ECF No. 2054. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I have reviewed the Declaration of Annette L. Hurst Per ECF 2052 and 2053 ("Hurst Declaration"). *See* ECF No. 2054-4. The following portions of the Hurst Declaration contain highly sensitive and confidential information regarding Google's internal business strategy and product development plans: page 3, lines 13 and 14 (portions quoting ECF No. 2047-8 and parenthetical following quoted material).

3. Google keeps the information identified in paragraph 2 confidential and public disclosure of this information would provide a competitive advantage to Google's competitors and could have negative effects on Google's business. In particular, public disclosure of product development information could allow competitors access to confidential information regarding Google's business plans.

4. The above-listed portions of the Hurst Declaration should therefore be sealed. Google does not seek to seal other portions of the Hurst Declaration that summarize, quote from, or reproduce materials that have been designated by Google as "CONFIDENTIAL" or "HIGHLY-CONFIDENTIAL – ATTORNEY'S EYE'S ONLY" under the Stipulated Protective Order in this case. Google, however, does maintain its confidentiality designation of the underlying materials.

1   I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct to the best of my knowledge.
3   Executed this 13th day of September, 2016 at Sunnyvale, California.

By: _____
RENNY HWANG