# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 22, 2016 | **Time:** 50 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 10-cv-03561-WHA | **Case Name:** Oracle America, Inc. v. Google Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Pamela Batalo | |

**Attorney for Plaintiff:** Melinda Haag, Robert Varian, Annette Hurst, Lisa Simpson

**Attorney for Defendant:** Bruce Baber, Joseph Wetzel

## PROCEEDINGS

[2014] Motion for Sanctions - Taken Under Submission