September 26, 2016

**FILED VIA ECF**

The Honorable William Alsup
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102

Re:   *Oracle America, Inc. v. Google Inc.*, Case No. 3:10-cv-03561-WHA

Dear Judge Alsup:

The parties have resolved the remaining issues referenced in the Court's September 23, 2016 Order, ECF No. 2065, and therefore no further proceedings before the Court are necessary. As always, the parties appreciate the Court's time and attention.

Respectfully submitted,

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | KING & SPALDING LLP |
| */s/ Melinda Haag* | */s/ Bruce W. Baber* |
| Melinda Haag | Bruce W. Baber (pro hac vice) |
| Counsel for Oracle America, Inc. | Counsel for Google Inc. |

Hon. William Alsup
Page 2

## GENERAL ORDER 45 ATTESTATION

I, Melinda Haag, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Bruce W. Baber has concurred in this filing.

                                           */s/ Melinda Haag*
                                           Melinda Haag
                                           Counsel for Oracle America, Inc.