KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **DEFENDANT GOOGLE INC.'S NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.:  Courtroom 8, 19th Fl.<br>Judge:  Hon. William Alsup |

1  Notice is hereby given that Defendant Google Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on June 8, 2016 (ECF No. 1989), and all adverse orders, rulings, opinions, judgments, or other determinations underlying that final judgment.  *See* 28 U.S.C. § 1295(a)(1); Fed. R. App. P. 4(a)(3).

DATED:  November 9, 2016         KING & SPALDING LLP

By:   */s/ Bruce W. Baber*
          Bruce W. Baber

Attorneys for Defendant
GOOGLE INC.

1
**DEFENDANT GOOGLE INC.'S NOTICE OF APPEAL TO THE
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
Case No. 3:10-cv-03561 WHA