IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER RE SEALING MOTIONS**

    The parties filed dozens of sealing motions. This order resolves those motions without prejudice to whether the same material would be sealable in any further proceedings in this case. The "compelling reasons" standard applies to the bulk of these motions, which relate to materials submitted in connection with motions *in limine* and post-trial motions, which go to the heart of the merits of the case. *See Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016), cert. denied sub nom. *FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016). Only "good cause" is necessary for the sealing motion relating to Google's motion for sanctions and fees (*see* Dkt. No. 2025).

    In any future filings, where the parties file a motion supported by materials sought to be filed under seal, they should please file the underlying motion as a separate docket entry from the sealing motion. Many of the sealing motions addressed herein did not follow that procedure, causing confusion in the management of the docket, particularly when cross-referencing docket entries. Similarly, many of the supporting declarations were not identified

as such, and failed to identify the motion or motions they supported, or confused the docket entry for the sealing motions in question with some other document.

Additionally, the parties' practice of overdesignating initially then partially withdrawing designations when the opposing party files documents under seal meant most motions required reference to at least two, often three or four separate documents just to discern what excerpts are sought to be sealed. Civil Local Rule 7-11(a) requires motions for administrative relief, such as sealing motions, to be accompanied by a stipulation or a declaration explaining why no stipulation could be obtained. Had our parties met and conferred over possible stipulations for these sealing motions, they might have been able to mitigate the mess they served up.

| Sealing Motion Docket Number | Designating Party's Supporting Declaration Docket Number | Disposition |
|---|---|---|
| 1550 | 1580 | **GRANTED** to the extent stated in Google's supporting declaration. The documents sought to be filed under seal contain raw data for a survey, which includes the personal identifying information of non-parties who completed the survey. |
| 1551 | None. | **DENIED**. The designating party, Google, filed no supporting declaration. |
| 1553 | None. | **DENIED**. The designating party, Google, filed no supporting declaration. |
| 1554 | 1580 | **DENIED**. This motion relates only to the figures in the brief, not the underlying reports. There are no compelling reasons for sealing these figures, which are cumulative and do not reveal the underlying data on which they rely. |
| 1556 | None. | **DENIED**. The designating party, Google, filed no supporting declaration. |
| 1560 | 1560-1, 1577 | **GRANTED** as to the following paragraphs identified by either side, which are internal financial figures or the terms of third-party business negotiations or deals, which, if revealed, could cause competitive harm. Malackowski Rep. (Jan. 8):<br>• The data in Figure 3 from 2014 and 2015, and only the overall total from the total column. |

| Sealing Motion Docket Number | Designating Party's Supporting Declaration Docket Number | Disposition |
|---|---|---|
| | | • The percentage and dollar amount in ¶ 118. <br><br> • The identified portions of ¶¶ 153–58, 191, 249–50, 260 (as to the 2015 data only), 263 (as to the 2015 data only), 267, 274–276, 282, 286–94 (2014 and 2015 data only, totals may *not* be redacted), 316, including the related figures and tables. <br><br> • The data from 2014 and 2015 in Figures 24–28. <br><br> • The data from 2014 and 2015 in Exhibits, 7, 7.1, 8, and 8.1. <br><br> • The data from 2014 and 2015 in Exhibits 12, 12.1, 12.2, 12.4, 12.6, and 12.9. <br><br> Malackowski Rep. (Feb 29): <br><br> • The dollar amounts in ¶ 94, and footnote 88. <br><br> • The dollar amounts in ¶ 275. <br><br> • The 2014 and 2015 data in Exhibits 7–8.1 and 14. <br><br> • Exhibits 14.1 and 14.2. <br><br> Jaffe Rep. (Feb. 8): <br><br> • The identified portions in ¶¶ 21, 235, 244 (2014 and 2015 data only), 249, 255, 267, and 301. <br><br> • The percentages and dollar amounts in ¶¶ 269 and 272. <br><br> • The identified portions of Figures 30, 39 (2014 and 2015 data only), 43, 48, and Tables 6 and 7. <br><br> • The identified portions of Exhibits 8, 9 (2014 and 2015 data only), 11–16, and 22. |

