KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
DANIEL PURCELL - # 191424
dpurcell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY  10036
Telephone:    212 556 2100
Facsimile:    212 556 2222

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS CHANGE**<br><br>Dept.:       Courtroom 8, 19th Fl.<br>Judge:      Hon. William Alsup |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE**, effective January 1, 2017, the name of the law firm of Keker & Van Nest LLP, attorneys for Defendant GOOGLE INC., WAS CHANGED FROM:

Keker & Van Nest LLP

To

Keker, Van Nest & Peters LLP

**IN ADDITION, PLEASE TAKE NOTICE,** effective immediately the email addresses of Attorneys Robert A. Van Nest, Christa M. Anderson and Daniel Purcell, attorneys for the above named Defendant, will be changed from

| | | |
|---|---|---|
| rvannest@kvn.com | To: | rvannest@keker.com |
| canderson@kvn.com | To: | canderson@keker.com |
| dpurcell@kvn.com | To: | dpurcell@keker.com |

Dated:  April 13, 2017                                          KEKER, VAN NEST & PETERS LLP

By:    /s/ Robert A. Van Nest
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for Defendant GOOGLE INC.

1

NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS CHANGE TITLE OF PLEADING
Case No. 3:10-cv-03561 WHA

1158880.01