1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2  kjohnson-mckewan@orrick.com
   ANNETTE L. HURST (SBN 148738)
3  ahurst@orrick.com
   GABRIEL M. RAMSEY (SBN 209218)
4  gramsey@orrick.com
   405 Howard Street, San Francisco, CA  94105
5  Tel: 1.415.773.5700 / Fax: 1.415.773.5759
   PETER A. BICKS (*pro hac vice*)
6  pbicks@orrick.com
   LISA T. SIMPSON *pro hac vice*)
7  lsimpson@orrick.com
   51 West 52nd Street, New York, NY  10019
8  Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*pro hac vice*)
10 dboies@bsfllp.com
   333 Main Street, Armonk, NY  10504
11 Tel: 1.914.749.8200 / Fax: 1.914.749.8300
   STEVEN C. HOLTZMAN (SBN 144177)
12 sholtzman@bsfllp.com
   1999 Harrison St., Ste. 900, Oakland, CA  94612
13 Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14 ORACLE CORPORATION
   DORIAN DALEY (SBN 129049)
   dorian.daley@oracle.com
15 DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
16 MATTHEW M. SARBORARIA (SBN 211600)
   matthew.sarboraria@oracle.com
17 RUCHIKA AGRAWAL (SBN 246058)
   ruchika.agrawal@oracle.com
18 500 Oracle Parkway,
   Redwood City, CA 94065
19 Tel: 650.506.5200 / Fax: 650.506.7117

20 *Attorneys for Plaintiff*
   ORACLE AMERICA, INC.

21              UNITED STATES DISTRICT COURT

22             NORTHERN DISTRICT OF CALIFORNIA

23               SAN FRANCISCO DIVISION

24 ORACLE AMERICA, INC.              Case No. CV 10-03561 WHA

25        Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                      ORACLE'S MOTION FOR PARTIAL
       v.                            RECONSIDERATION OF THE
26 GOOGLE INC.                        MARCH 30, 2017 ORDER RE
                                      SEALING MOTIONS**
27        Defendant.
                                      Dept.: Courtroom 8, 19th Floor
28                                    Judge: Honorable William Alsup

                                      [PROPOSED] ORDER
                                      CV 10-03561 WHA

Before the Court is the Motion for Partial Reconsideration of the March 30, 2017 Order re Sealing Motions by Oracle America, Inc. ("Oracle").  Having considered the Motion for Partial Reconsideration of the March 30, 2017 Order re Sealing Motions, the pleadings on file, and any other relevant materials, the Motion for Partial Reconsideration of the March 30, 2017 Order re Sealing Motions is **GRANTED**.

**IT IS HEREBY ORDERED** that the Court's Order re Sealing Motions (ECF No. 2076) is modified so that counsel for Oracle may, in addition to filing under seal the materials permitted to be filed under seal by the Court's Order re Sealing Motions (ECF No. 2076), file under seal the following materials:

| Document | Text to be Sealed |
|---|---|
| Exhibit G to the Declaration of Edward A. Bayley in Support of Google's Motions in Limine (ECF No. 1560-13) (Responsive Expert Report of James E. Malackowski [Corrected], Feb. 29, 2016) | 2014-2015 data from Exhibits 12, 12.1, 12.2, 12.4, 12.6, and 12.9 |
| Exhibit 4 to the Declaration of Andrew Silverman in Support of Oracle's Motions *In Limine* (ECF No. 1563-7) (Expert Report of Dr. Gregory K. Leonard (Corrected), Mar. 10, 2016) | The 2015 figure on page 136 ¶ 272, and the 2014-2015 data in Exhibits 4a, 4b, 4c, 4d, and 4e. |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable William Alsup
United States District Court Judge

- 1 -

[PROPOSED] ORDER
CV 10-03561 WHA