John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Rule 706 Expert, Dr. James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. C 10-3561 WHA <br><br> **DECLARATION OF DR. JAMES R. KEARL IN SUPPORT OF RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO ORACLE'S MOTION IN LIMINE #6 REGARDING RULE 706 EXPERT** <br><br> Dept.: Courtroom 8, 19th Floor <br> Judge: Hon. William H. Alsup |

I, James R. Kearl, declare as follows:

1. By Orders dated August 30, 2011 (Dkt. 374) and September 9, 2011 (Dkt. 413) I was appointed by this Court pursuant to Rule 706 of the Federal Rules of Evidence to serve as an independent expert on the issue of damages claimed by plaintiff Oracle America, Inc. in the present action. My biographical information and credentials are set forth in my expert report dated March 21, 2012 which has been previously served on the parties.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from Expert Report of Professor James R. Kearl (Corrected March 21, 2016).

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the

1  transcript of the Video Deposition of James R. Kearl, Ph.D., dated March 23, 2016.

2

3       I declare under penalty of perjury under the laws of the State of Utah that the foregoing is

4  true and correct.

5       Executed this 8th day of April 2016 at Provo, Utah.

6

7                                  /s/ *James R. Kearl*
                                James R. Kearl

8

9

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

11

12                 /s/ *John L. Cooper*
                  John L. Cooper

13

14–28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECL. OF DR. JAMES R. KEARL ISO
RESPONSE TO ORACLE MIL NO. 6; Case No. C
10-3561 WHA    - 2 -    27152\5409530.1