1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Attorneys for Rule 706 Expert, Dr. James R. Kearl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No.  C 10-3561 WHA<br><br>**DECLARATION OF DR. JAMES R. KEARL IN SUPPORT OF RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO GOOGLE'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL**<br><br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. William H. Alsup |

I, James R. Kearl, declare as follows:

1.     By Orders dated August 30, 2011 (Dkt. 374) and September 9, 2011 (Dkt. 413) I was appointed by this Court pursuant to Rule 706 of the Federal Rules of Evidence to serve as an independent expert on the issue of damages claimed by plaintiff Google Inc. in the present action. My biographical information and credentials are set forth in my expert report dated March 21, 2012 which has been previously served on the parties.

3.     Attached hereto as Exhibit A are true and correct copies of excerpts from the Expert Report of Professor James R. Kearl (Corrected March 21, 2016).

4. Attached hereto as Exhibit B are true and correct copies of excerpts from the Expert Report of Dr. Gregory K. Leonard - Corrected (March 10, 2016).

5. Attached hereto as Exhibit C are true and correct copies of excerpts from the Responsive Expert Report of James E. Malackowski [Corrected], dated February 29, 2016.

6. Attached hereto as Exhibit D are true and correct copies of excerpts from the transcript of the Videotaped Deposition of Adam B. Jaffe, Ph.D., dated March 10, 2016.

8. Attached hereto as Exhibit E are true and correct copies of excerpts from the transcript of the Video Deposition of James Malackowski, dated March 17, 2016.

9. Attached hereto as Exhibit F are true and correct copies of excerpts from Expert Report of James E. Malackowski [Corrected], dated January 8, 2016.

I declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct.

Executed this 8th day of April 2016 at Provo, Utah.

/s/ *James R. Kearl*
James R. Kearl

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ *John L. Cooper*
John L. Cooper

DECL. OF DR. JAMES R. KEARL ISO RESPONSE TO GOOGLE MOTION TO STRIKE; Case No. C 10-3561 WHA — - 2 - — 27152\5409616.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400