**EXHIBIT D**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3           SAN FRANCISCO DIVISION
4

       _____
5                                    )
   ORACLE AMERICA, INC.,              )
6                                    )
            Plaintiff,                )
7                                    )
        vs.                           )Case No.:
8                                     )3:10-cv-03561-WHA
   GOOGLE, INC.,                      )
9                                    )
            Defendant.                )
10 _____)
11
12
13            ATTORNEYS' EYES ONLY
14   VIDEOTAPED DEPOSITION OF ADAM B. JAFFE, Ph.D.
15            San Francisco, California
16            Thursday, March 10, 2016
17                 Volume 1
18
19
20
21
22
23  Reported by:
    RACHEL FERRIER, CSR No. 6948
24  Job No. 2265294
25  PAGES 1 - 189

Page 138

1     THE WITNESS: Fair enough.
2     MS. ANDERSON: -- my portion of the exam. I'm
3  very close. Maybe 30 minutes, I'm guessing.
4     THE VIDEOGRAPHER: We are off the record at
5  2:33 p.m.
6     (Recess taken.)
7     THE VIDEOGRAPHER: We are back on the record at
8  2:40 p.m.
9     MS. ANDERSON: All right. So I would like to
10 just take a quick look at a couple articles to confirm
11 if this was something you were referring to earlier.
12    I'm going to show you Exhibits 1463 and 1464 and
13 pass these around while you are looking.
14    (Exhibits 1463 and 1464 were marked for
15    identification by the Court Reporter.)
16    MS. ANDERSON: There you are. There you guys go.
17 Q   All right. Earlier, Dr. Jaffe, we had been
18 discussing the SavaJe phone, and you had testified that
19 the SavaJe phone received negative market reviews and --
20 A   I think I testified I had heard it had received a
21 negative review.
22 Q   Oh, okay.
23    So I'm showing you Exhibits 1463 and 1464.
24    Have you ever seen either of these articles
25 before?

Page 139

1  A   No.
2  Q   All right. When you say that you had heard that
3  the SavaJe phone had received a negative market review,
4  did you hear that from an Oracle representative?
5  A   I don't recall.
6  Q   Did you ever review any materials to suggest that
7  SavaJe had received negative market reviews?
8  A   No.
9  Q   All right. Do you know whether Exhibits 1463 and
10 1464 were materials provided to you or the Keystone
11 staff to assist you in preparing your opinions?
12 A   I don't know.
13 Q   Okay. All right. Let's take a look at Tables 7
14 and 8 to your report, Exhibit 1457, and I think it
15 should start at about page 143.
16    So Table 7 is on page 143. Table 8 is on 144.
17 A   Yes, I see them.
18 Q   All right. What kind of information are you
19 seeking to reflect in Table 7?
20 A   So this is what the title says it is. It's
21 examples of harm to Oracle and mobile phones, and they
22 are pulled out of a longer and more comprehensive
23 compendium of evidence that is in one of my exhibits,
24 and it is just attempting to show, in an illustrative
25 way, examples of places in which it appears that Oracle

Page 140

1  lost actual or potential licensing opportunities due to
2  Android.
3  Q   With respect to the information reflected in
4  Table 7, what, if anything, did you do or did you have
5  Keystone do to investigate the extent to which any of
6  the OEMs or carriers identified in the left-hand column
7  of Table 7 chose to move product over to Android for
8  reasons having nothing to do with the 37 Java APIs?
9  A   Well, I don't really see how they could have done
10 that, since it's my opinion that there probably would
11 not have been an Android as we know it had it not been
12 for Google's infringement of the 37 APIs, so I didn't go
13 any further in trying to figure out what it was about
14 Android that they chose -- that made them choose to go
15 in that direction.
16 Q   Did you do anything to investigate whether or not
17 any of the OEMs or carriers identified in the left-hand
18 column of Table 7 decided to cease using a Java platform
19 because of problems with the Java platform?
20 A   Yes. I mean, I think in each of these cases we
21 tried to learn what we could about what was going on,
22 and I think taken -- any one of these cases taken
23 individually, I think, in many cases -- well, at least
24 in some cases, we have only a limited understanding of
25 what was going on.

