1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Attorneys for Rule 706 Expert, Dr. James R. Kearl

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ORACLE AMERICA, INC.,              | Case No.  C 10-3561 WHA

13 |           Plaintiff,                | **DECLARATION OF DR. JAMES R. KEARL IN SUPPORT OF RESPONSE OF DR. JAMES R. KEARL, RULE 706 EXPERT, TO GOOGLE'S RESPONSE TO ORACLE'S MOTION IN LIMINE #6 REGARDING RULE 706 EXPERT, PROFESSOR JAMES KEARL**

14 | vs.

15 | GOOGLE, INC.,

16 |           Defendant.

17                                        Dept.: Courtroom 8, 19th Floor
                                          Judge: Hon. William H. Alsup
18

19

20       I, James R. Kearl, declare as follows:

21       1.      By Orders dated August 30, 2011 (Dkt. 374) and September 9, 2011 (Dkt. 413) I

22  was appointed by this Court pursuant to Rule 706 of the Federal Rules of Evidence to serve as an

23  independent expert on the issue of damages claimed by plaintiff Oracle America, Inc. in the

24  present action.  My biographical information and credentials are set forth in my expert report

25  dated March 21, 2012 which has been previously served on the parties.

26       2.      Attached hereto as Exhibit A are true and correct copies of excerpts from the

27  Expert Report of Professor James R. Kearl, March 21, 2012.

28

DECL. OF DR. JAMES R. KEARL ISO
RESPONSE TO GOOGLE RESPONSE; Case No. C                                    27152\5413816.1
10-3561 WHA

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the Expert Report of Dr. Gregory K. Leonard - Corrected (March 10, 2016).

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the Expert Report of Professor James R. Kearl (Corrected March 21, 2016).

.

I declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct.

Executed this 13th day of April 2016 at Provo, Utah.

/s/ *James R. Kearl*
James R. Kearl

> I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
>
> /s/ *John L. Cooper*
> John L. Cooper

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. OF DR. JAMES R. KEARL ISO
RESPONSE TO GOOGLE RESPONSE; Case No. C
10-3561 WHA

- 2 -

27152\5413816.1