IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 10-03561 WHA

**ORDER GRANTING FURTHER REQUESTS TO SEAL**

The specific excerpts identified in the parties' supplemental submissions may remain under seal, but any other materials may not.

**IT IS SO ORDERED.**

Dated: April 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE