1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@keker.com
   DANIEL PURCELL - # 191424
4  dpurcell@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY  10036
   Telephone:    212 556 2100
10 Facsimile:    212 556 2222

11 Attorneys for Defendant GOOGLE INC.

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiffs, | **EXHIBITS 1, 3, 5, 6, 8 AND 9 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT AND TESTIMONY OF DR. JAMES R. KEARL** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Dept.:     Courtroom 8, 19th Fl.<br>Judge:     Hon. Hon. William Alsup |

EXHIBITS 1, 3, 5, 6, 8 AND 9 TO THE DELCARATION OF MAYA KARWANDE IN
SUPPORT OF GOOGLE'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT
AND TESTIMONY OF DR. JAMES R. KEARL
Case No. 3:10-cv-03561 WHA

1160373

| | |
|---|---|
| Dated: April 20, 2017 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ Robert A. Van Nest |
| | ROBERT A. VAN NEST |
| | CHRISTA M. ANDERSON |
| | DANIEL PURCELL |
| | Attorneys for Defendant GOOGLE INC. |

1

EXHIBITS 1, 3, 5, 6, 8 AND 9 TO THE DELCARATION OF MAYA KARWANDE IN
SUPPORT OF GOOGLE'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT
AND TESTIMONY OF DR. JAMES R. KEARL
Case No. 3:10-cv-03561 WHA

1160373