# EXHIBIT 6

# DOCUMENT SOUGHT TO BE SEALED

ATTORNEYS EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
     _____
 5                                  )
     ORACLE AMERICA, INC.,          )
 6                                  )
            Plaintiff,              )
 7                                  )
        vs.                         )Case No.:
 8                                  )3:10-cv-03561-WHA
     GOOGLE, INC.,                  )
 9                                  )
            Defendant.              )
10   _____ )
11
12
13              ATTORNEYS' EYES ONLY
14       VIDEOTAPED DEPOSITION OF ADAM B. JAFFE, Ph.D.
15               San Francisco, California
16               Thursday, March 10, 2016
17                      Volume 1
18
19
20
21
22
23   Reported by:
     RACHEL FERRIER, CSR No. 6948
24   Job No. 2265294
25   PAGES 1 - 189
```

1    structure, sequence, and organization of the 37 Java API
2    packages as reflected in the actual code that Google
3    acknowledged it had reproduced.
4         So that's what I'm basing my understanding on.
5    Q    All right.  Does "Android" include anything else
6    beyond the 37 Java API packages?
7    A    Yes.
8    Q    That are identified in paragraph 170?
9    A    Yes.
10   Q    What else is part of "Android"?
11   A    Well, I have only a general understanding.  I
12   believe there are other APIs other than those 37.
13   There's Linux code, and then there's other code that
14   does all the things you need to do to make a phone work.
15   Q    Did you think it was important, for purposes of
16   preparing your opinion, to understand the full scope of
17   what is part of the Android operating system?
18   A    In a general sense, yes.  In a detailed way, no.
19   Q    Have you testified to the full extent of your
20   general understanding of "Android"?
21   A    Well, full extent of Android is a pretty broad
22   question.
23        You mean in terms of the structure of the -- the
24   code itself?
25   Q    Well, just to be clear --

Page 125

1    Q    What is your testimony?
2    A    I don't know how --
3    Q    I'm trying to -- okay.
4    A    Okay.
5    Q    So let me rephrase.  I don't want to confuse you,
6    but -- but you are saying a number of things here that
7    aren't exactly lining up with what you said in your
8    report, and I want to make sure I understand your
9    opinion.
10   A    Okay.
11   Q    And that's not a question.  That's just
12   commentary.  You don't need to answer it.
13        But my question to you is this:  Do you believe
14   that you are rendering opinions in this case as to
15   whether or not the copying of Java API packages and that
16   use in Android was a major contributor to Android's
17   success?
18   A    I am offering the opinion that it was.
19   Q    Okay.  Thank you.
20        Now, to conclude that that was a major
21   contributor to success, did you do anything to assess
22   whether anything else was a major contributor to
23   Android's success?
24   A    So if there's something which appears to have
25   been essential to success, you don't actually -- in

1    order to conclude that, you don't actually need to know
2    whether there were other things that were also essential
3    or helpful.
4         Nonetheless, it is true that, in my report,
5    because I analyzed the market evolution of Android,
6    there is quite a bit of discussion of how other aspects
7    of Android factored into its success.  I didn't do that
8    because it's necessary in order to conclude that the
9    Java infringement was very important, I did it as part
10   of my understanding of the overall context, much of it
11   relates to commercial use, and so it was part of my
12   analysis.  I didn't do it because I need that in order
13   to conclude that the infringement was a major
14   contributor.
15     Q   But I just want to make sure that I understand
16   the scope of your opinion.
17        Is it fair to say that you have not attempted to
18   assess the relative importance of other factors to
19   Android's success as compared to the factor of the use
20   of the Java APIs?
21     A   Well, I think I've answered this.
22        I have not attempted to assess the relative
23   importance of other factors; because if something is
24   essential, it is meaningless to talk about relative
25   importance, even if the other things were also

Page 189

1
2
3
4          I, the undersigned, a Certified Shorthand
5   Reporter of the State of California, do hereby certify:
6          That the foregoing proceedings were taken before
7   me at the time and place herein set forth; that any
8   witnesses in the foregoing proceedings, prior to
9   testifying, were placed under oath; that a verbatim
10  record of the proceedings was made by me using machine
11  shorthand which was thereafter transcribed under my
12  direction; further, that the foregoing is an accurate
13  transcription thereof.
14         I further certify that I am neither financially
15  interested in the action nor a relative or employee of
16  any attorney or any of the parties.
17         IN WITNESS WHEREOF, I have this date subscribed
18  my name.
19
20  Dated:  March 11, 2016
21
22
23  _____
24                      RACHEL FERRIER
25                      CSR No. 6948