# EXHIBIT 8

# DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
    ORACLE AMERICA, INC.
 5       Plaintiff,
 6           vs.              Case No. 3:10-cv-03561-WHA
 7   GOOGLE, INC.,
 8       Defendant.
    _____
 9
10
11
12     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13           PURSUANT TO THE PROTECTIVE ORDER
14
15   VIDEO DEPOSITION OF GREGORY K. LEONARD, Ph.D.
16              San Francisco, California
17              Friday, March 11, 2016
18                     Volume I
19
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2241706
25   PAGES 1 - 405
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           THE DEPONENT:  Again, since we are trying
2  to evaluate what's actually happened, and we have
3  the benefit of knowing what happened, we certainly
4  know more about the market as it exists today, for
5  instance, than he would have known about that back
6  in 2005.  It's just a long time ago.
7       Q.   (By Ms. Hurst)  What we know today is
8  that the Android platform has succeeded to the tune
9  of approximately $40 billion with the Java APIs in
10 it.
11          Isn't that what we know today,
12 Dr. Leonard?
13          MR. PURCELL:  Object to the form.
14          THE DEPONENT:  And we also know that the
15 Java APIs were not the cause of the vast majority
16 of that revenue, that it was the other
17 contributions that -- that drove it, which, of
18 course, is the purpose of my report.
19      Q.   (By Ms. Hurst)  That's your opinion,
20 right?
21      A.   That's my opinion, yes.
22      Q.   And your opinion is based on your
23 conclusion that Andy Rubin just got it wrong; isn't
24 that true?
25          MR. PURCELL:  Object to the form.

Page 311

1    I, Rebecca L. Romano, a Certified Shorthand
2    Reporter of the State of California, do hereby certify:
3        That the foregoing proceedings were taken before me
4    at the time and place herein set forth; that any
5    witnesses in the foregoing proceedings, prior to
6    testifying, were administered an oath; that a record of
7    the proceedings was made by me using machine shorthand
8    which was thereafter transcribed under my direction;
9    that the foregoing transcript is true record of the
10   testimony given.
11       Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [ ] was [X] was not requested.
15       I further certify I am neither financially
16   interested in the action nor a relative or employee of
17   any attorney or any party to this action.
18       IN WITNESS WHEREOF, I have this date subscribed my
19   name.
20
21   Dated:  March 14, 2016
22
23   *[signature: Rebecca L. Romano]*
24       Rebecca L. Romano, RPR,
25       CSR. No 12546

Page 405