1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@keker.com
   DANIEL PURCELL - # 191424
4  dpurcell@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY  10036
   Telephone:    212 556 2100
10 Facsimile:    212 556 2222

11 Attorneys for Defendant GOOGLE INC.

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| Plaintiffs, | **EXHIBITS 10, 11, 22, 23 AND 28 TO THE DECLARATION OF REID MULLEN IN SUPPORT OF GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE** |
| v. | |
| GOOGLE INC., | |
| Defendant. | Dept.:    Courtroom 8, 19th Fl.<br>Judge:    Hon. Hon. William Alsup |

EXHIBITS 10, 11, 22, 23 AND 28 TO THE DECLARATION OF REID MULLEN IN SUPPORT OF
GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE
Case No. 3:10-cv-03561 WHA

1160374

| | |
|---|---|
| Dated:  April 20, 2017 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ Robert A. Van Nest |
| | ROBERT A. VAN NEST |
| | CHRISTA M. ANDERSON |
| | DANIEL PURCELL |
| | Attorneys for Defendant GOOGLE INC. |

1

EXHIBITS 10, 11, 22, 23 AND 28 TO THE DECLARATION OF REID MULLEN IN SUPPORT OF
GOOGLE'S OPPOSITIONS TO ORACLE'S MOTIONS IN LIMINE
Case No. 3:10-cv-03561 WHA

1160374