# EXHIBIT 10

# DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Don Deutsch <donald.deutsch@oracle.com> |
| **Sent:** | Fri Jun 01 2007 15:53:55 PDT |
| **To:** | Edward Screven <edward.screven@oracle.com> |
| **CC:** | Lord,Peter <peter.lord@oracle.com> |
| **Subject:** | Proposed straw-man letter to Sun supporting an unencumbered SE license for Apache |
| **Attachments:** | Apache Letter to Jonathan v2.doc;oracle_sig_logo.gif |

| | |
|---|---|
| **Importance:** | Normal |
| **Priority:** | Normal |
| **Sensitivity:** | None |

Edward,

Attached is a straw-man letter that we plan to share with other companies starting early next week. We've received verbal statements of support (qualified by them having to see the specifics of the communication) from Google, HP and Intel, and are pursing with IBM (and expect that they'll also want to participate).

Our current thinking is that, once we have agreement from the core group, we will invite others to join as signatories (but we will go forward regardless of how many others join). Although we haven't made any final decisions or promises to the other companies, Peter and I are thinking that initially the letter should be private to Jonathan Schwartz, with a stealth blog leaking of the industry support for Apache. We have heard from some companies that it would be easier to get agreement for a private versus a public letter.

Please let me know by return email (or possibly at CAG staff meeting on Monday) whether we can go forward with the draft letter.

Cheers...Don

--


Oracle <http://www.oracle.com>
Dr. Donald R. Deutsch | Vice President

Standards Strategy & Architecture

(w)+1.650.506.2275 | (c)+1.650.303.7096
Oracle Corporate Architecture Group
500 Oracle Parkway, 5op3

Redwood Shores, CA 94019



CONFIDENTIAL

OAGOOGLE0005811491

DRAFT v2 – Confidential

June XX, 2007

Jonathan Schwartz
Chief Executive Officer and President
Sun Microsystems, Inc.
4150 Network Circle
Santa Clara, CA 95054

Jonathan,

We write to ask for your assistance in resolving an outstanding concern of the Java community, namely the release of the Apache Software Foundation's (ASF) open source version of Java SE. As you are aware, the ASF has been working with Sun to secure an acceptable license for a Java Compatibility Kit (JCK) for the Apache Harmony project. The current license offered by Sun has restrictions that are unacceptable and do not reflect the spirit of the Java Community Process (JCP). In short, we seek the release of a JCK license to ASF that is unencumbered by any field of use constraints.

A release of an unencumbered license is simply the right thing to do, and is consistent with your belief that by embracing openness (open standards and open source), businesses can create "opportunity wherever the network can reach". Critically, we also believe that by precluding ASF from releasing Harmony, Sun will drive the open source community away from the Java community. Direct inclusion of the open source community is needed so that developers embrace, and not reject Java technologies. Such inclusion is essential to the future of Java, and all of our investments.

Field of use restrictions on ASF's Harmony project are contrary to the interests of the Java community at large, and such restrictions appear to benefit only one party. By taking such a step Sun would make it clear that the JCP is not the collegial community that to date has benefited from Sun's stewardship of the process. This would provide an unfortunate proof point for critics that claim Sun has too much control over the JCP. Contradicting the notion that the JCP is an open process, Sun has placed the JCP in a precarious position. Without a successful resolution of the ASF's concerns, the Java community that is important to all of our interests is a risk of fracturing, an end result contrary to our collective interests.

We look forward to your response.

CONFIDENTIAL                                                                                          OAGOOGLE0005811492