# EXHIBIT 23

# DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 70

1  Q  Yes.
2  A  No.
3  Q  Have you ever seen one?
4  A  Yes.
5  Q  When did you see one?
6  A  I saw one at the JavaOne Conference. I
7  forget which year. It was in the middle of the
8  first decade. I saw it -- it was demonstrated to
9  me, and I used it a little bit.
10  Q  Have you seen one since then?
11  A  No.
12  Q  What, if any, opinions do you have
13  regarding the Java API structure, design and
14  functional aspects, including the relationships
15  between implementing code and declaring code in the
16  Java platform?
17  A  In general, my view is that the structure,
18  sequence and organization of the Java API packages
19  at issue is a very rich creative work. The
20  implementing code is also a rich creative work.
21  Q  Do you have any other opinions regarding
22  that topic?
23  A  I'm happy to answer specific questions,
24  but those would be my high-level views relevant to
25  this case.

Page 71

1  Q  As between the declaring code and the
2  implementing code, would you characterize one as
3  more rich and creative as compared to the other?
4  A  No.
5  Q  As between a -- strike that.
6      As between declaring code and implementing
7  code, which do you think is more important for
8  developers?
9      MR. RAMSEY: Objection. Form.
10      THE WITNESS: Neither.
11  BY MR. KAMBER:
12  Q  Would you characterize them as equally
13  important?
14  A  Yes.
15  Q  Would you say that's true kind of across
16  the board for all APIs and API packages as they're
17  implemented?
18  A  In the context of the Java SE platform?
19  Q  Sure.
20  A  Yes.
21  Q  Have you yourself designed APIs?
22  A  Yes.
23  Q  Do you consider that a creative process?
24  A  Absolutely.
25  Q  Why do you consider it a creative process

Page 72

1  to design APIs?
2  A  Because there are so many choices to be
3  made.
4  Q  Have you ever re-implemented an API from
5  another platform or language?
6  A  In the context of Java or in some other
7  context?
8  Q  In any context.
9  A  Not to my recollection.
10  Q  Would you agree that Java borrows certain
11  aspects of programming from the C++ language?
12  A  Do the Java APIs have elements in common
13  with C++ APIs?
14  Q  Sure.
15  A  There are probably a few.
16  Q  For example, some of the names are the
17  same, right?
18      MR. RAMSEY: Objection. Form.
19      THE WITNESS: It's been a long time since
20  I looked at the C++ standard library. Some names
21  might be the same, some might not.
22  BY MR. KAMBER:
23  Q  Have you -- are you familiar with C++?
24  A  Broadly speaking. I've never used it very
25  much.

Page 73

1  Q  Besides Java, what other languages are you
2  familiar with?
3  A  I've used many languages over the years.
4  I've obviously written a fair bit of Java code.
5  I've written a fair bit of C code. Little bits of
6  C++ here and there, but never that seriously. I've
7  written a fair bit of Python. I've written lots of
8  LISP and Scheme, mainly when I was in graduate
9  school, and then various other academic-type
10  languages.
11  Q  What, if any, opinions do you have
12  regarding packages, classes, methods and interfaces
13  and their roles within an API and the Java APIs
14  specifically?
15  A  Package, classes, methods and interfaces
16  are the fundamental structural concept, essentially,
17  in the Java programming language. Any API will make
18  use of all of those tools in its definition.
19  Q  What is an interface --
20  A  In which --
21  Q  -- in Java?
22  A  In which sense do you mean?
23  Q  Well, I guess, let me point you to
24  Exhibit 1508 that -- again, starting at line 20, it
25  says, "Dr. Reinhold may also offer testimony

19 (Pages 70 - 73)

Veritext Legal Solutions
800-567-8658                                                      973-410-4040
Exhibit 23 to Mullen Declaration - Deposition Testimony of Mark Reinhold