KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
DANIEL PURCELL - # 191424
dpurcell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY  10036
Telephone:    212 556 2100
Facsimile:     212 556 2222

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**EXHIBIT A TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE AMERICA INC.'S MOTION IN LIMINE NO. 7**<br><br>Dept.:        Courtroom 8, 19th Fl.<br>Judge:       Hon. Hon. William Alsup |

EXHIBIT A TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S
OPPOSTION TO ORACLE AMERICA INC.'S MOTION IN LIMINE NO. 7
Case No. 3:10-cv-03561 WHA

1160375

Dated: April 20, 2017                                KEKER, VAN NEST & PETERS LLP

                                              By:   /s/ Robert A. Van Nest
                                                    ROBERT A. VAN NEST
                                                    CHRISTA M. ANDERSON
                                                    DANIEL PURCELL

                                                    Attorneys for Defendant GOOGLE INC.

1

EXHIBIT A TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S
OPPOSTION TO ORACLE AMERICA INC.'S MOTION IN LIMINE NO. 7
Case No. 3:10-cv-03561 WHA

1160375