# EXHIBIT A

# UNREDACTED VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
     ORACLE AMERICA, INC.
 5       Plaintiff,
 6          vs.              Case No. 3:10-cv-03561-WHA
 7   GOOGLE, INC.,
 8       Defendant.
     _____
 9
10
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13            PURSUANT TO THE PROTECTIVE ORDER
14
15     VIDEO DEPOSITION OF GREGORY K. LEONARD, Ph.D.
16                San Francisco, California
17                 Friday, March 11, 2016
18                       Volume I
19
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2241706
25   PAGES 1 - 405
```

Page 1

```
 1   with the cost of producing Android?
 2        A.   Because I talked to the Google personnel
 3   about what's in there.
 4             And so what it is, is its legal costs
 5   associated with Android, but the Google lawyers who
 6   keep track of their time and then outside counsel.
 7        Q.   Well, who did you talk to?
 8        A.   Mr. Gold.
 9        Q.   Anybody else?
10        A.   He was the -- he was the person I talked
11   to about financial matters.
12        Q.   Well, so what lawsuits did Mr. Gold tell
13   you were included in that $889 million?
14             MR. PURCELL:  Object to the form.
15             THE DEPONENT:  I didn't ask him about
16   specific lawsuits.  What I asked were are these
17   expenses, you know, related to Android and how were
18   they determined.
19        Q.   (By Ms. Hurst)  Well, you're aware that
20   there was a lawsuit against Samsung related to
21   Android, right, Apple v. Samsung?
22        A.   Yes.
23        Q.   And did Google pay any expenses related
24   to the defense, Samsung's defense of that lawsuit?
25        A.   I don't know.
```

1    I, Rebecca L. Romano, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken before me
4  at the time and place herein set forth; that any
5  witnesses in the foregoing proceedings, prior to
6  testifying, were administered an oath; that a record of
7  the proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is true record of the
10  testimony given.
11    Further, that if the foregoing pertains to the
12  original transcript of a deposition in a Federal Case,
13  before completion of the proceedings, review of the
14  transcript [ ] was [X] was not requested.
15    I further certify I am neither financially
16  interested in the action nor a relative or employee of
17  any attorney or any party to this action.
18    IN WITNESS WHEREOF, I have this date subscribed my
19  name.
20
21  Dated:  March 14, 2016
22
23      *[signature: Rebecca L. Romano]*
24      Rebecca L. Romano, RPR,
25      CSR. No 12546

Page 405