1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@keker.com
   DANIEL PURCELL - # 191424
4  dpurcell@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY  10036
   Telephone:     212 556 2100
10 Facsimile:     212 556 2222

11 Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
|---|---|
| Plaintiffs, | **EXHIBITS 3, 4, 5 AND 6 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE RE TECHNICALLY NECESSARY COPYING (ECF 1765)** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Dept.:     Courtroom 8, 19th Fl.<br>Judge:     Hon. Hon. William Alsup |

EXHIBITS 3, 4, 5 AND 6 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF
GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE
RE TECHNICALLY NECESSARY COPYING (ECF 1765)
Case No. 3:10-cv-03561 WHA

1160376

| | | |
|---|---|---|
| Dated: April 20, 2017 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Robert A. Van Nest |
| | | ROBERT A. VAN NEST |
| | | CHRISTA M. ANDERSON |
| | | DANIEL PURCELL |
| | | Attorneys for Defendant GOOGLE INC. |

1

EXHIBITS 3, 4, 5 AND 6 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF
GOOGLE'S RESPONSE TO SUMMARY MIL #4 & ORDER TO SHOW CAUSE
RE TECHNICALLY NECESSARY COPYING (ECF 1765)
Case No. 3:10-cv-03561 WHA

1160376