# Exhibit 3

## DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5   ORACLE AMERICA, INC.,              )
                                       )
6              Plaintiff,              )
                                       ) Case No.
7         vs.                          ) CV 10-03561 WHA
                                       )
8   GOOGLE, INC.,                      )
                                       )
9              Defendant.              )
    _____)

10

11

12

13

14

15

16    VIDEOTAPED DEPOSITION OF MARK REINHOLD, Ph.D.

17            San Francisco, California

18            Tuesday, March 15, 2016

19                  Volume I

20   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

21

22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No.  2265296
25   Pages 1 - 136

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 102

1 edition."
2      Do you see that?
3      A  Yes.
4      Q  Let me just show you a copy of Trial
5 Exhibit 1062.
6      Are you familiar with Exhibit 1062,
7 Dr. Reinhold?
8      A  Yes, I am.
9      Q  You offered this exhibit into evidence, or
10 testified about it at the trial before, correct?
11      A  Yes.
12      Q  Did you create Exhibit 1062?
13      A  Yes.
14      Q  How did you create Exhibit 1062?
15      A  I created Exhibit 1062 by doing a
16 semi-automated analysis of the text of the Java
17 language specification.
18      Q  What tool did you use to do that
19 automation?
20      A  It was a series of UNIX shell scripts that
21 I wrote.
22      Q  What does -- okay.  And 1062, just looking
23 at the title up above, it seems, or description, is
24 "Classes and Interfaces Mentioned in the Java
25 Language Specification, third edition," correct?

Page 103

1      A  Yes.
2      MR. KAMBER:  Let me have marked as
3 Exhibit 1509 Exhibit A to the Rule 26 disclosures.
4      (Exhibit 1509 was marked for
5      identification and is attached hereto.)
6 BY MR. KAMBER:
7      Q  Do you recognize Exhibit A?
8      A  Yes, I do.
9      MR. RAMSEY:  Do you have an extra copy?
10      MR. KAMBER:  It's right here.
11      MR. RAMSEY:  Oh, I'm sorry.
12 BY MR. KAMBER:
13      Q  What is it?
14      A  Exhibit A is a more -- is the result of a
15 more detailed analysis of the items mentioned in
16 Exhibit 1062.
17      Q  Now, this may be a technicality, but
18 perhaps you can explain it to me.
19      I counted 62 lines, at least, in this --
20 in Exhibit A.
21      A  Yes.
22      Q  Is there any -- do you know why this might
23 list 62 -- have 62 lines whereas Exhibit 1062 refers
24 to 61 classes and interfaces mentioned --
25      A  Yes.

Page 104

1      Q  -- in the JLS?  What's the reason?
2      A  Exhibit 1062 is incorrect.
3      Q  What is incorrect about 1062?
4      A  Exhibit 1062 mistakenly includes the
5 interface Java.util.iterator, and it mistakenly
6 excludes two enum classes:
7 Java.lang.annotation.element type, and
8 Java.lang.annotation.retention policy.
9      Q  How or when did you figure that out?
10      A  I realized this while preparing
11 Exhibit 1509.
12      Q  How did you prepare Exhibit 1509?
13      A  Exhibit 1509 began with a draft produced
14 by Professor Schmidt, which I then reviewed and
15 cross-checked with the Java language specification,
16 3rd edition.
17      Q  With a -- did you look at a hard copy of
18 the book?
19      A  No.
20      Q  Did you look at an electronic copy of the
21 book?
22      A  Yes.
23      Q  And describe for me what you did in terms
24 of that cross-referencing.
25      A  So in that cross-referencing, I referred

Page 105

1 to some of the intermediate materials that I had
2 saved from the process of preparing Exhibit 1062,
3 and I also cross-checked all of the actual textual
4 mentions in the Java language specification, taking
5 more time than I did for 1062 because that was
6 during the trial, and it was a very limited time
7 effort.
8      Q  So turning back to the description of what
9 you might testify about, what are your opinions
10 regarding the 62 classes and interfaces listed on
11 Exhibit 1509 with respect to being subject to a
12 technical constraint imposed by the Java language
13 specification?
14      A  At a high level, my conclusion is that the
15 Java language specification places very few
16 technical constraints on any of these classes.
17      In most cases, the language specification
18 merely indicates that a class of a given name and a
19 given package must exist.  In some cases, it says
20 that a class of a particular name must contain a
21 method or two or have a certain annotation.
22      The one exceptional case is the class
23 Java.lang.object where the Java language
24 specification as shown on page 4 of 5 says more than
25 that there simply is a class object.  It also gives

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 106

1 a list of the methods and the declaring code for
2 those methods, and asserts that these methods must
3 exist in that class.  That does not, of course,
4 limit the presence of other methods.
5         The other slight exception is, in the two
6 enum classes at the very bottom, element type and
7 retention policy, the Java language specification
8 constrains these classes to contain enumeration
9 elements of the given names.
10    Q   So are you saying, or is it your opinion
11 that to the extent that the Java language
12 specification has some technical constraints or
13 imposes some technical constraints on these
14 particular classes, that the technical constraint is
15 actually -- it's a limited technical constraint,
16 that is, it's a narrow technical constraint?
17    A   Yes.
18    Q   Just as a technical matter, why is it a
19 narrow constraint?
20    A   The Java language specification strives to
21 be a specification of the language.  It does not
22 strive to specify any of the Java APIs beyond the
23 extent necessary to specify the language.
24    Q   Is that opinion different than the opinion
25 that you expressed at the -- in the first phase of

