# Exhibit 5

## DOCUMENT SOUGHT TO BE SEALED

## XVII. APPENDIX P: ERROR LOG RESULTING FROM A BUILD OF ANDROID EXCLUDING THE 37 PACKAGES, EXCEPT FOR THE 61 CLASSES MENTIONED IN TX 1062

```
1  ============================================
2  PLATFORM_VERSION_CODENAME=REL
3  PLATFORM_VERSION=5.1.1
4  TARGET_PRODUCT=aosp_shamu
5  TARGET_BUILD_VARIANT=userdebug
6  TARGET_BUILD_TYPE=release
7  TARGET_BUILD_APPS=
8  TARGET_ARCH=arm
9  TARGET_ARCH_VARIANT=armv7-a-neon
10 TARGET_CPU_VARIANT=krait
11 TARGET_2ND_ARCH=
12 TARGET_2ND_ARCH_VARIANT=
13 TARGET_2ND_CPU_VARIANT=
14 HOST_ARCH=x86_64
15 HOST_OS=linux
16 HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
17 HOST_BUILD_TYPE=release
18 BUILD_ID=LMY48Z
19 OUT_DIR=out
20 ============================================
21 Checking build tools versions...
22 including ./abi/cpp/Android.mk ...
23 including ./art/Android.mk ...
24 including ./bionic/Android.mk ...
25 including ./bootable/recovery/Android.mk ...
26 including ./build/libs/host/Android.mk ...
27 including ./build/target/board/Android.mk ...
28 including ./build/target/product/security/Android.mk ...
29 including ./build/tools/Android.mk ...
30 including ./cts/Android.mk ...
31 including ./dalvik/Android.mk ...
32 including ./development/apps/BluetoothDebug/Android.mk ...
33 including ./development/apps/BuildWidget/Android.mk ...
34 including ./development/apps/CustomLocale/Android.mk ...
35 including ./development/apps/Development/Android.mk ...
36 including ./development/apps/DevelopmentSettings/Android.mk ...
37 including ./development/apps/Fallback/Android.mk ...
38 including ./development/apps/GestureBuilder/Android.mk ...
39 including ./development/apps/NinePatchLab/Android.mk ...
40 including ./development/apps/OBJViewer/Android.mk ...
41 including ./development/apps/SdkSetup/Android.mk ...
42 including ./development/apps/SettingInjectorSample/Android.mk ...
43 including ./development/apps/WidgetPreview/Android.mk ...
44 including ./development/apps/launchperf/Android.mk ...
45 including ./development/build/Android.mk ...
46 including ./development/cmds/monkey/Android.mk ...
47 including ./development/host/Android.mk ...
48 including ./development/ndk/Android.mk ...
49 including ./development/perftests/panorama/Android.mk ...
50 including ./development/samples/AccelerometerPlay/Android.mk ...
51 including ./development/samples/ActionBarCompat/Android.mk ...
52 including ./development/samples/AliasActivity/Android.mk ...
```