KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
DANIEL PURCELL - # 191424
dpurcell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:	415 391 5400
Facsimile:	415 397 7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY  10036
Telephone:	212 556 2100
Facsimile:	212 556 2222

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**EXHIBIT 4 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S OPPOSITION TO ORACLE'S RULE 59 MOTION FOR NEW TRIAL**<br><br>Dept.:　　Courtroom 8, 19th Fl.<br>Judge:　　Hon. Hon. William Alsup |

EXHIBIT 4 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S
OPPOSITION TO ORACLE'S RULE 59 MOTION FOR NEW TRIAL
Case No. 3:10-cv-03561 WHA

1160377

| | |
|---|---|
| Dated:  April 20, 2017 | KEKER, VAN NEST & PETERS LLP |
| | By:  /s/ Robert A. Van Nest |
| | ROBERT A. VAN NEST |
| | CHRISTA M. ANDERSON |
| | DANIEL PURCELL |
| | Attorneys for Defendant GOOGLE INC. |

1

EXHIBIT 4 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S
OPPOSITION TO ORACLE'S RULE 59 MOTION FOR NEW TRIAL
Case No. 3:10-cv-03561 WHA

1160377