| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
|   | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
|   | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
|   | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
|   | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
|   | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
|   | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
|   | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
|   | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
|   | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
|   | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
|   | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
|   | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25 | Plaintiff, | **EXHIBIT(S) TO ECF NO. 1550** |
| 26 | v. | Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William Alsup |
| 27 | GOOGLE INC. | |
| 28 | Defendant. | |

Exhibit(s)

1  Pursuant to Civil Local Rule 79-5 and the Court's Order resolving numerous sealing
2  motions (ECF No. 2076), Oracle submits for public filing documents relating to ECF No. 1550,
3  which were previously filed under seal.

Dated: April 20, 2017                                  Respectfully submitted,

                                                            Orrick, Herrington & Sutcliffe LLP

                                      By: */s/ Matthew L. Bush*
                                                 Matthew L. Bush

                                            Counsel for ORACLE AMERICA, INC.