3

| Sealing Motion Docket Number | Designating Party's Supporting Declaration Docket Number | Disposition |
|---|---|---|
| | | Kemerer Rep. (Jan. 8):<br><br>• The identified line-items on pages 216–17.<br><br>Ringhofer Dep.<br><br>• The dollar amounts on page 69. |
| 1563 | 1580 | **GRANTED** to the extent stated in Google's supporting declaration. |
| 1574 | None. | **DENIED**. The designating party, Google, filed no supporting declaration. |
| 1582 | 1582-2, 1596. | **GRANTED** as described in the respective supporting declarations, except as to requests withdrawn by Google (Dkt. No. 1637). |
| 1583 | 1583-1, 1640 | **GRANTED** as described in the respective supporting declarations, except as to requests withdrawn by Google (Dkt. No. 1637). |
| 1601 | 1636 | **GRANTED** as described in Google's supporting declarations, except as to requests withdrawn by Google (Dkt. No. 1637). |
| 1602 | 1602-2 | **DENIED**. The materials sought to be sealed are experts' calculations of multi-year totals and aggregate ratios and do not reveal any sealable underlying information. |
| 1612 | None. | **DENIED**. The designating party, Google, filed no supporting declaration. |
| 1613 | 1635 | **GRANTED** only as to the dollar values and percentages in footnote 9 of Oracle's opposition, and the dollar amounts and percentages in Appendix A. |
| 1614 | 1635 | **GRANTED** only as to the identified portions of the Kolotourous deposition. |
| 1619 | None. | **DENIED**. The designating party, Google, does not seek to seal these materials (*see* Dkt. No. 1637) |

| Sealing Motion Docket Number | Designating Party's Supporting Declaration Docket Number | Disposition |
|---|---|---|
| 1621 | None. | **DENIED**. This motion relates to materials designated under the protective order by both sides. Oracle did not file a supporting declaration, and Google does not seek to seal these materials (*see* Dkt. No. 1637). |
| 1622 | None. | **DENIED**. This motion relates to materials designated under the protective order by both sides. Oracle did not file a supporting declaration, and Google does not seek to seal these materials (*see* Dkt. No. 1637). |
| 1623 | 1623-3 | **DENIED**. The figures sought to be sealed are an expert's estimates of total damages or total costs incurred in hypothetical situations. There are no compelling reasons to seal these figures. |
| 1625 | None. | **DENIED**. The designating party, Google, does not seek to seal these materials (*see* Dkt. No. 1637). |
| 1627 | None. | **DENIED**. The designating party, Oracle, filed no supporting declaration. |
| 1629 | 1629-2 | **GRANTED** to the extent described in Oracle's supporting declaration, which relates to the terms of confidential third-party business deals. |
| 1633 | None. | **DENIED**. The designating party, Oracle, filed no supporting declaration. |
| 1644 | None. | **DENIED**. The designating party, Google, filed no supporting declaration. |
| 1645, 1646 | 1686 | **DENIED**. The materials sought to be sealed are an expert's calculations of mutli-year totals and aggregated ratios that do not reveal any sealable underlying information. |
| 1654 | None. | **DENIED**. The designating party, Google, filed no supporting declaration. |
| 1655 | 1686 | **DENIED**. The materials sought to be sealed are an expert's calculations of multi-year totals, some of which occur in alternate-reality scenarios, and do not reveal any sealable underlying information. |
| 1656 | 1686 | **DENIED**. This figure is an expert's calculation of a multi-year total that does not reveal any sealable underlying information. |