Page 141

1     What's important to me here is sort of the
2  overall picture. These are, in fact, presented only as
3  examples, and I think, in terms of the overall picture,
4  you do get repeated themes coming back from different
5  manufacturers, so I think it is reasonable to conclude
6  that the overall picture that the loss of market
7  position by Java is -- is being certainly affected by
8  Android, I think, is -- is pretty much unavoidable,
9  given the breadth of this kind of evidence across
10 different people and different device categories.
11 Q   Do you have any evidence that establishes for you
12 conclusively why any of the OEMs or carriers listed in
13 Table 7 decided to cease using the Java platform?
14 A   So I think, if you look at the complete exhibit,
15 there are cases where it is at least -- we have at least
16 reports from Oracle salespeople what the OEM told them
17 about why they were doing it. And, again, I think that
18 when you take that -- I'm not -- I haven't really
19 focused on one by one because I don't think that's what
20 matters for my opinion. If there were one of these
21 that, for some reason, turned out to be explained for
22 things I didn't understand, that would not change the
23 opinion. I think it's very unlikely that every single
24 one of them there's some other story that somehow has
25 not surfaced.

Page 186

1  between harm to ME and harm to SE.
2  Q  Okay.  All right.  You also were asked a question
3  earlier about whether or not RIM had stopped licensing
4  Java ME because of Android.
5     Do you recall that question?
6  A  Yes.
7  Q  You pointed to some deposition testimony in an
8  exhibit to your report; correct?
9  A  Yes.
10 Q  Okay.  Aside from the testimony you identified
11 for Mr. Cooper, do you have any opinion about whether or
12 not RIM stopped licensing Java ME because of Android?
13 A  So the testimony I referred to was from
14 Mr. Ringhofer, and as I sit here today, I don't have
15 anything more to say about that beyond what's in my
16 report and what's listed in the exhibit here,
17 Exhibit 22.
18 Q  Did you do anything to inquire into statements by
19 any RIM representative as to whether or not RIM stopped
20 licensing Java ME because of Android?
21 A  I don't recall seeing or investigating any
22 statements by RIM personnel as to why they stopped using
23 Java.
24 Q  Okay.  And your Exhibit 22 that you had
25 referenced in response to the question about RIM that's

Page 187

1  part of your report lists a number of third parties
2  under a category of OEM; right?
3  A  Yes.
4  Q  Did you do anything or have Keystone do anything
5  as part of preparing your report to investigate
6  statements by any of those OEMs to establish whether or
7  not it stopped licensing a Java product because of
8  Android?
9  A  I don't recall looking at or investigating any
10 such statements.
11    MS. ANDERSON:  All right.  No further questions.
12 Thank you.
13    MR. COOPER:  Done.
14    MS. SIMPSON:  Thank you.
15    THE VIDEOGRAPHER:  This is the end of today's
16 deposition of Dr. Adam Jaffe.
17    We are off the record at 4:06 p.m.  The number of
18 video used was five, and it will be retained by
19 Veritext.
20    (TIME NOTED:  4:06 P.M.)

Page 188

1     I, ADAM B. JAFFE, Ph.D., do hereby declare
2  under penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as appear
4  noted, in ink, initialed by me, or attached hereto; that
5  my testimony as contained herein, as corrected, is true
6  and correct.
7     EXECUTED this _____ day of _____,
8  2016, at _____, _____.
9         (City)           (State)
10
11       _____
12       ADAM B. JAFFE, Ph.D.
13       VOLUME 1

Page 189

4     I, the undersigned, a Certified Shorthand
5  Reporter of the State of California, do hereby certify:
6     That the foregoing proceedings were taken before
7  me at the time and place herein set forth; that any
8  witnesses in the foregoing proceedings, prior to
9  testifying, were placed under oath; that a verbatim
10 record of the proceedings was made by me using machine
11 shorthand which was thereafter transcribed under my
12 direction; further, that the foregoing is an accurate
13 transcription thereof.
14    I further certify that I am neither financially
15 interested in the action nor a relative or employee of
16 any attorney or any of the parties.
17    IN WITNESS WHEREOF, I have this date subscribed
18 my name.
19
20 Dated:  March 11, 2016
21
22
23       _____
24       RACHEL FERRIER
25       CSR No. 6948