Page 107

1 this case at the trial?
2    A   I don't believe so.
3    Q   With respect to Exhibit 1509, what, if
4 anything, does it show about the SSO?
5    A   It shows a very small -- very small
6 portion of the overall SSO.
7    Q   How does it show the SSO?
8    A   So the SSO is expressed in the fragments
9 of declaring code that you can find in -- well, it
10 is partly expressed in the fragments of declaring
11 code that you can find in the right-hand column of
12 the table.
13    Q   So, for example, for the first class
14 Java.lang.abstract method error, you're referring to
15 the SSO being -- where is the -- how is the SSO
16 reflected in the declaration listed in the
17 right-hand column?
18    A   In the fragment of declaring code in the
19 right-hand column, the aspects of the SSO that are
20 expressed are the existence of a package called
21 Java.lang, the presence of a class called abstract
22 method error within that package, and no more.
23    Q   What, if any, opinion do you have that
24 declaring code and SSO not listed in Exhibit 1509
25 are not subject to a technical constraint imposed by

Page 108

1 the Java language specification?
2    A   I'm sorry.  Could you repeat the question?
3    Q   Sure.
4         What, if any, opinions do you have that
5 declaring code and SSO not included on the table
6 that is Exhibit 1509 are not subject to a technical
7 constraint imposed by the Java language
8 specification?
9    A   Any SSO expressed in the declaring code of
10 the 37 packages that is not also expressed in the
11 fragments of declaring code in this table are not
12 mandated by the Java language specification.
13    Q   Whereas those -- whereas the SSO expressed
14 in the declaring code listed are these fragments
15 that are listed in Exhibit 1509, it's your opinion
16 that those are mandated by the Java language
17 specification, correct?
18        MR. RAMSEY:  Objection.  Form.
19        THE WITNESS:  Yes.
20 BY MR. KAMBER:
21    Q   Turning back to Exhibit 1508,
22 Dr. Reinhold, it says that you may -- starting
23 on line 7, that you "may also present testimony
24 regarding the advantages of Java as compared to
25 other programming environments or platforms."

Page 109

1        Do you see that?
2    A   Yes.
3    Q   What, if any, opinions do you intend to
4 offer on that -- on that topic?
5    A   Again, I'm not sure exactly what I will
6 say at trial, but sitting here today, I think that
7 Java has many advantages relative to other common or
8 uncommon programming environments.
9    Q   Can you please give me some examples?
10    A   Amongst those examples are, it is a
11 high-level language that insulates developers from
12 lots of low-level details that you find necessary to
13 deal with in other languages, such as C or C++.
14        It includes features built in such as
15 garbage collection and threading.  It includes, as
16 we have been discussing, a rich set of APIs for many
17 different capabilities.
18        And over the last 20 years, a very rich
19 ecosystem has grown up around it such that if a
20 particular Java platform you might be using doesn't
21 contain something, it's very likely you can find an
22 open source library that does provide that
23 functionality.
24        There are also millions of Java
25 developers, which is a big strength of the

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 134

1    MR. KAMBER:  Just one or two follow-up

2 questions, Dr. Reinhold.

3        FURTHER EXAMINATION

4 BY MR. KAMBER:

5    Q   Do you understand Apache Harmony to have

6 created an implementation of the Java SE APIs?

7    A   I understand the Apache Harmony project to

8 have created a partial implementation.

9    Q   Neither Sun nor Oracle ever sued Apache

10 Harmony on any IP rights for doing an implementation

11 of the Java SE -- of those Java SE APIs that were

12 included based on failing to have a specification

13 license, correct?

14    A   Not so far as I know.

15    Q   In fact, Oracle supported the Apache

16 Harmony implementation when it was under Sun's

17 control, correct?

18    MR. RAMSEY:  Objection.  Form.

19    THE WITNESS:  Oracle supported the

20 position of the Apache Software Foundation in the

21 context of the JCP when Sun as a corporation

22 existed.

23 BY MR. KAMBER:

24    Q   That is, specifically Oracle was

25 supporting the position that there should be no

Page 135

1 field of use restriction on -- with respect to

2 allowing Apache -- or giving Apache Harmony the TCK

3 license, correct?

4    A   Yes.  Oracle supported that view at that

5 time.

6    MR. KAMBER:  No further questions.

7    THE VIDEO OPERATOR:  Conclude?

8    MR. RAMSEY:  Yes.

9    THE VIDEO OPERATOR:  This concludes

10 today's deposition of Dr. Mark Reinhold.  Total

11 number of media used was three.  We're going off the

12 record at 5:41 p.m.

13        (TIME NOTED:  5:41 p.m.)

14           --o0o--

15

16

17

18

19

20

21

22

23

24

25

Page 136

1    I, the undersigned, a Certified Shorthand

2 Reporter of the State of California, do hereby

3 certify:

4        That the foregoing proceedings were taken

5 before me at the time and place herein set forth;

6 that any witnesses in the foregoing proceedings,

7 prior to testifying, were administered an oath; that

8 a record of the proceedings was made by me using

9 machine shorthand which was thereafter transcribed

10 under my direction; that the foregoing transcript is

11 a true record of the testimony given.

12        Further, that if the foregoing pertains to

13 the original transcript of a deposition in a Federal

14 Case, before completion of the proceedings, review

15 of the transcript [ ] was [X] was not requested.

16    I further certify I am neither financially

17 interested in the action nor a relative or employee

18 of any attorney or any party to this action.

19    IN WITNESS WHEREOF, I have this date

20 subscribed my name.

21

22 Dated: _____

23

24        *Carla Soares*

25        CARLA SOARES

        CSR No. 5908

35 (Pages 134 - 136)