| Sealing Motion Docket Number | Designating Party's Supporting Declaration Docket Number | Disposition |
|---|---|---|
| 1660 | 1660-5 | **DENIED**.  The materials sought to be sealed are an expert's calculations of multi-year totals that do not reveal any sealable underlying information. |
| 1684 | None. | **DENIED**.  The designating party, Google, filed no supporting declaration. |
| 1705 | None. | **DENIED**.  The designating party, Oracle, filed no supporting declaration. |
| 1727 | None. | **DENIED**.  The designating party, Oracle, filed no supporting declaration. |
| 1766 | None. | **DENIED**.  Oracle does not seek to seal this document (*see* Dkt. No. 1842). |
| 1796 | None. | **DENIED**.  The designating party, Oracle, filed no supporting declaration. |
| 1958 | 1985 | **GRANTED** as to the portions of Exhibit A identified in Google's supporting declaration, which reflect Google's internal financial data and the terms of confidential third-party agreements.<br><br>**DENIED** as to the generic description of Exhibit A in Oracle's motion. |
| 1995, 2001, 2002 | 1995-2, 2004 | **GRANTED** as to the materials identified in the parties' supporting declarations, *except* as to the portions of pages 6 and 9 of Oracle's motion for a new trial identified by Google.  The sealed materials relate to internal financial matters and third-party business dealings that could cause the designating party competitive harm if made public.<br><br>The materials in Oracle's motion that may not be sealed go to the heart of Oracle's argument for a new trial, and Google has not shown that it would suffer harm if its discussions about the business and technical relationship *vel non* between Android and Chrome OS is made public (to the extent it has not already been made public). |
| 2011 | None. | **DENIED**.  Oracle does not seek to seal this document (*see* Dkt. No. 2016). |
| 2018 | 2021 | **DENIED** for the same reasons stated regarding Dkt. Nos. 1995, 2001, and 2002. |

| Sealing Motion Docket Number | Designating Party's Supporting Declaration Docket Number | Disposition |
|---|---|---|
| 2025 | 2030 | **GRANTED** to the extent stated in Google's supporting declaration. |
| 2046 | 2051 | **DENIED** for the same reasons stated regarding Dkt. Nos. 1995, 2001, and 2002. |
| 2047 | 2047-2 | **DENIED** as to Anderson's declaration, for the same reasons stated regarding Dkt. Nos. 1995, 2001, and 2002, but otherwise **GRANTED**. |
| 2054 | 2060 | **DENIED** for the same reasons stated regarding Dkt. Nos. 1995, 2001, and 2002. |
| 2056 | None. | **DENIED**. Both sides agree the material sought to be sealed can be made public (*See* Dkt. Nos. 2056-1, 2059). |

Any sealing requests not expressly granted above are **DENIED**, either as unsupported by a declaration at all, or as lacking *compelling reasons* for denying the public access to the materials.

This order further notes that the supporting declarations often identified paragraphs that contained no highlighted text (indicating materials sought to be sealed), but failed to identify nearby paragraphs that *did* include highlighted text. This order did not attempt to correct what appear to be numerous errors by counsel. Nor did it speculate about the reasons for sealing information where the supporting declaration offered only a perfunctory statement about a broad swath of materials and the information itself did not appear sealable on its face.

If either side seeks reconsideration based on supplemental supporting declarations, such declarations must be filed by **APRIL 13** and must identify, with specificity, the compelling reason for each and every proposed redaction. Merely asserting the fact that information is kept confidential (especially if the allegedly sealable information has been inextricably mixed, via an expert's estimates, with information that does not warrant sealing) and vaguely contending its disclosure would cause competitive harm is insufficient.

The parties shall please file new versions of the documents that were the subject of this order in accordance with this order by **APRIL 20**. Please file them so that an ordinary mortal reviewing our docket can understand which redacted document belongs where.

Google's motion to remove an incorrectly filed exhibit (Dkt. No. 1579) is **GRANTED**.

Google's motion for sanctions and for civil contempt (Dkt. No. 2014) is **DENIED AS MOOT**, in light of the parties' settlement of the issues raised therein (*see* Dkt. No. 2067).

Additionally, the motion to withdraw appearances filed on behalf of non-party LG Electronics, Inc., is **GRANTED** (Dkt. No. 1525).

**IT IS SO ORDERED.**

Dated:  March 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE